Fill in this information to identify the case:

United States Bankruptcy Court for the:

_____Northern District Of Alabama_____
                                    (State)

Case number (If known): _____ Chapter 11

☐ Check if this is an
  amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy     04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's name**

   Alabama Partners, LLC

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**

   2 6 – 3 0 6 7 1 3 1

4. **Debtor's address**

   **Principal place of business**

   See Attached Exhibit A
   Number    Street

   _____ AL _____
   City                      State  ZIP Code

   JEFFERSON
   County

   **Mailing address, if different from principal place of business**

   PO Box 551267
   Number    Street

   _____
   P.O. Box

   Jacksonville    FL    32255
   City            State  ZIP Code

   **Location of principal assets, if different from principal place of business**

   See Attached Exhibit A
   Number    Street

   _____
   City                      State  ZIP Code

5. **Debtor's website (URL)**

6. **Type of debtor**

   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor  **Alabama Partners, LLC**
_____Name_____  Case number (if known)_____

## 7. Describe debtor's business

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

__ __ __ __

## 8. Under which chapter of the Bankruptcy Code is the debtor filing?

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check all that apply:*

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

## 9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?

☒ No
☐ Yes.  District _____ When _____ Case number _____
                                        MM / DD / YYYY

If more than 2 cases, attach a separate list.

          District _____ When _____ Case number _____
                                        MM / DD / YYYY

## 10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?

☐ No
☒ Yes.  Debtor **BamaChex, Inc.** _____ Relationship **Affiliate** _____
         District **Northern District of Alabama, Southern Division**  When **08/11/2017**
                                                                         MM / DD / YYYY

List all cases. If more than 1, attach a separate list.

Case number, if known _____              See Attachment 1

Debtor  Alabama Partners, LLC                               Case number (if known) _____
        ───────
        Name

**11. Why is the case filed in *this district*?**

Check all that apply:

[X] Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

[ ] A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

[X] No

[ ] Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? (Check all that apply.)

[ ] It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

[ ] It needs to be physically secured or protected from the weather.

[ ] It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

[ ] Other _____

Where is the property? _____
                       Number       Street

_____
City                              State     ZIP Code

Is the property insured?

[ ] No
[ ] Yes. Insurance agency _____
        Contact name         _____
        Phone                _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

[X] Funds will be available for distribution to unsecured creditors.
[ ] After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

[ ] 1-49          [ ] 1,000-5,000       [ ] 25,001-50,000
[X] 50-99         [ ] 5,001-10,000      [ ] 50,001-100,000
[ ] 100-199       [ ] 10,001-25,000     [ ] More than 100,000
[ ] 200-999

**15. Estimated assets**

[ ] $0-$50,000            [X] $1,000,001-$10 million        [ ] $500,000,001-$1 billion
[ ] $50,001-$100,000      [ ] $10,000,001-$50 million       [ ] $1,000,000,001-$10 billion
[ ] $100,001-$500,000     [ ] $50,000,001-$100 million      [ ] $10,000,000,001-$50 billion
[ ] $500,001-$1 million   [ ] $100,000,001-$500 million     [ ] More than $50 billion

---

Official Form B201                    Voluntary Petition for Non-Individuals Filing for Bankruptcy                    page 3

Debtor  Alabama Partners, LLC                                Case number (if known) _____
        Name

**16. Estimated liabilities**
- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☒ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ▪ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ▪ I have been authorized to file this petition on behalf of the debtor.
- ▪ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  08/11/2017
             MM / DD / YYYY

✗ s/Mark Williams                                   Mark Williams
Signature of authorized representative of debtor    Printed name

Title Chief Operating Officer

**18. Signature of attorney**

✗ s/ R. Scott Williams                    Date  08/11/2017
Signature of attorney for debtor                MM / DD / YYYY

R. Scott Williams
Printed name

Rumberger, Kirk & Caldwell, P.C.
Firm name

2001 Park Place North, Suite 1300
Number    Street

Birmingham                                AL         35203
City                                      State      ZIP Code

(205) 327-5550                            swilliams@rumberger.com
Contact phone                             Email address

ASB-3234-m63r                             AL
Bar number                                State

# Attachment
## Debtor: Alabama Partners, LLC     Case No:

**Attachment 1: Additional pending bankruptcy cases**

    Debtor: Maryland LC Ventures, LLC
    Relationship: Affiliate
    District: Northern District of Alabama, Southern Division
    Date Filed: 08/11/2017
    Case Number:

    Debtor: Maryland Pizza, Inc.
    Relationship: Affiliate
    District: Northern District of Alabama, Southern Division
    Date Filed: 08/11/2017
    Case Number:

