# CERTIFIED RESOLUTIONS OF ALABAMA PARTNERS, LLC

I, Mark Williams, hereby certify that I am the duly elected, qualified and acting Chief Operating Officer of Alabama Partners, LLC (the "Company"). I further certify that the following resolutions were adopted on behalf of the Company and remain in full force and effect as of this day and have not been amended, replaced, rescinded or revoked:

## PETITION FOR REORGANIZATION
## UNDER CHAPTER 11 U.S. BANKRUPTCY CODE

**RESOLVED**, that in the judgment of the Company and its members, officers, and directors, it is desirable and in the best interests of the Company, their equity holders, creditors, members, and other interested parties that a voluntary petition for reorganization (the "Petition") be filed by each of the Company under the provisions of Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.* (the "Bankruptcy Code"), for the purpose of reorganizing their financial affairs;

**FURTHER RESOLVED**, that the Company shall be, and hereby is, authorized, directed, and empowered to file the Petition and to perform any and all such acts as are reasonable, advisable, expedient, convenient, proper, or necessary to effect any of the foregoing;

**FURTHER RESOLVED**, that the following persons are designated to be a "Designated Officer" – Mark Williams and Pervez Kaisani, and, each in his capacity as a Designated Officer be, and hereby is, authorized, directed and empowered, on behalf of and in the name of the Company: (i) to execute and verify the Petition as well as all other ancillary documents and to cause the Petition to be filed with the United States Bankruptcy Court for the Northern District of Alabama and to make or cause to be made prior to execution thereof any modifications to the Petition or ancillary documents; (ii) to execute, verify and file or cause to be filed all petitions, schedules, lists, motions, applications, and other papers or documents (including debtor in possession loan agreements and all first day motions and applications) necessary or desirable in connection with the foregoing; and (iii) to execute and verify any and all documents necessary or appropriate in connection therewith in such form or forms as any such Designated Officer may approve;

**FURTHER RESOLVED**, that the law firm of Rumberger Kirk & Caldwell PC be and hereby is authorized, empowered, and directed to represent the Company, as debtor and debtor in possession, in connection with any case commenced by or against it under the Bankruptcy Code;

**FURTHER RESOLVED**, that each of the Designated Officers be, and each hereby is, authorized, directed and empowered to retain on behalf of the Company such other

attorneys, financial advisors, and accountants as the Designated Officer(s) so acting shall deem appropriate in its judgment;

**FURTHER RESOLVED**, that each of the Designated Officers be, and each hereby is, authorized, directed and empowered from time to time in the name and on behalf of the Company to take such actions and execute and deliver such certificates, instruments, guaranties, notices and documents as may be required or as the Designated Officer may deem necessary, advisable or proper to carry out and perform the obligations of the Company under the Bankruptcy Code; all such actions to be performed in such manner, and all such certificates, instruments, notices and documents to be executed and delivered in such form, as the officer performing or executing the same shall, with the advice of counsel, approve the performance or execution thereof by such officer to be conclusive evidence of the approval thereof by such officer and by the Company;

**FURTHER RESOLVED**, that in addition to the specific authorizations heretofore conferred upon the Designated Officers, each is hereby authorized, directed and empowered, in the name and on behalf of the Company, to do or cause to be done all such further acts and to execute and deliver all such other instruments, certificates, agreements and documents as they or any of them may, with the advice of counsel, consider necessary or appropriate to enable the Company to carry out the intent and to accomplish the purpose of the foregoing resolutions; and

**FURTHER RESOLVED**, that all actions heretofore taken by the Designated Officers in connection with the foregoing resolutions be, and they hereby are, confirmed, ratified, and approved in all respects.

**IN WITNESS WHEREOF**, I have hereunto set my hand this 10th day of August, 2017.

**ALABAMA PARTNERS, LLC**

By: _____
Mark Williams
Chief Operating Officer

CERTIFIED RESOLUTIONS OF ALABAMA PARTNERS, LLC　　　　　PAGE 2 OF 2

Case 17-03469-TOM7    Doc 2    Filed 08/11/17    Entered 08/11/17 17:36:27    Desc Main
Document    Page 2 of 2