# United States Bankruptcy Court

## Northern District of Alabama

### Southern Division

In re **Alabama Partners, LLC**                              Case No.

      Debtor.                                            Chapter  **11**

## STATEMENT OF CORPORATE OWNERSHIP

Comes now **Alabama Partners, LLC**_____ (the "Debtor") and pursuant to Fed. R. Bankr. P. 1007(a) and 7007.1 state as follows:

_____ All corporations that directly or indirectly own 10% or more of any class of the corporation's equity interests are listed below:

OR,

__**X**__ There are no entities to report.

By:__**s/ R. Scott Williams**_____

    **R. Scott Williams**
    Signature of Attorney

    Counsel for **Alabama Partners, LLC**
    Bar no.: **ASB-3234-m63r**
    Address.: **2001 Park Place North, Suite 1300**
        **Birmingham, Alabama 35203**

    Telephone No.: **(205) 327-5550**
    Fax No.: **(205) 326-6786**
    E-mail address: **swilliams@rumberger.com**