IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE :<br><br>ALABAMA PARTNERS, LLC,<br>Debtor. | ) | Chapter 11<br><br>Case No. 17–_______(      ) |
| IN RE :<br><br>BAMACHEX, INC.,<br>Debtor. | ) | Chapter 11<br><br>Case No. 17–_______(      ) |
| IN RE :<br><br>MARYLAND LC VENTURES, LLC,<br>Debtor. | ) | Chapter 11<br><br>Case No. 17–_______(      ) |
| IN RE :<br><br>MARYLAND PIZZA, INC.,<br>Debtor. | ) | Chapter 11<br><br>Case No. 17–_______(      ) |
| IN RE :<br><br>PG COUNTY PARTNERS LLC,<br>Debtor. | ) | Chapter 11<br><br>Case No. 17–_______(      ) |
| IN RE :<br><br>PG COUNTY PIZZA, INC.,<br>Debtor. | ) | Chapter 11<br><br>Case No. 17–_______(      ) |

---

**MOTION OF DEBTORS PURSUANT TO FED. R. BANKR. P. 1015(b) FOR ENTRY OF ORDER DIRECTING JOINT ADMINISTRATION OF CHAPTER 11 CASES**

---

Alabama Partners, LLC and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors") respectfully represent the following in support of this motion (the "Motion"):

## BACKGROUND

1. The Debtors are a series of related and affiliated companies that operate in the fast food restaurant business.

2. Alabama Partners, LLC is a holding company for the operating entity BamaChex, Inc. These debtors operate a series of Rally' hamburger restaurants in the Birmingham, Alabama metropolitan area.

3. Maryland LC Ventures, LLC is a holding company for the operating entity Maryland Pizza, LLC; and PG County Partners, LLC is the holding company for the operating entity PG County Pizza, Inc. Each of the holding companies owns four Little Ceasars Pizza franchises in Maryland.

4. Each of the six Debtors are jointly owned and controlled by the same equity partners or shareholders.

5. As the Court is aware, the fast food restaurant business is extremely competitive, and its operating margins are extremely thin.

6. The Debtors have recently been under substantial stress as a result of both operational and capital structure issues. In an effort to survive and maintain operations, they have resorted to taking short term loans with extremely high interest rates. The Debtors had an exit strategy to attempt to sell themselves to third-party operators, and a sale was originally scheduled for July of this year. However, that sale was ultimately cancelled when the purchaser backed out of the transaction the day before the proposed closing.

7. The Debtors have filed these chapter 11 cases in order to reorganize and streamline operations and prepare for a sale of the operating entities.

8. The Debtors anticipate that they will continue with their prior marketing efforts to sell the operating units and to ultimately market the businesses as part of a § 363 sale.

9. The Debtors are hopeful that the resulting proceeds will be able to pay all administrative claims and secured priority claims, as well as obtain a dividend for unsecured creditors.

10. On August 11, 2017 (the "Petition Date"), each Debtor commenced with this Court a voluntary case under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). The Debtors continue to operate their businesses and manage their properties in possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code. No trustee, examiner, or statutory committee of creditors has been appointed in these chapter 11 cases.

## JURISDICTION AND VENUE

11. The Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

## RELIEF REQUESTED

12. Pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the Debtors respectfully request entry of an order directing joint administration of these chapter 11 cases for procedural purposes only. In addition, the Debtors respectfully request that the Court maintain one file and one docket for all of the jointly administered cases under the case number assigned to the Debtors, and that these chapter 11 cases be jointly administered under the following caption:

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **IN RE :** | ) | **Chapter 11** |
| | ) | |
| **ALABAMA PARTNERS, LLC, *et al.*,** | ) | **Case No. 17–_______( )** |
| | ) | |
| **Debtors.**[1] | ) | **(Jointly Administered)** |
| | ) | |

[1]The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, if any, are: Alabama Partners, LLC (7131); BamaChex, Inc. (6953); Maryland LC Ventures, LLC (6974); Maryland Pizza, Inc. (6929); PG County Partners LLC (2811); and PG County Pizza, Inc. (3902). The service address for each of the Debtors is P.O. Box 551267, Jacksonville, FL 32255.

13. The Debtors further request the Court's direction that a notation substantially similar to the following language be entered on the docket maintained by the Clerk of the Court to reflect the joint administration of the Debtors' chapter 11 cases:

> An Order has been entered in accordance with Rule 1015(b) of the Bankruptcy Rules directing the procedural consolidation and joint administration of Alabama Partners, LLC; BamaChex, Inc.; Maryland LC Ventures, LLC; Maryland Pizza, Inc.; PG County Partners LLC; and PG County Pizza, Inc. The docket in Case No. 17-_____( ) should be consulted for all matter affecting this case.

