IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA, SOUTHERN DIVISION

**In re:**

| | | |
|---|---|---|
| **ALABAMA PARTNERS, LLC** | ) | Case No. 17-03469-11 |
| **Debtor.** | ) | Chapter 11 |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE** that, pursuant to Bankruptcy Rule 9010(b), Daniel D. Sparks of Christian & Small LLP hereby enters an appearance as attorney of record for **Customized Distribution, LLC**, a creditor and party-in-interest in the above captioned bankruptcy case.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Bankruptcy Rule 2002, the undersigned attorneys of record requests that, without limitation, all notices given or required to be given in this case, and all other documents served or required to be served in this case, be given to and served upon the following:

Daniel D. Sparks
ddsparks@csattorneys.com
CHRISTIAN & SMALL LLP
1800 Financial Center
505 North 20th Street
Birmingham, AL  35203
(205) 795-6588

This request encompasses, but is not limited to, all notices, copies, documents, and pleadings referred to in 11 U.S.C. Section 1109-(b), or in Bankruptcy Rules 2002, 3017 through 3022, 4001, or 9007, including, without limitation, notices of any Orders, motions, demands, complaints, petitions, pleadings, papers, requests, applications, or any other documents brought before this Court in this case, whether formal or informal, or transmitted or conveyed by mail, hand delivered, telefax, telegraph, teletex or otherwise which affect or seek to affect the above case.

Dated this the  14th  day of  August, 2017.

/s/ Daniel D. Sparks
Daniel D. Sparks
Attorney for
**Customized Distribution LLC,** Creditor

OF COUNSEL:
CHRISTIAN & SMALL LLP
1800 Financial Center
505 North 20th Street
Birmingham, AL 35203
(205) 795-6588

## CERTIFICATE OF SERVICE

      I do hereby certify that a copy of the above and foregoing instrument was filed on this the 14th day of August, 2017 with the Court's CM/ECF Electronic System, which will send electronic notice to all counsel who have appeared in the case.

                    /s/ Daniel D. Sparks
                    Daniel D. Sparks

Scott Williams
Rumberger, Kirk & Caldwell, P.C.
2001 Park Place North
Suite 1300
Birmingham, AL 35203

Thomas Corbett
Office of Bankruptcy Administrator
1800 5th Avenue North
Birmingham, AL 35203