# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| ALABAMA PARTNERS, LLC, ) | Case No. 17-03469-11 |
| ) | |
| Debtor. ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE** that the undersigned attorneys appear on behalf of Checkers Drive-In Restaurants, Inc. The undersigned submit this Notice of Appearance and request notice of all hearings and conferences and service of all papers herein including all papers and notices pursuant to Bankruptcy Rules 2002, 3017, 9007, and 9010, and Bankruptcy Code §§ 342 and 1109(b) (if applicable). All notices and papers in this case shall be served upon the following:

> Derek F. Meek
> James P. Roberts
> **BURR & FORMAN LLP**
> 420 North 20th Street, Suite 3400
> Birmingham, AL 35203
> Tel: (205) 251-3000 / Fax: (205) 458-5100
> dmeek@burr.com
> jroberts@burr.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and sections of the Bankruptcy Code specified above, but also includes, without limitation, the schedules, statement of financial affairs, reports, letters, applications, motions, complaints, objections, claims, demands, hearings, petitions, pleadings, or requests, whether formal or informal, whether written or oral, and howsoever transmitted or filed with or delivered to the Bankruptcy Clerk, Clerk, Court, or Judge (as those terms are defined in Bankruptcy Rule 9001) in connection with this case and any proceedings related thereto.

30209129 v1

Case 17-03469-TOM7    Doc 7    Filed 08/14/17    Entered 08/14/17 10:10:12    Desc Main
Document    Page 1 of 3

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance shall not be deemed or construed to be a waiver of the rights of Checkers Drive-In Restaurants, Inc. (i) to have final orders in any non-core matters entered only after de novo review by a District Judge, (ii) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal.

Dated: August 14, 2017.

Respectfully submitted,

By: /s/ Derek F. Meek
Derek F. Meek
James P. Roberts

**BURR & FORMAN LLP**
420 North 20th Street, Suite 3400
Birmingham, AL  35203
Tel: (205) 251-3000 / Fax: (205) 458-5100

**ATTORNEYS FOR CHECKERS DRIVE-IN RESTAURANTS, INC.**

## CERTIFICATE OF SERVICE

   I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing, or, if the party served does not participate in Notice of Electronic Filing, by U.S. First Class Mail or email on this the 14th day of August, 2017:

R. Scott Williams
Rumberger, Kirk & Caldwell, P.C.
2001 Park Place North, Suite 1300
Birmingham, AL 35203
swilliams@rumberger.com

              /s/ Derek F. Meek
              OF COUNSEL