IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE : | ) | Chapter 11 |
| | ) | |
| ALABAMA PARTNERS, LLC, | ) | Case No. 17–03469-11-____ |
|         Debtor. | ) | |
| | ) | |
| IN RE : | ) | Chapter 11 |
| | ) | |
| BAMACHEX, INC., | ) | Case No. 17–03471-11-____ |
|         Debtor. | ) | |
| | ) | |
| IN RE : | ) | Chapter 11 |
| | ) | |
| MARYLAND LC VENTURES, LLC, | ) | Case No. 17–03472-11-____ |
|         Debtor. | ) | |
| | ) | |
| IN RE : | ) | Chapter 11 |
| | ) | |
| MARYLAND PIZZA, INC., | ) | Case No. 17–03473-11-____ |
|         Debtor. | ) | |
| | ) | |
| IN RE : | ) | Chapter 11 |
| | ) | |
| PG COUNTY PARTNERS LLC, | ) | Case No. 17–03474-11-____ |
|         Debtor. | ) | |
| | ) | |
| IN RE : | ) | Chapter 11 |
| | ) | |
| PG COUNTY PIZZA, INC., | ) | Case No. 17–03475-11-____ |
|         Debtor. | ) | |

**DEBTOR'S MOTION FOR EXPEDITED HEARING
ON FIRST DAY MOTIONS**

Alabama Partners, LLC and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), respectfully move this Court to set an expedited hearing on the First Day Motions (as defined below) as quickly as the Court's docket will allow. In support of this Motion, the Debtors respectfully represent as follows:

## JURISDICTION AND VENUE

1. On August 11, 2017 (the "Petition Date"), the Debtor commenced with this Court a voluntary case under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). The Debtor continues to operate its businesses and manage its assets pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code.

2. This Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 158. This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue of Debtor's chapter 11 case and this Motion in this district are proper pursuant to 28 U.S.C. §§ 1408 and 1409. The statutory predicates for the relief requested herein are Bankruptcy Code § 521(a) and Bankruptcy Rule 1007(b) and (c).

3. Contemporaneously with this Motion, the Debtor filed with the Court the following motions:

   1. *Motion of Debtors for Order Pursuant to 11 U.S.C. §§ 105 and 363 Authorizing Continued Use of Existing Bank Accounts and Cash Management Systems;*

   2. *Debtors' Motion for Authority to Continue Certain Customer Practices and Benefits;*

   3. *Motion of Debtors Pursuant to 11 U.S.C. §§ 105, 366, and 503(b) to Establish Procedures for Determining Adequate Assurance of Payment for Utility Services;* and

   4. *Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a) and 363(b) for Authorization to Pay Pre-Petition Wages, Compensation, and Employee Benefits.*

4.  Previously, the Debtors also filed, contemporaneously with their Petitions, the following motions (the "Petition Motions" and together with the above motions, the "First Day Motions"):

   1. *Motion of Debtors Pursuant to Fed. R. Bankr. P. 1015(b) for Entry of Order Directing Joint Administration of Chapter 11 Cases*; and

   2. *Debtors' Motion for Authorization to File a Consolidates List of the Debtors' 30 Largest Unsecured Creditors, and File a Consolidated List of Creditors.*

### FACTUAL BACKGROUND

5.  The Debtors are a series of related and affiliated companies that operate in the fast food restaurant business.

6.  Alabama Partners, LLC is a holding company for the operating entity BamaChex, Inc. These debtors operate a series of Checkers hamburger restaurants in the Birmingham, Alabama metropolitan area.

7.  Maryland LC Ventures, LLC is a holding company for the operating entity Maryland Pizza, LLC; and PG County Partners, LLC is the holding company for the operating entity PG County Pizza, Inc. Each of the holding companies owns four Little Caesars Pizza franchises in Maryland.

8.  As the Court is aware, the fast food restaurant business is extremely competitive, and its operating margins are extremely thin.

9.  The Debtors have recently been under substantial stress as a result of both operational and capital structure issues. In an effort to survive and maintain operations, they have resorted to taking short term loans with extremely high interest rates. The Debtors had an exit strategy to attempt to sell themselves to third-party operators, and a sale was originally scheduled

3

for July of this year. However, that sale was ultimately cancelled when the purchaser backed out of the transaction the day before the proposed closing.

