# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| In re: | **Case No.** 17−03469−TOM11 |
| Alabama Partners, LLC | **Chapter** 11 |
| **EIN:** 26−3067131 | |

**Debtor(s)**

## NOTICE OF DEFICIENT FILING AND SHOW CAUSE HEARING

Pursuant to Federal Rule of Bankruptcy Procedure 1007, the above styled Debtor shall correct and file all proper schedules within fourteen (14) days from the filing date of the Debtor's petition. Failure to file the document(s) within 14 days of the filing of the petition is a violation of 11 U.S.C. § 521. If all deficiencies as set forth below are not corrected, then a hearing will be held on **Monday, August 28, 2017** at **10:30 AM** in **Robert S. Vance Federal Bldg, 1800 5th Ave No, Courtroom 3, Birmingham, AL 35203** to show cause why this case shall not be DISMISSED.

- ☐ Petition Pages (Form 1 − 8 pages)
- ☐ Summary of Your Assets and Liabilities and Certain Statistical Information − Individual
- ☑ Summary of Your Assets and Liabilities − Non−Individual
- ☑ Schedules A−J
- ☑ Declaration of Schedules
- ☑ Statement of Financial Affairs
- ☑ Attorney's Disclosure of Compensation (Form 2030)
- ☐ Chapter 13 Plan − Attorney or pro se debtor responsible for service to all creditors
- ☐ Certificate of Credit Counseling
- ☐ Debt Repayment Plan (if applicable)
- ☐ Means Test (Official Form 122A−1, 122A−1Supp, 122A−2, 122B, 122C−1, or 122C−2)
- ☐ Certification of Post Petition Rent
- ☐ Employee Income Records
- ☑ Other: 1. Application to Employ Attorney for Debtor; 2. List of Equity Security Holders

Dated: August 14, 2017

Joseph E. Bulgarella, Clerk
United States Bankruptcy Court
By: /s/ Leigh Tumlin