# Notice Recipients

| | | |
|---|---|---|
| District/Off: 1126−2 | User: ltumlin | Date Created: 8/14/2017 |
| Case: 17−03469−TOM11 | Form ID: def006 | Total: 3 |

**Recipients of Notice of Electronic Filing:**
aty     R. Scott Williams     swilliams@rumberger.com

                                       TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Alabama Partners, LLC     PO Box 551267     Jacksonville, FL 32255
smg     Thomas Corbett     BA Birmingham     1800 5th Avenue North     Birmingham, AL 35203

                                       TOTAL: 2