UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

In the Matter of:

Alabama Partners, LLC
    Debtor(s)

Case No. 17-03469-TOM-11

Chapter 11

## ORDER

This matter having come before the Court on the Motion for Expedited Hearing on the Debtor's Motion for Joint Administration, Motion for Authorization to File Consolidated List of 30 Largest Unsecured Creditors, Motion for Authorization to Pay Pre-Petition Wages, Compensation and Employee Benefits, Motion for Order Authorizing Continued Use of Existing Bank Accounts and Cash Management Systems Filed by Debtor, Motion to Establish Procedures for Determining Adequate Assurance of Payment for Utility Service, Motion for Authority to Continue Certain Customer Practices and Benefits, the Court having considered the pleadings; it appears to the Court that the Motion for Expedited Hearing is due to be granted; now therefore,

It is **ORDERED, ADJUDGED and DECREED** that the Motion for Expedited Hearing shall be and hereby is **GRANTED**.

Notice is hereby given that a hearing on the above matters shall be heard on **August 16, 2017, at 9:30 a.m., in Courtroom #3 of the Robert S. Vance Federal Building, 1800 5th Avenue North, Birmingham, Alabama 35203.**

Dated:   August 14, 2017

                                                /s/ Tamara O. Mitchell
                                                United States Bankruptcy Judge

/klt