IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE : | ) | Chapter 11 |
| | ) | |
| ALABAMA PARTNERS, LLC, | ) | Case No. 17–03469-11-____ |
|         Debtor. | ) | |
| | ) | |
| IN RE : | ) | Chapter 11 |
| | ) | |
| BAMACHEX, INC., | ) | Case No. 17–03471-11-____ |
|         Debtor. | ) | |
| | ) | |
| IN RE : | ) | Chapter 11 |
| | ) | |
| MARYLAND LC VENTURES, LLC, | ) | Case No. 17–03472-11-____ |
|         Debtor. | ) | |
| | ) | |
| IN RE : | ) | Chapter 11 |
| | ) | |
| MARYLAND PIZZA, INC., | ) | Case No. 17–03473-11-____ |
|         Debtor. | ) | |
| | ) | |
| IN RE : | ) | Chapter 11 |
| | ) | |
| PG COUNTY PARTNERS LLC, | ) | Case No. 17–03474-11-____ |
|         Debtor. | ) | |
| | ) | |
| IN RE : | ) | Chapter 11 |
| | ) | |
| PG COUNTY PIZZA, INC., | ) | Case No. 17–03475-11-____ |
|         Debtor. | ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on this 14th Day of August, 2017, the Motion of Debtors Pursuant to 11 U.S.C. §§ 105, 366, and 503(b) to Establish Procedures for Determining Adequate Assurance of Payment for Utility Services was served by depositing same in the United States Mail, first class, postage prepaid on the utility companies indicated on the list attached hereto.

Dated this 14th day of August, 2017.

Respectfully submitted,

/s/ R. Scott Williams
R. Scott Williams
Robert H. Adams
Frederick D. Clarke

Proposed Attorneys for Debtors
ALABAMA PARTNERS, LLC
BAMACHEX, INC.
MARYLAND LC VENTURES, LLC
MARYLAND PIZZA, INC.
PG COUNTY PARTNERS LLC
PG COUNTY PIZZA, INC.

**Of Counsel:**
**RUMBERGER, KIRK & CALDWELL, P.C.**
Renasant Place
Suite 1300
2001 Park Place North
Birmingham, AL 35203
Phone: (205) 327-5550
Facsimile: (205) 326-6786
swilliams@rumberger.com
fclarke@rumberger.com

2

10420992.1

Case 17-03469-TOM7    Doc 16    Filed 08/14/17    Entered 08/14/17 15:09:13    Desc Main
Document    Page 2 of 3

| | | |
|---|---|---|
| Alabama Gas Corporation<br>605 Richard Arrington Blvd N<br>Birmingham, AL 38282 | Alabama Power<br>PO Box 242<br>Birmingham, AL 35292 | Anniston Water Works<br>931 Noble Street<br>Anniston, AL 36202 |
| Birmingham Water Works Board<br>PO Box 830269<br>Birmingham, AL 35283-0269 | Bessemer Utilities<br>PO Box 1246<br>Bessemer, AL 35021 | Comcast<br>PO Box 3001<br>Southeaster, PA 19398-3001 |
| Cullman Gas District<br>PO Box 399<br>Cullman, AL 35056 | Cullman Power Board<br>106 Second Avenue NE<br>Cullman, AL 35055 | Jasper Water Works & Sewer Board<br>1620 Alabama Ave.<br>Jasper, AL 35501 |
| PEPCO<br>PO Box 13608<br>Philadelphia, Pennsylvania 19101 | Verizon Business<br>PO Box 660720<br>Dallas, Texas 75266 | Washington Gas<br>6801 Industrial Road<br>Springfield, Virginia 22151 |
| Washington Suburban Sanitary Commission<br>14501 Sweitzer Lane<br>Laurel, MD 20707 | | |