# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE : | ) | Chapter 11 |
| | ) | |
| **ALABAMA PARTNERS, LLC,** | ) | Case No. 17–03469-11-TOM |
| Debtor. | ) | |
| | ) | |
| IN RE : | ) | Chapter 11 |
| | ) | |
| **BAMACHEX, INC.,** | ) | Case No. 17–03471-11- TOM |
| Debtor. | ) | |
| | ) | |
| IN RE : | ) | Chapter 11 |
| | ) | |
| **MARYLAND LC VENTURES, LLC,** | ) | Case No. 17–03472-11- TOM |
| Debtor. | ) | |
| | ) | |
| IN RE : | ) | Chapter 11 |
| | ) | |
| **MARYLAND PIZZA, INC.,** | ) | Case No. 17–03473-11- TOM |
| Debtor. | ) | |
| | ) | |
| IN RE : | ) | Chapter 11 |
| | ) | |
| **PG COUNTY PARTNERS LLC,** | ) | Case No. 17–03474-11- TOM |
| Debtor. | ) | |
| | ) | |
| IN RE : | ) | Chapter 11 |
| | ) | |
| **PG COUNTY PIZZA, INC.,** | ) | Case No. 17–03475-11- TOM |
| Debtor. | ) | |

**NOTICE OF APPEARANCE**

Frederick D. Clarke hereby enters his appearance as counsel of record for Debtors Alabama Partners, LLC, BamaChex, Inc., Maryland LC Ventures, LLC, Maryland Pizza, Inc., PG County Partners, LLC, and PG County Pizza, Inc.

Respectfully submitted this the 15th day of August, 2017.

/s/ *Frederick D. Clarke*
R. Scott Williams
Robert H. Adams
Frederick D. Clarke

Proposed Attorneys for Debtors
ALABAMA PARTNERS, LLC
BAMACHEX, INC.
MARYLAND LC VENTURES, LLC
MARYLAND PIZZA, INC.
PG COUNTY PARTNERS LLC
PG COUNTY PIZZA, INC.

**Of Counsel:**
**RUMBERGER, KIRK & CALDWELL, P.C.**
Renasant Place
Suite 1300
2001 Park Place North
Birmingham, AL 35203
Phone: (205) 327-5550
Facsimile: (205) 326-6786
swilliams@rumberger.com
fclarke@rumberger.com

### CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2017, a true and correct copy of the foregoing was served via this Court's CM/ECF Noticing System on all parties receiving electronic notices in this bankruptcy case.

/s/ *Frederick D. Clarke*
Of Counsel