**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| IN RE : | ) | Chapter 11 |
| | ) | |
| **ALABAMA PARTNERS, LLC,** | ) | Case No. 17–03469-TOM11 |
|              Debtor. | ) | |
| | ) | |
| | ) | |
| IN RE : | ) | Chapter 11 |
| | ) | |
| **BAMACHEX, INC.,** | ) | Case No. 17–03471- TOM11 |
|              Debtor. | ) | |
| | ) | |
| | ) | |
| IN RE : | ) | Chapter 11 |
| | ) | |
| **MARYLAND LC VENTURES, LLC,** | ) | Case No. 17–03472- TOM11 |
|              Debtor. | ) | |
| | ) | |
| | ) | |
| IN RE : | ) | Chapter 11 |
| | ) | |
| **MARYLAND PIZZA, INC.,** | ) | Case No. 17–03473- TOM11 |
|              Debtor. | ) | |
| | ) | |
| | ) | |
| IN RE : | ) | Chapter 11 |
| | ) | |
| **PG COUNTY PARTNERS LLC,** | ) | Case No. 17–03474- TOM11 |
|              Debtor. | ) | |
| | ) | |
| | ) | |
| IN RE : | ) | Chapter 11 |
| | ) | |
| **PG COUNTY PIZZA, INC.,** | ) | Case No. 17–03475- TOM11 |
|              Debtor. | ) | |
| | ) | |

**DEBTORS' EMERGENCY MOTION FOR EXPEDITED HEARING ON DEBTORS'**
**CASH COLLATERAL MOTION**

Alabama Partners, LLC and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), respectfully move this Court (1) for an emergency hearing on Debtors' Cash Collateral Motion (defined below) to coincide with the expedited hearing on Debtors' First Day Motions (*see* Case No. 17-03471-TOM11 at Doc. 15); and (2) to deem this Court's Order Requiring Additional Information (Doc. 18) satisfied by the filing of Debtors' Cash Collateral Motion. In support of this motion (the "Motion"), the Debtors respectfully represent as follows:

## JURISDICTION AND NOTICE

1. On August 11, 2017 (the "Petition Date"), the Debtor commenced with this Court a voluntary case under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). The Debtor continues to operate its businesses and manage its assets pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code.

2. This Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 158. This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue of Debtor's chapter 11 case and this Motion in this district are proper pursuant to 28 U.S.C. §§ 1408 and 1409. The statutory predicates for the relief requested herein are Bankruptcy Code § 521(a) and Bankruptcy Rule 1007(b) and (c).

3. Notice of this Motion has been provided to (1) the Office of the Bankruptcy Administrator for the United States Bankruptcy Court for the Northern District of Alabama, Southern Division; (2) the holders of the thirty (30) largest unsecured claims against the Debtors (on a consolidated basis); (3) the holders of Debtors' equity interests; (4) the District Director of the Internal Revenue Service for the Northern District of Alabama; and (5) any secured creditors

of record (the "Notice Parties"). Debtors submit that, in view of the facts and circumstances, such notice is sufficient and no other further notice need be provided.

## SUMMARY OF RELIEF REQUESTED

4. The Debtors must have a hearing on their Cash Collateral Motion as soon as possible to enable Debtors to pay wages, utilities, and other expenses related to Debtors' business operations and the administration of Debtors' estates. Debtors seek to have an emergency, interim hearing on their Cash Collateral Motion set for August 16, 2017, in conjunction with the hearing set by this Court on Debtors' other motions (Doc. 15).

5. Additionally, this Court has issued an Order Requiring Additional Information (Doc. 18). Debtors submit that the additional financial details in the Cash Collateral motion satisfy the Court's Order and seek an Order deeming the requirements stated by this Court in Doc. 18 satisfied by the information contained in the Cash Collateral Motion.

## FACTUAL BACKGROUND

6. Contemporaneously with this Motion, the Debtor filed with the Court a *Debtors' Motion for Interim Order and Final Order Authorizing Use of Cash Collateral Pursuant to 11 U.S.C. §§ 363(c)(2) and Rule 4001(b) of the Federal Rules of Bankruptcy Procedure* (the "Cash Collateral Motion").

7. The Cash Collateral Motion seeks, among other things, an emergency interim order permitting the use of cash collateral to pay pre-petition payroll and employee expense reimbursement obligations as necessary to maintain Debtors' business operations and preserve the value of Debtors' estates for creditors.

8. As more fully explained in the Cash Collateral Motion, the Debtors will suffer immediate and irreparable harm without the immediate use of Cash Collateral. Debtors will be

unable to retain their employees or to preserve the value of their assets for the benefit of the Debtors' estates. The result will be the immediate shut down of the Debtors' businesses to the detriment of all parties in interest.

9. The Cash Collateral Motion also sets forth additional and more detailed information regarding Debtors' financial situation that, Debtors submit, satisfies this Court's August 18, 2017 Order Requiring Additional Information (Case No. 17-03471-TOM11 at Doc. 15).

