UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

In the Matter of:

Alabama Partners, LLC    Case No. 17-03469-TOM

Chapter 11

Debtor(s)

## ORDER AND NOTICE OF HEARING

This matter having come before the Court on the Debtor's Motion for Expedited Hearing on the Debtor's Motion for Interim Order and Final Order Authorizing Use of Cash Collateral; the Court having considered the pleadings; it appears to the Court that the Motion for Expedited Hearing is due to be granted; now therefore,

It is **ORDERED, ADJUDGED and DECREED** that the Debtor's Motion for Expedited Hearing shall be and hereby is **GRANTED**.

Notice is hereby given that the Debtor's Motion for Interim Order and Final Order Authorizing Use of Cash Collateral shall be heard on **Wednesday, August 16, 2017, at 9:30 a.m., in Courtroom No. 3 of the Robert S. Vance Federal Building, 1800 5th Avenue North, Birmingham, Alabama 35203**.

Dated: August 15, 2017        /s/ Tamara O. Mitchell
                              TAMARA O. MITCHELL
                              UNITED STATES BANKRUPTCY JUDGE

/rwh