# Notice Recipients

District/Off: 1126–2     User: rharless     Date Created: 8/15/2017
Case: 17–03469–TOM11     Form ID: pdf000     Total: 186

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
9457959      Child Support DC
9457989      Haynes Family
9458001      Kelly Hall
9458009      Liz Whidden
9458018      Mark Williams
9458035      NUCO2
9458043      Pervez Kaisani
9458049      Richard Ruggiero
9458081      WHP, LLC
9458080      Wazir Kaisani
                                                                                                TOTAL: 10

**Recipients of Notice of Electronic Filing:**
aty      Daniel D Sparks          ddsparks@csattorneys.com
aty      Derek F Meek             dmeek@burr.com
aty      Frederick Darrell Clarke, III      fclarke@rumberger.com
aty      James Phillip Roberts    jroberts@burr.com
aty      R. Scott Williams        swilliams@rumberger.com
                                                                                                TOTAL: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db       Alabama Partners, LLC      PO Box 551267      Jacksonville, FL 32255
cr       Customized Distribution, LLC      % Daniel Sparks      Christian & Small LLP      1800 Financial Center      505 North 20th Street      Birmingham, AL 35203
cr       Checkers Drive–In Restaurants, Inc.      c/o Burr & Forman LLP      Derek Meek      420 N 20th St, Ste 3400      Birmingham, AL 35203
ba       J. Thomas Corbett      Bankruptcy Administrator      1800 5th Avenue North      Birmingham, AL 35203
smg      Thomas Corbett      BA Birmingham      1800 5th Avenue North      Birmingham, AL 35203
9457922      ABC Burglar Alarm Systems, Inc.      1532 A&B Pointer Ridge Place      Bowie, MD 20716
9457923      ABC Burglar Alarm Systems, Inc.      1532 A&B Pointer Ridge Place      Bowie, Maryland 20716
9457924      ABC Burglar Alarm Systems, Inc.      1532 A&B Pointer Ridge Place      Bowie, Maryland 20716
9457937      ANX Business Corp      Dept. 77399      PO Box 77000      Detroit, MI 48277–0399
9457938      ANX Business Corp      Dept. 77399      PO Box 77000      Detroit, Michigan 48277–0399
9457925      Affordable Refuse & Recycling, Inc.      PO Box 400      Cheltenham, MD 20623
9457926      Affordable Refuse & Recycling, Inc.      PO Box 400      Cheltenham, Maryland 20623
9457927      Al Kaisani      10501 N. Central Expressway, Ste. 106      Dallas, TX 75231
9457928      Al Kaisani      10501 N. Central Expressway, Ste. 106      Dallas, TX 75231
9457929      Alabama Child Support Payment Ctr      PO Box244015      Montgomery, AL 36124–4015
9457930      Alabama Department of Labor      631 Beacon Pkwy West, Ste. 203      Birmingham, AL 35209
9457931      Alabama Department of Revenue      PO Box 327464      Montgomery, 36132–7464
9457932      Alabama Deptartment of Labor      649 Monroe Street      Montgomery, Alabama 36131
9457933      Alabama Gas Corporation      605 Richard Arrington Blvd N      Birmingham, AL 38282
9457934      Alabama Power      PO Box 242      Birmingham, AL 35292
9457935      Allied Waste/Republic Services      3950 59th Street SW      Birmingham, AL 35221
9457936      Anniston Water Works      931 Noble Street      Anniston, AL 36202
