# Notice Recipients

District/Off: 1126−2   User: ltumlin   Date Created: 8/16/2017
Case: 17−03469−TOM11   Form ID: 309F   Total: 186

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
| | |
|---|---|
| 9457959 | Child Support DC |
| 9457989 | Haynes Family |
| 9458001 | Kelly Hall |
| 9458009 | Liz Whidden |
| 9458018 | Mark Williams |
| 9458035 | NUCO2 |
| 9458043 | Pervez Kaisani |
| 9458049 | Richard Ruggiero |
| 9458081 | WHP, LLC |
| 9458080 | Wazir Kaisani |

TOTAL: 10

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Alabama Partners, LLC | PO Box 551267   Jacksonville, FL 32255 |
| cr | Customized Distribution, LLC | % Daniel Sparks   Christian & Small LLP   1800 Financial Center   505 North 20th Street   Birmingham, AL 35203 |
| cr | Checkers Drive−In Restaurants, Inc. | c/o Burr & Forman LLP   Derek Meek   420 N 20th St, Ste 3400   Birmingham, AL 35203 |
| ba | J. Thomas Corbett | Bankruptcy Administrator   1800 5th Avenue North   Birmingham, AL 35203 |
| aty | Daniel D Sparks | 1800 Financial Center   505 North 20th Street   Birmingham, AL 35203 |
| aty | Derek F Meek | Burr & Forman LLP   420 North 20th Street   Suite 3400   Birmingham, AL 35203 |
| aty | Frederick Darrell Clarke, III | Rumberger, Kirk & Caldwell   2001 Park Place North   Suite 1300   Birmingham, AL 35203 |
| aty | James Phillip Roberts | Burr & Forman LLP   420 20th St N   Suite 3400   Birmingham, AL 35203 |
| aty | R. Scott Williams | Rumberger, Kirk & Caldwell, P.C.   2001 Park Place North   Suite 1300   Birmingham, AL 35203 |
| smg | Thomas Corbett | BA Birmingham   1800 5th Avenue North   Birmingham, AL 35203 |
| 9457922 | ABC Burglar Alarm Systems, Inc. | 1532 A&B Pointer Ridge Place   Bowie, MD 20716 |
| 9457923 | ABC Burglar Alarm Systems, Inc. | 1532 A&B Pointer Ridge Place   Bowie, Maryland 20716 |
| 9457924 | ABC Burglar Alarm Systems, Inc. | 1532 A&B Pointer Ridge Place   Bowie, Maryland 20716 |
| 9457937 | ANX Business Corp | Dept. 77399   PO Box 77000   Detroit, MI 48277−0399 |
| 9457938 | ANX Business Corp | Dept. 77399   PO Box 77000   Detroit, Michigan 48277−0399 |
| 9457925 | Affordable Refuse & Recycling, Inc. | PO Box 400   Cheltenham, MD 20623 |
| 9457926 | Affordable Refuse & Recycling, Inc. | PO Box 400   Cheltenham, Maryland 20623 |
| 9457927 | Al Kaisani | 10501 N. Central Expressway, Ste. 106   Dallas, TX 75231 |
| 9457928 | Al Kaisani | 10501 N. Central Expressway, Ste. 106   Dallas, TX 75231 |
| 9457929 | Alabama Child Support Payment Ctr | PO Box244015   Montgomery, AL 36124−4015 |
| 9457930 | Alabama Department of Labor | 631 Beacon Pkwy West, Ste. 203   Birmingham, AL 35209 |
| 9457931 | Alabama Department of Revenue | PO Box 327464   Montgomery, 36132−7464 |
| 9457932 | Alabama Deptartment of Labor | 649 Monroe Street   Montgomery, Alabama 36131 |
| 9457933 | Alabama Gas Corporation | 605 Richard Arrington Blvd N   Birmingham, AL 38282 |
| 9457934 | Alabama Power | PO Box 242   Birmingham, AL 35292 |
| 9457935 | Allied Waste/Republic Services | 3950 59th Street SW   Birmingham, AL 35221 |
| 9457936 | Anniston Water Works | 931 Noble Street   Anniston, AL 36202 |
| 9457950 | BRESCO | Birmingham Restaurant Supply   2428 Sixth Avenue S   Birmingham, AL 35233 |
