# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE : | ) | Chapter 11 |
| ALABAMA PARTNERS, LLC,  Debtor. | ) ) ) ) | Case No. 17–03469-TOM-11 |
| IN RE : | ) ) | Chapter 11 |
| BAMACHEX, INC.,  Debtor. | ) ) ) ) | Case No. 17–03471-TOM-11 |
| IN RE : | ) ) | Chapter 11 |
| MARYLAND LC VENTURES, LLC,  Debtor. | ) ) ) ) | Case No. 17–03472-TOM-11 |
| IN RE : | ) ) | Chapter 11 |
| MARYLAND PIZZA, INC.,  Debtor. | ) ) ) ) | Case No. 17–03473-TOM-11 |
| IN RE : | ) ) | Chapter 11 |
| PG COUNTY PARTNERS LLC,  Debtor. | ) ) ) ) | Case No. 17–03474-TOM-11 |
| IN RE : | ) ) | Chapter 11 |
| PG COUNTY PIZZA, INC.,  Debtor. | ) ) ) ) | Case No. 17–03475-TOM-11 |

## INTERIM ORDER REGARDING CASH COLLATERAL MOTION

This matter came before the Court on the Debtors' Motion for Interim Order and Final Order Authorizing Use of Cash Collateral Pursuant to 11 U.S.C. § 363(c)(2) and Rule 4001(b) of the Federal Rules of Bankruptcy Procedure (the "Motion"). Appearing at the hearing were R. Scott Williams and Frederick D. Clarke on behalf of the Debtors, Tom Corbett, the Bankruptcy Administrator, Derek Meek on behalf of Checkers Restaurants, Inc., Mark Duedall and Dan Sparks on behalf of Customized Distribution LLC and Melissa Hayward on behalf of the Kaisani family equity holders.

Based upon the arguments, testimony and pleadings before the Court, the Court hereby GRANTS the Motion temporarily and on an interim basis and the Debtors are authorized to use cash collateral pursuant to the budget, the ordinary course of business, and other provisions contained in the Motion until such time as a further interim hearing occurs or the Court orders otherwise. A further interim hearing is hereby ORDERED on the Motion to take place on August 23, 2017 at 1:00 p.m.

DONE AND SO ORDERED THIS 16th DAY OF AUGUST, 2017.

/s/ Tamara O. Mitchell_____
United States Bankruptcy Judge

This Order prepared at the Court's request by:
R. Scott Williams
RUMBERGER, KIRK & CALDWELL, P.C.
2001 Park Place North, Suite 1300
Birmingham, AL 35203
Phone: (205) 327-5550
Facsimile: (205) 326-6786
swilliams@rumberger.com
Attorney for Debtor