# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE : | ) | Chapter 11 |
| | ) | |
| ALABAMA PARTNERS, LLC, | ) | Case No. 17–03469-TOM-11 |
| Debtor. | ) | |
| | ) | |
| IN RE : | ) | Chapter 11 |
| | ) | |
| BAMACHEX, INC., | ) | Case No. 17–03471-TOM-11 |
| Debtor. | ) | |
| | ) | |
| IN RE : | ) | Chapter 11 |
| | ) | |
| MARYLAND LC VENTURES, LLC, | ) | Case No. 17–03472-TOM-11 |
| Debtor. | ) | |
| | ) | |
| IN RE : | ) | Chapter 11 |
| | ) | |
| MARYLAND PIZZA, INC., | ) | Case No. 17–03473-TOM-11 |
| Debtor. | ) | |
| | ) | |
| IN RE : | ) | Chapter 11 |
| | ) | |
| PG COUNTY PARTNERS LLC, | ) | Case No. 17–03474-TOM-11 |
| Debtor. | ) | |
| | ) | |
| IN RE : | ) | Chapter 11 |
| | ) | |
| PG COUNTY PIZZA, INC., | ) | Case No. 17–03475-TOM-11 |
| Debtor. | ) | |

## INTERIM ORDER REGARDING PENDING WAGE MOTION

This matter came before the Court on the Motion of Debtor's Pursuant to 11 U.S.C. §§ 105(a) and 363(b) for Authorization to Pay Pre-Petition Wages, Compensation, and Employee Benefits (the "Motion"). Appearing at the hearing were R. Scott Williams and Frederick D. Clarke on behalf of the Debtors, Tom Corbett, the Bankruptcy Administrator, Derek Meek on behalf of Checkers Restaurants, Inc., Mark Duedall and Dan Sparks on behalf of Customized Distribution LLC and Melissa Hayward on behalf of the Kaisani family equity holders.

Based upon the arguments, testimony and pleadings before the Court, the Court hereby AUTHORIZES and GRANTS the Motion on an interim basis to allow the regularly scheduled payrolls through Wednesday, August 23, 2017 as noted on the record in open Court. The Court further ORDERS that this order is interim only and is reset for hearing on August 23, 2017, at 1:00 p.m.

DONE AND SO ORDERED THIS 16th DAY OF AUGUST, 2017.

/s/ Tamara O. Mitchell
United States Bankruptcy Judge

This Order prepared at the Court's request by:
R. Scott Williams
RUMBERGER, KIRK & CALDWELL, P.C.
2001 Park Place North, Suite 1300
Birmingham, AL 35203
Phone: (205) 327-5550
Facsimile: (205) 326-6786
swilliams@rumberger.com
Attorney for Debtor