# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE : | ) | Chapter 11 |
| | ) | |
| **ALABAMA PARTNERS, LLC,** | ) | Case No. 17–03469-TOM-11 |
| Debtor. | ) | |
| | ) | |
| IN RE : | ) | Chapter 11 |
| | ) | |
| **BAMACHEX, INC.,** | ) | Case No. 17–03471-TOM-11 |
| Debtor. | ) | |
| | ) | |
| IN RE : | ) | Chapter 11 |
| | ) | |
| **MARYLAND LC VENTURES, LLC,** | ) | Case No. 17–03472-TOM-11 |
| Debtor. | ) | |
| | ) | |
| IN RE : | ) | Chapter 11 |
| | ) | |
| **MARYLAND PIZZA, INC.,** | ) | Case No. 17–03473-TOM-11 |
| Debtor. | ) | |
| | ) | |
| IN RE : | ) | Chapter 11 |
| | ) | |
| **PG COUNTY PARTNERS LLC,** | ) | Case No. 17–03474-TOM-11 |
| Debtor. | ) | |
| | ) | |
| IN RE : | ) | Chapter 11 |
| | ) | |
| **PG COUNTY PIZZA, INC.,** | ) | Case No. 17–03475-TOM-11 |
| Debtor. | ) | |

## INTERIM ORDER REGARDING CASH MANAGEMENT MOTION

This matter came before the Court on the Motion of Debtor's Pursuant to 11 U.S.C. §§ 105(a) and 363 Authorizing Continued Use of Existing Bank Accounts and Cash Management Systems (the "Motion"). Appearing at the hearing were R. Scott Williams and Frederick D. Clarke on behalf of the Debtors, Tom Corbett, the Bankruptcy Administrator, Derek Meek on behalf of Checkers Restaurants, Inc., Mark Duedall and Dan Sparks on behalf of Customized Distribution LLC and Melissa Hayward on behalf of the Kaisani family equity holders.

Based upon the arguments, testimony and pleadings before the Court, the Court hereby GRANTS the Motion on an interim basis subject to further order and hearing that is set for August 23, 2017 at 1:00 p.m. Further, the Court ORDERS and DIRECTS the Debtors to promptly provide to the Bankruptcy Administrator the bank records of the Debtors for the six months preceding the petition date.

DONE AND SO ORDERED THIS 16th DAY OF AUGUST, 2017.

/s/ Tamara O. Mitchell_____
United States Bankruptcy Judge

This Order prepared at the Court's request by:
R. Scott Williams
RUMBERGER, KIRK & CALDWELL, P.C.
2001 Park Place North, Suite 1300
Birmingham, AL 35203
Phone: (205) 327-5550
Facsimile: (205) 326-6786
swilliams@rumberger.com
Attorney for Debtor