UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA - SOUTHERN DIVISION

In the Matter of:

Alabama Partners, LLC } Case No: 17-03469-TOM11
}
DEBTOR(S). }
}
}

### ORDER AND NOTICE OF HEARING

This matter came before the Court on Wednesday, August 16, 2017 09:30 AM, for a hearing on the following:

1) RE: Doc #4; Motion for Joint Administration Filed by Debtor
2) RE: Doc #5; Motion to File Consolidated List of the Debtors' 30 Largest Unsecured Creditors and File a Consolidated List of Creditors Filed by Debtor
3) RE: Doc #9; Motion for Authorization to Pay Pre-Petition Wages, Compensation and Employee Benefits Filed by Debtor
4) RE: Doc #10; Motion for Order Authorizing Continued Use of Existing Bank Accounts and Cash Management Systems Filed by Debtor
5) RE: Doc #11; Motion to Establish Procedures for Determining Adequate Assurance of Payment for Utility Service Filed by Debtor
6) RE: Doc #12; Motion for Authority to Continue Certain Customer Practices and Benefits Filed by Debtor
7) RE: Doc #19; Debtors Motion for Interim Order and Final Order Authorizing Use of Cash Collateral

Proper notice of the hearing was given and appearances were made by the following:

Frederick Darrell Clarke III, attorney for Alabama Partners, LLC (Debtor)
J. Thomas Corbett (Bankruptcy Administrator)
R. Scott Williams, attorney for Alabama Partners, LLC (Debtor)
Melissa Hayward, attorney for the Kaisani's
Dan Sparks, attorney for Customized Distribution, LLC
Mark Duedall, attorney for Customized Distribution, LLC - by phone
Derek Meek, attorney for Checkers Drive-In Restaurants, Inc.

**It is therefore ORDERED, ADJUDGED and DECREED that:**

1) Based on arguments of counsel and the pleadings, this matter is continued to August 23, 2017 at 1:00 pm in courtroom number 3 of the Robert S. Vance Federal Building, 1800 5th Avenue North, Birmingham, Alabama.

2) Based on arguments of counsel and the pleadings, the Motion is Granted on a limited basis as noted on the record and Debtor's counsel is directed to serve the consolidated list of creditors to all interested counsel and the Bankruptcy Administrator on or before 5:00 pm today.

Further, this matter is continued to August 23, 2017 at 1:00 pm in courtroom number 3 of the Robert S. Vance Federal Building, 1800 5th Avenue North, Birmingham, Alabama.

3) Based on arguments of counsel and the pleadings, the Motion is Granted on an interim basis as noted on the record; Scott Williams to submit a separate order.

4) Based on arguments of counsel and the pleadings, the Motion is Granted on an interim basis as noted on the record; Scott Williams to submit a separate order.

Further, this matter is continued to August 23, 2017 at 1:00 pm in courtroom number 3 of the Robert S. Vance Federal Building, 1800 5th Avenue North, Birmingham, Alabama.

5) Based on arguments of counsel and the pleadings, the Motion is Granted except as noted on the record; Scott Williams to submit a separate order.

6) Based on arguments of counsel and the pleadings, the Motion is Granted on an interim basis as noted on the record.

Further, this matter is continued to August 23, 2017 at 1:00 pm in courtroom number 3 of the Robert S. Vance Federal Building, 1800 5th Avenue North, Birmingham, Alabama.

7) Based on arguments of counsel and the pleadings, the Motion is temporarily Granted on an interim basis as noted on the record; Scott Williams to submit a separate order.

Further, this matter is continued to August 23, 2017 at 1:00 pm in courtroom number 3 of the Robert S. Vance Federal Building, 1800 5th Avenue North, Birmingham, Alabama.

It is further Ordered, upon the earlier of (i) the expiration of the Temporary Operating Agreement between Checkers Drive-In Restaurants, Inc. ("Checkers") and Bamachex, Inc. and Alabama Partners, LLC (among others) dated August 11, 2017 (as may be extended from time to time in Checkers' sole and absolute discretion), or (ii) Checkers or its counsel informing the Debtors or their counsel that such agreement will not be extended beyond its then-existing terms, counsel for Checkers shall immediately provide notice by email to counsel for the following entities: Customized Distribution, LLC, the Debtor, the equity interests represented by Ms. Melissa S. Hayward, the Bankruptcy Administrator, and any entity that requests such notice by email to Derek F. Meek at dmeek@burr.com as counsel for Checkers who confirms receipt of such email back to the sender. In addition, if and when such agreement is extended, counsel for Checkers shall, as soon as practicable, provide those same parties with notice by email of such extension and any new expiration date.

Dated: 08/16/2017

/s/ TAMARA O. MITCHELL
TAMARA O. MITCHELL
United States Bankruptcy Judge