```
                              United States Bankruptcy Court
                              Northern District of Alabama
In re:                                                              Case No. 17-03469-TOM
Alabama Partners, LLC                                               Chapter 11
         Debtor
                                    CERTIFICATE OF NOTICE
District/off: 1126-2          User: ltumlin              Page 1 of 1              Date Rcvd: Aug 14, 2017
                              Form ID: def006            Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 16, 2017.
db             +Alabama Partners, LLC,   PO Box 551267,   Jacksonville, FL 32255-1267

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            +E-mail/Text: bnc_notices_southern@alnba.uscourts.gov Aug 15 2017 00:48:12      Thomas Corbett,
                 BA Birmingham,   1800 5th Avenue North,   Birmingham, AL 35203-2111
                                                                                              TOTAL: 1

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 14, 2017 at the address(es) listed below:
              Daniel D Sparks    on behalf of Creditor    Customized Distribution, LLC ddsparks@csattorneys.com,
               dan-sparks-9722@ecf.pacerpro.com
              Derek F Meek    on behalf of Creditor    Checkers Drive-In Restaurants, Inc. dmeek@burr.com,
               mgunnells@burr.com
              James Phillip Roberts    on behalf of Creditor    Checkers Drive-In Restaurants, Inc.
               jroberts@burr.com
              R. Scott Williams    on behalf of Debtor    BamaChex, Inc. swilliams@rumberger.com,
               docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mcourtney@rumber
               ger.com;mbarnette@rumberger.com
              R. Scott Williams    on behalf of Debtor    Maryland Pizza, Inc. swilliams@rumberger.com,
               docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mcourtney@rumber
               ger.com;mbarnette@rumberger.com
              R. Scott Williams    on behalf of Debtor    PG County Pizza, Inc. swilliams@rumberger.com,
               docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mcourtney@rumber
               ger.com;mbarnette@rumberger.com
              R. Scott Williams    on behalf of Debtor    Maryland LC Ventures, LLC swilliams@rumberger.com,
               docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mcourtney@rumber
               ger.com;mbarnette@rumberger.com
              R. Scott Williams    on behalf of Debtor    PG County Partners, LLC swilliams@rumberger.com,
               docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mcourtney@rumber
               ger.com;mbarnette@rumberger.com
              R. Scott Williams    on behalf of Debtor    Alabama Partners, LLC swilliams@rumberger.com,
               docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mcourtney@rumber
               ger.com;mbarnette@rumberger.com
                                                                                              TOTAL: 9

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA, SOUTHERN DIVISION

In re:  Case No. 17−03469−TOM11
Alabama Partners, LLC  Chapter 11
EIN: 26−3067131

Debtor(s)

## NOTICE OF DEFICIENT FILING AND SHOW CAUSE HEARING

Pursuant to Federal Rule of Bankruptcy Procedure 1007, the above styled Debtor shall correct and file all proper schedules within fourteen (14) days from the filing date of the Debtor's petition. Failure to file the document(s) within 14 days of the filing of the petition is a violation of 11 U.S.C. § 521. If all deficiencies as set forth below are not corrected, then a hearing will be held on **Monday, August 28, 2017** at **10:30 AM** in **Robert S. Vance Federal Bldg, 1800 5th Ave No, Courtroom 3, Birmingham, AL 35203** to show cause why this case shall not be DISMISSED.

- ☐ Petition Pages (Form 1 – 8 pages)
- ☐ Summary of Your Assets and Liabilities and Certain Statistical Information – Individual
- ☑ Summary of Your Assets and Liabilities – Non−Individual
- ☑ Schedules A–J
- ☑ Declaration of Schedules
- ☑ Statement of Financial Affairs
- ☑ Attorney's Disclosure of Compensation (Form 2030)
- ☐ Chapter 13 Plan – Attorney or pro se debtor responsible for service to all creditors
- ☐ Certificate of Credit Counseling
- ☐ Debt Repayment Plan (if applicable)
- ☐ Means Test (Official Form 122A−1, 122A−1Supp, 122A−2, 122B, 122C−1, or 122C−2)
- ☐ Certification of Post Petition Rent
- ☐ Employee Income Records
- ☑ Other: 1. Application to Employ Attorney for Debtor; 2. List of Equity Security Holders

Dated: August 14, 2017

Joseph E. Bulgarella, Clerk
United States Bankruptcy Court
By: /s/ Leigh Tumlin