# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE : | ) | Chapter 11 |
| | ) | |
| ALABAMA PARTNERS, LLC, | ) | Case No. 17–03469-TOM |
|     Debtor. | ) | |
| | ) | |
| IN RE : | ) | Chapter 11 |
| | ) | |
| BAMACHEX, INC., | ) | Case No. 17–03471-TOM |
|     Debtor. | ) | |
| | ) | |
| IN RE : | ) | Chapter 11 |
| | ) | |
| MARYLAND LC VENTURES, LLC, | ) | Case No. 17–03472-TOM |
|     Debtor. | ) | |
| | ) | |
| IN RE : | ) | Chapter 11 |
| | ) | |
| MARYLAND PIZZA, INC., | ) | Case No. 17–03473-TOM |
|     Debtor. | ) | |
| | ) | |
| IN RE : | ) | Chapter 11 |
| | ) | |
| PG COUNTY PARTNERS LLC, | ) | Case No. 17–03474-TOM |
|     Debtor. | ) | |
| | ) | |
| IN RE : | ) | Chapter 11 |
| | ) | |
| PG COUNTY PIZZA, INC., | ) | Case No. 17–03475-TOM |
|     Debtor. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of August, 2017, the following documents were served by depositing same in the United States Mail, first class, postage prepaid on the parties indicated on the list attached hereto:

Motion of Debtors Pursuant to Fed. R. Bankr. P. 1015(b) for Entry of Order Directing Joint Administration of Chapter 11 Cases (Doc. No. 4)

Motion for Authorization to File a Consolidated List of the Debtors' 30 Largest Unsecured Creditors, and File a Consolidated List of Creditors (Doc. No. 5)

Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a) and 363(b) for Authorization to Pay Pre-Petition Wages, Compensation, and Employee Benefits (Doc. No. 9)

Motion of Debtors for Order Pursuant to 11 U.S.C. §§ 105 and 363 Authorizing Continued Use of Existing Bank Accounts and Cash Management Systems (Doc. No. 10)

Motion of Debtors Pursuant to 11 U.S.C. §§ 105, 366, and 503(b) to Establish Procedures for Determining Adequate Assurance of Payment for Utility Services (Doc. No. 11)

Debtors' Motion for Authority to Continue Certain Customer Practices and Benefits (Doc. No. 12)

Debtors' Motion for Interim Order and Final Order Authorizing Use of Cash Collateral Pursuant to 11 U.S.C. § 363(c)(2) and Rule 4001(b) of the Federal Rules of Bankruptcy Procedure (Doc. No. 19)

Dated this 17th day of August, 2017.

Respectfully submitted,

/s/ *R. Scott Williams*
R. Scott Williams
Robert H. Adams
Frederick D. Clarke

Proposed Attorneys for Debtors
ALABAMA PARTNERS, LLC
BAMACHEX, INC.
MARYLAND LC VENTURES, LLC
MARYLAND PIZZA, INC.
PG COUNTY PARTNERS LLC
PG COUNTY PIZZA, INC.

2

**Of Counsel:**
**RUMBERGER, KIRK & CALDWELL, P.C.**
Renasant Place
Suite 1300
2001 Park Place North
Birmingham, AL 35203
Phone: (205) 327-5550
Facsimile: (205) 326-6786
swilliams@rumberger.com
fclarke@rumberger.com