**Van−021** [Notice] (Rev. 08/04)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| **In re:** | **Case No.** 17−03469−TOM11 |
| Alabama Partners, LLC | **Chapter** 11 |
| **EIN:** 26−3067131 | |
| **Debtor(s)** | |

## NOTICE

Notice of Deficient Filing or Incorrect Event: PROBLEM: The filer, R. Scott Williams, Attorney for Debtor, has not attached the list of parties served as referenced in the pleading when filing the Certificate of Service. SOLUTION: The filer, R. Scott Williams, Attorney for Debtor, should docket a corrective entry and re−file the pleading with the list of parties served. If the filer does not complete the SOLUTION within two business days of this Notice, the Court may deny the requested relief, or the Clerk's Office may take no further action. (RE: related document(s)30 Certificate of Service filed by Debtor Alabama Partners, LLC). (klt)

Dated: August 17, 2017

By:

Joseph E. Bulgarella, Clerk
United States Bankruptcy Court

klt