# Notice Recipients

District/Off: 1126−2   User: ltumlin   Date Created: 8/17/2017
Case: 17−03469−TOM11   Form ID: van021   Total: 1

**Recipients of Notice of Electronic Filing:**
aty   R. Scott Williams   swilliams@rumberger.com

TOTAL: 1