IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| ALABAMA PARTNERS, LLC,<br>            Debtor. | )<br>)<br>)<br>) | Case No. 17–03469-TOM |
| IN RE: | )<br>) | Chapter 11 |
| BAMACHEX, INC.,<br>            Debtor. | )<br>)<br>)<br>) | Case No. 17–03471-TOM |
| IN RE: | )<br>) | Chapter 11 |
| MARYLAND LC VENTURES, LLC,<br>            Debtor. | )<br>)<br>)<br>) | Case No. 17–03472-TOM |
| IN RE: | )<br>) | Chapter 11 |
| MARYLAND PIZZA, INC.,<br>            Debtor. | )<br>)<br>)<br>) | Case No. 17–03473-TOM |
| IN RE: | )<br>) | Chapter 11 |
| PG COUNTY PARTNERS LLC,<br>            Debtor. | )<br>)<br>)<br>) | Case No. 17–03474-TOM |
| IN RE: | )<br>) | Chapter 11 |
| PG COUNTY PIZZA, INC.,<br>            Debtor. | )<br>)<br>)<br>) | Case No. 17–03475-TOM |

**AMENDED CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of August, 2017, the following documents were served by depositing same in the United States Mail, first class, postage prepaid on the parties indicated on the list attached hereto:

Motion of Debtors Pursuant to Fed. R. Bankr. P. 1015(b) for Entry of Order Directing Joint Administration of Chapter 11 Cases (Doc. No. 4)

Motion for Authorization to File a Consolidated List of the Debtors' 30 Largest Unsecured Creditors, and File a Consolidated List of Creditors (Doc. No. 5)

Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a) and 363(b) for Authorization to Pay Pre-Petition Wages, Compensation, and Employee Benefits (Doc. No. 9)

Motion of Debtors for Order Pursuant to 11 U.S.C. §§ 105 and 363 Authorizing Continued Use of Existing Bank Accounts and Cash Management Systems (Doc. No. 10)

Motion of Debtors Pursuant to 11 U.S.C. §§ 105, 366, and 503(b) to Establish Procedures for Determining Adequate Assurance of Payment for Utility Services (Doc. No. 11)

Debtors' Motion for Authority to Continue Certain Customer Practices and Benefits (Doc. No. 12)

Debtors' Motion for Interim Order and Final Order Authorizing Use of Cash Collateral Pursuant to 11 U.S.C. § 363(c)(2) and Rule 4001(b) of the Federal Rules of Bankruptcy Procedure (Doc. No. 19)

Dated this 17th day of August, 2017.

Respectfully submitted,

/s/ *R. Scott Williams*
R. Scott Williams
Robert H. Adams
Frederick D. Clarke

Proposed Attorneys for Debtors
ALABAMA PARTNERS, LLC
BAMACHEX, INC.
MARYLAND LC VENTURES, LLC
MARYLAND PIZZA, INC.
PG COUNTY PARTNERS LLC
PG COUNTY PIZZA, INC.

**Of Counsel:**
**RUMBERGER, KIRK & CALDWELL, P.C.**
Renasant Place
Suite 1300
2001 Park Place North
Birmingham, AL 35203
Phone: (205) 327-5550
Facsimile: (205) 326-6786
swilliams@rumberger.com
fclarke@rumberger.com

