# Notice Recipients

District/Off: 1126−2     User: ltumlin     Date Created: 8/17/2017
Case: 17−03469−TOM11     Form ID: pdf000     Total: 10

**Recipients of Notice of Electronic Filing:**
aty     Daniel D Sparks     ddsparks@csattorneys.com
aty     Derek F Meek     dmeek@burr.com
aty     Frederick Darrell Clarke, III     fclarke@rumberger.com
aty     James Phillip Roberts     jroberts@burr.com
aty     R. Scott Williams     swilliams@rumberger.com

                                                                                           TOTAL: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Alabama Partners, LLC     PO Box 551267     Jacksonville, FL 32255
cr     Customized Distribution, LLC     % Daniel Sparks     Christian & Small LLP     1800 Financial Center     505 North 20th Street     Birmingham, AL 35203
cr     Checkers Drive−In Restaurants, Inc.     c/o Burr & Forman LLP     Derek Meek     420 N 20th St, Ste 3400     Birmingham, AL 35203
ba     J. Thomas Corbett     Bankruptcy Administrator     1800 5th Avenue North     Birmingham, AL 35203
smg     Thomas Corbett     BA Birmingham     1800 5th Avenue North     Birmingham, AL 35203

                                                                                           TOTAL: 5