**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| IN RE : | ) | Chapter 11 |
| | ) | |
| **ALABAMA PARTNERS, LLC,** | ) | Case No. 17–03469-TOM |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| IN RE : | ) | Chapter 11 |
| | ) | |
| **BAMACHEX, INC.,** | ) | Case No. 17–03471-TOM |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| IN RE : | ) | Chapter 11 |
| | ) | |
| **MARYLAND LC VENTURES, LLC,** | ) | Case No. 17–03472-TOM |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| IN RE : | ) | Chapter 11 |
| | ) | |
| **MARYLAND PIZZA, INC.,** | ) | Case No. 17–03473-TOM |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| IN RE : | ) | Chapter 11 |
| | ) | |
| **PG COUNTY PARTNERS LLC,** | ) | Case No. 17–03474-TOM |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| IN RE : | ) | Chapter 11 |
| | ) | |
| **PG COUNTY PIZZA, INC.,** | ) | Case No. 17–03475-TOM |
| Debtor. | ) | |
| _____ | ) | |

---

## NOTICE OF APPEARANCE

---

Comes now Robert H. Adams of the firm Rumberger, Kirk & Caldwell, P.C., and makes known his entry of appearance as counsel for Debtors Alabama Partners, LLC, BamaChex, Inc., Maryland LC Ventures, LLC, Maryland Pizza, Inc., PG County Partners, LLC, and PG County Pizza, Inc., and pursuant to Bankruptcy Rule 2002, requests that all notices given or required to be given in these proceedings and all papers served or required to be served in these proceedings, be served as follows:

Robert H. Adams
RUMBERGER, KIRK & CALDWELL, P.C.
Renasant Place
2001 Park Place North, Suite 1300
Birmingham, AL 35203
radams@rumberger.com

/s/ Robert H. Adams
Robert H. Adams

**OF COUNSEL:**

RUMBERGER, KIRK & CALDWELL, P.C.
Renasant Place
2001 Park Place North, Suite 1300
Birmingham, AL 35203
Telephone:     (205) 327-5550
Facsimile:     (205) 326-6786
Email:  radams@rumberger.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2017, a true and correct copy of the foregoing was served via this Court's CM/ECF Noticing System on all parties receiving electronic notices in this bankruptcy case.

/s/ Robert H. Adams
Of Counsel

2

10429375.1