**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| IN RE : | ) | Chapter 11 |
| | ) | |
| **ALABAMA PARTNERS, LLC,** | ) | Case No. 17–03469-TOM-11 |
| Debtor. | ) | |
| | ) | |
| IN RE : | ) | Chapter 11 |
| | ) | |
| **BAMACHEX, INC.,** | ) | Case No. 17–03471-TOM-11 |
| Debtor. | ) | |
| | ) | |
| IN RE : | ) | Chapter 11 |
| | ) | |
| **MARYLAND LC VENTURES, LLC,** | ) | Case No. 17–03472-TOM-11 |
| Debtor. | ) | |
| | ) | |
| IN RE : | ) | Chapter 11 |
| | ) | |
| **MARYLAND PIZZA, INC.,** | ) | Case No. 17–03473-TOM-11 |
| Debtor. | ) | |
| | ) | |
| IN RE : | ) | Chapter 11 |
| | ) | |
| **PG COUNTY PARTNERS LLC,** | ) | Case No. 17–03474-TOM-11 |
| Debtor. | ) | |
| | ) | |
| IN RE : | ) | Chapter 11 |
| | ) | |
| **PG COUNTY PIZZA, INC.,** | ) | Case No. 17–03475-TOM-11 |
| Debtor. | ) | |

**ORDER ON UTILITIES MOTION**

This matter came before the Court on the Motion of Debtor's Pursuant to 11 U.S.C. §§ 105, 366, AND 503(b) to Establish Procedures for Determining Adequate Assurance of Payment for Utility Services (the "Motion"). Appearing at the hearing were R. Scott Williams and Frederick D. Clarke on behalf of the Debtors, Tom Corbett, the Bankruptcy Administrator, Derek Meek on behalf of Checkers Restaurants, Inc., Mark Duedall and Dan Sparks on behalf of Customized Distribution LLC and Melissa Hayward on behalf of the Kaisani family equity holders.

Based upon the arguments, testimony and pleadings before the Court, the Court finds the Motion due to be GRANTED as further modified by counsel for the Debtor. The Court hereby ORDERS the Motion is GRANTED provided that Alabama Power is expressly exempt from the provisions of this Order, but are otherwise obligated to comply with the applicable provisions of the Bankruptcy Code concerning utility service.

DONE AND SO ORDERED THIS 18th DAY OF AUGUST, 2017.

/s/ Tamara O. Mitchell_____
United States Bankruptcy Judge

This Order prepared at the Court's request by:
R. Scott Williams
RUMBERGER, KIRK & CALDWELL, P.C.
2001 Park Place North, Suite 1300
Birmingham, AL 35203
Phone: (205) 327-5550
Facsimile: (205) 326-6786
swilliams@rumberger.com
Attorney for Debtor