# Notice Recipients

District/Off: 1126−2  User: ltumlin  Date Created: 8/18/2017
Case: 17−03469−TOM11  Form ID: pdf000  Total: 11

**Recipients of Notice of Electronic Filing:**
aty   Daniel D Sparks   ddsparks@csattorneys.com
aty   Derek F Meek   dmeek@burr.com
aty   Frederick Darrell Clarke, III   fclarke@rumberger.com
aty   James Phillip Roberts   jroberts@burr.com
aty   R. Scott Williams   swilliams@rumberger.com
aty   Robert H Adams   radams@rumberger.com

TOTAL: 6

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db   Alabama Partners, LLC   PO Box 551267   Jacksonville, FL 32255
cr   Customized Distribution, LLC   % Daniel Sparks   Christian & Small LLP   1800 Financial Center   505 North 20th Street   Birmingham, AL 35203
cr   Checkers Drive−In Restaurants, Inc.   c/o Burr & Forman LLP   Derek Meek   420 N 20th St, Ste 3400   Birmingham, AL 35203
ba   J. Thomas Corbett   Bankruptcy Administrator   1800 5th Avenue North   Birmingham, AL 35203
smg   Thomas Corbett   BA Birmingham   1800 5th Avenue North   Birmingham, AL 35203

TOTAL: 5