# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE : | ) | Chapter 11 |
| | ) | |
| ALABAMA PARTNERS, LLC, | ) | Case No. 17–03469-TOM |
|                 Debtor. | ) | |
| | ) | |
| IN RE : | ) | Chapter 11 |
| | ) | |
| BAMACHEX, INC., | ) | Case No. 17–03471-TOM |
|                 Debtor. | ) | |
| | ) | |
| IN RE : | ) | Chapter 11 |
| | ) | |
| MARYLAND LC VENTURES, LLC, | ) | Case No. 17–03472-TOM |
|                 Debtor. | ) | |
| | ) | |
| IN RE : | ) | Chapter 11 |
| | ) | |
| MARYLAND PIZZA, INC., | ) | Case No. 17–03473-TOM |
|                 Debtor. | ) | |
| | ) | |
| IN RE : | ) | Chapter 11 |
| | ) | |
| PG COUNTY PARTNERS LLC, | ) | Case No. 17–03474-TOM |
|                 Debtor. | ) | |
| | ) | |
| IN RE : | ) | Chapter 11 |
| | ) | |
| PG COUNTY PIZZA, INC., | ) | Case No. 17–03475-TOM |
|                 Debtor. | ) | |

## APPLICATION FOR APPROVAL OF
## EMPLOYMENT OF PROFESSIONAL PERSON
## <u>NUNC PRO TUNC TO AUGUST 11, 2017</u>

Pursuant to 11 U.S.C. §327(a) and Bankruptcy Rule 2014(a),

__ __   the Trustee of the captioned bankruptcy case

__X__   the captioned Debtor-in-Possession in Chapter 11 of the Bankruptcy Code

(hereinafter "Applicant"), requests the Court to approve the employment of

Rumberger, Kirk &  Caldwell, P.C.
2001 Park Place North
Suite 1300
Birmingham, Alabama 35203

as

Counsel for the Debtor-in-Possession

to represent or assist Applicant in carrying out the duties as Debtor-in-Possession under Title 11 of the United States Code.  In support of this request, Applicant represents as follows:

1.      The person whose employment is requested (hereinafter "said person")

---

1The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, if any, are: Alabama Partners, LLC (7131); BamaChex, Inc. (6953); Maryland LC Ventures, LLC (6974); Maryland Pizza, Inc. (6929); PG County Partners LLC (2811); and PG County Pizza, Inc. (3902). The service address for each of the Debtors is P.O. Box 551267, Jacksonville, FL 32255.

(a) is professionally qualified and licensed, if required, for such employment;

(b) does not hold or represent an interest adverse to the estate;

(c) is a disinterested person as that term is defined in §101(13) of the Bankruptcy Code; and

(d) has not served as an examiner in this case.

2. Said person is not employed by and does not represent a creditor in this case unless indicated under (a) below.

    (a) Said person is employed by or represents the following creditor(s), but Applicant is not aware of any objection by another creditor to said person's employment or of any actual conflict of interest if the employment here requested is approved: (If NONE, so state)

    None

3. The specific facts showing the necessity for the employment here requested are as follows:

General representation of the Chapter 11 Debtor-in-Possession.

4. The professional services to be rendered are as follows:

(a) To give your Applicant legal advice with respect to its powers and duties as Debtor-in-Possession; (b) To negotiate and formulate a plan of reorganization under Chapter 11 which will be acceptable to its creditors; (c) To deal with secured lien claimants regarding arrangements for payment of their debt and/or contesting the validity of same; (d) To prepare the necessary petition, answers, orders, reports and other legal papers; and (e) All other services which may be necessary.

5. The reasons for the selection of said person are:

They have considerable experience in matters of this character and your Applicant believes that these attorneys are well qualified to represent him as Debtor-in-Possession in these proceedings.

6. All of said person's connections with the debtor, creditors, other parties in interest, and with their respective attorneys and accountants, are as follows: (If NONE, so state)

Applicant currently represents Alabama Department of Revenue and DDR however, there are no open matters for these clients.

Applicant currently represents Liberty Mutual, The Hartford, Regions Bank and Coca-Cola in connection with matters unrelated to the representation of the Debtors. Should RKC be

asked to represent them in connection with this bankruptcy case, said representation will be declined.

