IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA, SOUTHERN DIVISION

**In re:**

| | | |
|---|---|---|
| **ALABAMA PARTNERS, LLC** | ) | Case No. 17-03469-11 |
| Debtor. | ) | Chapter 11 |

## MOTION FOR ADMISSION *PRO HAC VICE* FOR MARK I. DUEDALL

Comes now Daniel D. Sparks, a member in good standing of the Alabama State Bar, and a member in good standing of the Bar of the United States District Court for the Northern District of Alabama, and respectfully requests the entry of an order pro hac vice admitting **Mark I. Duedall** (the "Applicant") to practice in this case. In support of said motion, movant shows unto this Court the following:

1. Applicant resides and regularly conducts the practice of law in the State of Georgia. Applicant is an attorney and a member of the law firm of Bryan Cave, LLP, with offices at 1201 W. Peachtree Street NW, 14th Floor, Atlanta, Georgia 30309 - (404) 572-6611.

2. Applicant as a member of the above-named law firm has been retained by a creditor, Customized Distribution, LLC, to provide legal representation in connection with the above-styled case and any related or consolidated cases now pending before this Court.

3. Since 1999, Applicant has been a member in good standing of the State Bar of Georgia. A Certificate of Good Standing is attached to this application as "Exhibit A."

4. Applicant has been admitted to practice before all Georgia state courts, the United States District Court for the Northern District of Georgia, and the United States District Court for the Middle District of Georgia. Applicant is presently a member in good standing of the Bar of the above-listed courts.

5. Applicant is not presently (and never has been) subject to any disbarment proceedings. Applicant is not presently (and never has been) subject to any suspension proceedings.

6. Applicant never has had any certificate or privilege to appear and practice before any administrative body suspended or revoked. Applicant, neither by resignation, withdrawal, or otherwise, has ever terminated applicant's position as a licensed attorney in order to avoid administrative, disciplinary, disbarment, or suspension proceedings.

7. As required by Local Rule Applicant herewith offers payment to the Clerk of the Court for fee associated with the processing of this request for *pro hac vice* admission.

8. Applicant is particularly qualified to handle the above-referenced case before this Honorable Court in association with me.

WHEREFORE, PREMISES CONSIDERED, movant respectfully requests this Honorable Court to grant **Mark I. Duedall**, a non-resident attorney, admission to practice in this particular case, *pro hac vice*.

/s/ Daniel D. Sparks
Counsel for
Customized Distribution, LLC

Of Counsel:
Christian & Small LLP
1800 Financial Center
505 North 20th Street, Suite 1800
Birmingham, AL 35203
(205) 795-6588

## CERTIFICATE OF SERVICE

I hereby certify that I have served the above and foregoing upon the parties listed below, via the means listed for each, on this the 18th day of August, 2017.

Via U S Mail:

R. Scott Williams
Rumberger, Kirk & Caldwell, PC
2001 Park Place North
Suite 1300
Birmingham, AL 35203

Thomas Corbett
Office of the U.S. Bankruptcy Administrator
1800 5th Ave. North
Birmingham, AL 35203

Derek F. Meek
Burr & Forman
420 North 20th Street
Suite 3400
Birmingham, AL 35203

/s/ Daniel D. Sparks
Daniel D. Sparks

# EXHIBIT A



Mr. Mark I. Duedall
Bryan Cave LLP
One Atlantic Center
1201 W. Peachtree Street NW, 14th Floor
Atlanta, GA 30309-3488

Lawyers Serving the Public and the Justice System

| | |
|---|---|
| **CURRENT STATUS:** | Active Member-Good Standing |
| **DATE OF ADMISSION:** | 11/01/1999 |
| **BAR NUMBER:** | 231770 |
| **TODAY'S DATE:** | 08/14/2017 |

Listed below are the public disciplinary actions, if any, which have been taken against this member:

| State Disciplinary Board Docket # | Supreme Court Docket # | Disposition | Date |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

The prerequisites for practicing law in the State of Georgia are as follows:

- Certified by the Office of Bar Admissions, either by Exam, or on Motion (Reciprocity).
- Sworn in to the Superior Court in Georgia, highest court required to practice law in Georgia.
- Enrolled with the State Bar of Georgia, arm of the Supreme Court of Georgia.

Attorneys licensed in Georgia and whose current status is Active are eligible to practice law in Superior Court. Attorneys may, upon application, apply for admission to the Supreme, District and State Court of Appeals.

Under the privacy/confidentiality provision of the Bar Rule 4-221(d), any complaint against a member resolved prior to the filing and docketing of a disciplinary case in the Supreme Court is not a matter of public record, and may not be revealed without a waiver from the member. It is the policy of the State Bar of Georgia to answer any inquiry about a member by disclosing only those complaints that have been docketed in the Supreme Court. With respect to matters that are currently pending as active, undocketed cases, when an inquiry is received, the State Bar of Georgia shall not disclose the existence of those complaints. Such non-disclosure should not be construed to confirm the existence of confidential complaints since the vast majority of members in good standing are not the subjects of such confidential complaints.

This member is currently in **"good standing"** as termed and defined by **State Bar Rule 1-204**. The member is current in license fees and is not suspended or disbarred as of the date of this letter.

**STATE BAR OF GEORGIA**

*Brenda Lovvorn*

Official Representative of the State Bar of Georgia

---

**HEADQUARTERS**
104 Marietta St. NW, Suite 100
Atlanta, GA 30303-2743
404-527-8700 • 800-334-6865
Fax 404-527-8717
www.gabar.org

**COASTAL GEORGIA OFFICE**
18 E. Bay St.
Savannah, GA 31401-1225
912-239-9910 • 877-239-9910
Fax 912-239-9970

**SOUTH GEORGIA OFFICE**
244 E. 2nd St. (31794)
P.O. Box 1390
Tifton, GA 31793-1390
229-387-0446 • 800-330-0446
Fax 229-382-7435

**ICLE ATHENS OFFICE**
P.O. Box 1885
Athens, GA 30603-1885
706-369-5664 • 770-466-0886
www.iclega.org

