```
                           United States Bankruptcy Court
                           Northern District of Alabama
In re:                                                                      Case No. 17-03469-TOM
Alabama Partners, LLC                                                       Chapter 11
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 1126-2           User: ltumlin              Page 1 of 5                   Date Rcvd: Aug 16, 2017
                               Form ID: 309F              Total Noticed: 166

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 18, 2017.
db             +Alabama Partners, LLC,    PO Box 551267,    Jacksonville, FL 32255-1267
aty            +Daniel D Sparks,    1800 Financial Center,    505 North 20th Street,    Birmingham, AL 35203-2605
aty            +Derek F Meek,    Burr & Forman LLP,    420 North 20th Street,    Suite 3400,
                 Birmingham, AL 35203-3284
aty            +Frederick Darrell Clarke, III,    Rumberger, Kirk & Caldwell,    2001 Park Place North,
                 Suite 1300,    Birmingham, AL 35203-2735
aty            +James Phillip Roberts,    Burr & Forman LLP,    420 20th St N,    Suite 3400,
                 Birmingham, AL 35203-3284
cr             +Customized Distribution, LLC,    % Daniel Sparks,    Christian & Small LLP,
                 1800 Financial Center,    505 North 20th Street,    Birmingham, AL 35203-4633
9457922        +ABC Burglar Alarm Systems, Inc.,    1532 A&B Pointer Ridge Place,    Bowie, MD 20716-1883
9457923        +ABC Burglar Alarm Systems, Inc.,    1532 A&B Pointer Ridge Place,    Bowie, Maryland 20716-1883
9457937         ANX Business Corp,    Dept. 77399,    PO Box 77000,    Detroit, MI 48277-0399
9457938         ANX Business Corp,    Dept. 77399,    PO Box 77000,    Detroit, Michigan 48277-0399
9457925        +Affordable Refuse & Recycling, Inc.,    PO Box 400,    Cheltenham, MD 20623-0400
9457926        +Affordable Refuse & Recycling, Inc.,    PO Box 400,    Cheltenham, Maryland 20623-0400
9457927        +Al Kaisani,    10501 N. Central Expressway, Ste. 106,    Dallas, TX 75231-2203
9457930        #+Alabama Department of Labor,    631 Beacon Pkwy West, Ste. 203,    Birmingham, AL 35209-3131
9457931         Alabama Department of Revenue,    PO Box 327464,    Montgomery, 36132-7464
9457932        +Alabama Deptartment of Labor,    649 Monroe Street,    Montgomery, Alabama 36131-0099
9457935         Allied Waste/Republic Services,    3950 59th Street SW,    Birmingham, AL 35221
9457936        +Anniston Water Works,    931 Noble Street,    Anniston, AL 36201-5666
9457950        +BRESCO,   Birmingham Restaurant Supply,    2428 Sixth Avenue S,    Birmingham, AL 35233-3316
9457939        +Bae's Woodberry, LLC,    Attn: Ellen Kim,    12104 Old Pine Way,    Oak Hill, Virginia 20171-1630
9457940        +Balboa Capital,    2010 Main Street,    11th Floor,    Irvine, CA 92614-8250
9457942        +Bank of the Ozarks,    PO Box 242208,    Little Rock, AR 72223-0022
9457941        +Bank of the Ozarks,    17901 Chenal Parkway,    3rd Floor,    Little Rock, AR 72223-5831
9457945         Betty Leeth Haynes,    PO Box 279,    Cullman, AL 35056-0279
9457946         Birmingham Water Works Board,    PO Box 830269,    Birmingham, AL 35283-0269
9457947        +Blue Cross and Blue Shield of Alabama,    450 Riverchase Pkwy E,    Birmingham, AL 35244-2858
9457948        +Blue Line,    2211 Woodward Ave.,    Detroit, MI 48201-3467
9457949        +Blue Line,    2211 Woodward Ave.,    Detroit, Michigan 48201-3467
9457953        +Burns Septic,    5291 Enterprise Street,    Sykesville, MD 21784-9352
9457955        +CAN Capital/Channel Partners Capital,    11100 Wayzata Blvd., Ste. 305,
                 Minnetonika, MN 55305-5537
9457956        +CDI,   5151 Brook Hollow Pkwy,    Norcross, GA 30071-4912
