```
                        United States Bankruptcy Court
                         Northern District of Alabama
```

In re:                                                               Case No. 17-03469-TOM
Alabama Partners, LLC                                                Chapter 11
        Debtor                    **CERTIFICATE OF NOTICE**

District/off: 1126-2         User: ltumlin              Page 1 of 2           Date Rcvd: Aug 16, 2017
                             Form ID: pdf000            Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 18, 2017.
db             +Alabama Partners, LLC,    PO Box 551267,    Jacksonville, FL 32255-1267
cr             +Customized Distribution, LLC,    % Daniel Sparks,    Christian & Small LLP,
                 1800 Financial Center,    505 North 20th Street,    Birmingham, AL 35203-4633

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            +E-mail/Text: bnc_notices_southern@alnba.uscourts.gov Aug 17 2017 01:35:20      Thomas Corbett,
                 BA Birmingham,   1800 5th Avenue North,    Birmingham, AL 35203-2111
cr             +E-mail/Text: cstewart@Burr.com Aug 17 2017 01:36:10       Checkers Drive-In Restaurants, Inc.,
                 c/o Burr & Forman LLP,    Derek Meek,    420 N 20th St, Ste 3400,    Birmingham, AL 35203-5210
ba             +E-mail/Text: bnc_notices_southern@alnba.uscourts.gov Aug 17 2017 01:35:20      J. Thomas Corbett,
                 Bankruptcy Administrator,    1800 5th Avenue North,    Birmingham, AL 35203-2111
                                                                                               TOTAL: 3

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2017                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 16, 2017 at the address(es) listed below:
              Daniel D Sparks    on behalf of Creditor    Customized Distribution, LLC ddsparks@csattorneys.com,
               dan-sparks-9722@ecf.pacerpro.com
              Derek F Meek    on behalf of Creditor     Checkers Drive-In Restaurants, Inc. dmeek@burr.com,
               mgunnells@burr.com
              Frederick Darrell Clarke, III    on behalf of Debtor    PG County Partners, LLC
               fclarke@rumberger.com,
               mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
              Frederick Darrell Clarke, III    on behalf of Debtor    BamaChex, Inc. fclarke@rumberger.com,
               mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
              Frederick Darrell Clarke, III    on behalf of Debtor    Maryland LC Ventures, LLC
               fclarke@rumberger.com,
               mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
              Frederick Darrell Clarke, III    on behalf of Debtor    Alabama Partners, LLC fclarke@rumberger.com,
               mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
              Frederick Darrell Clarke, III    on behalf of Debtor    Maryland Pizza, Inc. fclarke@rumberger.com,
               mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
              Frederick Darrell Clarke, III    on behalf of Debtor    PG County Pizza, Inc. fclarke@rumberger.com,
               mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
              James Phillip Roberts    on behalf of Creditor    Checkers Drive-In Restaurants, Inc.
               jroberts@burr.com
              R. Scott Williams    on behalf of Debtor    PG County Partners, LLC swilliams@rumberger.com,
               docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumber
               ger.com
              R. Scott Williams    on behalf of Debtor    Alabama Partners, LLC swilliams@rumberger.com,
               docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumber
               ger.com
              R. Scott Williams    on behalf of Debtor    BamaChex, Inc. swilliams@rumberger.com,
               docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumber
               ger.com
              R. Scott Williams    on behalf of Debtor    Maryland Pizza, Inc. swilliams@rumberger.com,
               docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumber
               ger.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        R. Scott Williams    on behalf of Debtor    PG County Pizza, Inc. swilliams@rumberger.com, docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumberger.com

        R. Scott Williams    on behalf of Debtor    Maryland LC Ventures, LLC swilliams@rumberger.com, docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumberger.com

        TOTAL: 15

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE : | ) | Chapter 11 |
| | ) | |
| ALABAMA PARTNERS, LLC, | ) | Case No. 17–03469-TOM-11 |
| Debtor. | ) | |
| | ) | |
| IN RE : | ) | Chapter 11 |
| | ) | |
| BAMACHEX, INC., | ) | Case No. 17–03471-TOM-11 |
| Debtor. | ) | |
| | ) | |
| IN RE : | ) | Chapter 11 |
| | ) | |
| MARYLAND LC VENTURES, LLC, | ) | Case No. 17–03472-TOM-11 |
| Debtor. | ) | |
| | ) | |
| IN RE : | ) | Chapter 11 |
| | ) | |
| MARYLAND PIZZA, INC., | ) | Case No. 17–03473-TOM-11 |
| Debtor. | ) | |
| | ) | |
| IN RE : | ) | Chapter 11 |
| | ) | |
| PG COUNTY PARTNERS LLC, | ) | Case No. 17–03474-TOM-11 |
| Debtor. | ) | |
| | ) | |
| IN RE : | ) | Chapter 11 |
| | ) | |
| PG COUNTY PIZZA, INC., | ) | Case No. 17–03475-TOM-11 |
| Debtor. | ) | |

**INTERIM ORDER REGARDING PENDING WAGE MOTION**

This matter came before the Court on the Motion of Debtor's Pursuant to 11 U.S.C. §§ 105(a) and 363(b) for Authorization to Pay Pre-Petition Wages, Compensation, and Employee Benefits (the "Motion"). Appearing at the hearing were R. Scott Williams and Frederick D. Clarke on behalf of the Debtors, Tom Corbett, the Bankruptcy Administrator, Derek Meek on behalf of Checkers Restaurants, Inc., Mark Duedall and Dan Sparks on behalf of Customized Distribution LLC and Melissa Hayward on behalf of the Kaisani family equity holders.

Based upon the arguments, testimony and pleadings before the Court, the Court hereby AUTHORIZES and GRANTS the Motion on an interim basis to allow the regularly scheduled payrolls through Wednesday, August 23, 2017 as noted on the record in open Court. The Court further ORDERS that this order is interim only and is reset for hearing on August 23, 2017, at 1:00 p.m.

DONE AND SO ORDERED THIS 16th DAY OF AUGUST, 2017.

/s/ Tamara O. Mitchell
United States Bankruptcy Judge

This Order prepared at the Court's request by:
R. Scott Williams
RUMBERGER, KIRK & CALDWELL, P.C.
2001 Park Place North, Suite 1300
Birmingham, AL 35203
Phone: (205) 327-5550
Facsimile: (205) 326-6786
swilliams@rumberger.com
Attorney for Debtor