United States Bankruptcy Court
Northern District of Alabama

In re:                                                                Case No. 17-03469-TOM
Alabama Partners, LLC                                                 Chapter 11
    Debtor

## CERTIFICATE OF NOTICE

District/off: 1126-2    User: ltumlin    Page 1 of 2    Date Rcvd: Aug 16, 2017
                     Form ID: pdf000    Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 18, 2017.
db         +Alabama Partners, LLC,    PO Box 551267,     Jacksonville, FL 32255-1267
cr         +Customized Distribution, LLC,    % Daniel Sparks,    Christian & Small LLP,
             1800 Financial Center,    505 North 20th Street,    Birmingham, AL 35203-4633

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg        +E-mail/Text: bnc_notices_southern@alnba.uscourts.gov Aug 17 2017 01:35:26      Thomas Corbett,
             BA Birmingham,    1800 5th Avenue North,    Birmingham, AL 35203-2111
cr         +E-mail/Text: cstewart@Burr.com Aug 17 2017 01:36:10      Checkers Drive-In Restaurants, Inc.,
             c/o Burr & Forman LLP,    Derek Meek,    420 N 20th St, Ste 3400,    Birmingham, AL 35203-5210
ba         +E-mail/Text: bnc_notices_southern@alnba.uscourts.gov Aug 17 2017 01:35:26      J. Thomas Corbett,
             Bankruptcy Administrator,    1800 5th Avenue North,    Birmingham, AL 35203-2111
                                                                                                                                                                     TOTAL: 3

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 16, 2017 at the address(es) listed below:
      Daniel D Sparks    on behalf of Creditor    Customized Distribution, LLC ddsparks@csattorneys.com,
       dan-sparks-9722@ecf.pacerpro.com
      Derek F Meek    on behalf of Creditor    Checkers Drive-In Restaurants, Inc. dmeek@burr.com,
       mgunnells@burr.com
      Frederick Darrell Clarke, III    on behalf of Debtor    PG County Partners, LLC
       fclarke@rumberger.com,
       mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
      Frederick Darrell Clarke, III    on behalf of Debtor    BamaChex, Inc. fclarke@rumberger.com,
       mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
      Frederick Darrell Clarke, III    on behalf of Debtor    Maryland LC Ventures, LLC
       fclarke@rumberger.com,
       mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
      Frederick Darrell Clarke, III    on behalf of Debtor    Alabama Partners, LLC fclarke@rumberger.com,
       mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
      Frederick Darrell Clarke, III    on behalf of Debtor    Maryland Pizza, Inc. fclarke@rumberger.com,
       mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
      Frederick Darrell Clarke, III    on behalf of Debtor    PG County Pizza, Inc. fclarke@rumberger.com,
       mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
      James Phillip Roberts    on behalf of Creditor    Checkers Drive-In Restaurants, Inc.
       jroberts@burr.com
      R. Scott Williams    on behalf of Debtor    PG County Partners, LLC swilliams@rumberger.com,
       docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumberger.com
      R. Scott Williams    on behalf of Debtor    Alabama Partners, LLC swilliams@rumberger.com,
       docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumberger.com
      R. Scott Williams    on behalf of Debtor    BamaChex, Inc. swilliams@rumberger.com,
       docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumberger.com
      R. Scott Williams    on behalf of Debtor    Maryland Pizza, Inc. swilliams@rumberger.com,
       docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumberger.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          R. Scott Williams    on behalf of Debtor    PG County Pizza, Inc. swilliams@rumberger.com, docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumberger.com

          R. Scott Williams    on behalf of Debtor    Maryland LC Ventures, LLC swilliams@rumberger.com, docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumberger.com

          TOTAL: 15

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE : | ) | Chapter 11 |
| | ) | |
| ALABAMA PARTNERS, LLC, | ) | Case No. 17–03469-TOM-11 |
| Debtor. | ) | |
| | ) | |
| IN RE : | ) | Chapter 11 |
| | ) | |
| BAMACHEX, INC., | ) | Case No. 17–03471-TOM-11 |
| Debtor. | ) | |
| | ) | |
| IN RE : | ) | Chapter 11 |
| | ) | |
| MARYLAND LC VENTURES, LLC, | ) | Case No. 17–03472-TOM-11 |
| Debtor. | ) | |
| | ) | |
| IN RE : | ) | Chapter 11 |
| | ) | |
| MARYLAND PIZZA, INC., | ) | Case No. 17–03473-TOM-11 |
| Debtor. | ) | |
| | ) | |
| IN RE : | ) | Chapter 11 |
| | ) | |
| PG COUNTY PARTNERS LLC, | ) | Case No. 17–03474-TOM-11 |
| Debtor. | ) | |
| | ) | |
| IN RE : | ) | Chapter 11 |
| | ) | |
| PG COUNTY PIZZA, INC., | ) | Case No. 17–03475-TOM-11 |
| Debtor. | ) | |

**INTERIM ORDER REGARDING CASH MANAGEMENT MOTION**

This matter came before the Court on the Motion of Debtor's Pursuant to 11 U.S.C. §§ 105(a) and 363 Authorizing Continued Use of Existing Bank Accounts and Cash Management Systems (the "Motion"). Appearing at the hearing were R. Scott Williams and Frederick D. Clarke on behalf of the Debtors, Tom Corbett, the Bankruptcy Administrator, Derek Meek on behalf of Checkers Restaurants, Inc., Mark Duedall and Dan Sparks on behalf of Customized Distribution LLC and Melissa Hayward on behalf of the Kaisani family equity holders.

Based upon the arguments, testimony and pleadings before the Court, the Court hereby GRANTS the Motion on an interim basis subject to further order and hearing that is set for August 23, 2017 at 1:00 p.m. Further, the Court ORDERS and DIRECTS the Debtors to promptly provide to the Bankruptcy Administrator the bank records of the Debtors for the six months preceding the petition date.

DONE AND SO ORDERED THIS 16th DAY OF AUGUST, 2017.

/s/ Tamara O. Mitchell
United States Bankruptcy Judge

This Order prepared at the Court's request by:
R. Scott Williams
RUMBERGER, KIRK & CALDWELL, P.C.
2001 Park Place North, Suite 1300
Birmingham, AL 35203
Phone: (205) 327-5550
Facsimile: (205) 326-6786
swilliams@rumberger.com
Attorney for Debtor