```
                          United States Bankruptcy Court
                           Northern District of Alabama
```

In re:                                                               Case No. 17-03469-TOM
Alabama Partners, LLC                                                Chapter 11
        Debtor
                            **CERTIFICATE OF NOTICE**

District/off: 1126-2            User: ltumlin              Page 1 of 2            Date Rcvd: Aug 16, 2017
                                Form ID: pdf000            Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 18, 2017.
db              +Alabama Partners, LLC,    PO Box 551267,    Jacksonville, FL 32255-1267
cr              +Customized Distribution, LLC,    % Daniel Sparks,    Christian & Small LLP,
                  1800 Financial Center,    505 North 20th Street,    Birmingham, AL 35203-4633

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             +E-mail/Text: bnc_notices_southern@alnba.uscourts.gov Aug 17 2017 01:35:19      Thomas Corbett,
                  BA Birmingham,   1800 5th Avenue North,    Birmingham, AL 35203-2111
cr              +E-mail/Text: cstewart@Burr.com Aug 17 2017 01:36:10      Checkers Drive-In Restaurants, Inc.,
                  c/o Burr & Forman LLP,    Derek Meek,    420 N 20th St, Ste 3400,    Birmingham, AL 35203-5210
ba              +E-mail/Text: bnc_notices_southern@alnba.uscourts.gov Aug 17 2017 01:35:18      J. Thomas Corbett,
                  Bankruptcy Administrator,    1800 5th Avenue North,    Birmingham, AL 35203-2111
                                                                                                TOTAL: 3

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2017                      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 16, 2017 at the address(es) listed below:
              Daniel D Sparks    on behalf of Creditor    Customized Distribution, LLC ddsparks@csattorneys.com,
               dan-sparks-9722@ecf.pacerpro.com
              Derek F Meek    on behalf of Creditor    Checkers Drive-In Restaurants, Inc. dmeek@burr.com,
               mgunnells@burr.com
              Frederick Darrell Clarke, III    on behalf of Debtor    PG County Partners, LLC
               fclarke@rumberger.com,
               mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
              Frederick Darrell Clarke, III    on behalf of Debtor    BamaChex, Inc. fclarke@rumberger.com,
               mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
              Frederick Darrell Clarke, III    on behalf of Debtor    Maryland LC Ventures, LLC
               fclarke@rumberger.com,
               mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
              Frederick Darrell Clarke, III    on behalf of Debtor    Alabama Partners, LLC fclarke@rumberger.com,
               mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
              Frederick Darrell Clarke, III    on behalf of Debtor    Maryland Pizza, Inc. fclarke@rumberger.com,
               mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
              Frederick Darrell Clarke, III    on behalf of Debtor    PG County Pizza, Inc. fclarke@rumberger.com,
               mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
              James Phillip Roberts    on behalf of Creditor    Checkers Drive-In Restaurants, Inc.
               jroberts@burr.com
              R. Scott Williams    on behalf of Debtor    PG County Partners, LLC swilliams@rumberger.com,
               docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumber
               ger.com
              R. Scott Williams    on behalf of Debtor    Alabama Partners, LLC swilliams@rumberger.com,
               docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumber
               ger.com
              R. Scott Williams    on behalf of Debtor    BamaChex, Inc. swilliams@rumberger.com,
               docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumber
               ger.com
              R. Scott Williams    on behalf of Debtor    Maryland Pizza, Inc. swilliams@rumberger.com,
               docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumber
               ger.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        R. Scott Williams    on behalf of Debtor    PG County Pizza, Inc. swilliams@rumberger.com, docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumberger.com

        R. Scott Williams    on behalf of Debtor    Maryland LC Ventures, LLC swilliams@rumberger.com, docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumberger.com

        TOTAL: 15

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA - SOUTHERN DIVISION

In the Matter of:

Alabama Partners, LLC  } **Case No: 17-03469-TOM11**
}
DEBTOR(S).  }
}
}

## ORDER AND NOTICE OF HEARING

This matter came before the Court on Wednesday, August 16, 2017 09:30 AM, for a hearing on the following:

