```
                           United States Bankruptcy Court
                            Northern District of Alabama
```

In re:                                                                    Case No. 17-03469-TOM
Alabama Partners, LLC                                                     Chapter 11
        Debtor
                              **CERTIFICATE OF NOTICE**

District/off: 1126-2          User: ltumlin              Page 1 of 2          Date Rcvd: Aug 17, 2017
                              Form ID: pdf000            Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 19, 2017.
db             +Alabama Partners, LLC,    PO Box 551267,    Jacksonville, FL 32255-1267
cr             +Customized Distribution, LLC,    % Daniel Sparks,    Christian & Small LLP,
                 1800 Financial Center,    505 North 20th Street,    Birmingham, AL 35203-4633

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            +E-mail/Text: bnc_notices_southern@alnba.uscourts.gov Aug 18 2017 01:32:35      Thomas Corbett,
                 BA Birmingham,    1800 5th Avenue North,    Birmingham, AL 35203-2111
cr             +E-mail/Text: cstewart@Burr.com Aug 18 2017 01:33:26     Checkers Drive-In Restaurants, Inc.,
                 c/o Burr & Forman LLP,    Derek Meek,    420 N 20th St, Ste 3400,    Birmingham, AL 35203-5210
ba             +E-mail/Text: bnc_notices_southern@alnba.uscourts.gov Aug 18 2017 01:32:35      J. Thomas Corbett,
                 Bankruptcy Administrator,    1800 5th Avenue North,    Birmingham, AL 35203-2111
                                                                                              TOTAL: 3

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 19, 2017                             Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 17, 2017 at the address(es) listed below:
              Daniel D Sparks    on behalf of Creditor    Customized Distribution, LLC ddsparks@csattorneys.com,
               dan-sparks-9722@ecf.pacerpro.com
              Derek F Meek    on behalf of Creditor     Checkers Drive-In Restaurants, Inc. dmeek@burr.com,
               mgunnells@burr.com
              Frederick Darrell Clarke, III    on behalf of Debtor    PG County Partners, LLC
               fclarke@rumberger.com,
               mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
              Frederick Darrell Clarke, III    on behalf of Debtor    BamaChex, Inc. fclarke@rumberger.com,
               mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
              Frederick Darrell Clarke, III    on behalf of Debtor    Maryland LC Ventures, LLC
               fclarke@rumberger.com,
               mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
              Frederick Darrell Clarke, III    on behalf of Debtor     Alabama Partners, LLC fclarke@rumberger.com,
               mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
              Frederick Darrell Clarke, III    on behalf of Debtor    Maryland Pizza, Inc. fclarke@rumberger.com,
               mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
              Frederick Darrell Clarke, III    on behalf of Debtor    PG County Pizza, Inc. fclarke@rumberger.com,
               mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
              James Phillip Roberts    on behalf of Creditor    Checkers Drive-In Restaurants, Inc.
               jroberts@burr.com
              R. Scott Williams    on behalf of Debtor    PG County Partners, LLC swilliams@rumberger.com,
               docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumber
               ger.com
              R. Scott Williams    on behalf of Debtor    Alabama Partners, LLC swilliams@rumberger.com,
               docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumber
               ger.com
              R. Scott Williams    on behalf of Debtor    BamaChex, Inc. swilliams@rumberger.com,
               docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumber
               ger.com
              R. Scott Williams    on behalf of Debtor    Maryland Pizza, Inc. swilliams@rumberger.com,
               docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumber
               ger.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        R. Scott Williams    on behalf of Debtor    PG County Pizza, Inc. swilliams@rumberger.com, docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumberger.com

        R. Scott Williams    on behalf of Debtor    Maryland LC Ventures, LLC swilliams@rumberger.com, docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumberger.com

        TOTAL: 15

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 Proceeding |
| | ) | |
| **Alabama Partners, LLC.,** | ) | Case No. 17-03469-TOM-11 |
| | ) | |
| Debtor(s). | ) | |

## CHAPTER 11 OPERATING ORDER

This Order affects your legal rights. You may object to it. If you choose to object, you must do so in writing within seven days of the date this Order was signed. All objections must be filed with the Bankruptcy Clerk's Office. All requirements in the Order not objected to will become effective on the eighth day following the date this Order was signed. If any such written objections are filed, the Clerk will set the hearing and send out notice.

