UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| In re: | ) |
| | ) |
| ALABAMA PARTNERS, LLC, | ) Case No. 17-03469-TOM-11 |
| | ) |
| Debtor. | ) |

### NOTICE OF APPEARANCE OF COUNSEL

COMES NOW, attorney Jeffery J. Hartley and the law firm of Helmsing, Leach, Herlong, Newman and Rouse, and enters an appearance as counsel of record for R & F Birmingham, LLC, an interested party in the referenced bankruptcy proceeding. Pursuant to the Bankruptcy Code and Bankruptcy Rules 2002 and 9007 (the "Rules"), we request that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon the undersigned electronically or at the office address and telephone number set forth below.

Pursuant to the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, orders and notices of any applications, motions, petitions, pleadings, complaints, or demands transmitted or conveyed by mail, delivery, telephone, telegraph, telex, e-mail or otherwise, which affect the debtor or property of the debtor. This notice does not, however, mean that the undersigned acquiesces to or necessarily has the right to accept formal service of any pleading for his client.

Respectfully submitted this 21st day of August, 2017.

/s/Jeffery J. Hartley
JEFFERY J. HARTLEY (HARTJ4885)
Attorney for R & F Birmingham, LLC

Of counsel:
Helmsing, Leach, Herlong, Newman & Rouse, P.C.
Post Office Box 2767
Mobile, AL 36652
(251) 432-5521
(251) 432-0633 Fax

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of August, 2017, the foregoing was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties to this proceeding or serve a copy by U.S. Mail.

/s/Jeffery J. Hartley
Jeffrey J. Hartley

1