# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| ALABAMA PARTNERS, LLC, | ) | Case No. 17-03469-11-TOM |
| Debtor. | ) | |
| | ) | |
| IN RE: | ) | Chapter 11 |
| | ) | |
| BAMACHEX, INC., | ) | Case No. 17-03471-11-TOM |
| Debtor. | ) | |
| | ) | |
| IN RE: | ) | Chapter 11 |
| | ) | |
| MARYLAND LC VENTURES, LLC, | ) | Case No. 17-03472-11-TOM |
| Debtor. | ) | |
| | ) | |
| IN RE: | ) | Chapter 11 |
| | ) | |
| MARYLAND PIZZA, INC., | ) | Case No. 17-03473-11-TOM |
| Debtor. | ) | |
| | ) | |
| IN RE: | ) | Chapter 11 |
| | ) | |
| PG COUNTY PARTNERS LLC, | ) | Case No. 17-03474-11-TOM |
| Debtor. | ) | |
| | ) | |
| IN RE: | ) | Chapter 11 |
| | ) | |
| PG COUNTY PIZZA, INC., | ) | Case No. 17-03475-11-TOM |
| Debtor. | ) | |

## MOTION FOR ADMISSION TO APPEAR PRO HAC VICE

I, Phillip W. Bohl, an active member in good standing of the bar of Minnesota, hereby applies for admission to practice in the Northern District of Alabama on a pro hac vice basis representing Little Caesar Enterprises, Inc. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in the Local Rules of the Northern District of Alabama, and agree to become familiar with such Local Rules.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 17, 2017  **GRAY, PLANT, MOOTY, MOOTY AND BENNETT, P.A.**

/s/ Phillip Bohl
Phillip W. Bohl (#0139191)
500 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
Telephone: (612) 632-3019
Facsimile: (612) 632-4019
phillip.bohl@gpmlaw.com