IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| ALABAMA PARTNERS, LLC, | ) | Case No. 17-03469-11-TOM |
|         Debtor. | ) | |
| | ) | |
| IN RE: | ) | Chapter 11 |
| | ) | |
| BAMACHEX, INC., | ) | Case No. 17-03471-11-TOM |
|         Debtor. | ) | |
| | ) | |
| IN RE: | ) | Chapter 11 |
| | ) | |
| MARYLAND LC VENTURES, LLC, | ) | Case No. 17-03472-11-TOM |
|         Debtor. | ) | |
| | ) | |
| IN RE: | ) | Chapter 11 |
| | ) | |
| MARYLAND PIZZA, INC., | ) | Case No. 17-03473-11-TOM |
|         Debtor. | ) | |
| | ) | |
| IN RE: | ) | Chapter 11 |
| | ) | |
| PG COUNTY PARTNERS LLC, | ) | Case No. 17-03474-11-TOM |
|         Debtor. | ) | |
| | ) | |
| IN RE: | ) | Chapter 11 |
| | ) | |
| PG COUNTY PIZZA, INC., | ) | Case No. 17-03475-11-TOM |
|         Debtor. | ) | |

**MOTION FOR ADMISSION TO APPEAR PRO HAC VICE**

I, Abigail M. McGibbon, an active member in good standing of the bar of Minnesota, hereby applies for admission to practice in the Northern District of Alabama on a pro hac vice basis representing Little Caesar Enterprises, Inc. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in the Local Rules of the Northern District of Alabama, and agree to become familiar with such Local Rules.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 17, 2017

**GRAY, PLANT, MOOTY,
  MOOTY AND BENNETT, P.A.**

/s/ Abigail M. McGibbon
Abigail M. McGibbon (#0393263)
500 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
Telephone: (612) 632-3009
Facsimile: (612) 632-4009
abigail.mcgibbon@gpmlaw.com