**Van–021** [Notice] (Rev. 08/04)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| **In re:** | **Case No.** 17–03469–TOM11 |
| Alabama Partners, LLC | **Chapter** 11 |
| **EIN:** 26–3067131 | |
| **Debtor(s)** | |

## NOTICE

Notice of Deficient Filing or Incorrect Event: PROBLEM: The filer, R. Scott Williams, Attorney for Debtor, has not served all creditors when filing the Applications. SOLUTION: The filer, R. Scott Williams, Attorney for Debtor, should docket a corrective entry, serve the applications on the creditor matrix and file a certificate of service with the court. If the filer does not complete the SOLUTION within two business days of this Notice, the Court may deny the requested relief, or the Clerk's Office may take no further action. (RE: related document(s)37 Application to Employ filed by Debtor Alabama Partners, LLC, 38 Application to Employ filed by Debtor Alabama Partners, LLC). (klt)

Dated: August 21, 2017

By:

Joseph E. Bulgarella, Clerk
United States Bankruptcy Court

klt