# Notice Recipients

District/Off: 1126−2     User: ltumlin     Date Created: 8/21/2017
Case: 17−03469−TOM11     Form ID: van021     Total: 1

**Recipients of Notice of Electronic Filing:**
aty     R. Scott Williams     swilliams@rumberger.com

TOTAL: 1