IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE : | ) | Chapter 11 |
| | ) | |
| ALABAMA PARTNERS, LLC, | ) | Case No. 17–03469-TOM |
|         Debtor. | ) | |
| | ) | |
| IN RE : | ) | Chapter 11 |
| | ) | |
| BAMACHEX, INC., | ) | Case No. 17–03471-TOM |
|         Debtor. | ) | |
| | ) | |
| IN RE : | ) | Chapter 11 |
| | ) | |
| MARYLAND LC VENTURES, LLC, | ) | Case No. 17–03472-TOM |
|         Debtor. | ) | |
| | ) | |
| IN RE : | ) | Chapter 11 |
| | ) | |
| MARYLAND PIZZA, INC., | ) | Case No. 17–03473-TOM |
|         Debtor. | ) | |
| | ) | |
| IN RE : | ) | Chapter 11 |
| | ) | |
| PG COUNTY PARTNERS LLC, | ) | Case No. 17–03474-TOM |
|         Debtor. | ) | |
| | ) | |
| IN RE : | ) | Chapter 11 |
| | ) | |
| PG COUNTY PIZZA, INC., | ) | Case No. 17–03475-TOM |
|         Debtor. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of August, 2017, the following documents were served by depositing same in the United States Mail, first class, postage prepaid on the parties shown on the Matrix maintained by the Clerk of the Court, a copy of which is attached hereto:

Application for Approval of Employment of Professional Person Nunc Pro Tunc to August 11, 2017 (Doc. No. 37)

Application for Approval of Employment of Professional Person Nunc Pro Tunc to August 11, 2017 (Doc. No. 38)

Dated this 21st day of August, 2017.

        Respectfully submitted,

        /s/ *R. Scott Williams*
        R. Scott Williams
        Robert H. Adams
        Frederick D. Clarke

        Proposed Attorneys for Debtors
        ALABAMA PARTNERS, LLC
        BAMACHEX, INC.
        MARYLAND LC VENTURES, LLC
        MARYLAND PIZZA, INC.
        PG COUNTY PARTNERS LLC
        PG COUNTY PIZZA, INC.

**Of Counsel:**
**RUMBERGER, KIRK & CALDWELL, P.C.**
Renasant Place
Suite 1300
2001 Park Place North
Birmingham, AL 35203
Phone: (205) 327-5550
Facsimile: (205) 326-6786
swilliams@rumberger.com
fclarke@rumberger.com

Label Matrix for local noticing
1126-2
Case 17-03469-TOM11
NORTHERN DISTRICT OF ALABAMA
Birmingham
Mon Aug 21 11:47:08 CDT 2017

Advanced Restaurant Sales
111 Village Parkway Bldg #2
Marietta, GA 30067-4013

Alabama Partners, LLC
PO Box 551267
Jacksonville, FL 32255-1267

Checkers Drive-In Restaurants, Inc.
c/o Burr & Forman LLP
Derek Meek
420 N 20th St, Ste 3400
Birmingham, AL 35203-5210

Customized Distribution, LLC
% Daniel Sparks
Christian & Small LLP
1800 Financial Center
505 North 20th Street
Birmingham, AL 35203-4633

U. S. Bankruptcy Court
Robert S. Vance Federal Building
1800 5th Avenue North
Birmingham, AL 35203-2111

ABC Burglar Alarm Systems, Inc.
1532 A&B Pointer Ridge Place
Bowie, MD 20716-1883

ABC Burglar Alarm Systems, Inc.
1532 A&B Pointer Ridge Place
Bowie, Maryland 20716-1883

ANX Business Corp
Dept. 77399
PO Box 77000
Detroit, MI 48277-0399

ANX Business Corp
Dept. 77399
PO Box 77000
Detroit, Michigan 48277-0399

Affordable Refuse & Recycling, Inc.
PO Box 400
Cheltenham, MD 20623-0400

Affordable Refuse & Recycling, Inc.
PO Box 400
Cheltenham, Maryland 20623-0400

Al Kaisani
10501 N. Central Expressway, Ste. 106
Dallas, TX 75231-2203

Alabama Child Support Payment Ctr
PO Box244015
Montgomery, AL 36124-4015

Alabama Department of Labor
631 Beacon Pkwy West, Ste. 203
Birmingham, AL 35209-3131

