**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ALABAMA, SOUTHERN DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **ALABAMA PARTNERS, LLC** | ) | **Case No. 17-03469-TOM-11** |
| | ) | |
| **Debtor** | ) | **Chapter 11** |

## ORDER ADMITTING ATTORNEY *PRO HAC VICE*

This matter is before the Court on the Motion for Admission Pro Hac Vice for Mark I. Duedall [Docket No. 39]. The required fee having been paid,

IT IS ORDERED that the Motion is GRANTED, and Mark I. Duedall is admitted to practice before this Court in the above matter.

Dated: August 21, 2017

/s/ **Tamara O. Mitchell**
TAMARA O. MITCHELL
United States Bankruptcy Judge

This Order prepared by
Daniel D. Sparks
Christian & Small LLP
1800 Financial Center
505 North 20th Street
Birmingham, AL 35203
(205) 795-6588