IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| ALABAMA PARTNERS, LLC | ) | Case No. 17-03469-TOM-11 |
| | ) | |
| Debtor | ) | Chapter 11 |

### ORDER ADMITTING ATTORNEY *PRO HAC VICE*

This matter is before the Court on the Motion for Admission Pro Hac Vice for Leah Fiorenza McNeill [Docket No. 40]. The required fee having been paid,

IT IS ORDERED that the Motion is GRANTED, and Leah Fiorenza McNeill is admitted to practice before this Court in the above matter.

Dated: August 21, 2017

/s/ Tamara O. Mitchell
TAMARA O. MITCHELL
United States Bankruptcy Judge

This Order prepared by
Daniel D. Sparks
Christian & Small LLP
1800 Financial Center
505 North 20th Street
Birmingham, AL 35203
(205) 795-6588