IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| ALABAMA PARTNERS, LLC, ) | Case No. 17-03469-11-TOM |
| ) | Chapter 11 |
| Debtor. ) | |
| ) | |
| IN RE: ) | |
| ) | |
| BAMACHEX, INC. ) | Case No. 17-03471-11-TOM |
| ) | Chapter 11 |
| Debtor. ) | |
| ) | |
| IN RE: ) | |
| ) | |
| MARYLAND LC VENTURES, LLC, ) | Case No. 17-03472-11-TOM |
| ) | Chapter 11 |
| Debtor. ) | |
| ) | |
| IN RE: ) | |
| ) | |
| MARYLAND PIZZA, INC., ) | Case No. 17-03473-11-TOM |
| ) | Chapter 11 |
| Debtor. ) | |
| ) | |
| IN RE: ) | |
| ) | |
| PG COUNTY PARTNERS, LLC, ) | Case No. 17-03474-11-TOM |
| ) | Chapter 11 |
| Debtor. ) | |
| ) | |
| IN RE: ) | |
| ) | |
| PG COUNTY PIZZA, INC., ) | Case No. 17-03475-11-TOM |
| ) | Chapter 11 |
| Debtor. ) | |

**MOTION OF JULIAN VASEK FOR ADMISSION PRO HAC VICE**

TO THE HONORABLE TAMARA O. MITCHELL
UNITED STATES BANKRUPTCY JUDGE:

Julian Vasek of the firm of Hayward & Associates PLLC, pursuant to Local Rule 2090-1 for the Northern District of Alabama, moves for special admission to appear in this bankruptcy case as counsel for Iqbar Kaisani, Wazir Kaisani, and Pervez Kaisani and applies for admission pro hac vice as requested on the attached Application for Admission Pro Hac Vice. By the filing of this Motion, I understand that I must register to file electronically with the Court and that all subsequent pleadings must be filed electronically with the Court.

WHEREFORE, Movant respectfully requests entry of the proposed order authorizing special admission to practice in this Adversary Proceeding.

Date: August 22, 2017

> Respectfully submitted,
>
> **HAYWARD & ASSOCIATES PLLC**
>
> By: _/s/ Julian Vasek_
> Julian P. Vasek
> Texas Bar No. 24070790
> JVasek@HaywardFirm.com
>
> 10501 N. Central Expy., Suite 106
> Dallas, Texas 75231
> 972.755.7100 (phone)
> 972.755.7110 (facsimile)
>
> **COUNSEL FOR IQBAR KAISANI, WAZIR KAISANI, AND PERVEZ KAISANI**

## APPLICATION FOR ADMISSION PRO HAC VICE

I hereby request admission to the Bar of this Court PRO HAC VICE in support of which I represent that the answers to the following questions are complete, true and correct:

1. Full name: <u>Julian Vasek</u>

2. State bar membership: <u>Texas</u>

3. Business address, telephone and fax numbers: <u>10501 N. Central Expressway, Suite 106 Dallas, Texas 75231. Telephone (972) 755-7100, facsimile (972) 755-7110</u>

4. List all state and federal courts or bar associations in which you are a member "in good standing" to practice law:

<u>United States District Court for the Northern District of Texas, admitted on April 19, 2010</u>
<u>United States District Court for the Eastern District of Texas, admitted on April 5, 2011</u>
<u>United States District Court for the Southern District of Texas, admitted on March 14, 2014</u>
<u>United States District Court for the Western District of Texas, admitted on May 12, 2014</u>
<u>United States Court of Appeals for the Fifth Circuit, admitted on September 16, 2013</u>

5. Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body?

NO

6. Have any proceedings which could lead to any such disciplinary action been instituted against you in any such bodies?

NO

7. Are you familiar with the Federal Rules of Evidence, the Federal Rules of Civil procedure and the Federal Rules of Bankruptcy Procedure (as applicable to this case) and the local rules of this court?

YES

DATED this 22nd day of August, 2017.

/s/ Julian Vasek
Signature of Applicant

**MOTION OF JULIAN VASEK FOR ADMISSION PRO HAC VICE**　　　　　*Page 3 of 3*

Case 17-03469-TOM7   Doc 59   Filed 08/23/17   Entered 08/23/17 10:16:46   Desc Main Document   Page 3 of 3