IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| ALABAMA PARTNERS, LLC, | ) | Case No. 17-03469-11-TOM |
| | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | |
| IN RE: | ) | |
| | ) | |
| BAMACHEX, INC. | ) | Case No. 17-03471-11-TOM |
| | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | |
| IN RE: | ) | |
| | ) | |
| MARYLAND LC VENTURES, LLC, | ) | Case No. 17-03472-11-TOM |
| | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | |
| IN RE: | ) | |
| | ) | |
| MARYLAND PIZZA, INC., | ) | Case No. 17-03473-11-TOM |
| | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | |
| IN RE: | ) | |
| | ) | |
| PG COUNTY PARTNERS, LLC, | ) | Case No. 17-03474-11-TOM |
| | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | |
| IN RE: | ) | |
| | ) | |
| PG COUNTY PIZZA, INC., | ) | Case No. 17-03475-11-TOM |
| | ) | Chapter 11 |
| Debtor. | ) | |

## MOTION OF MELISSA HAYWARD FOR ADMISSION PRO HAC VICE

TO THE HONORABLE TAMARA O. MITCHELL
UNITED STATES BANKRUPTCY JUDGE:

Melissa Hayward of the firm of Hayward & Associates PLLC, pursuant to Local Rule 2090-1 for the Northern District of Alabama, moves for special admission to appear in this bankruptcy case as counsel for Iqbar Kaisani, Wazir Kaisani, and Pervez Kaisani and applies for admission pro hac vice as requested on the attached Application for Admission Pro Hac Vice. By the filing of this Motion, I understand that I must register to file electronically with the Court and that all subsequent pleadings must be filed electronically with the Court.

WHEREFORE, Movant respectfully requests entry of the proposed order authorizing special admission to practice in this bankruptcy case.

Date: August 22, 2017

> Respectfully submitted,
>
> **HAYWARD & ASSOCIATES PLLC**
>
> By: */s/ Melissa Hayward*
> Melissa S. Hayward
> Texas Bar No. 24044908
> MHayward@HaywardFirm.com
>
> 10501 N. Central Expy., Suite 106
> Dallas, Texas 75231
> 972.755.7100 (phone)
> 972.755.7110 (facsimile)
>
> **COUNSEL FOR IQBAR KAISANI, WAZIR KAISANI, AND PERVEZ KAISANI**

# APPLICATION FOR ADMISSION PRO HAC VICE

I hereby request admission to the Bar of this Court PRO HAC VICE in support of which I represent that the answers to the following questions are complete, true and correct:

1. Full name: <u>Melissa S. Hayward</u>

2. State bar membership: <u>Texas</u>

3. Business address, telephone and fax numbers: <u>10501 N. Central Expressway, Suite 106 Dallas, Texas 75231. Telephone (972) 755-7100, facsimile (972) 755-7110</u>

4. List all state and federal courts or bar associations in which you are a member "in good standing" to practice law:

<u>United States District Court for the Northern District of Texas, admitted on December 1, 2005</u>
<u>United States District Court for the Eastern District of Texas, admitted on December 15, 2005</u>
<u>United States District Court for the Southern District of Texas, admitted on January 13, 2006</u>
<u>United States District Court for the Western District of Texas, admitted on April 10, 2006.</u>

5. Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body?

NO

6. Have any proceedings which could lead to any such disciplinary action been instituted against you in any such bodies?

NO

7. Are you familiar with the Federal Rules of Evidence, the Federal Rules of Civil procedure and the Federal Rules of Bankruptcy Procedure (as applicable to this case) and the local rules of this court?

YES

DATED this 22nd day of August, 2017.

<i>Melissa S. Hayward</i><br>
Signature of Applicant

MOTION OF MELISSA HAYWARD FOR ADMISSION PRO HAC VICE          Page 3 of 3

Case 17-03469-TOM7   Doc 60   Filed 08/23/17   Entered 08/23/17 10:18:32   Desc Main
Document     Page 3 of 3