IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| ALABAMA PARTNERS, LLC, | ) | Case No. 17-03469-11-TOM |
| | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | |
| IN RE: | ) | |
| | ) | |
| BAMACHEX, INC., | ) | Case No. 17-03471-11-TOM |
| | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | |
| IN RE: | ) | |
| | ) | |
| MARYLAND LC VENTURES, LLC, | ) | Case No. 17-03472-11-TOM |
| | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | |
| IN RE: | ) | |
| | ) | |
| MARYLAND PIZZA, INC., | ) | Case No. 17-03473-11-TOM |
| | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | |
| IN RE: | ) | |
| | ) | |
| PG COUNTY PARTNERS, LLC, | ) | Case No. 17-03474-11-TOM |
| | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | |
| IN RE: | ) | |
| | ) | |
| PG COUNTY PIZZA, INC., | ) | Case No. 17-03475-11-TOM |
| | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | |

## ORDER GRANTING MOTION OF MELISSA HAYWARD
## FOR ADMISSION PRO HAC VICE

This matter was considered without hearing on Melissa Hayward's Motion to Appear Pro Hac Vice in this bankruptcy case, pursuant to Local Rules 2090-1. The court having reviewed the

motion and good cause appearing, it is ORDERED that Melissa Hayward may appear before the court pro hac vice as counsel for Iqbar Kaisani, Wazir Kaisani, and Pervez Kaisani in this bankruptcy case subject to the local rules of this court. The movant shall immediately apply to become a registered user of CM/ECF in this district with full filing privileges in this case or any other cases in which this court has entered an order admitting the movant pro hac vice.


Dated: August 23, 2017 /s/ **Tamara O. Mitchell**
TAMARA O. MITCHELL