# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA - SOUTHERN DIVISION

In the Matter of:

| | | |
|---|---|---|
| Alabama Partners, LLC | } | **Case No: 17-03469-TOM11** |
| | } | |
| DEBTOR(S). | } | |
| | } | |
| | } | |

## ORDER AND NOTICE OF HEARING

This matter was scheduled for a hearing on Monday, August 28, 2017 10:30 AM on the following:
RE: Doc #14; Show Cause Why Case Should Not Be Dismissed for Failure to File Proper Schedules (All)

**It is hereby ORDERED, ADJUDGED and DECREED that:**

Based on the oral motion to extend deadline having been made in open court on August 23, 2017, the motion is Granted and all schedules shall be completed and filed no later than 11:59 pm, September 6, 2017.

Further, the show cause hearing is continued to September 11, 2017 at 10:30 am, Courtroom 3.

Dated: 08/23/2017

/s/ TAMARA O. MITCHELL
TAMARA O. MITCHELL
United States Bankruptcy Judge