# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| ALABAMA PARTNERS, LLC, | ) | Case No. 17-03469-11-TOM |
| Debtor. | ) | |
| | ) | |
| IN RE: | ) | Chapter 11 |
| | ) | |
| BAMACHEX, INC., | ) | Case No. 17-03471-11-TOM |
| Debtor. | ) | |
| | ) | |
| IN RE: | ) | Chapter 11 |
| | ) | |
| MARYLAND LC VENTURES, LLC, | ) | Case No. 17-03472-11-TOM |
| Debtor. | ) | |
| | ) | |
| IN RE: | ) | Chapter 11 |
| | ) | |
| MARYLAND PIZZA, INC., | ) | Case No. 17-03473-11-TOM |
| Debtor. | ) | |
| | ) | |
| IN RE: | ) | Chapter 11 |
| | ) | |
| PG COUNTY PARTNERS LLC, | ) | Case No. 17-03474-11-TOM |
| Debtor. | ) | |
| | ) | |
| IN RE: | ) | Chapter 11 |
| | ) | |
| PG COUNTY PIZZA, INC., | ) | Case No. 17-03475-11-TOM |
| Debtor. | ) | |
| | ) | |

**ORDER GRANTING MOTION OF PHILLIP W. BOHL
FOR ADMISSION PRO HAC VICE**

This matter was considered without hearing on Phillip W. Bohl's Motion to Appear Pro Hac Vice in this bankruptcy case, pursuant to Local Rules 2090-1.  The court having reviewed the motion and good cause appearing, it is ORDERED that Phillip W. Bohl may appear before the court pro hac vice as counsel for Little Caesar Enterprises, Inc. and its affiliate Blueline Food Service Distribution in this bankruptcy case subject to the local rules of this court.  The movant shall immediately apply to become a registered user of CM/ECF in this district with full filing privileges in this case or any other cases in which this court has entered an order admitting the movant pro hac vice.

Dated this 24th day of August, 2017.

BY THE COURT:

/s/ Tamara O. Mitchell  
United States Bankruptcy Judge
