# Notice Recipients

| | | |
|---|---|---|
| District/Off: 1126−2 | User: ltumlin | Date Created: 8/24/2017 |
| Case: 17−03469−TOM11 | Form ID: pdf000 | Total: 19 |

**Recipients of Notice of Electronic Filing:**
```
aty         Daniel D Sparks             ddsparks@csattorneys.com
aty         Derek F Meek                dmeek@burr.com
aty         Frederick Darrell Clarke, III    fclarke@rumberger.com
aty         James Phillip Roberts       jroberts@burr.com
aty         Jeffery J Hartley           jjh@helmsinglaw.com
aty         R. Scott Williams           swilliams@rumberger.com
aty         Robert H Adams              radams@rumberger.com
```
                                                                TOTAL: 7

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
```
db      Alabama Partners, LLC        PO Box 551267       Jacksonville, FL 32255
cr      Customized Distribution, LLC      % Daniel Sparks      Christian & Small LLP      1800 Financial
        Center       505 North 20th Street       Birmingham, AL 35203
cr      Checkers Drive−In Restaurants, Inc.      c/o Burr & Forman LLP      Derek Meek      420 N 20th St, Ste
        3400       Birmingham, AL 35203
ba      J. Thomas Corbett       Bankruptcy Administrator       1800 5th Avenue North       Birmingham, AL 35203
br      Advanced Restaurant Sales       111 Village Parkway Bldg #2       Marietta, GA 30067
aty     Abigail M. McGibbon       Gray Plant Mooty Mooty and Bennett PA       500 IDS Center       80 South Eighth
        St       Minneapolis, MN 55402
aty     Julian Vasek       Hayward & Associates PLLC       10501 N Central Expy Ste 106       Dallas, TX 75231
aty     Leah Fiorenza McNeill       Bryan Cave LLP       1201 W Peachtree St NW 14tyh Floor       Atlanta, GA 30309
aty     Mark I. Duedall       Bryan Cave LLP       1201 W Peachtree St NW 14tyh Floor       Atlanta, GA 30309
aty     Melissa S. Hayward       Hayward & Associates PLLC       10501 N Central Expy Ste 106       Dallas, TX 75231
aty     Phillip W. Bohl       Gray Plant Mooty Mooty and Bennett PA       500 IDS Center       80 South Eighth
        St       Minneapolis, MN 55402
smg     Thomas Corbett       BA Birmingham       1800 5th Avenue North       Birmingham, AL 35203
```
                                                                TOTAL: 12