```
United States Bankruptcy Court
Northern District of Alabama
```

In re:                                                                                Case No. 17-03469-TOM
Alabama Partners, LLC                                                                 Chapter 11
     Debtor

## CERTIFICATE OF NOTICE

District/off: 1126-2          User: ltumlin          Page 1 of 2          Date Rcvd: Aug 22, 2017
                           Form ID: pdf000          Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 24, 2017.
```
db         +Alabama Partners, LLC,   PO Box 551267,   Jacksonville, FL 32255-1267
aty        +Abigail M. McGibbon,   Gray Plant Mooty Mooty and Bennett PA,    500 IDS Center,
             80 South Eighth St,   Minneapolis, MN 55402-2100
aty        +Leah Fiorenza McNeill,   Bryan Cave LLP,   1201 W Peachtree St NW 14tyh Floor,
             Atlanta, GA 30309-3449
aty        +Mark I. Duedall,   Bryan Cave LLP,   1201 W Peachtree St NW 14tyh Floor,
             Atlanta, GA 30309-3449
aty        +Phillip W. Bohl,   Gray Plant Mooty Mooty and Bennett PA,    500 IDS Center,
             80 South Eighth St,   Minneapolis, MN 55402-2100
br         +Advanced Restaurant Sales,   111 Village Parkway Bldg #2,   Marietta, GA 30067-4013
cr         +Customized Distribution, LLC,    % Daniel Sparks,   Christian & Small LLP,
             1800 Financial Center,   505 North 20th Street,   Birmingham, AL 35203-4633
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg        +E-mail/Text: bnc_notices_southern@alnba.uscourts.gov Aug 23 2017 01:45:40     Thomas Corbett,
             BA Birmingham,   1800 5th Avenue North,   Birmingham, AL 35203-2111
cr         +E-mail/Text: cstewart@Burr.com Aug 23 2017 01:46:19     Checkers Drive-In Restaurants, Inc.,
             c/o Burr & Forman LLP,   Derek Meek,   420 N 20th St, Ste 3400,   Birmingham, AL 35203-5210
ba         +E-mail/Text: bnc_notices_southern@alnba.uscourts.gov Aug 23 2017 01:45:40     J. Thomas Corbett,
             Bankruptcy Administrator,   1800 5th Avenue North,   Birmingham, AL 35203-2111
                                                                                             TOTAL: 3
```

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2017                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 22, 2017 at the address(es) listed below:
```
              Daniel D Sparks    on behalf of Creditor    Customized Distribution, LLC ddsparks@csattorneys.com,
               dan-sparks-9722@ecf.pacerpro.com
              Derek F Meek    on behalf of Creditor    Checkers Drive-In Restaurants, Inc. dmeek@burr.com,
               mgunnells@burr.com
              Frederick Darrell Clarke, III    on behalf of Debtor    PG County Pizza, Inc. fclarke@rumberger.com,
               mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
              Frederick Darrell Clarke, III    on behalf of Debtor    BamaChex, Inc. fclarke@rumberger.com,
               mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
              Frederick Darrell Clarke, III    on behalf of Debtor    Alabama Partners, LLC fclarke@rumberger.com,
               mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
              Frederick Darrell Clarke, III    on behalf of Debtor    Maryland Pizza, Inc. fclarke@rumberger.com,
               mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
              Frederick Darrell Clarke, III    on behalf of Debtor    PG County Partners, LLC
               fclarke@rumberger.com,
               mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
              Frederick Darrell Clarke, III    on behalf of Debtor    Maryland LC Ventures, LLC
               fclarke@rumberger.com,
               mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
              James Phillip Roberts    on behalf of Creditor    Checkers Drive-In Restaurants, Inc.
               jroberts@burr.com
              Jeffery J Hartley    on behalf of Interested Party    R&F Birmingham, LLC jjh@helmsinglaw.com,
               ktm@helmsinglaw.com;dwc@helmsinglaw.com
              R. Scott Williams    on behalf of Debtor    Maryland Pizza, Inc. swilliams@rumberger.com,
               docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumber
               ger.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              R. Scott Williams    on behalf of Debtor    PG County Pizza, Inc. swilliams@rumberger.com,
               docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumber
               ger.com
              R. Scott Williams    on behalf of Debtor    Maryland LC Ventures, LLC swilliams@rumberger.com,
               docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumber
               ger.com
              R. Scott Williams    on behalf of Debtor    Alabama Partners, LLC swilliams@rumberger.com,
               docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumber
               ger.com
              R. Scott Williams    on behalf of Debtor    PG County Partners, LLC swilliams@rumberger.com,
               docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumber
               ger.com
              R. Scott Williams    on behalf of Debtor    BamaChex, Inc. swilliams@rumberger.com,
               docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumber
               ger.com
              Robert H Adams    on behalf of Debtor    PG County Pizza, Inc. radams@rumberger.com,
               mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberg
               er.com
              Robert H Adams    on behalf of Debtor    Alabama Partners, LLC radams@rumberger.com,
               mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberg
               er.com
              Robert H Adams    on behalf of Debtor    Maryland LC Ventures, LLC radams@rumberger.com,
               mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberg
               er.com
              Robert H Adams    on behalf of Debtor    PG County Partners, LLC radams@rumberger.com,
               mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberg
               er.com
              Robert H Adams    on behalf of Debtor    Maryland Pizza, Inc. radams@rumberger.com,
               mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberg
               er.com
              Robert H Adams    on behalf of Debtor    BamaChex, Inc. radams@rumberger.com,
               mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberg
               er.com
                                                                                               TOTAL: 22
```

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA, SOUTHERN DIVISION

In re: )
)
ALABAMA PARTNERS, LLC ) Case No. 17-03469-TOM-11
)
    Debtor ) Chapter 11

## ORDER ADMITTING ATTORNEY *PRO HAC VICE*

This matter is before the Court on the Motion for Admission Pro Hac Vice for Mark I. Duedall [Docket No. 39]. The required fee having been paid,

IT IS ORDERED that the Motion is GRANTED, and Mark I. Duedall is admitted to practice before this Court in the above matter.

Dated: August 21, 2017            /s/ Tamara O. Mitchell
                                                              TAMARA O. MITCHELL
                                                              United States Bankruptcy Judge

This Order prepared by
Daniel D. Sparks
Christian & Small LLP
1800 Financial Center
505 North 20th Street
Birmingham, AL 35203
(205) 795-6588