IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE : | ) | Chapter 11 |
| | ) | |
| ALABAMA PARTNERS, LLC, *et al.*, | ) | Case No. 17–03469-TOM11 |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |

**ORDER GRANTING DEBTORS AUTHORITY
TO IDENTIFY CREDITORS ON A CONSOLIDATED BASIS AND TO FILE A
CONSOLIDATED LIST OF THIRTY LARGEST UNSECURED CREDITORS**

Upon the motion (the "Motion")[2] of Alabama Partners, LLC and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), for immediate entry of an Order authorizing the Debtors (i) to file a single consolidated list of their thirty (30) largest non-insider unsecured creditors in these cases (the "Consolidated Top 30 list"), and (ii) to identify their respective creditors and equity holders on a consolidated basis; and the Court having jurisdiction to consider the Motion and relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided, and it appearing that no other further notice need be provided; and the Court having reviewed the Motion; and the Court having held a hearing to consider the relief requested in the Motion (the "Hearing"); and the Court having determined that the legal and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, if any, are: Alabama Partners, LLC (7131); BamaChex, Inc. (6953); Maryland LC Ventures, LLC (6974); Maryland Pizza, Inc. (6929); PG County Partners LLC (2811); and PG County Pizza, Inc. (3902). The service address for each of the Debtors is P.O. Box 551267, Jacksonville, FL 32255.

[2] Capitalized terms used but not otherwise defined herein shall have the respective meanings ascribed to such terms in the Motion.

factual bases set forth in the Motion establish just cause for the relief granted herein; and it appearing that the relief requested in the Motion is in the best interest of the Debtors, their estates, creditors, and all parties in interest; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the Motion is granted as set forth herein; and it is further

ORDERED that the Debtors are hereby authorized to file a single consolidated list of their thirty (30) largest non-insider unsecured creditors in these cases (the "Consolidated Top 30 list"); and it is further

ORDERED that the Debtors are hereby authorized to identify their respective creditors and equity holders on a consolidated basis; and it is further

ORDERED that the Debtors are authorized to take all action necessary to the relief granted in this Order.

Dated: August 25, 2017

/s/ Tamara O. Mitchell
UNITED STATES BANKRUPTCY JUDGE