# Notice Recipients

District/Off: 1126–2     User: rharless     Date Created: 8/25/2017
Case: 17–03469–TOM11     Form ID: pdf000     Total: 19

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| aty | Daniel D Sparks | ddsparks@csattorneys.com |
| aty | Derek F Meek | dmeek@burr.com |
| aty | Frederick Darrell Clarke, III | fclarke@rumberger.com |
| aty | James Phillip Roberts | jroberts@burr.com |
| aty | Jeffery J Hartley | jjh@helmsinglaw.com |
| aty | R. Scott Williams | swilliams@rumberger.com |
| aty | Robert H Adams | radams@rumberger.com |

TOTAL: 7

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Alabama Partners, LLC | PO Box 551267    Jacksonville, FL 32255 |
| cr | Customized Distribution, LLC | % Daniel Sparks    Christian & Small LLP    1800 Financial Center    505 North 20th Street    Birmingham, AL 35203 |
| cr | Checkers Drive–In Restaurants, Inc. | c/o Burr & Forman LLP    Derek Meek    420 N 20th St, Ste 3400    Birmingham, AL 35203 |
| ba | J. Thomas Corbett | Bankruptcy Administrator    1800 5th Avenue North    Birmingham, AL 35203 |
| br | Advanced Restaurant Sales | 111 Village Parkway Bldg #2    Marietta, GA 30067 |
| aty | Abigail M. McGibbon | Gray Plant Mooty Mooty and Bennett PA    500 IDS Center    80 South Eighth St    Minneapolis, MN 55402 |
| aty | Julian Vasek | Hayward & Associates PLLC    10501 N Central Expy Ste 106    Dallas, TX 75231 |
| aty | Leah Fiorenza McNeill | Bryan Cave LLP    1201 W Peachtree St NW 14tyh Floor    Atlanta, GA 30309 |
| aty | Mark I. Duedall | Bryan Cave LLP    1201 W Peachtree St NW 14tyh Floor    Atlanta, GA 30309 |
| aty | Melissa S. Hayward | Hayward & Associates PLLC    10501 N Central Expy Ste 106    Dallas, TX 75231 |
| aty | Phillip W. Bohl | Gray Plant Mooty Mooty and Bennett PA    500 IDS Center    80 South Eighth St    Minneapolis, MN 55402 |
| smg | Thomas Corbett | BA Birmingham    1800 5th Avenue North    Birmingham, AL 35203 |

TOTAL: 12