**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **IN RE :** | ) | **Chapter 11** |
| | ) | |
| **ALABAMA PARTNERS, LLC,** *et al.*, | ) | **Case No.  17–03469-TOM11** |
| | ) | |
| **Debtors.[1]** | ) | **(Jointly Administered)** |
| _____ | ) | |

---

**FINAL ORDER REGARDING CASH MANAGEMENT MOTION**

---

This matter came to be heard upon the motion ("Motion") of Alabama Partners, LLC and its debtor affiliates as debtors and debtors-in-possession (collectively the "Debtors") for authorization pursuant to §§ 105(a) and 363 of title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.*, (the "Bankruptcy Code") to continue use of existing cash management systems and to maintain existing bank accounts. The Court previously granted the Motion on an interim basis (Doc. 26) and set the Motion for rehearing on August 23, 2016.

The Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; notice of this Motion having been provided and it appearing that no other or further notice need be given; and upon the record herein; and after due deliberation and sufficient cause appearing therefore, it is hereby

**ORDERED** that the Motion is **GRANTED** in its entirety; and it is further

**ORDERED** that Debtors are authorized to continue their customary cash management procedures in the ordinary course, provided, however, that Debtors shall maintain records of all transactions within their respective cash management systems so that all transfers and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, if any, are: Alabama Partners, LLC (7131); BamaChex, Inc. (6953); Maryland LC Ventures, LLC (6974); Maryland Pizza, Inc. (6929); PG County Partners LLC (2811); and PG County Pizza, Inc. (3902). The service address for each of the Debtors is P.O. Box 551267, Jacksonville, FL 32255.

transactions will be documented in their respective books and records to the same extent such information was maintained by Debtors prior to the commencement of their chapter 11 cases (the "Petition Date"); and it is further

ORDERED that Debtors are authorized to (1) designate, maintain, and continue to use any and all of their respective, existing bank accounts in the names and with the account numbers existing immediately prior to the Petition Date, (2) deposit funds in and withdraw funds from their respective accounts accounts by all usual means including, without limitation, cash, checks, wire transfers, Automated Clearing House transfers, and other debits, and (3) treat their respective pre-petition bank accounts for all purposes as debtors-in-possession accounts, and it is further

ORDERED that the banks and financial institutions at which Debtors' respective bank accounts are maintained (collectively, the "Banks") are authorized to continue to service and administer the applicable bank accounts as accounts of the Debtors as debtors-in-possession without interruption and in the usual and ordinary course, and to receive, process and honor and pay any and all checks, drafts, wires, or automated clearing house transfers ("ACH Transfers") drawn on the bank accounts after the Petition Date by the holders or makers thereof, as the case may be; and it is further

ORDERED that nothing contained herein shall prevent any Debtor from opening any additional bank account, or closing any existing bank account(s) as they may deem necessary and appropriate, and the Banks are authorized to honor their respective Debtor's requests to open and close, as the case may be, such bank accounts or additional bank accounts; provided, however, that any new account shall be with a bank that is insured with the Federal Deposit

Insurance Corporation or the Federal Savings and Loan Insurance Corporation and that is organized under the laws of the United States or any State herein; and it is further

ORDERED that, within two days after opening or closing an account, the responsible Debtor shall give the Bankruptcy Administrator notice of such opening or closing and a copy of the signature card; and it is further

ORDERED that any and all accounts opened by the Debtors on or after the Petition Date at any Bank shall, for all purposes under this Order, similarly be subject to the rights and obligations of this Order; and it is further

ORDERED that Debtors and the Banks are hereby authorized to continue to perform pursuant to the terms of any pre-petition agreements that may exist between them, except and to the extent otherwise directed by the terms of this Order, and Debtors are authorized to pay their respective Banks any fees, expenses or other amounts due in connection with such agreements arising prior to or after the Petition Date. The parties to such agreements shall continue to enjoy the rights and remedies afforded them under such agreements, except to the extent modified by the terms of this Order or by operation of the bankruptcy Code; and it is further

ORDERED that operation of the cash management systems shall not affect any liens on the cash held in the cash management system, all of which are expressly preserved.

Dated August 25, 2017.

/s/ Tamara O. Mitchell
UNITED STATES BANKRUPTCY JUDGE