IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE : | ) | Chapter 11 |
| | ) | |
| ALABAMA PARTNERS, LLC, *et al.*, | ) | Case No. 17–03469-TOM11 |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |

**ORDER AUTHORIZING USE OF CASH COLLATERAL ON AN INTERIM BASIS**

This matter came before the Court on August 23, 2017, on Debtors' Motion for Interim Order and Final Order Authorizing Use of Cash Collateral Pursuant to 11 U.S.C. § 363(c)(2) and Rule 4001(b) of the Federal Rules of Bankruptcy Procedure (the "Motion"). The Court previously granted the Motion on a temporary basis pending further interim hearing (Doc. 24).

Based upon the arguments, testimony and pleadings before the Court, it is hereby

**ORDERED** that subject to the terms of this Order, the Motion is granted on an interim basis pending a final hearing; and it is further

**ORDERED** that the Debtor is authorized, on an interim basis, to use the Cash Collateral to pay pre-petition payroll and employee expense reimbursement obligations and to use the Cash Collateral in accordance with the Interim Budget attached to the Motion as **Exhibits A**, **B**, and **C** on the terms and conditions in the Motion, as modified by the terms of this Order, pending a final hearing on the motion; and it is further

**ORDERED** that counsel for the Debtors shall submit amended budgets, as noted on the record in open court, no later than September 15, 2017; and it is further

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, if any, are: Alabama Partners, LLC (7131); BamaChex, Inc. (6953); Maryland LC Ventures, LLC (6974); Maryland Pizza, Inc. (6929); PG County Partners LLC (2811); and PG County Pizza, Inc. (3902). The service address for each of the Debtors is P.O. Box 551267, Jacksonville, FL 32255.

**ORDERED** that the adequate protection set forth in the Motion is approved on an interim basis; and it is further

**ORDERED** that, notwithstanding any other term or provision of this Order, pending a final hearing on the Motion, neither the Debtors nor the Debtors estates release or waive any claim or defense with respect to the Lenders' liens, claims or security interests; and it is further

**ORDERED** that the final hearing on the Motion is set for Monday, September 25, 2017, at 11:00 a.m.

Dated: August 25, 2017

/s/ Tamara O. Mitchell
UNITED STATES BANKRUPTCY JUDGE