# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE : | ) | Chapter 11 |
| | ) | |
| **ALABAMA PARTNERS, LLC,** | ) | Case No. 17–03469-TOM |
| Debtor. | ) | |
| | ) | |
| IN RE : | ) | Chapter 11 |
| | ) | |
| **BAMACHEX, INC.,** | ) | Case No. 17–03471- TOM |
| Debtor. | ) | |
| | ) | |
| IN RE : | ) | Chapter 11 |
| | ) | |
| **MARYLAND LC VENTURES, LLC,** | ) | Case No. 17–03472- TOM |
| Debtor. | ) | |
| | ) | |
| IN RE : | ) | Chapter 11 |
| | ) | |
| **MARYLAND PIZZA, INC.,** | ) | Case No. 17–03473- TOM |
| Debtor. | ) | |
| | ) | |
| IN RE : | ) | Chapter 11 |
| | ) | |
| **PG COUNTY PARTNERS LLC,** | ) | Case No. 17–03474- TOM |
| Debtor. | ) | |
| | ) | |
| IN RE : | ) | Chapter 11 |
| | ) | |
| **PG COUNTY PIZZA, INC.,** | ) | Case No. 17–03475- TOM |
| Debtor. | ) | |

**NOTICE AND ORDER APPROVING
EMPLOYMENT OF ATTORNEY
FOR DEBTOR-IN-POSSESSION, NUNC PRO TUNC TO
<u>AUGUST 11, 2017</u>**

Notice is hereby given that on August 18, 2017 the Debtor(s) filed a Motion for Application to Employ **Rumberger, Kirk & Caldwell, P.C.**, **as Counsel, for Debtor-in-Possession, Nunc Pro Tunc to August 11, 2017**. It appears to the Court that the Application is due to be Granted, and that it is in the best interest of the bankruptcy estate that such employment be approved subject to an opportunity for objections; now therefore,

It is **ORDERED, ADJUDGED, AND DECREED** that Rumberger, Kirk & Caldwell, P.C. shall be and hereby is **APPROVED** as Attorney for the Debtor-in-Possession, Nunc Pro Tunc unless an objection to the employment is filed with the Clerk of Court within 21 days of the date of entry of this Notice and Order. If a written objection is filed, a hearing will be scheduled to consider both the application and the objection.

Applicant has requested compensation based upon an hourly basis and the total amount of fees will be determined after Applicant properly files an Application for Compensation.

It is **ORDERED, ADJUDGED, AND DECREED** that the Debtors' Application to Employ Rumberger, Kirk & Caldwell, P.C., as Attorney for the Debtor-in-Possession, Nunc Pro Tunc is hereby **APPROVED**. It is further **ORDERED** that Applicant may draw down any retainer for reasonable compensation and expenses, and thereafter reimbursement of actual and necessary expenses may be paid to said professionals only as approved by this Court on application after notice and hearing pursuant to Rule 2016 of the Federal Rules of Bankruptcy Procedure and Section 330(a) and Section 331 of the Bankruptcy Code. **A COURTESY COPY OF ALL FEE APPLICATIONS SHALL BE PROVIDED TO THE JUDGE WHEN FILED WITH THE CLERK.**

Dated: August 25, 2017

/s/ Tamara O. Mitchell
TAMARA O. MITCHELL
United States Bankruptcy Judge

TOM/af