IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE : | ) | Chapter 11 |
| | ) | |
| **ALABAMA PARTNERS, LLC,** | ) | Case No.   17–03469-TOM |
| Debtor. | ) | |
| | ) | |
| IN RE : | ) | Chapter 11 |
| | ) | |
| **BAMACHEX, INC.,** | ) | Case No.   17–03471- TOM |
| Debtor. | ) | |
| | ) | |
| IN RE : | ) | Chapter 11 |
| | ) | |
| **MARYLAND LC VENTURES, LLC,** | ) | Case No.   17–03472- TOM |
| Debtor. | ) | |
| | ) | |
| IN RE : | ) | Chapter 11 |
| | ) | |
| **MARYLAND PIZZA, INC.,** | ) | Case No.   17–03473- TOM |
| Debtor. | ) | |
| | ) | |
| IN RE : | ) | Chapter 11 |
| | ) | |
| **PG COUNTY PARTNERS LLC,** | ) | Case No.   17–03474- TOM |
| Debtor. | ) | |
| | ) | |
| IN RE : | ) | Chapter 11 |
| | ) | |
| **PG COUNTY PIZZA, INC.,** | ) | Case No.   17–03475- TOM |
| Debtor. | ) | |

**NOTICE AND ORDER APPROVING
EMPLOYMENT OF SALES BROKER/AGENT
FOR THE ESTATE NUNC PRO TUNC AUGUST 11, 2017**

Notice is hereby given that on August 18, 2017 the Debtor filed an Application to Employ **Advanced Restaurant Sales**, as **Sales Broker/Agent for the Estate for Debtor-in-Possession,**

**Nunc Pro Tunc August 11, 2017**. It appears to the Court that the Application is due to be Granted, and that it is in the best interest of the bankruptcy estate that such employment be approved subject to an opportunity for objections; now therefore,

It is **ORDERED, ADJUDGED, AND DECREED** that Advanced Restaurant Sales, shall be and hereby is **APPROVED** as Sales Broker/Agent for the Estate for Debtor-in-Possession, Nunc Pro Tunc unless an objection to the employment is filed with the Clerk of Court within 21 days of the date of entry of this Notice and Order. If a written objection is filed, a hearing will be scheduled to consider the Motion and the objection.

Applicant has requested compensation based upon a contingency fee. The amount or percentage of the contingency fee requested is not approved, nor disapproved, at this time, but will be considered when Applicant properly files an Application for Compensation

It is **ORDERED, ADJUDGED, AND DECREED** that the Debtor(s) Application to Employ Advance Restaurant Sales, as Sales Broker/Agent for the Estate for Debtor-in-Possession Nunc Pro Tunc is hereby **APPROVED**. Compensation and reimbursement of actual and necessary expenses may be paid to said professionals only as approved by this Court on application after notice and hearing pursuant to Rule 2016 of the Federal Rules of Bankruptcy Procedure and Section 330(a) and Section 331 of the Bankruptcy Code. **A COURTESY COPY OF ALL FEE APPLICATIONS SHALL BE PROVIDED TO THE JUDGE WHEN FILED WITH THE CLERK.**

Dated: August 25, 2017  /s/ Tamara O. Mitchell
TAMARA O. MITCHELL
United States Bankruptcy Judge

TOM/af

xc: Debtors
Frederick Darrell Clarke, III, Attorney for Debtors
R. Scott Williams, Attorney for Debtors
Robert H. Adams, Attorney for Debtors
Advanced Restaurant Sales, Real Estate Broker/Agent for the Estate for Debtor-In-Possession
Bankruptcy Administrator