```
                              United States Bankruptcy Court
                              Northern District of Alabama
In re:                                                                    Case No. 17-03469-TOM
Alabama Partners, LLC                                                     Chapter 11
          Debtor                      CERTIFICATE OF NOTICE
District/off: 1126-2           User: ltumlin              Page 1 of 2              Date Rcvd: Aug 24, 2017
                               Form ID: pdf000            Total Noticed: 12
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 26, 2017.
```
db             +Alabama Partners, LLC,    PO Box 551267,    Jacksonville, FL 32255-1267
aty            +Abigail M. McGibbon,    Gray Plant Mooty Mooty and Bennett PA,    500 IDS Center,
                 80 South Eighth St,    Minneapolis, MN 55402-2100
aty            +Julian Vasek,    Hayward & Associates PLLC,    10501 N Central Expy Ste 106,
                 Dallas, TX 75231-2203
aty            +Leah Fiorenza McNeill,    Bryan Cave LLP,    1201 W Peachtree St NW 14tyh Floor,
                 Atlanta, GA 30309-3449
aty            +Mark I. Duedall,    Bryan Cave LLP,    1201 W Peachtree St NW 14tyh Floor,
                 Atlanta, GA 30309-3449
aty            +Melissa S. Hayward,    Hayward & Associates PLLC,    10501 N Central Expy Ste 106,
                 Dallas, TX 75231-2203
aty            +Phillip W. Bohl,    Gray Plant Mooty Mooty and Bennett PA,    500 IDS Center,
                 80 South Eighth St,    Minneapolis, MN 55402-2100
br             +Advanced Restaurant Sales,    111 Village Parkway Bldg #2,    Marietta, GA 30067-4013
cr             +Customized Distribution, LLC,    % Daniel Sparks,    Christian & Small LLP,
                 1800 Financial Center,    505 North 20th Street,    Birmingham, AL 35203-4633
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            +E-mail/Text: bnc_notices_southern@alnba.uscourts.gov Aug 25 2017 01:04:40      Thomas Corbett,
                 BA Birmingham,    1800 5th Avenue North,    Birmingham, AL 35203-2111
cr             +E-mail/Text: cstewart@Burr.com Aug 25 2017 01:05:24      Checkers Drive-In Restaurants, Inc.,
                 c/o Burr & Forman LLP,    Derek Meek,    420 N 20th St, Ste 3400,    Birmingham, AL 35203-5210
ba             +E-mail/Text: bnc_notices_southern@alnba.uscourts.gov Aug 25 2017 01:04:40      J. Thomas Corbett,
                 Bankruptcy Administrator,    1800 5th Avenue North,    Birmingham, AL 35203-2111
                                                                                              TOTAL: 3
```

```
               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 24, 2017 at the address(es) listed below:
```
              Daniel D Sparks    on behalf of Creditor    Customized Distribution, LLC ddsparks@csattorneys.com,
               dan-sparks-9722@ecf.pacerpro.com
              Derek F Meek    on behalf of Creditor    Checkers Drive-In Restaurants, Inc. dmeek@burr.com,
               mgunnells@burr.com
              Frederick Darrell Clarke, III    on behalf of Debtor    PG County Pizza, Inc. fclarke@rumberger.com,
               mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
              Frederick Darrell Clarke, III    on behalf of Debtor    BamaChex, Inc. fclarke@rumberger.com,
               mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
              Frederick Darrell Clarke, III    on behalf of Debtor    Alabama Partners, LLC fclarke@rumberger.com,
               mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
              Frederick Darrell Clarke, III    on behalf of Debtor    Maryland Pizza, Inc. fclarke@rumberger.com,
               mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
              Frederick Darrell Clarke, III    on behalf of Debtor    PG County Partners, LLC
               fclarke@rumberger.com,
               mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
              Frederick Darrell Clarke, III    on behalf of Debtor    Maryland LC Ventures, LLC
               fclarke@rumberger.com,
               mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
              James Phillip Roberts    on behalf of Creditor    Checkers Drive-In Restaurants, Inc.
