In re:                                                          Case No. 17-03469-TOM
Alabama Partners, LLC                                           Chapter 11
          Debtor

# CERTIFICATE OF NOTICE

District/off: 1126-2        User: rharless         Page 1 of 5           Date Rcvd: Aug 25, 2017
                            Form ID: pdf000        Total Noticed: 168

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 27, 2017.
```
db              +Alabama Partners, LLC,   PO Box 551267,   Jacksonville, FL 32255-1267
aty             +Abigail M. McGibbon,   Gray Plant Mooty Mooty and Bennett PA,   500 IDS Center,
                 80 South Eighth St,   Minneapolis, MN 55402-2100
aty             +Julian Vasek,   Hayward & Associates PLLC,   10501 N Central Expy Ste 106,
                 Dallas, TX 75231-2203
aty             +Leah Fiorenza McNeill,   Bryan Cave LLP,   1201 W Peachtree St NW 14tyh Floor,
                 Atlanta, GA 30309-3449
aty             +Mark I. Duedall,   Bryan Cave LLP,   1201 W Peachtree St NW 14tyh Floor,
                 Atlanta, GA 30309-3449
aty             +Melissa S. Hayward,   Hayward & Associates PLLC,   10501 N Central Expy Ste 106,
                 Dallas, TX 75231-2203
aty             +Phillip W. Bohl,   Gray Plant Mooty Mooty and Bennett PA,   500 IDS Center,
                 80 South Eighth St,   Minneapolis, MN 55402-2100
br              +Advanced Restaurant Sales,   111 Village Parkway Bldg #2,   Marietta, GA 30067-4013
cr              +Customized Distribution, LLC,   % Daniel Sparks,   Christian & Small LLP,
                 1800 Financial Center,   505 North 20th Street,   Birmingham, AL 35203-4633
9457922         +ABC Burglar Alarm Systems, Inc.,   1532 A&B Pointer Ridge Place,   Bowie, MD 20716-1883
9457923         +ABC Burglar Alarm Systems, Inc.,   1532 A&B Pointer Ridge Place,   Bowie, Maryland 20716-1883
9457937          ANX Business Corp,   Dept. 77399,   PO Box 77000,   Detroit, MI 48277-0399
9457938          ANX Business Corp,   Dept. 77399,   PO Box 77000,   Detroit, Michigan 48277-0399
9457925         +Affordable Refuse & Recycling, Inc.,   PO Box 400,   Cheltenham, MD 20623-0400
9457926         +Affordable Refuse & Recycling, Inc.,   PO Box 400,   Cheltenham, Maryland 20623-0400
9457927         +Al Kaisani,   10501 N. Central Expressway, Ste. 106,   Dallas, TX 75231-2203
9457930        #+Alabama Department of Labor,   631 Beacon Pkwy West, Ste. 203,   Birmingham, AL 35209-3131
9457931          Alabama Department of Revenue,   PO Box 327464,   Montgomery, 36132-7464
9457932         +Alabama Deptartment of Labor,   649 Monroe Street,   Montgomery, Alabama 36131-0099
9457935          Allied Waste/Republic Services,   3950 59th Street SW,   Birmingham, AL 35221
9457936         +Anniston Water Works,   931 Noble Street,   Anniston, AL 36201-5666
9457950         +BRESCO,   Birmingham Restaurant Supply,   2428 Sixth Avenue S,   Birmingham, AL 35233-3316
9457939         +Bae's Woodberry, LLC,   Attn: Ellen Kim,   12104 Old Pine Way,   Oak Hill, Virginia 20171-1630
9457940         +Balboa Capital,   2010 Main Street,   11th Floor,   Irvine, CA 92614-8250
9457941         +Bank of the Ozarks,   17901 Chenal Parkway,   3rd Floor,   Little Rock, AR 72223-5831
9457942         +Bank of the Ozarks,   PO Box 242208,   Little Rock, AR 72223-0022
9457945          Betty Leeth Haynes,   PO Box 279,   Cullman, AL 35056-0279
9457946          Birmingham Water Works Board,   PO Box 830269,   Birmingham, AL 35283-0269
9457947         +Blue Cross and Blue Shield of Alabama,   450 Riverchase Pkwy E,   Birmingham, AL 35244-2858
