```
United States Bankruptcy Court
Northern District of Alabama
```

In re:                                                                               Case No. 17-03469-TOM
Alabama Partners, LLC                                                                Chapter 11
        Debtor

# CERTIFICATE OF NOTICE

District/off: 1126-2         User: rharless           Page 1 of 2            Date Rcvd: Aug 25, 2017
                             Form ID: pdf000          Total Noticed: 12

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 27, 2017.
db           +Alabama Partners, LLC,    PO Box 551267,    Jacksonville, FL 32255-1267
aty          +Abigail M. McGibbon,    Gray Plant Mooty Mooty and Bennett PA,    500 IDS Center,
               80 South Eighth St,    Minneapolis, MN 55402-2100
aty          +Julian Vasek,    Hayward & Associates PLLC,    10501 N Central Expy Ste 106,
               Dallas, TX 75231-2203
aty          +Leah Fiorenza McNeill,    Bryan Cave LLP,    1201 W Peachtree St NW 14tyh Floor,
               Atlanta, GA 30309-3449
aty          +Mark I. Duedall,    Bryan Cave LLP,    1201 W Peachtree St NW 14tyh Floor,
               Atlanta, GA 30309-3449
aty          +Melissa S. Hayward,    Hayward & Associates PLLC,    10501 N Central Expy Ste 106,
               Dallas, TX 75231-2203
aty          +Phillip W. Bohl,    Gray Plant Mooty Mooty and Bennett PA,    500 IDS Center,
               80 South Eighth St,    Minneapolis, MN 55402-2100
br           +Advanced Restaurant Sales,    111 Village Parkway Bldg #2,    Marietta, GA 30067-4013
cr           +Customized Distribution, LLC,    % Daniel Sparks,    Christian & Small LLP,
               1800 Financial Center,    505 North 20th Street,    Birmingham, AL 35203-4633

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          +E-mail/Text: bnc_notices_southern@alnba.uscourts.gov Aug 26 2017 01:30:08      Thomas Corbett,
               BA Birmingham,    1800 5th Avenue North,    Birmingham, AL 35203-2111
cr           +E-mail/Text: cstewart@Burr.com Aug 26 2017 01:31:15      Checkers Drive-In Restaurants, Inc.,
               c/o Burr & Forman LLP,    Derek Meek,    420 N 20th St, Ste 3400,    Birmingham, AL 35203-5210
ba           +E-mail/Text: bnc_notices_southern@alnba.uscourts.gov Aug 26 2017 01:30:08      J. Thomas Corbett,
               Bankruptcy Administrator,    1800 5th Avenue North,    Birmingham, AL 35203-2111
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 27, 2017                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 25, 2017 at the address(es) listed below:
              Daniel D Sparks    on behalf of Creditor    Customized Distribution, LLC ddsparks@csattorneys.com,
               dan-sparks-9722@ecf.pacerpro.com
              Derek F Meek    on behalf of Creditor    Checkers Drive-In Restaurants, Inc. dmeek@burr.com,
               mgunnells@burr.com
              Frederick Darrell Clarke, III    on behalf of Debtor    PG County Pizza, Inc. fclarke@rumberger.com,
               mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
              Frederick Darrell Clarke, III    on behalf of Debtor    BamaChex, Inc. fclarke@rumberger.com,
               mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
              Frederick Darrell Clarke, III    on behalf of Debtor    Alabama Partners, LLC fclarke@rumberger.com,
               mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
              Frederick Darrell Clarke, III    on behalf of Debtor    Maryland Pizza, Inc. fclarke@rumberger.com,
               mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
              Frederick Darrell Clarke, III    on behalf of Debtor    PG County Partners, LLC
                fclarke@rumberger.com,
               mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
              Frederick Darrell Clarke, III    on behalf of Debtor    Maryland LC Ventures, LLC
                fclarke@rumberger.com,
               mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
              James Phillip Roberts    on behalf of Creditor    Checkers Drive-In Restaurants, Inc.
                jroberts@burr.com
```

```
District/off: 1126-2           User: rharless              Page 2 of 2                   Date Rcvd: Aug 25, 2017
                               Form ID: pdf000             Total Noticed: 12
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Jeffery J Hartley   on behalf of Interested Party   R&F Birmingham, LLC jjh@helmsinglaw.com, ktm@helmsinglaw.com;dwc@helmsinglaw.com

        R. Scott Williams   on behalf of Debtor   Maryland Pizza, Inc. swilliams@rumberger.com, docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumberger.com

        R. Scott Williams   on behalf of Debtor   PG County Pizza, Inc. swilliams@rumberger.com, docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumberger.com

        R. Scott Williams   on behalf of Debtor   Maryland LC Ventures, LLC swilliams@rumberger.com, docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumberger.com

        R. Scott Williams   on behalf of Debtor   Alabama Partners, LLC swilliams@rumberger.com, docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumberger.com

        R. Scott Williams   on behalf of Debtor   PG County Partners, LLC swilliams@rumberger.com, docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumberger.com

