United States Bankruptcy Court
Northern District of Alabama

In re:                                                          Case No. 17-03469-TOM
Alabama Partners, LLC                                          Chapter 11
          Debtor

# CERTIFICATE OF NOTICE

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 27, 2017.
```
db             +Alabama Partners, LLC,    PO Box 551267,   Jacksonville, FL 32255-1267
aty            +Abigail M. McGibbon,   Gray Plant Mooty Mooty and Bennett PA,   500 IDS Center,
                80 South Eighth St,   Minneapolis, MN 55402-2100
aty            +Julian Vasek,   Hayward & Associates PLLC,   10501 N Central Expy Ste 106,
                Dallas, TX 75231-2203
aty            +Leah Fiorenza McNeill,   Bryan Cave LLP,   1201 W Peachtree St NW 14tyh Floor,
                Atlanta, GA 30309-3449
aty            +Mark I. Duedall,   Bryan Cave LLP,   1201 W Peachtree St NW 14tyh Floor,
                Atlanta, GA 30309-3449
aty            +Melissa S. Hayward,   Hayward & Associates PLLC,   10501 N Central Expy Ste 106,
                Dallas, TX 75231-2203
aty            +Phillip W. Bohl,   Gray Plant Mooty Mooty and Bennett PA,   500 IDS Center,
                80 South Eighth St,   Minneapolis, MN 55402-2100
br             +Advanced Restaurant Sales,  111 Village Parkway Bldg #2,   Marietta, GA 30067-4013
cr             +Customized Distribution, LLC,   % Daniel Sparks,   Christian & Small LLP,
                1800 Financial Center,   505 North 20th Street,   Birmingham, AL 35203-4633
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            +E-mail/Text: bnc_notices_southern@alnba.uscourts.gov Aug 26 2017 01:30:06    Thomas Corbett,
                BA Birmingham,   1800 5th Avenue North,   Birmingham, AL 35203-2111
cr             +E-mail/Text: cstewart@Burr.com Aug 26 2017 01:31:15      Checkers Drive-In Restaurants, Inc.,
                c/o Burr & Forman LLP,   Derek Meek,   420 N 20th St, Ste 3400,   Birmingham, AL 35203-5210
ba             +E-mail/Text: bnc_notices_southern@alnba.uscourts.gov Aug 26 2017 01:30:06    J. Thomas Corbett,
                Bankruptcy Administrator,   1800 5th Avenue North,   Birmingham, AL 35203-2111
                                                                                           TOTAL: 3
```
           ***** BYPASSED RECIPIENTS *****
NONE.                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 27, 2017                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 25, 2017 at the address(es) listed below:
```
              Daniel D Sparks   on behalf of Creditor   Customized Distribution, LLC ddsparks@csattorneys.com,
               dan-sparks-9722@ecf.pacerpro.com
              Derek F Meek   on behalf of Creditor   Checkers Drive-In Restaurants, Inc. dmeek@burr.com,
               mgunnells@burr.com
              Frederick Darrell Clarke, III   on behalf of Debtor   PG County Pizza, Inc. fclarke@rumberger.com,
               mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
              Frederick Darrell Clarke, III   on behalf of Debtor   BamaChex, Inc. fclarke@rumberger.com,
               mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
              Frederick Darrell Clarke, III   on behalf of Debtor   Alabama Partners, LLC fclarke@rumberger.com,
               mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
              Frederick Darrell Clarke, III   on behalf of Debtor   Maryland Pizza, Inc. fclarke@rumberger.com,
               mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
              Frederick Darrell Clarke, III   on behalf of Debtor   PG County Partners, LLC
               fclarke@rumberger.com,
               mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
              Frederick Darrell Clarke, III   on behalf of Debtor   Maryland LC Ventures, LLC
               fclarke@rumberger.com,
               mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
              James Phillip Roberts   on behalf of Creditor   Checkers Drive-In Restaurants, Inc.
               jroberts@burr.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Jeffery J Hartley   on behalf of Interested Party   R&F Birmingham, LLC jjh@helmsinglaw.com,
          ktm@helmsinglaw.com;dwc@helmsinglaw.com
          R. Scott Williams   on behalf of Debtor   Maryland Pizza, Inc. swilliams@rumberger.com,
          docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumber
          ger.com
