In re:                                                                                              Case No. 17-03469-TOM  
Alabama Partners, LLC                                                       Chapter 11  
      Debtor

## CERTIFICATE OF NOTICE

District/off: 1126-2         User: rharless             Page 1 of 2               Date Rcvd: Aug 25, 2017  
                                 Form ID: pdf000         Total Noticed: 12

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 27, 2017.
db             +Alabama Partners, LLC,    PO Box 551267,    Jacksonville, FL 32255-1267
aty            +Abigail M. McGibbon,    Gray Plant Mooty Mooty and Bennett PA,    500 IDS Center,
                 80 South Eighth St,    Minneapolis, MN 55402-2100
aty            +Julian Vasek,    Hayward & Associates PLLC,    10501 N Central Expy Ste 106,
                 Dallas, TX 75231-2203
aty            +Leah Fiorenza McNeill,    Bryan Cave LLP,    1201 W Peachtree St NW 14tyh Floor,
                 Atlanta, GA 30309-3449
aty            +Mark I. Duedall,    Bryan Cave LLP,    1201 W Peachtree St NW 14tyh Floor,
                 Atlanta, GA 30309-3449
aty            +Melissa S. Hayward,    Hayward & Associates PLLC,    10501 N Central Expy Ste 106,
                 Dallas, TX 75231-2203
aty            +Phillip W. Bohl,    Gray Plant Mooty Mooty and Bennett PA,    500 IDS Center,
                 80 South Eighth St,    Minneapolis, MN 55402-2100
br             +Advanced Restaurant Sales,    111 Village Parkway Bldg #2,    Marietta, GA 30067-4013
cr             +Customized Distribution, LLC,    % Daniel Sparks,    Christian & Small LLP,
                 1800 Financial Center,    505 North 20th Street,    Birmingham, AL 35203-4633

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            +E-mail/Text: bnc_notices_southern@alnba.uscourts.gov Aug 26 2017 01:30:13      Thomas Corbett,
                 BA Birmingham,    1800 5th Avenue North,    Birmingham, AL 35203-2111
cr             +E-mail/Text: cstewart@Burr.com Aug 26 2017 01:31:15      Checkers Drive-In Restaurants, Inc.,
                 c/o Burr & Forman LLP,    Derek Meek,    420 N 20th St, Ste 3400,    Birmingham, AL 35203-5210
ba             +E-mail/Text: bnc_notices_southern@alnba.uscourts.gov Aug 26 2017 01:30:13      J. Thomas Corbett,
                 Bankruptcy Administrator,    1800 5th Avenue North,    Birmingham, AL 35203-2111
                                                                                              TOTAL: 3

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 27, 2017                                                                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 25, 2017 at the address(es) listed below:
              Daniel D Sparks     on behalf of Creditor    Customized Distribution, LLC ddsparks@csattorneys.com,
               dan-sparks-9722@ecf.pacerpro.com
              Derek F Meek     on behalf of Creditor    Checkers Drive-In Restaurants, Inc. dmeek@burr.com,
               mgunnells@burr.com
              Frederick Darrell Clarke, III     on behalf of Debtor    PG County Pizza, Inc. fclarke@rumberger.com,
               mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
              Frederick Darrell Clarke, III     on behalf of Debtor    BamaChex, Inc. fclarke@rumberger.com,
               mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
              Frederick Darrell Clarke, III     on behalf of Debtor    Alabama Partners, LLC fclarke@rumberger.com,
               mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
              Frederick Darrell Clarke, III     on behalf of Debtor    Maryland Pizza, Inc. fclarke@rumberger.com,
               mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
              Frederick Darrell Clarke, III     on behalf of Debtor    PG County Partners, LLC
                fclarke@rumberger.com,
               mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
              Frederick Darrell Clarke, III     on behalf of Debtor    Maryland LC Ventures, LLC
                fclarke@rumberger.com,
               mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
              James Phillip Roberts     on behalf of Creditor    Checkers Drive-In Restaurants, Inc.
                jroberts@burr.com
```

