# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| ALABAMA PARTNERS, LLC, et al. | ) | Case No. 17-03469-11-TOM |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR
## SERVICE OF NOTICES AND OTHER PAPERS

Melissa S. Hayward, Julian P. Vasek, and the law firm of Hayward & Associates PLLC, as counsel for Iqbar Kaisani, Wazir Kaisani, and Pervez Kaisani, appear in this bankruptcy case. Pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure, Ms. Hayward and Mr. Vasek request that all notices, motions, pleadings, orders, plans, and disclosure statements filed, served, or entered in this case be served upon the undersigned at the following address:

>Melissa S. Hayward
>MHayward@HaywardFirm.com
>Julian P. Vasek
>JVasek@HaywardFirm.com
>**HAYWARD & ASSOCIATES PLLC**
>10501 N. Central Expy, Ste. 106
>Dallas, Texas 75231

This Notice of Appearance and Request for Service of Notices and Other Papers is not a waiver of any rights, including, without limitation, the right: (i) to have final orders in non-core matters entered only after *de novo* review by a judge of the appropriate United States District Court; (ii) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; and (iii) to have the United States District Court withdraw the reference in any matters subject to mandatory or discretionary withdrawal.

DATED: August 31, 2017

Respectfully submitted,

**HAYWARD & ASSOCIATES PLLC**

By: */s/ Melissa S. Hayward*
    Melissa S. Hayward
      Texas Bar No. 24044908
      MHayward@HaywardFirm.com
    Julian P. Vasek
      Texas Bar No. 24070790
      JVasek@HaywardFirm.com

10501 N. Central Expy., Suite 106
Dallas, Texas 75231
972.755.7100 (phone)
972.755.7110 (facsimile)

**COUNSEL FOR IQBAR KAISANI, WAZIR KAISANI, AND PERVEZ KAISANI**

## CERTIFICATE OF SERVICE

     I hereby certify that a true and correct copy of the foregoing Notice of Appearance has been served electronically via the Court's CM/ECF system upon the parties receiving electronic notice.

                */s/ Melissa S. Hayward*
                Melissa S. Hayward