# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE : ) | Chapter 11 |
| ) | |
| ALABAMA PARTNERS, LLC, *et al.*, ) | Case No. 17–03469-TOM11 |
| ) | |
| Debtors.[1] ) | (Jointly Administered) |
| ) | |

## MOTION TO REJECT NON-RESIDENTIAL REAL PROPERTY LEASES AND EXECUTORY CONTRACTS

Maryland Pizza, Inc., and Maryland LC Ventures, LLC, as debtors and debtors in possession in the above-captioned chapter 11 case (the "Debtors") hereby move the Court (the "Motion") for entry of an order authorizing the Debtors to reject non-residential property leases with USRP I, Good Hope Investments, LLC, and DDRM Largo Town Center LLC (the "Lessors"), as well as the corresponding executory contracts with Little Caesar Enterprises, Inc. In support of this Motion, the Debtors respectfully state as follows:

### JURISDICTION AND VENUE

1.  The Court has jurisdiction to consider this Motion pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

2.  The statutory predicates for the relief requested herein are §§ 105(a) and 365 of title 11 of the United States Bankruptcy Code.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, if any, are: Alabama Partners, LLC (7131); BamaChex, Inc. (6953); Maryland LC Ventures, LLC (6974); Maryland Pizza, Inc. (6929); PG County Partners LLC (2811); and PG County Pizza, Inc. (3902). The service address for each of the Debtors is P.O. Box 551267, Jacksonville, FL 32255.

## BACKGROUND

3. On August 11, 2017 (the "Petition Date"), each of the Debtors commenced with this Court a voluntary case under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). The Debtors continue to operate their businesses and manage their properties as debtors in possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code. No trustee, examiner, or committee of creditors has been appointed in this case.

4. Prior to filing their chapter 11 Petitions, the Debtors entered into various leases with the Lessors, as well as individual franchise agreements with Little Caesar Enterprises, Inc., for the purpose of operating Little Caesar's Pizza restaurants.

5. On or about March 27, 2013, Maryland Pizza, Inc. entered into a lease with USRP I, LLC for the property located at 36 Watkins Park Drive, Upper Marlboro, MD 20774 (the "Watkins Premises"). *See* **Exhibit A** attached hereto and incorporated herein.

6. On or about July 29, 2014, Maryland LC Ventures, LLC entered into a lease with Good Hope Investments, LLC for the property located at 1918 14th Street SE, Suite 102, Washington, DC 20020 (the "DC Premises"). *See* **Exhibit B** attached hereto and incorporated herein.

7. On or about on January 28, 2015, Maryland LC Ventures, LLC entered into a lease with DDRM Largo Town Center LLC for the property located at 820 Unit A, Largo Town Center Drive, Upper Marlboro, MD 20744 (the "Largo Town Premises" and together the Watkins Premises and the DC Premises, the "Leased Premises"). *See* **Exhibit C** attached hereto and incorporated herein.

8. The Debtors also entered into three individual franchise agreements with Little Caesar Enterprises, Inc. corresponding to each of the Little Caesar's stores located on the Leased

Premises. Concurrently with the rejection of leases for the Leased Premises, Debtors seek to reject the corresponding executory franchise agreements. The franchise agreements are attached hereto and incorporated herein as **Exhibits D, E,** and **F**.

9. The Debtors wish to vacate the Leased Premises and do not intend to continue using this property. The Debtors filed this Motion in order to ensure termination of these leases and the corresponding franchise agreements for each of these three Little Caesar's restaurant locations.

### RELIEF REQUESTED

10. By this Motion, the Debtors respectfully request the entry of an order pursuant to § 365 of the Bankruptcy Code approving the rejection of the non-residential real property leases with the Lessors.

### BASIS FOR RELIEF

11. Section 365(a) of the Bankruptcy Code provides that "a Debtor in Possession, subject to the Court's approval, may assume or reject any executory contract or unexpired lease of the Debtor."

12. The decision to assume or reject any executory contract or unexpired lease is a matter within the "business judgment" of the Debtor.

