IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE : | ) | Chapter 11 |
| | ) | |
| ALABAMA PARTNERS, LLC, *et al.*, | ) | Case No. 17–03469-TOM11 |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of September, 2017, a true and correct copy of:

1. Motion For an Order: (A) Establishing Bidding Procedures; (B) Setting Expedited Hearing on Bidding Procedures; and (C) Authorizing Sale of Property of the Estate Free and Clear of Liens, Leases and other interests and the Assumption and Assignment of Certain Contracts and Leases Pursuant to §§ 363 and 365 of the Bankruptcy Code [Dkt. No. 94];

2. Motion to Reject Non-Residential Real Property Leases and Executory Contracts [Dkt. No. 95]; and

3. Debtor's Motion for Expedited Hearing on Debtors' Motion to Reject Executory Contracts and Motion for Order to Establish Bidding Procedures [Dkt. No. 96]

was served via United States Mail, first-class postage, prepaid on the parties shown on the attached Matrix.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, if any, are: Alabama Partners, LLC (7131); BamaChex, Inc. (6953); Maryland LC Ventures, LLC (6974); Maryland Pizza, Inc. (6929); PG County Partners LLC (2811); and PG County Pizza, Inc. (3902). The service address for each of the Debtors is P.O. Box 551267, Jacksonville, FL 32255.

Dated this the 6th day of September, 2017.

                                          Respectfully submitted,

                                          */s/ R. Scott Williams*
                                          R. Scott Williams
                                          Robert H. Adams
                                          Frederick D. Clarke

                                          Attorneys for Debtors
                                          ALABAMA PARTNERS, LLC
                                          BAMACHEX, INC.
                                          MARYLAND LC VENTURES, LLC
                                          MARYLAND PIZZA, INC.
                                          PG COUNTY PARTNERS LLC
                                          PG COUNTY PIZZA, INC.

**Of Counsel:**
**RUMBERGER, KIRK & CALDWELL, P.C.**
Renasant Place
Suite 1300
2001 Park Place North
Birmingham, AL 35203
Phone: (205) 327-5550
Facsimile: (205) 326-6786
swilliams@rumberger.com
fclarke@rumberger.com

## CERTIFICATE OF SERVICE

     I hereby certify that on September 6, 2017, a true and correct copy of the foregoing was served via this Court's CM/ECF Noticing System on all parties receiving electronic notices in this bankruptcy case.

                                          */s/ R. Scott Williams*
                                          Of Counsel

2
10480931.1

Label Matrix for local noticing
1126-2
Case 17-03469-TOM11
NORTHERN DISTRICT OF ALABAMA
Birmingham
Tue Sep  5 13:29:45 CDT 2017

Advanced Restaurant Sales
111 Village Parkway Bldg #2
Marietta, GA 30067-4013

Alabama Partners, LLC
PO Box 551267
Jacksonville, FL 32255-1267

Checkers Drive-In Restaurants, Inc.
c/o Burr & Forman LLP
Derek Meek
420 N 20th St, Ste 3400
Birmingham, AL 35203-5210

Customized Distribution, LLC
% Daniel Sparks
Christian & Small LLP
1800 Financial Center
505 North 20th Street
Birmingham, AL 35203-4633

U. S. Bankruptcy Court
Robert S. Vance Federal Building
1800 5th Avenue North
Birmingham, AL 35203-2111

ABC Burglar Alarm Systems, Inc.
1532 A&B Pointer Ridge Place
Bowie, MD 20716-1883

ABC Burglar Alarm Systems, Inc.
1532 A&B Pointer Ridge Place
Bowie, Maryland 20716-1883

ANX Business Corp
Dept. 77399
PO Box 77000
Detroit, MI 48277-0399

ANX Business Corp
Dept. 77399
PO Box 77000
Detroit, Michigan 48277-0399

Affordable Refuse & Recycling, Inc.
PO Box 400
Cheltenham, MD 20623-0400

Affordable Refuse & Recycling, Inc.
PO Box 400
Cheltenham, Maryland 20623-0400

Al Kaisani
10501 N. Central Expressway, Ste. 106
Dallas, TX 75231-2203

Alabama Child Support Payment Ctr
PO Box244015
Montgomery, AL 36124-4015

Alabama Department of Labor
631 Beacon Pkwy West, Ste. 203
Birmingham, AL 35209-3131

