## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

**Name and address**  |  **Dates of service**

26a.1.
Oneilaats
Name

10879 Coral Shores Dr. # 210
Street

Jacksonville          FL           32255
City                  State        ZIP Code

From 01/01/2015 To 07/31/2017

**Name and address**  |  **Dates of service**

26a.2.
_____
Name

_____
Street

_____
City      State     ZIP Code

From _____ To _____

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☒ None

**Name and address**  |  **Dates of service**

26b.1.
_____
Name

_____
Street

_____
City      State     ZIP Code

From _____ To _____

**Name and address**  |  **Dates of service**

26b.2.
_____
Name

_____
Street

_____
City      State     ZIP Code

From _____ To _____

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☒ None

**Name and address**  |  **If any books of account and records are unavailable, explain why**

26c.1.
_____
Name

_____
Street

_____
City      State     ZIP Code

Debtor  Alabama Partners, LLC                    Case number (if known) 17-03469-TOM11
        Name

**Name and address**                                              **If any books of account and records are unavailable, explain why**

26c.2.
        Name

        Street

        City                    State       ZIP Code

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☒ None

        **Name and address**

26d.2.
        Name

        Street

        City                    State       ZIP Code

        **Name and address**

26d.2.
        Name

        Street

        City                    State       ZIP Code

27. **Inventories**

    Have any inventories of the debtor's property been taken within 2 years before filing this case?

    ☒ No
    ☐ Yes. Give the details about the two most recent inventories.

    | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
    |---|---|---|
    | | | $ |

    **Name and address of the person who has possession of inventory records**

27.1.
        Name

        Street

        City                    State       ZIP Code

Official Form 207            Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy            page **12**

Case 17-03469-TOM7    Doc 99-1    Filed 09/06/17    Entered 09/06/17 17:23:19    Desc
Volume(s) Part 2    Page 2 of 14

Debtor  Alabama Partners, LLC                              Case number (if known) 17-03469-TOM11
        Name

**Name of the person who supervised the taking of the inventory**                     **Date of inventory**    **The dollar amount and basis (cost, market, or other basis) of each inventory**

_____                                       _____          $_____

**Name and address of the person who has possession of inventory records**

27.2.  _____
       Name

       _____
       Street

       _____
       City                    State    ZIP Code

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Wazir Kaisani | 1526 Astoria Drive, Allen, TX 75013 | Chief Executive Officer - | 20 |
| Iqbal Kaisani | 670 Clemson Lane, Lawrenceville, GA 30013 | Vice President - | 35 |
| Pervez Kaisani | 1516 Astoria Drive, Allen, TX 75013 | President - | 10 |
| Mark Williams | PO Box 551267, Jacksonville, FL 32255 | Chief Operating Officer - | 35 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**
    ☒ No
    ☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?
    ☒ No
    ☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.1. _____
      Name

      _____
      Street

      _____
      City          State    ZIP Code

      **Relationship to debtor**
      _____

Debtor    Alabama Partners, LLC                           Case number (if known) 17-03469-TOM11
          Name

**Name and address of recipient**

_____
Name

_____
Street

_____
City                State       ZIP Code

**Relationship to debtor**

_____

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**
    ☒ No
    ☐ Yes. Identify below.

    Name of the parent corporation                    Employer Identification number of the parent corporation

    _____                   EIN: __ __ – __ __ __ __ __ __ __

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**
    ☒ No
    ☐ Yes. Identify below.

    Name of the pension fund                          Employer Identification number of the pension fund

    _____                   EIN: __ __ – __ __ __ __ __ __ __

## Part 14: Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   09/06/2017
              MM / DD / YYYY

✗ s/Mark Williams                                     Printed name  Mark Williams
Signature of individual signing on behalf of the debtor

Position or relationship to debtor  Chief Operating Officer

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☒ No
☐ Yes

Official Form 207                Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                page **14**

Case 17-03469-TOM7    Doc 99-1    Filed 09/06/17    Entered 09/06/17 17:23:19    Desc Volume(s) Part 2    Page 4 of 14

Attachment

Debtor: Alabama Partners, LLC        Case No: 17-03469-TOM11

Attachment 1

    Regions Bank v. Alabama Partners, LLC, et al.

