United States Bankruptcy Court
Northern District of Alabama

In re:                                                                    Case No. 17-03469-TOM
Alabama Partners, LLC                                                     Chapter 11
        Debtor

# CERTIFICATE OF NOTICE

District/off: 1126-2          User: ltumlin          Page 1 of 2          Date Rcvd: Sep 06, 2017
                              Form ID: pdf000         Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 08, 2017.
db              +Alabama Partners, LLC,    PO Box 551267,    Jacksonville, FL 32255-1267
aty             +Leah Fiorenza McNeill,    Bryan Cave LLP,    1201 W Peachtree St NW 14tyh Floor,
                 Atlanta, GA 30309-3449
aty             +Mark I. Duedall,    Bryan Cave LLP,    1201 W Peachtree St NW 14tyh Floor,
                 Atlanta, GA 30309-3449
br              +Advanced Restaurant Sales,    111 Village Parkway Bldg #2,    Marietta, GA 30067-4013
cr              +Customized Distribution, LLC,    % Daniel Sparks,    Christian & Small LLP,
                 1800 Financial Center,    505 North 20th Street,    Birmingham, AL 35203-4633

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              +E-mail/Text: bnc_notices_southern@alnba.uscourts.gov Sep 07 2017 04:28:40     Thomas Corbett,
                  BA Birmingham,    1800 5th Avenue North,    Birmingham, AL 35203-2111
cr               +E-mail/Text: cstewart@Burr.com Sep 07 2017 04:29:27     Checkers Drive-In Restaurants, Inc.,
                  c/o Burr & Forman LLP,    Derek Meek,    420 N 20th St, Ste 3400,    Birmingham, AL 35203-5210
ba               +E-mail/Text: bnc_notices_southern@alnba.uscourts.gov Sep 07 2017 04:28:40     J. Thomas Corbett,
                  Bankruptcy Administrator,    1800 5th Avenue North,    Birmingham, AL 35203-2111
                                                                                              TOTAL: 3

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 08, 2017                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 6, 2017 at the address(es) listed below:
              Abigail M. McGibbon    on behalf of Interested Party    Little Caesar Enterprises, Inc.
               abigail.mcgibbon@gpmlaw.com
              Daniel D Sparks    on behalf of Creditor    Customized Distribution, LLC ddsparks@csattorneys.com,
               dan-sparks-9722@ecf.pacerpro.com
              Derek F Meek    on behalf of Creditor    Checkers Drive-In Restaurants, Inc. dmeek@burr.com,
               mgunnells@burr.com
              Frederick Darrell Clarke, III    on behalf of Debtor    PG County Pizza, Inc. fclarke@rumberger.com,
               mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
              Frederick Darrell Clarke, III    on behalf of Debtor    BamaChex, Inc. fclarke@rumberger.com,
               mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
              Frederick Darrell Clarke, III    on behalf of Debtor    Alabama Partners, LLC fclarke@rumberger.com,
               mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
              Frederick Darrell Clarke, III    on behalf of Debtor    Maryland Pizza, Inc. fclarke@rumberger.com,
               mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
              Frederick Darrell Clarke, III    on behalf of Debtor    PG County Partners, LLC
               fclarke@rumberger.com,
               mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
              Frederick Darrell Clarke, III    on behalf of Debtor    Maryland LC Ventures, LLC
               fclarke@rumberger.com,
               mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
              James Phillip Roberts    on behalf of Creditor    Checkers Drive-In Restaurants, Inc.
               jroberts@burr.com
              Jeffery J Hartley    on behalf of Interested Party    R&F Birmingham, LLC jjh@helmsinglaw.com,
               ktm@helmsinglaw.com;dwc@helmsinglaw.com
              Jon A Dudeck    jon_dudeck@alnba.uscourts.gov,    courtmailbir7@alnba.uscourts.gov
              Julian  Vasek    on behalf of Interested Party Iqbar  Kaisani jvasek@haywardfirm.com
              Julian  Vasek    on behalf of Interested Party Wazir  Kaisani jvasek@haywardfirm.com
              Julian  Vasek    on behalf of Interested Party Pervez  Kaisani jvasek@haywardfirm.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
            Melissa S. Hayward    on behalf of Interested Party Wazir  Kaisani mhayward@haywardfirm.com
            , mholmes@haywardfirm.com
            Melissa S. Hayward    on behalf of Interested Party Pervez  Kaisani mhayward@haywardfirm.com
            , mholmes@haywardfirm.com
            Melissa S. Hayward    on behalf of Interested Party Iqbar  Kaisani mhayward@haywardfirm.com
            , mholmes@haywardfirm.com
            Phillip W. Bohl    on behalf of Interested Party   Little Caesar Enterprises, Inc.
            phillip.bohl@gpmlaw.com
            R. Scott Williams    on behalf of Debtor   PG County Pizza, Inc. swilliams@rumberger.com,
            docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumber
            ger.com
            R. Scott Williams    on behalf of Debtor   Maryland LC Ventures, LLC swilliams@rumberger.com,
            docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumber
            ger.com
            R. Scott Williams    on behalf of Debtor   Alabama Partners, LLC swilliams@rumberger.com,
            docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumber
            ger.com
            R. Scott Williams    on behalf of Debtor   PG County Partners, LLC swilliams@rumberger.com,
            docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumber
            ger.com
            R. Scott Williams    on behalf of Debtor   BamaChex, Inc. swilliams@rumberger.com,
            docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumber
            ger.com
            R. Scott Williams    on behalf of Debtor   Maryland Pizza, Inc. swilliams@rumberger.com.
            docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumber
            ger.com
            Robert H Adams    on behalf of Debtor   PG County Pizza, Inc. radams@rumberger.com,
            mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberg
            er.com
            Robert H Adams    on behalf of Debtor   Alabama Partners, LLC radams@rumberger.com,
            mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberg
            er.com
            Robert H Adams    on behalf of Debtor   Maryland LC Ventures, LLC radams@rumberger.com,
            mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberg
            er.com
            Robert H Adams    on behalf of Debtor   PG County Partners, LLC radams@rumberger.com,
            mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberg
            er.com
            Robert H Adams    on behalf of Debtor   Maryland Pizza, Inc. radams@rumberger.com,
            mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberg
            er.com
            Robert H Adams    on behalf of Debtor   BamaChex, Inc. radams@rumberger.com,
            mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberg
            er.com
                                                                                              TOTAL: 31

