# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| ALABAMA PARTNERS, LLC, *et al.*, | ) | Case No. 17-03469-TOM11 |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |

## RESPONSE OF LITTLE CAESAR ENTERPRISES, INC. TO DEBTORS' MOTION TO REJECT NON-RESIDENTIAL REAL PROPERTY LEASES AND EXECUTORY CONTRACTS

Little Caesar Enterprises, Inc. ("LCE"), by and through its undersigned attorneys, submits this response to the Debtors' Motion to Reject Non-Residential Real Property Leases and Executory Contracts (the "Motion") [ECF Doc. No. 95] and respectfully states as follows:

1. The Debtors' Motion, among other things, seeks this Court's approval for the rejection pursuant to 11 U.S.C. § 365(a) of three franchise agreements (the "Franchise Agreements") between LCE, as franchisor, and the Debtors PG County Pizza, Inc. and PG County Partners, LLC, Maryland Pizza, Inc., and Maryland LC Ventures, LLC, respectively, as franchisees. Copies of the Franchise Agreements are attached to the Motion as Exhibits D, E, and F.

2. LCE does not object to the relief sought by the Debtors in the Motion relating to the Franchise Agreements.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, if any, are: Alabama Partners, LLC (7131); BamaChex, Inc. (6953); Maryland LC Ventures, LLC (6974); Maryland Pizza, Inc. (6929); PG County Partners LLC (2811); and PG County Pizza, Inc. (3902). The service address for each of the Debtors is P.O. Box 551267, Jacksonville, FL 32255.

3. Notwithstanding its lack of objection to the proposed rejections of the Franchise Agreements, LCE reserves each and all of its rights and remedies relating to each of the Franchise Agreements, including its rights pursuant to 11 U.S.C. § 503(b)(1)(A) to seek payment in full of all post-petition amounts that become due under the Franchise Agreements through the date the related restaurants cease business, its rights to file proofs of claim for all pre-petition amounts due under the Franchise Agreements, its rights to file proofs of claim for all rejection damages that become due as a result of the Debtors' rejection of the Franchise Agreements, its rights to enforce the post-termination obligations of the respective Debtors under the Franchise Agreements, and its rights against each and every guarantor of each of the Franchise Agreements.

4. LCE further reserves each and all of its rights with respect to each other franchise agreement between LCE and any one or more of the Debtors.

Dated: September 12, 2017

        **GRAY, PLANT, MOOTY,**
         **MOOTY AND BENNETT, P.A.**

/s/ Phillip Bohl
Phillip W. Bohl (pro hac vice)
Abigail M. McGibbon (pro hac vice)
500 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
Telephone: (612) 632-3019
Facsimile: (612) 632-4019
phillip.bohl@gpmlaw.com
abigail.mcgibbon@gpmlaw.com

*Attorneys for Little Caesar Enterprises, Inc.*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| **ALABAMA PARTNERS, LLC,** *et al.*, | ) | Case No. 17-03469-TOM11 |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| _____ | ) | |

_____

## CERTIFICATE OF SERVICE
_____

I, Abigail M. McGibbon, hereby certify that on the 12th day of September, 2017, I caused a true and correct copy of the foregoing ***RESPONSE OF LITTLE CAESAR ENTERPRISES, INC. TO DEBTORS' MOTION TO REJECT NON-RESIDENTIAL REAL PROPERTY LEASES AND EXECUTORY CONTRACTS*** to be served on the following parties in the manner indicated and on the parties receiving service through the Electronic Case Filing (ECF) system via electronic mail in this proceeding.

**VIA ECF**
Robert H Adams
Rumberger, Kirk & Caldwell, P.C.
2001 Park Place North
Suite 1300
Birmingham, AL 35209
Email: radams@rumberger.com

**VIA ECF**
**Frederick Darrell Clarke, III**
Rumberger, Kirk & Caldwell
2001 Park Place North
Suite 1300
Birmingham, AL 35203
Email: fclarke@rumberger.com

**VIA ECF**
**R. Scott Williams**
Rumberger, Kirk & Caldwell, P.C.
2001 Park Place North
Suite 1300
Birmingham, AL 35203
Email: swilliams@rumberger.com

Dated: September 12, 2017

/s/ Abigail M. McGibbon
Abigail M. McGibbon

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, if any, are: Alabama Partners, LLC (7131); BamaChex, Inc. (6953); Maryland LC Ventures, LLC (6974); Maryland Pizza, Inc. (6929); PG County Partners LLC (2811); and PG County Pizza, Inc. (3902). The service address for each of the Debtors is P.O. Box 551267, Jacksonville, FL 32255.