# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| In the Matter of: | ) | Bankruptcy Case # |
| **ALABAMA PARTNERS, LLC., et al.,** | ) | **17-03469-TOM-11** |
| Debtors[1] | ) | **(Jointly Administered)** |

## MOTION FOR AN ORDER SETTING BAR DATE FOR FILING CLAIMS

COMES NOW the Bankruptcy Administrator for the Northern District of Alabama and moves this Honorable Court, pursuant to Rule 3003 of the Federal Rules of Bankruptcy Procedure, for an order setting a bar date for filing proofs of claim and equity security interests and in support thereof states as follows:

1. The debtor filed a voluntary petition for relief under Chapter 11 of Title 11 of the U.S. Bankruptcy Code on August 11, 2017.

2. The debtor is operating its businesses and managing its assets as debtor-in-possession pursuant to Sections 1107 and 1108 of the Bankruptcy Code. No trustee or examiner has been appointed in the debtor's bankruptcy case.

3. Rule 3003(c)(3) of the Bankruptcy Rules of Procedure provides that "[t]he Court shall fix and for cause shown may extend the time within which proofs of claim or interest may be filed."

4. A bar date for filing proofs of claim and equity security interests is necessary to allow the debtor to proceed with the administration of their bankruptcy cases and to pursue confirmation and consummation of the Plan.

5. The administration of this case and the likelihood of a successful reorganization/liquidation is benefitted by the filing of claims by a date certain.

6. A date certain for the filing of claims does not impose an undue hardship, burden, or detriment on the debtors, creditors, or the estate.

WHEREFORE, these premises considered, the Bankruptcy Administrator respectfully requests that this Court enter an order setting a bar date for filing proofs of claim and equity security interests in the above-styled case.

---

[1]The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, if any, are: Alabama Partners, LLC (7131); BamaChex, Inc. (6953); Maryland LC Ventures, LLC (6974); Maryland Pizza, Inc. (6929); PG County Partners LLC (2811); and PG County Pizza, Inc.(3902). The service address for each of the Debtors is P.O. Box 551267, Jacksonville, FL 32255.

Respectfully submitted this the 14th day of September, 2017.

    /s/ Jon A. Dudeck
    Jon A. Dudeck
    Assistant U.S. Bankruptcy Administrator

Robert S. Vance Federal Building
1800 Fifth Avenue, North
Birmingham, Alabama 35203
(205)714-3840

## CERTIFICATE OF SERVICE

This is to certify that on this the 14th day of September, 2017, I have served a copy of the foregoing on the parties listed below by depositing the same in the United States Mail, postage prepaid and properly addressed, or if the party being served is a registered participant in the CM/ECF System for the United States Bankruptcy Court for the Northern District of Alabama, service has been made by a "Notice of Electronic Filing" pursuant to FRBP 9036 in accordance with subparagraph II.B.4 of the Court's Administrative Procedures.

R. Scott Williams (swilliams@rumberger.com)

    /s/ Jon A. Dudeck
    Jon A. Dudeck
    Assistant U.S. Bankruptcy Administrator