IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

In re:

**Alabama Partners, LLC** § 
§ Case Number: **17-03469-TOM-11**
§
Debtor(s). § Jointly Administered

## ORDER

This matter having come before the Court on the Bankruptcy Administrator's Motion for An Order Setting Bar Date for filing Claims; the Court having considered the pleadings; it appears to the Court that the motion is due to be granted; now therefore,

It is **ORDERED, ADJUDGED and DECREED** that the Bankruptcy Administrator's Motion for An Order Setting Bar Date for filing Claims shall be and hereby is **GRANTED** and the Clerk's Office is directed to notify creditors to file claims on or before December 13, 2017, and governmental units to file claims on or before January 12, 2018. Further, all claims should be filed in the Lead Bankruptcy Case, Alabama Partners, LLC, Case Number 17-03469-TOM-11.

Dated: September 14, 2017

/s/ Tamara O. Mitchell
United States Bankruptcy Judge

TOM:klt

The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, if any, are: Alabama Partners, LLC (7131); BamaChex, Inc. (6953); Maryland LC Ventures, LLC (6974); Maryland Pizza, Inc. (6929); PG County Partners LLC (2811); and PG County Pizza, Inc.(3902). The service address for each of the Debtors is P.O. Box 551267, Jacksonville, FL 32255.