IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

In re:

**Alabama Partners, LLC** §
§ Case Number: **17-03469-TOM-11**
§
Debtor(s). § **Jointly Administered**

## NOTICE TO FILE CLAIMS

Notice is hereby given that there may be assets from which a dividend could be paid in this case. Any creditor wishing to participate if there are proceeds from assets available for distribution must, pursuant to Rule 3002 (c)(5) of the Federal Rules of Bankruptcy Procedure, file a proof of claim on or before **December 13, 2017.** For governmental units, a proof of claim must be filed on or before **January 12, 2018. All claims should be filed in the Lead Bankruptcy Case, Alabama Partners, LLC, Case Number 17-03469-TOM-11**.

Notice is further given that should you fail to file a claim within the time fixed, your claim may be barred. **If you have previously filed a claim, you need not file again**. A proof of claim can be obtained at any bankruptcy clerk's office or by visiting **www.uscourts.gov/FormsAndFees**.

Dated: September 14, 2017

                                                   Joseph E. Bulgarella, Clerk
                                                   United States Bankruptcy Court

                                                   By: /s/ Leigh Tumlin
                                                           Deputy Clerk

The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, if any, are: Alabama Partners, LLC (7131); BamaChex, Inc. (6953); Maryland LC Ventures, LLC (6974); Maryland Pizza, Inc. (6929); PG County Partners LLC (2811); and PG County Pizza, Inc. (3902). The service address for each of the Debtors is P.O. Box 551267, Jacksonville, FL 32255