# Notice Recipients

District/Off: 1126–2       User: ltumlin       Date Created: 9/14/2017
Case: 17–03469–TOM11       Form ID: pdfclm     Total: 198

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
9457959    Child Support DC
9457989    Haynes Family
9458001    Kelly Hall
9458009    Liz Whidden
9458018    Mark Williams
9458043    Pervez Kaisani
9458049    Richard Ruggiero
9458081    WHP, LLC
9458080    Wazir Kaisani
                                                                          TOTAL: 9

**Recipients of Notice of Electronic Filing:**
ba    Jon A Dudeck    jon_dudeck@alnba.uscourts.gov
aty   Abigail M. McGibbon    abigail.mcgibbon@gpmlaw.com
aty   Daniel D Sparks    ddsparks@csattorneys.com
aty   Derek F Meek    dmeek@burr.com
aty   Frederick Darrell Clarke, III    fclarke@rumberger.com
aty   James Phillip Roberts    jroberts@burr.com
aty   Jeffery J Hartley    jjh@helmsinglaw.com
aty   Julian Vasek    jvasek@haywardfirm.com
aty   Melissa S. Hayward    mhayward@haywardfirm.com
aty   Phillip W. Bohl    phillip.bohl@gpmlaw.com
aty   R. Scott Williams    swilliams@rumberger.com
aty   Robert H Adams    radams@rumberger.com
                                                                          TOTAL: 12

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db    Alabama Partners, LLC    PO Box 551267    Jacksonville, FL 32255
cr    Customized Distribution, LLC    % Daniel Sparks    Christian & Small LLP    1800 Financial Center    505 North 20th Street    Birmingham, AL 35203
cr    Checkers Drive–In Restaurants, Inc.    c/o Burr & Forman LLP    Derek Meek    420 N 20th St, Ste 3400    Birmingham, AL 35203
ba    J. Thomas Corbett    Bankruptcy Administrator    1800 5th Avenue North    Birmingham, AL 35203
br    Advanced Restaurant Sales    111 Village Parkway Bldg #2    Marietta, GA 30067
aty   Leah Fiorenza McNeill    Bryan Cave LLP    1201 W Peachtree St NW 14tyh Floor    Atlanta, GA 30309
aty   Mark I. Duedall    Bryan Cave LLP    1201 W Peachtree St NW 14tyh Floor    Atlanta, GA 30309
smg   Thomas Corbett    BA Birmingham    1800 5th Avenue North    Birmingham, AL 35203
9457922    ABC Burglar Alarm Systems, Inc.    1532 A&B Pointer Ridge Place    Bowie, MD 20716
9457923    ABC Burglar Alarm Systems, Inc.    1532 A&B Pointer Ridge Place    Bowie, Maryland 20716
9457924    ABC Burglar Alarm Systems, Inc.    1532 A&B Pointer Ridge Place    Bowie, Maryland 20716
9457937    ANX Business Corp    Dept. 77399    PO Box 77000    Detroit, MI 48277–0399
9457938    ANX Business Corp    Dept. 77399    PO Box 77000    Detroit, Michigan 48277–0399
9457925    Affordable Refuse & Recycling, Inc.    PO Box 400    Cheltenham, MD 20623
9457926    Affordable Refuse & Recycling, Inc.    PO Box 400    Cheltenham, Maryland 20623
9457927    Al Kaisani    10501 N. Central Expressway, Ste. 106    Dallas, TX 75231
9457928    Al Kaisani    10501 N. Central Expressway, Ste. 106    Dallas, TX 75231
9457929    Alabama Child Support Payment Ctr    PO Box244015    Montgomery, AL 36124–4015
9457930    Alabama Department of Labor    631 Beacon Pkwy West, Ste. 203    Birmingham, AL 35209
9457931    Alabama Department of Revenue    PO Box 327464    Montgomery, 36132–7464
9457932    Alabama Deptartment of Labor    649 Monroe Street    Montgomery, Alabama 36131
9457933    Alabama Gas Corporation    605 Richard Arrington Blvd N    Birmingham, AL 38282
