# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE : | ) | Chapter 11 |
| | ) | |
| ALABAMA PARTNERS, LLC, *et al.*, | ) | Case No. 17–03469-TOM11 |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |

## ORDER AUTHORIZING TERMINATION OF CERTAIN EXECUTORY CONTRACTS

This matter came before the Court on September 14, 2017, on the Motion[2] of Debtors Maryland Pizza, Inc. and Maryland LC Ventures, LLC (the "Debtors") for entry of an order authorizing the Debtors to reject certain non-residential property leases and executory contracts all as more fully described in the Motion. Based upon the arguments, testimony and pleadings before the Court, it is hereby

**ORDERED** that the Motion is granted as described in the Motion and in open court; and it is further

**ORDERED** that the Debtors' franchise agreements with Little Caesar Enterprises, Inc. as detailed in the Motion shall be deemed rejected effective as of September 18, 2017; and it is further

**ORDERED** that the Debtors non-residential real property leases for the Leased Premises with USRP I, LLC, Good Hope Investments, LLC and DDRM Largo Town Center LLC as

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, if any, are: Alabama Partners, LLC (7131); BamaChex, Inc. (6953); Maryland LC Ventures, LLC (6974); Maryland Pizza, Inc. (6929); PG County Partners LLC (2811); and PG County Pizza, Inc. (3902). The service address for each of the Debtors is P.O. Box 551267, Jacksonville, FL 32255.

[2] Capitalized terms used but not otherwise defined herein shall have the respective meanings ascribed to such terms in the Motion.

detailed in the Motion shall be deemed rejected effective as of September 30, 2017; and it is further

**ORDERED** that both the Motion and the Response of Little Caesar Enterprises, Inc. (Doc. 102) are resolved by this Order as discussed in open court so that Little Caesar Enterprises, Inc. reserves its rights and remedies relating to each of the Franchise Agreements to be terminated as more fully described in Doc. 102.

**Dated: September 14, 2017**　　　　　　　　　/s/ Tamara O. Mitchell
　　　　　　　　　　　　　　　　　　　　　　TAMARA O. MITCHELL
　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

This Order prepared at the Court's request by:

R. Scott Williams
RUMBERGER, KIRK & CALDWELL, P.C.
2001 Park Place North, Suite 1300
Birmingham, AL 35203
Phone: (205) 327-5550
Facsimile: (205) 326-6786
swilliams@rumberger.com
Attorney for Debtors