# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE : | ) | Chapter 11 |
| | ) | |
| ALABAMA PARTNERS, LLC, *et al.*, | ) | Case No. 17–03469-TOM11 |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |

## ORDER AUTHORIZING BIDDING PROCEDURES

This matter came before the Court on September 14, 2017, on the Motion[2] of Debtors Alabama Partners, LLC and BamaChex, Inc. (the "Debtors") for entry of an order establishing bidding procedures (Doc. 94). Based upon the arguments, testimony and pleadings before the Court, it is hereby **ORDERED** and **ADJUDGED** that:

1. The Motion is **GRANTED**;

2. The Bidding Procedures are authorized as described in the Motion, including but not limited to the date for qualification of bidders, the Bid Deadline, the Objection Deadline, and the Break-Up Fee;

3. The Auction for the sale of the Checkers Assets shall be set for October 18, 2017;

4. The notice procedures set forth in the Motion, including but not limited to the Sale Notice, are hereby approved and authorized;

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, if any, are: Alabama Partners, LLC (7131); BamaChex, Inc. (6953); Maryland LC Ventures, LLC (6974); Maryland Pizza, Inc. (6929); PG County Partners LLC (2811); and PG County Pizza, Inc. (3902). The service address for each of the Debtors is P.O. Box 551267, Jacksonville, FL 32255.

[2] Capitalized terms used but not otherwise defined herein shall have the respective meanings ascribed to such terms in the Motion.

5. As discussed in open court, the allocations provided for in the APA shall not be binding on the IRS or any other party for purposes of allocating proceeds from any sale of the Checkers Assets;

6. Final hearing to authorize the sale of assets is hereby set for October 19, 2017, at 2:00 p.m. at the United States Bankruptcy Court for the Northern District of Alabama, Southern Division, Robert S. Vance Federal Building, 1800 Fifth Avenue North, Birmingham, Alabama 35203.

Dated: September 15, 2017
/s/ Tamara O. Mitchell
TAMARA O. MITCHELL
United States Bankruptcy Judge

This Order prepared at the Court's request by:

R. Scott Williams
RUMBERGER, KIRK & CALDWELL, P.C.
2001 Park Place North, Suite 1300
Birmingham, AL 35203
Phone: (205) 327-5550
Facsimile: (205) 326-6786
swilliams@rumberger.com
Attorney for Debtors