# Notice Recipients

District/Off: 1126−2      User: ltumlin      Date Created: 9/15/2017
Case: 17−03469−TOM11      Form ID: pdf000      Total: 20

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ba | Jon A Dudeck | jon_dudeck@alnba.uscourts.gov |
| aty | Abigail M. McGibbon | abigail.mcgibbon@gpmlaw.com |
| aty | Daniel D Sparks | ddsparks@csattorneys.com |
| aty | Derek F Meek | dmeek@burr.com |
| aty | Frederick Darrell Clarke, III | fclarke@rumberger.com |
| aty | James Phillip Roberts | jroberts@burr.com |
| aty | Jeffery J Hartley | jjh@helmsinglaw.com |
| aty | Julian Vasek | jvasek@haywardfirm.com |
| aty | Melissa S. Hayward | mhayward@haywardfirm.com |
| aty | Phillip W. Bohl | phillip.bohl@gpmlaw.com |
| aty | R. Scott Williams | swilliams@rumberger.com |
| aty | Robert H Adams | radams@rumberger.com |

TOTAL: 12

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Alabama Partners, LLC | PO Box 551267   Jacksonville, FL 32255 |
| cr | Customized Distribution, LLC | % Daniel Sparks   Christian & Small LLP   1800 Financial Center   505 North 20th Street   Birmingham, AL 35203 |
| cr | Checkers Drive−In Restaurants, Inc. | c/o Burr & Forman LLP   Derek Meek   420 N 20th St, Ste 3400   Birmingham, AL 35203 |
| ba | J. Thomas Corbett | Bankruptcy Administrator   1800 5th Avenue North   Birmingham, AL 35203 |
| br | Advanced Restaurant Sales | 111 Village Parkway Bldg #2   Marietta, GA 30067 |
| aty | Leah Fiorenza McNeill | Bryan Cave LLP   1201 W Peachtree St NW 14tyh Floor   Atlanta, GA 30309 |
| aty | Mark I. Duedall | Bryan Cave LLP   1201 W Peachtree St NW 14tyh Floor   Atlanta, GA 30309 |
| smg | Thomas Corbett | BA Birmingham   1800 5th Avenue North   Birmingham, AL 35203 |

TOTAL: 8