IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE : | ) | Chapter 11 |
| | ) | |
| ALABAMA PARTNERS, LLC, *et al.*, | ) | Case No. 17–03469-TOM11 |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |

## NOTICE OF FILING AMENDED BUDGETS

COMES NOW, the undersigned on behalf of the Debtors in the above-styled case, and file the attached amended budgets in support of the pending cash collateral motion that is set for hearing on September 25, 2017.

Respectfully submitted,

/s/ *R. Scott Williams*
R. Scott Williams
Robert H. Adams
Frederick D. Clarke

Attorneys for Debtors
ALABAMA PARTNERS, LLC
BAMACHEX, INC.
MARYLAND LC VENTURES, LLC
MARYLAND PIZZA, INC.
PG COUNTY PARTNERS LLC
PG COUNTY PIZZA, INC.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, if any, are: Alabama Partners, LLC (7131); BamaChex, Inc. (6953); Maryland LC Ventures, LLC (6974); Maryland Pizza, Inc. (6929); PG County Partners LLC (2811); and PG County Pizza, Inc. (3902). The service address for each of the Debtors is P.O. Box 551267, Jacksonville, FL 32255.

**Of Counsel:**
**RUMBERGER, KIRK & CALDWELL, P.C.**
Renasant Place
Suite 1300
2001 Park Place North
Birmingham, AL 35203
Phone: (205) 327-5550
Facsimile: (205) 326-6786
swilliams@rumberger.com
fclarke@rumberger.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th Day of September, 2017, the foregoing was served by depositing same in the united States Mail, first class, postage prepaid on the Notice Parties as indicated on the list attached hereto.

/s/ *R. Scott Williams*
Of Counsel

2

# BamaChex, Inc. / Alabama Partners LLC
*Monthly Budget*

|  | August | September | October |
|---|---:|---:|---:|
| **Income** | | | |
|   43800 · Net Sales | $ 507,712.11 | $ 507,712.11 | $ 507,712.11 |
| **Total Income** | $ 507,712.11 | $ 507,712.11 | $ 507,712.11 |
| **Cost of Goods Sold** | | | |
|   50000 · Food | $ 151,487.69 | $ 151,487.69 | $ 151,487.69 |
|   52100 · Paper | $ 12,318.06 | $ 12,318.06 | $ 12,318.06 |
|   54000 · Labor and Benefits | | | |
|     54010 · Management | $ 40,829.00 | $ 40,829.00 | $ 40,829.00 |
|     54011 · Direct Labor | $ 108,659.54 | $ 108,659.54 | $ 108,659.54 |
|     54012 · Payroll Taxes | $ 16,717.39 | $ 16,717.39 | $ 16,717.39 |
