IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

| | | | | |
|---|---|---|---|---|
| IN RE: | Christine B. Carter | § | Case Number: | 17-03469--13 |
| | | § | | |
| | Debtor(s) | § | Chapter: | 13 |

**REQUEST FOR NOTICE UNDER BANKRUPTCY RULE 2002**

PLEASE TAKE NOTICE THAT NCEP, LLC hereby gives notice as follows:

Pursuant to 11 U.S.C. §342(f)(1), Ascension Capital Group hereby requests that:
- (i) all notices given or required to be given in the case; and
- (ii) all pleadings and correspondence served or required to be served in this case,

regarding NCEP, LLC should be directed to Ascension Capital Group at the following mailing address effective immediately:

Attn: NCEP, LLC Department
Ascension Capital Group
Account: XXXXX2302
P.O. Box 165028
Irving, TX 75016

If applicable, Creditor is successor-in-interest to Santander.

This request encompasses all notices, copies and pleadings referred to in Rules 2002, 9007 or 9008 of the Bankruptcy Rules, including, without limitation, notices of any Orders, Motions, Demands, Complaints, Petitions, Pleadings, Requests, Applications, Schedules, Statements, Plans, and any other documents brought before this court in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telecopier, telex, or otherwise which affects or seeks to affect the above case.

Respectfully submitted,

/s/ Bhagwati Barot
Bhagwati Barot
Claims Processor
Bankruptcy Servicer for NCEP, LLC
Ascension Capital Group
P.O. Box 165028
Irving, TX 75016
(817) 277-2011, Fax (817) 461-8070
ecfnotices@ascensioncapitalgroup.com
File # 1004238

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

| IN RE: | Christine B. Carter | § | Case Number: | 17-03469--13 |
|---|---|---|---|---|
| | | § | | |
| | Debtor(s) | § | Chapter: | 13 |

**CERTIFICATE OF SERVICE OF**
**REQUEST FOR NOTICE UNDER BANKRUPTCY RULE 2002**

I hereby certify that on 20th day of September, 2017, a copy of the above and foregoing Request for Notice was electronically served upon the parties listed below:

/s/ Zann Welch
Zann Welch

Trustee:
Daniel B O'Brien
Trustee of the U.S. Bankruptcy Court
P.O. Box 1884
Mobile, AL 36633

Attorney for Debtor:
E. Calhoun Wilson
Wilson & Guthrie, LLC
1308 Greensboro Ave.
Tuscaloosa, AL 35401