**Van–021** [Notice] (Rev. 08/04)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| **In re:** | **Case No.** 17–03469–TOM11 |
| Alabama Partners, LLC | **Chapter** 11 |
| **EIN:** 26–3067131 | |

**Debtor(s)**

## NOTICE

Notice of Deficient Filing or Incorrect Event: PROBLEM: The filer, Bhagwati Barot Claims Processor, has docketed a pleading in a case in which the name of the debtor does not match the case in which the pleading was filed when filing the Request for Notice. SOLUTION: The filer, Bhagwati Barot Claims Processor, should withdraw the pleading from this case and file the pleading in the correct case. If the filer does not complete the SOLUTION within two business days of this Notice, the Court may deny the requested relief, or the Clerk's Office may take no further action. (RE: related document(s)115 Notice of Appearance filed by Creditor NCEP, LLC Department). (klt)

Dated: September 20, 2017

By:

Joseph E. Bulgarella, Clerk
United States Bankruptcy Court

klt