# Notice Recipients

District/Off: 1126–2  User: ltumlin  Date Created: 9/20/2017
Case: 17–03469–TOM11  Form ID: van021  Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
cr    NCEP, LLC Department    Ascension Capital Group    P.O. Box 165028    Irving, TX 75016

TOTAL: 1