United States Bankruptcy Court
Northern District of Alabama

In re: Case No. 17-03469-TOM
Alabama Partners, LLC Chapter 11
      Debtor

## CERTIFICATE OF NOTICE

District/off: 1126-2    User: ltumlin    Page 1 of 2    Date Rcvd: Sep 20, 2017
                      Form ID: van021    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 22, 2017.
cr          +NCEP, LLC Department, Ascension Capital Group, P.O. Box 165028, Irving, TX 75016-5028

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                               TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 22, 2017                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 20, 2017 at the address(es) listed below:
       Abigail M. McGibbon    on behalf of Interested Party    Little Caesar Enterprises, Inc. abigail.mcgibbon@gpmlaw.com
       Daniel D Sparks    on behalf of Creditor    Customized Distribution, LLC ddsparks@csattorneys.com, dan-sparks-9722@ecf.pacerpro.com
       Derek F Meek    on behalf of Creditor    Checkers Drive-In Restaurants, Inc. dmeek@burr.com, mgunnells@burr.com
       Frederick Darrell Clarke, III    on behalf of Debtor    PG County Partners, LLC fclarke@rumberger.com, mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
       Frederick Darrell Clarke, III    on behalf of Debtor    BamaChex, Inc. fclarke@rumberger.com, mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
       Frederick Darrell Clarke, III    on behalf of Debtor    Alabama Partners, LLC fclarke@rumberger.com, mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
       Frederick Darrell Clarke, III    on behalf of Debtor    Maryland LC Ventures, LLC fclarke@rumberger.com, mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
       Frederick Darrell Clarke, III    on behalf of Debtor    PG County Pizza, Inc. fclarke@rumberger.com, mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
       Frederick Darrell Clarke, III    on behalf of Debtor    Maryland Pizza, Inc. fclarke@rumberger.com, mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
       James Phillip Roberts    on behalf of Creditor    Checkers Drive-In Restaurants, Inc. jroberts@burr.com
       Jeffery J Hartley    on behalf of Interested Party    R&F Birmingham, LLC jjh@helmsinglaw.com, ktm@helmsinglaw.com;dwc@helmsinglaw.com
       Jon A Dudeck    jon_dudeck@alnba.uscourts.gov, courtmailbir7@alnba.uscourts.gov
       Julian Vasek    on behalf of Interested Party Wazir Kaisani jvasek@haywardfirm.com
       Julian Vasek    on behalf of Interested Party Pervez Kaisani jvasek@haywardfirm.com
       Julian Vasek    on behalf of Interested Party Iqbar Kaisani jvasek@haywardfirm.com
       Kelley Askew Gillikin    on behalf of Creditor    ALA DEPT OF REVENUE LEGAL DIVISION P O BOX 320001 MONTGOMERY, AL 36132-0001 kelley.gillikin@revenue.alabama.gov
       Melissa S. Hayward    on behalf of Interested Party Wazir Kaisani mhayward@haywardfirm.com, mholmes@haywardfirm.com
       Melissa S. Hayward    on behalf of Interested Party Iqbar Kaisani mhayward@haywardfirm.com, mholmes@haywardfirm.com
       Melissa S. Hayward    on behalf of Interested Party Pervez Kaisani mhayward@haywardfirm.com, mholmes@haywardfirm.com
       Phillip W. Bohl    on behalf of Interested Party    Little Caesar Enterprises, Inc. phillip.bohl@gpmlaw.com
       R. Scott Williams    on behalf of Debtor    PG County Partners, LLC swilliams@rumberger.com, docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumberger.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      R. Scott Williams    on behalf of Debtor    Maryland LC Ventures, LLC swilliams@rumberger.com, docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumberger.com

      R. Scott Williams    on behalf of Debtor    Maryland Pizza, Inc. swilliams@rumberger.com, docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumberger.com

      R. Scott Williams    on behalf of Debtor    BamaChex, Inc. swilliams@rumberger.com, docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumberger.com

      R. Scott Williams    on behalf of Debtor    PG County Pizza, Inc. swilliams@rumberger.com, docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumberger.com

      R. Scott Williams    on behalf of Debtor    Alabama Partners, LLC swilliams@rumberger.com, docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumberger.com

      Robert H Adams    on behalf of Debtor    Maryland LC Ventures, LLC radams@rumberger.com, mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberger.com

      Robert H Adams    on behalf of Debtor    PG County Partners, LLC radams@rumberger.com, mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberger.com

      Robert H Adams    on behalf of Debtor    BamaChex, Inc. radams@rumberger.com, mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberger.com

      Robert H Adams    on behalf of Debtor    PG County Pizza, Inc. radams@rumberger.com, mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberger.com

      Robert H Adams    on behalf of Debtor    Alabama Partners, LLC radams@rumberger.com, mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberger.com

      Robert H Adams    on behalf of Debtor    Maryland Pizza, Inc. radams@rumberger.com, mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberger.com

      TOTAL: 32

Van–021 [Notice] (Rev. 08/04)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| **In re:** | **Case No.** 17–03469–TOM11 |
| Alabama Partners, LLC | **Chapter** 11 |
| **EIN:** 26–3067131 | |

**Debtor(s)**

## NOTICE

Notice of Deficient Filing or Incorrect Event: PROBLEM: The filer, Bhagwati Barot Claims Processor, has docketed a pleading in a case in which the name of the debtor does not match the case in which the pleading was filed when filing the Request for Notice. SOLUTION: The filer, Bhagwati Barot Claims Processor, should withdraw the pleading from this case and file the pleading in the correct case. If the filer does not complete the SOLUTION within two business days of this Notice, the Court may deny the requested relief, or the Clerk's Office may take no further action. (RE: related document(s)115 Notice of Appearance filed by Creditor NCEP, LLC Department). (klt)

Dated:   September 20, 2017

By:

Joseph E. Bulgarella, Clerk
United States Bankruptcy Court

klt