# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE : | ) | Chapter 11 |
| | ) | |
| ALABAMA PARTNERS, LLC, *et al.*, | ) | Case No. 17–03469-TOM11 |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |

## ORDER ON CASH COLLATERAL HEARING

This matter came before the Court on September 25, 2017, on the Debtor's Motion for Interim Order and Final Order Authorizing the Use of Cash Collateral Pursuant to 11 U.S.C. § 363(c)(2) and Rule 4001(b) of the Federal Rules of Bankruptcy Procedure [Dkt. No. 19] (the "Cash Collateral Motion") and the amended budget that was filed with the Court on September 15, 2017 [Dkt. No. 109] (the "Amended Budget"). Appearing before the Court were R. Scott Williams on behalf of the Debtors, Derek Meek on behalf of Checkers Restaurants, Abigail McGibbon on behalf of Little Caesar Enterprises and Blueline, Jon Dudeck, the Assistant Bankruptcy Administrator, and Ed Ragland on behalf of the Internal Revenue Service.

Based upon the pleadings, arguments of counsel, and the representations made in open court, the Court finds that the Cash Collateral Motion is due to be GRANTED and a final order entered subject to the Amended Budget. The Court hereby ORDERS that the Cash Collateral Motion is GRANTED, as amended by the Amended Budget, and ORDERS the Debtor and parties to comply with the terms of the Motion as set forth therein and to take such necessary and appropriate steps to effectuate the purposes of this Order.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, if any, are: Alabama Partners, LLC (7131); BamaChex, Inc. (6953); Maryland LC Ventures, LLC (6974); Maryland Pizza, Inc. (6929); PG County Partners LLC (2811); and PG County Pizza, Inc. (3902). The service address for each of the Debtors is P.O. Box 551267, Jacksonville, FL 32255.

DONE and so ORDERED this 25th day of September, 2017

/s/ Tamara O. Mitchell
UNITED STATES BANKRUPTCY JUDGE

This Order prepared at the Court's request by:

R. Scott Williams
RUMBERGER, KIRK & CALDWELL, P.C.
2001 Park Place North, Suite 1300
Birmingham, AL 35203
Phone: (205) 327-5550
Facsimile: (205) 326-6786
swilliams@rumberger.com
Attorney for Debtors