| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ALABAMA PARTNERS, LLC,[1] | ) | Case No. 17-03469-TOM11 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF NOTICES AND DOCUMENTS

**PLEASE TAKE NOTICE** that Bottling Group, LLC and its affiliates and subsidiaries,

operating as Pepsi Beverages Company ("Pepsi") hereby appears by its counsel, Joseph D.

Frank, Jeremy C. Kleinman and FrankGecker LLP; such counsel hereby enter their appearances

pursuant to Section 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code") and

Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); and such

counsel hereby request, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and Sections 342

and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in the

above-captioned case be given and served upon the following persons at the following address,

telephone number, facsimile number and email addresses:

Joseph D. Frank
Jeremy C. Kleinman
FRANKGECKER LLP
325 North LaSalle Street, Suite 625
Chicago, Illinois 60654
Telephone: (312) 276-1400
Facsimile: (312) 276-0035
jfrank@fgllp.com
jkleinman@fgllp.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, if any, are: Alabama Partners, LLC (7131); BamaChex, Inc. (6953); Maryland LC Ventures, LLC (6974); Maryland Pizza, Inc. (6929); PG County Partners LLC (2811); and PG County Pizza, Inc. (3902). The service address for each of the Debtors is P.O. Box 551267, Jacksonville, FL 32255.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and sections of the Bankruptcy Code specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, facsimile transmission, electronic mail transmission, or otherwise filed or made with regard to the above-captioned case and proceedings therein.

This Notice of Appearance and Request for Service of Notices and Documents shall not be deemed or construed to be a waiver of the rights of Pepsi (i) to have final orders in non-core matters entered only after *de novo* review by a District Court Judge; (ii) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (iv) to contest the jurisdiction of this Court over Pepsi; or (v) of any other rights, claims, actions, setoffs, or recoupments to which Pepsi may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Pepsi expressly reserves.

Dated: September 26, 2017

BOTTLING GROUP, LLC

By:  */s/ Jeremy C. Kleinman*
One of its attorneys

Joseph D. Frank (IL No. 6216085)
Jeremy C. Kleinman (IL No. 6270080)
FRANKGECKER LLP
325 North LaSalle Street, Suite 625
Chicago, Illinois 60654
Telephone: (312) 276-1400
Facsimile: (312) 276-0035
jfrank@fgllp.com
jkleinman@fgllp.com

## CERTIFICATE OF SERVICE

I, Jeremy C. Kleinman, an attorney, state that on **September 26, 2017**, a copy of the foregoing **Notice of Appearance and Request for Service of Notices and Documents** was filed electronically.  Notice of this filing will be sent to all parties on the Court's Electronic Mail Notice List by operation of the Court's CM/ECF system.  In addition, copies were served via first class United States mail, postage prepaid, upon the parties listed below:

By:      */s/ Jeremy C. Kleinman*

## NOTICE VIA U.S. MAIL

### *Counsel to the Debtors*

Robert H. Adams
Frederick Darrell Clarke III
R. Scott Williams
RUMBERGER, KIRK & CALDWELL
2001 Park Place North, Suite 1300
Birmingham, Alabama  35203

*Telephone:      (205) 572-4929*
*Facsimile:      (205) 326-6786*
radams@rumberger.com
fclarke@rumberger.com
swilliams@rumberger.com

# Mailing Information for Case 17-03469-TOM11

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Robert H Adams    radams@rumberger.com, mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberger.com
- Phillip W. Bohl    phillip.bohl@gpmlaw.com
- Frederick Darrell Clarke    fclarke@rumberger.com, mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
- Jon A Dudeck    jon_dudeck@alnba.uscourts.gov, courtmailbir7@alnba.uscourts.gov
- Kelley Askew Gillikin    kelley.gillikin@revenue.alabama.gov
- Jeffery J Hartley    jjh@helmsinglaw.com, ktm@helmsinglaw.com;dwc@helmsinglaw.com
- Melissa S. Hayward    mhayward@haywardfirm.com , mholmes@haywardfirm.com
- Abigail M. McGibbon    abigail.mcgibbon@gpmlaw.com
- Derek F Meek    dmeek@burr.com, mgunnells@burr.com
- James Phillip Roberts    jroberts@burr.com
- Daniel D Sparks    ddsparks@csattorneys.com, dan-sparks-9722@ecf.pacerpro.com
- Julian Vasek    jvasek@haywardfirm.com
- R. Scott Williams    swilliams@rumberger.com, docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumberger.com