IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE : | ) | Chapter 11 |
| | ) | |
| ALABAMA PARTNERS, LLC, *et al.*, | ) | Case No. 17–03469-TOM11 |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |

**AMENDMENT TO SCHEDULE E/F:
CREDITORS WHO HAVE UNSECURED CLAIMS**

COMES NOW Alabama Partners, LLC, debtor and debtor in possession (the "Debtor"), and amends Schedule E/F: Creditors who have Unsecured Claims to add the following creditors:

<u>**Debtor - BamaChex, Inc.**</u>

**Schedule E/F: Creditors who have Unsecured Claims**

    **Priority Unsecured Creditors:**

| | |
|---|---|
| City of Center Point<br>2209 Center Point Parkway<br>Center Point, Alabama 35215 | $7,879.00 |

    **Non-Priority Unsecured Creditors:**

| | |
|---|---|
| Cullman Gas District<br>PO Box 399<br>Cullman, Alabama 35056 | $257.00 |
| Republic Services<br>3950 50th Street SW<br>Birmingham, Alabama 35221 | $5,686.43 |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, if any, are: Alabama Partners, LLC (7131); BamaChex, Inc. (6953); Maryland LC Ventures, LLC (6974); Maryland Pizza, Inc. (6929); PG County Partners LLC (2811); and PG County Pizza, Inc. (3902). The service address for each of the Debtors is P.O. Box 551267, Jacksonville, FL 32255.

## DECLARATION:

Under penalty of perjury, I declare that I have read the forgoing Amendment to Scheduled E/F: Creditors Who Have Unsecured Claims, and it is true and correct to the best of my knowledge, information and belief.

/s/ Mark Williams
Mark Williams, Chief Operating Officer

Respectfully submitted,

/s/ R. Scott Williams
R. Scott Williams
Robert H. Adams
Frederick D. Clarke

Attorneys for Debtors
ALABAMA PARTNERS, LLC
BAMACHEX, INC.
MARYLAND LC VENTURES, LLC
MARYLAND PIZZA, INC.
PG COUNTY PARTNERS LLC
PG COUNTY PIZZA, INC.

**Of Counsel:**
**RUMBERGER, KIRK & CALDWELL, P.C.**
Renasant Place
Suite 1300
2001 Park Place North
Birmingham, AL 35203
Phone: (205) 327-5550
Facsimile: (205) 326-6786
swilliams@rumberger.com
radams@rumberger.com
fclarke@rumberger.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2017, a true and correct copy of the foregoing has been served via ECF Noticing to all parties receiving electronic notices in this bankruptcy case, and by U.S. First Class Mail on the parties listed below:

City of Center Point
2209 Center Point Parkway
Center Point, Alabama 35215

Cullman Gas District
PO Box 399
Cullman, Alabama 35056

Republic Services
3950 50th Street SW
Birmingham, Alabama 35221

/s/ R. Scott Williams
Of Counsel