Van–019 [Amd to Sch (Ch 11 Cases)] (Rev. 03/17)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA, SOUTHERN DIVISION

In re:                                                      **Case No.** 17–03469–TOM11
Alabama Partners, LLC                            **Chapter** 11

                            **EIN:** 26–3067131

**Debtor(s)**

## NOTICE OF AMENDMENT TO SCHEDULES

Notice is hereby given that on **9/29/17** the Debtor filed an **Amendment to Schedules** and added the following creditor(s):

**City of Center Point; Cullman Gas District; Republic Services**

The original petition was filed on **8/11/17.**

A meeting of creditors pursuant to 11 U.S.C. §341(a) was (or will be) held on **9/14/17** at **10:00 AM** in **Robert S. Vance Federal Building, 1800 5th Avenue North, Birmingham, AL 35203.**

The deadline for filing complaints pursuant to 11 U.S.C. §523(c) was (or will be) on **.**

Upon filing of the petition, certain acts and proceedings against the Debtor, and the estate are stayed as provided in 11 U.S.C. §362(a).

Any creditor holding a scheduled claim which is not listed as disputed, contingent, or unliquidated as to amount, may, but is not required to, file a proof of claim in this case. Any creditor whose claim is listed as disputed, contingent, or unliquidated as to amount, and desires to participate in the case or share in any distribution must file a proof of claim. Any creditor who desires to rely on the schedule of creditors has the responsibility for determining that the claim is listed accurately.

**Creditors: File your claim(s) now. A claim not filed by the claims bar date generally is not allowed. It is not necessary to refile if you have already filed a proof of claim. A proof of claim form can be obtained at any bankruptcy clerk's office or by visiting www.uscourts.gov/forms/bankruptcy–forms. Claims can be filed electronically through the court's website at: www.alnb.uscourts.gov/electronic–proof–claim.**

Dated:   September 29, 2017                                By:

                                                                       Joseph E. Bulgarella, Clerk
                                                                       United States Bankruptcy Court

klt