IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| ALABAMA PARTNERS, LLC, et al., | ) | BANKRUPTCY CASE NO: 17-03469-TOM |
| | ) | |
| DEBTORS. | ) | CHAPTER 11 |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

Please take notice that the undersigned counsel for the United States of America and its agency, the Internal Revenue Service ("IRS"), Jay E. Town, United States Attorney for the Northern District of Alabama and Richard E. O'Neal and Edward Q. Ragland, Assistant United States Attorneys for the Northern District of Alabama, hereby requests, pursuant to Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. § 1109(b) that their names be added to the matrix, that copies of all pleadings, notices, motions, and other notices of any matter for which notice is given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon:

> Jay E. Town
> United States Attorney
> Attention: Richard E. O'Neal
>           Edward Q. Ragland
> Assistant United States Attorneys
>  1801 4th Avenue North
> Birmingham, Alabama 35203
> Tel. No:      205-244-2001
> Fax No:     205-244-2184

Please take further notice that this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any and all plans of reorganization and disclosure statements filed in this case, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether informal or formal, whether or not oral or written, and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, telegraph, telex, or otherwise pertaining in any manner to this case.

Respectfully submitted on this the 4th day of October 2017.

> JAY E. TOWN
> United States Attorney
>
> */s/Richard E. O'Neal*
> RICHARD E. O'NEAL
> Assistant United States Attorney
> 1801 4th Avenue North
> Birmingham, Alabama 35203
> (205) 244-2120

*/s/ Edward Q. Ragland*
EDWARD Q. RAGLAND
Assistant United States Attorney
1801 4th Avenue North
Birmingham, Alabama 35203
(205) 244-2109

CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing has been served on the following by electronic mail and/or first-class United States Mail, properly addressed and postage prepaid on this the 4th day of October 2017.

Mr. Robert H Adams
Rumberger, Kirk & Caldwell, P.C.
2001 Park Place North
Suite 1300
Birmingham, AL 35203

Mr. Frederick Darrell Clarke, III
Rumberger, Kirk & Caldwell
2001 Park Place North
Suite 1300
Birmingham, AL 35203

Mr. R. Scott Williams
Rumberger, Kirk & Caldwell, P.C.
2001 Park Place North
Suite 1300
Birmingham, AL 35203

Mr. Derek F. Meek
BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, AL 35203

Mr. James P. Roberts
BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, AL 35203

Mr. J. Thomas Corbett
Bankruptcy Administrator
United States Bankruptcy Administrator
Northern District of Alabama
Robert S. Vance Federal Building
1800 Fifth Avenue, North
Birmingham, Alabama 35203

Mr. Joseph D. Frank
Jeremy C. Kleinman
FRANKGECKER LLP
325 North LaSalle Street, Suite 625
Chicago, Illinois 60654

Mr. Jeffery J. Hartley
Attorney for R & F Birmingham, LLC
Helmsing, Leach, Herlong, Newman & Rouse, P.C.
Post Office Box 2767
Mobile, AL 36652

Ms. Abigail M. McGibbon
Mr. Phillip W. Bohl
GRAY, PLANT, MOOTY, MOOTY AND BENNETT, P.A.
500 IDS Center
80 South Eighth Street Minneapolis, Minnesota 55402

Creditors on attached
 Creditor's Matrix dated October 4, 2017.


                                                */s/Richard E. O'Neal*
                                                RICHARD E. O'NEAL
                                                Assistant United States Attorney