## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: _____     CASE NO. : 1703469
1703471_____     MONTH ENDING: August 2017_____

Operating reports are to be filed monthly, in duplicate, with the
Bankruptcy Clerk's Office by the 15ᵗʰ of each month

## BUSINESS DEBTOR'S AFFIRMATIONS

1.  YES _X_ NO ____  All post petition business taxes have been paid/deposited and the deposit
    slips are attached.

    YES ___ NO ____  All post petition individual taxes have been paid and the deposit slips are
    attached.

    If you answered "No" to the above, list the types of taxes that are now due and owing.

    | TYPE OF TAX | AMOUNT |
    |-------------|--------|
    | _____ | $ _____ |
    | _____ | $ _____ |
    | _____ | $ _____ |
    | _____ | $ _____ |

2.  YES _X_ NO ____  Adequate insurance on all assets/property including fire, theft, liability, collision
    and casualty and workman's compensation (if applicable) is currently in full force
    and effect.

    If no, enter:     TYPE _____ not in force.

                      TYPE _____ not in force.

3.  YES _X_ NO ____  New books and records were opened and are being maintained daily.

4.  YES _X_ NO ____  Copies of <u>all</u> banks statements and reconciliations are attached .

5.  YES _X_ NO ____  I have otherwise complied with all requirements of the Chapter 11
    Operating Order.

6.  YES _X_ NO ____  All financial statements filed with the Bankruptcy Clerk's Office are
    prepared in accordance with generally accepted accounting principles.

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE
AND BELIEF.

DATE 10-06-2017_____

Mark Williams
_____
RESPONSIBLE PARTY

Phone No. 678-592-0526_____

**Bankruptcy Administrator Form – Business BA-01**

## United States Bankruptcy Court - Northern District of Alabama

1703469

**CASE NAME:** _____     **CASE NO. :** 1703471          **MONTH ENDING:** August 2017

### Attach Business Forms BA-02(A-D)
## BUSINESS DEBTOR'S

| CASH RECEIPTS & DISBURSEMENTS | INCOME STATEMENT |
|---|---|
| | -Accrual   **(Circle One)**   -Cash |

CASH ON HAND (Beginning)is the same figure as cash on Hand (End) of last month.

A.  CASH ON HAND(Beginning) __0__

B.  RECEIPTS:

    Accounts Receivable from Form BA-02(A)-Line II(C)  __0__

    Cash Sales  __304196__

    Loan Proceeds from_____  _____

    Sale of Property (Not in ordinary course of business)  _____

    Other_____  _____

    _____

C.  TOTAL RECEIPTS  __304196__
    (Total of B)

D.  BUSINESS DISBURSEMENTS FROM FORM BA-02(B)  __198923__

E.  SURPLUS OR DEFICIT  __105273__
    (C minus D)

F.  CASH ON HAND (End)  __105273__
    (A plus E)

1.  REVENUE FROM TOTAL SALES  $ __279896__

2.  LESS COST OF THOSE SALES  __193996__
    (Cost of materials, Labor, etc.)

3.  EQUALS GROSS PROFIT (1 minus 2)  __85901__

4.  LESS OPERATING EXPENSES  __87042__

5.  EQUALS NET PROFIT OPERATIONS (3 minus 4)  __-1142__

6.  NON-OPERATING INCOME/EXPENSES (LIST SPECIFIC INCOME/EXPENSES)

    _____  _____

    _____  _____

    _____  _____

7.  EQUALS NET PROFIT OR NET LOSS (5 plus or minus 6)  $ __-1142__

*** Please itemize Cost of Sales and Expenses on a separate sheet of paper.**

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE __10-06-2017__                    Mark Williams
                                  RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02**

# United States Bankruptcy Court - Northern District of Alabama

CASE NAME: _____  CASE NO. : 1703469 1703471  MONTH ENDING: August 2017

### Attach to Business Form BA-02
# BUSINESS DEBTOR'S ACCOUNTS RECEIVABLE

_X_ I.   NO ACCOUNTS RECEIVABLE WERE COLLECTED THIS MONTH. (Check if true)

II.   COLLECTION OF ACCOUNTS RECEIVABLE THIS MONTH.

   A.   Amount collected this month on accounts receivable charged and paid this month.          $_____

   B.   Amount collected this month on accounts receivable charged in prior months and paid this month.          $_____

   C.   TOTAL collected this month on accounts receivable.          $_____

III.   PENDING ACCOUNTS RECEIVABLE AS OF THE END OF THE MONTH:

| ENTITY | 0-30 Days | 31-60 DAYS | 61-90 DAYS | OVER 91 | TOTAL |
|---|---|---|---|---|---|
|  | $ |  |  |  | $ |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
| **TOTALS** | $ |  |  |  | $ |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE 10-06-2017 _____          Mark Williams _____
RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02(A)**

# United States Bankruptcy Court - Northern District of Alabama

CASE NAME: _____  CASE NO.: 1703469  MONTH ENDING: August 2017
                                         1703471

## BUSINESS DEBTOR'S ACTUAL DISBURSEMENTS

| | | |
|---|---|---|
| ACCOUNTING FEES.................................................$ | | _____ |
| ADVERTISING....................................................... | | _____ |
| AUTOMOBILES/VEHICLES (repairs & maintenance)............. | | _____ |
| COMMISSIONS/CONTRACT LABOR....................................... | | _____ |
| INSURANCE (TOTAL)................................................. | | _____ |
|    AUTO | $_____ | |
|    LIABILITY | _____ | |
|    LIFE | _____ | |
|    MEDICAL | _____ | |
|    CASUALTY | _____ | |
|    FIRE & THEFT | _____ | |
|    WORKMAN'S COMP. | _____ | |
|    OTHER _____ | _____ | |
| INTEREST PAID......................................................... | | _____ |
| INVENTORY PURCHASED.................................................. | 94977 | |
| LEGAL FEES........................................................... | | _____ |
| POSTAGE.............................................................. | | _____ |
| RENT/LEASE PAYMENTS ON REAL ESTATE................................... | | _____ |
| REPAIRS & MAINTENANCE................................................ | 9743 | |
| SALARIES/WAGES PAID.................................................. | 68319 | |
| SECURED LOAN PAYMENTS [TOTAL FROM BA-02(C)]........................ | | _____ |
| SUPPLIES (TOTAL)..................................................... | | Included Inventory |
|    OFFICE | $_____ | |
|    OPERATING | _____ | |
| TRAVEL & ENTERTAINMENT............................................... | | _____ |
| TAXES [TOTAL OF ALL TAXES FROM BA-02(D)]........................ | 17536 | |
| UNSECURED LOAN PAYMENTS.............................................. | | _____ |
| UTILITIES (TOTAL).................................................... | 3932 | |
|    ELECTRICITY | $_____ | |
|    GAS | _____ | |
|    TELEPHONE | 1038 | |
|    WATER | _____ | |
|    OTHER  Trash | 2894 | |

OTHER BUSINESS DISBURSEMENTS    3600 CDI Deposit
(Specify)                       369 Harland Clark        $ 4366
                                396 Bank Fees

**TOTAL BUSINESS DISBURSEMENTS**.........................$ 198873

---

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE
AND BELIEF.

DATE 10-06-2017                    Mark Williams
                                   _____
                                   RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02(B)**

# United States Bankruptcy Court - Northern District of Alabama

CASE NAME: _____    CASE NO. : 1703469 / 1703471    MONTH ENDING: August 2017

## BUSINESS DEBTOR'S PAYMENTS TO SECURED CREDITORS

# *ALL SECURED CREDITORS MUST BE LISTED BELOW*

1. _____ Secured loan payments as described below have been paid this month
   (Check, if true.)

2. __X__ No secured loan payments have been paid during this month.
   (Check, if true.)

3. _____ The DIP has no secured creditors. (Check, if true.)

| SECURED CREDITOR | COLLATERAL | DATE PAID | AMOUNT | | BALANCE |
|---|---|---|---|---|---|
| | | | DUE | PAID | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND
BELIEF.

