## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: _____

1703472. 1703473
CASE NO. 1703474. 1703475

MONTH ENDING: August 2017

**Operating reports are to be filed monthly, in duplicate, with the Bankruptcy Clerk's Office by the 15ᵗʰ of each month**

## BUSINESS DEBTOR'S AFFIRMATIONS

1. YES _X_ NO ____  All post petition business taxes have been paid/deposited and the deposit slips are attached.

   YES ___ NO ____  All post petition individual taxes have been paid and the deposit slips are attached.

   *If you answered "No" to the above, list the types of taxes that are now due and owing.*

   | TYPE OF TAX | AMOUNT |
   |---|---|
   | _____ | $_____ |
   | _____ | $_____ |
   | _____ | $_____ |
   | _____ | $_____ |

2. YES _X_ NO ____  Adequate insurance on all assets/property including fire, theft, liability, collision and casualty and workman's compensation (if applicable) is currently in full force and effect.

   If no, enter:     TYPE_____not in force.

   TYPE_____not in force.

3. YES _X_ NO ____  New books and records were opened and are being maintained daily.

4. YES _X_ NO ____  Copies of <u>all</u> banks statements and reconciliations are attached .

5. YES _X_ NO ____  I have otherwise complied with all requirements of the Chapter 11 Operating Order.

6. YES _X_ NO ____  All financial statements filed with the Bankruptcy Clerk's Office are prepared in accordance with generally accepted accounting principles.

**I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

DATE 10-10-2017

Mark Williams
RESPONSIBLE PARTY

Phone No. _____

**Bankruptcy Administrator Form - Business BA-01**

## United States Bankruptcy Court - Northern District of Alabama

1703472. 1703473

CASE NAME: _____     CASE NO. 1703474. 1703475     MONTH ENDING: August 2017

### Attach Business Forms BA-02(A-D)
## BUSINESS DEBTOR'S

| CASH RECEIPTS & DISBURSEMENTS | INCOME STATEMENT |
|---|---|
| | -Accrual    **(Circle One)**    -Cash |

CASH ON HAND (Beginning) is the same figure as cash on Hand (End) of last month.

A.   CASH ON HAND (Beginning) 0

B.   RECEIPTS:

    Accounts Receivable from Form BA-02 (A) - Line II (C) _____

    Cash Sales     180092

    Loan Proceeds from _____

    Sale of Property (Not in ordinary course of business) _____

    Other Owner Contribution     14000

    _____

C.   TOTAL RECEIPTS     194,092
    (Total of B)

D.   BUSINESS DISBURSEMENTS FROM FORM BA-02 (B)     130877

E.   SURPLUS OR DEFICIT     63218
    (C minus D)

F.   CASH ON HAND (End)     63218
    (A plus E)

1.   REVENUE FROM TOTAL SALES     $ 170002

2.   LESS COST OF THOSE SALES     108551
    (Cost of materials, Labor, etc.)

3.   EQUALS GROSS PROFIT (1 minus 2)     61451

4.   LESS OPERATING EXPENSES     63457

5.   EQUALS NET PROFIT OPERATIONS (3 minus 4)     -2006

6.   NON-OPERATING INCOME/EXPENSES (LIST SPECIFIC INCOME/EXPENSES)

    _____     _____

    _____     _____

    _____     _____

7.   EQUALS NET PROFIT OR NET LOSS (5 plus or minus 6)     $ -2006

*** Please itemize Cost of Sales and Expenses on a separate sheet of paper.***

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE 10-10-2017 _____

Mark Williams
RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02**

## United States Bankruptcy Court - Northern District of Alabama

1703472. 1703473

CASE NAME: _____   CASE NO.: 1703474. 1703475   MONTH ENDING: August 2017

### Attach to Business Form BA-02
## BUSINESS DEBTOR'S ACCOUNTS RECEIVABLE

__X__I.   **NO ACCOUNTS RECEIVABLE WERE COLLECTED THIS MONTH.** (Check if true)

II.   **COLLECTION OF ACCOUNTS RECEIVABLE THIS MONTH.**

    A.   Amount collected this month on accounts
        receivable charged and paid this month.          $_____

    B.   Amount collected this month on accounts
        receivable charged in prior months
        and paid this month.                              $_____

    C.   TOTAL collected this month on accounts
        receivable.                                       $_____

III.   **PENDING ACCOUNTS RECEIVABLE AS OF THE END OF THE MONTH:**

| ENTITY | 0-30 Days | 31-60 DAYS | 61-90 DAYS | OVER 91 | TOTAL |
|--------|-----------|------------|------------|---------|-------|
|        | $         |            |            |         | $     |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
| **TOTALS** | $     |            |            |         | $     |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE
AND BELIEF.

