## Deposits and other credits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 08/04/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445022757369 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450227 57369 LITTLE CAESARS 1968-0008 BC | | 902316005722450 | 470.53 |
| 08/04/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445014190413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450141 90413 LITTLE CAESARS 1968-0007 BC | | 902316005722285 | 466.15 |
| 08/04/17 | TFR TRANSFER CREDIT NXT TRSF FR MD 0446026656995 | 0000196808 | 906008044001035 | 393.00 |
| 08/04/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445012054379 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450120 54379 LITTLE CAESARS 1968-0005 BC | | 902316005721868 | 386.36 |
| 08/04/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445013760413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450137 60413 LITTLE CAESARS 1968-0006 BC | | 902316005721937 | 348.95 |
| 08/04/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2192038925 INDN:LITTLE CAESA2192038925 CO ID:1134992250 CCD | | 902315007198469 | 41.43 |
| 08/04/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:4080657711 INDN:LITTLE CAESA4080657711 CO ID:1134992250 CCD | | 902315007197910 | 5.29 |
| 08/07/17 | TFR TRANSFER CREDIT CUR TRSF FR GAA0334037136157 | 0000196806 | 906008072016665 | 3,245.00 |
| 08/07/17 | TFR TRANSFER CREDIT CUR TRSF FR GAA0334037099538 | 0000196807 | 906008072013400 | 2,517.00 |
| 08/07/17 | TFR TRANSFER CREDIT CUR TRSF FR GAA0334037058971 | 0000196805 | 906008072010873 | 1,567.00 |
| 08/07/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445013760413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450137 60413 LITTLE CAESARS 1968-0006 BC | | 902319012519941 | 1,028.90 |
| 08/07/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445013760413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450137 60413 LITTLE CAESARS 1968-0006 BC | | 902319010199130 | 982.93 |
| 08/07/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445013760413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450137 60413 LITTLE CAESARS 1968-0006 BC | | 902319012523376 | 869.89 |

*continued on the next page*






## Deposits and other credits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 08/07/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445022757369 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450227 57369 LITTLE CAESARS 1968-0008 BC | | 902319012520466 | 787.83 |
| 08/07/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445012054379 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450120 54379 LITTLE CAESARS 1968-0005 BC | | 902319012519857 | 677.65 |
| 08/07/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445014190413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450141 90413 LITTLE CAESARS 1968-0007 BC | | 902319010199469 | 570.95 |
| 08/07/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445022757369 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450227 57369 LITTLE CAESARS 1968-0008 BC | | 902319010199634 | 570.10 |
| 08/07/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445014190413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450141 90413 LITTLE CAESARS 1968-0007 BC | | 902319012523721 | 537.84 |
| 08/07/17 | TFR TRANSFER CREDIT NXT TRSF FR MD 0446026656995 | 0000196808 | 906008074001093 | 526.00 |
| 08/07/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445012054379 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450120 54379 LITTLE CAESARS 1968-0005 BC | | 902319012523295 | 503.13 |
| 08/07/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445022757369 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450227 57369 LITTLE CAESARS 1968-0008 BC | | 902319012523883 | 466.87 |
| 08/07/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445014190413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450141 90413 LITTLE CAESARS 1968-0007 BC | | 902319012520292 | 428.65 |
| 08/07/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445012054379 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450120 54379 LITTLE CAESARS 1968-0005 BC | | 902319010199058 | 324.43 |

