## Deposits and other credits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|------|------------------------|--------------------|----------------|--------|
| 08/28/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2192038925  INDN:LITTLE CAESA2192038925 CO ID:1134992250 CCD | | 902340006131456 | 11.50 |
| 08/28/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2192333615  INDN:LITTLE CAESA2192333615 CO ID:1134992250 CCD | | 902337006049197 | 8.25 |
| 08/28/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2192038925  INDN:LITTLE CAESA2192038925 CO ID:1134992250 CCD | | 902337006049426 | 7.46 |
| 08/29/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445013760413  INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD  PMT INFO:  5/3 BANKCARD   CREDIT DEP  44450137 60413 LITTLE CAESARS 1968-0006 BC | | 902341008293596 | 528.51 |
| 08/29/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445012054379  INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD  PMT INFO:  5/3 BANKCARD   CREDIT DEP  44450120 54379 LITTLE CAESARS 1968-0005 BC | | 902341008293536 | 334.49 |
| 08/29/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445022757369  INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD  PMT INFO:  5/3 BANKCARD   CREDIT DEP  44450227 57369 LITTLE CAESARS 1968-0008 BC | | 902341008294085 | 326.61 |
| 08/29/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445014190413  INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD  PMT INFO:  5/3 BANKCARD   CREDIT DEP  44450141 90413 LITTLE CAESARS 1968-0007 BC | | 902341008293926 | 205.69 |
| 08/29/17 | 5/3 BANKCARD SYS DES:GIFTCARD ID:4445012054379  INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD  PMT INFO:  5/3 BANKCARD   GIFTCARD   44450120 54379 LITTLE CAESARS 1968-0005 BC | | 902341008293539 | 8.84 |
| 08/29/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:4080657711  INDN:LITTLE CAESA4080657711 CO ID:1134992250 CCD | | 902340010112281 | 6.33 |
| 08/30/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445013760413  INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD  PMT INFO:  5/3 BANKCARD   CREDIT DEP  44450137 60413 LITTLE CAESARS 1968-0006 BC | | 902342002803133 | 507.93 |
| 08/30/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445014190413  INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD  PMT INFO:  5/3 BANKCARD   CREDIT DEP  44450141 90413 LITTLE CAESARS 1968-0007 BC | | 902342002803463 | 401.56 |

*continued on the next page*



MARYLAND PIZZA INC | Account # Redacted 8948 | August 1, 2017 to August 31, 2017

# Deposits and other credits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|------|------------------------|-------------------|----------------|--------|
| 08/30/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445022757369 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450227 57369 LITTLE CAESARS 1968-0008 BC | | 902342002803613 | 323.73 |
| 08/30/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445012054379 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450120 54379 LITTLE CAESARS 1968-0005 BC | | 902342002803067 | 181.81 |
| 08/30/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2195384839 INDN:LITTLE CAESA2195384839 CO ID:1134992250 CCD | | 902341012739239 | 22.45 |
| 08/30/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2192038925 INDN:LITTLE CAESA2192038925 CO ID:1134992250 CCD | | 902341012738974 | **17.49** |
| 08/30/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:4080657711 INDN:LITTLE CAESA4080657711 CO ID:1134992250 CCD | | **902**341012739906 | 15.83 |
| 08/30/17 · | AMERICAN EXPRESS DES:SETTLEMENT ID:2192333615 INDN:LITTLE CAESA2192333615 CO ID:1134992250 CCD | | 902341012739315 | 6.76 |
| 08/30/17 | 5/3 BANKCARD SYS DES:GIFTCARD ID:4445012054379 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD GIFTCARD 44450120 54379 LITTLE CAESARS 1968-0005 BC | | 902342002803070 | 2.76 |
| 08/31/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445013760413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450137 60413 LITTLE CAESARS 1968-0006 BC | | 902343007978025 | 628.12 |
| 08/31/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445014190413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450141 90413 LITTLE CAESARS 1968-0007 BC | | 902343007978331 | 429.57 |
| 08/31/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445012054379 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450120 54379 LITTLE CAESARS 1968-0005 BC | | 902343007977965 | 391.19 |

*continued on the next page*

## Deposits and other credits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 08/31/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445022757369 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450227 57369 LITTLE CAESARS 1968-0008 BC | | 902343007978496 | 342.57 |
| 08/31/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:4080657711 INDN:LITTLE CAESA4080657711 CO ID:1134992250 CCD | | 902342007235415 | 13.07 |

| **Total deposits and other credits** | | | | **$152,869.38** |
|---|---|---|---|---|

