## Deposits and other credits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 08/14/17 | TFR TRANSFER CREDIT CUR TRSF FR MD 0446022511335 | | 906008142008570 | 3,792.00 |
| 08/14/17 | TFR TRANSFER CREDIT CUR TRSF FR MD 0446024525743 | | 906008142008613 | 2,527.00 |
| 08/14/17 | PSP 866-230-0708 DES:Disbursmnt ID:XXXXXXXXXX43680 INDN:Wazir Kaisani PG Count CO ID:1471872598 CCD PMT INFO:*6036335090039690 MEMO= *\ | | 902326013807800 | 2,110.80 |
| 08/14/17 | DEPOSIT CUR TRSF FR MD 0446026554958 SAFE 0000000003 CONNECT DEPOSIT SAFE ID: 9248049145 SALES DATE: 08/11/2017 TRANSMISSION DATE: 08/14/2017 05:21:22 | | 906008142008969 | 1,298.00 |
| 08/14/17 | DEPOSIT CUR TRSF FR MD 0446026554958 SAFE 0000000003 CONNECT DEPOSIT SAFE ID: 9248049145 SALES DATE: 08/12/2017 TRANSMISSION DATE: 08/14/2017 05:21:22 | | 906008142008970 | 1,163.00 |
| 08/14/17 | TFR TRANSFER CREDIT NXT TRSF FR GAA0334037058963 | | 906008144000968 | 782.00 |
| 08/14/17 | DEPOSIT CUR TRSF FR MD 0446026554958 SAFE 0000000003 CONNECT DEPOSIT SAFE ID: 9248049145 SALES DATE: 08/13/2017 TRANSMISSION DATE: 08/14/2017 05:21:22 | | 906008142008971 | 644.00 |
| 08/14/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2191582204 INDN:LITTLE CAESA2191582204 CO ID:1134992250 CCD | | 902326014234843 | 74.36 |
| 08/14/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2191582204 INDN:LITTLE CAESA2191582204 CO ID:1134992250 CCD | | 902323012591896 | 20.18 |
| 08/15/17 | PSP 866-230-0708 DES:Disbursmnt ID:XXXXXXXXXX86231 INDN:Wazir Kaisani PG Count CO ID:1471872598 CCD PMT INFO:*6036335090039690 MEMO= *\ | | 902327006254605 | 9,408.97 |
| 08/15/17 | TFR TRANSFER CREDIT NXT TRSF FR GAA0334037058963 | | 906008154000820 | 2,409.00 |
| 08/15/17 | TFR TRANSFER CREDIT CUR TRSF FR MD 0446022511335 | | 906008152057870 | 1,083.00 |
| 08/15/17 | DEPOSIT CUR TRSF FR MD 0446026554958 SAFE 0000000003 CONNECT DEPOSIT SAFE ID: 9248049145 SALES DATE: 08/14/2017 TRANSMISSION DATE: 08/15/2017 05:17:28 | | 906008152058331 | 588.00 |
| 08/15/17 | TFR TRANSFER CREDIT CUR TRSF FR MD 0446024525743 | | 906008152057900 | 579.00 |

*continued on the next page*



PG COUNTY PIZZA INC | Account # Redacted 6284 | August 1, 2017 to August 31, 2017

## Deposits and other credits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 08/15/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2191582204 INDN:LITTLE CAESA2191582204 CO ID:1134992250 CCD | | 902326018980977 | 36.45 |
| 08/15/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2193563087 INDN:LITTLE CAESA2193563087 CO ID:1134992250 CCD | | 902326018980801 | 5.30 |
| 08/16/17 | PSP 866-230-0708 DES:Disbursmnt ID:XXXXXXXXXX00898 INDN:Wazir Kaisani PG Count CO ID:1471872598 CCD PMT INFO:*6036335090039690 MEMO= *\ | | 902328008261594 | 2,139.85 |
| 08/16/17 | TFR TRANSFER CREDIT NXT TRSF FR GAA0334037058963 | | 906008164000735 | 724.00 |
| 08/16/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2191582204 INDN:LITTLE CAESA2191582204 CO ID:1134992250 CCD | | 902327011261634 | 60.72 |
| 08/17/17 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 08-16) ELECTRONIC TRANSACTION | | 934108160000861 | 2,000.00 |
| 08/17/17 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 08-16) ELECTRONIC TRANSACTION | | 934108160000860 | 369.32 |
| 08/17/17 | PSP 866-230-0708 DES:Disbursmnt ID:XXXXXXXXXX13455 INDN:Wazir Kaisani PG Count CO ID:1471872598 CCD PMT INFO:*6036335090039690 MEMO= *\ | | 902329003946844 | 2,328.65 |
| 08/17/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2191582204 INDN:LITTLE CAESA2191582204 CO ID:1134992250 CCD | | 902328013730888 | 10.35 |
| 08/18/17 | PSP 866-230-0708 DES:Disbursmnt ID:XXXXXXXXXX38069 INDN:Wazir Kaisani PG Count CO ID:1471872598 CCD PMT INFO:*6036335090039690 MEMO= *\ | | 902330004820958 | 2,066.88 |
| 08/18/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2191582204 INDN:LITTLE CAESA2191582204 CO ID:1134992250 CCD | | 902329008660726 | 17.22 |
| 08/21/17 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 08-18) ELECTRONIC TRANSACTION | | 934108180000753 | 16,558.69 |
| 08/21/17 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 08-18) ELECTRONIC TRANSACTION | | 934108180000752 | 1,389.00 |
| 08/21/17 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 08-18) ELECTRONIC TRANSACTION | | 934108180000751 | 1,269.53 |
| 08/21/17 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 08-18) ELECTRONIC TRANSACTION | | 934108180000750 | 369.32 |

