

# Your checking account

PG COUNTY PIZZA INC | Account # Redacted 8558 | August 11, 2017 to August 31, 2017

## Deposits and other credits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 08/25/17 | DEPOSIT CUR TRSF FR MD 0446026554958 SAFE CONNECT DEPOSIT SAFE ID: 9248049145 SALES DATE: 08/25/2017 TRANSMISSION DATE: 08/25/2017 20:02:44 | 0000000003 | 906008252006168 | 20.00 |
| 08/28/17 | TFR TRANSFER CREDIT CUR TRSF FR MD 0446024525743 | | 906008282006948 | 2,502.00 |
| 08/28/17 | DEPOSIT CUR TRSF FR MD 0446026554958 SAFE CONNECT DEPOSIT SAFE ID: 9248049145 SALES DATE: 08/26/2017 TRANSMISSION DATE: 08/28/2017 05:25:10 | 0000000003 | 906008282007281 | 1,070.00 |
| 08/28/17 | DEPOSIT CUR TRSF FR MD 0446026554958 SAFE CONNECT DEPOSIT SAFE ID: 9248049145 SALES DATE: 08/25/2017 TRANSMISSION DATE: 08/28/2017 05:25:10 | 0000000003 | 906008282007280 | 1,053.00 |
| 08/28/17 | DEPOSIT CUR TRSF FR MD 0446026554958 SAFE CONNECT DEPOSIT SAFE ID: 9248049145 SALES DATE: 08/27/2017 TRANSMISSION DATE: 08/28/2017 05:25:10 | 0000000003 | 906008282007282 | 728.00 |
| 08/28/17 | TFR TRANSFER CREDIT NXT TRSF FR GAA0334037058963 | | 906008284000672 | 621.00 |
| 08/29/17 | TFR TRANSFER CREDIT NXT TRSF FR GAA0334037058963 | | 906008294000855 | 2,835.00 |
| 08/29/17 | DEPOSIT CUR TRSF FR MD 0446026554958 SAFE CONNECT DEPOSIT SAFE ID: 9248049145 SALES DATE: 08/28/2017 TRANSMISSION DATE: 08/29/2017 05:17:27 | 0000000003 | 906008292007823 | 771.00 |
| 08/29/17 | TFR TRANSFER CREDIT CUR TRSF FR MD 0446024525743 | | 906008292007387 | 726.00 |
| 08/30/17 | TFR TRANSFER CREDIT CUR TRSF FR MD 0446022511335 | | 906008302014466 | 8,316.00 |
| 08/30/17 | DEPOSIT CUR TRSF FR MD 0446026554958 SAFE CONNECT DEPOSIT SAFE ID: 9248049145 SALES DATE: 08/29/2017 TRANSMISSION DATE: 08/30/2017 05:17:45 | 0000000003 | 906008302014797 | 724.00 |
| 08/30/17 | TFR TRANSFER CREDIT NXT TRSF FR GAA0334037058963 | | 906008304000693 | 624.00 |
| 08/30/17 | TFR TRANSFER CREDIT CUR TRSF FR MD 0446024525743 | | 906008302014493 | 597.00 |
| 08/31/17 | TFR TRANSFER CREDIT CUR TRSF FR MD 0446024525743 | | 906008312006142 | 691.00 |
| 08/31/17 | DEPOSIT CUR TRSF FR MD 0446026554958 SAFE CONNECT DEPOSIT SAFE ID: 9248049145 SALES DATE: 08/30/2017 TRANSMISSION DATE: 08/31/2017 05:17:48 | 0000000003 | 906008312006445 | 616.00 |

continued on the next page

PG COUNTY PIZZA INC  |  Account # Redacted 8558  |  August 11, 2017 to August 31, 2017

## Deposits and other credits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 08/31/17 | TFR TRANSFER CREDIT NXT TRSF FR GAA0334037058963 | | 906008314000652 | 586.00 |

**Total deposits and other credits**   **$51,809.00**

## Withdrawals and other debits

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 08/25/17 | Online Banking transfer to CHK 5436 Confirmation# 3166593657 | | 943208256170705 | -53.00 |
| 08/29/17 | Online Banking transfer to CHK 0506 Confirmation# 1503071629 | | 943208296624437 | -27,000.00 |

**Total withdrawals and other debits**   **-$27,053.00**

## Daily ledger balances

| Date | Balance ($) | Date | Balance ($) | Date | Balance ($) |
|---|---|---|---|---|---|
| 08/16 | 2,416.00 | 08/22 | 21,687.00 | 08/28 | 35,270.00 |
| 08/17 | 5,655.00 | 08/23 | 25,587.00 | 08/29 | 12,602.00 |
| 08/18 | 9,190.00 | 08/24 | 27,476.00 | 08/30 | 22,863.00 |
| 08/21 | 18,100.00 | 08/25 | 29,296.00 | 08/31 | 24,756.00 |

