# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | **BANKRUPTCY CASE NO.** |
| **ALABAMA PARTNERS, LLC,** | ) | |
| | ) | **17-03469-TOM11** |
| Debtor. | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE** that the undersigned appears in the above-captioned case on behalf of the party in interest Silver Hill II LLC ("Silver Hill") as counsel, and pursuant to Rules 2009 and 9010(B) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), requests that all notices given or required to be given and all papers served in this case be delivered to and served upon Silver Hill at the following address:

C. Ellis Brazeal III
Jones Walker LLP
One Federal Place
1819 5th Avenue North
Suite 1100
Birmingham, AL  35203
T: (205) 244-5237 | F: (205) 244-5400
ebrazeal@joneswalker.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notice and papers referred to in the aforementioned Bankruptcy Rules, but without limitation, all orders and notices of any application, motion, hearing, petition, request, complaint or demand, whether formal or informal , whether written or oral and whether transmitted or conveyed by mail, personal delivery, telephone, telegraph, telex, facsimile, electronic mail or otherwise, which affect or seek to affect in any way any right or interest of the debtor in the above-referenced case.

{BH335085.1}

This appearance and demand for notice and service of the papers is not and may not be deemed or construed to be a waiver of any of the substantive or procedural rights of Silver Hill, including, but not limited to any right (i) to require that where any adversary proceeding is initiated against Silver Hill in this or any related case, or where any proceeding is initiated by complaint against Silver Hill, the Bankruptcy Rules, the Federal Rules of Civil Procedure, and non-bankruptcy law, as applicable, shall apply, such that service upon the undersigned counsel is insufficient for any such proceeding; (ii) to have any final order in a matter entered only after *de novo* review by the United States District Court, as appropriate; (iii) to trial by jury in any proceeding so triable in this case or in any case, controversy, or proceeding related to this case; or (iv) to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or of any other right, claim, action, defense, setoffs, or recoupments Silver Hill expressly reserves.

This the 13th day of October, 2017.

/s/ C. Ellis Brazeal III
C. Ellis Brazeal III

*Attorney for Silver Hill II LLC*

OF COUNSEL:
**JONES WALKER, LLP**
One Federal Place
1819 5th Avenue North
Suite 1100
Birmingham, AL 35203
T: (205) 244-5200 | F: (205) 244-5400
ebrazeal@joneswalker.com

2

Case 17-03469-TOM7    Doc 129    Filed 10/13/17    Entered 10/13/17 16:09:04    Desc Main
Document    Page 2 of 3

## CERTIFICATE OF SERVICE

       I hereby certify that on October 13, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

                                    */s/ C. Ellis Brazeal III*
                                    OF COUNSEL