# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA - SOUTHERN DIVISION

In the Matter of:

| | |
|---|---|
| Alabama Partners, LLC | Case No: 17-03469-TOM11 |
| DEBTOR(S). | |

## ORDER RESCHEDULING HEARING

This matter came before the Court on Thursday, October 19, 2017 02:00 PM, for a hearing on the following:

RE: Doc #94; Final Hearing to Authorize Sale of Assets

Proper notice of the hearing was given and appearances were made by the following:

R. Scott Williams, attorney for Alabama Partners, LLC (Debtor)
Derek Meek, attorney for Checkers Drive-In Restaurants
Melissa Hayward, attorney for the Kaisani's - by phone
Dan Sparks, attorney for Customized Distribution, LLC
Richard O'neal, Assistant U.S. Attorney appearing on behalf of the Internal Revenue Service
Ed Ragland, Assistant U.S. Attorney appearing on behalf of the Internal Revenue Service

**It is therefore ORDERED, ADJUDGED and DECREED that:**

Based on arguments of counsel and the pleadings, this matter is continued to October 26, 2017 at 1:30 pm in courtroom number 3 of the Robert S. Vance Federal Building, 1800 5th Avenue North, Birmingham, Alabama.

Dated: 10/20/2017

/s/ TAMARA O. MITCHELL
TAMARA O. MITCHELL
United States Bankruptcy Judge