# Notice Recipients

| | | |
|---|---|---|
| District/Off: 1126–2 | User: ltumlin | Date Created: 10/25/2017 |
| Case: 17–03469–TOM11 | Form ID: pdf000 | Total: 26 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ba  | Jon A Dudeck | jon_dudeck@alnba.uscourts.gov |
| aty | Abigail M. McGibbon | abigail.mcgibbon@gpmlaw.com |
| aty | Clyde Ellis Brazeal, III | ebrazeal@joneswalker.com |
| aty | Daniel D Sparks | ddsparks@csattorneys.com |
| aty | Derek F Meek | dmeek@burr.com |
| aty | Frederick Darrell Clarke, III | fclarke@rumberger.com |
| aty | James Phillip Roberts | jroberts@burr.com |
| aty | Jeffery J Hartley | jjh@helmsinglaw.com |
| aty | Joseph D. Frank | jfrank@fgllp.com |
| aty | Julian Vasek | jvasek@haywardfirm.com |
| aty | Melissa S. Hayward | mhayward@haywardfirm.com |
| aty | Phillip W. Bohl | phillip.bohl@gpmlaw.com |
| aty | R. Scott Williams | swilliams@rumberger.com |
| aty | Richard E. O'Neal | USAALN.BANKRUPTCY@usdoj.gov |
| aty | Robert H Adams | radams@rumberger.com |

TOTAL: 15

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db  | Alabama Partners, LLC | PO Box 551267    Jacksonville, FL 32255 |
| cr  | Customized Distribution, LLC | % Daniel Sparks    Christian & Small LLP    1800 Financial Center    505 North 20th Street    Birmingham, AL 35203 |
| cr  | Checkers Drive–In Restaurants, Inc. | c/o Burr & Forman LLP    Derek Meek    420 N 20th St, Ste 3400    Birmingham, AL 35203 |
| ba  | J. Thomas Corbett | Bankruptcy Administrator    1800 5th Avenue North    Birmingham, AL 35203 |
| br  | Advanced Restaurant Sales | 111 Village Parkway Bldg #2    Marietta, GA 30067 |
| cr  | NCEP, LLC Department | Ascension Capital Group    P.O. Box 165028    Irving, TX 75016 |
| cr  | Insolvency Section Internal Revenue Service | 801 Broadway    MDP 146, Room 285    Nashville, TN 37203 |
| cr  | Silver Hill II LLC | c/o Ellis Brazeal Jones Walker    1819 5th Avenue North    Suite 1100    Birmingham, AL 35203 |
| aty | Leah Fiorenza McNeill | Bryan Cave LLP    1201 W Peachtree St NW 14tyh Floor    Atlanta, GA 30309 |
| aty | Mark I. Duedall | Bryan Cave LLP    1201 W Peachtree St NW 14tyh Floor    Atlanta, GA 30309 |
| smg | Thomas Corbett | BA Birmingham    1800 5th Avenue North    Birmingham, AL 35203 |

TOTAL: 11