IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF ALABAMA

SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| ALABAMA PARTNERS, LLC, et al., | ) | BANKRUPTCY CASE |
| | ) | NO: 17-03469-TOM |
| | ) | |
| DEBTORS. | ) | CHAPTER 11 |

## OBJECTION TO DEBTORS' MOTION AUTHORIZING SALE OF PROPERTY OF THE ESATTE FREE AND CLEAR OF LIENS, LEASES AND OTHER INTERESTS AND THE ASSUMPTION AND ASSIGNMENT OF CERTAIN CONTRACTS AND LEASES PURSUANT TO §§ 363 AND 365 OF THE BANKRUPTCY CODE

Comes now the United States of America in behalf of the Internal Revenue Service (hereafter referred to as "IRS") by and through its counsel Jay E. Town, United States Attorney for the Northern District of Alabama, and files this Objection to the Debtor Alabama Partners, LLC and BamaChex, Inc.'s Motion Authorizing Sale of Property of the Estate Free and Clear of Liens, Leases and Other Interests and the Assumption of Certain Contracts and Leases Pursuant to §§ 363 and 365 of the Bankruptcy Code ("Objection"). As grounds for this Objection, the IRS asserts as follows:

1. The Debtors, Alabama Partners, LLC (AP) and BamaChex, Inc. (BC) (collectively, the Alabama Debtors") filed for relief under Chapter 11 of the Bankruptcy Code on August 11, 2017.

2. On September 25, 2017, the IRS filed a claim in this case in the sum of $2,779,241.81. This claim represents the tax debt owed by BC and is classified as a secured claim in the sum of the sum of $2,357,847.15, an unsecured priority claim in the sum of $316,502.91 and a general unsecured claim in the sum of $104,864.75. A copy of the claim is attached hereto as Exhibit A.

3. The IRS contends that of the claimed sum of $2,779,241.81, the sum of $2,357,847.15 is secured by the Notice of Federal Tax Lien ("NFTLs") which were filed at the following place and on the following dates:

Office of the Judge of Probate of Etowah County, Alabama

05/12/2011

Office of the Judge of Probate of Walker County, Alabama

03/01/2011
05/13/2011

Office of the Judge of Probate of Cullman County, Alabama

02/28/2011
05/11/2011

Office of the Judge of Probate of Jefferson County, Alabama

03/07/2011
05/27/2011
11/22/2013
07/08/2014
07/08/2014
08/12/2014
04/06/2015
06/09/2015
12/17/2015
03/17/2016
05/23/2016
09/27/2016
11/23/2016
03/21/2017
06/16/2017

Office of the Secretary of State of Alabama

10/30/2013
06/16/2015
09/04/2015
11/30/2015
01/12/2016
04/11/2016

07/22/2016
11/07/2016
01/13/2017
04/10/2017

Pursuant to 26 U.S.C. § 6321, the NFTLs filed by the IRS attached to the BC's interest in all real and personal property. A copy of the NFTLs are attached the IRS claim.

    4.    Of the secured sum of $2,357,847.15, the total debt for the NFTLs which were recorded with the Office of the Secretary of State is the sum of $1,031,763.94. This is the amount of the secured IRS debt that attaches to the property which is the subject of the Debtor's Motion.

    5.    On October 24, 2017, the Debtor filed a Notice and Report of Auction Sale ("Report"). In its Report, the Alabama Debtors seek approval to sell certain of the assets of the Alabama Debtors for the sum of $1,350,000.00. The IRS does not object to the total sale price as stated in the Report and consents to the sale price provided it receives the sum of $1,031,763.94 at the closing of the sale.

    6.    In the Report, the Alabama Debtors propose that the sale proceeds be distributed in accordance with paragraph 12 of the Report with the deficiency in the Lease be cured from the proceeds of the sale contemplated by the APA. According to Exhibit B which is attached to the Report, this amount is $192,791.98. To the extent this debt constitutes a lien which has priority over the IRS NFTLS, the IRS does not object to this amount being paid from the proceeds of the sale.

    7.    In the Report, the Alabama Debtors propose that the sale proceeds be distributed in accordance with paragraph 12 of the Report with the monetary deficiencies that exist between the Franchisor and the Alabama Debtors being cured from the proceeds of the sale contemplated by the APA. The IRS objects to this debt being paid from the proceeds of the sale.

