**Fill in this information to identify the case:**

Debtor 1    BAMACHEX, INC.

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: NORTHERN      District of ALABAMA
                                                                   (State)

Case number   17-03471-TOM11

## Official Form 410
# Proof of Claim

04/16

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.**

| Part 1: | Identify the Claim |
| --- | --- |

| | |
| --- | --- |
| **1. Who is the current creditor?** | Department of the Treasury - Internal Revenue Service <br> Name of the current creditor (the person or entity to be paid for this claim) <br><br> Other names the creditor used with the debtor |
| **2. Has this claim been acquired from someone else?** | ■ No <br> ☐ Yes. From whom? |
| **3. Where should notices and payments to the creditor be sent?** <br><br> Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?** <br><br> Internal Revenue Service <br> Name <br><br> P.O. Box 7346 <br> Number     Street <br><br> Philadelphia    PA    19101-7346 <br> City    State    ZIP Code <br><br> Contact phone   1-800-973-0424 <br><br> Contact email <br><br> Creditor Number: 9457857 <br><br> Uniform claim identifier for electronic payments in chapter 13 (if you use one) | **Where should payments to the creditor be sent?** (if different) <br><br> Internal Revenue Service <br> Name <br><br> 801 BROADWAY M/S MDP 146 <br> Number     Street <br><br> NASHVILLE    TN    37203 <br> City    State    ZIP Code <br><br> Contact phone   (615) 250-5642 <br><br> Contact email |
| **4. Does this claim amend one already filed?** | ■ No <br> ☐ Yes. Claim number on court claims registry (if known)             Filed on: _____ <br>                                                          MM / DD / YYYY |
| **5. Do you know if anyone else has filed a proof of claim for this claim?** | ■ No <br> ☐ Yes. Who made the earlier filing? |

**6. Do you have any number you use to identify the debtor?**

☐ No
■ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___See Attachment___

**7. How much is the claim?**

$ 2,779,214.81

**Does this amount include interest or other charges?**
☐ No
■ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Taxes

**9. Is all or part of the claim secured?**

☐ No
■ Yes. The claim is secured by a lien on property.

**Nature of property:**

■ Real Estate. If the claim is secured by the debtor's principal residence, file a Mortgage Proof of Claim Attachment (Official Form 410-A) with this Proof of Claim.

■ Motor Vehicle

■ Other. Describe: *All of debtor(s) right, title and interest to property - 26 U.S.C. §6321.

**Basis for perfection:** ___See Attachment___
Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of Property:** $ _____

**Amount of the claim that is secured:** $ 2,357,847.15

**Amount of the claim that is unsecured:** $ 421,367.66 (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** $ _____

**Annual Interest Rate** (when case was filed) 4 %
☐ Fixed
■ Variable

**10. Is this claim based on a lease?**

■ No
☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $ _____

**11. Is this claim subject to a right of setoff?**

☐ No
■ Yes. Identify the property ___See Attachment___

| 12. | Is all or part of the claim entitled to priority under 11 U.S.C. §507(a)? |  |  |
|---|---|---|---|

**12. Is all or part of the claim entitled to priority under 11 U.S.C. §507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☐ No

■ Yes. Check all that apply:

| | **Amount entitled to priority** |
|---|---|
| ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $ _____ |
| ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $ _____ |
| ☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $ _____ |
| ■ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $ 316,502.91 |
| ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $ _____ |
| ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies. | $ _____ |

*Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment.

---

**Part 3:    Sign Below**

The person completing this proof of claim must sign and date it.
FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.
18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:

■ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date   08/24/2017
                   MM / DD / YYYY

/s/ KENYA BUFFORD
(Signature)

Print the name of the person who is completing and signing this claim:

| Name | KENYA | BUFFORD |
|---|---|---|
| | First name      Middle name | Last name |

Title    Bankruptcy Specialist

Company    Internal Revenue Service
           Identify the corporate servicer as the company if the authorized agent is a servicer.

Address    801 BROADWAY M/S MDP 146
           Number      Street

           NASHVILLE                    TN          37203
           City                         State       ZIP Code

Contact Phone  (615) 250-5642                    Email: _____

# Proof of Claim for Internal Revenue Taxes

Department of the Treasury/Internal Revenue Service



Form 410
Attachment

| Case Number |
|---|
| 17-03471-TOM11 |

| Type of Bankruptcy Case |
|---|
| CHAPTER 11 |

| Date of Petition |
|---|
| 08/11/2017 |

**In the Matter of:** BAMACHEX, INC.
PO BOX 551267
JACKSONVILLE, FL 32255

The United States has not identified a right of setoff or counterclaim. However, this determination is based on available data and is not intended to waive any right to setoff against this claim debts owed to this debtor by this or any other federal agency. All rights of setoff are preserved and will be asserted to the extent lawful.

## Secured Claims    (Notices of Federal tax lien filed under internal revenue laws before petition date)

| Taxpayer ID Number | Kind of Tax | Tax Period | Date Tax Assessed | Tax Due | Penalty to Petition Date | Interest to Petition Date | Notice of Tax Lien Filed: Date | Office Location |
|---|---|---|---|---|---|---|---|---|
| XX-XXX6953 | WT-FICA | 06/30/2010 | 04/11/2011 | $0.00 | $37,533.42 | $6,449.49 | 05/13/2011 | Walker County |
| | | | | | | | 05/12/2011 | Etowah County |
| | | | | | | | 05/11/2011 | PO BOX 970 |
| | | | | | | | 05/27/2011 | JEFFERSON (BIR' |
| XX-XXX6953 | WT-FICA | 09/30/2010 | 01/10/2011 | $0.00 | $4,415.27 | $8,129.71 | 02/28/2011 | PO BOX 970 |
| | | | | | | | 03/01/2011 | Walker County |
| | | | | | | | 03/07/2011 | JEFFERSON (BIR' |
| XX-XXX6953 | WT-FICA | 12/31/2010 | 04/11/2011 | $42,717.35 | $43,863.33 | $19,239.04 | 05/11/2011 | PO BOX 970 |
| | | | | | | | 05/12/2011 | Etowah County |
| | | | | | | | 05/13/2011 | Walker County |
| | | | | | | | 05/27/2011 | JEFFERSON (BIR' |
| XX-XXX6953 | FUTA | 12/31/2010 | 04/18/2011 | $7,129.29 | $4,071.40 | $1,704.82 | 05/13/2011 | Walker County |
| | | | | | | | 05/12/2011 | Etowah County |
| | | | | | | | 05/11/2011 | PO BOX 970 |
| | | | | | | | 05/27/2011 | JEFFERSON (BIR' |
| XX-XXX6953 | MISC PEN | 12/31/2010 | 06/24/2013 | $0.00 | $43,270.84 | $6,123.01 | 10/30/2013 | SECRETARY OF ST |
| | | | | | | | 11/22/2013 | JEFFERSON (BIR' |
| XX-XXX6953 | WT-FICA | 03/31/2011 | 07/04/2011 | $0.00 | $8,758.91 | $2,377.29 | 07/08/2014 | JEFFERSON (BIR' |
| XX-XXX6953 | WT-FICA | 06/30/2011 | 03/26/2012 | $98,007.44 | $57,413.17 | $25,956.93 | 07/08/2014 | JEFFERSON (BIR' |
| XX-XXX6953 | WT-FICA | 09/30/2011 | 04/23/2012 | $56,266.72 | $43,071.29 | $11,567.07 | 07/08/2014 | JEFFERSON (BIR' |
| XX-XXX6953 | FUTA | 12/31/2011 | 04/30/2012 | $4,418.01 | $2,011.53 | $868.15 | 07/08/2014 | JEFFERSON (BIR' |
| XX-XXX6953 | WT-FICA | 12/31/2012 | 12/02/2013 | $70,139.44 | $51,965.00 | $11,311.22 | 07/08/2014 | JEFFERSON (BIR' |
| XX-XXX6953 | FUTA | 12/31/2012 | 11/18/2013 | $5,880.16 | $4,869.67 | $955.37 | 07/08/2014 | JEFFERSON (BIR' |
| XX-XXX6953 | WT-FICA | 03/31/2013 | 06/24/2013 | $62,701.35 | $17,455.07 | $9,700.56 | 10/30/2013 | SECRETARY OF ST |
| | | | | | | | 11/22/2013 | JEFFERSON (BIR' |
| XX-XXX6953 | WT-FICA | 06/30/2013 | 09/30/2013 | $104,711.14 | $46,335.03 | $15,095.80 | 07/08/2014 | JEFFERSON (BIR' |
| XX-XXX6953 | WT-FICA | 09/30/2013 | 12/09/2013 | $88,756.25 | $45,045.52 | $12,015.04 | 07/08/2014 | JEFFERSON (BIR' |
| XX-XXX6953 | WT-FICA | 12/31/2013 | 05/05/2014 | $100,037.60 | $44,231.10 | $12,687.48 | 07/08/2014 | JEFFERSON (BIR' |
| XX-XXX6953 | FUTA | 12/31/2013 | 04/28/2014 | $7,732.73 | $3,295.64 | $980.66 | 07/08/2014 | JEFFERSON (BIR' |
| XX-XXX6953 | WT-FICA | 03/31/2014 | 06/16/2014 | $107,098.44 | $44,435.82 | $12,702.56 | 08/12/2014 | JEFFERSON (BIR' |
| XX-XXX6953 | WT-FICA | 06/30/2014 | 09/22/2014 | $30,561.38 | $15,875.37 | $3,385.16 | 04/06/2015 | JEFFERSON (BIR' |
| XX-XXX6953 | WT-FICA | 09/30/2014 | 05/18/2015 | $59,354.30 | $40,480.47 | $6,044.58 | 06/18/2015 | JEFFERSON (BIR' |
| | | | | | | | 06/16/2015 | SECRETARY OF ST |

