IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE : | ) | Chapter 11 |
| | ) | |
| ALABAMA PARTNERS, LLC, *et al.*, | ) | Case No. 17–03469-TOM11 |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |

NOTICE OF FILING AMENDED EXHIBIT B TO NOTICE AND
REPORT OF AUCTION AND SALE (DOC. NO. 133)

**COME NOW** Alabama Partners, LLC and BamaChex, Inc. and file the attached Amended Exhibit B to the Notice and Report of Auction and Sale (Doc. No. 133) to show the total amount necessary to cure both the pre-petition and post-petition delinquencies in the Leases being assumed.

Respectfully submitted,

/s/ *R. Scott Williams*
R. Scott Williams
Robert H. Adams
Frederick D. Clarke

Proposed Attorneys for Debtors
ALABAMA PARTNERS, LLC
BAMACHEX, INC.
MARYLAND LC VENTURES, LLC
MARYLAND PIZZA, INC.
PG COUNTY PARTNERS LLC
PG COUNTY PIZZA, INC.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, if any, are: Alabama Partners, LLC (7131); BamaChex, Inc. (6953); Maryland LC Ventures, LLC (6974); Maryland Pizza, Inc. (6929); PG County Partners LLC (2811); and PG County Pizza, Inc. (3902). The service address for each of the Debtors is P.O. Box 551267, Jacksonville, FL 32255.

1

Of Counsel:

**RUMBERGER, KIRK & CALDWELL, P.C.**
Renasant Place
Suite 1300
2001 Park Place North
Birmingham, AL 35203
Phone: (205) 327-5550
Facsimile: (205) 326-6786
swilliams@rumberger.com
radams@rumberger.com
fclarke@rumberger.com

## CERTIFICATE OF SERVICE

    I hereby certify that on this 26th day of October, 2017, a true and correct copy of the foregoing was served via this Court's CM/ECF Noticing System on all parties receiving electronic notices in this bankruptcy case.

                                                     /s/ *R. Scott Williams*
                                                     Of Counsel

2

# AMENDED

# EXHIBIT

# B

10613244.1
Case 17-03469-TOM7 Doc 135 Filed 10/26/17 Entered 10/26/17 11:05:27 Desc Main
Document Page 3 of 4

| Store Number | Location | Landlord | Monthly Rent | Pre-Petition Cure Amount | Post-Petition Cure Amount | Total Cure Amount as of 10/25/2017 |
|---|---|---|---|---|---|---|
| 4174 | 4030 First Avenue Birmingham, AL | HJK, LLC | $4,300.00 | $195,114.23 | $40,456.32 | $235,570.55 |
| 4175 | 1420 31st Street SW Birmingham, AL | | $4,400.00 | | | |
| 4176 | 2400 Center Point Parkway Center Point, AL | | $3,850.00 | | | |
| 4177 | 402 Hwy 78 Jasper, AL | | $4,235.00 | | | |
| 4182 | 400 S. Quintard Avenue Anniston, AL | | $4,125.00 | | | |
| 4186 | 1601 9th Avenue Bessemer, AL | | $4,975.00 | | | |
| 4178 | 724 Second Avenue NW Cullman, AL | Haynes Family | $2,100.00 | $3,937.16 | $2,100.00 | $6,037.16 |
| 4183 | 636 Lomb Avenue Birmingham, AL | Checkers Corporate | $2,750.00 | $0.00 | $2,750.00 | $2,750.00 |
| 4185 | 2520 12th Avenue North Birmingham, AL | ERDA | $2,750.00 | $0.00 | $2,750.00 | $2,750.00 |
| 4187 | 7736 First Avenue North Birmingham, AL | Sartino, Inc. | $2,300.00 | $816.33 | $2,300.00 | $3,116.33 |
| 4188 | 86 Weibel Drive Midfield, AL | WHP, LLC | $2,375.00 | $16,787.71 | $2,375.00 | $19,162.71 |
| 4189 | 303 East Meighan Gadsden, AL | Martha Sams Kelly Pruitt Elizabeth Jelks | $2,750.00 | $13,390.89 | $2,750.00 | $16,140.89 |