# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA - SOUTHERN DIVISION

**In the Matter of:**

Alabama Partners, LLC    }     **Case No: 17-03469-TOM11**
                                  }
     DEBTOR(S).               }
                                  }
                                  }

## ORDER RESCHEDULING HEARING

This matter came before the Court on Thursday, October 26, 2017 01:30 PM, for a hearing on the following:

    1) RE: Doc #94; Final Hearing to Authorize Sale of Assets
    2) RE: Doc #134; Objection to Final Hearing to Authorize Sale of Assets filed by Richard O'Neal, Attorney for IRS

Proper notice of the hearing was given and appearances were made by the following:
    Frederick Darrell Clarke III, attorney for Alabama Partners, LLC (Debtor)
    Jon A Dudeck (Bankruptcy Administrator)
    R. Scott Williams, attorney for Alabama Partners, LLC (Debtor)
    Mark Deudall, attorney for Customized Distribution, LLC - by phone
    Dan Sparks, attorney for Customized Distribution, LLC
    Vishal Petigara, attorney for Rohan Group - by phone
    Julian Vasek, attorney for Kaisani's
    Derek Meek, attorney for Checkers Check-In Restaurants, Inc.
    Ed Ragland, Assistant U.S. Attorney appearing on behalf of the Internal Revenue Service
    Richard O'neal, Assistant U.S. Attorney appearing on behalf of the Internal Revenue Service

**It is therefore ORDERED, ADJUDGED and DECREED that:**

    Based on arguments of counsel and the pleadings, these matters are continued to October 30, 2017 at 1:15 pm in courtroom number 3 of the Robert S. Vance Federal Building, 1800 5th Avenue North, Birmingham, Alabama.

Dated: 10/27/2017                                         /s/ TAMARA O. MITCHELL
                                                                    TAMARA O. MITCHELL
                                                                    United States Bankruptcy Judge