```
                          United States Bankruptcy Court
                          Northern District of Alabama
```

In re:                                                                  Case No. 17-03469-TOM
Alabama Partners, LLC                                                   Chapter 11
        Debtor                    **CERTIFICATE OF NOTICE**

District/off: 1126-2           User: ltumlin              Page 1 of 2            Date Rcvd: Oct 25, 2017
                               Form ID: pdf000            Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 27, 2017.
```
db             +Alabama Partners, LLC,    PO Box 551267,    Jacksonville, FL 32255-1267
aty            +Leah Fiorenza McNeill,    Bryan Cave LLP,    1201 W Peachtree St NW 14tyh Floor,
                 Atlanta, GA 30309-3449
aty            +Mark I. Duedall,    Bryan Cave LLP,    1201 W Peachtree St NW 14tyh Floor,
                 Atlanta, GA 30309-3449
br             +Advanced Restaurant Sales,    111 Village Parkway Bldg #2,    Marietta, GA 30067-4013
cr             +Customized Distribution, LLC,    % Daniel Sparks,    Christian & Small LLP,
                 1800 Financial Center,    505 North 20th Street,    Birmingham, AL 35203-4633
cr             +NCEP, LLC Department,    Ascension Capital Group,    P.O. Box 165028,    Irving, TX 75016-5028
cr             +Silver Hill II LLC,    c/o Ellis Brazeal Jones Walker,    1819 5th Avenue North,    Suite 1100,
                 Birmingham, AL 35203-2122
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            +E-mail/Text: bnc_notices_southern@alnba.uscourts.gov Oct 26 2017 01:10:16     Thomas Corbett,
                 BA Birmingham,    1800 5th Avenue North,    Birmingham, AL 35203-2111
cr             +E-mail/Text: cstewart@Burr.com Oct 26 2017 01:11:18     Checkers Drive-In Restaurants, Inc.,
                 c/o Burr & Forman LLP,    Derek Meek,    420 N 20th St, Ste 3400,    Birmingham, AL 35203-5210
cr             +E-mail/Text: cio.bncmail@irs.gov Oct 26 2017 01:09:13
                 Insolvency Section Internal Revenue Service,    801 Broadway,    MDP 146, Room 285,
                 Nashville, TN 37203-3816
ba             +E-mail/Text: bnc_notices_southern@alnba.uscourts.gov Oct 26 2017 01:10:17     J. Thomas Corbett,
                 Bankruptcy Administrator,    1800 5th Avenue North,    Birmingham, AL 35203-2111
                                                                                              TOTAL: 4

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 23, 2017 at the address(es) listed below:
              Abigail M. McGibbon    on behalf of Interested Party    Little Caesar Enterprises, Inc.
               abigail.mcgibbon@gpmlaw.com
              Clyde Ellis Brazeal, III    on behalf of Creditor    Silver Hill II LLC ebrazeal@joneswalker.com,
               dshannon@joneswalker.com
              Daniel D Sparks    on behalf of Creditor    Customized Distribution, LLC ddsparks@csattorneys.com,
               dan-sparks-9722@ecf.pacerpro.com
              Derek F Meek    on behalf of Creditor    Checkers Drive-In Restaurants, Inc. dmeek@burr.com,
               mgunnells@burr.com
              Frederick Darrell Clarke, III    on behalf of Debtor    PG County Pizza, Inc. fclarke@rumberger.com,
               mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
              Frederick Darrell Clarke, III    on behalf of Debtor    Maryland Pizza, Inc. fclarke@rumberger.com,
               mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
              Frederick Darrell Clarke, III    on behalf of Debtor    PG County Partners, LLC
                fclarke@rumberger.com,
               mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
              Frederick Darrell Clarke, III    on behalf of Debtor    BamaChex, Inc. fclarke@rumberger.com,
               mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
              Frederick Darrell Clarke, III    on behalf of Debtor    Alabama Partners, LLC fclarke@rumberger.com,
               mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
              Frederick Darrell Clarke, III    on behalf of Debtor    Maryland LC Ventures, LLC
                fclarke@rumberger.com,
               mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          James Phillip Roberts    on behalf of Creditor    Checkers Drive-In Restaurants, Inc.
           jroberts@burr.com
          Jeffery J Hartley    on behalf of Interested Party    R&F Birmingham, LLC jjh@helmsinglaw.com,
           ktm@helmsinglaw.com;dwc@helmsinglaw.com
          Jon A Dudeck    jon_dudeck@alnba.uscourts.gov, courtmailbir7@alnba.uscourts.gov
          Joseph D. Frank    on behalf of Creditor    Bottling Group, LLC and its affiliates and subsidiaries,
           operating as Pepsi Beverages Company jfrank@fgllp.com,
           ccarpenter@fgllp.com;rheiligman@fgllp.com;jkleinman@fgllp.com
          Julian   Vasek    on behalf of Interested Party Wazir   Kaisani jvasek@haywardfirm.com
          Julian   Vasek    on behalf of Interested Party Pervez   Kaisani jvasek@haywardfirm.com
          Julian   Vasek    on behalf of Interested Party Iqbar   Kaisani jvasek@haywardfirm.com
          Kelley Askew Gillikin    on behalf of Creditor    ALA DEPT OF REVENUE LEGAL DIVISION P O BOX 320001
           MONTGOMERY, AL   36132-0001 kelley.gillikin@revenue.alabama.gov
          Melissa S. Hayward    on behalf of Interested Party Pervez   Kaisani mhayward@haywardfirm.com
           , mholmes@haywardfirm.com
          Melissa S. Hayward    on behalf of Interested Party Wazir   Kaisani mhayward@haywardfirm.com
           , mholmes@haywardfirm.com
          Melissa S. Hayward    on behalf of Interested Party Iqbar   Kaisani mhayward@haywardfirm.com
           , mholmes@haywardfirm.com
          Phillip W. Bohl    on behalf of Interested Party    Little Caesar Enterprises, Inc.
           phillip.bohl@gpmlaw.com
          R. Scott Williams    on behalf of Debtor    Maryland Pizza, Inc. swilliams@rumberger.com,
           docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumber
           ger.com
          R. Scott Williams    on behalf of Debtor    PG County Pizza, Inc. swilliams@rumberger.com,
           docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumber
           ger.com
          R. Scott Williams    on behalf of Debtor    Alabama Partners, LLC swilliams@rumberger.com,
           docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumber
           ger.com
          R. Scott Williams    on behalf of Debtor    PG County Partners, LLC swilliams@rumberger.com,
           docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumber
           ger.com
          R. Scott Williams    on behalf of Debtor    Maryland LC Ventures, LLC swilliams@rumberger.com,
           docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumber
           ger.com
          R. Scott Williams    on behalf of Debtor    BamaChex, Inc. swilliams@rumberger.com,
           docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumber
           ger.com
          Richard E. O'Neal    on behalf of Creditor Insolvency Section    Internal Revenue Service
           USAALN.BANKRUPTCY@usdoj.gov
          Robert H Adams    on behalf of Debtor    Maryland LC Ventures, LLC radams@rumberger.com,
           mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberg
           er.com
          Robert H Adams    on behalf of Debtor    PG County Partners, LLC radams@rumberger.com,
           mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberg
           er.com
          Robert H Adams    on behalf of Debtor    BamaChex, Inc. radams@rumberger.com,
           mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberg
           er.com
          Robert H Adams    on behalf of Debtor    PG County Pizza, Inc. radams@rumberger.com,
           mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberg
           er.com
          Robert H Adams    on behalf of Debtor    Alabama Partners, LLC radams@rumberger.com,
           mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberg
           er.com
          Robert H Adams    on behalf of Debtor    Maryland Pizza, Inc. radams@rumberger.com,
           mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberg
           er.com
                                                                                             TOTAL: 35
```

