```
                              United States Bankruptcy Court
                              Northern District of Alabama
```

In re:                                                                   Case No. 17-03469-TOM
Alabama Partners, LLC                                                    Chapter 11
        Debtor              **CERTIFICATE OF NOTICE**

District/off: 1126-2          User: ltumlin            Page 1 of 2            Date Rcvd: Oct 27, 2017
                              Form ID: pdf000          Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 29, 2017.
```
db            +Alabama Partners, LLC,    PO Box 551267,    Jacksonville, FL 32255-1267
aty           +Leah Fiorenza McNeill,    Bryan Cave LLP,    1201 W Peachtree St NW 14tyh Floor,
               Atlanta, GA 30309-3449
aty           +Mark I. Duedall,    Bryan Cave LLP,    1201 W Peachtree St NW 14tyh Floor,
               Atlanta, GA 30309-3449
br            +Advanced Restaurant Sales,    111 Village Parkway Bldg #2,    Marietta, GA 30067-4013
cr            +Customized Distribution, LLC,    % Daniel Sparks,    Christian & Small LLP,
               1800 Financial Center,    505 North 20th Street,    Birmingham, AL 35203-4633
cr            +NCEP, LLC Department,    Ascension Capital Group,    P.O. Box 165028,    Irving, TX 75016-5028
cr            +Silver Hill II LLC,    c/o Ellis Brazeal Jones Walker,    1819 5th Avenue North,    Suite 1100,
               Birmingham, AL 35203-2122
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           +E-mail/Text: bnc_notices_southern@alnba.uscourts.gov Oct 28 2017 01:48:37      Thomas Corbett,
               BA Birmingham,    1800 5th Avenue North,    Birmingham, AL 35203-2111
cr            +E-mail/Text: cstewart@Burr.com Oct 28 2017 01:49:32      Checkers Drive-In Restaurants, Inc.,
               c/o Burr & Forman LLP,    Derek Meek,    420 N 20th St, Ste 3400,    Birmingham, AL 35203-5210
cr            +E-mail/Text: cio.bncmail@irs.gov Oct 28 2017 01:46:51
               Insolvency Section Internal Revenue Service,    801 Broadway,    MDP 146, Room 285,
               Nashville, TN 37203-3816
ba            +E-mail/Text: bnc_notices_southern@alnba.uscourts.gov Oct 28 2017 01:48:37      J. Thomas Corbett,
               Bankruptcy Administrator,    1800 5th Avenue North,    Birmingham, AL 35203-2111
                                                                                              TOTAL: 4

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2017                                      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 27, 2017 at the address(es) listed below:
```
              Abigail M. McGibbon    on behalf of Interested Party    Little Caesar Enterprises, Inc.
               abigail.mcgibbon@gpmlaw.com
              Clyde Ellis Brazeal, III    on behalf of Creditor    Silver Hill II LLC ebrazeal@joneswalker.com,
               dshannon@joneswalker.com
              Daniel D Sparks    on behalf of Creditor    Customized Distribution, LLC ddsparks@csattorneys.com,
               dan-sparks-9722@ecf.pacerpro.com
              Derek F Meek    on behalf of Creditor    Checkers Drive-In Restaurants, Inc. dmeek@burr.com,
               mgunnells@burr.com
              Frederick Darrell Clarke, III    on behalf of Debtor    PG County Pizza, Inc. fclarke@rumberger.com,
               mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
              Frederick Darrell Clarke, III    on behalf of Debtor    Maryland Pizza, Inc. fclarke@rumberger.com,
               mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
              Frederick Darrell Clarke, III    on behalf of Debtor    PG County Partners, LLC
                fclarke@rumberger.com,
               mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
              Frederick Darrell Clarke, III    on behalf of Debtor    BamaChex, Inc. fclarke@rumberger.com,
               mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
              Frederick Darrell Clarke, III    on behalf of Debtor    Alabama Partners, LLC fclarke@rumberger.com,
               mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
              Frederick Darrell Clarke, III    on behalf of Debtor    Maryland LC Ventures, LLC
                fclarke@rumberger.com,
               mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          James Phillip Roberts    on behalf of Creditor    Checkers Drive-In Restaurants, Inc. jroberts@burr.com

          Jeffery J Hartley    on behalf of Interested Party    R&F Birmingham, LLC jjh@helmsinglaw.com, ktm@helmsinglaw.com;dwc@helmsinglaw.com

          Jon A Dudeck    jon_dudeck@alnba.uscourts.gov, courtmailbir7@alnba.uscourts.gov

          Joseph D. Frank    on behalf of Creditor    Bottling Group, LLC and its affiliates and subsidiaries, operating as Pepsi Beverages Company jfrank@fgllp.com, ccarpenter@fgllp.com;rheiligman@fgllp.com;jkleinman@fgllp.com

