IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE : | ) | Chapter 11 |
| | ) | |
| ALABAMA PARTNERS, LLC, *et al.*, | ) | Case No. 17–03469-TOM11 |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |

ORDER APPROVING SALE FREE AND CLEAR OF LIENS AND THE ASSIGNMENT
OF LEASES AND CERTAIN CONTRACTS PURSUANT TO § 363 AND § 365 OF THE
BANKRUPTCY CODE

This matter came before the Court on the motion by Alabama Partners, LLC and BamaChex, Inc. (the "Alabama Debtors"), two of the debtors in the above-styled case. The Alabama Debtors originally filed a motion seeking authority to conduct an auction and establishing the process for assuming and assigning certain leases and executory contracts (the "Auction Motion") on September 5, 2017. On September 8, 2017, the Alabama Debtors supplemented the Auction Motion with a Notice of Filing a Draft Asset Purchase Agreement for use by interested parties. On September 14, 2017, the Court held a hearing on the Auction Motion and pursuant to order dated September 15, 2017 [Dkt. No. 105], the Court granted the Auction Motion and set forth certain procedures governing the auction.

The Court initially set a hearing on the proposed sale pursuant to the Auction Motion for hearing on October 19, 2017, but by agreement such hearing was continued to October 26, 2017. On October 24, 2017, the Alabama Debtors filed a Notice and Report of Auction and Sale [Dkt. No. 133] (the "Sale Report"). The Sale Report provided that there was a qualified purchaser, set

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, if any, are: Alabama Partners, LLC (7131); BamaChex, Inc. (6953); Maryland LC Ventures, LLC (6974); Maryland Pizza, Inc. (6929); PG County Partners LLC (2811); and PG County Pizza, Inc. (3902). The service address for each of the Debtors is P.O. Box 551267, Jacksonville, FL 32255.

forth the leases and agreements to be assumed and assigned, identified the Asset Purchase Agreement and set forth other conditions as provided in the Sale Report. On October 25, 2017, the Internal Revenue Service ("IRS") filed an objection ("IRS Objection") to the proposed sale. On October 26, 2017, the Alabama Debtors filed an amended exhibit to the Sale Report further identifying and correcting the existing real property leases that have been sought to be assumed and assigned pursuant to the Auction Motion.

The parties came before the Court for hearing on October 26, 2017 concerning the sale and proposed auction. The Court continued the hearing on the sale from October 26, 2017 to a hearing on October 30, 2017.

At the hearing on October 30, 2017, the parties, including the IRS agreed that all objections to the proposed sale have been resolved by agreement, and the parties agreed to submit this proposed order.

WHEREFORE, the Court hereby **FINDS, ORDERS** and **DECREES** as follows:

1. The sale and the assignment of leases contemplated by the Auction Motion and Sale Report are hereby **ORDERED** to be Authorized and Approved.

2. The IRS Objection is granted in part and denied in part.

3. The Alabama Debtors are hereby authorized to carry and effectuate the sale as set forth in the Auction Motion and Sale Report, as amended.

4. The Alabama Debtors are further hereby authorized and ordered to cure the monetary defaults as set forth in the pleadings. The Court, absent any objections, further authorizes the assignment of the real property leases set forth in the Sale Report, as amended.

2

5. The Alabama Debtors are further authorized and ordered to promptly cure the pre-petition arrearage due to Checker's Drive-in Restaurants in the amount of $404,018.17 from the sale proceeds.

6. The Alabama Debtors are further authorized and ordered to distribute from the sale proceeds, to the IRS, the amount of $250,000.00 in at least partial satisfaction of its secured claim. The IRS's, Notices of Federal Tax Liens, which are recorded, shall attach to the proceeds of the sale and the IRS shall retain its lien on the remaining proceeds from the sale not otherwise authorized to be distributed by this Order. No determination is herein made however, and nothing in this order shall continue a finding binding on any entity, other than each of the debtors in these administratively consolidated cases, that the IRS liens are valid, due and owing obligations of the respective debtors, or properly perfected. The Alabama Debtors are further directed and ordered to promptly comply with all IRS reporting requirements and pay appropriate administrative claims. The Alabama Debtors are further authorized to pay any post-petition tax debt owed to the IRS from the sale proceeds.

7. The Court hereby **FINDS** and **ORDERS** the sale is free and clear of all liens and encumbrances except as set forth herein, and is made from the Alabama Debtors to Rohan Management Services, Inc. or its designee (including but not limited to Pandya Burgers of Alabama, Inc.) pursuant to the Sale Report.

8. The Court further **FINDS** and **ORDERS** the sale is an arms-length transaction in which no collusion has occurred and that proper notice has been given to all parties.

9. The Court hereby authorizes and directs that the Alabama Debtors take such necessary steps to effectuate the prompt closing contemplated herein. Further, the Court **FINDS**

and **ORDERS,** pursuant to the Alabama Debtors' request, the requirements of a stay under Bankruptcy Rule 6004 are waived and authorizes the sale as soon as practicable.

10. The Court retains jurisdiction regarding this order, its interpretation, enforcement and disputes arising therefrom.

DONE and so ORDERED this 31st day of October, 2017

/s/ Tamara O. Mitchell
UNITED STATES BANKRUPTCY JUDGE

This Order prepared at the Court's request by:

R. Scott Williams
RUMBERGER, KIRK & CALDWELL, P.C.
2001 Park Place North, Suite 1300
Birmingham, AL 35203
Phone: (205) 327-5550
Facsimile: (205) 326-6786
swilliams@rumberger.com
Attorney for Debtors