```
                              United States Bankruptcy Court
                              Northern District of Alabama
```

In re:                                                                    Case No. 17-03469-TOM
Alabama Partners, LLC                                                     Chapter 11
         Debtor                   **CERTIFICATE OF NOTICE**

District/off: 1126-2          User: rharless              Page 1 of 2           Date Rcvd: Oct 31, 2017
                              Form ID: pdf000             Total Noticed: 11

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 02, 2017.
db             +Alabama Partners, LLC,    PO Box 551267,     Jacksonville, FL 32255-1267
aty            +Leah Fiorenza McNeill,    Bryan Cave LLP,    1201 W Peachtree St NW 14tyh Floor,
                 Atlanta, GA 30309-3449
aty            +Mark I. Duedall,    Bryan Cave LLP,    1201 W Peachtree St NW 14tyh Floor,
                 Atlanta, GA 30309-3449
br             +Advanced Restaurant Sales,    111 Village Parkway Bldg #2,    Marietta, GA 30067-4013
cr             +Customized Distribution, LLC,     % Daniel Sparks,    Christian & Small LLP,
                 1800 Financial Center,    505 North 20th Street,    Birmingham, AL 35203-4633
cr             +NCEP, LLC Department,    Ascension Capital Group,     P.O. Box 165028,    Irving, TX 75016-5028
cr             +Silver Hill II LLC,    c/o Ellis Brazeal Jones Walker,    1819 5th Avenue North,    Suite 1100,
                 Birmingham, AL 35203-2122

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            +E-mail/Text: bnc_notices_southern@alnba.uscourts.gov Nov 01 2017 01:38:54      Thomas Corbett,
                 BA Birmingham,    1800 5th Avenue North,    Birmingham, AL 35203-2111
cr             +E-mail/Text: cstewart@Burr.com Nov 01 2017 01:39:49      Checkers Drive-In Restaurants, Inc.,
                 c/o Burr & Forman LLP,    Derek Meek,    420 N 20th St, Ste 3400,    Birmingham, AL 35203-5210
cr             +E-mail/Text: cio.bncmail@irs.gov Nov 01 2017 01:37:52
                 Insolvency Section Internal Revenue Service,     801 Broadway,    MDP 146, Room 285,
                 Nashville, TN 37203-3816
ba             +E-mail/Text: bnc_notices_southern@alnba.uscourts.gov Nov 01 2017 01:38:55      J. Thomas Corbett,
                 Bankruptcy Administrator,    1800 5th Avenue North,    Birmingham, AL 35203-2111
                                                                                              TOTAL: 4

