IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| IN RE: | ) | CHAPTER 11 |
|---|---|---|
| | ) | |
| **ALABAMA PARTNERS, LLC,** | ) | 17-03469-TOM |
| Debtor. | ) | |
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| **BAMACHEX, INC.,** | ) | 17-03471-TOM |
| Debtor. | ) | |
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| **MARYLAND LC VENTURES, LLC,** | ) | 17-03472-TOM |
| Debtor. | ) | |
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| **MARYLAND PIZZA, INC.,** | ) | 17-03473-TOM |
| Debtor. | ) | |
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| **PG COUNTY PARTNERS, LLC,** | ) | 17-03474-TOM |
| Debtor. | ) | |
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| **PG COUNTY PIZZA, INC.,** | ) | 17-03475-TOM |
| Debtor. | ) | |

**MOTION TO LIFT STAY IN THE CASE OF
MARYLAND VENTURES, LLC**

TO THE HONORABLE TAMARA O. MITCHELL, UNITED STATES BANKRUPTCY JUDGE;

Your Petitioner, US Bank Equipment Finance, a corporation, as assignee, transferee and successor-in-interest to IRH Capital, LLC, would state as follows:

1. That this Court has jurisdiction over this proceeding pursuant to 28 U.S.C. §1334 and 11 U.S.C. §362

2. The Debtor in this proceeding is Maryland LC Ventures, LLC ("Maryland Ventures"). Maryland Ventures is one of six cases filed in this court on to-wit: August 11, 2017, which by prior order of this court are being jointly administered. The various cases have similar owners, are in similar business and are operated and managed by the same management team.

3. Maryland Ventures entered into an equipment finance agreement originally on July 19, 2015, with IRH Capital, LLC ("IRH"). The agreement between IRH and Maryland Ventures called for IRH to finance a "turnkey" package of equipment and leasehold improvements for Maryland Ventures in order for Maryland Ventures to open and operate a Little Caesars pizza restaurant location at 950 Largo Center Drive, Upper Marlboro, MD 20744. A copy of the Equipment Finance Agreement and related documents are collectively attached hereto as Exhibit "A". Included in the exhibits is a two page description of all of the various items of equipment subject to the purchase agreement.

4. IRH, with consent of Maryland Ventures and its principals transferred and assigned the Equipment Finance Agreement to US Bank Equipment Bank ("US Bank"). A copy of the Transfer and Assignment is attached and made a part hereof of Exhibit "A".

5. The terms of the Equipment Finance Agreement called for IRH to finance a total purchase price of $150,000.00. Said amount was to be repaid by Maryland Ventures or the personal guarantors of said debt by making 60 consecutive monthly payments of $3,388.69 each.

6. As of the filing date of the Chapter 11 petition by Maryland Ventures, the finance agreement was due for the August 26, 2017 payment. Since the filing of the bankruptcy case no payments have been made and therefore the Equipment Finance Agreement (the "Agreement") is past due for the August, September and October payments.

7. The Debtor Maryland Ventures has continued to use and depreciate the equipment. There has been no offer of adequate protection payments of any kind, description or nature.

8. At the current time there is a gross balance currently due of $164,436.48 plus attorney's fees and costs. Accordingly, there is no equity whatsoever in the equipment and no benefit to the Debtor to retain the equipment.

9. US Bank will suffer irreparable harm and injury if it is not allowed by this court to immediately take possession of its equipment to preserve and protect it, to prevent further depreciation or decline in value and to put the equipment in safe keeping.

WHEREFORE, THE PREMISES CONSIDERED, Petitioner prays that upon a final hearing of this motion, that the stay pursuant to 11 U.S.C. §362 be modified to permit it to foreclose its security interest in the property referred to hereinabove and that it have such other and further relief as is just and proper under the circumstances.

                                              Respectfully submitted,

                                              PARNELL & PARNELL, P.A.

BY:   /s/ Charles N. Parnell, III
         CHARLES N. PARNELL, III
         Attorneys for Petitioner

OF COUNSEL:
PARNELL & PARNELL, P.A.
P.O. Box 2189
Montgomery, AL 36102
334/832-4200

## CERTIFICATE OF SERVICE

      I hereby certify that I have placed in the U.S. mail, postage prepaid, an exact copy of the foregoing Motion to the following on this, the   1st   day of November, 2017.

| | |
|---|---|
| Hon. Robert H. Adams | Maryland LC Ventures, LLC |
| Hon. Frederick Darrell Clarke, III | Debtor |
| Hon. R. Scott Williams | Post Office Box 551267 |
| Attorneys for Debtor | Jacksonville, FL 32255 |
| 2001 Park Place No., Suite 1300 | |
| Birmingham, AL 35203 | |

Bankruptcy Court Administrator
1800 5th Avenue North
Birmingham, Alabama 35203
Montgomery, Alabama 36101

                                            /s/ Charles N. Parnell, III
                                            CHARLES N. PARNELL, III