# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA

IN RE:                              )
                                    )       **BANKRUPTCY CASE NO.**
PG COUNTY PARTNERS, LLC,            )
                                    )       **17-03474-TOM11**
    Debtor.                         )

## JOINTLY ADMINISTERED WITH

IN RE:                              )
                                    )       **BANKRUPTCY CASE NO.**
ALABAMA PARTNERS, LLC,              )
                                    )       **17-03469-TOM11**
    Debtor.                         )

---

## MOTION FOR RELIEF FROM AUTOMATIC STAY
## AND TO DEEM LEASE REJECTED

---

COMES NOW party in interest, Silver Hill II, LLC ("Silver Hill"), and for its Motion for Relief from Automatic Stay and to Deem Lease Rejected, says as follows:

### JURISDICTION AND VENUE

1.      Debtor filed a voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code (11 U.S.C. §§ 101, *et seq.*) on August 18, 2017 (the "Petition Date").

2.      This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and 11 U.S.C. § 362. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(G).

3.      Venue is proper in this Court pursuant to 28 U.S.C. § 1409.

### FACTS

4.      Silver Hill is a party to a Lease with the Debtor for non-residential real property (the "Property"). A copy of the Lease, as amended, is attached hereto as **Exhibit A**.

5. Pursuant to 11 U.S.C. Section 365(d)(3), "The trustee [debtor] shall timely perform all the obligations of the debtor, except those specified in Section 365(b)(2), arising from and after the order of relief under any unexpired lease of non-residential real property, until such lease is assumed or rejected . . ."

6. Accordingly, the Debtor is due to remit the monthly lease payments to Silver Hill, which it has failed to do.

7. Post-petition, three lease payments have come due, but the Debtor has remitted only one such post-petition payment.

8. Given the Debtor's failure to remit such lease payments, Silver Hill lacks adequate protective and the automatic stay should be lifted so that the landlord may take possession of the premises and re-lease the property.

9. Further, given the Debtor's failure to perform its obligations under the Lease, the Lease should be deemed rejected.

WHEREFORE, PREMISES CONSIDERED, Silver Hill respectfully requests this Court to deem the Lease rejected and to grant relief from the stay so that Silver Hill may obtain possession of its premises. Silver Hill prays for such further and other relief the Court may deem appropriate.

This the 7th day of November, 2017.

/s/ C. Ellis Brazeal III
C. Ellis Brazeal III

**Attorney for Silver Hill II LLC**

{BH339232.1}

2

OF COUNSEL:
**JONES WALKER, LLP**
One Federal Place
1819 5th Avenue North
Suite 1100
Birmingham, AL 35203
T: (205) 244-5200 | F: (205) 244-5400
ebrazeal@joneswalker.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case and also mailed by U. S. Mail, postage prepaid, a copy of the foregoing as follows:

Robert H. Adams
Frederick Darrell Clarke, III
R. Scott Williams
Attorneys for Debtor
2001 Park Place North, Suite 1300
Birmingham, AL  35203

Maryland LC Ventures, LLC
Debtor
Post Office Box 551267
Jacksonville, FL  32255

Bankruptcy Court Administrator
1800 5th Avenue North
Birmingham, Alabama  35203

*/s/ C. Ellis Brazeal III*
OF COUNSEL