# Notice Recipients

District/Off: 1126–2　　　User: ltumlin　　　Date Created: 11/8/2017
Case: 17–03469–TOM11　　　Form ID: van014　　　Total: 27

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ba | Jon A Dudeck | jon_dudeck@alnba.uscourts.gov |
| aty | Abigail M. McGibbon | abigail.mcgibbon@gpmlaw.com |
| aty | Charles N Parnell | bkrp@parnellsoutheast.com |
| aty | Clyde Ellis Brazeal, III | ebrazeal@joneswalker.com |
| aty | Daniel D Sparks | ddsparks@csattorneys.com |
| aty | Derek F Meek | dmeek@burr.com |
| aty | Frederick Darrell Clarke, III | fclarke@rumberger.com |
| aty | James Phillip Roberts | jroberts@burr.com |
| aty | Jeffery J Hartley | jjh@helmsinglaw.com |
| aty | Joseph D. Frank | jfrank@fgllp.com |
| aty | Julian Vasek | jvasek@haywardfirm.com |
| aty | Melissa S. Hayward | mhayward@haywardfirm.com |
| aty | Phillip W. Bohl | phillip.bohl@gpmlaw.com |
| aty | R. Scott Williams | swilliams@rumberger.com |
| aty | Richard E. O'Neal | USAALN.BANKRUPTCY@usdoj.gov |
| aty | Robert H Adams | radams@rumberger.com |

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 16

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Alabama Partners, LLC | PO Box 551267　　Jacksonville, FL 32255 |
| cr | Customized Distribution, LLC | % Daniel Sparks　　Christian & Small LLP　　1800 Financial Center　　505 North 20th Street　　Birmingham, AL 35203 |
| cr | Checkers Drive–In Restaurants, Inc. | c/o Burr & Forman LLP　　Derek Meek　　420 N 20th St, Ste 3400　　Birmingham, AL 35203 |
| ba | J. Thomas Corbett | Bankruptcy Administrator　　1800 5th Avenue North　　Birmingham, AL 35203 |
| br | Advanced Restaurant Sales | 111 Village Parkway Bldg #2　　Marietta, GA 30067 |
| cr | NCEP, LLC Department | Ascension Capital Group　　P.O. Box 165028　　Irving, TX 75016 |
| cr | Insolvency Section Internal Revenue Service | 801 Broadway　　MDP 146, Room 285　　Nashville, TN 37203 |
| cr | Silver Hill II LLC | c/o Ellis Brazeal Jones Walker　　1819 5th Avenue North　　Suite 1100　　Birmingham, AL 35203 |
| cr | US Bank Equipment Finance | c/o Parnell & Parnell, P.A.　　P.O. Box 2189　　Montgomery, AL 36102–2189 |
| aty | Leah Fiorenza McNeill | Bryan Cave LLP　　1201 W Peachtree St NW 14tyh Floor　　Atlanta, GA 30309 |
| aty | Mark I. Duedall | Bryan Cave LLP　　1201 W Peachtree St NW 14tyh Floor　　Atlanta, GA 30309 |

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 11