# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
# NORTHERN DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| ALABAMA PARTNERS, LLC, *et al.*, | ) | CASE NO. 17-03469-TOM11 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

Notice is hereby given that, pursuant to Bankruptcy Rule 9010(b), the undersigned attorney, Russell B. Robertson, Esq., of Laird & Robertson, P.C., does hereby enter his appearance as attorney of record for **The City of Jasper, Alabama**, a creditor and party-in-interest in the above-captioned bankruptcy matter.

Notice is further given, pursuant to Bankruptcy Rule 2002, that the undersigned attorney requests without limitation that all notices given or required to be given in this case, and all other documents served or required to be served in this case, be given to and/or served upon the following:

> Russell B. Robertson, Esq.
> Laird & Robertson, P.C.
> P.O. Box 498
> Jasper, AL 35502-0498
> (205) 221-5601
> rbr@lairdandrobertson.com

The above request encompasses without limitation all notices, copies, documents, and pleadings referred to in 11 U.S.C. §1109(b), Bankruptcy Rules 2002, 3017-3022, 4001, or 9007, including specifically and without limitation notice of any and all Orders, motions, demands, complaints, petitions, pleadings, papers, requests, applications or any other documents submitted to the Court in this matter, whether formal or informal, or transmitted or conveyed by mail, hand

delivery, telefax, telegraph, teletex, electronic means, or otherwise, which affect or seek to affect the above-captioned case.

Respectfully Submitted and Dated this the 8th day of November, 2017.

/s/Russell B. Robertson
Russell B. Robertson (ASB-3352-O55R)
Attorney for City of Jasper, Alabama

OF COUNSEL:
Laird & Robertson, P.C.
1700 Fifth Avenue
P.O. Box 498
Jasper, AL 35502-0498
Telephone: (205) 221-5601
Facsimile: (205) 387-2589
E-mail: rbr@lairdandrobertson.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on **November 8, 2017**, I served a copy of the above and foregoing on all counsel of record, or on the party if not represented, by electronically filing the foregoing with the Clerk of the Court, and/or by placing a copy of the same in the United States Mail, properly addressed and first class postage prepaid:

J. Thomas Corbett
Bankruptcy Administrator
1800 5th Ave N
Birmingham, AL 35203

Robert H. Adams, Esq.
Frederick Darrell Clark, III, Esq.
R. Scott Williams, Esq.
Rumberger, Kirk & Caldwell, P.C.
(Representing BamaChex, Inc.)
2001 Park Place North, Suite 1300
Birmingham, AL 35203

Kelley Askew Gillikin, Esq.
State of Alabama, Dept. of Revenue
50 North Ripley Street
P.O. Box 320001
Montgomery, AL 36130

Derek F. Meek, Esq.
James Phillip Roberts, Esq.
Burr & Forman LLP
(Representing Checkers Drive-In Restaurants, Inc.)
420 North 20th Street, Suite 3400
Birmingham, AL 35203

Daniel D. Sparks, Esq.
(Representing Customized Distribution, LLC)
1800 Financial Center
505 North 20th Street
Birmingham, AL 35203

Abigail M. McGibbon, Esq.
Phillip W. Bohl, Esq.
Gray Plant Mooty Mooty and Bennett PA
500 IDS Center
80 South Eighth ST
Minneapolis, MN 55402

| | |
|---|---|
| Julian Vasek, Esq. <br> Melissa S. Hayward, Esq. <br> Hayward & Associates PLLC <br> 10501 N Central Expy Ste 106 <br> Dallas, TX 75231 | Leah Fiorenza McNeill, Esq. <br> Mark I. Duedall, Esq. <br> Bryan Cave LLP <br> 1201 W Peachtree St NW, 14th Floor <br> Atlanta, GA 30309 |

\s\Russell B. Robertson
Of Counsel