```
                              United States Bankruptcy Court
                              Northern District of Alabama
```

In re:                                                              Case No. 17-03469-TOM
Alabama Partners, LLC                                               Chapter 11
        Debtor                    **CERTIFICATE OF NOTICE**

District/off: 1126-2         User: ltumlin            Page 1 of 2           Date Rcvd: Nov 08, 2017
                             Form ID: van014          Total Noticed: 11

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 10, 2017.
db             +Alabama Partners, LLC,    PO Box 551267,    Jacksonville, FL 32255-1267
aty            +Leah Fiorenza McNeill,    Bryan Cave LLP,    1201 W Peachtree St NW 14tyh Floor,
                 Atlanta, GA 30309-3449
aty            +Mark I. Duedall,    Bryan Cave LLP,    1201 W Peachtree St NW 14tyh Floor,
                 Atlanta, GA 30309-3449
br             +Advanced Restaurant Sales,    111 Village Parkway Bldg #2,    Marietta, GA 30067-4013
cr             +Customized Distribution, LLC,    % Daniel Sparks,    Christian & Small LLP,
                 1800 Financial Center,    505 North 20th Street,    Birmingham, AL 35203-4633
cr             +NCEP, LLC Department,    Ascension Capital Group,    P.O. Box 165028,    Irving, TX 75016-5028
cr             +Silver Hill II LLC,    c/o Ellis Brazeal Jones Walker,    1819 5th Avenue North,   Suite 1100,
                 Birmingham, AL 35203-2122
cr              US Bank Equipment Finance,    c/o Parnell & Parnell, P.A.,    P.O. Box 2189,
                 Montgomery, AL  36102-2189

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/Text: cstewart@Burr.com Nov 09 2017 00:51:13      Checkers Drive-In Restaurants, Inc.,
                 c/o Burr & Forman LLP,    Derek Meek,    420 N 20th St, Ste 3400,    Birmingham, AL 35203-5210
cr             +E-mail/Text: cio.bncmail@irs.gov Nov 09 2017 00:49:21
                 Insolvency Section Internal Revenue Service,    801 Broadway,    MDP 146, Room 285,
                 Nashville, TN 37203-3816
ba             +E-mail/Text: bnc_notices_southern@alnba.uscourts.gov Nov 09 2017 00:50:22      J. Thomas Corbett,
                 Bankruptcy Administrator,    1800 5th Avenue North,    Birmingham, AL 35203-2111
                                                                                              TOTAL: 3

