```
                          United States Bankruptcy Court
                           Northern District of Alabama
```

In re:                                                                    Case No. 17-03469-TOM
Alabama Partners, LLC                                                     Chapter 11
        Debtor                      **CERTIFICATE OF NOTICE**

District/off: 1126-2          User: ltumlin              Page 1 of 2            Date Rcvd: Nov 08, 2017
                              Form ID: van014            Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 10, 2017.
```
db             +Alabama Partners, LLC,    PO Box 551267,    Jacksonville, FL 32255-1267
aty            +Leah Fiorenza McNeill,    Bryan Cave LLP,    1201 W Peachtree St NW 14tyh Floor,
                 Atlanta, GA 30309-3449
aty            +Mark I. Duedall,    Bryan Cave LLP,    1201 W Peachtree St NW 14tyh Floor,
                 Atlanta, GA 30309-3449
br             +Advanced Restaurant Sales,    111 Village Parkway Bldg #2,    Marietta, GA 30067-4013
cr             +Customized Distribution, LLC,    % Daniel Sparks,    Christian & Small LLP,
                 1800 Financial Center,    505 North 20th Street,    Birmingham, AL 35203-4633
cr             +NCEP, LLC Department,    Ascension Capital Group,    P.O. Box 165028,    Irving, TX 75016-5028
cr             +Silver Hill II LLC,    c/o Ellis Brazeal Jones Walker,    1819 5th Avenue North,    Suite 1100,
                 Birmingham, AL 35203-2122
cr              US Bank Equipment Finance,    c/o Parnell & Parnell, P.A.,    P.O. Box 2189,
                 Montgomery, AL  36102-2189
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/Text: cstewart@Burr.com Nov 09 2017 00:51:13     Checkers Drive-In Restaurants, Inc.,
                 c/o Burr & Forman LLP,    Derek Meek,    420 N 20th St, Ste 3400,    Birmingham, AL 35203-5210
cr             +E-mail/Text: cio.bncmail@irs.gov Nov 09 2017 00:49:23
                 Insolvency Section Internal Revenue Service,    801 Broadway,    MDP 146, Room 285,
                 Nashville, TN 37203-3816
ba             +E-mail/Text: bnc_notices_southern@alnba.uscourts.gov Nov 09 2017 00:50:25     J. Thomas Corbett,
                 Bankruptcy Administrator,    1800 5th Avenue North,    Birmingham, AL 35203-2111
                                                                                              TOTAL: 3

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2017                              Signature:  /s/Joseph Speetjens

_____

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 8, 2017 at the address(es) listed below:
          Abigail M. McGibbon    on behalf of Interested Party    Little Caesar Enterprises, Inc.
           abigail.mcgibbon@gpmlaw.com
          Charles N Parnell    on behalf of Creditor    US Bank Equipment Finance bkrp@parnellsoutheast.com
          Clyde Ellis Brazeal, III    on behalf of Creditor    Silver Hill II LLC ebrazeal@joneswalker.com,
           dshannon@joneswalker.com
          Daniel D Sparks    on behalf of Creditor    Customized Distribution, LLC ddsparks@csattorneys.com,
           dan-sparks-9722@ecf.pacerpro.com
          Derek F Meek    on behalf of Creditor    Checkers Drive-In Restaurants, Inc. dmeek@burr.com,
           mgunnells@burr.com
          Frederick Darrell Clarke, III    on behalf of Debtor    PG County Pizza, Inc. fclarke@rumberger.com,
           mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
          Frederick Darrell Clarke, III    on behalf of Debtor    Maryland Pizza, Inc. fclarke@rumberger.com,
           mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
          Frederick Darrell Clarke, III    on behalf of Debtor    PG County Partners, LLC
           fclarke@rumberger.com,
           mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
          Frederick Darrell Clarke, III    on behalf of Debtor    BamaChex, Inc. fclarke@rumberger.com,
           mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
          Frederick Darrell Clarke, III    on behalf of Debtor    Alabama Partners, LLC fclarke@rumberger.com,
           mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
          Frederick Darrell Clarke, III    on behalf of Debtor    Maryland LC Ventures, LLC
           fclarke@rumberger.com,
           mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
```

```
District/off: 1126-2          User: ltumlin                Page 2 of 2              Date Rcvd: Nov 08, 2017
                              Form ID: van014              Total Noticed: 11
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        James Phillip Roberts   on behalf of Creditor   Checkers Drive-In Restaurants, Inc. jroberts@burr.com
        Jeffery J Hartley   on behalf of Interested Party   R&F Birmingham, LLC jjh@helmsinglaw.com, ktm@helmsinglaw.com;dwc@helmsinglaw.com
