## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: _____     CASE NO. 1703472. 1703473
1703474. 1703475     MONTH ENDING: September 2017

### Operating reports are to be filed monthly, in duplicate, with the Bankruptcy Clerk's Office by the 15th of each month

## BUSINESS DEBTOR'S AFFIRMATIONS

1.   YES _X_ NO ____   All post petition business taxes have been paid/deposited and the deposit slips are attached.

     YES ___ NO ____   All post petition individual taxes have been paid and the deposit slips are attached.

   If you answered "No" to the above, list the types of taxes that are now due and owing.

| TYPE OF TAX | AMOUNT |
|---|---|
| _____ | $ _____ |
| _____ | $ _____ |
| _____ | $ _____ |
| _____ | $ _____ |

2.   YES _X_ NO ____   Adequate insurance on all assets/property including fire, theft, liability, collision and casualty and workman's compensation (if applicable) is currently in full force and effect.

   If no, enter:     TYPE_____not in force.

                     TYPE_____not in force.

3.   YES _X_ NO ____   New books and records were opened and are being maintained daily.

4.   YES _X_ NO ____   Copies of _all_ banks statements and reconciliations are attached .

5.   YES _X_ NO ____   I have otherwise complied with all requirements of the Chapter 11 Operating Order.

6.   YES _X_ NO ____   All financial statements filed with the Bankruptcy Clerk's Office are prepared in accordance with generally accepted accounting principles.

**I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

DATE 11-10-2017 _____

                              Mark Williams
                              RESPONSIBLE PARTY

Phone No._____

**Bankruptcy Administrator Form - Business BA-01**

## United States Bankruptcy Court - Northern District of Alabama

1703472. 1703473

CASE NAME: _____    CASE NO. 1703474. 1703475    MONTH ENDING: September 2017

### Attach Business Forms BA-02(A-D)
# BUSINESS DEBTOR'S

| CASH RECEIPTS & DISBURSEMENTS | INCOME STATEMENT |
|---|---|
| | -Accrual  **(Circle One)**  -Cash |

CASH ON HAND (Beginning)is the same figure as cash on Hand (End) of last month.

A.   CASH ON HAND(Beginning) 63218

B.   RECEIPTS:

    Accounts Receivable from
Form BA-02(A)-Line II(C)    _____

    Cash Sales    263102

    Loan Proceeds
from_____    _____

    Sale of Property    _____
    (Not in ordinary
    course of business)

    Other_____    _____

    _____    _____

C.   TOTAL RECEIPTS    263102
    (Total of B)

D.   BUSINESS DISBURSEMENTS 325793
    FROM FORM BA-02(B)

E.   SURPLUS OR DEFICIT    _____
    (C minus D)

F.   CASH ON HAND (End)    _____
    (A plus E)

1.   REVENUE FROM TOTAL
    SALES    $ 248006

2.   LESS COST OF THOSE    186276
    SALES
    (Cost of materials,
    Labor, etc.)

3.   EQUALS GROSS
    PROFIT (1 minus 2)    61731

4.   LESS OPERATING
    EXPENSES    104406

5.   EQUALS NET PROFIT
    OPERATIONS
    (3 minus 4)    -42675

6.   NON-OPERATING
    INCOME/EXPENSES
    (LIST SPECIFIC
    INCOME/EXPENSES)

    _____    _____

    _____    _____

    _____    _____

7.   EQUALS NET PROFIT
    OR NET LOSS    $ -42675
    (5 plus or minus 6)

***\* Please itemize Cost of Sales and Expenses on a separate sheet of paper.***

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE__11-10-2017_____

    Mark Williams
RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02**

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: _____    CASE NO.: 1703472. 1703473 1703474. 1703475    MONTH ENDING: September 2017

### Attach to Business Form BA-02
# BUSINESS DEBTOR'S ACCOUNTS RECEIVABLE

__X__ I.    **NO ACCOUNTS RECEIVABLE WERE COLLECTED THIS MONTH.** (Check if true)

II.    **COLLECTION OF ACCOUNTS RECEIVABLE THIS MONTH.**

A.    Amount collected this month on accounts
       receivable charged and paid this month.                    $_____

B.    Amount collected this month on accounts
       receivable charged in prior months
       and paid this month.                                       $_____

C.    TOTAL collected this month on accounts
       receivable.                                                $_____

III.    **PENDING ACCOUNTS RECEIVABLE AS OF THE END OF THE MONTH:**

| ENTITY | 0-30 Days | 31-60 DAYS | 61-90 DAYS | OVER 91 | TOTAL |
|--------|-----------|------------|------------|---------|-------|
|        | $         |            |            |         | $     |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
| **TOTALS** | $     |            |            |         | $     |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE
AND BELIEF.

DATE_____11-10-2017_____          ____Mark Williams_____
                                          RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02(A)**

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: _____

CASE NO. 1703472. 1703473
1703474. 1703475

MONTH ENDING: September 2017

### BUSINESS DEBTOR'S ACTUAL DISBURSEMENTS

ACCOUNTING FEES.............................................$ _____
ADVERTISING................................................. 378 _____
AUTOMOBILES/VEHICLES (repairs & maintenance)............... _____
COMMISSIONS/CONTRACT LABOR................................. _____
INSURANCE (TOTAL).......................................... 3126 _____

| | | |
|---|---|---|
| AUTO | $ _____ | |
| LIABILITY | 1670 | |
| LIFE | _____ | |
| MEDICAL | _____ | |
| CASUALTY | _____ | |
| FIRE & THEFT | _____ | |
| WORKMAN'S COMP. | 1456 | |
| OTHER _____ | _____ | |

