# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2017 Bank of America Corporation

Bank of America, N.A. Member FDIC and  Equal Housing Lender

# Bank of America
## Your checking account

MARYLAND PIZZA INC | Account # Redacted 1026 | September 1, 2017 to September 30, 2017

## Deposits and other credits

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 09/01/17 | TFR TRANSFER CREDIT CUR TRSF FR GAA0334037136157 | 0000196806 | 906009012009162 | 945.00 |
| 09/01/17 | TFR TRANSFER CREDIT CUR TRSF FR GAA0334037099538 | 0000196807 | 906009012007640 | 819.00 |
| 09/01/17 | TFR TRANSFER CREDIT NXT TRSF FR MD 0446026656995 | 0000196808 | 906009014001089 | 507.00 |
| 09/01/17 | TFR TRANSFER CREDIT CUR TRSF FR GAA0334037058971 | 0000196805 | 906009012005984 | 489.00 |
| 09/05/17 | TFR TRANSFER CREDIT CUR TRSF FR GAA0334037136157 | 0000196806 | 906009052020711 | 4,340.00 |
| 09/05/17 | TFR TRANSFER CREDIT CUR TRSF FR GAA0334037099538 | 0000196807 | 906009052016567 | 3,618.00 |
| 09/05/17 | TFR TRANSFER CREDIT CUR TRSF FR GAA0334037058971 | 0000196805 | 906009052013373 | 1,362.00 |
| 09/05/17 | TFR TRANSFER CREDIT NXT TRSF FR MD 0446026656995 | 0000196808 | 906009054001175 | 501.00 |
| 09/06/17 | TFR TRANSFER CREDIT CUR TRSF FR GAA0334037136157 | 0000196806 | 906009062012118 | 948.00 |
| 09/06/17 | TFR TRANSFER CREDIT CUR TRSF FR GAA0334037099538 | 0000196807 | 906009062009304 | 767.00 |
| 09/06/17 | TFR TRANSFER CREDIT CUR TRSF FR GAA0334037058971 | 0000196805 | 906009062007111 | 306.00 |
| 09/07/17 | TFR TRANSFER CREDIT CUR TRSF FR GAA0334037099538 | 0000196807 | 906009072008662 | 634.00 |
| 09/07/17 | TFR TRANSFER CREDIT CUR TRSF FR GAA0334037136157 | 0000196806 | 906009072010437 | 427.00 |
| 09/07/17 | TFR TRANSFER CREDIT CUR TRSF FR GAA0334037058971 | 0000196805 | 906009072006980 | 153.00 |
| 09/08/17 | TFR TRANSFER CREDIT CUR TRSF FR GAA0334037099538 | 0000196807 | 906009082007742 | 793.00 |

