

## Deposits and other credits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 09/18/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445022757369 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450227 57369 LITTLE CAESARS 1968-0008 BC | | 902361014786186 | 444.04 |
| 09/18/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445014190413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450141 90413 LITTLE CAESARS 1968-0007 BC | | 902361017391649 | 394.73 |
| 09/18/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445012054379 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450120 54379 LITTLE CAESARS 1968-0005 BC | | 902361014785655 | 375.66 |
| 09/18/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445014190413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450141 90413 LITTLE CAESARS 1968-0007 BC | | 902361014786024 | 370.82 |
| 09/18/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445013760413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450137 60413 LITTLE CAESARS 1968-0006 BC | | 902361014785706 | 358.72 |
| 09/18/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2195384839 INDN:LITTLE CAESA2195384839 CO ID:1134992250 CCD | | 902361014178837 | 88.25 |
| 09/18/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2192038925 INDN:LITTLE CAESA2192038925 CO ID:1134992250 CCD | | 902361014179235 | 32.77 |
| 09/18/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2192333615 INDN:LITTLE CAESA2192333615 CO ID:1134992250 CCD | | 902358013631286 | 16.49 |
| 09/18/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:4080657711 INDN:LITTLE CAESA4080657711 CO ID:1134992250 CCD | | 902361014179073 | 8.23 |
| 09/19/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445013760413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450137 60413 LITTLE CAESARS 1968-0006 BC | | 902362007900537 | 506.67 |
| 09/19/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445022757369 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450227 57369 LITTLE CAESARS 1968-0008 BC | | 902362007901017 | 289.02 |

*continued on the next page*

## Deposits and other credits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 09/19/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445012054379 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450120 54379 LITTLE CAESARS 1968-0005 BC | | 902362007900453 | 270.33 |
| 09/19/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445014190413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450141 90413 LITTLE CAESARS 1968-0007 BC | | 902362007900855 | 258.89 |
| 09/19/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2195384839 INDN:LITTLE CAESA2195384839 CO ID:1134992250 CCD | | 902361019542703 | 31.10 |
| 09/19/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2192333615 INDN:LITTLE CAESA2192333615 CO ID:1134992250 CCD | | 902361019542777 | 13.51 |
| 09/19/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2192038925 INDN:LITTLE CAESA2192038925 CO ID:1134992250 CCD | | 902361019542452 | 6.75 |
| 09/20/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445013760413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450137 60413 LITTLE CAESARS 1968-0006 BC | | 902363010325127 | 431.69 |
| 09/20/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445022757369 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450227 57369 LITTLE CAESARS 1968-0008 BC | | 902363010325604 | 189.46 |
| 09/20/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445012054379 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450120 54379 LITTLE CAESARS 1968-0005 BC | | 902363010325055 | 159.63 |
| 09/20/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:4080657711 INDN:LITTLE CAESA4080657711 CO ID:1134992250 CCD | | 902362011348767 | 38.52 |
| 09/20/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2195384839 INDN:LITTLE CAESA2195384839 CO ID:1134992250 CCD | | 902362011348634 | 18.07 |
| 09/20/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2192038925 INDN:LITTLE CAESA2192038925 CO ID:1134992250 CCD | | 902362011347849 | 17.63 |
| 09/20/17 | 5/3 BANKCARD SYS DES:GIFTCARD ID:4445012054379 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD GIFTCARD 44450120 54379 LITTLE CAESARS 1968-0005 BC | | 902363010325058 | 7.33 |

*continued on the next page*



**Bank of America**

# Your checking account

## Deposits and other credits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 09/21/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445013760413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450137 60413 LITTLE CAESARS 1968-0006 BC | | 902364004273955 | 433.07 |
| 09/21/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445014190413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450141 90413 LITTLE CAESARS 1968-0007 BC | | 902364004274255 | 155.00 |
| 09/21/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2192038925 INDN:LITTLE CAESA2192038925 CO ID:1134992250 CCD | | 902363013609697 | 34.33 |
| 09/21/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2192333615 INDN:LITTLE CAESA2192333615 CO ID:1134992250 CCD | | 902363013610398 | 20.15 |
| 09/22/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445013760413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450137 60413 LITTLE CAESARS 1968-0006 BC | | 902365004803748 | 551.04 |
| 09/25/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445013760413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450137 60413 LITTLE CAESARS 1968-0006 BC | | 902368008839726 | 1,073.29 |
| 09/25/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445013760413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450137 60413 LITTLE CAESARS 1968-0006 BC | | 902368008843008 | 733.15 |
| 09/25/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445013760413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450137 60413 LITTLE CAESARS 1968-0006 BC | | 902368006586249 | 450.61 |
| 09/25/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2192333615 INDN:LITTLE CAESA2192333615 CO ID:1134992250 CCD | | 902368006195310 | 16.49 |
| 09/26/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445013760413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450137 60413 LITTLE CAESARS 1968-0006 BC | | 902369009109227 | 509.51 |
| 09/26/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2192333615 INDN:LITTLE CAESA2192333615 CO ID:1134992250 CCD | | 902368011145646 | 50.13 |

