## Withdrawals and other debits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 09/13/17 | Online Banking transfer to CHK 0506 Confirmation# 2131047617 | | 943209136024823 | -25,000.00 |
| 09/14/17 | Online Banking transfer to CHK 6284 Confirmation# 1239043065 | | 943209146879268 | -500.00 |
| 09/15/17 | ACCOUNT ANALYSIS FEE CUR TRSF TO MD 0446026554958 08/17 ACCT ANALYSIS FEE | 0000000003 | 906009152056714 | -132.42 |
| 09/18/17 | TFR TRANSFER DEBIT NXT TRSF TO GAA0334037058963 | | 906009184000678 | -148.63 |
| 09/19/17 | COMP OF MARYLAND DES:DIR DB RAD ID:004817259011068 INDN: CO ID:4526002033 PPD | | 902361021215945 | -1,968.59 |
| 09/20/17 | Online Banking transfer to CHK 0506 Confirmation# 7292740913 | | 943209206056381 | -6,300.00 |
| 09/20/17 | COMP OF MARYLAND DES:DIR DB RAD ID:004817261012306 INDN: CO ID:4526002033 PPD | | 902362014705991 | -1,968.59 |
| 09/25/17 | Online Banking transfer to CHK 0506 Confirmation# 3230380363 | | 943209256047702 | -67,000.00 |
| 09/25/17 | COMP OF MARYLAND DES:DIR DB RAD ID:004817264012566 INDN: CO ID:4526002033 PPD | | 902365009299711 | -7,059.36 |
| 09/25/17 | PEPSI BEVERAGECO DES:MPV AR PMT ID:7370465 INDN:PG COUNTY PIZZA *INC  CO ID:0000259728 WEB | | 902368007642251 | -873.20 |
| 09/25/17 | PEPSI BEVERAGECO DES:MPV AR PMT ID:7370596 INDN:PG COUNTY PIZZA *INC  CO ID:0000259728 WEB | | 902368007642254 | -849.74 |
| 09/25/17 | PEPSI BEVERAGECO DES:MPV AR PMT ID:7370944 INDN:PG COUNTY PIZZA *INC  CO ID:0000259728 WEB | | 902368007642256 | -710.72 |
| 09/25/17 | PEPSI BEVERAGECO DES:MPV AR PMT ID:7371121 INDN:PG COUNTY PIZZA *INC  CO ID:0000259728 WEB | | 902368007642260 | -438.74 |
| 09/26/17 | TFR TRANSFER DEBIT NXT TRSF TO GAA0334037058963 | | 906009264000938 | -2,488.00 |
| 09/26/17 | Online Banking transfer to CHK 0506 Confirmation# 3544816913 | | 943209266545555 | -20,000.00 |
| 09/28/17 | TFR TRANSFER DEBIT NXT TRSF TO GAA0334037058963 | | 906009284000612 | -404.00 |
| 09/28/17 | Online Banking transfer to CHK 8955 Confirmation# 3360547553 | | 943209286240320 | -13,000.00 |
| 09/28/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011621169 INDN:LITTLE CAESARS 1968 00  CO ID:1310281170 CCD  PMT INFO:  5/3 BANKCARD   CRED FEES   44450116 21169 LITTLE CAESARS 1968 0001 BC | | 902371007763072 | -16.17 |

continued on the next page



# Your checking account

PG COUNTY PIZZA INC  |  Account #Redacted 8558  |  September 1, 2017 to September 30, 2017

