IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE : | ) | Chapter 11 |
| | ) | |
| ALABAMA PARTNERS, LLC, *et al.*, | ) | Case No. 17–03469-TOM11 |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |

## MOTION TO EXTEND TIME TO ASSUME OR REJECT UNEXPIRED NONRESIDENTIAL REAL PROPERTY LEASES

COMES NOW, Maryland Pizza, Inc., Maryland LC Ventures, LLC, PG County Partners, LLC, and PG County Pizza, Inc., as debtors and debtors in possession in the above-captioned chapter 11 case (the "Maryland Debtors"), hereby move the Court (this "Motion") for entry of an order pursuant to § 365(d)(4) of title 11 of the United States Code, 11 U.S.C. § 101, *et seq.* (the "Bankruptcy Code"),extending the time by which they must decide to assume or reject unexpired leases of non-residential real property from December 9, 2017 (the "Current Deadline"), through and including Friday, March 9, 2018. In support of this Motion, the Maryland Debtors respectfully state as follows:

### JURISDICTION AND VENUE

1. The Court has jurisdiction to consider this Motion pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, if any, are: Alabama Partners, LLC (7131); BamaChex, Inc. (6953); Maryland LC Ventures, LLC (6974); Maryland Pizza, Inc. (6929); PG County Partners LLC (2811); and PG County Pizza, Inc. (3902). The service address for each Maryland is P.O. Box 551267, Jacksonville, FL 32255.

2.     The statutory predicates for the relief requested herein are §§ 105(a) and 365 of title 11 of the United States Bankruptcy Code.

## BACKGROUND

3.     On August 11, 2017 (the "Petition Date"), each of the Maryland Debtors commenced with this Court a voluntary case under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). The Maryland Debtors continue to operate their businesses and manage their properties as debtors in possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code. No trustee, examiner, or committee of creditors has been appointed in this case.

4.     Prior to the Petition Date, certain of the Maryland Debtors entered into various leases (the "Leases") for the purpose of operating Little Caesar's Pizza restaurants as follows:

| Debtor-Lessee | Lessor | Address |
|---|---|---|
| Maryland LC Ventures, LLC | Maverick VI, LLC | 5915 Martin Luther King Jr. Hwy. Capital Heights, MD 20743 |
| PG County Partners, LLC | Silver Hill II LLC | 5850 Silver Hill Rd. Districh Heights, MD 20747 |
| PG County Pizza, Inc. | Bae's Woodberry, LLC | 7061 Allentown Rd. Temple Hills, MD 20748 |
| PG County Pizza, Inc. | Marlow Heights Shopping Center, LP | 3907 Branch Ave., #8 Temple Hills, MD 20748 |
| PG County Pizza, Inc. | Rivertowne Center ACQ | 6069 Oxon Hill Rd. Oxon Hill, MD 20745 |

2

5. The Maryland Debtors continue to operate Little Caesar's Pizza restaurants at these locations.

6. The Maryland Debtors are unable, at this time, to determine whether it is in their best interest to assume or reject these leases. It is not contemplated that a § 363 sale will be achieved by the Current Deadline, and thus it is not possible to determine whether the assumption or rejection of these particular leases will be called for by the particular plan that the Maryland Debtors are attempting to develop with regard to such a sale.

## RELIEF REQUESTED

7. By this Motion, the Maryland Debtors request entry of an order, pursuant to § 365(d)(4)(B) of the Bankruptcy Code, granting a ninety (90) day extension of the Current Deadline in order for the Maryland Debtors to determine whether assumption or rejection of the leases will advance their Chapter 11 plan. Such an extension would be without prejudice to the Maryland Debtors' rights to seek further extensions of the time to assume or reject the leases and individual franchise agreements with the consent of the affected lessors, as contemplated by § 365(d)(4)(B)(ii).

## BASIS FOR RELIEF

8. Section 365(a) of the Bankruptcy Code provides that "a Debtor in Possession, subject to the Court's approval, may assume or reject any executory contract or unexpired lease of the Debtor," and the decision to assume or reject any executory contract or unexpired lease is a matter within the "business judgment" of the debtor.

