IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE : | ) | Chapter 11 |
| | ) | |
| ALABAMA PARTNERS, LLC, *et al.*, | ) | Case No. 17–03469-TOM11 |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |

## MOTION TO EXTEND EXCLUSIVITY PERIODS

The above captioned Debtors, as debtors and debtors in possession in the above-captioned chapter 11 case (the "Debtors"), hereby move the Court (this "Motion") for entry of an order pursuant to § 1121(d) of title 11 of the United States Code, 11 U.S.C. § 101, *et seq.* (the "Bankruptcy Code") extending by four months the exclusive periods set forth in § 1121(c) (the "Exclusive Periods") during which only the Debtors may file a chapter 11 plan and solicit acceptance thereof . In support of this Motion, the Debtors respectfully state as follows:

### JURISDICTION AND VENUE

1. The Court has jurisdiction to consider this Motion pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

2. The statutory predicates for the relief requested herein are §§ 105(a) and 1121(d) of the Bankruptcy Code.

---

[1] Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, if any, are: Alabama Partners, LLC (7131); BamaChex, Inc. (6953); Maryland LC Ventures, LLC (6974); Maryland Pizza, Inc. (6929); PG County Partners LLC (2811); and PG County Pizza, Inc. (3902). The service address for each Debtor is P.O. Box 551267, Jacksonville, FL 32255.

## BACKGROUND

3. On August 11, 2017 (the "Petition Date"), each of the Debtors commenced with this Court a voluntary case under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). The Debtors continue to operate their businesses and manage their properties as debtors in possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code. No trustee, examiner, or committee of creditors has been appointed in this case.

4. This chapter 11 case is complex, involving multiple debtors in Alabama and Maryland and their multiple business locations and attendant assets.

5. Debtors' counsel have been working diligently to achieve a final sale of the Alabama debtors' businesses, which this Court just recently approved (Doc. 142).

6. The Debtors and their counsel continue to work diligently toward a successful § 363 sale of the Maryland businesses. Formal discussions and planning are underway to formulate a plan for concluding this chapter 11 case.

7. This is the first request for extension of the Exclusivity Periods in this chapter 11 case, and the Debtors request a four (4) month extension.

## NOTICE

8. Notice of this Motion has been served upon, the Bankruptcy Administrator's Office, the Creditor Matrix, and all parties requesting notice in this case (the "Notice Parties").

## RELIEF REQUESTED

9. By this Motion, the Debtors respectfully request a four month extension of the Exclusive Periods, extending the exclusive period for filing a plan under § 1121(c)(2) from December 11, 2017, through and including April 10, 2018 (the "Filing Deadline"), and extending

2

the exclusive period for the debtor to solicit approval of the plan from February 7, 2018, through and including June 6, 2018 (the "Solicitation Deadline").

### BASIS FOR RELIEF

10. Section 1121(b) of the Bankruptcy Code establishes an initial period of 120 days after the commencement of a chapter 11 case during which only a debtor may file a plan and an additional 60-day period during which only the debtor may solicit approval for a plan. Currently, the Filing Exclusivity Period will expire on December 11, 2015, and the Solicitation Exclusivity Period will expire on February 7, 2018.

11. Section 1121(d) of the Bankruptcy Code provides that "[o]n request of a party in interest . . . and after notice and a hearing, the court may for cause reduce or increase the120-day period or the 180-day period referred to in this section." 11 U.S.C. § 1121(d)(1). The 120-day period, however, "may not be extended beyond a date that is 18 months after the [petition] date" and the 180-day period "may not be extended beyond a date that is 20 months after the [petition] date." 11 U.S.C. § 1121(d)(2).

12. While the Bankruptcy Code fails to define "cause," courts rely on various, non-exclusive factors to determine whether cause exists to extend a debtor's exclusivity periods. These factors include: (a) the size and complexity of the debtor's case; (b) the existence of good faith progress towards reorganization; (c) a finding that the debtor is not seeking to extend exclusivity to pressure creditors "to accede to [the Debtor's] reorganization demands"; (d) whether the debtor has demonstrated reasonable prospects for filing a viable plan; and (e) whether the debtor has progressed in negotiations with creditors. See *In re Express One Int'l Inc.*, 194 B.R. 98, 100 (Bankr. E.D. Tex. 1996) (listing the above factors); see also *In re*

3

*Friedman's Inc.*, 336 B.R. 884, 888 (Bankr. S.D. Ga. 2005) (listing the above factors and additional factors).

