IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE : | ) | Chapter 11 |
| | ) | |
| ALABAMA PARTNERS, LLC, *et al.*, | ) | Case No. 17–03469-TOM11 |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |

**DEBTORS' MOTION FOR EXPEDITED HEARING ON DEBTORS' MOTION TO EXTEND TIME TO ASSUME OR REJECT UNEXPIRED NONRESIDENTIAL REAL PROPERTY LEASES, MOTION FOR ORDER ESTABLISHING BIDDING PROCEDURES, AND MOTION TO EXTEND EXCLUSIVITY PERIODS**

The above captioned Debtors, as debtors and debtors in possession in the above-captioned chapter 11 case (collectively, the "Debtors"), hereby move the Court (this "Motion") for an emergency hearing on the Maryland Debtors' Motion to Extend Time to Assume or Reject Unexpired Nonresidential Real Property Leases ("Motion to Extend"), Motion for an Order Establishing Bidding Procedures (the "Bidding Procedures Motion"), and Motion to Extend Exclusivity Periods (the "Exclusivity Motion"). In support of this Motion, the Debtors respectfully represent as follows:

### JURISDICTION AND NOTICE

1. On August 11, 2017 (the "Petition Date"), the Debtors commenced with this Court a voluntary case under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). The Debtors continue to operate their businesses and manage their assets pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, if any, are: Alabama Partners, LLC (7131); BamaChex, Inc. (6953); Maryland LC Ventures, LLC (6974); Maryland Pizza, Inc. (6929); PG County Partners LLC (2811); and PG County Pizza, Inc. (3902). The service address for each of the Debtors is P.O. Box 551267, Jacksonville, FL 32255.

2. This Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 158. This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue of the Debtors' chapter 11 case and this Motion in this district are proper pursuant to 28 U.S.C. §§ 1408 and 1409. The statutory predicates for the relief requested herein are Bankruptcy Code § 521(a) and Bankruptcy Rule 1007(b) and (c).

3. Notice of this Motion has been served by first class United States Mail upon the Lessors, the Bankruptcy Administrator's Office, the Creditor Matrix, and all parties requesting notice in this case (the "Notice Parties").

4. No prior motion for the relief requested herein has been made to this or any other Court.

### SUMMARY OF RELIEF REQUESTED

5. Contemporaneously with this Motion, the Maryland Debtors filed with the Court a *Motion to Extend Time to Assume or Reject Unexpired Nonresidential Real Property Leases* (the "Motion to Extend") and a *Motion for an Order: (A) Establishing Bidding Procedures . . .* (the "Bidding Procedures Motion"); the Debtors filed a *Motion to Extend Exclusivity Periods* (the "Exclusivity Motion").

6. In the Motion to Extend, the Maryland Debtors seek an order by this Court extending the time by which they must decide to assume or reject unexpired leases of non-residential real property from December 9, 2017 (the "Current Deadline"), through and including Friday, March 9, 2018. The Maryland Debtors are unable, at this time, to determine whether it is in their best interest to assume or reject these leases. It is not contemplated that a § 363 sale will be achieved by the Current Deadline, and thus it is not possible to determine whether the

2

assumption or rejection of these particular leases will be called for by the particular plan that the Maryland Debtors are attempting to develop with regard to such a sale.

7. In the Bidding Procedures Motion, the Maryland Debtors request an Order authorizing certain bidding procedures and authorizing the sale of certain property free and clear pursuant to Bankruptcy Code §§ 363 and 365 in order to achieve a prompt sale of certain of the Maryland Debtors' assets.

8. The Exclusivity Motion requests a modest extension of time to preserve the Debtors' exclusive right to file a plan and solicit approval thereof.

9. The Maryland Debtors must have a hearing on the Motion to Reject as soon as possible, otherwise The Maryland Debtors, and their estate, will suffer irreparable harm by being forced to make a premature decision about which leases to assume or terminate or by losing the leases when they are deemed terminated on the Current Deadline. Either result could undermine a potential sale before a plan is fully developed.

