IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE : | ) | Chapter 11 |
| | ) | |
| ALABAMA PARTNERS, LLC, *et al.*, | ) | Case No. 17–03469-TOM11 |
| | ) | |
| Debtors.[2] | ) | (Jointly Administered) |
| | ) | |

## ORDER GRANTING DEBTORS' EMERGENCY MOTION FOR EXPEDITED HEARING ON DEBTORS' MOTIONS

Upon the motion (the "Motion"),[3] dated November 22, 2017, the above captioned Debtors, as debtors and debtors in possession in the above-captioned chapter 11 case (collectively, "Debtors"), requested an emergency hearing on the Maryland Debtors' Motion to Extend and Bidding Procedures Motion, and the Debtors' Exclusivity Motion; and the Court having jurisdiction to consider the Motion and relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided to the Notice Parties; and the Court having reviewed the Motion; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and it appearing that the relief requested in the Motion is in the best interest of the

---

[2] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, if any, are: Alabama Partners, LLC (7131); BamaChex, Inc. (6953); Maryland LC Ventures, LLC (6974); Maryland Pizza, Inc. (6929); PG County Partners LLC (2811); and PG County Pizza, Inc. (3902). The service address for each of the Debtors is P.O. Box 551267, Jacksonville, FL 32255.

[3] Capitalized terms used but not otherwise defined herein shall have the respective meanings ascribed to such terms in the Motion.

6

Debtors, their estates, creditors, and all parties in interest; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor, it is

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that, due to the exigent nature of the relief requested in the Motion to Extend, the Bidding Procedures Motion, and the Exclusivity motion, the Court shall conduct a hearing on these motions at the United States Bankruptcy Court for the Northern District of Alabama, Southern Division, Robert S. Vance Federal Building, 1800 Fifth Avenue North, Birmingham, Alabama 35203 on _December 4_, 2017 at _10:30_ a.m./~~p.m.~~

Dated this the _27th_ day of November, 2017.

_/s/ Tamara O. Mitchell_
UNITED STATES BANKRUPTCY JUDGE

7

10688037.1

Case 17-03469-TOM    Doc 157    Filed 11/22/17    Entered 11/22/17 13:34:34    Desc
Case 17-03469-TOM7   Doc 158   Filed 11/27/17   Entered 11/27/17 09:21:48   Desc Main
Main Document    Page 15 of 15
Document    Page 2 of 2