# Notice Recipients

District/Off: 1126–2                    User: ltumlin                    Date Created: 11/27/2017
Case: 17–03469–TOM11                    Form ID: pdf000                   Total: 30

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ba | Jon A Dudeck | jon_dudeck@alnba.uscourts.gov |
| aty | Abigail M. McGibbon | abigail.mcgibbon@gpmlaw.com |
| aty | Charles N Parnell | bkrp@parnellsoutheast.com |
| aty | Clyde Ellis Brazeal, III | ebrazeal@joneswalker.com |
| aty | Daniel D Sparks | ddsparks@csattorneys.com |
| aty | Derek F Meek | dmeek@burr.com |
| aty | Frederick Darrell Clarke, III | fclarke@rumberger.com |
| aty | James Phillip Roberts | jroberts@burr.com |
| aty | Jeffery J Hartley | jjh@helmsinglaw.com |
| aty | Joseph D. Frank | jfrank@fgllp.com |
| aty | Julian Vasek | jvasek@haywardfirm.com |
| aty | Melissa S. Hayward | mhayward@haywardfirm.com |
| aty | Phillip W. Bohl | phillip.bohl@gpmlaw.com |
| aty | R. Scott Williams | swilliams@rumberger.com |
| aty | Richard E. O'Neal | USAALN.BANKRUPTCY@usdoj.gov |
| aty | Robert H Adams | radams@rumberger.com |
| aty | Russell B Robertson | rbr@lairdandrobertson.com |

TOTAL: 17

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Alabama Partners, LLC | PO Box 551267      Jacksonville, FL 32255 |
| cr | Customized Distribution, LLC      % Daniel Sparks      Christian & Small LLP      1800 Financial Center      505 North 20th Street      Birmingham, AL 35203 | |
| cr | Checkers Drive–In Restaurants, Inc.      c/o Burr & Forman LLP      Derek Meek      420 N 20th St, Ste 3400      Birmingham, AL 35203 | |
| ba | J. Thomas Corbett      Bankruptcy Administrator      1800 5th Avenue North      Birmingham, AL 35203 | |
| br | Advanced Restaurant Sales      111 Village Parkway Bldg #2      Marietta, GA 30067 | |
| cr | NCEP, LLC Department      Ascension Capital Group      P.O. Box 165028      Irving, TX 75016 | |
| cr | Insolvency Section Internal Revenue Service      801 Broadway      MDP 146, Room 285      Nashville, TN 37203 | |
| cr | Silver Hill II LLC      c/o Ellis Brazeal Jones Walker      1819 5th Avenue North      Suite 1100      Birmingham, AL 35203 | |
| cr | US Bank Equipment Finance      c/o Parnell & Parnell, P.A.      P.O. Box 2189      Montgomery, AL 36102–2189 | |
| cr | City of Jasper      c/o Russell B. Robertson, Esq.      P.O. Box 498      Jasper, AL 35502–0498 UNITED STATES | |
| aty | Leah Fiorenza McNeill      Bryan Cave LLP      1201 W Peachtree St NW 14tyh Floor      Atlanta, GA 30309 | |
| aty | Mark I. Duedall      Bryan Cave LLP      1201 W Peachtree St NW 14tyh Floor      Atlanta, GA 30309 | |
| smg | Thomas Corbett      BA Birmingham      1800 5th Avenue North      Birmingham, AL 35203 | |

TOTAL: 13