In re:
Alabama Partners, LLC
       Debtor

Case No. 17-03469-TOM
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 1126-2      User: ltumlin      Page 1 of 2      Date Rcvd: Nov 27, 2017
                        Form ID: pdf000      Total Noticed: 13

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 29, 2017.
db           +Alabama Partners, LLC,   PO Box 551267,   Jacksonville, FL 32255-1267
aty          +Leah Fiorenza McNeill,   Bryan Cave LLP,   1201 W Peachtree St NW 14tyh Floor,
              Atlanta, GA 30309-3449
aty          +Mark I. Duedall,   Bryan Cave LLP,   1201 W Peachtree St NW 14tyh Floor,
              Atlanta, GA 30309-3449
br           +Advanced Restaurant Sales,   111 Village Parkway Bldg #2,   Marietta, GA 30067-4013
cr           +City of Jasper,   c/o Russell B. Robertson, Esq.,   P.O. Box 498,   Jasper, AL 35502-0498,
              UNITED STATES 35502-0498
cr           +Customized Distribution, LLC,   % Daniel Sparks,   Christian & Small LLP,
              1800 Financial Center,   505 North 20th Street,   Birmingham, AL 35203-4633
cr           +NCEP, LLC Department,   Ascension Capital Group,   P.O. Box 165028,   Irving, TX 75016-5028
cr           +Silver Hill II LLC,   c/o Ellis Brazeal Jones Walker,   1819 5th Avenue North,   Suite 1100,
              Birmingham, AL 35203-2122
cr            US Bank Equipment Finance,   c/o Parnell & Parnell, P.A.,   P.O. Box 2189,
              Montgomery, AL  36102-2189

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          +E-mail/Text: bnc_notices_southern@alnba.uscourts.gov Nov 28 2017 00:49:32     Thomas Corbett,
              BA Birmingham,   1800 5th Avenue North,   Birmingham, AL 35203-2111
cr           +E-mail/Text: cstewart@Burr.com Nov 28 2017 00:50:23     Checkers Drive-In Restaurants, Inc.,
              c/o Burr & Forman LLP,   Derek Meek,   420 N 20th St, Ste 3400,   Birmingham, AL 35203-5210
cr            E-mail/Text: cio.bncmail@irs.gov Nov 28 2017 00:48:35
              Insolvency Section Internal Revenue Service,   801 Broadway,   MDP 146, Room 285,
              Nashville, TN 37203-3816
ba           +E-mail/Text: bnc_notices_southern@alnba.uscourts.gov Nov 28 2017 00:49:32     J. Thomas Corbett,
              Bankruptcy Administrator,   1800 5th Avenue North,   Birmingham, AL 35203-2111
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 29, 2017                      Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 27, 2017 at the address(es) listed below:
              Abigail M. McGibbon   on behalf of Interested Party   Little Caesar Enterprises, Inc.
              abigail.mcgibbon@gpmlaw.com
              Charles N Parnell   on behalf of Creditor   US Bank Equipment Finance bkrp@parnellsoutheast.com
              Clyde Ellis Brazeal, III   on behalf of Creditor   Silver Hill II LLC ebrazeal@joneswalker.com,
              dshannon@joneswalker.com
              Daniel D Sparks   on behalf of Creditor   Customized Distribution, LLC ddsparks@csattorneys.com,
              dan-sparks-9722@ecf.pacerpro.com
              Derek F Meek   on behalf of Creditor   Checkers Drive-In Restaurants, Inc. dmeek@burr.com,
              mgunnells@burr.com
              Frederick Darrell Clarke, III   on behalf of Debtor   PG County Pizza, Inc. fclarke@rumberger.com,
              mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
              Frederick Darrell Clarke, III   on behalf of Debtor   Maryland Pizza, Inc. fclarke@rumberger.com,
              mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
              Frederick Darrell Clarke, III   on behalf of Debtor   PG County Partners, LLC
              fclarke@rumberger.com,
              mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
              Frederick Darrell Clarke, III   on behalf of Debtor   BamaChex, Inc. fclarke@rumberger.com,
              mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Frederick Darrell Clarke, III    on behalf of Debtor   Alabama Partners, LLC fclarke@rumberger.com,
          mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
          Frederick Darrell Clarke, III    on behalf of Debtor   Maryland LC Ventures, LLC
          fclarke@rumberger.com,
          mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
          James Phillip Roberts    on behalf of Creditor   Checkers Drive-In Restaurants, Inc.
          jroberts@burr.com
          Jeffery J Hartley    on behalf of Interested Party   R&F Birmingham, LLC jjh@helmsinglaw.com,
          ktm@helmsinglaw.com;dwc@helmsinglaw.com
          Jon A Dudeck    jon_dudeck@alnba.uscourts.gov,  courtmailbir7@alnba.uscourts.gov
          Joseph D. Frank    on behalf of Creditor   Bottling Group, LLC and its affiliates and subsidiaries,
          operating as Pepsi Beverages Company jfrank@fgllp.com,
          ccarpenter@fgllp.com;rheiligman@fgllp.com;jkleinman@fgllp.com
          Julian  Vasek    on behalf of Interested Party Wazir  Kaisani jvasek@haywardfirm.com
          Julian  Vasek    on behalf of Interested Party Pervez  Kaisani jvasek@haywardfirm.com
          Julian  Vasek    on behalf of Interested Party Iqbar  Kaisani jvasek@haywardfirm.com
          Kelley Askew Gillikin    on behalf of Creditor   ALA DEPT OF REVENUE LEGAL DIVISION P O BOX 320001
          MONTGOMERY, AL  36132-0001 kelley.gillikin@revenue.alabama.gov
          Melissa S. Hayward    on behalf of Interested Party Pervez  Kaisani mhayward@haywardfirm.com
          , mholmes@haywardfirm.com
          Melissa S. Hayward    on behalf of Interested Party Wazir  Kaisani mhayward@haywardfirm.com
          , mholmes@haywardfirm.com
          Melissa S. Hayward    on behalf of Interested Party Iqbar  Kaisani mhayward@haywardfirm.com
          , mholmes@haywardfirm.com
          Phillip W. Bohl    on behalf of Interested Party   Little Caesar Enterprises, Inc.
          phillip.bohl@gpmlaw.com
          R. Scott Williams    on behalf of Debtor   Maryland Pizza, Inc. swilliams@rumberger.com,
          docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumber
          ger.com
          R. Scott Williams    on behalf of Debtor   PG County Pizza, Inc. swilliams@rumberger.com,
          docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumber
          ger.com
          R. Scott Williams    on behalf of Debtor   Alabama Partners, LLC swilliams@rumberger.com,
          docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumber
          ger.com
          R. Scott Williams    on behalf of Debtor   PG County Partners, LLC swilliams@rumberger.com,
          docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumber
          ger.com
          R. Scott Williams    on behalf of Debtor   Maryland LC Ventures, LLC swilliams@rumberger.com,
          docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumber
          ger.com
          R. Scott Williams    on behalf of Debtor   BamaChex, Inc. swilliams@rumberger.com,
          docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumber
          ger.com
          Richard E. O'Neal    on behalf of Creditor Insolvency Section  Internal Revenue Service
          USAALN.BANKRUPTCY@usdoj.gov
          Robert H Adams    on behalf of Debtor   Maryland LC Ventures, LLC radams@rumberger.com,
          mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberg
          er.com
          Robert H Adams    on behalf of Debtor   PG County Partners, LLC radams@rumberger.com,
          mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberg
          er.com
          Robert H Adams    on behalf of Debtor   BamaChex, Inc. radams@rumberger.com,
          mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberg
          er.com
          Robert H Adams    on behalf of Debtor   PG County Pizza, Inc. radams@rumberger.com,
          mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberg
          er.com
          Robert H Adams    on behalf of Debtor   Alabama Partners, LLC radams@rumberger.com,
          mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberg
          er.com
          Robert H Adams    on behalf of Debtor   Maryland Pizza, Inc. radams@rumberger.com,
          mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberg
          er.com
          Russell B Robertson    on behalf of Creditor   City of Jasper rbr@lairdandrobertson.com
          Samuel Carlton Pierce    on behalf of Debtor   BamaChex, Inc. scpierce@bakerdonelson.com
                                                                              TOTAL: 38

