IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | **BANKRUPTCY CASE NO.** |
| **ALABAMA PARTNERS, LLC,** | ) | |
| | ) | **17-03469-TOM11** |
| Debtor. | ) | |

**LIMITED OBJECTION OF SILVER HILL II LLC TO DEBTOR'S MOTION FOR AN ORDER: (A) ESTABLISHING BIDDING PROCEDURES; (B) SETTING EXPEDITED HEARING ON BIDDING PROCEDURES; AND (C) AUTHORIZING SALE OF PROPERTY OF THE ESTATE FREE AND CLEAR OF LIENS, LEASES, AND OTHER INTERESTS AND THE ASSUMPTION AND ASSIGNMENT OF CERTAIN CONTRACTS AND LEASES PURSUANT TO §§ 363 AND 365 OF THE BANKRUPTCY CODE [DOC. 154]**

COMES NOW Silver Hill II LLC ("Silver Hill"), and for its *LIMITED OBJECTION OF SILVER HILL II LLC TO DEBTOR'S MOTION FOR AN ORDER: (A) ESTABLISHING BIDDING PROCEDURES; (B) SETTING EXPEDITED HEARING ON BIDDING PROCEDURES; AND (C) AUTHORIZING SALE OF PROPERTY OF THE ESTATE FREE AND CLEAR OF LIENS, LEASES, AND OTHER INTERESTS AND THE ASSUMPTION AND ASSIGNMENT OF CERTAIN CONTRACTS AND LEASES PURSUANT TO §§ 363 AND 365 OF THE BANKRUPTCY CODE [DOC. 154]* says as follows:

1. Silver Hill is the landlord for the Little Caesar's restaurant being operated at: Silver Hill Plaza, 5850 Silver Hill Road, Forestville, MD 20747.

2. Given that, under the proposed sale, the Debtor proposes to assume and assign the lease for such location, Silver Hill should be entitled to receive the same financial information provided to the Debtor by the proposed bidder.

{BH341893.1}

3. This would allow Silver Hill to be able to timely respond as to whether it objects to the assumption and assignment of the lease agreement.

4. Additionally, under the asset purchase agreement, the Debtor provides that it will not close the sale of the restaurant unless it receives a release from Silver Hill. Yet, per Section 1.02 of APA, Purchaser is not acquiring any liabilities arising out of the operation of the restaurant.

5. Finally, in addition to payment defaults, there are other defaults by the Debtor under the lease which affect the assumption of the lease. Specifically, without limitation, the Debtor is in default under the lease for failing to (i) report sales per the lease and (ii) procure insurance coverage for plate glass and business personal property as required under the lease.

WHEREFORE, PREMISES CONSIDERED, Silver Hill respectfully requests this Court to modify the bidding and sale procedures to address the concerns of Silver Hill. Silver Hill prays for such further and other relief as the Court may deem appropriate.

This the 30th day of November, 2017.

*/s/ C. Ellis Brazeal III*
C. Ellis Brazeal III

***Attorney for Silver Hill II LLC***

OF COUNSEL:
**JONES WALKER, LLP**
One Federal Place
1819 5th Avenue North
Suite 1100
Birmingham, AL 35203
T: (205) 244-5200 | F: (205) 244-5400
ebrazeal@joneswalker.com

{BH341893.1}  2

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 30, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

      */s/ C. Ellis Brazeal III*
      OF COUNSEL