```
                             United States Bankruptcy Court
                              Northern District of Alabama
```

In re:                                                                    Case No. 17-03469-TOM
Alabama Partners, LLC                                                     Chapter 11
        Debtor                         **CERTIFICATE OF NOTICE**

District/off: 1126-2            User: ltumlin              Page 1 of 2               Date Rcvd: Nov 29, 2017
                                Form ID: van020            Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 01, 2017.
db         +Alabama Partners, LLC,    PO Box 551267,   Jacksonville, FL 32255-1267
aty        +Leah Fiorenza McNeill,    Bryan Cave LLP,   1201 W Peachtree St NW 14tyh Floor,
             Atlanta, GA 30309-3449
aty         M. Evan Meyers,   Meyers Rodbell & Rosenbaum PA,    6801 Kenilworth Ave Ste 400,
             Riverdale, MD 20737-1385
aty        +Mark I. Duedall,   Bryan Cave LLP,   1201 W Peachtree St NW 14tyh Floor,
             Atlanta, GA 30309-3449
br         +Advanced Restaurant Sales,    111 Village Parkway Bldg #2,   Marietta, GA 30067-4013
cr         +City of Jasper,   c/o Russell B. Robertson, Esq.,    P.O. Box 498,   Jasper, AL 35502-0498,
             UNITED STATES 35502-0498
cr         +Customized Distribution, LLC,    % Daniel Sparks,   Christian & Small LLP,
             1800 Financial Center,   505 North 20th Street,    Birmingham, AL 35203-4633
cr         +NCEP, LLC Department,    Ascension Capital Group,   P.O. Box 165028,   Irving, TX 75016-5028
cr          Prince George's County, Maryland,    c/o M. Evan Meyers,   6801 Kenilworth Ave Ste 400,
             Riverdale, MD 20737-1385
cr         +Silver Hill II LLC,   c/o Ellis Brazeal Jones Walker,    1819 5th Avenue North,   Suite 1100,
             Birmingham, AL 35203-2122
cr          US Bank Equipment Finance,    c/o Parnell & Parnell, P.A.,   P.O. Box 2189,
             Montgomery, AL 36102-2189

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg        +E-mail/Text: bnc_notices_southern@alnba.uscourts.gov Nov 30 2017 01:25:08     Thomas Corbett,
             BA Birmingham,   1800 5th Avenue North,   Birmingham, AL 35203-2111
cr         +E-mail/Text: cstewart@Burr.com Nov 30 2017 01:26:08     Checkers Drive-In Restaurants, Inc.,
             c/o Burr & Forman LLP,   Derek Meek,   420 N 20th St, Ste 3400,   Birmingham, AL 35203-5210
cr         +E-mail/Text: cio.bncmail@irs.gov Nov 30 2017 01:24:00
             Insolvency Section Internal Revenue Service,   801 Broadway,   MDP 146, Room 285,
             Nashville, TN 37203-3816
ba         +E-mail/Text: bnc_notices_southern@alnba.uscourts.gov Nov 30 2017 01:25:08     J. Thomas Corbett,
             Bankruptcy Administrator,   1800 5th Avenue North,   Birmingham, AL 35203-2111
                                                                                             TOTAL: 4

