UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA - SOUTHERN DIVISION

In the Matter of:

Alabama Partners, LLC } Case No: 17-03469-TOM11
}
DEBTOR(S). }
}
}

**ORDER RESCHEDULING HEARING**

This matter came before the Court on Monday, December 04, 2017 10:30 AM, for a hearing on the following:

1) RE: Doc #144; Motion for Relief from Stay filed by Charles Parnell, Attorney for US Bank Equipment Finance (as to member case Maryland LC Ventures LLC, 1703472)
2) RE: Doc #145; Motion for Relief from Stay and to Deem Lease Rejected filed by Ellis Brazeal, Attorney for Silver Hill II, LLC

Proper notice of the hearing was given and appearances were made by the following:

Jon A Dudeck (Bankruptcy Administrator)
R. Scott Williams, attorney for Alabama Partners, LLC (Debtor)
Phillip Bohl, attorney for Little Caesar Enterprises - by phone
Melissa Hayward, attorney for the Kaisani's - by phone
Richard O'neal, Assistant U.S. Attorney appearing on behalf of the Internal Revenue Service
Ellis Brazeal, attorney for Silver Hill II, LLC
Charles Parnell, attorney for U.S. Bank Equipment Finance

**It is therefore ORDERED, ADJUDGED and DECREED that:**

Based on arguments of counsel and the pleadings, these matters are continued to January 8, 2018 at 10:30 am in courtroom number 3 of the Robert S. Vance Federal Building, 1800 5th Avenue North, Birmingham, Alabama.

Dated: 12/06/2017

/s/ TAMARA O. MITCHELL
TAMARA O. MITCHELL
United States Bankruptcy Judge