# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE : | ) | Chapter 11 |
| | ) | |
| ALABAMA PARTNERS, LLC, *et al.*, | ) | Case No. 17–03469-TOM11 |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |

## ORDER ESTABLISHING BIDDING PROCEDURES FOR MARYLAND STORES

This matter came before the Court on December 4, 2017, on the Debtor's Motion for an Order: (A) Establishing Bidding Procedures; (B) Setting Expedited Hearing on Bidding Procedures; and (C) Authorizing Sale of Property of the Estate Free and Clear of Liens, Leases and other Interests and the Assumption and Assignment of Certain Contracts and Leases Pursuant to §§ 363 and 365 of the Bankruptcy Code (the "Motion") [Dkt. No. 154]. Based upon the arguments, testimony and pleadings before the Court, it is hereby **ORDERED** and **ADJUDGED** that:

1. The Motion is **GRANTED** and the related objection is hereby **OVERRULED**;

2. The Bidding Procedures are authorized as described in the Motion, including but not limited to the date for qualification of bidders, the Bid Deadline, the Objection Deadline, and the Break-Up Fee;

3. The Auction for the sale of the assets shall be set for February 20, 2018, as provided for in the Motion;

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, if any, are: Alabama Partners, LLC (7131); BamaChex, Inc. (6953); Maryland LC Ventures, LLC (6974); Maryland Pizza, Inc. (6929); PG County Partners LLC (2811); and PG County Pizza, Inc. (3902). The service address for each of the Debtors is P.O. Box 551267, Jacksonville, FL 32255.

4. The notice procedures set forth in the Motion, including but not limited to the Sale Notice, are hereby approved and authorized;

5. As agreed to by the parties, the allocations provided for in the APA shall not be binding on the IRS or any other party for purposes of allocating proceeds from any sale of the assets;

6. Final hearing to authorize the sale of assets is hereby set for February 21, 2018, at 1:30 p.m. at the United States Bankruptcy Court for the Northern District of Alabama, Southern Division, Robert S. Vance Federal Building, 1800 Fifth Avenue North, Birmingham, Alabama 35203.

Dated: December 6, 2017

**/s/ Tamara O. Mitchell**
TAMARA O. MITCHELL
United States Bankruptcy Judge

This Order prepared at the Court's request by:

R. Scott Williams
RUMBERGER, KIRK & CALDWELL, P.C.
2001 Park Place North, Suite 1300
Birmingham, AL 35203
Phone: (205) 327-5550
Facsimile: (205) 326-6786
swilliams@rumberger.com
Attorney for Debtors