IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE : | ) | Chapter 11 |
| | ) | |
| ALABAMA PARTNERS, LLC, *et al.*, | ) | Case No. 17–03469-TOM11 |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |

## ORDER APPROVING MOTION TO EXTEND TIME TO ASSUME OR REJECT UNEXPIRED NONRESIDENTIAL REAL PROPERTY LEASES

This matter came before the Court on the Debtors' Motion to Extend time to Assume or Reject Unexpired Nonresidential Real Property Leases (the "Motion"), filed on November 22, 2017 [Dkt. No. 155]. Based upon the arguments and pleadings before the Court, the Court finds that the Motion is due to be granted. The Court hereby FINDS that proper notice has been given and that the Motion is hereby GRANTED and that the time to assume or reject unexpired nonresidential real property leases as provided for in the Motion is extended to through and including March 9, 2018.

DONE and so ORDERED this 6th day of December, 2017

/s/ Tamara O. Mitchell
UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, if any, are: Alabama Partners, LLC (7131); BamaChex, Inc. (6953); Maryland LC Ventures, LLC (6974); Maryland Pizza, Inc. (6929); PG County Partners LLC (2811); and PG County Pizza, Inc. (3902). The service address for each of the Debtors is P.O. Box 551267, Jacksonville, FL 32255.

This Order prepared at the Court's request by:

R. Scott Williams
RUMBERGER, KIRK & CALDWELL, P.C.
2001 Park Place North, Suite 1300
Birmingham, AL 35203
Phone: (205) 327-5550
Facsimile: (205) 326-6786
swilliams@rumberger.com
Attorney for Debtors