IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE : | ) | Chapter 11 |
| | ) | |
| ALABAMA PARTNERS, LLC, *et al.*, | ) | Case No. 17–03469-TOM11 |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |

## ORDER APPROVING MOTION TO EXTEND EXCLUSIVITY

This matter came before the Court on the Debtors' Motion to Extend Exclusivity (the "Motion"), filed on November 22, 2017 [Dkt. No. 156]. The Court finds that proper notice has been given and that no objections to the Motion have been filed, finds that the Motion is due to be granted. The Court hereby ORDERS and AWARDS that the Motion is GRANTED and that the exclusivity period provided for in the Motion is extended to February 7, 2018.

DONE and so ORDERED this 6th day of December, 2017

/s/ Tamara O. Mitchell
UNITED STATES BANKRUPTCY JUDGE

This Order prepared at the Court's request by:

R. Scott Williams
RUMBERGER, KIRK & CALDWELL, P.C.
2001 Park Place North, Suite 1300
Birmingham, AL 35203
Phone: (205) 327-5550
Facsimile: (205) 326-6786
swilliams@rumberger.com
Attorney for Debtors

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, if any, are: Alabama Partners, LLC (7131); BamaChex, Inc. (6953); Maryland LC Ventures, LLC (6974); Maryland Pizza, Inc. (6929); PG County Partners LLC (2811); and PG County Pizza, Inc. (3902). The service address for each of the Debtors is P.O. Box 551267, Jacksonville, FL 32255.