```
                          United States Bankruptcy Court
                           Northern District of Alabama
```

In re:                                                              Case No. 17-03469-TOM
Alabama Partners, LLC                                               Chapter 11
         Debtor

## CERTIFICATE OF NOTICE

District/off: 1126-2          User: ltumlin            Page 1 of 2            Date Rcvd: Dec 06, 2017
                              Form ID: pdf000          Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 08, 2017.
```
db            +Alabama Partners, LLC,    PO Box 551267,   Jacksonville, FL 32255-1267
aty           +Leah Fiorenza McNeill,    Bryan Cave LLP,   1201 W Peachtree St NW 14tyh Floor,
               Atlanta, GA 30309-3449
aty            M. Evan Meyers,    Meyers Rodbell & Rosenbaum PA,    6801 Kenilworth Ave Ste 400,
               Riverdale, MD  20737-1385
aty           +Mark I. Duedall,    Bryan Cave LLP,   1201 W Peachtree St NW 14tyh Floor,
               Atlanta, GA 30309-3449
br            +Advanced Restaurant Sales,    111 Village Parkway Bldg #2,   Marietta, GA 30067-4013
cr            +City of Jasper,    c/o Russell B. Robertson, Esq.,    P.O. Box 498,   Jasper, AL 35502-0498,
               UNITED STATES 35502-0498
cr            +Customized Distribution, LLC,    % Daniel Sparks,   Christian & Small LLP,
               1800 Financial Center,    505 North 20th Street,   Birmingham, AL 35203-4633
cr            +NCEP, LLC Department,    Ascension Capital Group,    P.O. Box 165028,   Irving, TX 75016-5028
cr             Prince George's County, Maryland,    c/o M. Evan Meyers,    6801 Kenilworth Ave Ste 400,
               Riverdale, MD  20737-1385
cr            +Silver Hill II LLC,    c/o Ellis Brazeal Jones Walker,    1819 5th Avenue North,   Suite 1100,
               Birmingham, AL 35203-2122
cr             US Bank Equipment Finance,    c/o Parnell & Parnell, P.A.,    P.O. Box 2189,
               Montgomery, AL 36102-2189
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           +E-mail/Text: bnc_notices_southern@alnba.uscourts.gov Dec 07 2017 01:08:41      Thomas Corbett,
               BA Birmingham,    1800 5th Avenue North,   Birmingham, AL 35203-2111
cr            +E-mail/Text: cstewart@Burr.com Dec 07 2017 01:09:31      Checkers Drive-In Restaurants, Inc.,
               c/o Burr & Forman LLP,    Derek Meek,   420 N 20th St, Ste 3400,   Birmingham, AL 35203-5210
cr            +E-mail/Text: cio.bncmail@irs.gov Dec 07 2017 01:07:39
               Insolvency Section Internal Revenue Service,    801 Broadway,   MDP 146, Room 285,
               Nashville, TN 37203-3816
ba            +E-mail/Text: bnc_notices_southern@alnba.uscourts.gov Dec 07 2017 01:08:41      J. Thomas Corbett,
               Bankruptcy Administrator,    1800 5th Avenue North,   Birmingham, AL 35203-2111
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 6, 2017 at the address(es) listed below:
              Abigail M. McGibbon    on behalf of Interested Party    Little Caesar Enterprises, Inc.
               abigail.mcgibbon@gpmlaw.com
              Charles N Parnell    on behalf of Creditor    US Bank Equipment Finance bkrp@parnellsoutheast.com
              Clyde Ellis Brazeal, III    on behalf of Creditor    Silver Hill II LLC ebrazeal@joneswalker.com,
               dshannon@joneswalker.com
              Daniel D Sparks    on behalf of Creditor    Customized Distribution, LLC ddsparks@csattorneys.com,
               dan-sparks-9722@ecf.pacerpro.com
              Derek F Meek    on behalf of Creditor    Checkers Drive-In Restaurants, Inc. dmeek@burr.com,
               mgunnells@burr.com
              Frederick Darrell Clarke, III    on behalf of Debtor    PG County Pizza, Inc. fclarke@rumberger.com,
               mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
              Frederick Darrell Clarke, III    on behalf of Debtor    Maryland Pizza, Inc. fclarke@rumberger.com,
               mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
```

```
District/off: 1126-2          User: ltumlin                Page 2 of 2                    Date Rcvd: Dec 06, 2017
                              Form ID: pdf000              Total Noticed: 15
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Frederick Darrell Clarke, III    on behalf of Debtor    PG County Partners, LLC fclarke@rumberger.com, mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com

        Frederick Darrell Clarke, III    on behalf of Debtor    BamaChex, Inc. fclarke@rumberger.com, mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com

        Frederick Darrell Clarke, III    on behalf of Debtor    Alabama Partners, LLC fclarke@rumberger.com, mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com

        Frederick Darrell Clarke, III    on behalf of Debtor    Maryland LC Ventures, LLC fclarke@rumberger.com, mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com

        James Phillip Roberts    on behalf of Creditor    Checkers Drive-In Restaurants, Inc. jroberts@burr.com

        Jeffery J Hartley    on behalf of Interested Party    R&F Birmingham, LLC jjh@helmsinglaw.com, ktm@helmsinglaw.com;dwc@helmsinglaw.com

