```
                          United States Bankruptcy Court
                           Northern District of Alabama
```

In re:                                                                    Case No. 17-03469-TOM
Alabama Partners, LLC                                                     Chapter 11
        Debtor                        **CERTIFICATE OF NOTICE**

District/off: 1126-2          User: ltumlin            Page 1 of 2            Date Rcvd: Dec 06, 2017
                              Form ID: pdf000          Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 08, 2017.
```
db          +Alabama Partners, LLC,    PO Box 551267,    Jacksonville, FL 32255-1267
aty         +Leah Fiorenza McNeill,    Bryan Cave LLP,   1201 W Peachtree St NW 14tyh Floor,
              Atlanta, GA 30309-3449
aty          M. Evan Meyers,    Meyers Rodbell & Rosenbaum PA,    6801 Kenilworth Ave Ste 400,
              Riverdale, MD 20737-1385
aty         +Mark I. Duedall,    Bryan Cave LLP,   1201 W Peachtree St NW 14tyh Floor,
              Atlanta, GA 30309-3449
br          +Advanced Restaurant Sales,    111 Village Parkway Bldg #2,    Marietta, GA 30067-4013
cr          +City of Jasper,    c/o Russell B. Robertson, Esq.,    P.O. Box 498,   Jasper, AL 35502-0498,
              UNITED STATES 35502-0498
cr          +Customized Distribution, LLC,    % Daniel Sparks,    Christian & Small LLP,
              1800 Financial Center,    505 North 20th Street,    Birmingham, AL 35203-4633
cr          +NCEP, LLC Department,    Ascension Capital Group,    P.O. Box 165028,   Irving, TX 75016-5028
cr           Prince George's County, Maryland,    c/o M. Evan Meyers,    6801 Kenilworth Ave Ste 400,
              Riverdale, MD 20737-1385
cr          +Silver Hill II LLC,    c/o Ellis Brazeal Jones Walker,    1819 5th Avenue North,   Suite 1100,
              Birmingham, AL 35203-2122
cr           US Bank Equipment Finance,    c/o Parnell & Parnell, P.A.,    P.O. Box 2189,
              Montgomery, AL 36102-2189
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg         +E-mail/Text: bnc_notices_southern@alnba.uscourts.gov Dec 07 2017 01:08:34     Thomas Corbett,
              BA Birmingham,   1800 5th Avenue North,    Birmingham, AL 35203-2111
cr          +E-mail/Text: cstewart@Burr.com Dec 07 2017 01:09:31     Checkers Drive-In Restaurants, Inc.,
              c/o Burr & Forman LLP,    Derek Meek,   420 N 20th St, Ste 3400,   Birmingham, AL 35203-5210
cr          +E-mail/Text: cio.bncmail@irs.gov Dec 07 2017 01:07:31
              Insolvency Section Internal Revenue Service,    801 Broadway,   MDP 146, Room 285,
              Nashville, TN 37203-3816
ba          +E-mail/Text: bnc_notices_southern@alnba.uscourts.gov Dec 07 2017 01:08:34     J. Thomas Corbett,
              Bankruptcy Administrator,    1800 5th Avenue North,   Birmingham, AL 35203-2111
                                                                                             TOTAL: 4

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2017                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 6, 2017 at the address(es) listed below:
```
          Abigail M. McGibbon    on behalf of Interested Party    Little Caesar Enterprises, Inc.
           abigail.mcgibbon@gpmlaw.com
          Charles N Parnell    on behalf of Creditor    US Bank Equipment Finance bkrp@parnellsoutheast.com
          Clyde Ellis Brazeal, III    on behalf of Creditor    Silver Hill II LLC ebrazeal@joneswalker.com,
           dshannon@joneswalker.com
          Daniel D Sparks    on behalf of Creditor    Customized Distribution, LLC ddsparks@csattorneys.com,
           dan-sparks-9722@ecf.pacerpro.com
          Derek F Meek    on behalf of Creditor    Checkers Drive-In Restaurants, Inc. dmeek@burr.com,
           mgunnells@burr.com
          Frederick Darrell Clarke, III    on behalf of Debtor    PG County Pizza, Inc. fclarke@rumberger.com,
           mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
          Frederick Darrell Clarke, III    on behalf of Debtor    Maryland Pizza, Inc. fclarke@rumberger.com,
           mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
Frederick Darrell Clarke, III   on behalf of Debtor    PG County Partners, LLC
 fclarke@rumberger.com,
 mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
Frederick Darrell Clarke, III   on behalf of Debtor    BamaChex, Inc. fclarke@rumberger.com,
 mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
Frederick Darrell Clarke, III   on behalf of Debtor    Alabama Partners, LLC fclarke@rumberger.com,
 mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
Frederick Darrell Clarke, III   on behalf of Debtor    Maryland LC Ventures, LLC
 fclarke@rumberger.com,
 mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
James Phillip Roberts    on behalf of Creditor    Checkers Drive-In Restaurants, Inc.
