In re:                                                          Case No. 17-03469-TOM
Alabama Partners, LLC                                           Chapter 11
            Debtor

# CERTIFICATE OF NOTICE

District/off: 1126-2          User: ltumlin          Page 1 of 2          Date Rcvd: Dec 06, 2017
                             Form ID: pdf000         Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 08, 2017.
```
db                +Alabama Partners, LLC,   PO Box 551267,   Jacksonville, FL 32255-1267
aty               +Leah Fiorenza McNeill,   Bryan Cave LLP,   1201 W Peachtree St NW 14tyh Floor,
                   Atlanta, GA 30309-3449
aty                M. Evan Meyers,   Meyers Rodbell & Rosenbaum PA,   6801 Kenilworth Ave Ste 400,
                   Riverdale, MD 20737-1385
aty               +Mark I. Duedall,   Bryan Cave LLP,   1201 W Peachtree St NW 14tyh Floor,
                   Atlanta, GA 30309-3449
br                +Advanced Restaurant Sales,   111 Village Parkway Bldg #2,   Marietta, GA 30067-4013
cr                +City of Jasper,   c/o Russell B. Robertson, Esq.,   P.O. Box 498,   Jasper, AL 35502-0498,
                   UNITED STATES 35502-0498
cr                +Customized Distribution, LLC,   % Daniel Sparks,   Christian & Small LLP,
                   1800 Financial Center,   505 North 20th Street,   Birmingham, AL 35203-4633
cr                +NCEP, LLC Department,   Ascension Capital Group,   P.O. Box 165028,   Irving, TX 75016-5028
cr                 Prince George's County, Maryland,   c/o M. Evan Meyers,   6801 Kenilworth Ave Ste 400,
                   Riverdale, MD 20737-1385
cr                +Silver Hill II LLC,   c/o Ellis Brazeal Jones Walker,   1819 5th Avenue North,   Suite 1100,
                   Birmingham, AL 35203-2122
cr                 US Bank Equipment Finance,   c/o Parnell & Parnell, P.A.,   P.O. Box 2189,
                   Montgomery, AL  36102-2189
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg               +E-mail/Text: bnc_notices_southern@alnba.uscourts.gov Dec 07 2017 01:08:42      Thomas Corbett,
                   BA Birmingham,   1800 5th Avenue North,   Birmingham, AL 35203-2111
cr                +E-mail/Text: cstewart@Burr.com Dec 07 2017 01:09:31      Checkers Drive-In Restaurants, Inc.,
                   c/o Burr + Forman LLP,   Derek Meek,   420 N 20th St, Ste 3400,   Birmingham, AL 35203-5210
cr                +E-mail/Text: cio.bncmail@irs.gov Dec 07 2017 01:07:40
                   Insolvency Section Internal Revenue Service,   801 Broadway,   MDP 146, Room 285,
                   Nashville, TN 37203-3816
ba                +E-mail/Text: bnc_notices_southern@alnba.uscourts.gov Dec 07 2017 01:08:42      J. Thomas Corbett,
                   Bankruptcy Administrator,   1800 5th Avenue North,   Birmingham, AL 35203-2111
                                                                                            TOTAL: 4
```

```
          ***** BYPASSED RECIPIENTS *****
NONE.                                                                           TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2017                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 6, 2017 at the address(es) listed below:
```
          Abigail M. McGibbon   on behalf of Interested Party   Little Caesar Enterprises, Inc.
          abigail.mcgibbon@gmlaw.com
          Charles N Parnell   on behalf of Creditor   US Bank Equipment Finance bkrp@parnellsoutheast.com
          Clyde Ellis Brazeal, III   on behalf of Creditor   Silver Hill II LLC ebrazeal@joneswalker.com,
          dshannon@joneswalker.com
          Daniel D Sparks   on behalf of Creditor   Customized Distribution, LLC ddsparks@csattorneys.com,
          dan-sparks-9722@ecf.pacerpro.com
          Derek F Meek   on behalf of Creditor   Checkers Drive-In Restaurants, Inc. dmeek@burr.com,
          mgunnells@burr.com
          Frederick Darrell Clarke, III   on behalf of Debtor   PG County Pizza, Inc. fclarke@rumberger.com,
          mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
          Frederick Darrell Clarke, III   on behalf of Debtor   Maryland Pizza, Inc. fclarke@rumberger.com,
          mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Frederick Darrell Clarke, III   on behalf of Debtor    PG County Partners, LLC
          fclarke@rumberger.com,
          mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
          Frederick Darrell Clarke, III   on behalf of Debtor    BamaChex, Inc. fclarke@rumberger.com,
          mbarnette@rumberger.com;Docketingorlando@rumberger.com
          Frederick Darrell Clarke, III   on behalf of Debtor    Alabama Partners, LLC fclarke@rumberger.com,
          mbarnette@rumberger.com;Docketingorlando@rumberger.com
          Frederick Darrell Clarke, III   on behalf of Debtor    Maryland LC Ventures, LLC
          fclarke@rumberger.com,
          mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
          James Phillip Roberts   on behalf of Creditor    Checkers Drive-In Restaurants, Inc.
          jroberts@burr.com
          Jeffery J Hartley   on behalf of Interested Party   R&F Birmingham, LLC jjh@helmsinglaw.com,
          ktm@helmsinglaw.com;dwc@helmsinglaw.com
          Jon A Dudeck   jon_dudeck@alnba.uscourts.gov,  courtmailbir7@alnba.uscourts.gov
          Joseph D. Frank   on behalf of Creditor    Bottling Group, LLC and its affiliates and subsidiaries,
          operating as Pepsi Beverages Company jfrank@fgllp.com,
          ccarpenter@fgllp.com;rheiligman@fgllp.com;jkleinman@fgllp.com
          Julian Vasek   on behalf of Interested Party Wazir  Kaisani jvasek@haywardfirm.com
          Julian Vasek   on behalf of Interested Party Pervez  Kaisani jvasek@haywardfirm.com
          Julian Vasek   on behalf of Interested Party Iqbar  Kaisani jvasek@haywardfirm.com
          Kelley Askew Gillikin   on behalf of Creditor    ALA DEPT OF REVENUE LEGAL DIVISION P O BOX 320001
          MONTGOMERY, AL  36132-0001 kelley.gillikin@revenue.alabama.gov
          Melissa S. Hayward   on behalf of Interested Party Pervez  Kaisani mhayward@haywardfirm.com
          , mholmes@haywardfirm.com
          Melissa S. Hayward   on behalf of Interested Party Wazir  Kaisani mhayward@haywardfirm.com
          , mholmes@haywardfirm.com
          Melissa S. Hayward   on behalf of Interested Party Iqbar  Kaisani mhayward@haywardfirm.com
          , mholmes@haywardfirm.com
          Phillip W. Bohl   on behalf of Interested Party   Little Caesar Enterprises, Inc.
          phillip.bohl@gpmlaw.com
          R. Scott Williams   on behalf of Debtor    Maryland Pizza, Inc. swilliams@rumberger.com,
          docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumber
          ger.com
          R. Scott Williams   on behalf of Debtor    PG County Pizza, Inc. swilliams@rumberger.com,
          docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumber
          ger.com
          R. Scott Williams   on behalf of Debtor    Alabama Partners, LLC swilliams@rumberger.com,
          docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumber
          ger.com
          R. Scott Williams   on behalf of Debtor    PG County Partners, LLC swilliams@rumberger.com,
          docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumber
          ger.com
          R. Scott Williams   on behalf of Debtor    Maryland LC Ventures, LLC swilliams@rumberger.com,
          docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumber
          ger.com
          R. Scott Williams   on behalf of Debtor    BamaChex, Inc. swilliams@rumberger.com,
          docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumber
          ger.com
          Richard E. O'Neal   on behalf of Creditor Insolvency Section   Internal Revenue Service
          USAALN.BANKRUPTCY@usdoj.gov
          Robert H Adams   on behalf of Debtor    Maryland LC Ventures, LLC radams@rumberger.com,
          mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberg
          er.com
          Robert H Adams   on behalf of Debtor    PG County Partners, LLC radams@rumberger.com,
          mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberg
          er.com
          Robert H Adams   on behalf of Debtor    BamaChex, Inc. radams@rumberger.com,
          mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberg
          er.com
          Robert H Adams   on behalf of Debtor    PG County Pizza, Inc. radams@rumberger.com,
          mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberg
          er.com
          Robert H Adams   on behalf of Debtor    Alabama Partners, LLC radams@rumberger.com,
          mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberg
          er.com
          Robert H Adams   on behalf of Debtor    Maryland Pizza, Inc. radams@rumberger.com,
          mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberg
          er.com
          Russell B Robertson   on behalf of Creditor    City of Jasper rbr@lairdandrobertson.com
          Samuel Carlton Pierce   on behalf of Debtor    BamaChex, Inc. scpierce@bakerdonelson.com
                                                                      TOTAL: 38

