IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE : | ) | Chapter 11 |
| | ) | |
| ALABAMA PARTNERS, LLC, *et al.*, | ) | Case No. 17–03469-TOM11 |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |

**FIRST INTERIM APPLICATION OF
RUMBERGER, KIRK & CALDWELL, P.C. FOR COMPENSATION
AS COUNSEL FOR ALABAMA PARTNERS, LLC**

PART I.  COVER SHEET

1. Name of Applicant:   Rumberger, Kirk & Caldwell, P.C. ("RKC")

2. Date of Order Authorizing Employment:  8/25/2017 nunc pro tunc 8/11/2017

3. Professional Services Rendered to: Alabama Partners, LLC

4. Period for which Compensation is requested: 8/11/2017 through 11/30/2017 ("First Interim Fee Period")

    (a) Amount of Fees Sought: $130,037.50

    (b) Amount of Expenses Sought: $39,161.11

5. This is an interim request of fees for professional services.

6. The aggregate amount of fees and expenses sought to date: $0.00

7. Prior applications filed in this case:  None

8. The aggregate amount of fees and expenses allowed to date: $0.00

9. The aggregate amount of fees and expenses paid to date: $0.00[2]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, if any, are: Alabama Partners, LLC (7131); BamaChex, Inc. (6953); Maryland LC Ventures, LLC (6974); Maryland Pizza, Inc. (6929); PG County Partners LLC (2811); and PG County Pizza, Inc. (3902). The service address for each of the Debtors is P.O. Box 551267, Jacksonville, FL 32255.

[2] Retainer of $24,563.10 held in Trust.

/s/ R. Scott Williams
R. Scott Williams
Rumberger, Kirk & Caldwell, P.C.
2001 Park Place North, Suite 1300
Birmingham, AL 35209
(205) 327-5550

Dated: December 12, 2017

2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| IN RE : | ) | Chapter 11 |
| --- | --- | --- |
| | ) | |
| ALABAMA PARTNERS, LLC, *et al.*, | ) | Case No. 17–03469-TOM11 |
| | ) | |
| Debtors.[3] | ) | (Jointly Administered) |
| | ) | |

**FIRST INTERIM APPLICATION OF
RUMBERGER, KIRK & CALDWELL, P.C. FOR COMPENSATION
AS COUNSEL FOR ALABAMA PARTNERS, LLC**

PART II. PROJECT SUMMARIES

Project 1 – General Administrative

Compensation Requested $27,925.00

| Professional | Title | Rate | Hours | Amount of Fees |
| --- | --- | --- | --- | --- |
| Scott Williams | Partner | $400.00 | 67.90 | $27,160.00 |
| Robert Adams | Partner | $400.00 | 0.10 | $ 40.00 |
| Mary Jane Barnette | Paralegal | $125.00 | 5.80 | $ 725.00 |
| | | | | |
| **Totals** | | | 73.80 | $27,925.00 |

**Summary of Project.** This project involved general bankruptcy services including reviewing claims, reviewing and filing Monthly Operating Reports, assisting the Debtor with compliance with the Chapter 11 Operating Order, assisting the Debtor with tax matters, and other administrative matters related to this Chapter 11 case.

**Necessity of Project.** The general administrative work is necessary to help the Debtor navigate the Chapter 11 process and comply with various administrative and court requirements in this Chapter 11 case.

---

[3] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, if any, are: Alabama Partners, LLC (7131); BamaChex, Inc. (6953); Maryland LC Ventures, LLC (6974); Maryland Pizza, Inc. (6929); PG County Partners LLC (2811); and PG County Pizza, Inc. (3902). The service address for each of the Debtors is P.O. Box 551267, Jacksonville, FL 32255.

3

Case 17-03469-TOM7    Doc 177    Filed 12/12/17    Entered 12/12/17 11:00:58    Desc Main
Document    Page 3 of 18

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| IN RE : | ) | Chapter 11 |
| --- | --- | --- |
| | ) | |
| ALABAMA PARTNERS, LLC, *et al.*, | ) | Case No. 17–03469-TOM11 |
| | ) | |
| Debtors.[4] | ) | (Jointly Administered) |
| | ) | |

## FIRST INTERIM APPLICATION OF
## RUMBERGER, KIRK & CALDWELL, P.C. FOR COMPENSATION
## AS COUNSEL FOR ALABAMA PARTNERS, LLC

