IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE : | ) | Chapter 11 |
| | ) | |
| ALABAMA PARTNERS, LLC, *et al.*, | ) | Case No. 17–03469-TOM11 |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |

## ADVANCED RESTAURANT SALES' FIRST APPLICATION FOR COMPENSATION

COMES NOW, the above captioned Debtors, as debtors and debtors in possession in the above-captioned Chapter 11 case (the "Debtors"), by and through undersigned counsel of record, and respectfully submits Advanced Restaurant Sales' ("Advanced") First Application for Compensation pursuant to § 330 of the Bankruptcy Code and Rule 2016 of the Federal Rules of Bankruptcy Procedure. In support of this Application, the Debtors submit the following:

1. On August 11, 2017 (the "Petition Date"), each Debtor commenced with this Court a voluntary chapter 11 case under Title XI of the United States Code (the "Bankruptcy Code").

2. On August 18, 2017, the Debtors filed an application to employ Advanced, nunc pro tun August 11, 2017 (the "Employment Application") [Doc. No. 38].

3. This Court entered its Notice and Order Approving Employment of Sales Broker/Agent for the Estate nunc pro tunc August 11, 2017, on August 25, 2017 (the "Employment Order) [Doc. No. 78].

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, if any, are: Alabama Partners, LLC (7131); BamaChex, Inc. (6953); Maryland LC Ventures, LLC (6974); Maryland Pizza, Inc. (6929); PG County Partners LLC (2811); and PG County Pizza, Inc. (3902). The service address for each of the Debtors is P.O. Box 551267, Jacksonville, FL 32255.

4. On October 31, 2017, this Court entered its Order Approving Sale Free and Clear of Liens and the Assignment of Leases and Certain Contracts Pursuant to § 363 and § 365 of the Bankruptcy Code [Doc. No. 142] approving the sale and assumption of the Debtors assets and real property leases on property located in Alabama (the "Alabama Assets").

5. In the Employment Application, the Debtors sought to employ Advanced on a contingency fee basis of four percent (4%) of the gross purchase price. All costs and expesnes are borne directly by Advanced. No additional compensation for costs and expenses is being sought, nor is any due.

6. The Debtors closed the sale of the Alabama Assets effective as of 12:01 a.m. November 14, 2017.

7. The gross purchase price of the Alabama Assets was $1,350,000.00. Four percent (4%) of the gross purchase price is $54,000.00.

8. Attached hereto as Exhibit A is a copy of the Closing Statement from the sale of the Alabama Assets.

9. The Debtors' Estate and the creditors in this case benefited from the work of Advanced. Approval of the fees sought are appropriate and in the best interest of all parties.

WHEREFORE, premises considered, the Debtors pray that the Court will enter an order awarding Advanced compensation in the amount of $54,000.00; authorizing the Debtors to pay such amount from the sales proceeds; and for such further and additional relief as the Court may order.

                        Respectfully submitted,

                        */s/ R. Scott Williams*
                        R. Scott Williams
                        Robert H. Adams
                        Frederick D. Clarke

                        Proposed Attorneys for Debtors
                        ALABAMA PARTNERS, LLC
                        BAMACHEX, INC.
                        MARYLAND LC VENTURES, LLC
                        MARYLAND PIZZA, INC.
                        PG COUNTY PARTNERS LLC
                        PG COUNTY PIZZA, INC.

**Of Counsel:**
**RUMBERGER, KIRK & CALDWELL, P.C.**
Renasant Place
Suite 1300
2001 Park Place North
Birmingham, AL 35203
Phone: (205) 327-5550
Facsimile: (205) 326-6786
swilliams@rumberger.com
radams@rumberger.com
fclarke@rumberger.com

## CERTIFICATE OF SERVICE

      I, R. Scott Williams, hereby certify that on the 12th day of December, 2017, I have caused to be electronically served a true and correct copy of the foregoing document in accordance with the method established under this Court's CM/ECF Administrative Procedures upon all parties in the electronic filing system in this case.

                                  */s/ R. Scott Williams*
                                  Of Counsel

# EXHIBIT A

## CLOSING STATEMENT

The following sets forth the closing terms for the purchase of the assets as directed and authorized by order of the United States Bankruptcy Court for the Northern District of Alabama in *In re Alabama Partners, et al.*, Case No. 17-03469-TOM-11, which order is attached here to as Exhibit A.

| | |
|---|---|
| Contract Purchase Price | $1,800,000.00 |
| Credit and Cash in Escrow | <$550,000.00> |
| Balance Due to Seller for November Partial Rent as Set Forth in Rent Schedule Attached as Exhibit B | $23,182.33 |
| **Total Due at Closing from Purchaser to Seller** | **$1,273,182.33** |

In addition to the foregoing, the Purchaser shall be obligated to promptly remit the cash balances which remain in the stores at the time of closing to the Seller.

