# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| **In re:** | | **Case No.** 17–03469–TOM11 |
| Alabama Partners, LLC | | **Chapter** 11 |
| | **EIN:** 26–3067131 | |
| **Debtor(s)** | | |

## NOTICE OF HEARING

Notice is hereby given that a hearing will be held to consider and act upon the following:

177 –Application for Interim Compensation in the amount of $130,037.50 and Reimbursement of Expenses in the amount of $39,161.11 filed by Rumberger, Kirk & Caldwell, P.C., Attorneys for Debtor

178 – Application for Interim Compensation in the amount of $ 54,000.00 and Reimbursement of Expenses in the amount of $0.00 filed by Advanced Restaurant Sales, Sales Broker for Debtor

The original applications are available for viewing in the Office of the Clerk during regular business hours.

Objections may be made by filing the original with the Court no later than January 3, 2018, and a copy served on R. Scott Williams, Rumberger, Kirk & Caldwell, P.C., 2001 Park Place North, Suite 1300, Birmingham, AL 35203 and/or Advanced Restaurant Sales, 111 Village Parkway Bldg #2, Marietta GA 30067. Any such objections filed will be heard January 10, 2018.

**Date:** Monday, January 8, 2018        **Time:** 10:30 AM

**Location:** Robert S. Vance Federal Bldg, 1800 5th Ave No, Courtroom 3, Birmingham, AL 35203

Attorneys should attend all scheduled hearings. If a conflict is known, the Court should be notified immediately. Continuances of non–evidentiary hearings may be granted if all parties consent. Evidentiary hearings will not be continued except for good cause shown. If there is a failure to attend a scheduled hearing, and the Court has not been notified of the reason for the failure, the Court may enter appropriate orders. Attendance is not required if a settlement has been reached as approved by all parties and filed with the Court by an attorney prior to the hearing date.

Dated: December 12, 2017        By:

Joseph E. Bulgarella, Clerk
United States Bankruptcy Court

klt