## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: _____     CASE NO. : 1703469  1703471     MONTH ENDING: _____     October 2017

**Operating reports are to be filed monthly, in duplicate, with the
Bankruptcy Clerk's Office by the 15th of each month**

## BUSINESS DEBTOR'S AFFIRMATIONS

1.  YES _X_ NO_____   All post petition business taxes have been paid/deposited and the deposit
    slips are attached.

    YES___ NO_____   All post petition individual taxes have been paid and the deposit slips are
    attached.

    If you answered "No" to the above, list the types of taxes that are now due and owing.

| TYPE OF TAX | AMOUNT |
|---|---|
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |

2.  YES _X_ NO_____   Adequate insurance on all assets/property including fire, theft, liability, collision
    and casualty and workman's compensation (if applicable) is currently in full force
    and effect.

    If no, enter:     TYPE_____not in force.

                      TYPE_____not in force.

3.  YES _X_ NO_____   New books and records were opened and are being maintained daily.

4.  YES _X_ NO_____   Copies of __all__ banks statements and reconciliations are attached .

5.  YES _X_ NO_____   I have otherwise complied with all requirements of the Chapter 11
    Operating Order.

6.  YES _X_ NO_____   All financial statements filed with the Bankruptcy Clerk's Office are
    prepared in accordance with generally accepted accounting principles.

**I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE
AND BELIEF.**

DATE_12-11-2017_____

Mark Williams
_____
RESPONSIBLE PARTY

Phone No._678-592-0526_____

**Bankruptcy Administrator Form - Business BA-01**

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: _____     CASE NO. : 1703469 1703471     MONTH ENDING: October 2017

### Attach Business Forms BA-02(A-D)
### BUSINESS DEBTOR'S

| CASH RECEIPTS & DISBURSEMENTS | INCOME STATEMENT |
|---|---|
| | -Accrual   **(Circle One)**   -Cash |

CASH ON HAND (Beginning) is the same figure as cash on Hand (End) of last month.

A.  **CASH ON HAND**(Beginning) 9667

B.  RECEIPTS:

    Accounts Receivable from Form BA-02(A)-Line II(C) ___0___

    Cash Sales    506155

    Loan Proceeds from_____

    Sale of Property (Not in ordinary course of business)

    Other_____

    _____

C.  TOTAL RECEIPTS    515822
    (Total of B)

D.  BUSINESS DISBURSEMENTS FROM FORM BA-02(B)   489307

E.  SURPLUS OR DEFICIT   26515
    (C minus D)

F.  CASH ON HAND (End)   26515
    (A plus E)

1.  REVENUE FROM TOTAL SALES   $ 462082

2.  LESS COST OF THOSE SALES   332645
    (Cost of materials, Labor, etc.)

3.  EQUALS GROSS PROFIT (1 minus 2)   129436

4.  LESS OPERATING EXPENSES   156088

5.  EQUALS NET PROFIT OPERATIONS (3 minus 4)   -25652

6.  NON-OPERATING INCOME/EXPENSES (LIST SPECIFIC INCOME/EXPENSES)

7.  EQUALS NET PROFIT OR NET LOSS (5 plus or minus 6)   $ -26652

*** Please itemize Cost of Sales and Expenses on a separate sheet of paper.**

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE____12-11-2017____     Mark Williams
                          RESPONSIBLE PARTY

### Bankruptcy Administrator Form - Business BA-02

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: _____     CASE NO. : 1703469 1703471     MONTH ENDING: October 2017

### Attach to Business Form BA-02
# BUSINESS DEBTOR'S ACCOUNTS RECEIVABLE

<u>X</u> I.    NO ACCOUNTS RECEIVABLE WERE COLLECTED THIS MONTH. (Check if true)

II.    COLLECTION OF ACCOUNTS RECEIVABLE THIS MONTH.

    A.    Amount collected this month on accounts
        receivable charged and paid this month.        $_____

    B.    Amount collected this month on accounts
        receivable charged in prior months
        and paid this month.        $_____

    C.    TOTAL collected this month on accounts
        receivable.        $_____

III.    PENDING ACCOUNTS RECEIVABLE AS OF THE END OF THE MONTH:

| ENTITY | 0-30 Days | 31-60 DAYS | 61-90 DAYS | OVER 91 | TOTAL |
|--------|-----------|------------|------------|---------|-------|
|        | $         |            |            |         | $     |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
| **TOTALS** | $       |            |            |         | $     |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE
AND BELIEF.

DATE __12-11-2017_____        Mark Williams_____
                                         RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02(A)**

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: _____     CASE NO.: 1703469 / 1703471     MONTH ENDING: October 2017

### BUSINESS DEBTOR'S ACTUAL DISBURSEMENTS

ACCOUNTING FEES..........................................$_____
ADVERTISING.........................................................20951_____
AUTOMOBILES/VEHICLES (repairs & maintenance)............_____
COMMISSIONS/CONTRACT LABOR.............................._____
INSURANCE (TOTAL)..................................................8221_____

| | | |
|---|---|---|
| AUTO | $_____ | |
| LIABILITY | _____ | |
| LIFE | _____ | |
| MEDICAL | 2592 | |
| CASUALTY | 3036 | |
| FIRE & THEFT | _____ | |
| WORKMAN'S COMP. | 2593 | |
| OTHER _____ | _____ | |

INTEREST PAID......................................................._____
INVENTORY PURCHASED...........................................163200_____
LEGAL FEES.........................................................._____
POSTAGE..............................................................183_____
RENT/LEASE PAYMENTS ON REAL ESTATE......................42991_____
REPAIRS & MAINTENANCE.........................................17321_____
SALARIES/WAGES PAID.............................................118911_____
SECURED LOAN PAYMENTS [TOTAL FROM BA-02(C)]..........._____
SUPPLIES (TOTAL)..................................................Included in Inventory_____

| | | |
|---|---|---|
| OFFICE | $_____ | |
| OPERATING | _____ | |

TRAVEL & ENTERTAINMENT........................................1615_____
TAXES [TOTAL OF ALL TAXES FROM BA-02(D)].................75143_____
UNSECURED LOAN PAYMENTS....................................._____
UTILITIES (TOTAL).................................................18824_____

| | | |
|---|---|---|
| ELECTRICITY | $ 7626 | |
| GAS | 3176 | |
| TELEPHONE | 4967 | |
| WATER | 150 | |
| OTHER ___Trash___ | 2912 | |

OTHER BUSINESS DISBURSEMENTS    7843 Bank Fees  950 Trustwave
(Specify)                        2519 Child Support  4860 RTI      $ 21940_____
                                 3023 Steritech  2745 Nuco2
TOTAL BUSINESS DISBURSEMENTS...........................$_____

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE 12-11-2017_____

Mark Williams
_____
RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02(B)**

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: _____  CASE NO. : 1703469 1703471 _____  MONTH ENDING: October 2017

### BUSINESS DEBTOR'S PAYMENTS TO SECURED CREDITORS

## *ALL SECURED CREDITORS MUST BE LISTED BELOW*

1._____Secured loan payments as described below have been paid this month
        (Check, if true.)

2.___X___No secured loan payments have been paid during this month.
        (Check, if true.)