    Debtor: PG County Partners, LLC
    Relationship: Affiliate
    District: Northern District of Alabama, Southern Division
    Date Filed: 08/11/2017
    Case Number:

    Debtor: PG County Pizza, Inc.
    Relationship: Affiliate
    District: Northern District of Alabama, Southern Division
    Date Filed: 08/11/2017
    Case Number:

# EXHIBIT A

## LIST OF RESTAURANTS

a. 4030 First Avenue, Birmingham, AL (#4174)

b. 1420 31st St. SW, Birmingham, AL (#4175);

c. 2400 Center Point Pkwy., Center Point, AL (#4176);

d. 402 Highway 78, Jasper, AL (#4177);

e. 724 Second Avenue NW, Cullman, AL (#4178);

f. 400 S. Quintard Avenue, Aniston, AL (#4182);

g. 636 Lomb Avenue SW, Birmingham, AL (#4183);

h. 2520 12th Avenue North, Birmingham, AL (#4185);

i. 1601 9th Avenue North, Bessemer, AL (#4186);

j. 7736 First Avenue N, Birmingham, AL (#4187);

k. 86 Weibel Drive, Midfield, AL 35228 (#4188); and

l. 303 East Meighan, Gadsen, AL 35903 (#4189).

UNITED STATES BANKRUPTCY COURT
Northern District of Alabama
Southern Division

In re: **Alabama Partners, LLC**

Debtors

Case No. _____

Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rules and I/we assume all responsibility for errors and omissions.

Dated: **August 11, 2017**       Signed: **s/Mark Williams**

Dated: _____       Signed: _____

Signed: **s/ R. Scott Williams**
**R. Scott Williams**
**Attorney for Debtor(s)**
**Bar no.: ASB-3234-m63r**
**2001 Park Place North, Suite 1300**
**Birmingham, Alabama 35203**
**Telephone No: (205) 327-5550**
**Fax No: (205) 326-6786**

**E-mail address:**
**swilliams@rumberger.com**

Bankruptcy Administrator
1800 5th Avenue North
Birmingham, AL 35203

Alabama Partners, LLC
PO Box 551267
Jacksonville, FL 32255

R. Scott Williams
Rumberger, Kirk & Caldwell
2001 Park Place, Ste. 1300
Birmingham, AL 35203

Melissa S. Hayward
Hayward & Associates, PLLC
10501 N. Central Expressway, Ste. 106
Dallas, TX 75231

Pervez Kaisani
c/o Melissa S. Hayward
10501 N. Central Expressway, Ste. 106
Dallas, TX 75231

Wazir Kaisani
c/o Melissa S. Hayward
10501 N. Central Expressway, Ste. 106
Dallas, TX 75231

Iqbal Kaisani
c/o Melissa S. Hayward
10501 N. Central Expressway, Ste. 106
Dallas, TX 75231

Mark Williams
PO Box 551267
Jacksonville, FL 32255

Internal Revenue Service
801 Tom Martins Dr.
Mail Stop 126
Birmingham, Alabama 35211

Internal Revenue Service
PO Box 7346
Philadelphia, Pennsylvania 19101

Alabama Department of Labor
649 Monroe Street
Montgomery, AL 36131

Alabama Department of Labor
631 Beacon Parkway West
Suite 203
Birmingham, AL 35209

Alabama Department of Revenue
P.O. Box 327464
Montgomery, AL 36132

Alabama Department of Revenue
Legal Division
P.O. Box 320001
Montgomery, AL 36132

Bank of the Ozarks
17901 Chenal Parkway
3rd Floor
Little Rock, AR 72223

CHTD Company
P.O. Box 2576
Springfield, IL 62708

Corporation Service Company
As Representative
P.O. Box 2576
Springfield, IL 62708

Macrolease Corporation
185 Express St.
Suite 100
Plainview, NY 11803

NASA Federal Credit Union
500 Prince George's Blvd.
Upper Marlboro, MD 20774

Receivables Advance
P.O. Box 15270
Irvine, CA 92623-5270

RLC Funding, a division of
Navitas Lease Corp. ISAOA
111 Executive Center Dr., Suite 102
Columbia, SC 29210

The Coca-Cola Company
On Coca-Cola Plaza
Atlanta, GA 30313

Coca-Cola USA
P.O. Box 102499
Atlanta, GA 30368

UniFi Equipment Finance
3893 Research Park Drive
Ann Arbor, MI 48108

U.S. Bank Equipment Finance
A division of U.S. Bank N.A.
1310 Madrid Street
Marshall, MN 56258