14. Finally, Debtors seek authority to file their required monthly operating reports on a consolidated basis.

15. The Debtors reserve all rights to file a subsequent motion seeking authority to jointly administer their cases with additional cases if the circumstances warrant.

16. A proposed order granting the relief requested herein is attached hereto as "**Exhibit A**" (the "proposed Order").

## THE REQUESTED RELIEF SHOULD BE GRANTED

17. On the date hereof, the Debtors commenced the above-captioned chapter 11 cases by filing the appropriate petitions with this Court. There are six (6) Debtors, jointly owned by the

same equity interests, with approximately 130 creditors on a consolidated basis in these chapter 11 cases. Joint administration will allow for the efficient and convenient administration of the Debtor's interrelated chapter 11 cases, will yield significant cost savings, and will not prejudice the substantive rights of any party in interest.

18. Bankruptcy Rule 1015(b) provides, in relevant part, that if "two or more petitions are pending in the same court by or against . . . a debtor and an affiliate, the court may order a joint administration of the estates." Fed. R. Bankr. P. 1015(b). The Debtors in these chapter 11 cases are "affiliates" as that term is defined in § 101(2) of the Bankruptcy Code. Thus, this Court possesses the authority to grant the relief requested and Order the procedural consolidation of these chapter 11 cases for joint administration.

19. Joint administration will save the Debtors and their estates substantial time and expense by removing the need to prepare, replicate, file, and serve duplicative notices, applications, and orders in each of the Debtors' cases. Joint administration will also relieve the Court of entering duplicative orders and maintaining duplicative files and dockets. The Bankruptcy Administrator for the Northern District of Alabama and other parties in interest will similarly benefit from joint administration of these cases, sparing them the time and effort of reviewing duplicative pleadings and papers.

20. Moreover, joint administration will not adversely affect the Debtors' respective constituencies because this Motion only requests administrative—not substantive—consolidation of the Debtors' estates. For example, any creditor may still file a claim against a particular Debtor or its estate (or against multiple Debtors and their respective estates) and intercompany claims among the Debtors will not be affected.

## NOTICE

21. Notice of this Motion has been provided to (1) the Office of the Bankruptcy Administrator for the United States Bankruptcy Court for the Northern District of Alabama, Southern Division; (2) the holders of the thirty (30) largest unsecured claims against the Debtors (on a consolidated basis); (3) the holders of Debtors' equity interests; (4) the District Director of the Internal Revenue Service for the Northern District of Alabama; and (5) any secured creditors of record (the "Notice Parties"). Debtors submit that, in view of the facts and circumstances, such notice is sufficient and no other further notice need be provided.

22. No previous request for the relief requested herein has been made in this bankruptcy case to this or any other court.

WHEREFORE the Debtors respectfully request entry of the Proposed Order granting the relief sought herein and such other and further relief as the Court may deem just and appropriate.

Dated this 11th day of August, 2017.

Respectfully submitted,

/s/ *R. Scott Williams*
R. Scott Williams
Robert H. Adams
Frederick D. Clarke

Proposed Attorneys for Debtors
ALABAMA PARTNERS, LLC
BAMACHEX, INC.
MARYLAND LC VENTURES, LLC
MARYLAND PIZZA, INC.
PG COUNTY PARTNERS LLC
PG COUNTY PIZZA, INC.

**Of Counsel:**
**RUMBERGER, KIRK & CALDWELL, P.C.**
Renasant Place
Suite 1300
2001 Park Place North
Birmingham, AL 35203
Phone: (205) 327-5550
Facsimile: (205) 326-6786
swilliams@rumberger.com
fclarke@rumberger.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th Day of August, 2017, the foregoing was served by depositing same in the united States Mail, first class, postage prepaid on the Notice Parties as indicated on the list attached hereto.

*/s/ R. Scott Williams*
Of Counsel

Bankruptcy Administrator
1800 5th Avenue North
Birmingham, AL 35203

Alabama Partners, LLC
PO Box 551267
Jacksonville, FL 32255

R. Scott Williams
Rumberger, Kirk & Caldwell
2001 Park Place, Ste. 1300
Birmingham, AL 35203

Melissa S. Hayward
Hayward & Associates, PLLC
10501 N. Central Expressway, Ste. 106
Dallas, TX 75231

Pervez Kaisani
c/o Melissa S. Hayward
10501 N. Central Expressway, Ste. 106
Dallas, TX 75231

Wazir Kaisani
c/o Melissa S. Hayward
10501 N. Central Expressway, Ste. 106
Dallas, TX 75231

Iqbal Kaisani
c/o Melissa S. Hayward
10501 N. Central Expressway, Ste. 106
Dallas, TX 75231