10. The Debtors have filed these chapter 11 cases in order to reorganize and streamline operations and prepare for a sale of the operating entities.

11. The Debtors anticipate that they will continue with their prior marketing efforts to sell the operating units and to ultimately market the businesses as part of a § 363 sale.

12. The Debtors are hopeful that the resulting proceeds will be able to pay all administrative claims and secured priority claims, as well as obtain a dividend for unsecured creditors.

### RELIEF REQUESTED

13. Due to the exigent nature of the relief requested in the First Day Motions, the Debtor hereby respectfully requests this Court to set an immediate hearing on the motions as soon as practicable on the Court's calendar.

14. The Debtor requests that this Court conduct expedited hearings on the following motions and enter the Orders as proposed therewith:

1. *Motion of Debtors for Order Pursuant to 11 U.S.C. §§ 105 and 363 Authorizing Continued Use of Existing Bank Accounts and Cash Management Systems;*

2. *Debtors' Motion for Authority to Continue Certain Customer Practices and Benefits;*

3. *Motion of Debtors Pursuant to 11 U.S.C. §§ 105, 366, and 503(b) to Establish Procedures for Determining Adequate Assurance of Payment for Utility Services;*

4. *Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a) and 363(b) for Authorization to Pay Pre-Petition Wages, Compensation, and Employee Benefits;*

5. *Motion of Debtors Pursuant to Fed. R. Bankr. P. 1015(b) for Entry of Order Directing Joint Administration of Chapter 11 Cases;* and

6. *Debtors' Motion for Authorization to File a Consolidates List of the Debtors' 30 Largest Unsecured Creditors, and File a Consolidated List of Creditors.*

15. It is crucial that this Court conduct a hearing on the First Day Motions so that Debtor can pay payroll and to continue to operate its business in an economic and efficient manner without disruption.

16. The Debtor further requests that the Court set an expedited hearing on the remaining First Day Motions so that the Debtor's operations are not adversely impacted at this early stage of its chapter 11 case.

## NOTICE

1. Notice of this Motion has been provided to (1) the Office of the Bankruptcy Administrator for the United States Bankruptcy Court for the Northern District of Alabama, Southern Division; (2) the holders of the thirty (30) largest unsecured claims against the Debtors (on a consolidated basis); (3) the holders of Debtors' equity interests; (4) the District Director of the Internal Revenue Service for the Northern District of Alabama; and (5) any secured creditors of record (the "Notice Parties"). Debtors submit that, in view of the facts and circumstances, such notice is sufficient and no other further notice need be provided.

2. No previous request for the relief requested herein has been made in this bankruptcy case to this or any other court.

WHEREFORE the Debtors respectfully request entry of an order substantially similar to the order attached hereto as Exhibit "A," and grant such other and further relief as the Court may deem just and appropriate.

*[signature on following page]*

Case 17-03469-TOM7    Doc 13    Filed 08/14/17    Entered 08/14/17 10:56:55    Desc Main
Document    Page 5 of 13

Dated this the 14th day of August, 2017.

                                        Respectfully submitted,

                                        */s/ R. Scott Williams*
                                        R. Scott Williams
                                        Frederick D. Clarke

                                        Proposed Attorneys for Debtors
                                        ALABAMA PARTNERS, LLC
                                        BAMACHEX, INC.
                                        MARYLAND LC VENTURES, LLC
                                        MARYLAND PIZZA, INC.
                                        PG COUNTY PARTNERS LLC
                                        PG COUNTY PIZZA, INC.

**Of Counsel:**
**RUMBERGER, KIRK & CALDWELL, P.C.**
Renasant Place
Suite 1300
2001 Park Place North
Birmingham, AL 35203
Phone: (205) 327-5550
Facsimile: (205) 326-6786
swilliams@rumberger.com
fclarke@rumberger.com

## CERTIFICATE OF SERVICE

    I hereby certify that on this 14th Day of August, 2017, the foregoing was served by depositing same in the united States Mail, first class, postage prepaid on the Notice Parties as indicated on the list attached hereto.