WHEREFORE, Debtors respectfully request entry of an Order substantially similar to that attached as Exhibit "A", deeming the Court's Order Requiring Additional Information satisfied and setting an emergency, interim hearing on Debtors' Cash Collateral Motion for Wednesday, August 15, 2017, in conjunction with the hearing on Debtors other First-Day Motions.

Dated this the 15th day of August, 2017.

                    Respectfully submitted,

                    /s/ *R. Scott Williams*
                    R. Scott Williams
                    Frederick D. Clarke

                    Proposed Attorneys for Debtors
                    ALABAMA PARTNERS, LLC
                    BAMACHEX, INC.
                    MARYLAND LC VENTURES, LLC
                    MARYLAND PIZZA, INC.
                    PG COUNTY PARTNERS LLC
                    PG COUNTY PIZZA, INC.

**Of Counsel:**
**RUMBERGER, KIRK & CALDWELL, P.C.**
Renasant Place
Suite 1300
2001 Park Place North
Birmingham, AL 35203
Phone: (205) 327-5550
Facsimile: (205) 326-6786
swilliams@rumberger.com
fclarke@rumberger.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th Day of August, 2017, the foregoing was served via CM/ECF and by depositing same in the United States Mail, first class, postage prepaid on the Notice Parties as indicated on the list attached hereto.

/s/ *R. Scott Williams*
Of Counsel

5

Case 17-03469-TOM7    Doc 20    Filed 08/15/17    Entered 08/15/17 15:33:04    Desc Main
Document    Page 5 of 12

Bankruptcy Administrator
1800 5th Avenue North
Birmingham, AL 35203

Alabama Partners, LLC
PO Box 551267
Jacksonville, FL 32255

R. Scott Williams
Rumberger, Kirk & Caldwell
2001 Park Place, Ste. 1300
Birmingham, AL 35203

Melissa S. Hayward
Hayward & Associates, PLLC
10501 N. Central Expressway, Ste. 106
Dallas, TX 75231

Pervez Kaisani
c/o Melissa S. Hayward
10501 N. Central Expressway, Ste. 106
Dallas, TX 75231

Wazir Kaisani
c/o Melissa S. Hayward
10501 N. Central Expressway, Ste. 106
Dallas, TX 75231

Iqbal Kaisani
c/o Melissa S. Hayward
10501 N. Central Expressway, Ste. 106
Dallas, TX 75231

Mark Williams
PO Box 551267
Jacksonville, FL 32255

Internal Revenue Service
801 Tom Martins Dr.
Mail Stop 126
Birmingham, Alabama 35211

Internal Revenue Service
PO Box 7346
Philadelphia, Pennsylvania 19101

Alabama Department of Labor
649 Monroe Street
Montgomery, AL 36131

Alabama Department of Labor
631 Beacon Parkway West
Suite 203
Birmingham, AL 35209

Alabama Department of Revenue
P.O. Box 327464
Montgomery, AL 36132

Alabama Department of Revenue
Legal Division
P.O. Box 320001
Montgomery, AL 36132

Bank of the Ozarks
17901 Chenal Parkway
3rd Floor
Little Rock, AR 72223

CHTD Company
P.O. Box 2576
Springfield, IL 62708

Corporation Service Company
As Representative
P.O. Box 2576
Springfield, IL 62708

Macrolease Corporation
185 Express St.
Suite 100
Plainview, NY 11803

NASA Federal Credit Union
500 Prince George's Blvd.
Upper Marlboro, MD 20774

Receivables Advance
P.O. Box 15270
Irvine, CA 92623-5270

RLC Funding, a division of
Navitas Lease Corp. ISAOA
111 Executive Center Dr., Suite 102
Columbia, SC 29210

The Coca-Cola Company
On Coca-Cola Plaza
Atlanta, GA 30313

Coca-Cola USA
P.O. Box 102499
Atlanta, GA 30368

UniFi Equipment Finance
3893 Research Park Drive
Ann Arbor, MI 48108

6

U.S. Bank Equipment Finance
A division of U.S. Bank N.A.
1310 Madrid Street
Marshall, MN 56258

Checkers Corporate
4300 West Cypress St. Suite 600
Tampa, FL

City of Birmingham
710 North 20th Street
Room 600 City Hall
Birmingham, AL 35203

HJK LLC
PO Box 175
Lincoln, AL 35096

J T Smallwood - Tax Collector
Room 160
716 Richard Arrington Blvd. N.
Birmingham, AL 35203

Yellowstone
30 Broad Street
14th FL, Ste. 1462
New York, NY 10004

ONEILAATS LLC
10879 Coral Shores Dr # 210
Jacksonville, FL 32256

RDS
PO Box 830725
Birmingham, AL 35283

Jefferson County EDU Sales Tax
716 Richard Arrington Jr. Blvd. N.
Birmingham, AL 35203

Jefferson County Sales Tax
716 Richard Arrington Jr. Blvd. N.
Birmingham, AL 35203