9457950      BRESCO      Birmingham Restaurant Supply      2428 Sixth Avenue S      Birmingham, AL 35233
9457939      Bae's Woodberry, LLC      Attn: Ellen Kim      12104 Old Pine Way      Oak Hill, Virginia 20171
9457940      Balboa Capital      2010 Main Street      11th Floor      Irvine, CA 92614
9457941      Bank of the Ozarks      17901 Chenal Parkway      3rd Floor      Little Rock, AR 72223
9457942      Bank of the Ozarks      PO Box 242208      Little Rock, AR 72223–2208
9457943      Bankruptcy Administrator      1800 5th Avenue North      Birmingham, AL 35203
9457944      Bessemer Utilities      PO Box 1246      Bessemer, AL 35021
9457945      Betty Leeth Haynes      PO Box 279      Cullman, AL 35056–0279
9457842      Birmingham District Tax Office      P O Box 13156      Birmingham AL 35202–3156
9457946      Birmingham Water Works Board      PO Box 830269      Birmingham, AL 35283–0269
9457947      Blue Cross and Blue Shield of Alabama      450 Riverchase Pkwy E      Birmingham, AL 35244
9457948      Blue Line      2211 Woodward Ave.      Detroit, MI 48201
9457949      Blue Line      2211 Woodward Ave.      Detroit, Michigan 48201
9457951      Brinks      PO Box 101031      Atlanta, GA 30392–1031
9457952      Brinks      PO Box 101031      Atlanta, Georgia 30392–1031
9457953      Burns Septic      5291 Enterprise Street      Sykesville, MD 21784
9457955      CAN Capital/Channel Partners Capital      11100 Wayzata Blvd., Ste. 305      Minnetonika, MN 55305
9457956      CDI      5151 Brook Hollow Pkwy      Norcross, GA 30071
9457960      CHTD Company      P.O. Box 2576      Springfield, IL 62708
9457958      CHeckers Corporate      4300 West Cypress St. Suite 600      Tampa, FL
9457954      Calhoun County Sales Tax      Calhoun County Revenue Commissioner      1702 Noble St., Ste. 104      Anniston, AL 36201

| Number | Name | Address | | |
|---|---|---|---|---|
| 9457957 | Checkers Corp. | 4300 West Cypress St. Suite 600 | Tampa, FL | |
| 9457961 | City of Anniston | P.O. Box 2168 | Anniston, AL 36202 | |
| 9457962 | City of Bessemer | Revenue Department | 1806 Third Avenue North | Bessemer, AL 35020 |
| 9457963 | City of Birmingham | 710 North 20th Street | Room 600 City Hall | Birmingham, AL 35203 |
| 9457964 | City of Cullman | PO 278 | Cullman, AL 35056–0278 | |
| 9457965 | City of Gadsden | c/o RDS | PO Box 830725 | Birmingham, AL 35283 |
| 9457966 | City of Jasper | c/o RDS | PO Box 830725 | Birmingham, AL 35283 |
| 9457967 | City of Midfield | c/o RDS | PO Box 830725 | Birmingham, AL 35283 |
| 9457968 | Coca Cola USA | PO Box 102499 | Atlanta, GA 30368 | |
| 9457969 | Comptroller of Maryland | 110 Carroll Street | Annapolis, MD 21411 | |
| 9457970 | Comptroller of Maryland | 110 Carroll Street | Annapolis, Maryland 21411 | |
| 9457971 | Corporation Service Company as Represent | PO Box 2576 | Springfield, IL 62708 | |
| 9457972 | Cullman County & City | PO Box 278 | Cullman, AL 35056–0278 | |
| 9457973 | Cullman Power Board | 106 Second Avenue NE | Cullman, AL 35055 | |
| 9457974 | Cyprus Air | 7525 Richmond Hwy | Alexandria, VA 22306 | |
| 9457975 | DC Government | 1101 4th Street SW | Suite W210 | Washington, DC 20024 |
| 9457976 | DC Government | 1101 4th Street SW | Suite W210 | Washington, District of Columbia 20024 |