| 9457939 | Bae's Woodberry, LLC | Attn: Ellen Kim   12104 Old Pine Way   Oak Hill, Virginia 20171 |
| 9457940 | Balboa Capital | 2010 Main Street   11th Floor   Irvine, CA 92614 |
| 9457941 | Bank of the Ozarks | 17901 Chenal Parkway   3rd Floor   Little Rock, AR 72223 |
| 9457942 | Bank of the Ozarks | PO Box 242208   Little Rock, AR 72223−2208 |
| 9457943 | Bankruptcy Administrator | 1800 5th Avenue North   Birmingham, AL 35203 |
| 9457944 | Bessemer Utilities | PO Box 1246   Bessemer, AL 35021 |
| 9457945 | Betty Leeth Haynes | PO Box 279   Cullman, AL 35056−0279 |
| 9457842 | Birmingham District Tax Office | P O Box 13156   Birmingham AL 35202−3156 |
| 9457946 | Birmingham Water Works Board | PO Box 830269   Birmingham, AL 35283−0269 |
| 9457947 | Blue Cross and Blue Shield of Alabama | 450 Riverchase Pkwy E   Birmingham, AL 35244 |
| 9457948 | Blue Line | 2211 Woodward Ave.   Detroit, MI 48201 |
| 9457949 | Blue Line | 2211 Woodward Ave.   Detroit, Michigan 48201 |
| 9457951 | Brinks | PO Box 101031   Atlanta, GA 30392−1031 |
| 9457952 | Brinks | PO Box 101031   Atlanta, Georgia 30392−1031 |
| 9457953 | Burns Septic | 5291 Enterprise Street   Sykesville, MD 21784 |
| 9457955 | CAN Capital/Channel Partners Capital | 11100 Wayzata Blvd., Ste. 305   Minnetonika, MN 55305 |
| 9457956 | CDI | 5151 Brook Hollow Pkwy   Norcross, GA 30071 |
| 9457960 | CHTD Company | P.O. Box 2576   Springfield, IL 62708 |
| 9457958 | CHeckers Corporate | 4300 West Cypress St. Suite 600   Tampa, FL |
| 9457954 | Calhoun County Sales Tax | Calhoun County Revenue Commissioner   1702 Noble St., Ste. 104   Anniston, AL 36201 |
| 9457957 | Checkers Corp. | 4300 West Cypress St. Suite 600   Tampa, FL |
| 9457961 | City of Anniston | P.O. Box 2168   Anniston, AL 36202 |

| | | | | |
|---|---|---|---|---|
| 9457962 | City of Bessemer | Revenue Department | 1806 Third Avenue North | Bessemer, AL 35020 |
| 9457963 | City of Birmingham | 710 North 20th Street | Room 600 City Hall | Birmingham, AL 35203 |
| 9457964 | City of Cullman | PO 278 | Cullman, AL 35056–0278 | |
| 9457965 | City of Gadsden | c/o RDS | PO Box 830725 | Birmingham, AL 35283 |
| 9457966 | City of Jasper | c/o RDS | PO Box 830725 | Birmingham, AL 35283 |
| 9457967 | City of Midfield | c/o RDS | PO Box 830725 | Birmingham, AL 35283 |
| 9457968 | Coca Cola USA | PO Box 102499 | Atlanta, GA 30368 | |
| 9457969 | Comptroller of Maryland | 110 Carroll Street | Annapolis, MD 21411 | |
| 9457970 | Comptroller of Maryland | 110 Carroll Street | Annapolis, Maryland 21411 | |
| 9457971 | Corporation Service Company as Represent | PO Box 2576 | Springfield, IL 62708 | |
| 9457972 | Cullman County & City | PO Box 278 | Cullman, AL 35056–0278 | |
| 9457973 | Cullman Power Board | 106 Second Avenue NE | Cullman, AL 35055 | |
| 9457974 | Cyprus Air | 7525 Richmond Hwy | Alexandria, VA 22306 | |
| 9457975 | DC Government | 1101 4th Street SW | Suite W210 | Washington, DC 20024 |
| 9457976 | DC Government | 1101 4th Street SW | Suite W210 | Washington, District of Columbia 20024 |
| 9457977 | DDRM Largo Town Center, LLC | DDR Corp. | 3300 Enterprise Parkway | Beachwood, Ohio 44122 |
| 9457843 | Department of Revenue | Jefferson County Courthouse | Birmingham AL 35263 | |