3

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1126-2<br>Case 17-03469-TOM11<br>NORTHERN DISTRICT OF ALABAMA<br>Birmingham<br>Wed Aug 16 10:57:45 CDT 2017 | Alabama Partners, LLC<br>PO Box 551267<br>Jacksonville, FL 32255-1267 | Checkers Drive-In Restaurants, Inc.<br>c/o Burr & Forman LLP<br>Derek Meek<br>420 N 20th St, Ste 3400<br>Birmingham, AL 35203-5210 |
| Customized Distribution, LLC<br>% Daniel Sparks<br>Christian & Small LLP<br>1800 Financial Center<br>505 North 20th Street<br>Birmingham, AL 35203-4633 | U. S. Bankruptcy Court<br>Robert S. Vance Federal Building<br>1800 5th Avenue North<br>Birmingham, AL 35203-2111 | ABC Burglar Alarm Systems, Inc.<br>1532 A&B Pointer Ridge Place<br>Bowie, MD 20716-1883 |
| ABC Burglar Alarm Systems, Inc.<br>1532 A&B Pointer Ridge Place<br>Bowie, Maryland 20716-1883 | ANX Business Corp<br>Dept. 77399<br>PO Box 77000<br>Detroit, MI 48277-0399 | ANX Business Corp<br>Dept. 77399<br>PO Box 77000<br>Detroit, Michigan 48277-0399 |
| Affordable Refuse & Recycling, Inc.<br>PO Box 400<br>Cheltenham, MD 20623-0400 | Affordable Refuse & Recycling, Inc.<br>PO Box 400<br>Cheltenham, Maryland 20623-0400 | Al Kaisani<br>10501 N. Central Expressway, Ste. 106<br>Dallas, TX 75231-2203 |
| Alabama Child Support Payment Ctr<br>PO Box244015<br>Montgomery, AL 36124-4015 | Alabama Department of Labor<br>631 Beacon Pkwy West, Ste. 203<br>Birmingham, AL 35209-3131 | Alabama Department of Revenue<br>PO Box 327464<br>Montgomery, 36132-7464 |
| Alabama Deptartment of Labor<br>649 Monroe Street<br>Montgomery, Alabama 36131-0099 | Alabama Gas Corporation<br>605 Richard Arrington Blvd N<br>Birmingham, AL 35203-2707 | Alabama Power<br>PO Box 242<br>Birmingham, AL 35292-0001 |
| Allied Waste/Republic Services<br>3950 59th Street SW<br>Birmingham, AL 35221 | Anniston Water Works<br>931 Noble Street<br>Anniston, AL 36201-5666 | BRESCO<br>Birmingham Restaurant Supply<br>2428 Sixth Avenue S<br>Birmingham, AL 35233-3316 |
| Bae's Woodberry, LLC<br>Attn: Ellen Kim<br>12104 Old Pine Way<br>Oak Hill, Virginia 20171-1630 | Balboa Capital<br>2010 Main Street<br>11th Floor<br>Irvine, CA 92614-8250 | Bank of the Ozarks<br>17901 Chenal Parkway<br>3rd Floor<br>Little Rock, AR 72223-5831 |
| Bank of the Ozarks<br>PO Box 242208<br>Little Rock, AR 72223-0022 | Bankruptcy Administrator<br>1800 5th Avenue North<br>Birmingham, AL 35203-2111 | Bessemer Utilities<br>PO Box 1246<br>Bessemer, AL 35021-1299 |
| Betty Leeth Haynes<br>PO Box 279<br>Cullman, AL 35056-0279 | Birmingham District Tax Office<br>P O Box 13156<br>Birmingham  AL  35202-3156 | Birmingham Water Works Board<br>PO Box 830269<br>Birmingham, AL 35283-0269 |

| | | |
|---|---|---|
| Blue Cross and Blue Shield of Alabama<br>450 Riverchase Pkwy E<br>Birmingham, AL 35244-2858 | Blue Line<br>2211 Woodward Ave.<br>Detroit, MI 48201-3467 | Blue Line<br>2211 Woodward Ave.<br>Detroit, Michigan 48201-3467 |
| Brinks<br>PO Box 101031<br>Atlanta, GA 30392-1031 | Brinks<br>PO Box 101031<br>Atlanta, Georgia 30392-1031 | Burns Septic<br>5291 Enterprise Street<br>Sykesville, MD 21784-9352 |
| CAN Capital/Channel Partners Capital<br>11100 Wayzata Blvd., Ste. 305<br>Minnetonika, MN 55305-5537 | CDI<br>5151 Brook Hollow Pkwy<br>Norcross, GA 30071-4912 | CHTD Company<br>P.O. Box 2576<br>Springfield, IL 62708-2576 |
| CHeckers Corporate<br>4300 West Cypress St. Suite 600<br>Tampa, FL 33607-4157 | Calhoun County Sales Tax<br>Calhoun County Revenue Commissioner<br>1702 Noble St., Ste. 104<br>Anniston, AL 36201-3827 | Checkers Corp.<br>4300 West Cypress St. Suite 600<br>Tampa, FL 33607-4157 |
| City of Anniston<br>P.O. Box 2168<br>Anniston, AL 36202-2168 | City of Bessemer<br>Revenue Department<br>1806 Third Avenue North<br>Bessemer, AL 35020-4906 | City of Birmingham<br>710 North 20th Street<br>Room 600 City Hall<br>Birmingham, AL 35203-2281 |
| City of Cullman<br>PO 278<br>Cullman, AL 35056-0278 | City of Gadsden<br>c/o RDS<br>PO Box 830725<br>Birmingham, AL 35283-0725 | City of Jasper<br>c/o RDS<br>PO Box 830725<br>Birmingham, AL 35283-0725 |
| City of Midfield<br>c/o RDS<br>PO Box 830725<br>Birmingham, AL 35283-0725 | Coca Cola USA<br>PO Box 102499<br>Atlanta, GA 30368-2499 | Comptroller of Maryland<br>110 Carroll Street<br>Annapolis, MD 21411-0001 |
| Comptroller of Maryland<br>110 Carroll Street<br>Annapolis, Maryland 21411-0001 | Corporation Service Company as Represent<br>PO Box 2576<br>Springfield, IL 62708-2576 | Cullman County & City<br>PO Box 278<br>Cullman, AL 35056-0278 |
| Cullman Power Board<br>106 Second Avenue NE<br>Cullman, AL 35055-2904 | Cyprus Air<br>7525 Richmond Hwy<br>Alexandria, VA 22306-2330 | DC Government<br>1101 4th Street SW<br>Suite W210<br>Washington, DC 20024-4457 |
| DC Government<br>1101 4th Street SW<br>Suite W210<br>Washington, District of Columbia 20024-4457 | DDRM Largo Town Center, LLC<br>DDR Corp.<br>3300 Enterprise Parkway<br>Beachwood, Ohio 44122-7200 | Department of Revenue<br>Jefferson County Courthouse<br>Birmingham AL 35263 |