Applicant previously represented the following parties: Brinks Home Security, Pepsico, Verizon Business, First Insurance Funding, Republic Realty Services, Retail Data Systems of Florida and Flowers Baking Co., but has no active engagements with these parties. Applicant will decline any future representation related to the bankruptcy.

7.   Except as stated below, the representations made in this Application with respect to said person apply to each of that person's partners and associates and members of the firm, professional corporation or other entity with whom or with which said person is professionally associated.

None

8.   With the condition that the court may allow different compensation after the conclusion of said person's employment if the terms and conditions here proposed prove to have been improvident in light of developments not capable of being presently anticipated, Applicant proposes the following reasonable terms and conditions of said person's employment:

Retainer (if any):

$24,563.10

Allowance for expenses (if any):

As allowed by Court in Application for Compensation to be filed with this Court
Hourly basis for said person and for each other person expected to perform work and to be included in any application for compensation: **

| | |
|---|---|
| R. Scott Williams | $400.00 |
| Robert H. Adams | $400.00 |
| Frederick D. Clarke | $165.00 |
| Paralegals | $125.00 |

**Hourly rates are subject to increase from time to time; Other attorneys or paralegals may be assigned to assist with this case as needed.

Contingent fee basis (if applicable):

None

3

Other:

None

Alabama Partners, LLC

Mark Williams
Chief Operating Officer

4

## **VERIFIED STATEMENT OF PERSON TO BE EMPLOYED**

I have read the above and foregoing Application. As required by Bankruptcy Rule 2014(a), and in accordance with Bankruptcy Rule 9011(b) and 28 U.S.C. §1746, I declare under penalty of perjury that the statements there made with reference to me and my professional associates are true and correct.

This the ___17th___ day of August, 2017.

Rumberger, Kirk & Caldwell, P.C.

_____
Signature of Person to Be Employed

## CERTIFICATE OF SERVICE

I hereby certify that on August 18th, 2017, a true and correct copy of the foregoing was sent via ECF Noticing to all parties receiving electronic notices in this bankruptcy case, and by U.S. First Class Mail on the parties listed on the attached list.

/s/ R. Scott Williams
Of Counsel

Bankruptcy Administrator
1800 5th Avenue North
Birmingham, AL 35203

Alabama Partners, LLC
PO Box 551267
Jacksonville, FL 32255

R. Scott Williams
Rumberger, Kirk & Caldwell
2001 Park Place, Ste. 1300
Birmingham, AL 35203

Melissa S. Hayward
Hayward & Associates, PLLC
10501 N. Central Expressway, Ste. 106
Dallas, TX 75231

Pervez Kaisani
c/o Melissa S. Hayward
10501 N. Central Expressway, Ste. 106
Dallas, TX 75231

Wazir Kaisani
c/o Melissa S. Hayward
10501 N. Central Expressway, Ste. 106
Dallas, TX 75231

Iqbal Kaisani
c/o Melissa S. Hayward
10501 N. Central Expressway, Ste. 106
Dallas, TX 75231

Mark Williams
PO Box 551267
Jacksonville, FL 32255

Internal Revenue Service
801 Tom Martins Dr.
Mail Stop 126
Birmingham, Alabama 35211

Internal Revenue Service
PO Box 7346
Philadelphia, Pennsylvania 19101

Alabama Department of Labor
649 Monroe Street
Montgomery, AL 36131

Alabama Department of Labor
631 Beacon Parkway West
Suite 203
Birmingham, AL 35209

Alabama Department of Revenue
P.O. Box 327464
Montgomery, AL 36132

Alabama Department of Revenue
Legal Division
P.O. Box 320001
Montgomery, AL 36132

Bank of the Ozarks
17901 Chenal Parkway
3rd Floor
Little Rock, AR 72223

CHTD Company
P.O. Box 2576
Springfield, IL 62708

Corporation Service Company
As Representative
P.O. Box 2576
Springfield, IL 62708