9457960        +CHTD Company,    P.O. Box 2576,    Springfield, IL 62708-2576
9457958        +CHeckers Corporate,    4300 West Cypress St. Suite 600,    Tampa, FL 33607-4157
9457954        +Calhoun County Sales Tax,    Calhoun County Revenue Commissioner,    1702 Noble St., Ste. 104,
                 Anniston, AL 36201-3827
9457957        +Checkers Corp.,    4300 West Cypress St. Suite 600,    Tampa, FL 33607-4157
9457961        +City of Anniston,    P.O. Box 2168,    Anniston, AL 36202-2168
9457962        +City of Bessemer,    Revenue Department,    1806 Third Avenue North,    Bessemer, AL 35020-4906
9457963        +City of Birmingham,    710 North 20th Street,    Room 600 City Hall,    Birmingham, AL 35203-2281
9457964         City of Cullman,    PO 278,    Cullman, AL 35056-0278
9457965        +City of Gadsden,    c/o RDS,    PO Box 830725,    Birmingham, AL 35283-0725
9457966        +City of Jasper,    c/o RDS,    PO Box 830725,    Birmingham, AL 35283-0725
9457967        +City of Midfield,    c/o RDS,    PO Box 830725,    Birmingham, AL 35283-0725
9457968        +Coca Cola USA,    PO Box 102499,    Atlanta, GA 30368-2499
9457969        +Comptroller of Maryland,    110 Carroll Street,    Annapolis, MD 21411-0001
9457970        +Comptroller of Maryland,    110 Carroll Street,    Annapolis, Maryland 21411-0001
9457971        +Corporation Service Company as Represent,    PO Box 2576,    Springfield, IL 62708-2576
9457972         Cullman County & City,    PO Box 278,    Cullman, AL 35056-0278
9457973        +Cullman Power Board,    106 Second Avenue NE,    Cullman, AL 35055-2904
9457974        +Cyprus Air,    7525 Richmond Hwy,    Alexandria, VA 22306-2330
9457975        +DC Government,    1101 4th Street SW,    Suite W210,    Washington, DC 20024-4457
9457976        +DC Government,    1101 4th Street SW,    Suite W210,
                 Washington, District of Columbia 20024-4457
9457977        +DDRM Largo Town Center, LLC,    DDR Corp.,    3300 Enterprise Parkway,
                 Beachwood, Ohio 44122-7200
9457843         Department of Revenue,    Jefferson County Courthouse,    Birmingham  AL   35263
9457981        +ERDA LLC,    c/o Mr. Daniel Feld, Manager,    12600 Cumpston Street,
                 Valley Village, CA 91607-1912
9457982        +ERDA LLC,    c/o Mr. Daniel Feld, Manager,    12600 Cumpston Street,
                 Valley Village, California 91607-1912
9457979        +Elizabeth Jelks,    8512 English Oak Loop,    Montgomery, AL 36117-6822
9457980        +Elizabeth Jelks,    8512 English Oak Loop,    Montgomery, Alabama 36117-6822
9457983        +Etowah County,    c/o RDS,    PO Box 830725,    Birmingham, AL 35283-0725
9457984         Firemaster,    Dept 1019,    PO Box 121019,    Dallas, TX 75312-1019
9457985        +First Insurance Funding,    450 Skokie Blvd., Ste. 1000,    Northbrook, IL 60062-7917
9457986        +Flowers Baking Company of Birmingham,    900 16th Street N,    Birmingham, AL 35203-1017
9457987        +Fred Garfield,    Spain Gillon,    2117 Second Avenue N,    Birmingham, AL 35203-3753
9457840         General Counsel,    State Department of,    Industrial Relations,    Montgomery AL   36102
9457988        +Good Hope Investments, LLC,    9109 Lucky Estates Dr.,    Vienna, Virginia 22182-1746
```

```
9457990        +HJK LLC,    PO Box 175,    Lincoln, AL 35096-0175
9457991        +HJK LLC,    PO Box 175,    Lincoln, Alabama 35096-0175
9457992        +HRS,    PO Box 1624,    Huntsville, AL 35807-0624
9457996        +IRH Capital,    707 Skokie Blvd., Ste. 540,    Northbrook, IL 60062-2895
9457995        +Iqbal Kaisani,    10501 N. Central Expressway, Ste. 106,    Dallas, TX 75231-2203
9457997        +J T Smallwood - Tax Collector,    Room 160,    716 Richard Arrington Blvd. N.,