1) RE: Doc #4; Motion for Joint Administration Filed by Debtor
2) RE: Doc #5; Motion to File Consolidated List of the Debtors' 30 Largest Unsecured Creditors and File a Consolidated List of Creditors Filed by Debtor
3) RE: Doc #9; Motion for Authorization to Pay Pre-Petition Wages, Compensation and Employee Benefits Filed by Debtor
4) RE: Doc #10; Motion for Order Authorizing Continued Use of Existing Bank Accounts and Cash Management Systems Filed by Debtor
5) RE: Doc #11; Motion to Establish Procedures for Determining Adequate Assurance of Payment for Utility Service Filed by Debtor
6) RE: Doc #12; Motion for Authority to Continue Certain Customer Practices and Benefits Filed by Debtor
7) RE: Doc #19; Debtors Motion for Interim Order and Final Order Authorizing Use of Cash Collateral

Proper notice of the hearing was given and appearances were made by the following:

Frederick Darrell Clarke III, attorney for Alabama Partners, LLC (Debtor)
J. Thomas Corbett (Bankruptcy Administrator)
R. Scott Williams, attorney for Alabama Partners, LLC (Debtor)
Melissa Hayward, attorney for the Kaisani's
Dan Sparks, attorney for Customized Distribution, LLC
Mark Duedall, attorney for Customized Distribution, LLC - by phone
Derek Meek, attorney for Checkers Drive-In Restaurants, Inc.

**It is therefore ORDERED, ADJUDGED and DECREED that:**

1) Based on arguments of counsel and the pleadings, this matter is continued to August 23, 2017 at 1:00 pm in courtroom number 3 of the Robert S. Vance Federal Building, 1800 5th Avenue North, Birmingham, Alabama.

2) Based on arguments of counsel and the pleadings, the Motion is Granted on a limited basis as noted on the record and Debtor's counsel is directed to serve the consolidated list of creditors to all interested counsel and the Bankruptcy Administrator on or before 5:00 pm today.

Further, this matter is continued to August 23, 2017 at 1:00 pm in courtroom number 3 of the Robert S. Vance Federal Building, 1800 5th Avenue North, Birmingham, Alabama.

3) Based on arguments of counsel and the pleadings, the Motion is Granted on an interim basis as noted on the record; Scott Williams to submit a separate order.

4) Based on arguments of counsel and the pleadings, the Motion is Granted on an interim basis as noted on the record; Scott Williams to submit a separate order.

Further, this matter is continued to August 23, 2017 at 1:00 pm in courtroom number 3 of the Robert S. Vance Federal Building, 1800 5th Avenue North, Birmingham, Alabama.

5) Based on arguments of counsel and the pleadings, the Motion is Granted except as noted on the record; Scott Williams to submit a separate order.

6) Based on arguments of counsel and the pleadings, the Motion is Granted on an interim basis as noted on the record.

Further, this matter is continued to August 23, 2017 at 1:00 pm in courtroom number 3 of the Robert S. Vance Federal Building, 1800 5th Avenue North, Birmingham, Alabama.

7) Based on arguments of counsel and the pleadings, the Motion is temporarily Granted on an interim basis as noted on the record; Scott Williams to submit a separate order.

Further, this matter is continued to August 23, 2017 at 1:00 pm in courtroom number 3 of the Robert S. Vance Federal Building, 1800 5th Avenue North, Birmingham, Alabama.

It is further Ordered, upon the earlier of (i) the expiration of the Temporary Operating Agreement between Checkers Drive-In Restaurants, Inc. ("Checkers") and Bamachex, Inc. and Alabama Partners, LLC (among others) dated August 11, 2017 (as may be extended from time to time in Checkers' sole and absolute discretion), or (ii) Checkers or its counsel informing the Debtors or their counsel that such agreement will not be extended beyond its then-existing terms, counsel for Checkers shall immediately provide notice by email to counsel for the following entities: Customized Distribution, LLC, the Debtor, the equity interests represented by Ms. Melissa S. Hayward, the Bankruptcy Administrator, and any entity that requests such notice by email to Derek F. Meek at dmeek@burr.com as counsel for Checkers who confirms receipt of such email back to the sender. In addition, if and when such agreement is extended, counsel for Checkers shall, as soon as practicable, provide those same parties with notice by email of such extension and any new expiration date.

Dated: 08/16/2017

/s/ TAMARA O. MITCHELL
TAMARA O. MITCHELL
United States Bankruptcy Judge