On the effective day of this Order, the Debtor is **ORDERED** to comply with the following:

### A. MEETING WITH THE BANKRUPTCY ADMINISTRATOR

The Debtor and the Debtor's attorney shall meet with the Bankruptcy Administrator:

Date: **September 7, 2017**
Time: **10:00 am**
Location:
Office of the Bankruptcy Administrator
Northern District of Alabama, Southern Division
1800 Fifth Avenue North, Third Floor
Birmingham, Alabama 35203

### B. BOOKS AND RECORDS

New books and records must have been opened on the date the Chapter 11 petition was filed. If they were not, they must be opened upon receipt of this Order. The Debtor must then close all of its old books and records and reconcile as of the day preceding the filing of the bankruptcy.

### C. NEW BANK ACCOUNTS

Necessary new bank accounts must have been opened on the date the Chapter 11 petition was filed. If they were not, they must be opened upon receipt of this Order. The Debtor must then close all old bank accounts and reconcile as of the day preceding the filing of the bankruptcy.

When new accounts are set up:

1. The words "Chapter 11, Debtor-in-Possession - Bankruptcy Case No._____" must be written on all account signature cards; and

2. all old accounts must be balanced, reconciled, and closed.

### D. PROOF OF NEW BANK ACCOUNTS

When the Debtor opens a new account, it must file with the Bankruptcy Clerk's Office no later than the date set out in paragraph A:

1. The first check from the new account;

2. a copy of a signature card for every account in use after the date of filing the bankruptcy petition bearing the words "Chapter 11 Debtor-in-Possession - Bankruptcy Case No.\_\_\_\_," and

3. a reconciled bank statement for every account in use before the filing of the bankruptcy petition.

### E. BANK COLLATERALIZATION

The Federal Deposit Insurance Corporation (FDIC) insures its depositors (here Debtors-in-Possession) for $250,000. This maximum amount is applied to each depositor by each insured institution. It does not apply to each account. Therefore, insurance is not increased merely by dividing funds among different accounts in the same institution.

If the Debtor-in-Possession has one or more accounts in any single institution where the total amount on deposit exceeds $250,000, the Debtor-in-Possession must either open another account in a separate bank or require from the institution holding these funds a deposit of securities with the Federal Reserve Bank of Nashville, equal to the difference in the amount on deposit and $250,000. This should be done by the Debtor immediately. Form BA-40(11), attached to this Order, should be used to complete this process. After the depository completes the form, it must be filed in duplicate with the Bankruptcy Clerk's Office.

### F. BANK STATEMENTS

The Debtor-in-Possession must file with the Bankruptcy Clerk's Office a copy of all monthly bank statements. The statements must be filed along with the Chapter 11 operating reports described in Paragraph "L" on a monthly basis and must be the statements for the month covered by the monthly operating reports. If the Debtor does not receive its statements from its bank by the 15th of the month so that the Debtor is able to file them with the operating reports, the operating reports must be filed by the 15th and the bank statements must be filed by the last working day of that month.

## G. TAX AND PAYROLL ACCOUNTS

1. Within three workdays after each regular payroll period, the Debtor is required to pay to the Internal Revenue Service withheld or collected taxes in the form of a Federal Tax Deposit. <u>All</u> tax deposits must be confirmed by attaching Form 6123, Verification of Fiduciary's Federal Tax Deposit, to each monthly operating report.

2. Within three workdays after each regular quarterly period, the Debtor is required to pay to the Internal Revenue Service the federal unemployment tax in the form of a Federal Tax Deposit.

3. If the Debtor is an individual required to make quarterly tax estimate payments, those payments should be made when due as well as all other applicable taxes.

4. All other taxes should be paid when due.

## H. INSURANCE

1. The Debtor shall insure all of its properties for loss caused by fire, theft, liability, collision and casualty, and, if required, workmen's compensation.

2. By the date set out in paragraph A, the Debtor shall file with the <u>Bankruptcy Clerk's Office</u> copies of all of its insurance policies or certificates or a list of all of its insurance policies. If a list is filed, each policy should be described to include:

   a. policy number;
   b. name of the insured;
   c. a general description of the property insured;
   d. the beneficiary;
   e. name and address of the insuring agent;
   f. amount of coverage;
   g. type of insurance;
   h. date of expiration;
   I. amount of premium;
   j. insurance carrier;
   k. premium due date.

3. If a notice of cancellation or of non-renewal is given on any of the Debtor's insurance policies, or the Debtor chooses not to renew any policy, the Debtor must notify the Bankruptcy Administrator in writing no later than three days after receipt of the notice or after deciding not to renew.