Alabama Department of Revenue
PO Box 327464
Montgomery, 36132-7464

Alabama Deptartment of Labor
649 Monroe Street
Montgomery, Alabama 36131-0099

Alabama Gas Corporation
605 Richard Arrington Blvd N
Birmingham, AL 35203-2707

Alabama Power
PO Box 242
Birmingham, AL 35292-0001

Allied Waste/Republic Services
3950 59th Street SW
Birmingham, AL 35221

Anniston Water Works
931 Noble Street
Anniston, AL 36201-5666

BRESCO
Birmingham Restaurant Supply
2428 Sixth Avenue S
Birmingham, AL 35233-3316

Bae's Woodberry, LLC
Attn: Ellen Kim
12104 Old Pine Way
Oak Hill, Virginia 20171-1630

Balboa Capital
2010 Main Street
11th Floor
Irvine, CA 92614-8250

Bank of the Ozarks
17901 Chenal Parkway
3rd Floor
Little Rock, AR 72223-5831

Bank of the Ozarks
PO Box 242208
Little Rock, AR 72223-0022

Bankruptcy Administrator
1800 5th Avenue North
Birmingham, AL 35203-2111

Bessemer Utilities
PO Box 1246
Bessemer, AL 35021-1299

Betty Leeth Haynes
PO Box 279
Cullman, AL 35056-0279

Birmingham District Tax Office
P O Box 13156
Birmingham AL 35202-3156

| | | |
|---|---|---|
| Birmingham Water Works Board<br>PO Box 830269<br>Birmingham, AL 35283-0269 | Blue Cross and Blue Shield of Alabama<br>450 Riverchase Pkwy E<br>Birmingham, AL 35244-2858 | Blue Line<br>2211 Woodward Ave.<br>Detroit, MI 48201-3467 |
| Blue Line<br>2211 Woodward Ave.<br>Detroit, Michigan 48201-3467 | Brinks<br>PO Box 101031<br>Atlanta, GA 30392-1031 | Brinks<br>PO Box 101031<br>Atlanta, Georgia 30392-1031 |
| Burns Septic<br>5291 Enterprise Street<br>Sykesville, MD 21784-9352 | CAN Capital/Channel Partners Capital<br>11100 Wayzata Blvd., Ste. 305<br>Minnetonika, MN 55305-5537 | CDI<br>5151 Brook Hollow Pkwy<br>Norcross, GA 30071-4912 |
| CHTD Company<br>P.O. Box 2576<br>Springfield, IL 62708-2576 | CHeckers Corporate<br>4300 West Cypress St. Suite 600<br>Tampa, FL 33607-4157 | Calhoun County Sales Tax<br>Calhoun County Revenue Commissioner<br>1702 Noble St., Ste. 104<br>Anniston, AL 36201-3827 |
| Checkers Corp.<br>4300 West Cypress St. Suite 600<br>Tampa, FL 33607-4157 | City of Anniston<br>P.O. Box 2168<br>Anniston, AL 36202-2168 | City of Bessemer<br>Revenue Department<br>1806 Third Avenue North<br>Bessemer, AL 35020-4906 |
| City of Birmingham<br>710 North 20th Street<br>Room 600 City Hall<br>Birmingham, AL 35203-2281 | City of Cullman<br>PO 278<br>Cullman, AL 35056-0278 | City of Gadsden<br>c/o RDS<br>PO Box 830725<br>Birmingham, AL 35283-0725 |
| City of Jasper<br>c/o RDS<br>PO Box 830725<br>Birmingham, AL 35283-0725 | City of Midfield<br>c/o RDS<br>PO Box 830725<br>Birmingham, AL 35283-0725 | Coca Cola USA<br>PO Box 102499<br>Atlanta, GA 30368-2499 |
| Comptroller of Maryland<br>110 Carroll Street<br>Annapolis, MD 21411-0001 | Comptroller of Maryland<br>110 Carroll Street<br>Annapolis, Maryland 21411-0001 | Corporation Service Company as Represent<br>PO Box 2576<br>Springfield, IL 62708-2576 |
| Cullman County & City<br>PO Box 278<br>Cullman, AL 35056-0278 | Cullman Power Board<br>106 Second Avenue NE<br>Cullman, AL 35055-2904 | Cyprus Air<br>7525 Richmond Hwy<br>Alexandria, VA 22306-2330 |
| DC Government<br>1101 4th Street SW<br>Suite W210<br>Washington, DC 20024-4457 | DC Government<br>1101 4th Street SW<br>Suite W210<br>Washington, District of Columbia 20024-4457 | DDRM Largo Town Center, LLC<br>DDR Corp.<br>3300 Enterprise Parkway<br>Beachwood, Ohio 44122-7200 |