               jroberts@burr.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Jeffery J Hartley    on behalf of Interested Party    R&F Birmingham, LLC jjh@helmsinglaw.com, ktm@helmsinglaw.com;dwc@helmsinglaw.com

        R. Scott Williams    on behalf of Debtor    Maryland Pizza, Inc. swilliams@rumberger.com, docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumberger.com

        R. Scott Williams    on behalf of Debtor    PG County Pizza, Inc. swilliams@rumberger.com, docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumberger.com

        R. Scott Williams    on behalf of Debtor    Maryland LC Ventures, LLC swilliams@rumberger.com, docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumberger.com

        R. Scott Williams    on behalf of Debtor    Alabama Partners, LLC swilliams@rumberger.com, docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumberger.com

        R. Scott Williams    on behalf of Debtor    PG County Partners, LLC swilliams@rumberger.com, docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumberger.com

        R. Scott Williams    on behalf of Debtor    BamaChex, Inc. swilliams@rumberger.com, docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumberger.com

        Robert H Adams    on behalf of Debtor    PG County Pizza, Inc. radams@rumberger.com, mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberger.com

        Robert H Adams    on behalf of Debtor    Alabama Partners, LLC radams@rumberger.com, mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberger.com

        Robert H Adams    on behalf of Debtor    Maryland LC Ventures, LLC radams@rumberger.com, mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberger.com

        Robert H Adams    on behalf of Debtor    PG County Partners, LLC radams@rumberger.com, mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberger.com

        Robert H Adams    on behalf of Debtor    Maryland Pizza, Inc. radams@rumberger.com, mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberger.com

        Robert H Adams    on behalf of Debtor    BamaChex, Inc. radams@rumberger.com, mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberger.com

        TOTAL: 22

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| ALABAMA PARTNERS, LLC, | ) | Case No. 17-03469-11-TOM |
| Debtor. | ) | |
| | ) | |
| IN RE: | ) | Chapter 11 |
| | ) | |
| BAMACHEX, INC., | ) | Case No. 17-03471-11-TOM |
| Debtor. | ) | |
| | ) | |
| IN RE: | ) | Chapter 11 |
| | ) | |
| MARYLAND LC VENTURES, LLC, | ) | Case No. 17-03472-11-TOM |
| Debtor. | ) | |
| | ) | |
| IN RE: | ) | Chapter 11 |
| | ) | |
| MARYLAND PIZZA, INC., | ) | Case No. 17-03473-11-TOM |
| Debtor. | ) | |
| | ) | |
| IN RE: | ) | Chapter 11 |
| | ) | |
| PG COUNTY PARTNERS LLC, | ) | Case No. 17-03474-11-TOM |
| Debtor. | ) | |
| | ) | |
| IN RE: | ) | Chapter 11 |
| | ) | |
| PG COUNTY PIZZA, INC., | ) | Case No. 17-03475-11-TOM |
| Debtor. | ) | |
| | ) | |

ORDER GRANTING MOTION OF ABIGAIL M. MCGIBBON
FOR ADMISSION PRO HAC VICE

This matter was considered without hearing on Abigail M. McGibbon's Motion to Appear Pro Hac Vice in this bankruptcy case, pursuant to Local Rules 2090-1. The court having reviewed the motion and good cause appearing, it is ORDERED that Abigail M. McGibbon may appear before the court pro hac vice as counsel for Little Caesar Enterprises, Inc. and its affiliate Blueline Food Service Distribution in this bankruptcy case subject to the local rules of this court. The movant shall immediately apply to become a registered user of CM/ECF in this district with full filing privileges in this case or any other cases in which this court has entered an order admitting the movant pro hac vice.

Dated this 24th day of August, 2017.

BY THE COURT:

/s/ Tamara O. Mitchell
United States Bankruptcy Judge