9457948         +Blue Line,   2211 Woodward Ave.,   Detroit, MI 48201-3467
9457949         +Blue Line,   2211 Woodward Ave.,   Detroit, Michigan 48201-3467
9457953         +Burns Septic,   5291 Enterprise Street,   Sykesville, MD 21784-9352
9457955         +CAN Capital/Channel Partners Capital,   11100 Wayzata Blvd., Ste. 305,
                 Minnetonika, MN 55305-5537
9457956         +CDI,   5151 Brook Hollow Pkwy,   Norcross, GA 30071-4912
9457960         +CHTD Company,   P.O. Box 2576,   Springfield, IL 62708-2576
9457958         +CHeckers Corporate,   4300 West Cypress St. Suite 600,   Tampa, FL 33607-4157
9457954         +Calhoun County Sales Tax,   Calhoun County Revenue Commissioner,   1702 Noble St., Ste. 104,
                 Anniston, AL 36201-3827
9457957         +Checkers Corp.,   4300 West Cypress St. Suite 600,   Tampa, FL 33607-4157
9457961         +City of Anniston,   P.O. Box 2168,   Anniston, AL 36202-2168
9457962         +City of Bessemer,   Revenue Department,   1806 Third Avenue North,   Bessemer, AL 35020-4906
9457963         +City of Birmingham,   710 North 20th Street,   Room 600 City Hall,   Birmingham, AL 35203-2281
9457964          City of Cullman,   PO 278,   Cullman, AL 35056-0278
9457965         +City of Gadsden,   c/o RDS,   PO Box 830725,   Birmingham, AL 35283-0725
9457966         +City of Jasper,   c/o RDS,   PO Box 830725,   Birmingham, AL 35283-0725
9457967         +City of Midfield,   c/o RDS,   PO Box 830725,   Birmingham, AL 35283-0725
9457968         +Coca Cola USA,   PO Box 102499,   Atlanta, GA 30368-2499
9457969         +Comptroller of Maryland,   110 Carroll Street,   Annapolis, MD 21411-0001
9457970         +Comptroller of Maryland,   110 Carroll Street,   Annapolis, Maryland 21411-0001
9457971         +Corporation Service Company as Represent,   PO Box 2576,   Springfield, IL 62708-2576
9457972          Cullman County & City,   PO Box 278,   Cullman, AL 35056-0278
9457973         +Cullman Power Board,   106 Second Avenue NE,   Cullman, AL 35055-2904
9457974         +Cyprus Air,   7525 Richmond Hwy,   Alexandria, VA 22306-2330
9457975         +DC Government,   1101 4th Street SW,   Suite W210,   Washington, DC 20024-4457
9457976         +DC Government,   1101 4th Street SW,   Suite W210,
                 Washington, District of Columbia 20024-4457
9457977         +DDRM Largo Town Center, LLC,   DDR Corp.,   3300 Enterprise Parkway,
                 Beachwood, Ohio 44122-7200
9457843          Department of Revenue,   Jefferson County Courthouse,   Birmingham  AL  35263
9457981         +ERDA LLC,   c/o Mr. Daniel Feld, Manager,   12600 Cumpston Street,
                 Valley Village, CA 91607-1912
9457982         +ERDA LLC,   c/o Mr. Daniel Feld, Manager,   12600 Cumpston Street,
                 Valley Village, California 91607-1912
9457979         +Elizabeth Jelks,   8512 English Oak Loop,   Montgomery, AL 36117-6822
9457980         +Elizabeth Jelks,   8512 English Oak Loop,   Montgomery, Alabama 36117-6822
9457983         +Etowah County,   c/o RDS,   PO Box 830725,   Birmingham, AL 35283-0725
9457984          Firemaster,   Dept 1019,   PO Box 121019,   Dallas, TX 75312-1019
```

```
9457985     +First Insurance Funding,   450 Skokie Blvd., Ste. 1000,   Northbrook, IL 60062-7917
9457986     +Flowers Baking Company of Birmingham,   900 16th Street N,   Birmingham, AL 35203-1017
9457987     +Fred Garfield,   Spain Gillon,   2117 Second Avenue N,   Birmingham, AL 35203-3753
9457840      General Counsel,   State Department of,   Industrial Relations,   Montgomery AL  36102
9457988     +Good Hope Investments, LLC,   9109 Lucky Estates Dr.,   Vienna, Virginia 22182-1746