        R. Scott Williams   on behalf of Debtor   BamaChex, Inc. swilliams@rumberger.com, docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumberger.com

        Robert H Adams   on behalf of Debtor   PG County Pizza, Inc. radams@rumberger.com, mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberger.com

        Robert H Adams   on behalf of Debtor   Alabama Partners, LLC radams@rumberger.com, mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberger.com

        Robert H Adams   on behalf of Debtor   Maryland LC Ventures, LLC radams@rumberger.com, mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberger.com

        Robert H Adams   on behalf of Debtor   PG County Partners, LLC radams@rumberger.com, mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberger.com

        Robert H Adams   on behalf of Debtor   Maryland Pizza, Inc. radams@rumberger.com, mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberger.com

        Robert H Adams   on behalf of Debtor   BamaChex, Inc. radams@rumberger.com, mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberger.com

        TOTAL: 22

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE : | ) | Chapter 11 |
| | ) | |
| ALABAMA PARTNERS, LLC, *et al.*, | ) | Case No. 17–03469-TOM11 |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |

## FINAL ORDER REGARDING CASH MANAGEMENT MOTION

This matter came to be heard upon the motion ("Motion") of Alabama Partners, LLC and its debtor affiliates as debtors and debtors-in-possession (collectively the "Debtors") for authorization pursuant to §§ 105(a) and 363 of title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.*, (the "Bankruptcy Code") to continue use of existing cash management systems and to maintain existing bank accounts. The Court previously granted the Motion on an interim basis (Doc. 26) and set the Motion for rehearing on August 23, 2016.

The Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; notice of this Motion having been provided and it appearing that no other or further notice need be given; and upon the record herein; and after due deliberation and sufficient cause appearing therefore, it is hereby

**ORDERED** that the Motion is **GRANTED** in its entirety; and it is further

**ORDERED** that Debtors are authorized to continue their customary cash management procedures in the ordinary course, <u>provided</u>, <u>however</u>, that Debtors shall maintain records of all transactions within their respective cash management systems so that all transfers and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, if any, are: Alabama Partners, LLC (7131); BamaChex, Inc. (6953); Maryland LC Ventures, LLC (6974); Maryland Pizza, Inc. (6929); PG County Partners LLC (2811); and PG County Pizza, Inc. (3902). The service address for each of the Debtors is P.O. Box 551267, Jacksonville, FL 32255.

transactions will be documented in their respective books and records to the same extent such information was maintained by Debtors prior to the commencement of their chapter 11 cases (the "Petition Date"); and it is further

**ORDERED** that Debtors are authorized to (1) designate, maintain, and continue to use any and all of their respective, existing bank accounts in the names and with the account numbers existing immediately prior to the Petition Date, (2) deposit funds in and withdraw funds from their respective accounts accounts by all usual means including, without limitation, cash, checks, wire transfers, Automated Clearing House transfers, and other debits, and (3) treat their respective pre-petition bank accounts for all purposes as debtors-in-possession accounts, and it is further

**ORDERED** that the banks and financial institutions at which Debtors' respective bank accounts are maintained (collectively, the "Banks") are authorized to continue to service and administer the applicable bank accounts as accounts of the Debtors as debtors-in-possession without interruption and in the usual and ordinary course, and to receive, process and honor and pay any and all checks, drafts, wires, or automated clearing house transfers ("ACH Transfers") drawn on the bank accounts after the Petition Date by the holders or makers thereof, as the case may be; and it is further

**ORDERED** that nothing contained herein shall prevent any Debtor from opening any additional bank account, or closing any existing bank account(s) as they may deem necessary and appropriate, and the Banks are authorized to honor their respective Debtor's requests to open and close, as the case may be, such bank accounts or additional bank accounts; <u>provided</u>, <u>however</u>, that any new account shall be with a bank that is insured with the Federal Deposit

Insurance Corporation or the Federal Savings and Loan Insurance Corporation and that is organized under the laws of the United States or any State herein; and it is further

ORDERED that, within two days after opening or closing an account, the responsible Debtor shall give the Bankruptcy Administrator notice of such opening or closing and a copy of the signature card; and it is further

ORDERED that any and all accounts opened by the Debtors on or after the Petition Date at any Bank shall, for all purposes under this Order, similarly be subject to the rights and obligations of this Order; and it is further

ORDERED that Debtors and the Banks are hereby authorized to continue to perform pursuant to the terms of any pre-petition agreements that may exist between them, except and to the extent otherwise directed by the terms of this Order, and Debtors are authorized to pay their respective Banks any fees, expenses or other amounts due in connection with such agreements arising prior to or after the Petition Date. The parties to such agreements shall continue to enjoy the rights and remedies afforded them under such agreements, except to the extent modified by the terms of this Order or by operation of the bankruptcy Code; and it is further

ORDERED that operation of the cash management systems shall not affect any liens on the cash held in the cash management system, all of which are expressly preserved.

Dated August 25, 2017.

/s/ Tamara O. Mitchell
UNITED STATES BANKRUPTCY JUDGE