          R. Scott Williams   on behalf of Debtor   PG County Pizza, Inc. swilliams@rumberger.com,
          docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumber
          ger.com
          R. Scott Williams   on behalf of Debtor   Maryland LC Ventures, LLC swilliams@rumberger.com,
          docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumber
          ger.com
          R. Scott Williams   on behalf of Debtor   Alabama Partners, LLC swilliams@rumberger.com,
          docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumber
          ger.com
          R. Scott Williams   on behalf of Debtor   PG County Partners, LLC swilliams@rumberger.com,
          docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumber
          ger.com
          R. Scott Williams   on behalf of Debtor   BamaChex, Inc. swilliams@rumberger.com,
          docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumber
          ger.com
          Robert H Adams   on behalf of Debtor   PG County Pizza, Inc. radams@rumberger.com,
          mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberg
          er.com
          Robert H Adams   on behalf of Debtor   Alabama Partners, LLC radams@rumberger.com,
          mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberg
          er.com
          Robert H Adams   on behalf of Debtor   Maryland LC Ventures, LLC radams@rumberger.com,
          mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberg
          er.com
          Robert H Adams   on behalf of Debtor   PG County Partners, LLC radams@rumberger.com,
          mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberg
          er.com
          Robert H Adams   on behalf of Debtor   Maryland Pizza, Inc. radams@rumberger.com,
          mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberg
          er.com
          Robert H Adams   on behalf of Debtor   BamaChex, Inc. radams@rumberger.com,
          mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberg
          er.com
                                                                              TOTAL: 22

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE : | ) | Chapter 11 |
| | ) | |
| ALABAMA PARTNERS, LLC, *et al.*, | ) | Case No. 17–03469-TOM11 |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| _____ | ) | |

## ORDER AUTHORIZING USE OF CASH COLLATERAL ON AN INTERIM BASIS

This matter came before the Court on August 23, 2017, on Debtors' Motion for Interim Order and Final Order Authorizing Use of Cash Collateral Pursuant to 11 U.S.C. § 363(c)(2) and Rule 4001(b) of the Federal Rules of Bankruptcy Procedure (the "Motion"). The Court previously granted the Motion on a temporary basis pending further interim hearing (Doc. 24).

Based upon the arguments, testimony and pleadings before the Court, it is hereby

**ORDERED** that subject to the terms of this Order, the Motion is granted on an interim basis pending a final hearing; and it is further

**ORDERED** that the Debtor is authorized, on an interim basis, to use the Cash Collateral to pay pre-petition payroll and employee expense reimbursement obligations and to use the Cash Collateral in accordance with the Interim Budget attached to the Motion as **Exhibits A**, **B**, and **C** on the terms and conditions in the Motion, as modified by the terms of this Order, pending a final hearing on the motion; and it is further

**ORDERED** that counsel for the Debtors shall submit amended budgets, as noted on the record in open court, no later than September 15, 2017; and it is further

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, if any, are: Alabama Partners, LLC (7131); BamaChex, Inc. (6953); Maryland LC Ventures, LLC (6974); Maryland Pizza, Inc. (6929); PG County Partners LLC (2811); and PG County Pizza, Inc. (3902). The service address for each of the Debtors is P.O. Box 551267, Jacksonville, FL 32255.

**ORDERED** that the adequate protection set forth in the Motion is approved on an interim basis; and it is further

**ORDERED** that, notwithstanding any other term or provision of this Order, pending a final hearing on the Motion, neither the Debtors nor the Debtors estates release or waive any claim or defense with respect to the Lenders' liens, claims or security interests; and it is further

**ORDERED** that the final hearing on the Motion is set for Monday, September 25, 2017, at 11:00 a.m.

Dated: August 25, 2017

/s/ Tamara O. Mitchell
UNITED STATES BANKRUPTCY JUDGE