```
District/off: 1126-2           User: rharless              Page 2 of 2               Date Rcvd: Aug 25, 2017
                               Form ID: pdf000            Total Noticed: 12
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Jeffery J Hartley   on behalf of Interested Party   R&F Birmingham, LLC jjh@helmsinglaw.com, ktm@helmsinglaw.com;dwc@helmsinglaw.com
          R. Scott Williams   on behalf of Debtor   Maryland Pizza, Inc. swilliams@rumberger.com, docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumberger.com
          R. Scott Williams   on behalf of Debtor   PG County Pizza, Inc. swilliams@rumberger.com, docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumberger.com
          R. Scott Williams   on behalf of Debtor   Maryland LC Ventures, LLC swilliams@rumberger.com, docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumberger.com
          R. Scott Williams   on behalf of Debtor   Alabama Partners, LLC swilliams@rumberger.com, docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumberger.com
          R. Scott Williams   on behalf of Debtor   PG County Partners, LLC swilliams@rumberger.com, docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumberger.com
          R. Scott Williams   on behalf of Debtor   BamaChex, Inc. swilliams@rumberger.com, docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumberger.com
          Robert H Adams   on behalf of Debtor   PG County Pizza, Inc. radams@rumberger.com, mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberger.com
          Robert H Adams   on behalf of Debtor   Alabama Partners, LLC radams@rumberger.com, mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberger.com
          Robert H Adams   on behalf of Debtor   Maryland LC Ventures, LLC radams@rumberger.com, mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberger.com
          Robert H Adams   on behalf of Debtor   PG County Partners, LLC radams@rumberger.com, mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberger.com
          Robert H Adams   on behalf of Debtor   Maryland Pizza, Inc. radams@rumberger.com, mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberger.com
          Robert H Adams   on behalf of Debtor   BamaChex, Inc. radams@rumberger.com, mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberger.com

                                                                                                                                                                           TOTAL: 22

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE : | ) | Chapter 11 |
| | ) | |
| ALABAMA PARTNERS, LLC, *et al.*, | ) | Case No. 17–03469-TOM11 |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |

**FINAL ORDER REGARDING PRE-PETITION WAGES,
COMEPSNATION, AND EMPLOYEE BENEFITS**

This matter came to be heard upon the motion (this "Motion") of Alabama Partners, LLC and its debtor affiliates as debtors and debtors-in-possession (collectively the "Debtors") for an order pursuant to §§ 105(a) and 363(b) of the Bankruptcy Code for:

(i) authorization to pay accrued and unpaid Wage Obligations;

(ii) authorization for banks and financial institutions at which Debtors maintain accounts to honor all checks issued and fund transfers requested in respect of the Pre-Petition Obligations to the extent sufficient available funds are on deposit; provided that Debtors' banks and financial institutions are entitled to rely on the representations of Debtors as to which checks, drafts and fund transfer requests are issued and authorized to be paid in accordance with this Motion without any duty of further inquiry and without liability to any party following Debtors' instructions; and

(iii) authorization to issue new post-petition checks and drafts or to effect new fund transfer instructions, to replace any dishonored or rejected pre-petition checks, drafts, or fund transfer requests on account of the Pre-Petition Obligations.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, if any, are: Alabama Partners, LLC (7131); BamaChex, Inc. (6953); Maryland LC Ventures, LLC (6974); Maryland Pizza, Inc. (6929); PG County Partners LLC (2811); and PG County Pizza, Inc. (3902). The service address for each of the Debtors is P.O. Box 551267, Jacksonville, FL 32255.

This Court entered an interim order on August 16, 2017 (Doc. 25) granting the motion on an interim basis so that the Debtors could pay their prepetition wage obligations through Wednesday, August 23, 2017, as noted on the record in open court. The Motion was then set for rehearing on August 23, 2017, at 1:00 p.m.

Upon consideration of the Motion; the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and it appearing that notice of the Motion has been given and that no other or further notice is necessary; and having determined that the relief requested in the Motion is in the best interests of the Debtors, their estates, employees, and creditors and other parties in interest; and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefore, it is hereby

**ORDERED** that the Debtor's Motion is **GRANTED**;

**ORDERED** that the Debtor is authorized to honor and pay the Pre-Petition Obligations to the extent the Debtor has funds on hand to pay the Pre-Petition Obligations;

**ORDERED** that the Debtors are authorized to pay the Pre-Petition Obligations in a manner consistent with the Debtors' pre-petition business practices and policies, as set forth below:

> (i) Debtors are authorized to pay accrued and unpaid Wage Obligations;
>
> (ii) The banks and financial institutions at which Debtors maintain their accounts are authorized to honor all checks issued and fund transfers requested in respect of the Pre-Petition Obligations to the extent sufficient available funds are on deposit; provided that Debtors' banks and financial institutions are entitled to rely on the representations of Debtors as to which checks, drafts and fund transfer requests are issued and authorized to be paid in accordance with the Debtors' Motion without any duty of further inquiry and without liability to any party following Debtors' instructions; and

(iii) Debtors are authorized to issue new post-petition checks and drafts or to effect new fund transfer instructions, to replace any dishonored or rejected pre-petition checks, drafts, or fund transfer requests on account of the Pre-Petition Obligations.

**ORDERED** that the Debtors are authorized to pay the requested Pre-Petition Obligations without prejudice to the Debtors' right to seek additional or further relief in the future; and

**ORDERED** that the relief granted herein shall not constitute or be deemed an assumption or an authorization to assume any of such contracts, policies, plans, programs, practices, and procedures pursuant to Bankruptcy Code § 365.

**DATED** August 25, 2017.

/s/ Tamara O. Mitchell
UNITED STATES BANKRUPTCY JUDGE