13. The Debtors have determined, in their best business judgment, that it is in their best interest, as well as the best interest of the Debtors' estates and creditors, to reject the attached leases and executory contracts. The Debtors' continued operation of the property is no longer profitable, and the Debtors' restructuring plan requires consolidation of its locations to reduce expenses and to return to profitability.

14. Notice of this Motion has been served by first class United States Mail upon the Lessors, Little Caesar Enterprises, Inc., the Bankruptcy Administrator's Office, the Creditor Matrix, and all parties requesting notice in this case (the "Notice Parties").

15. No prior motion for the relief requested herein has been made to this or any other Court.

WHEREFORE, premises considered, the Debtors respectfully request that the Court enter an order authorizing the Debtors to reject the attached leases, along with granting other and further relief as the Court deems appropriate.

Dated this 6th day of September, 2017.

Respectfully submitted,

/s/ *R. Scott Williams*
R. Scott Williams
Robert H. Adams
Frederick D. Clarke

Attorneys for Debtors
ALABAMA PARTNERS, LLC
BAMACHEX, INC.
MARYLAND LC VENTURES, LLC
MARYLAND PIZZA, INC.
PG COUNTY PARTNERS LLC
PG COUNTY PIZZA, INC.

**Of Counsel:**
**RUMBERGER, KIRK & CALDWELL, P.C.**
Renasant Place
Suite 1300
2001 Park Place North
Birmingham, AL 35203
Phone: (205) 327-5550
Facsimile: (205) 326-6786
swilliams@rumberger.com
fclarke@rumberger.com

## CERTIFICATE OF SERVICE

      I hereby certify that on this 6th Day of September, 2017, the foregoing was served by depositing same in the united States Mail, first class, postage prepaid on the Notice Parties as indicated on the list attached hereto.

                                                /s/ R. Scott Williams
                                                Of Counsel

Label Matrix for local noticing
1126-2
Case 17-03469-TOM11
NORTHERN DISTRICT OF ALABAMA
Birmingham
Tue Sep  5 13:29:45 CDT 2017

Advanced Restaurant Sales
111 Village Parkway Bldg #2
Marietta, GA 30067-4013

Alabama Partners, LLC
PO Box 551267
Jacksonville, FL 32255-1267

Checkers Drive-In Restaurants, Inc.
c/o Burr & Forman LLP
Derek Meek
420 N 20th St, Ste 3400
Birmingham, AL 35203-5210

Customized Distribution, LLC
% Daniel Sparks
Christian & Small LLP
1800 Financial Center
505 North 20th Street
Birmingham, AL 35203-4633

U. S. Bankruptcy Court
Robert S. Vance Federal Building
1800 5th Avenue North
Birmingham, AL 35203-2111

ABC Burglar Alarm Systems, Inc.
1532 A&B Pointer Ridge Place
Bowie, MD 20716-1883

ABC Burglar Alarm Systems, Inc.
1532 A&B Pointer Ridge Place
Bowie, Maryland 20716-1883

ANX Business Corp
Dept. 77399
PO Box 77000
Detroit, MI 48277-0399

ANX Business Corp
Dept. 77399
PO Box 77000
Detroit, Michigan 48277-0399

Affordable Refuse & Recycling, Inc.
PO Box 400
Cheltenham, MD 20623-0400

Affordable Refuse & Recycling, Inc.
PO Box 400
Cheltenham, Maryland 20623-0400

Al Kaisani
10501 N. Central Expressway, Ste. 106
Dallas, TX 75231-2203

Alabama Child Support Payment Ctr
PO Box244015
Montgomery, AL 36124-4015

Alabama Department of Labor
631 Beacon Pkwy West, Ste. 203
Birmingham, AL 35209-3131

Alabama Department of Revenue
PO Box 327464
Montgomery, 36132-7464

Alabama Deptartment of Labor
649 Monroe Street
Montgomery, Alabama 36131-0099

Alabama Gas Corporation
605 Richard Arrington Blvd N
Birmingham, AL 35203-2707

Alabama Power
PO Box 242
Birmingham, AL 35292-0001

Allied Waste/Republic Services
3950 59th Street SW
Birmingham, AL 35221

Anniston Water Works
931 Noble Street
Anniston, AL 36201-5666

BRESCO
Birmingham Restaurant Supply
2428 Sixth Avenue S
Birmingham, AL 35233-3316