Alabama Department of Revenue
PO Box 327464
Montgomery, 36132-7464

Alabama Deptartment of Labor
649 Monroe Street
Montgomery, Alabama 36131-0099

Alabama Gas Corporation
605 Richard Arrington Blvd N
Birmingham, AL 35203-2707

Alabama Power
PO Box 242
Birmingham, AL 35292-0001

Allied Waste/Republic Services
3950 59th Street SW
Birmingham, AL 35221

Anniston Water Works
931 Noble Street
Anniston, AL 36201-5666

BRESCO
Birmingham Restaurant Supply
2428 Sixth Avenue S
Birmingham, AL 35233-3316

Bae's Woodberry, LLC
Attn:  Ellen Kim
12104 Old Pine Way
Oak Hill, Virginia 20171-1630

Balboa Capital
2010 Main Street
11th Floor
Irvine, CA 92614-8250

Bank of the Ozarks
17901 Chenal Parkway
3rd Floor
Little Rock, AR 72223-5831

Bank of the Ozarks
PO Box 242208
Little Rock, AR 72223-0022

Bankruptcy Administrator
1800 5th Avenue North
Birmingham, AL 35203-2111

Bessemer Utilities
PO Box 1246
Bessemer, AL 35021-1299

Betty Leeth Haynes
PO Box 279
Cullman, AL 35056-0279

Birmingham District Tax Office
P O Box 13156
Birmingham  AL  35202-3156

| | | |
|---|---|---|
| Birmingham Water Works Board<br>PO Box 830269<br>Birmingham, AL 35283-0269 | Blue Cross and Blue Shield of Alabama<br>450 Riverchase Pkwy E<br>Birmingham, AL 35244-2858 | Blue Line<br>2211 Woodward Ave.<br>Detroit, MI 48201-3467 |
| Blue Line<br>2211 Woodward Ave.<br>Detroit, Michigan 48201-3467 | Brinks<br>PO Box 101031<br>Atlanta, GA 30392-1031 | Brinks<br>PO Box 101031<br>Atlanta, Georgia 30392-1031 |
| Burns Septic<br>5291 Enterprise Street<br>Sykesville, MD 21784-9352 | CAN Capital/Channel Partners Capital<br>11100 Wayzata Blvd., Ste. 305<br>Minnetonika, MN 55305-5537 | CDI<br>5151 Brook Hollow Pkwy<br>Norcross, GA 30071-4912 |
| CHTD Company<br>P.O. Box 2576<br>Springfield, IL 62708-2576 | CHeckers Corporate<br>4300 West Cypress St. Suite 600<br>Tampa, FL 33607-4157 | Calhoun County Sales Tax<br>Calhoun County Revenue Commissioner<br>1702 Noble St., Ste. 104<br>Anniston, AL 36201-3827 |
| Checkers Corp.<br>4300 West Cypress St. Suite 600<br>Tampa, FL 33607-4157 | City of Anniston<br>P.O. Box 2168<br>Anniston, AL 36202-2168 | City of Bessemer<br>Revenue Department<br>1806 Third Avenue North<br>Bessemer, AL 35020-4906 |
| City of Birmingham<br>710 North 20th Street<br>Room 600 City Hall<br>Birmingham, AL 35203-2281 | City of Cullman<br>PO 278<br>Cullman, AL 35056-0278 | City of Gadsden<br>c/o RDS<br>PO Box 830725<br>Birmingham, AL 35283-0725 |
| City of Jasper<br>c/o RDS<br>PO Box 830725<br>Birmingham, AL 35283-0725 | City of Midfield<br>c/o RDS<br>PO Box 830725<br>Birmingham, AL 35283-0725 | Coca Cola USA<br>PO Box 102499<br>Atlanta, GA 30368-2499 |
| Comptroller of Maryland<br>110 Carroll Street<br>Annapolis, MD 21411-0001 | Comptroller of Maryland<br>110 Carroll Street<br>Annapolis, Maryland 21411-0001 | Corporation Service Company as Represent<br>PO Box 2576<br>Springfield, IL 62708-2576 |
| Cullman County & City<br>PO Box 278<br>Cullman, AL 35056-0278 | Cullman Power Board<br>106 Second Avenue NE<br>Cullman, AL 35055-2904 | Cyprus Air<br>7525 Richmond Hwy<br>Alexandria, VA 22306-2330 |
| DC Government<br>1101 4th Street SW<br>Suite W210<br>Washington, DC 20024-4457 | DC Government<br>1101 4th Street SW<br>Suite W210<br>Washington, District of Columbia 20024-4457 | DDRM Largo Town Center, LLC<br>DDR Corp.<br>3300 Enterprise Parkway<br>Beachwood, Ohio 44122-7200 |