UNITED STATES BANKRUPTCY COURT
Northern District of Alabama
Southern Division

In re: **Alabama Partners, LLC**

Case No. **17-03469-TOM11**

Chapter **11**

# BUSINESS INCOME AND EXPENSES

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE: ONLY INCLUDE information directly related to the business operation.)

PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:     This schedule is Not Applicable

1. Gross Income For 12 Months Prior to Filing:     $ _____

PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

2. Gross Monthly Income:     $ _____

PART C - ESTIMATED FUTURE MONTHLY EXPENSES:

3. Net Employee Payroll (Other Than Debtor)     $ _____
4. Payroll Taxes     N/A
5. Unemployment Taxes     _____
6. Worker's Compensation     _____
7. Other Taxes     _____
8. Inventory Purchases (Including raw materials)     _____
9. Purchase of Feed/Fertilizer/Seed/Spray     _____
10. Rent (Other than debtor's principal residence)     _____
11. Utilities     _____
12. Office Expenses and Supplies     _____
13. Repairs and Maintenance     _____
14. Vehicle Expenses     _____
15. Travel and Entertainment     _____
16. Equipment Rental and Leases     _____
17. Legal/Accounting/Other Professional Fees     _____
18. Insurance     _____
19. Employee Benefits (e.g., pension, medical, etc.)     _____
20. Payments to Be Made Directly By Debtor to Secured Creditors For Pre-Petition Business Debts (Specify):

21. Other (Specify):     _____

22. Total Monthly Expenses (Add items 3 - 21)     $ **0.00**

PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:

23. AVERAGE NET MONTHLY INCOME (Subtract Item 22 from Item 2)     $ **0.00**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA

In Re:
    Alabama Partners, LLC,
          Debtor

Case No. 17-03469-TOM11

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007, Fed. R. Bank. P. for filing in this Chapter 11 case.

| Security Holder's Registered Name and Last Known Address or Place of Business | Class of Security | Number of Securities or Percentage | Kind of Interest |
|---|---|---|---|
| Wazir Kaisani<br>1526 Astoria Drive<br>Allen, TX 75013 | | 20% | |
| Iqbal Kaisani<br>670 Clemson Lane<br>Lawrenceville, GA 30013 | | 35% | |
| Pervez Kaisani<br>1516 Astoria Drive<br>Allen, TX 75013 | | 10% | |
| Mark Williams<br>PO Box 551267<br>Jacksonville, FL 32255 | | 35% | |

List of Equity Security Holders – Page 1

# DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, <u>Mark Williams, Chief Operating Oficer</u> of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing **List of Equity Security Holders** and that it is true and correct to the best of my information and belief.

Date: <u>September 6, 2017</u>         Signature: <u>s/Mark Williams</u>
                                       Printed Name:  Mark Williams
                                              Title:  Chief Operating Oficer

**Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.**

List of Equity Security Holders – Page 2

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

In re **Alabama Partners, LLC**

Case No. **17-03469-TOM11**

**Debtor**

Chapter **11**

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ Hourly rates as approved by the Court

   Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . $ **24,563.10**

   Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 0.00

2. The source of the compensation paid to me was:

   ☐ Debtor         ☒ Other (specify) **Equity Investors**

3. The source of compensation to be paid to me is:

   ☐ Debtor         ☒ Other (specify) **Remaining retainer and the Debtors**

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

    d.   Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

    e.   [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**September 6, 2017**      **s/ R. Scott Williams**
*Date*      *Signature of Attorney*

                               **Rumberger, Kirk & Caldwell, P.C.**
                               *Name of law firm*

# UNITED STATES BANKRUPTCY COURT
## Northern District of Alabama
### Southern Division

## STATEMENT OF INFORMATION REQUIRED BY 11 U.S.C. § 341

INTRODUCTION

      Pursuant to the Bankruptcy Reform Act of 1994, the Office of the United States Bankruptcy Administrator has prepared this information sheet to help you understand some of the possible consequences of filing a bankruptcy petition under chapter 7 of the Bankruptcy Code. This information is intended to make you aware of -
      (1) the potential consequences of seeking a discharge in bankruptcy,
         including the effects on credit history;
      (2) the effect of receiving a discharge of debts in bankruptcy;
      (3) the effect of reaffirming a debt; and
      (4) your ability to file a petition under a different chapter of the Bankruptcy
         Code.
      There are many other provisions of the Bankruptcy Code that may affect your situation. This statement contains only general principles of law and is not a substitute for legal advice. If you have any questions or need further information as to how the bankruptcy laws apply to your specific case, you should consult with your lawyer.