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE : | ) | Chapter 11 |
| | ) | |
| ALABAMA PARTNERS, LLC, *et al.*, | ) | Case No. 17–03469-TOM11 |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |

## ORDER GRANTING DEBTORS' EMERGENCY MOTION FOR EXPEDITED HEARING ON DEBTORS' MOTION TO REJECT LEASES

Upon the motion (the "Motion"),[2] dated September 5, 2017, of Maryland Pizza, Inc., and Maryland LC Ventures, LLC, as debtors and debtors in possession in the above-captioned chapter 11 case (collectively, the "Debtors"), requesting an emergency hearing on the Debtors' Motion to Reject Leases (Proc. #95) and Bidding Procedures Motion (Proc. #94); and the Court having jurisdiction to consider the Motion and relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided to the Notice Parties; and the Court having reviewed the Motion; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and it appearing that the relief requested in the Motion is in the best interest of the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, if any, are: Alabama Partners, LLC (7131); BamaChex, Inc. (6953); Maryland LC Ventures, LLC (6974); Maryland Pizza, Inc. (6929); PG County Partners LLC (2811); and PG County Pizza, Inc. (3902). The service address for each of the Debtors is P.O. Box 551267, Jacksonville, FL 32255.

[2] Capitalized terms used but not otherwise defined herein shall have the respective meanings ascribed to such terms in the Motion.

Debtors, their estates, creditors, and all parties in interest; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor, it is

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that, due to the exigent nature of the relief requested in the Motion to Reject and in the Bidding Procedures Motion, the Court shall conduct a hearing on these Motions at the United States Bankruptcy Court for the Northern District of Alabama, Southern Division, Robert S. Vance Federal Building, 1800 Fifth Avenue North, Birmingham, Alabama 35203 on September 14, 2017 at 9:00 a.m.[3]

Dated this the 5th day of September, 2017.

/s/ Tamara O. Mitchell_____
UNITED STATES BANKRUPTCY JUDGE

---

[3] This is a special setting before a previously scheduled large consumer docket; in the event the hearing does not conclude by 9:30 a.m., the Court will recess the hearing and resume in the afternoon.