9457934    Alabama Power    PO Box 242    Birmingham, AL 35292
9457935    Allied Waste/Republic Services    3950 59th Street SW    Birmingham, AL 35221
9457936    Anniston Water Works    931 Noble Street    Anniston, AL 36202
9457950    BRESCO    Birmingham Restaurant Supply    2428 Sixth Avenue S    Birmingham, AL 35233
9457939    Bae's Woodberry, LLC    Attn: Ellen Kim    12104 Old Pine Way    Oak Hill, Virginia 20171
9457940    Balboa Capital    2010 Main Street    11th Floor    Irvine, CA 92614
9457941    Bank of the Ozarks    17901 Chenal Parkway    3rd Floor    Little Rock, AR 72223
9457942    Bank of the Ozarks    PO Box 242208    Little Rock, AR 72223–2208
9457943    Bankruptcy Administrator    1800 5th Avenue North    Birmingham, AL 35203
9457944    Bessemer Utilities    PO Box 1246    Bessemer, AL 35021
9457945    Betty Leeth Haynes    PO Box 279    Cullman, AL 35056–0279
9457842    Birmingham District Tax Office    P O Box 13156    Birmingham AL 35202–3156
9457946    Birmingham Water Works Board    PO Box 830269    Birmingham, AL 35283–0269
9457947    Blue Cross and Blue Shield of Alabama    450 Riverchase Pkwy E    Birmingham, AL 35244
9457948    Blue Line    2211 Woodward Ave.    Detroit, MI 48201
9457949    Blue Line    2211 Woodward Ave.    Detroit, Michigan 48201

| ID | Name | Address | | |
|---|---|---|---|---|
| 9457951 | Brinks | PO Box 101031 | Atlanta, GA 30392–1031 | |
| 9457952 | Brinks | PO Box 101031 | Atlanta, Georgia 30392–1031 | |
| 9457953 | Burns Septic | 5291 Enterprise Street | Sykesville, MD 21784 | |
| 9457955 | CAN Capital/Channel Partners Capital | 11100 Wayzata Blvd., Ste. 305 | Minnetonika, MN 55305 | |
| 9457956 | CDI | 5151 Brook Hollow Pkwy | Norcross, GA 30071 | |
| 9457960 | CHTD Company | P.O. Box 2576 | Springfield, IL 62708 | |
| 9457958 | CHeckers Corporate | 4300 West Cypress St. Suite 600 | Tampa, FL | |
| 9457954 | Calhoun County Sales Tax | Calhoun County Revenue Commissioner | 1702 Noble St., Ste. 104 | Anniston, AL 36201 |
| 9483254 | Can Capital Asset Servicing, Inc. | 2015 Vaughn Road, Building 500 | Kennesaw, GA 30144 | |
| 9457957 | Checkers Corp. | 4300 West Cypress St. Suite 600 | Tampa, FL | |
| 9457961 | City of Anniston | P.O. Box 2168 | Anniston, AL 36202 | |
| 9457962 | City of Bessemer | Revenue Department | 1806 Third Avenue North | Bessemer, AL 35020 |
| 9457963 | City of Birmingham | 710 North 20th Street | Room 600 City Hall | Birmingham, AL 35203 |
| 9457964 | City of Cullman | PO 278 | Cullman, AL 35056–0278 | |
| 9457965 | City of Gadsden | c/o RDS | PO Box 830725 | Birmingham, AL 35283 |
| 9457966 | City of Jasper | c/o RDS | PO Box 830725 | Birmingham, AL 35283 |
| 9457967 | City of Midfield | c/o RDS | PO Box 830725 | Birmingham, AL 35283 |
| 9457968 | Coca Cola USA | PO Box 102499 | Atlanta, GA 30368 | |
| 9457969 | Comptroller of Maryland | 110 Carroll Street | Annapolis, MD 21411 | |
| 9457970 | Comptroller of Maryland | 110 Carroll Street | Annapolis, Maryland 21411 | |
| 9457971 | Corporation Service Company as Represent | PO Box 2576 | Springfield, IL 62708 | |
| 9457972 | Cullman County & City | PO Box 278 | Cullman, AL 35056–0278 | |
| 9457973 | Cullman Power Board | 106 Second Avenue NE | Cullman, AL 35055 | |
| 9457974 | Cyprus Air | 7525 Richmond Hwy | Alexandria, VA 22306 | |
| 9457975 | DC Government | 1101 4th Street SW | Suite W210 | Washington, DC 20024 |