|     54013 · Employee Insurance | $ 277.52 | $ 277.52 | $ 277.52 |
|   Total 54000 · Labor and Benefits | $ 166,483.44 | $ 166,483.44 | $ 166,483.44 |
| **Total COGS** | $ 330,289.19 | $ 330,289.19 | $ 330,289.19 |
| **Gross Profit** | $ 177,422.92 | $ 177,422.92 | $ 177,422.92 |
| **Expense** | | | |
|   60000 · Advertising and Promotion | $ 11,352.72 | $ 11,352.72 | $ 11,352.72 |
|   60100 · Royalties | $ 20,000.00 | $ 20,000.00 | $ 20,000.00 |
|   60200 · Automobile Expense | | | |
|   60400 · Bank Service Charges | $ 9,306.05 | $ 9,306.05 | $ 9,306.05 |
|   61000 · Business Licenses and Permits | $ 1,273.57 | $ 1,273.57 | $ 1,273.57 |
|   61300 · Cash Over and Short | $ 765.17 | $ 765.17 | $ 765.17 |
|   63100 · Supplies | $ 2,888.27 | $ 2,888.27 | $ 2,888.27 |
|   63300 · Insurance Expense | | | |
|     63310 · General Liability Insurance | $ 3,459.00 | $ 3,459.00 | $ 3,459.00 |
|     63360 · Worker's Compensation | $ 1,296.63 | $ 1,296.63 | $ 1,296.63 |
|   Total 63300 · Insurance Expense | $ 4,755.63 | $ 4,755.63 | $ 4,755.63 |
|   64700 · Miscellaneous Expense | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 |
|   64900 · Office Supplies | $ 124.80 | $ 124.80 | $ 124.80 |
|   66000 · Payroll Expenses | | | |
|   66600 · Printing and Reproduction | $ 177.99 | $ 177.99 | $ 177.99 |
|   66700 · Professional Fees | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 |
|   67100 · Rent Expense | $ 38,939.31 | $ 38,939.31 | $ 38,939.31 |
|   67200 · Repairs and Maintenance | $ 15,231.36 | $ 15,231.36 | $ 15,231.36 |
|   67300 · Contract Services | $ 8,404.21 | $ 8,404.21 | $ 8,404.21 |
|   68000 · Taxes - Property | $ - | $ - | $ - |
|   68100 · Telephone Expense | $ 3,467.02 | $ 3,467.02 | $ 3,467.02 |
|   68600 · Utilities | | | |
|     68610 · Electricity | $ 25,000.00 | $ 25,000.00 | $ 25,000.00 |
|     68620 · Gas | $ 2,520.40 | $ 2,520.40 | $ 2,520.40 |
|     68630 · Water and Sewer | $ 4,565.60 | $ 4,565.60 | $ 4,565.60 |
|     68640 · Trash | $ 2,852.21 | $ 2,852.21 | $ 2,852.21 |
|   Total 68600 · Utilities | $ 34,938.20 | $ 34,938.20 | $ 34,938.20 |
| **Total Expense** | $ 159,624.29 | $ 159,624.29 | $ 159,624.29 |
| **Net Ordinary Income** | $ 17,798.63 | $ 17,798.63 | $ 17,798.63 |