DATE _10-06-2017_

Mark Williams
_____
RESPONSIBLE PARTY

Bankruptcy Administrator Form - Business BA-02(C)

# United States Bankruptcy Court - Northern District of Alabama

CASE NAME: _____    CASE NO.: 1703469 1703471    MONTH ENDING: August 2017

### Attach to Business Form BA-02
## BUSINESS DEBTOR'S TAX PAYMENTS

### A. WITHHELD TAXES FOR EACH PAYROLL PERIOD

| PAYROLL DATE | PAYROLL AMOUNT | FICA 941 | | STATE INCOME TAXES PAID | LOCAL INCOME TAXES PAID |
|---|---|---|---|---|---|
| | | AMOUNT DUE | AMOUNT DEPOSITED | | |
| 08/17/2017 | 9200 | 2772 | 2772 | | |
| 08/23 - 08/25/2017 | 62464.90 | 11991 | 11991 | | |
| 08/30 - 08/31/2017 | 11680 | 3869 | 3868 | | |
| | | | | | |
| | | | | | |
| TOTAL | 83345 | 18632 | 18632 | | |

### B. UNEMPLOYMENT TAXES FOR EACH PAYROLL PERIOD

| PAYROLL DATE | TAXABLE PAYROLL | FUTA 940 | | STATE |
|---|---|---|---|---|
| | | AMOUNT DUE | AMOUNT DEPOSITED | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL | | | | |

### C. OTHER TAXES (SPECIFY TYPE: EXCISE, SALES, ETC. INCLUDE TAXES DUE AND PAID QUARTERLY)

| DUE | | | PAID | | |
|---|---|---|---|---|---|
| DATE | TYPE | AMOUNT | DATE | TYPE | AMOUNT |
| 09/20/2017 | Sales | 38425 | | | |
| 09/15/2017 | Withholding | 4114 | | | |
| 09/20/2017 | Occupational | 931 | | | |
| TOTAL | | 43470 | | | |

**I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

DATE 10-06-2017 _____

Mark Williams
RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02(D)**

## United States Bankruptcy Court - Northern District of Alabama

1703469

CASE NAME: _____    CASE NO. :1703471_____    MONTH ENDING: August 2017

### BUSINESS DEBTOR'S BANK ACCOUNTS

| Bank, Credit Union, Etc. | Account No. (Checking, Savings, CD, Etc.) | Statement Balance | Date | Indicate Pre or Post Petition Account |
|---|---|---|---|---|
| Wells Fargo | 8810 | 0 | 08/31/2017 | Post Petition |
| Wells Fargo | 8836 | 105729 | 08/31/2017 | Post Petition |
| | | | | |
| | | | | |

### GROSS PAYROLL
#### (Wages, Salaries, Commissions, Bonuses, Etc.)

| | | |
|---|---|---|
| Officer #1   (Name) Mark Williams | $ | 5880 |
| Officer #2   (Name) | $ | |
| Other Officer   (Name) | $ | |
| Employees (Number)   155 | $ | 77465 |
| Employees (Relatives) | $ | |
| Name | $ | |
| Name | $ | |

### INVENTORY (IF APPLICABLE)

| | |
|---|---|
| Inventory - Beginning of Month (COST) | $ |
| Inventory - Purchased this Month - CASH | $ |
| Inventory - Purchased this Month - CREDIT | $ |
| Inventory - End of Month (COST) | $ |

### PAYMENTS MADE TO PRE-PETITION UNSECURED CREDITORS

  x   A. No payments on pre-petition debts have been made this month.
_____  B. The following payments have been made this month to unsecured
        creditors whose debts were incurred prior to the filing of this case:

| CREDITOR | AMOUNT & DATE | PURPOSE | PAYMENT COURT APPROVED? |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE 10-06-2017 _____          Mark Williams
                                          _____
                                          RESPONSIBLE PARTY

# United States Bankruptcy Court - Northern District of Alabama

CASE NAME: _____  CASE NO.: 1703469 1703471  MONTH ENDING: August 2017

## BUSINESS DEBTOR'S POST-PETITION ACCOUNTS PAYABLE

**CHECK A or B**

_____ A.  All operating expenses since the beginning of this case have been paid. Therefore there are no post-petition accounts payable.

**\*\* OR \*\***

__X__ B.  Post-petition accounts payable are as follows:

| ENTITY OWED | 0-30 DAYS | 31-60 DAYS | 61-90 DAYS | OVER 91 | TOTAL |
|---|---|---|---|---|---|
| Alabama Power | 22000 | $ | $ | $ | $ |
| HJK LLC | 14640 | | | | |
| Martha Sams | 595 | | | | |
| Kelly Hall | 595 | | | | |
| Lucinda Leeth | 328 | | | | |
| WHP LLC | 2407 | | | | |
| Betty Leeth Haynes | 1037 | | | | |
| Sartino Inc | 1495 | | | | |
| Alagasco | 2600 | | | | |
| Birmingham Water | 3000 | | | | |
| Trustwave | 1210 | | | | |
| BCBS | 1377 | | | | |
| United Health Care | 558 | | | | |
| ASIWCF | 1267 | | | | |
| Elizabeth Jelks | 595 | | | | |
| Wand Corp | 3983 | | | | |
| | | | | | |
| | | | | | |
| **TOTALS** | 57687 | $ | $ | $ | $ |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE 10-06-2017 _____

Mark Williams
RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-03(A)**

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: _____  CASE NO. : 1703469 1703471      MONTH ENDING: August 2017

### File for Each Quarter
### BUSINESS DEBTOR'S BALANCE SHEET

**I.  ASSETS**

| Current: | | |
|---|---|---|
| | Cash | $ 105273 |
| | Inventory | $ 38775 |
| | Accounts Receivable | $ |
| | Other | $ 3600 |
| | Total Current Assets      (a) | $ 147648 |

| Fixed: | | |
|---|---|---|
| | Property & Equipment | $ 525907 |
| | Accumulated Depreciation | $ < 18416                    > |
| | Other | $ |
| | Total Fixed Assets      (b) | $ 507491 |

Total Assets                (a + b) = (c)      $ 655139

**II. LIABILITIES**

| Current: | | |
|---|---|---|
| | Post Chapter 11 Payables | $ 57687 |
| | Taxes Payable | $ 54577 |
| | Accrued Professional Fees | $ |
| | Accrued Expenses | $ |
| | Notes Payable | $ |
| | Current Portion Long Term Debt | $ |
| | Other | $ |
| | Total Current Liabilities (d) | $ 112264 |

| Long Term Debt: | | |
|---|---|---|
| | Pre-Chapter 11 Payables | $ 4399999 |
| | Notes & Loans Payable | $ 211289 |
| | Less Current Portion | $ <                    > |
| | Other | $ |
| | Total Long Term Debt    (e) | $ 4611288 |
| Total Liabilities | (d + e) = (f) | $ 4723552 |

STOCKHOLDERS EQUITY/(DEFICIT) OR NET WORTH

| | | |
|---|---|---|
| Capital Stock | (g) | $ 1000 |
| Retained Earnings (Deficit) | (h) | $ (4068271) |
| Current Surplus (Deficit) | (i) | $ (1142) |

Total Liabilities & Stockholder
Equity/Net Worth          (f) + (g) + (h) + (i)   $ 655139

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE
AND BELIEF.

DATE 10-06-2017 _____

Mark Williams
RESPONSIBLE PARTY

Bankruptcy Administrator Form - Business BA-04

# Analyzed Business Checking

Account number:  Redacted**8810**  ■  August 4, 2017 - August 31, 2017  ■  Page 1 of 2



ALABAMA PARTNERS, LLC
CHECKERS
10879 CORAL SHORES DR
UNIT 210
JACKSONVILLE FL 32256-2126

### Questions?

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS** (1-800-225-5935)

*Online:* wellsfargo.com

*Write:*  Wells Fargo Bank, N.A. (220)
P.O. Box 6995
Portland, OR 97228-6995

---

## ✔ IMPORTANT ACCOUNT INFORMATION

For business banking customers who receive a paper statement for an analyzed checking account, the standard monthly fee per statement is $5.00 per account.
For wholesale banking customers, the paper statement fee may vary. Please refer to the annual pricing terms applicable to your account.

---

## Account summary

### Analyzed Business Checking

| Account number | Beginning balance | Total credits | Total debits | Ending balance |
|---|---|---|---|---|
| Redacted8810 | $0.00 | $209.93 | -$209.93 | $0.00 |

## Credits

### Deposits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 08/04 | 50.00 | Deposit |
| | | **$50.00** | **Total deposits** |

### Electronic deposits/bank credits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 08/25 | 159.93 | Online Transfer From Bamachex Inc Business Checking xxxxxx8836 Ref #Ib03PM5Cg5 on 08/25/17 |
| | | **$159.93** | **Total electronic deposits/bank credits** |
| | | **$209.93** | **Total credits** |



## Debits

**Electronic debits/bank debits**

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 08/15 | 52.86 | Harland Clarke Check/Acc. 081417 00657037575482 Alabama Partners, LLC |
| | 08/15 | 157.07 | Harland Clarke Check/Acc. 081417 00657037575482 Alabama Partners, LLC |
| | | **$209.93** | **Total electronic debits/bank debits** |
| | | **$209.93** | **Total debits** |

## Daily ledger balance summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 08/04 | 50.00 | 08/15 | -159.93 | 08/25 | 0.00 |
| **Average daily ledger balance** | | **-$37.47** | | | |

NOTICE: Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery PO Box 5058 Portland, OR. 97208-5058. You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.