DATE  10-10-2017  _____          Mark Williams  _____
                                                 RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02(A)**

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: _____

CASE NO.: 1703472. 1703473
1703474. 1703475

MONTH ENDING: August 2017

### BUSINESS DEBTOR'S ACTUAL DISBURSEMENTS

ACCOUNTING FEES.........................................$_____
ADVERTISING.............................................._____
AUTOMOBILES/VEHICLES (repairs & maintenance)............_____
COMMISSIONS/CONTRACT LABOR.............................._____
INSURANCE (TOTAL)......................................._____
   AUTO           $_____
   LIABILITY      772.59
   LIFE        _____
   MEDICAL      _____
   CASUALTY     _____
   FIRE & THEFT   _____
   WORKMAN'S COMP.   621.43
   OTHER _____   _____
INTEREST PAID..........................................._____
INVENTORY PURCHASED.....................................2912.67
LEGAL FEES.............................................._____
POSTAGE................................................._____
RENT/LEASE PAYMENTS ON REAL ESTATE......................_____
REPAIRS & MAINTENANCE..................................._____
SALARIES/WAGES PAID.....................................47789
SECURED LOAN PAYMENTS [TOTAL FROM BA-02(C)]............._____
SUPPLIES (TOTAL)........................................Included in Inventory above
   OFFICE       $_____
   OPERATING    _____
TRAVEL & ENTERTAINMENT.................................._____
TAXES [TOTAL OF ALL TAXES FROM BA-02(D)]................13477
UNSECURED LOAN PAYMENTS.................................48366
UTILITIES (TOTAL).......................................6498.72
   ELECTRICITY   $1796.57
   GAS         857.62
   TELEPHONE    1251.04
   WATER
   OTHER ___Trash___   2593.49

OTHER BUSINESS DISBURSEMENTS   Brinks 2770.58   Talentreef 1314
(Specify)     Nuarx 2806     Burns Septic 3550    $10440.58

**TOTAL BUSINESS DISBURSEMENTS**..........................$ 130877

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE 10-10-2017

Mark Williams
_____
RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02(B)**

# United States Bankruptcy Court - Northern District of Alabama

CASE NAME: _____    CASE NO. 1703472. 1703473 1703474. 1703475    MONTH ENDING: August 2017

## BUSINESS DEBTOR'S PAYMENTS TO SECURED CREDITORS

# *ALL SECURED CREDITORS MUST BE LISTED BELOW*

1. _____ Secured loan payments as described below have been paid this month
   (Check, if true.)

2. _____ No secured loan payments have been paid during this month.
   (Check, if true.)

3. _X_____ The DIP has no secured creditors. (Check, if true.)

| SECURED CREDITOR | COLLATERAL | DATE PAID | AMOUNT | | BALANCE |
|---|---|---|---|---|---|
| | | | DUE | PAID | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND
BELIEF.

DATE ___10-10-2017_____        Mark Williams
                                     _____
                                     RESPONSIBLE PARTY

Bankruptcy Administrator Form - Business BA-02(C)

# United States Bankruptcy Court - Northern District of Alabama

CASE NAME: _____   CASE NO.: 1703472. 1703473 · 1703474. 1703475   MONTH ENDING: August 2017

### Attach to Business Form BA-02
## BUSINESS DEBTOR'S TAX PAYMENTS

### A. WITHHELD TAXES FOR EACH PAYROLL PERIOD

| PAYROLL DATE | PAYROLL AMOUNT | FICA 941 | | STATE INCOME TAXES PAID | LOCAL INCOME TAXES PAID |
|---|---|---|---|---|---|
| | | AMOUNT DUE | AMOUNT DEPOSITED | | |
| 08/17/2017 | 25644 | 6080 | 6080 | | |
| 08/16/2017 | 32124 | 7397 | 7397 | | |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL | | | | | |

### B. UNEMPLOYMENT TAXES FOR EACH PAYROLL PERIOD

| PAYROLL DATE | TAXABLE PAYROLL | FUTA 940 | | STATE |
|---|---|---|---|---|
| | | AMOUNT DUE | AMOUNT DEPOSITED | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL | | | | |

### C. OTHER TAXES (SPECIFY TYPE: EXCISE, SALES, ETC. INCLUDE TAXES DUE AND PAID QUARTERLY)

| DUE | | | PAID | | |
|---|---|---|---|---|---|
| DATE | TYPE | AMOUNT | DATE | TYPE | AMOUNT |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL | | | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE_____10-10-2017_____

Mark Williams
RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02(D)**

# United States Bankruptcy Court - Northern District of Alabama

1703472. 1703473

CASE NAME: _____    CASE NO. : 1703474. 17035475    MONTH ENDING: August 2017

## BUSINESS DEBTOR'S BANK ACCOUNTS

| Bank, Credit Union, Etc. | Account No. (Checking, Savings, CD, Etc.) | Statement Balance | Date | Indicate Pre or Post Petition Account |
|---|---|---|---|---|
| Bank Of America | 8948 | 5687 | 08/31/2017 | Pre-Petition |
| Bank of America | 6284 | 14340 | 08/31/2017 | Pre Petition |
| Bank of America | 1026 | 6530 | 08/31/2017 | Post Petition |
| Bank Of America | 8558 | 24756 | 08/31/2017 | Post Petition |