continued on the next page

## Deposits and other credits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 08/07/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2192038925 INDN:LITTLE CAESA2192038925 CO ID:1134992250 CCD | | 902319009609105 | 59.32 |
| 08/07/17 | 5/3 BANKCARD SYS DES:GIFTCARD ID:4445012054379 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD GIFTCARD 44450120 54379 LITTLE CAESARS 1968-0005 BC | | 902319012519860 | 27.34 |
| 08/07/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:4080657711 INDN:LITTLE CAESA4080657711 CO ID:1134992250 CCD | | 902316008862940 | 24.81 |
| 08/07/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2192333615 INDN:LITTLE CAESA2192333615 CO ID:1134992250 CCD | | 902319009609535 | 19.17 |
| 08/08/17 | Online Banking transfer from CHK 6284 Confirmation# 1119860725 | | 943208086958607 | 2,900.00 |
| 08/08/17 | TFR TRANSFER CREDIT NXT TRSF FR MD 0446026656995 | 0000196808 | 906008084001375 | 1,310.00 |
| 08/08/17 | Online Banking transfer from CHK 8963 Confirmation# 2224090788 | | 943208086958605 | 588.00 |
| 08/08/17 | TFR TRANSFER CREDIT CUR TRSF FR GAA0334037136157 | 0000196806 | 906008082012017 | 561.00 |
| 08/08/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445013760413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450137 60413 LITTLE CAESARS 1968-0006 BC | | 902320002709910 | 489.02 |
| 08/08/17 | TFR TRANSFER CREDIT CUR TRSF FR GAA0334037099538 | 0000196807 | 906008082010149 | 460.00 |
| 08/08/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445022757369 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450227 57369 LITTLE CAESARS 1968-0008 BC | | 902320002710405 | 453.64 |
| 08/08/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445012054379 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450120 54379 LITTLE CAESARS 1968-0005 BC | | 902320002709829 | 368.04 |
| 08/08/17 | TFR TRANSFER CREDIT CUR TRSF FR GAA0334037058971 | 0000196805 | 906008082008032 | 356.00 |
| 08/08/17 | Online Banking transfer from CHK 6995 Confirmation# 2121667464 | | 943208086958606 | 353.00 |

*continued on the next page*

## Deposits and other credits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 08/08/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445014190413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450141 90413 LITTLE CAESARS 1968-0007 BC | | 902320002710243 | 332.21 |
| 08/08/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2192333615 INDN:LITTLE CAESA2192333615 CO ID:1134992250 CCD | | 902319014686313 | 26.05 |
| 08/08/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2192038925 INDN:LITTLE CAESA2192038925 CO ID:1134992250 CCD | | 902319014686586 | 15.45 |
| 08/08/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:4080657711 INDN:LITTLE CAESA4080657711 CO ID:1134992250 CCD | | 902319014686412 | 5.07 |
| 08/09/17 | TFR TRANSFER CREDIT CUR TRSF FR GAA0334037136157 | 0000196806 | 906008092010078 | 805.00 |
| 08/09/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445013760413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450137 60413 LITTLE CAESARS 1968-0006 BC | | 902321004545982 | 637.54 |
| 08/09/17 | TFR TRANSFER CREDIT CUR TRSF FR GAA0334037099538 | 0000196807 | 906008092007836 | 551.00 |
| 08/09/17 | TFR TRANSFER CREDIT CUR TRSF FR GAA0334037058971 | 0000196805 | 906008092006128 | 447.00 |
| 08/09/17 | Online Banking transfer from CHK 6995 Confirmation# 2528214005 | | 943208096866314 | 447.00 |
| 08/09/17 | TFR TRANSFER CREDIT NXT TRSF FR MD 0446026656995 | 0000196808 | 906008094001235 | 353.00 |
| 08/09/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445014190413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450141 90413 LITTLE CAESARS 1968-0007 BC | | 902321004546318 | 332.97 |
| 08/09/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445022757369 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450227 57369 LITTLE CAESARS 1968-0008 BC | | 902321004546474 | 312.92 |
| 08/09/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445012054379 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450120 54379 LITTLE CAESARS 1968-0005 BC | | 902321004545913 | 292.94 |