## Withdrawals and other debits

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 08/01/17 | LOANME DES:DEBIT ID:2444606 INDN:Maryland Pizza Inc CO ID:9000007006 CCD | | 902312017593361 | -4,317.77 |
| 08/01/17 | CAESAR DES:TMCDESKTOP ID: INDN:MARYLAND PIZZA INC CO ID:1851443505 CCD PMT INFO:LCE ROYALTY ACH | | 902312012706640 | -1,907.16 |
| 08/01/17 | YELLOWSTONE CAPI DES:SOB ID:800-955-2411#62 INDN:MARYLANDPIZZAINC CO ID:RPP4384677 CCD | | 902313001795879 | -1,745.00 |
| 08/01/17 | Uplyft Capital DES:TRN ID:xkpcH4sTRKQBE4x INDN:LITTLE CAESARS PIZZA CO ID:1460885934 CCD | | 902313003016647 | -1,214.00 |
| 08/01/17 | NAVITAS CREDIT C DES:CASH CONC ID:CT-BUND40131751 INDN:MARYLAND LC VENTURES L CO ID:1262520942 PPD | | 902313002011516 | -0.54 |
| 08/02/17 | TFR TRANSFER DEBIT NXT TRSF TO MD 0446026656995 | 0000196808 | 906008024001259 | -176.00 |
| 08/02/17 | YELLOWSTONE CAPI DES:SOB ID:800-955-2411#63 INDN:MARYLANDPIZZAINC CO ID:RPP4384677 CCD | | 902314006949810 | -1,745.00 |
| 08/02/17 | Uplyft Capital DES:TRN ID:UtWiWLxuRLiiJdD INDN:LITTLE CAESARS PIZZA CO ID:1460885934 CCD | | 902314006950009 | -1,214.00 |
| 08/02/17 | MARYLANDUNEMPINS DES:1190000128 ID:XXXXXXXXX INDN:Maryland Pizza Inc x CO ID:1911925808 WEB | | 902313007264350 | -1,097.58 |
| 08/02/17 | ESSP DES:ESSP Tax ID:347793 1 INDN: 315239Mary CO ID:AXXXXXXXXX CCD | | 902314005170888 | -461.93 |
| 08/02/17 | ESSP DES:ESSP Tax ID:347789 1 INDN: 315239Mary CO ID:AXXXXXXXXX CCD | | 902314005170887 | -113.19 |
| 08/03/17 | TFR TRANSFER DEBIT NXT TRSF TO MD 0446026656995 | 0000196808 | 906008034001164 | -411.00 |

*continued on the next page*

Case 17-03469-TOM7   Doc 128-2   Filed 10/13/17   Entered 10/13/17 12:19:13   Desc
Volume(s) Part 3   Page 3 of 20



# Your checking account

## Withdrawals and other debits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 08/03/17 | WASHINGTON GAS  DES:PAYMENT ID:220004271023  INDN:MARYLAND PIZZA CO ID:1530162882 CCD | | 902314019083081 | -2,800.02 |
| 08/03/17 | YELLOWSTONE CAPI DES:SOB ID:800-955-2411#64  INDN:MARYLANDPIZZAINC CO ID:RPP4384677 CCD | | 902315003071118 | -1,745.00 |
| 08/03/17 | Uplyft Capital  DES:TRN       ID:6GFDArldSdPKwUa INDN:LITTLE CAESARS PIZZA   CO ID:1460885934 CCD | | 902315003109422 | -1,214.00 |
| 08/03/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445013760413  INDN:LITTLE CAESARS 1968-00  CO ID:1310281170 CCD PMT INFO:  5/3 BANKCARD   CRED FEES   44450137 60413 LITTLE CAESARS 1968-0006 BC | | 902315003296971 | -432.11 |
| 08/03/17 | IRH Capital LLC  DES:Maryland L ID: INDN:Maryland LC Ventures   CO ID:XXXXXXXXX CCD | | 902314012551905 | -417.95 |
| 08/03/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445012054379  INDN:LITTLE CAESARS 1968-00  CO ID:1310281170 CCD PMT INFO:  5/3 BANKCARD   CRED FEES   44450120 54379 LITTLE CAESARS 1968-0005 BC | | 902315003296917 | -360.10 |
| 08/03/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445022757369  INDN:LITTLE CAESARS 1968-00  CO ID:1310281170 CCD PMT INFO:  5/3 BANKCARD   CRED FEES   44450227 57369 LITTLE CAESARS 1968-0008 BC | | 902315003297220 | -288.85 |
| 08/03/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445014190413  INDN:LITTLE CAESARS 1968-00  CO ID:1310281170 CCD PMT INFO:  5/3 BANKCARD   CRED FEES   44450141 90413 LITTLE CAESARS 1968-0007 BC | | 902315003297103 | -254.53 |
| 08/04/17 | TFR TRANSFER DEBIT NXT TRSF TO MD 0446026656995 | 0000196808 | 906008044001036 | -393.00 |
| 08/04/17 | LITTLE CAESAR E  DES:TMCDESKTOP ID: INDN:MARYLAND PIZZA INC    CO ID:1851443547 CCD | | 902315006605770 | -10,540.78 |
| 08/04/17 | YELLOWSTONE CAPI DES:SOB ID:800-955-2411#65  INDN:MARYLANDPIZZAINC CO ID:RPP4384677 CCD | | 902316005684744 | -1,745.00 |
| 08/04/17 | Uplyft Capital  DES:TRN       ID:xalPDabRyJrhIUS INDN:LITTLE CAESARS PIZZA   CO ID:1460885934 CCD | | 902316005685942 | -1,214.00 |
| 08/04/17 | LIBERTY MUTUAL  DES:XXXXXXXXX ID:9669351 INDN:MARYLAND PIZZA INC DBA CO ID:0000061050 CCD | | 902316005648030 | -897.75 |