*continued on the next page*

## Deposits and other credits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 08/21/17 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 08-18) ELECTRONIC TRANSACTION | | 934108180000749 | 164.46 |
| 08/21/17 | PSP 866-230-0708 DES:Disbursmnt ID:XXXXXXXXXX70368 INDN:Wazir Kaisani PG Count CO ID:1471872598 CCD PMT INFO:*6036335090039690 MEMO= *\ | | 902333008459040 | 2,341.70 |
| 08/21/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2191582204 INDN:LITTLE CAESA2191582204 CO ID:1134992250 CCD | | 902333008894908 | 48.75 |
| 08/21/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2191582204 INDN:LITTLE CAESA2191582204 CO ID:1134992250 CCD | | 902330008994907 | 42.52 |
| 08/21/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2193563087 INDN:LITTLE CAESA2193563087 CO ID:1134992250 CCD | | 902333008894679 | 35.30 |
| 08/22/17 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 08-21) ELECTRONIC TRANSACTION | | 934108210001095 | 369.32 |
| 08/22/17 | PSP 866-230-0708 DES:Disbursmnt ID:XXXXXXXXXX82005 INDN:Wazir Kaisani PG Count CO ID:1471872598 CCD PMT INFO:*6036335090039690 MEMO= *\ | | 902334009117880 | 9,891.38 |
| 08/22/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2191582204 INDN:LITTLE CAESA2191582204 CO ID:1134992250 CCD | | 902333013145592 | 29.51 |
| 08/23/17 | PSP 866-230-0708 DES:Disbursmnt ID:XXXXXXXXXX92762 INDN:Wazir Kaisani PG Count CO ID:1471872598 CCD PMT INFO:*6036335090039690 MEMO= *\ | | 902335010226565 | 2,199.45 |
| 08/23/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2191582204 INDN:LITTLE CAESA2191582204 CO ID:1134992250 CCD | | 902334013384629 | 14.85 |
| 08/23/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2193563087 INDN:LITTLE CAESA2193563087 CO ID:1134992250 CCD | | 902334013384600 | 6.02 |
| 08/24/17 | PSP 866-230-0708 DES:Disbursmnt ID:XXXXXXXXXX04642 INDN:Wazir Kaisani PG Count CO ID:1471872598 CCD PMT INFO:*6036335090039690 MEMO= *\ | | 902336003043697 | 1,881.85 |
| 08/25/17 | PSP 866-230-0708 DES:Disbursmnt ID:XXXXXXXXXX38232 INDN:Wazir Kaisani PG Count CO ID:1471872598 CCD PMT INFO:*6036335090039690 MEMO= *\ | | 902337003198743 | 2,808.92 |
| 08/25/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2191582204 INDN:LITTLE CAESA2191582204 CO ID:1134992250 CCD | | 902336007336297 | 51.40 |

continued on the next page



**Your checking account**

PG COUNTY PIZZA INC | Account # Redacted 6284 | August 1, 2017 to August 31, 2017

## Deposits and other credits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 08/28/17 | PSP 866-230-0708 DES:Disbursmnt ID:XXXXXXXXXX65042 INDN:Wazir Kaisani PG Count CO ID:1471872598 CCD PMT INFO:*6036335090039690 MEMO= *\ | | 902340004632418 | 2,514.92 |
| 08/28/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2193563087 INDN:LITTLE CAESA2193563087 CO ID:1134992250 CCD | | 902340005060212 | 33.73 |
| 08/28/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2191582204 INDN:LITTLE CAESA2191582204 CO ID:1134992250 CCD | | 902340005060246 | 27.00 |
| 08/28/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2191582204 INDN:LITTLE CAESA2191582204 CO ID:1134992250 CCD | | 902337006523278 | 22.88 |
| 08/29/17 | PSP 866-230-0708 DES:Disbursmnt ID:XXXXXXXXXX83272 INDN:Wazir Kaisani PG Count CO ID:1471872598 CCD PMT INFO:*6036335090039690 MEMO= *\ | | 902341007395796 | 11,430.44 |
| 08/29/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2191582204 INDN:LITTLE CAESA2191582204 CO ID:1134992250 CCD | | 902340010741830 | 28.08 |
| 08/30/17 | PSP 866-230-0708 DES:Disbursmnt ID:XXXXXXXXXX03439 INDN:Wazir Kaisani PG Count CO ID:1471872598 CCD PMT INFO:*6036335090039690 MEMO= *\ | | 902342001800662 | 2,053.50 |
| 08/30/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2193563087 INDN:LITTLE CAESA2193563087 CO ID:1134992250 CCD | | 902341013404359 | 25.42 |
| 08/30/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2191582204 INDN:LITTLE CAESA2191582204 CO ID:1134992250 CCD | | 902341013404500 | 13.99 |
| 08/31/17 | PSP 866-230-0708 DES:Disbursmnt ID:XXXXXXXXXX15940 INDN:Wazir Kaisani PG Count CO ID:1471872598 CCD PMT INFO:*6036335090039690 MEMO= *\ | | 902343006860287 | 2,038.87 |
| 08/31/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2191582204 INDN:LITTLE CAESA2191582204 CO ID:1134992250 CCD | | 902342007621450 | 12.48 |