# Little Caesars Profit and Loss YTD Period 9
## January 3 through September 11, 2017

| | | |
|---|---:|---:|
| **Ordinary Income/Expense** | | |
|   Income | | |
|     40000 · SALES - CARRYOUT | 145,805.00 | 80.96% |
|     40101 · SALES - BREAD | 12,736.86 | 7.07% |
|     40102 · SALES - WINGS | 13,048.30 | 7.25% |
|     40104 · SALES - BEVERAGES | 8,501.81 | 4.72% |
|   Total Income | 180,091.97 | 100.00% |
|   Cost of Goods Sold | | |
|     50000 · MEAT | 7,922.46 | 4.40% |
|     50101 · TOPPINGS | 4,713.56 | 2.62% |
|     50102 · CHEESE | 25,724.22 | 14.28% |
|     50103 · DAIRY | 444.94 | 0.25% |
|     50104 · SOFT DRINKS | 4,306.71 | 2.39% |
|     50105 · DOUGH | 8,666.30 | 4.81% |
|     50108 · WINGS | 5,097.18 | 2.83% |
|     50109 · OTHER | 1,211.17 | 0.67% |
|     50200 · PAPER COSTS | 9,004.60 | 5.00% |
|     51000 · Labor Cost | | |
|       51100 · Labor - Asst Manager | 10,891.76 | 6.05% |
|       51101 · Labor - Crew | 29,786.33 | 16.54% |
|       51102 · Labor - Manager | 7,225.02 | 4.01% |
|     Total 51000 · Labor Cost | 47,903.10 | 26.60% |
|   Total COGS | 114,994.25 | 63.85% |
| **Gross Profit** | 65,097.72 | 36.15% |
|   Expense | | |
|     50128 · FUEL SURCHARGE(BLUE LINE) | 134.54 | 0.07% |
|     60130 · ADV - CAESAR FUND | 7,203.68 | 4.00% |
|     66000 · Payroll Expenses | | |
|       66200 · Payroll Taxes FUTA | 236.31 | 0.13% |
|       66300 · Payroll Taxes - SUTA | 944.97 | 0.52% |
|       66400 · Payroll Taxes - FiCA/Mediare | 3,861.59 | 2.14% |
|       66000 · Payroll Expenses - Other | 2,543.50 | 1.41% |
|     Total 66000 · Payroll Expenses | 7,586.38 | 4.21% |
|     66600 · Printing and Reproduction | 124.22 | 0.07% |
|     66700 · Professional Fees | 170.16 | 0.09% |
|     71100 · STORE RENT | 15,087.21 | 8.38% |
|     71101 · RENT - CAM | 1,357.15 | 0.75% |
|     71102 · PROPERTY TAXES | 1,503.10 | 0.83% |
|     73100 · TELEPHONE | 955.67 | 0.53% |
|     73101 · ELECTRIC | 4,805.08 | 2.67% |
|     73102 · GAS | 2,278.26 | 1.27% |
|     73103 · WATER | 46.98 | 0.03% |
|     73105 · TRASH | 648.81 | 0.36% |
|     74100 · REPAIS/MAIN. - BLG | 70.90 | 0.04% |
|     74101 · REPAIRS/MAIN. - EQUIP | 920.38 | 0.51% |
|     75100 · WORKER'S COMPENSATION | 858.31 | 0.48% |

# Little Caesars Profit and Loss YTD Period 9
## January 3 through September 11, 2017

|  | | |
|---|---:|---:|
| 75101 · ROYALTIES | 10,807.59 | 6.00% |
| 75103 · BANK SERVICE CHARGE | 2,515.93 | 1.40% |
| 75106 · RENT-EQUIPMENT | 1,399.44 | 0.78% |
| 75107 · INSURANCE (P & C) | 755.43 | 0.42% |
| 75111 · CONTRACT SERVICES | 5,604.23 | 3.11% |
| 75112 · MISCELLANEOUS | 3.78 | 0.00% |
| 75114 · CASH (OVER)/SHORT | 524.54 | 0.29% |
| 75115 · CREDIT CARD FEES | 751.56 | 0.42% |
| 75116 · SUPPLIES - CLEANING | 932.15 | 0.52% |
| 75117 · SUPPLIES - OPERATING | 127.62 | 0.07% |
| 75121 · INTEREST EXPENSEE | 49.92 | 0.03% |
| **Total Expense** | 67,223.01 | 37.33% |
| **Net Ordinary Income** | -2,125.29 | -1.18% |