    8.    In the Report, the Alabama Debtors fail to propose any payment to the IRS on its secured claim and its NFTLs which attach to the proceeds of the sale. Further, the Report fails to provide that the IRS NFTLS will attach to the proceeds of the sale.

    9.    The IRS objects to any of the sale proceeds being disbursed to any creditor except within the payment priority scheme found in the Bankruptcy Code.

Case 17-03469-TOM7    Doc 134    Filed 10/25/17    Entered 10/25/17 16:28:05    Desc Main
Document    Page 3 of 7

The proposed distribution to certain unsecured creditors under the Alabama Debtors Report would give estate assets to members of a lower priority class to the detriment of a higher priority class. The IRS asserts that the distributions to creditors proposed under the sale violate the principal set forth in the Supreme Court's recent holding that Bankruptcy Courts may not deviate from the ordinary priority rules of the Bankruptcy Code without the consent of the affected creditors. See *Czyzewski v. Jevic Holding Corp.*, 580 U.S. ____, 137 S.Ct. 973 (2017).

10. The distribution scheme for the proceeds of the sale as set forth in the Alabama Debtor's Report of Sale is due to be disapproved. The Alabama Debtor's Amended Motion to Sell Substantially All of the Debtor's Operating Assets and Intellectual Property Free and Clear of Liens, Claims, Interests and Encumbrances ("Motion") is due to be denied as the Alabama Debtor's Motion does not meet the requirements of 11 U.S.C. § 363(f) as the IRS contends:

    a. There is no allegation that applicable non-bankruptcy law permits the sale as proposed by the Alabama Debtors;
    b. The IRS does not consent to the sale as proposed by the Alabama Debtors;
    c. There is no allegation that the sales price of the Property exceeds exceed the amount of the liens that encumber the Property;
    d. The NFTLs filed by the IRS are not in dispute; and,
    e. There is no allegation that the IRS could be compelled, in an equitable or legal proceeding to accept a money satisfaction of its interest in the Property.

Wherefore, based on the foregoing, the United States of America respectfully requests this Honorable Court for the following relief:

    a. Disapprove the Alabama debtor's Report

    b. Sustain the IRS Objection to the Alabama Debtor's Motion;

    c. Deny the Alabama Debtor's Motion; and,

    d. Grant the IRS such further relief as is equitable and just.

Respectfully submitted on this the 25th day of October 2017.

    JAY E. TOWN
    United States Attorney

    */s/Richard E. O'Neal*
    RICHARD E. O'NEAL
    Assistant United States Attorney
    1801 4th Avenue North
    Birmingham, Alabama 35203
    (205) 244-2120

    */s/ Edward Q. Ragland*
    EDWARD Q. RAGLAND
    Assistant United States Attorney
    1801 4th Avenue North
    Birmingham, Alabama 35203
    (205) 244-2109

## CERTIFICATE OF SERVICE

      This is to certify that a copy of the foregoing has been served on the following by electronic mail and/or first-class United States Mail, properly addressed and postage prepaid on this the 25th day of October 2017.

Mr. Robert H Adams
Rumberger, Kirk & Caldwell, P.C.
2001 Park Place North
Suite 1300
Birmingham, AL 35203

Mr. Frederick Darrell Clarke, III
Rumberger, Kirk & Caldwell
2001 Park Place North
Suite 1300
Birmingham, AL 35203

Mr. R. Scott Williams
Rumberger, Kirk & Caldwell, P.C.
2001 Park Place North
Suite 1300
Birmingham, AL 35203

Mr. Derek F. Meek
BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, AL 35203

Mr. James P. Roberts
BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, AL 35203

Mr. J. Thomas Corbett
Bankruptcy Administrator
United States Bankruptcy Administrator
Northern District of Alabama
Robert S. Vance Federal Building
1800 Fifth Avenue, North
Birmingham, Alabama 35203

Mr. Joseph D. Frank
Jeremy C. Kleinman
FRANKGECKER LLP
325 North LaSalle Street, Suite 625
Chicago, Illinois 60654

Mr. Jeffery J. Hartley
Attorney for R & F Birmingham, LLC
Helmsing, Leach, Herlong, Newman & Rouse, P.C.
Post Office Box 2767
Mobile, AL 36652

Ms. Abigail M. McGibbon
Mr. Phillip W. Bohl
GRAY, PLANT, MOOTY, MOOTY AND BENNETT, P.A.
500 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402

*/s/Richard E. O'Neal*
RICHARD E. O'NEAL
Assistant United States Attorney