# Proof of Claim for Internal Revenue Taxes

Department of the Treasury/Internal Revenue Service

**In the Matter of:** BAMACHEX, INC.
PO BOX 551267
JACKSONVILLE, FL 32255

Form **410**
Attachment

| Case Number |
| --- |
| 17-03471-TOM11 |

| Type of Bankruptcy Case |
| --- |
| CHAPTER 11 |

| Date of Petition |
| --- |
| 08/11/2017 |

## Secured Claims (Continued from Page 1)

| Taxpayer ID Number | Kind of Tax | Tax Period | Date Tax Assessed | Tax Due | Penalty to Petition Date | Interest to Petition Date | Notice of Tax Lien Filed: Date | Office Location |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| XX-XXX6953 | WT-FICA | 12/31/2014 | 05/18/2015 | $70,398.54 | $37,832.66 | $6,593.59 | 03/17/2016 | JEFFERSON (BIR' |
| | | | | | | | 11/07/2016 | SECRETARY OF ST |
| | | | | | | | 11/23/2016 | JEFFERSON (BIR' |
| | | | | | | | 06/16/2015 | SECRETARY OF ST |
| | | | | | | | 06/18/2015 | JEFFERSON (BIR' |
| | | | | | | | 01/12/2016 | SECRETARY OF ST |
| | | | | | | | 01/13/2017 | SECRETARY OF ST |
| | | | | | | | 12/17/2015 | JEFFERSON (BIR' |
| | | | | | | | 11/30/2015 | SECRETARY OF ST |
| | | | | | | | 03/21/2017 | JEFFERSON (BIR' |
| XX-XXX6953 | FUTA | 12/31/2014 | 05/11/2015 | $3,112.38 | $1,347.70 | $291.08 | 06/16/2015 | SECRETARY OF ST |
| | | | | | | | 06/18/2015 | JEFFERSON (BIR' |
| XX-XXX6953 | WT-FICA | 03/31/2015 | 08/10/2015 | $72,081.62 | $30,036.06 | $6,166.43 | 09/04/2015 | SECRETARY OF ST |
| | | | | | | | 06/16/2015 | JEFFERSON (BIR' |
| XX-XXX6953 | WT-FICA | 06/30/2015 | 10/05/2015 | $43,852.70 | $18,651.58 | $3,392.91 | 01/12/2016 | SECRETARY OF ST |
| | | | | | | | 03/17/2016 | JEFFERSON (BIR' |
| XX-XXX6953 | WT-FICA | 09/30/2015 | 01/11/2016 | $58,752.68 | $18,831.30 | $4,068.93 | 04/11/2016 | SECRETARY OF ST |
| | | | | | | | 05/23/2016 | JEFFERSON (BIR' |
| XX-XXX6953 | WT-FICA | 12/31/2015 | 04/11/2016 | $57,206.24 | $19,118.77 | $3,501.47 | 07/22/2016 | SECRETARY OF ST |
| | | | | | | | 09/27/2016 | JEFFERSON (BIR' |
| XX-XXX6953 | FUTA | 12/31/2015 | 05/16/2016 | $4,999.97 | $1,618.25 | $306.04 | 11/07/2016 | SECRETARY OF ST |
| | | | | | | | 11/23/2016 | JEFFERSON (BIR' |
| XX-XXX6953 | WT-FICA | 03/31/2016 | 07/04/2016 | $82,393.34 | $24,568.42 | $4,329.40 | 11/07/2016 | SECRETARY OF ST |
| | | | | | | | 11/23/2016 | JEFFERSON (BIR' |
| XX-XXX6953 | WT-FICA | 06/30/2016 | 10/10/2016 | $79,008.06 | $20,993.74 | $3,319.61 | 01/13/2017 | SECRETARY OF ST |
| | | | | | | | 03/21/2017 | JEFFERSON (BIR' |
| XX-XXX6953 | WT-FICA | 09/30/2016 | 01/02/2017 | $87,145.00 | $19,972.20 | $2,753.09 | 04/10/2017 | SECRETARY OF ST |
| | | | | $1,404,462.13 | $751,368.53 | $202,016.49 | | |

**Total Amount of Secured Claims: $2,357,847.15**

## Unsecured Priority Claims under section 507(a)(8) of the Bankruptcy Code

| Taxpayer ID Number | Kind of Tax | Tax Period | Date Tax Assessed | Tax Due | Interest to Petition Date |
| --- | --- | --- | --- | --- | --- |
| XX-XXX6953 | WT-FICA | 12/31/2016 | 04/10/2017 | $104,479.10 | $2,221.53 |
| XX-XXX6953 | CORP-INC | 12/31/2016 | *1* NOT FILED | $100.00 | $0.00 |
| XX-XXX6953 | FUTA | 12/31/2016 | 05/15/2017 | $7,295.07 | $155.12 |
| XX-XXX6953 | WT-FICA | 03/31/2017 | 04/10/2017 | $92,946.86 | $1,055.02 |

*1 THIS LIABILITY HAS BEEN LISTED AS A POTENTIAL LIABILITY AGAINST THE DEBTOR BECAUSE THE RETURN HAS NOT BEEN FILED. AS SOON AS THE DEBTOR FILES THE RETURN OR THE TAX IS OTHERWISE AS RE-QUIRED BY LAW THIS CLAIM WILL BE ADJUSTED TO REFLECT THE ASSESSED LIABILITY.*

# Proof of Claim for Internal Revenue Taxes

Department of the Treasury/Internal Revenue Service



Form **410**
Attachment

| Case Number |
|---|
| 17-03471-TOM11 |

| Type of Bankruptcy Case |
|---|
| CHAPTER 11 |

| Date of Petition |
|---|
| 08/11/2017 |

**In the Matter of:** BAMACHEX, INC.
PO BOX 551267
JACKSONVILLE, FL 32255

## Unsecured Priority Claims  (Continued from Page 2)

| Taxpayer ID Number | Kind of Tax | Tax Period | | Date Tax Assessed | Tax Due | Interest to Petition Date |
|---|---|---|---|---|---|---|
| XX-XXX6953 | WT-FICA | 06/30/2017 | 2 | Unassessed-No Return | $61,223.00 | $73.84 |
| XX-XXX6953 | WT-FICA | 09/30/2017 | 3 | Unassessed Liability | $42,417.37 | $0.00 |
| XX-XXX6953 | CORP-INC | 12/31/2017 | 1 | NOT FILED | $100.00 | $0.00 |
| XX-XXX6953 | FUTA | 12/31/2017 | 3 | Unassessed Liability | $4,437.00 | $0.00 |
| | | | | | $312,997.40 | $3,505.51 |

### Total Amount of Unsecured Priority Claims:  $316,502.91

## Unsecured General Claims

| Taxpayer ID Number | Kind of Tax | Tax Period | Date Tax Assessed | Tax Due | Interest to Petition Date |
|---|---|---|---|---|---|
| XX-XXX6953 | FUTA | 12/31/2013 | 03/14/2016 | $45,505.55 | $5,770.96 |

Penalty to date of petition on unsecured priority claims (including interest thereon) . . . . . . $38,452.24
Penalty to date of petition on unsecured general claims (including interest thereon) . . . . . . $15,136.00

### Total Amount of Unsecured General Claims:  $104,864.75

1 THE ABOVE LIABILITY HAS BEEN LISTED AS A POTENTIAL LIABILITY FOR THE DEBTOR BECAUSE THE RETURN HAS NOT BEEN FILED. AS SOON AS THE DEBTOR FILES THE RETURN WITH THE IRS AS RE-QUIRED BY LAW THIS CLAIM WILL BE ADJUSTED TO REFLECT THE ASSESSED LIABILITY.

2 UNASSESSED TAX LIABILITY(IES) HAVE BEEN LISTED ON THIS CLAIM BECAUSE OUR RECORDS SHOW NO RETURN(S) FILED. WHEN THE DEBTOR(S) FILES THE RETURN OR PROVIDES OTHER INFORMATION AS REQUIRED BY LAW THE CLAIM WILL BE AMENDED

3 THE ABOVE LIABILITY HAS BEEN LISTED AS A POTENTIAL LIABILITY FOR THE DEBTOR DUE TO DEBTOR'S FAILURE TO MAKE REQUIRED TAX DEPOSITS. AS SOON AS THE DEBTOR FILES THE RETURN WITH THE IRS AS REQUIRED BY LAW THIS CLAIM WILL BE ADJUSTED AS NECESSARY.