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA - SOUTHERN DIVISION

**In the Matter of:**

Alabama Partners, LLC          }     **Case No: 17-03469-TOM11**
}
DEBTOR(S).          }
}
}

## ORDER RESCHEDULING HEARING

This matter came before the Court on Thursday, October 19, 2017 02:00 PM, for a hearing on the following:

RE: Doc #94; Final Hearing to Authorize Sale of Assets

Proper notice of the hearing was given and appearances were made by the following:

R. Scott Williams, attorney for Alabama Partners, LLC (Debtor)
Derek Meek, attorney for Checkers Drive-In Restaurants
Melissa Hayward, attorney for the Kaisani's - by phone
Dan Sparks, attorney for Customized Distribution, LLC
Richard O'neal, Assistant U.S. Attorney appearing on behalf of the Internal Revenue Service
Ed Ragland, Assistant U.S. Attorney appearing on behalf of the Internal Revenue Service

**It is therefore ORDERED, ADJUDGED and DECREED that:**

Based on arguments of counsel and the pleadings, this matter is continued to October 26, 2017 at 1:30 pm in courtroom number 3 of the Robert S. Vance Federal Building, 1800 5th Avenue North, Birmingham, Alabama.

Dated: 10/20/2017                       /s/ TAMARA O. MITCHELL
                                                           TAMARA O. MITCHELL
                                                           United States Bankruptcy Judge