          Julian   Vasek    on behalf of Interested Party Wazir   Kaisani jvasek@haywardfirm.com

          Julian   Vasek    on behalf of Interested Party Pervez   Kaisani jvasek@haywardfirm.com

          Julian   Vasek    on behalf of Interested Party Iqbar   Kaisani jvasek@haywardfirm.com

          Kelley Askew Gillikin    on behalf of Creditor    ALA DEPT OF REVENUE LEGAL DIVISION P O BOX 320001 MONTGOMERY, AL   36132-0001 kelley.gillikin@revenue.alabama.gov

          Melissa S. Hayward    on behalf of Interested Party Pervez   Kaisani mhayward@haywardfirm.com , mholmes@haywardfirm.com

          Melissa S. Hayward    on behalf of Interested Party Wazir   Kaisani mhayward@haywardfirm.com , mholmes@haywardfirm.com

          Melissa S. Hayward    on behalf of Interested Party Iqbar   Kaisani mhayward@haywardfirm.com , mholmes@haywardfirm.com

          Phillip W. Bohl    on behalf of Interested Party    Little Caesar Enterprises, Inc. phillip.bohl@gpmlaw.com

          R. Scott Williams    on behalf of Debtor    Maryland Pizza, Inc. swilliams@rumberger.com, docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumberger.com

          R. Scott Williams    on behalf of Debtor    PG County Pizza, Inc. swilliams@rumberger.com, docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumberger.com

          R. Scott Williams    on behalf of Debtor    Alabama Partners, LLC swilliams@rumberger.com, docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumberger.com

          R. Scott Williams    on behalf of Debtor    PG County Partners, LLC swilliams@rumberger.com, docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumberger.com

          R. Scott Williams    on behalf of Debtor    Maryland LC Ventures, LLC swilliams@rumberger.com, docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumberger.com

          R. Scott Williams    on behalf of Debtor    BamaChex, Inc. swilliams@rumberger.com, docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumberger.com

          Richard E. O'Neal    on behalf of Creditor Insolvency Section   Internal Revenue Service USAALN.BANKRUPTCY@usdoj.gov

          Robert H Adams    on behalf of Debtor    Maryland LC Ventures, LLC radams@rumberger.com, mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberger.com

          Robert H Adams    on behalf of Debtor    PG County Partners, LLC radams@rumberger.com, mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberger.com

          Robert H Adams    on behalf of Debtor    BamaChex, Inc. radams@rumberger.com, mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberger.com

          Robert H Adams    on behalf of Debtor    PG County Pizza, Inc. radams@rumberger.com, mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberger.com

          Robert H Adams    on behalf of Debtor    Alabama Partners, LLC radams@rumberger.com, mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberger.com

          Robert H Adams    on behalf of Debtor    Maryland Pizza, Inc. radams@rumberger.com, mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberger.com

          TOTAL: 35

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA - SOUTHERN DIVISION

In the Matter of:

Alabama Partners, LLC } Case No: 17-03469-TOM11
 }
 DEBTOR(S). }
 }
 }

## ORDER RESCHEDULING HEARING

This matter came before the Court on Thursday, October 26, 2017 01:30 PM, for a hearing on the following:

    1) RE: Doc #94; Final Hearing to Authorize Sale of Assets
    2) RE: Doc #134; Objection to Final Hearing to Authorize Sale of Assets filed by Richard O'Neal, Attorney for IRS

Proper notice of the hearing was given and appearances were made by the following:

    Frederick Darrell Clarke III, attorney for Alabama Partners, LLC  (Debtor)
    Jon A Dudeck (Bankruptcy Administrator)
    R. Scott Williams, attorney for Alabama Partners, LLC  (Debtor)
    Mark Deudall, attorney for Customized Distribution, LLC - by phone
    Dan Sparks, attorney for Customized Distribution, LLC
    Vishal Petigara, attorney for Rohan Group - by phone
    Julian Vasek, attorney for Kaisani's
    Derek Meek, attorney for Checkers Check-In Restaurants, Inc.
    Ed Ragland, Assistant U.S. Attorney appearing on behalf of the Internal Revenue Service
    Richard O'neal, Assistant U.S. Attorney appearing on behalf of the Internal Revenue Service

**It is therefore ORDERED, ADJUDGED and DECREED that:**

    Based on arguments of counsel and the pleadings, these matters are continued to October 30, 2017 at 1:15 pm in courtroom number 3 of the Robert S. Vance Federal Building, 1800 5th Avenue North, Birmingham, Alabama.

Dated: 10/27/2017

    /s/ TAMARA O. MITCHELL
    TAMARA O. MITCHELL
    United States Bankruptcy Judge