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 02, 2017                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 31, 2017 at the address(es) listed below:
              Abigail M. McGibbon    on behalf of Interested Party    Little Caesar Enterprises, Inc.
               abigail.mcgibbon@gpmlaw.com
              Clyde Ellis Brazeal, III    on behalf of Creditor    Silver Hill II LLC ebrazeal@joneswalker.com,
               dshannon@joneswalker.com
              Daniel D Sparks    on behalf of Creditor    Customized Distribution, LLC ddsparks@csattorneys.com,
               dan-sparks-9722@ecf.pacerpro.com
              Derek F Meek    on behalf of Creditor    Checkers Drive-In Restaurants, Inc. dmeek@burr.com,
               mgunnells@burr.com
              Frederick Darrell Clarke, III    on behalf of Debtor    PG County Pizza, Inc. fclarke@rumberger.com,
               mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
              Frederick Darrell Clarke, III    on behalf of Debtor    Maryland Pizza, Inc. fclarke@rumberger.com,
               mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
              Frederick Darrell Clarke, III    on behalf of Debtor    PG County Partners, LLC
                fclarke@rumberger.com,
               mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
              Frederick Darrell Clarke, III    on behalf of Debtor    BamaChex, Inc. fclarke@rumberger.com,
               mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
              Frederick Darrell Clarke, III    on behalf of Debtor    Alabama Partners, LLC fclarke@rumberger.com,
               mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
              Frederick Darrell Clarke, III    on behalf of Debtor    Maryland LC Ventures, LLC
                fclarke@rumberger.com,
               mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
```

District/off: 1126-2           User: rharless              Page 2 of 2                 Date Rcvd: Oct 31, 2017
                               Form ID: pdf000             Total Noticed: 11
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

              James Phillip Roberts   on behalf of Creditor   Checkers Drive-In Restaurants, Inc.
               jroberts@burr.com
              Jeffery J Hartley    on behalf of Interested Party    R&F Birmingham, LLC jjh@helmsinglaw.com,
               ktm@helmsinglaw.com;dwc@helmsinglaw.com
              Jon A Dudeck    jon_dudeck@alnba.uscourts.gov,   courtmailbir7@alnba.uscourts.gov
              Joseph D. Frank    on behalf of Creditor    Bottling Group, LLC and its affiliates and subsidiaries,
               operating as Pepsi Beverages Company jfrank@fgllp.com,
               ccarpenter@fgllp.com;rheiligman@fgllp.com;jkleinman@fgllp.com
              Julian   Vasek    on behalf of Interested Party Wazir   Kaisani jvasek@haywardfirm.com
              Julian   Vasek    on behalf of Interested Party Pervez   Kaisani jvasek@haywardfirm.com
              Julian   Vasek    on behalf of Interested Party Iqbar   Kaisani jvasek@haywardfirm.com
              Kelley Askew Gillikin    on behalf of Creditor    ALA DEPT OF REVENUE LEGAL DIVISION P O BOX 320001
               MONTGOMERY, AL   36132-0001 kelley.gillikin@revenue.alabama.gov
              Melissa S. Hayward    on behalf of Interested Party Pervez   Kaisani mhayward@haywardfirm.com
               ,   mholmes@haywardfirm.com
              Melissa S. Hayward    on behalf of Interested Party Wazir   Kaisani mhayward@haywardfirm.com
               ,   mholmes@haywardfirm.com
              Melissa S. Hayward    on behalf of Interested Party Iqbar   Kaisani mhayward@haywardfirm.com
               ,   mholmes@haywardfirm.com
              Phillip W. Bohl    on behalf of Interested Party    Little Caesar Enterprises, Inc.
               phillip.bohl@gpmlaw.com
              R. Scott Williams    on behalf of Debtor    Maryland Pizza, Inc. swilliams@rumberger.com,
               docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumber
               ger.com
              R. Scott Williams    on behalf of Debtor    PG County Pizza, Inc. swilliams@rumberger.com,
               docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumber
               ger.com
              R. Scott Williams    on behalf of Debtor    Alabama Partners, LLC swilliams@rumberger.com,
               docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumber
               ger.com
              R. Scott Williams    on behalf of Debtor    PG County Partners, LLC swilliams@rumberger.com,
               docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumber
               ger.com
              R. Scott Williams    on behalf of Debtor    Maryland LC Ventures, LLC swilliams@rumberger.com,
               docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumber
               ger.com
              R. Scott Williams    on behalf of Debtor    BamaChex, Inc. swilliams@rumberger.com,
               docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumber
               ger.com
              Richard E. O'Neal    on behalf of Creditor Insolvency Section   Internal Revenue Service
               USAALN.BANKRUPTCY@usdoj.gov
              Robert H Adams    on behalf of Debtor    Maryland LC Ventures, LLC radams@rumberger.com,
               mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberg
               er.com
              Robert H Adams    on behalf of Debtor    PG County Partners, LLC radams@rumberger.com,
               mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberg
               er.com
              Robert H Adams    on behalf of Debtor    BamaChex, Inc. radams@rumberger.com,
               mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberg
               er.com
              Robert H Adams    on behalf of Debtor    PG County Pizza, Inc. radams@rumberger.com,
               mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberg
               er.com
              Robert H Adams    on behalf of Debtor    Alabama Partners, LLC radams@rumberger.com,
               mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberg
               er.com