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 8, 2017 at the address(es) listed below:
              Abigail M. McGibbon    on behalf of Interested Party    Little Caesar Enterprises, Inc.
               abigail.mcgibbon@gpmlaw.com
              Charles N Parnell    on behalf of Creditor    US Bank Equipment Finance bkrp@parnellsoutheast.com
              Clyde Ellis Brazeal, III    on behalf of Creditor    Silver Hill II LLC ebrazeal@joneswalker.com,
               dshannon@joneswalker.com
              Daniel D Sparks    on behalf of Creditor    Customized Distribution, LLC ddsparks@csattorneys.com,
               dan-sparks-9722@ecf.pacerpro.com
              Derek F Meek    on behalf of Creditor    Checkers Drive-In Restaurants, Inc. dmeek@burr.com,
               mgunnells@burr.com
              Frederick Darrell Clarke, III    on behalf of Debtor    PG County Pizza, Inc. fclarke@rumberger.com,
               mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
              Frederick Darrell Clarke, III    on behalf of Debtor    Maryland Pizza, Inc. fclarke@rumberger.com,
               mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
              Frederick Darrell Clarke, III    on behalf of Debtor    PG County Partners, LLC
               fclarke@rumberger.com,
               mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
              Frederick Darrell Clarke, III    on behalf of Debtor    BamaChex, Inc. fclarke@rumberger.com,
               mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
              Frederick Darrell Clarke, III    on behalf of Debtor    Alabama Partners, LLC fclarke@rumberger.com,
               mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
              Frederick Darrell Clarke, III    on behalf of Debtor    Maryland LC Ventures, LLC
               fclarke@rumberger.com,
               mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        James Phillip Roberts    on behalf of Creditor    Checkers Drive-In Restaurants, Inc.
        jroberts@burr.com
        Jeffery J Hartley    on behalf of Interested Party    R&F Birmingham, LLC jjh@helmsinglaw.com,
        ktm@helmsinglaw.com;dwc@helmsinglaw.com
        Jon A Dudeck    jon_dudeck@alnba.uscourts.gov, courtmailbir7@alnba.uscourts.gov
        Joseph D. Frank    on behalf of Creditor    Bottling Group, LLC and its affiliates and subsidiaries,
        operating as Pepsi Beverages Company jfrank@fgllp.com,
        ccarpenter@fgllp.com;rheiligman@fgllp.com;jkleinman@fgllp.com
        Julian   Vasek    on behalf of Interested Party Wazir   Kaisani jvasek@haywardfirm.com
        Julian   Vasek    on behalf of Interested Party Pervez   Kaisani jvasek@haywardfirm.com
        Julian   Vasek    on behalf of Interested Party Iqbar   Kaisani jvasek@haywardfirm.com
        Kelley Askew Gillikin    on behalf of Creditor    ALA DEPT OF REVENUE LEGAL DIVISION P O BOX 320001
        MONTGOMERY, AL   36132-0001 kelley.gillikin@revenue.alabama.gov
        Melissa S. Hayward    on behalf of Interested Party Pervez   Kaisani mhayward@haywardfirm.com
        , mholmes@haywardfirm.com
        Melissa S. Hayward    on behalf of Interested Party Wazir   Kaisani mhayward@haywardfirm.com
        , mholmes@haywardfirm.com
        Melissa S. Hayward    on behalf of Interested Party Iqbar   Kaisani mhayward@haywardfirm.com
        , mholmes@haywardfirm.com
        Phillip W. Bohl    on behalf of Interested Party    Little Caesar Enterprises, Inc.
        phillip.bohl@gpmlaw.com
        R. Scott Williams    on behalf of Debtor    Maryland Pizza, Inc. swilliams@rumberger.com,
        docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumber
        ger.com
        R. Scott Williams    on behalf of Debtor    PG County Pizza, Inc. swilliams@rumberger.com,
        docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumber
        ger.com
        R. Scott Williams    on behalf of Debtor    Alabama Partners, LLC swilliams@rumberger.com,
        docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumber
        ger.com
        R. Scott Williams    on behalf of Debtor    PG County Partners, LLC swilliams@rumberger.com,
        docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumber
        ger.com
        R. Scott Williams    on behalf of Debtor    Maryland LC Ventures, LLC swilliams@rumberger.com,
        docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumber
        ger.com
        R. Scott Williams    on behalf of Debtor    BamaChex, Inc. swilliams@rumberger.com,
        docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumber
        ger.com
        Richard E. O'Neal    on behalf of Creditor Insolvency Section   Internal Revenue Service
        USAALN.BANKRUPTCY@usdoj.gov
        Robert H Adams    on behalf of Debtor    Maryland LC Ventures, LLC radams@rumberger.com,
        mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberg
        er.com
        Robert H Adams    on behalf of Debtor    PG County Partners, LLC radams@rumberger.com,
        mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberg
        er.com
        Robert H Adams    on behalf of Debtor    BamaChex, Inc. radams@rumberger.com,
        mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberg
        er.com
        Robert H Adams    on behalf of Debtor    PG County Pizza, Inc. radams@rumberger.com,
        mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberg
        er.com
        Robert H Adams    on behalf of Debtor    Alabama Partners, LLC radams@rumberger.com,
        mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberg
        er.com
        Robert H Adams    on behalf of Debtor    Maryland Pizza, Inc. radams@rumberger.com,
        mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberg
        er.com

                                                                               TOTAL: 36

Van−014 [Notice of Final Hearing] (Rev. 07/15)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA, SOUTHERN DIVISION

**In re:**  Alabama Partners, LLC
**EIN:** 26−3067131

**Case No.** 17−03469−TOM11
**Chapter** 11

**Debtor(s)**

## NOTICE OF FINAL HEARING

    Notice is hereby given that **Charles Parnell, Attorney for US Bank Equipment Finance** filed a **Motion for Relief from Automatic Stay (as to member case Maryland LC Ventures LLC, 17−03472)** in the above−styled case. The preliminary hearing shall be consolidated with the final evidentiary hearing and parties are to be prepared for trial.

    The final hearing will be held to consider and act upon said Motion.

    **Date:** Monday, December 4, 2017    **Time:** 10:30 AM

    **Location:** Robert S. Vance Federal Bldg, 1800 5th Ave No, Courtroom 3, Birmingham, AL 35203

Attendance is not required if a settlement has been reached as approved by all parties and filed with the Court by an attorney prior to the hearing date.

Dated: November 8, 2017

By:

Joseph E. Bulgarella, Clerk
United States Bankruptcy Court

klt