        Jon A Dudeck   jon_dudeck@alnba.uscourts.gov, courtmailbir7@alnba.uscourts.gov
        Joseph D. Frank   on behalf of Creditor   Bottling Group, LLC and its affiliates and subsidiaries, operating as Pepsi Beverages Company jfrank@fgllp.com, ccarpenter@fgllp.com;rheiligman@fgllp.com;jkleinman@fgllp.com
        Julian Vasek   on behalf of Interested Party Wazir Kaisani jvasek@haywardfirm.com
        Julian Vasek   on behalf of Interested Party Pervez Kaisani jvasek@haywardfirm.com
        Julian Vasek   on behalf of Interested Party Iqbar Kaisani jvasek@haywardfirm.com
        Kelley Askew Gillikin   on behalf of Creditor   ALA DEPT OF REVENUE LEGAL DIVISION P O BOX 320001 MONTGOMERY, AL  36132-0001 kelley.gillikin@revenue.alabama.gov
        Melissa S. Hayward   on behalf of Interested Party Pervez Kaisani mhayward@haywardfirm.com, mholmes@haywardfirm.com
        Melissa S. Hayward   on behalf of Interested Party Wazir Kaisani mhayward@haywardfirm.com, mholmes@haywardfirm.com
        Melissa S. Hayward   on behalf of Interested Party Iqbar Kaisani mhayward@haywardfirm.com, mholmes@haywardfirm.com
        Phillip W. Bohl   on behalf of Interested Party   Little Caesar Enterprises, Inc. phillip.bohl@gpmlaw.com
        R. Scott Williams   on behalf of Debtor   Maryland Pizza, Inc. swilliams@rumberger.com, docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumberger.com
        R. Scott Williams   on behalf of Debtor   PG County Pizza, Inc. swilliams@rumberger.com, docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumberger.com
        R. Scott Williams   on behalf of Debtor   Alabama Partners, LLC swilliams@rumberger.com, docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumberger.com
        R. Scott Williams   on behalf of Debtor   PG County Partners, LLC swilliams@rumberger.com, docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumberger.com
        R. Scott Williams   on behalf of Debtor   Maryland LC Ventures, LLC swilliams@rumberger.com, docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumberger.com
        R. Scott Williams   on behalf of Debtor   BamaChex, Inc. swilliams@rumberger.com, docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumberger.com
        Richard E. O'Neal   on behalf of Creditor Insolvency Section   Internal Revenue Service USAALN.BANKRUPTCY@usdoj.gov
        Robert H Adams   on behalf of Debtor   Maryland LC Ventures, LLC radams@rumberger.com, mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberger.com
        Robert H Adams   on behalf of Debtor   PG County Partners, LLC radams@rumberger.com, mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberger.com
        Robert H Adams   on behalf of Debtor   BamaChex, Inc. radams@rumberger.com, mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberger.com
        Robert H Adams   on behalf of Debtor   PG County Pizza, Inc. radams@rumberger.com, mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberger.com
        Robert H Adams   on behalf of Debtor   Alabama Partners, LLC radams@rumberger.com, mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberger.com
        Robert H Adams   on behalf of Debtor   Maryland Pizza, Inc. radams@rumberger.com, mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberger.com

                                                                                                                   TOTAL: 36

Van–014 [Notice of Final Hearing] (Rev. 07/15)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA, SOUTHERN DIVISION

**In re:**                                                                   **Case No.** 17–03469–TOM11
Alabama Partners, LLC                                      **Chapter** 11

                                **EIN:** 26–3067131

         **Debtor(s)**

## NOTICE OF FINAL HEARING

    Notice is hereby given that **Ellis Brazeal, Attorney for Silver Hill II, LLC** filed a **Motion for Relief from Automatic Stay and to Deem Lease Rejected** in the above–styled case. The preliminary hearing shall be consolidated with the final evidentiary hearing and parties are to be prepared for trial.

    The final hearing will be held to consider and act upon said Motion.

    **Date:** Monday, December 4, 2017          **Time:** 10:30 AM

    **Location:** Robert S. Vance Federal Bldg, 1800 5th Ave No, Courtroom 3, Birmingham, AL 35203

Attendance is not required if a settlement has been reached as approved by all parties and filed with the Court by an attorney prior to the hearing date.

Dated: November 8, 2017                              By:

                                                                                 Joseph E. Bulgarella, Clerk
                                                                                 United States Bankruptcy Court

klt