INTEREST PAID.............................................. _____
INVENTORY PURCHASED........................................ 83210 _____
LEGAL FEES................................................. _____
POSTAGE.................................................... _____
RENT/LEASE PAYMENTS ON REAL ESTATE........................ 8341 _____
REPAIRS & MAINTENANCE...................................... 7805 _____
SALARIES/WAGES PAID........................................ 91912 _____
SECURED LOAN PAYMENTS [TOTAL FROM BA-02(C)]............... _____
SUPPLIES (TOTAL)........................................... Included in Inventory above

| | | |
|---|---|---|
| OFFICE | $ _____ | |
| OPERATING | _____ | |

TRAVEL & ENTERTAINMENT..................................... 1059 _____
TAXES [TOTAL OF ALL TAXES FROM BA-02(D)].................. 42215 _____
UNSECURED LOAN PAYMENTS.................................... 66347 _____
UTILITIES (TOTAL).......................................... 8796 _____

| | | |
|---|---|---|
| ELECTRICITY | $ 3946 | |
| GAS | 2387 | |
| TELEPHONE | 2463 | |
| WATER | _____ | |
| OTHER _____ | _____ | |

OTHER BUSINESS DISBURSEMENTS  Brinks 6684  Check Order 83
(Specify)                     Alarm 782   Bank Fees 5055    $ 12604

**TOTAL BUSINESS DISBURSEMENTS**..........................$ 325793

---

**I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

DATE 11-10-2017

Mark Williams
_____
RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02(B)**

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: _____   CASE NO. 1703472. 1703473 1703474. 1703475   MONTH ENDING: September 2017

### BUSINESS DEBTOR'S PAYMENTS TO SECURED CREDITORS

# ALL SECURED CREDITORS MUST BE LISTED BELOW

1. _____ Secured loan payments as described below have been paid this month
   (Check, if true.)

2. _____ No secured loan payments have been paid during this month.
   (Check, if true.)

3. __X__ The DIP has no secured creditors. (Check, if true.)

| SECURED CREDITOR | COLLATERAL | DATE PAID | AMOUNT | | BALANCE |
|---|---|---|---|---|---|
| | | | DUE | PAID | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE  11-10-2017  _____

Mark Williams _____
RESPONSIBLE PARTY

Bankruptcy Administrator Form - Business BA-02(C)

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: _____    CASE NO.: 1703472. 1703473 1703474. 1703475    MONTH ENDING: September _____ 2017

### Attach to Business Form BA-02
### BUSINESS DEBTOR'S TAX PAYMENTS

#### A. WITHHELD TAXES FOR EACH PAYROLL PERIOD

| PAYROLL DATE | PAYROLL AMOUNT | FICA 941 | | STATE INCOME TAXES PAID | LOCAL INCOME TAXES PAID |
|---|---|---|---|---|---|
| | | AMOUNT DUE | AMOUNT DEPOSITED | | |
| 08/30 - 08/31/2017 | 51949 | 12586 | 12586 | 3599 | |
| 09/06 - 09//14/2017 | 52069 | 10951 | 10951 | | |
| 09-23 | 1538 | 612 | 612 | | |
| | | | | | |
| | | | | | |
| TOTAL | | | | | |

#### B. UNEMPLOYMENT TAXES FOR EACH PAYROLL PERIOD

| PAYROLL DATE | TAXABLE PAYROLL | FUTA 940 | | STATE |
|---|---|---|---|---|
| | | AMOUNT DUE | AMOUNT DEPOSITED | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL | | | | |

#### C. OTHER TAXES (SPECIFY TYPE: EXCISE, SALES, ETC. INCLUDE TAXES DUE AND PAID QUARTERLY)

| DUE | | | PAID | | |
|---|---|---|---|---|---|
| DATE | TYPE | AMOUNT | DATE | TYPE | AMOUNT |
| 092017 | SALES | 10676 | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL | | | | | |

**I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

DATE 11-10-2017 _____

Mark Williams _____
RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02(D)**

## United States Bankruptcy Court - Northern District of Alabama

1703472. 1703473

CASE NAME: _____     CASE NO. : 1703474. 17035475     MONTH ENDING: September 2017

## BUSINESS DEBTOR'S BANK ACCOUNTS

| Bank, Credit Union, Etc. | Account No. (Checking, Savings, CD, Etc.) | Statement Balance | Date | Indicate Pre or Post Petition Account |
|---|---|---|---|---|
| Bank Of America | 8948 | .32 | 09/30/2017 | Pre-Petition |
| Bank of America | 6284 | -140.37 | 09/30/2017 | Pre Petition |
| Bank of America | 1026 | 133;42 | 09/30/2017 | Post Petition |
| Bank Of America | 8558 | 8083.88 | 09/30/2017 | Post Petition |

## GROSS PAYROLL
### (Wages, Salaries, Commissions, Bonuses, Etc.)

| | | |
|---|---|---|
| Officer #1   (Name) Mark Williams | $ | 5199 |
| Officer #2   (Name) _____ | $ | |
| Other Officer   (Name) _____ | $ | |
| Employees (Number)   94 | $ | 100378 |
| Employees (Relatives) _____ | $ | |
| Name _____ | $ | |
| Name _____ | $ | |

## INVENTORY  (IF APPLICABLE)

| | |
|---|---|
| Inventory - Beginning of Month (COST) | $ _____ |
| Inventory - Purchased this Month - CASH | $ _____ |
| Inventory - Purchased this Month - CREDIT | $ _____ |
| Inventory - End of Month (COST) | $ _____ |