*continued on the next page*

## Deposits and other credits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---:|
| 09/08/17 | TFR TRANSFER CREDIT CUR TRSF FR GAA0334037136157 | 0000196806 | 906009082009233 | 706.00 |
| 09/08/17 | TFR TRANSFER CREDIT CUR TRSF FR GAA0334037058971 | 0000196805 | 906009082006083 | 382.00 |
| 09/11/17 | TFR TRANSFER CREDIT NXT TRSF FR MD 0446026656995 | 0000196808 | 906009114001137 | 2,605.00 |
| 09/11/17 | TFR TRANSFER CREDIT CUR TRSF FR GAA0334037136157 | 0000196806 | 906009112015245 | 2,441.00 |
| 09/11/17 | TFR TRANSFER CREDIT CUR TRSF FR GAA0334037099538 | 0000196807 | 906009112012177 | 1,904.00 |
| 09/11/17 | TFR TRANSFER CREDIT CUR TRSF FR GAA0334037058971 | 0000196805 | 906009112009713 | 1,580.00 |
| 09/12/17 | TFR TRANSFER CREDIT NXT TRSF FR MD 0446026656995 | 0000196808 | 906009124001192 | 1,046.00 |
| 09/12/17 | Online Banking transfer from CHK 8948 Confirmation# 2322938398 | | 943209126934939 | 935.00 |
| 09/12/17 | TFR TRANSFER CREDIT CUR TRSF FR GAA0334037099538 | 0000196807 | 906009122008668 | 588.00 |
| 09/12/17 | TFR TRANSFER CREDIT CUR TRSF FR GAA0334037136157 | 0000196806 | 906009122010523 | 555.00 |
| 09/12/17 | TFR TRANSFER CREDIT CUR TRSF FR GAA0334037058971 | 0000196805 | 906009122006776 | 321.00 |
| 09/13/17 | TFR TRANSFER CREDIT CUR TRSF FR GAA0334037136157 | 0000196806 | 906009132009315 | 456.00 |
| 09/13/17 | TFR TRANSFER CREDIT CUR TRSF FR GAA0334037099538 | 0000196807 | 906009132007026 | 449.00 |
| 09/13/17 | TFR TRANSFER CREDIT NXT TRSF FR MD 0446026656995 | 0000196808 | 906009134001290 | 332.00 |
| 09/13/17 | TFR TRANSFER CREDIT CUR TRSF FR GAA0334037058971 | 0000196805 | 906009132005549 | 200.00 |
| 09/14/17 | TFR TRANSFER CREDIT CUR TRSF FR GAA0334037136157 | 0000196806 | 906009142009272 | 572.00 |
| 09/14/17 | TFR TRANSFER CREDIT CUR TRSF FR GAA0334037099538 | 0000196807 | 906009142007438 | 404.00 |
| 09/14/17 | TFR TRANSFER CREDIT CUR TRSF FR GAA0334037058971 | 0000196805 | 906009142005917 | 175.00 |
| 09/14/17 | TFR TRANSFER CREDIT NXT TRSF FR MD 0446026656995 | 0000196808 | 906009144000905 | 40.00 |
| 09/15/17 | TFR TRANSFER CREDIT CUR TRSF FR GAA0334037136157 | 0000196806 | 906009152009326 | 667.00 |
| 09/15/17 | TFR TRANSFER CREDIT NXT TRSF FR MD 0446026656995 | 0000196808 | 906009154000989 | 615.00 |
| 09/15/17 | TFR TRANSFER CREDIT CUR TRSF FR GAA0334037099538 | 0000196807 | 906009152007637 | 553.00 |

continued on the next page

## Deposits and other credits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 09/15/17 | TFR TRANSFER CREDIT CUR TRSF FR GAA0334037058971 | 0000196805 | 906009152006154 | 280.00 |
| 09/18/17 | TFR TRANSFER CREDIT CUR TRSF FR GAA0334037136157 | 0000196806 | 906009182017781 | 2,515.00 |
| 09/18/17 | TFR TRANSFER CREDIT CUR TRSF FR GAA0334037099538 | 0000196807 | 906009182014438 | 1,529.00 |
| 09/18/17 | TFR TRANSFER CREDIT CUR TRSF FR GAA0334037058971 | 0000196805 | 906009182011948 | 861.00 |
| 09/18/17 | TFR TRANSFER CREDIT NXT TRSF FR MD 0446026656995 | 0000196808 | 906009184001072 | 333.00 |
| 09/19/17 | TFR TRANSFER CREDIT CUR TRSF FR GAA0334037099538 | 0000196807 | 906009192009518 | 1,052.00 |
| 09/19/17 | TFR TRANSFER CREDIT NXT TRSF FR MD 0446026656995 | 0000196808 | 906009194001241 | 961.00 |
| 09/19/17 | TFR TRANSFER CREDIT CUR TRSF FR GAA0334037136157 | 0000196806 | 906009192011463 | 445.00 |
| 09/19/17 | TFR TRANSFER CREDIT CUR TRSF FR GAA0334037058971 | 0000196805 | 906009192007486 | 93.00 |
| 09/20/17 | Online Banking transfer from CHK 8948 Confirmation# 7592748073 | | 943209206764750 | 919.00 |
| 09/20/17 | TFR TRANSFER CREDIT CUR TRSF FR GAA0334037136157 | 0000196806 | 906009202009388 | 603.00 |
| 09/20/17 | TFR TRANSFER CREDIT NXT TRSF FR MD 0446026656995 | 0000196808 | 906009204001146 | 179.00 |
| 09/21/17 | TFR TRANSFER CREDIT CUR TRSF FR GAA0334037136157 | 0000196806 | 906009212009711 | 737.00 |
| 09/22/17 | TFR TRANSFER CREDIT CUR TRSF FR GAA0334037136157 | 0000196806 | 906009222008933 | 832.00 |
| 09/22/17 | Deposit | | 813002852621637 | 653.00 |
| 09/25/17 | TFR TRANSFER CREDIT CUR TRSF FR GAA0334037136157 | 0000196806 | 906009252016394 | 2,864.00 |
| 09/25/17 | Online Banking transfer from CHK 8963 Confirmation# 1138298844 | | 943209256345895 | 2,488.00 |
| 09/26/17 | TFR TRANSFER CREDIT CUR TRSF FR GAA0334037136157 | 0000196806 | 906009262011132 | 534.00 |
| 09/27/17 | Online Banking transfer from CHK 8948 Confirmation# 1551404640 | | 943209276087850 | 613.80 |
| 09/27/17 | TFR TRANSFER CREDIT CUR TRSF FR GAA0334037136157 | 0000196806 | 906009272009954 | 438.00 |
| 09/28/17 | TFR TRANSFER CREDIT CUR TRSF FR GAA0334037136157 | 0000196806 | 906009282009597 | 693.00 |