continued on the next page

## Deposits and other credits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 09/27/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445013760413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450137 60413 LITTLE CAESARS 1968-0006 BC | | 902370010642998 | 480.72 |
| 09/27/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2192333615 INDN:LITTLE CAESA2192333615 CO ID:1134992250 CCD | | 902369012233286 | 5.96 |
| 09/28/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445013760413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450137 60413 LITTLE CAESARS 1968-0006 BC | | 902371007056016 | 506.00 |
| 09/28/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2192333615 INDN:LITTLE CAESA2192333615 CO ID:1134992250 CCD | | 902370014456445 | 68.66 |
| 09/29/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445013760413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450137 60413 LITTLE CAESARS 1968-0006 BC | | 902372010948407 | 1,267.66 |

**Total deposits and other credits**   **$43,912.26**

## Withdrawals and other debits

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 09/01/17 | LOANME DES:DEBIT ID:2507722 INDN:Maryland Pizza Inc CO ID:9000007006 CCD | | 902343015391581 | -4,317.77 |
| 09/01/17 | Uplyft Capital DES:TRN ID:LarWyk29ZdGZb82 INDN:LITTLE CAESARS PIZZA CO ID:1460885934 CCD | | 902344010051393 | -1,214.00 |
| 09/05/17 | Uplyft Capital DES:TRN ID:I4mIUMoVIjRSOba INDN:LITTLE CAESARS PIZZA CO ID:1460885934 CCD | | 902348017158237 | -1,214.00 |
| 09/05/17 | IRH Capital LLC DES:Maryland L ID: INDN:Maryland LC Ventures CO ID:XXXXXXXXX CCD | | 902344013346472 | -417.95 |
| 09/05/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445013760413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450137 60413 LITTLE CAESARS 1968-0006 BC | | 902348017119772 | -390.52 |
| 09/05/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445022757369 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450227 57369 LITTLE CAESARS 1968-0008 BC | | 902348017120021 | -289.97 |

continued on the next page


## Withdrawals and other debits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 09/05/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445012054379 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450120 54379 LITTLE CAESARS 1968-0005 BC | | 902348017119721 | -285.91 |
| 09/05/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445014190413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450141 90413 LITTLE CAESARS 1968-0007 BC | | 902348017119904 | -259.00 |
| 09/05/17 | AMERICAN EXPRESS DES:AXP DISCNT ID:4080657711 INDN:LITTLE CAESA4080657711 CO ID:1134992250 CCD | | 902348018958727 | -11.61 |
| 09/05/17 | AMERICAN EXPRESS DES:AXP DISCNT ID:2195384839 INDN:LITTLE CAESA2195384839 CO ID:1134992250 CCD | | 902348018958688 | -4.97 |
| 09/06/17 | Uplyft Capital DES:TRN ID:8nRuGCTCDhzbUbA INDN:LITTLE CAESARS PIZZA CO ID:1460885934 CCD | | 902349008504199 | -1,214.00 |
| 09/06/17 | Uplyft Capital DES:TRN ID:Icykpey3OpTuLi3 INDN:LITTLE CAESARS PIZZA CO ID:1460885934 CCD | | 902349008504201 | -1,214.00 |
| 09/06/17 | LIBERTY MUTUAL DES:XXXXXXXXX ID:7679376 INDN:MARYLAND PIZZA INC DBA CO ID:0000061050 CCD | | 902349008572070 | -897.75 |
| 09/07/17 | IRS DES:USATAXPYMT ID:270765020659282 INDN:MARYLAND PIZZA INC CO ID:3387702000 CCD | | 902350005793594 | -5,152.72 |
| 09/07/17 | COMCAST DES:COMCAST ID:0187254027 SPA INDN:CEASARS,LITTLE CO ID:CXXXXXXXXX PPD | | 902349014317605 | -144.53 |
| 09/08/17 | Uplyft Capital DES:TRN ID:NiM6pbE9hkWfSRx INDN:LITTLE CAESARS PIZZA CO ID:1460885934 CCD | | 902351007293509 | -1,214.00 |
| 09/11/17 | BCC FUNDING VIII DES:BALBOA PMT ID:180344-000 INDN:MARYLAND PIZZA, CO ID:3330318616 CCD PMT INFO:CO# CUST# 106681 LEASE# 180344-000 TRAN# 000000014 BATCH# 000011892 DES | | 902351014744547 | -1,632.36 |
| 09/11/17 | UniFi Equipment DES:AUTH PAYME ID:174129-0002 INDN:Maryland LC Ventures, CO ID:XXXXXXXXX PPD | | 902351011959184 | -1,585.09 |
| 09/11/17 | Uplyft Capital DES:TRN ID:N8xWMu11AnJILz0 INDN:LITTLE CAESARS PIZZA CO ID:1460885934 CCD | | 902354011505124 | -1,214.00 |