## Withdrawals and other debits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 09/28/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011921155 INDN:LITTLE CAESARS 1968 00  CO ID:1310281170 CCD  PMT INFO:  5/3 BANKCARD   CRED FEES    44450119  21155 LITTLE CAESARS 1968 0001 BC | | 902371007763087 | -11.90 |
| 09/28/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011967448 INDN:LITTLE CAESARS 1968 00  CO ID:1310281170 CCD  PMT INFO:  5/3 BANKCARD   CRED FEES    44450119  67448 LITTLE CAESARS 1968 0004 BC | | 902371007763093 | -8.00 |
| 09/28/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011848945 INDN:LITTLE CAESARS 1968 00  CO ID:1310281170 CCD  PMT INFO:  5/3 BANKCARD   CRED FEES    44450118  48945 LITTLE CAESARS 1968 0002 BC | | 902371007763078 | -7.65 |
| 09/29/17 | LIBERTY MUTUAL  DES:XXXXXXXXX  ID:4286092 INDN:PG COUNTY PIZZA INC PG  CO ID:0000061050 CCD | | 902372011336163 | -772.59 |
| 09/29/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011921155 INDN:LITTLE CAESARS 1968 00  CO ID:1310281170 CCD  PMT INFO:  5/3 BANKCARD   CRED FEES    44450119  21155 LITTLE CAESARS 1968 0001 BC | | 902372011362425 | -11.82 |
| 09/29/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011621169 INDN:LITTLE CAESARS 1968 00  CO ID:1310281170 CCD  PMT INFO:  5/3 BANKCARD   CRED FEES    44450116  21169 LITTLE CAESARS 1968 0001 BC | | 902372011362410 | -11.68 |
| 09/29/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011848945 INDN:LITTLE CAESARS 1968 00  CO ID:1310281170 CCD  PMT INFO:  5/3 BANKCARD   CRED FEES    44450118  48945 LITTLE CAESARS 1968 0002 BC | | 902372011362416 | -8.22 |
| 09/29/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011967448 INDN:LITTLE CAESARS 1968 00  CO ID:1310281170 CCD  PMT INFO:  5/3 BANKCARD   CRED FEES    44450119  67448 LITTLE CAESARS 1968 0004 BC | | 902372011362431 | -6.56 |

**Total withdrawals and other debits**   -$151,821.94

## Checks

| Date | Check # | Bank reference | Amount | Date | Check # | Bank reference | Amount |
|---|---|---|---|---|---|---|---|
| 09/18 | 1001 | 813005392659438 | -2,469.15 | 09/15 | 1002 | 813005292703523 | -3,279.78 |

Total checks   -$5,748.93
Total # of checks   2

## Service fees

| Date | Transaction description | Amount |
|---|---|---|
| 09/07/17 | CHECK ORDER00358 DES:FEE  ID:1BDJ1875  INDN:PG COUNTY PIZZA<br>INC    CO ID:0000000358 PPD<br>PMT INFO: PRODUCT(S): 64.49    S&H: 12.09    FL TAX: 6.42 | -83.00 |
| 09/15/17 | 08/17 ACCT ANALYSIS FEE | -189.76 |
| **Total service fees** | | **-$272.76** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance ($) | Date | Balance ($) |
|---|---|---|---|---|---|
| 09/01 | 26,524.84 | 09/13 | 59,218.64 | 09/22 | 84,068.72 |
| 09/05 | 34,234.84 | 09/14 | 68,274.64 | 09/25 | 16,983.96 |
| 09/06 | 48,314.84 | 09/15 | 66,823.68 | 09/26 | 8,077.96 |
| 09/07 | 50,240.84 | 09/18 | 74,316.90 | 09/27 | 12,431.96 |
| 09/08 | 53,968.84 | 09/19 | 76,437.31 | 09/28 | 3,684.02 |
| 09/11 | 59,636.84 | 09/20 | 78,290.72 | 09/29 | 8,083.88 |
| 09/12 | 82,638.64 | 09/21 | 81,262.72 | | |



PG COUNTY PIZZA INC | Account # Redacted 8558 | September 1, 2017 to September 30, 2017