9. Section 365(d)(4) provides, however:

> (A) Subject to subparagraph (B), an unexpired lease of nonresidential real property under which the debtor is the lessee shall be deemed rejected, and the trustee shall immediately surrender that

3

Case 17-03469-TOM7    Doc 155    Filed 11/22/17    Entered 11/22/17 13:32:23    Desc Main
Document    Page 3 of 15

nonresidential real property to the lessor, if the trustee does not assume or reject the unexpired lease by the earlier of—

    (i) the date that is 120 days after the date of the order for relief; or

    (ii) the date of the entry of an order confirming a plan.

(B)   (i) The court may extend the period determined under subparagraph (A), prior to the expiration of the 120-day period, for 90 days on the motion of the trustee or lessor for cause.

    (ii) If the court grants an extension under clause (i), the court may grant a subsequent extension only upon prior written consent of the lessor in each instance.

10. Accordingly, nonresidential real property leases are deemed rejected if not assumed or rejected by a debtor within 120 days of the date of order of relief. However, "nothing prevents a bankruptcy court from granting an extension because a particular debtor needs additional time to determine whether the assumption or rejection of particular leases is called for by the plan of reorganization that it is attempting to develop." *In re Channel Home Ctrs., Inc.*, 989 F.2d 682, 689 (3rd Cir. 1993). *See also Coleman Oil Co. v. Circle K Corp (In re Circle K Corp.)*, 127 F.3d 904, 909 (9th Cir. 1997) (noting that bankruptcy courts routinely grant debtors' requests for an extension).

11. The term "cause," as used in section 365(d)(4)(B), is not defined in the Bankruptcy Code, nor does the Bankruptcy Code establish formal criteria for evaluating a request for an extension of the initial 120-day period.

12. Although the decision to extend a debtor's time to assume or reject unexpired leases of non-residential real property is generally within the sound discretion of the court, in determining whether cause exists for an extension of the initial 120-day period, courts have relied on several factors, including the following:

    (1) whether the debtor is paying for the use of the property;

4

Case 17-03469-TOM7    Doc 155    Filed 11/22/17    Entered 11/22/17 13:32:23    Desc Main
Document    Page 4 of 15

(2) whether the debtor's continued occupation could damage the lessor beyond the compensation available under the Bankruptcy Code;

(3) whether the lease is the debtor's primary asset; and

(4) the number of leases the debtor must evaluate.

See *S. St. Seaport L.P. v. Burger Boys, Inc. (In re Burger Boys, Inc.)*, 94 F.3d 755, 760-61 (2d Cir. 1996) (citing *Theatre Holding Corp. v. Mauro*, 681 F.2d 102, 105-06 (2d Cir. 1982)); *see also In re Wedtech Corp.*, 72 B.R. 464, 471-72 (Bankr. S.D.N.Y. 1987) (considering, among other factors, the complexity of the case facing the debtor and the number of leases the debtor must evaluate).

### CAUSE EXISTS TO EXTEND THE TIME FOR DEBTORS TO ASSUME OR REJECT THE LEASES

13. Pursuant to section 365(d)(4) of the Bankruptcy Code, if the Leases are not assumed or rejected on or prior to the Current Deadline, such Leases shall be deemed rejected unless the Maryland Debtors receive, pursuant to section 365(d)(4)(B)(i) of the Bankruptcy Code, an extension of time within which they may assume or reject the Leases. As illustrated below, there is more than sufficient "cause" to grant the Maryland Debtors' requested extension.

14. The Leases are essential assets to any plan for a § 363 sale. Without the Leases, the Little Caesar's stores close and any attempted sale would be futile. However, a premature decision about which leases to assume or terminate could undermine a potential sale before a plan is fully developed. Thus, the Maryland Debtors require an extension in order to avoid having to make a premature decision to assume or reject the Leases prior to developing a final plan for sale.