13. Not all factors are relevant to every case, and the existence of even one factor may be sufficient to extend the debtor's exclusive periods. *See, e.g.*, *In re Hoffinger Indus., Inc.*, 292 B.R. 639, 644 (B.A.P. 8th Cir. 2003) (noting that "[i]t is within the discretion of the bankruptcy court to decide which factors are relevant and give the appropriate weight to each"). *See also First Am. Bank of N.Y. v. Sw. Gloves and Safety Equip., Inc.*, 64 B.R. 963, 965-66 (D. Del. 1986) (finding the authority to extend debtor's exclusivity within the discretion of the bankruptcy court).

14. Thus, while the ultimate decision to extend a debtor's exclusivity periods rests within the discretion of the Bankruptcy Court, courts routinely grant a debtor's first request for an extension. *See, e.g.*, *In re Apex Pharm., Inc.*, 203 B.R. 432, 441 (N.D. Ind. 1996) ("It is true that during the initial 120-day period in which debtors have an exclusive right to file a plan . . . the bankruptcy courts apply a lesser standard in determining whether the burden of showing 'a reasonable possibility of a successful reorganization within a reasonable time' has been satisfied.") (citation omitted); *In re Shree Meldikrupa Inc.*, 547 B.R. 862, 873 (S.D. Ga. 2016) (same); *In re Borders Grp., Inc.*, 460 B.R. 818, 825 (Bankr. S.D.N.Y. 2011) (same).

15. Based on the complexity of this case, the number of debtors and their multiple interconnected estates, as well as the successfully achieved sale of the Alabama entities businesses and assets that has dominated much of this chapter 11 proceedings so far, the Debtors assert that sufficient grounds exist to extend the Exclusivity Periods.

WHEREFORE, premises considered, the Debtors respectfully request that the Court enter an order extending the Exclusive Periods for the Debtors to file and solicit approval of a plan for four months.

Respectfully submitted,

/s/ *R. Scott Williams*
R. Scott Williams
Robert H. Adams
Frederick D. Clarke

Proposed Attorneys for Debtors
ALABAMA PARTNERS, LLC
BAMACHEX, INC.
MARYLAND LC VENTURES, LLC
MARYLAND PIZZA, INC.
PG COUNTY PARTNERS LLC
PG COUNTY PIZZA, INC.

**Of Counsel:**
**RUMBERGER, KIRK & CALDWELL, P.C.**
Renasant Place
Suite 1300
2001 Park Place North
Birmingham, AL 35203
Phone: (205) 327-5550
Facsimile: (205) 326-6786
swilliams@rumberger.com
radams@rumberger.com
fclarke@rumberger.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of November, 2017, the foregoing was served via CM/ECF and by depositing same in the United States Mail, first class, postage prepaid on the Notice Parties as indicated on the list attached hereto.