10. Furthermore, setting the Bidding Procedures Motion for an expedited hearing will allow for the prompt commencement of a sale process that is in the best interest of the Maryland Debtors, their estates, and their creditors. It is crucial that the sale and bidding process commence as quickly as possible in order to preserve jobs and reduce the Maryland Debtors' estates' liabilities through the assumption and assignment of unexpired leases and avoid further deterioration in the value of the Maryland Debtors' estates.

11. The Debtors know of no valid reason that exists for an immediate hearing not to be held on the Debtors' Exclusivity Motion, and further believe that the requisite cause exists for the shortening of time on this matter pursuant to Bankruptcy Rule 9006(c).

Case 17-03469-TOM7    Doc 157    Filed 11/22/17    Entered 11/22/17 13:34:34    Desc Main
Document    Page 3 of 15

WHEREFORE, the Debtors respectfully request entry of an Order substantially similar to that attached as Exhibit "A" setting an emergency hearing on this Motion as soon as the Court's docket will allow.

Dated this the 22nd day of November, 2017.

Respectfully submitted,

*/s/ R. Scott Williams*
R. Scott Williams
Robert H. Adams
Frederick D. Clarke

Attorneys for Debtors
ALABAMA PARTNERS, LLC
BAMACHEX, INC.
MARYLAND LC VENTURES, LLC
MARYLAND PIZZA, INC.
PG COUNTY PARTNERS LLC
PG COUNTY PIZZA, INC.

**Of Counsel:**
**RUMBERGER, KIRK & CALDWELL, P.C.**
Renasant Place
Suite 1300
2001 Park Place North
Birmingham, AL 35203
Phone: (205) 327-5550
Facsimile: (205) 326-6786
swilliams@rumberger.com
fclarke@rumberger.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 22nd day of November, 2017 the foregoing was served via CM/ECF and by depositing same in the United States Mail, first class, postage prepaid on the Notice Parties as indicated on the list attached hereto.

*/s/ R. Scott Williams*
Of Counsel

4

```
Label Matrix for local noticing           Advanced Restaurant Sales              Alabama Partners, LLC
1126-2                                     111 Village Parkway Bldg #2            PO Box 551267
Case 17-03469-TOM11                        Marietta, GA 30067-4013                Jacksonville, FL 32255-1267
NORTHERN DISTRICT OF ALABAMA
Birmingham
Wed Nov 22 10:47:45 CST 2017

Checkers Drive-In Restaurants, Inc.        City of Jasper                         Customized Distribution, LLC
c/o Burr & Forman LLP                      c/o Russell B. Robertson, Esq.         % Daniel Sparks
Derek Meek                                 P.O. Box 498                           Christian & Small LLP
420 N 20th St, Ste 3400                    Jasper, AL 35502-0498                  1800 Financial Center
Birmingham, AL 35203-5210                                                         505 North 20th Street
                                                                                  Birmingham, AL 35203-4633

NCEP, LLC Department                       Silver Hill II LLC                     US Bank Equipment Finance
Ascension Capital Group                    c/o Ellis Brazeal Jones Walker         c/o Parnell & Parnell, P.A.
P.O. Box 165028                            1819 5th Avenue North                  P.O. Box 2189
Irving, TX 75016-5028                      Suite 1100                             Montgomery, AL 36102-2189
                                           Birmingham, AL 35203-2122

U. S. Bankruptcy Court                     ABC Burglar Alarm Systems, Inc.        ABC Burglar Alarm Systems, Inc.
Robert S. Vance Federal Building           1532 A&B Pointer Ridge Place           1532 A&B Pointer Ridge Place
1800 5th Avenue North                      Bowie, MD 20716-1883                   Bowie, Maryland 20716-1883
Birmingham, AL 35203-2111


ANX Business Corp                          ANX Business Corp                      Affordable Refuse & Recycling, Inc.
Dept. 77399                                Dept. 77399                            PO Box 400
PO Box 77000                               PO Box 77000                           Cheltenham, MD 20623-0400
Detroit, MI 48277-0399                     Detroit, Michigan 48277-0399


Affordable Refuse & Recycling, Inc.        Al Kaisani                             Alabama Child Support Payment Ctr
PO Box 400                                 10501 N. Central Expressway, Ste. 106  PO Box244015
Cheltenham, Maryland 20623-0400            Dallas, TX 75231-2203                  Montgomery, AL 36124-4015


Alabama Department of Labor                Alabama Department of Revenue          Alabama Deptartment of Labor
631 Beacon Pkwy West, Ste. 203             PO Box 327464                          649 Monroe Street
Birmingham, AL 35209-3131                  Montgomery, 36132-7464                 Montgomery, Alabama 36131-0099


Alabama Gas Corporation                    Alabama Power Company                  Allied Waste/Republic Services
605 Richard Arrington Blvd N               c/o Eric T. Ray                        3950 59th Street SW
Birmingham, AL 35203-2707                  1901 Sixth Ave N, Suite 1500           Birmingham, AL 35221
                                           Birmingham, AL 35203-4642


Anniston Water Works                       BRESCO                                 Bae's Woodberry, LLC
931 Noble Street                           Birmingham Restaurant Supply           Attn: Ellen Kim
Anniston, AL 36201-5666                    2428 Sixth Avenue S                    12104 Old Pine Way
                                           Birmingham, AL 35233-3316              Oak Hill, Virginia 20171-1630


Balboa Capital                             Bank of the Ozarks                     Bank of the Ozarks
2010 Main Street                           17901 Chenal Parkway                   PO Box 242208
11th Floor                                 3rd Floor                              Little Rock, AR 72223-0022
Irvine, CA 92614-8250                      Little Rock, AR 72223-5831
```