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

IN RE :                                )          **Chapter 11**

                                          )

**ALABAMA PARTNERS, LLC,** *et al.,*     )          **Case No. 17–03469-TOM11**

                                          )

                     **Debtors.**[2]      )          **(Jointly Administered)**

                                          )

---

## ORDER GRANTING DEBTORS' EMERGENCY MOTION FOR EXPEDITED HEARING ON DEBTORS' MOTIONS

---

Upon the motion (the "Motion"),[3] dated November 22, 2017, the above captioned Debtors, as debtors and debtors in possession in the above-captioned chapter 11 case (collectively, "Debtors"), requested an emergency hearing on the Maryland Debtors' Motion to Extend and Bidding Procedures Motion, and the Debtors' Exclusivity Motion; and the Court having jurisdiction to consider the Motion and relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided to the Notice Parties; and the Court having reviewed the Motion; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and it appearing that the relief requested in the Motion is in the best interest of the

---

[2] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, if any, are: Alabama Partners, LLC (7131); BamaChex, Inc. (6953); Maryland LC Ventures, LLC (6974); Maryland Pizza, Inc. (6929); PG County Partners LLC (2811); and PG County Pizza, Inc. (3902). The service address for each of the Debtors is P.O. Box 551267, Jacksonville, FL 32255.

[3] Capitalized terms used but not otherwise defined herein shall have the respective meanings ascribed to such terms in the Motion.

6

Debtors, their estates, creditors, and all parties in interest; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor, it is

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that, due to the exigent nature of the relief requested in the Motion to Extend, the Bidding Procedures Motion, and the Exclusivity motion, the Court shall conduct a hearing on these motions at the United States Bankruptcy Court for the Northern District of Alabama, Southern Division, Robert S. Vance Federal Building, 1800 Fifth Avenue North, Birmingham, Alabama 35203 on *December 4*, 2017 at *10:30* a.m./~~p.m.~~

Dated this the *27th* day of November, 2017.

UNITED STATES BANKRUPTCY JUDGE