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 01, 2017                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 29, 2017 at the address(es) listed below:
          Abigail M. McGibbon    on behalf of Interested Party    Little Caesar Enterprises, Inc.
           abigail.mcgibbon@gpmlaw.com
          Charles N Parnell    on behalf of Creditor    US Bank Equipment Finance bkrp@parnellsoutheast.com
          Clyde Ellis Brazeal, III    on behalf of Creditor    Silver Hill II LLC ebrazeal@joneswalker.com,
           dshannon@joneswalker.com
          Daniel D Sparks    on behalf of Creditor    Customized Distribution, LLC ddsparks@csattorneys.com,
           dan-sparks-9722@ecf.pacerpro.com
          Derek F Meek    on behalf of Creditor    Checkers Drive-In Restaurants, Inc. dmeek@burr.com,
           mgunnells@burr.com
          Frederick Darrell Clarke, III    on behalf of Debtor    PG County Pizza, Inc. fclarke@rumberger.com,
           mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
          Frederick Darrell Clarke, III    on behalf of Debtor    Maryland Pizza, Inc. fclarke@rumberger.com,
           mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          Frederick Darrell Clarke, III   on behalf of Debtor    PG County Partners, LLC
           fclarke@rumberger.com,
           mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
          Frederick Darrell Clarke, III   on behalf of Debtor    BamaChex, Inc. fclarke@rumberger.com,
           mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
          Frederick Darrell Clarke, III   on behalf of Debtor    Alabama Partners, LLC fclarke@rumberger.com,
           mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
          Frederick Darrell Clarke, III   on behalf of Debtor    Maryland LC Ventures, LLC
           fclarke@rumberger.com,
           mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
          James Phillip Roberts    on behalf of Creditor    Checkers Drive-In Restaurants, Inc.
           jroberts@burr.com
          Jeffery J Hartley    on behalf of Interested Party    R&F Birmingham, LLC jjh@helmsinglaw.com,
           ktm@helmsinglaw.com;dwc@helmsinglaw.com
          Jon A Dudeck    jon_dudeck@alnba.uscourts.gov,    courtmailbir7@alnba.uscourts.gov
          Joseph D. Frank    on behalf of Creditor    Bottling Group, LLC and its affiliates and subsidiaries,
           operating as Pepsi Beverages Company jfrank@fgllp.com,
           ccarpenter@fgllp.com;rheiligman@fgllp.com;jkleinman@fgllp.com
          Julian   Vasek    on behalf of Interested Party Wazir   Kaisani jvasek@haywardfirm.com
          Julian   Vasek    on behalf of Interested Party Pervez   Kaisani jvasek@haywardfirm.com
          Julian   Vasek    on behalf of Interested Party Iqbar   Kaisani jvasek@haywardfirm.com
          Kelley Askew Gillikin     on behalf of Creditor    ALA DEPT OF REVENUE LEGAL DIVISION P O BOX 320001
           MONTGOMERY, AL  36132-0001 kelley.gillikin@revenue.alabama.gov
          Melissa S. Hayward    on behalf of Interested Party Pervez   Kaisani mhayward@haywardfirm.com
           ,   mholmes@haywardfirm.com
          Melissa S. Hayward    on behalf of Interested Party Wazir   Kaisani mhayward@haywardfirm.com
           ,   mholmes@haywardfirm.com
          Melissa S. Hayward    on behalf of Interested Party Iqbar   Kaisani mhayward@haywardfirm.com
           ,   mholmes@haywardfirm.com
          Phillip W. Bohl    on behalf of Interested Party    Little Caesar Enterprises, Inc.
           phillip.bohl@gpmlaw.com
          R. Scott Williams    on behalf of Debtor    Maryland Pizza, Inc. swilliams@rumberger.com,
           docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumber
           ger.com
          R. Scott Williams    on behalf of Debtor    PG County Pizza, Inc. swilliams@rumberger.com,
           docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumber
           ger.com
          R. Scott Williams    on behalf of Debtor    Alabama Partners, LLC swilliams@rumberger.com,
           docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumber
           ger.com
          R. Scott Williams    on behalf of Debtor    PG County Partners, LLC swilliams@rumberger.com,
           docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumber
           ger.com
          R. Scott Williams    on behalf of Debtor    Maryland LC Ventures, LLC swilliams@rumberger.com,
           docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumber
           ger.com
          R. Scott Williams    on behalf of Debtor    BamaChex, Inc. swilliams@rumberger.com,
           docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumber
           ger.com
          Richard E. O'Neal    on behalf of Creditor Insolvency Section    Internal Revenue Service
           USAALN.BANKRUPTCY@usdoj.gov
          Robert H Adams    on behalf of Debtor    Maryland LC Ventures, LLC radams@rumberger.com,
           mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberg
           er.com
          Robert H Adams    on behalf of Debtor    PG County Partners, LLC radams@rumberger.com,
           mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberg
           er.com
          Robert H Adams    on behalf of Debtor    BamaChex, Inc. radams@rumberger.com,
           mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberg
           er.com
          Robert H Adams    on behalf of Debtor    PG County Pizza, Inc. radams@rumberger.com,
           mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberg
           er.com
          Robert H Adams    on behalf of Debtor    Alabama Partners, LLC radams@rumberger.com,
           mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberg
           er.com
          Robert H Adams    on behalf of Debtor    Maryland Pizza, Inc. radams@rumberger.com,
           mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberg
           er.com
          Russell B Robertson    on behalf of Creditor    City of Jasper rbr@lairdandrobertson.com
          Samuel Carlton Pierce    on behalf of Debtor    BamaChex, Inc. scpierce@bakerdonelson.com
                                                                                             TOTAL: 38
```

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| **In re:** | **Case No.** 17–03469–TOM11 |
| Alabama Partners, LLC | **Chapter** 11 |
| **EIN:** 26–3067131 | |

**Debtor(s)**

## NOTICE OF HEARING

Notice is hereby given that a hearing will be held to consider and act upon the following:

161 – Motion to Approve Compromise between Debtors, Little Caesars Enterprises, Inc., and Blue Line Foodservice Distribution, Inc.

**Date:** Monday, January 8, 2018  **Time:** 10:30 AM

**Location:** Robert S. Vance Federal Bldg, 1800 5th Ave No, Courtroom 3, Birmingham, AL 35203

Attorneys should attend all scheduled hearings. If a conflict is known, the Court should be notified immediately. Continuances of non–evidentiary hearings may be granted if all parties consent. Evidentiary hearings will not be continued except for good cause shown. If there is a failure to attend a scheduled hearing, and the Court has not been notified of the reason for the failure, the Court may enter appropriate orders. Attendance is not required if a settlement has been reached as approved by all parties and filed with the Court by an attorney prior to the hearing date.

Dated:  November 29, 2017

By:

Joseph E. Bulgarella, Clerk
United States Bankruptcy Court

klt