        Jon A Dudeck    jon_dudeck@alnba.uscourts.gov,   courtmailbir7@alnba.uscourts.gov

        Joseph D. Frank    on behalf of Creditor    Bottling Group, LLC and its affiliates and subsidiaries, operating as Pepsi Beverages Company jfrank@fgllp.com, ccarpenter@fgllp.com;rheiligman@fgllp.com;jkleinman@fgllp.com

        Julian  Vasek    on behalf of Interested Party Wazir  Kaisani jvasek@haywardfirm.com

        Julian  Vasek    on behalf of Interested Party Pervez  Kaisani jvasek@haywardfirm.com

        Julian  Vasek    on behalf of Interested Party Iqbar  Kaisani jvasek@haywardfirm.com

        Kelley Askew Gillikin    on behalf of Creditor    ALA DEPT OF REVENUE LEGAL DIVISION P O BOX 320001 MONTGOMERY, AL   36132-0001 kelley.gillikin@revenue.alabama.gov

        Melissa S. Hayward    on behalf of Interested Party Pervez  Kaisani mhayward@haywardfirm.com, mholmes@haywardfirm.com

        Melissa S. Hayward    on behalf of Interested Party Wazir  Kaisani mhayward@haywardfirm.com, mholmes@haywardfirm.com

        Melissa S. Hayward    on behalf of Interested Party Iqbar  Kaisani mhayward@haywardfirm.com, mholmes@haywardfirm.com

        Phillip W. Bohl    on behalf of Interested Party    Little Caesar Enterprises, Inc. phillip.bohl@gpmlaw.com

        R. Scott Williams    on behalf of Debtor    Maryland Pizza, Inc. swilliams@rumberger.com, docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumberger.com

        R. Scott Williams    on behalf of Debtor    PG County Pizza, Inc. swilliams@rumberger.com, docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumberger.com

        R. Scott Williams    on behalf of Debtor    Alabama Partners, LLC swilliams@rumberger.com, docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumberger.com

        R. Scott Williams    on behalf of Debtor    PG County Partners, LLC swilliams@rumberger.com, docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumberger.com

        R. Scott Williams    on behalf of Debtor    Maryland LC Ventures, LLC swilliams@rumberger.com, docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumberger.com

        R. Scott Williams    on behalf of Debtor    BamaChex, Inc. swilliams@rumberger.com, docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumberger.com

        Richard E. O'Neal    on behalf of Creditor Insolvency Section   Internal Revenue Service USAALN.BANKRUPTCY@usdoj.gov

        Robert H Adams    on behalf of Debtor    Maryland LC Ventures, LLC radams@rumberger.com, mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberger.com

        Robert H Adams    on behalf of Debtor    PG County Partners, LLC radams@rumberger.com, mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberger.com

        Robert H Adams    on behalf of Debtor    BamaChex, Inc. radams@rumberger.com, mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberger.com

        Robert H Adams    on behalf of Debtor    PG County Pizza, Inc. radams@rumberger.com, mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberger.com

        Robert H Adams    on behalf of Debtor    Alabama Partners, LLC radams@rumberger.com, mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberger.com

        Robert H Adams    on behalf of Debtor    Maryland Pizza, Inc. radams@rumberger.com, mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberger.com

        Russell B Robertson    on behalf of Creditor    City of Jasper rbr@lairdandrobertson.com

        Samuel Carlton Pierce    on behalf of Debtor    BamaChex, Inc. scpierce@bakerdonelson.com

                                                                                                               TOTAL: 38

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA - SOUTHERN DIVISION

**In the Matter of:**

Alabama Partners, LLC } **Case No: 17-03469-TOM11**
}
DEBTOR(S). }
}
}

## ORDER RESCHEDULING HEARING

This matter came before the Court on Monday, December 04, 2017 10:30 AM, for a hearing on the following:

1) RE: Doc #144; Motion for Relief from Stay filed by Charles Parnell, Attorney for US Bank Equipment Finance (as to member case Maryland LC Ventures LLC, 1703472)
2) RE: Doc #145; Motion for Relief from Stay and to Deem Lease Rejected filed by Ellis Brazeal, Attorney for Silver Hill II, LLC

Proper notice of the hearing was given and appearances were made by the following:

Jon A Dudeck (Bankruptcy Administrator)
R. Scott Williams, attorney for Alabama Partners, LLC (Debtor)
Phillip Bohl, attorney for Little Caesar Enterprises - by phone
Melissa Hayward, attorney for the Kaisani's - by phone
Richard O'neal, Assistant U.S. Attorney appearing on behalf of the Internal Revenue Service
Ellis Brazeal, attorney for Silver Hill II, LLC
Charles Parnell, attorney for U.S. Bank Equipment Finance

**It is therefore ORDERED, ADJUDGED and DECREED that:**

Based on arguments of counsel and the pleadings, these matters are continued to January 8, 2018 at 10:30 am in courtroom number 3 of the Robert S. Vance Federal Building, 1800 5th Avenue North, Birmingham, Alabama.

Dated: 12/06/2017

/s/ TAMARA O. MITCHELL
TAMARA O. MITCHELL
United States Bankruptcy Judge