 jroberts@burr.com
Jeffery J Hartley    on behalf of Interested Party    R&F Birmingham, LLC jjh@helmsinglaw.com,
 ktm@helmsinglaw.com;dwc@helmsinglaw.com
Jon A Dudeck    jon_dudeck@alnba.uscourts.gov,   courtmailbir7@alnba.uscourts.gov
Joseph D. Frank    on behalf of Creditor    Bottling Group, LLC and its affiliates and subsidiaries,
 operating as Pepsi Beverages Company jfrank@fgllp.com,
 ccarpenter@fgllp.com;rheiligman@fgllp.com;jkleinman@fgllp.com
Julian    Vasek    on behalf of Interested Party Wazir    Kaisani jvasek@haywardfirm.com
Julian    Vasek    on behalf of Interested Party Pervez    Kaisani jvasek@haywardfirm.com
Julian    Vasek    on behalf of Interested Party Iqbar    Kaisani jvasek@haywardfirm.com
Kelley Askew Gillikin    on behalf of Creditor    ALA DEPT OF REVENUE LEGAL DIVISION P O BOX 320001
 MONTGOMERY, AL  36132-0001 kelley.gillikin@revenue.alabama.gov
Melissa S. Hayward    on behalf of Interested Party Pervez    Kaisani mhayward@haywardfirm.com
 , mholmes@haywardfirm.com
Melissa S. Hayward    on behalf of Interested Party Wazir    Kaisani mhayward@haywardfirm.com
 , mholmes@haywardfirm.com
Melissa S. Hayward    on behalf of Interested Party Iqbar    Kaisani mhayward@haywardfirm.com
 , mholmes@haywardfirm.com
Phillip W. Bohl    on behalf of Interested Party    Little Caesar Enterprises, Inc.
 phillip.bohl@gpmlaw.com
R. Scott Williams    on behalf of Debtor    Maryland Pizza, Inc. swilliams@rumberger.com,
 docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumber
 ger.com
R. Scott Williams    on behalf of Debtor    PG County Pizza, Inc. swilliams@rumberger.com,
 docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumber
 ger.com
R. Scott Williams    on behalf of Debtor    Alabama Partners, LLC swilliams@rumberger.com,
 docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumber
 ger.com
R. Scott Williams    on behalf of Debtor    PG County Partners, LLC swilliams@rumberger.com,
 docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumber
 ger.com
R. Scott Williams    on behalf of Debtor    Maryland LC Ventures, LLC swilliams@rumberger.com,
 docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumber
 ger.com
R. Scott Williams    on behalf of Debtor    BamaChex, Inc. swilliams@rumberger.com,
 docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumber
 ger.com
Richard E. O'Neal    on behalf of Creditor Insolvency Section    Internal Revenue Service
 USAALN.BANKRUPTCY@usdoj.gov
Robert H Adams    on behalf of Debtor    Maryland LC Ventures, LLC radams@rumberger.com,
 mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberg
 er.com
Robert H Adams    on behalf of Debtor    PG County Partners, LLC radams@rumberger.com,
 mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberg
 er.com
Robert H Adams    on behalf of Debtor    BamaChex, Inc. radams@rumberger.com,
 mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberg
 er.com
Robert H Adams    on behalf of Debtor    PG County Pizza, Inc. radams@rumberger.com,
 mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberg
 er.com
Robert H Adams    on behalf of Debtor    Alabama Partners, LLC radams@rumberger.com,
 mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberg
 er.com
Robert H Adams    on behalf of Debtor    Maryland Pizza, Inc. radams@rumberger.com,
 mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberg
 er.com
Russell B Robertson    on behalf of Creditor    City of Jasper rbr@lairdandrobertson.com
Samuel Carlton Pierce    on behalf of Debtor    BamaChex, Inc. scpierce@bakerdonelson.com
                                                                                 TOTAL: 38
```

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE : | ) | Chapter 11 |
| | ) | |
| ALABAMA PARTNERS, LLC, *et al.*, | ) | Case No. 17–03469-TOM11 |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |

## ORDER ESTABLISHING BIDDING PROCEDURES FOR MARYLAND STORES

This matter came before the Court on December 4, 2017, on the Debtor's Motion for an Order: (A) Establishing Bidding Procedures; (B) Setting Expedited Hearing on Bidding Procedures; and (C) Authorizing Sale of Property of the Estate Free and Clear of Liens, Leases and other Interests and the Assumption and Assignment of Certain Contracts and Leases Pursuant to §§ 363 and 365 of the Bankruptcy Code (the "Motion") [Dkt. No. 154]. Based upon the arguments, testimony and pleadings before the Court, it is hereby **ORDERED** and **ADJUDGED** that:

1. The Motion is **GRANTED** and the related objection is hereby **OVERRULED**;

2. The Bidding Procedures are authorized as described in the Motion, including but not limited to the date for qualification of bidders, the Bid Deadline, the Objection Deadline, and the Break-Up Fee;

3. The Auction for the sale of the assets shall be set for February 20, 2018, as provided for in the Motion;

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, if any, are: Alabama Partners, LLC (7131); BamaChex, Inc. (6953); Maryland LC Ventures, LLC (6974); Maryland Pizza, Inc. (6929); PG County Partners LLC (2811); and PG County Pizza, Inc. (3902). The service address for each of the Debtors is P.O. Box 551267, Jacksonville, FL 32255.

4. The notice procedures set forth in the Motion, including but not limited to the Sale Notice, are hereby approved and authorized;

5. As agreed to by the parties, the allocations provided for in the APA shall not be binding on the IRS or any other party for purposes of allocating proceeds from any sale of the assets;

6. Final hearing to authorize the sale of assets is hereby set for February 21, 2018, at 1:30 p.m. at the United States Bankruptcy Court for the Northern District of Alabama, Southern Division, Robert S. Vance Federal Building, 1800 Fifth Avenue North, Birmingham, Alabama 35203.

Dated: December 6, 2017

**/s/ Tamara O. Mitchell**
TAMARA O. MITCHELL
United States Bankruptcy Judge

This Order prepared at the Court's request by:

R. Scott Williams
RUMBERGER, KIRK & CALDWELL, P.C.
2001 Park Place North, Suite 1300
Birmingham, AL 35203
Phone: (205) 327-5550
Facsimile: (205) 326-6786
swilliams@rumberger.com
Attorney for Debtors