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE : | ) | Chapter 11 |
| | ) | |
| ALABAMA PARTNERS, LLC, *et al.*, | ) | Case No. 17–03469-TOM11 |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |

## ORDER APPROVING MOTION TO EXTEND TIME TO ASSUME OR REJECT UNEXPIRED NONRESIDENTIAL REAL PROPERTY LEASES

This matter came before the Court on the Debtors' Motion to Extend time to Assume or Reject Unexpired Nonresidential Real Property Leases (the "Motion"), filed on November 22, 2017 [Dkt. No. 155]. Based upon the arguments and pleadings before the Court, the Court finds that the Motion is due to be granted. The Court hereby FINDS that proper notice has been given and that the Motion is hereby GRANTED and that the time to assume or reject unexpired nonresidential real property leases as provided for in the Motion is extended to through and including March 9, 2018.

DONE and so ORDERED this 6th day of December, 2017

/s/ Tamara O. Mitchell
UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, if any, are: Alabama Partners, LLC (7131); BamaChex, Inc. (6953); Maryland LC Ventures, LLC (6974); Maryland Pizza, Inc. (6929); PG County Partners LLC (2811); and PG County Pizza, Inc. (3902). The service address for each of the Debtors is P.O. Box 551267, Jacksonville, FL 32255.

This Order prepared at the Court's request by:

R. Scott Williams
RUMBERGER, KIRK & CALDWELL, P.C.
2001 Park Place North, Suite 1300
Birmingham, AL 35203
Phone: (205) 327-5550
Facsimile: (205) 326-6786
swilliams@rumberger.com
Attorney for Debtors