PART II.  PROJECT SUMMARIES

Project 2 – Petition & Schedules

**Compensation Requested $10,940.00**

| Professional | Title | Rate | Hours | Amount of Fees |
| --- | --- | --- | --- | --- |
| Scott Williams | Partner | $400.00 | 8.90 | $3,560.00 |
| Robert Adams | Partner | $400.00 | 1.20 | $ 480.00 |
| Mary Jane Barnette | Paralegal | $125.00 | 55.20 | $6,900.00 |
| | | | | |
| **Totals** | | | 65.30 | $10,940.00 |

**Summary of Project.** This project involved working with the Debtor to prepare Petitions, Creditor Matrixes, Schedules and Statement of Financial Affairs and amendments thereto for the Debtor and five affiliated companies.

**Necessity of Project.** This project was necessary to compile the required information for the Debtor's Petitions, Schedules, and Statement of Financial Affairs required to be filed by the Bankruptcy Code.

---

[4] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, if any, are: Alabama Partners, LLC (7131); BamaChex, Inc. (6953); Maryland LC Ventures, LLC (6974); Maryland Pizza, Inc. (6929); PG County Partners LLC (2811); and PG County Pizza, Inc. (3902). The service address for each of the Debtors is P.O. Box 551267, Jacksonville, FL 32255.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| IN RE : | ) | Chapter 11 |
| --- | --- | --- |
| | ) | |
| ALABAMA PARTNERS, LLC, *et al.*, | ) | Case No. 17–03469-TOM11 |
| | ) | |
| Debtors.[5] | ) | (Jointly Administered) |
| | ) | |

FIRST INTERIM APPLICATION OF
RUMBERGER, KIRK & CALDWELL, P.C. FOR COMPENSATION
AS COUNSEL FOR ALABAMA PARTNERS, LLC

PART II. PROJECT SUMMARIES

Project 3 – 341 Meeting/BA Operating Issues

Compensation Requested $1,582.00

| Professional | Title | Rate | Hours | Amount of Fees |
| --- | --- | --- | --- | --- |
| Scott Williams | Partner | $400.00 | 2.70 | $1,080.00 |
| Frederick D. Clarke | Associate | $165.00 | 1.30 | $ 214.50 |
| Mary Jane Barnette | Paralegal | $125.00 | 2.30 | $ 287.50 |
| | | | | |
| Totals | | | 6.30 | $1,582.00 |

**Summary of Project.** This project involved preparing for and attending the intake meeting with the Bankruptcy Administrator, providing requested documentation to the Bankruptcy Administrator and, preparing for and attending the 341 Meeting of Creditors.

**Necessity of Project.** The 341 Meeting/BA Operating Issues work was necessary to assist the Debtor with complying with various administrative and court requirements in this Chapter 11 case.

---

[5] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, if any, are: Alabama Partners, LLC (7131); BamaChex, Inc. (6953); Maryland LC Ventures, LLC (6974); Maryland Pizza, Inc. (6929); PG County Partners LLC (2811); and PG County Pizza, Inc. (3902). The service address for each of the Debtors is P.O. Box 551267, Jacksonville, FL 32255.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| IN RE : | ) | Chapter 11 |
| --- | --- | --- |
| | ) | |
| ALABAMA PARTNERS, LLC, *et al.*, | ) | Case No. 17–03469-TOM11 |
| | ) | |
| Debtors.[6] | ) | (Jointly Administered) |
| | ) | |

### FIRST INTERIM APPLICATION OF
### RUMBERGER, KIRK & CALDWELL, P.C. FOR COMPENSATION
### AS COUNSEL FOR ALABAMA PARTNERS, LLC

PART II. PROJECT SUMMARIES

Project 4 – First Day Motions

**Compensation Requested $16,425.00**

| Professional | Title | Rate | Hours | Amount of Fees |
| --- | --- | --- | --- | --- |
| Scott Williams | Partner | $400.00 | 30.50 | $12,200.00 |
| Robert Adams | Partner | $400.00 | 0.30 | $ 120.00 |
| Frederick D. Clarke | Associate | $165.00 | 17.00 | $2,805.00 |
| Mary Jane Barnette | Paralegal | $125.00 | 10.40 | $1,300.00 |
| | | | | |
| **Totals** | | | **58.20** | **$16,425.00** |

**Summary of Project.** This project involved research relating to and preparation of various first day motions including joint administration, adequate protection for utility companies, continued use of existing bank accounts, payment of employees' wages, continuation of certain customer practices and benefits, and the use of cash collateral.