Finally, to the extent credit card receipts are received after the time of the effective closing of the purchase by the Seller, the Seller shall promptly remit such receipts to the Purchasers in a prompt and timely fashion.

Agreed to and effective as of 12:01 a.m. November 14, 2017.

**PURCHASER**

Pandya Burgers of Alabama, LLC

By:_____
Name:
Title:

**SELLER**

Alabama Partners, LLC

By: /s/ Mark Williams
Name: MARK Williams
Title: COO

BamaChex, Inc.

By: /s/ Mark Williams
Name: MARK Williams
Title: COO

10654836 1

# CLOSING STATEMENT

The following sets forth the closing terms for the purchase of the assets as directed and authorized by order of the United States Bankruptcy Court for the Northern District of Alabama in *In re Alabama Partners, et al.*, Case No. 17-03469-TOM-11, which order is attached here to as Exhibit A.

| | |
|---|---|
| Contract Purchase Price | $1,800,000.00 |
| Credit and Cash in Escrow | <$550,000.00> |
| Balance Due to Seller for November Partial Rent as Set Forth in Rent Schedule Attached as Exhibit B | $23,182.33 |
| **Total Due at Closing from Purchaser to Seller** | **$1,273,182.33** |

In addition to the foregoing, the Purchaser shall be obligated to promptly remit the cash balances which remain in the stores at the time of closing to the Seller.

Finally, to the extent credit card receipts are received after the time of the effective closing of the purchase by the Seller, the Seller shall promptly remit such receipts to the Purchasers in a prompt and timely fashion.

Agreed to and effective as of 12:01 a.m. November 14, 2017.

| PURCHASER | SELLER |
|---|---|
| **Pandya Burgers of Alabama, LLC** | Alabama Partners, LLC |
| By: [signature] | By: _____ |
| Name: JIGNESH PANDYA | Name: |
| Title: Managing Member | Title: |
| | |
| | **BamaChex, Inc.** |
| | By: _____ |
| | Name: |
| | Title: |

10654836.1

# EXHIBIT

# A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE : | ) | Chapter 11 |
| | ) | |
| ALABAMA PARTNERS, LLC, *et al.*, | ) | Case No. 17–03469-TOM11 |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |

---

ORDER APPROVING SALE FREE AND CLEAR OF LIENS AND THE ASSIGNMENT
OF LEASES AND CERTAIN CONTRACTS PURSUANT TO § 363 AND § 365 OF THE
BANKRUPTCY CODE

---

This matter came before the Court on the motion by Alabama Partners, LLC and BamaChex, Inc. (the "Alabama Debtors"), two of the debtors in the above-styled case. The Alabama Debtors originally filed a motion seeking authority to conduct an auction and establishing the process for assuming and assigning certain leases and executory contracts (the "Auction Motion") on September 5, 2017. On September 8, 2017, the Alabama Debtors supplemented the Auction Motion with a Notice of Filing a Draft Asset Purchase Agreement for use by interested parties. On September 14, 2017, the Court held a hearing on the Auction Motion and pursuant to order dated September 15, 2017 [Dkt. No. 105], the Court granted the Auction Motion and set forth certain procedures governing the auction.

The Court initially set a hearing on the proposed sale pursuant to the Auction Motion for hearing on October 19, 2017, but by agreement such hearing was continued to October 26, 2017. On October 24, 2017, the Alabama Debtors filed a Notice and Report of Auction and Sale [Dkt. No. 133] (the "Sale Report"). The Sale Report provided that there was a qualified purchaser, set

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, if any, are: Alabama Partners, LLC (7131); BamaChex, Inc. (6953); Maryland LC Ventures, LLC (6974); Maryland Pizza, Inc. (6929); PG County Partners LLC (2811); and PG County Pizza, Inc. (3902). The service address for each of the Debtors is P.O. Box 551267, Jacksonville, FL 32255.

forth the leases and agreements to be assumed and assigned, identified the Asset Purchase Agreement and set forth other conditions as provided in the Sale Report. On October 25, 2017, the Internal Revenue Service ("IRS") filed an objection ("IRS Objection") to the proposed sale. On October 26, 2017, the Alabama Debtors filed an amended exhibit to the Sale Report further identifying and correcting the existing real property leases that have been sought to be assumed and assigned pursuant to the Auction Motion.