3._____The DIP has no secured creditors. (Check, if true.)

| SECURED CREDITOR | COLLATERAL | DATE PAID | AMOUNT | | BALANCE |
|---|---|---|---|---|---|
| | | | DUE | PAID | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE_12-11-2017_____     Mark Williams
                                          RESPONSIBLE PARTY

Bankruptcy Administrator Form - Business BA-02(C)

# United States Bankruptcy Court - Northern District of Alabama

CASE NAME: _____   CASE NO.: 1703469  MONTH ENDING: October 2017
                                           1703471

### Attach to Business Form BA-02
## BUSINESS DEBTOR'S TAX PAYMENTS

### A. WITHHELD TAXES FOR EACH PAYROLL PERIOD

| PAYROLL DATE | PAYROLL AMOUNT | FICA 941 | | STATE INCOME TAXES PAID | LOCAL INCOME TAXES PAID |
|---|---|---|---|---|---|
| | | AMOUNT DUE | AMOUNT DEPOSITED | | |
| 10/12 - 10/25 | 68261 | 14116 | 14116 | 3641 | 880 |
| 10/04 - 10/11 | 64128 | 14056 | 14056 | | |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL | 132389 | 28172 | 28172 | 3641 | 880 |

### B. UNEMPLOYMENT TAXES FOR EACH PAYROLL PERIOD

| PAYROLL DATE | TAXABLE PAYROLL | FUTA 940 | | STATE |
|---|---|---|---|---|
| | | AMOUNT DUE | AMOUNT DEPOSITED | |
| 09/30/2017 | 238139 | 1316 | 1316 | 7027 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL | 238139 | 1316 | 1316 | 7027 |

### C. OTHER TAXES (SPECIFY TYPE: EXCISE, SALES, ETC. INCLUDE TAXES DUE AND PAID QUARTERLY)

| DUE | | | PAID | | |
|---|---|---|---|---|---|
| DATE | TYPE | AMOUNT | DATE | TYPE | AMOUNT |
| 10/20/2017 | Sales Tax | 34107 | 10/28/2017 | Sales Tax | 34107 |
| | | | | | |
| | | | | | |
| TOTAL | | 34107 | | | 34107 |

**I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

DATE 12-11-2017 _____   Mark Williams
                                   RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02(D)**

## United States Bankruptcy Court - Northern District of Alabama

1703469

CASE NAME: _____    CASE NO. : 1703471    MONTH ENDING: October 2017

## BUSINESS DEBTOR'S BANK ACCOUNTS

| Bank, Credit Union, Etc. | Account No. (Checking, Savings, CD, Etc.) | Statement Balance | Date | Indicate Pre or Post Petition Account |
|---|---|---|---|---|
| Wells Fargo | 8810 | 0 | 10/31/2017 | Post Petition |
| Wells Fargo | 8836 | 76271 | 10/31/2017 | Post Petition |
| | | | | |
| | | | | |

## GROSS PAYROLL
### (Wages, Salaries, Commissions, Bonuses, Etc.)

| | | |
|---|---|---|
| Officer #1    (Name) Mark Williams | $ | 5385 |
| Officer #2    (Name) | $ | |
| Other Officer  (Name) | $ | |
| Employees (Number)  150 | $ | 135830 |
| Employees (Relatives) | $ | |
| Name | $ | |
| Name | $ | |

## INVENTORY (IF APPLICABLE)

| | |
|---|---|
| Inventory - Beginning of Month (COST) | $ |
| Inventory - Purchased this Month - CASH | $ |
| Inventory - Purchased this Month - CREDIT | $ |
| Inventory - End of Month (COST) | $ |

## PAYMENTS MADE TO PRE-PETITION UNSECURED CREDITORS

__x__ A. No payments on pre-petition debts have been made this month.
_____ B. The following payments have been made this month to unsecured
       creditors whose debts were incurred prior to the filing of this case:

| CREDITOR | AMOUNT & DATE | PURPOSE | PAYMENT COURT APPROVED? |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE 12-11-2017 _____

Mark Williams
RESPONSIBLE PARTY

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: _____     CASE NO.: 1703469 1703471     MONTH ENDING: October 2017

### BUSINESS DEBTOR'S POST-PETITION ACCOUNTS PAYABLE

**CHECK A or B**

_____ A.  All operating expenses since the beginning of this case have been paid.  Therefore there are no post-petition accounts payable.

**** OR ****

__X__ B.  Post-petition accounts payable are as follows:

| ENTITY OWED | 0-30 DAYS | 31-60 DAYS | 61-90 DAYS | OVER 91 | TOTAL |
|---|---|---|---|---|---|
| Alabama Power | 1387- | $  40738 | $ | $ | $ |
| HJK LLC | 22585 | 14640 | | | |
| Checkers Corp | 9467 | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| Alagasco | 1600 | 7024 | | | |
| Birmingham Water | 2400 | 3765 | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| Wand Corp | 3983 | 3983 | | | |
| Cullman Power Board | 1400 | 979 | | | |
| Bessemer Utilities | 2600 | 6092 | | | |
| **TOTALS** | 45422 | $ 77221 | $ | $ | $ |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE __12-11-2017__

Mark Williams
RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-03(A)**

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: _____   CASE NO.: 1703469 1703471   MONTH ENDING: October 2017

### File for Each Quarter
## BUSINESS DEBTOR'S BALANCE SHEET

### I.  ASSETS

| | | | |
|---|---|---|---|
| Current: | Cash | $ | 26515 |
| | Inventory | $ | 39014 |
| | Accounts Receivable | $ | |
| | Other | $ | 6000 |
| | Total Current Assets      (a) | $ | 71529 |
| | | | |
| Fixed: | Property & Equipment | $ | 525907 |
| | Accumulated Depreciation | $ | < 36832 > |
| | Other | $ | |
| | Total Fixed Assets       (b) | $ | 489075 |
| | | | |
| Total Assets | (a + b) = (c) | $ | 560604 |

### II. LIABILITIES

| | | | |
|---|---|---|---|
| Current: | Post Chapter 11 Payables | $ | 122643 |
| | Taxes Payable | $ | 50702 |
| | Accrued Professional Fees | $ | |
| | Accrued Expenses | $ | |
| | Notes Payable | $ | |
| | Current Portion Long Term Debt | $ | |
| | Other | $ | |
| | Total Current Liabilities (d) | $ | 173345 |
| | | | |
| Long Term Debt: | Pre-Chapter 11 Payables | $ | 4399999 |
| | Notes & Loans Payable | $ | 211289 |
| | Less Current Portion | $ | < > |
| | Other | $ | |
| | Total Long Term Debt   (e) | $ | 4611288 |
| Total Liabilities | (d + e) = (f) | $ | 4784122 |

STOCKHOLDERS EQUITY/(DEFICIT) OR NET WORTH

| | | | |
|---|---|---|---|
| | Capital Stock              (g) | $ | 1000 |
| | Retained Earnings (Deficit)(h) | $ | -4197966 |
| | Current Surplus (Deficit)  (i) | $ | -26652 |
| Total Liabilities & Stockholder Equity/Net Worth | (f) + (g) + (h) + (i) | $ | 560604 |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE 12-11-2017 _____

Mark Williams
_____
RESPONSIBLE PARTY

Bankruptcy Administrator Form - Business BA-04

# Analyzed Business Checking

Account number: <span style="color:red">Redacted</span>8810 ■ October 1, 2017 - October 31, 2017 ■ Page 1 of 2



ALABAMA PARTNERS, LLC
CHECKERS
10879 CORAL SHORES DR UNIT 210
JACKSONVILLE FL 32256-2128

### Questions?

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS** (1-800-225-5935)

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (220)
P.O. Box 6995
Portland, OR 97228-6995

 IMPORTANT ACCOUNT INFORMATION

For business banking customers who receive a paper statement for an analyzed checking account, the standard
monthly fee per statement is $5.00 per account.
For wholesale banking customers, the paper statement fee may vary. Please refer to the annual pricing terms applicable
to your account.