Checkers Corporate
4300 West Cypress St. Suite 600
Tampa, FL

City of Birmingham
710 North 20th Street
Room 600 City Hall
Birmingham, AL 35203

HJK LLC
PO Box 175
Lincoln, AL 35096

J T Smallwood - Tax Collector
Room 160
716 Richard Arrington Blvd. N.
Birmingham, AL 35203

Yellowstone
30 Broad Street
14th Fl, Ste. 1462
New York, NY 10004

ONEILAATS LLC
10879 Coral Shores Dr # 210
Jacksonville, FL 32256

RDS
PO Box 830725
Birmingham, AL 35283

Jefferson County EDU Sales Tax
716 Richard Arrington Jr. Blvd. N.
Birmingham, AL 35203

Jefferson County Sales Tax
716 Richard Arrington Jr. Blvd. N.
Birmingham, AL 35203

SUSQUEHANNA SALT LAKE LLC
136 E South Temple, Ste. 1400
Salt Lake City, Utah 84111

City of Jasper
c/o RDS
PO Box 830725
Birmingham, AL 35283

Johnson Service Company
2812 Ruffner Rd
Birmingham, AL 35210

Alabama Power
P.O. Box 242
Birmingham, Alabama 35292

Tyco Security
c/o ADT Security Services, Inc.
PO Box 371967
Pittsburgh, PA 15250-7967

CDI
5151 Brook Hollow Pkwy
Norcross, GA 30071

Merchant Cash Cloud
5757 NW 151st Street
Miami Lakes, FL 33014

Flowers Baking Company of Birmingham
900 16th Street N
Birmingham, AL 35203

City of Bessemer
Revenue Department
1806 Third Avenue North
Bessemer, AL 35020

City of Midfield
c/o RDS
PO Box 830725
Birmingham, AL 35283

Sharp Realty
Attn: Accounts Receivable
400 Union Hill Dr.
Birmingham, AL 35209

Wand Corporation
7593 Corporate Way
Eden Prairie, MN 55344

Muzak
Focus Four LLC
PO Box 638793
Cincinnati, OH 45263-8793

HRS
PO Box 1624
Huntsville, AL 35807

City of Gadsden
c/o RDS
PO Box 830725
Birmingham, AL 35283

Stanley
8350 Sunlight Drive
Fishers, IN 46037

Bessemer Utilities
PO Box 1246
Bessemer, AL 35021

First Insurance Funding
450 Skokie Blvd., Ste. 1000
Northbrook, IL 60062

Martha Sams
1541 Prairie Lane
Montgomery, Alabama 36117

Fred Garfield
Spain Gillon
2117 Second Avenue N
Birmingham, AL 35203

Allied Waste/Republic Services
3950 59th Street SW
Birmingham, AL 35221

Al Kaisani
c/o Melissa S. Hayward
10501 N. Central Expressway, Ste. 106
Dallas, TX 75231

Alabama Child Support Payment Ctr
PO Box244015
Montgomery, AL 36124-4015

Alabama Gas Corporation
605 Richard Arrington Blvd N
Birmingham, AL 38282

Anniston Water Works
931 Noble Street
Anniston, AL 36202

Bae's Woodberry, LLC
Attn: Ellen Kim
12104 Old Pine Way
Oak Hill, Virginia 20171

Betty Leeth Haynes
PO Box 279
Cullman, AL 35056-0279

Birmingham Water Works Board
PO Box 830269
Birmingham, AL 35283-0269

Blue Cross and Blue Shield of Alabama
450 Riverchase Pkwy E
Birmingham, AL 35244

BRESCO
Birmingham Restaurant Supply
2428 Sixth Avenue S
Birmingham, AL 35233

Calhoun County Sales Tax
Calhoun County Revenue Commissioner
1702 Noble Street, Ste 104
Anniston, Alabama 36201

City of Anniston
P.O. Box 2168
Anniston, Alabama 36202

City of Cullman
PO 278
Cullman, AL 35056-0278

Cullman County & City
PO Box 278
Cullman, AL 35056-0278

Cullman Power Board
106 Second Avenue NE
Cullman, AL 35055

Elizabeth Jelks
8512 English Oak Loop
Montgomery, AL 36117

ERDA LLC
c/o Mr. Daniel Feld, Manager
12600 Cumpston Street
Valley Village, CA 91607