Mark Williams
PO Box 551267
Jacksonville, FL 32255

Internal Revenue Service
801 Tom Martins Dr.
Mail Stop 126
Birmingham, Alabama 35211

Internal Revenue Service
PO Box 7346
Philadelphia, Pennsylvania 19101

Alabama Department of Labor
649 Monroe Street
Montgomery, AL 36131

Alabama Department of Labor
631 Beacon Parkway West
Suite 203
Birmingham, AL 35209

Alabama Department of Revenue
P.O. Box 327464
Montgomery, AL 36132

Alabama Department of Revenue
Legal Division
P.O. Box 320001
Montgomery, AL 36132

Bank of the Ozarks
17901 Chenal Parkway
3rd Floor
Little Rock, AR 72223

CHTD Company
P.O. Box 2576
Springfield, IL 62708

Corporation Service Company
As Representative
P.O. Box 2576
Springfield, IL 62708

Macrolease Corporation
185 Express St.
Suite 100
Plainview, NY 11803

NASA Federal Credit Union
500 Prince George's Blvd.
Upper Marlboro, MD 20774

Receivables Advance
P.O. Box 15270
Irvine, CA 92623-5270

RLC Funding, a division of
Navitas Lease Corp. ISAOA
111 Executive Center Dr., Suite 102
Columbia, SC 29210

The Coca-Cola Company
On Coca-Cola Plaza
Atlanta, GA 30313

Coca-Cola USA
P.O. Box 102499
Atlanta, GA 30368

UniFi Equipment Finance
3893 Research Park Drive
Ann Arbor, MI 48108

U.S. Bank Equipment Finance
A division of U.S. Bank N.A.
1310 Madrid Street
Marshall, MN 56258

Checkers Corporate
4300 West Cypress St. Suite 600
Tampa, FL

City of Birmingham
710 North 20th Street
Room 600 City Hall
Birmingham, AL 35203

HJK LLC
PO Box 175
Lincoln, AL 35096

J T Smallwood - Tax Collector
Room 160
716 Richard Arrington Blvd. N.
Birmingham, AL 35203

Yellowstone
30 Broad Street
14th FL, Ste. 1462
New York, NY 10004

ONEILAATS LLC
10879 Coral Shores Dr # 210
Jacksonville, FL 32256

RDS
PO Box 830725
Birmingham, AL 35283

Jefferson County EDU Sales Tax
716 Richard Arrington Jr. Blvd. N.
Birmingham, AL 35203

Jefferson County Sales Tax
716 Richard Arrington Jr. Blvd. N.
Birmingham, AL 35203

SUSQUEHANNA SALT LAKE LLC
136 E South Temple, Ste. 1400
Salt Lake City, Utah 84111

City of Jasper
c/o RDS
PO Box 830725
Birmingham, AL 35283

Johnson Service Company
2812 Ruffner Rd
Birmingham, AL 35210

Alabama Power
P.O. Box 242
Birmingham, Alabama 35292

Tyco Security
c/o ADT Security Services, Inc.
PO Box 371967
Pittsburgh, PA 15250-7967

CDI
5151 Brook Hollow Pkwy
Norcross, GA 30071

Merchant Cash Cloud
5757 NW 151st Street
Miami Lakes, FL 33014

Flowers Baking Company of Birmingham
900 16th Street N
Birmingham, AL 35203

City of Bessemer
Revenue Department
1806 Third Avenue North
Bessemer, AL 35020

Good Hope Investments, LLC
9109 Lucky Estates Dr.
Vienna, Virginia 22182

Balboa Capital
2010 Main Street
11th Floor
Irvine, CA 92614

Direct Capital
155 Commerce Way
Portsmouth NH 03801

Navitus
111 Executive Ctr Drive
Suite 102
Columbia, SC 29210

Bank of the Ozarks
PO Box 242208
Little Rock, AR 72223-2208

USB Equipment Finance
220 26th Street
Minneapolis, MN

Regions Bank
1900 Fifth Avenue North
Birmingham, AL 35203

CAN Captial/Channel Partners Capital
11100 Wayzata Blvd.
Suite 305
Minnetonka, MN 55305

Marlin Business Bank
2795 E Cottonwood Pkwy
Suite 120
Salt Lake City, UT 84121

Loanme
1900 S State College Blvd.
Suite 300
Anaheim, CA 92806

Comptroller of Maryland
110 Carroll Street
Annapolis, MD 21411

# EXHIBIT A

(Proposed Order)