                                        */s/ R. Scott Williams*
                                        Of Counsel

Bankruptcy Administrator
1800 5th Avenue North
Birmingham, AL 35203

Alabama Partners, LLC
PO Box 551267
Jacksonville, FL 32255

R. Scott Williams
Rumberger, Kirk & Caldwell
2001 Park Place, Ste. 1300
Birmingham, AL 35203

Melissa S. Hayward
Hayward & Associates, PLLC
10501 N. Central Expressway, Ste. 106
Dallas, TX 75231

Pervez Kaisani
c/o Melissa S. Hayward
10501 N. Central Expressway, Ste. 106
Dallas, TX 75231

Wazir Kaisani
c/o Melissa S. Hayward
10501 N. Central Expressway, Ste. 106
Dallas, TX 75231

Iqbal Kaisani
c/o Melissa S. Hayward
10501 N. Central Expressway, Ste. 106
Dallas, TX 75231

Mark Williams
PO Box 551267
Jacksonville, FL 32255

Internal Revenue Service
801 Tom Martins Dr.
Mail Stop 126
Birmingham, Alabama 35211

Internal Revenue Service
PO Box 7346
Philadelphia, Pennsylvania 19101

Alabama Department of Labor
649 Monroe Street
Montgomery, AL 36131

Alabama Department of Labor
631 Beacon Parkway West
Suite 203
Birmingham, AL 35209

Alabama Department of Revenue
P.O. Box 327464
Montgomery, AL 36132

Alabama Department of Revenue
Legal Division
P.O. Box 320001
Montgomery, AL 36132

Bank of the Ozarks
17901 Chenal Parkway
3rd Floor
Little Rock, AR 72223

CHTD Company
P.O. Box 2576
Springfield, IL 62708

Corporation Service Company
As Representative
P.O. Box 2576
Springfield, IL 62708

Macrolease Corporation
185 Express St.
Suite 100
Plainview, NY 11803

NASA Federal Credit Union
500 Prince George's Blvd.
Upper Marlboro, MD 20774

Receivables Advance
P.O. Box 15270
Irvine, CA 92623-5270

RLC Funding, a division of
Navitas Lease Corp. ISAOA
111 Executive Center Dr., Suite 102
Columbia, SC 29210

The Coca-Cola Company
On Coca-Cola Plaza
Atlanta, GA 30313

Coca-Cola USA
P.O. Box 102499
Atlanta, GA 30368

UniFi Equipment Finance
3893 Research Park Drive
Ann Arbor, MI 48108

U.S. Bank Equipment Finance
A division of U.S. Bank N.A.
1310 Madrid Street
Marshall, MN 56258

HJK LLC
PO Box 175
Lincoln, AL 35096

ONEILAATS LLC
10879 Coral Shores Dr # 210
Jacksonville, FL 32256

Jefferson County Sales Tax
716 Richard Arrington Jr. Blvd. N.
Birmingham, AL 35203

Johnson Service Company
2812 Ruffner Rd
Birmingham, AL 35210

CDI
5151 Brook Hollow Pkwy
Norcross, GA 30071

City of Bessemer
Revenue Department
1806 Third Avenue North
Bessemer, AL 35020

Direct Capital
155 Commerce Way
Portsmouth NH 03801

Checkers Corporate
4300 West Cypress St. Suite 600
Tampa, FL

J T Smallwood - Tax Collector
Room 160
716 Richard Arrington Blvd. N.
Birmingham, AL 35203

RDS
PO Box 830725
Birmingham, AL 35283

SUSQUEHANNA SALT LAKE LLC
136 E South Temple, Ste. 1400
Salt Lake City, Utah 84111

Alabama Power
P.O. Box 242
Birmingham, Alabama 35292

Merchant Cash Cloud
5757 NW 151st Street
Miami Lakes, FL 33014

Good Hope Investments, LLC
9109 Lucky Estates Dr.
Vienna, Virginia 22182

Navitus
111 Executive Ctr Drive
Suite 102
Columbia, SC 29210

City of Birmingham
710 North 20th Street
Room 600 City Hall
Birmingham, AL 35203

Yellowstone
30 Broad Street
14th FL, Ste. 1462
New York, NY 10004

Jefferson County EDU Sales Tax
716 Richard Arrington Jr. Blvd. N.
Birmingham, AL 35203

City of Jasper
c/o RDS
PO Box 830725
Birmingham, AL 35283

Tyco Security
c/o ADT Security Services, Inc.
PO Box 371967
Pittsburgh, PA 15250-7967