SUSQUEHANNA SALT LAKE LLC
136 E South Temple, Ste. 1400
Salt Lake City, Utah 84111

City of Jasper
c/o RDS
PO Box 830725
Birmingham, AL 35283

Johnson Service Company
2812 Ruffner Rd
Birmingham, AL 35210

Alabama Power
P.O. Box 242
Birmingham, Alabama 35292

Tyco Security
c/o ADT Security Services, Inc.
PO Box 371967
Pittsburgh, PA 15250-7967

CDI
5151 Brook Hollow Pkwy
Norcross, GA 30071

Merchant Cash Cloud
5757 NW 151st Street
Miami Lakes, FL 33014

Flowers Baking Company of Birmingham
900 16th Street N
Birmingham, AL 35203

City of Bessemer
Revenue Department
1806 Third Avenue North
Bessemer, AL 35020

Good Hope Investments, LLC
9109 Lucky Estates Dr.
Vienna, Virginia 22182

Balboa Capital
2010 Main Street
11th Floor
Irvine, CA 92614

Direct Capital
155 Commerce Way
Portsmouth NH 03801

Navitus
111 Executive Ctr Drive
Suite 102
Columbia, SC 29210

Bank of the Ozarks
PO Box 242208
Little Rock, AR 72223-2208

| | | |
|---|---|---|
| USB Equipment Finance<br>220 26th Street<br>Minneapolis, MN | Regions Bank<br>1900 Fifth Avenue North<br>Birmingham, AL 35203 | CAN Captial/Channel Partners Capital<br>11100 Wayzata Blvd.<br>Suite 305<br>Minnetonka, MN 55305 |
| Marlin Business Bank<br>2795 E Cottonwood Pkwy<br>Suite 120<br>Salt Lake City, UT 84121 | Loanme<br>1900 S State College Blvd.<br>Suite 300<br>Anaheim, CA 92806 | Comptroller of Maryland<br>110 Carroll Street<br>Annapolis, MD 21411 |

# EXHIBIT A

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE : | ) | Chapter 11 |
| | ) | |
| ALABAMA PARTNERS, LLC, | ) | Case No. 17–03469-TOM11 |
| Debtor. | ) | |
| | ) | |
| IN RE : | ) | Chapter 11 |
| | ) | |
| BAMACHEX, INC., | ) | Case No. 17–03471- TOM11 |
| Debtor. | ) | |
| | ) | |
| IN RE : | ) | Chapter 11 |
| | ) | |
| MARYLAND LC VENTURES, LLC, | ) | Case No. 17–03472- TOM11 |
| Debtor. | ) | |
| | ) | |
| IN RE : | ) | Chapter 11 |
| | ) | |
| MARYLAND PIZZA, INC., | ) | Case No. 17–03473- TOM11 |
| Debtor. | ) | |
| | ) | |
| IN RE : | ) | Chapter 11 |
| | ) | |
| PG COUNTY PARTNERS LLC, | ) | Case No. 17–03474- TOM11 |
| Debtor. | ) | |
| | ) | |
| IN RE : | ) | Chapter 11 |
| | ) | |
| PG COUNTY PIZZA, INC., | ) | Case No. 17–03475- TOM11 |
| Debtor. | ) | |

**ORDER GRANTING DEBTORS' EMERGENCY MOTION FOR EXPEDITED HEARING ON CASH COLLATERAL MOTION AND DEEMING THIS COURT'S ADDITIONAL INFORMATION REQUIREMENTS SATISFIED**

Upon the motion (the "Motion"),[1] dated August 15, 2017, of Alabama Partners, LLC and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), requesting and emergency hearing on the Debtors' Cash Collateral Motion and entry of an order deeming this Court's additional information requirement satisfied, all as more fully set forth in the Motion; and the Court having jurisdiction to consider the Motion and relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the General Order of Reference; and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided to the Notice Parties; and such notice having been adequate and appropriate under the circumstances, and it appearing that no other further notice need be provided; and the Court having reviewed the Motion; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and it appearing that the relief requested in the Motion is in the best interest of the Debtors, their estates, creditors, and all parties in interest; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor, it is

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that, due to the exigent nature of the relief requested in the Cash Collateral Motion, the Court shall conduct an interim hearing on the Cash Collateral Motion at the United States Bankruptcy Court for the Northern District of Alabama, Southern Division, Robert S. Vance Federal Building, 1800 Fifth Avenue North, Birmingham, Alabama 35203 on August, 2017 at 9:30a.m.; and it is further

---

[1] Capitalized terms used but not otherwise defined herein shall have the respective meanings ascribed to such terms in the Motion.

**ORDERED** that this Court's Order Requiring Additional Information (Doc. 18) is hereby deemed satisfied by the additional information provided by Debtors in the Cash Collateral Motion.

Dated this the _____ day of August, 2017.

_____
UNITED STATES BANKRUPTCY JUDGE