| 9457977 | DDRM Largo Town Center, LLC | DDR Corp. | 3300 Enterprise Parkway | Beachwood, Ohio 44122 |
| 9457843 | Department of Revenue | Jefferson County Courthouse | Birmingham AL 35263 | |
| 9457978 | Direct Capital | 155 Commerce Way | Portsmouth, NH 03801 | |
| 9457981 | ERDA LLC | c/o Mr. Daniel Feld, Manager | 12600 Cumpston Street | Valley Village, CA 91607 |
| 9457982 | ERDA LLC | c/o Mr. Daniel Feld, Manager | 12600 Cumpston Street | Valley Village, California 91607 |
| 9457979 | Elizabeth Jelks | 8512 English Oak Loop | Montgomery, AL 36117 | |
| 9457980 | Elizabeth Jelks | 8512 English Oak Loop | Montgomery, Alabama 36117 | |
| 9457983 | Etowah County | c/o RDS | PO Box 830725 | Birmingham, AL 35283 |
| 9457984 | Firemaster | Dept 1019 | PO Box 121019 | Dallas, TX 75312–1019 |
| 9457985 | First Insurance Funding | 450 Skokie Blvd., Ste. 1000 | Northbrook, IL 60062 | |
| 9457986 | Flowers Baking Company of Birmingham | 900 16th Street N | Birmingham, AL 35203 | |
| 9457987 | Fred Garfield | Spain Gillon | 2117 Second Avenue N | Birmingham, AL 35203 |
| 9457840 | General Counsel | State Department of | Industrial Relations | Montgomery AL 36102 |
| 9457988 | Good Hope Investments, LLC | 9109 Lucky Estates Dr. | Vienna, Virginia 22182 | |
| 9457990 | HJK LLC | PO Box 175 | Lincoln, AL 35096 | |
| 9457991 | HJK LLC | PO Box 175 | Lincoln, Alabama 35096 | |
| 9457992 | HRS | PO Box 1624 | Huntsville, AL 35807 | |
| 9457996 | IRH Capital | 707 Skokie Blvd., Ste. 540 | Northbrook, IL 60062 | |
| 9457844 | Internal Revenue Service | 801 Tom Martin Dr | Birmingham AL 35211 | |
| 9457993 | Internal Revenue Service | 801 Tom Martins Dr. | Mail Stop 126 | Birmingham, Alabama 35211 |
| 9457845 | Internal Revenue Service | P O Box 21126 | Philadelphia PA 19114 | |
| 9457849 | Internal Revenue Service | P.O. Box 7346 | Philadelphia, PA 19101–7346 | |
| 9457994 | Internal Revenue Service | PO Box 7346 | Philadelphia, Pennsylvania 19101 | |
| 9457995 | Iqbal Kaisani | 10501 N. Central Expressway, Ste. 106 | Dallas, TX 75231 | |
| 9457997 | J T Smallwood – Tax Collector | Room 160 | 716 Richard Arrington Blvd. N. | Birmingham, AL 35203 |
| 9457998 | Jefferson County EDU Sales Tax | 716 Richard Arrington Jr. Blvd. N. | Birmingham, AL 35203 | |
| 9457999 | Jefferson County Sales Tax | 716 Richard Arrington Jr. Blvd. N. | Birmingham, AL 35203 | |
| 9458000 | Johnson Service Company | 2812 Ruffner Rd | Birmingham, AL 35210 | |
| 9458002 | Kelly Pruitt | 1463 Secretariat Dr. | Helena, AL 35080 | |
| 9458003 | Libert Mutual/Cobbs Allen Hall | 115 Office Park Dr., Ste. 200 | Mountain Brook, AL 32223 | |
| 9458004 | Libert Mutual/Cobbs Allen Hall | 115 Office Park Dr., Ste. 200 | Mountain Brook, Alabama 32223 | |
| 9458005 | Little Caesars Caesar Fund Inc. | 2211 Woodward Ave. | Detroit, MI 48201 | |
| 9458006 | Little Caesars Caesar Fund Inc. | 2211 Woodward Ave. | Detroit, Michigan 48201 | |
| 9458007 | Little Caesars Corporate | 2211 Woodward Ave. | Detroit, MI 48201 | |
| 9458008 | Little Caesars Corporate | 2211 Woodward Ave. | Detroit, Michigan 48201 | |
| 9458010 | Loanme | 1900 S State College Blvd., Ste. 300 | Amaheim, CA 92806 | |
| 9458011 | Loanme | 1900 S State College Blvd., Ste. 300 | Amaheim, California 92806 | |
| 9458012 | Lucinda Leeth | 3805 Cromwell Drive | Birmingham, AL 35243 | |