| 9457978 | Direct Capital | 155 Commerce Way | Portsmouth, NH 03801 | |
| 9457981 | ERDA LLC | c/o Mr. Daniel Feld, Manager | 12600 Cumpston Street | Valley Village, CA 91607 |
| 9457982 | ERDA LLC | c/o Mr. Daniel Feld, Manager | 12600 Cumpston Street | Valley Village, California 91607 |
| 9457979 | Elizabeth Jelks | 8512 English Oak Loop | Montgomery, AL 36117 | |
| 9457980 | Elizabeth Jelks | 8512 English Oak Loop | Montgomery, Alabama 36117 | |
| 9457983 | Etowah County | c/o RDS | PO Box 830725 | Birmingham, AL 35283 |
| 9457984 | Firemaster | Dept 1019 | PO Box 121019 | Dallas, TX 75312–1019 |
| 9457985 | First Insurance Funding | 450 Skokie Blvd., Ste. 1000 | Northbrook, IL 60062 | |
| 9457986 | Flowers Baking Company of Birmingham | 900 16th Street N | Birmingham, AL 35203 | |
| 9457987 | Fred Garfield | Spain Gillon | 2117 Second Avenue N | Birmingham, AL 35203 |
| 9457840 | General Counsel | State Department of | Industrial Relations | Montgomery AL 36102 |
| 9457988 | Good Hope Investments, LLC | 9109 Lucky Estates Dr. | Vienna, Virginia 22182 | |
| 9457990 | HJK LLC | PO Box 175 | Lincoln, AL 35096 | |
| 9457991 | HJK LLC | PO Box 175 | Lincoln, Alabama 35096 | |
| 9457992 | HRS | PO Box 1624 | Huntsville, AL 35807 | |
| 9457996 | IRH Capital | 707 Skokie Blvd., Ste. 540 | Northbrook, IL 60062 | |
| 9457844 | Internal Revenue Service | 801 Tom Martin Dr | Birmingham AL 35211 | |
| 9457993 | Internal Revenue Service | 801 Tom Martins Dr. | Mail Stop 126 | Birmingham, Alabama 35211 |
| 9457845 | Internal Revenue Service | P O Box 21126 | Philadelphia PA 19114 | |
| 9457849 | Internal Revenue Service | P.O. Box 7346 | Philadelphia, PA 19101–7346 | |
| 9457994 | Internal Revenue Service | PO Box 7346 | Philadelphia, Pennsylvania 19101 | |
| 9457995 | Iqbal Kaisani | 10501 N. Central Expressway, Ste. 106 | Dallas, TX 75231 | |
| 9457997 | J T Smallwood – Tax Collector | Room 160 | 716 Richard Arrington Blvd. N. | Birmingham, AL 35203 |
| 9457998 | Jefferson County EDU Sales Tax | 716 Richard Arrington Jr. Blvd. N. | Birmingham, AL 35203 | |
| 9457999 | Jefferson County Sales Tax | 716 Richard Arrington Jr. Blvd. N. | Birmingham, AL 35203 | |
| 9458000 | Johnson Service Company | 2812 Ruffner Rd | Birmingham, AL 35210 | |
| 9458002 | Kelly Pruitt | 1463 Secretariat Dr. | Helena, AL 35080 | |
| 9458003 | Libert Mutual/Cobbs Allen Hall | 115 Office Park Dr., Ste. 200 | Mountain Brook, AL 32223 | |
| 9458004 | Libert Mutual/Cobbs Allen Hall | 115 Office Park Dr., Ste. 200 | Mountain Brook, Alabama 32223 | |
| 9458005 | Little Caesars Caesar Fund Inc. | 2211 Woodward Ave. | Detroit, MI 48201 | |
| 9458006 | Little Caesars Caesar Fund Inc. | 2211 Woodward Ave. | Detroit, Michigan 48201 | |
| 9458007 | Little Caesars Corporate | 2211 Woodward Ave. | Detroit, MI 48201 | |
| 9458008 | Little Caesars Corporate | 2211 Woodward Ave. | Detroit, Michigan 48201 | |
| 9458010 | Loanme | 1900 S State College Blvd., Ste. 300 | Amaheim, CA 92806 | |
| 9458011 | Loanme | 1900 S State College Blvd., Ste. 300 | Amaheim, California 92806 | |
| 9458012 | Lucinda Leeth | 3805 Cromwell Drive | Birmingham, AL 35243 | |
| 9458013 | MACRO LEASE | 185 Express Street, Ste. 100 | Plainview, NY 11803 | |