| | | |
|---|---|---|
| Direct Capital<br>155 Commerce Way<br>Portsmouth, NH 03801-3243 | ERDA LLC<br>c/o Mr. Daniel Feld, Manager<br>12600 Cumpston Street<br>Valley Village, CA 91607-1912 | ERDA LLC<br>c/o Mr. Daniel Feld, Manager<br>12600 Cumpston Street<br>Valley Village, California 91607-1912 |
| Elizabeth Jelks<br>8512 English Oak Loop<br>Montgomery, AL 36117-6822 | Elizabeth Jelks<br>8512 English Oak Loop<br>Montgomery, Alabama 36117-6822 | Etowah County<br>c/o RDS<br>PO Box 830725<br>Birmingham, AL 35283-0725 |
| Firemaster<br>Dept 1019<br>PO Box 121019<br>Dallas, TX 75312-1019 | First Insurance Funding<br>450 Skokie Blvd., Ste. 1000<br>Northbrook, IL 60062-7917 | Flowers Baking Company of Birmingham<br>900 16th Street N<br>Birmingham, AL 35203-1017 |
| Fred Garfield<br>Spain Gillon<br>2117 Second Avenue N<br>Birmingham, AL 35203-3753 | General Counsel<br>State Department of<br>Industrial Relations<br>Montgomery AL 36102 | Good Hope Investments, LLC<br>9109 Lucky Estates Dr.<br>Vienna, Virginia 22182-1746 |
| HJK LLC<br>PO Box 175<br>Lincoln, AL 35096-0175 | HJK LLC<br>PO Box 175<br>Lincoln, Alabama 35096-0175 | HRS<br>PO Box 1624<br>Huntsville, AL 35807-0624 |
| IRH Capital<br>707 Skokie Blvd., Ste. 540<br>Northbrook, IL 60062-2895 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, Pennsylvania 19101-7346 | Iqbal Kaisani<br>10501 N. Central Expressway, Ste. 106<br>Dallas, TX 75231-2203 | J T Smallwood - Tax Collector<br>Room 160<br>716 Richard Arrington Blvd. N.<br>Birmingham, AL 35203-0112 |
| Jefferson County EDU Sales Tax<br>716 Richard Arrington Jr. Blvd. N.<br>Birmingham, AL 35203-0100 | Jefferson County Sales Tax<br>716 Richard Arrington Jr. Blvd. N.<br>Birmingham, AL 35203-0100 | Johnson Service Company<br>2812 Ruffner Rd<br>Birmingham, AL 35210-3916 |
| Kelly Pruitt<br>1463 Secretariat Dr.<br>Helena, AL 35080-4138 | Libert Mutual/Cobbs Allen Hall<br>115 Office Park Dr., Ste. 200<br>Mountain Brook, AL 35223-2423 | Libert Mutual/Cobbs Allen Hall<br>115 Office Park Dr., Ste. 200<br>Mountain Brook, Alabama 35223-2423 |
| Little Caesars Caesar Fund Inc.<br>2211 Woodward Ave.<br>Detroit, MI 48201-3467 | Little Caesars Caesar Fund Inc.<br>2211 Woodward Ave.<br>Detroit, Michigan 48201-3467 | Little Caesars Corporate<br>2211 Woodward Ave.<br>Detroit, MI 48201-3467 |