Macrolease Corporation
185 Express St.
Suite 100
Plainview, NY 11803

NASA Federal Credit Union
500 Prince George's Blvd.
Upper Marlboro, MD 20774

Receivables Advance
P.O. Box 15270
Irvine, CA 92623-5270

RLC Funding, a division of
Navitas Lease Corp. ISAOA
111 Executive Center Dr., Suite 102
Columbia, SC 29210

The Coca-Cola Company
On Coca-Cola Plaza
Atlanta, GA 30313

Coca-Cola USA
P.O. Box 102499
Atlanta, GA 30368

UniFi Equipment Finance
3893 Research Park Drive
Ann Arbor, MI 48108

U.S. Bank Equipment Finance
A division of U.S. Bank N.A.
1310 Madrid Street
Marshall, MN 56258

Checkers Corporate
4300 West Cypress St. Suite 600
Tampa, FL

City of Birmingham
710 North 20th Street
Room 600 City Hall
Birmingham, AL 35203

HJK LLC
PO Box 175
Lincoln, AL 35096

J T Smallwood - Tax Collector
Room 160
716 Richard Arrington Blvd. N.
Birmingham, AL 35203

Yellowstone
30 Broad Street
14th FL, Ste. 1462
New York, NY 10004

ONEILAATS LLC
10879 Coral Shores Dr # 210
Jacksonville, FL 32256

RDS
PO Box 830725
Birmingham, AL 35283

Jefferson County EDU Sales Tax
716 Richard Arrington Jr. Blvd. N.
Birmingham, AL 35203


Jefferson County Sales Tax
716 Richard Arrington Jr. Blvd. N.
Birmingham, AL 35203

SUSQUEHANNA SALT LAKE LLC
136 E South Temple, Ste. 1400
Salt Lake City, Utah 84111

City of Jasper
c/o RDS
PO Box 830725
Birmingham, AL 35283


Johnson Service Company
2812 Ruffner Rd
Birmingham, AL 35210

Alabama Power
P.O. Box 242
Birmingham, Alabama 35292

Tyco Security
c/o ADT Security Services, Inc.
PO Box 371967
Pittsburgh, PA 15250-7967


CDI
5151 Brook Hollow Pkwy
Norcross, GA 30071

Merchant Cash Cloud
5757 NW 151st Street
Miami Lakes, FL 33014

Flowers Baking Company of Birmingham
900 16th Street N
Birmingham, AL 35203


City of Bessemer
Revenue Department
1806 Third Avenue North
Bessemer, AL 35020

Good Hope Investments, LLC
9109 Lucky Estates Dr.
Vienna, Virginia 22182

Balboa Capital
2010 Main Street
11th Floor
Irvine, CA 92614


Direct Capital
155 Commerce Way
Portsmouth NH 03801

Navitus
111 Executive Ctr Drive
Suite 102
Columbia, SC 29210

Bank of the Ozarks
PO Box 242208
Little Rock, AR 72223-2208


USB Equipment Finance
220 26th Street
Minneapolis, MN

Regions Bank
1900 Fifth Avenue North
Birmingham, AL 35203

CAN Captial/Channel Partners Capital
11100 Wayzata Blvd.
Suite 305
Minnetonka, MN 55305


Marlin Business Bank
2795 E Cottonwood Pkwy
Suite 120
Salt Lake City, UT 84121

Loanme
1900 S State College Blvd.
Suite 300
Anaheim, CA 92806

Comptroller of Maryland
110 Carroll Street
Annapolis, MD 21411


**R. Scott Williams**
Rumberger, Kirk & Caldwell, P.C.
2001 Park Place North
Suite 1300
Birmingham, AL 35203

**Robert H Adams**
Rumberger, Kirk & Caldwell, P.C.
2001 Park Place North
Suite 1300
Birmingham, AL 35209

**Frederick Darrell Clarke, III**
Rumberger, Kirk & Caldwell
2001 Park Place North
Suite 1300
Birmingham, AL 35203


**Derek F Meek**
Burr & Forman LLP
420 North 20th Street
Suite 3400
Birmingham, AL 35203

**James Phillip Roberts**
Burr & Forman LLP
420 20th St N
Suite 3400
Birmingham, AL 35203

**Daniel D Sparks**
1800 Financial Center
505 North 20th Street
Birmingham, AL 35203