                 Birmingham, AL 35203-0112
9457998        +Jefferson County EDU Sales Tax,    716 Richard Arrington Jr. Blvd. N.,
                 Birmingham, AL 35203-0100
9457999        +Jefferson County Sales Tax,    716 Richard Arrington Jr. Blvd. N.,    Birmingham, AL 35203-0100
9458000        +Johnson Service Company,    2812 Ruffner Rd,    Birmingham, AL 35210-3916
9458002        +Kelly Pruitt,    1463 Secretariat Dr.,    Helena, AL 35080-4138
9458003        +Libert Mutual/Cobbs Allen Hall,    115 Office Park Dr., Ste. 200,
                 Mountain Brook, AL 35223-2423
9458004        +Libert Mutual/Cobbs Allen Hall,    115 Office Park Dr., Ste. 200,
                 Mountain Brook, Alabama 35223-2423
9458005        +Little Caesars Caesar Fund Inc.,    2211 Woodward Ave.,    Detroit, MI 48201-3467
9458006        +Little Caesars Caesar Fund Inc.,    2211 Woodward Ave.,    Detroit, Michigan 48201-3467
9458007        +Little Caesars Corporate,    2211 Woodward Ave.,    Detroit, MI 48201-3467
9458008        +Little Caesars Corporate,    2211 Woodward Ave.,    Detroit, Michigan 48201-3467
9458012        +Lucinda Leeth,    3805 Cromwell Drive,    Birmingham, AL 35243-5512
9458013        +MACRO LEASE,    185 Express Street, Ste. 100,    Plainview, NY 11803-2406
9458014        +Macrolease Corporation,    185 Express St.,    Suite 100,    Plainview, NY 11803-2406
9458017        +Mark Williams,    10501 N. Central Expressway, Ste. 106,    Dallas, TX 75231-2203
9458015        +Mark Williams,    PO Box 551267,    Jacksonville, FL 32255-1267
9458019        +Marlin Business Bank,    2795 E Cottonwood Pkwy, Ste. 120,    Salt Lake City, UT 84121-7092
9458020        +Marlow Heights Shopping Center, LP,    c/o Gelman Management Co.,    2120 L Street NW,
                 Suite 800,    Washington, District of Columbia 20037-1549
9458021        +Martha Sams,    1541 Prairie Lane,    Montgomery, AL 36117-3414
9458022        +Martha Sams,    1541 Prairie Lane,    Montgomery, Alabama 36117-3414
9458023        +Maryland Child Support Account,    PO Box 17396,    Baltimore, MD 21297-1396
9458024        +Maryland Child Support Account,    PO Box 17396,    Baltimore, Maryland 21297-1396
9458025        +Maverick VI, LLC,    12612 Waterspout Court,    Owings Mills, Maryland 21117-1006
9458026        +Melissa Hayward,    10501 N. Central Expressway, Suite 106,    Dallas , TX 75231-2203
9458027        +Merchant Cash Cloud,    5757 NW 151st Street,    Miami Lakes, FL 33014-2482
9458028        +Merchant Cash Cloud,    5757 NW 151st Street,    Miami Lakes, Florida 33014-2482
9458029         Muzak,    Focus Four LLC,    PO Box 638793,    Cincinnati, OH 45263-8793
9458031        +NASA Federal Credit Union,    PO Box 1588,    Bowie, MD 20717-1588
9458030        +NASA Federal Credit Union,    500 Prince Georges Blvd.,    Upper Marlboro, MD 20774-8732
9458034        +NCMIC Finance Company,    14001 University Avenue,    Clive, Iowa 50325-8273
9458032        +Navin Kaisani,    10501 N. Central Expressway, Ste. 106,    Dallas, TX 75231-2203
9458033        +Navitas,    111 Executive Ctr Dr.,    Suite 102,    Columbia, SC 29210-8414
9458036        +ONEILAATS LLC,    10879 Coral Shores Dr # 210,    Jacksonville, FL 32256-2128
9458037        +ONEILAATS LLC,    10879 Coral Shores Dr # 210,    Jacksonville, Florida 32256-2128
9458040        +PEPSICO,    1100 Reynolds Blvd.,    Winston-Salem, NC 27105-3400
9458041        +Pervez Kaisani,    10501 N. Central Expressway, Ste. 106,    Dallas, TX 75231-2203
9458044        +RDS,    PO Box 830725,    Birmingham, AL 35283-0725
9458054        +RLC Funding, a division of Navitas Lease,    111 Executive Center Dr.,    Suite 102,
                 Columbia, SC 29210-8414
9458045        +Receivables Advance,    P.O. Box 15270,    Irvine, CA 92623-5270