## I. INVENTORY

If the Debtor has not filed a detailed list of property on Schedule B to its petition, the Debtor must file a list of all property with the <u>Bankruptcy</u> <u>Clerk's</u> <u>Office</u> no later than the date in Paragraph A.

## J. COPIES TO THE BANKRUPTCY ADMINISTRATOR

The Debtor shall provide the Bankruptcy Administrator with copies of motions to employ professionals, applications for compensation and expenses, and all plans and disclosure statements.

## K. INSPECTION OF PROPERTY AND RECORDS

The Debtor shall permit the Bankruptcy Administrator reasonable inspection of its premises, properties, and books and records.

## L. FINANCIAL REPORTS

The Debtor shall file the operating reports that are attached to this Order as well as all internally and externally generated financial statements according to this schedule:

|    | **DEBTOR** | **FILE FORMS** | **PERIOD** |
|----|------------|----------------|------------|
| 1. | Individuals not in Business | Individual BA-01<br>Individual BA-02 | Monthly<br>Monthly |
| 2. | Individuals in Business (Sole Proprietorship) | Individual BA-01<br>Individual BA-02<br>Business BA-01<br>Business BA-02 [with attachments 2(A) - 2(D)]<br>Business BA-03 [with attachment 3(A)]<br>Business BA-04 | Monthly<br>Monthly<br>Monthly<br>Monthly<br><br><br>Monthly<br><br><br>Monthly |
|    | Partnerships, Corporations and Joint Ventures | Business BA-01<br>Business BA-02 [w/attachments 2(A) - 2(D)] | Monthly<br>Monthly |

|  |  |
|---|---|
| Business BA-03 [w/attachment 3(A)] | Monthly |
| Business BA-04 | Monthly |

The Bankruptcy Administrator may adjust, as he deems necessary, the content of these forms and which forms should be filed by this debtor.

**AN ORIGINAL AND A COPY** (the copy will be forwarded by the Clerk to the Bankruptcy Administrator's Office) of the required operating reports should be filed with the **CLERK'S OFFICE (not the Bankruptcy Administrator's Office)** as set out below:

U.S. Bankruptcy Court<br>
Bankruptcy Clerk<br>
Robert S. Vance Federal Building<br>
1800 Fifth Avenue North<br>
Birmingham, Alabama 35203

### M. DEBTOR COUNSELING

The U.S. Small Business Administration sponsors or coordinates centers throughout the State of Alabama which offer free financial counseling. If the Bankruptcy Administrator determines that the Debtor qualifies for and would benefit from such counseling, he may require the Debtor to meet with a representative of one of these centers and may require the Debtor to report to the Clerk of the Court that there was a meeting.

### N. 120 DAY REPORT

On or before 120 days after the commencement of this case, the Debtor-in-Possession shall file a plan and disclosure statement. If the Debtor does not file these documents within 120 days, it shall file on or before the 120th day a report to the Court explaining why a plan and disclosure statement have not been filed and shall describe what preparations are being undertaken to file those documents and shall specify a date when the plan and disclosure statement will be filed.

### O. POST CONFIRMATION REPORTS

If a plan of reorganization is confirmed, the Debtor can discontinue filing operating reports BA 1-5 in most cases, however, the Debtor shall complete and file a post confirmation report with the Bankruptcy Clerk's Office, in duplicate, on the 15th day of every month following confirmation. That report shall be filed on Form No. BA-06 as attached to this Order.

### P. MISCELLANEOUS PROVISIONS

1. References in this Order to "Bankruptcy Administrator" include persons the Bankruptcy Administrator may designate.

2. All documents to be filed with or served on the Bankruptcy Administrator shall be delivered to the Bankruptcy Administrator divisional office where the case is pending.

3. All documents to be filed with or served on the Bankruptcy Clerk shall be delivered to the divisional office of the Clerk where the case is pending.

4. All references to gender in this Order shall be construed as neutral. If the Debtor is not an individual, a responsible party shall be designated.

5. The Debtor shall provide the Chairperson of any committee appointed by the Court in this case copies of <u>all</u> documents required to be filed with or served on the Bankruptcy Administrator or the Bankruptcy Clerk.

This Order does not relieve the Debtor of any requirements of the Bankruptcy Code or Bankruptcy Rules.

**DONE AND ORDERED** the 16th day of August, 2017.

/s/ Tamara O. Mitchell_____
United States Bankruptcy Judge