| | | |
|---|---|---|
| Department of Revenue<br>Jefferson County Courthouse<br>Birmingham AL 35263 | Direct Capital<br>155 Commerce Way<br>Portsmouth, NH 03801-3243 | ERDA LLC<br>c/o Mr. Daniel Feld, Manager<br>12600 Cumpston Street<br>Valley Village, CA 91607-1912 |
| ERDA LLC<br>c/o Mr. Daniel Feld, Manager<br>12600 Cumpston Street<br>Valley Village, California 91607-1912 | Elizabeth Jelks<br>8512 English Oak Loop<br>Montgomery, AL 36117-6822 | Elizabeth Jelks<br>8512 English Oak Loop<br>Montgomery, Alabama 36117-6822 |
| Etowah County<br>c/o RDS<br>PO Box 830725<br>Birmingham, AL 35283-0725 | Firemaster<br>Dept 1019<br>PO Box 121019<br>Dallas, TX 75312-1019 | First Insurance Funding<br>450 Skokie Blvd., Ste. 1000<br>Northbrook, IL 60062-7917 |
| Flowers Baking Company of Birmingham<br>900 16th Street N<br>Birmingham, AL 35203-1017 | Fred Garfield<br>Spain Gillon<br>2117 Second Avenue N<br>Birmingham, AL 35203-3753 | General Counsel<br>State Department of<br>Industrial Relations<br>Montgomery AL 36102 |
| Good Hope Investments, LLC<br>9109 Lucky Estates Dr.<br>Vienna, Virginia 22182-1746 | HJK LLC<br>PO Box 175<br>Lincoln, AL 35096-0175 | HJK LLC<br>PO Box 175<br>Lincoln, Alabama 35096-0175 |
| HRS<br>PO Box 1624<br>Huntsville, AL 35807-0624 | IRH Capital<br>707 Skokie Blvd., Ste. 540<br>Northbrook, IL 60062-2895 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, Pennsylvania 19101-7346 | Iqbal Kaisani<br>10501 N. Central Expressway, Ste. 106<br>Dallas, TX 75231-2203 |
| J T Smallwood - Tax Collector<br>Room 160<br>716 Richard Arrington Blvd. N.<br>Birmingham, AL 35203-0112 | Jefferson County EDU Sales Tax<br>716 Richard Arrington Jr. Blvd. N.<br>Birmingham, AL 35203-0100 | Jefferson County Sales Tax<br>716 Richard Arrington Jr. Blvd. N.<br>Birmingham, AL 35203-0100 |
| Johnson Service Company<br>2812 Ruffner Rd<br>Birmingham, AL 35210-3916 | Kelly Pruitt<br>1463 Secretariat Dr.<br>Helena, AL 35080-4138 | Libert Mutual/Cobbs Allen Hall<br>115 Office Park Dr., Ste. 200<br>Mountain Brook, AL 35223-2423 |
| Libert Mutual/Cobbs Allen Hall<br>115 Office Park Dr., Ste. 200<br>Mountain Brook, Alabama 35223-2423 | Little Caesars Caesar Fund Inc.<br>2211 Woodward Ave.<br>Detroit, MI 48201-3467 | Little Caesars Caesar Fund Inc.<br>2211 Woodward Ave.<br>Detroit, Michigan 48201-3467 |

Little Caesars Corporate
2211 Woodward Ave.
Detroit, MI 48201-3467

Little Caesars Corporate
2211 Woodward Ave.
Detroit, Michigan 48201-3467

Loanme
1900 S State College Blvd., Ste. 300
Amaheim, CA 92806-6152

Loanme
1900 S State College Blvd., Ste. 300
Amaheim, California 92806-6152

Lucinda Leeth
3805 Cromwell Drive
Birmingham, AL 35243-5512

MACRO LEASE
185 Express Street, Ste. 100
Plainview, NY 11803-2406

Macrolease Corporation
185 Express St.
Suite 100
Plainview, NY 11803-2406

Mark Williams
10501 N. Central Expressway, Ste. 106
Dallas, TX 75231-2203

Mark Williams
PO Box 551267
Jacksonville, FL 32255-1267

Marlin Business Bank
2795 E Cottonwood Pkwy, Ste. 120
Salt Lake City, UT 84121-7092