9457990     +HJK LLC,   PO Box 175,   Lincoln, AL 35096-0175
9457991     +HJK LLC,   PO Box 175,   Lincoln, Alabama 35096-0175
9457992     +HRS,   PO Box 1624,   Huntsville, AL 35807-0624
9457996     +IRH Capital,   707 Skokie Blvd., Ste. 540,   Northbrook, IL 60062-2895
9457995     +Iqbal Kaisani,   10501 N. Central Expressway, Ste. 106,   Dallas, TX 75231-2203
9457997     +J T Smallwood - Tax Collector,   Room 160,   716 Richard Arrington Blvd. N.,
             Birmingham, AL 35203-0112
9457998     +Jefferson County EDU Sales Tax,   716 Richard Arrington Jr. Blvd. N.,
             Birmingham, AL 35203-0100
9457999     +Jefferson County Sales Tax,   716 Richard Arrington Jr. Blvd. N.,   Birmingham, AL 35203-0100
9458000     +Johnson Service Company,   2812 Ruffner Rd,   Birmingham, AL 35210-3916
9458002     +Kelly Pruitt,   1463 Secretariat Dr.,   Helena, AL 35080-4138
9458003     +Libert Mutual/Cobbs Allen Hall,   115 Office Park Dr., Ste. 200,
             Mountain Brook, AL 35223-2423
9458004     +Libert Mutual/Cobbs Allen Hall,   115 Office Park Dr., Ste. 200,
             Mountain Brook, Alabama 35223-2423
9458005     +Little Caesars Caesar Fund Inc.,   2211 Woodward Ave.,   Detroit, MI 48201-3467
9458006     +Little Caesars Caesar Fund Inc.,   2211 Woodward Ave.,   Detroit, Michigan 48201-3467
9458007     +Little Caesars Corporate,   2211 Woodward Ave.,   Detroit, MI 48201-3467
9458008     +Little Caesars Corporate,   2211 Woodward Ave.,   Detroit, Michigan 48201-3467
9458012     +Lucinda Leeth,   3805 Cromwell Drive,   Birmingham, AL 35243-5512
9458013     +MACRO LEASE,   185 Express Street, Ste. 100,   Plainview, NY 11803-2406
9458014     +Macrolease Corporation,   185 Express St.,   Suite 100,   Plainview, NY 11803-2406
9458015     +Mark Williams,   PO Box 551267,   Jacksonville, FL 32255-1267
9458017     +Mark Williams,   10501 N. Central Expressway, Ste. 106,   Dallas, TX 75231-2203
9458019     +Marlin Business Bank,   2795 E Cottonwood Pkwy, Ste. 120,   Salt Lake City, UT 84121-7092
9458020     +Marlow Heights Shopping Center, LP,   c/o Gelman Management Co.,   2120 L Street NW,
             Suite 800,   Washington, District of Columbia 20037-1549
9458021     +Martha Sams,   1541 Prairie Lane,   Montgomery, AL 36117-3414
9458022     +Martha Sams,   1541 Prairie Lane,   Montgomery, Alabama 36117-3414
9458023     +Maryland Child Support Account,   PO Box 17396,   Baltimore, MD 21297-1396
9458024     +Maryland Child Support Account,   PO Box 17396,   Baltimore, Maryland 21297-1396
9458025     +Maverick VI, LLC,   12612 Waterspout Court,   Owings Mills, Maryland 21117-1006
9458026     +Melissa Hayward,   10501 N. Central Expressway, Suite 106,   Dallas , TX 75231-2203
9458027     +Merchant Cash Cloud,   5757 NW 151st Street,   Miami Lakes, FL 33014-2482
9458028     +Merchant Cash Cloud,   5757 NW 151st Street,   Miami Lakes, Florida 33014-2482
9458029      Muzak,   Focus Four LLC,   PO Box 638793,   Cincinnati, OH 45263-8793
9458031     +NASA Federal Credit Union,   PO Box 1588,   Bowie, MD 20717-1588
9458030     +NASA Federal Credit Union,   500 Prince Georges Blvd.,   Upper Marlboro, MD 20774-8732
9458034     +NCMIC Finance Company,   14001 University Avenue,   Clive, Iowa 50325-8273
9458032     +Navin Kaisani,   10501 N. Central Expressway, Ste. 106,   Dallas, TX 75231-2203
9458033     +Navitas,   111 Executive Ctr Dr.,   Suite 102,   Columbia, SC 29210-8414
9458036     +ONEILAATS LLC,   10879 Coral Shores Dr # 210,   Jacksonville, FL 32256-2128
9458037     +ONEILAATS LLC,   10879 Coral Shores Dr # 210,   Jacksonville, Florida 32256-2128