Bae's Woodberry, LLC
Attn:  Ellen Kim
12104 Old Pine Way
Oak Hill, Virginia 20171-1630

Balboa Capital
2010 Main Street
11th Floor
Irvine, CA 92614-8250

Bank of the Ozarks
17901 Chenal Parkway
3rd Floor
Little Rock, AR 72223-5831

Bank of the Ozarks
PO Box 242208
Little Rock, AR 72223-0022

Bankruptcy Administrator
1800 5th Avenue North
Birmingham, AL 35203-2111

Bessemer Utilities
PO Box 1246
Bessemer, AL 35021-1299

Betty Leeth Haynes
PO Box 279
Cullman, AL 35056-0279

Birmingham District Tax Office
P O Box 13156
Birmingham  AL  35202-3156

Birmingham Water Works Board
PO Box 830269
Birmingham, AL 35283-0269

Blue Cross and Blue Shield of Alabama
450 Riverchase Pkwy E
Birmingham, AL 35244-2858

Blue Line
2211 Woodward Ave.
Detroit, MI 48201-3467

Blue Line
2211 Woodward Ave.
Detroit, Michigan 48201-3467

Brinks
PO Box 101031
Atlanta, GA 30392-1031

Brinks
PO Box 101031
Atlanta, Georgia 30392-1031

Burns Septic
5291 Enterprise Street
Sykesville, MD 21784-9352

CAN Capital/Channel Partners Capital
11100 Wayzata Blvd., Ste. 305
Minnetonika, MN 55305-5537

CDI
5151 Brook Hollow Pkwy
Norcross, GA 30071-4912

CHTD Company
P.O. Box 2576
Springfield, IL 62708-2576

CHeckers Corporate
4300 West Cypress St. Suite 600
Tampa, FL 33607-4157

Calhoun County Sales Tax
Calhoun County Revenue Commissioner
1702 Noble St., Ste. 104
Anniston, AL 36201-3827

Checkers Corp.
4300 West Cypress St. Suite 600
Tampa, FL 33607-4157

City of Anniston
P.O. Box 2168
Anniston, AL 36202-2168

City of Bessemer
Revenue Department
1806 Third Avenue North
Bessemer, AL 35020-4906

City of Birmingham
710 North 20th Street
Room 600 City Hall
Birmingham, AL 35203-2281

City of Cullman
PO 278
Cullman, AL 35056-0278

City of Gadsden
c/o RDS
PO Box 830725
Birmingham, AL 35283-0725

City of Jasper
c/o RDS
PO Box 830725
Birmingham, AL 35283-0725

City of Midfield
c/o RDS
PO Box 830725
Birmingham, AL 35283-0725

Coca Cola USA
PO Box 102499
Atlanta, GA 30368-2499

Comptroller of Maryland
110 Carroll Street
Annapolis, MD 21411-0001

Comptroller of Maryland
110 Carroll Street
Annapolis, Maryland 21411-0001

Corporation Service Company as Represent
PO Box 2576
Springfield, IL 62708-2576

Cullman County & City
PO Box 278
Cullman, AL 35056-0278

Cullman Power Board
106 Second Avenue NE
Cullman, AL 35055-2904

Cyprus Air
7525 Richmond Hwy
Alexandria, VA 22306-2330

DC Government
1101 4th Street SW
Suite W210
Washington, DC 20024-4457

DC Government
1101 4th Street SW
Suite W210
Washington, District of Columbia 20024-4457

DDRM Largo Town Center, LLC
DDR Corp.
3300 Enterprise Parkway
Beachwood, Ohio 44122-7200

Department of Revenue
Jefferson County Courthouse
Birmingham AL 35263

Direct Capital
155 Commerce Way
Portsmouth, NH 03801-3243

ERDA LLC
c/o Mr. Daniel Feld, Manager
12600 Cumpston Street
Valley Village, CA 91607-1912

ERDA LLC
c/o Mr. Daniel Feld, Manager
12600 Cumpston Street
Valley Village, California 91607-1912