| | | |
|---|---|---|
| Department of Revenue<br>Jefferson County Courthouse<br>Birmingham AL 35263 | Direct Capital<br>155 Commerce Way<br>Portsmouth, NH 03801-3243 | ERDA LLC<br>c/o Mr. Daniel Feld, Manager<br>12600 Cumpston Street<br>Valley Village, CA 91607-1912 |
| ERDA LLC<br>c/o Mr. Daniel Feld, Manager<br>12600 Cumpston Street<br>Valley Village, California 91607-1912 | Elizabeth Jelks<br>8512 English Oak Loop<br>Montgomery, AL 36117-6822 | Elizabeth Jelks<br>8512 English Oak Loop<br>Montgomery, Alabama 36117-6822 |
| Etowah County<br>c/o RDS<br>PO Box 830725<br>Birmingham, AL 35283-0725 | Firemaster<br>Dept 1019<br>PO Box 121019<br>Dallas, TX 75312-1019 | First Insurance Funding<br>450 Skokie Blvd., Ste. 1000<br>Northbrook, IL 60062-7917 |
| Flowers Baking Company of Birmingham<br>900 16th Street N<br>Birmingham, AL 35203-1017 | Fred Garfield<br>Spain Gillon<br>2117 Second Avenue N<br>Birmingham, AL 35203-3753 | General Counsel<br>State Department of<br>Industrial Relations<br>Montgomery AL 36102 |
| Good Hope Investments, LLC<br>9109 Lucky Estates Dr.<br>Vienna, Virginia 22182-1746 | HJK LLC<br>PO Box 175<br>Lincoln, AL 35096-0175 | HJK LLC<br>PO Box 175<br>Lincoln, Alabama 35096-0175 |
| HRS<br>PO Box 1624<br>Huntsville, AL 35807-0624 | IRH Capital<br>707 Skokie Blvd., Ste. 540<br>Northbrook, IL 60062-2895 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, Pennsylvania 19101-7346 | Iqbal Kaisani<br>10501 N. Central Expressway, Ste. 106<br>Dallas, TX 75231-2203 |
| J T Smallwood - Tax Collector<br>Room 160<br>716 Richard Arrington Blvd. N.<br>Birmingham, AL 35203-0112 | Jefferson County EDU Sales Tax<br>716 Richard Arrington Jr. Blvd. N.<br>Birmingham, AL 35203-0100 | Jefferson County Sales Tax<br>716 Richard Arrington Jr. Blvd. N.<br>Birmingham, AL 35203-0100 |
| Johnson Service Company<br>2812 Ruffner Rd<br>Birmingham, AL 35210-3916 | Kelly Pruitt<br>1463 Secretariat Dr.<br>Helena, AL 35080-4138 | Libert Mutual/Cobbs Allen Hall<br>115 Office Park Dr., Ste. 200<br>Mountain Brook, AL 35223-2423 |
| Libert Mutual/Cobbs Allen Hall<br>115 Office Park Dr., Ste. 200<br>Mountain Brook, Alabama 35223-2423 | Little Caesars Caesar Fund Inc.<br>2211 Woodward Ave.<br>Detroit, MI 48201-3467 | Little Caesars Caesar Fund Inc.<br>2211 Woodward Ave.<br>Detroit, Michigan 48201-3467 |

Little Caesars Corporate
2211 Woodward Ave.
Detroit, MI 48201-3467

Little Caesars Corporate
2211 Woodward Ave.
Detroit, Michigan 48201-3467

Loanme
1900 S State College Blvd., Ste. 300
Amaheim, CA 92806-6152

Loanme
1900 S State College Blvd., Ste. 300
Amaheim, California 92806-6152

Lucinda Leeth
3805 Cromwell Drive
Birmingham, AL 35243-5512

MACRO LEASE
185 Express Street, Ste. 100
Plainview, NY 11803-2406

Macrolease Corporation
185 Express St.
Suite 100
Plainview, NY 11803-2406

Mark Williams
10501 N. Central Expressway, Ste. 106
Dallas, TX 75231-2203

Mark Williams
PO Box 551267
Jacksonville, FL 32255-1267

Marlin Business Bank
2795 E Cottonwood Pkwy, Ste. 120
Salt Lake City, UT 84121-7092

Marlow Heights Shopping Center, LP
c/o Gelman Management Co.
2120 L Street NW
Suite 800
Washington, District of Columbia 20037-1549