WHAT IS A DISCHARGE?

      The filing of a chapter 7 petition is designed to result in a discharge of most of the debts you listed in your bankruptcy schedules. A discharge is a court order that says that you do not have to repay your debts, but there are a number of exceptions. Debts which usually may not be discharged in your chapter 7 case include, for example, most taxes, child support, alimony, and student loans; court-ordered fines and restitution; debts obtained through fraud or deception; debts which were not listed in your bankruptcy schedules; and personal injury debts caused by driving while intoxicated or taking drugs. Your discharge may be denied entirely if you, for example, destroy or conceal property; destroy, conceal or falsify records; or make a false oath. Creditors cannot ask you to repay debts which have been discharged. You can only receive a chapter 7 discharge once every eight (8) years.

WHAT ARE THE POTENTIAL EFFECTS OF A DISCHARGE?

      The fact that you filed bankruptcy can appear on your credit report for as long as 10 years. Thus, filing a bankruptcy petition may affect your ability to obtain credit in the future. Also, you may not be excused from repaying debts that were not listed on your bankruptcy schedules or that you incurred after you filed bankruptcy. There are exceptions to this general statement. See your lawyer if you have questions.

WHAT ARE THE EFFECTS OF REAFFIRMING A DEBT?

      After you file your bankruptcy petition, a creditor may ask you to reaffirm a certain debt or you may seek to do so on your own. Reaffirming a debt means that you sign and file with the court a legally enforceable document which states that you promise to repay all or a portion of the debt that may otherwise have been discharged in your bankruptcy case. Reaffirmation agreements must generally be filed with the court sixty (60) days after the first meeting of creditors.
      Reaffirmation agreements are strictly voluntary. They are not required by the Bankruptcy Code or other state or federal law. You can voluntarily repay any debt instead of signing a reaffirmation agreement, but there may be valid reasons for wanting to reaffirm a particular debt. This is particularly true when property you wish to retain is collateral for a debt.
      Reaffirmation agreements must not impose an undue burden on you or your dependents and must be in your best interest. If you decide to sign a reaffirmation agreement, you may cancel it at any time before the court issues an order of discharge or within sixty (60) days after you filed the reaffirmation agreement with the court, whichever is later.
      If you reaffirm a debt and fail to make the payments as required in the reaffirmation agreement, the creditor can take action against you to recover any property that was given as security for the loan and you may remain personally liable for any deficiency. In addition, creditors may seek other remedies, such as garnishment of wages.

OTHER BANKRUPTCY OPTIONS

You have a choice in deciding what chapter of the Bankruptcy Code will best suit your needs. Even if you have already filed for relief under chapter 7, you may be eligible to convert your case to a different chapter.

Chapter 7 is the liquidation chapter of the Bankruptcy Code. Under chapter 7, a trustee is appointed to collect and sell, if economically feasible, all property you own that is not exempt from these actions.

Chapter 11 is the reorganization chapter most commonly used by businesses, but it is also available to individuals. Creditors vote on whether to accept or reject a plan, which also must be approved by the court. While the debtor normally remains in control of the assets, the court can order the appointment of a trustee to take possession and control of the business.

Chapter 12 offers bankruptcy relief to those who qualify as family farmers. Family farmers must propose a plan to repay their creditors over a three-to-five year period and it must be approved by the court. Plan payments are made through a chapter 12 trustee, who also monitors the debtors' farming operations during the pendency of the plan.

Finally, chapter 13 generally permits individuals to keep their property by repaying creditors out of their future income. Each chapter 13 debtor writes a plan which must be approved by the bankruptcy court. The debtors must pay the chapter 13 trustee the amount set forth in their plan. Debtors receive a discharge after they complete their chapter 13 repayment plan. Chapter 13 is only available to individuals with regular income whose debts do not exceed $1,000,000 ($250,000 in unsecured debts and $750,000 in secured debts).