| 9457976 | DC Government | 1101 4th Street SW | Suite W210 | Washington, District of Columbia 20024 |
| 9457977 | DDRM Largo Town Center, LLC | DDR Corp. | 3300 Enterprise Parkway | Beachwood, Ohio 44122 |
| 9457843 | Department of Revenue | Jefferson County Courthouse | Birmingham AL 35263 | |
| 9457978 | Direct Capital | 155 Commerce Way | Portsmouth, NH 03801 | |
| 9457981 | ERDA LLC | c/o Mr. Daniel Feld, Manager | 12600 Cumpston Street | Valley Village, CA 91607 |
| 9457982 | ERDA LLC | c/o Mr. Daniel Feld, Manager | 12600 Cumpston Street | Valley Village, California 91607 |
| 9457979 | Elizabeth Jelks | 8512 English Oak Loop | Montgomery, AL 36117 | |
| 9457980 | Elizabeth Jelks | 8512 English Oak Loop | Montgomery, Alabama 36117 | |
| 9457983 | Etowah County | c/o RDS | PO Box 830725 | Birmingham, AL 35283 |
| 9457984 | Firemaster | Dept 1019 | PO Box 121019 | Dallas, TX 75312–1019 |
| 9457985 | First Insurance Funding | 450 Skokie Blvd., Ste. 1000 | Northbrook, IL 60062 | |
| 9457986 | Flowers Baking Company of Birmingham | 900 16th Street N | Birmingham, AL 35203 | |
| 9457987 | Fred Garfield | Spain Gillon | 2117 Second Avenue N | Birmingham, AL 35203 |
| 9457840 | General Counsel | State Department of | Industrial Relations | Montgomery AL 36102 |
| 9457988 | Good Hope Investments, LLC | 9109 Lucky Estates Dr. | Vienna, Virginia 22182 | |
| 9457990 | HJK LLC | PO Box 175 | Lincoln, AL 35096 | |
| 9457991 | HJK LLC | PO Box 175 | Lincoln, Alabama 35096 | |
| 9457992 | HRS | PO Box 1624 | Huntsville, AL 35807 | |
| 9457996 | IRH Capital | 707 Skokie Blvd., Ste. 540 | Northbrook, IL 60062 | |
| 9457844 | Internal Revenue Service | 801 Tom Martin Dr | Birmingham AL 35211 | |
| 9457993 | Internal Revenue Service | 801 Tom Martins Dr. | Mail Stop 126 | Birmingham, Alabama 35211 |
| 9457845 | Internal Revenue Service | P O Box 21126 | Philadelphia PA 19114 | |
| 9457849 | Internal Revenue Service | P.O. Box 7346 | Philadelphia, PA 19101–7346 | |
| 9457994 | Internal Revenue Service | PO Box 7346 | Philadelphia, Pennsylvania 19101 | |
| 9457995 | Iqbal Kaisani | 10501 N. Central Expressway, Ste. 106 | Dallas, TX 75231 | |
| 9457997 | J T Smallwood – Tax Collector | Room 160 | 716 Richard Arrington Blvd. N. | Birmingham, AL 35203 |
| 9457998 | Jefferson County EDU Sales Tax | 716 Richard Arrington Jr. Blvd. N. | Birmingham, AL 35203 | |
| 9457999 | Jefferson County Sales Tax | 716 Richard Arrington Jr. Blvd. N. | Birmingham, AL 35203 | |
| 9458000 | Johnson Service Company | 2812 Ruffner Rd | Birmingham, AL 35210 | |
| 9458002 | Kelly Pruitt | 1463 Secretariat Dr. | Helena, AL 35080 | |
| 9458003 | Libert Mutual/Cobbs Allen Hall | 115 Office Park Dr., Ste. 200 | Mountain Brook, AL 32223 | |
| 9458004 | Libert Mutual/Cobbs Allen Hall | 115 Office Park Dr., Ste. 200 | Mountain Brook, Alabama 32223 | |
| 9458005 | Little Caesars Caesar Fund Inc. | 2211 Woodward Ave. | Detroit, MI 48201 | |
| 9458006 | Little Caesars Caesar Fund Inc. | 2211 Woodward Ave. | Detroit, Michigan 48201 | |
| 9458007 | Little Caesars Corporate | 2211 Woodward Ave. | Detroit, MI 48201 | |
| 9458008 | Little Caesars Corporate | 2211 Woodward Ave. | Detroit, Michigan 48201 | |
| 9458010 | Loanme | 1900 S State College Blvd., Ste. 300 | Amaheim, CA 92806 | |
| 9458011 | Loanme | 1900 S State College Blvd., Ste. 300 | Amaheim, California 92806 | |