# PG County Pizza LLC / PG County Ventures LLC
*Monthly Budget*

| Ordinary Income/Expense | | August | | | September | | | October | |
|---|---|---:|---:|---|---:|---:|---|---:|---:|
| **Income** | | | | | | | | | |
| 40000 · SALES - CARRYOUT | $ | 138,646.01 | | $ | 138,646.01 | | $ | 138,646.01 | |
| 40101 · SALES - BREAD | $ | 15,450.84 | | $ | 15,450.84 | | $ | 15,450.84 | |
| 40102 · SALES - WINGS | $ | 13,826.15 | | $ | 13,826.15 | | $ | 13,826.15 | |
| 40104 · SALES - BEVERAGES | $ | 9,072.08 | | $ | 9,072.08 | | $ | 9,072.08 | |
| **Total Income** | $ | 176,995.08 | | $ | 176,995.08 | | $ | 176,995.08 | |
| **Cost of Goods Sold** | | | | | | | | | |
| 50000 · MEAT | $ | 6,781.97 | 3.83% | $ | 6,781.97 | 3.83% | $ | 6,781.97 | 3.83% |
| 50101 · TOPPINGS | $ | 4,536.97 | 2.56% | $ | 4,536.97 | 2.56% | $ | 4,536.97 | 2.56% |
| 50102 · CHEESE | $ | 25,183.16 | 14.23% | $ | 25,183.16 | 14.23% | $ | 25,183.16 | 14.23% |
| 50103 · DAIRY | $ | 547.15 | 0.31% | $ | 547.15 | 0.31% | $ | 547.15 | 0.31% |
| 50104 · SOFT DRINKS | $ | 4,762.32 | 2.69% | $ | 4,762.32 | 2.69% | $ | 4,762.32 | 2.69% |
| 50105 · DOUGH | $ | 8,449.22 | 4.77% | $ | 8,449.22 | 4.77% | $ | 8,449.22 | 4.77% |
| 50107 · DESSERT | $ | - | 0.00% | $ | - | 0.00% | $ | - | 0.00% |
| 50108 · WINGS | $ | 5,569.72 | 3.15% | $ | 5,569.72 | 3.15% | $ | 5,569.72 | 3.15% |
| 50109 · OTHER | $ | 1,386.66 | 0.78% | $ | 1,386.66 | 0.78% | $ | 1,386.66 | 0.78% |
| 50200 · PAPER COSTS | $ | 8,846.70 | 5.00% | $ | 8,846.70 | 5.00% | $ | 8,846.70 | 5.00% |
| 51000 · Labor Cost | | | | | | | | | |
|    51100 · Labor - Asst Manager | $ | 10,089.10 | 5.70% | $ | 10,089.10 | 5.70% | $ | 10,089.10 | 5.70% |
|    51101 · Labor - Crew | $ | 30,939.73 | 17.48% | $ | 30,939.73 | 17.48% | $ | 30,939.73 | 17.48% |
|    51102 · Labor - Manager | $ | 9,950.35 | 5.62% | $ | 9,950.35 | 5.62% | $ | 9,950.35 | 5.62% |
| Total 51000 · Labor Cost | $ | 50,979.18 | 28.80% | $ | 50,979.18 | 28.80% | $ | 50,979.18 | 28.80% |
| **Total COGS** | $ | 117,043.05 | 66.13% | $ | 117,043.05 | 66.13% | $ | 117,043.05 | 66.13% |
| **Gross Profit** | $ | 59,952.03 | 33.87% | $ | 59,952.03 | 33.87% | $ | 59,952.03 | 33.87% |
| **Expense** | | | | | | | | | |
| 50110 · SALAD | $ | - | | $ | - | | $ | - | |
| 50128 · FUEL SURCHARGE(BLUE LINE) | $ | 164.88 | 0.09% | $ | 164.88 | 0.09% | $ | 164.88 | 0.09% |
| 60130 · ADV - CAESAR FUND | $ | - | 0.00% | $ | - | 0.00% | $ | - | 0.00% |
| 66000 · Payroll Expenses | | | | | | | | | |
|    66200 · Payroll Taxes FUTA | $ | 276.50 | 0.16% | $ | 276.50 | 0.16% | $ | 276.50 | 0.16% |
|    66300 · Payroll Taxes - SUTA | $ | 994.48 | 0.56% | $ | 994.48 | 0.56% | $ | 994.48 | 0.56% |