Sheet Seq = 0000185
Sht = 11 of 14

# Analyzed Business Checking



BAMACHEX INC
OPERATING EXPENSES
10879 ORAL SHORES DR
UNIT 210
JACKSONVILLE FL 32256

**Questions?**

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS** (1-800-225-5935)

*Online:* wellsfargo.com

Write: Wells Fargo Bank, N.A. (220)
P.O. Box 6995
Portland, OR 97228-6995

---

## ✓ IMPORTANT ACCOUNT INFORMATION

---

For business banking customers who receive a paper statement for an analyzed checking account, the standard
monthly fee per statement is $5.00 per account.
For wholesale banking customers, the paper statement fee may vary. Please refer to the annual pricing terms applicable
to your account.

---

## Account summary

### Analyzed Business Checking

| Account number | Beginning balance | Total credits | Total debits | Ending balance |
|---|---|---|---|---|
| Redacted8836 | $0.00 | $310,029.94 | -$204,300.33 | $105,729.61 |

## Credits
### Deposits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 08/04 | 50.00 | Deposit |
| | 08/14 | 300.70 | Deposit |
| | 08/14 | 197.31 | Deposit |
| | 08/14 | 479.50 | Deposit |
| | 08/14 | 294.57 | Deposit |
| | 08/14 | 970.00 | Deposit |
| | 08/14 | 429.87 | Deposit |
| | 08/14 | 211.52 | Deposit |
| | 08/14 | 308.70 | Deposit |
| | 08/14 | 334.15 | Deposit |
| | 08/14 | 161.73 | Deposit |
| | 08/14 | 306.74 | Deposit |
| | 08/14 | 228.15 | Deposit |
| | 08/14 | 501.04 | Deposit |



**Deposits** *(continued)*

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 08/15 | 382.15 | Deposit |
| | 08/15 | 356.83 | Deposit |
| | 08/15 | 470.27 | Deposit |
| | 08/15 | 411.00 | Deposit |
| | 08/15 | 424.00 | Deposit |
| | 08/15 | 409.25 | Deposit |
| | 08/15 | 156.69 | Deposit |
| | 08/15 | 766.00 | Deposit |
| | 08/15 | 392.16 | Deposit |
| | 08/15 | 295.38 | Deposit |
| | 08/15 | 336.57 | Deposit |
| | 08/15 | 681.41 | Deposit |
| | 08/15 | 197.00 | Deposit |
| | 08/16 | 330.52 | Deposit |
| | 08/16 | 198.18 | Deposit |
| | 08/16 | 767.00 | Deposit |
| | 08/16 | 174.29 | Deposit |
| | 08/16 | 107.93 | Deposit |
| | 08/16 | 366.33 | Deposit |
| | 08/16 | 359.20 | Deposit |
| | 08/16 | 537.78 | Deposit |
| | 08/16 | 443.07 | Deposit |
| | 08/16 | 690.43 | Deposit |
| | 08/16 | 437.00 | Deposit |
| | 08/16 | 571.00 | Deposit |
| | 08/16 | 419.49 | Deposit |
| | 08/16 | 449.91 | Deposit |
| | 08/16 | 518.60 | Deposit |
| | 08/17 | 390.88 | Deposit |
| | 08/17 | 153.69 | Deposit |
| | 08/17 | 340.70 | Deposit |
| | 08/17 | 254.35 | Deposit |
| | 08/17 | 539.36 | Deposit |
| | 08/17 | 583.70 | Deposit |
| | 08/17 | 413.66 | Deposit |
| | 08/17 | 483.00 | Deposit |
| | 08/17 | 485.25 | Deposit |
| | 08/17 | 451.16 | Deposit |
| | 08/17 | 364.26 | Deposit |
| | 08/17 | 704.53 | Deposit |
| | 08/17 | 693.35 | Deposit |
| | 08/17 | 89.56 | Deposit |
| | 08/17 | 651.90 | Deposit |
| | 08/18 | 281.55 | Deposit |
| | 08/18 | 375.38 | Deposit |
| | 08/18 | 617.00 | Deposit |



## Deposits *(continued)*

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 08/18 | 349.92 | Deposit |
| | 08/18 | 429.08 | Deposit |
| | 08/18 | 306.01 | Deposit |
| | 08/18 | 633.50 | Deposit |
| | 08/18 | 537.52 | Deposit |
| | 08/18 | 308.55 | Deposit |
| | 08/18 | 466.00 | Deposit |
| | 08/18 | 997.55 | Deposit |
| | 08/18 | 284.66 | Deposit |
| | 08/18 | 749.57 | Deposit |
| | 08/18 | 413.06 | Deposit |
| | 08/18 | 668.00 | Deposit |
| | 08/18 | 480.00 | Deposit |
| | 08/18 | 225.20 | Deposit |
| | 08/21 | 776.25 | Deposit |
| | 08/21 | 270.06 | Deposit |
| | 08/21 | 678.65 | Deposit |
| | 08/21 | 441.44 | Deposit |
| | 08/21 | 509.14 | Deposit |
| | 08/21 | 873.86 | Deposit |
| | 08/21 | 13.39 | Deposit |
| | 08/21 | 316.40 | Deposit |
| | 08/21 | 465.30 | Deposit |
| | 08/21 | 297.33 | Deposit |
| | 08/21 | 640.30 | Deposit |
| | 08/21 | 581.18 | Deposit |
| | 08/21 | 455.43 | Deposit |
| | 08/21 | 182.00 | Deposit |
| | 08/21 | 82.00 | Deposit |
| | 08/21 | 296.89 | Deposit |
| | 08/21 | 431.00 | Deposit |
| | 08/21 | 771.50 | Deposit |
| | 08/21 | 112.93 | Deposit |
| | 08/21 | 217.00 | Deposit |
| | 08/21 | 649.59 | Deposit |
| | 08/21 | 382.17 | Deposit |
| | 08/21 | 436.40 | Deposit |
| | 08/21 | 831.20 | Deposit |
| | 08/21 | 350.81 | Deposit |
| | 08/21 | 365.10 | Deposit |
| | 08/21 | 610.00 | Deposit |
| | 08/21 | 299.95 | Deposit |
| | 08/21 | 315.30 | Deposit |
| | 08/21 | 353.51 | Deposit |
| | 08/21 | 245.10 | Deposit |
| | 08/21 | 97.37 | Deposit |



## Deposits *(continued)*

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 08/21 | 353.83 | Deposit |
| | 08/21 | 221.41 | Deposit |
| | 08/21 | 198.97 | Deposit |
| | 08/21 | 217.76 | Deposit |
| | 08/21 | 387.12 | Deposit |
| | 08/21 | 228.64 | Deposit |
| | 08/21 | 445.17 | Deposit |
| | 08/21 | 109.67 | Deposit |
| | 08/21 | 319.23 | Deposit |
| | 08/21 | 334.41 | Deposit |
| | 08/21 | 94.35 | Deposit |
| | 08/21 | 347.00 | Deposit |
| | 08/21 | 300.70 | Deposit |
| | 08/21 | 431.00 | Deposit |
| | 08/21 | 595.00 | Deposit |
| | 08/21 | 715.00 | Deposit |
| | 08/21 | 473.00 | Deposit |
| | 08/21 | 571.23 | Deposit |
| | 08/21 | 711.00 | Deposit |
| | 08/21 | 315.00 | Deposit |
| | 08/21 | 355.00 | Deposit |
| | 08/21 | 221.07 | Deposit |
| | 08/22 | 442.00 | Deposit |
| | 08/22 | 398.25 | Deposit |
| | 08/22 | 507.00 | Deposit |
| | 08/22 | 431.47 | Deposit |
| | 08/22 | 611.57 | Deposit |
| | 08/22 | 511.45 | Deposit |
| | 08/22 | 196.33 | Deposit |
| | 08/22 | 400.25 | Deposit |
| | 08/22 | 307.56 | Deposit |
| | 08/22 | 360.06 | Deposit |
| | 08/22 | 542.00 | Deposit |
| | 08/22 | 396.50 | Deposit |
| | 08/22 | 542.55 | Deposit |
| | 08/22 | 248.52 | Deposit |
| | 08/22 | 616.20 | Deposit |
| | 08/22 | 221.36 | Deposit |
| | 08/22 | 105.30 | Deposit |
| | 08/22 | 240.17 | Deposit |
| | 08/22 | 116.23 | Deposit |
| | 08/22 | 160.59 | Deposit |
| | 08/22 | 500.47 | Deposit |
| | 08/23 | 655.98 | Deposit |
| | 08/23 | 557.30 | Deposit |
| | 08/23 | 340.06 | Deposit |