## GROSS PAYROLL
(Wages, Salaries, Commissions, Bonuses, Etc.)

| | | |
|---|---|---|
| Officer #1  (Name) Mark Williams | $ | 7136 |
| Officer #2  (Name) _____ | $ | _____ |
| Other Officer  (Name) _____ | $ | _____ |
| Employees (Number) 98 | $ | 50632 |
| Employees (Relatives) _____ | $ | _____ |
| Name _____ | $ | _____ |
| Name _____ | $ | _____ |

## INVENTORY (IF APPLICABLE)

| | |
|---|---|
| Inventory - Beginning of Month (COST) | $ _____ |
| Inventory - Purchased this Month - CASH | $ _____ |
| Inventory - Purchased this Month - CREDIT | $ _____ |
| Inventory - End of Month (COST) | $ _____ |

## PAYMENTS MADE TO PRE-PETITION UNSECURED CREDITORS

____ A. No payments on pre-petition debts have been made this month.
_X_ B. The following payments have been made this month to unsecured
     creditors whose debts were incurred prior to the filing of this case:

| CREDITOR | AMOUNT & DATE | PURPOSE | PAYMENT COURT APPROVED? |
|---|---|---|---|
| See Attached | | | |
| | | | |
| | | | |
| | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE 10-10-2017 _____

Mark Williams
RESPONSIBLE PARTY

| | | |
|---|---|---|
| 8/17/2017 | Uplyft Capital | -1214 |
| 8/23/2017 | Uplyft Capital | -1214 |
| 8/25/2017 | Uplyft Capital | -1214 |
| 8/28/2017 | Uplyft Capital | -1214 |
| 8/29/2017 | Uplyft Capital | -1214 |
| 8/18/2017 | Uplyft Capital | -1214 |
| 8/15/2017 | Uplyft Capital | -1214 |
| 8/30/2017 | Uplyft Capital | -1214 |
| 8/14/2017 | Uplyft Capital | -1214 |
| 8/21/2017 | Uplyft Capital | -1214 |
| 8/24/2017 | Uplyft Capital | -1214 |
| 8/22/2017 | Uplyft Capital | -1214 |
| 8/31/2017 | Uplyft Capital | -1214 |
| 8/14/2017 | New Logic | -369.32 |
| 8/15/2017 | New Logic | -369.32 |
| 8/17/2017 | New Logic | -369.32 |
| 8/22/2017 | New Logic | -369.32 |
| 8/23/2017 | New Logic | -369.32 |
| 8/14/2017 | Yellowstone | -1389 |
| 8/15/2017 | Yellowstone | -1389 |
| 8/16/2017 | Yellowstone | -1389 |
| 8/17/2017 | Yellowstone | -1389 |
| 8/21/2017 | Yellowstone | -1389 |
| 8/22/2017 | Yellowstone | -1389 |
| 8/24/2017 | Yellowstone | -1389 |
| 8/25/2017 | Yellowstone | -1389 |
| 8/28/2017 | Yellowstone | -1389 |
| 8/29/2017 | Yellowstone | -1389 |

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: _____    CASE NO.1: 1703472. 1703473 1703474. 1703475    MONTH ENDING: August 2017

### BUSINESS DEBTOR'S POST-PETITION ACCOUNTS PAYABLE

#### CHECK A or B

_____  A.  All operating expenses since the beginning of this case have been paid.  Therefore there are no post-petition accounts payable.

**\*\* OR \*\***

__x__  B.  Post-petition accounts payable are as follows:

| **ENTITY OWED** | 0-30 DAYS | 31-60 DAYS | 61-90 DAYS | OVER 91 | TOTAL |
|---|---|---|---|---|---|
| Marlow Heights SC | 2267 | $ | $ | $ | $ |
| Combined Properties | 3784 | | | | |
| BAES Woodberry | 1987 | | | | |
| Rivertowne ACQ LLC | 2464 | | | | |
| Maverick VI LLC | 3269 | | | | |
| Pepco | 6200 | | | | |
| Washington Gas | 3000 | | | | |
| Yes Energy | 867 | | | | |
| Affordable Refuse | 1076 | | | | |
| Brinks | 5900 | | | | |
| Little Caesars | 72000 | | | | |
| Pepsi | 6183 | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| **TOTALS** | 101793 | $ | $ | $ | $ |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE_____        _____
                             RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-03(A)**

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: _____    CASE NO. 1703472. 1703473
1703474. 1703475    MONTH ENDING: August 2017

### File for Each Quarter
## BUSINESS DEBTOR'S BALANCE SHEET

**I.  ASSETS**

| | | |
|---|---|---|
| Current: | Cash | $ 66052 |
| | Inventory | $ 27842 |
| | Accounts Receivable | $ |
| | Other | $ |
| | Total Current Assets    (a) | $ 93894 |
| | | |
| Fixed: | Property & Equipment | $ 511211 |
| | Accumulated Depreciation | $ < 252227    > |
| | Other | $ 506446 |
| | Total Fixed Assets    (b) | $ 758673 |
| | | |
| Total Assets | (a + b) = (c) | $ 852567 |