continued on the next page

## Deposits and other credits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 08/09/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2192333615 INDN:LITTLE CAESA2192333615 CO ID:1134992250 CCD | | 902320006035219 | 21.79 |
| 08/09/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2192038925 INDN:LITTLE CAESA2192038925 CO ID:1134992250 CCD | | 902320006034959 | 16.47 |
| 08/09/17 | 5/3 BANKCARD SYS DES:GIFTCARD ID:4445012054379 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD GIFTCARD 44450120 54379 LITTLE CAESARS 1968-0005 BC | | 902321004545916 | 6.94 |
| 08/10/17 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 08-09) ELECTRONIC TRANSACTION | | 931208090000728 | 320.99 |
| 08/10/17 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 08-09) ELECTRONIC TRANSACTION | | 931208090000727 | 125.49 |
| 08/10/17 | Online Banking transfer from CHK 6284 Confirmation# 2439639970 | | 943208106789933 | 2,600.00 |
| 08/10/17 | TFR TRANSFER CREDIT CUR TRSF FR GAA0334037136157 | 0000196806 | 906008102009988 | 695.00 |
| 08/10/17 | TFR TRANSFER CREDIT CUR TRSF FR GAA0334037099538 | 0000196807 | 906008102008412 | 560.00 |
| 08/10/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445013760413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450137 60413 LITTLE CAESARS 1968-0006 BC | | 902322008528179 | 519.21 |
| 08/10/17 | TFR TRANSFER CREDIT CUR TRSF FR GAA0334037058971 | 0000196805 | 906008102006801 | 488.00 |
| 08/10/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445014190413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450141 90413 LITTLE CAESARS 1968-0007 BC | | 902322008528482 | 457.03 |
| 08/10/17 | TFR TRANSFER CREDIT NXT TRSF FR MD 0446026656995 | 0000196808 | 906008104001096 | 447.00 |
| 08/10/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445022757369 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450227 57369 LITTLE CAESARS 1968-0008 BC | | 902322008528644 | 351.31 |

continued on the next page






## Deposits and other credits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 08/10/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445012054379 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450120 54379 LITTLE CAESARS 1968-0005 BC | | 902322008528113 | 340.77 |
| 08/10/17 | Online Banking transfer from CHK 6995 Confirmation# 3239637236 | | 943208106789934 | 326.00 |
| 08/10/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:4080657711 INDN:LITTLE CAESA4080657711 CO ID:1134992250 CCD | | 902321008096294 | 5.29 |
| 08/11/17 | TFR TRANSFER CREDIT CUR TRSF FR GAA0334037136157 | 0000196806 | 906008112009102 | 789.00 |
| 08/11/17 | TFR TRANSFER CREDIT CUR TRSF FR GAA0334037099538 | 0000196807 | 906008112007725 | 615.00 |
| 08/11/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445013760413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450137 60413 LITTLE CAESARS 1968-0006 BC | | 902323008875858 | 494.19 |
| 08/11/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445014190413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450141 90413 LITTLE CAESARS 1968-0007 BC | | 902323008876221 | 454.34 |
| 08/11/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445012054379 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450120 54379 LITTLE CAESARS 1968-0005 BC | | 902323008875789 | 445.25 |
| 08/11/17 | TFR TRANSFER CREDIT CUR TRSF FR GAA0334037058971 | 0000196805 | 906008112006164 | 417.00 |
| 08/11/17 | TFR TRANSFER CREDIT NXT TRSF FR MD 0446026656995 | 0000196808 | 906008114000981 | 326.00 |
| 08/11/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445022757369 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450227 57369 LITTLE CAESARS 1968-0008 BC | | 902323008876380 | 230.24 |
| 08/11/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:4080657711 INDN:LITTLE CAESA4080657711 CO ID:1134992250 CCD | | 902322011518794 | 40.38 |
| 08/11/17 | 5/3 BANKCARD SYS DES:GIFTCARD ID:4445012054379 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD GIFTCARD 44450120 54379 LITTLE CAESARS 1968-0005 BC | | 902323008875792 | 18.13 |