*continued on the next page*

# Withdrawals and other debits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|------|------------------------|-------------------|----------------|--------|
| 08/04/17 | WASHINGTON GAS   DES:PAYMENT ID:120001427398  INDN:C/O MARYLAND PIZZA CO ID:1530162882 CCD | | 902315011709542 | -610.12 |
| 08/04/17 | WASHINGTON GAS   DES:PAYMENT ID:220004271023  INDN:MARYLAND PIZZA CO ID:1530162882 CCD | | 902315011709541 | -577.08 |
| 08/07/17 | TFR TRANSFER DEBIT NXT TRSF TO MD 0446026656995 | 0000196808 | 906008074001094 | -526.00 |
| 08/07/17 | ONEILAATS LLC   DES:SALE      ID: INDN:MARYLAND PIZZA INC     CO ID:9215986202 CCD | | 902319009551673 | -2,600.00 |
| 08/07/17 | DCBUSINESSTAXES  DES:1190000173 ID:XXXXXXXX  INDN:Not Applicable MARYL   CO ID:1911925808 CCD | | 902316009200257 | -2,433.28 |
| 08/07/17 | Direct Capital   DES:EDI PYMNTS ID:001-0047276-000  INDN:Maryland LC Ventures L  CO ID:1020468001 CCD | | 902316013973745 | -2,146.28 |
| 08/07/17 | YELLOWSTONE CAPI DES:SOB ID:800-955-2411#66  INDN:MARYLANDPIZZAINC CO ID:RPP4384677 CCD | | 902319012524722 | -1,745.00 |
| 08/07/17 | CAESAR FUND    DES:ACH      ID:19680005 INDN:MARYLAND PIZZA      CO ID:1450493475 CCD | | 902316008138951 | -1,271.44 |
| 08/07/17 | Uplyft Capital   DES:TRN      ID:Ct2QfucDu4BI7qv INDN:LITTLE CAESARS PIZZA   CO ID:1460885934 CCD | | 902319010155217 | -1,214.00 |
| 08/07/17 | WASHINGTON GAS   DES:PAYMENT ID:220003032111  INDN:MARYLAND PIZZA INC. CO ID:1530162882 CCD | | 902316013904091 | -700.00 |
| 08/07/17 | AMERICAN EXPRESS DES:AXP DISCNT ID:2195384839  INDN:LITTLE CAESA2195384839 CO ID:1134992250 CCD | | 902316008945471 | -11.51 |
| 08/07/17 | AMERICAN EXPRESS DES:AXP DISCNT ID:4080657711  INDN:LITTLE CAESA4080657711 CO ID:1134992250 CCD | | 902316008945680 | -6.55 |
| 08/08/17 | 90091REGENCYRENT DES:WEB PAY   ID:90091 INDN:MARYLAND PIZZA INC     CO ID:PXXXXXXXX WEB | | 902320002605178 | -6,200.00 |
| 08/08/17 | IRS          DES:USATAXPYMT ID:270762024532426  INDN:MARYLAND PIZZA INC CO ID:3387702000 CCD | | 902320002642606 | -2,336.27 |
| 08/08/17 | CAESAR       DES:TMCDESKTOP ID: INDN:MARYLAND PIZZA INC     CO ID:1851443505 CCD  PMT INFO:LCE ROYALTY ACH | | 902319014349167 | -2,005.72 |
| 08/08/17 | YELLOWSTONE CAPI DES:SOB ID:800-955-2411#67  INDN:MARYLANDPIZZAINC CO ID:RPP4384677 CCD | | 902320002668313 | -1,745.00 |

*continued on the next page*


MARYLAND PIZZA INC  |  Account # Redacted 8948  |  August 1, 2017 to August 31, 2017

# Withdrawals and other debits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|------|------------------------|-------------------|----------------|--------|
| 08/08/17 | Uplyft Capital  DES:TRN     ID:7rljYzsMawLr5my INDN:LITTLE CAESARS PIZZA    CO ID:1460885934 CCD | | 902320002669355 | -1,214.00 |
| 08/08/17 | COMCAST        DES:COMCAST    ID:0187254027 SPA  INDN:CEASARS,LITTLE       CO ID:CXXXXXXXX PPD | | 902319014750172 | -144.53 |
| 08/09/17 | TFR TRANSFER DEBIT NXT TRSF TO MD 0446026656995 | 0000196808 | 906008094001236 | -353.00 |
| 08/09/17 | YELLOWSTONE CAPI DES:SOB ID:800-955-2411#68  INDN:MARYLANDPIZZAINC CO ID:RPP4384677 CCD | | 902321004568855 | -1,745.00 |
| 08/09/17 | BCC FUNDING VIII DES:BALBOA PMT ID:180344-000  INDN:MARYLAND PIZZA,      CO ID:3330318616 CCD  PMT INFO:CO#   CUST# 106681  LEASE# 180344-000     TRAN# 000000009 BATCH# 000011847 DES | | 902321003301558 | -1,632.36 |
| 08/09/17 | Uplyft Capital  DES:TRN      ID:PMvyYO1uzVpDtjj INDN:LITTLE CAESARS PIZZA    CO ID:1460885934 CCD | | 902321004567530 | -1,214.00 |
| 08/09/17 | NCMIC -Cust Pmt  DES:AUTH PAYME ID:3910000457-1  INDN:Maryland LC Ventures CO ID:2421403654 CCD | | 902320011325698 | -676.00 |
| 08/09/17 | FIFTH THIRD ACH  DES:MPS BILLNG ID:0L0416 INDN:MARYLAND PIZZA INC    CO ID:1310281170 CCD | | 902320011061927 | -320.99 |
| 08/09/17 | FIFTH THIRD ACH  DES:MPS BILLNG ID:0J5514 INDN:MARYLAND PIZZA INC    CO ID:1310281170 CCD | | 902320011061920 | -125.49 |
| 08/10/17 | TFR TRANSFER DEBIT NXT TRSF TO MD 0446026656995 | 0000196808 | 906008104001097 | -447.00 |
| 08/10/17 | YELLOWSTONE CAPI DES:SOB ID:800-955-2411#69  INDN:MARYLANDPIZZAINC CO ID:RPP4384677 CCD | | 902322006958989 | -1,745.00 |
| 08/10/17 | UniFi Equipment  DES:AUTH PAYME ID:174129-0002  INDN:Maryland LC Ventures,   CO ID:XXXXXXXX  PPD | | 902322008552656 | -1,585.09 |
| 08/10/17 | Uplyft Capital  DES:TRN      ID:bijDraACLGjHcVm INDN:LITTLE CAESARS PIZZA    CO ID:1460885934 CCD | | 902322008553953 | -1,214.00 |
| 08/11/17 | TFR TRANSFER DEBIT NXT TRSF TO MD 0446026656995 | 0000196808 | 906008114000982 | -326.00 |
| 08/11/17 | LITTLE CAESAR E  DES:TMCDESKTOP ID: INDN:MARYLAND PIZZA INC    CO ID:1851443547 CCD | | 902322011148747 | -13,071.53 |