**Total deposits and other credits**   **$204,699.61**

## Withdrawals and other debits

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 08/01/17 | TFR TRANSFER DEBIT NXT TRSF TO GAA0334037058963 | | 906008014000896 | -3,170.00 |
| 08/01/17 | Online Banking transfer to CHK 8948 Confirmation# 2561415142 | | 943208016844877 | -1,000.00 |
| 08/01/17 | COMP OF MARYLAND DES:DIR DB RAD ID:004817210013016 INDN: CO ID:4526002033 PPD | | 902312017107080 | -5,601.78 |
| 08/01/17 | CAESAR DES:TMCDESKTOP ID: INDN:PG COUNTY PIZZA INC CO ID:1851443505 CCD PMT INFO:LCE ROYALTY ACH | | 902312013060026 | -2,654.40 |
| 08/01/17 | LOANME DES:DEBIT ID:2426208 INDN:PG County Pizza Inc CO ID:9000007006 CCD | | 902312017689918 | -2,491.15 |
| 08/01/17 | YELLOWSTONE CAPI DES:SOB ID:800-955-2411#11 INDN:PGCOUNTYPIZZAINC CO ID:RPP4384677 CCD | | 902313001159092 | -1,389.00 |
| 08/01/17 | COMP OF MARYLAND DES:DIR DB RAD ID:004817210012016 INDN: CO ID:4526002033 PPD | | 902312017107055 | -1,047.14 |
| 08/01/17 | NEWLOGIC87730082 DES:PREAUTHPMT ID:NEWLOGIC INDN:LITTLE CAESARS CO ID:1261076737 CCD | | 902313001132635 | -369.32 |
| 08/01/17 | AMERICAN EXPRESS DES:AXP DISCNT ID:2193563087 INDN:LITTLE CAESA2193563087 CO ID:1134992250 CCD | | 902312014205933 | -0.85 |
| 08/02/17 | TFR TRANSFER DEBIT NXT TRSF TO GAA0334037058963 | | 906008024000751 | -829.00 |
| 08/02/17 | Online Banking transfer to CHK 6268 Confirmation# 1267516674 | | 943208026070954 | -29.95 |
| 08/02/17 | MARYLANDUNEMPINS DES:1190000128 ID:XXXXXXXXX INDN:PG COUNTY PIZZA INC CO ID:1911925808 CCD | | 902313007798335 | -3,818.46 |
| 08/02/17 | YELLOWSTONE CAPI DES:SOB ID:800-955-2411#11 INDN:PGCOUNTYPIZZAINC CO ID:RPP4384677 CCD | | 902314007597356 | -1,389.00 |
| 08/02/17 | NEWLOGIC87730082 DES:PREAUTHPMT ID:NEWLOGIC INDN:LITTLE CAESARS CO ID:1261076737 CCD | | 902314005763834 | -369.32 |
| 08/02/17 | AMERICAN EXPRESS DES:AXP DISCNT ID:2193563087 INDN:LITTLE CAESA2193563087 CO ID:1134992250 CCD | | 902313007681251 | -0.32 |
| 08/03/17 | TFR TRANSFER DEBIT NXT TRSF TO GAA0334037058963 | | 906008034000681 | -703.00 |
| 08/03/17 | Online Banking transfer to CHK 8955 Confirmation# 2577942934 | | 943208036187049 | -1,000.00 |
| 08/03/17 | Online Banking transfer to CHK 8948 Confirmation# 1377945772 | | 943208036187048 | -2,000.00 |

continued on the next page

 
## Withdrawals and other debits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 08/03/17 | WIRE TYPE:WIRE OUT DATE:170803 TIME:1711 ET TRN:2017080300393979 SERVICE REF:013054 BNF:ALABAMA PARTNERS LLC ID:7218734593 BNF BK:WELL S FARGO BANK, N.A. ID:121000248 PMT DET:Transfer r eturn | | 903708030393979 | -900.00 |
| 08/03/17 | YELLOWSTONE CAPI DES:SOB ID:800-955-2411#11 INDN:PGCOUNTYPIZZAINC CO ID:RPP4384677 CCD | | 902315003913145 | -1,389.00 |
| 08/03/17 | NEWLOGIC87730082 DES:PREAUTHPMT ID:NEWLOGIC INDN:LITTLE CAESARS CO ID:1261076737 CCD | | 902315002203752 | -369.32 |
| 08/04/17 | TFR TRANSFER DEBIT NXT TRSF TO GAA0334037058963 | | 906008044000604 | -662.00 |
| 08/04/17 | LITTLE CAESAR E DES:TMCDESKTOP ID: INDN:PG COUNTY PIZZA CO ID:1851443547 CCD | | 902315006716800 | -10,075.94 |
| 08/04/17 | YELLOWSTONE CAPI DES:SOB ID:800-955-2411#12 INDN:PGCOUNTYPIZZAINC CO ID:RPP4384677 CCD | | 902316006110181 | -1,389.00 |
| 08/04/17 | NEWLOGIC87730082 DES:PREAUTHPMT ID:NEWLOGIC INDN:LITTLE CAESARS CO ID:1261076737 CCD | | 902316004555708 | -369.32 |
| 08/04/17 | AMERICAN EXPRESS DES:AXP DISCNT ID:2193563087 INDN:LITTLE CAESA2193563087 CO ID:1134992250 CCD | | 902315007614869 | -0.44 |
| 08/07/17 | TFR TRANSFER DEBIT NXT TRSF TO GAA0334037058963 | | 906008074000678 | -776.00 |
| 08/07/17 | Online Banking transfer to CHK 0506 Confirmation# 1210971060 | | 943208076630238 | -3,000.00 |
| 08/07/17 | ONEILAATS LLC DES:SALE ID: INDN:PG COUNTY PIZZA INC CO ID:9215986202 CCD | | 902319011283450 | -2,600.00 |
| 08/07/17 | AMERICAN EXPRESS DES:ACH PMT ID:W0310 INDN:MARK WILLIAMS CO ID:1133133497 WEB | | 902319006914575 | -1,901.10 |
| 08/07/17 | WASHINGTON GAS DES:PAYMENT ID:220001290240 INDN:PG COUNTY PIZZA CO ID:1530162882 CCD | | 902319010729065 | -1,799.44 |
| 08/07/17 | CAESAR FUND DES:ACH ID:19680000 INDN:PG COUNTY PIZZA INC CO ID:1450493475 CCD | | 902316008472882 | -1,769.59 |
| 08/07/17 | YELLOWSTONE CAPI DES:SOB ID:800-955-2411#12 INDN:PGCOUNTYPIZZAINC CO ID:RPP4384677 CCD | | 902319013022658 | -1,389.00 |