COURT RECORDING DATA

| INTERNAL REVENUE SERVICE<br>FACSIMILE FEDERAL TAX LIEN DOCUMENT<br><br>BANKRUPTCY DOCKET: 17-03471-TOM11 | Lien Recorded    : 10/30/2013 - 00:00AM<br>Recording Number:<br>UCC Number        : 13-0489790<br>Liber             :<br>Page              : |
|---|---|
| Area: SMALL BUSINESS/SELF EMPLOYED #5<br>Lien Unit Phone: (800) 913-6050 | IRS Serial Number: 963808313 |

This Lien Has Been Filed in Accordance with
Internal Revenue Regulation 301.6323(f)-1.

Name of Taxpayer:
  BAMACHEX INC, a Corporation
  CHECKERS

Residence:
  226 CROWNE WOODS DR
  HOOVER, AL 35244-7010

With respect to each assessment below, unless notice of lien
is refiled by the date in column(e), this notice shall constitute
the certificate of release of lien as defined in IRC 6325(a).

| Form<br>(a) | Period<br>(b) | ID Number<br>(c) | Assessed<br>(d) | Refile Deadline<br>(e) | Unpaid Balance<br>(f) |
|---|---|---|---|---|---|
| 6721 | 12/31/2010 | XX-XXX6953 | 06/24/2013 | 07/24/2023 | $23,600.00 |
| 941  | 03/31/2013 | XX-XXX6953 | 06/24/2013 | 07/24/2023 | $64,673.20 |

| Filed at:  STATE OF ALABAMA<br>            SECRETARY OF STATE<br>            MONTGOMERY, AL 36103-5616 | Total | $88,273.20 |
|---|---|---|

This notice was prepared and executed at NASHVILLE, TN
on this, the 30th day of September, 2013.

| Authorizing Official:<br>  CLINT LOTT | Title:<br>  REVENUE OFFICER      25-02-3344 |
|---|---|

COURT RECORDING DATA

| INTERNAL REVENUE SERVICE<br>FACSIMILE FEDERAL TAX LIEN DOCUMENT<br><br>BANKRUPTCY DOCKET: 17-03471-TOM11 | Lien Recorded  : 11/22/2013 - 00:00AM<br>Recording Number:<br>UCC Number    :<br>Liber         : LR201319<br>Page          : 28900 |
|---|---|
| Area: SMALL BUSINESS/SELF EMPLOYED #5<br>Lien Unit Phone: (800) 913-6050 | IRS Serial Number: 963808413 |

This Lien Has Been Filed in Accordance with
Internal Revenue Regulation 301.6323(f)-1.

Name of Taxpayer:
  BAMACHEX INC, a Corporation
  CHECKERS

Residence:
  226 CROWNE WOODS DR
  HOOVER, AL 35244-7010

With respect to each assessment below, unless notice of lien
is refiled by the date in column(e), this notice shall constitute
the certificate of release of lien as defined in IRC 6325(a).

| Form (a) | Period (b) | ID Number (c) | Assessed (d) | Refile Deadline (e) | Unpaid Balance (f) |
|---|---|---|---|---|---|
| 6721 | 12/31/2010 | XX-XXX6953 | 06/24/2013 | 07/24/2023 | $23,600.00 |
| 941 | 03/31/2013 | XX-XXX6953 | 06/24/2013 | 07/24/2023 | $64,673.20 |

| Filed at:  Judge of Probate<br>           JEFFERSON (BIR'HAM) County<br>           Birmingham, AL 35203 | Total | $88,273.20 |
|---|---|---|

This notice was prepared and executed at NASHVILLE, TN
on this, the 30th day of September, 2013.

| Authorizing Official:<br>CLINT LOTT | Title:<br>REVENUE OFFICER    25-02-3344 |
|---|---|

1872                                    COURT RECORDING DATA

| İNTERNAL REVENUE SERVICE | Lien Recorded   : 11/30/2015 - 00:00AM |
| FACSIMILE FEDERAL TAX LIEN DOCUMENT | Recording Number: |
| | UCC Number      : 15-0628706 |
| BANKRUPTCY DOCKET: 17-03471-TOM11 | Liber           : |
| | Page            : |

| Area: SMALL BUSINESS/SELF EMPLOYED #5 | IRS Serial Number: 184994415 |
| Lien Unit Phone: (800) 913-6050 | |

            This Lien Has Been Filed in Accordance with
               Internal Revenue Regulation 301.6323(f)-1.

Name of Taxpayer:
  BAMACHEX INC, a Corporation


Residence:
  226 CROWNE WOODS DR
  HOOVER, AL 35244-7010

  With respect to each assessment below, unless notice of lien
  is refiled by the date in column(e), this notice shall constitute
  the certificate of release of lien as defined in IRC 6325(a).

| Form (a) | Period (b) | ID Number (c) | Assessed (d) | Refile Deadline (e) | Unpaid Balance (f) |
|---|---|---|---|---|---|
| 941 | 12/31/2014 | XX-XXX6953 | 05/18/2015 | 06/17/2025 | $92,029.08 |

| Filed at: STATE OF ALABAMA | | |
| SECRETARY OF STATE | Total | $92,029.08 |
| MONTGOMERY, AL 36103-5616 | | |

This notice was prepared and executed at NASHVILLE, TN
on this, the 05th day of November, 2015.

| Authorizing Official: | Title: | |
| DOUGLAS W ARNOLD | REVENUE OFFICER | 25-11-1835 |

COURT RECORDING DATA

| INTERNAL REVENUE SERVICE FACSIMILE FEDERAL TAX LIEN DOCUMENT | Lien Recorded     : 12/17/2015 - 00:00AM |
|---|---|

INTERNAL REVENUE SERVICE
FACSIMILE FEDERAL TAX LIEN DOCUMENT


BANKRUPTCY DOCKET: 17-03471-TOM11

Lien Recorded     : 12/17/2015 - 00:00AM
Recording Number: 201512300122328
UCC Number        :
Liber             :
Page              :

---

Area: SMALL BUSINESS/SELF EMPLOYED #5
Lien Unit Phone: (800) 913-6050

IRS Serial Number: 184994515

---

This Lien Has Been Filed in Accordance with
Internal Revenue Regulation 301.6323(f)-1.

Name of Taxpayer:
  BAMACHEX INC, a Corporation


Residence:
  226 CROWNE WOODS DR
  HOOVER, AL 35244-7010

With respect to each assessment below, unless notice of lien
is refiled by the date in column(e), this notice shall constitute
the certificate of release of lien as defined in IRC 6325(a).

| Form (a) | Period (b) | ID Number (c) | Assessed (d) | Refile Deadline (e) | Unpaid Balance (f) |
|---|---|---|---|---|---|
| 941 | 12/31/2014 | XX-XXX6953 | 05/18/2015 | 06/17/2025 | $92,029.08 |

| Filed at: Judge of Probate | | |
|---|---|---|
| JEFFERSON (BIR'HAM) County Birmingham, AL 35203 | Total | $92,029.08 |

Filed at:  Judge of Probate
           JEFFERSON (BIR'HAM) County
           Birmingham, AL 35203

This notice was prepared and executed at NASHVILLE, TN
on this, the 05th day of November, 2015.

| Authorizing Official: DOUGLAS W ARNOLD | Title: REVENUE OFFICER | 25-11-1835 |
|---|---|---|

1872

COURT RECORDING DATA

| INTERNAL REVENUE SERVICE<br>FACSIMILE FEDERAL TAX LIEN DOCUMENT<br><br>BANKRUPTCY DOCKET: 17-03471-TOM11 | Lien Recorded   : 04/10/2017 - 00:00AM<br>Recording Number:<br>UCC Number      : 17-0171910<br>Liber           :<br>Page            : |
|---|---|
| Area: SMALL BUSINESS/SELF EMPLOYED #5<br>Lien Unit Phone: (800) 913-6050 | IRS Serial Number: 254666317 |

This Lien Has Been Filed in Accordance with
Internal Revenue Regulation 301.6323(f)-1.

Name of Taxpayer:
  BAMACHEX INC, a Corporation


Residence:
  226 CROWNE WOODS DR
  HOOVER, AL 35244-7010

With respect to each assessment below, unless notice of lien
is refiled by the date in column(e), this notice shall constitute
the certificate of release of lien as defined in IRC 6325(a).

| Form<br>(a) | Period<br>(b) | ID Number<br>(c) | Assessed<br>(d) | Refile Deadline<br>(e) | Unpaid Balance<br>(f) |
|---|---|---|---|---|---|
| 941 | 09/30/2016 | XX-XXX6953 | 01/02/2017 | 02/01/2027 | $102,937.45 |

| Filed at: STATE OF ALABAMA<br>           SECRETARY OF STATE<br>           MONTGOMERY, AL 36103-5616 | Total | $102,937.45 |
|---|---|---|

This notice was prepared and executed at NASHVILLE, TN
on this, the 29th day of March, 2017.

| Authorizing Official:<br>  JUDITH F ROMINE | Title:<br>  REVENUE OFFICER        25-11-1811 |
|---|---|

1872

COURT RECORDING DATA

| INTERNAL REVENUE SERVICE<br>FACSIMILE FEDERAL TAX LIEN DOCUMENT<br><br>BANKRUPTCY DOCKET: 17-03471-TOM11 | Lien Recorded : 01/13/2017 - 00:00AM<br>Recording Number:<br>UCC Number : 17-0020065<br>Liber :<br>Page : |
|---|---|
| Area: SMALL BUSINESS/SELF EMPLOYED #5<br>Lien Unit Phone: (800) 913-6050 | IRS Serial Number: 243912916 |

This Lien Has Been Filed in Accordance with
Internal Revenue Regulation 301.6323(f)-1.