              Robert H Adams    on behalf of Debtor    Maryland Pizza, Inc. radams@rumberger.com,
               mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberg
               er.com
                                                                                             TOTAL: 35

        Imaged Certificate of Notice    Page 2 of 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE : | ) | Chapter 11 |
| | ) | |
| ALABAMA PARTNERS, LLC, *et al.*, | ) | Case No. 17–03469-TOM11 |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |

**ORDER APPROVING SALE FREE AND CLEAR OF LIENS AND THE ASSIGNMENT OF LEASES AND CERTAIN CONTRACTS PURSUANT TO § 363 AND § 365 OF THE BANKRUPTCY CODE**

This matter came before the Court on the motion by Alabama Partners, LLC and BamaChex, Inc. (the "Alabama Debtors"), two of the debtors in the above-styled case. The Alabama Debtors originally filed a motion seeking authority to conduct an auction and establishing the process for assuming and assigning certain leases and executory contracts (the "Auction Motion") on September 5, 2017. On September 8, 2017, the Alabama Debtors supplemented the Auction Motion with a Notice of Filing a Draft Asset Purchase Agreement for use by interested parties. On September 14, 2017, the Court held a hearing on the Auction Motion and pursuant to order dated September 15, 2017 [Dkt. No. 105], the Court granted the Auction Motion and set forth certain procedures governing the auction.

The Court initially set a hearing on the proposed sale pursuant to the Auction Motion for hearing on October 19, 2017, but by agreement such hearing was continued to October 26, 2017. On October 24, 2017, the Alabama Debtors filed a Notice and Report of Auction and Sale [Dkt. No. 133] (the "Sale Report"). The Sale Report provided that there was a qualified purchaser, set

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, if any, are: Alabama Partners, LLC (7131); BamaChex, Inc. (6953); Maryland LC Ventures, LLC (6974); Maryland Pizza, Inc. (6929); PG County Partners LLC (2811); and PG County Pizza, Inc. (3902). The service address for each of the Debtors is P.O. Box 551267, Jacksonville, FL 32255.

forth the leases and agreements to be assumed and assigned, identified the Asset Purchase Agreement and set forth other conditions as provided in the Sale Report. On October 25, 2017, the Internal Revenue Service ("IRS") filed an objection ("IRS Objection") to the proposed sale. On October 26, 2017, the Alabama Debtors filed an amended exhibit to the Sale Report further identifying and correcting the existing real property leases that have been sought to be assumed and assigned pursuant to the Auction Motion.

The parties came before the Court for hearing on October 26, 2017 concerning the sale and proposed auction. The Court continued the hearing on the sale from October 26, 2017 to a hearing on October 30, 2017.

At the hearing on October 30, 2017, the parties, including the IRS agreed that all objections to the proposed sale have been resolved by agreement, and the parties agreed to submit this proposed order.

WHEREFORE, the Court hereby **FINDS, ORDERS** and **DECREES** as follows:

1. The sale and the assignment of leases contemplated by the Auction Motion and Sale Report are hereby **ORDERED** to be Authorized and Approved.

2. The IRS Objection is granted in part and denied in part.

3. The Alabama Debtors are hereby authorized to carry and effectuate the sale as set forth in the Auction Motion and Sale Report, as amended.

4. The Alabama Debtors are further hereby authorized and ordered to cure the monetary defaults as set forth in the pleadings. The Court, absent any objections, further authorizes the assignment of the real property leases set forth in the Sale Report, as amended.

2

5. The Alabama Debtors are further authorized and ordered to promptly cure the pre-petition arrearage due to Checker's Drive-in Restaurants in the amount of $404,018.17 from the sale proceeds.

6. The Alabama Debtors are further authorized and ordered to distribute from the sale proceeds, to the IRS, the amount of $250,000.00 in at least partial satisfaction of its secured claim. The IRS's, Notices of Federal Tax Liens, which are recorded, shall attach to the proceeds of the sale and the IRS shall retain its lien on the remaining proceeds from the sale not otherwise authorized to be distributed by this Order. No determination is herein made however, and nothing in this order shall continue a finding binding on any entity, other than each of the debtors in these administratively consolidated cases, that the IRS liens are valid, due and owing obligations of the respective debtors, or properly perfected. The Alabama Debtors are further directed and ordered to promptly comply with all IRS reporting requirements and pay appropriate administrative claims. The Alabama Debtors are further authorized to pay any post-petition tax debt owed to the IRS from the sale proceeds.

7. The Court hereby **FINDS** and **ORDERS** the sale is free and clear of all liens and encumbrances except as set forth herein, and is made from the Alabama Debtors to Rohan Management Services, Inc. or its designee (including but not limited to Pandya Burgers of Alabama, Inc.) pursuant to the Sale Report.

8. The Court further **FINDS** and **ORDERS** the sale is an arms-length transaction in which no collusion has occurred and that proper notice has been given to all parties.

9. The Court hereby authorizes and directs that the Alabama Debtors take such necessary steps to effectuate the prompt closing contemplated herein. Further, the Court **FINDS**

3

and **ORDERS,** pursuant to the Alabama Debtors' request, the requirements of a stay under Bankruptcy Rule 6004 are waived and authorizes the sale as soon as practicable.

10. The Court retains jurisdiction regarding this order, its interpretation, enforcement and disputes arising therefrom.

DONE and so ORDERED this 31st day of October, 2017

/s/ Tamara O. Mitchell
UNITED STATES BANKRUPTCY JUDGE

This Order prepared at the Court's request by:

R. Scott Williams
RUMBERGER, KIRK & CALDWELL, P.C.
2001 Park Place North, Suite 1300
Birmingham, AL 35203
Phone: (205) 327-5550
Facsimile: (205) 326-6786
swilliams@rumberger.com
Attorney for Debtors

4