## PAYMENTS MADE TO PRE-PETITION UNSECURED CREDITORS

____ A. No payments on pre-petition debts have been made this month.
_X_ B. The following payments have been made this month to unsecured creditors whose debts were incurred prior to the filing of this case:

| CREDITOR | AMOUNT & DATE | PURPOSE | PAYMENT COURT APPROVED? |
|---|---|---|---|
| See Attached | | | |
| | | | |
| | | | |
| | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE 11-10-2017 _____        Mark Williams
                                RESPONSIBLE PARTY

# United States Bankruptcy Court - Northern District of Alabama

CASE NAME: _____    CASE NO.: 1703472. 1703473    MONTH ENDING: September 2017
1703474. 1703475

## BUSINESS DEBTOR'S POST-PETITION ACCOUNTS PAYABLE

### CHECK A or B

_____ A.  All operating expenses since the beginning of this case have been paid.  Therefore there are no post-petition accounts payable.

### ** OR **

__x__ B.  Post-petition accounts payable are as follows:

| ENTITY OWED | 0-30 DAYS | 31-60 DAYS | 61-90 DAYS | OVER 91 | TOTAL |
|---|---|---|---|---|---|
| Marlow Heights SC | 3483 | $ 2267 | $ | $ | $ |
| Combined Properties | 5984 | 3794 | | | |
| BAES Woodberry | 3279 | 1987 | | | |
| Rivertowne ACQ LLC | | 2464 | | | |
| Maverick VI LLC | | | | | |
| Pepco | 7865 | 3622 | | | |
| Washington Gas | 4600 | 3000 | | | |
| Yes Energy | 867 | 867 | | | |
| Affordable Refuse | 1076 | 1076 | | | |
| Brinks | 5900 | 5900 | | | |
| Little Caesars | 72000 | 18480 | | | |
| Pepsi | 400 | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| **TOTALS** | 105454 | $ 43457 | $ | $ | $148911 |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE 11-10-2017 _____

Mark  Williams
_____
RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-03(A)**

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: _____     CASE NO. 1703472. 1703473 1703474. 1703475     MONTH ENDING: Sepyember 2017

### File for Each Quarter
### BUSINESS DEBTOR'S BALANCE SHEET

## I.  ASSETS

| | | | | |
|---|---|---|---|---|
| Current: | Cash | | $ | 12240 |
| | Inventory | | $ | 29612 |
| | Accounts Receivable | | $ | |
| | Other | | $ | 2500 |
| | Total Current Assets | (a) | $ | 44352 |
| | | | | |
| Fixed: | Property & Equipment | | $ | 511211 |
| | Accumulated Depreciation | | $ | < 252227      > |
| | Other | | $ | 506446 |
| | Total Fixed Assets | (b) | $ | 758673 |
| | | | | |
| Total Assets | (a + b) = (c) | | $ | 803125 |

## II. LIABILITIES

| | | | | |
|---|---|---|---|---|
| Current: | Post Chapter 11 Payables | | $ | 148911 |
| | Taxes Payable | | $ | 26026 |
| | Accrued Professional Fees | | $ | |
| | Accrued Expenses | | $ | |
| | Notes Payable | | $ | |
| | Current Portion Long Term Debt | | $ | |
| | Other | | $ | |
| | Total Current Liabilities | (d) | $ | 174937 |
| | | | | |
| Long Term Debt: | Pre-Chapter 11 Payables | | $ | 1663454 |
| | Notes & Loans Payable | | $ | 873802 |
| | Less Current Portion | | $ | <        > |
| | Other | | $ | |
| | Total Long Term Debt | (e) | $ | 2537256 |
| Total Liabilities | (d + e) = (f) | | $ | 2712193 |

| | | | | |
|---|---|---|---|---|
| STOCKHOLDERS EQUITY/(DEFICIT) OR NET WORTH | | | | |
| | Capital Stock | (g) | $ | 286887 |
| | Retained Earnings (Deficit) | (h) | $ | -1579506 |
| | Current Surplus (Deficit) | (i) | $ | -42675 |
| Total Liabilities & Stockholder Equity/Net Worth | (f) + (g) + (h) + (i) | | $ | 803125 |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE 11-10-2017 _____

Mark Williams
_____
RESPONSIBLE PARTY

Bankruptcy Administrator Form - Business BA-04



P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

�))  Customer service: 1.888.852.5000

✦  bankofamerica.com

🖃  Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

PG COUNTY PIZZA INC
10879 CORAL SHORES DR UNIT 210
JACKSONVILLE, FL  32256-2128

# Your Full Analysis Business Checking

for September 1, 2017 to September 30, 2017

Account number: <span style="color:red">Redacted</span> 6284

**PG COUNTY PIZZA INC**

## Account summary

| | |
|---|---|
| Beginning balance on September 1, 2017 | $14,339.88 |
| Deposits and other credits | 81,365.20 |
| Withdrawals and other debits | -94,400.85 |
| Checks | -0.00 |
| Service fees | -1,444.60 |
| **Ending balance on September 30, 2017** | **-$140.37** |

# of deposits/credits: 57

# of withdrawals/debits: 58

# of days in cycle: 30

Average ledger balance: $5,789.69

Celebrate 20 years of Museums on Us®. During the first full weekend of every month, just show your Bank of America® credit card and a photo ID for one free general admission to more than 175 cultural institutions. Learn more at bankofamerica.com/artsonus.