*continued on the next page*

## Deposits and other credits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 09/29/17 | Online Banking transfer from CHK 8948 Confirmation# 2468441272 | | 943209296383524 | 1,342.00 |
| 09/29/17 | TFR TRANSFER CREDIT CUR TRSF FR GAA0334037136157 | 0000196806 | 906009292009432 | 688.00 |

**Total deposits and other credits**   **$55,787.80**

## Withdrawals and other debits

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 09/01/17 | ALARM BILLING SV DES:8886298101 ID:BAP1551 INDN:APaym CO ID:1364073289 PPD | | 902343016117743 | -97.75 |
| 09/01/17 | ALARM BILLING SV DES:8886298101 ID:BAP1722 INDN:APaym CO ID:1364073289 PPD | | 902343016117746 | -97.52 |
| 09/01/17 | ALARM BILLING SV DES:8886298101 ID:BAP1304 INDN:APaym CO ID:1364073289 PPD | | 902343016117744 | -65.17 |
| 09/01/17 | ALARM BILLING SV DES:8886298101 ID:BAP1743 INDN:APaym CO ID:1364073289 PPD | | 902343016117745 | -65.17 |
| 09/13/17 | Online Banking transfer to CHK 8948 Confirmation# 3230939772 | | 943209136740381 | -250.00 |
| 09/14/17 | Online Banking transfer to CHK 8948 Confirmation# 1139025573 | | 943209146580089 | -100.00 |
| 09/14/17 | Online Banking transfer to CHK 8955 Confirmation# 1339283264 | | 943209146580090 | -19,000.00 |
| 09/15/17 | TFR TRANSFER DEBIT CUR TRSF TO GAA0334037136157 | 0000196806 | 906009152009327 | -74.07 |
| 09/15/17 | TFR TRANSFER DEBIT CUR TRSF TO GAA0334037099538 | 0000196807 | 906009152007638 | -73.08 |
| 09/15/17 | TFR TRANSFER DEBIT CUR TRSF TO GAA0334037058971 | 0000196805 | 906009152006155 | -70.02 |
| 09/19/17 | COMP OF MARYLAND DES:DIR DB RAD ID:004817259011069 INDN: CO ID:4526002033 PPD | | 902361021216692 | -1,019.01 |
| 09/19/17 | COMP OF MARYLAND DES:DIR DB RAD ID:004817259010086 INDN: CO ID:4526002033 PPD | | 902361021215582 | -610.98 |
| 09/22/17 | DCBUSINESSTAXES DES:1190000173 ID:XXXXXXXXX INDN:Not Applicable MARYL CO ID:1911925808 CCD | | 902364007520340 | -2,030.71 |
| 09/25/17 | Online Banking transfer to CHK 0506 Confirmation# 1130374890 | | 943209256345896 | -10,000.00 |
| 09/25/17 | COMP OF MARYLAND DES:DIR DB RAD ID:004817264012612 INDN: CO ID:4526002033 PPD | | 902365009303826 | -3,616.85 |
| 09/25/17 | PEPSI BEVERAGECO DES:MPV AR PMT ID:7370466 INDN:MARYLAND PIZZA *INC CO ID:0000259728 WEB | | 902368006108081 | -1,561.08 |

continued on the next page



# Your checking account

MARYLAND PIZZA INC  |  Account # Redacted 1026  |  September 1, 2017 to September 30, 2017