*continued on the next page*

## Withdrawals and other debits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 09/11/17 | NCMIC -Cust Pmt DES:AUTH PAYME ID:3910000457-1 INDN:Maryland LC Ventures CO ID:2421403654 CCD | | 902351014642693 | -676.00 |
| 09/11/17 | FIFTH THIRD ACH DES:MPS BILLNG ID:0L0416 INDN:MARYLAND PIZZA INC CO ID:1310281170 CCD | | 902351014444015 | -310.76 |
| 09/11/17 | FIFTH THIRD ACH DES:MPS BILLNG ID:0J5514 INDN:MARYLAND PIZZA INC CO ID:1310281170 CCD | | 902351014444009 | -96.61 |
| 09/12/17 | Online Banking transfer to CHK 1026 Confirmation# 2322938398 | | 943209126934829 | -935.00 |
| 09/12/17 | LEASING DES:LEASE PMT ID:001-0007255-001 INDN:MARYLAND LO VENTURES L CO ID:4710130170 CCD | | 902354017111711 | -3,724.34 |
| 09/12/17 | Uplyft Capital DES:TRN ID:jvJ8K9QYztCq75i INDN:LITTLE CAESARS PIZZA CO ID:1460885934 CCD | | 902355002793606 | -1,214.00 |
| 09/13/17 | Uplyft Capital DES:TRN ID:cCoMay4USDtP0vG INDN:LITTLE CAESARS PIZZA CO ID:1460885934 CCD | | 902356004211758 | -1,214.00 |
| 09/13/17 | IRS DES:USATAXPYMT ID:270765641978294 INDN:MARYLAND PIZZA INC CO ID:3387702000 CCD | | 902356004183721 | -207.30 |
| 09/13/17 | DCBUSINESSTAXES DES:1190000173 ID:XXXXXXXXX INDN:Not Applicable MARYL CO ID:1911925808 CCD | | 902355006460445 | -23.91 |
| 09/14/17 | Uplyft Capital DES:TRN ID:6TDrtZhQUEIdrQW INDN:LITTLE CAESARS PIZZA CO ID:1460885934 CCD | | 902357009201311 | -1,214.00 |
| 09/14/17 | VERIZON DES:PAYMENTREC ID:000772689847 INDN:MARYLAND PIZZA INC DUM CO ID:9783397101 WEB | | 902356007746425 | -299.36 |
| 09/14/17 | COMP OF MARYLAND DES:DIR DB RAD ID:004817255035140 INDN: CO ID:4526002033 PPD | | 902356012737582 | -6.45 |
| 09/15/17 | Uplyft Capital DES:TRN ID:b1ORtbzi26hwsS6 INDN:LITTLE CAESARS PIZZA CO ID:1460885934 CCD | | 902358011247316 | -1,214.00 |
| 09/18/17 | Uplyft Capital DES:TRN ID:KMPNtva8R7OISG5 INDN:LITTLE CAESARS PIZZA CO ID:1460885934 CCD | | 902361014690960 | -1,214.00 |
| 09/18/17 | VERIZON DES:PAYMENTREC ID:000968729703 INDN:MARYLAND PIZZA INC DUM CO ID:9783397101 WEB | | 902358013560585 | -216.01 |
| 09/19/17 | Uplyft Capital DES:TRN ID:tQ0BGWmdFIonuTS INDN:LITTLE CAESARS PIZZA CO ID:1460885934 CCD | | 902362007940781 | -1,214.00 |

*continued on the next page*

## Withdrawals and other debits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 09/20/17 | Online Banking transfer to CHK 1026 Confirmation# 7592748073 | | 943209206764638 | -919.00 |
| 09/20/17 | IRS DES:USATAXPYMT ID:270766383679647 INDN:MARYLAND PIZZA INC CO ID:3387702000 CCD | | 902362013655350 | -4,243.14 |
| 09/21/17 | VERIZON DES:PAYMENTREC ID:000840296387 INDN:MARYLAND PIZZA INC DUM CO ID:9783397101 WEB | | 902363013536413 | -206.15 |
| 09/25/17 | Direct Capital DES:EDI PYMNTS ID:001-0048670-000 INDN:Maryland LC Ventures L CO ID:1020468001 CCD | | 902365011604493 | -2,882.30 |
| 09/25/17 | VERIFONE INC DES:8739 ID:3717254 INDN:73064070 CO ID:4990206064 CCD PMT INFO:240721 *22-SEP-2017 | | 902365011555202 | -63.44 |
| 09/25/17 | VERIFONE INC DES:8739 ID:3717254 INDN:73065892 CO ID:4990206064 CCD PMT INFO:238703 *22-SEP-2017 | | 902365011555198 | -42.29 |
| 09/25/17 | VERIFONE INC DES:8739 ID:3743116 INDN:73066271 CO ID:4990206064 CCD PMT INFO:240758 *22-SEP-2017 | | 902365011555200 | -42.29 |
| 09/25/17 | VERIFONE INC DES:8739 ID:3717254 INDN:73064152 CO ID:4990206064 CCD PMT INFO:238586 *22-SEP-2017 | | 902365011555196 | -42.19 |
| 09/26/17 | THE HARTFORD DES:RETRY PYMT ID:14288324 INDN:MARYLAND PIZZA INC CO ID:9942902727 CCD | | 902369013698563 | -621.43 |
| 09/27/17 | Online Banking transfer to CHK 1026 Confirmation# 1551404640 | | 943209276087756 | -613.80 |
| 09/28/17 | Online Banking transfer to CHK 8955 Confirmation# 3360521696 | | 943209286941239 | -500.00 |
| 09/29/17 | Online Banking transfer to CHK 1026 Confirmation# 2468441272 | | 943209296383428 | -1,342.00 |