# Check images
**Account number: 4460 2660 8558**

Check number: 1001 | Amount: $2,469.15



Check number: 1002 | Amount: $3,279.78



This page intentionally left blank

# Little Caesars Profit and Loss September 2017
## August 29 through September 25, 2017

|  | TOTAL |
|---|---:|
| **Ordinary Income/Expense** | |
|   **Income** | |
|     40000 · SALES - CARRYOUT | 206,324.41 |
|     40101 · SALES - BREAD | 15,162.24 |
|     40102 · SALES - WINGS | 15,629.19 |
|     40104 · SALES - BEVERAGES | 10,890.64 |
|   **Total Income** | 248,006.48 |
|   **Cost of Goods Sold** | |
|     50000 · MEAT | 12,055.53 |
|     50101 · TOPPINGS | 7,003.55 |
|     50102 · CHEESE | 38,332.80 |
|     50103 · DAIRY | 148.03 |
|     50104 · SOFT DRINKS | 4,371.64 |
|     50105 · DOUGH | 12,553.82 |
|     50108 · WINGS | 6,936.25 |
|     50109 · OTHER | 1,499.03 |
|     50200 · PAPER COSTS | 11,463.50 |
|     51000 · Labor Cost | |
|       51100 · Labor - Asst Manager | 15,049.31 |
|       51101 · Labor - Crew | 51,009.93 |
|       51102 · Labor - Manager | 37,814.38 |
|     Total 51000 · Labor Cost | 91,911.54 |
|     50110 · SALAD | 0.00 |
|   **Total COGS** | 186,275.69 |
| **Gross Profit** | 61,730.79 |
|   **Expense** | |
|     50128 · FUEL SURCHARGE(BLUE LINE) | 180.47 |
|     60130 · ADV - CAESAR FUND | 9,920.28 |
|     63300 · Insurance Expense | |
|       63360 · Worker's Compensation | 352.66 |
|       63300 · Insurance Expense - Other | 352.66 |
|     Total 63300 · Insurance Expense | 705.32 |
|     63400 · Interest Expense | |
|       63400 · Interest Expense - Other | 188.09 |
|     Total 63400 · Interest Expense | 188.09 |
|     66000 · Payroll Expenses | |
|       66200 · Payroll Taxes FUTA | 334.06 |
|       66300 · Payroll Taxes - SUTA | 1,275.03 |
|       66400 · Payroll Taxes - FICA/Mediare | 8,428.89 |
|       66000 · Payroll Expenses - Other | 6,360.36 |
|     Total 66000 · Payroll Expenses | 16,398.34 |
|     66600 · Printing and Reproduction | 146.00 |
|     66700 · Professional Fees | 200.00 |
|     71100 · STORE RENT | 28,855.14 |

# Little Caesars Profit and Loss September 2017
## August 29 through September 25, 2017

|  | TOTAL |
|---|---:|
| 71101 · RENT - CAM | 2,964.47 |
| 71102 · PROPERTY TAXES | 3,702.67 |
| 73100 · TELEPHONE | 1,482.29 |
| 73101 · ELECTRIC | 1,008.90 |
| 73102 · GAS | 4,249.22 |
| 73105 · TRASH | 1,296.79 |
| 75100 · WORKER'S COMPENSATION | 963.82 |
| 75101 · ROYALTIES | 14,880.40 |
| 75103 · BANK SERVICE CHARGE | 4,226.50 |
| 75107 · INSURANCE (P & C) | 259.03 |
| 75111 · CONTRACT SERVICES | 5,461.70 |
| 75113 · AUTO/GAS REIMBURSEMENTS | 323.06 |
| 75114 · CASH (OVER)/SHORT | 1,623.79 |
| 75115 · CREDIT CARD FEES | 1,225.40 |
| 75116 · SUPPLIES - CLEANING | 1,328.46 |
| 75117 · SUPPLIES - OPERATING | 166.72 |
| 75121 · INTEREST EXPENSEE | 646.26 |
| 62600 · Equipment Rental | 2,002.99 |
| **Total Expense** | 104,406.11 |
| **Net Ordinary Income** | -42,675.32 |
| **Net Income** | **-42,675.32** |



| TAXPAYER NAME : MARYLAND PIZZA INC | TIN : xxxxx6929 |
|---|---|

# Deposit Confirmation

Your payment has been accepted.

## Payment Successful

An EFT acknowledgement number has been provided for this payment. Please keep this number for your records.