15. The Maryland Debtors have already evaluated a number of leases, ultimately rejecting three with court approval (*see* Doc. 107), while simultaneously closing a successful sale

5

of other Debtors' hamburger restaurants in Alabama (which also required evaluation and assignment of twelve leases). The remaining leases must be evaluated in order to determine whether their assumption or rejection would enhance a potential sale, ultimately benefitting the Maryland Debtors' estates and creditors.

16. The Lessors will not be prejudiced by the relief requested in this Motion.

17. For the reasons set forth above, the Maryland Debtors submit that cause exists for the requested extension through and including March 9, 2017, without prejudice to the Maryland Debtors' right to seek further extensions of such deadline with the consent of the affected Lessors, as provided in section 365(d)(4)(B)(ii) of the Bankruptcy Code.

## NOTICE

18. Notice of this Motion has been served by first class United States Mail upon the Lessors, the Bankruptcy Administrator's Office, the Creditor Matrix, and all parties requesting notice in this case (the "Notice Parties").

19. No prior motion for the relief requested herein has been made to this or any other Court.

WHEREFORE, premises considered, the Maryland Debtors respectfully request that the Court enter an order extending the Current Deadline for the Maryland Debtors to assume or reject the Leases until March 9, 2018, and granting other and further relief as the Court deems appropriate.

6

Respectfully submitted,

/s/ *R. Scott Williams*
R. Scott Williams
Robert H. Adams
Frederick D. Clarke

Attorneys for Debtors
ALABAMA PARTNERS, LLC
BAMACHEX, INC.
MARYLAND LC VENTURES, LLC
MARYLAND PIZZA, INC.
PG COUNTY PARTNERS LLC
PG COUNTY PIZZA, INC.

**Of Counsel:**
**RUMBERGER, KIRK & CALDWELL, P.C.**
Renasant Place
Suite 1300
2001 Park Place North
Birmingham, AL 35203
Phone: (205) 327-5550
Facsimile: (205) 326-6786
swilliams@rumberger.com
radams@rumberger.com
fclarke@rumberger.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of November, 2017, the foregoing was served via CM/ECF and by depositing same in the United States Mail, first class, postage prepaid on the Notice Parties as indicated on the list attached hereto.

/s/ *R. Scott Williams*
Of Counsel

7

Label Matrix for local noticing
1126-2
Case 17-03469-TOM11
NORTHERN DISTRICT OF ALABAMA
Birmingham
Wed Nov 22 10:47:45 CST 2017

Advanced Restaurant Sales
111 Village Parkway Bldg #2
Marietta, GA 30067-4013

Alabama Partners, LLC
PO Box 551267
Jacksonville, FL 32255-1267

Checkers Drive-In Restaurants, Inc.
c/o Burr & Forman LLP
Derek Meek
420 N 20th St, Ste 3400
Birmingham, AL 35203-5210

City of Jasper
c/o Russell B. Robertson, Esq.
P.O. Box 498
Jasper, AL 35502-0498

Customized Distribution, LLC
% Daniel Sparks
Christian & Small LLP
1800 Financial Center
505 North 20th Street
Birmingham, AL 35203-4633

NCEP, LLC Department
Ascension Capital Group
P.O. Box 165028
Irving, TX 75016-5028

Silver Hill II LLC
c/o Ellis Brazeal Jones Walker
1819 5th Avenue North
Suite 1100
Birmingham, AL 35203-2122

US Bank Equipment Finance
c/o Parnell & Parnell, P.A.
P.O. Box 2189
Montgomery, AL 36102-2189

U. S. Bankruptcy Court
Robert S. Vance Federal Building
1800 5th Avenue North
Birmingham, AL 35203-2111

ABC Burglar Alarm Systems, Inc.
1532 A&B Pointer Ridge Place
Bowie, MD 20716-1883

ABC Burglar Alarm Systems, Inc.
1532 A&B Pointer Ridge Place
Bowie, Maryland 20716-1883