/s/ *R. Scott Williams*
Of Counsel

```
Label Matrix for local noticing          Advanced Restaurant Sales              Alabama Partners, LLC
1126-2                                   111 Village Parkway Bldg #2            PO Box 551267
Case 17-03469-TOM11                      Marietta, GA 30067-4013                Jacksonville, FL 32255-1267
NORTHERN DISTRICT OF ALABAMA
Birmingham
Wed Nov 22 10:47:45 CST 2017

Checkers Drive-In Restaurants, Inc.      City of Jasper                         Customized Distribution, LLC
c/o Burr & Forman LLP                    c/o Russell B. Robertson, Esq.         % Daniel Sparks
Derek Meek                               P.O. Box 498                           Christian & Small LLP
420 N 20th St, Ste 3400                  Jasper, AL 35502-0498                  1800 Financial Center
Birmingham, AL 35203-5210                                                       505 North 20th Street
                                                                                Birmingham, AL 35203-4633

NCEP, LLC Department                     Silver Hill II LLC                     US Bank Equipment Finance
Ascension Capital Group                  c/o Ellis Brazeal Jones Walker         c/o Parnell & Parnell, P.A.
P.O. Box 165028                          1819 5th Avenue North                  P.O. Box 2189
Irving, TX 75016-5028                    Suite 1100                             Montgomery, AL 36102-2189
                                         Birmingham, AL 35203-2122

U. S. Bankruptcy Court                   ABC Burglar Alarm Systems, Inc.        ABC Burglar Alarm Systems, Inc.
Robert S. Vance Federal Building         1532 A&B Pointer Ridge Place           1532 A&B Pointer Ridge Place
1800 5th Avenue North                    Bowie, MD 20716-1883                   Bowie, Maryland 20716-1883
Birmingham, AL 35203-2111

ANX Business Corp                        ANX Business Corp                      Affordable Refuse & Recycling, Inc.
Dept. 77399                              Dept. 77399                            PO Box 400
PO Box 77000                             PO Box 77000                           Cheltenham, MD 20623-0400
Detroit, MI 48277-0399                   Detroit, Michigan 48277-0399

Affordable Refuse & Recycling, Inc.      Al Kaisani                             Alabama Child Support Payment Ctr
PO Box 400                               10501 N. Central Expressway, Ste. 106  PO Box244015
Cheltenham, Maryland 20623-0400          Dallas, TX 75231-2203                  Montgomery, AL 36124-4015

Alabama Department of Labor              Alabama Department of Revenue          Alabama Deptartment of Labor
631 Beacon Pkwy West, Ste. 203           PO Box 327464                          649 Monroe Street
Birmingham, AL 35209-3131                Montgomery, 36132-7464                 Montgomery, Alabama 36131-0099

Alabama Gas Corporation                  Alabama Power Company                  Allied Waste/Republic Services
605 Richard Arrington Blvd N             c/o Eric T. Ray                        3950 59th Street SW
Birmingham, AL 35203-2707                1901 Sixth Ave N, Suite 1500           Birmingham, AL 35221
                                         Birmingham, AL 35203-4642

Anniston Water Works                     BRESCO                                 Bae's Woodberry, LLC
931 Noble Street                         Birmingham Restaurant Supply           Attn: Ellen Kim
Anniston, AL 36201-5666                  2428 Sixth Avenue S                    12104 Old Pine Way
                                         Birmingham, AL 35233-3316              Oak Hill, Virginia 20171-1630

Balboa Capital                           Bank of the Ozarks                     Bank of the Ozarks
2010 Main Street                         17901 Chenal Parkway                   PO Box 242208
11th Floor                               3rd Floor                              Little Rock, AR 72223-0022
Irvine, CA 92614-8250                    Little Rock, AR 72223-5831
```

| | | |
|---|---|---|
| Bankruptcy Administrator<br>1800 5th Avenue North<br>Birmingham, AL 35203-2111 | Bessemer Utilities<br>PO Box 1246<br>Bessemer, AL 35021-1299 | Betty Leeth Haynes<br>PO Box 279<br>Cullman, AL 35056-0279 |
| Birmingham District Tax Office<br>P O Box 13156<br>Birmingham AL 35202-3156 | Birmingham Water Works Board<br>PO Box 830269<br>Birmingham, AL 35283-0269 | Blue Cross and Blue Shield of Alabama<br>450 Riverchase Pkwy E<br>Birmingham, AL 35244-2858 |
| Blue Line<br>2211 Woodward Ave.<br>Detroit, MI 48201-3467 | Blue Line<br>2211 Woodward Ave.<br>Detroit, Michigan 48201-3467 | Brinks<br>PO Box 101031<br>Atlanta, GA 30392-1031 |
| Brinks<br>PO Box 101031<br>Atlanta, Georgia 30392-1031 | Burns Septic<br>5291 Enterprise Street<br>Sykesville, MD 21784-9352 | CAN Capital/Channel Partners Capital<br>11100 Wayzata Blvd., Ste. 305<br>Minnetonika, MN 55305-5537 |
| CDI<br>5151 Brook Hollow Pkwy<br>Norcross, GA 30071-4912 | CHTD Company<br>P.O. Box 2576<br>Springfield, IL 62708-2576 | CHeckers Corporate<br>4300 West Cypress St. Suite 600<br>Tampa, FL 33607-4157 |
| Calhoun County Sales Tax<br>Calhoun County Revenue Commissioner<br>1702 Noble St., Ste. 104<br>Anniston, AL 36201-3827 | Can Capital Asset Servicing, Inc.<br>2015 Vaughn Road, Building 500<br>Kennesaw, GA 30144-7831 | Checkers Corp.<br>4300 West Cypress St. Suite 600<br>Tampa, FL 33607-4157 |
| City of Anniston<br>P.O. Box 2168<br>Anniston, AL 36202-2168 | City of Bessemer<br>Revenue Department<br>1806 Third Avenue North<br>Bessemer, AL 35020-4906 | City of Birmingham<br>710 North 20th Street<br>Room 600 City Hall<br>Birmingham, AL 35203-2281 |
| City of Center Point<br>2209 Center Point Parkway<br>Center Point, Alabama 35215-4609 | City of Cullman<br>PO 278<br>Cullman, AL 35056-0278 | City of Gadsden<br>c/o RDS<br>PO Box 830725<br>Birmingham, AL 35283-0725 |
| City of Jasper<br>c/o RDS<br>PO Box 830725<br>Birmingham, AL 35283-0725 | City of Midfield<br>c/o RDS<br>PO Box 830725<br>Birmingham, AL 35283-0725 | Coca Cola USA<br>PO Box 102499<br>Atlanta, GA 30368-2499 |
| Comptroller of Maryland<br>110 Carroll Street<br>Annapolis, MD 21411-0001 | Comptroller of Maryland<br>110 Carroll Street<br>Annapolis, Maryland 21411-0001 | Corporation Service Company as Represent<br>PO Box 2576<br>Springfield, IL 62708-2576 |