| | | |
|---|---|---|
| Bankruptcy Administrator<br>1800 5th Avenue North<br>Birmingham, AL 35203-2111 | Bessemer Utilities<br>PO Box 1246<br>Bessemer, AL 35021-1299 | Betty Leeth Haynes<br>PO Box 279<br>Cullman, AL 35056-0279 |
| Birmingham District Tax Office<br>P O Box 13156<br>Birmingham AL 35202-3156 | Birmingham Water Works Board<br>PO Box 830269<br>Birmingham, AL 35283-0269 | Blue Cross and Blue Shield of Alabama<br>450 Riverchase Pkwy E<br>Birmingham, AL 35244-2858 |
| Blue Line<br>2211 Woodward Ave.<br>Detroit, MI 48201-3467 | Blue Line<br>2211 Woodward Ave.<br>Detroit, Michigan 48201-3467 | Brinks<br>PO Box 101031<br>Atlanta, GA 30392-1031 |
| Brinks<br>PO Box 101031<br>Atlanta, Georgia 30392-1031 | Burns Septic<br>5291 Enterprise Street<br>Sykesville, MD 21784-9352 | CAN Capital/Channel Partners Capital<br>11100 Wayzata Blvd., Ste. 305<br>Minnetonika, MN 55305-5537 |
| CDI<br>5151 Brook Hollow Pkwy<br>Norcross, GA 30071-4912 | CHTD Company<br>P.O. Box 2576<br>Springfield, IL 62708-2576 | CHeckers Corporate<br>4300 West Cypress St. Suite 600<br>Tampa, FL 33607-4157 |
| Calhoun County Sales Tax<br>Calhoun County Revenue Commissioner<br>1702 Noble St., Ste. 104<br>Anniston, AL 36201-3827 | Can Capital Asset Servicing, Inc.<br>2015 Vaughn Road, Building 500<br>Kennesaw, GA 30144-7831 | Checkers Corp.<br>4300 West Cypress St. Suite 600<br>Tampa, FL 33607-4157 |
| City of Anniston<br>P.O. Box 2168<br>Anniston, AL 36202-2168 | City of Bessemer<br>Revenue Department<br>1806 Third Avenue North<br>Bessemer, AL 35020-4906 | City of Birmingham<br>710 North 20th Street<br>Room 600 City Hall<br>Birmingham, AL 35203-2281 |
| City of Center Point<br>2209 Center Point Parkway<br>Center Point, Alabama 35215-4609 | City of Cullman<br>PO 278<br>Cullman, AL 35056-0278 | City of Gadsden<br>c/o RDS<br>PO Box 830725<br>Birmingham, AL 35283-0725 |
| City of Jasper<br>c/o RDS<br>PO Box 830725<br>Birmingham, AL 35283-0725 | City of Midfield<br>c/o RDS<br>PO Box 830725<br>Birmingham, AL 35283-0725 | Coca Cola USA<br>PO Box 102499<br>Atlanta, GA 30368-2499 |
| Comptroller of Maryland<br>110 Carroll Street<br>Annapolis, MD 21411-0001 | Comptroller of Maryland<br>110 Carroll Street<br>Annapolis, Maryland 21411-0001 | Corporation Service Company as Represent<br>PO Box 2576<br>Springfield, IL 62708-2576 |