**Necessity of Project.** The various first day and financing motions were necessary to the administration of the estate so that the Debtor could continue its day to day operations after filing Chapter 11.

---

[6] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, if any, are: Alabama Partners, LLC (7131); BamaChex, Inc. (6953); Maryland LC Ventures, LLC (6974); Maryland Pizza, Inc. (6929); PG County Partners LLC (2811); and PG County Pizza, Inc. (3902). The service address for each of the Debtors is P.O. Box 551267, Jacksonville, FL 32255.

6

| IN RE : | ) | Chapter 11 |
|---|---|---|
| | ) | |
| ALABAMA PARTNERS, LLC, *et al.*, | ) | Case No. 17–03469-TOM11 |
| | ) | |
| Debtors.[7] | ) | (Jointly Administered) |
| | ) | |

## FIRST INTERIM APPLICATION OF
## RUMBERGER, KIRK & CALDWELL, P.C. FOR COMPENSATION
## AS COUNSEL FOR ALABAMA PARTNERS, LLC

PART II. PROJECT SUMMARIES

Project 5 – Sale of Alabama Assets

**Compensation Requested $58,137.00**

| Professional | Title | Rate | Hours | Amount of Fees |
|---|---|---|---|---|
| Scott Williams | Partner | $400.00 | 138.50 | $55,400.00 |
| Robert Adams | Partner | $400.00 | 0.70 | $ 280.00 |
| Frederick D. Clarke | Associate | $165.00 | 3.30 | $ 544.50 |
| Mary Jane Barnette | Paralegal | $125.00 | 15.30 | $1,912.50 |
| | | | | |
| **Totals** | | | 157.80 | $58,137.00 |

**Summary of Project.** This project involved negotiations for the sale of the Debtor's Alabama assets, filing motions to approve the bidding procedures and sale, resolving objections to the sale, attending hearings, preparing orders, negotiations with franchisor and landlords for the assumption and transfer of leases and franchise agreements, preparation of closing documents and closing the sale.

**Necessity of Project.** This project was necessary to liquidate the Alabama assets for the best price as this is a liquidating Chapter 11 case.

---

[7] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, if any, are: Alabama Partners, LLC (7131); BamaChex, Inc. (6953); Maryland LC Ventures, LLC (6974); Maryland Pizza, Inc. (6929); PG County Partners LLC (2811); and PG County Pizza, Inc. (3902). The service address for each of the Debtors is P.O. Box 551267, Jacksonville, FL 32255.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| IN RE : | ) | Chapter 11 |
| --- | --- | --- |
| | ) | |
| ALABAMA PARTNERS, LLC, *et al.*, | ) | Case No. 17–03469-TOM11 |
| | ) | |
| Debtors.[8] | ) | (Jointly Administered) |
| | ) | |

**FIRST INTERIM APPLICATION OF
RUMBERGER, KIRK & CALDWELL, P.C. FOR COMPENSATION
AS COUNSEL FOR ALABAMA PARTNERS, LLC**

PART II. PROJECT SUMMARIES

Project 6 – Sale of Maryland Assets

**Compensation Requested $7,148.50**

| Professional | Title | Rate | Hours | Amount of Fees |
| --- | --- | --- | --- | --- |
| Scott Williams | Partner | $400.00 | 17.50 | $7,000.00 |
| Frederick D. Clarke | Associate | $165.00 | 0.90 | $ 148.50 |
| | | | | |
| **Totals** | | | 18.40 | $7,148.50 |

**Summary of Project.** This project involved negotiations for the sale of the Debtor's Maryland assets, filing motions to approve the bidding procedures and sale, attending hearings, preparing orders, and negotiations with the franchisor and landlords for the assumption and transfer of leases and franchise agreements.

**Necessity of Project.** This project was necessary to liquidate the Alabama assets for the best price as this is a liquidating Chapter 11 case.