The parties came before the Court for hearing on October 26, 2017 concerning the sale and proposed auction. The Court continued the hearing on the sale from October 26, 2017 to a hearing on October 30, 2017.

At the hearing on October 30, 2017, the parties, including the IRS agreed that all objections to the proposed sale have been resolved by agreement, and the parties agreed to submit this proposed order.

WHEREFORE, the Court hereby **FINDS, ORDERS** and **DECREES** as follows:

1. The sale and the assignment of leases contemplated by the Auction Motion and Sale Report are hereby **ORDERED** to be Authorized and Approved.

2. The IRS Objection is granted in part and denied in part.

3. The Alabama Debtors are hereby authorized to carry and effectuate the sale as set forth in the Auction Motion and Sale Report, as amended.

4. The Alabama Debtors are further hereby authorized and ordered to cure the monetary defaults as set forth in the pleadings. The Court, absent any objections, further authorizes the assignment of the real property leases set forth in the Sale Report, as amended.

2

Case 17-03469-TOM11    Doc 142    Filed 10/31/17    Entered 10/31/17 14:32:15    Desc
Main Document    Page 2 of 4
Case 17-03469-TOM7    Doc 178    Filed 12/12/17    Entered 12/12/17 11:03:16    Desc Main
Document    Page 10 of 12

5. The Alabama Debtors are further authorized and ordered to promptly cure the pre-petition arrearage due to Checker's Drive-in Restaurants in the amount of $404,018.17 from the sale proceeds.

6. The Alabama Debtors are further authorized and ordered to distribute from the sale proceeds, to the IRS, the amount of $250,000.00 in at least partial satisfaction of its secured claim. The IRS's, Notices of Federal Tax Liens, which are recorded, shall attach to the proceeds of the sale and the IRS shall retain its lien on the remaining proceeds from the sale not otherwise authorized to be distributed by this Order. No determination is herein made however, and nothing in this order shall continue a finding binding on any entity, other than each of the debtors in these administratively consolidated cases, that the IRS liens are valid, due and owing obligations of the respective debtors, or properly perfected. The Alabama Debtors are further directed and ordered to promptly comply with all IRS reporting requirements and pay appropriate administrative claims. The Alabama Debtors are further authorized to pay any post-petition tax debt owed to the IRS from the sale proceeds.

7. The Court hereby **FINDS** and **ORDERS** the sale is free and clear of all liens and encumbrances except as set forth herein, and is made from the Alabama Debtors to Rohan Management Services, Inc. or its designee (including but not limited to Pandya Burgers of Alabama, Inc.) pursuant to the Sale Report.

8. The Court further **FINDS** and **ORDERS** the sale is an arms-length transaction in which no collusion has occurred and that proper notice has been given to all parties.

9. The Court hereby authorizes and directs that the Alabama Debtors take such necessary steps to effectuate the prompt closing contemplated herein. Further, the Court **FINDS**

3

Case 17-03469-TOM11    Doc 142    Filed 10/31/17    Entered 10/31/17 14:32:15    Desc
Main Document    Page 3 of 4
Case 17-03469-TOM7    Doc 178    Filed 12/12/17    Entered 12/12/17 11:03:16    Desc Main
Document    Page 11 of 12

and **ORDERS**, pursuant to the Alabama Debtors' request, the requirements of a stay under Bankruptcy Rule 6004 are waived and authorizes the sale as soon as practicable.

10. The Court retains jurisdiction regarding this order, its interpretation, enforcement and disputes arising therefrom.

DONE and so ORDERED this 31st day of October, 2017

/s/ Tamara O. Mitchell
UNITED STATES BANKRUPTCY JUDGE

This Order prepared at the Court's request by:

R. Scott Williams
RUMBERGER, KIRK & CALDWELL, P.C.
2001 Park Place North, Suite 1300
Birmingham, AL 35203
Phone: (205) 327-5550
Facsimile: (205) 326-6786
swilliams@rumberger.com
Attorney for Debtors

4

Case 17-03469-TOM11    Doc 142    Filed 10/31/17    Entered 10/31/17 14:32:15    Desc
Main Document    Page 4 of 4
Case 17-03469-TOM7    Doc 178    Filed 12/12/17    Entered 12/12/17 11:03:16    Desc Main
Document    Page 12 of 12