## Account summary

### Analyzed Business Checking

| Account number | Beginning balance | Total credits | Total debits | Ending balance |
|---|---|---|---|---|
| Redacted8810 | $0.00 | $0.00 | -$25.20 | -$25.20 |

## Debits

### Electronic debits/bank debits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 10/11 | 25.20 | Client Analysis Srvc Chrg 171010 Svc Chge 0917 000003727258810 |
| | | $25.20 | Total electronic debits/bank debits |
| | | $25.20 | Total debits |

## Daily ledger balance summary

| Date | Balance | Date | Balance |
|---|---|---|---|
| 09/30 | 0.00 | 10/11 | -25.20 |
| | Average daily ledger balance | -$17.07 | |



NOTICE: Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery PO Box 5058 Portland, OR. 97208-5058. You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.

# Analyzed Business Checking



**WELLS FARGO**

BAMACHEX INC
OPERATING EXPENSES
10879 CORAL SHORES DR UNIT 210
JACKSONVILLE FL 32256-2128

**Questions?**

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS** (1-800-225-5935)

*Online:* wellsfargo.com

Write: Wells Fargo Bank, N.A. (220)
P.O. Box 6995
Portland, OR 97228-6995

---

 IMPORTANT ACCOUNT INFORMATION

For business banking customers who receive a paper statement for an analyzed checking account, the standard
monthly fee per statement is $5.00 per account.
For wholesale banking customers, the paper statement fee may vary. Please refer to the annual pricing terms applicable
to your account.

## Account summary

### Analyzed Business Checking

| Account number | Beginning balance | Total credits | Total debits | Ending balance |
|---|---|---|---|---|
| Redacted8836 | $62,728.57 | $492,294.43 | -$478,726.59 | $76,296.41 |

## Credits

### Deposits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 10/02 | 694.00 | Deposit |
| | 10/02 | 501.35 | Deposit |
| | 10/02 | 692.00 | Deposit |
| | 10/02 | 708.00 | Deposit |
| | 10/02 | 934.26 | Deposit |
| | 10/02 | 860.15 | Deposit |
| | 10/02 | 563.57 | Deposit |
| | 10/02 | 551.61 | Deposit |
| | 10/02 | 938.00 | Deposit |
| | 10/02 | 330.00 | Deposit |
| | 10/02 | 442.97 | Deposit |
| | 10/02 | 416.00 | Deposit |
| | 10/02 | 145.89 | Deposit |
| | 10/02 | 445.00 | Deposit |



### Deposits (continued)

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 10/02 | 189.58 | Deposit |
| | 10/02 | 223.83 | Deposit |
| | 10/02 | 630.12 | Deposit |
| | 10/02 | 388.21 | Deposit |
| | 10/02 | 548.00 | Deposit |
| | 10/02 | 497.10 | Deposit |
| | 10/02 | 383.08 | Deposit |
| | 10/02 | 312.35 | Deposit |
| | 10/02 | 352.45 | Deposit |
| | 10/02 | 260.25 | Deposit |
| | 10/02 | 194.04 | Deposit |
| | 10/02 | 540.33 | Deposit |
| | 10/02 | 145.06 | Deposit |
| | 10/02 | 627.00 | Deposit |
| | 10/02 | 563.00 | Deposit |
| | 10/02 | 160.40 | Deposit |
| | 10/02 | 431.58 | Deposit |
| | 10/02 | 740.00 | Deposit |
| | 10/02 | 465.00 | Deposit |
| | 10/02 | 525.80 | Deposit |
| | 10/02 | 536.00 | Deposit |
| | 10/02 | 321.45 | Deposit |
| | 10/02 | 337.00 | Deposit |
| | 10/02 | 344.76 | Deposit |
| | 10/02 | 311.72 | Deposit |
| | 10/02 | 356.54 | Deposit |
| | 10/02 | 308.45 | Deposit |
| | 10/02 | 713.14 | Deposit |
| | 10/02 | 276.40 | Deposit |
| | 10/02 | 247.50 | Deposit |
| | 10/02 | 739.80 | Deposit |
| | 10/02 | 861.85 | Deposit |
| | 10/02 | 800.14 | Deposit |
| | 10/02 | 441.24 | Deposit |
| | 10/02 | 460.53 | Deposit |
| | 10/02 | 352.70 | Deposit |
| | 10/02 | 509.00 | Deposit |
| | 10/02 | 360.00 | Deposit |
| | 10/02 | 425.37 | Deposit |
| | 10/02 | 433.75 | Deposit |
| | 10/02 | 804.25 | Deposit |
| | 10/02 | 247.13 | Deposit |
| | 10/02 | 505.00 | Deposit |
| | 10/02 | 401.24 | Deposit |
| | 10/02 | 806.00 | Deposit |
| | 10/02 | 279.97 | Deposit |



**WELLS FARGO**

### *Deposits* *(continued)*

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 10/02 | 303.85 | Deposit |
| | 10/02 | 200.25 | Deposit |
| | 10/02 | 239.31 | Deposit |
| | 10/02 | 449.15 | Deposit |
| | 10/02 | 304.60 | Deposit |
| | 10/02 | 520.78 | Deposit |
| | 10/02 | 565.00 | Deposit |
| | 10/02 | 992.00 | Deposit |
| | 10/02 | 1,103.00 | Deposit |
| | 10/02 | 686.20 | Deposit |
| | 10/02 | 867.30 | Deposit |
| | 10/02 | 311.57 | Deposit |
| | 10/02 | 457.10 | Deposit |
| | 10/03 | 730.40 | Deposit |
| | 10/03 | 496.00 | Deposit |
| | 10/03 | 347.36 | Deposit |
| | 10/03 | 490.00 | Deposit |
| | 10/03 | 756.00 | Deposit |
| | 10/03 | 368.16 | Deposit |
| | 10/03 | 434.00 | Deposit |
| | 10/03 | 663.00 | Deposit |
| | 10/03 | 725.01 | Deposit |
| | 10/03 | 160.90 | Deposit |
| | 10/03 | 173.01 | Deposit |
| | 10/03 | 368.00 | Deposit |
| | 10/03 | 426.00 | Deposit |
| | 10/03 | 519.96 | Deposit |
| | 10/03 | 546.40 | Deposit |
| | 10/03 | 846.13 | Deposit |
| | 10/03 | 456.00 | Deposit |
| | 10/03 | 672.25 | Deposit |
| | 10/03 | 163.73 | Deposit |
| | 10/03 | 581.43 | Deposit |
| | 10/03 | 214.45 | Deposit |
| | 10/03 | 393.00 | Deposit |
| | 10/04 | 545.01 | Deposit |
| | 10/04 | 256.10 | Deposit |
| | 10/04 | 685.30 | Deposit |
| | 10/04 | 394.69 | Deposit |
| | 10/04 | 466.00 | Deposit |
| | 10/04 | 230.56 | Deposit |
| | 10/04 | 281.03 | Deposit |
| | 10/04 | 725.50 | Deposit |
| | 10/04 | 435.34 | Deposit |
| | 10/04 | 940.16 | Deposit |
| | 10/04 | 683.50 | Deposit |