Etowah County
c/o RDS
PO Box 830725
Birmingham, AL 35283

Firemaster
Dept 1019
PO Box 121019
Dallas, TX 75312-1019

Kelly Pruitt
1463 Secretariat Dr.
Helena, AL 35080

Lucinda Leeth
3805 Cromwell Drive
Birmingham, AL 35243

NUCO2

Richard Blount Construction, LLC
163 Haygood Ave. SE
Atlanta, GA 30315

Sartino, Inc.
5285 Briarwood Circle
Pinson, AL 35126

SecureConnect/Trustwave
75 Remittance Drive
Dept. 1999
Chicago, IL 60675-1999

Steritech
PO Box 471127
Charlotte, NC 28247-2127

Al Kaisani
c/o Melissa S. Hayward
10501 N. Central Expressway, Ste. 106
Dallas, TX 75231

DDRM Largo Town Center, LLC
DDR Corp.
3300 Enterprise Parkway
Beachwood, Ohio 44122

Good Hope Investments, LLC
9109 Lucky Estates Dr.
Vienna, Virginia 22182

Haynes Family

Kelly Hall

Liz Whidden

Marlow Heights Shopping Center, LP
c/o Gelman Management Co.
2120 L Street NW
Suite 800
Washington, District of Columbia 20037

Maverick VI, LLC
12612 Waterspout Court
Owings Mills, Maryland 21117

Navin Kaisani
c/o Melissa S. Hayward
10501 N. Central Expressway, Ste. 106
Dallas, TX 75231

Regions Bank
1900 Fifth Avenue North
Birmingham, AL 35203

Richard Ruggiero

WHP, LLC

Marlin Business Bank
2795 E Cottonwood Pkwy
Suite 120
Salt Lake City, UT 84121

Yes Energy Management
PO Box 660901
Dallas, TX 75266-0901

USB Equipment Finance
220 26th Street
Minneapolis, MN

Balboa Capital
2010 Main Street
11th Floor
Irvine, CA 92614

Liberty Mutual/Cobbs Allen Hall
115 Office Park Dr.
Ste. 200
Mountain Brook, AL 35223

NASA Federal Credit Union
PO Box 1588
Bowie, MD 20717

Cyprus Air
7525 Richmond Hwy
Alexanria, VA 22306

Little Caesars
Caesars Fund Corporate
2211 Woodward Ave.
Detroit, MI 48201

Silver Hill II
Combined Properties
1255 22nd Street, NW
Washington, District of Columbia 20037

Comptroller of Maryland
110 Carroll Street
Annapolis, MD 21411

CAN Captial/Channel Partners Capital
11100 Wayzata Blvd.
Suite 305
Minnetonka, MN 55305

Brinks
PO Box 101031
Atlanta, GA 30392-1031

Navitus
111 Executive Ctr Drive
Suite 102
Columbia, SC 29210

Pepsico
1100 Reynolds Blvd
Winston-Salem, NC 27105

Pepco
PO Box 13608
Philadelphia PA 19101

The Hartford
8711 University East Drive
Charlotte, NC 28213

Burns Septic
5291 Enteprise Street
Sykesville, MD 21784

ANX EBusiness Corp.
Dept. 77399
PO Box 77000
Detroit, MI 48277-0399

USRP I, LLC
Attn: Legal Dept.
One Independent Dr.
Suite 114
Jacksonville, Florida 32202

Loanme
1900 S State College Blvd.
Suite 300
Anaheim, CA 92806

Blue Line
211 Woodward Ave.
Detroit, MI 48201

Direct Capital
155 Commerce Way
Portsmouth NH 03801

Bank of the Ozarks
PO Box 242208
Little Rock, AR 72223-2208

Silver Hill II LLC
PO Box 742685
Atlanta, GA 30374-2685

Little Caesars Corporate
2211 Woodward Ave.
Detroit, MI 48201

Washington Gas
6801 Instrial Road
Springfield, VA 22151

DC Government
Office of Tax and Revnue
1101 4th Street SW
Suite W210
Washington, DC 20024

Verizon Business
PO Box 660720
Dallas, TX 75266

ABC Burglar Alarm Systems, Inc.
1532 A&B Porter Ridge Place
Bowie, MD 20716

Steritech
PO Box 472127
Charlotte, NC 28247-2127

Affordable Refuse & Recycling, Inc.
PO box 400
Cheltenham, MD 20623

Maryland Child Support Account
PO box 17396
Baltimore, MD 21297

WSSC
14501 Swetizer Lane
Laurel, MD 20707

NCMIC Finance Company
14001 University Ave.
Clive, Iowa 50325

DDR Corp.
3300 Enterprise Parkway
Beachwood, Ohio 44122

Regency Centers Corporation
One Independent Drive
Suite 114
Jacksonville, FL 32202

IRH Capital
707 Skokie Blvd.
Suite 540
Northbrook, IL 60062

Child Support DC

6390201.1