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **IN RE :** | ) | **Chapter 11** |
| | ) | |
| **ALABAMA PARTNERS, LLC,** | ) | **Case No. 17–_______( )** |
| **Debtor.** | ) | |
| ________________________ | ) | |
| | ) | |
| **IN RE :** | ) | **Chapter 11** |
| | ) | |
| **BAMACHEX, INC.,** | ) | **Case No. 17–_______( )** |
| **Debtor.** | ) | |
| ________________________ | ) | |
| | ) | |
| **IN RE :** | ) | **Chapter 11** |
| | ) | |
| **MARYLAND LC VENTURES, LLC,** | ) | **Case No. 17–_______( )** |
| **Debtor.** | ) | |
| ________________________ | ) | |
| | ) | |
| **IN RE :** | ) | **Chapter 11** |
| | ) | |
| **MARYLAND PIZZA, INC.,** | ) | **Case No. 17–_______( )** |
| **Debtor.** | ) | |
| ________________________ | ) | |
| | ) | |
| **IN RE :** | ) | **Chapter 11** |
| | ) | |
| **PG COUNTY PARTNERS LLC,** | ) | **Case No. 17–_______( )** |
| **Debtor.** | ) | |
| ________________________ | ) | |
| | ) | |
| **IN RE :** | ) | **Chapter 11** |
| | ) | |
| **PG COUNTY PIZZA, INC.,** | ) | **Case No. 17–_______( )** |
| **Debtor.** | ) | |
| ________________________ | ) | |

**ORDER PURSUANT TO FED. R. BANKR. P. 1015(b)**
**DIRECTING JOINT ADMINISTRATION OF CHAPTER 11 CASES**



Case 17-03469-TOM7 Doc 4 Filed 08/11/17 Entered 08/11/17 18:07:58 Desc Main Document Page 11 of 14

Upon the motion (the "Motion"),[1] dated August 11, 2017, of Alabama Partners, LLC and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), pursuant to Rule 1015(b) of the Federal Bankruptcy Rules, for entry of an order directing the joint administration of the Debtors' related chapter 11 cases for procedural purposes only, all as more fully set forth in the Motion; and the Court having jurisdiction to consider the Motion and relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the General Order of Reference; and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided to the Notice Parties; and such notice having been adequate and appropriate under the circumstances, and it appearing that no other further notice need be provided; and the Court having reviewed the Motion; and the Court having held a hearing to consider the relief requested in the Motion (the "Hearing"); and upon the record of the Hearing; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and it appearing that the relief requested in the Motion is in the best interest of the Debtors, their estates, creditors, and all parties in interest; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the Motion is granted as set forth herein; and it is further

ORDERED that the Debtors' chapter 11 cases are hereby consolidated for procedural purposes only and shall be jointly administered by the Court; and it is further

[1] Capitalized terms used but not otherwise defined herein shall have the respective meanings ascribed to such terms in the Motion.

ORDERED that nothing contained in this ORDER shall be deemed or construed as directing or otherwise affecting the substantive consolidation of any of the Debtors' chapter 11 cases; and it is further

ORDERED that the caption of the jointly administered cases shall read as follows:

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **IN RE :** | ) | **Chapter 11** |
| | ) | |
| **ALABAMA PARTNERS, LLC, *et al.*,** | ) | **Case No. 17–_______( )** |
| | ) | |
| **Debtors.**[1] | ) | **(Jointly Administered)** |
| | ) | |

[1]The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, if any, are: Alabama Partners, LLC (7131); BamaChex, Inc. (6953); Maryland LC Ventures, LLC (6974); Maryland Pizza, Inc. (6929); PG County Partners LLC (2811); and PG County Pizza, Inc. (3902). The service address for each of the Debtors is P.O. Box 551267, Jacksonville, FL 32255.

; and it is further

ORDERED that a docket entry shall be made in the chapter 11 cases of Alabama Partners, LLC; BamaChex, Inc.; Maryland LC Ventures, LLC; Maryland Pizza, Inc.; PG County Partners LLC; and PG County Pizza, Inc. substantially as follows:

> An Order has been entered in accordance with Rule 1015(b) of the Bankruptcy Rules directing the procedural consolidation and joint administration of Alabama Partners, LLC; BamaChex, Inc.; Maryland LC Ventures, LLC; Maryland Pizza, Inc.; PG County Partners LLC; and PG County Pizza, Inc. The docket in Case No. 17-_____( ) should be consulted for all matter affecting this case.

; and it is further

ORDERED that the Debtors may file their monthly operating reports, as required by the Bankruptcy Administrator for the Northern District of Alabama, by consolidating the information required for each Debtor in one report; and it is further

ORDERED that the Debtors are authorized to take all action necessary to the relief granted in this Order; and it is further

ORDERED that the Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order.

Dated: ____________________, 2017

______________________________________

UNITED STATES BANKRUPTCY JUDGE



Case 17-03469-TOM7 Doc 4 Filed 08/11/17 Entered 08/11/17 18:07:58 Desc Main Document Page 14 of 14