Flowers Baking Company of Birmingham
900 16th Street N
Birmingham, AL 35203

Balboa Capital
2010 Main Street
11th Floor
Irvine, CA 92614

Bank of the Ozarks
PO Box 242208
Little Rock, AR 72223-2208

8

USB Equipment Finance
220 26th Street
Minneapolis, MN

Marlin Business Bank
2795 E Cottonwood Pkwy
Suite 120
Salt Lake City, UT 84121

Regions Bank
1900 Fifth Avenue North
Birmingham, AL 35203

Loanme
1900 S State College Blvd.
Suite 300
Anaheim, CA 92806

CAN Captial/Channel Partners Capital
11100 Wayzata Blvd.
Suite 305
Minnetonka, MN 55305

Comptroller of Maryland
110 Carroll Street
Annapolis, MD 21411

# EXHIBIT A

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE : | ) | Chapter 11 |
| | ) | |
| ALABAMA PARTNERS, LLC, | ) | Case No. 17–_____(   ) |
|         Debtor. | ) | |
| | ) | |
| IN RE : | ) | Chapter 11 |
| | ) | |
| BAMACHEX, INC., | ) | Case No. 17–_____(   ) |
|         Debtor. | ) | |
| | ) | |
| IN RE : | ) | Chapter 11 |
| | ) | |
| MARYLAND LC VENTURES, LLC, | ) | Case No. 17–_____(   ) |
|         Debtor. | ) | |
| | ) | |
| IN RE : | ) | Chapter 11 |
| | ) | |
| MARYLAND PIZZA, INC., | ) | Case No. 17–_____(   ) |
|         Debtor. | ) | |
| | ) | |
| IN RE : | ) | Chapter 11 |
| | ) | |
| PG COUNTY PARTNERS LLC, | ) | Case No. 17–_____(   ) |
|         Debtor. | ) | |
| | ) | |
| IN RE : | ) | Chapter 11 |
| | ) | |
| PG COUNTY PIZZA, INC., | ) | Case No. 17–_____(   ) |
|         Debtor. | ) | |

## ORDER GRANTING DEBTOR'S MOTION
## FOR EXPEDITED HEARING ON FIRST DAY MOTIONS

This matter came to be heard upon the motion (the "Motion") of Alabama Partners, LLC, as debtor and debtor-in-possession ("Alabama Partners" or "Debtor") for this Court to set an expedited hearing on the First Day Motions (as defined in the Motion) as quickly as the Court's docket will allow. The Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; due notice of the Motion having been provided to the Notice Parties (as defined in the Motion); the Court having determined that the relief sought in the Motion is in the best interests of the Debtor, its creditors, and all parties in interest; upon the Motion and all of the proceedings before this Court; and after due deliberation and sufficient cause appearing therefore; it is hereby

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that, due to the exigent nature of the relief requested in the First Day Motions, the Court shall conduct hearings at the United States Bankruptcy Court for the Northern District of Alabama, Southern Division, Robert S. Vance Federal Building, 1800 Fifth Avenue North, Birmingham, Alabama 35203 on August \_\_\_\_\_, 2017 at \_\_\_ a.m./p.m. for each of the matters set forth below:

1. *Motion of Debtors for Order Pursuant to 11 U.S.C. §§ 105 and 363 Authorizing Continued Use of Existing Bank Accounts and Cash Management Systems;*

2. *Debtors' Motion for Authority to Continue Certain Customer Practices and Benefits;*

3. *Motion of Debtors Pursuant to 11 U.S.C. §§ 105, 366, and 503(b) to Establish Procedures for Determining Adequate Assurance of Payment for Utility Services;*

4. *Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a) and 363(b) for Authorization to Pay Pre-Petition Wages, Compensation, and Employee Benefits;*

5. *Motion of Debtors Pursuant to Fed. R. Bankr. P. 1015(b) for Entry of Order Directing Joint Administration of Chapter 11 Cases;* and

6. *Debtors' Motion for Authorization to File a Consolidates List of the Debtors' 30 Largest Unsecured Creditors, and File a Consolidated List of Creditors*

; and it is further

**ORDERED** that proposed counsel for the Debtor shall serve a copy of this Order on the service list of parties in interest as appears above.

Dated this the _____ day of August, 2017.

_____
UNITED STATES BANKRUPTCY JUDGE

10412146.1