| 9458013 | MACRO LEASE | 185 Express Street, Ste. 100 | Plainview, NY 11803 | |
| 9458014 | Macrolease Corporation | 185 Express St. | Suite 100 | Plainview, NY 11803 |
| 9458017 | Mark Williams | 10501 N. Central Expressway, Ste. 106 | Dallas, TX 75231 | |
| 9458015 | Mark Williams | PO Box 551267 | Jacksonville, FL 32255 | |
| 9458016 | Mark Williams | PO Box 551267 | Jacksonville, FL 32255 | |
| 9458019 | Marlin Business Bank | 2795 E Cottonwood Pkwy, Ste. 120 | Salt Lake City, UT 84121 | |
| 9458020 | Marlow Heights Shopping Center, LP | c/o Gelman Management Co. | 2120 L Street NW Suite 800 | Washington, District of Columbia 20037 |
| 9458021 | Martha Sams | 1541 Prairie Lane | Montgomery, AL 36117 | |
| 9458022 | Martha Sams | 1541 Prairie Lane | Montgomery, Alabama 36117 | |
| 9458023 | Maryland Child Support Account | PO Box 17396 | Baltimore, MD 21297 | |
| 9458024 | Maryland Child Support Account | PO Box 17396 | Baltimore, Maryland 21297 | |
| 9458025 | Maverick VI, LLC | 12612 Waterspout Court | Owings Mills, Maryland 21117 | |
| 9458026 | Melissa Hayward | 10501 N. Central Expressway, Suite 106 | Dallas , TX 75231 | |
| 9458027 | Merchant Cash Cloud | 5757 NW 151st Street | Miami Lakes, FL 33014 | |
| 9458028 | Merchant Cash Cloud | 5757 NW 151st Street | Miami Lakes, Florida 33014 | |
| 9458029 | Muzak | Focus Four LLC | PO Box 638793 | Cincinnati, OH 45263–8793 |
| 9458030 | NASA Federal Credit Union | 500 Prince Georges Blvd. | Upper Marlboro, MD 20774 | |
| 9458031 | NASA Federal Credit Union | PO Box 1588 | Bowie, MD 20717 | |
| 9458034 | NCMIC Finance Company | 14001 University Avenue | Clive, Iowa 50325 | |

| | | | | | |
|---|---|---|---|---|---|
| 9458032 | Navin Kaisani | 10501 N. Central Expressway, Ste. 106 | Dallas, TX 75231 | | |
| 9458033 | Navitas | 111 Executive Ctr Dr. | Suite 102 | Columbia, SC 29210 | |
| 9458036 | ONEILAATS LLC | 10879 Coral Shores Dr # 210 | Jacksonville, FL 32256 | | |
| 9458037 | ONEILAATS LLC | 10879 Coral Shores Dr # 210 | Jacksonville, Florida 32256 | | |
| 9458038 | PEPCO | PO Box 13608 | Philadelphia, PA 19101 | | |
| 9458039 | PEPCO | PO Box 13608 | Philadelphia, Pennsylvania 19101 | | |
| 9458040 | PEPSICO | 1100 Reynolds Blvd. | Winston–Salem, NC 27105 | | |
| 9458041 | Pervez Kaisani | 10501 N. Central Expressway, Ste. 106 | Dallas, TX 75231 | | |
| 9458042 | Pervez Kaisani | 10501 N. Central Expressway, Ste. 106 | Dallas, TX 75231 | | |
| 9458044 | RDS | PO Box 830725 | Birmingham, AL 35283 | | |
| 9458054 | RLC Funding, a division of Navitas Lease | 111 Executive Center Dr. | Suite 102 | Columbia, SC 29210 | |
| 9458045 | Receivables Advance | P.O. Box 15270 | Irvine, CA 92623 | | |
| 9458046 | Regency Centers Corporation | One Independent Drive | Suite 114 | Jacksonville, FL 32202 | |
| 9458047 | Regions Bank | 1900 Fifth Avenue North | Birmingham, AL 35203 | | |
| 9458048 | Richard Blount Construction, LLC | 163 Haygood Ave. SE | Atlanta, GA 30315 | | |
| 9458050 | Richard Ruggiero | 10501 N. Central Expressway, Ste. 106 | Dallas, TX 75231 | | |
| 9458051 | Richard Ruggiero | PO Box 551267 | Jacksonville, FL 32255 | | |
| 9458052 | Rivertowne Center ACQ | 8 Industrial Way | East Eatonton, New Jersey 07724 | | |