| 9458014 | Macrolease Corporation | 185 Express St. | Suite 100 | Plainview, NY 11803 |
| 9458017 | Mark Williams | 10501 N. Central Expressway, Ste. 106 | Dallas, TX 75231 | |
| 9458015 | Mark Williams | PO Box 551267 | Jacksonville, FL 32255 | |
| 9458016 | Mark Williams | PO Box 551267 | Jacksonville, FL 32255 | |
| 9458019 | Marlin Business Bank | 2795 E Cottonwood Pkwy, Ste. 120 | Salt Lake City, UT 84121 | |
| 9458020 | Marlow Heights Shopping Center, LP | c/o Gelman Management Co. | 2120 L Street NW Suite 800 | Washington, District of Columbia 20037 |
| 9458021 | Martha Sams | 1541 Prairie Lane | Montgomery, AL 36117 | |
| 9458022 | Martha Sams | 1541 Prairie Lane | Montgomery, Alabama 36117 | |
| 9458023 | Maryland Child Support Account | PO Box 17396 | Baltimore, MD 21297 | |
| 9458024 | Maryland Child Support Account | PO Box 17396 | Baltimore, Maryland 21297 | |
| 9458025 | Maverick VI, LLC | 12612 Waterspout Court | Owings Mills, Maryland 21117 | |
| 9458026 | Melissa Hayward | 10501 N. Central Expressway, Suite 106 | Dallas , TX 75231 | |
| 9458027 | Merchant Cash Cloud | 5757 NW 151st Street | Miami Lakes, FL 33014 | |
| 9458028 | Merchant Cash Cloud | 5757 NW 151st Street | Miami Lakes, Florida 33014 | |
| 9458029 | Muzak | Focus Four LLC | PO Box 638793 | Cincinnati, OH 45263–8793 |
| 9458030 | NASA Federal Credit Union | 500 Prince Georges Blvd. | Upper Marlboro, MD 20774 | |
| 9458031 | NASA Federal Credit Union | PO Box 1588 | Bowie, MD 20717 | |
| 9458034 | NCMIC Finance Company | 14001 University Avenue | Clive, Iowa 50325 | |
| 9458032 | Navin Kaisani | 10501 N. Central Expressway, Ste. 106 | Dallas, TX 75231 | |
| 9458033 | Navitas | 111 Executive Ctr Dr. | Suite 102 | Columbia, SC 29210 |

| | | | | | |
|---|---|---|---|---|---|
| 9458036 | ONEILAATS LLC | 10879 Coral Shores Dr # 210 | Jacksonville, FL 32256 | | |
| 9458037 | ONEILAATS LLC | 10879 Coral Shores Dr # 210 | Jacksonville, Florida 32256 | | |
| 9458038 | PEPCO | PO Box 13608 | Philadelphia, PA 19101 | | |
| 9458039 | PEPCO | PO Box 13608 | Philadelphia, Pennsylvania 19101 | | |
| 9458040 | PEPSICO | 1100 Reynolds Blvd. | Winston–Salem, NC 27105 | | |
| 9458041 | Pervez Kaisani | 10501 N. Central Expressway, Ste. 106 | Dallas, TX 75231 | | |
| 9458042 | Pervez Kaisani | 10501 N. Central Expressway, Ste. 106 | Dallas, TX 75231 | | |
| 9458044 | RDS | PO Box 830725 | Birmingham, AL 35283 | | |
| 9458054 | RLC Funding, a division of Navitas Lease | 111 Executive Center Dr. | Suite 102 | Columbia, SC 29210 | |
| 9458045 | Receivables Advance | P.O. Box 15270 | Irvine, CA 92623 | | |
| 9458046 | Regency Centers Corporation | One Independent Drive | Suite 114 | Jacksonville, FL 32202 | |
| 9458047 | Regions Bank | 1900 Fifth Avenue North | Birmingham, AL 35203 | | |
| 9458048 | Richard Blount Construction, LLC | 163 Haygood Ave. SE | Atlanta, GA 30315 | | |
| 9458050 | Richard Ruggiero | 10501 N. Central Expressway, Ste. 106 | Dallas, TX 75231 | | |
| 9458051 | Richard Ruggiero | PO Box 551267 | Jacksonville, FL 32255 | | |
| 9458052 | Rivertowne Center ACQ | 8 Industrial Way | East Eatonton, New Jersey 07724 | | |
| 9458053 | Rivertowne Center ACQ | 8 Industrial Way | East Eatonton, New Jersey 07724 | | |