Little Caesars Corporate
2211 Woodward Ave.
Detroit, Michigan 48201-3467

Loanme
1900 S State College Blvd., Ste. 300
Amaheim, CA 92806-6152

Loanme
1900 S State College Blvd., Ste. 300
Amaheim, California 92806-6152

Lucinda Leeth
3805 Cromwell Drive
Birmingham, AL 35243-5512

MACRO LEASE
185 Express Street, Ste. 100
Plainview, NY 11803-2406

Macrolease Corporation
185 Express St.
Suite 100
Plainview, NY 11803-2406

Mark Williams
10501 N. Central Expressway, Ste. 106
Dallas, TX 75231-2203

Mark Williams
PO Box 551267
Jacksonville, FL 32255-1267

Marlin Business Bank
2795 E Cottonwood Pkwy, Ste. 120
Salt Lake City, UT 84121-7092

Marlow Heights Shopping Center, LP
c/o Gelman Management Co.
2120 L Street NW
Suite 800
Washington, District of Columbia 20037-1549

Martha Sams
1541 Prairie Lane
Montgomery, AL 36117-3414

Martha Sams
1541 Prairie Lane
Montgomery, Alabama 36117-3414

Maryland Child Support Account
PO Box 17396
Baltimore, MD 21297-1396

Maryland Child Support Account
PO Box 17396
Baltimore, Maryland 21297-1396

Maverick VI, LLC
12612 Waterspout Court
Owings Mills, Maryland 21117-1006

Melissa Hayward
10501 N. Central Expressway, Suite 106
Dallas , TX 75231-2203

Merchant Cash Cloud
5757 NW 151st Street
Miami Lakes, FL 33014-2482

Merchant Cash Cloud
5757 NW 151st Street
Miami Lakes, Florida 33014-2482

Muzak
Focus Four LLC
PO Box 638793
Cincinnati, OH 45263-8793

NASA Federal Credit Union
500 Prince Georges Blvd.
Upper Marlboro, MD 20774-8732

NASA Federal Credit Union
PO Box 1588
Bowie, MD 20717-1588

NCMIC Finance Company
14001 University Avenue
Clive, Iowa 50325-8273

Navin Kaisani
10501 N. Central Expressway, Ste. 106
Dallas, TX 75231-2203

Navitas
111 Executive Ctr Dr.
Suite 102
Columbia, SC 29210-8414

ONEILAATS LLC
10879 Coral Shores Dr # 210
Jacksonville, FL 32256-2128

ONEILAATS LLC
10879 Coral Shores Dr # 210
Jacksonville, Florida 32256-2128

PEPCO
PO Box 13608
Philadelphia, PA 19101-3608

PEPCO
PO Box 13608
Philadelphia, Pennsylvania 19101-3608

PEPSICO
1100 Reynolds Blvd.
Winston-Salem, NC 27105-3400

Pervez Kaisani
10501 N. Central Expressway, Ste. 106
Dallas, TX 75231-2203

RDS
PO Box 830725
Birmingham, AL 35283-0725

RLC Funding, a division of Navitas Lease
111 Executive Center Dr.
Suite 102
Columbia, SC 29210-8414

Receivables Advance
P.O. Box 15270
Irvine, CA 92623-5270

Regency Centers Corporation
One Independent Drive
Suite 114
Jacksonville, FL 32202-5005

Regions Bank
1900 Fifth Avenue North
Birmingham, AL 35203-2670

Richard Blount Construction, LLC
163 Haygood Ave. SE
Atlanta, GA 30315-1928

Richard Ruggiero
10501 N. Central Expressway, Ste. 106
Dallas, TX 75231-2203

Richard Ruggiero
PO Box 551267
Jacksonville, FL 32255-1267

Rivertowne Center ACQ
8 Industrial Way
East Eatonton, New Jersey 07724-3317

SUSQUEHANNA SALT LAKE LLC
136 E South Temple, Ste. 1400
Salt Lake City, Utah 84111-1143

Sartino, Inc.
5285 Briarwood Circle
Pinson, AL 35126-2986

Secretary of the Treasury
1500 Pennsylvania Ave., NW
Washington, DC 20220-0001

SecureConnect/Trustwave
75 Remittance Drive
Dept. 1999
Chicago, IL 60675-1999

Sharp Realty
Attn: Accounts Receivable
400 Union Hill Dr.
Birmingham, AL 35209-2064