9458046        +Regency Centers Corporation,    One Independent Drive,    Suite 114,
                 Jacksonville, FL 32202-5005
9458048        +Richard Blount Construction, LLC,    163 Haygood Ave. SE,    Atlanta, GA 30315-1928
9458051        +Richard Ruggiero,    PO Box 551267,    Jacksonville, FL 32255-1267
9458050        +Richard Ruggiero,    10501 N. Central Expressway, Ste. 106,    Dallas, TX 75231-2203
9458052        +Rivertowne Center ACQ,    8 Industrial Way,    East Eatonton, New Jersey 07724-3317
9458064        +SUSQUEHANNA SALT LAKE LLC,    136 E South Temple, Ste. 1400,    Salt Lake City, Utah 84111-1143
9458055        +Sartino, Inc.,    5285 Briarwood Circle,    Pinson, AL 35126-2986
9457847        +Secretary of the Treasury,    1500 Pennsylvania Ave., NW,    Washington, DC 20220-0001
9458056         SecureConnect/Trustwave,    75 Remittance Drive,    Dept. 1999,    Chicago, IL 60675-1999
9458057        +Sharp Realty,    Attn: Accounts Receivable,    400 Union Hill Dr.,    Birmingham, AL 35209-2064
9458058        +Silver Hill II,    Combined Properties,    1255 22nd Street, NW,
                 Washington, District of Columbia 20037-1225
9458059        +Stanley,    8350 Sunlight Drive,    Fishers, IN 46037-6700
9457839        +State Department of Revenue,    P O Box 1927,    Pelham AL 35124-5927
9458062        +Steritech,    PO Box 472127,    Charlotte, NC 28247-2127
9458063        +Steritech,    PO Box 472127,    Charlotte, North Carolina 28247-2127
9458061        +Steritech,    PO Box 471127,    Charlotte, NC 28247-1127
9458065        +The Coca-Cola Company,    One Coca-Cola Plaza,    Atlanta, GA 30313-2499
9458066        +The Hartford,    8711 University East Drive,    Charlotte, NC 28213-4233
9458067        +The Hartford,    8711 University East Drive,    Charlotte, North Carolina 28213-4233
9458068         Tyco Security,    c/o ADT Security Services, Inc.,    PO Box 371967,    Pittsburgh, PA 15250-7967
9458069        +U.S. Bank Equipment Finance,    A division of U.S. Bank N.A.,    1310 Madrid Street,
                 Marshall, MN 56258-4099
9458071         USB Equipment Finance,    220 26th Street,    Minneapolis, MN
9458072        +USRP I, LLC,    Attn: Legal Dept.,    One Independent Dr.,    Suite 114,
                 Jacksonville, Florida 32202-5005
9458070        +UniFi Equipment Finance,    3893 Research Park Drive,    Ann Arbor, MI 48108-2217
9457848        +United States Attorney,    Northern District of Alabama,    1801 Fourth Avenue North,
                 Birmingham, AL 35203-2101
```

```
9458075        ++WAND CORPORATION,   7575 CORPORATE WAY,   EDEN PRAIRIE MN 55344-2022
                 (address filed with court: Wand Corporation,   7593 Corporate Way,   Eden Prairie, MN 55344)
9458082         WSSC,   1405 Swetizer Lane,   Laurel, MD 20707
9458078        +Wazir Kaisani,   10501 N. Central Expressway, Ste. 106,   Dallas, TX 75231-2203
9458085         YES Energy Management,   PO Box 660901,   Dallas, TX 75266-0901
9458083        +Yellowstone,   30 Broad Street,   14th FL, Ste. 1462,   New York, NY 10004-2304
9458084        +Yellowstone,   30 Broad Street,   14th FL, Ste. 1462,   New York, New York 10004-2304

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: swilliams@rumberger.com Aug 17 2017 01:33:56     R. Scott Williams,
                 Rumberger, Kirk & Caldwell, P.C.,   2001 Park Place North,   Suite 1300,
                 Birmingham, AL 35203
smg            +E-mail/Text: bnc_notices_southern@alnba.uscourts.gov Aug 17 2017 01:35:24     Thomas Corbett,
                 BA Birmingham,   1800 5th Avenue North,   Birmingham, AL 35203-2111
cr             +E-mail/Text: cstewart@Burr.com Aug 17 2017 01:36:10     Checkers Drive-In Restaurants, Inc.,