Marlow Heights Shopping Center, LP
c/o Gelman Management Co.
2120 L Street NW
Suite 800
Washington, District of Columbia 20037-1549

Martha Sams
1541 Prairie Lane
Montgomery, AL 36117-3414

Martha Sams
1541 Prairie Lane
Montgomery, Alabama 36117-3414

Maryland Child Support Account
PO Box 17396
Baltimore, MD 21297-1396

Maryland Child Support Account
PO Box 17396
Baltimore, Maryland 21297-1396

Maverick VI, LLC
12612 Waterspout Court
Owings Mills, Maryland 21117-1006

Melissa Hayward
10501 N. Central Expressway, Suite 106
Dallas , TX 75231-2203

Merchant Cash Cloud
5757 NW 151st Street
Miami Lakes, FL 33014-2482

Merchant Cash Cloud
5757 NW 151st Street
Miami Lakes, Florida 33014-2482

Muzak
Focus Four LLC
PO Box 638793
Cincinnati, OH 45263-8793

NASA Federal Credit Union
500 Prince Georges Blvd.
Upper Marlboro, MD 20774-8732

NASA Federal Credit Union
PO Box 1588
Bowie, MD 20717-1588

NCMIC Finance Company
14001 University Avenue
Clive, Iowa 50325-8273

Navin Kaisani
10501 N. Central Expressway, Ste. 106
Dallas, TX 75231-2203

Navitas
111 Executive Ctr Dr.
Suite 102
Columbia, SC 29210-8414

ONEILAATS LLC
10879 Coral Shores Dr # 210
Jacksonville, FL 32256-2128

ONEILAATS LLC
10879 Coral Shores Dr # 210
Jacksonville, Florida 32256-2128

PEPCO
PO Box 13608
Philadelphia, PA 19101-3608

PEPCO
PO Box 13608
Philadelphia, Pennsylvania 19101-3608

PEPSICO
1100 Reynolds Blvd.
Winston-Salem, NC 27105-3400

| | | |
|---|---|---|
| Pervez Kaisani<br>10501 N. Central Expressway, Ste. 106<br>Dallas, TX 75231-2203 | RDS<br>PO Box 830725<br>Birmingham, AL 35283-0725 | RLC Funding, a division of Navitas Lease<br>111 Executive Center Dr.<br>Suite 102<br>Columbia, SC 29210-8414 |
| Receivables Advance<br>P.O. Box 15270<br>Irvine, CA 92623-5270 | Regency Centers Corporation<br>One Independent Drive<br>Suite 114<br>Jacksonville, FL 32202-5005 | Regions Bank<br>1900 Fifth Avenue North<br>Birmingham, AL 35203-2670 |
| Richard Blount Construction, LLC<br>163 Haygood Ave. SE<br>Atlanta, GA 30315-1928 | Richard Ruggiero<br>10501 N. Central Expressway, Ste. 106<br>Dallas, TX 75231-2203 | Richard Ruggiero<br>PO Box 551267<br>Jacksonville, FL 32255-1267 |
| Rivertowne Center ACQ<br>8 Industrial Way<br>East Eatonton, New Jersey 07724-3317 | SUSQUEHANNA SALT LAKE LLC<br>136 E South Temple, Ste. 1400<br>Salt Lake City, Utah 84111-1143 | Sartino, Inc.<br>5285 Briarwood Circle<br>Pinson, AL 35126-2986 |
| Secretary of the Treasury<br>1500 Pennsylvania Ave., NW<br>Washington, DC 20220-0001 | SecureConnect/Trustwave<br>75 Remittance Drive<br>Dept. 1999<br>Chicago, IL 60675-1999 | Sharp Realty<br>Attn: Accounts Receivable<br>400 Union Hill Dr.<br>Birmingham, AL 35209-2064 |
| Silver Hill II<br>Combined Properties<br>1255 22nd Street, NW<br>Washington, District of Columbia 20037-1225 | Stanley<br>8350 Sunlight Drive<br>Fishers, IN 46037-6700 | State Department of Revenue<br>P O Box 1927<br>Pelham AL 35124-5927 |
| State of Alabama<br>Department of Revenue<br>Legal Division<br>PO Box 320001<br>Montgomery, Alabama 36132-0001 | State of Alabama Dept of Revenue<br>P O Box 320001<br>Montgomery AL 36132-0001 | Steritech<br>PO Box 471127<br>Charlotte, NC 28247-1127 |
| Steritech<br>PO Box 472127<br>Charlotte, NC 28247-2127 | Steritech<br>PO Box 472127<br>Charlotte, North Carolina 28247-2127 | The Coca-Cola Company<br>One Coca-Cola Plaza<br>Atlanta, GA 30313-2499 |
| The Hartford<br>8711 University East Drive<br>Charlotte, NC 28213-4233 | The Hartford<br>8711 University East Drive<br>Charlotte, North Carolina 28213-4233 | Tyco Security<br>c/o ADT Security Services, Inc.<br>PO Box 371967<br>Pittsburgh, PA 15250-7967 |