9458040     +PEPSICO,   1100 Reynolds Blvd.,   Winston-Salem, NC 27105-3400
9458041     +Pervez Kaisani,   10501 N. Central Expressway, Ste. 106,   Dallas, TX 75231-2203
9458044     +RDS,   PO Box 830725,   Birmingham, AL 35283-0725
9458054     +RLC Funding, a division of Navitas Lease,   111 Executive Center Dr.,   Suite 102,
             Columbia, SC 29210-8414
9458045     +Receivables Advance,   P.O. Box 15270,   Irvine, CA 92623-5270
9458046     +Regency Centers Corporation,   One Independent Drive,   Suite 114,
             Jacksonville, FL 32202-5005
9458048     +Richard Blount Construction, LLC,   163 Haygood Ave. SE,   Atlanta, GA 30315-1928
9458051     +Richard Ruggiero,   PO Box 551267,   Jacksonville, FL 32255-1267
9458050     +Richard Ruggiero,   10501 N. Central Expressway, Ste. 106,   Dallas, TX 75231-2203
9458052     +Rivertowne Center ACQ,   8 Industrial Way,   East Eatonton, New Jersey 07724-3317
9458064     +SUSQUEHANNA SALT LAKE LLC,   136 E South Temple, Ste. 1400,   Salt Lake City, Utah 84111-1143
9458055     +Sartino, Inc.,   5285 Briarwood Circle,   Pinson, AL 35126-2986
9457847     +Secretary of the Treasury,   1500 Pennsylvania Ave., NW,   Washington, DC 20220-0001
9458056      SecureConnect/Trustwave,   75 Remittance Drive,   Dept. 1999,   Chicago, IL 60675-1999
9458057     +Sharp Realty,   Attn: Accounts Receivable,   400 Union Hill Dr.,   Birmingham, AL 35209-2064
9458058     +Silver Hill II,   Combined Properties,   1255 22nd Street, NW,
             Washington, District of Columbia 20037-1225
9458059     +Stanley,   8350 Sunlight Drive,   Fishers, IN 46037-6700
9457839     +State Department of Revenue,   P O Box 1927,   Pelham AL 35124-5927
9458062     +Steritech,   PO Box 472127,   Charlotte, NC 28247-2127
9458063     +Steritech,   PO Box 472127,   Charlotte, North Carolina 28247-2127
9458061     +Steritech,   PO Box 471127,   Charlotte, NC 28247-1127
9458065     +The Coca-Cola Company,   One Coca-Cola Plaza,   Atlanta, GA 30313-2499
9458066     +The Hartford,   8711 University East Drive,   Charlotte, NC 28213-4233
9458067     +The Hartford,   8711 University East Drive,   Charlotte, North Carolina 28213-4233
9458068      Tyco Security,   c/o ADT Security Services, Inc.,   PO Box 371967,   Pittsburgh, PA 15250-7967
9458069     +U.S. Bank Equipment Finance,   A division of U.S. Bank N.A.,   1310 Madrid Street,
             Marshall, MN 56258-4099
9458071      USB Equipment Finance,   220 26th Street,   Minniapolis, MN
```

```
9458072        +USRP I, LLC,   Attn: Legal Dept.,   One Independent Dr.,   Suite 114,
                Jacksonville, Florida 32202-5005
9458070        +UniFi Equipment Finance,   3893 Research Park Drive,   Ann Arbor, MI 48108-2217
9457848        +United States Attorney,   Northern District of Alabama,   1801 Fourth Avenue North,
                Birmingham, AL 35203-2101
9458073        +Verizon Business,   PO Box 660720,   Dallas, TX 75266-0720
9458074        +Verizon Business,   PO Box 660720,   Dallas, Texas 75266-0720
9458075       ++WAND CORPORATION,   7575 CORPORATE WAY,   EDEN PRAIRIE MN 55344-2022
                (address filed with court: Wand Corporation,   7593 Corporate Way,   Eden Prairie, MN 55344)
9458082        WSSC,   1405 Swetizer Lane,   Laurel, MD 20707
9458078        +Wazir Kaisani,   10501 N. Central Expressway, Ste. 106,   Dallas, TX 75231-2203
9458085        YES Energy Management,   PO Box 660901,   Dallas, TX 75266-0901
9458083        +Yellowstone,   30 Broad Street,   14th FL, Ste. 1462,   New York, NY 10004-2304
9458084        +Yellowstone,   30 Broad Street,   14th FL, Ste. 1462,   New York, New York 10004-2304