Elizabeth Jelks
8512 English Oak Loop
Montgomery, AL 36117-6822

Elizabeth Jelks
8512 English Oak Loop
Montgomery, Alabama 36117-6822

Etowah County
c/o RDS
PO Box 830725
Birmingham, AL 35283-0725

Firemaster
Dept 1019
PO Box 121019
Dallas, TX 75312-1019

First Insurance Funding
450 Skokie Blvd., Ste. 1000
Northbrook, IL 60062-7917

Flowers Baking Company of Birmingham
900 16th Street N
Birmingham, AL 35203-1017

Fred Garfield
Spain Gillon
2117 Second Avenue N
Birmingham, AL 35203-3753

General Counsel
State Department of
Industrial Relations
Montgomery AL 36102

Good Hope Investments, LLC
9109 Lucky Estates Dr.
Vienna, Virginia 22182-1746

HJK LLC
PO Box 175
Lincoln, AL 35096-0175

HJK LLC
PO Box 175
Lincoln, Alabama 35096-0175

HRS
PO Box 1624
Huntsville, AL 35807-0624

IRH Capital
707 Skokie Blvd., Ste. 540
Northbrook, IL 60062-2895

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
PO Box 7346
Philadelphia, Pennsylvania 19101-7346

Iqbal Kaisani
10501 N. Central Expressway, Ste. 106
Dallas, TX 75231-2203

J T Smallwood - Tax Collector
Room 160
716 Richard Arrington Blvd. N.
Birmingham, AL 35203-0112

Jefferson County EDU Sales Tax
716 Richard Arrington Jr. Blvd. N.
Birmingham, AL 35203-0100

Jefferson County Sales Tax
716 Richard Arrington Jr. Blvd. N.
Birmingham, AL 35203-0100

Johnson Service Company
2812 Ruffner Rd
Birmingham, AL 35210-3916

Kelly Pruitt
1463 Secretariat Dr.
Helena, AL 35080-4138

Libert Mutual/Cobbs Allen Hall
115 Office Park Dr., Ste. 200
Mountain Brook, AL 35223-2423

Libert Mutual/Cobbs Allen Hall
115 Office Park Dr., Ste. 200
Mountain Brook, Alabama 35223-2423

Little Caesars Caesar Fund Inc.
2211 Woodward Ave.
Detroit, MI 48201-3467

Little Caesars Caesar Fund Inc.
2211 Woodward Ave.
Detroit, Michigan 48201-3467

| | | |
|---|---|---|
| Little Caesars Corporate<br>2211 Woodward Ave.<br>Detroit, MI 48201-3467 | Little Caesars Corporate<br>2211 Woodward Ave.<br>Detroit, Michigan 48201-3467 | Loanme<br>1900 S State College Blvd., Ste. 300<br>Amaheim, CA 92806-6152 |
| Loanme<br>1900 S State College Blvd., Ste. 300<br>Amaheim, California 92806-6152 | Lucinda Leeth<br>3805 Cromwell Drive<br>Birmingham, AL 35243-5512 | MACRO LEASE<br>185 Express Street, Ste. 100<br>Plainview, NY 11803-2406 |
| Macrolease Corporation<br>185 Express St.<br>Suite 100<br>Plainview, NY 11803-2406 | Mark Williams<br>10501 N. Central Expressway, Ste. 106<br>Dallas, TX 75231-2203 | Mark Williams<br>PO Box 551267<br>Jacksonville, FL 32255-1267 |
| Marlin Business Bank<br>2795 E Cottonwood Pkwy, Ste. 120<br>Salt Lake City, UT 84121-7092 | Marlow Heights Shopping Center, LP<br>c/o Gelman Management Co.<br>2120 L Street NW<br>Suite 800<br>Washington, District of Columbia 20037-1549 | Martha Sams<br>1541 Prairie Lane<br>Montgomery, AL 36117-3414 |
| Martha Sams<br>1541 Prairie Lane<br>Montgomery, Alabama 36117-3414 | Maryland Child Support Account<br>PO Box 17396<br>Baltimore, MD 21297-1396 | Maryland Child Support Account<br>PO Box 17396<br>Baltimore, Maryland 21297-1396 |
| Maverick VI, LLC<br>12612 Waterspout Court<br>Owings Mills, Maryland 21117-1006 | Melissa Hayward<br>10501 N. Central Expressway, Suite 106<br>Dallas , TX 75231-2203 | Merchant Cash Cloud<br>5757 NW 151st Street<br>Miami Lakes, FL 33014-2482 |
| Merchant Cash Cloud<br>5757 NW 151st Street<br>Miami Lakes, Florida 33014-2482 | Muzak<br>Focus Four LLC<br>PO Box 638793<br>Cincinnati, OH 45263-8793 | NASA Federal Credit Union<br>500 Prince Georges Blvd.<br>Upper Marlboro, MD 20774-8732 |
| NASA Federal Credit Union<br>PO Box 1588<br>Bowie, MD 20717-1588 | NCMIC Finance Company<br>14001 University Avenue<br>Clive, Iowa 50325-8273 | Navin Kaisani<br>10501 N. Central Expressway, Ste. 106<br>Dallas, TX 75231-2203 |
| Navitas<br>111 Executive Ctr Dr.<br>Suite 102<br>Columbia, SC 29210-8414 | ONEILAATS LLC<br>10879 Coral Shores Dr # 210<br>Jacksonville, FL 32256-2128 | ONEILAATS LLC<br>10879 Coral Shores Dr # 210<br>Jacksonville, Florida 32256-2128 |
| PEPCO<br>PO Box 13608<br>Philadelphia, PA 19101-3608 | PEPCO<br>PO Box 13608<br>Philadelphia, Pennsylvania 19101-3608 | PEPSICO<br>1100 Reynolds Blvd.<br>Winston-Salem, NC 27105-3400 |