Martha Sams
1541 Prairie Lane
Montgomery, AL 36117-3414

Martha Sams
1541 Prairie Lane
Montgomery, Alabama 36117-3414

Maryland Child Support Account
PO Box 17396
Baltimore, MD 21297-1396

Maryland Child Support Account
PO Box 17396
Baltimore, Maryland 21297-1396

Maverick VI, LLC
12612 Waterspout Court
Owings Mills, Maryland 21117-1006

Melissa Hayward
10501 N. Central Expressway, Suite 106
Dallas , TX 75231-2203

Merchant Cash Cloud
5757 NW 151st Street
Miami Lakes, FL 33014-2482

Merchant Cash Cloud
5757 NW 151st Street
Miami Lakes, Florida 33014-2482

Muzak
Focus Four LLC
PO Box 638793
Cincinnati, OH 45263-8793

NASA Federal Credit Union
500 Prince Georges Blvd.
Upper Marlboro, MD 20774-8732

NASA Federal Credit Union
PO Box 1588
Bowie, MD 20717-1588

NCMIC Finance Company
14001 University Avenue
Clive, Iowa 50325-8273

Navin Kaisani
10501 N. Central Expressway, Ste. 106
Dallas, TX 75231-2203

Navitas
111 Executive Ctr Dr.
Suite 102
Columbia, SC 29210-8414

ONEILAATS LLC
10879 Coral Shores Dr # 210
Jacksonville, FL 32256-2128

ONEILAATS LLC
10879 Coral Shores Dr # 210
Jacksonville, Florida 32256-2128

PEPCO
PO Box 13608
Philadelphia, PA 19101-3608

PEPCO
PO Box 13608
Philadelphia, Pennsylvania 19101-3608

PEPSICO
1100 Reynolds Blvd.
Winston-Salem, NC 27105-3400

| | | |
|---|---|---|
| Pervez Kaisani<br>10501 N. Central Expressway, Ste. 106<br>Dallas, TX 75231-2203 | RDS<br>PO Box 830725<br>Birmingham, AL 35283-0725 | RLC Funding, a division of Navitas Lease<br>111 Executive Center Dr.<br>Suite 102<br>Columbia, SC 29210-8414 |
| Receivables Advance<br>P.O. Box 15270<br>Irvine, CA 92623-5270 | Regency Centers Corporation<br>One Independent Drive<br>Suite 114<br>Jacksonville, FL 32202-5005 | Regions Bank<br>1900 Fifth Avenue North<br>Birmingham, AL 35203-2670 |
| Richard Blount Construction, LLC<br>163 Haygood Ave. SE<br>Atlanta, GA 30315-1928 | Richard Ruggiero<br>10501 N. Central Expressway, Ste. 106<br>Dallas, TX 75231-2203 | Richard Ruggiero<br>PO Box 551267<br>Jacksonville, FL 32255-1267 |
| Rivertowne Center ACQ<br>8 Industrial Way<br>East Eatonton, New Jersey 07724-3317 | SUSQUEHANNA SALT LAKE LLC<br>136 E South Temple, Ste. 1400<br>Salt Lake City, Utah 84111-1143 | Sartino, Inc.<br>5285 Briarwood Circle<br>Pinson, AL 35126-2986 |
| Secretary of the Treasury<br>1500 Pennsylvania Ave., NW<br>Washington, DC 20220-0001 | SecureConnect/Trustwave<br>75 Remittance Drive<br>Dept. 1999<br>Chicago, IL 60675-1999 | Sharp Realty<br>Attn: Accounts Receivable<br>400 Union Hill Dr.<br>Birmingham, AL 35209-2064 |
| Silver Hill II<br>Combined Properties<br>1255 22nd Street, NW<br>Washington, District of Columbia 20037-1225 | Stanley<br>8350 Sunlight Drive<br>Fishers, IN 46037-6700 | State Department of Revenue<br>P O Box 1927<br>Pelham AL 35124-5927 |
| State of Alabama<br>Department of Revenue<br>Legal Division<br>PO Box 320001<br>Montgomery, Alabama 36132-0001 | State of Alabama Dept of Revenue<br>P O Box 320001<br>Montgomery  AL 36132-0001 | Steritech<br>PO Box 471127<br>Charlotte, NC 28247-1127 |
| Steritech<br>PO Box 472127<br>Charlotte, NC 28247-2127 | Steritech<br>PO Box 472127<br>Charlotte, North Carolina 28247-2127 | The Coca-Cola Company<br>One Coca-Cola Plaza<br>Atlanta, GA 30313-2499 |
| The Hartford<br>8711 University East Drive<br>Charlotte, NC 28213-4233 | The Hartford<br>8711 University East Drive<br>Charlotte, North Carolina 28213-4233 | Tyco Integrated Security, LLC<br>10405 Crosspoint Blvd.<br>Indianapolis IN 46256-3323 |
| Tyco Security<br>c/o ADT Security Services, Inc.<br>PO Box 371967<br>Pittsburgh, PA 15250-7967 | U.S. Bank Equipment Finance<br>A division of U.S. Bank N.A.<br>1310 Madrid Street<br>Marshall, MN 56258-4099 | U.S. Securities and Exchange Commission<br>Branch of Reorganization<br>950 East Paces Ferry Road Ste 900<br>Atlanta, GA 30326-1382 |