AGAIN, PLEASE SPEAK TO YOUR LAWYER IF YOU NEED FURTHER INFORMATION OR EXPLANATION, INCLUDING HOW THE BANKRUPTCY LAWS RELATE TO YOUR SPECIFIC CASE.

By signing below, I/we acknowledge that I/we have received a copy of this document, and that I/we have had an opportunity to discuss the information in this document with an attorney of my/our choice.

Date  **September 6, 2017**                         **s/Mark Williams**
                                                    **Alabama Partners, LLC**

## WRITTEN NOTICE REQUIRED UNDER SECTION 527(a)(2)

All information that you are required to provide with a petition and thereafter during a case under title 11 ("Bankruptcy") of the United States Code is required to be complete, accurate, and truthful.

All assets and all liabilities are required to be completely and accurately disclosed in the documents filed to commence the case, and the replacement value of each asset as defined in title 11 United States Code section 506 must be stated in those documents where requested after reasonable inquiry to establish such value.

Current monthly income, the amounts specified in section 707(b)(2), and, in a case under chapter 13 of title 11, disposable income (determined in accordance with section 707(b)(2)), are required to be stated after reasonable inquiry.

Information that you provide during your case may be audited pursuant to title 11. Failure to provide such information may result in dismissal of the case under title 11 or other sanction, including criminal sanctions.

Date **September 6, 2017**

**s/Mark Williams**
**Alabama Partners, LLC**
Debtor

_____
Joint Debtor

**s/ R. Scott Williams**
**R. Scott Williams**
Attorney for Debtor(s)

# IMPORTANT INFORMATION ABOUT BANKRUPTCY ASSISTANCE
# SERVICES FROM AN ATTORNEY OR BANKRUPTCY PETITION PREPARER

If you decide to seek bankruptcy relief, you can represent yourself, you can hire an attorney to represent you, or you can get help in some localities from a bankruptcy petition preparer who is not an attorney. THE LAW REQUIRES AN ATTORNEY OR BANKRUPTCY PETITION PREPARER TO GIVE YOU A WRITTEN CONTRACT SPECIFYING WHAT THE ATTORNEY OR BANKRUPTCY PETITION PREPARER WILL DO FOR YOU AND HOW MUCH IT WILL COST. Ask to see the contract before you hire anyone.

The following information helps you understand what must be done in a routine bankruptcy case to help you evaluate how much service you need. Although bankruptcy can be complex, many cases are routine.

Before filing a bankruptcy case, either you or your attorney should analyze your eligibility for different forms of debt relief available under the Bankruptcy Code and which form of relief is most likely to be beneficial for you. Be sure you understand the relief you can obtain and its limitations. To file a bankruptcy case, documents called a Petition, Schedules and Statement of Financial Affairs, as well as in some cases a Statement of Intention need to be prepared correctly and filed with the bankruptcy court. You will have to pay a filing fee to the bankruptcy court. Once your case starts, you will have to attend the required first meeting of creditors where you may be questioned by a court official called a "trustee" and by creditors.

If you choose to file a chapter 7 case, you may be asked by a creditor to reaffirm a debt. You may want help deciding whether to do so. A creditor is not permitted to coerce you into reaffirming your debts.

If you choose to file a chapter 13 case in which you repay your creditors what you can afford over 3 to 5 years, you may also want help with preparing your chapter 13 plan and with the confirmation hearing on your plan which will be before a bankruptcy judge.

If you select another type of relief under the Bankruptcy Code other than chapter 7 or chapter 13, you will want to find out what should be done from someone familiar with that type of relief.

Your bankruptcy case may also involve litigation. You are generally permitted to represent yourself in litigation in bankruptcy court, but only attorneys, not bankruptcy petition preparers, can give you legal advice.

Date **September 6, 2017**    **s/Mark Williams**
                              **Alabama Partners, LLC**
                              Debtor

                              _____
                              Joint Debtor

                              **s/ R. Scott Williams**
                              **R. Scott Williams**
                              Attorney for Debtor(s)

This disclosure is provided to assisted persons pursuant to 11 U.S.C. §527(b)