| 9458012 | Lucinda Leeth | 3805 Cromwell Drive | Birmingham, AL 35243 | |
| 9458013 | MACRO LEASE | 185 Express Street, Ste. 100 | Plainview, NY 11803 | |
| 9458014 | Macrolease Corporation | 185 Express St. | Suite 100 | Plainview, NY 11803 |
| 9458015 | Mark Williams | PO Box 551267 | Jacksonville, FL 32255 | |
| 9458016 | Mark Williams | PO Box 551267 | Jacksonville, FL 32255 | |
| 9458017 | Mark Williams | PO Box 551267 | Jacksonville, FL 32255 | |
| 9458019 | Marlin Business Bank | 2795 E Cottonwood Pkwy, Ste. 120 | Salt Lake City, UT 84121 | |
| 9458020 | Marlow Heights Shopping Center, LP | c/o Gelman Management Co. | 2120 L Street NW Suite 800 | Washington, District of Columbia 20037 |
| 9458021 | Martha Sams | 1541 Prairie Lane | Montgomery, AL 36117 | |
| 9458022 | Martha Sams | 1541 Prairie Lane | Montgomery, Alabama 36117 | |

| | | | | | |
|---|---|---|---|---|---|
| 9458023 | Maryland Child Support Account | PO Box 17396 | Baltimore, MD 21297 | | |
| 9458024 | Maryland Child Support Account | PO Box 17396 | Baltimore, Maryland 21297 | | |
| 9458025 | Maverick VI, LLC | 12612 Waterspout Court | Owings Mills, Maryland 21117 | | |
| 9458026 | Melissa Hayward | 10501 N. Central Expressway, Suite 106 | Dallas, TX 75231 | | |
| 9458027 | Merchant Cash Cloud | 5757 NW 151st Street | Miami Lakes, FL 33014 | | |
| 9458028 | Merchant Cash Cloud | 5757 NW 151st Street | Miami Lakes, Florida 33014 | | |
| 9458029 | Muzak | Focus Four LLC | PO Box 638793 | Cincinnati, OH 45263–8793 | |
| 9458030 | NASA Federal Credit Union | 500 Prince Georges Blvd. | Upper Marlboro, MD 20774 | | |
| 9458031 | NASA Federal Credit Union | PO Box 1588 | Bowie, MD 20717 | | |
| 9458034 | NCMIC Finance Company | 14001 University Avenue | Clive, Iowa 50325 | | |
| 9458035 | NUCO2 | 2800 SE Market PL | Stuart, FL 34997 | | |
| 9458032 | Navin Kaisani | 10501 N. Central Expressway, Ste. 106 | Dallas, TX 75231 | | |
| 9458033 | Navitas | 111 Executive Ctr Dr. | Suite 102 | Columbia, SC 29210 | |
| 9458036 | ONEILAATS LLC | 10879 Coral Shores Dr # 210 | Jacksonville, FL 32256 | | |
| 9458037 | ONEILAATS LLC | 10879 Coral Shores Dr # 210 | Jacksonville, Florida 32256 | | |
| 9458038 | PEPCO | P O Box 97294 | Washington DC 20090 | | |
| 9458039 | PEPCO | PO Box 13608 | Philadelphia, Pennsylvania 19101 | | |
| 9458040 | PEPSICO | 1100 Reynolds Blvd. | Winston–Salem, NC 27105 | | |
| 9458041 | Pervez Kaisani | 10501 N. Central Expressway, Ste. 106 | Dallas, TX 75231 | | |
| 9458042 | Pervez Kaisani | 10501 N. Central Expressway, Ste. 106 | Dallas, TX 75231 | | |
| 9458044 | RDS | PO Box 830725 | Birmingham, AL 35283 | | |
| 9458054 | RLC Funding, a division of Navitas Lease | 111 Executive Center Dr. | Suite 102 | Columbia, SC 29210 | |
| 9458045 | Receivables Advance | P.O. Box 15270 | Irvine, CA 92623 | | |
| 9458046 | Regency Centers Corporation | One Independent Drive | Suite 114 | Jacksonville, FL 32202 | |
| 9458047 | Regions Bank | 1900 Fifth Avenue North | Birmingham, AL 35203 | | |
| 9458048 | Richard Blount Construction, LLC | 163 Haygood Ave. SE | Atlanta, GA 30315 | | |
| 9458050 | Richard Ruggiero | 1309 Harewood Land | Crofton, MD 21114 | | |
| 9458051 | Richard Ruggiero | 1309 Harewood Lane | Crofton, MD 21114 | | |
| 9458052 | Rivertowne Center ACQ | 8 Industrial Way | East Eatonton, New Jersey 07724 | | |