|    66400 · Payroll Taxes - FiCA/Mediare | $ | 3,656.81 | 2.07% | $ | 3,656.81 | 2.07% | $ | 3,656.81 | 2.07% |
|    66000 · Payroll Expenses - Other | $ | 1,422.06 | 0.80% | $ | 1,422.06 | 0.80% | $ | 1,422.06 | 0.80% |
| Total 66000 · Payroll Expenses | $ | 6,349.85 | 3.59% | $ | 6,349.85 | 3.59% | $ | 6,349.85 | 3.59% |
| 66600 · Printing and Reproduction | $ | 6,349.85 | 3.59% | $ | 6,349.85 | 3.59% | $ | 6,349.85 | 3.59% |
| 66700 · Professional Fees | $ | 2,500.00 | 1.41% | $ | 2,500.00 | 1.41% | $ | 2,500.00 | 1.41% |
| 68500 · Uniforms | $ | 219.22 | 0.12% | $ | 219.22 | 2.17% | $ | 219.22 | 0.12% |
| 71100 · STORE RENT | $ | 14,504.79 | 8.20% | $ | 14,504.79 | 8.20% | $ | 14,504.79 | 8.20% |
| 71101 · RENT - CAM | | | 0.00% | | | 0.00% | | | 0.00% |
| 71102 · PROPERTY TAXES | $ | - | 0.00% | $ | - | 0.00% | $ | - | 0.00% |
| 73100 · TELEPHONE | $ | 1,527.27 | 0.86% | $ | 1,527.27 | 0.86% | $ | 1,527.27 | 0.86% |
| 73101 · ELECTRIC | $ | 1,093.53 | 3.53% | $ | 1,093.53 | 0.62% | $ | 1,093.53 | 3.53% |
| 73102 · GAS | $ | 3,719.34 | 2.10% | $ | 3,719.34 | 2.10% | $ | 3,719.34 | 2.10% |
| 73105 · TRASH | $ | 2,586.62 | 1.46% | $ | 2,586.62 | 1.46% | $ | 2,586.62 | 1.46% |
| 74100 · REPAIS/MAIN. - BLG | $ | 536.24 | 0.30% | $ | 536.24 | 0.30% | $ | 536.24 | 0.30% |
| 74101 · REPAIRS/MAIN. - EQUIP | $ | 137.01 | 0.08% | $ | 137.01 | 0.08% | $ | 137.01 | 0.08% |
| 75100 · WORKER'S COMPENSATION | $ | 2,060.57 | 1.16% | $ | 2,060.57 | 1.16% | $ | 2,060.57 | 1.16% |
| 75101 · ROYALTIES | $ | - | 0.00% | $ | - | 0.00% | $ | - | 0.00% |
| 75103 · BANK SERVICE CHARGE | $ | 3,539.90 | 2.00% | $ | 3,539.90 | 2.00% | $ | 3,539.90 | 2.00% |
| 75106 · RENT-EQUIPMENT | $ | - | 0.00% | $ | - | 0.00% | $ | - | 0.00% |
| 75107 · INSURANCE (P & C) | $ | 3,042.44 | 1.72% | $ | 3,042.44 | 1.72% | $ | 3,042.44 | 1.72% |
| 75111 · CONTRACT SERVICES | $ | 632.04 | 0.36% | $ | 632.04 | 0.36% | $ | 632.04 | 0.36% |
| 75112 · MISCELLANEOUS | $ | 5,000.00 | 2.82% | $ | 5,000.00 | 2.82% | $ | 5,000.00 | 2.82% |
| 75113 · AUTO/GAS REIMBURSEMENTS | $ | 10.96 | 0.01% | $ | 10.96 | 0.01% | $ | 10.96 | 0.01% |
| 75114 · CASH (OVER)/SHORT | $ | - | 0.00% | $ | - | 0.00% | $ | - | 0.00% |
| 75115 · CREDIT CARD FEES | $ | 397.97 | 0.22% | $ | 397.97 | 0.22% | $ | 397.97 | 0.22% |
| 75116 · SUPPLIES - CLEANING | $ | 1,283.33 | 0.73% | $ | 1,283.33 | 0.73% | $ | 1,283.33 | 0.73% |
| 75117 · SUPPLIES - OPERATING | $ | 813.79 | 0.46% | $ | 813.79 | 0.46% | $ | 813.79 | 0.46% |
| 75121 · INTEREST EXPENSEE | $ | - | 0.00% | $ | - | 0.00% | $ | - | 0.00% |
| **Total Expense** | $ | 56,469.61 | 31.90% | $ | 56,469.61 | 31.90% | $ | 56,469.61 | 31.90% |
| **Net Ordinary Income** | $ | 3,482.42 | 1.97% | $ | 3,482.42 | 1.97% | $ | 3,482.42 | 1.97% |