## Deposits *(continued)*

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 08/23 | 513.00 | Deposit |
| | 08/23 | 134.14 | Deposit |
| | 08/23 | 325.17 | Deposit |
| | 08/23 | 236.65 | Deposit |
| | 08/23 | 505.85 | Deposit |
| | 08/23 | 309.75 | Deposit |
| | 08/23 | 285.74 | Deposit |
| | 08/23 | 325.01 | Deposit |
| | 08/23 | 452.00 | Deposit |
| | 08/23 | 382.29 | Deposit |
| | 08/23 | 521.00 | Deposit |
| | 08/23 | 329.06 | Deposit |
| | 08/23 | 274.67 | Deposit |
| | 08/23 | 226.47 | Deposit |
| | 08/23 | 247.00 | Deposit |
| | 08/23 | 273.25 | Deposit |
| | 08/23 | 593.40 | Deposit |
| | 08/24 | 432.65 | Deposit |
| | 08/24 | 300.73 | Deposit |
| | 08/24 | 559.05 | Deposit |
| | 08/24 | 487.78 | Deposit |
| | 08/24 | 426.35 | Deposit |
| | 08/24 | 330.43 | Deposit |
| | 08/24 | 552.14 | Deposit |
| | 08/24 | 663.05 | Deposit |
| | 08/24 | 635.15 | Deposit |
| | 08/24 | 214.95 | Deposit |
| | 08/24 | 499.00 | Deposit |
| | 08/24 | 93.10 | Deposit |
| | 08/24 | 305.06 | Deposit |
| | 08/24 | 490.50 | Deposit |
| | 08/24 | 596.20 | Deposit |
| | 08/24 | 192.37 | Deposit |
| | 08/24 | 426.87 | Deposit |
| | 08/24 | 387.16 | Deposit |
| | 08/24 | 224.27 | Deposit |
| | 08/25 | 410.00 | Deposit |
| | 08/25 | 654.95 | Deposit |
| | 08/25 | 318.40 | Deposit |
| | 08/25 | 609.96 | Deposit |
| | 08/25 | 260.89 | Deposit |
| | 08/25 | 422.07 | Deposit |
| | 08/25 | 337.20 | Deposit |
| | 08/25 | 342.16 | Deposit |
| | 08/25 | 355.32 | Deposit |
| | 08/25 | 354.00 | Deposit |



## Deposits *(continued)*

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---:|---|
| | 08/25 | 450.48 | Deposit |
| | 08/25 | 529.50 | Deposit |
| | 08/25 | 230.00 | Deposit |
| | 08/25 | 281.80 | Deposit |
| | 08/25 | 448.00 | Deposit |
| | 08/25 | 543.00 | Deposit |
| | 08/25 | 490.00 | Deposit |
| | 08/25 | 458.31 | Deposit |
| | 08/25 | 495.06 | Deposit |
| | 08/25 | 178.51 | Deposit |
| | 08/25 | 694.63 | Deposit |
| | 08/25 | 263.25 | Deposit |
| | 08/25 | 531.95 | Deposit |
| | 08/28 | 307.52 | Deposit |
| | 08/28 | 666.88 | Deposit |
| | 08/28 | 169.00 | Deposit |
| | 08/28 | 201.59 | Deposit |
| | 08/28 | 326.41 | Deposit |
| | 08/28 | 415.68 | Deposit |
| | 08/28 | 211.44 | Deposit |
| | 08/28 | 274.00 | Deposit |
| | 08/28 | 358.00 | Deposit |
| | 08/28 | 412.72 | Deposit |
| | 08/28 | 278.86 | Deposit |
| | 08/28 | 551.45 | Deposit |
| | 08/28 | 477.60 | Deposit |
| | 08/28 | 427.75 | Deposit |
| | 08/28 | 365.19 | Deposit |
| | 08/28 | 648.89 | Deposit |
| | 08/28 | 281.72 | Deposit |
| | 08/28 | 813.00 | Deposit |
| | 08/28 | 189.86 | Deposit |
| | 08/28 | 550.78 | Deposit |
| | 08/28 | 215.16 | Deposit |
| | 08/28 | 645.00 | Deposit |
| | 08/28 | 441.57 | Deposit |
| | 08/28 | 313.71 | Deposit |
| | 08/28 | 600.00 | Deposit |
| | 08/28 | 332.63 | Deposit |
| | 08/28 | 430.25 | Deposit |
| | 08/28 | 489.33 | Deposit |
| | 08/28 | 364.00 | Deposit |
| | 08/28 | 213.00 | Deposit |
| | 08/28 | 732.10 | Deposit |
| | 08/28 | 695.80 | Deposit |
| | 08/28 | 261.95 | Deposit |



**Deposits** *(continued)*

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 08/28 | 294.54 | Deposit |
| | 08/28 | 601.81 | Deposit |
| | 08/28 | 689.54 | Deposit |
| | 08/28 | 904.00 | Deposit |
| | 08/28 | 245.95 | Deposit |
| | 08/28 | 546.79 | Deposit |
| | 08/28 | 104.87 | Deposit |
| | 08/28 | 190.58 | Deposit |
| | 08/28 | 567.00 | Deposit |
| | 08/28 | 592.27 | Deposit |
| | 08/28 | 245.00 | Deposit |
| | 08/28 | 541.65 | Deposit |
| | 08/28 | 235.02 | Deposit |
| | 08/28 | 669.00 | Deposit |
| | 08/28 | 384.13 | Deposit |
| | 08/28 | 216.25 | Deposit |
| | 08/28 | 708.55 | Deposit |
| | 08/28 | 1,101.85 | Deposit |
| | 08/28 | 647.04 | Deposit |
| | 08/28 | 483.00 | Deposit |
| | 08/28 | 410.00 | Deposit |
| | 08/28 | 465.55 | Deposit |
| | 08/28 | 40.00 | Deposit |
| | 08/28 | 358.49 | Deposit |
| | 08/28 | 285.65 | Deposit |
| | 08/28 | 305.26 | Deposit |
| | 08/28 | 507.02 | Deposit |
| | 08/28 | 373.45 | Deposit |
| | 08/28 | 552.46 | Deposit |
| | 08/28 | 224.35 | Deposit |
| | 08/29 | 525.56 | Deposit |
| | 08/29 | 397.92 | Deposit |
| | 08/29 | 676.13 | Deposit |
| | 08/29 | 580.69 | Deposit |
| | 08/29 | 202.18 | Deposit |
| | 08/29 | 406.34 | Deposit |
| | 08/29 | 246.00 | Deposit |
| | 08/29 | 376.00 | Deposit |
| | 08/29 | 275.19 | Deposit |
| | 08/29 | 727.00 | Deposit |
| | 08/29 | 696.10 | Deposit |
| | 08/29 | 195.84 | Deposit |
| | 08/29 | 375.35 | Deposit |
| | 08/29 | 747.00 | Deposit |
| | 08/29 | 346.96 | Deposit |
| | 08/29 | 539.77 | Deposit |



## Deposits *(continued)*

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 08/29 | 249.31 | Deposit |
| | 08/29 | 151.91 | Deposit |
| | 08/29 | 241.13 | Deposit |
| | 08/29 | 366.75 | Deposit |
| | 08/29 | 315.05 | Deposit |
| | 08/29 | 576.00 | Deposit |
| | 08/30 | 337.54 | Deposit |
| | 08/30 | 165.48 | Deposit |
| | 08/30 | 397.01 | Deposit |
| | 08/30 | 365.00 | Deposit |
| | 08/30 | 503.83 | Deposit |
| | 08/30 | 387.17 | Deposit |
| | 08/30 | 402.05 | Deposit |
| | 08/30 | 936.30 | Deposit |
| | 08/30 | 332.00 | Deposit |
| | 08/30 | 323.16 | Deposit |
| | 08/30 | 396.14 | Deposit |
| | 08/30 | 463.37 | Deposit |
| | 08/30 | 667.34 | Deposit |
| | 08/30 | 500.63 | Deposit |
| | 08/30 | 596.25 | Deposit |
| | 08/30 | 569.00 | Deposit |
| | 08/30 | 277.38 | Deposit |
| | 08/30 | 281.29 | Deposit |
| | 08/30 | 341.95 | Deposit |
| | 08/30 | 228.00 | Deposit |
| | 08/30 | 301.82 | Deposit |
| | 08/30 | 194.32 | Deposit |
| | 08/31 | 53.21 | Deposit |
| | 08/31 | 480.31 | Deposit |
| | 08/31 | 493.08 | Deposit |
| | 08/31 | 560.19 | Deposit |
| | 08/31 | 153.08 | Deposit |
| | 08/31 | 432.87 | Deposit |
| | 08/31 | 559.75 | Deposit |
| | 08/31 | 149.40 | Deposit |
| | 08/31 | 384.68 | Deposit |
| | 08/31 | 324.80 | Deposit |
| | 08/31 | 371.51 | Deposit |
| | 08/31 | 258.00 | Deposit |
| | 08/31 | 632.00 | Deposit |
| | 08/31 | 597.57 | Deposit |
| | 08/31 | 679.05 | Deposit |
| | 08/31 | 523.35 | Deposit |



**Deposits** (continued)

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 08/31 | 439.85 | Deposit |
| | 08/31 | 435.34 | Deposit |
| | | **$138,122.46** | **Total deposits** |