**II. LIABILITIES**

| | | |
|---|---|---|
| Current: | Post Chapter 11 Payables | $ 101793 |
| | Taxes Payable | $ 27508 |
| | Accrued Professional Fees | $ |
| | Accrued Expenses | $ |
| | Notes Payable | $ |
| | Current Portion Long Term Debt | $ |
| | Other | $ |
| | Total Current Liabilities (d) | $ 129301 |
| | | |
| Long Term Debt: | Pre-Chapter 11 Payables | $ 1663454 |
| | Notes & Loans Payable | $ 873802 |
| | Less Current Portion | $ <    > |
| | Other | $ |
| | Total Long Term Debt    (e) | $ 2537256 |
| Total Liabilities | (d + e) = (f) | $ 2666557 |

STOCKHOLDERS EQUITY/(DEFICIT) OR NET WORTH

| | | |
|---|---|---|
| | Capital Stock    (g) | $ 272887 |
| | Retained Earnings (Deficit)(h) | $ -1543255 |
| | Current Surplus (Deficit)  (i) | $ -2006 |
| Total Liabilities & Stockholder Equity/Net Worth | (f) + (g) + (h) + (i) | $ 852567 |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE 10-10-2017 _____

Mark Williams _____
RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-04**



P.O. Box 15284
Wilmington, DE 19850

MARYLAND PIZZA INC
400 E PRATT ST
BALTIMORE, MD  21202-3116

**Customer service information**

))) Customer service: 1.888.852.5000

✦ bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

# Your Full Analysis Business Checking - Small Business

for August 11, 2017 to August 31, 2017     Account number:  Redacted  1026

**MARYLAND PIZZA INC**

## Account summary

| | | | |
|---|---|---|---|
| Beginning balance on August 11, 2017 | $0.00 | # of deposits/credits: 56 | |
| Deposits and other credits | 47,138.00 | # of withdrawals/debits: 12 | |
| Withdrawals and other debits | -37,958.12 | # of days in cycle: 21 | |
| Checks | -2,591.58 | Average ledger balance: $8,299.67 | |
| Service fees | -53.00 | | |
| **Ending balance on August 31, 2017** | **$6,535.30** | | |

For immediate account servicing requests, please engage the Client Services team at 888.852.5000 or you can email
eservice@bankofamerica.com. The phone team is available for support Monday-Friday, 8 a.m. - 9 p.m. Eastern for your convenience.

Case 17-03469-TOM7   Doc 128   Filed 10/13/17   Entered 10/13/17 12:19:13   Desc Main
Document      Page 11 of 23

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

**How to Contact Us -** You may call us at the telephone number listed on the front of this statement.

**Updating your contact information -** We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

**Deposit agreement -** When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

**Electronic transfers: In case of** errors or questions about your electronic transfers **-** If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

**Reporting other problems -** You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

**Direct deposits -** If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2017 Bank of America Corporation



**Bank of America, N.A. Member FDIC and          Equal Housing Lender**


MARYLAND PIZZA INC | Account # Redacted 1026 | August 11, 2017 to August 31, 2017

## Deposits and other credits

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 08/14/17 | TFR TRANSFER CREDIT CUR TRSF FR GAA0334037136157 | 0000196806 | 906008142016530 | 2,843.00 |
| 08/14/17 | TFR TRANSFER CREDIT CUR TRSF FR GAA0334037099538 | 0000196807 | 906008142013437 | 1,537.00 |
| 08/14/17 | TFR TRANSFER CREDIT CUR TRSF FR GAA0334037058971 | 0000196805 | 906008142010821 | 1,385.00 |
| 08/15/17 | TFR TRANSFER CREDIT NXT TRSF FR MD 0446026656995 | 0000196808 | 906008154001301 | 1,187.00 |
| 08/15/17 | TFR TRANSFER CREDIT CUR TRSF FR GAA0334037136157 | 0000196806 | 906008152011602 | 666.00 |
| 08/15/17 | TFR TRANSFER CREDIT CUR TRSF FR GAA0334037058971 | 0000196805 | 906008152007656 | 663.00 |
| 08/15/17 | TFR TRANSFER CREDIT CUR TRSF FR GAA0334037099538 | 0000196807 | 906008152009786 | 441.00 |
| 08/16/17 | TFR TRANSFER CREDIT CUR TRSF FR GAA0334037136157 | 0000196806 | 906008162011387 | 717.00 |
| 08/16/17 | TFR TRANSFER CREDIT CUR TRSF FR GAA0334037099538 | 0000196807 | 906008162008985 | 640.00 |
| 08/16/17 | TFR TRANSFER CREDIT NXT TRSF FR MD 0446026656995 | 0000196808 | 906008164001221 | 319.00 |
| 08/16/17 | TFR TRANSFER CREDIT CUR TRSF FR GAA0334037058971 | 0000196805 | 906008162007373 | 221.00 |
| 08/17/17 | TFR TRANSFER CREDIT CUR TRSF FR GAA0334037136157 | 0000196806 | 906008172009587 | 804.00 |
| 08/17/17 | TFR TRANSFER CREDIT CUR TRSF FR GAA0334037099538 | 0000196807 | 906008172007966 | 528.00 |
| 08/17/17 | TFR TRANSFER CREDIT CUR TRSF FR GAA0334037058971 | 0000196805 | 906008172006451 | 380.00 |
| 08/17/17 | TFR TRANSFER CREDIT NXT TRSF FR MD 0446026656995 | 0000196808 | 906008174001068 | 307.00 |