*continued on the next page*

## Deposits and other credits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 08/11/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2192038925 INDN:LITTLE CAESA2192038925 CO ID:1134992250 CCD | | 902322011517874 | 5.72 |
| 08/14/17 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 08-11) ELECTRONIC TRANSACTION | | 931208110000919 | 13,071.53 |
| 08/14/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445013760413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450137 60413 LITTLE CAESARS 1968-0006 BC | | 902326016012912 | 1,232.53 |
| 08/14/17 | Online Banking transfer from CHK 6995 Confirmation# 3274668051 | | 943208146703233 | 1,187.00 |
| 08/14/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445013760413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450137 60413 LITTLE CAESARS 1968-0006 BC | | 902326016016263 | 1,166.92 |
| 08/14/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445014190413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450141 90413 LITTLE CAESARS 1968-0007 BC | | 902326016013230 | 846.02 |
| 08/14/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445012054379 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450120 54379 LITTLE CAESARS 1968-0005 BC | | 902326016012831 | 642.24 |
| 08/14/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445013760413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450137 60413 LITTLE CAESARS 1968-0006 BC | | 902326012736423 | 600.77 |
| 08/14/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445012054379 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450120 54379 LITTLE CAESARS 1968-0005 BC | | 902326016016182 | 552.06 |
| 08/14/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445022757369 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450227 57369 LITTLE CAESARS 1968-0008 BC | | 902326012736933 | 488.41 |
| 08/14/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445022757369 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450227 57369 LITTLE CAESARS 1968-0008 BC | | 902326016013404 | 480.15 |

*continued on the next page*

## Deposits and other credits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 08/14/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445022757369 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450227 57369 LITTLE CAESARS 1968-0008 BC | | 902326016016770 | 440.15 |
| 08/14/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445014190413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450141 90413 LITTLE CAESARS 1968-0007 BC | | 902326012736759 | 393.01 |
| 08/14/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445014190413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450141 90413 LITTLE CAESARS 1968-0007 BC | | 902326016016611 | 375.16 |
| 08/14/17 | TFR TRANSFER CREDIT NXT TRSF FR MD 0446026656995 | 0000196808 | 906008144001417 | 344.00 |
| 08/14/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445012054379 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450120 54379 LITTLE CAESARS 1968-0005 BC | | 902326012736345 | 338.14 |
| 08/14/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2192333615 INDN:LITTLE CAESA2192333615 CO ID:1134992250 CCD | | 902326012363251 | 26.57 |
| 08/14/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2195384839 INDN:LITTLE CAESA2195384839 CO ID:1134992250 CCD | | 902326012363144 | 24.16 |
| 08/14/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:4080657711 INDN:LITTLE CAESA4080657711 CO ID:1134992250 CCD | | 902323011485140 | 21.87 |
| 08/14/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2192038925 INDN:LITTLE CAESA2192038925 CO ID:1134992250 CCD | | 902326012362793 | 11.34 |
| 08/14/17 | 5/3 BANKCARD SYS DES:GIFTCARD ID:4445022757369 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD GIFTCARD 44450227 57369 LITTLE CAESARS 1968-0008 BC | | 902326012736936 | 10.00 |
| 08/14/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2192038925 INDN:LITTLE CAESA2192038925 CO ID:1134992250 CCD | | 902323011484684 | 7.42 |
| 08/14/17 | 5/3 BANKCARD SYS DES:GIFTCARD ID:4445014190413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD GIFTCARD 44450141 90413 LITTLE CAESARS 1968-0007 BC | | 902326016016614 | 6.33 |

*continued on the next page*

## Deposits and other credits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 08/14/17 | 5/3 BANKCARD SYS DES:GIFTCARD ID:4445012054379 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD GIFTCARD 44450120 54379 LITTLE CAESARS 1968-0005 BC | | 902326016012834 | 6.00 |
| 08/15/17 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 08-14) ELECTRONIC TRANSACTION | | 931208140001262 | 4,008.98 |
| 08/15/17 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 08-14) ELECTRONIC TRANSACTION | | 931208140001261 | 3,724.34 |
| 08/15/17 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 08-14) ELECTRONIC TRANSACTION | | 931208140001260 | 1,214.00 |
| 08/15/17 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 08-14) ELECTRONIC TRANSACTION | | 931208140001259 | 1,168.00 |
| 08/15/17 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 08-14) ELECTRONIC TRANSACTION | | 931208140001258 | 857.62 |
| 08/15/17 | REVERSAL OF POSTED ITEM CHECK # 11085 POSTING DATE 08/14/17 SEQUENCE # 4692853666 FDES NTX 0006417 962724 | 0000011085 | 945008154170031 | 5,061.70 |
| 08/15/17 | REVERSAL OF POSTED ITEM CHECK # 11175 POSTING DATE 08/14/17 SEQUENCE # 4592802239 FDES NTX 0006417 962724 | 0000011175 | 945008154170030 | 2,489.82 |
| 08/15/17 | YELLOWSTONE CAPI DES:REVERSAL ID:800-955-2411#71 INDN:MARYLANDPIZZAINC CO ID:RPP4384677 CCD | | 902327014858294 | 1,745.00 |
| 08/15/17 | CAESAR FUND DES:REVERSAL ID:19680005 INDN:MARYLAND PIZZA CO ID:1450493475 CCD | | 902327014858270 | 1,337.14 |
| 08/15/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445013760413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450137 60413 LITTLE CAESARS 1968-0006 BC | | 902327007354399 | 545.72 |
| 08/15/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445012054379 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450120 54379 LITTLE CAESARS 1968-0005 BC | | 902327007354321 | 345.46 |
| 08/15/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445014190413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450141 90413 LITTLE CAESARS 1968-0007 BC | | 902327007354717 | 317.93 |
| 08/15/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445022757369 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450227 57369 LITTLE CAESARS 1968-0008 BC | | 902327007354882 | 196.88 |