*continued on the next page*

## Withdrawals and other debits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|------|-------------------------|--------------------|----------------|--------|
| 08/11/17 | YELLOWSTONE CAPI DES:SOB ID:800-955-2411#70 INDN:MARYLANDPIZZAINC CO ID:RPP4384677 CCD | | 902323007656962 | -1,745.00 |
| 08/11/17 | Uplyft Capital DES:TRN ID:MJ76XJLN789KG1B INDN:LITTLE CAESARS PIZZA CO ID:1460885934 CCD | | 902323008873390 | -1,214.00 |
| 08/11/17 | FIFTH THIRD ACH DES:RETRY PYMT ID:0L0416 INDN:MARYLAND PIZZA INC CO ID:1310281170 CCD | | 902322015830156 | -320.99 |
| 08/11/17 | FIFTH THIRD ACH DES:RETRY PYMT ID:0J5514 INDN:MARYLAND PIZZA INC CO ID:1310281170 CCD | | 902322015830154 | -125.49 |
| 08/14/17 | PEPSI BEVERAGECO DES:MPV AR PMT ID:1056402 INDN:MARYLAND PIZZA *INC CO ID:0000259728 CCD | | 902326013091192 | -4,008.98 |
| 08/14/17 | LEASING DES:LEASE PMT ID:001-0007255-001 INDN:MARYLAND LO VENTURES L CO ID:4710130170 CCD | | 902323014484504 | -3,724.34 |
| 08/14/17 | YELLOWSTONE CAPI DES:SOB ID:800-955-2411#71 INDN:MARYLANDPIZZAINC CO ID:RPP4384677 CCD | | 902326013272644 | -1,745.00 |
| 08/14/17 | CAESAR FUND DES:ACH ID:19680005 INDN:MARYLAND PIZZA CO ID:1450493475 CCD | | 902323010862225 | -1,337.14 |
| 08/14/17 | Uplyft Capital DES:TRN ID:UyMWQ3wON3RcD9D INDN:LITTLE CAESARS PIZZA CO ID:1460885934 CCD | | 902326012771628 | -1,214.00 |
| 08/14/17 | TALENTREEF, INC DES:SALE ID: INDN:MARK WILLIAMS CO ID:9215986202 CCD | | 902326013093095 | -1,168.00 |
| 08/14/17 | WASHINGTON GAS DES:PAYMENT ID:220003923079 INDN:MARYLAND PIZZA INC. CO ID:1530162882 CCD | | 902323017538789 | -857.62 |
| 08/14/17 | VERIZON DES:PAYMENTREC ID:000772689847 INDN:MARYLAND PIZZA INC DUM CO ID:9783397101 WEB | | 902323011537478 | -149.68 |
| 08/14/17 | WASH SUBUR SANI DES:ONLINE PMT ID:CKFXXXXXXXXXNEG INDN:MARYLAND PIZZA INC CO ID:9500000000 CCD | | 902326013062273 | -135.17 |
| 08/15/17 | MACROLEASE LBX DES:15th ID: 25881 INDN:Maryland LC Ventures CO ID:2020742897 CCD PMT INFO:# 25881 | | 902327005693217 | -4,509.44 |
| 08/15/17 | Uplyft Capital DES:TRN ID:TTiPUspZZtk68Oi INDN:LITTLE CAESARS PIZZA CO ID:1460885934 CCD | | 902327007314522 | -1,214.00 |
| 08/17/17 | Uplyft Capital DES:TRN ID:8ZsiY4pAOGBHPcO INDN:LITTLE CAESARS PIZZA CO ID:1460885934 CCD | | 902329005000373 | -1,214.00 |

*continued on the next page*



MARYLAND PIZZA INC   |   Account #  Redacted  8948   |   August 1, 2017 to August 31, 2017

## Withdrawals and other debits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|------|------------------------|--------------------|----------------|--------|
| 08/17/17 | VERIZON        DES:PAYMENTREC ID:000968729703  INDN:MARYLAND PIZZA INC DUM  CO ID:9783397101 WEB | | 902328013107335 | -216.28 |
| 08/18/17 | Uplyft Capital  DES:TRN        ID:pLmmIcVn2R7erz9 INDN:LITTLE CAESARS PIZZA    CO ID:1460885934 CCD | | 902330005718076 | -1,214.00 |
| 08/21/17 | Uplyft Capital  DES:TRN        ID:V8DIhcJeJZ7BDSI INDN:LITTLE CAESARS PIZZA    CO ID:1460885934 CCD | | 902333009919039 | -1,214.00 |
| 08/21/17 | WASHINGTON GAS  DES:RETRY PYMT ID:220003923079  INDN:MARYLAND PIZZA INC. CO ID:1530162882 CCD | | 902330007965568 | **-857**.62 |
| 08/21/17 | VERIZON        DES:PAYMENTREC ID:000840296387  INDN:MARYLAND PIZZA INC DUM  CO ID:9783397101 WEB | | 902330007966592 | -206.15 |
| 08/22/17 | Uplyft Capital  DES:TRN        ID:VZkkSxn9oaxB5aw INDN:LITTLE CAESARS PIZZA    CO ID:1460885934 CCD | | 902334009972866 | -1,214.00 |
| 08/23/17 | Uplyft Capital  DES:TRN        ID:hy3meqipI88F743 INDN:LITTLE CAESARS PIZZA    CO ID:1460885934 CCD | | 902335010899005 | -1,214.00 |
| **08/24/17** | Uplyft Capital  DES:TRN        ID:vbrJVjDzcGHNIxs INDN:LITTLE CAESARS PIZZA    CO ID:1460885934 CCD | | **902336**004033716 | **-1,214**.00 |
| 08/24/17 | THE HARTFORD    DES:NWTBCLSCIC ID:14288324 INDN:MARYLAND PIZZA INC    CO ID:9942902727 | | 902335018579151 | -621.43 |
| 08/24/17 | VERIFONE INC    DES:8367       ID:3717254 INDN:73007776        CO ID:4990206064 CCD PMT INFO:226039      *23-AUG-2017 | | 902335020274208 | -63.44 |
| 08/24/17 | VERIFONE INC    DES:8367       ID:3717254 INDN:73005719        CO ID:4990206064 CCD PMT INFO:224384      *23-AUG-2017 | | 902335020274204 | -42.29 |
| 08/24/17 | VERIFONE INC    DES:8367       ID:3743116 INDN:73007684        CO ID:4990206064 CCD PMT INFO:225363      *23-AUG-2017 | | 902335020274206 | -42.29 |
| 08/24/17 | VERIFONE INC    DES:8367       ID:3717254 INDN:73006485        CO ID:4990206064 CCD PMT INFO:225023      *23-AUG-2017 | | 902335020274202 | -42.19 |
| 08/25/17 | Direct Capital  DES:EDI PYMNTS ID:001-0048670-000  INDN:Maryland LC Ventures L  CO ID:1020468001 CCD | | 902337002966654 | -2,882.30 |
| 08/25/17 | Uplyft Capital  DES:TRN        ID:In5hvPqSR2yMyJe INDN:LITTLE CAESARS PIZZA    CO ID:1460885934 CCD | | 902337004046329 | -1,214.00 |