*continued on the next page*

## Withdrawals and other debits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---:|
| 08/07/17 | NEWLOGIC87730082 DES:PREAUTHPMT ID:NEWLOGIC INDN:LITTLE CAESARS CO ID:1261076737 CCD | | 902319010897722 | -369.32 |
| 08/07/17 | COMCAST DES:CABLE ID:5444983 INDN:MARK *WILLIAMS CO ID:0000213249 PPD | | 902319011342191 | -278.52 |
| 08/07/17 | AMERICAN EXPRESS DES:AXP DISCNT ID:2193563087 INDN:LITTLE CAESA2193563087 CO ID:1134992250 CCD | | 902319011302134 | -0.78 |
| 08/08/17 | Online Banking transfer to CHK 0506 Confirmation# 1119098110 | | 943208086253808 | -2,877.77 |
| 08/08/17 | Online Banking transfer to CHK 8948 Confirmation# 1119860725 | | 943208086253809 | -2,900.00 |
| 08/08/17 | PEPSI BEVERAGECO DES:MPV AR PMT ID:0712631 INDN:PG COUNTY PIZZA *INC CO ID:0000259728 WEB | | 902320003074379 | -4,642.47 |
| 08/08/17 | CAESAR DES:TMCDESKTOP ID: INDN:PG COUNTY PIZZA INC CO ID:1851443505 CCD PMT INFO:LCE ROYALTY ACH | | 902319014488860 | -2,746.00 |
| 08/08/17 | YELLOWSTONE CAPI DES:SOB ID:800-955-2411#12 INDN:PGCOUNTYPIZZAINC CO ID:RPP4384677 CCD | | 902320003094050 | -1,389.00 |
| 08/08/17 | NEWLOGIC87730082 DES:PREAUTHPMT ID:NEWLOGIC INDN:LITTLE CAESARS CO ID:1261076737 CCD | | 902320001958018 | -369.32 |
| 08/08/17 | TALENTREEF, INC DES:SALE ID: INDN:MARK WILLIAMS CO ID:9215986202 WEB | | 902320003072629 | -146.00 |
| 08/08/17 | TALENTREEF, INC DES:SALE ID: INDN:MARK WILLIAMS CO ID:9215986202 CCD | | 902320003073931 | -146.00 |
| 08/08/17 | TALENTREEF, INC DES:SALE ID: INDN:MARK WILLIAMS CO ID:9215986202 CCD | | 902320003073933 | -146.00 |
| 08/08/17 | TALENTREEF, INC DES:SALE ID: INDN:MARK WILLIAMS CO ID:9215986202 CCD | | 902320003073934 | -146.00 |
| 08/08/17 | TALENTREEF, INC DES:SALE ID: INDN:MARK WILLIAMS CO ID:9215986202 CCD | | 902320003073935 | -146.00 |
| 08/08/17 | AMERICAN EXPRESS DES:AXP DISCNT ID:2193563087 INDN:LITTLE CAESA2193563087 CO ID:1134992250 CCD | | 902319015167124 | -0.92 |
| 08/09/17 | TFR TRANSFER DEBIT NXT TRSF TO GAA0334037058963 | | 906008094000788 | -588.00 |
| 08/09/17 | COMP OF MARYLAND DES:DIR DB RAD ID:004817219017006 INDN: CO ID:4526002033 PPD | | 902320008301991 | -5,598.63 |
| 08/09/17 | YELLOWSTONE CAPI DES:SOB ID:800-955-2411#12 INDN:PGCOUNTYPIZZAINC CO ID:RPP4384677 CCD | | 902321005005373 | -1,389.00 |

*continued on the next page*

 

**Your checking account**

PG COUNTY PIZZA INC | Account # Redacted 6284 | August 1, 2017 to August 31, 2017