Name of Taxpayer:
  BAMACHEX INC, a Corporation


Residence:
  226 CROWNE WOODS DR
  HOOVER, AL 35244-7010

With respect to each assessment below, unless notice of lien
is refiled by the date in column(e), this notice shall constitute
the certificate of release of lien as defined in IRC 6325(a).

| Form<br>(a) | Period<br>(b) | ID Number<br>(c) | Assessed<br>(d) | Refile Deadline<br>(e) | Unpaid Balance<br>(f) |
|---|---|---|---|---|---|
| 941 | 12/31/2014 | XX-XXX6953 | 05/18/2015 | 06/17/2025 | $92,188.08 |
| 941 | 06/30/2016 | XX-XXX6953 | 10/10/2016 | 11/09/2026 | $93,407.07 |

| Filed at: STATE OF ALABAMA<br>SECRETARY OF STATE<br>MONTGOMERY, AL 36103-5616 | Total | $185,595.15 |
|---|---|---|

This notice was prepared and executed at NASHVILLE, TN
on this, the 30th day of December, 2016.

| Authorizing Official:<br>DOUGLAS W ARNOLD | Title:<br>REVENUE OFFICER   25-11-1835 |
|---|---|

Case 17-03471-TOM11   Claim 36-1   Filed 09/25/17   Desc Main Document   Page 12 of
Exhibit   Page 12 of 36

COURT RECORDING DATA

| INTERNAL REVENUE SERVICE FACSIMILE FEDERAL TAX LIEN DOCUMENT | Lien Recorded    : 03/21/2017 - 00:00AM |
|---|---|

INTERNAL REVENUE SERVICE
FACSIMILE FEDERAL TAX LIEN DOCUMENT

BANKRUPTCY DOCKET: 17-03471-TOM11

Lien Recorded    : 03/21/2017 - 00:00AM
Recording Number: 2017027663
UCC Number       :
Liber            :
Page             :

Area: SMALL BUSINESS/SELF EMPLOYED #5
Lien Unit Phone: (800) 913-6050

IRS Serial Number: 243913016

This Lien Has Been Filed in Accordance with
Internal Revenue Regulation 301.6323(f)-1.

Name of Taxpayer:
  BAMACHEX INC, a Corporation

Residence:
  226 CROWNE WOODS DR
  HOOVER, AL 35244-7010

With respect to each assessment below, unless notice of lien
is refiled by the date in column(e), this notice shall constitute
the certificate of release of lien as defined in IRC 6325(a).

| Form (a) | Period (b) | ID Number (c) | Assessed (d) | Refile Deadline (e) | Unpaid Balance (f) |
|---|---|---|---|---|---|
| 941 | 12/31/2014 | XX-XXX6953 | 05/18/2015 | 06/17/2025 | $92,188.08 |
| 941 | 06/30/2016 | XX-XXX6953 | 10/10/2016 | 11/09/2026 | $93,407.07 |

| Filed at: Judge of Probate JEFFERSON (BIR'HAM) County Birmingham, AL 35203 | Total | $185,595.15 |
|---|---|---|

This notice was prepared and executed at NASHVILLE, TN
on this, the 30th day of December, 2016.

| Authorizing Official: DOUGLAS W ARNOLD | Title: REVENUE OFFICER    25-11-1835 |
|---|---|

COURT RECORDING DATA

| INTERNAL REVENUE SERVICE<br>FACSIMILE FEDERAL TAX LIEN DOCUMENT<br><br>BANKRUPTCY DOCKET: 17-03471-TOM11 | Lien Recorded   : 08/12/2014 - 00:00AM<br>Recording Number:<br>UCC Number       :<br>Liber            : LR201415<br>Page             : 18185 |
|---|---|
| Area: SMALL BUSINESS/SELF EMPLOYED #5<br>Lien Unit Phone: (800) 913-6050 | IRS Serial Number: 108566714 |

This Lien Has Been Filed in Accordance with
Internal Revenue Regulation 301.6323(f)-1.

Name of Taxpayer:
  BAMACHEX INC, a Corporation


Residence:
  226 CROWNE WOODS DR
  HOOVER, AL 35244-7010

With respect to each assessment below, unless notice of lien
is refiled by the date in column(e), this notice shall constitute
the certificate of release of lien as defined in IRC 6325(a).

| Form<br>(a) | Period<br>(b) | ID Number<br>(c) | Assessed<br>(d) | Refile Deadline<br>(e) | Unpaid Balance<br>(f) |
|---|---|---|---|---|---|
| 941 | 03/31/2014 | XX-XXX6953 | 06/16/2014 | 07/16/2024 | $123,319.95 |

| Filed at: | Judge of Probate<br>JEFFERSON (BIR'HAM) County<br>Birmingham, AL 35203 | Total | $123,319.95 |
|---|---|---|---|

This notice was prepared and executed at NASHVILLE, TN
on this, the 08th day of July, 2014.

| Authorizing Official:<br> BETTY M CARTER | Title:<br>REVENUE OFFICER | 25-14-1465 |
|---|---|---|

1872

| INTERNAL REVENUE SERVICE<br>FACSIMILE FEDERAL TAX LIEN DOCUMENT<br><br>BANKRUPTCY DOCKET: 17-03471-TOM11 | Lien Recorded : 07/22/2016 - 00:00AM<br>Recording Number:<br>UCC Number : 16-0387385<br>Liber :<br>Page : |
|---|---|
| Area: SMALL BUSINESS/SELF EMPLOYED #5<br>Lien Unit Phone: (800) 913-6050 | IRS Serial Number: 220836216 |

This Lien Has Been Filed in Accordance with
Internal Revenue Regulation 301.6323(f)-1.

Name of Taxpayer:
 BAMACHEX INC, a Corporation

Residence:
 PO BOX 361506
 BIRMINGHAM, AL 35236-1506

With respect to each assessment below, unless notice of lien
is refiled by the date in column(e), this notice shall constitute
the certificate of release of lien as defined in IRC 6325(a).

| Form<br>(a) | Period<br>(b) | ID Number<br>(c) | Assessed<br>(d) | Refile Deadline<br>(e) | Unpaid Balance<br>(f) |
|---|---|---|---|---|---|
| 941 | 12/31/2015 | XX-XXX6953 | 04/11/2016 | 05/11/2026 | $67,754.75 |

| Filed at: STATE OF ALABAMA<br>          SECRETARY OF STATE<br>          MONTGOMERY, AL 36103-5616 | Total | $67,754.75 |
|---|---|---|

This notice was prepared and executed at NASHVILLE, TN
on this, the 12th day of July, 2016.

| Authorizing Official:<br>DOUGLAS W ARNOLD | Title:<br>REVENUE OFFICER    25-11-1835 |
|---|---|

COURT RECORDING DATA

| | |
|---|---|
| INTERNAL REVENUE SERVICE<br>FACSIMILE FEDERAL TAX LIEN DOCUMENT<br><br>BANKRUPTCY DOCKET: 17-03471-TOM11 | Lien Recorded    : 09/27/2016 - 00:00AM<br>Recording Number: 2016100419<br>UCC Number       :<br>Liber            :<br>Page             : |
| Area: SMALL BUSINESS/SELF EMPLOYED #5<br>Lien Unit Phone: (800) 913-6050 | IRS Serial Number: 220836316 |

This Lien Has Been Filed in Accordance with
Internal Revenue Regulation 301.6323(f)-1.

Name of Taxpayer:
  BAMACHEX INC, a Corporation

Residence:
  PO BOX 361506
  BIRMINGHAM, AL 35236-1506

With respect to each assessment below, unless notice of lien
is refiled by the date in column(e), this notice shall constitute
the certificate of release of lien as defined in IRC 6325(a).

| Form<br>(a) | Period<br>(b) | ID Number<br>(c) | Assessed<br>(d) | Refile Deadline<br>(e) | Unpaid Balance<br>(f) |
|---|---|---|---|---|---|
| 941 | 12/31/2015 | XX-XXX6953 | 04/11/2016 | 05/11/2026 | $67,754.75 |

| | | |
|---|---|---|
| Filed at:  Judge of Probate<br>            JEFFERSON (BIR'HAM) County<br>            Birmingham, AL 35203 | Total | $67,754.75 |

This notice was prepared and executed at NASHVILLE, TN
on this, the 12th day of July, 2016.

| Authorizing Official:<br>  DOUGLAS W ARNOLD | Title:<br>  REVENUE OFFICER        25-11-1835 |
|---|---|

COURT RECORDING DATA

| | |
|---|---|
| INTERNAL REVENUE SERVICE<br>FACSIMILE FEDERAL TAX LIEN DOCUMENT<br><br>BANKRUPTCY DOCKET: 17-03471-TOM11 | Lien Recorded   : 11/07/2016 - 00:00AM<br>Recording Number:<br>UCC Number     : 16-0575907<br>Liber          :<br>Page           : |
| Area: SMALL BUSINESS/SELF EMPLOYED #5<br>Lien Unit Phone: (800) 913-6050 | IRS Serial Number: 235265516 |

This Lien Has Been Filed in Accordance with
Internal Revenue Regulation 301.6323(f)-1.