Case 17-03469-TOM7  Doc 153  Filed 11/16/17  Entered 11/16/17 16:02:20  Desc Main
Document  Page 10 of 22

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

**How to Contact Us -** You may call us at the telephone number listed on the front of this statement.

**Updating your contact information -** We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

**Deposit agreement -** When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

**Electronic transfers: In case of errors or questions about your electronic transfers -** If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

**Reporting other problems -** You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

**Direct deposits -** If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2017 Bank of America Corporation

 **Bank of America, N.A. Member FDIC and** **Equal Housing Lender**


PG COUNTY PIZZA INC | Account Redacted 6284 | September 1, 2017 to September 30, 2017

## Deposits and other credits

| Date | Transaction description | Customer reference | Bank reference | Amount |
|------|------------------------|-------------------|----------------|--------|
| 09/01/17 | PSP 866-230-0708 DES:Disbursmnt ID:XXXXXXXXXX54314 INDN:Wazir Kaisani PG Count CO ID:1471872598 CCD PMT INFO:*6036335090039690 MEMO= *\ | | 902344008655521 | 2,692.80 |
| 09/05/17 | PSP 866-230-0708 DES:Disbursmnt ID:XXXXXXXXXX80939 INDN:Wazir Kaisani PG Count CO ID:1471872598 CCD PMT INFO:*6036335090039690 MEMO= *\ | | 902348020200472 | 2,332.50 |
| 09/05/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2191582204 INDN:LITTLE CAESA2191582204 CO ID:1134992250 CCD | | 902348020910053 | 77.78 |
| 09/05/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2191582204 INDN:LITTLE CAESA2191582204 CO ID:1134992250 CCD | | 902348021234658 | 46.96 |
| 09/05/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2191582204 INDN:LITTLE CAESA2191582204 CO ID:1134992250 CCD | | 902344013957254 | 19.65 |
| 09/05/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2193563087 INDN:LITTLE CAESA2193563087 CO ID:1134992250 CCD | | 902344013957051 | 19.08 |
| 09/05/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2193563087 INDN:LITTLE CAESA2193563087 CO ID:1134992250 CCD | | 902348020909677 | 18.71 |
| 09/06/17 | PSP 866-230-0708 DES:Disbursmnt ID:XXXXXXXXXX04828 INDN:Wazir Kaisani PG Count CO ID:1471872598 CCD PMT INFO:*6036335090039690 MEMO= *\ | | 902349007354328 | 13,232.68 |
| 09/06/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2191582204 INDN:LITTLE CAESA2191582204 CO ID:1134992250 CCD | | 902348026739569 | 27.77 |

*continued on the next page*

Case 17-03469-TOM7    Doc 153    Filed 11/16/17    Entered 11/16/17 16:02:20    Desc Main
Document        Page 12 of 22

# Deposits and other credits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|------|------------------------|--------------------|----------------|--------|
| 09/07/17 | PSP 866-230-0708 DES:Disbursmnt ID:XXXXXXXXXX16056  INDN:Wazir Kaisani PG Count  CO ID:1471872598 CCD  PMT INFO:*6036335090039690 MEMO= *\ | | 902350004614937 | 1,691.46 |
| 09/08/17 | PSP 866-230-0708 DES:Disbursmnt ID:XXXXXXXXXX40453  INDN:Wazir Kaisani PG Count  CO ID:1471872598 CCD  PMT INFO:*6036335090039690 MEMO= *\ | | 902351006392567 | 1,912.78 |
| 09/08/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2191582204  INDN:LITTLE CAESA2191582204 CO ID:1134992250 CCD | | 902350009981299 | 54.20 |
| 09/11/17 | PSP 866-230-0708 DES:Disbursmnt ID:XXXXXXXXXX63185  INDN:Wazir Kaisani PG Count  CO ID:1471872598 CCD  PMT INFO:*6036335090039690 MEMO= *\ | | 902354009542535 | 1,988.63 |
| 09/11/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2191582204  INDN:LITTLE CAESA2191582204 CO ID:1134992250 CCD | | 902354010025058 | 32.93 |
| 09/11/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2193563087  INDN:LITTLE CAESA2193563087 CO ID:1134992250 CCD | | 902354010024820 | 20.94 |
| 09/11/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2191582204  INDN:LITTLE CAESA2191582204 CO ID:1134992250 CCD | | 902351010470987 | 16.78 |
| 09/12/17 | PSP 866-230-0708 DES:Disbursmnt ID:XXXXXXXXXX78288  INDN:Wazir Kaisani PG Count  CO ID:1471872598 CCD  PMT INFO:*6036335090039690 MEMO= *\ | | 902355001462189 | 9,017.55 |
| 09/12/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2191582204  INDN:LITTLE CAESA2191582204 CO ID:1134992250 CCD | | 902354015761132 | 18.06 |
| 09/13/17 | PSP 866-230-0708 DES:Disbursmnt ID:XXXXXXXXXX85334  INDN:Wazir Kaisani PG Count  CO ID:1471872598 CCD  PMT INFO:*6036335090039690 MEMO= *\ | | 902356002814408 | 2,123.34 |
| 09/13/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2193563087  INDN:LITTLE CAESA2193563087 CO ID:1134992250 CCD | | 902355006763047 | **23.25** |
| 09/13/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2191582204  INDN:LITTLE CAESA2191582204 CO ID:1134992250 CCD | | 902355006763194 | 22.78 |
| 09/14/17 | PSP 866-230-0708 DES:Disbursmnt ID:XXXXXXXXXX94249  INDN:Wazir Kaisani PG Count  CO ID:1471872598 CCD  PMT INFO:*6036335090039690 MEMO= *\ | | 902357007878038 | 1,190.35 |