## Withdrawals and other debits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 09/25/17 | PEPSI BEVERAGECO DES:MPV AR PMT ID:7370516 INDN:MARYLAND PIZZA *INC  CO ID:0000259728 WEB | | 902368006108083 | -784.72 |
| 09/25/17 | PEPSI BEVERAGECO DES:MPV AR PMT ID:7370582 INDN:MARYLAND PIZZA *INC  CO ID:0000259728 WEB | | 902368006108085 | -698.26 |
| 09/25/17 | PEPSI BEVERAGECO DES:MPV AR PMT ID:7370718 INDN:MARYLAND PIZZA *INC  CO ID:0000259728 WEB | | 902368006108087 | -627.86 |
| 09/28/17 | Online Banking transfer to CHK 8955 Confirmation# 1460524021 | | 943209286941331 | -2,000.00 |
| 09/29/17 | Online Banking transfer to CHK 5410 Confirmation# 1368443730 | | 943209296383523 | -25.00 |
| 09/29/17 | Online Banking transfer to CHK 5423 Confirmation# 2568446814 | | 943209296383525 | -25.00 |
| 09/29/17 | Online Banking transfer to CHK 5436 Confirmation# 1268449026 | | 943209296383522 | -25.46 |
| 09/29/17 | Online Banking transfer to CHK 8955 Confirmation# 3470688997 | | 943209296383521 | -2,000.00 |

**Total withdrawals and other debits** -$44,917.71

## Checks

| Date | Check # | Bank reference | Amount | Date | Check # | Bank reference | Amount |
|---|---|---|---|---|---|---|---|
| 09/18 | 10028 | 813005392659439 | -4,215.02 | 09/26 | 10031 | 813004892102827 | -2,601.47 |
| 09/21 | 10029 | 813004192485764 | -2,601.67 | 09/26 | 10032 | 813004892102828 | -2,601.47 |
| 09/21 | 10030 | 813006092893642 | -5,061.70 | | | | |

**Total checks** -$17,081.33
**Total # of checks** 5

## Service fees

| Date | Transaction description | Amount |
|---|---|---|
| 09/15/17 | 08/17 ACCT ANALYSIS FEE | -190.64 |

**Total service fees** -$190.64

*Note your Ending Balance already reflects the subtraction of Service Fees.*

Case 17-03469-TOM7   Doc 153-1   Filed 11/16/17   Entered 11/16/17 16:02:20   Desc Volume(s) Part 2   Page 6 of 17

## Daily ledger balances

| Date | Balance ($) | Date | Balance ($) | Date | Balance ($) |
| --- | --- | --- | --- | --- | --- |
| 09/01 | 8,969.69 | 09/13 | 37,068.69 | 09/22 | 17,039.79 |
| 09/05 | 18,790.69 | 09/14 | 19,159.69 | 09/25 | 5,103.02 |
| 09/06 | 20,811.69 | 09/15 | 20,866.88 | 09/26 | 434.08 |
| 09/07 | 22,025.69 | 09/18 | 21,889.86 | 09/27 | 1,485.88 |
| 09/08 | 23,906.69 | 09/19 | 22,810.87 | 09/28 | 178.88 |
| 09/11 | 32,436.69 | 09/20 | 24,511.87 | 09/29 | 133.42 |
| 09/12 | 35,881.69 | 09/21 | 17,585.50 | | |



**Bank of America**

P.O. Box 15284
Wilmington, DE 19850

Business Banking

**Customer service information**

🕭 Customer service: 1.888.852.5000

✎ bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

MARYLAND PIZZA INC
OPERATING ACCT
UNIT 210
10879 CORAL SHORES DR
JACKSONVILLE, FL 32256-2128

# Your Full Analysis Business Checking - Small Business

for September 1, 2017 to September 30, 2017　　　　Account number: Redacted 8948

**MARYLAND PIZZA INC　　OPERATING ACCT**

## Account summary

| | | |
|---|---:|---|
| Beginning balance on September 1, 2017 | $5,687.16 | # of deposits/credits: 121 |
| Deposits and other credits | 43,912.26 | # of withdrawals/debits: 48 |
| Withdrawals and other debits | -47,971.92 | # of days in cycle: 30 |
| Checks | -0.00 | Average ledger balance: $1,189.94 |
| Service fees | -1,627.18 | |
| **Ending balance on September 30, 2017** | **$0.32** | |

Celebrate 20 years of Museums on Us®. During the first full weekend of every month, just show your Bank of America® credit card and a photo ID for one free general admission to more than 175 cultural institutions. Learn more at bankofamerica.com/artsonus.