**Total withdrawals and other debits** -$47,971.92

## Service fees

| Date | Transaction description | Amount |
|---|---|---|
| 09/15/17 | 08/17 ACCT ANALYSIS FEE | -1,627.18 |

**Total service fees** -$1,627.18

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date  | Balance ($) | Date  | Balance($) | Date  | Balance ($) |
|-------|-------------|-------|------------|-------|-------------|
| 09/01 | 1,908.30    | 09/13 | 8.32       | 09/22 | 987.88      |
| 09/05 | 7,311.00    | 09/14 | 8.20       | 09/25 | 188.91      |
| 09/06 | 5,148.02    | 09/15 | -1,397.81  | 09/26 | 127.12      |
| 09/07 | 881.71      | 09/18 | 4,137.98   | 09/27 | 0.00        |
| 09/08 | 741.81      | 09/19 | 4,300.25   | 09/28 | 74.66       |
| 09/11 | 4,444.85    | 09/20 | 0.44       | 09/29 | 0.32        |
| 09/12 | 0.61        | 09/21 | 436.84     |       |             |



**Bank of America**

P.O. Box 15284
Wilmington, DE 19850

Business Banking

**Customer service information**

- Customer service: 1.888.852.5000
- bankofamerica.com
- Bank of America, N.A.
  P.O. Box 25118
  Tampa, FL 33622-5118

PG COUNTY PIZZA INC
10879 CORAL SHORES DR UNIT 210
JACKSONVILLE, FL 32256-2128

# Your Full Analysis Business Checking - Small Business

for September 1, 2017 to September 30, 2017      Account number: Redacted 8558

**PG COUNTY PIZZA INC**

## Account summary

| | | |
|---|---|---|
| Beginning balance on September 1, 2017 | $24,756.00 | # of deposits/credits: 95 |
| Deposits and other credits | 141,171.51 | # of withdrawals/debits: 39 |
| Withdrawals and other debits | -151,821.94 | # of days in cycle: 30 |
| Checks | -5,748.93 | Average ledger balance: $49,696.52 |
| Service fees | -272.76 | |
| **Ending balance on September 30, 2017** | **$8,083.88** | |

Celebrate 20 years of Museums on Us®. During the first full weekend of every month, just show your Bank of America® credit card and a photo ID for one free general admission to more than 175 cultural institutions. Learn more at bankofamerica.com/artsonus.

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

**How to Contact Us** - You may call us at the telephone number listed on the front of this statement.

**Updating your contact information** - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

**Deposit agreement** - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

**Electronic transfers: In case of errors or questions about your electronic transfers** - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

**Reporting other problems** - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

**Direct deposits** - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2017 Bank of America Corporation

Bank of America, N.A. Member FDIC and  Equal Housing Lender



**Your checking account**

PG COUNTY PIZZA INC | Account #Redacted 8558 | September 1, 2017 to September 30, 2017

## Deposits and other credits

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 09/01/17 | DEPOSIT CUR TRSF FR MD 0446026554958 SAFE CONNECT DEPOSIT SAFE ID: 9248049145 SALES DATE: 08/31/2017 TRANSMISSION DATE: 09/01/2017 05:17:47 | 0000000003 | 906009012005873 | 946.00 |
| 09/01/17 | TFR TRANSFER CREDIT NXT TRSF FR GAA0334037058963 | | 906009014000680 | 662.00 |
| 09/01/17 | TFR TRANSFER CREDIT CUR TRSF FR MD 0446024525743 | | 906009012005554 | 617.00 |
| 09/05/17 | TFR TRANSFER CREDIT CUR TRSF FR MD 0446024525743 | | 906009052013902 | 3,418.00 |
| 09/05/17 | DEPOSIT CUR TRSF FR MD 0446026554958 SAFE CONNECT DEPOSIT SAFE ID: 9248049145 SALES DATE: 09/02/2017 TRANSMISSION DATE: 09/05/2017 05:18:52 | 0000000003 | 906009052014565 | 1,209.00 |
| 09/05/17 | DEPOSIT CUR TRSF FR MD 0446026554958 SAFE CONNECT DEPOSIT SAFE ID: 9248049145 SALES DATE: 09/01/2017 TRANSMISSION DATE: 09/05/2017 05:18:52 | 0000000003 | 906009052014564 | 1,129.00 |
| 09/05/17 | DEPOSIT CUR TRSF FR MD 0446026554958 SAFE CONNECT DEPOSIT SAFE ID: 9248049145 SALES DATE: 09/04/2017 TRANSMISSION DATE: 09/05/2017 05:18:52 | 0000000003 | 906009052014567 | 764.00 |
| 09/05/17 | DEPOSIT CUR TRSF FR MD 0446026554958 SAFE CONNECT DEPOSIT SAFE ID: 9248049145 SALES DATE: 09/03/2017 TRANSMISSION DATE: 09/05/2017 05:18:52 | 0000000003 | 906009052014566 | 645.00 |
| 09/05/17 | TFR TRANSFER CREDIT NXT TRSF FR GAA0334037058963 | | 906009054000752 | 545.00 |
| 09/06/17 | TFR TRANSFER CREDIT CUR TRSF FR MD 0446022511335 | | 906009062012550 | 9,618.00 |
| 09/06/17 | TFR TRANSFER CREDIT NXT TRSF FR GAA0334037058963 | | 906009064000967 | 3,098.00 |