REMINDER: REMEMBER TO FILE ALL RETURNS WHEN DUE!

| EFT ACKNOWLEDGEMENT NUMBER: | 270765641978294 |
|---|---|

**PLEASE NOTE**

Any amounts represented in the subcategories of Social Security, Medicare, and Income Tax Withholding are for informational purposes only.

| Payment Information | Entered Data |
|---|---|
| Taxpayer EIN | xxxxx6929 |
| Tax Form | 941 Employers Federal Tax |
| Tax Type | Federal Tax Deposit |
| Tax Period | Q3/2017 |
| Payment Amount | $207.30 |
| Settlement Date | 09/13/2017 |
| Sub Categories | |
| 1 Social Security | $168.02 |
| 2 Medicare | $39.28 |
| Account Number | xxxxxxxx8948 |
| Account Type | CHECKING |
| Routing Number | 061000052 |
| Bank Name | BANK OF AMERICA, N.A. |



| TAXPAYER NAME : MARYLAND PIZZA INC | | TIN : xxxxx6929 |
|---|---|---|

# Deposit Confirmation

Your payment has been accepted.

## Payment Successful

An EFT acknowledgement number has been provided for this payment. Please keep this number for your records.

REMINDER: REMEMBER TO FILE ALL RETURNS WHEN DUE!

| EFT ACKNOWLEDGEMENT NUMBER: | 270766383679647 |
|---|---|

**PLEASE NOTE**

Any amounts represented in the subcategories of Social Security, Medicare, and Income Tax Withholding are for informational purposes only.

| Payment Information | Entered Data |
|---|---|
| Taxpayer EIN | xxxxx6929 |
| Tax Form | 941 Employers Federal Tax |
| Tax Type | Federal Tax Deposit |
| Tax Period | Q3/2017 |
| Payment Amount | $4,243.14 |
| Settlement Date | 09/20/2017 |
| Sub Categories | |
| 1 Social Security | $2,470.44 |
| 2 Medicare | $577.70 |
| 3 Tax Withholding | $1,195.00 |
| Account Number | xxxxxxxx8948 |
| Account Type | CHECKING |
| Routing Number | 061000052 |
| Bank Name | BANK OF AMERICA, N.A. |



| TAXPAYER NAME : PG COUNTY PIZZA INC | TIN : xxxxx9302 |

## Deposit Confirmation

Your payment has been accepted.

### Payment Successful

An EFT acknowledgement number has been provided for this payment. Please keep this number for your records.

REMINDER: REMEMBER TO FILE ALL RETURNS WHEN DUE!

| EFT ACKNOWLEDGEMENT NUMBER: | 270765662995294 |

**PLEASE NOTE**

Any amounts represented in the subcategories of Social Security, Medicare, and Income Tax Withholding are for informational purposes only.

| Payment Information | Entered Data |
|---|---|
| Taxpayer EIN | xxxxx9302 |
| Tax Form | 941 Employers Federal Tax |
| Tax Type | Federal Tax Deposit |
| Tax Period | Q3/2017 |
| Payment Amount | $207.32 |
| Settlement Date | 09/13/2017 |
| Sub Categories | |
| 1 Social Security | $168.02 |
| 2 Medicare | $39.30 |
| Account Number | xxxxxxxx0506 |
| Account Type | CHECKING |
| Routing Number | 052001633 |
| Bank Name | BANK OF AMERICA, N.A. |



| TAXPAYER NAME : PG COUNTY PIZZA INC | TIN : xxxxx9302 |
|---|---|

# Deposit Confirmation

Your payment has been accepted.

**Payment Successful**
An EFT acknowledgement number has been provided for this payment. Please keep this number for your records.

REMINDER: REMEMBER TO FILE ALL RETURNS WHEN DUE!

| EFT ACKNOWLEDGEMENT NUMBER: | 270766382187259 |
|---|---|

**PLEASE NOTE**

Any amounts represented in the subcategories of Social Security, Medicare, and Income Tax Withholding are for informational purposes only.

| Payment Information | Entered at |
|---|---|
| Taxpayer EIN | xxxxx9302 |
| Tax Form | 941 Employers Federal Tax |
| Tax Type | Federal Tax Deposit |
| Tax Period | Q3/2017 |
| Payment Amount | $6,293.47 |
| Settlement Date | 09/20/2017 |
| Sub Categories | |
| 1 Social Security | $3,614.38 |
| 2 Medicare | $845.34 |
| 3 Tax Withholding | $1,833.75 |
| Account Number | xxxxxxxx0506 |
| Account Type | CHECKING |
| Routing Number | 052001633 |
| Bank Name | BANK OF AMERICA, N.A. |



| TAXPAYER NAME : PG COUNTY PIZZA INC | | TIN : xxxxx9302 |

# Deposit Confirmation

Your payment has been accepted.