ANX Business Corp
Dept. 77399
PO Box 77000
Detroit, MI 48277-0399

ANX Business Corp
Dept. 77399
PO Box 77000
Detroit, Michigan 48277-0399

Affordable Refuse & Recycling, Inc.
PO Box 400
Cheltenham, MD 20623-0400

Affordable Refuse & Recycling, Inc.
PO Box 400
Cheltenham, Maryland 20623-0400

Al Kaisani
10501 N. Central Expressway, Ste. 106
Dallas, TX 75231-2203

Alabama Child Support Payment Ctr
PO Box244015
Montgomery, AL 36124-4015

Alabama Department of Labor
631 Beacon Pkwy West, Ste. 203
Birmingham, AL 35209-3131

Alabama Department of Revenue
PO Box 327464
Montgomery, 36132-7464

Alabama Deptartment of Labor
649 Monroe Street
Montgomery, Alabama 36131-0099

Alabama Gas Corporation
605 Richard Arrington Blvd N
Birmingham, AL 35203-2707

Alabama Power Company
c/o Eric T. Ray
1901 Sixth Ave N, Suite 1500
Birmingham, AL 35203-4642

Allied Waste/Republic Services
3950 59th Street SW
Birmingham, AL 35221

Anniston Water Works
931 Noble Street
Anniston, AL 36201-5666

BRESCO
Birmingham Restaurant Supply
2428 Sixth Avenue S
Birmingham, AL 35233-3316

Bae's Woodberry, LLC
Attn: Ellen Kim
12104 Old Pine Way
Oak Hill, Virginia 20171-1630

Balboa Capital
2010 Main Street
11th Floor
Irvine, CA 92614-8250

Bank of the Ozarks
17901 Chenal Parkway
3rd Floor
Little Rock, AR 72223-5831

Bank of the Ozarks
PO Box 242208
Little Rock, AR 72223-0022

| | | |
|---|---|---|
| Bankruptcy Administrator<br>1800 5th Avenue North<br>Birmingham, AL 35203-2111 | Bessemer Utilities<br>PO Box 1246<br>Bessemer, AL 35021-1299 | Betty Leeth Haynes<br>PO Box 279<br>Cullman, AL 35056-0279 |
| Birmingham District Tax Office<br>P O Box 13156<br>Birmingham AL 35202-3156 | Birmingham Water Works Board<br>PO Box 830269<br>Birmingham, AL 35283-0269 | Blue Cross and Blue Shield of Alabama<br>450 Riverchase Pkwy E<br>Birmingham, AL 35244-2858 |
| Blue Line<br>2211 Woodward Ave.<br>Detroit, MI 48201-3467 | Blue Line<br>2211 Woodward Ave.<br>Detroit, Michigan 48201-3467 | Brinks<br>PO Box 101031<br>Atlanta, GA 30392-1031 |
| Brinks<br>PO Box 101031<br>Atlanta, Georgia 30392-1031 | Burns Septic<br>5291 Enterprise Street<br>Sykesville, MD 21784-9352 | CAN Capital/Channel Partners Capital<br>11100 Wayzata Blvd., Ste. 305<br>Minnetonika, MN 55305-5537 |
| CDI<br>5151 Brook Hollow Pkwy<br>Norcross, GA 30071-4912 | CHTD Company<br>P.O. Box 2576<br>Springfield, IL 62708-2576 | CHeckers Corporate<br>4300 West Cypress St. Suite 600<br>Tampa, FL 33607-4157 |
| Calhoun County Sales Tax<br>Calhoun County Revenue Commissioner<br>1702 Noble St., Ste. 104<br>Anniston, AL 36201-3827 | Can Capital Asset Servicing, Inc.<br>2015 Vaughn Road, Building 500<br>Kennesaw, GA 30144-7831 | Checkers Corp.<br>4300 West Cypress St. Suite 600<br>Tampa, FL 33607-4157 |
| City of Anniston<br>P.O. Box 2168<br>Anniston, AL 36202-2168 | City of Bessemer<br>Revenue Department<br>1806 Third Avenue North<br>Bessemer, AL 35020-4906 | City of Birmingham<br>710 North 20th Street<br>Room 600 City Hall<br>Birmingham, AL 35203-2281 |
| City of Center Point<br>2209 Center Point Parkway<br>Center Point, Alabama 35215-4609 | City of Cullman<br>PO 278<br>Cullman, AL 35056-0278 | City of Gadsden<br>c/o RDS<br>PO Box 830725<br>Birmingham, AL 35283-0725 |
| City of Jasper<br>c/o RDS<br>PO Box 830725<br>Birmingham, AL 35283-0725 | City of Midfield<br>c/o RDS<br>PO Box 830725<br>Birmingham, AL 35283-0725 | Coca Cola USA<br>PO Box 102499<br>Atlanta, GA 30368-2499 |
| Comptroller of Maryland<br>110 Carroll Street<br>Annapolis, MD 21411-0001 | Comptroller of Maryland<br>110 Carroll Street<br>Annapolis, Maryland 21411-0001 | Corporation Service Company as Represent<br>PO Box 2576<br>Springfield, IL 62708-2576 |