| | | |
|---|---|---|
| Cullman County & City<br>PO Box 278<br>Cullman, AL 35056-0278 | Cullman Gas District<br>PO Box 399<br>Cullman, Alabama 35056-0399 | Cullman Power Board<br>106 Second Avenue NE<br>Cullman, AL 35055-2904 |
| Cyprus Air<br>7525 Richmond Hwy<br>Alexandria, VA 22306-2330 | DC Government<br>1101 4th Street SW<br>Suite W210<br>Washington, DC 20024-4457 | DC Government<br>1101 4th Street SW<br>Suite W210<br>Washington, District of Columbia 20024-4457 |
| DDRM Largo Town Center, LLC<br>DDR Corp.<br>3300 Enterprise Parkway<br>Beachwood, Ohio 44122-7200 | Department of Revenue<br>Jefferson County Courthouse<br>Birmingham AL 35263 | Direct Capital<br>155 Commerce Way<br>Portsmouth, NH 03801-3243 |
| ERDA LLC<br>c/o Mr. Daniel Feld, Manager<br>12600 Cumpston Street<br>Valley Village, CA 91607-1912 | ERDA LLC<br>c/o Mr. Daniel Feld, Manager<br>12600 Cumpston Street<br>Valley Village, California 91607-1912 | Elizabeth Jelks<br>8512 English Oak Loop<br>Montgomery, AL 36117-6822 |
| Elizabeth Jelks<br>8512 English Oak Loop<br>Montgomery, Alabama 36117-6822 | Etowah County<br>c/o RDS<br>PO Box 830725<br>Birmingham, AL 35283-0725 | Firemaster<br>Dept 1019<br>PO Box 121019<br>Dallas, TX 75312-1019 |
| First Insurance Funding<br>450 Skokie Blvd., Ste. 1000<br>Northbrook, IL 60062-7917 | Flowers Baking Company of Birmingham<br>900 16th Street N<br>Birmingham, AL 35203-1017 | Fred Garfield<br>Spain Gillon<br>2117 Second Avenue N<br>Birmingham, AL 35203-3753 |
| General Counsel<br>State Department of<br>Industrial Relations<br>Montgomery AL 36102 | Good Hope Investments, LLC<br>9109 Lucky Estates Dr.<br>Vienna, Virginia 22182-1746 | HJK LLC<br>PO Box 175<br>Lincoln, AL 35096-0175 |
| HJK LLC<br>PO Box 175<br>Lincoln, Alabama 35096-0175 | HRS<br>PO Box 1624<br>Huntsville, AL 35807-0624 | Hearn Services, Inc.<br>d/b/a Johnson Service Company<br>John C. Saylor,<br>425 N. Court St.<br>Florence, AL 35630-4645 |
| IRH Capital<br>707 Skokie Blvd., Ste. 540<br>Northbrook, IL 60062-2895 | Internal Revenue Service<br>801 Broadway M/S 146<br>Nashville, TN 37203 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, Pennsylvania 19101-7346 | Iqbal Kaisani<br>10501 N. Central Expressway, Ste. 106<br>Dallas, TX 75231-2203 |