Cullman County & City
PO Box 278
Cullman, AL 35056-0278

Cullman Gas District
PO Box 399
Cullman, Alabama 35056-0399

Cullman Power Board
106 Second Avenue NE
Cullman, AL 35055-2904

Cyprus Air
7525 Richmond Hwy
Alexandria, VA 22306-2330

DC Government
1101 4th Street SW
Suite W210
Washington, DC 20024-4457

DC Government
1101 4th Street SW
Suite W210
Washington, District of Columbia 20024-4457

DDRM Largo Town Center, LLC
DDR Corp.
3300 Enterprise Parkway
Beachwood, Ohio 44122-7200

Department of Revenue
Jefferson County Courthouse
Birmingham AL 35263

Direct Capital
155 Commerce Way
Portsmouth, NH 03801-3243

ERDA LLC
c/o Mr. Daniel Feld, Manager
12600 Cumpston Street
Valley Village, CA 91607-1912

ERDA LLC
c/o Mr. Daniel Feld, Manager
12600 Cumpston Street
Valley Village, California 91607-1912

Elizabeth Jelks
8512 English Oak Loop
Montgomery, AL 36117-6822

Elizabeth Jelks
8512 English Oak Loop
Montgomery, Alabama 36117-6822

Etowah County
c/o RDS
PO Box 830725
Birmingham, AL 35283-0725

Firemaster
Dept 1019
PO Box 121019
Dallas, TX 75312-1019

First Insurance Funding
450 Skokie Blvd., Ste. 1000
Northbrook, IL 60062-7917

Flowers Baking Company of Birmingham
900 16th Street N
Birmingham, AL 35203-1017

Fred Garfield
Spain Gillon
2117 Second Avenue N
Birmingham, AL 35203-3753

General Counsel
State Department of
Industrial Relations
Montgomery AL 36102

Good Hope Investments, LLC
9109 Lucky Estates Dr.
Vienna, Virginia 22182-1746

HJK LLC
PO Box 175
Lincoln, AL 35096-0175

HJK LLC
PO Box 175
Lincoln, Alabama 35096-0175

HRS
PO Box 1624
Huntsville, AL 35807-0624

Hearn Services, Inc.
d/b/a Johnson Service Company
John C. Saylor,
425 N. Court St.
Florence, AL 35630-4645

IRH Capital
707 Skokie Blvd., Ste. 540
Northbrook, IL 60062-2895

Internal Revenue Service
801 Broadway M/S 146
Nashville, TN 37203

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
PO Box 7346
Philadelphia, Pennsylvania 19101-7346