---

[8] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, if any, are: Alabama Partners, LLC (7131); BamaChex, Inc. (6953); Maryland LC Ventures, LLC (6974); Maryland Pizza, Inc. (6929); PG County Partners LLC (2811); and PG County Pizza, Inc. (3902). The service address for each of the Debtors is P.O. Box 551267, Jacksonville, FL 32255.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| IN RE : | ) | Chapter 11 |
| --- | --- | --- |
| | ) | |
| ALABAMA PARTNERS, LLC, *et al.*, | ) | Case No. 17–03469-TOM11 |
| | ) | |
| Debtors.[9] | ) | (Jointly Administered) |
| | ) | |

## FIRST INTERIM APPLICATION OF
## RUMBERGER, KIRK & CALDWELL, P.C. FOR COMPENSATION
## AS COUNSEL FOR ALABAMA PARTNERS, LLC

PART II. PROJECT SUMMARIES

Project 7 – Other Motions

**Compensation Requested $6,820.00**

| Professional | Title | Rate | Hours | Amount of Fees |
| --- | --- | --- | --- | --- |
| Scott Williams | Partner | $400.00 | 10.20 | $4,080.00 |
| Robert Adams | Partner | $400.00 | 0.50 | $ 200.00 |
| Frederick D. Clarke | Associate | $165.00 | 13.50 | $2,227.50 |
| Mary Jane Barnette | Paralegal | $125.00 | 2.50 | $ 312.50 |
| | | | | |
| **Totals** | | | **26.70** | **$6,820.00** |

**Summary of Project.** This project involved the preparation and response to various pleadings and motions involved in the administration of the estate.

**Necessity of Project.** The preparation and participation in various motions is essential in the development and progress of the case towards a resolution.

---

[9] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, if any, are: Alabama Partners, LLC (7131); BamaChex, Inc. (6953); Maryland LC Ventures, LLC (6974); Maryland Pizza, Inc. (6929); PG County Partners LLC (2811); and PG County Pizza, Inc. (3902). The service address for each of the Debtors is P.O. Box 551267, Jacksonville, FL 32255.

9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| IN RE : | ) | Chapter 11 |
| --- | --- | --- |
| | ) | |
| ALABAMA PARTNERS, LLC, *et al.*, | ) | Case No. 17–03469-TOM11 |
| | ) | |
| Debtors.[10] | ) | (Jointly Administered) |
| | ) | |

**FIRST INTERIM APPLICATION OF
RUMBERGER, KIRK & CALDWELL, P.C. FOR COMPENSATION
<u>AS COUNSEL FOR ALABAMA PARTNERS, LLC</u>**

PART II. PROJECT SUMMARIES

**Project 8 – Retention & Compensation**

**Compensation Requested $1,060.00**

| Professional | Title | Rate | Hours | Amount of Fees |
| --- | --- | --- | --- | --- |
| Scott Williams | Partner | $400.00 | 0.70 | $ 280.00 |
| Robert Adams | Partner | $400.00 | 0.20 | $ 80.00 |
| Mary Jane Barnette | Paralegal | $125.00 | 5.60 | $ 700.00 |
| | | | | |
| **Totals** | | | **6.50** | **$1,060.00** |

**Summary of Project.** This project involved the preparation of retention applications, affidavits and proposed orders for the employment of counsel.

**Necessity of Project.** This project was necessary for professionals to be employed and for compensation to be requested in accordance with the Bankruptcy Code.

---

[10] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, if any, are: Alabama Partners, LLC (7131); BamaChex, Inc. (6953); Maryland LC Ventures, LLC (6974); Maryland Pizza, Inc. (6929); PG County Partners LLC (2811); and PG County Pizza, Inc. (3902). The service address for each of the Debtors is P.O. Box 551267, Jacksonville, FL 32255.

10

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE : | ) | Chapter 11 |
| | ) | |
| ALABAMA PARTNERS, LLC, *et al.*, | ) | Case No. 17–03469-TOM11 |
| | ) | |
| Debtors.[11] | ) | (Jointly Administered) |
| | ) | |

## FIRST INTERIM APPLICATION OF
## RUMBERGER, KIRK & CALDWELL, P.C. FOR COMPENSATION
## AS COUNSEL FOR ALABAMA PARTNERS, LLC

PART III. SUPPORT OF FEES

**COMES NOW** Rumberger, Kirk & Caldwell, P.C. ("Applicant" or "RKC"), counsel to Stewart Ray Dudley, Debtor and Debtor-in-Possession ("Debtor") and files its First Interim Application for Compensation pursuant to 11 U.S.C. §§ 330 and 331 and Bankruptcy Rules 2002(a) and 2016 (this "First Fee Application"). In support of this First Fee Application, RKC states as follows:

1. This case was initiated by the filing of a voluntary petition for relief under Chapter 11 of the Bankruptcy Code on August 11, 2017.