**Deposits** *(continued)*

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 10/04 | 856.25 | Deposit |
| | 10/04 | 375.00 | Deposit |
| | 10/04 | 909.00 | Deposit |
| | 10/04 | 402.10 | Deposit |
| | 10/04 | 827.00 | Deposit |
| | 10/04 | 823.00 | Deposit |
| | 10/04 | 714.25 | Deposit |
| | 10/04 | 561.35 | Deposit |
| | 10/04 | 380.74 | Deposit |
| | 10/04 | 223.27 | Deposit |
| | 10/04 | 788.00 | Deposit |
| | 10/05 | 454.79 | Deposit |
| | 10/05 | 241.85 | Deposit |
| | 10/05 | 438.00 | Deposit |
| | 10/05 | 736.74 | Deposit |
| | 10/05 | 750.25 | Deposit |
| | 10/05 | 800.25 | Deposit |
| | 10/05 | 317.62 | Deposit |
| | 10/05 | 473.00 | Deposit |
| | 10/05 | 368.01 | Deposit |
| | 10/05 | 420.11 | Deposit |
| | 10/05 | 742.25 | Deposit |
| | 10/05 | 1,117.12 | Deposit |
| | 10/05 | 393.00 | Deposit |
| | 10/05 | 525.65 | Deposit |
| | 10/05 | 295.00 | Deposit |
| | 10/05 | 660.35 | Deposit |
| | 10/05 | 639.00 | Deposit |
| | 10/05 | 409.13 | Deposit |
| | 10/05 | 524.37 | Deposit |
| | 10/05 | 456.65 | Deposit |
| | 10/05 | 338.00 | Deposit |
| | 10/06 | 615.21 | Deposit |
| | 10/06 | 207.26 | Deposit |
| | 10/06 | 944.49 | Deposit |
| | 10/06 | 852.48 | Deposit |
| | 10/06 | 439.48 | Deposit |
| | 10/06 | 6.08 | Deposit |
| | 10/06 | 370.05 | Deposit |
| | 10/06 | 643.00 | Deposit |
| | 10/06 | 795.22 | Deposit |
| | 10/06 | 151.86 | Deposit |
| | 10/06 | 409.52 | Deposit |
| | 10/06 | 170.15 | Deposit |
| | 10/06 | 436.75 | Deposit |
| | 10/06 | 645.00 | Deposit |



**Deposits** *(continued)*

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 10/06 | 695.00 | Deposit |
| | 10/06 | 453.00 | Deposit |
| | 10/06 | 189.24 | Deposit |
| | 10/06 | 442.00 | Deposit |
| | 10/06 | 393.26 | Deposit |
| | 10/06 | 262.65 | Deposit |
| | 10/06 | 470.00 | Deposit |
| | 10/06 | 529.43 | Deposit |
| | 10/06 | 93.40 | Deposit |
| | 10/06 | 580.00 | Deposit |
| | 10/10 | 688.00 | Deposit |
| | 10/10 | 268.95 | Deposit |
| | 10/10 | 549.75 | Deposit |
| | 10/10 | 599.75 | Deposit |
| | 10/10 | 230.00 | Deposit |
| | 10/10 | 855.00 | Deposit |
| | 10/10 | 538.60 | Deposit |
| | 10/10 | 250.87 | Deposit |
| | 10/10 | 468.29 | Deposit |
| | 10/10 | 285.60 | Deposit |
| | 10/10 | 132.50 | Deposit |
| | 10/10 | 121.72 | Deposit |
| | 10/10 | 867.12 | Deposit |
| | 10/10 | 559.00 | Deposit |
| | 10/10 | 137.47 | Deposit |
| | 10/10 | 347.03 | Deposit |
| | 10/10 | 652.01 | Deposit |
| | 10/10 | 376.37 | Deposit |
| | 10/10 | 857.80 | Deposit |
| | 10/10 | 118.00 | Deposit |
| | 10/10 | 536.00 | Deposit |
| | 10/10 | 877.20 | Deposit |
| | 10/10 | 152.40 | Deposit |
| | 10/10 | 658.60 | Deposit |
| | 10/10 | 192.28 | Deposit |
| | 10/10 | 331.48 | Deposit |
| | 10/10 | 863.59 | Deposit |
| | 10/10 | 570.00 | Deposit |
| | 10/10 | 211.35 | Deposit |
| | 10/10 | 374.19 | Deposit |
| | 10/10 | 538.17 | Deposit |
| | 10/10 | 372.00 | Deposit |
| | 10/10 | 271.00 | Deposit |
| | 10/10 | 152.85 | Deposit |
| | 10/10 | 685.25 | Deposit |
| | 10/10 | 119.56 | Deposit |



**WELLS FARGO**

### Deposits (continued)

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 10/10 | 650.55 | Deposit |
| | 10/10 | 310.80 | Deposit |
| | 10/10 | 287.70 | Deposit |
| | 10/10 | 433.00 | Deposit |
| | 10/10 | 656.00 | Deposit |
| | 10/10 | 211.00 | Deposit |
| | 10/10 | 682.25 | Deposit |
| | 10/10 | 330.50 | Deposit |
| | 10/10 | 415.90 | Deposit |
| | 10/10 | 278.00 | Deposit |
| | 10/10 | 113.33 | Deposit |
| | 10/10 | 446.35 | Deposit |
| | 10/10 | 1,044.00 | Deposit |
| | 10/10 | 161.87 | Deposit |
| | 10/10 | 266.05 | Deposit |
| | 10/10 | 212.20 | Deposit |
| | 10/10 | 636.00 | Deposit |
| | 10/10 | 581.05 | Deposit |
| | 10/10 | 566.00 | Deposit |
| | 10/10 | 415.20 | Deposit |
| | 10/10 | 406.00 | Deposit |
| | 10/10 | 152.75 | Deposit |
| | 10/10 | 324.10 | Deposit |
| | 10/10 | 310.50 | Deposit |
| | 10/10 | 405.70 | Deposit |
| | 10/10 | 721.10 | Deposit |
| | 10/10 | 339.07 | Deposit |
| | 10/10 | 352.00 | Deposit |
| | 10/10 | 250.63 | Deposit |
| | 10/10 | 370.06 | Deposit |
| | 10/10 | 600.76 | Deposit |
| | 10/10 | 624.00 | Deposit |
| | 10/10 | 293.08 | Deposit |
| | 10/10 | 272.43 | Deposit |
| | 10/10 | 292.00 | Deposit |
| | 10/10 | 488.15 | Deposit |
| | 10/10 | 132.15 | Deposit |
| | 10/10 | 521.50 | Deposit |
| | 10/10 | 530.00 | Deposit |
| | 10/10 | 539.50 | Deposit |
| | 10/10 | 424.35 | Deposit |
| | 10/10 | 112.05 | Deposit |
| | 10/10 | 504.00 | Deposit |
| | 10/10 | 457.89 | Deposit |
| | 10/10 | 656.00 | Deposit |
| | 10/10 | 353.49 | Deposit |