| 9458053 | Rivertowne Center ACQ | 8 Industrial Way | East Eatonton, New Jersey 07724 | | |
| 9458064 | SUSQUEHANNA SALT LAKE LLC | 136 E South Temple, Ste. 1400 | Salt Lake City, Utah 84111 | | |
| 9458055 | Sartino, Inc. | 5285 Briarwood Circle | Pinson, AL 35126 | | |
| 9457847 | Secretary of the Treasury | 1500 Pennsylvania Ave., NW | Washington, DC 20220 | | |
| 9458056 | SecureConnect/Trustwave | 75 Remittance Drive | Dept. 1999 | Chicago, IL 60675–1999 | |
| 9458057 | Sharp Realty | Attn: Accounts Receivable | 400 Union Hill Dr. | Birmingham, AL 35209 | |
| 9458058 | Silver Hill II | Combined Properties | 1255 22nd Street, NW | Washington, District of Columbia 20037 | |
| 9458059 | Stanley | 8350 Sunlight Drive | Fishers, IN 46037 | | |
| 9457839 | State Department of Revenue | P O Box 1927 | Pelham AL 35124 | | |
| 9458060 | State of Alabama | Department of Revenue | Legal Division | PO Box 320001 | Montgomery, Alabama 36132–0001 |
| 9457841 | State of Alabama Dept of Revenue | P O Box 320001 | Montgomery AL 36132 | | |
| 9458061 | Steritech | PO Box 471127 | Charlotte, NC 28247–2127 | | |
| 9458062 | Steritech | PO Box 472127 | Charlotte, NC 27247–2127 | | |
| 9458063 | Steritech | PO Box 472127 | Charlotte, North Carolina 27247–2127 | | |
| 9458065 | The Coca–Cola Company | One Coca–Cola Plaza | Atlanta, GA 30313 | | |
| 9458066 | The Hartford | 8711 University East Drive | Charlotte, NC 28213 | | |
| 9458067 | The Hartford | 8711 University East Drive | Charlotte, North Carolina 28213 | | |
| 9458068 | Tyco Security | c/o ADT Security Services, Inc. | PO Box 371967 | Pittsburgh, PA 15250–7967 | |
| 9458069 | U.S. Bank Equipment Finance | A division of U.S. Bank N.A. | 1310 Madrid Street | Marshall, MN 56258 | |
| 9457846 | U.S. Securities and Exchange Commission | Branch of Reorganization | 950 East Paces Ferry Road Ste 900 | Atlanta, GA 30326 | |
| 9458071 | USB Equipment Finance | 220 26th Street | Minniapolis, MN | | |
| 9458072 | USRP I, LLC | Attn: Legal Dept. | One Independent Dr. | Suite 114 | Jacksonville, Florida 32202 |
| 9458070 | UniFi Equipment Finance | 3893 Research Park Drive | Ann Arbor, MI 48108 | | |
| 9457848 | United States Attorney | Northern District of Alabama | 1801 Fourth Avenue North | Birmingham, AL 35203 | |
| 9457850 | United States Bankruptcy Administrator | Northern District of Alabama | 1800 Fifth Avenue North | Birmingham, AL 35203 | |
| 9458073 | Verizon Business | PO Box 660720 | Dallas, TX 75266 | | |
| 9458074 | Verizon Business | PO Box 660720 | Dallas, Texas 75266 | | |
| 9458082 | WSSC | 1405 Swetizer Lane | Laurel, MD 20707 | | |
| 9458075 | Wand Corporation | 7593 Corporate Way | Eden Prairie, MN 55344 | | |
| 9458077 | Washington Gas | 6801 Industrial Road | Sprinfield, VA 22151 | | |
| 9458076 | Washington Gas | 6801 Industrial Road | Sprinfield, Virginia 22151 | | |
| 9458078 | Wazir Kaisani | 10501 N. Central Expressway, Ste. 106 | Dallas, TX 75231 | | |
| 9458079 | Wazir Kaisani | 10501 N. Central Expressway, Ste. 106 | Dallas, TX 75231 | | |
| 9458085 | YES Energy Management | PO Box 660901 | Dallas, TX 75266–0901 | | |
| 9458083 | Yellowstone | 30 Broad Street | 14th FL, Ste. 1462 | New York, NY 10004 | |
| 9458084 | Yellowstone | 30 Broad Street | 14th FL, Ste. 1462 | New York, New York 10004 | |

TOTAL: 171