| 9458064 | SUSQUEHANNA SALT LAKE LLC | 136 E South Temple, Ste. 1400 | Salt Lake City, Utah 84111 | | |
| 9458055 | Sartino, Inc. | 5285 Briarwood Circle | Pinson, AL 35126 | | |
| 9457847 | Secretary of the Treasury | 1500 Pennsylvania Ave., NW | Washington, DC 20220 | | |
| 9458056 | SecureConnect/Trustwave | 75 Remittance Drive | Dept. 1999 | Chicago, IL 60675–1999 | |
| 9458057 | Sharp Realty | Attn: Accounts Receivable | 400 Union Hill Dr. | Birmingham, AL 35209 | |
| 9458058 | Silver Hill II | Combined Properties | 1255 22nd Street, NW | Washington, District of Columbia 20037 | |
| 9458059 | Stanley | 8350 Sunlight Drive | Fishers, IN 46037 | | |
| 9457839 | State Department of Revenue | P O Box 1927 | Pelham AL 35124 | | |
| 9458060 | State of Alabama | Department of Revenue | Legal Division | PO Box 320001 | Montgomery, Alabama 36132–0001 |
| 9457841 | State of Alabama Dept of Revenue | P O Box 320001 | Montgomery AL 36132 | | |
| 9458061 | Steritech | PO Box 471127 | Charlotte, NC 28247–2127 | | |
| 9458062 | Steritech | PO Box 472127 | Charlotte, NC 27247–2127 | | |
| 9458063 | Steritech | PO Box 472127 | Charlotte, North Carolina 27247–2127 | | |
| 9458065 | The Coca–Cola Company | One Coca–Cola Plaza | Atlanta, GA 30313 | | |
| 9458066 | The Hartford | 8711 University East Drive | Charlotte, NC 28213 | | |
| 9458067 | The Hartford | 8711 University East Drive | Charlotte, North Carolina 28213 | | |
| 9458068 | Tyco Security | c/o ADT Security Services, Inc. | PO Box 371967 | Pittsburgh, PA 15250–7967 | |
| 9458069 | U.S. Bank Equipment Finance | A division of U.S. Bank N.A. | 1310 Madrid Street | Marshall, MN 56258 | |
| 9457846 | U.S. Securities and Exchange Commission | Branch of Reorganization | 950 East Paces Ferry Road Ste 900 | Atlanta, GA 30326 | |
| 9458071 | USB Equipment Finance | 220 26th Street | Minniapolis, MN | | |
| 9458072 | USRP I, LLC | Attn: Legal Dept. | One Independent Dr. | Suite 114 | Jacksonville, Florida 32202 |
| 9458070 | UniFi Equipment Finance | 3893 Research Park Drive | Ann Arbor, MI 48108 | | |
| 9457848 | United States Attorney | Northern District of Alabama | 1801 Fourth Avenue North | Birmingham, AL 35203 | |
| 9457850 | United States Bankruptcy Administrator | Northern District of Alabama | 1800 Fifth Avenue North | Birmingham, AL 35203 | |
| 9458073 | Verizon Business | PO Box 660720 | Dallas, TX 75266 | | |
| 9458074 | Verizon Business | PO Box 660720 | Dallas, Texas 75266 | | |
| 9458082 | WSSC | 1405 Swetizer Lane | Laurel, MD 20707 | | |
| 9458075 | Wand Corporation | 7593 Corporate Way | Eden Prairie, MN 55344 | | |
| 9458077 | Washington Gas | 6801 Industrial Road | Sprinfield, VA 22151 | | |
| 9458076 | Washington Gas | 6801 Industrial Road | Sprinfield, Virginia 22151 | | |
| 9458078 | Wazir Kaisani | 10501 N. Central Expressway, Ste. 106 | Dallas, TX 75231 | | |
| 9458079 | Wazir Kaisani | 10501 N. Central Expressway, Ste. 106 | Dallas, TX 75231 | | |
| 9458085 | YES Energy Management | PO Box 660901 | Dallas, TX 75266–0901 | | |
| 9458083 | Yellowstone | 30 Broad Street | 14th FL, Ste. 1462 | New York, NY 10004 | |
| 9458084 | Yellowstone | 30 Broad Street | 14th FL, Ste. 1462 | New York, New York 10004 | |

TOTAL: 176