Silver Hill II
Combined Properties
1255 22nd Street, NW
Washington, District of Columbia 20037-1225

Stanley
8350 Sunlight Drive
Fishers, IN 46037-6700

State Department of Revenue
P O Box 1927
Pelham AL 35124-5927

State of Alabama
Department of Revenue
Legal Division
PO Box 320001
Montgomery, Alabama 36132-0001

State of Alabama Dept of Revenue
P O Box 320001
Montgomery AL 36132-0001

Steritech
PO Box 471127
Charlotte, NC 28247-1127

Steritech
PO Box 472127
Charlotte, NC 28247-2127

Steritech
PO Box 472127
Charlotte, North Carolina 28247-2127

The Coca-Cola Company
One Coca-Cola Plaza
Atlanta, GA 30313-2499

The Hartford
8711 University East Drive
Charlotte, NC 28213-4233

The Hartford
8711 University East Drive
Charlotte, North Carolina 28213-4233

Tyco Security
c/o ADT Security Services, Inc.
PO Box 371967
Pittsburgh, PA 15250-7967

U.S. Bank Equipment Finance
A division of U.S. Bank N.A.
1310 Madrid Street
Marshall, MN 56258-4099

U.S. Securities and Exchange Commission
Branch of Reorganization
950 East Paces Ferry Road Ste 900
Atlanta, GA 30326-1382

USB Equipment Finance
220 26th Street
Minniapolis, MN

USRP I, LLC
Attn: Legal Dept.
One Independent Dr.
Suite 114
Jacksonville, Florida 32202-5005

| | | |
|---|---|---|
| UniFi Equipment Finance<br>3893 Research Park Drive<br>Ann Arbor, MI 48108-2217 | United States Attorney<br>Northern District of Alabama<br>1801 Fourth Avenue North<br>Birmingham, AL 35203-2101 | United States Bankruptcy Administrator<br>Northern District of Alabama<br>1800 Fifth Avenue North<br>Birmingham, AL 35203-2111 |
| Verizon Business<br>PO Box 660720<br>Dallas, TX 75266-0720 | Verizon Business<br>PO Box 660720<br>Dallas, Texas 75266-0720 | WSSC<br>1405 Swetizer Lane<br>Laurel, MD 20707 |
| (p)WAND CORPORATION<br>7575 CORPORATE WAY<br>EDEN PRAIRIE MN 55344-2022 | Washington Gas<br>6801 Industrial Road<br>Sprinfield, VA 22151-4205 | Washington Gas<br>6801 Industrial Road<br>Sprinfield, Virginia 22151-4205 |
| Wazir Kaisani<br>10501 N. Central Expressway, Ste. 106<br>Dallas, TX 75231-2203 | YES Energy Management<br>PO Box 660901<br>Dallas, TX 75266-0901 | Yellowstone<br>30 Broad Street<br>14th FL, Ste. 1462<br>New York, NY 10004-2304 |
| Yellowstone<br>30 Broad Street<br>14th FL, Ste. 1462<br>New York, New York 10004-2304 | Frederick Darrell Clarke III<br>Rumberger, Kirk & Caldwell<br>2001 Park Place North<br>Suite 1300<br>Birmingham, AL 35203-2735 | J. Thomas Corbett<br>Bankruptcy Administrator<br>1800 5th Avenue North<br>Birmingham, AL 35203-2111 |
| R. Scott Williams<br>Rumberger, Kirk & Caldwell, P.C.<br>2001 Park Place North<br>Suite 1300<br>Birmingham, AL 35203-2700 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Internal Revenue Service<br>801 Tom Martin Dr<br>Birmingham AL 35211 | (d)Internal Revenue Service<br>801 Tom Martins Dr.<br>Mail Stop 126<br>Birmingham, Alabama 35211 | (d)Internal Revenue Service<br>P O Box 21126<br>Philadelphia PA 19114 |
| Wand Corporation<br>7593 Corporate Way<br>Eden Prairie, MN 55344 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Child Support DC | (u)Haynes Family | (u)Kelly Hall |
| (u)Liz Whidden | (u)Mark Williams | (u)NUCO2 |
| (u)Pervez Kaisani | (u)Richard Ruggiero | (u)WHP, LLC |
| (u)Wazir Kaisani | End of Label Matrix<br>Mailable recipients 165<br>Bypassed recipients 10<br>Total 175 | |