                 c/o Burr & Forman LLP,   Derek Meek,   420 N 20th St, Ste 3400,   Birmingham, AL 35203-5210
ba             +E-mail/Text: bnc_notices_southern@alnba.uscourts.gov Aug 17 2017 01:35:25     J. Thomas Corbett,
                 Bankruptcy Administrator,   1800 5th Avenue North,   Birmingham, AL 35203-2111
9457929         E-mail/Text: dhrcscbu@dhr.alabama.gov Aug 17 2017 01:34:19
                 Alabama Child Support Payment Ctr,   PO Box244015,   Montgomery, AL 36124-4015
9457933        +E-mail/Text: bankruptcy@alagasco.com Aug 17 2017 01:36:41     Alabama Gas Corporation,
                 605 Richard Arrington Blvd N,   Birmingham, AL 35203-2707
9457934        +E-mail/Text: G2APCBANK@southernco.com Aug 17 2017 01:34:50     Alabama Power,   PO Box 242,
                 Birmingham, AL 35292-0001
9457943        +E-mail/Text: bnc_notices_southern@alnba.uscourts.gov Aug 17 2017 01:35:25
                 Bankruptcy Administrator,   1800 5th Avenue North,   Birmingham, AL 35203-2111
9457944        +E-mail/Text: jeanetta@bessemerutilities.com Aug 17 2017 01:35:01     Bessemer Utilities,
                 PO Box 1246,   Bessemer, AL 35021-1299
9457842         E-mail/Text: lola.small@labor.alabama.gov Aug 17 2017 01:34:53
                 Birmingham District Tax Office,   P O Box 13156,   Birmingham  AL  35202-3156
9457951         E-mail/Text: bankruptcy@brinksinc.com Aug 17 2017 01:36:15     Brinks,   PO Box 101031,
                 Atlanta, GA 30392-1031
9457952         E-mail/Text: bankruptcy@brinksinc.com Aug 17 2017 01:36:15     Brinks,   PO Box 101031,
                 Atlanta, Georgia 30392-1031
9457978        +E-mail/Text: B@directcapital.com Aug 17 2017 01:36:59     Direct Capital,   155 Commerce Way,
                 Portsmouth, NH 03801-3243
9457844         EDI: IRS.COM Aug 17 2017 01:13:00     Internal Revenue Service,   801 Tom Martin Dr,
                 Birmingham AL 35211
9458010        +E-mail/Text: bankruptcy@loanme.com Aug 17 2017 01:36:34     Loanme,
                 1900 S State College Blvd., Ste. 300,   Amaheim, CA 92806-6152
9458011        +E-mail/Text: bankruptcy@loanme.com Aug 17 2017 01:36:34     Loanme,
                 1900 S State College Blvd., Ste. 300,   Amaheim, California 92806-6152
9458038        +E-mail/Text: Bankruptcy_General@pepco.com Aug 17 2017 01:35:06     PEPCO,   PO Box 13608,
                 Philadelphia, PA 19101-3608
9458039        +E-mail/Text: Bankruptcy_General@pepco.com Aug 17 2017 01:35:06     PEPCO,   PO Box 13608,
                 Philadelphia, Pennsylvania 19101-3608
9458047        +E-mail/Text: newbk@Regions.com Aug 17 2017 01:35:56     Regions Bank,   1900 Fifth Avenue North,
                 Birmingham, AL 35203-2670
9458060         EDI: ALDEPREV.COM Aug 17 2017 01:13:00     State of Alabama,   Department of Revenue,
                 Legal Division,   PO Box 320001,   Montgomery, Alabama 36132-0001
9457841        +EDI: ALDEPREV.COM Aug 17 2017 01:13:00     State of Alabama Dept of Revenue,   P O Box 320001,
                 Montgomery  AL 36132-0001
9457846        ++E-mail/Text: atlreorg@sec.gov Aug 17 2017 01:35:08     U.S. Securities and Exchange Commission,
                 Branch of Reorganization,   950 East Paces Ferry Road Ste 900,   Atlanta, GA 30326-1382
9457850        +E-mail/Text: bnc_notices_southern@alnba.uscourts.gov Aug 17 2017 01:35:24
                 United States Bankruptcy Administrator,   Northern District of Alabama,
                 1800 Fifth Avenue North,   Birmingham, AL 35203-2111
9458074        +EDI: VERIZONCOMB.COM Aug 17 2017 01:13:00     Verizon Business,   PO Box 660720,
                 Dallas, Texas 75266-0720
9458073        +EDI: VERIZONCOMB.COM Aug 17 2017 01:13:00     Verizon Business,   PO Box 660720,
                 Dallas, TX 75266-0720
9458076        +E-mail/Text: Bankruptcy@washgas.com Aug 17 2017 01:35:47     Washington Gas,