| U.S. Bank Equipment Finance<br>A division of U.S. Bank N.A.<br>1310 Madrid Street<br>Marshall, MN 56258-4099 | U.S. Securities and Exchange Commission<br>Branch of Reorganization<br>950 East Paces Ferry Road Ste 900<br>Atlanta, GA 30326-1382 | USB Equipment Finance<br>220 26th Street<br>Minneapolis, MN |

```
USRP I, LLC                         UniFi Equipment Finance              United States Attorney
Attn: Legal Dept.                   3893 Research Park Drive             Northern District of Alabama
One Independent Dr.                 Ann Arbor, MI 48108-2217             1801 Fourth Avenue North
Suite 114                                                                Birmingham, AL 35203-2101
Jacksonville, Florida 32202-5005


United States Bankruptcy Administrator   Verizon Business                Verizon Business
Northern District of Alabama             PO Box 660720                   PO Box 660720
1800 Fifth Avenue North                  Dallas, TX 75266-0720           Dallas, Texas 75266-0720
Birmingham, AL 35203-2111



WSSC                                (p)WAND CORPORATION                  Washington Gas
1405 Swetizer Lane                  7575 CORPORATE WAY                   6801 Industrial Road
Laurel, MD 20707                    EDEN PRAIRIE MN 55344-2022           Sprinfield, VA 22151-4205




Washington Gas                      Wazir Kaisani                        YES Energy Management
6801 Industrial Road                10501 N. Central Expressway, Ste. 106  PO Box 660901
Sprinfield, Virginia 22151-4205     Dallas, TX 75231-2203                Dallas, TX 75266-0901




Yellowstone                         Yellowstone                          Frederick Darrell Clarke III
30 Broad Street                     30 Broad Street                      Rumberger, Kirk & Caldwell
14th FL, Ste. 1462                  14th FL, Ste. 1462                   2001 Park Place North
New York, NY 10004-2304             New York, New York 10004-2304        Suite 1300
                                                                         Birmingham, AL 35203-2735


J. Thomas Corbett                   R. Scott Williams                    Robert H Adams
Bankruptcy Administrator            Rumberger, Kirk & Caldwell, P.C.     Rumberger, Kirk & Caldwell, P.C.
1800 5th Avenue North               2001 Park Place North                2001 Park Place North
Birmingham, AL 35203-2111           Suite 1300                           Suite 1300
                                    Birmingham, AL 35203-2700            Birmingham, AL 35203-2735
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Internal Revenue Service            (d)Internal Revenue Service          (d)Internal Revenue Service
801 Tom Martin Dr                   801 Tom Martins Dr.                  P O Box 21126
Birmingham AL 35211                 Mail Stop 126                        Philadelphia PA 19114
                                    Birmingham, Alabama 35211



Wand Corporation
7593 Corporate Way
Eden Prairie, MN 55344
```



The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Little Caesar Enterprises, Inc. | (u)R&F Birmingham, LLC | (u)Child Support DC |
| (u)Haynes Family | (u)Kelly Hall | (u)Liz Whidden |
| (u)Mark Williams | (u)NUCO2 | (u)Pervez Kaisani |
| (u)Richard Ruggiero | (u)WHP, LLC | (u)Wazir Kaisani |

End of Label Matrix
Mailable recipients   167
Bypassed recipients    12
Total                 179