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg            +E-mail/Text: bnc_notices_southern@alnba.uscourts.gov Aug 26 2017 01:30:07     Thomas Corbett,
                BA Birmingham,   1800 5th Avenue North,   Birmingham, AL 35203-2111
cr             +E-mail/Text: cstewart@Burr.com Aug 26 2017 01:31:15     Checkers Drive-In Restaurants, Inc.,
                c/o Burr & Forman LLP,   Derek Meek,   420 N 20th St, Ste 3400,   Birmingham, AL 35203-5210
ba             +E-mail/Text: bnc_notices_southern@alnba.uscourts.gov Aug 26 2017 01:30:07     J. Thomas Corbett,
                Bankruptcy Administrator,   1800 5th Avenue North,   Birmingham, AL 35203-2111
9457929         E-mail/Text: dhrcscbu@dhr.alabama.gov Aug 26 2017 01:28:34
                Alabama Child Support Payment Ctr,   PO Box244015,   Montgomery, AL 36124-4015
9457933        +E-mail/Text: bankruptcy@alagasco.com Aug 26 2017 01:31:57     Alabama Gas Corporation,
                605 Richard Arrington Blvd N,   Birmingham, AL 35203-2707
9457934        +E-mail/Text: G2APCBANK@southernco.com Aug 26 2017 01:29:11     Alabama Power,   PO Box 242,
                Birmingham, AL 35292-0001
9457943        +E-mail/Text: bnc_notices_southern@alnba.uscourts.gov Aug 26 2017 01:30:07
                Bankruptcy Administrator,   1800 5th Avenue North,   Birmingham, AL 35203-2111
9457944        +E-mail/Text: jeanetta@bessemerutilities.com Aug 26 2017 01:29:33     Bessemer Utilities,
                PO Box 1246,   Bessemer, AL 35021-1299
9457842         E-mail/Text: lola.small@labor.alabama.gov Aug 26 2017 01:29:25
                Birmingham District Tax Office,   P O Box 13156,   Birmingham  AL  35202-3156
9457951         E-mail/Text: bankruptcy@brinksinc.com Aug 26 2017 01:31:26     Brinks,   PO Box 101031,
                Atlanta, GA 30392-1031
9457952         E-mail/Text: bankruptcy@brinksinc.com Aug 26 2017 01:31:26     Brinks,   PO Box 101031,
                Atlanta, Georgia 30392-1031
9457978        +E-mail/Text: B@directcapital.com Aug 26 2017 01:32:21     Direct Capital,   155 Commerce Way,
                Portsmouth, NH 03801-3243
9457844         E-mail/Text: cio.bncmail@irs.gov Aug 26 2017 01:28:42     Internal Revenue Service,
                801 Tom Martin Dr,   Birmingham AL 35211
9458010        +E-mail/Text: bankruptcy@loanme.com Aug 26 2017 01:31:52     Loanme,
                1900 S State College Blvd., Ste. 300,   Amaheim, CA 92806-6152
9458011        +E-mail/Text: bankruptcy@loanme.com Aug 26 2017 01:31:52     Loanme,
                1900 S State College Blvd., Ste. 300,   Amaheim, California 92806-6152
9458038        +E-mail/Text: Bankruptcy_General@pepco.com Aug 26 2017 01:29:41     PEPCO,   PO Box 13608,
                Philadelphia, PA 19101-3608
9458039        +E-mail/Text: Bankruptcy_General@pepco.com Aug 26 2017 01:29:41     PEPCO,   PO Box 13608,
                Philadelphia, Pennsylvania 19101-3608
9458047        +E-mail/Text: newbk@Regions.com Aug 26 2017 01:30:43     Regions Bank,   1900 Fifth Avenue North,
                Birmingham, AL 35203-2670
9458060         E-mail/Text: bankruptcy@revenue.alabama.gov Aug 26 2017 01:32:03     State of Alabama,
                Department of Revenue,   Legal Division,   PO Box 320001,   Montgomery, Alabama 36132-0001
9457841        +E-mail/Text: bankruptcy@revenue.alabama.gov Aug 26 2017 01:32:03
                State of Alabama Dept of Revenue,   P O Box 320001,   Montgomery AL 36132-0001
9457846        +E-mail/Text: atlreorg@sec.gov Aug 26 2017 01:29:48     U.S. Securities and Exchange Commission,
                Branch of Reorganization,   950 East Paces Ferry Road Ste 900,   Atlanta, GA 30326-1382