| | | |
|---|---|---|
| Pervez Kaisani<br>10501 N. Central Expressway, Ste. 106<br>Dallas, TX 75231-2203 | RDS<br>PO Box 830725<br>Birmingham, AL 35283-0725 | RLC Funding, a division of Navitas Lease<br>111 Executive Center Dr.<br>Suite 102<br>Columbia, SC 29210-8414 |
| Receivables Advance<br>P.O. Box 15270<br>Irvine, CA 92623-5270 | Regency Centers Corporation<br>One Independent Drive<br>Suite 114<br>Jacksonville, FL 32202-5005 | Regions Bank<br>1900 Fifth Avenue North<br>Birmingham, AL 35203-2670 |
| Richard Blount Construction, LLC<br>163 Haygood Ave. SE<br>Atlanta, GA 30315-1928 | Richard Ruggiero<br>10501 N. Central Expressway, Ste. 106<br>Dallas, TX 75231-2203 | Richard Ruggiero<br>PO Box 551267<br>Jacksonville, FL 32255-1267 |
| Rivertowne Center ACQ<br>8 Industrial Way<br>East Eatonton, New Jersey 07724-3317 | SUSQUEHANNA SALT LAKE LLC<br>136 E South Temple, Ste. 1400<br>Salt Lake City, Utah 84111-1143 | Sartino, Inc.<br>5285 Briarwood Circle<br>Pinson, AL 35126-2986 |
| Secretary of the Treasury<br>1500 Pennsylvania Ave., NW<br>Washington, DC 20220-0001 | SecureConnect/Trustwave<br>75 Remittance Drive<br>Dept. 1999<br>Chicago, IL 60675-1999 | Sharp Realty<br>Attn: Accounts Receivable<br>400 Union Hill Dr.<br>Birmingham, AL 35209-2064 |
| Silver Hill II<br>Combined Properties<br>1255 22nd Street, NW<br>Washington, District of Columbia 20037-1225 | Stanley<br>8350 Sunlight Drive<br>Fishers, IN 46037-6700 | State Department of Revenue<br>P O Box 1927<br>Pelham AL 35124-5927 |
| State of Alabama<br>Department of Revenue<br>Legal Division<br>PO Box 320001<br>Montgomery, Alabama 36132-0001 | State of Alabama Dept of Revenue<br>P O Box 320001<br>Montgomery AL 36132-0001 | Steritech<br>PO Box 471127<br>Charlotte, NC 28247-1127 |
| Steritech<br>PO Box 472127<br>Charlotte, NC 28247-2127 | Steritech<br>PO Box 472127<br>Charlotte, North Carolina 28247-2127 | The Coca-Cola Company<br>One Coca-Cola Plaza<br>Atlanta, GA 30313-2499 |
| The Hartford<br>8711 University East Drive<br>Charlotte, NC 28213-4233 | The Hartford<br>8711 University East Drive<br>Charlotte, North Carolina 28213-4233 | Tyco Integrated Security, LLC<br>10405 Crosspoint Blvd.<br>Indianapolis IN 46256-3323 |
| Tyco Security<br>c/o ADT Security Services, Inc.<br>PO Box 371967<br>Pittsburgh, PA 15250-7967 | U.S. Bank Equipment Finance<br>A division of U.S. Bank N.A.<br>1310 Madrid Street<br>Marshall, MN 56258-4099 | U.S. Securities and Exchange Commission<br>Branch of Reorganization<br>950 East Paces Ferry Road Ste 900<br>Atlanta, GA 30326-1382 |