| | | |
|---|---|---|
| USB Equipment Finance<br>220 26th Street<br>Minniapolis, MN | USRP I, LLC<br>Attn: Legal Dept.<br>One Independent Dr.<br>Suite 114<br>Jacksonville, Florida 32202-5005 | UniFi Equipment Finance<br>3893 Research Park Drive<br>Ann Arbor, MI 48108-2217 |
| United States Attorney<br>Northern District of Alabama<br>1801 Fourth Avenue North<br>Birmingham, AL 35203-2101 | United States Bankruptcy Administrator<br>Northern District of Alabama<br>1800 Fifth Avenue North<br>Birmingham, AL 35203-2111 | Verizon Business<br>PO Box 660720<br>Dallas, TX 75266-0720 |
| Verizon Business<br>PO Box 660720<br>Dallas, Texas 75266-0720 | WSSC<br>1405 Swetizer Lane<br>Laurel, MD 20707 | (p)WAND CORPORATION<br>7575 CORPORATE WAY<br>EDEN PRAIRIE MN 55344-2022 |
| Washington Gas<br>6801 Industrial Road<br>Sprinfield, VA 22151-4205 | Washington Gas<br>6801 Industrial Road<br>Sprinfield, Virginia 22151-4205 | Wazir Kaisani<br>10501 N. Central Expressway, Ste. 106<br>Dallas, TX 75231-2203 |
| YES Energy Management<br>PO Box 660901<br>Dallas, TX 75266-0901 | Yellowstone<br>30 Broad Street<br>14th FL, Ste. 1462<br>New York, NY 10004-2304 | Yellowstone<br>30 Broad Street<br>14th FL, Ste. 1462<br>New York, New York 10004-2304 |
| Frederick Darrell Clarke III<br>Rumberger, Kirk & Caldwell<br>2001 Park Place North<br>Suite 1300<br>Birmingham, AL 35203-2735 | J. Thomas Corbett<br>Bankruptcy Administrator<br>1800 5th Avenue North<br>Birmingham, AL 35203-2111 | Jon A Dudeck<br>Bankruptcy Administrator-Bham Office<br>1800 5th Ave N Rm 132<br>Birmingham, AL 35203-2126 |
| R. Scott Williams<br>Rumberger, Kirk & Caldwell, P.C.<br>2001 Park Place North<br>Suite 1300<br>Birmingham, AL 35203-2700 | Robert H Adams<br>Rumberger, Kirk & Caldwell, P.C.<br>2001 Park Place North<br>Suite 1300<br>Birmingham, AL 35203-2735 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Internal Revenue Service<br>801 Tom Martin Dr<br>Birmingham AL 35211 | (d)Internal Revenue Service<br>801 Tom Martins Dr.<br>Mail Stop 126<br>Birmingham, Alabama 35211 | (d)Internal Revenue Service<br>P O Box 21126<br>Philadelphia PA 19114 |
| Wand Corporation<br>7593 Corporate Way<br>Eden Prairie, MN 55344 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Little Caesar Enterprises, Inc. | (u)R&F Birmingham, LLC | (u)Child Support DC |
| (u)Haynes Family | (u)Kelly Hall | (u)Liz Whidden |
| (u)Mark Williams | (u)NUCO2 | (u)Pervez Kaisani |
| (u)Richard Ruggiero | (u)WHP, LLC | (u)Wazir Kaisani |
| (u)Iqbar Kaisani | (du)Pervez Kaisani | (du)Wazir Kaisani |

End of Label Matrix
Mailable recipients  169
Bypassed recipients   15
Total                184