| 9458053 | Rivertowne Center ACQ | 8 Industrial Way | East Eatonton, New Jersey 07724 | | |
| 9458064 | SUSQUEHANNA SALT LAKE LLC | 136 E South Temple, Ste. 1400 | Salt Lake City, Utah 84111 | | |
| 9458055 | Sartino, Inc. | 5285 Briarwood Circle | Pinson, AL 35126 | | |
| 9457847 | Secretary of the Treasury | 1500 Pennsylvania Ave., NW | Washington, DC 20220 | | |
| 9458056 | SecureConnect/Trustwave | 75 Remittance Drive | Dept. 1999 | Chicago, IL 60675–1999 | |
| 9458057 | Sharp Realty | Attn: Accounts Receivable | 400 Union Hill Dr. | Birmingham, AL 35209 | |
| 9458058 | Silver Hill II | Combined Properties | 1255 22nd Street, NW | Washington, District of Columbia 20037 | |
| 9458059 | Stanley | 8350 Sunlight Drive | Fishers, IN 46037 | | |
| 9457839 | State Department of Revenue | P O Box 1927 | Pelham AL 35124 | | |
| 9458060 | State of Alabama | Department of Revenue | Legal Division | PO Box 320001 | Montgomery, Alabama 36132–0001 |
| 9457841 | State of Alabama Dept of Revenue | P O Box 320001 | Montgomery AL 36132 | | |
| 9458061 | Steritech | PO Box 471127 | Charlotte, NC 28247–2127 | | |
| 9458062 | Steritech | PO Box 472127 | Charlotte, NC 27247–2127 | | |
| 9458063 | Steritech | PO Box 472127 | Charlotte, North Carolina 27247–2127 | | |
| 9458065 | The Coca–Cola Company | One Coca–Cola Plaza | Atlanta, GA 30313 | | |
| 9458066 | The Hartford | 8711 University East Drive | Charlotte, NC 28213 | | |
| 9458067 | The Hartford | 8711 University East Drive | Charlotte, North Carolina 28213 | | |
| 9472506 | Tyco Integrated Security, LLC | 10405 Crosspoint Blvd. | Indianapolis IN 46256 | | |
| 9458068 | Tyco Security | c/o ADT Security Services, Inc. | PO Box 371967 | Pittsburgh, PA 15250–7967 | |
| 9458069 | U.S. Bank Equipment Finance | A division of U.S. Bank N.A. | 1310 Madrid Street | Marshall, MN 56258 | |
| 9457846 | U.S. Securities and Exchange Commission | Branch of Reorganization | 950 East Paces Ferry Road Ste 900 | Atlanta, GA 30326 | |
| 9458071 | USB Equipment Finance | 220 26th Street | Minneapolis, MN | | |
| 9458072 | USRP I, LLC | Attn: Legal Dept. | One Independent Dr. | Suite 114 | Jacksonville, Florida 32202 |
| 9458070 | UniFi Equipment Finance | 3893 Research Park Drive | Ann Arbor, MI 48108 | | |
| 9457848 | United States Attorney | Northern District of Alabama | 1801 Fourth Avenue North | Birmingham, AL 35203 | |
| 9457850 | United States Bankruptcy Administrator | Northern District of Alabama | 1800 Fifth Avenue North | Birmingham, AL 35203 | |
| 9458073 | Verizon Business | PO Box 660720 | Dallas, TX 75266 | | |
| 9458074 | Verizon Business | PO Box 660720 | Dallas, Texas 75266 | | |
| 9458082 | WSSC | 1405 Swetizer Lane | Laurel, MD 20707 | | |
| 9458075 | Wand Corporation | 7593 Corporate Way | Eden Prairie, MN 55344 | | |
| 9458077 | Washington Gas | 6801 Industrial Road | Sprinfield, VA 22151 | | |
| 9458076 | Washington Gas | 6801 Industrial Road | Sprinfield, Virginia 22151 | | |
| 9458078 | Wazir Kaisani | 10501 N. Central Expressway, Ste. 106 | Dallas, TX 75231 | | |
| 9458079 | Wazir Kaisani | 10501 N. Central Expressway, Ste. 106 | Dallas, TX 75231 | | |
| 9458085 | YES Energy Management | PO Box 660901 | Dallas, TX 75266–0901 | | |
| 9458083 | Yellowstone | 30 Broad Street | 14th FL, Ste. 1462 | New York, NY 10004 | |
| 9458084 | Yellowstone | 30 Broad Street | 14th FL, Ste. 1462 | New York, New York 10004 | |

TOTAL: 177