# Maryland Pizza Inc. / Maryland LC Ventures LLC
## Monthly Budget

| Ordinary Income/Expense | August | | September | | October | |
|---|---:|---:|---:|---:|---:|---:|
| **Income** | | | | | | |
|   40000 · SALES - CARRYOUT | $ 97,118.75 | | $ 36,218.63 | | $ 36,218.63 | |
|   40101 · SALES - BREAD | $ 11,001.49 | | $ 3,556.18 | | $ 3,556.18 | |
|   40102 · SALES - WINGS | $ 12,142.14 | | $ 4,458.17 | | $ 4,458.17 | |
|   40104 · SALES - BEVERAGES | $ 6,264.90 | | $ 2,264.64 | | $ 2,264.64 | |
| **Total Income** | **$ 126,527.29** | | **$ 46,497.63** | | **$ 46,497.63** | |
| **Cost of Goods Sold** | | | | | | |
|   50000 · MEAT | $ 4,776.84 | 3.78% | $ 1,754.28 | 3.77% | $ 1,754.28 | 3.77% |
|   50101 · TOPPINGS | $ 3,035.86 | 2.40% | $ 1,264.42 | 2.72% | $ 1,264.42 | 2.72% |
|   50102 · CHEESE | $ 17,317.55 | 13.69% | $ 6,086.66 | 13.09% | $ 6,086.66 | 13.09% |
|   50103 · DAIRY | $ 392.23 | 0.31% | $ 144.14 | 0.31% | $ 144.14 | 0.31% |
|   50104 · SOFT DRINKS | $ 3,474.70 | 2.75% | $ 1,248.49 | 2.69% | $ 1,248.49 | 2.69% |
|   50105 · DOUGH | $ 5,234.54 | 4.14% | $ 2,240.51 | 4.82% | $ 2,240.51 | 4.82% |
|   50107 · DESSERT | $ - | 0.00% | $ - | 0.00% | $ - | 0.00% |
|   50108 · WINGS | $ 3,815.78 | 3.02% | $ 1,315.58 | 2.83% | $ 1,315.58 | 2.83% |
|   50109 · OTHER | $ 932.23 | 0.74% | $ 202.10 | 0.43% | $ 202.10 | 0.43% |
|   50110 · SALAD | $ - | 0.00% | $ - | 0.00% | $ - | 0.00% |
|   50200 · PAPER COSTS | $ 6,215.01 | 4.91% | $ 2,180.34 | 4.69% | $ 2,180.34 | 4.69% |
|   51000 · Labor Cost | | | | | | |
|     51100 · Labor - Asst Manager | $ 10,768.89 | 8.51% | $ 5,360.53 | 11.53% | $ 5,360.53 | 11.53% |
|     51101 · Labor - Crew | $ 21,661.19 | 17.12% | $ 7,121.02 | 15.31% | $ 7,121.02 | 15.31% |
|     51102 · Labor - Manager | $ 9,348.44 | 7.39% | $ 2,529.46 | 5.44% | $ 2,529.46 | 5.44% |
|   Total 51000 · Labor Cost | $ 41,778.52 | 33.02% | $ 15,011.01 | 32.28% | $ 15,011.01 | 32.28% |
| **Total COGS** | **$ 86,973.26** | **68.74%** | **$ 31,447.53** | **67.63%** | **$ 31,447.53** | **67.63%** |
| **Gross Profit** | **$ 39,554.04** | **31.26%** | **$ 15,050.09** | **32.37%** | **$ 15,050.09** | **32.37%** |
| **Expense** | | | | | | |
|   50128 · FUEL SURCHARGE(BLUE LINE) | $ 57.24 | 0.05% | $ 22.18 | 0.05% | $ 22.18 | 0.05% |
|   60130 · ADV - CAESAR FUND | $ - | 0.00% | $ - | 0.00% | $ - | 0.00% |
|   62600 · Equipment Rental | $ - | 0.00% | $ - | 0.00% | $ - | 0.00% |
|   63300 · Insurance Expense | | | | | | |
|     63360 · Worker's Compensation | $ 386.55 | 0.31% | $ 193.27 | 0.42% | $ 193.27 | 0.42% |