**Electronic deposits/bank credits**

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 08/10 | 321.00 | Deposit Made In A Branch/Store |
| | 08/11 | 541.14 | Deposit Made In A Branch/Store |
| | 08/11 | 116.09 | Deposit Made In A Branch/Store |
| | 08/11 | 437.13 | Deposit Made In A Branch/Store |
| | 08/11 | 730.00 | Deposit Made In A Branch/Store |
| | 08/11 | 648.42 | Deposit Made In A Branch/Store |
| | 08/11 | 307.94 | Deposit Made In A Branch/Store |
| | 08/11 | 733.80 | eDeposit IN Branch/Store 08/11/17 09:12:36 Am 409 Choccolocco St Oxford AL |
| | 08/11 | 445.35 | eDeposit IN Branch/Store 08/11/17 09:13:35 Am 409 Choccolocco St Oxford AL |
| | 08/11 | 431.42 | eDeposit IN Branch/Store 08/11/17 09:14:24 Am 1000 Quintard Ave Anniston AL 8836 |
| | 08/11 | 708.00 | Deposit Made In A Branch/Store |
| | 08/11 | 770.96 | Deposit Made In A Branch/Store |
| | 08/11 | 740.00 | Deposit Made In A Branch/Store |
| | 08/11 | 328.11 | Deposit Made In A Branch/Store |
| | 08/11 | 582.10 | Deposit Made In A Branch/Store |
| | 08/11 | 258.31 | eDeposit IN Branch/Store 08/11/17 09:25:18 Am 250 S 7th St Gadsden AL |
| | 08/11 | 302.37 | Deposit Made In A Branch/Store |
| | 08/11 | 675.00 | Deposit Made In A Branch/Store |
| | 08/11 | 644.45 | Deposit Made In A Branch/Store |
| | 08/11 | 825.01 | Deposit Made In A Branch/Store |
| | 08/11 | 348.95 | Deposit Made In A Branch/Store |
| | 08/11 | 535.10 | Deposit Made In A Branch/Store |
| | 08/11 | 462.57 | Deposit Made In A Branch/Store |
| | 08/11 | 487.42 | Deposit Made In A Branch/Store |
| | 08/11 | 469.58 | Deposit Made In A Branch/Store |
| | 08/14 | 701.25 | Deposit Made In A Branch/Store |
| | 08/14 | 653.11 | Deposit Made In A Branch/Store |
| | 08/14 | 444.17 | Deposit Made In A Branch/Store |
| | 08/14 | 590.25 | Deposit Made In A Branch/Store |
| | 08/14 | 534.53 | Deposit Made In A Branch/Store |
| | 08/14 | 247.58 | Deposit Made In A Branch/Store |
| | 08/14 | 631.25 | Deposit Made In A Branch/Store |
| | 08/14 | 1,108.56 | Deposit Made In A Branch/Store |
| | 08/14 | 318.32 | Deposit Made In A Branch/Store |
| | 08/14 | 457.60 | Deposit Made In A Branch/Store |
| | 08/14 | 187.96 | Deposit Made In A Branch/Store |
| | 08/14 | 382.59 | Deposit Made In A Branch/Store |



**WELLS FARGO**

---

*Electronic deposits/bank credits*   (continued)

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 08/14 | 167.99 | Deposit Made In A Branch/Store |
| | 08/14 | 731.35 | Deposit Made In A Branch/Store |
| | 08/14 | 410.00 | Deposit Made In A Branch/Store |
| | 08/14 | 436.38 | Deposit Made In A Branch/Store |
| | 08/14 | 266.26 | eDeposit IN Branch/Store 08/14/17 09:05:23 Am 409 Choccolocco St Oxford AL |
| | 08/14 | 852.30 | eDeposit IN Branch/Store 08/14/17 09:06:13 Am 409 Choccolocco St Oxford AL |
| | 08/14 | 197.91 | Deposit Made In A Branch/Store |
| | 08/14 | 427.14 | eDeposit IN Branch/Store 08/14/17 09:11:16 Am 409 Choccolocco St Oxford AL |
| | 08/14 | 430.61 | eDeposit IN Branch/Store 08/14/17 09:11:51 Am 409 Choccolocco St Oxford AL |
| | 08/14 | 726.33 | Deposit Made In A Branch/Store |
| | 08/14 | 350.41 | Deposit Made In A Branch/Store |
| | 08/14 | 128.38 | Deposit Made In A Branch/Store |
| | 08/14 | 560.31 | Deposit Made In A Branch/Store |
| | 08/14 | 194.65 | Deposit Made In A Branch/Store |
| | 08/14 | 215.19 | eDeposit IN Branch/Store 08/14/17 09:21:59 Am 250 S 7th St Gadsden AL |
| | 08/14 | 643.69 | Deposit Made In A Branch/Store |
| | 08/14 | 1,115.40 | Deposit Made In A Branch/Store |
| | 08/14 | 921.75 | Deposit Made In A Branch/Store |
| | 08/14 | 199.70 | Deposit Made In A Branch/Store |
| | 08/14 | 191.52 | Deposit Made In A Branch/Store |
| | 08/14 | 755.08 | Deposit Made In A Branch/Store |
| | 08/14 | 664.69 | Deposit Made In A Branch/Store |
| | 08/14 | 252.04 | Deposit Made In A Branch/Store |
| | 08/14 | 178.91 | Deposit Made In A Branch/Store |
| | 08/14 | 379.75 | Deposit Made In A Branch/Store |
| | 08/14 | 990.71 | Deposit Made In A Branch/Store |
| | 08/14 | 808.73 | Deposit Made In A Branch/Store |
| | 08/14 | 374.30 | Deposit Made In A Branch/Store |
| | 08/14 | 432.10 | eDeposit IN Branch/Store 08/14/17 09:48:06 Am 2136 Bessemer Rd Birmingham AL |
| | 08/14 | 563.00 | eDeposit IN Branch/Store 08/14/17 09:51:13 Am 601 19th St N Bessemer AL |
| | 08/14 | 526.06 | Deposit Made In A Branch/Store |
| | 08/14 | 534.75 | Deposit Made In A Branch/Store |
| | 08/14 | 557.00 | Deposit Made In A Branch/Store |
| | 08/14 | 351.64 | Deposit Made In A Branch/Store |
| | 08/14 | 236.72 | Deposit Made In A Branch/Store |
| | 08/14 | 570.00 | Deposit Made In A Branch/Store |
| | 08/14 | 102.19 | Deposit Made In A Branch/Store |
| | 08/14 | 126.19 | Deposit Made In A Branch/Store |
| | 08/14 | 498.25 | Deposit Made In A Branch/Store |
| | 08/14 | 820.00 | Deposit Made In A Branch/Store |
| | 08/14 | 703.00 | Deposit Made In A Branch/Store |



**WELLS FARGO**

## Electronic deposits/bank credits *(continued)*

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 08/14 | 220.33 | eDeposit IN Branch/Store 08/14/17 10:28:47 Am 250 S 7th St Gadsden AL |
| | 08/14 | 344.59 | Deposit Made In A Branch/Store |
| | 08/14 | 546.60 | Deposit Made In A Branch/Store |
| | 08/14 | 762.00 | Deposit Made In A Branch/Store |
| | 08/14 | 627.21 | Deposit Made In A Branch/Store |
| | 08/14 | 607.89 | Deposit Made In A Branch/Store |
| | 08/15 | 357.67 | Deposit Made In A Branch/Store |
| | 08/15 | 609.22 | Deposit Made In A Branch/Store |
| | 08/15 | 207.00 | Deposit Made In A Branch/Store |
| | 08/15 | 570.39 | Deposit Made In A Branch/Store |
| | 08/15 | 572.00 | Deposit Made In A Branch/Store |
| | 08/15 | 476.19 | Deposit Made In A Branch/Store |
| | 08/15 | 391.58 | Deposit Made In A Branch/Store |
| | 08/15 | 305.50 | Deposit Made In A Branch/Store |
| | 08/15 | 315.60 | Deposit Made In A Branch/Store |
| | 08/15 | 583.33 | Deposit Made In A Branch/Store |
| | 08/15 | 516.53 | Deposit Made In A Branch/Store |
| | 08/15 | 655.53 | Deposit Made In A Branch/Store |
| | 08/16 | 189.88 | Deposit Made In A Branch/Store |
| | 08/16 | 590.70 | Deposit Made In A Branch/Store |
| | 08/16 | 498.00 | Deposit Made In A Branch/Store |
| | 08/16 | 655.75 | Deposit Made In A Branch/Store |
| | 08/16 | 230.92 | Deposit Made In A Branch/Store |
| | 08/16 | 500.00 | Deposit Made In A Branch/Store |
| | 08/16 | 514.61 | Deposit Made In A Branch/Store |
| | 08/16 | 236.70 | Deposit Made In A Branch/Store |
| | 08/16 | 420.69 | Deposit Made In A Branch/Store |
| | 08/17 | 341.00 | Deposit Made In A Branch/Store |
| | 08/17 | 291.61 | Deposit Made In A Branch/Store |
| | 08/17 | 482.00 | Deposit Made In A Branch/Store |
| | 08/17 | 788.60 | Deposit Made In A Branch/Store |
| | 08/17 | 557.20 | Deposit Made In A Branch/Store |
| | 08/17 | 300.09 | Deposit Made In A Branch/Store |
| | 08/17 | 675.40 | Deposit Made In A Branch/Store |
| | 08/17 | 283.19 | Deposit Made In A Branch/Store |
| | 08/17 | 425.77 | Deposit Made In A Branch/Store |
| | 08/18 | 188.65 | Deposit Made In A Branch/Store |
| | 08/18 | 466.87 | Deposit Made In A Branch/Store |
| | 08/18 | 615.15 | Deposit Made In A Branch/Store |
| | 08/18 | 217.40 | Deposit Made In A Branch/Store |
| | 08/18 | 256.19 | Deposit Made In A Branch/Store |
| | 08/18 | 675.95 | Deposit Made In A Branch/Store |
| | 08/18 | 742.19 | Deposit Made In A Branch/Store |
| | 08/21 | 100.00 | Deposit Made In A Branch/Store |
| | 08/21 | 1,148.69 | Deposit Made In A Branch/Store |
| | 08/21 | 733.20 | Deposit Made In A Branch/Store |