*continued on the next page*

Case 17-03469-TOM7  Doc 128  Filed 10/13/17  Entered 10/13/17 12:19:13  Desc Main
Document  Page 13 of 23

# Deposits and other credits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|------|------------------------|--------------------|----------------|--------|
| 08/17/17 | Online Banking transfer from CHK 8955 Confirmation# 1597860116 | | 943208176137656 | 264.00 |
| 08/18/17 | TFR TRANSFER CREDIT CUR TRSF FR GAA0334037099538 | 0000196807 | 906008182007585 | 714.00 |
| 08/18/17 | TFR TRANSFER CREDIT CUR TRSF FR GAA0334037136157 | 0000196806 | 906008182008969 | 691.00 |
| 08/18/17 | TFR TRANSFER CREDIT CUR TRSF FR GAA0334037058971 | 0000196805 | 906008182006067 | 484.00 |
| 08/18/17 | TFR TRANSFER CREDIT NXT TRSF FR MD 0446026656995 | 0000196808 | 906008184001052 | 264.00 |
| 08/21/17 | TFR TRANSFER CREDIT CUR TRSF FR GAA0334037136157 | 0000196806 | 906008212016288 | 3,185.00 |
| 08/21/17 | TFR TRANSFER CREDIT CUR TRSF FR GAA0334037099538 | 0000196807 | 906008212013081 | 2,065.00 |
| 08/21/17 | TFR TRANSFER CREDIT CUR TRSF FR GAA0334037058971 | 0000196805 | 906008212010624 | 1,286.00 |
| 08/21/17 | TFR TRANSFER CREDIT NXT TRSF FR MD 0446026656995 | 0000196808 | 906008214001070 | 313.00 |
| 08/22/17 | TFR TRANSFER CREDIT NXT TRSF FR MD 0446026656995 | 0000196808 | 906008224001303 | 1,180.00 |
| 08/22/17 | TFR TRANSFER CREDIT CUR TRSF FR GAA0334037099538 | 0000196807 | 906008222010308 | 791.00 |
| 08/22/17 | TFR TRANSFER CREDIT CUR TRSF FR GAA0334037136157 | 0000196806 | 906008222012149 | 662.00 |
| 08/22/17 | TFR TRANSFER CREDIT CUR TRSF FR GAA0334037058971 | 0000196805 | 906008222008195 | 294.00 |
| 08/23/17 | TFR TRANSFER CREDIT CUR TRSF FR GAA0334037099538 | 0000196807 | 906008232007511 | 607.00 |
| 08/23/17 | TFR TRANSFER CREDIT CUR TRSF FR GAA0334037058971 | 0000196805 | 906008232005918 | 481.00 |
| 08/23/17 | TFR TRANSFER CREDIT CUR TRSF FR GAA0334037136157 | 0000196806 | 906008232009856 | 395.00 |
| 08/23/17 | TFR TRANSFER CREDIT NXT TRSF FR MD 0446026656995 | 0000196808 | 906008234001172 | 215.00 |
| 08/24/17 | TFR TRANSFER CREDIT CUR TRSF FR GAA0334037136157 | 0000196806 | 906008242010017 | 639.00 |
| 08/24/17 | TFR TRANSFER CREDIT CUR TRSF FR GAA0334037099538 | 0000196807 | 906008242008339 | 588.00 |
| 08/24/17 | TFR TRANSFER CREDIT NXT TRSF FR MD 0446026656995 | 0000196808 | 906008244001005 | 332.00 |
| 08/24/17 | TFR TRANSFER CREDIT CUR TRSF FR GAA0334037058971 | 0000196805 | 906008242006706 | 242.00 |
| 08/25/17 | TFR TRANSFER CREDIT CUR TRSF FR GAA0334037136157 | 0000196806 | 906008252009174 | 1,208.00 |

continued on the next page


MARYLAND PIZZA INC | Account # Redacted 1026 | August 11, 2017 to August 31, 2017