*continued on the next page*

## Deposits and other credits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 08/15/17 | WASH SUBUR SANI DES:REVERSAL ID:CKFXXXXXXXXXNEG INDN:MARYLAND PIZZA INC CO ID:9500000000 CCD | | 902327014858286 | 135.17 |
| 08/15/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:4080657711 INDN:LITTLE CAESA4080657711 CO ID:1134992250 CCD | | 902326018319779 | 19.00 |
| 08/15/17 | 5/3 BANKCARD SYS DES:GIFTCARD ID:4445022757369 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD GIFTCARD 44450227 57369 LITTLE CAESARS 1968-0008 BC | | 902327007354885 | 15.00 |
| 08/15/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2192038925 INDN:LITTLE CAESA2192038925 CO ID:1134992250 CCD | | 902326018318918 | 11.45 |
| 08/15/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2195384839 INDN:LITTLE CAESA2195384839 CO ID:1134992250 CCD | | 902326018319171 | 5.90 |
| 08/15/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2192333615 INDN:LITTLE CAESA2192333615 CO ID:1134992250 CCD | | 902326018319240 | 5.72 |
| 08/16/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445012054379 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450120 54379 LITTLE CAESARS 1968-0005 BC | | 902328009340933 | 448.80 |
| 08/16/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445022757369 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450227 57369 LITTLE CAESARS 1968-0008 BC | | 902328009341491 | 367.73 |
| 08/16/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445014190413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450141 90413 LITTLE CAESARS 1968-0007 BC | | 902328009341329 | 325.29 |
| 08/16/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445013760413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450137 60413 LITTLE CAESARS 1968-0006 BC | | 902328009340996 | 231.00 |
| 08/16/17 | VERIZON DES:REVERSAL ID:000772689847 INDN:MARYLAND PIZZA INC DUM CO ID:9783397101 WEB | | 902328019099219 | 149.68 |
| 08/16/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:4080657711 INDN:LITTLE CAESA4080657711 CO ID:1134992250 CCD | | 902327010547258 | 16.70 |

*continued on the next page*

## Deposits and other credits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 08/16/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2192333615 INDN:LITTLE CAESA2192333615 CO ID:1134992250 CCD | | 902327010547151 | 11.50 |
| 08/17/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445013760413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450137 60413 LITTLE CAESARS 1968-0006 BC | | 902329004978661 | 483.13 |
| 08/17/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445022757369 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450227 57369 LITTLE CAESARS 1968-0008 BC | | 902329004979111 | 289.40 |
| 08/17/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445012054379 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450120 54379 LITTLE CAESARS 1968-0005 BC | | 902329004978598 | 274.17 |
| 08/17/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445014190413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450141 90413 LITTLE CAESARS 1968-0007 BC | | 902329004978961 | 253.28 |
| 08/17/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2192038925 INDN:LITTLE CAESA2192038925 CO ID:1134992250 CCD | | 902328013213031 | 20.15 |
| 08/17/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:4080657711 INDN:LITTLE CAESA4080657711 CO ID:1134992250 CCD | | 902328013212879 | 12.67 |
| 08/18/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445014190413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450141 90413 LITTLE CAESARS 1968-0007 BC | | 902330005694664 | 525.36 |
| 08/18/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445012054379 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450120 54379 LITTLE CAESARS 1968-0005 BC | | 902330005694280 | 487.14 |
| 08/18/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445013760413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450137 60413 LITTLE CAESARS 1968-0006 BC | | 902330005694349 | 440.84 |
| 08/18/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445022757369 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450227 57369 LITTLE CAESARS 1968-0008 BC | | 902330005694829 | 419.70 |