*continued on the next page*

## Withdrawals and other debits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|------|------------------------|-------------------|----------------|--------|
| 08/28/17 | Uplyft Capital DES:TRN ID:Jqzo2WFN3NRaI5D INDN:LITTLE CAESARS PIZZA CO ID:1460885934 CCD | | 902340006536309 | -1,214.00 |
| 08/28/17 | TALENTREEF, INC DES:SALE ID: INDN:MARK WILLIAMS CO ID:9215986202 CCD | | 902340005858194 | -1,168.00 |
| 08/29/17 | Uplyft Capital DES:TRN ID:pIqAKkyBQfrIFPi INDN:LITTLE CAESARS PIZZA CO ID:1460885934 CCD | | 902341008329770 | -1,214.00 |
| 08/30/17 | Uplyft Capital DES:TRN ID:uHa4F60vzPEetws INDN:LITTLE CAESARS PIZZA CO ID:1460885934 CCD | | 902342002828118 | -1,214.00 |
| 08/31/17 | Bank of the Ozar DES:ACH 7255-0 ID:7255-001 INDN:MARYLAND LC VENTURE CO ID:XXXXXXXXX CCD | | 902342014495838 | -3,724.34 |
| 08/31/17 | Uplyft Capital DES:TRN ID:YqNXYzrvnXR3uMz INDN:LITTLE CAESARS PIZZA CO ID:1460885934 CCD | | 902343008009908 | -1,214.00 |

| | | |
|---|---|---|
| **Total withdrawals and other debits** | | **-$135,337.68** |

## Checks

| Date | Check # | Bank reference | Amount |
|------|---------|----------------|--------|
| 08/15 | 11013 | 813004992550152 | -2,725.00 |
| 08/21 | 11014 | 813005692375733 | -1,615.12 |

| Date | Check # | Bank reference | Amount |
|------|---------|----------------|--------|
| 08/14 | 11085* | 813004692853666 | -5,061.70 |
| 08/14 | 11175* | 813004592802239 | -2,489.82 |
| **Total checks** | | | **-$11,891.64** |
| **Total # of checks** | | | **4** |

* *There is a gap in sequential check numbers*

## Service fees

| Date | Transaction description | Amount |
|------|------------------------|--------|
| 08/15/17 | 07/17 ACCT ANALYSIS FEE | -761.49 |
| **Total service fees** | | **-$761.49** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|-------------|------|------------|------|-------------|
| 08/01 | -1,627.77 | 08/08 | -2,253.13 | 08/15 | -442.93 |
| 08/02 | -1,112.57 | 08/09 | -4,095.40 | 08/16 | 1,107.77 |
| 08/03 | -2,274.82 | 08/10 | -1,850.40 | 08/17 | 1,010.29 |
| 08/04 | 94.16 | 08/11 | -14,818.16 | 08/18 | 1,711.43 |
| 08/07 | 3,174.91 | 08/14 | -14,437.83 | 08/21 | 4,600.38 |

continued on the next page


**Bank of America**

MARYLAND PIZZA INC  |  Account #  Redacted  8948  |  August 1, 2017 to August 31, 2017

## Daily ledger balances - continued

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|------------|------|-----------|------|------------|
| 08/22 | 5,079.61 | 08/25 | 2,622.44 | 08/30 | 8,820.98 |
| 08/23 | 5,425.62 | 08/28 | 8,358.19 | 08/31 | 5,687.16 |
| 08/24 | 4,744.81 | 08/29 | 8,554.66 | | |

This page intentionally left blank



## Check images

**Account number: 3340 3705 8948**

Check number: 11013 | Amount: $2,725.00

MARYLAND PIZZA INC. 11-12
226 CROWNE WOODS DR
BIRMINGHAM, AL 35244-7010
BANK OF AMERICA
11013
8-4-2017
PAY TO THE ORDER OF Burns Septic Tank & Line Cleaning $ 2725.00
Two thousand seven Hundred twenty five + 00/100 DOLLARS
MEMO
Redacted