## Withdrawals and other debits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 08/09/17 | WASHINGTON GAS  DES:PAYMENT ID:220000878748  INDN:PG COUNTY PIZZA INC. CO ID:1530162882 CCD | | 902320012066071 | -607.19 |
| 08/09/17 | WASHINGTON GAS  DES:PAYMENT ID:220003025404  INDN:PG COUNTY PIZZA INC CO ID:1530162882 CCD | | 902320012057148 | -572.97 |
| 08/09/17 | NEWLOGIC87730082 DES:PREAUTHPMT ID:NEWLOGIC  INDN:LITTLE CAESARS       CO ID:1261076737 CCD | | 902321003751588 | -369.32 |
| 08/10/17 | TFR TRANSFER DEBIT NXT TRSF TO GAA0334037058963 | | 906008104000686 | -539.00 |
| 08/10/17 | Online Banking transfer to CHK 8948 Confirmation# 2439639970 | | 943208106091452 | -2,600.00 |
| 08/10/17 | YELLOWSTONE CAPI DES:SOB ID:800-955-2411#12  INDN:PGCOUNTYPIZZAINC CO ID:RPP4384677 CCD | | 902322007293044 | -1,389.00 |
| 08/10/17 | NEWLOGIC87730082 DES:PREAUTHPMT ID:NEWLOGIC  INDN:LITTLE CAESARS       CO ID:1261076737 CCD | | 902322007283729 | -369.32 |
| 08/11/17 | LITTLE CAESAR E  DES:TMCDESKTOP ID:  INDN:PG COUNTY PIZZA       CO ID:1851443547 CCD | | 902322011257762 | -14,916.62 |
| 08/11/17 | YELLOWSTONE CAPI DES:SOB ID:800-955-2411#12  INDN:PGCOUNTYPIZZAINC CO ID:RPP4384677 CCD | | 902323008011734 | -1,389.00 |
| 08/11/17 | VERIZON WIRELESS DES:PAYMENTS ID:072174847400002 INDN:000000072174847400002  CO ID:1223344794 PPD | | 902322012046275 | -429.10 |
| 08/11/17 | NEWLOGIC87730082 DES:PREAUTHPMT ID:NEWLOGIC  INDN:LITTLE CAESARS       CO ID:1261076737 CCD | | 902323008003227 | -369.32 |
| 08/11/17 | AMERICAN EXPRESS DES:AXP DISCNT ID:2193563087  INDN:LITTLE CAESA2193563087 CO ID:1134992250 CCD | | 902322011987814 | -0.37 |
| 08/14/17 | CAESAR FUND      DES:ACH       ID:19680000 INDN:PG COUNTY PIZZA INC    CO ID:1450493475 CCD | | 902323010944496 | -1,830.65 |
| 08/14/17 | YELLOWSTONE CAPI DES:SOB ID:800-955-2411#12  INDN:PGCOUNTYPIZZAINC CO ID:RPP4384677 CCD | | 902326014494969 | -1,389.00 |
| 08/14/17 | NEWLOGIC87730082 DES:PREAUTHPMT ID:NEWLOGIC  INDN:LITTLE CAESARS       CO ID:1261076737 CCD | | 902326014013890 | -369.32 |

*continued on the next page*

## Withdrawals and other debits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 08/14/17 | TALENTREEF, INC DES:SALE ID: INDN:MARK WILLIAMS CO ID:9215986202 WEB | | 902326014095409 | -146.00 |
| 08/15/17 | ACCOUNT ANALYSIS FEE CUR TRSF TO MD 0446026554958 07/17 ACCT ANALYSIS FEE | 0000000003 | 906008152058330 | -123.00 |
| 08/15/17 | CAESAR DES:TMCDESKTOP ID: INDN:PG COUNTY PIZZA INC CO ID:1851443505 CCD PMT INFO:LCE ROYALTY ACH | | 902326017996374 | -2,912.67 |
| 08/15/17 | YELLOWSTONE CAPI DES:SOB ID:800-955-2411#12 INDN:PGCOUNTYPIZZAINC CO ID:RPP4384677 CCD | | 902327007946590 | -1,389.00 |
| 08/15/17 | NEWLOGIC87730082 DES:PREAUTHPMT ID:NEWLOGIC INDN:LITTLE CAESARS CO ID:1261076737 CCD | | 902327006569739 | -369.32 |
| 08/15/17 | AMERICAN EXPRESS DES:AXP DISCNT ID:2193563087 INDN:LITTLE CAESA2193563087 CO ID:1134992250 CCD | | 902326019030713 | -0.15 |
| 08/16/17 | TFR TRANSFER DEBIT NXT TRSF TO GAA0334037058963 | | 906008164000736 | -175.03 |
| 08/16/17 | Online Banking transfer to CHK 0506 Confirmation# 3191482010 | | 943208166480503 | -19,000.00 |
| 08/16/17 | POTOMAC ELECTRIC DES:UTILITYPMT ID:55019160054 INDN:PG COUNTY PIZZA INC CO ID:5530127880 WEB | | 902328008430361 | -2,000.00 |
| 08/16/17 | YELLOWSTONE CAPI DES:SOB ID:800-955-2411#12 INDN:PGCOUNTYPIZZAINC CO ID:RPP4384677 CCD | | 902328009943330 | -1,389.00 |
| 08/16/17 | NEWLOGIC87730082 DES:PREAUTHPMT ID:NEWLOGIC INDN:LITTLE CAESARS CO ID:1261076737 CCD | | 902328008228418 | -369.32 |
| 08/17/17 | YELLOWSTONE CAPI DES:SOB ID:800-955-2411#12 INDN:PGCOUNTYPIZZAINC CO ID:RPP4384677 CCD | | 902329003941796 | -1,389.00 |
| 08/17/17 | NEWLOGIC87730082 DES:PREAUTHPMT ID:NEWLOGIC INDN:LITTLE CAESARS CO ID:1261076737 CCD | | 902329003938624 | -369.32 |
| 08/18/17 | LITTLE CAESAR E DES:TMCDESKTOP ID: INDN:PG COUNTY PIZZA CO ID:1851443547 CCD | | 902329007913392 | -16,558.69 |
| 08/18/17 | POTOMAC ELECTRIC DES:UTILITYPMT ID:55022952836 INDN:PG COUNTY PIZZA INC CO ID:5530127880 WEB | | 902330006043118 | -1,796.57 |
| 08/18/17 | YELLOWSTONE CAPI DES:SOB ID:800-955-2411#13 INDN:PGCOUNTYPIZZAINC CO ID:RPP4384677 CCD | | 902330006031108 | -1,389.00 |
| 08/18/17 | POTOMAC ELECTRIC DES:UTILITYPMT ID:55015967114 INDN:PG COUNTY PIZZA INC CO ID:5530127880 WEB | | 902330006042852 | -1,269.53 |

*continued on the next page*



**Your checking account**

PG COUNTY PIZZA INC  |  Account # Redacted 6284  |  August 1, 2017 to August 31, 2017