Name of Taxpayer:
  BAMACHEX INC, a Corporation

Residence:
  PO BOX 361506
  BIRMINGHAM, AL 35236-1506

With respect to each assessment below, unless notice of lien
is refiled by the date in column(e), this notice shall constitute
the certificate of release of lien as defined in IRC 6325(a).

| Form<br>(a) | Period<br>(b) | ID Number<br>(c) | Assessed<br>(d) | Refile Deadline<br>(e) | Unpaid Balance<br>(f) |
|---|---|---|---|---|---|
| 941 | 12/31/2014 | XX-XXX6953 | 05/18/2015 | 06/17/2025 | $92,135.08 |
| 940 | 12/31/2015 | XX-XXX6953 | 05/16/2016 | 06/15/2026 | $5,946.58 |
| 941 | 03/31/2016 | XX-XXX6953 | 07/04/2016 | 08/03/2026 | $97,400.27 |

| | | |
|---|---|---|
| Filed at:  STATE OF ALABAMA<br>          SECRETARY OF STATE<br>          MONTGOMERY, AL 36103-5616 | Total | $195,481.93 |

This notice was prepared and executed at NASHVILLE, TN
on this, the 24th day of October, 2016.

| Authorizing Official:<br>  DOUGLAS W ARNOLD | Title:<br>  REVENUE OFFICER         25-11-1835 |
|---|---|

COURT RECORDING DATA

| INTERNAL REVENUE SERVICE<br>FACSIMILE FEDERAL TAX LIEN DOCUMENT<br><br>BANKRUPTCY DOCKET: 17-03471-TOM11 | Lien Recorded   : 11/23/2016 - 00:00AM<br>Recording Number: 2016123248<br>UCC Number      :<br>Liber           :<br>Page            : |
|---|---|
| Area: SMALL BUSINESS/SELF EMPLOYED #5<br>Lien Unit Phone: (800) 913-6050 | IRS Serial Number: 235265616 |

This Lien Has Been Filed in Accordance with
Internal Revenue Regulation 301.6323(f)-1.

Name of Taxpayer:
  BAMACHEX INC, a Corporation


Residence:
  PO BOX 361506
  BIRMINGHAM, AL 35236-1506

With respect to each assessment below, unless notice of lien
is refiled by the date in column(e), this notice shall constitute
the certificate of release of lien as defined in IRC 6325(a).

| Form<br>(a) | Period<br>(b) | ID Number<br>(c) | Assessed<br>(d) | Refile Deadline<br>(e) | Unpaid Balance<br>(f) |
|---|---|---|---|---|---|
| 941 | 12/31/2014 | XX-XXX6953 | 05/18/2015 | 06/17/2025 | $92,135.08 |
| 940 | 12/31/2015 | XX-XXX6953 | 05/16/2016 | 06/15/2026 | $5,946.58 |
| 941 | 03/31/2016 | XX-XXX6953 | 07/04/2016 | 08/03/2026 | $97,400.27 |

| Filed at: Judge of Probate<br>          JEFFERSON (BIR'HAM) County<br>          Birmingham, AL 35203 | Total | $195,481.93 |
|---|---|---|

This notice was prepared and executed at NASHVILLE, TN
on this, the 24th day of October, 2016.

| Authorizing Official:<br>  DOUGLAS W ARNOLD | Title:<br>  REVENUE OFFICER          25-11-1835 |
|---|---|

COURT RECORDING DATA

| INTERNAL REVENUE SERVICE | Lien Recorded : 04/06/2015 - 00:00AM |
|---|---|

INTERNAL REVENUE SERVICE
FACSIMILE FEDERAL TAX LIEN DOCUMENT

BANKRUPTCY DOCKET: 17-03471-TOM11

Lien Recorded   : 04/06/2015 - 00:00AM
Recording Number: 20150406000340960
UCC Number      :
Liber           : LR201512
Page            : 4815

Area: SMALL BUSINESS/SELF EMPLOYED #5
Lien Unit Phone: (800) 913-6050

IRS Serial Number: 145923415

This Lien Has Been Filed in Accordance with
Internal Revenue Regulation 301.6323(f)-1.

Name of Taxpayer:
  BAMACHEX INC, a Corporation

Residence:
  PO BOX 361506
  BIRMINGHAM, AL 35236-1506

With respect to each assessment below, unless notice of lien
is refiled by the date in column(e), this notice shall constitute
the certificate of release of lien as defined in IRC 6325(a).

| Form (a) | Period (b) | ID Number (c) | Assessed (d) | Refile Deadline (e) | Unpaid Balance (f) |
|---|---|---|---|---|---|
| 941 | 06/30/2014 | XX-XXX6953 | 09/22/2014 | 10/22/2024 | $37,852.39 |

| Filed at: Judge of Probate JEFFERSON (BIR'HAM) County Birmingham, AL 35203 | Total | $37,852.39 |
|---|---|---|

This notice was prepared and executed at NASHVILLE, TN
on this, the 27th day of February, 2015.

| Authorizing Official: BETTY M CARTER | Title: REVENUE OFFICER | 25-14-1465 |
|---|---|---|

COURT RECORDING DATA

| INTERNAL REVENUE SERVICE<br>FACSIMILE FEDERAL TAX LIEN DOCUMENT<br><br>BANKRUPTCY DOCKET: 17-03471-TOM11 | Lien Recorded    : 06/16/2015 - 00:00AM<br>Recording Number:<br>UCC Number       : I-15-0298914<br>Liber            :<br>Page             : |
|---|---|
| Area: SMALL BUSINESS/SELF EMPLOYED #5<br>Lien Unit Phone: (800) 913-6050 | IRS Serial Number: 160336815 |

This Lien Has Been Filed in Accordance with
Internal Revenue Regulation 301.6323(f)-1.

Name of Taxpayer:
 BAMACHEX INC, a Corporation

Residence:
 PO BOX 361506
 BIRMINGHAM, AL 35236-1506

With respect to each assessment below, unless notice of lien
is refiled by the date in column(e), this notice shall constitute
the certificate of release of lien as defined in IRC 6325(a).

| Form<br>(a) | Period<br>(b) | ID Number<br>(c) | Assessed<br>(d) | Refile Deadline<br>(e) | Unpaid Balance<br>(f) |
|---|---|---|---|---|---|
| 941 | 09/30/2014 | XX-XXX6953 | 05/18/2015 | 06/17/2025 | $82,925.56 |
| 941 | 12/31/2014 | XX-XXX6953 | 05/18/2015 | 06/17/2025 | $87,903.93 |
| 940 | 12/31/2014 | XX-XXX6953 | 05/11/2015 | 06/10/2025 | $3,692.86 |

| Filed at:  STATE OF ALABAMA<br>            SECRETARY OF STATE<br>            MONTGOMERY, AL 36103-5616 | Total | $174,522.35 |
|---|---|---|

This notice was prepared and executed at NASHVILLE, TN
on this, the 03rd day of June, 2015.

| Authorizing Official:<br> DOUGLAS W ARNOLD | Title:<br> REVENUE OFFICER     25-11-1835 |
|---|---|

COURT RECORDING DATA

| INTERNAL REVENUE SERVICE<br>FACSIMILE FEDERAL TAX LIEN DOCUMENT<br><br>BANKRUPTCY DOCKET: 17-03471-TOM11 | Lien Recorded : 06/18/2015 - 00:00AM<br>Recording Number:<br>UCC Number :<br>Liber : LR201513<br>Page : 20494 |
|---|---|
| Area: SMALL BUSINESS/SELF EMPLOYED #5<br>Lien Unit Phone: (800) 913-6050 | IRS Serial Number: 160336915 |

This Lien Has Been Filed in Accordance with
Internal Revenue Regulation 301.6323(f)-1.

Name of Taxpayer:
  BAMACHEX INC, a Corporation

Residence:
  PO BOX 361506
  BIRMINGHAM, AL 35236-1506

With respect to each assessment below, unless notice of lien
is refiled by the date in column(e), this notice shall constitute
the certificate of release of lien as defined in IRC 6325(a).

| Form<br>(a) | Period<br>(b) | ID Number<br>(c) | Assessed<br>(d) | Refile Deadline<br>(e) | Unpaid Balance<br>(f) |
|---|---|---|---|---|---|
| 941 | 09/30/2014 | XX-XXX6953 | 05/18/2015 | 06/17/2025 | $82,925.56 |
| 941 | 12/31/2014 | XX-XXX6953 | 05/18/2015 | 06/17/2025 | $87,903.93 |
| 940 | 12/31/2014 | XX-XXX6953 | 05/11/2015 | 06/10/2025 | $3,692.86 |

| Filed at: Judge of Probate<br>          JEFFERSON (BIR'HAM) County<br>          Birmingham, AL 35203 | Total | $174,522.35 |
|---|---|---|

This notice was prepared and executed at NASHVILLE, TN
on this, the 03rd day of June, 2015.

| Authorizing Official:<br>  DOUGLAS W ARNOLD | Title:<br>  REVENUE OFFICER    25-11-1835 |
|---|---|

COURT RECORDING DATA

| INTERNAL REVENUE SERVICE FACSIMILE FEDERAL TAX LIEN DOCUMENT | Lien Recorded : 07/08/2014 — 15:33PM |
|---|---|

INTERNAL REVENUE SERVICE

FACSIMILE FEDERAL TAX LIEN DOCUMENT

BANKRUPTCY DOCKET: 17-03471-TOM11

Lien Recorded   : 07/08/2014 — 15:33PM
Recording Number:
UCC Number      :
Liber           : LR201414
Page            : 21380

Area: SMALL BUSINESS/SELF EMPLOYED #5
Lien Unit Phone: (800) 913-6050

IRS Serial Number: 103012914

This Lien Has Been Filed in Accordance with
Internal Revenue Regulation 301.6323(f)-1.