*continued on the next page*

## Deposits and other credits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|------|------------------------|--------------------|----------------|--------|
| 09/14/17 | Online Banking transfer from CHK 8558<br>Confirmation# 1239043065 | | 943209146872946 | 500.00 |
| 09/14/17 | AMERICAN EXPRESS DES:SETTLEMENT<br>ID:2191582204 INDN:LITTLE CAESA2191582204<br>CO ID:1134992250 CCD | | 902356008191069 | 38.66 |
| 09/14/17 | AMERICAN EXPRESS DES:SETTLEMENT<br>ID:2193563087 INDN:LITTLE CAESA2193563087<br>CO ID:1134992250 CCD | | 902356008190937 | 5.30 |
| 09/15/17 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON<br>09-14) ELECTRONIC TRANSACTION | | 934109140000683 | 1,389.00 |
| 09/15/17 | PSP 866-230-0708 DES:Disbursmnt<br>ID:XXXXXXXXXX52158 INDN:Wazir Kaisani PG<br>Count CO ID:1471872598 CCD PMT<br>INFO:*6036335090039690 MEMO=<br>*\ | | 902358010229855 | 1,651.86 |
| 09/15/17 | AMERICAN EXPRESS DES:SETTLEMENT<br>ID:2191582204 INDN:LITTLE CAESA2191582204<br>CO ID:1134992250 CCD | | 902357013191271 | 22.26 |
| 09/18/17 | PSP 866-230-0708 DES:Disbursmnt<br>ID:XXXXXXXXXX83072 INDN:Wazir Kaisani PG<br>Count CO ID:1471872598 CCD PMT<br>INFO:*6036335090039690 MEMO=<br>*\ | | 902361015490014 | 2,103.74 |
| 09/18/17 | AMERICAN EXPRESS DES:SETTLEMENT<br>ID:2191582204 INDN:LITTLE CAESA2191582204<br>CO ID:1134992250 CCD | | 902361016004327 | 34.37 |
| 09/18/17 | AMERICAN EXPRESS DES:SETTLEMENT<br>ID:2193563087 INDN:LITTLE CAESA2193563087<br>CO ID:1134992250 CCD | | 902361016003994 | 17.47 |
| 09/18/17 | AMERICAN EXPRESS DES:SETTLEMENT<br>ID:2193563087 INDN:LITTLE CAESA2193563087<br>CO ID:1134992250 CCD | | 902358014551610 | 15.90 |
| 09/18/17 | AMERICAN EXPRESS DES:SETTLEMENT<br>ID:2191582204 INDN:LITTLE CAESA2191582204<br>CO ID:1134992250 CCD | | 902358014551660 | 12.29 |
| 09/19/17 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON<br>09-18) ELECTRONIC TRANSACTION | | 934109180001623 | 2,300.00 |
| 09/19/17 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON<br>09-18) ELECTRONIC TRANSACTION | | 934109180001622 | 1,800.00 |
| 09/19/17 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON<br>09-18) ELECTRONIC TRANSACTION | | 934109180001621 | 1,389.00 |

*continued on the next page*

# Deposits and other credits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|------|------------------------|--------------------|----------------|--------|
| 09/19/17 | PSP 866-230-0708 DES:Disbursmnt ID:XXXXXXXXXX91170 INDN:Wazir Kaisani PG Count CO ID:1471872598 CCD PMT INFO:*6036335090039690 MEMO= *\ | | 902362007396193 | 9,958.44 |
| 09/19/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2193563087 INDN:LITTLE CAESA2193563087 CO ID:1134992250 CCD | | 902361020082665 | 47.06 |
| 09/19/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2191582204 INDN:LITTLE CAESA2191582204 CO ID:1134992250 CCD | | 902361020082838 | 11.44 |
| 09/20/17 | PSP 866-230-0708 DES:Disbursmnt ID:XXXXXXXXXX10042 INDN:Wazir Kaisani PG Count CO ID:1471872598 CCD PMT INFO:*6036335090039690 MEMO= *\ | | 902363009497772 | 2,140.72 |
| 09/20/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2191582204 INDN:LITTLE CAESA2191582204 CO ID:1134992250 CCD | | 902362011866658 | 27.04 |
| 09/21/17 | PSP 866-230-0708 DES:Disbursmnt ID:XXXXXXXXXX23661 INDN:Wazir Kaisani PG Count CO ID:1471872598 CCD PMT INFO:*6036335090039690 MEMO= *\ | | 902364003173513 | 1,543.28 |
| 09/22/17 | PSP 866-230-0708 DES:Disbursmnt ID:XXXXXXXXXX52318 INDN:Wazir Kaisani PG Count CO ID:1471872598 CCD PMT INFO:*6036335090039690 MEMO= *\ | | 902365003965010 | 1,748.23 |
| 09/22/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2193563087 INDN:LITTLE CAESA2193563087 CO ID:1134992250 CCD | | 902364007816956 | 21.19 |
| 09/22/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2191582204 INDN:LITTLE CAESA2191582204 CO ID:1134992250 CCD | | 902364007816994 | 16.89 |
| 09/25/17 | PSP 866-230-0708 DES:Disbursmnt ID:XXXXXXXXXX94872 INDN:Wazir Kaisani PG Count CO ID:1471872598 CCD PMT INFO:*6036335090039690 MEMO= *\ | | 902368007364717 | 2,136.85 |
| 09/25/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2191582204 INDN:LITTLE CAESA2191582204 CO ID:1134992250 CCD | | 902368007691486 | 35.72 |
| 09/26/17 | PSP 866-230-0708 DES:Disbursmnt ID:XXXXXXXXXX07556 INDN:Wazir Kaisani PG Count CO ID:1471872598 CCD PMT INFO:*6036335090039690 MEMO= *\ | | 902369008193352 | 10,030.05 |
| 09/26/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2191582204 INDN:LITTLE CAESA2191582204 CO ID:1134992250 CCD | | 902368011924094 | 79.05 |