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

**How to Contact Us** - You may call us at the telephone number listed on the front of this statement.

**Updating your contact information** - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

**Deposit agreement** - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

**Electronic transfers: In case of errors or questions about your electronic transfers** - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

**Reporting other problems** - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

**Direct deposits** - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2017 Bank of America Corporation

Bank of America, N.A. Member FDIC and  Equal Housing Lender



## Deposits and other credits

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 09/01/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445013760413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450137 60413 LITTLE CAESARS 1968-0006 BC | | 902344010085000 | 661.90 |
| 09/01/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445014190413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450141 90413 LITTLE CAESARS 1968-0007 BC | | 902344010085297 | 434.56 |
| 09/01/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445022757369 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450227 57369 LITTLE CAESARS 1968-0008 BC | | 902344010085447 | 341.62 |
| 09/01/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445012054379 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450120 54379 LITTLE CAESARS 1968-0005 BC | | 902344010084940 | 266.91 |
| 09/01/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2192333615 INDN:LITTLE CAESA2192333615 CO ID:1134992250 CCD | | 902343011444221 | 40.98 |
| 09/01/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2195384839 INDN:LITTLE CAESA2195384839 CO ID:1134992250 CCD | | 902343011443647 | 6.94 |
| 09/05/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445013760413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450137 60413 LITTLE CAESARS 1968-0006 BC | | 902348022702417 | 1,117.98 |

*continued on the next page*

## Deposits and other credits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 09/05/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445013760413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450137 60413 LITTLE CAESARS 1968-0006 BC | | 902348017199425 | 927.25 |
| 09/05/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445013760413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450137 60413 LITTLE CAESARS 1968-0006 BC | | 902348022705657 | 880.60 |
| 09/05/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445022757369 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450227 57369 LITTLE CAESARS 1968-0008 BC | | 902348022702879 | 721.97 |
| 09/05/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445014190413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450141 90413 LITTLE CAESARS 1968-0007 BC | | 902348022702729 | 718.68 |
| 09/05/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445014190413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450141 90413 LITTLE CAESARS 1968-0007 BC | | 902348022705993 | 610.32 |
| 09/05/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445013760413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450137 60413 LITTLE CAESARS 1968-0006 BC | | 902348022708627 | 586.43 |
| 09/05/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445014190413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450141 90413 LITTLE CAESARS 1968-0007 BC | | 902348017199773 | 513.29 |
| 09/05/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445022757369 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450227 57369 LITTLE CAESARS 1968-0008 BC | | 902348022706161 | 445.17 |
| 09/05/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445022757369 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450227 57369 LITTLE CAESARS 1968-0008 BC | | 902348017199938 | 427.88 |
| 09/05/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:4080657711 INDN:LITTLE CAESA4080657711 CO ID:1134992250 CCD | | 902348018457139 | 427.25 |

continued on the next page



# Bank of America

## Your checking account

MARYLAND PIZZA INC | Account # Redacted 8948 | September 1, 2017 to September 30, 2017

## Deposits and other credits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 09/05/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445022757369 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450227 57369 LITTLE CAESARS 1968-0008 BC | | 902348022709128 | 334.96 |
| 09/05/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445014190413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450141 90413 LITTLE CAESARS 1968-0007 BC | | 902348022708966 | 260.34 |
| 09/05/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445012054379 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450120 54379 LITTLE CAESARS 1968-0005 BC | | 902348017199359 | 173.07 |
| 09/05/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2195384839 INDN:LITTLE CAESA2195384839 CO ID:1134992250 CCD | | 902348018976422 | 69.43 |
| 09/05/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2192333615 INDN:LITTLE CAESA2192333615 CO ID:1134992250 CCD | | 902348018976854 | 51.14 |
| 09/05/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2192333615 INDN:LITTLE CAESA2192333615 CO ID:1134992250 CCD | | 902344013038385 | 6.75 |
| 09/05/17 | 5/3 BANKCARD SYS DES:GIFTCARD ID:4445013760413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD GIFTCARD 44450137 60413 LITTLE CAESARS 1968-0006 BC | | 902348022708630 | 4.12 |
| 09/06/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445013760413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450137 60413 LITTLE CAESARS 1968-0006 BC | | 902349008466338 | 567.14 |
| 09/06/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445022757369 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450227 57369 LITTLE CAESARS 1968-0008 BC | | 902349008466833 | 415.59 |
| 09/06/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445014190413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450141 90413 LITTLE CAESARS 1968-0007 BC | | 902349008466671 | 173.28 |
| 09/06/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2192333615 INDN:LITTLE CAESA2192333615 CO ID:1134992250 CCD | | 902348026079464 | 6.76 |