continued on the next page

## Deposits and other credits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 09/06/17 | DEPOSIT CUR TRSF FR MD 0446026554958 SAFE CONNECT DEPOSIT SAFE ID: 9248049145 SALES DATE: 09/05/2017 TRANSMISSION DATE: 09/06/2017 05:17:57 | 0000000003 | 906009062012872 | 826.00 |
| 09/06/17 | TFR TRANSFER CREDIT CUR TRSF FR MD 0446024525743 | | 906009062012571 | 538.00 |
| 09/07/17 | DEPOSIT CUR TRSF FR MD 0446026554958 SAFE CONNECT DEPOSIT SAFE ID: 9248049145 SALES DATE: 09/06/2017 TRANSMISSION DATE: 09/07/2017 05:17:31 | 0000000003 | 906009072012164 | 773.00 |
| 09/07/17 | TFR TRANSFER CREDIT CUR TRSF FR MD 0446024525743 | | 906009072011850 | 670.00 |
| 09/07/17 | TFR TRANSFER CREDIT NXT TRSF FR GAA0334037058963 | | 906009074000698 | 566.00 |
| 09/08/17 | TFR TRANSFER CREDIT CUR TRSF FR MD 0446022511335 | | 906009082006321 | 2,436.00 |
| 09/08/17 | DEPOSIT CUR TRSF FR MD 0446026554958 SAFE CONNECT DEPOSIT SAFE ID: 9248049145 SALES DATE: 09/07/2017 TRANSMISSION DATE: 09/08/2017 05:17:37 | 0000000003 | 906009082006666 | 599.00 |
| 09/08/17 | TFR TRANSFER CREDIT CUR TRSF FR MD 0446024525743 | | 906009082006349 | 570.00 |
| 09/08/17 | TFR TRANSFER CREDIT NXT TRSF FR GAA0334037058963 | | 906009084000689 | 523.00 |
| 09/11/17 | TFR TRANSFER CREDIT CUR TRSF FR MD 0446024525743 | | 906009112008522 | 2,315.00 |
| 09/11/17 | DEPOSIT CUR TRSF FR MD 0446026554958 SAFE CONNECT DEPOSIT SAFE ID: 9248049145 SALES DATE: 09/09/2017 TRANSMISSION DATE: 09/11/2017 10:49:58 | 0000000003 | 906009112008818 | 1,213.00 |
| 09/11/17 | DEPOSIT CUR TRSF FR MD 0446026554958 SAFE CONNECT DEPOSIT SAFE ID: 9248049145 SALES DATE: 09/08/2017 TRANSMISSION DATE: 09/11/2017 10:49:58 | 0000000003 | 906009112008817 | 1,120.00 |
| 09/11/17 | DEPOSIT CUR TRSF FR MD 0446026554958 SAFE CONNECT DEPOSIT SAFE ID: 9248049145 SALES DATE: 09/10/2017 TRANSMISSION DATE: 09/11/2017 10:49:58 | 0000000003 | 906009112008819 | 588.00 |
| 09/11/17 | TFR TRANSFER CREDIT NXT TRSF FR GAA0334037058963 | | 906009114000720 | 432.00 |
| 09/12/17 | Online Banking transfer from CHK 6284 Confirmation# 3122936549 | | 943209126223887 | 20,719.00 |
| 09/12/17 | TFR TRANSFER CREDIT NXT TRSF FR GAA0334037058963 | | 906009124000694 | 2,338.00 |
| 09/12/17 | TFR TRANSFER CREDIT CUR TRSF FR MD 0446024525743 | | 906009122007687 | 783.00 |