## Payment Successful
An EFT acknowledgement number has been provided for this payment. Please keep this number for your records.

REMINDER: REMEMBER TO FILE ALL RETURNS WHEN DUE!

| EFT ACKNOWLEDGEMENT NUMBER: | 270767002573690 |

**PLEASE NOTE**

Any amounts represented in the subcategories of Social Security, Medicare, and Income Tax Withholding are for informational purposes only.

| Payment Information | Entered Data |
|---|---|
| Taxpayer EIN | xxxxx9302 |
| Tax Form | 941 Employers Federal Tax |
| Tax Type | Federal Tax Deposit |
| Tax Period | Q3/2017 |
| Payment Amount | $611.64 |
| Settlement Date | 09/27/2017 |
| Sub Categories | |
| 1 Social Security | $358.74 |
| 2 Medicare | $83.90 |
| 3 Tax Withholding | $169.00 |
| Account Number | xxxxxxxx0506 |
| Account Type | CHECKING |
| Routing Number | 052001633 |
| Bank Name | BANK OF AMERICA, N.A. |

| Date | Payee | Amount |
|---|---|---|
| 8/30/2017 | YELLOWSTONE | -1389 |
| 8/31/2017 | YELLOWSTONE | -1389 |
| 9/1/2017 | YELLOWSTONE | -1389 |
| 9/5/2017 | YELLOWSTONE | -1389 |
| 9/6/2017 | YELLOWSTONE | -1389 |
| 9/7/2017 | YELLOWSTONE | -1389 |
| 9/8/2017 | YELLOWSTONE | -1389 |
| 9/11/2017 | YELLOWSTONE | -1389 |
| 9/12/2017 | YELLOWSTONE | -1389 |
| 9/13/2017 | YELLOWSTONE | -1389 |
| 9/26/2017 | YELLOWSTONE | -1389 |
| 9/27/2017 | YELLOWSTONE | -1389 |
| 9/5/2017 | YELLOWSTONE | -1389 |
| 9/14/2017 | YELLOWSTONE | -1389 |
| 9/15/2017 | YELLOWSTONE | -1389 |
| 9/18/2017 | YELLOWSTONE | -1389 |
| 9/19/2017 | YELLOWSTONE | -1389 |
| 9/20/2017 | YELLOWSTONE | -1389 |
| 9/21/2017 | YELLOWSTONE | -1389 |
| 9/22/2017 | YELLOWSTONE | -1389 |
| 9/25/2017 | YELLOWSTONE | -1389 |
| 9/11/2017 | UniFi Equipment | -1585.09 |
| 9/14/2017 | Uplyft Capital | -1214 |
| 9/6/2017 | Uplyft Capital | -1214 |
| 9/15/2017 | Uplyft Capital | -1214 |
| 9/13/2017 | Uplyft Capital | -1214 |
| 9/12/2017 | Uplyft Capital | -1214 |
| 9/18/2017 | Uplyft Capital | -1214 |
| 9/5/2017 | Uplyft Capital | -1214 |
| 9/1/2017 | Uplyft Capital | -1214 |
| 9/6/2017 | Uplyft Capital | -1214 |
| 9/11/2017 | Uplyft Capital | -1214 |
| 9/8/2017 | Uplyft Capital | -1214 |
| 9/19/2017 | Uplyft Capital | -1214 |
| 8/30/2017 | Uplyft Capital | -1214 |
| 8/31/2017 | Uplyft Capital | -1214 |
| 9/1/2017 | LOANME | -4317.77 |
| 9/11/2017 | NCMIC | -676 |
| 9/12/2017 | Bank of the Ozar | -3724.34 |
| 8/31/2017 | Bank of the Ozar | -3724.34 |
| 9/5/2017 | IRH Capital LLC | -417.95 |
| 9/25/2017 | Direct Capital | -2882.3 |
| 9/11/2017 | BCC FUNDING VIII | -1632.36 |