| | | |
|---|---|---|
| Cullman County & City<br>PO Box 278<br>Cullman, AL 35056-0278 | Cullman Gas District<br>PO Box 399<br>Cullman, Alabama 35056-0399 | Cullman Power Board<br>106 Second Avenue NE<br>Cullman, AL 35055-2904 |
| Cyprus Air<br>7525 Richmond Hwy<br>Alexandria, VA 22306-2330 | DC Government<br>1101 4th Street SW<br>Suite W210<br>Washington, DC 20024-4457 | DC Government<br>1101 4th Street SW<br>Suite W210<br>Washington, District of Columbia 20024-4457 |
| DDRM Largo Town Center, LLC<br>DDR Corp.<br>3300 Enterprise Parkway<br>Beachwood, Ohio 44122-7200 | Department of Revenue<br>Jefferson County Courthouse<br>Birmingham AL 35263 | Direct Capital<br>155 Commerce Way<br>Portsmouth, NH 03801-3243 |
| ERDA LLC<br>c/o Mr. Daniel Feld, Manager<br>12600 Cumpston Street<br>Valley Village, CA 91607-1912 | ERDA LLC<br>c/o Mr. Daniel Feld, Manager<br>12600 Cumpston Street<br>Valley Village, California 91607-1912 | Elizabeth Jelks<br>8512 English Oak Loop<br>Montgomery, AL 36117-6822 |
| Elizabeth Jelks<br>8512 English Oak Loop<br>Montgomery, Alabama 36117-6822 | Etowah County<br>c/o RDS<br>PO Box 830725<br>Birmingham, AL 35283-0725 | Firemaster<br>Dept 1019<br>PO Box 121019<br>Dallas, TX 75312-1019 |
| First Insurance Funding<br>450 Skokie Blvd., Ste. 1000<br>Northbrook, IL 60062-7917 | Flowers Baking Company of Birmingham<br>900 16th Street N<br>Birmingham, AL 35203-1017 | Fred Garfield<br>Spain Gillon<br>2117 Second Avenue N<br>Birmingham, AL 35203-3753 |
| General Counsel<br>State Department of<br>Industrial Relations<br>Montgomery AL 36102 | Good Hope Investments, LLC<br>9109 Lucky Estates Dr.<br>Vienna, Virginia 22182-1746 | HJK LLC<br>PO Box 175<br>Lincoln, AL 35096-0175 |
| HJK LLC<br>PO Box 175<br>Lincoln, Alabama 35096-0175 | HRS<br>PO Box 1624<br>Huntsville, AL 35807-0624 | Hearn Services, Inc.<br>d/b/a Johnson Service Company<br>John C. Saylor,<br>425 N. Court St.<br>Florence, AL 35630-4645 |
| IRH Capital<br>707 Skokie Blvd., Ste. 540<br>Northbrook, IL 60062-2895 | Internal Revenue Service<br>801 Broadway M/S 146<br>Nashville, TN 37203 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, Pennsylvania 19101-7346 | Iqbal Kaisani<br>10501 N. Central Expressway, Ste. 106<br>Dallas, TX 75231-2203 |