| | | |
|---|---|---|
| J T Smallwood - Tax Collector<br>Room 160<br>716 Richard Arrington Blvd. N.<br>Birmingham, AL 35203-0112 | Jefferson County EDU Sales Tax<br>716 Richard Arrington Jr. Blvd. N.<br>Birmingham, AL 35203-0100 | Jefferson County Sales Tax<br>716 Richard Arrington Jr. Blvd. N.<br>Birmingham, AL 35203-0100 |
| Johnson Service Company<br>2812 Ruffner Rd<br>Birmingham, AL 35210-3916 | Kelly Pruitt<br>1463 Secretariat Dr.<br>Helena, AL 35080-4138 | Libert Mutual/Cobbs Allen Hall<br>115 Office Park Dr., Ste. 200<br>Mountain Brook, AL 35223-2423 |
| Libert Mutual/Cobbs Allen Hall<br>115 Office Park Dr., Ste. 200<br>Mountain Brook, Alabama 35223-2423 | Little Caesars Caesar Fund Inc.<br>2211 Woodward Ave.<br>Detroit, MI 48201-3467 | Little Caesars Caesar Fund Inc.<br>2211 Woodward Ave.<br>Detroit, Michigan 48201-3467 |
| Little Caesars Corporate<br>2211 Woodward Ave.<br>Detroit, MI 48201-3467 | Little Caesars Corporate<br>2211 Woodward Ave.<br>Detroit, Michigan 48201-3467 | Loanme<br>1900 S State College Blvd., Ste. 300<br>Amaheim, CA 92806-6152 |
| Loanme<br>1900 S State College Blvd., Ste. 300<br>Amaheim, California 92806-6152 | Lucinda Leeth<br>3805 Cromwell Drive<br>Birmingham, AL 35243-5512 | MACRO LEASE<br>185 Express Street, Ste. 100<br>Plainview, NY 11803-2406 |
| Macrolease Corporation<br>185 Express St.<br>Suite 100<br>Plainview, NY 11803-2406 | Mark Williams<br>PO Box 551267<br>Jacksonville, FL 32255-1267 | Marlin Business Bank<br>2795 E Cottonwood Pkwy, Ste. 120<br>Salt Lake City, UT 84121-7092 |
| Marlow Heights Shopping Center, LP<br>c/o Gelman Management Co.<br>2120 L Street NW<br>Suite 800<br>Washington, District of Columbia 20037-1549 | Martha Sams<br>1541 Prairie Lane<br>Montgomery, AL 36117-3414 | Martha Sams<br>1541 Prairie Lane<br>Montgomery, Alabama 36117-3414 |
| Maryland Child Support Account<br>PO Box 17396<br>Baltimore, MD 21297-1396 | Maryland Child Support Account<br>PO Box 17396<br>Baltimore, Maryland 21297-1396 | Maverick VI, LLC<br>12612 Waterspout Court<br>Owings Mills, Maryland 21117-1006 |
| Melissa Hayward<br>10501 N. Central Expressway, Suite 106<br>Dallas , TX 75231-2203 | Merchant Cash Cloud<br>5757 NW 151st Street<br>Miami Lakes, FL 33014-2482 | Merchant Cash Cloud<br>5757 NW 151st Street<br>Miami Lakes, Florida 33014-2482 |
| Muzak<br>Focus Four LLC<br>PO Box 638793<br>Cincinnati, OH 45263-8793 | NASA Federal Credit Union<br>500 Prince Georges Blvd.<br>Upper Marlboro, MD 20774-8732 | NASA Federal Credit Union<br>PO Box 1588<br>Bowie, MD 20717-1588 |