Iqbal Kaisani
10501 N. Central Expressway, Ste. 106
Dallas, TX 75231-2203

| | | |
|---|---|---|
| J T Smallwood - Tax Collector<br>Room 160<br>716 Richard Arrington Blvd. N.<br>Birmingham, AL 35203-0112 | Jefferson County EDU Sales Tax<br>716 Richard Arrington Jr. Blvd. N.<br>Birmingham, AL 35203-0100 | Jefferson County Sales Tax<br>716 Richard Arrington Jr. Blvd. N.<br>Birmingham, AL 35203-0100 |
| Johnson Service Company<br>2812 Ruffner Rd<br>Birmingham, AL 35210-3916 | Kelly Pruitt<br>1463 Secretariat Dr.<br>Helena, AL 35080-4138 | Libert Mutual/Cobbs Allen Hall<br>115 Office Park Dr., Ste. 200<br>Mountain Brook, AL 35223-2423 |
| Libert Mutual/Cobbs Allen Hall<br>115 Office Park Dr., Ste. 200<br>Mountain Brook, Alabama 35223-2423 | Little Caesars Caesar Fund Inc.<br>2211 Woodward Ave.<br>Detroit, MI 48201-3467 | Little Caesars Caesar Fund Inc.<br>2211 Woodward Ave.<br>Detroit, Michigan 48201-3467 |
| Little Caesars Corporate<br>2211 Woodward Ave.<br>Detroit, MI 48201-3467 | Little Caesars Corporate<br>2211 Woodward Ave.<br>Detroit, Michigan 48201-3467 | Loanme<br>1900 S State College Blvd., Ste. 300<br>Amaheim, CA 92806-6152 |
| Loanme<br>1900 S State College Blvd., Ste. 300<br>Amaheim, California 92806-6152 | Lucinda Leeth<br>3805 Cromwell Drive<br>Birmingham, AL 35243-5512 | MACRO LEASE<br>185 Express Street, Ste. 100<br>Plainview, NY 11803-2406 |
| Macrolease Corporation<br>185 Express St.<br>Suite 100<br>Plainview, NY 11803-2406 | Mark Williams<br>PO Box 551267<br>Jacksonville, FL 32255-1267 | Marlin Business Bank<br>2795 E Cottonwood Pkwy, Ste. 120<br>Salt Lake City, UT 84121-7092 |
| Marlow Heights Shopping Center, LP<br>c/o Gelman Management Co.<br>2120 L Street NW<br>Suite 800<br>Washington, District of Columbia 20037-1549 | Martha Sams<br>1541 Prairie Lane<br>Montgomery, AL 36117-3414 | Martha Sams<br>1541 Prairie Lane<br>Montgomery, Alabama 36117-3414 |
| Maryland Child Support Account<br>PO Box 17396<br>Baltimore, MD 21297-1396 | Maryland Child Support Account<br>PO Box 17396<br>Baltimore, Maryland 21297-1396 | Maverick VI, LLC<br>12612 Waterspout Court<br>Owings Mills, Maryland 21117-1006 |
| Melissa Hayward<br>10501 N. Central Expressway, Suite 106<br>Dallas , TX 75231-2203 | Merchant Cash Cloud<br>5757 NW 151st Street<br>Miami Lakes, FL 33014-2482 | Merchant Cash Cloud<br>5757 NW 151st Street<br>Miami Lakes, Florida 33014-2482 |
| Muzak<br>Focus Four LLC<br>PO Box 638793<br>Cincinnati, OH 45263-8793 | NASA Federal Credit Union<br>500 Prince Georges Blvd.<br>Upper Marlboro, MD 20774-8732 | NASA Federal Credit Union<br>PO Box 1588<br>Bowie, MD 20717-1588 |