2. On or about August 18, 2017, an application to employ RKC [Docket No. 37] was filed by the Debtor.

3. On August 25, 2017, this Court entered an Order approving the employment of RKC as counsel to the Debtor, nunc pro tunc August 11, 2017 [Docket No. 77].

4. Applicant files this First Fee Application seeking an award of interim compensation for services rendered to the Debtor in the above-styled bankruptcy case and reimbursement of necessary out of pocket expenses.

---

[11] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, if any, are: Alabama Partners, LLC (7131); BamaChex, Inc. (6953); Maryland LC Ventures, LLC (6974); Maryland Pizza, Inc. (6929); PG County Partners LLC (2811); and PG County Pizza, Inc. (3902). The service address for each of the Debtors is P.O. Box 551267, Jacksonville, FL 32255.

5. This First Fee Application seeks compensation for all services rendered from August 11, 2017 to November 30, 2017 ("First Interim Fee Period").

6. In this First Fee Application, Applicant seeks an award of compensation based on legal services rendered to the Debtor in the amount of $130,037.50. A detailed statement of the time records for the time Applicant spent working on this matter are attached hereto as Exhibit A and are broken down by project.

7. Applicant seeks reimbursement of expenses actually and necessarily incurred in connection with representation of the Debtor in the amount of $39,169.11. A breakdown of the expenses is as follows:

| Copies | $25,959.00 |
|---|---|
| Pacer | $60.00 |
| Filing Fees | $10,333.00 |
| Parking | $10.50 |
| Postage | $2,787.66 |
| Long Distance | $10.95 |
|  |  |
| **Total Expenses** | **$39,161.11** |

A detailed schedule of expenses is attached as part of Exhibit A.

8. 11 U.S.C. § 330(3)(a) requires the Court, in determining the amount of reasonable compensation to be awarded, to considering the following factors:

    (a) The time spent on such services;

    (b) The rates charged for such services;

    (c) Whether the services were necessary to the administration of, or beneficial to the bankruptcy estate at the time at which the service was rendered toward the completion of a case under this title;

    (d) Whether services were performed within a reasonable amount of time commensurate with the complexity, importance and nature of the problem, issue or task addressed; and

(e) Whether the compensation is reasonable based upon the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

Each of the above requirements is addressed below.

9. **The time spent on such services.** Because Applicant regularly handles cases of this type, all on an hourly basis, Applicant has kept records for the time spent working on this case. The time records attached hereto reflect that: substantially all of the time spent performing legal services for the Debtor were performed by R. Scott Williams, who spent 276.90 hours on this case; Robert H. Adams, who spent 3.00 hours on this case; and Frederick D. Clarke who spent 36.00 hours on this case. An additional 97.10 hours of other legal services were performed by Mary Jane Barnette, a paralegal at RKC.

10. **Rates charged for such services.** The undersigned agreed to perform services in this case for the Debtor in exchange for the payment of an hourly rate equal to rates ranging from $125 per hour for paralegals up to $400 per hour for partners. Said hourly rates are consistent with the hourly rate charged by Applicant for services rendered to other clients of RKC for the services of R. Scott Williams, Robert H. Adams and Frederick D. Clarke and various paralegals. The hourly rates are appropriate for the experience and expertise of R. Scott Williams who has practiced law in the State of Alabama for in excess of 28 years and Robert H. Adams who has practiced law in the State of Alabama for in excess of 37 years, primarily in the practice area of bankruptcy; and for Frederick D. Clarke, who has practiced law in the State of Alabama for approximately 15 months, primarily in the practice areas of civil litigation and bankruptcy. Said hourly rates are consistent with the hourly rates charged by attorneys in the Birmingham, Alabama area for equivalent services performed by attorneys with similar experience and expertise.

11. **Necessity and benefit of the services.** The services performed by Applicant were necessary to properly represent the Debtor in the above-styled bankruptcy case. Applicant carefully and constructively conducted its activities to ensure minimal duplication of services. Applicant worked with the Debtor to file schedules and statement of financial affairs for the Debtor and five affiliated companies, filed pleadings, motions, responses, objections and proposed orders on various matters in this case, negotiated a sale of the Debtor's Alabama assets and is currently working to negotiate as sale of the Debtor's Maryland assets.

12. **Timeliness of performance of services.** It was essential that the Debtor receive prompt attention on issues as they arose in this case and to conclude the sale of the Alabama assets. Applicant performed services for the Debtor timely and efficiently.