## Deposits *(continued)*

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 10/11 | 307.11 | Deposit |
| | 10/11 | 219.55 | Deposit |
| | 10/11 | 217.70 | Deposit |
| | 10/11 | 596.90 | Deposit |
| | 10/11 | 596.57 | Deposit |
| | 10/11 | 489.15 | Deposit |
| | 10/11 | 606.10 | Deposit |
| | 10/11 | 394.01 | Deposit |
| | 10/11 | 566.00 | Deposit |
| | 10/11 | 223.15 | Deposit |
| | 10/11 | 422.22 | Deposit |
| | 10/11 | 465.21 | Deposit |
| | 10/11 | 407.00 | Deposit |
| | 10/11 | 198.95 | Deposit |
| | 10/11 | 557.16 | Deposit |
| | 10/11 | 323.00 | Deposit |
| | 10/11 | 211.06 | Deposit |
| | 10/11 | 514.00 | Deposit |
| | 10/11 | 276.50 | Deposit |
| | 10/12 | 172.49 | Deposit |
| | 10/12 | 446.15 | Deposit |
| | 10/12 | 537.62 | Deposit |
| | 10/12 | 650.00 | Deposit |
| | 10/12 | 539.00 | Deposit |
| | 10/12 | 284.43 | Deposit |
| | 10/12 | 440.89 | Deposit |
| | 10/12 | 362.50 | Deposit |
| | 10/12 | 402.00 | Deposit |
| | 10/12 | 437.05 | Deposit |
| | 10/12 | 561.10 | Deposit |
| | 10/12 | 208.00 | Deposit |
| | 10/12 | 293.35 | Deposit |
| | 10/12 | 608.86 | Deposit |
| | 10/12 | 310.84 | Deposit |
| | 10/13 | 419.85 | Deposit |
| | 10/13 | 397.51 | Deposit |
| | 10/13 | 371.86 | Deposit |
| | 10/13 | 373.09 | Deposit |
| | 10/13 | 484.26 | Deposit |
| | 10/13 | 238.41 | Deposit |
| | 10/13 | 626.81 | Deposit |
| | 10/13 | 622.00 | Deposit |
| | 10/13 | 595.00 | Deposit |
| | 10/13 | 435.25 | Deposit |
| | 10/13 | 406.55 | Deposit |
| | 10/13 | 504.00 | Deposit |



**WELLS FARGO**

## Deposits (continued)

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 10/13 | 767.84 | Deposit |
| | 10/13 | 243.37 | Deposit |
| | 10/13 | 440.00 | Deposit |
| | 10/13 | 295.63 | Deposit |
| | 10/13 | 148.36 | Deposit |
| | 10/13 | 532.00 | Deposit |
| | 10/13 | 520.11 | Deposit |
| | 10/13 | 342.48 | Deposit |
| | 10/16 | 664.05 | Deposit |
| | 10/16 | 639.00 | Deposit |
| | 10/16 | 480.40 | Deposit |
| | 10/16 | 595.90 | Deposit |
| | 10/16 | 223.26 | Deposit |
| | 10/16 | 259.10 | Deposit |
| | 10/16 | 460.63 | Deposit |
| | 10/16 | 632.00 | Deposit |
| | 10/16 | 499.00 | Deposit |
| | 10/16 | 259.05 | Deposit |
| | 10/16 | 17.92 | Deposit |
| | 10/16 | 276.04 | Deposit |
| | 10/16 | 662.66 | Deposit |
| | 10/16 | 213.72 | Deposit |
| | 10/16 | 492.00 | Deposit |
| | 10/16 | 592.00 | Deposit |
| | 10/16 | 214.75 | Deposit |
| | 10/16 | 370.63 | Deposit |
| | 10/16 | 339.00 | Deposit |
| | 10/16 | 184.29 | Deposit |
| | 10/16 | 429.85 | Deposit |
| | 10/16 | 127.48 | Deposit |
| | 10/16 | 574.00 | Deposit |
| | 10/16 | 508.00 | Deposit |
| | 10/16 | 420.93 | Deposit |
| | 10/16 | 598.05 | Deposit |
| | 10/16 | 374.00 | Deposit |
| | 10/16 | 121.96 | Deposit |
| | 10/16 | 191.20 | Deposit |
| | 10/16 | 548.93 | Deposit |
| | 10/16 | 144.56 | Deposit |
| | 10/16 | 442.40 | Deposit |
| | 10/16 | 206.21 | Deposit |
| | 10/16 | 246.95 | Deposit |
| | 10/16 | 598.26 | Deposit |
| | 10/16 | 505.00 | Deposit |
| | 10/16 | 304.57 | Deposit |
| | 10/16 | 312.37 | Deposit |



**WELLS FARGO**

### Deposits *(continued)*

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 10/16 | 315.27 | Deposit |
| | 10/16 | 222.52 | Deposit |
| | 10/16 | 277.00 | Deposit |
| | 10/16 | 219.60 | Deposit |
| | 10/16 | 343.28 | Deposit |
| | 10/16 | 539.00 | Deposit |
| | 10/16 | 641.00 | Deposit |
| | 10/16 | 996.00 | Deposit |
| | 10/17 | 409.00 | Deposit |
| | 10/17 | 400.00 | Deposit |
| | 10/17 | 386.07 | Deposit |
| | 10/17 | 425.04 | Deposit |
| | 10/17 | 427.00 | Deposit |
| | 10/17 | 326.11 | Deposit |
| | 10/17 | 173.25 | Deposit |
| | 10/17 | 535.43 | Deposit |
| | 10/17 | 590.00 | Deposit |
| | 10/17 | 417.00 | Deposit |
| | 10/17 | 161.38 | Deposit |
| | 10/17 | 477.10 | Deposit |
| | 10/17 | 633.25 | Deposit |
| | 10/17 | 355.25 | Deposit |
| | 10/17 | 175.86 | Deposit |
| | 10/17 | 182.25 | Deposit |
| | 10/17 | 311.42 | Deposit |
| | 10/17 | 242.39 | Deposit |
| | 10/18 | 345.74 | Deposit |
| | 10/18 | 317.50 | Deposit |
| | 10/18 | 321.00 | Deposit |
| | 10/18 | 255.58 | Deposit |
| | 10/18 | 344.27 | Deposit |
| | 10/18 | 174.35 | Deposit |
| | 10/18 | 394.68 | Deposit |
| | 10/18 | 425.95 | Deposit |
| | 10/18 | 489.88 | Deposit |
| | 10/18 | 197.43 | Deposit |
| | 10/18 | 395.00 | Deposit |
| | 10/18 | 256.36 | Deposit |
| | 10/18 | 289.55 | Deposit |
| | 10/18 | 377.26 | Deposit |
| | 10/18 | 448.15 | Deposit |
| | 10/18 | 527.00 | Deposit |
| | 10/18 | 171.11 | Deposit |
| | 10/18 | 207.00 | Deposit |
| | 10/18 | 326.11 | Deposit |
| | 10/19 | 382.04 | Deposit |