                 6801 Industrial Road,   Sprinfield, Virginia 22151-4205
9458077        +E-mail/Text: Bankruptcy@washgas.com Aug 17 2017 01:35:46     Washington Gas,
                 6801 Industrial Road,   Sprinfield, VA 22151-4205
                                                                                             TOTAL: 27

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
9457959         Child Support DC
9457989         Haynes Family
9458001         Kelly Hall
9458009         Liz Whidden
9458018         Mark Williams
9458035         NUCO2
9458043         Pervez Kaisani
9458049         Richard Ruggiero
9458081         WHP, LLC
9458080         Wazir Kaisani
```

```
District/off: 1126-2           User: ltumlin              Page 4 of 5              Date Rcvd: Aug 16, 2017
                               Form ID: 309F              Total Noticed: 166

9457924*       +ABC Burglar Alarm Systems, Inc.,   1532 A&B Pointer Ridge Place,   Bowie, Maryland 20716-1883
9457928*       +Al Kaisani,   10501 N. Central Expressway, Ste. 106,   Dallas, TX 75231-2203
9457993*      ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court:   Internal Revenue Service,   801 Tom Martins Dr.,   Mail Stop 126,
                 Birmingham, Alabama 35211)
9457845*      ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court:   Internal Revenue Service,   P O Box 21126,   Philadelphia PA 19114)
9457849*        Internal Revenue Service,   P.O. Box 7346,   Philadelphia, PA  19101-7346
9457994*       +Internal Revenue Service,   PO Box 7346,   Philadelphia, Pennsylvania 19101-7346
9458016*       +Mark Williams,   PO Box 551267,   Jacksonville, FL 32255-1267
9458042*       +Pervez Kaisani,   10501 N. Central Expressway, Ste. 106,   Dallas, TX 75231-2203
9458053*       +Rivertowne Center ACQ,   8 Industrial Way,   East Eatonton, New Jersey 07724-3317
9458079*       +Wazir Kaisani,   10501 N. Central Expressway, Ste. 106,   Dallas, TX 75231-2203
                                                                                    TOTALS: 10, * 10, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2017                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 16, 2017 at the address(es) listed below:
              Daniel D Sparks    on behalf of Creditor    Customized Distribution, LLC ddsparks@csattorneys.com,
               dan-sparks-9722@ecf.pacerpro.com
              Derek F Meek    on behalf of Creditor    Checkers Drive-In Restaurants, Inc. dmeek@burr.com,
               mgunnells@burr.com
              Frederick Darrell Clarke, III    on behalf of Debtor    PG County Pizza, Inc. fclarke@rumberger.com,
               mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
              Frederick Darrell Clarke, III    on behalf of Debtor    PG County Partners, LLC
               fclarke@rumberger.com,
               mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
              Frederick Darrell Clarke, III    on behalf of Debtor    BamaChex, Inc. fclarke@rumberger.com,
               mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
              Frederick Darrell Clarke, III    on behalf of Debtor    Maryland LC Ventures, LLC
               fclarke@rumberger.com,
               mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
              Frederick Darrell Clarke, III    on behalf of Debtor    Alabama Partners, LLC fclarke@rumberger.com,
               mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
              Frederick Darrell Clarke, III    on behalf of Debtor    Maryland Pizza, Inc. fclarke@rumberger.com,
               mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
              James Phillip Roberts    on behalf of Creditor    Checkers Drive-In Restaurants, Inc.