9457850        +E-mail/Text: bnc_notices_southern@alnba.uscourts.gov Aug 26 2017 01:30:07
                United States Bankruptcy Administrator,   Northern District of Alabama,
                1800 Fifth Avenue North,   Birmingham, AL 35203-2111
9458076        +E-mail/Text: Bankruptcy@washgas.com Aug 26 2017 01:30:31     Washington Gas,
                6801 Industrial Road,   Sprinfield, Virginia 22151-4205
9458077        +E-mail/Text: Bankruptcy@washgas.com Aug 26 2017 01:30:31     Washington Gas,
                6801 Industrial Road,   Sprinfield, VA 22151-4205
                                                                              TOTAL: 24
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
9457959         Child Support DC
9457989         Haynes Family
9458001         Kelly Hall
9458009         Liz Whidden
9458018         Mark Williams
9458035         NUCO2
9458043         Pervez Kaisani
9458049         Richard Ruggiero
9458081         WHP, LLC
9458080         Wazir Kaisani
```

```
9457924*      +ABC Burglar Alarm Systems, Inc.,   1532 A&B Pointer Ridge Place,   Bowie, Maryland 20716-1883
9457928*      +Al Kaisani,   10501 N. Central Expressway, Ste. 106,   Dallas, TX 75231-2203
9457993*      ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
               (address filed with court:  Internal Revenue Service,   801 Tom Martins Dr.,   Mail Stop 126,
                 Birmingham, Alabama 35211)
9457845*      ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
               (address filed with court:  Internal Revenue Service,   P O Box 21126,   Philadelphia PA 19114)
9457849*       Internal Revenue Service,   P.O. Box 7346,   Philadelphia, PA  19101-7346
9457994*      +Internal Revenue Service,   PO Box 7346,   Philadelphia, Pennsylvania 19101-7346
9458016*      +Mark Williams,   PO Box 551267,   Jacksonville, FL 32255-1267
9458042*      +Pervez Kaisani,   10501 N. Central Expressway, Ste. 106,   Dallas, TX 75231-2203
9458053*      +Rivertowne Center ACQ,   8 Industrial Way,   East Eatonton, New Jersey 07724-3317
9458079*      +Wazir Kaisani,   10501 N. Central Expressway, Ste. 106,   Dallas, TX 75231-2203
                                                                    TOTALS: 10, * 10, ## 0
```

```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 27, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 25, 2017 at the address(es) listed below:
        Daniel D Sparks    on behalf of Creditor    Customized Distribution, LLC ddsparks@csattorneys.com,
         dan-sparks-9722@ecf.pacerpro.com
        Derek F Meek    on behalf of Creditor    Checkers Drive-In Restaurants, Inc. dmeek@burr.com,
         mgunnells@burr.com
        Frederick Darrell Clarke, III    on behalf of Debtor    PG County Pizza, Inc. fclarke@rumberger.com,
         mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
        Frederick Darrell Clarke, III    on behalf of Debtor    BamaChex, Inc. fclarke@rumberger.com,
         mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
        Frederick Darrell Clarke, III    on behalf of Debtor    Alabama Partners, LLC fclarke@rumberger.com,
         mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
        Frederick Darrell Clarke, III    on behalf of Debtor    Maryland Pizza, Inc. fclarke@rumberger.com,
         mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
        Frederick Darrell Clarke, III    on behalf of Debtor    PG County Partners, LLC
         fclarke@rumberger.com,
         mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
        Frederick Darrell Clarke, III    on behalf of Debtor    Maryland LC Ventures, LLC