USB Equipment Finance
220 26th Street
Minneapolis, MN

USRP I, LLC
Attn:  Legal Dept.
One Independent Dr.
Suite 114
Jacksonville, Florida 32202-5005

UniFi Equipment Finance
3893 Research Park Drive
Ann Arbor, MI 48108-2217

United States Attorney
Northern District of Alabama
1801 Fourth Avenue North
Birmingham, AL 35203-2101

United States Bankruptcy Administrator
Northern District of Alabama
1800 Fifth Avenue North
Birmingham, AL 35203-2111

Verizon Business
PO Box 660720
Dallas, TX 75266-0720

Verizon Business
PO Box 660720
Dallas, Texas 75266-0720

WSSC
1405 Swetizer Lane
Laurel, MD 20707

(p)WAND CORPORATION
7575 CORPORATE WAY
EDEN PRAIRIE MN 55344-2022

Washington Gas
6801 Industrial Road
Sprinfield, VA 22151-4205

Washington Gas
6801 Industrial Road
Sprinfield, Virginia 22151-4205

Wazir Kaisani
10501 N. Central Expressway, Ste. 106
Dallas, TX 75231-2203

YES Energy Management
PO Box 660901
Dallas, TX 75266-0901

Yellowstone
30 Broad Street
14th FL, Ste. 1462
New York, NY 10004-2304

Yellowstone
30 Broad Street
14th FL, Ste. 1462
New York, New York 10004-2304

Frederick Darrell Clarke III
Rumberger, Kirk & Caldwell
2001 Park Place North
Suite 1300
Birmingham, AL 35203-2735

J. Thomas Corbett
Bankruptcy Administrator
1800 5th Avenue North
Birmingham, AL 35203-2111

Jon A Dudeck
Bankruptcy Administrator-Bham Office
1800 5th Ave N Rm 132
Birmingham, AL 35203-2126

R. Scott Williams
Rumberger, Kirk & Caldwell, P.C.
2001 Park Place North
Suite 1300
Birmingham, AL 35203-2700

Robert H Adams
Rumberger, Kirk & Caldwell, P.C.
2001 Park Place North
Suite 1300
Birmingham, AL 35203-2735

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
801 Tom Martin Dr
Birmingham AL 35211

(d)Internal Revenue Service
801 Tom Martins Dr.
Mail Stop 126
Birmingham, Alabama 35211

(d)Internal Revenue Service
P O Box 21126
Philadelphia PA 19114

Wand Corporation
7593 Corporate Way
Eden Prairie, MN 55344

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Little Caesar Enterprises, Inc. | (u)R&F Birmingham, LLC | (u)Child Support DC |
| (u)Haynes Family | (u)Kelly Hall | (u)Liz Whidden |
| (u)Mark Williams | (u)NUCO2 | (u)Pervez Kaisani |
| (u)Richard Ruggiero | (u)WHP, LLC | (u)Wazir Kaisani |
| (u)Iqbar Kaisani | (du)Pervez Kaisani | (du)Wazir Kaisani |

End of Label Matrix
Mailable recipients   169
Bypassed recipients    15
Total                 184