|     63300 · Insurance Expense - Other | $ 386.55 | 0.31% | $ - | 0.00% | $ - | 0.00% |
|   Total 63300 · Insurance Expense | $ 773.10 | 0.61% | $ 193.27 | 0.42% | $ 193.27 | 0.42% |
|   63400 · Interest Expense | $ - | 0.00% | $ - | 0.00% | $ - | 0.00% |
|   66000 · Payroll Expenses | | | | | | |
|     66200 · Payroll Taxes FUTA | $ 238.02 | 0.19% | $ 84.68 | 0.18% | $ 84.68 | 0.18% |
|     66300 · Payroll Taxes - SUTA | $ 1,088.99 | 0.86% | $ 388.34 | 0.84% | $ 388.34 | 0.84% |
|     66400 · Payroll Taxes - FICA/Mediare | $ 3,278.01 | 2.59% | $ 1,230.24 | 2.65% | $ 1,230.24 | 2.65% |
|     66000 · Payroll Expenses - Other | $ 1,090.05 | 0.86% | $ 1,070.64 | 2.30% | $ 1,070.64 | 2.30% |
|   Total 66000 · Payroll Expenses | $ 5,695.08 | 4.50% | $ 2,773.90 | 5.97% | $ 2,773.90 | 5.97% |
|   68500 · Uniforms | | | | | | |
|   71100 · STORE RENT | $ 17,123.21 | 13.53% | $ 4,932.43 | 10.61% | $ 4,932.43 | 10.61% |
|   71101 · RENT - CAM | $ 1,500.90 | 1.19% | $ - | 0.00% | $ - | 0.00% |
|   71102 · PROPERTY TAXES | $ - | 0.00% | $ - | 0.00% | $ - | 0.00% |
|   73100 · TELEPHONE | $ 672.44 | 0.53% | $ 123.01 | 0.26% | $ 123.01 | 0.26% |
|   73101 · ELECTRIC | $ 2,660.55 | 2.10% | $ 895.69 | 1.93% | $ 895.69 | 1.93% |
|   73102 · GAS | $ 2,320.53 | 1.83% | $ 795.38 | 1.71% | $ 795.38 | 1.71% |
|   73105 · TRASH | $ 885.16 | 0.70% | $ 299.63 | 0.64% | $ 299.63 | 0.64% |
|   74100 · REPAIS/MAIN. - BLG | $ 171.27 | 0.14% | $ - | 0.00% | $ - | 0.00% |
|   75101 · ROYALTIES | $ - | 0.00% | $ - | 0.00% | $ - | 0.00% |
|   75103 · BANK SERVICE CHARGE | $ 621.14 | 0.49% | $ 155.29 | 0.33% | $ 155.29 | 0.33% |
|   75107 · INSURANCE (P & C) | $ 283.92 | 0.22% | $ 221.87 | 0.48% | $ 221.87 | 0.48% |
|   75111 · CONTRACT SERVICES | $ 2,530.55 | 2.00% | $ 929.95 | 2.00% | $ 929.95 | 2.00% |
|   75112 · MISCELLANEOUS | $ 500.00 | 0.40% | $ 500.00 | 1.08% | $ 500.00 | 1.08% |
|   75114 · CASH (OVER)/SHORT | $ 707.68 | 0.56% | $ 242.54 | 0.52% | $ 242.54 | 0.52% |
|   75115 · CREDIT CARD FEES | $ 877.05 | 0.69% | $ 330.20 | 0.71% | $ 330.20 | 0.71% |
|   75116 · SUPPLIES - CLEANING | $ 575.38 | 0.45% | $ 279.19 | 0.60% | $ 279.19 | 0.60% |
|   75117 · SUPPLIES - OPERATING | $ 96.82 | 0.08% | $ 42.76 | 0.09% | $ 42.76 | 0.09% |
|   75120 · TRAINING | $ - | 0.00% | $ - | 0.00% | $ - | 0.00% |
|   75121 · INTEREST EXPENSEE | $ - | 0.00% | $ - | 0.00% | $ - | 0.00% |
| **Total Expense** | **$ 38,052.01** | **30.07%** | **$ 12,737.29** | **27.39%** | **$ 12,737.29** | **27.39%** |
| **Net Ordinary Income** | **$ 1,502.03** | **1.19%** | **$ 2,312.80** | **4.97%** | **$ 2,312.80** | **4.97%** |