**Electronic deposits/bank credits** *(continued)*

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 08/21 | 247.00 | Deposit Made In A Branch/Store |
| | 08/21 | 330.16 | eDeposit IN Branch/Store 08/21/17 08:55:11 Am 2721 Highway 78 E Jasper AL |
| | 08/21 | 668.33 | Deposit Made In A Branch/Store |
| | 08/21 | 285.26 | Deposit Made In A Branch/Store |
| | 08/21 | 432.08 | Deposit Made In A Branch/Store |
| | 08/21 | 490.19 | Deposit Made In A Branch/Store |
| | 08/21 | 500.25 | Deposit Made In A Branch/Store |
| | 08/21 | 666.18 | Deposit Made In A Branch/Store |
| | 08/21 | 555.80 | Deposit Made In A Branch/Store |
| | 08/21 | 188.36 | Deposit Made In A Branch/Store |
| | 08/21 | 284.79 | Deposit Made In A Branch/Store |
| | 08/21 | 470.61 | Deposit Made In A Branch/Store |
| | 08/21 | 188.43 | Deposit Made In A Branch/Store |
| | 08/21 | 287.00 | Deposit Made In A Branch/Store |
| | 08/21 | 329.63 | Deposit Made In A Branch/Store |
| | 08/22 | 472.45 | Deposit Made In A Branch/Store |
| | 08/22 | 528.70 | Deposit Made In A Branch/Store |
| | 08/22 | 369.25 | Deposit Made In A Branch/Store |
| | 08/22 | 219.12 | Deposit Made In A Branch/Store |
| | 08/23 | 496.01 | Deposit Made In A Branch/Store |
| | 08/23 | 114.00 | Deposit Made In A Branch/Store |
| | 08/23 | 385.00 | eDeposit IN Branch/Store 08/23/17 09:16:33 Am 601 19th St N Bessemer AL |
| | 08/23 | 80.30 | Deposit Made In A Branch/Store |
| | 08/24 | 593.00 | Deposit Made In A Branch/Store |
| | 08/24 | 258.00 | Deposit Made In A Branch/Store |
| | 08/24 | 839.00 | Deposit Made In A Branch/Store |
| | 08/24 | 377.60 | Deposit Made In A Branch/Store |
| | 08/24 | 274.50 | Deposit Made In A Branch/Store |
| | 08/24 | 60,666.14 | Tele-Transfer Fr xxxxxx1018 Reference #TF03Pj5S9G |
| | 08/25 | 218.81 | Paymentech Deposit 170825 5551377 Rally's Hamburgers-418 |
| | 08/25 | 223.01 | Paymentech Deposit 170825 5551385 Rally's Hamburgers-418 |
| | 08/25 | 256.62 | Paymentech Deposit 170825 5551374 Rally's Hamburgers-417 |
| | 08/25 | 276.58 | Paymentech Deposit 170825 5551381 Rally's Hamburgers-417 |
| | 08/25 | 309.63 | Paymentech Deposit 170825 5551378 Rally's Hamburgers-417 |
| | 08/25 | 403.99 | Paymentech Deposit 170825 5551382 Rally's Hamburgers-418 |
| | 08/25 | 424.33 | Paymentech Deposit 170825 5551383 Rally's Hamburgers-418 |
| | 08/25 | 424.79 | Paymentech Deposit 170825 5551384 Rally's Hamburgers-418 |
| | 08/25 | 447.91 | Paymentech Deposit 170825 5551380 Rally's Hamburgers-417 |
| | 08/25 | 470.54 | Paymentech Deposit 170825 5551375 Rally's Hamburgers-418 |
| | 08/25 | 499.06 | Paymentech Deposit 170825 5551376 Rally's Hamburgers-418 |
| | 08/25 | 206.00 | Deposit Made In A Branch/Store |
| | 08/28 | 279.42 | Paymentech Deposit 170828 5551385 Rally's Hamburgers-418 |
| | 08/28 | 342.42 | Paymentech Deposit 170828 5551377 Rally's Hamburgers 418 |
| | 08/28 | 387.27 | Paymentech Deposit 170828 5551381 Rally's Hamburgers-417 |
| | 08/28 | 445.17 | Paymentech Deposit 170828 5551382 Rally's Hamburgers-418 |


**WELLS FARGO**

### Electronic deposits/bank credits   *(continued)*

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 08/28 | 465.62 | Paymentech Deposit 170828 5551374 Rally's Hamburgers-417 |
| | 08/28 | 467.77 | Paymentech Deposit 170828 5551383 Rally's Hamburgers-418 |
| | 08/28 | 524.75 | Paymentech Deposit 170828 5551375 Rally's Hamburgers-418 |
| | 08/28 | 531.18 | Paymentech Deposit 170828 5551380 Rally's Hamburgers-417 |
| | 08/28 | 557.59 | Paymentech Deposit 170828 5551384 Rally's Hamburgers-418 |
| | 08/28 | 635.10 | Paymentech Deposit 170828 5551376 Rally's Hamburgers-418 |
| | 08/28 | 654.27 | Paymentech Deposit 170828 5551378 Rally's Hamburgers-417 |
| | 08/28 | 691.00 | Deposit Made In A Branch/Store |
| | 08/28 | 157.77 | Deposit Made In A Branch/Store |
| | 08/28 | 386.15 | Deposit Made In A Branch/Store |
| | 08/28 | 415.38 | Deposit Made In A Branch/Store |
| | 08/28 | 430.00 | Deposit Made In A Branch/Store |
| | 08/28 | 694.25 | Deposit Made In A Branch/Store |
| | 08/28 | 352.64 | Deposit Made In A Branch/Store |
| | 08/28 | 433.46 | Deposit Made In A Branch/Store |
| | 08/29 | 120.84 | Paymentech Deposit 170829 5551374 Rally's Hamburgers-417 |
| | 08/29 | 183.00 | Paymentech Deposit 170829 5551374 Rally's Hamburgers-417 |
| | 08/29 | 197.24 | Paymentech Deposit 170829 5551377 Rally's Hamburgers-418 |
| | 08/29 | 238.54 | Paymentech Deposit 170829 5551385 Rally's Hamburgers-418 |
| | 08/29 | 245.63 | Paymentech Deposit 170829 5551375 Rally's Hamburgers-418 |
| | 08/29 | 262.55 | Paymentech Deposit 170829 5551375 Rally's Hamburgers-418 |
| | 08/29 | 266.56 | Paymentech Deposit 170829 5551382 Rally's Hamburgers-418 |
| | 08/29 | 310.26 | Paymentech Deposit 170829 5551381 Rally's Hamburgers-417 |
| | 08/29 | 327.92 | Paymentech Deposit 170829 5551385 Rally's Hamburgers-418 |
| | 08/29 | 354.62 | Paymentech Deposit 170829 5551383 Rally's Hamburgers-418 |
| | 08/29 | 356.30 | Paymentech Deposit 170829 5551384 Rally's Hamburgers-418 |
| | 08/29 | 362.49 | Paymentech Deposit 170829 5551377 Rally's Hamburgers-418 |
| | 08/29 | 365.98 | Paymentech Deposit 170829 5551377 Rally's Hamburgers-418 |
| | 08/29 | 372.66 | Paymentech Deposit 170829 5551382 Rally's Hamburgers-418 |
| | 08/29 | 380.39 | Paymentech Deposit 170829 5551380 Rally's Hamburgers-417 |
| | 08/29 | 396.87 | Paymentech Deposit 170829 5551383 Rally's Hamburgers-418 |
| | 08/29 | 412.27 | Paymentech Deposit 170829 5551385 Rally's Hamburgers-418 |
| | 08/29 | 415.43 | Paymentech Deposit 170829 5551376 Rally's Hamburgers-418 |
| | 08/29 | 463.54 | Paymentech Deposit 170829 5551374 Rally's Hamburgers-417 |
| | 08/29 | 464.30 | Paymentech Deposit 170829 5551378 Rally's Hamburgers-417 |
| | 08/29 | 480.41 | Paymentech Deposit 170829 5551384 Rally's Hamburgers-418 |
| | 08/29 | 483.36 | Paymentech Deposit 170829 5551378 Rally's Hamburgers-418 |
| | 08/29 | 483.83 | Paymentech Deposit 170829 5551384 Rally's Hamburgers-418 |
| | 08/29 | 485.64 | Paymentech Deposit 170829 5551380 Rally's Hamburgers-417 |
| | 08/29 | 496.61 | Paymentech Deposit 170829 5551381 Rally's Hamburgers-417 |
| | 08/29 | 534.07 | Paymentech Deposit 170829 5551375 Rally's Hamburgers-418 |
| | 08/29 | 539.18 | Paymentech Deposit 170829 5551381 Rally's Hamburgers-417 |
| | 08/29 | 545.05 | Paymentech Deposit 170829 5551380 Rally's Hamburgers-417 |
| | 08/29 | 565.31 | Paymentech Deposit 170829 5551378 Rally's Hamburgers-417 |
| | 08/29 | 579.03 | Paymentech Deposit 170829 5551383 Rally's Hamburgers-418 |
| | 08/29 | 604.38 | Paymentech Deposit 170829 5551382 Rally's Hamburgers-418 |