## Deposits and other credits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|------|------------------------|--------------------|-----------------|--------|
| 08/25/17 | TFR TRANSFER CREDIT CUR TRSF FR GAA0334037099538 | 0000196807 | 906008252007695 | 756.00 |
| 08/25/17 | TFR TRANSFER CREDIT CUR TRSF FR GAA0334037058971 | 0000196805 | 906008252006164 | 525.00 |
| 08/25/17 | TFR TRANSFER CREDIT NXT TRSF FR MD 0446026656995 | 0000196808 | 906008254001068 | 345.00 |
| 08/28/17 | TFR TRANSFER CREDIT CUR TRSF FR GAA0334037136157 | 0000196806 | 906008282016354 | 3,139.00 |
| 08/28/17 | TFR TRANSFER CREDIT CUR TRSF FR GAA0334037099538 | 0000196807 | 906008282013273 | 3,037.00 |
| 08/28/17 | TFR TRANSFER CREDIT CUR TRSF FR GAA0334037058971 | 0000196805 | 906008282010698 | 1,458.00 |
| 08/28/17 | TFR TRANSFER CREDIT NXT TRSF FR MD 0446026656995 | 0000196808 | 906008284001048 | 283.00 |
| 08/29/17 | TFR TRANSFER CREDIT NXT TRSF FR MD 0446026656995 | 0000196808 | 906008294001354 | 1,636.00 |
| 08/29/17 | TFR TRANSFER CREDIT CUR TRSF FR GAA0334037099538 | 0000196807 | 906008292009923 | 905.00 |
| 08/29/17 | TFR TRANSFER CREDIT CUR TRSF FR GAA0334037136157 | 0000196806 | 906008292011705 | 808.00 |
| 08/29/17 | TFR TRANSFER CREDIT CUR TRSF FR GAA0334037058971 | 0000196805 | 906008292007858 | 235.00 |
| 08/30/17 | TFR TRANSFER CREDIT CUR TRSF FR GAA0334037136157 | 0000196806 | 906008302009884 | 873.00 |
| 08/30/17 | TFR TRANSFER CREDIT CUR TRSF FR GAA0334037099538 | 0000196807 | 906008302007425 | 651.00 |
| 08/30/17 | TFR TRANSFER CREDIT CUR TRSF FR GAA0334037058971 | 0000196805 | 906008302005886 | 336.00 |
| 08/30/17 | TFR TRANSFER CREDIT NXT TRSF FR MD 0446026656995 | 0000196808 | 906008304001118 | 278.00 |
| 08/31/17 | TFR TRANSFER CREDIT CUR TRSF FR GAA0334037099538 | 0000196807 | 906008312008567 | 903.00 |
| 08/31/17 | TFR TRANSFER CREDIT CUR TRSF FR GAA0334037136157 | 0000196806 | 906008312010268 | 734.00 |
| 08/31/17 | TFR TRANSFER CREDIT NXT TRSF FR MD 0446026656995 | 0000196808 | 906008314001055 | 386.00 |
| 08/31/17 | TFR TRANSFER CREDIT CUR TRSF FR GAA0334037058971 | 0000196805 | 906008312006958 | 312.00 |

**Total deposits and other credits**      **$47,138.00**

## Withdrawals and other debits

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 08/15/17 | TFR TRANSFER DEBIT NXT TRSF TO MD 0446026656995 | 0000196808 | 906008154001302 | -1,187.00 |
| 08/15/17 | TFR TRANSFER DEBIT CUR TRSF TO GAA0334037136157 | 0000196806 | 906008152011603 | -83.27 |
| 08/15/17 | TFR TRANSFER DEBIT CUR TRSF TO GAA0334037099538 | 0000196807 | 906008152009787 | -73.23 |
| 08/15/17 | TFR TRANSFER DEBIT CUR TRSF TO GAA0334037058971 | 0000196805 | 906008152007657 | -71.31 |
| 08/17/17 | Online Banking transfer to CHK 8955 Confirmation# 2597864171 | | 943208176137657 | -4,198.77 |
| 08/17/17 | Online Banking transfer to CHK 8955 Confirmation# 3499888691 | | 943208176137655 | -7,000.00 |
| 08/18/17 | TFR TRANSFER DEBIT NXT TRSF TO MD 0446026656995 | 0000196808 | 906008184001053 | -264.00 |
| 08/23/17 | Online Banking transfer to CHK 8955 Confirmation# 1150395848 | | 943208236781259 | -6,080.54 |
| 08/31/17 | Online Banking transfer to CHK 8955 Confirmation# 1118256161 | | 943208316344499 | -19,000.00 |
| **Total withdrawals and other debits** | | | | **-$37,958.12** |

## Checks

| Date | Check # | Bank reference | Amount | | Date | Check # | Bank reference | Amount |
|---|---|---|---|---|---|---|---|---|
| 08/29 | 10019 | 813009692826914 | -1,766.58 | | 08/29 | 10022* | 813004892164793 | -825.00 |
| | | | | | **Total checks** | | | **-$2,591.58** |
| | | | | | **Total # of checks** | | | **2** |