*continued on the next page*





## Deposits and other credits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 08/18/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2192333615 INDN:LITTLE CAESA2192333615 CO ID:1134992250 CCD | | 902329008137923 | 30.93 |
| 08/18/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2195384839 INDN:LITTLE CAESA2195384839 CO ID:1134992250 CCD | | 902329008137837 | 5.88 |
| 08/18/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:4080657711 INDN:LITTLE CAESA4080657711 CO ID:1134992250 CCD | | 902329008138045 | 5.29 |
| 08/21/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445014190413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450141 90413 LITTLE CAESARS 1968-0007 BC | | 902333010604822 | 1,016.16 |
| 08/21/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445013760413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450137 60413 LITTLE CAESARS 1968-0006 BC | | 902333009876926 | 732.94 |
| 08/21/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445013760413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450137 60413 LITTLE CAESARS 1968-0006 BC | | 902333010601117 | 693.69 |
| 08/21/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445013760413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450137 60413 LITTLE CAESARS 1968-0006 BC | | 902333010604489 | 673.09 |
| 08/21/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445022757369 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450227 57369 LITTLE CAESARS 1968-0008 BC | | 902333010604987 | 611.41 |
| 08/21/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445022757369 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450227 57369 LITTLE CAESARS 1968-0008 BC | | 902333010601636 | 604.60 |
| 08/21/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445012054379 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450120 54379 LITTLE CAESARS 1968-0005 BC | | 902333010604408 | 540.37 |

*continued on the next page*

## Deposits and other credits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 08/21/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445022757369 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450227 57369 LITTLE CAESARS 1968-0008 BC | | 902333009877406 | 495.78 |
| 08/21/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445012054379 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450120 54379 LITTLE CAESARS 1968-0005 BC | | 902333009876854 | 493.80 |
| 08/21/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445012054379 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450120 54379 LITTLE CAESARS 1968-0005 BC | | 902333010601042 | 382.46 |
| 08/21/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445014190413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450141 90413 LITTLE CAESARS 1968-0007 BC | | 902333009877247 | 304.82 |
| 08/21/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:4080657711 INDN:LITTLE CAESA4080657711 CO ID:1134992250 CCD | | 902333009509227 | 221.27 |
| 08/21/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2192333615 INDN:LITTLE CAESA2192333615 CO ID:1134992250 CCD | | 902333009508572 | 11.45 |
| 08/22/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445013760413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450137 60413 LITTLE CAESARS 1968-0006 BC | | 902334009971079 | 601.90 |
| 08/22/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445012054379 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450120 54379 LITTLE CAESARS 1968-0005 BC | | 902334009970998 | 565.98 |
| 08/22/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445022757369 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450227 57369 LITTLE CAESARS 1968-0008 BC | | 902334009971595 | 273.26 |
| 08/22/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445014190413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450141 90413 LITTLE CAESARS 1968-0007 BC | | 902334009971439 | 225.75 |
| 08/22/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2192038925 INDN:LITTLE CAESA2192038925 CO ID:1134992250 CCD | | 902333012694845 | 26.34 |