Check number: 11014 | Amount: $1,615.12

MARYLAND PIZZA INC. 11-12
226 CROWNE WOODS DR
BIRMINGHAM, AL 35244-7010
BANK OF AMERICA
11014
8-2-2017
PAY TO THE ORDER OF Affordable Refuse $ 1615.12
One thousand Six hundred fifteen + 12/100 DOLLARS
MEMO Inv 752420 750188 750849 752195 750488 752530
AUTHORIZED SIGNATURE
Redacted

Check number: 11085 | Amount: $5,061.70

MARYLAND PIZZA INC. 11-12
226 CROWNE WOODS DR
BIRMINGHAM, AL 35244-7010
BANK OF AMERICA
11085
8-4-2017
PAY TO THE ORDER OF Maverick VI LLC $ 5061.70
Five thousand Sixty one + 70/100 DOLLARS
MEMO Monthly Rent July 2017
AUTHORIZED SIGNATURE
Redacted

Check number: 11175 | Amount: $2,489.82

MARYLAND PIZZA INC. 11-12
226 CROWNE WOODS DR
BIRMINGHAM, AL 35244-7010
BANK OF AMERICA
11175
8-4-2017
PAY TO THE ORDER OF Brinks $ 2489.82
Two thousand four Hundred Eighty Nine + 82/100 DOLLARS
MEMO Inv # 1967080 Inv # 1968827 Inv. # 1970868
AUTHORIZED SIGNATURE
Redacted



This page intentionally left blank



P.O. Box 15284
Wilmington, DE 19850

PG COUNTY PIZZA INC
PO BOX 551267
JACKSONVILLE, FL 32255-1267

Business Banking

**Customer service information**

 Customer service: 1.888.852.5000

✎ bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

# Your Full Analysis Business Checking

for August 1, 2017 to August 31, 2017

Account number: Redacted 6284

**PG COUNTY PIZZA INC**

## Account summary

| | |
|---|---|
| Beginning balance on August 1, 2017 | $6,377.47 |
| Deposits and other credits | 204,699.61 |
| Withdrawals and other debits | -181,194.06 |
| Checks | -14,616.35 |
| Service fees | -926.79 |
| **Ending balance on August 31, 2017** | **$14,339.88** |

# of deposits/credits: 125

# of withdrawals/debits: 117

# of days in cycle: 31

Average ledger balance: $4,923.50

Case 17-03469-TOM7   Doc 128-2   Filed 10/13/17   Entered 10/13/17 12:19:13   Desc
Volume(s) Part 3   Page 14 of 20

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

**How to Contact Us** - You may call us at the telephone number listed on the front of this statement.

**Updating your contact information** - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

**Deposit agreement** - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

**Electronic transfers: In case of errors or questions about your electronic transfers** - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

**Reporting other problems** - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

**Direct deposits** - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2017 Bank of America Corporation

**Bank of America, N.A. Member FDIC and**  **Equal Housing Lender**


## Deposits and other credits

| Date | Transaction description | Customer reference | Bank reference | Amount |
|------|------------------------|--------------------|----------------|--------|
| 08/01/17 | PSP 866-230-0708 DES:Disbursmnt ID:XXXXXXXXXX98032 INDN:Wazir Kaisani PG Count CO ID:1471872598 CCD PMT INFO:*6036335090039690 MEMO= *\ | | 902313001200151 | 10,448.47 |
| 08/01/17 | TFR TRANSFER CREDIT NXT TRSF FR GAA0334037058963 | | 906008014000895 | 3,170.00 |
| 08/01/17 | TFR TRANSFER CREDIT CUR TRSF FR MD 0446022511335 | | 906008012007307 | 1,255.00 |
| 08/01/17 | DEPOSIT CUR TRSF FR MD 0446026554958 SAFE 0000000003 CONNECT DEPOSIT SAFE ID: 9248049145 SALES DATE: 07/31/2017 TRANSMISSION DATE: 08/01/2017 05:17:51 | | 906008012007767 | 910.00 |
| 08/01/17 | Online Banking transfer from CHK 8963 Confirmation# 3461411243 | | 943208016844878 | 829.00 |
| 08/01/17 | TFR TRANSFER CREDIT CUR TRSF FR MD 0446024525743 | | 906008012007330 | 736.00 |
| 08/01/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2193563087 INDN:LITTLE CAESA2193563087 CO ID:1134992250 CCD | | 902312014206164 | 35.33 |
| 08/01/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2191582204 INDN:LITTLE CAESA2191582204 CO ID:1134992250 CCD | | 902312014206195 | 34.06 |
| 08/02/17 | PSP 866-230-0708 DES:Disbursmnt ID:XXXXXXXXXX08734 INDN:Wazir Kaisani PG Count CO ID:1471872598 CCD PMT INFO:*6036335090039690 MEMO= *\ | | 902314005769409 | 1,935.00 |
| 08/02/17 | TFR TRANSFER CREDIT CUR TRSF FR MD 0446022511335 | | 906008022015168 | 1,769.00 |

*continued on the next page*

Case 17-03469-TOM7   Doc 128-2   Filed 10/13/17   Entered 10/13/17 12:19:13   Desc
Volume(s) Part 3   Page 16 of 20