## Withdrawals and other debits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 08/18/17 | MARLIN BUSINESS DES:AUTO PAYS ID:423-1498597-001 INDN:PT -- LESSEE CO ID:1203706748 CCD | | 902329013300151 | -1,032.00 |
| 08/18/17 | NEWLOGIC87730082 DES:PREAUTHPMT ID:NEWLOGIC INDN:LITTLE CAESARS CO ID:1261076737 CCD | | 902330004823011 | -369.32 |
| 08/18/17 | THE HARTFORD DES:NWTBCLSCIC ID:14346871 INDN:PG COUNTY PIZZA INC CO ID:9942902727 CCD | | 902329010795039 | -164.46 |
| 08/21/17 | YELLOWSTONE CAPI DES:SOB ID:800-955-2411#13 INDN:PGCOUNTYPIZZAINC CO ID:RPP4384677 CCD | | 902333009154248 | -1,389.00 |
| 08/21/17 | NEWLOGIC87730082 DES:PREAUTHPMT ID:NEWLOGIC INDN:LITTLE CAESARS CO ID:1261076737 CCD | | 902333008460783 | -369.32 |
| 08/21/17 | THE HARTFORD DES:RETRY PYMT ID:14346871 INDN:PG COUNTY PIZZA INC CO ID:9942902727 CCD | | 902333013738460 | -164.46 |
| 08/21/17 | AMERICAN EXPRESS DES:AXP DISCNT ID:2193563087 INDN:LITTLE CAESA2193563087 CO ID:1134992250 CCD | | 902333008894210 | -0.97 |
| 08/22/17 | YELLOWSTONE CAPI DES:SOB ID:800-955-2411#13 INDN:PGCOUNTYPIZZAINC CO ID:RPP4384677 CCD | | 902334009120454 | -1,389.00 |
| 08/22/17 | NEWLOGIC87730082 DES:PREAUTHPMT ID:NEWLOGIC INDN:LITTLE CAESARS CO ID:1261076737 CCD | | 902334009112700 | -369.32 |
| 08/23/17 | Online Banking transfer to CHK 0506 Confirmation# 1350357172 | | 943208236065471 | -7,396.61 |
| 08/23/17 | NEWLOGIC87730082 DES:PREAUTHPMT ID:NEWLOGIC INDN:LITTLE CAESARS CO ID:1261076737 CCD | | 902335010220723 | -369.32 |
| 08/23/17 | AMERICAN EXPRESS DES:AXP DISCNT ID:2193563087 INDN:LITTLE CAESA2193563087 CO ID:1134992250 CCD | | 902334013404430 | -0.16 |
| 08/24/17 | YELLOWSTONE CAPI DES:SOB ID:800-955-2411#13 INDN:PGCOUNTYPIZZAINC CO ID:RPP4384677 CCD | | 902336004348595 | -1,389.00 |
| 08/24/17 | VERIFONE INC DES:8367 ID:3717229 INDN:73007774 CO ID:4990206064 CCD PMT INFO:227424 *23-AUG-2017 | | 902335021661367 | -42.29 |
| 08/24/17 | VERIFONE INC DES:8367 ID:3717229 INDN:73007775 CO ID:4990206064 CCD PMT INFO:225729 *23-AUG-2017 | | 902335021661369 | -42.29 |

*continued on the next page*

## Withdrawals and other debits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 08/24/17 | VERIFONE INC    DES:8367    ID:3717229<br>INDN:73008906          CO ID:4990206064 CCD<br>PMT INFO:227627          *23-AUG-2017 | | 902335021661371 | -42.29 |
| 08/24/17 | VERIFONE INC    DES:8367    ID:3717229<br>INDN:73008908          CO ID:4990206064 CCD<br>PMT INFO:226029          *23-AUG-2017 | | 902335021661373 | -42.29 |
| 08/25/17 | YELLOWSTONE CAPI DES:SOB<br>ID:800-955-2411#13  INDN:PGCOUNTYPIZZAINC<br>CO ID:RPP4384677 CCD | | 902337003207065 | -1,389.00 |
| 08/25/17 | VERIZON         DES:PAYMENTREC<br>ID:000990182508  INDN:PG COUNTY PIZZA INC DU<br>CO ID:9783397101 WEB | | 902336007323924 | -599.34 |
| 08/25/17 | VERIZON         DES:PAYMENTREC<br>ID:000765928930  INDN:LITTLE CAESARS<br>DUMMYBZ  CO ID:9783397101 WEB | | 902336007324109 | -229.27 |
| 08/25/17 | VERIZON         DES:PAYMENTREC<br>ID:000698324829  INDN:PG COUNTY PIZZA INC DU<br>CO ID:9783397101 WEB | | 902336007323919 | -155.90 |
| 08/28/17 | YELLOWSTONE CAPI DES:SOB<br>ID:800-955-2411#13  INDN:PGCOUNTYPIZZAINC<br>CO ID:RPP4384677 CCD | | 902340007889631 | -1,389.00 |
| 08/28/17 | AMERICAN EXPRESS DES:AXP DISCNT<br>ID:2193563087  INDN:LITTLE CAESA2193563087<br>CO ID:1134992250 CCD | | 902340004944765 | -0.93 |
| 08/29/17 | YELLOWSTONE CAPI DES:SOB<br>ID:800-955-2411#13  INDN:PGCOUNTYPIZZAINC<br>CO ID:RPP4384677 CCD | | 902341007403606 | -1,389.00 |
| 08/30/17 | YELLOWSTONE CAPI DES:SOB<br>ID:800-955-2411  INDN:MARYLANDPIZZAINC<br>CO ID:RPP4384677 CCD | | 902342003266021 | -1,389.00 |
| 08/30/17 | LIBERTY MUTUAL   DES:XXXXXXXXX  ID:3783404<br>INDN:PG COUNTY PIZZA INC PG  CO<br>ID:0000061050 CCD | | 902342003241724 | -772.59 |
| 08/30/17 | AMERICAN EXPRESS DES:AXP DISCNT<br>ID:2193563087  INDN:LITTLE CAESA2193563087<br>CO ID:1134992250 CCD | | 902341013409773 | -0.58 |
| 08/31/17 | YELLOWSTONE CAPI DES:SOB<br>ID:800-955-2411  INDN:MARYLANDPIZZAINC<br>CO ID:RPP4384677 CCD | | 902343006839079 | -1,389.00 |