Name of Taxpayer:
  BAMACHEX INC, a Corporation

Residence:
  PO BOX 361506
  BIRMINGHAM, AL 35236-1506

With respect to each assessment below, unless notice of lien
is refiled by the date in column(e), this notice shall constitute
the certificate of release of lien as defined in IRC 6325(a).

| Form (a) | Period (b) | ID Number (c) | Assessed (d) | Refile Deadline (e) | Unpaid Balance (f) |
|---|---|---|---|---|---|
| 941 | 12/31/2013 | XX-XXX6953 | 05/05/2014 | 06/04/2024 | $118,598.58 |
| 940 | 12/31/2013 | XX-XXX6953 | 04/28/2014 | 05/28/2024 | $9,064.11 |

| Filed at: Judge of Probate JEFFERSON (BIR'HAM) County Birmingham, AL 35203 | Total | $127,662.69 |
|---|---|---|

This notice was prepared and executed at NASHVILLE, TN
on this, the 03rd day of June, 2014.

| Authorizing Official: BETTY M CARTER | Title: REVENUE OFFICER    25-14-1465 |
|---|---|

COURT RECORDING DATA

| INTERNAL REVENUE SERVICE | Lien Recorded   : 01/12/2016 — 17:00PM |
| FACSIMILE FEDERAL TAX LIEN DOCUMENT | Recording Number: |
| | UCC Number      : 16-0017363 |
| | Liber           : |
| BANKRUPTCY DOCKET: 17-03471-TOM11 | Page            : |

| Area: SMALL BUSINESS/SELF EMPLOYED #5 | IRS Serial Number: 192501215 |
| Lien Unit Phone: (800) 913-6050 | |

This Lien Has Been Filed in Accordance with
Internal Revenue Regulation 301.6323(f)-1.

Name of Taxpayer:
  BAMACHEX INC, a Corporation

Residence:
  PO BOX 361506
  BIRMINGHAM, AL 35236-1506

With respect to each assessment below, unless notice of lien
is refiled by the date in column(e), this notice shall constitute
the certificate of release of lien as defined in IRC 6325(a).

| Form (a) | Period (b) | ID Number (c) | Assessed (d) | Refile Deadline (e) | Unpaid Balance (f) |
|---|---|---|---|---|---|
| 941 | 12/31/2014 | XX-XXX6953 | 05/18/2015 | 06/17/2025 | $92,082.08 |
| 941 | 06/30/2015 | XX-XXX6953 | 10/05/2015 | 11/04/2025 | $53,055.69 |

| Filed at: STATE OF ALABAMA | | |
| SECRETARY OF STATE | Total | $145,137.77 |
| MONTGOMERY, AL 36103-5616 | | |

This notice was prepared and executed at NASHVILLE, TN
on this, the 30th day of December, 2015.

| Authorizing Official: | Title: | |
| DOUGLAS W ARNOLD | REVENUE OFFICER | 25-11-1835 |

COURT RECORDING DATA

| INTERNAL REVENUE SERVICE<br>FACSIMILE FEDERAL TAX LIEN DOCUMENT<br><br>BANKRUPTCY DOCKET: 17-03471-TOM11 | Lien Recorded    : 03/17/2016 - 00:00AM<br>Recording Number: 2016025105<br>UCC Number       :<br>Liber            :<br>Page             : |
|---|---|
| Area: SMALL BUSINESS/SELF EMPLOYED #5<br>Lien Unit Phone: (800) 913-6050 | IRS Serial Number: 192501315 |

This Lien Has Been Filed in Accordance with
Internal Revenue Regulation 301.6323(f)-1.

Name of Taxpayer:
 BAMACHEX INC, a Corporation


Residence:
 PO BOX 361506
 BIRMINGHAM, AL 35236-1506


With respect to each assessment below, unless notice of lien
is refiled by the date in column(e), this notice shall constitute
the certificate of release of lien as defined in IRC 6325(a).

| Form<br>(a) | Period<br>(b) | ID Number<br>(c) | Assessed<br>(d) | Refile Deadline<br>(e) | Unpaid Balance<br>(f) |
|---|---|---|---|---|---|
| 941 | 12/31/2014 | XX-XXX6953 | 05/18/2015 | 06/17/2025 | $92,082.08 |
| 941 | 06/30/2015 | XX-XXX6953 | 10/05/2015 | 11/04/2025 | $53,055.69 |

| Filed at: Judge of Probate<br>           JEFFERSON (BIR'HAM) County<br>           Birmingham, AL 35203 | Total | $145,137.77 |
|---|---|---|

This notice was prepared and executed at NASHVILLE, TN
on this, the 30th day of December, 2015.

| Authorizing Official:<br>DOUGLAS W ARNOLD | Title:<br>REVENUE OFFICER          25-11-1835 |
|---|---|

COURT RECORDING DATA

| INTERNAL REVENUE SERVICE<br>FACSIMILE FEDERAL TAX LIEN DOCUMENT<br><br>BANKRUPTCY DOCKET: 17-03471-TOM11 | Lien Recorded  : 04/11/2016 - 17:00PM<br>Recording Number:<br>UCC Number    : I 16-0173743 FS<br>Liber         :<br>Page          : |
|---|---|
| Area: SMALL BUSINESS/SELF EMPLOYED #5<br>Lien Unit Phone: (800) 913-6050 | IRS Serial Number: 206439016 |

This Lien Has Been Filed in Accordance with
Internal Revenue Regulation 301.6323(f)-1.

Name of Taxpayer:
    BAMACHEX INC, a Corporation

Residence:
    PO BOX 361506
    BIRMINGHAM, AL 35236-1506

With respect to each assessment below, unless notice of lien
is refiled by the date in column(e), this notice shall constitute
the certificate of release of lien as defined in IRC 6325(a).

| Form<br>(a) | Period<br>(b) | ID Number<br>(c) | Assessed<br>(d) | Refile Deadline<br>(e) | Unpaid Balance<br>(f) |
|---|---|---|---|---|---|
| 941 | 09/30/2015 | XX-XXX6953 | 01/11/2016 | 02/10/2026 | $70,056.38 |

| Filed at:  STATE OF ALABAMA<br>            SECRETARY OF STATE<br>            MONTGOMERY, AL 36103-5616 | Total | $70,056.38 |
|---|---|---|

This notice was prepared and executed at NASHVILLE, TN
on this, the 01st day of April, 2016.

| Authorizing Official:<br>    DOUGLAS W ARNOLD | Title:<br>    REVENUE OFFICER    25-11-1835 |
|---|---|

1872

COURT RECORDING DATA

| INTERNAL REVENUE SERVICE<br>FACSIMILE FEDERAL TAX LIEN DOCUMENT<br><br>BANKRUPTCY DOCKET: 17-03471-TOM11 | Lien Recorded    : 05/23/2016 - 00:00AM<br>Recording Number: 2016050554<br>UCC Number      :<br>Liber           :<br>Page            : |
|---|---|
| Area: SMALL BUSINESS/SELF EMPLOYED #5<br>Lien Unit Phone: (800) 913-6050 | IRS Serial Number: 206439116 |

This Lien Has Been Filed in Accordance with
Internal Revenue Regulation 301.6323(f)-1.

Name of Taxpayer:
 BAMACHEX INC, a Corporation

Residence:
 PO BOX 361506
 BIRMINGHAM, AL 35236-1506

With respect to each assessment below, unless notice of lien
is refiled by the date in column(e), this notice shall constitute
the certificate of release of lien as defined in IRC 6325(a).

| Form<br>(a) | Period<br>(b) | ID Number<br>(c) | Assessed<br>(d) | Refile Deadline<br>(e) | Unpaid Balance<br>(f) |
|---|---|---|---|---|---|
| 941 | 09/30/2015 | XX-XXX6953 | 01/11/2016 | 02/10/2026 | $70,056.38 |

| Filed at:  Judge of Probate<br>            JEFFERSON (BIR'HAM) County<br>            Birmingham, AL 35203 | Total | $70,056.38 |
|---|---|---|

This notice was prepared and executed at NASHVILLE, TN
on this, the 01st day of April, 2016.

| Authorizing Official:<br>DOUGLAS W ARNOLD | Title:<br>REVENUE OFFICER        25-11-1835 |
|---|---|

COURT RECORDING DATA

| INTERNAL REVENUE SERVICE<br>FACSIMILE FEDERAL TAX LIEN DOCUMENT<br><br>BANKRUPTCY DOCKET: 17-03471-TOM11 | Lien Recorded  : 07/08/2014 - 16:35PM<br>Recording Number:<br>UCC Number      :<br>Liber           : LR201414<br>Page            : 21644 |
| --- | --- |
| Area: SMALL BUSINESS/SELF EMPLOYED #5<br>Lien Unit Phone: (800) 913-6050 | IRS Serial Number: 987940714 |

This Lien Has Been Filed in Accordance with
Internal Revenue Regulation 301.6323(f)-1.