*continued on the next page*

## Deposits and other credits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|------|------------------------|--------------------|----------------|--------|
| 09/26/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2193563087 INDN:LITTLE CAESA2193563087 CO ID:1134992250 CCD | | 902368011923972 | 34.99 |
| 09/27/17 | PSP 866-230-0708 DES:Disbursmnt ID:XXXXXXXXXX16515 INDN:Wazir Kaisani PG Count CO ID:1471872598 CCD PMT INFO:*6036335090039690 MEMO= *\ | | 902370009780859 | 1,729.51 |
| 09/27/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2191582204 INDN:LITTLE CAESA2191582204 CO ID:1134992250 CCD | | 902369012713917 | 50.18 |
| 09/28/17 | PSP 866-230-0708 DES:Disbursmnt ID:XXXXXXXXXX31910 INDN:Wazir Kaisani PG Count CO ID:1471872598 CCD PMT INFO:*6036335090039690 MEMO= *\ | | 902371005870595 | 1,095.58 |
| 09/28/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2191582204 INDN:LITTLE CAESA2191582204 CO ID:1134992250 CCD | | 902370015273365 | 6.17 |
| 09/29/17 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 09-28) ELECTRONIC TRANSACTION | | 934109280000763 | 1,389.00 |
| 09/29/17 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 09-28) ELECTRONIC TRANSACTION | | 934109280000764 | 1,389.00 |
| 09/29/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2191582204 INDN:LITTLE CAESA2191582204 CO ID:1134992250 CCD | | 902371012963680 | 13.98 |

**Total deposits and other credits**  **$81,365.20**

## Withdrawals and other debits

| Date | Transaction description | Customer reference | Bank reference | Amount |
|------|------------------------|--------------------|----------------|--------|
| 09/01/17 | YELLOWSTONE CAPI DES:SOB ID:800-955-2411 INDN:MARYLANDPIZZAINC CO ID:RPP4384677 CCD | | 902344008664703 | -1,389.00 |
| 09/05/17 | YELLOWSTONE CAPI DES:SOB ID:800-955-2411 INDN:MARYLANDPIZZAINC CO ID:RPP4384677 CCD | | 902348023473256 | -1,389.00 |
| 09/05/17 | YELLOWSTONE CAPI DES:SOB ID:800-955-2411#14 INDN:PGCOUNTYPIZZAINC CO ID:RPP4384677 CCD | | 902348023473258 | -1,389.00 |
| 09/05/17 | AMERICAN EXPRESS DES:AXP DISCNT ID:2193563087 INDN:LITTLE CAESA2193563087 CO ID:1134992250 CCD | | 902348020945661 | -0.50 |

*continued on the next page*

## Withdrawals and other debits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|------|------------------------|--------------------|----------------|--------|
| 09/05/17 | AMERICAN EXPRESS DES:AXP DISCNT ID:2193563087 INDN:LITTLE CAESA2193563087 CO ID:1134992250 CCD | | 902344013956847 | -0.41 |
| 09/06/17 | Online Banking transfer to CHK 0506 Confirmation# 2173673975 | | 943209066602917 | -7,433.31 |
| 09/06/17 | YELLOWSTONE CAPI DES:SOB ID:800-955-2411 INDN:MARYLANDPIZZAINC CO ID:RPP4384677 CCD | | 902349007313420 | -1,389.00 |
| 09/06/17 | COMCAST    DES:CABLE    ID:2759555 INDN:MARK *WILLIAMS    CO ID:0000213249 PPD | | 902348026802866 | -278.52 |
| 09/07/17 | Online Banking transfer to CHK 0506 Confirmation# 3180569889 | | 943209076705659 | -6,000.00 |
| 09/07/17 | YELLOWSTONE CAPI DES:SOB ID:800-955-2411 INDN:MARYLANDPIZZAINC CO ID:RPP4384677 CCD | | 902350006288468 | -1,389.00 |
| 09/07/17 | WASHINGTON GAS  DES:PAYMENT ID:220000878748 INDN:PG COUNTY PIZZA INC. CO ID:1530162882 CCD | | 902349022532755 | -572.71 |
| 09/08/17 | YELLOWSTONE CAPI DES:SOB ID:800-955-2411 INDN:MARYLANDPIZZAINC CO ID:RPP4384677 CCD | | 902351006396841 | -1,389.00 |
| 09/08/17 | WASHINGTON GAS  DES:PAYMENT ID:220003025404 INDN:PG COUNTY PIZZA INC CO ID:1530162882 CCD | | 902350014874633 | -564.79 |
| 09/11/17 | YELLOWSTONE CAPI DES:SOB ID:800-955-2411 INDN:MARYLANDPIZZAINC CO ID:RPP4384677 CCD | | 902354012711104 | -1,389.00 |
| 09/11/17 | AMERICAN EXPRESS DES:AXP DISCNT ID:2193563087 INDN:LITTLE CAESA2193563087 CO ID:1134992250 CCD | | 902354009885735 | -0.51 |
| 09/12/17 | Online Banking transfer to CHK 6268 Confirmation# 2322931274 | | 943209126217658 | -29.95 |
| 09/12/17 | Online Banking transfer to CHK 8558 Confirmation# 3122936549 | | 943209126217659 | -20,719.00 |
| 09/12/17 | YELLOWSTONE CAPI DES:SOB ID:800-955-2411 INDN:MARYLANDPIZZAINC CO ID:RPP4384677 CCD | | 902355003425648 | -1,389.00 |
| 09/12/17 | WASHINGTON GAS   DES:PAYMENT ID:220001290240 INDN:PG Pizza Oper     CO ID:1530162882 CCD | | 902354020426919 | -849.08 |
| 09/13/17 | YELLOWSTONE CAPI DES:SOB ID:800-955-2411 INDN:MARYLANDPIZZAINC CO ID:RPP4384677 CCD | | 902356002829495 | -1,389.00 |
| 09/13/17 | VERIZON WIRELESS DES:PAYMENTS ID:072174847400002 INDN:000000072174847400002  CO ID:1223344794 PPD | | 902355006831342 | -481.10 |