*continued on the next page*

## Deposits and other credits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 09/07/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445013760413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450137 60413 LITTLE CAESARS 1968-0006 BC | | 902350005779646 | 597.83 |
| 09/07/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445014190413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450141 90413 LITTLE CAESARS 1968-0007 BC | | 902350005779943 | 220.92 |
| 09/07/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445022757369 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450227 57369 LITTLE CAESARS 1968-0008 BC | | 902350005780105 | 212.19 |
| 09/08/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445013760413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450137 60413 LITTLE CAESARS 1968-0006 BC | | 902351007261040 | 410.12 |
| 09/08/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445014190413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450141 90413 LITTLE CAESARS 1968-0007 BC | | 902351007261367 | 350.17 |
| 09/08/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445022757369 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450227 57369 LITTLE CAESARS 1968-0008 BC | | 902351007261523 | 313.81 |
| 09/11/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445012054379 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450120 54379 LITTLE CAESARS 1968-0005 BC | | 902354012352866 | 3,552.88 |
| 09/11/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445013760413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450137 60413 LITTLE CAESARS 1968-0006 BC | | 902354012352932 | 962.23 |
| 09/11/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445013760413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450137 60413 LITTLE CAESARS 1968-0006 BC | | 902354012355932 | 644.65 |
| 09/11/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445012054379 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450120 54379 LITTLE CAESARS 1968-0005 BC | | 902354012355842 | 607.56 |

continued on the next page



## Deposits and other credits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 09/11/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445013760413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450137 60413 LITTLE CAESARS 1968-0006 BC | | 902354011470921 | 595.71 |
| 09/11/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445022757369 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450227 57369 LITTLE CAESARS 1968-0008 BC | | 902354012353343 | 584.73 |
| 09/11/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445022757369 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450227 57369 LITTLE CAESARS 1968-0008 BC | | 902354012356352 | 513.09 |
| 09/11/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445014190413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450141 90413 LITTLE CAESARS 1968-0007 BC | | 902354012353169 | 498.32 |
| 09/11/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445014190413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450141 90413 LITTLE CAESARS 1968-0007 BC | | 902354012356190 | 431.83 |
| 09/11/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445022757369 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450227 57369 LITTLE CAESARS 1968-0008 BC | | 902354011471395 | 391.93 |
| 09/11/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445014190413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450141 90413 LITTLE CAESARS 1968-0007 BC | | 902354011471236 | 348.62 |
| 09/11/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2195384839 INDN:LITTLE CAESA2195384839 CO ID:1134992250 CCD | | 902351009828339 | 47.06 |
| 09/11/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:4080657711 INDN:LITTLE CAESA4080657711 CO ID:1134992250 CCD | | 902354011154501 | 17.18 |
| 09/11/17 | 5/3 BANKCARD SYS DES:GIFTCARD ID:4445022757369 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD GIFTCARD 44450227 57369 LITTLE CAESARS 1968-0008 BC | | 902354011471398 | 11.77 |