continued on the next page

## Deposits and other credits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 09/12/17 | DEPOSIT CUR TRSF FR MD 0446026554958 SAFE 0000000003 CONNECT DEPOSIT SAFE ID: 9248049145 SALES DATE: 09/11/2017 TRANSMISSION DATE: 09/12/2017 05:17:36 | | 906009122008051 | 431.00 |
| 09/13/17 | DEPOSIT CUR TRSF FR MD 0446026554958 SAFE 0000000003 CONNECT DEPOSIT SAFE ID: 9248049145 SALES DATE: 09/12/2017 TRANSMISSION DATE: 09/13/2017 05:17:14 | | 906009132016025 | 575.00 |
| 09/13/17 | TFR TRANSFER CREDIT CUR TRSF FR MD 0446024525743 | | 906009132015712 | 572.00 |
| 09/13/17 | TFR TRANSFER CREDIT NXT TRSF FR GAA0334037058963 | | 906009134000887 | 433.00 |
| 09/14/17 | TFR TRANSFER CREDIT CUR TRSF FR MD 0446022511335 | | 906009142005061 | 7,688.00 |
| 09/14/17 | DEPOSIT CUR TRSF FR MD 0446026554958 SAFE 0000000003 CONNECT DEPOSIT SAFE ID: 9248049145 SALES DATE: 09/13/2017 TRANSMISSION DATE: 09/14/2017 05:17:42 | | 906009142005371 | 744.00 |
| 09/14/17 | TFR TRANSFER CREDIT CUR TRSF FR MD 0446024525743 | | 906009142005092 | 706.00 |
| 09/14/17 | TFR TRANSFER CREDIT NXT TRSF FR GAA0334037058963 | | 906009144000552 | 418.00 |
| 09/15/17 | TFR TRANSFER CREDIT CUR TRSF FR MD 0446022511335 | | 906009152056342 | 827.00 |
| 09/15/17 | DEPOSIT CUR TRSF FR MD 0446026554958 SAFE 0000000003 CONNECT DEPOSIT SAFE ID: 9248049145 SALES DATE: 09/14/2017 TRANSMISSION DATE: 09/15/2017 05:18:14 | | 906009152056715 | 580.00 |
| 09/15/17 | TFR TRANSFER CREDIT CUR TRSF FR MD 0446024525743 | | 906009152056375 | 389.00 |
| 09/15/17 | TFR TRANSFER CREDIT NXT TRSF FR GAA0334037058963 | | 906009154000577 | 355.00 |
| 09/18/17 | TFR TRANSFER CREDIT CUR TRSF FR MD 0446022511335 | | 906009182007386 | 4,244.00 |
| 09/18/17 | TFR TRANSFER CREDIT CUR TRSF FR MD 0446024525743 | | 906009182007436 | 2,275.00 |
| 09/18/17 | DEPOSIT CUR TRSF FR MD 0446026554958 SAFE 0000000003 CONNECT DEPOSIT SAFE ID: 9248049145 SALES DATE: 09/16/2017 TRANSMISSION DATE: 09/18/2017 05:22:10 | | 906009182007790 | 1,368.00 |

*continued on the next page*

## Deposits and other credits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---:|
| 09/18/17 | DEPOSIT CUR TRSF FR MD 0446026554958 SAFE CONNECT DEPOSIT SAFE ID: 9248049145 SALES DATE: 09/15/2017 TRANSMISSION DATE: 09/18/2017 05:22:10 | 0000000003 | 906009182007789 | 1,148.00 |
| 09/18/17 | DEPOSIT CUR TRSF FR MD 0446026554958 SAFE CONNECT DEPOSIT SAFE ID: 9248049145 SALES DATE: 09/17/2017 TRANSMISSION DATE: 09/18/2017 05:22:10 | 0000000003 | 906009182007791 | 549.00 |
| 09/18/17 | TFR TRANSFER CREDIT NXT TRSF FR GAA0334037058963 | | 906009184000677 | 527.00 |
| 09/19/17 | TFR TRANSFER CREDIT NXT TRSF FR GAA0334037058963 | | 906009194000746 | 2,343.00 |
| 09/19/17 | TFR TRANSFER CREDIT CUR TRSF FR MD 0446022511335 | | 906009192007400 | 727.00 |
| 09/19/17 | TFR TRANSFER CREDIT CUR TRSF FR MD 0446024525743 | | 906009192007419 | 533.00 |
| 09/19/17 | DEPOSIT CUR TRSF FR MD 0446026554958 SAFE CONNECT DEPOSIT SAFE ID: 9248049145 SALES DATE: 09/18/2017 TRANSMISSION DATE: 09/19/2017 05:17:58 | 0000000003 | 906009192007857 | 486.00 |
| 09/20/17 | Online Banking transfer from CHK 6284 Confirmation# 6292759325 | | 943209206056380 | 7,670.00 |
| 09/20/17 | TFR TRANSFER CREDIT CUR TRSF FR MD 0446022511335 | | 906009202019842 | 943.00 |
| 09/20/17 | TFR TRANSFER CREDIT CUR TRSF FR MD 0446024525743 | | 906009202019876 | 586.00 |
| 09/20/17 | TFR TRANSFER CREDIT NXT TRSF FR GAA0334037058963 | | 906009204000703 | 469.00 |
| 09/20/17 | DEPOSIT CUR TRSF FR MD 0446026554958 SAFE CONNECT DEPOSIT SAFE ID: 9248049145 SALES DATE: 09/19/2017 TRANSMISSION DATE: 09/20/2017 05:17:59 | 0000000003 | 906009202020203 | 454.00 |
| 09/21/17 | TFR TRANSFER CREDIT CUR TRSF FR MD 0446022511335 | | 906009212004261 | 931.00 |
| 09/21/17 | DEPOSIT CUR TRSF FR MD 0446026554958 SAFE CONNECT DEPOSIT SAFE ID: 9248049145 SALES DATE: 09/20/2017 TRANSMISSION DATE: 09/21/2017 05:18:02 | 0000000003 | 906009212004586 | 921.00 |
| 09/21/17 | TFR TRANSFER CREDIT CUR TRSF FR MD 0446024525743 | | 906009212004294 | 577.00 |
| 09/21/17 | TFR TRANSFER CREDIT NXT TRSF FR GAA0334037058963 | | 906009214000606 | 543.00 |
| 09/22/17 | TFR TRANSFER CREDIT CUR TRSF FR MD 0446022511335 | | 906009222005436 | 985.00 |