| | | |
|---|---|---|
| J T Smallwood - Tax Collector<br>Room 160<br>716 Richard Arrington Blvd. N.<br>Birmingham, AL 35203-0112 | Jefferson County EDU Sales Tax<br>716 Richard Arrington Jr. Blvd. N.<br>Birmingham, AL 35203-0100 | Jefferson County Sales Tax<br>716 Richard Arrington Jr. Blvd. N.<br>Birmingham, AL 35203-0100 |
| Johnson Service Company<br>2812 Ruffner Rd<br>Birmingham, AL 35210-3916 | Kelly Pruitt<br>1463 Secretariat Dr.<br>Helena, AL 35080-4138 | Libert Mutual/Cobbs Allen Hall<br>115 Office Park Dr., Ste. 200<br>Mountain Brook, AL 35223-2423 |
| Libert Mutual/Cobbs Allen Hall<br>115 Office Park Dr., Ste. 200<br>Mountain Brook, Alabama 35223-2423 | Little Caesars Caesar Fund Inc.<br>2211 Woodward Ave.<br>Detroit, MI 48201-3467 | Little Caesars Caesar Fund Inc.<br>2211 Woodward Ave.<br>Detroit, Michigan 48201-3467 |
| Little Caesars Corporate<br>2211 Woodward Ave.<br>Detroit, MI 48201-3467 | Little Caesars Corporate<br>2211 Woodward Ave.<br>Detroit, Michigan 48201-3467 | Loanme<br>1900 S State College Blvd., Ste. 300<br>Amaheim, CA 92806-6152 |
| Loanme<br>1900 S State College Blvd., Ste. 300<br>Amaheim, California 92806-6152 | Lucinda Leeth<br>3805 Cromwell Drive<br>Birmingham, AL 35243-5512 | MACRO LEASE<br>185 Express Street, Ste. 100<br>Plainview, NY 11803-2406 |
| Macrolease Corporation<br>185 Express St.<br>Suite 100<br>Plainview, NY 11803-2406 | Mark Williams<br>PO Box 551267<br>Jacksonville, FL 32255-1267 | Marlin Business Bank<br>2795 E Cottonwood Pkwy, Ste. 120<br>Salt Lake City, UT 84121-7092 |
| Marlow Heights Shopping Center, LP<br>c/o Gelman Management Co.<br>2120 L Street NW<br>Suite 800<br>Washington, District of Columbia 20037-1549 | Martha Sams<br>1541 Prairie Lane<br>Montgomery, AL 36117-3414 | Martha Sams<br>1541 Prairie Lane<br>Montgomery, Alabama 36117-3414 |
| Maryland Child Support Account<br>PO Box 17396<br>Baltimore, MD 21297-1396 | Maryland Child Support Account<br>PO Box 17396<br>Baltimore, Maryland 21297-1396 | Maverick VI, LLC<br>12612 Waterspout Court<br>Owings Mills, Maryland 21117-1006 |
| Melissa Hayward<br>10501 N. Central Expressway, Suite 106<br>Dallas , TX 75231-2203 | Merchant Cash Cloud<br>5757 NW 151st Street<br>Miami Lakes, FL 33014-2482 | Merchant Cash Cloud<br>5757 NW 151st Street<br>Miami Lakes, Florida 33014-2482 |
| Muzak<br>Focus Four LLC<br>PO Box 638793<br>Cincinnati, OH 45263-8793 | NASA Federal Credit Union<br>500 Prince Georges Blvd.<br>Upper Marlboro, MD 20774-8732 | NASA Federal Credit Union<br>PO Box 1588<br>Bowie, MD 20717-1588 |