| | | |
|---|---|---|
| NCMIC Finance Company<br>14001 University Avenue<br>Clive, Iowa 50325-8273 | NUCO2<br>2800 SE Market PL<br>Stuart, FL 34997-4965 | Navin Kaisani<br>10501 N. Central Expressway, Ste. 106<br>Dallas, TX 75231-2203 |
| Navitas<br>111 Executive Ctr Dr.<br>Suite 102<br>Columbia, SC 29210-8414 | ONEILAATS LLC<br>10879 Coral Shores Dr # 210<br>Jacksonville, FL 32256-2128 | ONEILAATS LLC<br>10879 Coral Shores Dr # 210<br>Jacksonville, Florida 32256-2128 |
| PEPCO<br>P O Box 97294<br>Washington DC 20090-7294 | PEPCO<br>PO Box 13608<br>Philadelphia, Pennsylvania 19101-3608 | PEPSICO<br>1100 Reynolds Blvd.<br>Winston-Salem, NC 27105-3400 |
| Pervez Kaisani<br>10501 N. Central Expressway, Ste. 106<br>Dallas, TX 75231-2203 | Prince Georges County, Maryland<br>Meyers, Rodbell & Rosenbaum, P.A.<br>c/o M. Evan Meyers<br>6801 Kenilworth Ave., Suite 400<br>Riverdale Park, MD 20737-1331 | RDS<br>PO Box 830725<br>Birmingham, AL 35283-0725 |
| RLC Funding, a division of Navitas Lease<br>111 Executive Center Dr.<br>Suite 102<br>Columbia, SC 29210-8414 | Receivables Advance<br>P.O. Box 15270<br>Irvine, CA 92623-5270 | Regency Centers Corporation<br>One Independent Drive<br>Suite 114<br>Jacksonville, FL 32202-5005 |
| Regions Bank<br>1900 Fifth Avenue North<br>Birmingham, AL 35203-2670 | Republic Services<br>3950 50th Street SW<br>Birmingham, Alabama 35221-1847 | Richard Blount Construction, LLC<br>163 Haygood Ave. SE<br>Atlanta, GA 30315-1928 |
| Richard Ruggiero<br>c/o Lochner Law Firm, P.C.<br>91 Main St., 4th Floor<br>Annapolis, MD 21401-2032 | Rivertowne Center ACQ<br>8 Industrial Way<br>East Eatonton, New Jersey 07724-3317 | SUSQUEHANNA SALT LAKE LLC<br>136 E South Temple, Ste. 1400<br>Salt Lake City, Utah 84111-1143 |
| Sartino, Inc.<br>5285 Briarwood Circle<br>Pinson, AL 35126-2986 | Secretary of the Treasury<br>1500 Pennsylvania Ave., NW<br>Washington, DC 20220-0001 | SecureConnect/Trustwave<br>75 Remittance Drive<br>Dept. 1999<br>Chicago, IL 60675-1999 |
| Sharp Realty<br>Attn: Accounts Receivable<br>400 Union Hill Dr.<br>Birmingham, AL 35209-2064 | Silver Hill II<br>Combined Properties<br>1255 22nd Street, NW<br>Washington, District of Columbia 20037-1225 | Stanley<br>8350 Sunlight Drive<br>Fishers, IN 46037-6700 |
| State Department of Revenue<br>P O Box 1927<br>Pelham AL 35124-5927 | State of Alabama<br>Department of Revenue<br>Legal Division<br>PO Box 320001<br>Montgomery, Alabama 36132-0001 | State of Alabama Dept of Revenue<br>P O Box 320001<br>Montgomery AL 36132-0001 |