| | | |
|---|---|---|
| NCMIC Finance Company<br>14001 University Avenue<br>Clive, Iowa 50325-8273 | NUCO2<br>2800 SE Market PL<br>Stuart, FL 34997-4965 | Navin Kaisani<br>10501 N. Central Expressway, Ste. 106<br>Dallas, TX 75231-2203 |
| Navitas<br>111 Executive Ctr Dr.<br>Suite 102<br>Columbia, SC 29210-8414 | ONEILAATS LLC<br>10879 Coral Shores Dr # 210<br>Jacksonville, FL 32256-2128 | ONEILAATS LLC<br>10879 Coral Shores Dr # 210<br>Jacksonville, Florida 32256-2128 |
| PEPCO<br>P O Box 97294<br>Washington DC 20090-7294 | PEPCO<br>PO Box 13608<br>Philadelphia, Pennsylvania 19101-3608 | PEPSICO<br>1100 Reynolds Blvd.<br>Winston-Salem, NC 27105-3400 |
| Pervez Kaisani<br>10501 N. Central Expressway, Ste. 106<br>Dallas, TX 75231-2203 | Prince Georges County, Maryland<br>Meyers, Rodbell & Rosenbaum, P.A.<br>c/o M. Evan Meyers<br>6801 Kenilworth Ave., Suite 400<br>Riverdale Park, MD 20737-1331 | RDS<br>PO Box 830725<br>Birmingham, AL 35283-0725 |
| RLC Funding, a division of Navitas Lease<br>111 Executive Center Dr.<br>Suite 102<br>Columbia, SC 29210-8414 | Receivables Advance<br>P.O. Box 15270<br>Irvine, CA 92623-5270 | Regency Centers Corporation<br>One Independent Drive<br>Suite 114<br>Jacksonville, FL 32202-5005 |
| Regions Bank<br>1900 Fifth Avenue North<br>Birmingham, AL 35203-2670 | Republic Services<br>3950 50th Street SW<br>Birmingham, Alabama 35221-1847 | Richard Blount Construction, LLC<br>163 Haygood Ave. SE<br>Atlanta, GA 30315-1928 |
| Richard Ruggiero<br>c/o Lochner Law Firm, P.C.<br>91 Main St., 4th Floor<br>Annapolis, MD 21401-2032 | Rivertowne Center ACQ<br>8 Industrial Way<br>East Eatonton, New Jersey 07724-3317 | SUSQUEHANNA SALT LAKE LLC<br>136 E South Temple, Ste. 1400<br>Salt Lake City, Utah 84111-1143 |
| Sartino, Inc.<br>5285 Briarwood Circle<br>Pinson, AL 35126-2986 | Secretary of the Treasury<br>1500 Pennsylvania Ave., NW<br>Washington, DC 20220-0001 | SecureConnect/Trustwave<br>75 Remittance Drive<br>Dept. 1999<br>Chicago, IL 60675-1999 |
| Sharp Realty<br>Attn: Accounts Receivable<br>400 Union Hill Dr.<br>Birmingham, AL 35209-2064 | Silver Hill II<br>Combined Properties<br>1255 22nd Street, NW<br>Washington, District of Columbia 20037-1225 | Stanley<br>8350 Sunlight Drive<br>Fishers, IN 46037-6700 |
| State Department of Revenue<br>P O Box 1927<br>Pelham AL 35124-5927 | State of Alabama<br>Department of Revenue<br>Legal Division<br>PO Box 320001<br>Montgomery, Alabama 36132-0001 | State of Alabama Dept of Revenue<br>P O Box 320001<br>Montgomery AL 36132-0001 |

Steritech  
PO Box 471127  
Charlotte, NC 28247-1127

Steritech  
PO Box 472127  
Charlotte, NC 28247-2127

Steritech  
PO Box 472127  
Charlotte, North Carolina 28247-2127

The Coca-Cola Company  
One Coca-Cola Plaza  
Atlanta, GA 30313-2499

The Hartford  
8711 University East Drive  
Charlotte, NC 28213-4233

The Hartford  
8711 University East Drive  
Charlotte, North Carolina 28213-4233

Tyco Integrated Security, LLC  
10405 Crosspoint Blvd.  
Indianapolis IN 46256-3323

Tyco Security  
c/o ADT Security Services, Inc.  
PO Box 371967  
Pittsburgh, PA 15250-7967

U.S. Bank Equipment Finance  
A division of U.S. Bank N.A.  
1310 Madrid Street  
Marshall, MN 56258-4099

U.S. Securities and Exchange Commission  
Branch of Reorganization  
950 East Paces Ferry Road Ste 900  
Atlanta, GA 30326-1382

USB Equipment Finance  
220 26th Street  
Minniapolis, MN

USRP I, LLC  
Attn: Legal Dept.  
One Independent Dr.  
Suite 114  
Jacksonville, Florida 32202-5005

UniFi Equipment Finance  
3893 Research Park Drive  
Ann Arbor, MI 48108-2217

United States Attorney  
Northern District of Alabama  
1801 Fourth Avenue North  
Birmingham, AL 35203-2101

United States Bankruptcy Administrator  
Northern District of Alabama  
1800 Fifth Avenue North  
Birmingham, AL 35203-2111

Verizon Business  
PO Box 660720  
Dallas, TX 75266-0720

Verizon Business  
PO Box 660720  
Dallas, Texas 75266-0720

Verizon Business Global LLC, on behalf of it  
William Vermette  
22001 Loudoun County Pkwy  
Ashburn, VA 20147-6105

WSSC  
1405 Swetizer Lane  
Laurel, MD 20707

(p)WAND CORPORATION  
7575 CORPORATE WAY  
EDEN PRAIRIE MN 55344-2022

Washington Gas  
6801 Industrial Road  
Sprinfield, VA 22151-4205

Washington Gas  
6801 Industrial Road  
Sprinfield, Virginia 22151-4205

Wazir Kaisani  
10501 N. Central Expressway, Ste. 106  
Dallas, TX 75231-2203

YES Energy Management  
PO Box 660901  
Dallas, TX 75266-0901

Yellowstone  
30 Broad Street  
14th FL, Ste. 1462  
New York, NY 10004-2304

Yellowstone  
30 Broad Street  
14th FL, Ste. 1462  
New York, New York 10004-2304