13. **Reasonableness of compensation.** The requested compensation is not only reasonable but is also entirely consistent with the customary compensation paid to attorneys involved in these types of cases on an hourly basis.

14. **Grant v. George Schumann Tire & Battery Co.** Courts in this Circuit have also determined the reasonableness of attorney's fees by applying the factors set out in *Grant v. George Schumann Tire & Battery Co.*, 908 F.3d 874 (11th Cir. 1990) and *Johnston v. Georgia Highway Express*, 488 F.2d 714 (5th Cir. 1974). Consideration of those factors should lead the Court to grant Applicant's request for payment of compensation and expenses. The factors are:

   a. Time and labor required. As stated above, the attorneys who worked on this matter spent a total of 315.90 hours which is a reasonable amount of time given the complexity of and the issues which arose in this case and the time limitations imposed by the pending sales of assets.

b. The novelty or difficulty of the questions presented by the case. This case presented issues common within the context of bankruptcy cases. As a result, this factor is not significant in affecting compensation.

c. Skill required to perform the services properly. The work performed by Applicant was substantially performed by R. Scott Williams who has been handling these type of cases for over 28 years; Robert H. Adams who has been handling these types of cases for over 37 years; and Frederick D. Clarke, a second year associate with RKC. As a result of their experience, RKC was able to represent the Debtor efficiently and effectively.

d. The preclusion of other employment by the acceptance of this employment. Applicant represents that the acceptance of this engagement did not preclude availability for employment on other matters.

e. Customary fees for work charged in the in the community. It is customary in the Birmingham area for cases such as the one at issue here to be taken on an hourly basis. The range of hourly rates from $125 to $400 per hour is not excessive given the experience and the amount of time spent on this matter.

f. Contingent nature of fees. While the payment of fees in this case is not contingent on the outcome, Debtor's counsel was careful to prevent duplication of work and carefully watched the fees charged to the Debtor.

g. Time limitations imposed by the circumstances. At various times significant expenditures of time have been required to meet the needs of this case, but have not otherwise precluded other employment.

h. Amount involved and results obtained. The Applicant has successfully provided legal services in the various matters which arose in this chapter 11 case as described herein.

15

i. Expenses, reputation and ability of attorney. The undersigned attorneys have been practicing law in Alabama for many years. During that time, they have participated in numerous bankruptcy cases from many possible perspectives.

j. The nature and length of the professional relationship to the client. Applicant had no prior relationship with the Debtor prior to being engaged as counsel in this case shortly before the bankruptcy filing.

k. The undesirability of this case. The Applicant avers that the undesirability of this case is not a factor with respect to this request for fees. This case was not undesirable.

15. **Conclusion.** Because attorneys in the relevant legal community customarily charge an hourly rate for the work performed and because Applicant diligently represented the Debtor in this case for the purposes for which they were employed in the case, an award of $130,037.50 in fees and $39,161.11 in expenses is believed to be a reasonable request for legal services provided in this case during the First Interim Fee Period.

**WHEREFORE, PREMISES CONSIDERED**, the undersigned Applicant prays this Honorable Court will enter an Order awarding Applicant attorney's fees and expenses as requested in this First Fee Application in the total amount of $169,198.61.

Dated: December 12, 2017.

R. Scott Williams
Attorney for Alabama Partners, LLC

**OF COUNSEL:**

**RUMBERGER, KIRK & CALDWELL, P.C.**
2001 Park Place North, Suite 1300
Birmingham, Alabama 35203
Telephone:   (205)327-5550
Facsimile:   (205)326-6786
Email:       swilliams@rumberger.com

16
Case 17-03469-TOM7    Doc 177    Filed 12/12/17    Entered 12/12/17 11:00:58    Desc Main
Document    Page 16 of 18

## VERIFICATION

I have read the above and foregoing Application. As required by Federal Bankruptcy Rule of Procedure 2014(a) and in accordance with Federal Bankruptcy Rule of Procedure 9011(b) and Title 28 U.S.C. § 1746, I declare under penalty of perjury that the statements there made with reference to me and my professional associates are true and correct.

Dated this the 12th day of December, 2017.

_____
R. Scott Williams
For Applicant

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing has been served on the Bankruptcy Administrator and parties requesting notice by this Court's CM/ECF system on this the 12th day of December, 2017.

                                              /s/ [signature]
                                              Of Counsel