**WELLS FARGO**

### Deposits *(continued)*

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 10/19 | 420.00 | Deposit |
| | 10/19 | 205.71 | Deposit |
| | 10/19 | 223.00 | Deposit |
| | 10/19 | 602.10 | Deposit |
| | 10/19 | 480.00 | Deposit |
| | 10/19 | 499.31 | Deposit |
| | 10/19 | 309.15 | Deposit |
| | 10/19 | 246.94 | Deposit |
| | 10/19 | 643.06 | Deposit |
| | 10/19 | 527.55 | Deposit |
| | 10/19 | 258.39 | Deposit |
| | 10/19 | 246.55 | Deposit |
| | 10/19 | 236.61 | Deposit |
| | 10/19 | 369.05 | Deposit |
| | 10/19 | 492.00 | Deposit |
| | 10/19 | 360.68 | Deposit |
| | 10/19 | 420.78 | Deposit |
| | 10/20 | 331.50 | Deposit |
| | 10/20 | 382.01 | Deposit |
| | 10/20 | 97.00 | Deposit |
| | 10/20 | 317.68 | Deposit |
| | 10/20 | 327.51 | Deposit |
| | 10/20 | 743.18 | Deposit |
| | 10/20 | 663.00 | Deposit |
| | 10/20 | 214.61 | Deposit |
| | 10/20 | 303.38 | Deposit |
| | 10/20 | 610.00 | Deposit |
| | 10/20 | 724.44 | Deposit |
| | 10/20 | 574.25 | Deposit |
| | 10/20 | 243.58 | Deposit |
| | 10/20 | 475.12 | Deposit |
| | 10/20 | 451.36 | Deposit |
| | 10/20 | 381.50 | Deposit |
| | 10/20 | 479.00 | Deposit |
| | 10/20 | 413.38 | Deposit |
| | 10/20 | 269.40 | Deposit |
| | 10/23 | 699.01 | Deposit |
| | 10/23 | 741.52 | Deposit |
| | 10/23 | 417.26 | Deposit |
| | 10/23 | 387.00 | Deposit |
| | 10/23 | 533.90 | Deposit |
| | 10/23 | 85.42 | Deposit |
| | 10/23 | 637.39 | Deposit |
| | 10/23 | 397.64 | Deposit |
| | 10/23 | 255.18 | Deposit |
| | 10/23 | 70.91 | Deposit |



**Deposits** *(continued)*

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 10/23 | 118.58 | Deposit |
| | 10/23 | 421.53 | Deposit |
| | 10/23 | 654.44 | Deposit |
| | 10/23 | 241.85 | Deposit |
| | 10/23 | 238.56 | Deposit |
| | 10/23 | 532.27 | Deposit |
| | 10/23 | 494.39 | Deposit |
| | 10/23 | 235.00 | Deposit |
| | 10/23 | 421.75 | Deposit |
| | 10/23 | 267.52 | Deposit |
| | 10/23 | 182.05 | Deposit |
| | 10/23 | 223.00 | Deposit |
| | 10/23 | 330.00 | Deposit |
| | 10/23 | 540.23 | Deposit |
| | 10/23 | 527.59 | Deposit |
| | 10/23 | 378.12 | Deposit |
| | 10/23 | 267.86 | Deposit |
| | 10/23 | 257.33 | Deposit |
| | 10/23 | 361.08 | Deposit |
| | 10/23 | 512.93 | Deposit |
| | 10/23 | 327.79 | Deposit |
| | 10/23 | 226.30 | Deposit |
| | 10/23 | 567.00 | Deposit |
| | 10/23 | 603.00 | Deposit |
| | 10/23 | 246.32 | Deposit |
| | 10/23 | 568.90 | Deposit |
| | 10/23 | 413.71 | Deposit |
| | 10/23 | 747.00 | Deposit |
| | 10/23 | 525.00 | Deposit |
| | 10/23 | 750.00 | Deposit |
| | 10/23 | 21.35 | Deposit |
| | 10/23 | 347.80 | Deposit |
| | 10/23 | 359.87 | Deposit |
| | 10/23 | 420.00 | Deposit |
| | 10/23 | 378.09 | Deposit |
| | 10/23 | 349.00 | Deposit |
| | 10/23 | 827.00 | Deposit |
| | 10/23 | 250.40 | Deposit |
| | 10/23 | 140.24 | Deposit |
| | 10/23 | 102.50 | Deposit |
| | 10/23 | 416.41 | Deposit |
| | 10/23 | 310.76 | Deposit |
| | 10/23 | 523.15 | Deposit |
| | 10/24 | 623.79 | Deposit |
| | 10/24 | 262.00 | Deposit |
| | 10/24 | 219.25 | Deposit |



**WELLS FARGO**

## Deposits (continued)

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 10/24 | 415.02 | Deposit |
| | 10/24 | 278.26 | Deposit |
| | 10/24 | 352.00 | Deposit |
| | 10/24 | 452.54 | Deposit |
| | 10/24 | 179.00 | Deposit |
| | 10/24 | 180.14 | Deposit |
| | 10/24 | 495.00 | Deposit |
| | 10/24 | 104.24 | Deposit |
| | 10/24 | 537.43 | Deposit |
| | 10/24 | 148.00 | Deposit |
| | 10/24 | 697.75 | Deposit |
| | 10/24 | 607.00 | Deposit |
| | 10/24 | 626.00 | Deposit |
| | 10/25 | 344.00 | Deposit |
| | 10/25 | 312.24 | Deposit |
| | 10/25 | 417.13 | Deposit |
| | 10/25 | 567.00 | Deposit |
| | 10/25 | 581.15 | Deposit |
| | 10/25 | 498.00 | Deposit |
| | 10/25 | 768.87 | Deposit |
| | 10/25 | 599.85 | Deposit |
| | 10/25 | 251.48 | Deposit |
| | 10/25 | 260.73 | Deposit |
| | 10/25 | 210.00 | Deposit |
| | 10/25 | 227.78 | Deposit |
| | 10/25 | 196.46 | Deposit |
| | 10/25 | 349.00 | Deposit |
| | 10/25 | 308.55 | Deposit |
| | 10/26 | 575.95 | Deposit |
| | 10/26 | 435.00 | Deposit |
| | 10/26 | 686.61 | Deposit |
| | 10/26 | 319.94 | Deposit |
| | 10/26 | 258.82 | Deposit |
| | 10/26 | 715.00 | Deposit |
| | 10/26 | 510.00 | Deposit |
| | 10/26 | 459.22 | Deposit |
| | 10/26 | 641.15 | Deposit |
| | 10/26 | 738.00 | Deposit |
| | 10/26 | 421.00 | Deposit |
| | 10/26 | 416.34 | Deposit |
| | 10/26 | 90.71 | Deposit |
| | 10/26 | 629.50 | Deposit |
| | 10/27 | 410.35 | Deposit |
| | 10/27 | 510.00 | Deposit |
| | 10/27 | 558.00 | Deposit |
| | 10/27 | 342.50 | Deposit |



**WELLS FARGO**

### Deposits (continued)

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 10/27 | 761.99 | Deposit |
| | 10/27 | 629.39 | Deposit |
| | 10/27 | 404.16 | Deposit |
| | 10/27 | 596.05 | Deposit |
| | 10/27 | 758.06 | Deposit |
| | 10/27 | 530.73 | Deposit |
| | 10/27 | 416.53 | Deposit |
| | 10/27 | 317.08 | Deposit |
| | 10/27 | 411.00 | Deposit |
| | 10/27 | 439.00 | Deposit |
| | 10/30 | 625.02 | Deposit |
| | 10/30 | 386.25 | Deposit |
| | 10/30 | 449.47 | Deposit |
| | 10/30 | 781.00 | Deposit |
| | 10/30 | 459.75 | Deposit |
| | 10/30 | 819.55 | Deposit |
| | 10/30 | 952.00 | Deposit |
| | 10/30 | 572.26 | Deposit |
| | 10/30 | 562.65 | Deposit |
| | 10/30 | 444.00 | Deposit |
| | 10/30 | 502.20 | Deposit |
| | 10/30 | 907.26 | Deposit |
| | 10/30 | 506.00 | Deposit |
| | 10/30 | 358.10 | Deposit |
| | 10/30 | 194.82 | Deposit |
| | 10/30 | 550.16 | Deposit |
| | 10/30 | 495.00 | Deposit |
| | 10/30 | 237.35 | Deposit |
| | 10/30 | 400.29 | Deposit |
| | 10/30 | 115.79 | Deposit |
| | 10/30 | 800.93 | Deposit |
| | 10/30 | 445.00 | Deposit |
| | 10/30 | 376.36 | Deposit |
| | 10/30 | 348.28 | Deposit |
| | 10/30 | 206.15 | Deposit |
| | 10/30 | 306.41 | Deposit |
| | 10/30 | 128.00 | Deposit |
| | 10/30 | 206.95 | Deposit |
| | 10/30 | 356.19 | Deposit |
| | 10/30 | 820.15 | Deposit |
| | 10/30 | 273.51 | Deposit |
| | 10/30 | 547.75 | Deposit |
| | 10/30 | 600.61 | Deposit |
| | 10/30 | 434.82 | Deposit |
| | 10/30 | 575.06 | Deposit |
| | 10/30 | 460.00 | Deposit |