               jroberts@burr.com
              R. Scott Williams    on behalf of Debtor    Maryland Pizza, Inc. swilliams@rumberger.com,
               docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumber
               ger.com
              R. Scott Williams    on behalf of Debtor    PG County Pizza, Inc. swilliams@rumberger.com,
               docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumber
               ger.com
              R. Scott Williams    on behalf of Debtor    Maryland LC Ventures, LLC swilliams@rumberger.com,
               docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumber
               ger.com
              R. Scott Williams    on behalf of Debtor    PG County Partners, LLC swilliams@rumberger.com,
               docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumber
               ger.com

```
District/off: 1126-2            User: ltumlin                  Page 5 of 5                   Date Rcvd: Aug 16, 2017
                                Form ID: 309F                  Total Noticed: 166
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          R. Scott Williams    on behalf of Debtor    Alabama Partners, LLC swilliams@rumberger.com,
           docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumberger.com
          R. Scott Williams    on behalf of Debtor    BamaChex, Inc. swilliams@rumberger.com,
           docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumberger.com
                                                                                                  TOTAL: 15

| Information to identify the case: | | |
|---|---|---|
| Debtor | **Alabama Partners, LLC**<br>Name | EIN  26–3067131 |
| UNITED STATES BANKRUPTCY COURT  NORTHERN DISTRICT OF ALABAMA, SOUTHERN DIVISION | | Date case filed for chapter  11  8/11/17 |
| Case number:  17–03469–TOM11 | | |

Official Form 309F (For Corporations or Partnerships)
# Notice of Chapter 11 Bankruptcy Case  (12/15)

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | Alabama Partners, LLC | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | PO Box 551267<br>Jacksonville, FL 32255 | |
| 4. | **Debtor's attorney**<br>Name and address | R. Scott Williams<br>Rumberger, Kirk & Caldwell, P.C.<br>2001 Park Place North<br>Suite 1300<br>Birmingham, AL 35203 | Contact phone  205–572–4926 |
| 5. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | Robert S. Vance Federal Building<br>1800 5th Avenue North<br>Birmingham, AL 35203 | Hours open: Monday – Friday<br>8:00 AM – 4:00 PM<br><br>Contact phone  205–714–4000<br><br>Date: 8/16/17 |
| 6. | **Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath.<br>Creditors may attend, but are not required to do so. | **September 14, 2017 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Robert S. Vance Federal Building,<br>1800 5th Avenue North, Birmingham,<br>AL 35203** |

**For more information, see page 2 >**

Debtor **Alabama Partners, LLC**     Case number **17–03469–TOM11**

| | | |
|---|---|---|
| 7. | **Proof of claim deadline** | **Deadline for filing proof of claim:** Not yet set. If a deadline is set, the court will send you another notice.<br><br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br><br>Your claim will be allowed in the amount scheduled unless:<br><br>• your claim is designated as *disputed*, *contingent*, or *unliquidated*;<br>• you file a proof of claim in a different amount; or<br>• you receive another notice.<br><br>If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.<br><br>Claims can be filed electronically through the court's website at: www.alnb.uscourts.gov/electronic–proof–claim.<br><br>You may review the schedules at the bankruptcy clerk's office or online at www.pacer.gov.<br><br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. |
| 8. | **Exception to discharge deadline**<br>The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | You must start a judicial proceeding by filing a complaint if you want to have a debt excepted from discharge under 11 U.S.C. § 1141(d)(6)(A).<br><br>**Deadline for filing the complaint:** |
| 9. | **Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| 10. | **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. |
| 11. | **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge under 11 U.S.C. § 1141(d)(6)(A), you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. |