         fclarke@rumberger.com,
         mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
        James Phillip Roberts    on behalf of Creditor    Checkers Drive-In Restaurants, Inc.
         jroberts@burr.com
        Jeffery J Hartley    on behalf of Interested Party    R&F Birmingham, LLC jjh@helmsinglaw.com,
         ktm@helmsinglaw.com;dwc@helmsinglaw.com
        R. Scott Williams    on behalf of Debtor    Maryland Pizza, Inc. swilliams@rumberger.com,
         docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumber
         ger.com
        R. Scott Williams    on behalf of Debtor    PG County Pizza, Inc. swilliams@rumberger.com,
         docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumber
         ger.com
        R. Scott Williams    on behalf of Debtor    Maryland LC Ventures, LLC swilliams@rumberger.com,
         docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumber
         ger.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

    R. Scott Williams   on behalf of Debtor   Alabama Partners, LLC swilliams@rumberger.com,
     docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumber
     ger.com
    R. Scott Williams   on behalf of Debtor   PG County Partners, LLC swilliams@rumberger.com,
     docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumber
     ger.com
    R. Scott Williams   on behalf of Debtor   BamaChex, Inc. swilliams@rumberger.com,
     docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumber
     ger.com
    Robert H Adams   on behalf of Debtor   PG County Pizza, Inc. radams@rumberger.com,
     mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberg
     er.com
    Robert H Adams   on behalf of Debtor   Alabama Partners, LLC radams@rumberger.com,
     mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberg
     er.com
    Robert H Adams   on behalf of Debtor   Maryland LC Ventures, LLC radams@rumberger.com,
     mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberg
     er.com
    Robert H Adams   on behalf of Debtor   PG County Partners, LLC radams@rumberger.com,
     mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberg
     er.com
    Robert H Adams   on behalf of Debtor   Maryland Pizza, Inc. radams@rumberger.com,
     mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberg
     er.com
    Robert H Adams   on behalf of Debtor   BamaChex, Inc. radams@rumberger.com,
     mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberg
     er.com

                                   TOTAL: 22

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE : | ) | Chapter 11 |
| | ) | |
| ALABAMA PARTNERS, LLC, | ) | Case No. 17–03469-TOM11 |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| IN RE : | ) | Chapter 11 |
| | ) | |
| BAMACHEX, INC., | ) | Case No. 17–03471- TOM11 |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| IN RE : | ) | Chapter 11 |
| | ) | |
| MARYLAND LC VENTURES, LLC, | ) | Case No. 17–03472- TOM11 |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| IN RE : | ) | Chapter 11 |
| | ) | |
| MARYLAND PIZZA, INC., | ) | Case No. 17–03473- TOM11 |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| IN RE : | ) | Chapter 11 |
| | ) | |
| PG COUNTY PARTNERS LLC, | ) | Case No. 17–03474- TOM11 |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| IN RE : | ) | Chapter 11 |
| | ) | |
| PG COUNTY PIZZA, INC., | ) | Case No. 17–03475- TOM11 |
| Debtor. | ) | |
| _____ | ) | |

---

**ORDER PURSUANT TO FED. R. BANKR. P. 1015(b)**
**DIRECTING JOINT ADMINISTRATION OF CHAPTER 11 CASES**

---