### Electronic deposits/bank credits (continued)

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 08/29 | 668.80 | Paymentech Deposit 170829 5551376 Rally's Hamburgers-418 |
| | 08/29 | 716.90 | Paymentech Deposit 170829 5551376 Rally's Hamburgers-418 |
| | 08/29 | 492.00 | Deposit Made In A Branch/Store |
| | 08/29 | 487.00 | Deposit Made In A Branch/Store |
| | 08/29 | 490.90 | Deposit Made In A Branch/Store |
| | 08/29 | 150.00 | Deposit Made In A Branch/Store |
| | 08/30 | 254.55 | Paymentech Deposit 170830 5551381 Rally's Hamburgers-417 |
| | 08/30 | 278.07 | Paymentech Deposit 170830 5551377 Rally's Hamburgers-418 |
| | 08/30 | 300.07 | Paymentech Deposit 170830 5551385 Rally's Hamburgers-418 |
| | 08/30 | 336.88 | Paymentech Deposit 170830 5551380 Rally's Hamburgers-417 |
| | 08/30 | 346.45 | Paymentech Deposit 170830 5551382 Rally's Hamburgers-418 |
| | 08/30 | 397.25 | Paymentech Deposit 170830 5551375 Rally's Hamburgers-418 |
| | 08/30 | 400.92 | Paymentech Deposit 170830 5551384 Rally's Hamburgers-418 |
| | 08/30 | 430.46 | Paymentech Deposit 170830 5551376 Rally's Hamburgers-418 |
| | 08/30 | 454.92 | Paymentech Deposit 170830 5551383 Rally's Hamburgers-418 |
| | 08/30 | 462.69 | Paymentech Deposit 170830 5551378 Rally's Hamburgers-417 |
| | 08/30 | 476.20 | Paymentech Deposit 170830 5551374 Rally's Hamburgers-417 |
| | 08/30 | 612.68 | Deposit Made In A Branch/Store |
| | 08/31 | 202.01 | Paymentech Deposit 170831 5551377 Rally's Hamburgers-418 |
| | 08/31 | 267.65 | Paymentech Deposit 170831 5551385 Rally's Hamburgers-418 |
| | 08/31 | 332.64 | Paymentech Deposit 170831 5551381 Rally's Hamburgers-417 |
| | 08/31 | 378.29 | Paymentech Deposit 170831 5551374 Rally's Hamburgers-417 |
| | 08/31 | 389.34 | Paymentech Deposit 170831 5551380 Rally's Hamburgers-417 |
| | 08/31 | 398.19 | Paymentech Deposit 170831 5551375 Rally's Hamburgers-418 |
| | 08/31 | 464.42 | Paymentech Deposit 170831 5551384 Rally's Hamburgers-418 |
| | 08/31 | 467.78 | Paymentech Deposit 170831 5551383 Rally's Hamburgers-418 |
| | 08/31 | 493.39 | Paymentech Deposit 170831 5551382 Rally's Hamburgers-418 |
| | 08/31 | 522.42 | Paymentech Deposit 170831 5551376 Rally's Hamburgers-418 |
| | 08/31 | 556.26 | Paymentech Deposit 170831 5551378 Rally's Hamburgers-417 |
| | 08/31 | 609.83 | Deposit Made In A Branch/Store |
| | 08/31 | 632.28 | Deposit Made In A Branch/Store |
| | 08/31 | 245.09 | Deposit Made In A Branch/Store |
| | 08/31 | 197.52 | Deposit Made In A Branch/Store |
| | 08/31 | 217.00 | Deposit Made In A Branch/Store |
| | 08/31 | 377.42 | Deposit Made In A Branch/Store |
| | | **$171,907.48** | **Total electronic deposits/bank credits** |
| | | **$310,029.94** | **Total credits** |



WELLS
FARGO

## Debits

### Electronic debits/bank debits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 08/11 | 4,500.00 | Online Transfer to Inc B Business Checking xxxxxx1018 Ref #Ib03Njnxhh on 08/11/17 |
| | 08/11 | 8,400.00 | Online Transfer to Alabama Partners, LLC Business Checking xxxxxx4593 Ref #Ib03Njp2NV on 08/11/17 |
| | 08/15 | 94.48 | Harland Clarke Check/Acc. 081417 00657037575482 Bamachex Inc |
| | 08/15 | 111.77 | Harland Clarke Check/Acc. 081417 00657037575482 Bamachex Inc |
| | 08/15 | 163.49 | Harland Clarke Check/Acc. 081417 00657037575482 Bamachex Inc |
| | 08/17 | 8,000.00 | Online Transfer to Bamachex Inc Business Checking xxxxxx1026 Ref #Ib03Nzlsr8 on 08/17/17 |
| | 08/17 | 15,000.00 | Online Transfer to Bamachex Inc Business Checking xxxxxx1026 Ref #Ib03Nzvp77 on 08/17/17 |
| | 08/17 | 20,000.00 | Online Transfer to Bamachex Inc Business Checking xxxxxx1026 Ref #Ib03P24Pmw on 08/17/17 |
| | 08/17 | 1,150.87 < | Business to Business ACH Debit - Customized D7630 Debits 304187 Bamachex Incorp |
| | 08/17 | 1,170.84 < | Business to Business ACH Debit - Customized D7630 Debits 304178 Bamachex Incorp |
| | 08/17 | 1,295.57 < | Business to Business ACH Debit - Customized D7630 Debits 304177 Bamachex Incorp |
| | 08/17 | 2,020.74 < | Business to Business ACH Debit - Customized D7630 Debits 304188 Bamachex Incorp |
| | 08/18 | 1,346.65 < | Business to Business ACH Debit - Customized D7630 Debits 304176 Bamachex Incorp |
| | 08/21 | 5,016.00 | Online Transfer to Bamachex Inc Business Checking xxxxxx1026 Ref #Ib03Pbcgwz on 08/21/17 |
| | 08/22 | 3,457.01 | Online Transfer to Williams M Checking xxxxxxxxx4492 Ref #Ib03Pd99Xr on 08/22/17 |
| | 08/23 | 56,500.00 | Online Transfer to Bamachex Inc Business Checking xxxxxx1026 Ref #Ib03Pfqtjc on 08/23/17 |
| | 08/23 | 2,772.34 | Online Transfer to Bamachex Inc Business Checking xxxxxx1034 Ref #Ib03Pfrb6H on 08/23/17 |
| | 08/23 | 2,772.34 | Online Transfer to Bamachex Inc Business Checking xxxxxx1034 Ref #Ib03Pfvl49 on 08/23/17 |
| | 08/23 | 1,037.67 | Vz Wireless Ve Vzw Webpay 170822 0580702 Mark *Williams |
| | 08/24 | 10,000.00 | Online Transfer to Bamachex Inc Business Checking xxxxxx1026 Ref #Ib03Pjb3Lq on 08/24/17 |
| | 08/25 | 12,000.00 | Online Transfer to Bamachex Inc Business Checking xxxxxx1026 Ref #Ib03PM4Nsk on 08/25/17 |
| | 08/25 | 236.15 | Online Transfer to Alabama Partners, LLC Business Checking xxxxxx4593 Ref #Ib03PM5BG9 on 08/25/17 |
| | 08/25 | 159.93 | Online Transfer to Alabama Partners, LLC Business Checking xxxxxx8810 Ref #Ib03PM5Cg5 on 08/25/17 |
| | 08/28 | 19,500.00 | Online Transfer to Bamachex Inc Business Checking xxxxxx1026 Ref #Ib03Ps6S7S on 08/28/17 |
| | 08/29 | 11,994.48 | Online Transfer to Bamachex Inc Ref #Ib03Pvsdfr Business Checking 941 Payment |