* There is a gap in sequential check numbers

## Service fees

| Date | Transaction description | Amount |
|---|---|---|
| 08/24/17 | CHECK ORDER00172 DES:FEE ID:1A739513 INDN:MARYLAND PIZZA INC CO ID:0000000172 PPD PMT INFO: PRODUCT(S): 36.80  S&H: 12.46  MD TAX: 3.74 | -53.00 |
| **Total service fees** | | **-$53.00** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|---|---|---|---|---|---|
| 08/14 | 5,765.00 | 08/16 | 9,204.19 | 08/18 | 2,177.42 |
| 08/15 | 7,307.19 | 08/17 | 288.42 | 08/21 | 9,026.42 |

*continued on the next page*


MARYLAND PIZZA INC   |   Account #   Redacted   1026   |   August 11, 2017 to August 31, 2017

## Daily ledger balances - continued

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|-------------|------|------------|------|-------------|
| 08/22 | 11,953.42 | 08/25 | 12,152.88 | 08/30 | 23,200.30 |
| 08/23 | 7,570.88 | 08/28 | 20,069.88 | 08/31 | 6,535.30 |
| 08/24 | 9,318.88 | 08/29 | 21,062.30 | | |



This page intentionally left blank

Case 17-03469-TOM7   Doc 128   Filed 10/13/17   Entered 10/13/17 12:19:13   Desc Main
Document    Page 18 of 23



Business Banking

**P.O. Box 15284**
Wilmington, DE 19850

MARYLAND PIZZA INC
OPERATING ACCT
226 CROWNE WOODS DR
HOOVER, AL  35244-7010

**Customer service information**

🕪 Customer service: 1.888.852.5000

⚞ bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

# Your Full Analysis Business Checking - Small Business

for August 1, 2017 to August 31, 2017

Account number:  <span style="color:red">Redacted</span>  8948

**MARYLAND PIZZA INC     OPERATING ACCT**

## Account summary

| | | |
|---|---|---|
| Beginning balance on August 1, 2017 | $808.59 | # of deposits/credits: 251 |
| Deposits and other credits | 152,869.38 | # of withdrawals/debits: 98 |
| Withdrawals and other debits | -135,337.68 | # of days in cycle: 31 |
| Checks | -11,891.64 | Average ledger balance: $1,546.23 |
| Service fees | -761.49 | |
| **Ending balance on August 31, 2017** | **$5,687.16** | |

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

**How to Contact Us** - You may call us at the telephone number listed on the front of this statement.

**Updating your contact information** - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

**Deposit agreement** - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

**Electronic transfers: In case of errors or questions about your electronic transfers-** If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

**Reporting other problems** - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

**Direct deposits** - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2017 Bank of America Corporation

 **Bank of America, N.A. Member FDIC and** **Equal Housing Lender**


MARYLAND PIZZA INC   |   Account # Redacted  8948   |   August 1, 2017 to August 31, 2017

## Deposits and other credits

| Date | Transaction description | Customer reference | Bank reference | Amount |
|------|-------------------------|--------------------|----------------|--------|
| 08/01/17 | TFR TRANSFER CREDIT NXT **TRSF FR** MD 0446026656995 | 0000196808 | 906008014001449 | 1,392.00 |
| 08/01/17 | TFR TRANSFER CREDIT CUR TRSF FR GAA0334037099538 | 0000196807 | 906008012009783 | 1,301.00 |
| 08/01/17 | Online Banking transfer from CHK 6284 Confirmation# 2561415142 | | 943208016464461 | 1,000.00 |
| 08/01/17 | TFR TRANSFER CREDIT CUR TRSF FR GAA0334037136157 | 0000196806 | 906008012011544 | 766.00 |
| 08/01/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445013760413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD   CREDIT DEP  44450137 60413 LITTLE CAESARS 1968-0006 BC | | 902313002896153 | 589.02 |
| 08/01/17 | TFR TRANSFER CREDIT CUR TRSF FR GAA0334037058971 | 0000196805 | 906008012007767 | 434.00 |
| 08/01/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445012054379 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD   CREDIT DEP  44450120 54379 LITTLE CAESARS 1968-0005 BC | | 902313002896069 | 394.28 |
| 08/01/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445014190413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD   CREDIT DEP  44450141 90413 LITTLE CAESARS 1968-0007 BC | | 902313002896489 | **342.25** |
| 08/01/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445022757369 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD   CREDIT DEP  44450227 57369 LITTLE CAESARS 1968-0008 BC | | 902313002896666 | 270.22 |
| 08/01/17 | Online Banking transfer from CHK 6995 Confirmation# 2461396918 | | 943208016464460 | 176.00 |

*continued on the next page*

Case 17-03469-TOM7   Doc 128   Filed 10/13/17   Entered 10/13/17 12:19:13   Document       Page 21 of 23