*continued on the next page*







## Deposits and other credits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 08/23/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445013760413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450137 60413 LITTLE CAESARS 1968-0006 BC | | 902335010878521 | 513.86 |
| 08/23/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445014190413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450141 90413 LITTLE CAESARS 1968-0007 BC | | 902335010878839 | 377.45 |
| 08/23/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445012054379 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450120 54379 LITTLE CAESARS 1968-0005 BC | | 902335010878467 | 364.70 |
| 08/23/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445022757369 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450227 57369 LITTLE CAESARS 1968-0008 BC | | 902335010879013 | 229.53 |
| 08/23/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2192038925 INDN:LITTLE CAESA2192038925 CO ID:1134992250 CCD | | 902334012880800 | 57.21 |
| 08/23/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2192333615 INDN:LITTLE CAESA2192333615 CO ID:1134992250 CCD | | 902334012881129 | 17.26 |
| 08/24/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445022757369 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450227 57369 LITTLE CAESARS 1968-0008 BC | | 902336004009162 | 462.35 |
| 08/24/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445012054379 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450120 54379 LITTLE CAESARS 1968-0005 BC | | 902336004008658 | 336.50 |
| 08/24/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445013760413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450137 60413 LITTLE CAESARS 1968-0006 BC | | 902336004008721 | 315.06 |
| 08/24/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445014190413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450141 90413 LITTLE CAESARS 1968-0007 BC | | 902336004009000 | 209.89 |

*continued on the next page*

## Deposits and other credits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 08/24/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2192038925 INDN:LITTLE CAESA2192038925 CO ID:1134992250 CCD | | 902335014084392 | 16.40 |
| 08/24/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2192333615 INDN:LITTLE CAESA2192333615 CO ID:1134992250 CCD | | 902335014084160 | 4.63 |
| 08/25/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445014190413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450141 90413 LITTLE CAESARS 1968-0007 BC | | 902337004023608 | 641.04 |
| 08/25/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445013760413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450137 60413 LITTLE CAESARS 1968-0006 BC | | 902337004023263 | 573.71 |
| 08/25/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445012054379 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450120 54379 LITTLE CAESARS 1968-0005 BC | | 902337004023200 | 402.75 |
| 08/25/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445022757369 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450227 57369 LITTLE CAESARS 1968-0008 BC | | 902337004023761 | 339.95 |
| 08/25/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2195384839 INDN:LITTLE CAESA2195384839 CO ID:1134992250 CCD | | 902336006834944 | 16.48 |
| 08/28/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445013760413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450137 60413 LITTLE CAESARS 1968-0006 BC | | 902340007464291 | 1,033.80 |
| 08/28/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445012054379 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450120 54379 LITTLE CAESARS 1968-0005 BC | | 902340007464231 | 992.71 |
| 08/28/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445022757369 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450227 57369 LITTLE CAESARS 1968-0008 BC | | 902340007468128 | 826.22 |
| 08/28/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445022757369 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450227 57369 LITTLE CAESARS 1968-0008 BC | | 902340007464795 | 783.31 |

*continued on the next page*

## Deposits and other credits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 08/28/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445012054379 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450120 54379 LITTLE CAESARS 1968-0005 BC | | 902340007467558 | 761.33 |
| 08/28/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445013760413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450137 60413 LITTLE CAESARS 1968-0006 BC | | 902340007467633 | 654.63 |
| 08/28/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445013760413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450137 60413 LITTLE CAESARS 1968-0006 BC | | 902340006493282 | 630.79 |
| 08/28/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445014190413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450141 90413 LITTLE CAESARS 1968-0007 BC | | 902340007464639 | 558.12 |
| 08/28/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445014190413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450141 90413 LITTLE CAESARS 1968-0007 BC | | 902340007467960 | 500.38 |
| 08/28/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445022757369 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450227 57369 LITTLE CAESARS 1968-0008 BC | | 902340006493774 | 484.18 |
| 08/28/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445012054379 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450120 54379 LITTLE CAESARS 1968-0005 BC | | 902340006493210 | 406.96 |
| 08/28/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445014190413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450141 90413 LITTLE CAESARS 1968-0007 BC | | 902340006493597 | 383.54 |
| 08/28/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2195384839 INDN:LITTLE CAESA2195384839 CO ID:1134992250 CCD | | 902337006049609 | 54.52 |
| 08/28/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:4080657711 INDN:LITTLE CAESA4080657711 CO ID:1134992250 CCD | | 902340006132047 | 20.05 |

*continued on the next page*