# Deposits and other credits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 08/02/17 | DEPOSIT CUR TRSF FR MD 0446026554958 SAFE 0000000003 CONNECT DEPOSIT SAFE ID: 9248049145 SALES DATE: 08/01/2017 TRANSMISSION DATE: 08/02/2017 05:17:37 | | 906008022015616 | 1,207.00 |
| 08/02/17 | TFR TRANSFER CREDIT NXT TRSF FR GAA0334037058963 | | 906008024000750 | 829.00 |
| 08/02/17 | TFR TRANSFER CREDIT CUR TRSF FR MD 0446024525743 | | 906008022015211 | 756.00 |
| 08/02/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2191582204  INDN:LITTLE CAESA2191582204 CO ID:1134992250 CCD | | 902313007681940 | 28.04 |
| 08/02/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2193563087  INDN:LITTLE CAESA2193563087 CO ID:1134992250 CCD | | 902313007681719 | 14.36 |
| 08/03/17 | PSP 866-230-0708 DES:Disbursmnt ID:XXXXXXXXXX18091  INDN:Wazir Kaisani PG Count  CO ID:1471872598 CCD  PMT INFO:*6036335090039690 MEMO= *\ | | 902315002244678 | 1,946.96 |
| 08/03/17 | TFR TRANSFER CREDIT CUR TRSF FR MD 0446022511335 | | 906008032010960 | 1,282.00 |
| 08/03/17 | DEPOSIT CUR TRSF FR MD 0446026554958 SAFE 0000000003 CONNECT DEPOSIT SAFE ID: 9248049145 SALES DATE: 08/02/2017 TRANSMISSION DATE: 08/03/2017 05:17:39 | | 906008032011310 | 1,092.00 |
| 08/03/17 | TFR TRANSFER CREDIT CUR TRSF FR MD 0446024525743 | | 906008032010985 | 737.00 |
| 08/03/17 | TFR TRANSFER CREDIT NXT TRSF FR GAA0334037058963 | | 906008034000680 | 703.00 |
| 08/03/17 | Online Banking transfer from CHK 8963 Confirmation# 1379167336 | | 943208036187047 | 662.00 |
| 08/03/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2191582204  INDN:LITTLE CAESA2191582204 CO ID:1134992250 CCD | | 902314012977911 | 11.96 |
| 08/04/17 | Online Banking transfer from CHK 3176 Confirmation# 3587583530 | | 943208046545327 | 6,000.00 |
| 08/04/17 | PSP 866-230-0708 DES:Disbursmnt ID:XXXXXXXXXX44801  INDN:Wazir Kaisani PG Count  CO ID:1471872598 CCD  PMT INFO:*6036335090039690 MEMO= *\ | | 902316004562272 | 3,052.10 |
| 08/04/17 | TFR TRANSFER CREDIT CUR TRSF FR MD 0446022511335 | | 906008042005910 | 1,387.00 |
| 08/04/17 | DEPOSIT CUR TRSF FR MD 0446026554958 SAFE 0000000003 CONNECT DEPOSIT SAFE ID: 9248049145 SALES DATE: 08/03/2017 TRANSMISSION DATE: 08/04/2017 05:17:50 | | 906008042006263 | 1,175.00 |

*continued on the next page*


**Bank of America**

PG COUNTY PIZZA INC   |   Account # Redacted 6284   |   August 1, 2017 to August 31, 2017

# Deposits and other credits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|------|------------------------|--------------------|----------------|--------|
| 08/04/17 | TFR TRANSFER CREDIT CUR TRSF FR MD 0446024525743 | | 906008042005936 | 914.00 |
| 08/04/17 | Online Banking transfer from CHK 8963 Confirmation# 1185229593 | | 943208046545328 | 776.00 |
| 08/04/17 | TFR TRANSFER CREDIT NXT TRSF FR GAA0334037058963 | | 906008044000603 | 662.00 |
| 08/04/17 | DEPOSIT CUR TRSF FR MD 0446026554958 SAFE 0000000003 CONNECT DEPOSIT SAFE ID: 9248049145 SALES DATE: 08/04/2017 TRANSMISSION DATE: 08/04/2017 20:02:23 | | 906008042006262 | 200.00 |
| 08/04/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2191582204 INDN:LITTLE CAESA2191582204 CO ID:1134992250 CCD | | 902315007615525 | 39.62 |
| 08/04/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2193563087 INDN:LITTLE CAESA2193563087 CO ID:1134992250 CCD | | 902315007615167 | 16.00 |
| 08/07/17 | TFR TRANSFER CREDIT CUR TRSF FR MD 0446022511335 | | 906008072006989 | 4,714.00 |
| 08/07/17 | PSP 866-230-0708 DES:Disbursmnt ID:XXXXXXXXX74456 INDN:Wazir Kaisani PG Count CO ID:1471872598 CCD PMT INFO:*6036335090039690 MEMO= *\ | | 902319010895625 | 2,766.55 |
| 08/07/17 | TFR TRANSFER CREDIT CUR TRSF FR MD 0446024525743 | | 906008072007040 | 2,717.00 |
| 08/07/17 | DEPOSIT CUR TRSF FR MD 0446026554958 SAFE 0000000003 CONNECT DEPOSIT SAFE ID: 9248049145 SALES DATE: 08/05/2017 TRANSMISSION DATE: 08/07/2017 05:21:41 | | **906008072007416** | 1,599.00 |
| 08/07/17 | DEPOSIT CUR TRSF FR MD 0446026554958 SAFE 0000000003 CONNECT DEPOSIT SAFE ID: 9248049145 SALES DATE: 08/04/2017 TRANSMISSION DATE: 08/07/2017 05:21:41 | | 906008072007415 | 1,162.00 |
| 08/07/17 | TFR TRANSFER CREDIT NXT TRSF FR GAA0334037058963 | | 906008074000677 | 776.00 |
| 08/07/17 | DEPOSIT CUR TRSF FR MD 0446026554958 SAFE 0000000003 CONNECT DEPOSIT SAFE ID: 9248049145 SALES DATE: 08/06/2017 TRANSMISSION DATE: 08/07/2017 05:21:41 | | 906008072007417 | 723.00 |
| 08/07/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2191582204 INDN:LITTLE CAESA2191582204 CO ID:1134992250 CCD | | 902319011307079 | 73.02 |