**Total withdrawals and other debits**                                                                                     **-$181,194.06**


**Bank of America**

**Your checking account**

PG COUNTY PIZZA INC | Account # Redacted 6284 | August 1, 2017 to August 31, 2017

## Checks

| Date | Check # | Bank reference | Amount | Date | Check # | Bank reference | Amount |
|---|---|---|---|---|---|---|---|
| 08/07 | 3578 | 813005792605559 | -3,819.31 | 08/07 | 21693* | 813002592209214 | -6,008.00 |
| 08/14 | 3579 | 813004592802240 | -2,770.58 | 08/21 | 21829* | 813005692375732 | -978.46 |
| 08/29 | 3580 | 813009692826913 | -1,040.00 | | | | |

| | | |
|---|---|---|
| | **Total checks** | **-$14,616.35** |
| | **Total # of checks** | **5** |

\* *There is a gap in sequential check numbers*

## Service fees

| Date | Transaction description | Amount |
|---|---|---|
| 08/15/17 | 07/17 ACCT ANALYSIS FEE | -926.79 |
| **Total service fees** | | **-$926.79** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance ($) | Date | Balance ($) |
|---|---|---|---|---|---|
| 08/01 | 6,071.69 | 08/11 | -11,261.96 | 08/23 | 2,698.17 |
| 08/02 | 6,174.04 | 08/14 | 9,560.45 | 08/24 | 3,021.86 |
| 08/03 | 6,247.64 | 08/15 | 17,949.24 | 08/25 | 3,508.67 |
| 08/04 | 7,972.66 | 08/16 | -2,059.54 | 08/28 | 4,717.27 |
| 08/07 | -1,143.33 | 08/17 | 890.46 | 08/29 | 13,746.79 |
| 08/08 | 90.51 | 08/18 | -19,605.01 | 08/30 | 13,677.53 |
| 08/09 | 51.11 | 08/21 | -287.95 | 08/31 | 14,339.88 |
| 08/10 | 54.22 | 08/22 | 8,243.94 | | |

This page intentionally left blank


PG COUNTY PIZZA INC   |   Account # Redacted 6284   |   August 1, 2017 to August 31, 2017

## Check images
**Account number: 4460 2145 6284**

Check number: 3578   |   Amount: $3,819.31




Check number: 3579   |   Amount: $2,770.58




Check number: 3580   |   Amount: $1,040.00




Check number: 21693   |   Amount: $6,008.00




Check number: 21829   |   Amount: $978.46




This page intentionally left blank



P.O. Box 15284
Wilmington, DE 19850

Business Banking

**Customer service information**

📞 Customer service: 1.888.852.5000

🔗 bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

PG COUNTY PIZZA INC
400 E PRATT ST SUITE 800-8065
BALTIMORE, MD 21202

# Your Full Analysis Business Checking - Small Business

for August 11, 2017 to August 31, 2017                Account number: Redacted 8558
PG COUNTY PIZZA INC

## Account summary

| | |
|---|---|
| Beginning balance on August 11, 2017 | $0.00 |
| Deposits and other credits | 51,809.00 |
| Withdrawals and other debits | -27,053.00 |
| Checks | -0.00 |
| Service fees | -0.00 |
| **Ending balance on August 31, 2017** | **$24,756.00** |

# of deposits/credits: 46
# of withdrawals/debits: 2
# of days in cycle: 21
Average ledger balance: $14,850.95

For immediate account servicing requests, please engage the Client Services team at 888.852.5000 or you can email eservice@bankofamerica.com. The phone team is available for support Monday-Friday, 8 a.m. - 9 p.m. Eastern for your convenience.

PULL: E   CYCLE: 46   SPEC: E   DELIVERY: E   TYPE:   IMAGE: A   BC: MD                                Page 1 of 6

Case 17-03469-TOM7   Doc 128-3   Filed 10/13/17   Entered 10/13/17 12:19:13   Desc
Volume(s) Part 4   Page 16 of 19

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

**How to Contact Us** - You may call us at the telephone number listed on the front of this statement.

**Updating your contact information** - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

**Deposit agreement** - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

**Electronic transfers: In case of errors or questions about your electronic transfers** - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

**Reporting other problems** - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

**Direct deposits** - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2017 Bank of America Corporation

Bank of America, N.A. Member FDIC and  Equal Housing Lender


# Your checking account

PG COUNTY PIZZA INC  |  Account # Redacted 8558  |  August 11, 2017 to August 31, 2017