Name of Taxpayer:
  BAMACHEX INC, a Corporation


Residence:
  PO BOX 361506
  BIRMINGHAM, AL 35236-1506

  With respect to each assessment below, unless notice of lien
  is refiled by the date in column(e), this notice shall constitute
  the certificate of release of lien as defined in IRC 6325(a).

| Form<br>(a) | Period<br>(b) | ID Number<br>(c) | Assessed<br>(d) | Refile Deadline<br>(e) | Unpaid Balance<br>(f) |
| --- | --- | --- | --- | --- | --- |
| 941 | 03/31/2011 | XX-XXX6953 | 07/04/2011 | 08/03/2021 | $31,683.70 |
| 941 | 06/30/2011 | XX-XXX6953 | 03/26/2012 | 04/25/2022 | $153,499.31 |
| 941 | 09/30/2011 | XX-XXX6953 | 04/23/2012 | 05/23/2022 | $81,864.34 |
| 940 | 12/31/2011 | XX-XXX6953 | 04/30/2012 | 05/30/2022 | $5,165.84 |
| 941 | 12/31/2012 | XX-XXX6953 | 12/02/2013 | 01/01/2024 | $104,923.08 |
| 940 | 12/31/2012 | XX-XXX6953 | 11/18/2013 | 12/18/2023 | $9,216.51 |
| 941 | 06/30/2013 | XX-XXX6953 | 09/30/2013 | 10/30/2023 | $122,448.19 |
| 941 | 09/30/2013 | XX-XXX6953 | 12/09/2013 | 01/08/2024 | $108,881.45 |

| Filed at:  Judge of Probate<br>            JEFFERSON (BIR'HAM) County<br>            Birmingham, AL 35203 | Total | $617,682.42 |
| --- | --- | --- |

This notice was prepared and executed at NASHVILLE, TN
on this, the 05th day of March, 2014.

| Authorizing Official:<br>  BETTY M CARTER | Title:<br>  REVENUE OFFICER | 25-14-1465 |
| --- | --- | --- |

COURT RECORDING DATA

| INTERNAL REVENUE SERVICE<br>FACSIMILE FEDERAL TAX LIEN DOCUMENT<br><br>BANKRUPTCY DOCKET: 17-03471-TOM11 | Lien Recorded    : 09/04/2015 - 00:00AM<br>Recording Number:<br>UCC Number        : 15-0469690<br>Liber             :<br>Page              : |
|---|---|
| Area: SMALL BUSINESS/SELF EMPLOYED #5<br>Lien Unit Phone: (800) 913-6050 | IRS Serial Number: 173390715 |

This Lien Has Been Filed in Accordance with
Internal Revenue Regulation 301.6323(f)-1.

Name of Taxpayer:
 BAMACHEX INC, a Corporation

Residence:
 PO BOX 361506
 BIRMINGHAM, AL 35236-1506

With respect to each assessment below, unless notice of lien
is refiled by the date in column(e), this notice shall constitute
the certificate of release of lien as defined in IRC 6325(a).

| Form<br>(a) | Period<br>(b) | ID Number<br>(c) | Assessed<br>(d) | Refile Deadline<br>(e) | Unpaid Balance<br>(f) |
|---|---|---|---|---|---|
| 941 | 03/31/2015 | XX-XXX6953 | 08/10/2015 | 09/09/2025 | $81,518.44 |

| Filed at: | STATE OF ALABAMA<br>SECRETARY OF STATE<br>MONTGOMERY, AL 36103-5616 | Total | $81,518.44 |
|---|---|---|---|

This notice was prepared and executed at NASHVILLE, TN
on this, the 25th day of August, 2015.

| Authorizing Official:<br>DOUGLAS W ARNOLD | Title:<br> REVENUE OFFICER    25-11-1835 |
|---|---|

1872                                    COURT RECORDING DATA

| INTERNAL REVENUE SERVICE<br>FACSIMILE FEDERAL TAX LIEN DOCUMENT<br><br>BANKRUPTCY DOCKET: 17-03471-TOM11 | Lien Recorded    : 06/16/2017 - 00:00AM<br>Recording Number: 2017061520<br>UCC Number       :<br>Liber            :<br>Page             : |
|---|---|
| Area: SMALL BUSINESS/SELF EMPLOYED #5<br>Lien Unit Phone: (800) 913-6050 | IRS Serial Number: 173390815 |

This Lien Has Been Filed in Accordance with
Internal Revenue Regulation 301.6323(f)-1.

Name of Taxpayer:
  BAMACHEX INC, a Corporation

Residence:
  PO BOX 361506
  BIRMINGHAM, AL 35236-1506

With respect to each assessment below, unless notice of lien
is refiled by the date in column(e), this notice shall constitute
the certificate of release of lien as defined in IRC 6325(a).

| Form (a) | Period (b) | ID Number (c) | Assessed (d) | Refile Deadline (e) | Unpaid Balance (f) |
|---|---|---|---|---|---|
| 941 | 03/31/2015 | XX-XXX6953 | 08/10/2015 | 09/09/2025 | $81,518.44 |

| Filed at: Judge of Probate<br>JEFFERSON (BIR'HAM) County<br>Birmingham, AL 35203 | Total | $81,518.44 |
|---|---|---|

This notice was prepared and executed at NASHVILLE, TN
on this, the 25th day of August, 2015.

| Authorizing Official:<br>DOUGLAS W ARNOLD | Title:<br>REVENUE OFFICER | 25-11-1835 |
|---|---|---|

COURT RECORDING DATA

| INTERNAL REVENUE SERVICE<br>FACSIMILE FEDERAL TAX LIEN DOCUMENT<br><br>BANKRUPTCY DOCKET: 17-03471-TOM11 | Lien Recorded  : 05/11/2011 - 08:12AM<br>Recording Number:<br>UCC Number    : 2011286<br>Liber        :<br>Page         : |
|---|---|
| Area: SMALL BUSINESS/SELF EMPLOYED #5<br>Lien Unit Phone: (800) 913-6050 | IRS Serial Number: 782426311 |

This Lien Has Been Filed in Accordance with
Internal Revenue Regulation 301.6323(f)-1.

Name of Taxpayer:
  BAMACHEX INC, a Corporation
  CHECKERS

Residence:
  PO BOX 361506
  BIRMINGHAM, AL 35236-1506

With respect to each assessment below, unless notice of lien
is refiled by the date in column(e), this notice shall constitute
the certificate of release of lien as defined in IRC 6325(a).

| Form<br>(a) | Period<br>(b) | ID Number<br>(c) | Assessed<br>(d) | Refile Deadline<br>(e) | Unpaid Balance<br>(f) |
|---|---|---|---|---|---|
| 941 | 06/30/2010 | XX-XXX6953 | 04/11/2011 | 05/11/2021 | $134,232.89 |
| 941 | 12/31/2010 | XX-XXX6953 | 04/11/2011 | 05/11/2021 | $145,619.03 |
| 940 | 12/31/2010 | XX-XXX6953 | 04/18/2011 | 05/18/2021 | $8,643.99 |

| Filed at: Judge of Probate<br>          PO BOX 970<br>          Cullman, AL 35056 | Total | $288,495.91 |
|---|---|---|

This notice was prepared and executed at NASHVILLE, TN
on this, the 03rd day of May, 2011.

| Authorizing Official:<br>  CLINT LOTT | Title:<br>  REVENUE OFFICER        25-02-3344 |
|---|---|

COURT RECORDING DATA

| INTERNAL REVENUE SERVICE FACSIMILE FEDERAL TAX LIEN DOCUMENT<br><br>BANKRUPTCY DOCKET: 17-03471-TOM11 | Lien Recorded : 05/12/2011 - 11:45AM<br>Recording Number: 3349601<br>UCC Number :<br>Liber :<br>Page : |
|---|---|
| Area: SMALL BUSINESS/SELF EMPLOYED #5<br>Lien Unit Phone: (800) 913-6050 | IRS Serial Number: 782426411 |

This Lien Has Been Filed in Accordance with
Internal Revenue Regulation 301.6323(f)-1.

Name of Taxpayer:
  BAMACHEX INC, a Corporation
  CHECKERS

Residence:
  PO BOX 361506
  BIRMINGHAM, AL 35236-1506

With respect to each assessment below, unless notice of lien
is refiled by the date in column(e), this notice shall constitute
the certificate of release of lien as defined in IRC 6325(a).

| Form (a) | Period (b) | ID Number (c) | Assessed (d) | Refile Deadline (e) | Unpaid Balance (f) |
|---|---|---|---|---|---|
| 941 | 06/30/2010 | XX-XXX6953 | 04/11/2011 | 05/11/2021 | $134,232.89 |
| 941 | 12/31/2010 | XX-XXX6953 | 04/11/2011 | 05/11/2021 | $145,619.03 |
| 940 | 12/31/2010 | XX-XXX6953 | 04/18/2011 | 05/18/2021 | $8,643.99 |

| Filed at: Judge of Probate<br>Etowah County<br>Gadsden, AL 35902 | Total | $288,495.91 |
|---|---|---|

This notice was prepared and executed at NASHVILLE, TN
on this, the 03rd day of May, 2011.

| Authorizing Official:<br>CLINT LOTT | Title:<br>REVENUE OFFICER | 25-02-3344 |
|---|---|---|

COURT RECORDING DATA

| INTERNAL REVENUE SERVICE<br>FACSIMILE FEDERAL TAX LIEN DOCUMENT<br><br>BANKRUPTCY DOCKET: 17-03471-TOM11 | Lien Recorded   : 05/13/2011 - 10:05AM<br>Recording Number:<br>UCC Number      : 2458<br>Liber           :<br>Page            : |
|---|---|
| Area: SMALL BUSINESS/SELF EMPLOYED #5<br>Lien Unit Phone: (800) 913-6050 | IRS Serial Number: 782426511 |

This Lien Has Been Filed in Accordance with
Internal Revenue Regulation 301.6323(f)-1.