*continued on the next page*

## Withdrawals and other debits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|------|------------------------|-------------------|----------------|--------|
| 09/13/17 | AMERICAN EXPRESS DES:AXP DISCNT ID:2193563087 INDN:LITTLE CAESA2193563087 CO ID:1134992250 CCD | | 902355006757031 | -0.54 |
| 09/14/17 | POTOMAC ELECTRIC DES:UTILITYPMT ID:55019160054 INDN:PG COUNTY PIZZA INC CO ID:5530127880 WEB | | 902357008027267 | -2,000.00 |
| 09/14/17 | YELLOWSTONE CAPI DES:SOB ID:800-955-2411#2 INDN:MARYLANDPIZZAINC CO ID:RPP4384677 CCD | | 902357009495699 | -1,389.00 |
| 09/14/17 | COMP OF MARYLAND DES:DIR DB RAD ID:004817255035139 INDN:          CO ID:4526002033 PPD | | 902356012737509 | -6.76 |
| 09/14/17 | AMERICAN EXPRESS DES:AXP DISCNT ID:2193563087 INDN:LITTLE CAESA2193563087 CO ID:1134992250 CCD | | 902356008191420 | -0.15 |
| 09/15/17 | YELLOWSTONE CAPI DES:SOB ID:800-955-2411#3 INDN:MARYLANDPIZZAINC CO ID:RPP4384677 CCD | | 902358011642552 | -1,389.00 |
| 09/18/17 | POTOMAC ELECTRIC DES:UTILITYPMT ID:55015967114 INDN:PG COUNTY PIZZA INC CO ID:5530127880 WEB | | 902361017842111 | -2,300.00 |
| 09/18/17 | POTOMAC ELECTRIC DES:UTILITYPMT ID:55022952836 INDN:PG COUNTY PIZZA INC CO ID:5530127880 WEB | | 902361017842087 | -1,800.00 |
| 09/18/17 | YELLOWSTONE CAPI DES:SOB ID:800-955-2411#4 INDN:MARYLANDPIZZAINC CO ID:RPP4384677 CCD | | 902361017863453 | -1,389.00 |
| 09/18/17 | THE HARTFORD    DES:NWTBCLSCIC ID:14346871 INDN:PG COUNTY PIZZA INC    CO ID:9942902727 CCD | | 902358017063747 | -834.81 |
| 09/18/17 | AMERICAN EXPRESS DES:AXP DISCNT ID:2193563087 INDN:LITTLE CAESA2193563087 CO ID:1134992250 CCD | | 902358014551485 | -0.44 |
| 09/18/17 | AMERICAN EXPRESS DES:AXP DISCNT ID:2193563087 INDN:LITTLE CAESA2193563087 CO ID:1134992250 CCD | | 902361016003744 | -0.38 |
| 09/19/17 | YELLOWSTONE CAPI DES:SOB ID:800-955-2411#5 INDN:MARYLANDPIZZAINC CO ID:RPP4384677 CCD | | 902362007400702 | -1,389.00 |
| 09/19/17 | AMERICAN EXPRESS DES:AXP DISCNT ID:2193563087 INDN:LITTLE CAESA2193563087 CO ID:1134992250 CCD | | 902361020101134 | -1.29 |
| 09/20/17 | Online Banking transfer to CHK 8558 Confirmation# 6292759325 | | 943209206050352 | -7,670.00 |