*continued on the next page*

## Deposits and other credits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 09/11/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2192333615 INDN:LITTLE CAESA2192333615 CO ID:1134992250 CCD | | 902351009828911 | 10.30 |
| 09/12/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445013760413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450137 60413 LITTLE CAESARS 1968-0006 BC | | 902355002753813 | 560.06 |
| 09/12/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445012054379 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450120 54379 LITTLE CAESARS 1968-0005 BC | | 902355002753750 | 325.42 |
| 09/12/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445022757369 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450227 57369 LITTLE CAESARS 1968-0008 BC | | 902355002754224 | 263.81 |
| 09/12/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445014190413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450141 90413 LITTLE CAESARS 1968-0007 BC | | 902355002754056 | 164.29 |
| 09/12/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2192038925 INDN:LITTLE CAESA2192038925 CO ID:1134992250 CCD | | 902354015291223 | 92.69 |
| 09/12/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2195384839 INDN:LITTLE CAESA2195384839 CO ID:1134992250 CCD | | 902354015290471 | 16.48 |
| 09/12/17 | 5/3 BANKCARD SYS DES:GIFTCARD ID:4445014190413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD GIFTCARD 44450141 90413 LITTLE CAESARS 1968-0007 BC | | 902355002754059 | 6.35 |
| 09/13/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445013760413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450137 60413 LITTLE CAESARS 1968-0006 BC | | 902356004191819 | 518.86 |
| 09/13/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445022757369 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450227 57369 LITTLE CAESARS 1968-0008 BC | | 902356004192215 | 257.59 |
| 09/13/17 | Online Banking transfer from CHK 1026 Confirmation# 3230939772 | | 943209136740268 | 250.00 |
| 09/13/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445014190413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450141 90413 LITTLE CAESARS 1968-0007 BC | | 902356004192053 | 225.05 |

continued on the next page


# Bank of America

**Your checking account**

MARYLAND PIZZA INC  |  Account # Redacted 8948  |  September 1, 2017 to September 30, 2017

## Deposits and other credits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 09/13/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445012054379 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450120 54379 LITTLE CAESARS 1968-0005 BC | | 902356004191756 | 174.23 |
| 09/13/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2192333615 INDN:LITTLE CAESA2192333615 CO ID:1134992250 CCD | | 902355006353500 | 11.84 |
| 09/13/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2192038925 INDN:LITTLE CAESA2192038925 CO ID:1134992250 CCD | | 902355006352725 | 9.47 |
| 09/13/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2195384839 INDN:LITTLE CAESA2195384839 CO ID:1134992250 CCD | | 902355006352955 | 5.88 |
| 09/14/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445013760413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450137 60413 LITTLE CAESARS 1968-0006 BC | | 902357009184658 | 380.92 |
| 09/14/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445014190413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450141 90413 LITTLE CAESARS 1968-0007 BC | | 902357009184943 | 346.91 |
| 09/14/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445012054379 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450120 54379 LITTLE CAESARS 1968-0005 BC | | 902357009184601 | 342.35 |
| 09/14/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445022757369 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450227 57369 LITTLE CAESARS 1968-0008 BC | | 902357009185096 | 302.07 |
| 09/14/17 | Online Banking transfer from CHK 1026 Confirmation# 1139025573 | | 943209146579991 | 100.00 |
| 09/14/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2192333615 INDN:LITTLE CAESA2192333615 CO ID:1134992250 CCD | | 902356007803607 | 27.20 |
| 09/14/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:4080657711 INDN:LITTLE CAESA4080657711 CO ID:1134992250 CCD | | 902356007803701 | 20.24 |
| 09/15/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445014190413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450141 90413 LITTLE CAESARS 1968-0007 BC | | 902358011219224 | 525.74 |

*continued on the next page*

## Deposits and other credits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 09/15/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445013760413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450137 60413 LITTLE CAESARS 1968-0006 BC | | 902358011218915 | 451.66 |
| 09/15/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445022757369 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450227 57369 LITTLE CAESARS 1968-0008 BC | | 902358011219374 | 283.28 |
| 09/15/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445012054379 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450120 54379 LITTLE CAESARS 1968-0005 BC | | 902358011218846 | 174.49 |
| 09/18/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445013760413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450137 60413 LITTLE CAESARS 1968-0006 BC | | 902361017391322 | 1,117.14 |
| 09/18/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445013760413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450137 60413 LITTLE CAESARS 1968-0006 BC | | 902361017394499 | 831.91 |
| 09/18/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445012054379 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450120 54379 LITTLE CAESARS 1968-0005 BC | | 902361017391262 | 657.24 |
| 09/18/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445022757369 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450227 57369 LITTLE CAESARS 1968-0008 BC | | 902361017391817 | 617.32 |
| 09/18/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445012054379 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450120 54379 LITTLE CAESARS 1968-0005 BC | | 902361017394427 | 577.73 |
| 09/18/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445022757369 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450227 57369 LITTLE CAESARS 1968-0008 BC | | 902361017394994 | 538.45 |
| 09/18/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445014190413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450141 90413 LITTLE CAESARS 1968-0007 BC | | 902361017394835 | 536.30 |

continued on the next page