*continued on the next page*



## Deposits and other credits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 09/22/17 | DEPOSIT CUR TRSF FR MD 0446026554958 SAFE CONNECT DEPOSIT SAFE ID: 9248049145 SALES DATE: 09/21/2017 TRANSMISSION DATE: 09/22/2017 05:17:57 | 0000000003 | 906009222005788 | 845.00 |
| 09/22/17 | TFR TRANSFER CREDIT CUR TRSF FR MD 0446024525743 | | 906009222005464 | 540.00 |
| 09/22/17 | TFR TRANSFER CREDIT NXT TRSF FR GAA0334037058963 | | 906009224000624 | 436.00 |
| 09/25/17 | TFR TRANSFER CREDIT CUR TRSF FR MD 0446022511335 | | 906009252007229 | 4,140.00 |
| 09/25/17 | TFR TRANSFER CREDIT CUR TRSF FR MD 0446024525743 | | 906009252007277 | 2,323.00 |
| 09/25/17 | DEPOSIT CUR TRSF FR MD 0446026554958 SAFE CONNECT DEPOSIT SAFE ID: 9248049145 SALES DATE: 09/23/2017 TRANSMISSION DATE: 09/25/2017 05:24:20 | 0000000003 | 906009252007638 | 1,324.00 |
| 09/25/17 | DEPOSIT CUR TRSF FR MD 0446026554958 SAFE CONNECT DEPOSIT SAFE ID: 9248049145 SALES DATE: 09/22/2017 TRANSMISSION DATE: 09/25/2017 05:24:20 | 0000000003 | 906009252007637 | 1,027.00 |
| 09/25/17 | DEPOSIT CUR TRSF FR MD 0446026554958 SAFE CONNECT DEPOSIT SAFE ID: 9248049145 SALES DATE: 09/24/2017 TRANSMISSION DATE: 09/25/2017 05:24:20 | 0000000003 | 906009252007639 | 742.00 |
| 09/25/17 | TFR TRANSFER CREDIT NXT TRSF FR GAA0334037058963 | | 906009254000661 | 291.00 |
| 09/26/17 | Online Banking transfer from CHK 6284 Confirmation# 2444794326 | | 943209266545554 | 8,900.00 |
| 09/26/17 | TFR TRANSFER CREDIT NXT TRSF FR GAA0334037058963 | | 906009264000937 | 2,488.00 |
| 09/26/17 | TFR TRANSFER CREDIT CUR TRSF FR MD 0446022511335 | | 906009262007322 | 923.00 |
| 09/26/17 | DEPOSIT CUR TRSF FR MD 0446026554958 SAFE CONNECT DEPOSIT SAFE ID: 9248049145 SALES DATE: 09/25/2017 TRANSMISSION DATE: 09/26/2017 05:17:22 | 0000000003 | 906009262007749 | 742.00 |
| 09/26/17 | TFR TRANSFER CREDIT CUR TRSF FR MD 0446024525743 | | 906009262007339 | 529.00 |
| 09/27/17 | TFR TRANSFER CREDIT CUR TRSF FR MD 0446022511335 | | 906009272014748 | 2,631.00 |
| 09/27/17 | DEPOSIT CUR TRSF FR MD 0446026554958 SAFE CONNECT DEPOSIT SAFE ID: 9248049145 SALES DATE: 09/26/2017 TRANSMISSION DATE: 09/27/2017 05:17:47 | 0000000003 | 906009272015118 | 717.00 |