| | | |
|---|---|---|
| NCMIC Finance Company<br>14001 University Avenue<br>Clive, Iowa 50325-8273 | NUCO2<br>2800 SE Market PL<br>Stuart, FL 34997-4965 | Navin Kaisani<br>10501 N. Central Expressway, Ste. 106<br>Dallas, TX 75231-2203 |
| Navitas<br>111 Executive Ctr Dr.<br>Suite 102<br>Columbia, SC 29210-8414 | ONEILAATS LLC<br>10879 Coral Shores Dr # 210<br>Jacksonville, FL 32256-2128 | ONEILAATS LLC<br>10879 Coral Shores Dr # 210<br>Jacksonville, Florida 32256-2128 |
| PEPCO<br>P O Box 97294<br>Washington DC 20090-7294 | PEPCO<br>PO Box 13608<br>Philadelphia, Pennsylvania 19101-3608 | PEPSICO<br>1100 Reynolds Blvd.<br>Winston-Salem, NC 27105-3400 |
| Pervez Kaisani<br>10501 N. Central Expressway, Ste. 106<br>Dallas, TX 75231-2203 | Prince Georges County, Maryland<br>Meyers, Rodbell & Rosenbaum, P.A.<br>c/o M. Evan Meyers<br>6801 Kenilworth Ave., Suite 400<br>Riverdale Park, MD 20737-1331 | RDS<br>PO Box 830725<br>Birmingham, AL 35283-0725 |
| RLC Funding, a division of Navitas Lease<br>111 Executive Center Dr.<br>Suite 102<br>Columbia, SC 29210-8414 | Receivables Advance<br>P.O. Box 15270<br>Irvine, CA 92623-5270 | Regency Centers Corporation<br>One Independent Drive<br>Suite 114<br>Jacksonville, FL 32202-5005 |
| Regions Bank<br>1900 Fifth Avenue North<br>Birmingham, AL 35203-2670 | Republic Services<br>3950 50th Street SW<br>Birmingham, Alabama 35221-1847 | Richard Blount Construction, LLC<br>163 Haygood Ave. SE<br>Atlanta, GA 30315-1928 |
| Richard Ruggiero<br>c/o Lochner Law Firm, P.C.<br>91 Main St., 4th Floor<br>Annapolis, MD 21401-2032 | Rivertowne Center ACQ<br>8 Industrial Way<br>East Eatonton, New Jersey 07724-3317 | SUSQUEHANNA SALT LAKE LLC<br>136 E South Temple, Ste. 1400<br>Salt Lake City, Utah 84111-1143 |
| Sartino, Inc.<br>5285 Briarwood Circle<br>Pinson, AL 35126-2986 | Secretary of the Treasury<br>1500 Pennsylvania Ave., NW<br>Washington, DC 20220-0001 | SecureConnect/Trustwave<br>75 Remittance Drive<br>Dept. 1999<br>Chicago, IL 60675-1999 |
| Sharp Realty<br>Attn: Accounts Receivable<br>400 Union Hill Dr.<br>Birmingham, AL 35209-2064 | Silver Hill II<br>Combined Properties<br>1255 22nd Street, NW<br>Washington, District of Columbia 20037-1225 | Stanley<br>8350 Sunlight Drive<br>Fishers, IN 46037-6700 |
| State Department of Revenue<br>P O Box 1927<br>Pelham AL 35124-5927 | State of Alabama<br>Department of Revenue<br>Legal Division<br>PO Box 320001<br>Montgomery, Alabama 36132-0001 | State of Alabama Dept of Revenue<br>P O Box 320001<br>Montgomery AL 36132-0001 |

Steritech
PO Box 471127
Charlotte, NC 28247-1127

Steritech
PO Box 472127
Charlotte, NC 28247-2127

Steritech
PO Box 472127
Charlotte, North Carolina 28247-2127

The Coca-Cola Company
One Coca-Cola Plaza
Atlanta, GA 30313-2499

The Hartford
8711 University East Drive
Charlotte, NC 28213-4233

The Hartford
8711 University East Drive
Charlotte, North Carolina 28213-4233

Tyco Integrated Security, LLC
10405 Crosspoint Blvd.
Indianapolis IN 46256-3323

Tyco Security
c/o ADT Security Services, Inc.
PO Box 371967
Pittsburgh, PA 15250-7967