| | | |
|---|---|---|
| Steritech<br>PO Box 471127<br>Charlotte, NC 28247-1127 | Steritech<br>PO Box 472127<br>Charlotte, NC 28247-2127 | Steritech<br>PO Box 472127<br>Charlotte, North Carolina 28247-2127 |
| The Coca-Cola Company<br>One Coca-Cola Plaza<br>Atlanta, GA 30313-2499 | The Hartford<br>8711 University East Drive<br>Charlotte, NC 28213-4233 | The Hartford<br>8711 University East Drive<br>Charlotte, North Carolina 28213-4233 |
| Tyco Integrated Security, LLC<br>10405 Crosspoint Blvd.<br>Indianapolis IN 46256-3323 | Tyco Security<br>c/o ADT Security Services, Inc.<br>PO Box 371967<br>Pittsburgh, PA 15250-7967 | U.S. Bank Equipment Finance<br>A division of U.S. Bank N.A.<br>1310 Madrid Street<br>Marshall, MN 56258-4099 |
| U.S. Securities and Exchange Commission<br>Branch of Reorganization<br>950 East Paces Ferry Road Ste 900<br>Atlanta, GA 30326-1382 | USB Equipment Finance<br>220 26th Street<br>Minniapolis, MN | USRP I, LLC<br>Attn: Legal Dept.<br>One Independent Dr.<br>Suite 114<br>Jacksonville, Florida 32202-5005 |
| UniFi Equipment Finance<br>3893 Research Park Drive<br>Ann Arbor, MI 48108-2217 | United States Attorney<br>Northern District of Alabama<br>1801 Fourth Avenue North<br>Birmingham, AL 35203-2101 | United States Bankruptcy Administrator<br>Northern District of Alabama<br>1800 Fifth Avenue North<br>Birmingham, AL 35203-2111 |
| Verizon Business<br>PO Box 660720<br>Dallas, TX 75266-0720 | Verizon Business<br>PO Box 660720<br>Dallas, Texas 75266-0720 | Verizon Business Global LLC, on behalf of it<br>William Vermette<br>22001 Loudoun County Pkwy<br>Ashburn, VA 20147-6105 |
| WSSC<br>1405 Swetizer Lane<br>Laurel, MD 20707 | (p)WAND CORPORATION<br>7575 CORPORATE WAY<br>EDEN PRAIRIE MN 55344-2022 | Washington Gas<br>6801 Industrial Road<br>Sprinfield, VA 22151-4205 |
| Washington Gas<br>6801 Industrial Road<br>Sprinfield, Virginia 22151-4205 | Wazir Kaisani<br>10501 N. Central Expressway, Ste. 106<br>Dallas, TX 75231-2203 | YES Energy Management<br>PO Box 660901<br>Dallas, TX 75266-0901 |
| Yellowstone<br>30 Broad Street<br>14th FL, Ste. 1462<br>New York, NY 10004-2304 | Yellowstone<br>30 Broad Street<br>14th FL, Ste. 1462<br>New York, New York 10004-2304 | Frederick Darrell Clarke III<br>Rumberger, Kirk & Caldwell<br>2001 Park Place North<br>Suite 1300<br>Birmingham, AL 35203-2735 |
| Insolvency Section Internal Revenue Service<br>801 Broadway<br>MDP 146, Room 285<br>Nashville, TN 37203-3816 | J. Thomas Corbett<br>Bankruptcy Administrator<br>1800 5th Avenue North<br>Birmingham, AL 35203-2111 | Jon A Dudeck<br>Bankruptcy Administrator-Bham Office<br>1800 5th Ave N Rm 132<br>Birmingham, AL 35203-2126 |

R. Scott Williams  
Rumberger, Kirk & Caldwell, P.C.  
2001 Park Place North  
Suite 1300  
Birmingham, AL 35203-2700  

Robert H Adams  
Rumberger, Kirk & Caldwell, P.C.  
2001 Park Place North  
Suite 1300  
Birmingham, AL 35203-2735  

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service  
801 Tom Martin Dr  
Birmingham AL 35211  

(d)Internal Revenue Service  
801 Tom Martins Dr.  
Mail Stop 126  
Birmingham, Alabama 35211  

(d)Internal Revenue Service  
P O Box 21126  
Philadelphia PA 19114  

Wand Corporation  
7593 Corporate Way  
Eden Prairie, MN 55344  

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Bottling Group, LLC and its affiliates and  
(u)Little Caesar Enterprises, Inc.  
(u)R&F Birmingham, LLC  

(u)Child Support DC  
(u)Haynes Family  
(u)Kelly Hall  

(u)Liz Whidden  
(u)Mark Williams  
(d)Mark Williams  
PO Box 551267  
Jacksonville, FL 32255-1267  

(u)Pervez Kaisani  
(u)WHP, LLC  
(u)Wazir Kaisani  

(u)Iqbar Kaisani  
(du)Pervez Kaisani  
(du)Wazir Kaisani

End of Label Matrix  
Mailable recipients   181  
Bypassed recipients    15  
Total                 196