Frederick Darrell Clarke III  
Rumberger, Kirk & Caldwell  
2001 Park Place North  
Suite 1300  
Birmingham, AL 35203-2735

Insolvency Section Internal Revenue Service  
801 Broadway  
MDP 146, Room 285  
Nashville, TN 37203-3816

J. Thomas Corbett  
Bankruptcy Administrator  
1800 5th Avenue North  
Birmingham, AL 35203-2111

Jon A Dudeck  
Bankruptcy Administrator-Bham Office  
1800 5th Ave N Rm 132  
Birmingham, AL 35203-2126

R. Scott Williams
Rumberger, Kirk & Caldwell, P.C.
2001 Park Place North
Suite 1300
Birmingham, AL 35203-2700

Robert H Adams
Rumberger, Kirk & Caldwell, P.C.
2001 Park Place North
Suite 1300
Birmingham, AL 35203-2735

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
801 Tom Martin Dr
Birmingham AL 35211

(d)Internal Revenue Service
801 Tom Martins Dr.
Mail Stop 126
Birmingham, Alabama 35211

(d)Internal Revenue Service
P O Box 21126
Philadelphia PA 19114

Wand Corporation
7593 Corporate Way
Eden Prairie, MN 55344

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Bottling Group, LLC and its affiliates and

(u)Little Caesar Enterprises, Inc.

(u)R&F Birmingham, LLC

(u)Child Support DC

(u)Haynes Family

(u)Kelly Hall

(u)Liz Whidden

(u)Mark Williams

(d)Mark Williams
PO Box 551267
Jacksonville, FL 32255-1267

(u)Pervez Kaisani

(u)WHP, LLC

(u)Wazir Kaisani

(u)Iqbar Kaisani

(du)Pervez Kaisani

(du)Wazir Kaisani

End of Label Matrix
Mailable recipients    181
Bypassed recipients     15
Total                  196

# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE : | ) | Chapter 11 |
| | ) | |
| ALABAMA PARTNERS, LLC, *et al.*, | ) | Case No. 17–03469-TOM11 |
| | ) | |
| Debtors.[2] | ) | (Jointly Administered) |
| | ) | |

## ORDER GRANTING DEBTORS' EMERGENCY MOTION FOR EXPEDITED HEARING ON DEBTORS' MOTIONS

Upon the motion (the "Motion"),[3] dated November 22, 2017, the above captioned Debtors, as debtors and debtors in possession in the above-captioned chapter 11 case (collectively, "Debtors"), requested an emergency hearing on the Maryland Debtors' Motion to Extend and Bidding Procedures Motion, and the Debtors' Exclusivity Motion; and the Court having jurisdiction to consider the Motion and relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided to the Notice Parties; and the Court having reviewed the Motion; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and it appearing that the relief requested in the Motion is in the best interest of the

---

[2] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, if any, are: Alabama Partners, LLC (7131); BamaChex, Inc. (6953); Maryland LC Ventures, LLC (6974); Maryland Pizza, Inc. (6929); PG County Partners LLC (2811); and PG County Pizza, Inc. (3902). The service address for each of the Debtors is P.O. Box 551267, Jacksonville, FL 32255.

[3] Capitalized terms used but not otherwise defined herein shall have the respective meanings ascribed to such terms in the Motion.

6

Debtors, their estates, creditors, and all parties in interest; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor, it is

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that, due to the exigent nature of the relief requested in the Motion to Extend, the Bidding Procedures Motion, and the Exclusivity motion, the Court shall conduct a hearing on these motions at the United States Bankruptcy Court for the Northern District of Alabama, Southern Division, Robert S. Vance Federal Building, 1800 Fifth Avenue North, Birmingham, Alabama 35203 on _____ _____, 2017 at _____ a.m./p.m

Dated this the _____ day of November, 2017.

_____
UNITED STATES BANKRUPTCY JUDGE