**WELLS FARGO**

### Deposits (continued)

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 10/30 | 425.37 | Deposit |
| | 10/30 | 252.36 | Deposit |
| | 10/31 | 785.11 | Deposit |
| | 10/31 | 344.91 | Deposit |
| | 10/31 | 376.00 | Deposit |
| | 10/31 | 653.00 | Deposit |
| | 10/31 | 521.00 | Deposit |
| | 10/31 | 369.39 | Deposit |
| | 10/31 | 677.75 | Deposit |
| | 10/31 | 161.02 | Deposit |
| | 10/31 | 128.25 | Deposit |
| | 10/31 | 481.25 | Deposit |
| | | **$253,447.26** | **Total deposits** |

### Electronic deposits/bank credits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 10/02 | 288.87 | Paymentech Deposit 171002 5551385 Rally's Hamburgers-418 |
| | 10/02 | 386.89 | Paymentech Deposit 171002 5551375 Rally's Hamburgers-418 |
| | 10/02 | 430.78 | Paymentech Deposit 171002 5551377 Rally's Hamburgers-418 |
| | 10/02 | 445.12 | Paymentech Deposit 171002 5551380 Rally's Hamburgers-417 |
| | 10/02 | 470.75 | Paymentech Deposit 171002 5551382 Rally's Hamburgers-418 |
| | 10/02 | 519.95 | Paymentech Deposit 171002 5551378 Rally's Hamburgers-417 |
| | 10/02 | 528.17 | Paymentech Deposit 171002 5551374 Rally's Hamburgers-417 |
| | 10/02 | 536.41 | Paymentech Deposit 171002 5551381 Rally's Hamburgers-417 |
| | 10/02 | 548.69 | Paymentech Deposit 171002 5551384 Rally's Hamburgers-418 |
| | 10/02 | 602.35 | Paymentech Deposit 171002 5551383 Rally's Hamburgers-418 |
| | 10/02 | 680.05 | Paymentech Deposit 171002 5551376 Rally's Hamburgers-418 |
| | 10/02 | 38.97 | Deposit Made In A Branch/Store |
| | 10/03 | 122.74 | Paymentech Deposit 171003 5551385 Rally's Hamburgers-418 |
| | 10/03 | 181.81 | Paymentech Deposit 171003 5551377 Rally's Hamburgers-418 |
| | 10/03 | 253.11 | Paymentech Deposit 171003 5551374 Rally's Hamburgers-417 |
| | 10/03 | 274.64 | Paymentech Deposit 171003 5551374 Rally's Hamburgers-417 |
| | 10/03 | 278.95 | Paymentech Deposit 171003 5551375 Rally's Hamburgers-418 |
| | 10/03 | 326.51 | Paymentech Deposit 171003 5551382 Rally's Hamburgers-418 |
| | 10/03 | 357.46 | Paymentech Deposit 171003 5551384 Rally's Hamburgers-418 |
| | 10/03 | 368.06 | Paymentech Deposit 171003 5551375 Rally's Hamburgers-418 |
| | 10/03 | 373.10 | Paymentech Deposit 171003 5551377 Rally's Hamburgers-418 |
| | 10/03 | 384.10 | Paymentech Deposit 171003 5551381 Rally's Hamburgers-417 |
| | 10/03 | 391.86 | Paymentech Deposit 171003 5551383 Rally's Hamburgers-418 |
| | 10/03 | 402.75 | Paymentech Deposit 171003 5551380 Rally's Hamburgers-417 |
| | 10/03 | 424.58 | Paymentech Deposit 171003 5551382 Rally's Hamburgers-418 |
| | 10/03 | 432.76 | Paymentech Deposit 171003 5551377 Rally's Hamburgers-418 |
| | 10/03 | 447.00 | Paymentech Deposit 171003 5551385 Rally's Hamburgers-418 |
| | 10/03 | 452.29 | Paymentech Deposit 171003 5551374 Rally's Hamburgers-417 |
| | 10/03 | 457.80 | Paymentech Deposit 171003 5551381 Rally's Hamburgers-417 |
| | 10/03 | 458.56 | Paymentech Deposit 171003 5551385 Rally's Hamburgers-418 |