Upon the motion (the "Motion"),[1] dated August 11, 2017, of Alabama Partners, LLC and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), pursuant to Rule 1015(b) of the Federal Bankruptcy Rules, for entry of an order directing the joint administration of the Debtors' related chapter 11 cases for procedural purposes only, all as more fully set forth in the Motion; and the Court having jurisdiction to consider the Motion and relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the General Order of Reference; and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided, and it appearing that no other further notice need be provided; and the Court having reviewed the Motion; and the Court having held a hearing to consider the relief requested in the Motion (the "Hearing"); and upon the record of the Hearing; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and it appearing that the relief requested in the Motion is in the best interest of the Debtors, their estates and creditors, and all parties in interest; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the Motion is granted as set forth herein; and it is further

ORDERED that the Debtors' chapter 11 cases are hereby consolidated for procedural purposes only and shall be jointly administered by the Court; and it is further

---

[1] Capitalized terms used but not otherwise defined herein shall have the respective meanings ascribed to such terms in the Motion.

ORDERED that nothing contained in this ORDER shall be deemed or construed as directing or otherwise affecting the substantive consolidation of any of the Debtors' chapter 11 cases; and it is further

ORDERED that the caption of the jointly administered cases shall read as follows:

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **IN RE :** | ) | **Chapter 11** |
| | ) | |
| **ALABAMA PARTNERS, LLC,** *et al.*, | ) | **Case No.  17–03469-TOM11** |
| | ) | |
| **Debtors.**[1] | ) | **(Jointly Administered)** |
| | ) | |

The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, if any, are: Alabama Partners, LLC (7131); BamaChex, Inc. (6953); Maryland LC Ventures, LLC (6974); Maryland Pizza, Inc. (6929); PG County Partners LLC (2811); and PG County Pizza, Inc. (3902). The service address for each of the Debtors is P.O. Box 551267, Jacksonville, FL 32255.

; and it is further

ORDERED that a docket entry shall be made in the chapter 11 cases of Alabama Partners, LLC; BamaChex, Inc.; Maryland LC Ventures, LLC; Maryland Pizza, Inc.; PG County Partners LLC; and PG County Pizza, Inc. substantially as follows:

> An Order has been entered in accordance with Rule 1015(b) of the Bankrupcty Rules directing the procedural consolidation and joint administration of Alabama Partners, LLC; BamaChex, Inc.; Maryland LC Ventures, LLC; Maryland Pizza, Inc.; PG County Partners LLC; and PG County Pizza, Inc.  The docket in Case No. 17–03496–TOM11 should be consulted for all matter affecting this case.

; and it is further

ORDERED that the Debtors may file their monthly operating reports, as required by the Bankruptcy Administrator for the Northern District of Alabama, by consolidating the information required for each Debtor in two reports – one report for the Alabama entities

Alabama Partners, LLC and BamaChex, Inc.; and one for the Maryland entities Maryland LC Ventures, LLC, Maryland Pizza, Inc., PG County Partners LLC, and PG County Pizza, Inc.; and it is further

ORDERED that the Debtors are authorized to take all action necessary to the relief granted in this Order; and it is further

ORDERED that the Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order.


Dated: August 25, 2017


/s/ Tamara O. Mitchell
UNITED STATES BANKRUPTCY JUDGE