**WELLS FARGO**

---

### Electronic debits/bank debits    (continued)

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 08/30 | 12,000.00 | Online Transfer to Bamachex Inc Business Checking xxxxxx1026 Ref #Ib03Px5FL9 on 08/30/17 |
| | 08/30 | 3,600.00 | Online Transfer to Bamachex Inc Business Checking xxxxxx1026 Ref #Ib03Pxjlvv on 08/30/17 |
| | | **$204,300.33** | **Total electronic debits/bank debits** |
| | | **$204,300.33** | **Total debits** |

< *Business to Business ACH:*  *If this is a business account, this transaction has a return time frame of one business day from post date.  This time frame does not apply to consumer accounts.*

---

### Daily ledger balance summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 08/04 | 50.00 | 08/17 | 16,466.05 | 08/25 | 64,307.19 |
| 08/10 | 371.00 | 08/18 | 26,404.35 | 08/28 | 80,812.31 |
| 08/11 | 0.22 | 08/21 | 50,588.42 | 08/29 | 93,331.87 |
| 08/14 | 33,682.37 | 08/22 | 56,576.76 | 08/30 | 91,450.04 |
| 08/15 | 44,151.88 | 08/23 | 2,057.51 | 08/31 | 105,729.61 |
| 08/16 | 54,359.86 | 08/24 | 62,882.56 | | |
| **Average daily ledger balance** | | **$34,460.55** | | | |

NOTICE: Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies.  If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at:  Overdraft Collections and Recovery PO Box 5058 Portland, OR. 97208-5058.  You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation.  In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.



| TAXPAYER NAME : BAMACHEX INC | TIN : xxxxx6953 |
|---|---|

## Deposit Confirmation

Your payment has been accepted.

## Payment Successful

An EFT acknowledgement number has been provided for this payment. Please keep this number for your records.

REMINDER: REMEMBER TO FILE ALL RETURNS WHEN DUE!

| EFT ACKNOWLEDGEMENT NUMBER: | 270765013944178 |
|---|---|

---

**PLEASE NOTE**

Any amounts represented in the subcategories of Social Security, Medicare, and Income Tax Withholding are for informational purposes only.

---

| Payment Information | |
|---|---|
| Taxpayer EIN | xxxxx6953 |
| Tax Form | 941 Employers Federal Tax |
| Tax Type | Federal Tax Deposit |
| Tax Period | Q3/2017 |
| Payment Amount | $3,868.78 |
| Settlement Date | 09/07/2017 |
| Sub Categories | |
| 1 Social Security | $1,414.06 |
| 2 Medicare | $330.72 |
| 3 Tax Withholding | $2,124.00 |
| Account Number | xxxxxx1034 |
| Account Type | CHECKING |
| Routing Number | Redacted |
| Bank Name | WELLS FARGO BANK |



| TAXPAYER NAME : BAMACHEX INC | TIN : xxxxx6953 |
|---|---|

## Deposit Confirmation

Your payment has been accepted.

## Payment Successful

An EFT acknowledgement number has been provided for this payment. Please keep this number for your records.

REMINDER: REMEMBER TO FILE ALL RETURNS WHEN DUE!

| EFT ACKNOWLEDGEMENT NUMBER: | 270764263538099 |
|---|---|

---

### PLEASE NOTE

Any amounts represented in the subcategories of Social Security, Medicare, and Income Tax Withholding are for informational purposes only.

---

| Payment Information | Entered Data |
|---|---|
| Taxpayer EIN | xxxxx6953 |
| Tax Form | 941 Employers Federal Tax |
| Tax Type | Federal Tax Deposit |
| Tax Period | Q3/2017 |
| Payment Amount | $11,991.48 |
| Settlement Date | 08/30/2017 |
| Sub Categories | |
| 1 Social Security | $7,730.08 |
| 2 Medicare | $1,807.90 |
| 3 Tax Withholding | $2,453.50 |
| Account Number | xxxxxx1034 |
| Account Type | CHECKING |
| Routing Number | Redacted |
| Bank Name | WELLS FARGO BANK |

| | |
|---|---|
| **From:** | CashPro Notifications <CashPro_Notifications@notifications.baml.com> |
| **Sent:** | Wednesday, August 23, 2017 12:05 PM |
| **To:** | pgpartnersllc2011@gmail.com |
| **Subject:** | Wire Beneficiary |



# Activity Alert
## Incoming Transaction Notification

Please note that the following transaction has been initiated to your account on August 23, 2017.

| | |
|---|---|
| **Transaction Reference Number:** | 20170823B6B7HU1R006694 |
| **Amount:** | 6080.54 USD |
| **Payment Initiated:** | 08/23/2017 |
| **Expected Value Date:** | 08/23/2017 |
| **Beneficiary Name:** | MARYLAND PIZZA INC |
| **Beneficiary Account Number:** | XXXX9999 |
| **Beneficiary Bank:** | null |
| **Remitter Name:** | PG County Pizza Inc |
| **Senders Reference Number:** | 178NA5926ATR1S09 |
| **Additional Beneficiary Information:** | |
| **Notes:** | |

1

# BamaChex, Inc.
# Profit & Loss
## August 2017

|  | August 2017 | % of Income |
|---|---|---|
| **Ordinary Income/Expense** | | |
| **Income** | | |
| 43800 · Net Sales | 279,896.00 | 100.0% |
| **Total Income** | 279,896.00 | 100.0% |
| **Cost of Goods Sold** | | |
| 50000 · Food | 87,607.45 | 31.3% |
| 52100 · Paper | 6,997.40 | 2.5% |
| 54000 · Labor and Benefits | | |
| 54010 · Management | 23,071.82 | 8.24% |
| 54011 · Direct Labor | 67,463.33 | 24.1% |
| 54012 · Payroll Taxes | 8,324.11 | 2.97% |
| 54013 · Employee Insurance | 531.80 | 0.19% |
| Total 54000 · Labor and Benefits | 99,391.06 | 35.51% |
| **Total COGS** | 193,995.91 | 69.31% |
| **Gross Profit** | 85,900.09 | 30.69% |
| **Expense** | | |
| 60000 · Advertising and Promotion | 3,610.66 | 1.29% |
| 60100 · Royalties | 11,195.84 | 4.0% |
| 60200 · Automobile Expense | | |
| 60220 · Car Allowance | 982.43 | 0.35% |
| Total 60200 · Automobile Expense | 982.43 | 0.35% |
| 60400 · Bank Service Charges | 5,597.92 | 2.0% |
| 61000 · Business Licenses and Permits | 618.57 | 0.22% |
| 61300 · Cash Over and Short | 1,116.79 | 0.4% |
| 63100 · Supplies | 1,542.23 | 0.55% |
| 63300 · Insurance Expense | | |
| 63310 · General Liability Insurance | 2,043.24 | 0.73% |
| 63360 · Worker's Compensation | 766.92 | 0.27% |
| Total 63300 · Insurance Expense | 2,810.16 | 1.0% |
| 64700 · Miscellaneous Expense | 828.49 | 0.3% |
| 64900 · Office Supplies | 347.07 | 0.12% |
| 66000 · Payroll Expenses | 996.43 | 0.36% |
| 67100 · Rent Expense | 23,015.85 | 8.22% |
| 67200 · Repairs and Maintenance | 5,304.03 | 1.9% |
| 67300 · Contract Services | 5,038.13 | 1.8% |
| 68000 · Taxes - Property | 1,799.73 | 0.64% |
| 68100 · Telephone Expense | 2,082.43 | 0.74% |
| 68600 · Utilities | | |
| 68610 · Electricity | 15,145.17 | 5.41% |
| 68620 · Gas | 1,259.53 | 0.45% |
| 68630 · Water and Sewer | 2,032.04 | 0.73% |
| 68640 · Trash | 1,718.56 | 0.61% |
| Total 68600 · Utilities | 20,155.31 | 7.2% |
| **Total Expense** | 87,042.06 | 31.1% |
| **Net Ordinary Income** | -1,141.97 | -0.41% |

Case 17-03469-TOM7    Doc 127    Filed 10/12/17    Entered 10/12/17 15:37:08    Desc Main
Document    Page 31 of 31