## Deposits and other credits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|------|------------------------|-------------------|----------------|--------|
| 08/01/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2195384839 INDN:LITTLE CAESA2195384839 CO ID:1134992250 CCD | | 902312013641994 | 57.93 |
| 08/01/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2192333615 INDN:LITTLE CAESA2192333615 CO ID:1134992250 CCD | | 902312013642038 | 25.41 |
| 08/02/17 | TFR TRANSFER CREDIT CUR TRSF FR GAA0334037099538 | 0000196807 | 906008022007737 | 1,150.00 |
| 08/02/17 | TFR TRANSFER CREDIT CUR TRSF FR GAA0334037136157 | 0000196806 | 906008022010115 | 1,150.00 |
| 08/02/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445013760413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD  CREDIT DEP  44450137 60413 LITTLE CAESARS 1968-0006 BC | | 902314007041049 | 657.81 |
| 08/02/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445012054379 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD  CREDIT DEP  44450120 54379 LITTLE CAESARS 1968-0005 BC | | 902314007040971 | 439.64 |
| **08/02/17** | Online Banking transfer from CHK 6995 Confirmation# 1267509166 | | 943208026752370 | 411.00 |
| 08/02/17 | TFR TRANSFER CREDIT CUR TRSF FR GAA0334037058971 | 0000196805 | 906008022006074 | 408.00 |
| 08/02/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445014190413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD  CREDIT DEP  44450141 90413 LITTLE CAESARS 1968-0007 BC | | 902314007041367 | **365.15** |
| 08/02/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445022757369 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD  CREDIT DEP  44450227 57369 LITTLE CAESARS 1968-0008 BC | | 902314007041535 | 340.88 |
| 08/02/17 | Online Banking transfer from CHK 0506 Confirmation# 2371726804 | | 943208026752369 | 200.00 |
| 08/02/17 | TFR TRANSFER CREDIT NXT TRSF FR MD 0446026656995 | 0000196808 | 906008024001258 | 193.00 |
| 08/02/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2192038925 INDN:LITTLE CAESA2192038925 CO ID:1134992250 CCD | | 902313007084166 | 5.72 |
| 08/02/17 | 5/3 BANKCARD SYS DES:GIFTCARD ID:4445012054379 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD  GIFTCARD  44450120 54379 LITTLE CAESARS 1968-0005 BC | | 902314007040974 | 1.70 |
| 08/03/17 | Online Banking transfer from CHK 6284 Confirmation# 1377945772 | | 943208036861970 | 2,000.00 |

*continued on the next page*


MARYLAND PIZZA INC   |   Account #   Redacted  8948   |   August 1, 2017 to August 31, 2017

# Deposits and other credits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 08/03/17 | TFR TRANSFER CREDIT CUR TRSF FR GAA0334037099538 | 0000196807 | 906008032008465 | 1,214.00 |
| 08/03/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445013760413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450137 60413 LITTLE CAESARS 1968-0006 BC | | 902315003111867 | 603.84 |
| 08/03/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445012054379 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450120 54379 LITTLE CAESARS 1968-0005 BC | | 902315003111783 | 521.11 |
| 08/03/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445022757369 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450227 57369 LITTLE CAESARS 1968-0008 BC | | 902315003112332 | 504.88 |
| 08/03/17 | TFR TRANSFER CREDIT CUR TRSF FR GAA0334037058971 | 0000196805 | 906008032006791 | 433.00 |
| 08/03/17 | TFR TRANSFER CREDIT NXT TRSF FR MD 0446026656995 | 0000196808 | 906008034001163 | 411.00 |
| 08/03/17 | Online Banking transfer from CHK 6995 Confirmation# 1176494887 | | 943208036861971 | 393.00 |
| 08/03/17 | TFR TRANSFER CREDIT CUR TRSF FR GAA0334037136157 | 0000196806 | 906008032010163 | 365.00 |
| 08/03/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445014190413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450141 90413 LITTLE CAESARS 1968-0007 BC | | 902315003112173 | 310.19 |
| 08/03/17 | 5/3 BANKCARD SYS DES:GIFTCARD ID:4445014190413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD GIFTCARD 44450141 90413 LITTLE CAESARS 1968-0007 BC | | 902315003112176 | 5.29 |
| 08/04/17 | Online Banking transfer from CHK 3176 Confirmation# 1587579030 | | 943208046158867 | 13,000.00 |
| 08/04/17 | TFR TRANSFER CREDIT CUR TRSF FR GAA0334037136157 | 0000196806 | 906008042009113 | 1,137.00 |
| 08/04/17 | TFR TRANSFER CREDIT CUR TRSF FR GAA0334037099538 | 0000196807 | 906008042007664 | 1,033.00 |
| 08/04/17 | TFR TRANSFER CREDIT CUR TRSF FR GAA0334037058971 | 0000196805 | 906008042006181 | 539.00 |
| 08/04/17 | Online Banking transfer from CHK 6995 Confirmation# 3385224054 | | 943208046158868 | 526.00 |

*continued on the next page*

Case 17-03469-TOM7   Doc 128   Filed 10/13/17   Entered 10/13/17 12:19:13   Desc Main
Document      Page 23 of 23