*continued on the next page*

## Deposits and other credits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|------|------------------------|--------------------|----------------|--------|
| 08/07/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2191582204 INDN:LITTLE CAESA2191582204 CO ID:1134992250 CCD | | 902316010035682 | 32.92 |
| 08/07/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2193563087 INDN:LITTLE CAESA2193563087 CO ID:1134992250 CCD | | 902319011306714 | 31.58 |
| 08/08/17 | PSP 866-230-0708 DES:Disbursmnt ID:XXXXXXXXX83009 INDN:Wazir Kaisani PG Count CO ID:1471872598 CCD PMT INFO:*6036335090039690 MEMO= *\ | | 902320001695749 | 11,933.10 |
| 08/08/17 | TFR TRANSFER CREDIT NXT TRSF FR GAA0334037058963 | | 906008084000832 | 2,678.00 |
| 08/08/17 | TFR TRANSFER CREDIT CUR TRSF FR MD 0446022511335 | | 906008082008120 | 1,009.00 |
| 08/08/17 | DEPOSIT CUR TRSF FR MD 0446026554958 SAFE 0000000003 CONNECT DEPOSIT SAFE ID: 9248049145 SALES DATE: 08/07/2017 TRANSMISSION DATE: 08/08/2017 05:17:41 | | 906008082008565 | 687.00 |
| 08/08/17 | TFR TRANSFER CREDIT CUR TRSF FR MD 0446024525743 | | 906008082008141 | 504.00 |
| 08/08/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2191582204 INDN:LITTLE CAESA2191582204 CO ID:1134992250 CCD | | 902319015161452 | 44.68 |
| 08/08/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2193563087 INDN:LITTLE CAESA2193563087 CO ID:1134992250 CCD | | 902319015161431 | 33.54 |
| 08/09/17 | Online Banking transfer from CHK 3176 Confirmation# 3229992829 | | 943208096150267 | 3,300.00 |
| 08/09/17 | PSP 866-230-0708 DES:Disbursmnt ID:XXXXXXXXX89255 INDN:Wazir Kaisani PG Count CO ID:1471872598 CCD PMT INFO:*6036335090039690 MEMO= *\ | | 902321003755447 | 1,995.53 |
| 08/09/17 | TFR TRANSFER CREDIT CUR TRSF FR MD 0446022511335 | | 906008092013807 | 1,249.00 |
| 08/09/17 | DEPOSIT CUR TRSF FR MD 0446026554958 SAFE 0000000003 CONNECT DEPOSIT SAFE ID: 9248049145 SALES DATE: 08/08/2017 TRANSMISSION DATE: 08/09/2017 05:17:17 | | 906008092014138 | 794.00 |
| 08/09/17 | TFR TRANSFER CREDIT NXT TRSF FR GAA0334037058963 | | 906008094000787 | 588.00 |
| 08/09/17 | TFR TRANSFER CREDIT CUR TRSF FR MD 0446024525743 | | 906008092013829 | 587.00 |
| 08/09/17 | Online Banking transfer from CHK 8963 Confirmation# 1428217329 | | 943208096150268 | 539.00 |

*continued on the next page*



**Bank of America**

# Deposits and other credits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|------|------------------------|-------------------|----------------|--------|
| 08/09/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2191582204 INDN:LITTLE CAESA2191582204 CO ID:1134992250 CCD | | 902320006528220 | 33.18 |
| 08/10/17 | TFR TRANSFER CREDIT CUR TRSF FR MD 0446022511335 | | 906008102009181 | 1,453.00 |
| 08/10/17 | PSP 866-230-0708 DES:Disbursmnt ID:XXXXXXXXXX05229 INDN:Wazir Kaisani PG Count CO ID:1471872598 CCD PMT INFO:*6036335090039690 MEMO= *\ | | 902322007288111 | 1,413.27 |
| 08/10/17 | DEPOSIT CUR TRSF FR MD 0446026554958 SAFE 0000000003 CONNECT DEPOSIT SAFE ID: 9248049145 SALES DATE: 08/09/2017 TRANSMISSION DATE: 08/10/2017 05:17:32 | | 906008102009519 | 788.00 |
| 08/10/17 | TFR TRANSFER CREDIT CUR TRSF FR MD 0446024525743 | | 906008102009209 | 690.00 |
| 08/10/17 | TFR TRANSFER CREDIT NXT TRSF FR GAA0334037058963 | | 906008104000685 | 539.00 |
| 08/10/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2191582204 INDN:LITTLE CAESA2191582204 CO ID:1134992250 CCD | | 902321008571239 | 17.16 |
| 08/11/17 | PSP 866-230-0708 DES:Disbursmnt ID:XXXXXXXXXX26574 INDN:Wazir Kaisani PG Count CO ID:1471872598 CCD PMT INFO:*6036335090039690 MEMO= *\ | | 902323008007034 | 2,184.32 |
| 08/11/17 | TFR TRANSFER CREDIT CUR TRSF FR MD 0446022511335 | | 906008112005437 | 1,571.00 |
| 08/11/17 | DEPOSIT CUR TRSF FR MD 0446026554958 SAFE 0000000003 CONNECT DEPOSIT SAFE ID: 9248049145 SALES DATE: 08/10/2017 TRANSMISSION DATE: 08/11/2017 05:17:25 | | 906008112005805 | 860.00 |
| 08/11/17 | TFR TRANSFER CREDIT CUR TRSF FR MD 0446024525743 | | 906008112005461 | 614.00 |
| 08/11/17 | TFR TRANSFER CREDIT NXT TRSF FR GAA0334037058963 | | 906008114000600 | 536.00 |
| 08/11/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2193563087 INDN:LITTLE CAESA2193563087 CO ID:1134992250 CCD | | 902322011982679 | 13.39 |
| 08/11/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2191582204 INDN:LITTLE CAESA2191582204 CO ID:1134992250 CCD | | 902322011982724 | 9.52 |
| 08/14/17 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 08-11) ELECTRONIC TRANSACTION | | 934108110000765 | 14,916.62 |

*continued on the next page*