## Deposits and other credits

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 08/16/17 | TFR TRANSFER CREDIT CUR TRSF FR MD 0446022511335 | | 906008162013497 | 908.00 |
| 08/16/17 | TFR TRANSFER CREDIT CUR TRSF FR MD 0446024525743 | | 906008162013524 | 900.00 |
| 08/16/17 | DEPOSIT CUR TRSF FR MD 0446026554958 SAFE 0000000003 CONNECT DEPOSIT SAFE ID: 9248049145 SALES DATE: 08/15/2017 TRANSMISSION DATE: 08/16/2017 05:17:59 | | 906008162013845 | 608.00 |
| 08/17/17 | TFR TRANSFER CREDIT CUR TRSF FR MD 0446022511335 | | 906008172005134 | 1,156.00 |
| 08/17/17 | DEPOSIT CUR TRSF FR MD 0446026554958 SAFE 0000000003 CONNECT DEPOSIT SAFE ID: 9248049145 SALES DATE: 08/16/2017 TRANSMISSION DATE: 08/17/2017 05:17:34 | | 906008172005456 | 946.00 |
| 08/17/17 | TFR TRANSFER CREDIT NXT TRSF FR GAA0334037058963 | | 906008174000681 | 605.00 |
| 08/17/17 | TFR TRANSFER CREDIT CUR TRSF FR MD 0446024525743 | | 906008172005164 | 532.00 |
| 08/18/17 | TFR TRANSFER CREDIT CUR TRSF FR MD 0446022511335 | | 906008182010933 | 1,206.00 |
| 08/18/17 | DEPOSIT CUR TRSF FR MD 0446026554958 SAFE 0000000003 CONNECT DEPOSIT SAFE ID: 9248049145 SALES DATE: 08/17/2017 TRANSMISSION DATE: 08/18/2017 05:17:28 | | 906008182011275 | 1,100.00 |
| 08/18/17 | TFR TRANSFER CREDIT CUR TRSF FR MD 0446024525743 | | 906008182010952 | 717.00 |
| 08/18/17 | TFR TRANSFER CREDIT NXT TRSF FR GAA0334037058963 | | 906008184000658 | 512.00 |
| 08/21/17 | TFR TRANSFER CREDIT CUR TRSF FR MD 0446022511335 | | 906008212007283 | 3,059.00 |
| 08/21/17 | TFR TRANSFER CREDIT CUR TRSF FR MD 0446024525743 | | 906008212007330 | 2,462.00 |

continued on the next page

## Deposits and other credits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 08/21/17 | DEPOSIT CUR TRSF FR MD 0446026554958 SAFE CONNECT DEPOSIT SAFE ID: 9248049145 SALES DATE: 08/18/2017 TRANSMISSION DATE: 08/21/2017 05:24:59 | 0000000003 | 906008212007692 | 1,202.00 |
| 08/21/17 | DEPOSIT CUR TRSF FR MD 0446026554958 SAFE CONNECT DEPOSIT SAFE ID: 9248049145 SALES DATE: 08/19/2017 TRANSMISSION DATE: 08/21/2017 05:24:59 | 0000000003 | 906008212007693 | 1,015.00 |
| 08/21/17 | DEPOSIT CUR TRSF FR MD 0446026554958 SAFE CONNECT DEPOSIT SAFE ID: 9248049145 SALES DATE: 08/20/2017 TRANSMISSION DATE: 08/21/2017 05:24:59 | 0000000003 | 906008212007694 | 652.00 |
| 08/21/17 | TFR TRANSFER CREDIT NXT TRSF FR GAA0334037058963 | | 906008214000655 | 520.00 |
| 08/22/17 | TFR TRANSFER CREDIT NXT TRSF FR GAA0334037058963 | | 906008224000846 | 2,522.00 |
| 08/22/17 | DEPOSIT CUR TRSF FR MD 0446026554958 SAFE CONNECT DEPOSIT SAFE ID: 9248049145 SALES DATE: 08/21/2017 TRANSMISSION DATE: 08/22/2017 05:17:45 | 0000000003 | 906008222007821 | 665.00 |
| 08/22/17 | TFR TRANSFER CREDIT CUR TRSF FR MD 0446024525743 | | 906008222007399 | 400.00 |
| 08/23/17 | TFR TRANSFER CREDIT CUR TRSF FR MD 0446022511335 | | 906008232013780 | 1,948.00 |
| 08/23/17 | DEPOSIT CUR TRSF FR MD 0446026554958 SAFE CONNECT DEPOSIT SAFE ID: 9248049145 SALES DATE: 08/22/2017 TRANSMISSION DATE: 08/23/2017 05:17:36 | 0000000003 | 906008232014104 | 759.00 |
| 08/23/17 | TFR TRANSFER CREDIT NXT TRSF FR GAA0334037058963 | | 906008234000747 | 725.00 |
| 08/23/17 | TFR TRANSFER CREDIT CUR TRSF FR MD 0446024525743 | | 906008232013806 | 468.00 |
| 08/24/17 | TFR TRANSFER CREDIT CUR TRSF FR MD 0446024525743 | | 906008242004543 | 725.00 |
| 08/24/17 | DEPOSIT CUR TRSF FR MD 0446026554958 SAFE CONNECT DEPOSIT SAFE ID: 9248049145 SALES DATE: 08/23/2017 TRANSMISSION DATE: 08/24/2017 05:17:09 | 0000000003 | 906008242004850 | 658.00 |
| 08/24/17 | TFR TRANSFER CREDIT NXT TRSF FR GAA0334037058963 | | 906008244000635 | 506.00 |
| 08/25/17 | DEPOSIT CUR TRSF FR MD 0446026554958 SAFE CONNECT DEPOSIT SAFE ID: 9248049145 SALES DATE: 08/24/2017 TRANSMISSION DATE: 08/25/2017 05:17:34 | 0000000003 | 906008252006169 | 748.00 |
| 08/25/17 | TFR TRANSFER CREDIT NXT TRSF FR GAA0334037058963 | | 906008254000663 | 568.00 |
| 08/25/17 | TFR TRANSFER CREDIT CUR TRSF FR MD 0446024525743 | | 906008252005789 | 537.00 |

continued on the next page