Name of Taxpayer:
  BAMACHEX INC, a Corporation
  CHECKERS

Residence:
  PO BOX 361506
  BIRMINGHAM, AL 35236-1506

With respect to each assessment below, unless notice of lien
is refiled by the date in column(e), this notice shall constitute
the certificate of release of lien as defined in IRC 6325(a).

| Form<br>(a) | Period<br>(b) | ID Number<br>(c) | Assessed<br>(d) | Refile Deadline<br>(e) | Unpaid Balance<br>(f) |
|---|---|---|---|---|---|
| 941 | 06/30/2010 | XX-XXX6953 | 04/11/2011 | 05/11/2021 | $134,232.89 |
| 941 | 12/31/2010 | XX-XXX6953 | 04/11/2011 | 05/11/2021 | $145,619.03 |
| 940 | 12/31/2010 | XX-XXX6953 | 04/18/2011 | 05/18/2021 | $8,643.99 |

| Filed at: | Judge of Probate<br>Walker County<br>Jasper, AL 35502 | Total | $288,495.91 |
|---|---|---|---|

This notice was prepared and executed at NASHVILLE, TN
on this, the 03rd day of May, 2011.

| Authorizing Official:<br>  CLINT LOTT | Title:<br>  REVENUE OFFICER      25-02-3344 |
|---|---|

COURT RECORDING DATA

| INTERNAL REVENUE SERVICE<br>FACSIMILE FEDERAL TAX LIEN DOCUMENT<br><br>BANKRUPTCY DOCKET: 17-03471-TOM11 | Lien Recorded   : 05/27/2011 - 14:25PM<br>Recording Number:<br>UCC Number       :<br>Liber            : LR201104<br>Page             : 17696 |
|---|---|
| Area: SMALL BUSINESS/SELF EMPLOYED #5<br>Lien Unit Phone: (800) 913-6050 | IRS Serial Number: 782426611 |

This Lien Has Been Filed in Accordance with
Internal Revenue Regulation 301.6323(f)-1.

Name of Taxpayer:
  BAMACHEX INC, a Corporation
  CHECKERS

Residence:
  PO BOX 361506
  BIRMINGHAM, AL 35236-1506

With respect to each assessment below, unless notice of lien
is refiled by the date in column(e), this notice shall constitute
the certificate of release of lien as defined in IRC 6325(a).

| Form<br>(a) | Period<br>(b) | ID Number<br>(c) | Assessed<br>(d) | Refile Deadline<br>(e) | Unpaid Balance<br>(f) |
|---|---|---|---|---|---|
| 941 | 06/30/2010 | XX-XXX6953 | 04/11/2011 | 05/11/2021 | $134,232.89 |
| 941 | 12/31/2010 | XX-XXX6953 | 04/11/2011 | 05/11/2021 | $145,619.03 |
| 940 | 12/31/2010 | XX-XXX6953 | 04/18/2011 | 05/18/2021 | $8,643.99 |

| Filed at:  Judge of Probate<br>           JEFFERSON (BIR'HAM) County<br>           Birmingham, AL 35203 | Total | $288,495.91 |
|---|---|---|

This notice was prepared and executed at NASHVILLE, TN'
on this, the 03rd day of May, 2011.

| Authorizing Official:<br>  CLINT LOTT | Title:<br>  REVENUE OFFICER       25-02-3344 |
|---|---|

COURT RECORDING DATA

| INTERNAL REVENUE SERVICE<br>FACSIMILE FEDERAL TAX LIEN DOCUMENT<br><br>BANKRUPTCY DOCKET: 17-03471-TOM11 | Lien Recorded   : 02/28/2011 - 11:10AM<br>Recording Number:<br>UCC Number    : 2011154<br>Liber         : 44<br>Page          : 84 |
|---|---|
| Area: SMALL BUSINESS/SELF EMPLOYED #5<br>Lien Unit Phone: (800) 913-6050 | IRS Serial Number: 755289711 |

This Lien Has Been Filed in Accordance with
Internal Revenue Regulation 301.6323(f)-1.

Name of Taxpayer:
  BAMACHEX INC, a Corporation
  CHECKERS

Residence:
  PO BOX 351506
  BIRMINGHAM, AL 35236-0000

With respect to each assessment below, unless notice of lien
is refiled by the date in column(e), this notice shall constitute
the certificate of release of lien as defined in IRC 6325(a).

| Form<br>(a) | Period<br>(b) | ID Number<br>(c) | Assessed<br>(d) | Refile Deadline<br>(e) | Unpaid Balance<br>(f) |
|---|---|---|---|---|---|
| 941 | 09/30/2010 | XX-XXX6953 | 01/10/2011 | 02/09/2021 | $139,029.56 |

| Filed at: Judge of Probate<br>          PO BOX 970<br>          Cullman, AL 35056 | Total | $139,029.56 |
|---|---|---|

This notice was prepared and executed at NASHVILLE, TN
on this, the 16th day of February, 2011.

| Authorizing Official:<br>  CLINT LOTT | Title:<br>  REVENUE OFFICER          25-02-3344 |
|---|---|

COURT RECORDING DATA

| INTERNAL REVENUE SERVICE<br>FACSIMILE FEDERAL TAX LIEN DOCUMENT<br><br>BANKRUPTCY DOCKET: 17-03471-TOM11 | Lien Recorded   : 03/01/2011 - 13:44PM<br>Recording Number:<br>UCC Number       : 2431<br>Liber           :<br>Page            : |
|---|---|
| Area: SMALL BUSINESS/SELF EMPLOYED #5<br>Lien Unit Phone: (800) 913-6050 | IRS Serial Number: 755289811 |

This Lien Has Been Filed in Accordance with
Internal Revenue Regulation 301.6323(f)-1.

Name of Taxpayer:
  BAMACHEX INC, a Corporation
  CHECKERS

Residence:
  PO BOX 351506
  BIRMINGHAM, AL 35236-0000

With respect to each assessment below, unless notice of lien
is refiled by the date in column(e), this notice shall constitute
the certificate of release of lien as defined in IRC 6325(a).

| Form<br>(a) | Period<br>(b) | ID Number<br>(c) | Assessed<br>(d) | Refile Deadline<br>(e) | Unpaid Balance<br>(f) |
|---|---|---|---|---|---|
| 941 | 09/30/2010 | XX-XXX6953 | 01/10/2011 | 02/09/2021 | $139,029.56 |

| Filed at:  Judge of Probate<br>            Walker County<br>            Jasper, AL 35502 | Total | $139,029.56 |
|---|---|---|

This notice was prepared and executed at NASHVILLE, TN
on this, the 16th day of February, 2011.

| Authorizing Official:<br>CLINT LOTT | Title:<br>REVENUE OFFICER      25-02-3344 |
|---|---|

COURT RECORDING DATA

| INTERNAL REVENUE SERVICE<br>FACSIMILE FEDERAL TAX LIEN DOCUMENT<br><br>BANKRUPTCY DOCKET: 17-03471-TOM11 | Lien Recorded : 03/07/2011 - 15:45PM<br>Recording Number:<br>UCC Number   :<br>Liber        : LR201102<br>Page         : 19991 |
|---|---|
| Area: SMALL BUSINESS/SELF EMPLOYED #5<br>Lien Unit Phone: (800) 913-6050 | IRS Serial Number: 755289911 |

This Lien Has Been Filed in Accordance with
Internal Revenue Regulation 301.6323(f)-1.

Name of Taxpayer:
  BAMACHEX INC, a Corporation
  CHECKERS

Residence:
  PO BOX 351506
  BIRMINGHAM, AL 35236-0000

With respect to each assessment below, unless notice of lien
is refiled by the date in column(e), this notice shall constitute
the certificate of release of lien as defined in IRC 6325(a).

| Form<br>(a) | Period<br>(b) | ID Number<br>(c) | Assessed<br>(d) | Refile Deadline<br>(e) | Unpaid Balance<br>(f) |
|---|---|---|---|---|---|
| 941 | 09/30/2010 | XX-XXX6953 | 01/10/2011 | 02/09/2021 | $139,029.56 |

| Filed at: Judge of Probate<br>          JEFFERSON (BIR'HAM) County<br>          Birmingham, AL 35203 | Total | $139,029.56 |
|---|---|---|

This notice was prepared and executed at NASHVILLE, TN
on this, the 16th day of February, 2011.

| Authorizing Official:<br>  CLINT LOTT | Title:<br>  REVENUE OFFICER        25-02-3344 |
|---|---|