*continued on the next page*

## Withdrawals and other debits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|------|------------------------|--------------------|----------------|--------|
| 09/20/17 | POTOMAC ELECTRIC DES:UTILITYPMT ID:55014794550 INDN:PG COUNTY PIZZA INC CO ID:5530127880 WEB | | 902363010944366 | -1,946.05 |
| 09/20/17 | YELLOWSTONE CAPI DES:SOB ID:800-955-2411#6 INDN:MARYLANDPIZZAINC CO ID:RPP4384677 CCD | | 902363009516510 | -1,389.00 |
| 09/21/17 | YELLOWSTONE CAPI DES:SOB ID:800-955-2411#7 INDN:MARYLANDPIZZAINC CO ID:RPP4384677 CCD | | 902364003163063 | -1,389.00 |
| 09/22/17 | YELLOWSTONE CAPI DES:SOB ID:800-955-2411#8 INDN:MARYLANDPIZZAINC CO ID:RPP4384677 CCD | | 902365005224621 | -1,389.00 |
| 09/22/17 | AMERICAN EXPRESS DES:AXP DISCNT ID:2193563087 INDN:LITTLE CAESA2193563087 CO ID:1134992250 CCD | | 902364007826621 | -0.56 |
| 09/25/17 | YELLOWSTONE CAPI DES:SOB ID:800-955-2411#9 INDN:MARYLANDPIZZAINC CO ID:RPP4384677 CCD | | 902368009299990 | -1,389.00 |
| 09/25/17 | VERIZON DES:PAYMENTREC ID:000990182508 INDN:PG COUNTY PIZZA INC DU CO ID:9783397101 WEB | | 902365007854038 | -596.80 |
| 09/25/17 | VERIZON DES:PAYMENTREC ID:000765928930 INDN:LITTLE CAESARS DUMMYBZ CO ID:9783397101 WEB | | 902365007853705 | -229.27 |
| 09/25/17 | VERIZON DES:PAYMENTREC ID:000698324829 INDN:PG COUNTY PIZZA INC DU CO ID:9783397101 WEB | | 902365007854361 | -155.90 |
| 09/25/17 | VERIFONE INC DES:8739 ID:3717229 INDN:73059733 CO ID:4990206064 CCD PMT INFO:239647 *22-SEP-2017 | | 902368007216736 | -42.29 |
| 09/25/17 | VERIFONE INC DES:8739 ID:3717229 INDN:73064202 CO ID:4990206064 CCD PMT INFO:239746 *22-SEP-2017 | | 902368007216738 | -42.29 |
| 09/25/17 | VERIFONE INC DES:8739 ID:3717229 INDN:73059388 CO ID:4990206064 CCD PMT INFO:238829 *22-SEP-2017 | | 902368007216732 | -42.29 |
| 09/25/17 | VERIFONE INC DES:8739 ID:3717229 INDN:73059591 CO ID:4990206064 CCD PMT INFO:239457 *22-SEP-2017 | | 902368007216734 | -42.29 |
| 09/26/17 | Online Banking transfer to CHK 8558 Confirmation# 2444794326 | | 943209266539741 | -8,900.00 |
| 09/26/17 | YELLOWSTONE CAPI DES:SOB ID:800-955-2411#10 INDN:MARYLANDPIZZAINC CO ID:RPP4384677 CCD | | 902369008143599 | -1,389.00 |
| 09/26/17 | AMERICAN EXPRESS DES:AXP DISCNT ID:2193563087 INDN:LITTLE CAESA2193563087 CO ID:1134992250 CCD | | 902368011889117 | -0.86 |

*continued on the next page*

## Withdrawals and other debits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|------|------------------------|--------------------|----------------|--------|
| 09/27/17 | Online Banking transfer to CHK 0506<br>Confirmation# 3151398908 | | 943209276365120 | -300.00 |
| 09/27/17 | YELLOWSTONE CAPI DES:SOB<br>ID:800-955-2411#11 INDN:MARYLANDPIZZAINC<br>CO ID:RPP4384677 CCD | | 902370009795280 | -1,389.00 |
| 09/28/17 | YELLOWSTONE CAPI DES:SOB<br>ID:800-955-2411#12 INDN:MARYLANDPIZZAINC<br>CO ID:RPP4384677 CCD | | 902371007774090 | -1,389.00 |
| 09/28/17 | YELLOWSTONE CAPI DES:SOB<br>ID:800-955-2411 INDN:PGCOUNTYPIZZAINC<br>CO ID:RPP4384677 CCD | | 902371014879356 | -1,389.00 |
| 09/29/17 | YELLOWSTONE CAPI DES:SOB<br>ID:800-955-2411 INDN:PGCOUNTYPIZZAINC<br>CO ID:RPP4384677 CCD | | 902372016072992 | -1,389.00 |

| **Total withdrawals and other debits** | **-$94,400.85** |
|---|---|

## Service fees

| Date | Transaction description | Amount |
|------|------------------------|--------|
| 09/15/17 | 08/17 ACCT ANALYSIS FEE | -1,444.60 |

| **Total service fees** | **-$1,444.60** |
|---|---|

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|-------------|------|------------|------|-------------|
| 09/01 | 15,643.68 | 09/13 | 299.09 | 09/22 | 555.54 |
| 09/05 | 15,379.45 | 09/14 | -1,362.51 | 09/25 | 187.98 |
| 09/06 | 19,539.07 | 09/15 | -1,132.99 | 09/26 | 42.21 |
| 09/07 | 13,268.82 | 09/18 | -5,273.85 | 09/27 | 132.90 |
| 09/08 | 13,282.01 | 09/19 | 8,841.80 | 09/28 | -1,543.35 |
| 09/11 | 13,951.78 | 09/20 | 4.51 | 09/29 | -140.37 |
| 09/12 | 0.36 | 09/21 | 158.79 | | |

This page intentionally left blank



P.O. Box 15284
Wilmington, DE 19850

MARYLAND PIZZA INC
10879 CORAL SHORES DR UNIT 210
JACKSONVILLE, FL  32256-2128

**Customer service information**

))) Customer service: **1.888.**852.5000

⚲ bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

# Your Full Analysis Business Checking - Small Business

for September 1, 2017 to September 30, 2017          Account number: <span style="color:red">Redacted</span> 1026

**MARYLAND PIZZA INC**

## Account summary

| | | | |
|---|---|---|---|
| Beginning balance on September 1, 2017 | $6,535.30 | # of deposits/credits: 60 | |
| Deposits and other credits | 55,787.80 | # of withdrawals/debits: 30 | |
| Withdrawals and other debits | -44,917.71 | # of days in cycle: 30 | |
| Checks | -17,081.33 | Average ledger balance: $16,725.34 | |
| Service fees | -190.64 | | |
| **Ending balance on September 30, 2017** | **$133.42** | | |

Celebrate 20 years of Museums on Us®. During the first full weekend of every month, just show your Bank of America® credit card and a photo ID for one free general admission to more than 175 cultural institutions. Learn more at bankofamerica.com/artsonus.

Case 17-03469-TOM7   Doc 153   Filed 11/16/17   Entered 11/16/17 16:02:20   Desc Main
Document      Page 22 of 22