*continued on the next page*

## Deposits and other credits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 09/27/17 | TFR TRANSFER CREDIT CUR TRSF FR MD 0446024525743 | | 906009272014775 | 503.00 |
| 09/27/17 | TFR TRANSFER CREDIT NXT TRSF FR GAA0334037058963 | | 906009274000702 | 503.00 |
| 09/28/17 | TFR TRANSFER CREDIT CUR TRSF FR MD 0446022511335 | | 906009282004687 | 867.00 |
| 09/28/17 | TFR TRANSFER CREDIT CUR TRSF FR MD 0446024525743 | | 906009282004712 | 772.00 |
| 09/28/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011621169 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450116 21169 LITTLE CAESARS 1968 0001 BC | | 902371007763069 | 711.94 |
| 09/28/17 | DEPOSIT CUR TRSF FR MD 0446026554958 SAFE 0000000003 CONNECT DEPOSIT SAFE ID: 9248049145 SALES DATE: 09/27/2017 TRANSMISSION DATE: 09/28/2017 05:17:44 | | 906009282005012 | 687.00 |
| 09/28/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011921155 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450119 21155 LITTLE CAESARS 1968 0001 BC | | 902371007763084 | 511.47 |
| 09/28/17 | TFR TRANSFER CREDIT NXT TRSF FR GAA0334037058963 | | 906009284000611 | 404.00 |
| 09/28/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011967448 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450119 67448 LITTLE CAESARS 1968 0004 BC | | 902371007763090 | 393.44 |
| 09/28/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011848945 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450118 48945 LITTLE CAESARS 1968 0002 BC | | 902371007763075 | 352.93 |
| 09/29/17 | TFR TRANSFER CREDIT CUR TRSF FR MD 0446022511335 | | 906009292005340 | 1,392.00 |
| 09/29/17 | DEPOSIT CUR TRSF FR MD 0446026554958 SAFE 0000000003 CONNECT DEPOSIT SAFE ID: 9248049145 SALES DATE: 09/28/2017 TRANSMISSION DATE: 09/29/2017 05:18:04 | | 906009292005720 | 729.00 |
| 09/29/17 | TFR TRANSFER CREDIT NXT TRSF FR GAA0334037058963 | | 906009294000678 | 635.00 |
| 09/29/17 | TFR TRANSFER CREDIT CUR TRSF FR MD 0446024525743 | | 906009292005367 | 589.00 |
| 09/29/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011621169 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450116 21169 LITTLE CAESARS 1968 0001 BC | | 902372011362407 | 551.25 |

continued on the next page



# Your checking account

PG COUNTY PIZZA INC | Account #Redacted 8558 | September 1, 2017 to September 30, 2017

## Deposits and other credits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 09/29/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011921155 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450119 21155 LITTLE CAESARS 1968 0001 BC | | 902372011362422 | 500.19 |
| 09/29/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011848945 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450118 48945 LITTLE CAESARS 1968 0002 BC | | 902372011362413 | 346.00 |
| 09/29/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011967448 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450119 67448 LITTLE CAESARS 1968 0004 BC | | 902372011362428 | 288.29 |
| 09/29/17 | DEPOSIT CUR TRSF FR MD 0446026554958 SAFE CONNECT DEPOSIT SAFE ID: 9248049145 SALES DATE: 09/29/2017 TRANSMISSION DATE: 09/29/2017 20:02:48 | 0000000003 | 906009292005719 | 180.00 |

**Total deposits and other credits** $141,171.51

## Withdrawals and other debits

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 09/01/17 | ALARM BILLING SV DES:8886298101 ID:BAP1234 INDN:APaym CO ID:1364073289 PPD | | 902343017333280 | -97.75 |
| 09/01/17 | ALARM BILLING SV DES:8886298101 ID:BAP1334 INDN:APaym CO ID:1364073289 PPD | | 902343017333281 | -97.75 |
| 09/01/17 | ALARM BILLING SV DES:8886298101 ID:BAP1303 INDN:APaym CO ID:1364073289 PPD | | 902343017333283 | -97.75 |
| 09/01/17 | ALARM BILLING SV DES:8886298101 ID:BAP1084 INDN:APaym CO ID:1364073289 PPD | | 902343017333285 | -97.75 |
| 09/01/17 | ALARM BILLING SV DES:8886298101 ID:BAP1334 INDN:APaym CO ID:1364073289 PPD | | 902343017333282 | -32.58 |
| 09/01/17 | ALARM BILLING SV DES:8886298101 ID:BAP1303 INDN:APaym CO ID:1364073289 PPD | | 902343017333284 | -32.58 |
| 09/08/17 | WASHINGTON GAS DES:PAYMENT ID:220004000299 INDN:PG COUNTY PIZZA INC. CO ID:1530162882 WEB | | 902350014874405 | -400.00 |
| 09/12/17 | Online Banking transfer to CHK 0506 Confirmation# 2526294420 | | 943209126223886 | -210.00 |
| 09/12/17 | AMERICAN EXPRESS DES:ACH PMT ID:W3458 INDN:Mark Williams CO ID:1133133497 WEB | | 902355012657859 | -1,059.20 |

*continued on the next page*