U.S. Bank Equipment Finance
A division of U.S. Bank N.A.
1310 Madrid Street
Marshall, MN 56258-4099

U.S. Securities and Exchange Commission
Branch of Reorganization
950 East Paces Ferry Road Ste 900
Atlanta, GA 30326-1382

USB Equipment Finance
220 26th Street
Minniapolis, MN

USRP I, LLC
Attn: Legal Dept.
One Independent Dr.
Suite 114
Jacksonville, Florida 32202-5005

UniFi Equipment Finance
3893 Research Park Drive
Ann Arbor, MI 48108-2217

United States Attorney
Northern District of Alabama
1801 Fourth Avenue North
Birmingham, AL 35203-2101

United States Bankruptcy Administrator
Northern District of Alabama
1800 Fifth Avenue North
Birmingham, AL 35203-2111

Verizon Business
PO Box 660720
Dallas, TX 75266-0720

Verizon Business
PO Box 660720
Dallas, Texas 75266-0720

Verizon Business Global LLC, on behalf of it
William Vermette
22001 Loudoun County Pkwy
Ashburn, VA 20147-6105

WSSC
1405 Swetizer Lane
Laurel, MD 20707

(p)WAND CORPORATION
7575 CORPORATE WAY
EDEN PRAIRIE MN 55344-2022

Washington Gas
6801 Industrial Road
Sprinfield, VA 22151-4205

Washington Gas
6801 Industrial Road
Sprinfield, Virginia 22151-4205

Wazir Kaisani
10501 N. Central Expressway, Ste. 106
Dallas, TX 75231-2203

YES Energy Management
PO Box 660901
Dallas, TX 75266-0901

Yellowstone
30 Broad Street
14th FL, Ste. 1462
New York, NY 10004-2304

Yellowstone
30 Broad Street
14th FL, Ste. 1462
New York, New York 10004-2304

Frederick Darrell Clarke III
Rumberger, Kirk & Caldwell
2001 Park Place North
Suite 1300
Birmingham, AL 35203-2735

Insolvency Section Internal Revenue Service
801 Broadway
MDP 146, Room 285
Nashville, TN 37203-3816

J. Thomas Corbett
Bankruptcy Administrator
1800 5th Avenue North
Birmingham, AL 35203-2111

Jon A Dudeck
Bankruptcy Administrator-Bham Office
1800 5th Ave N Rm 132
Birmingham, AL 35203-2126

```
R. Scott Williams                        Robert H Adams
Rumberger, Kirk & Caldwell, P.C.         Rumberger, Kirk & Caldwell, P.C.
2001 Park Place North                    2001 Park Place North
Suite 1300                               Suite 1300
Birmingham, AL 35203-2700                Birmingham, AL 35203-2735
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Internal Revenue Service       (d)Internal Revenue Service      (d)Internal Revenue Service
801 Tom Martin Dr              801 Tom Martins Dr.              P O Box 21126
Birmingham AL 35211            Mail Stop 126                    Philadelphia PA 19114
                               Birmingham, Alabama 35211

Wand Corporation
7593 Corporate Way
Eden Prairie, MN 55344
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Bottling Group, LLC and its affiliates and    (u)Little Caesar Enterprises, Inc.    (u)R&F Birmingham, LLC


(u)Child Support DC                              (u)Haynes Family                      (u)Kelly Hall


(u)Liz Whidden                                   (u)Mark Williams                      (d)Mark Williams
                                                                                       PO Box 551267
                                                                                       Jacksonville, FL 32255-1267


(u)Pervez Kaisani                                (u)WHP, LLC                           (u)Wazir Kaisani


(u)Iqbar Kaisani                                 (du)Pervez Kaisani                    (du)Wazir Kaisani
```

End of Label Matrix  
Mailable recipients 181  
Bypassed recipients 15  
Total 196