**WELLS FARGO**

*Electronic deposits/bank credits (continued)*

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 10/03 | 488.47 | Paymentech Deposit 171003 5551376 Rally's Hamburgers-418 |
| | 10/03 | 489.79 | Paymentech Deposit 171003 5551381 Rally's Hamburgers-417 |
| | 10/03 | 503.77 | Paymentech Deposit 171003 5551378 Rally's Hamburgers-417 |
| | 10/03 | 507.13 | Paymentech Deposit 171003 5551383 Rally's Hamburgers-418 |
| | 10/03 | 513.18 | Paymentech Deposit 171003 5551380 Rally's Hamburgers-417 |
| | 10/03 | 537.32 | Paymentech Deposit 171003 5551378 Rally's Hamburgers-417 |
| | 10/03 | 552.10 | Paymentech Deposit 171003 5551382 Rally's Hamburgers-418 |
| | 10/03 | 556.83 | Paymentech Deposit 171003 5551375 Rally's Hamburgers-418 |
| | 10/03 | 597.36 | Paymentech Deposit 171003 5551384 Rally's Hamburgers-418 |
| | 10/03 | 606.63 | Paymentech Deposit 171003 5551384 Rally's Hamburgers-418 |
| | 10/03 | 665.74 | Paymentech Deposit 171003 5551380 Rally's Hamburgers-417 |
| | 10/03 | 666.02 | Paymentech Deposit 171003 5551376 Rally's Hamburgers-418 |
| | 10/03 | 694.05 | Paymentech Deposit 171003 5551383 Rally's Hamburgers-418 |
| | 10/03 | 719.68 | Paymentech Deposit 171003 5551378 Rally's Hamburgers-417 |
| | 10/03 | 819.22 | Paymentech Deposit 171003 5551376 Rally's Hamburgers-418 |
| | 10/03 | 324.40 | Deposit Made In A Branch/Store |
| | 10/04 | 250.86 | Paymentech Deposit 171004 5551377 Rally's Hamburgers-418 |
| | 10/04 | 297.89 | Paymentech Deposit 171004 5551375 Rally's Hamburgers-418 |
| | 10/04 | 298.70 | Paymentech Deposit 171004 5551380 Rally's Hamburgers-417 |
| | 10/04 | 327.75 | Paymentech Deposit 171004 5551374 Rally's Hamburgers-417 |
| | 10/04 | 338.42 | Paymentech Deposit 171004 5551385 Rally's Hamburgers-418 |
| | 10/04 | 367.65 | Paymentech Deposit 171004 5551382 Rally's Hamburgers-418 |
| | 10/04 | 419.53 | Paymentech Deposit 171004 5551383 Rally's Hamburgers-418 |
| | 10/04 | 424.65 | Paymentech Deposit 171004 5551384 Rally's Hamburgers-418 |
| | 10/04 | 440.62 | Paymentech Deposit 171004 5551378 Rally's Hamburgers-417 |
| | 10/04 | 467.47 | Paymentech Deposit 171004 5551381 Rally's Hamburgers-417 |
| | 10/04 | 616.62 | Paymentech Deposit 171004 5551376 Rally's Hamburgers-418 |
| | 10/04 | 486.00 | Deposit Made In A Branch/Store |
| | 10/04 | 571.32 | Deposit Made In A Branch/Store |
| | 10/05 | 307.55 | Paymentech Deposit 171005 5551385 Rally's Hamburgers-418 |
| | 10/05 | 430.64 | Paymentech Deposit 171005 5551374 Rally's Hamburgers-417 |
| | 10/05 | 431.98 | Paymentech Deposit 171005 5551375 Rally's Hamburgers-418 |
| | 10/05 | 434.39 | Paymentech Deposit 171005 5551383 Rally's Hamburgers-418 |
| | 10/05 | 437.86 | Paymentech Deposit 171005 5551377 Rally's Hamburgers-418 |
| | 10/05 | 443.42 | Paymentech Deposit 171005 5551382 Rally's Hamburgers-418 |
| | 10/05 | 516.08 | Paymentech Deposit 171005 5551384 Rally's Hamburgers-418 |
| | 10/05 | 520.22 | Paymentech Deposit 171005 5551380 Rally's Hamburgers-417 |
| | 10/05 | 559.16 | Paymentech Deposit 171005 5551381 Rally's Hamburgers-417 |
| | 10/05 | 625.02 | Paymentech Deposit 171005 5551376 Rally's Hamburgers-418 |
| | 10/05 | 631.81 | Paymentech Deposit 171005 5551378 Rally's Hamburgers-417 |
| | 10/05 | 590.40 | Deposit Made In A Branch/Store |
| | 10/05 | 170.60 | Deposit Made In A Branch/Store |
| | 10/05 | 303.00 | Deposit Made In A Branch/Store |
| | 10/06 | 276.09 | Paymentech Deposit 171006 5551377 Rally's Hamburgers-418 |
| | 10/06 | 297.48 | Paymentech Deposit 171006 5551385 Rally's Hamburgers-418 |
| | 10/06 | 317.62 | Paymentech Deposit 171006 5551380 Rally's Hamburgers-417 |



### Electronic deposits/bank credits (continued)

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 10/06 | 396.88 | Paymentech Deposit 171006 5551374 Rally's Hamburgers-417 |
| | 10/06 | 415.62 | Paymentech Deposit 171006 5551384 Rally's Hamburgers-418 |
| | 10/06 | 450.25 | Paymentech Deposit 171006 5551381 Rally's Hamburgers-417 |
| | 10/06 | 456.66 | Paymentech Deposit 171006 5551375 Rally's Hamburgers-418 |
| | 10/06 | 483.62 | Paymentech Deposit 171006 5551382 Rally's Hamburgers-417 |
| | 10/06 | 526.06 | Paymentech Deposit 171006 5551378 Rally's Hamburgers-417 |
| | 10/06 | 639.46 | Paymentech Deposit 171006 5551376 Rally's Hamburgers-418 |
| | 10/06 | 667.82 | Paymentech Deposit 171006 5551383 Rally's Hamburgers-418 |
| | 10/06 | 546.07 | Deposit Made In A Branch/Store |
| | 10/06 | 534.32 | Deposit Made In A Branch/Store |
| | 10/10 | 462.09 | Deposit Made In A Branch/Store |
| | 10/10 | 402.00 | Deposit Made In A Branch/Store |
| | 10/10 | 486.43 | Deposit Made In A Branch/Store |
| | 10/10 | 551.75 | Deposit Made In A Branch/Store |
| | 10/10 | 88.00 | Deposit Made In A Branch/Store |
| | 10/10 | 504.17 | Deposit Made In A Branch/Store |
| | 10/10 | 649.98 | Deposit Made In A Branch/Store |
| | 10/10 | 273.23 | Deposit Made In A Branch/Store |
| | 10/10 | 114.80 | Paymentech Deposit 171010 5551375 Rally's Hamburgers-418 |
| | 10/10 | 142.51 | Paymentech Deposit 171010 5551374 Rally's Hamburgers-417 |
| | 10/10 | 163.72 | Paymentech Deposit 171010 5551385 Rally's Hamburgers-418 |
| | 10/10 | 174.02 | Paymentech Deposit 171010 5551377 Rally's Hamburgers-418 |
| | 10/10 | 227.60 | Paymentech Deposit 171010 5551383 Rally's Hamburgers-418 |
| | 10/10 | 271.67 | Paymentech Deposit 171010 5551374 Rally's Hamburgers-417 |
| | 10/10 | 272.39 | Paymentech Deposit 171010 5551385 Rally's Hamburgers-418 |
| | 10/10 | 277.37 | Paymentech Deposit 171010 5551381 Rally's Hamburgers-417 |
| | 10/10 | 277.86 | Paymentech Deposit 171010 5551377 Rally's Hamburgers-418 |
| | 10/10 | 289.32 | Paymentech Deposit 171010 5551382 Rally's Hamburgers-418 |
| | 10/10 | 299.49 | Paymentech Deposit 171010 5551381 Rally's Hamburgers-417 |
| | 10/10 | 306.06 | Paymentech Deposit 171010 5551382 Rally's Hamburgers-418 |
| | 10/10 | 306.11 | Paymentech Deposit 171010 5551380 Rally's Hamburgers-417 |
| | 10/10 | 315.12 | Paymentech Deposit 171010 5551385 Rally's Hamburgers-418 |
| | 10/10 | 315.58 | Paymentech Deposit 171010 5551382 Rally's Hamburgers-418 |
| | 10/10 | 317.55 | Paymentech Deposit 171010 5551378 Rally's Hamburgers-417 |
| | 10/10 | 321.92 | Paymentech Deposit 171010 5551375 Rally's Hamburgers-418 |
| | 10/10 | 327.04 | Paymentech Deposit 171010 5551384 Rally's Hamburgers-418 |
| | 10/10 | 331.44 | Paymentech Deposit 171010 5551377 Rally's Hamburgers-418 |
| | 10/10 | 335.37 | Paymentech Deposit 171010 5551374 Rally's Hamburgers-417 |
| | 10/10 | 364.28 | Paymentech Deposit 171010 5551376 Rally's Hamburgers-418 |
| | 10/10 | 366.80 | Paymentech Deposit 171010 5551385 Rally's Hamburgers-418 |
| | 10/10 | 391.73 | Paymentech Deposit 171010 5551380 Rally's Hamburgers-417 |
| | 10/10 | 414.11 | Paymentech Deposit 171010 5551377 Rally's Hamburgers-418 |
| | 10/10 | 432.90 | Paymentech Deposit 171010 5551383 Rally's Hamburgers-418 |
| | 10/10 | 447.68 | Paymentech Deposit 171010 5551381 Rally's Hamburgers-417 |
| | 10/10 | 467.59 | Paymentech Deposit 171010 5551378 Rally's Hamburgers-417 |
| | 10/10 | 475.94 | Paymentech Deposit 171010 5551374 Rally's Hamburgers-417 |