

### Electronic deposits/bank credits *(continued)*

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 10/10 | 486.13 | Paymentech Deposit 171010 5551384 Rally's Hamburgers-418 |
| | 10/10 | 498.02 | Paymentech Deposit 171010 5551376 Rally's Hamburgers-418 |
| | 10/10 | 522.02 | Paymentech Deposit 171010 5551380 Rally's Hamburgers-417 |
| | 10/10 | 524.83 | Paymentech Deposit 171010 5551375 Rally's Hamburgers-418 |
| | 10/10 | 525.90 | Paymentech Deposit 171010 5551384 Rally's Hamburgers-418 |
| | 10/10 | 556.78 | Paymentech Deposit 171010 5551384 Rally's Hamburgers-418 |
| | 10/10 | 559.28 | Paymentech Deposit 171010 5551375 Rally's Hamburgers-418 |
| | 10/10 | 574.18 | Paymentech Deposit 171010 5551383 Rally's Hamburgers-418 |
| | 10/10 | 646.11 | Paymentech Deposit 171010 5551378 Rally's Hamburgers-417 |
| | 10/10 | 652.22 | Paymentech Deposit 171010 5551382 Rally's Hamburgers-418 |
| | 10/10 | 661.35 | Paymentech Deposit 171010 5551378 Rally's Hamburgers-417 |
| | 10/10 | 670.14 | Paymentech Deposit 171010 5551381 Rally's Hamburgers-417 |
| | 10/10 | 691.29 | Paymentech Deposit 171010 5551380 Rally's Hamburgers-417 |
| | 10/10 | 703.72 | Paymentech Deposit 171010 5551376 Rally's Hamburgers-418 |
| | 10/10 | 784.92 | Paymentech Deposit 171010 5551376 Rally's Hamburgers-418 |
| | 10/10 | 795.44 | Paymentech Deposit 171010 5551383 Rally's Hamburgers-418 |
| | 10/10 | 423.16 | Deposit Made In A Branch/Store |
| | 10/10 | 300.00 | Deposit Made In A Branch/Store |
| | 10/10 | 243.46 | Deposit Made In A Branch/Store |
| | 10/11 | 259.73 | Paymentech Deposit 171011 5551385 Rally's Hamburgers-418 |
| | 10/11 | 299.35 | Paymentech Deposit 171011 5551381 Rally's Hamburgers-417 |
| | 10/11 | 300.84 | Paymentech Deposit 171011 5551377 Rally's Hamburgers-418 |
| | 10/11 | 339.33 | Paymentech Deposit 171011 5551382 Rally's Hamburgers-418 |
| | 10/11 | 341.33 | Paymentech Deposit 171011 5551375 Rally's Hamburgers-418 |
| | 10/11 | 358.05 | Paymentech Deposit 171011 5551374 Rally's Hamburgers-417 |
| | 10/11 | 404.63 | Paymentech Deposit 171011 5551384 Rally's Hamburgers-418 |
| | 10/11 | 437.41 | Paymentech Deposit 171011 5551383 Rally's Hamburgers-418 |
| | 10/11 | 452.76 | Paymentech Deposit 171011 5551378 Rally's Hamburgers-417 |
| | 10/11 | 481.89 | Paymentech Deposit 171011 5551380 Rally's Hamburgers-417 |
| | 10/11 | 594.61 | Paymentech Deposit 171011 5551376 Rally's Hamburgers-418 |
| | 10/11 | 473.18 | Deposit Made In A Branch/Store |
| | 10/11 | 204.74 | Deposit Made In A Branch/Store |
| | 10/11 | 350.00 | Deposit Made In A Branch/Store |
| | 10/11 | 416.84 | Deposit Made In A Branch/Store |
| | 10/11 | 307.00 | Deposit Made In A Branch/Store |
| | 10/12 | 281.43 | Paymentech Deposit 171012 5551381 Rally's Hamburgers-417 |
| | 10/12 | 296.54 | Paymentech Deposit 171012 5551377 Rally's Hamburgers-418 |
| | 10/12 | 381.01 | Paymentech Deposit 171012 5551374 Rally's Hamburgers-417 |
| | 10/12 | 384.19 | Paymentech Deposit 171012 5551385 Rally's Hamburgers-418 |
| | 10/12 | 410.92 | Paymentech Deposit 171012 5551380 Rally's Hamburgers-417 |
| | 10/12 | 440.89 | Paymentech Deposit 171012 5551378 Rally's Hamburgers-417 |
| | 10/12 | 442.04 | Paymentech Deposit 171012 5551384 Rally's Hamburgers-418 |
| | 10/12 | 520.37 | Paymentech Deposit 171012 5551382 Rally's Hamburgers-418 |
| | 10/12 | 523.64 | Paymentech Deposit 171012 5551375 Rally's Hamburgers-418 |
| | 10/12 | 609.09 | Paymentech Deposit 171012 5551383 Rally's Hamburgers-418 |
| | 10/12 | 700.15 | Paymentech Deposit 171012 5551376 Rally's Hamburgers-418 |



*Electronic deposits/bank credits* (continued)

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 10/12 | 264.75 | Deposit Made In A Branch/Store |
| | 10/12 | 624.85 | Deposit Made In A Branch/Store |
| | 10/12 | 375.00 | Deposit Made In A Branch/Store |
| | 10/12 | 548.70 | Deposit Made In A Branch/Store |
| | 10/12 | 453.53 | Deposit Made In A Branch/Store |
| | 10/12 | 679.39 | Deposit Made In A Branch/Store |
| | 10/12 | 262.00 | Deposit Made In A Branch/Store |
| | 10/12 | 458.54 | Deposit Made In A Branch/Store |
| | 10/13 | 322.58 | Paymentech Deposit 171013 5551375 Rally's Hamburgers-418 |
| | 10/13 | 349.71 | Paymentech Deposit 171013 5551381 Rally's Hamburgers-417 |
| | 10/13 | 358.18 | Paymentech Deposit 171013 5551377 Rally's Hamburgers-418 |
| | 10/13 | 374.22 | Paymentech Deposit 171013 5551384 Rally's Hamburgers-418 |
| | 10/13 | 377.38 | Paymentech Deposit 171013 5551385 Rally's Hamburgers-418 |
| | 10/13 | 412.99 | Paymentech Deposit 171013 5551383 Rally's Hamburgers-418 |
| | 10/13 | 489.53 | Paymentech Deposit 171013 5551380 Rally's Hamburgers-417 |
| | 10/13 | 507.19 | Paymentech Deposit 171013 5551376 Rally's Hamburgers-418 |
| | 10/13 | 518.17 | Paymentech Deposit 171013 5551374 Rally's Hamburgers-417 |
| | 10/13 | 534.21 | Paymentech Deposit 171013 5551382 Rally's Hamburgers-418 |
| | 10/13 | 548.56 | Paymentech Deposit 171013 5551378 Rally's Hamburgers-417 |
| | 10/13 | 378.00 | Deposit Made In A Branch/Store |
| | 10/13 | 870.76 | Deposit Made In A Branch/Store |
| | 10/13 | 518.59 | Deposit Made In A Branch/Store |
| | 10/13 | 376.00 | Deposit Made In A Branch/Store |
| | 10/13 | 612.10 | Deposit Made In A Branch/Store |
| | 10/13 | 845.09 | Deposit Made In A Branch/Store |
| | 10/16 | 633.65 | Deposit Made In A Branch/Store |
| | 10/16 | 419.63 | eDeposit IN Branch/Store 10/14/17 09:27:55 Am 2721 Highway 78 E Jasper AL |
| | 10/16 | 484.10 | Deposit Made In A Branch/Store |
| | 10/16 | 691.00 | Deposit Made In A Branch/Store |
| | 10/16 | 273.05 | Paymentech Deposit 171016 5551385 Rally's Hamburgers-418 |
| | 10/16 | 300.01 | Paymentech Deposit 171016 5551377 Rally's Hamburgers-418 |
| | 10/16 | 407.34 | Paymentech Deposit 171016 5551380 Rally's Hamburgers-417 |
| | 10/16 | 422.10 | Paymentech Deposit 171016 5551374 Rally's Hamburgers-417 |
| | 10/16 | 475.64 | Paymentech Deposit 171016 5551382 Rally's Hamburgers-418 |
| | 10/16 | 477.05 | Paymentech Deposit 171016 5551378 Rally's Hamburgers-417 |
| | 10/16 | 499.87 | Paymentech Deposit 171016 5551375 Rally's Hamburgers-418 |
| | 10/16 | 523.56 | Paymentech Deposit 171016 5551383 Rally's Hamburgers-418 |
| | 10/16 | 536.11 | Paymentech Deposit 171016 5551381 Rally's Hamburgers-417 |
| | 10/16 | 579.02 | Paymentech Deposit 171016 5551384 Rally's Hamburgers-418 |
| | 10/16 | 726.86 | Paymentech Deposit 171016 5551376 Rally's Hamburgers-418 |
| | 10/16 | 306.00 | eDeposit IN Branch/Store 10/16/17 08:52:19 Am 7524 1St Ave N Birmingham AL |
| | 10/16 | 576.00 | Deposit Made In A Branch/Store |
| | 10/16 | 321.00 | eDeposit IN Branch/Store 10/16/17 08:53:36 Am 7524 1St Ave N Birmingham AL |



**WELLS FARGO**

*Electronic deposits/bank credits* (continued)

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 10/16 | 486.75 | eDeposit IN Branch/Store 10/16/17 08:55:30 Am 7524 1St Ave N Birmingham AL |
| | 10/16 | 434.12 | Deposit Made In A Branch/Store |
| | 10/16 | 338.98 | Deposit Made In A Branch/Store |
| | 10/16 | 857.49 | Deposit Made In A Branch/Store |
| | 10/16 | 451.40 | Deposit Made In A Branch/Store |
| | 10/16 | 299.04 | Deposit Made In A Branch/Store |
| | 10/16 | 476.49 | Deposit Made In A Branch/Store |
| | 10/16 | 473.62 | Deposit Made In A Branch/Store |
| | 10/16 | 646.25 | Deposit Made In A Branch/Store |
| | 10/16 | 399.00 | Deposit Made In A Branch/Store |
| | 10/16 | 378.09 | Deposit Made In A Branch/Store |
| | 10/16 | 333.25 | eDeposit IN Branch/Store 10/16/17 09:27:02 Am 250 S 7th St Gadsden AL |
| | 10/16 | 436.00 | Deposit Made In A Branch/Store |
| | 10/16 | 326.00 | Deposit Made In A Branch/Store |
| | 10/16 | 318.00 | eDeposit IN Branch/Store 10/16/17 11:24:57 Am 6552 Aaron Aronov Dr Fairfield AL |
| | 10/16 | 737.60 | Deposit Made In A Branch/Store |
| | 10/16 | 399.42 | Deposit Made In A Branch/Store |
| | 10/16 | 790.61 | Deposit Made In A Branch/Store |
| | 10/17 | 210.79 | Paymentech Deposit 171017 5551385 Rally's Hamburgers-418 |
| | 10/17 | 213.56 | Paymentech Deposit 171017 5551377 Rally's Hamburgers-418 |
| | 10/17 | 236.62 | Paymentech Deposit 171017 5551375 Rally's Hamburgers-418 |
| | 10/17 | 238.08 | Paymentech Deposit 171017 5551375 Rally's Hamburgers-418 |
| | 10/17 | 253.09 | Paymentech Deposit 171017 5551377 Rally's Hamburgers-418 |
| | 10/17 | 268.16 | Paymentech Deposit 171017 5551381 Rally's Hamburgers-417 |
| | 10/17 | 272.17 | Paymentech Deposit 171017 5551374 Rally's Hamburgers-417 |
| | 10/17 | 276.02 | Paymentech Deposit 171017 5551374 Rally's Hamburgers-417 |
| | 10/17 | 277.61 | Paymentech Deposit 171017 5551381 Rally's Hamburgers-417 |
| | 10/17 | 298.69 | Paymentech Deposit 171017 5551385 Rally's Hamburgers-418 |
| | 10/17 | 305.28 | Paymentech Deposit 171017 5551383 Rally's Hamburgers-418 |
| | 10/17 | 312.54 | Paymentech Deposit 171017 5551382 Rally's Hamburgers-418 |
| | 10/17 | 314.67 | Paymentech Deposit 171017 5551377 Rally's Hamburgers-418 |
| | 10/17 | 333.24 | Paymentech Deposit 171017 5551385 Rally's Hamburgers-418 |
| | 10/17 | 350.11 | Paymentech Deposit 171017 5551378 Rally's Hamburgers-417 |
| | 10/17 | 374.38 | Paymentech Deposit 171017 5551381 Rally's Hamburgers-417 |
| | 10/17 | 376.83 | Paymentech Deposit 171017 5551374 Rally's Hamburgers-417 |
| | 10/17 | 380.53 | Paymentech Deposit 171017 5551384 Rally's Hamburgers-418 |
| | 10/17 | 392.04 | Paymentech Deposit 171017 5551380 Rally's Hamburgers-417 |
| | 10/17 | 398.76 | Paymentech Deposit 171017 5551383 Rally's Hamburgers-418 |
| | 10/17 | 409.96 | Paymentech Deposit 171017 5551382 Rally's Hamburgers-418 |
| | 10/17 | 452.36 | Paymentech Deposit 171017 5551378 Rally's Hamburgers-417 |
| | 10/17 | 496.36 | Paymentech Deposit 171017 5551384 Rally's Hamburgers-418 |
| | 10/17 | 500.22 | Paymentech Deposit 171017 5551376 Rally's Hamburgers-418 |
| | 10/17 | 561.06 | Paymentech Deposit 171017 5551380 Rally's Hamburgers-417 |
| | 10/17 | 569.24 | Paymentech Deposit 171017 5551384 Rally's Hamburgers-418 |



### Electronic deposits/bank credits *(continued)*

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 10/17 | 630.01 | Paymentech Deposit 171017 5551382 Rally's Hamburgers-418 |
| | 10/17 | 633.90 | Paymentech Deposit 171017 5551376 Rally's Hamburgers-418 |
| | 10/17 | 644.94 | Paymentech Deposit 171017 5551383 Rally's Hamburgers-418 |
| | 10/17 | 704.46 | Paymentech Deposit 171017 5551375 Rally's Hamburgers-418 |
| | 10/17 | 712.78 | Paymentech Deposit 171017 5551378 Rally's Hamburgers-417 |
| | 10/17 | 717.45 | Paymentech Deposit 171017 5551380 Rally's Hamburgers-417 |
| | 10/17 | 803.36 | Paymentech Deposit 171017 5551376 Rally's Hamburgers-418 |
| | 10/17 | 741.09 | Deposit Made In A Branch/Store |
| | 10/17 | 317.55 | Deposit Made In A Branch/Store |
| | 10/17 | 489.24 | Deposit Made In A Branch/Store |
| | 10/17 | 175.50 | Deposit Made In A Branch/Store |
| | 10/17 | 372.35 | Deposit Made In A Branch/Store |
| | 10/17 | 425.00 | Deposit Made In A Branch/Store |
| | 10/17 | 417.00 | Deposit Made In A Branch/Store |
| | 10/17 | 306.83 | Deposit Made In A Branch/Store |
| | 10/17 | 291.06 | Deposit Made In A Branch/Store |
| | 10/18 | 220.97 | Paymentech Deposit 171018 5551385 Rally's Hamburgers-418 |
| | 10/18 | 246.61 | Paymentech Deposit 171018 5551375 Rally's Hamburgers-418 |
| | 10/18 | 264.44 | Paymentech Deposit 171018 5551377 Rally's Hamburgers-418 |
| | 10/18 | 277.28 | Paymentech Deposit 171018 5551381 Rally's Hamburgers-417 |
| | 10/18 | 328.03 | Paymentech Deposit 171018 5551374 Rally's Hamburgers-417 |
| | 10/18 | 376.55 | Paymentech Deposit 171018 5551383 Rally's Hamburgers-418 |
| | 10/18 | 435.64 | Paymentech Deposit 171018 5551384 Rally's Hamburgers-418 |
| | 10/18 | 437.60 | Paymentech Deposit 171018 5551382 Rally's Hamburgers-418 |
| | 10/18 | 463.32 | Paymentech Deposit 171018 5551378 Rally's Hamburgers-417 |
| | 10/18 | 602.63 | Paymentech Deposit 171018 5551376 Rally's Hamburgers-418 |
| | 10/18 | 635.63 | Paymentech Deposit 171018 5551380 Rally's Hamburgers-417 |
| | 10/18 | 688.23 | Deposit Made In A Branch/Store |
| | 10/18 | 331.11 | Deposit Made In A Branch/Store |
| | 10/18 | 429.00 | Deposit Made In A Branch/Store |
| | 10/18 | 494.83 | Deposit Made In A Branch/Store |
| | 10/18 | 393.00 | Deposit Made In A Branch/Store |
| | 10/19 | 265.62 | Paymentech Deposit 171019 5551381 Rally's Hamburgers-417 |
| | 10/19 | 350.28 | Paymentech Deposit 171019 5551377 Rally's Hamburgers-418 |
| | 10/19 | 362.01 | Paymentech Deposit 171019 5551375 Rally's Hamburgers-418 |
| | 10/19 | 379.03 | Paymentech Deposit 171019 5551385 Rally's Hamburgers-418 |
| | 10/19 | 383.39 | Paymentech Deposit 171019 5551383 Rally's Hamburgers-418 |
| | 10/19 | 383.53 | Paymentech Deposit 171019 5551376 Rally's Hamburgers-418 |
| | 10/19 | 405.83 | Paymentech Deposit 171019 5551382 Rally's Hamburgers-418 |
| | 10/19 | 428.79 | Paymentech Deposit 171019 5551380 Rally's Hamburgers-417 |
| | 10/19 | 446.20 | Paymentech Deposit 171019 5551374 Rally's Hamburgers-417 |
| | 10/19 | 465.57 | Paymentech Deposit 171019 5551378 Rally's Hamburgers-417 |
| | 10/19 | 494.94 | Paymentech Deposit 171019 5551384 Rally's Hamburgers-418 |
| | 10/19 | 548.45 | Deposit Made In A Branch/Store |
| | 10/19 | 183.75 | Deposit Made In A Branch/Store |
| | 10/19 | 739.15 | Deposit Made In A Branch/Store |



**WELLS FARGO**

### Electronic deposits/bank credits (continued)

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 10/19 | 275.39 | Deposit Made In A Branch/Store |
| | 10/19 | 642.00 | Deposit Made In A Branch/Store |
| | 10/19 | 418.00 | Deposit Made In A Branch/Store |
| | 10/19 | 468.39 | Deposit Made In A Branch/Store |
| | 10/20 | 296.50 | Paymentech Deposit 171020 5551380 Rally's Hamburgers-417 |
| | 10/20 | 329.21 | Paymentech Deposit 171020 5551377 Rally's Hamburgers-418 |
| | 10/20 | 373.48 | Paymentech Deposit 171020 5551385 Rally's Hamburgers-418 |
| | 10/20 | 393.39 | Paymentech Deposit 171020 5551383 Rally's Hamburgers-418 |
| | 10/20 | 409.30 | Paymentech Deposit 171020 5551382 Rally's Hamburgers-418 |
| | 10/20 | 420.72 | Paymentech Deposit 171020 5551378 Rally's Hamburgers-417 |
| | 10/20 | 430.30 | Paymentech Deposit 171020 5551381 Rally's Hamburgers-417 |
| | 10/20 | 473.46 | Paymentech Deposit 171020 5551374 Rally's Hamburgers-417 |
| | 10/20 | 486.43 | Paymentech Deposit 171020 5551375 Rally's Hamburgers-418 |
| | 10/20 | 524.82 | Paymentech Deposit 171020 5551376 Rally's Hamburgers-418 |
| | 10/20 | 534.90 | Paymentech Deposit 171020 5551384 Rally's Hamburgers-418 |
| | 10/20 | 658.12 | Deposit Made In A Branch/Store |
| | 10/20 | 537.71 | Deposit Made In A Branch/Store |
| | 10/20 | 327.05 | Deposit Made In A Branch/Store |
| | 10/20 | 419.95 | Deposit Made In A Branch/Store |
| | 10/20 | 300.00 | Deposit Made In A Branch/Store |
| | 10/20 | 612.96 | Deposit Made In A Branch/Store |
| | 10/23 | 410.32 | Deposit Made In A Branch/Store |
| | 10/23 | 496.65 | Deposit Made In A Branch/Store |
| | 10/23 | 415.30 | Deposit Made In A Branch/Store |
| | 10/23 | 279.98 | Paymentech Deposit 171023 5551385 Rally's Hamburgers-418 |
| | 10/23 | 334.66 | Paymentech Deposit 171023 5551380 Rally's Hamburgers-417 |
| | 10/23 | 376.37 | Paymentech Deposit 171023 5551381 Rally's Hamburgers-417 |
| | 10/23 | 391.19 | Paymentech Deposit 171023 5551377 Rally's Hamburgers-418 |
| | 10/23 | 433.68 | Paymentech Deposit 171023 5551378 Rally's Hamburgers-417 |
| | 10/23 | 463.16 | Paymentech Deposit 171023 5551382 Rally's Hamburgers-418 |
| | 10/23 | 524.21 | Paymentech Deposit 171023 5551374 Rally's Hamburgers-417 |
| | 10/23 | 528.26 | Paymentech Deposit 171023 5551375 Rally's Hamburgers-418 |
| | 10/23 | 535.93 | Paymentech Deposit 171023 5551376 Rally's Hamburgers-418 |
| | 10/23 | 542.23 | Paymentech Deposit 171023 5551384 Rally's Hamburgers-418 |
| | 10/23 | 582.70 | Paymentech Deposit 171023 5551383 Rally's Hamburgers-418 |
| | 10/23 | 438.98 | Deposit Made In A Branch/Store |
| | 10/23 | 347.42 | Deposit Made In A Branch/Store |
| | 10/23 | 124.18 | Deposit Made In A Branch/Store |
| | 10/23 | 260.11 | Deposit Made In A Branch/Store |
| | 10/23 | 592.19 | Deposit Made In A Branch/Store |
| | 10/23 | 245.88 | Deposit Made In A Branch/Store |
| | 10/23 | 390.60 | Deposit Made In A Branch/Store |
| | 10/23 | 246.05 | Deposit Made In A Branch/Store |
| | 10/23 | 480.25 | Deposit Made In A Branch/Store |
| | 10/23 | 511.27 | Deposit Made In A Branch/Store |
| | 10/23 | 689.51 | Deposit Made In A Branch/Store |



### Electronic deposits/bank credits (continued)

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 10/23 | 846.97 | Deposit Made In A Branch/Store |
| | 10/23 | 465.16 | Deposit Made In A Branch/Store |
| | 10/23 | 270.60 | Deposit Made In A Branch/Store |
| | 10/23 | 370.95 | Deposit Made In A Branch/Store |
| | 10/23 | 795.87 | Deposit Made In A Branch/Store |
| | 10/23 | 512.46 | Deposit Made In A Branch/Store |
| | 10/23 | 492.22 | Deposit Made In A Branch/Store |
| | 10/23 | 875.95 | Deposit Made In A Branch/Store |
| | 10/24 | 108.98 | Paymentech Deposit 171024 5551374 Rally's Hamburgers-417 |
| | 10/24 | 193.42 | Paymentech Deposit 171024 5551375 Rally's Hamburgers-418 |
| | 10/24 | 217.52 | Paymentech Deposit 171024 5551385 Rally's Hamburgers-418 |
| | 10/24 | 221.97 | Paymentech Deposit 171024 5551377 Rally's Hamburgers-418 |
| | 10/24 | 239.45 | Paymentech Deposit 171024 5551375 Rally's Hamburgers-418 |
| | 10/24 | 268.83 | Paymentech Deposit 171024 5551385 Rally's Hamburgers-418 |
| | 10/24 | 283.19 | Paymentech Deposit 171024 5551381 Rally's Hamburgers-417 |
| | 10/24 | 314.78 | Paymentech Deposit 171024 5551383 Rally's Hamburgers-418 |
| | 10/24 | 319.37 | Paymentech Deposit 171024 5551382 Rally's Hamburgers-418 |
| | 10/24 | 319.37 | Paymentech Deposit 171024 5551384 Rally's Hamburgers-418 |
| | 10/24 | 344.49 | Paymentech Deposit 171024 5551378 Rally's Hamburgers-417 |
| | 10/24 | 350.09 | Paymentech Deposit 171024 5551374 Rally's Hamburgers-417 |
| | 10/24 | 358.53 | Paymentech Deposit 171024 5551377 Rally's Hamburgers-418 |
| | 10/24 | 360.16 | Paymentech Deposit 171024 5551380 Rally's Hamburgers-417 |
| | 10/24 | 362.00 | Paymentech Deposit 171024 5551382 Rally's Hamburgers-418 |
| | 10/24 | 380.63 | Paymentech Deposit 171024 5551377 Rally's Hamburgers-418 |
| | 10/24 | 407.71 | Paymentech Deposit 171024 5551383 Rally's Hamburgers-418 |
| | 10/24 | 408.19 | Paymentech Deposit 171024 5551385 Rally's Hamburgers-418 |
| | 10/24 | 418.61 | Paymentech Deposit 171024 5551375 Rally's Hamburgers-418 |
| | 10/24 | 493.83 | Paymentech Deposit 171024 5551374 Rally's Hamburgers-417 |
| | 10/24 | 521.25 | Paymentech Deposit 171024 5551378 Rally's Hamburgers-417 |
| | 10/24 | 524.31 | Paymentech Deposit 171024 5551378 Rally's Hamburgers-417 |
| | 10/24 | 524.39 | Paymentech Deposit 171024 5551384 Rally's Hamburgers-418 |
| | 10/24 | 532.61 | Paymentech Deposit 171024 5551381 Rally's Hamburgers-417 |
| | 10/24 | 543.39 | Paymentech Deposit 171024 5551380 Rally's Hamburgers-417 |
| | 10/24 | 550.05 | Paymentech Deposit 171024 5551376 Rally's Hamburgers-418 |
| | 10/24 | 552.48 | Paymentech Deposit 171024 5551380 Rally's Hamburgers-417 |
| | 10/24 | 561.43 | Paymentech Deposit 171024 5551381 Rally's Hamburgers-417 |
| | 10/24 | 575.78 | Paymentech Deposit 171024 5551382 Rally's Hamburgers-418 |
| | 10/24 | 589.31 | Paymentech Deposit 171024 5551384 Rally's Hamburgers-418 |
| | 10/24 | 609.94 | Paymentech Deposit 171024 5551376 Rally's Hamburgers-418 |
| | 10/24 | 673.62 | Paymentech Deposit 171024 5551383 Rally's Hamburgers-418 |
| | 10/24 | 719.92 | Paymentech Deposit 171024 5551376 Rally's Hamburgers-418 |
| | 10/24 | 665.03 | Deposit Made In A Branch/Store |
| | 10/24 | 212.03 | Deposit Made In A Branch/Store |
| | 10/24 | 609.95 | Deposit Made In A Branch/Store |
| | 10/24 | 495.43 | Deposit Made In A Branch/Store |
| | 10/24 | 337.13 | Deposit Made In A Branch/Store |



**Electronic deposits/bank credits** *(continued)*

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 10/24 | 337.00 | Deposit Made In A Branch/Store |
| | 10/24 | 358.36 | Deposit Made In A Branch/Store |
| | 10/25 | 235.84 | Paymentech Deposit 171025 5551381 Rally's Hamburgers-417 |
| | 10/25 | 301.01 | Paymentech Deposit 171025 5551385 Rally's Hamburgers-418 |
| | 10/25 | 308.22 | Paymentech Deposit 171025 5551377 Rally's Hamburgers-418 |
| | 10/25 | 316.01 | Paymentech Deposit 171025 5551378 Rally's Hamburgers-417 |
| | 10/25 | 350.32 | Paymentech Deposit 171025 5551382 Rally's Hamburgers-418 |
| | 10/25 | 382.94 | Paymentech Deposit 171025 5551374 Rally's Hamburgers-417 |
| | 10/25 | 397.18 | Paymentech Deposit 171025 5551375 Rally's Hamburgers-418 |
| | 10/25 | 404.88 | Paymentech Deposit 171025 5551384 Rally's Hamburgers-418 |
| | 10/25 | 428.95 | Paymentech Deposit 171025 5551380 Rally's Hamburgers-417 |
| | 10/25 | 467.22 | Paymentech Deposit 171025 5551383 Rally's Hamburgers-418 |
| | 10/25 | 474.85 | Paymentech Deposit 171025 5551376 Rally's Hamburgers-418 |
| | 10/25 | 338.14 | Deposit Made In A Branch/Store |
| | 10/25 | 132.96 | Deposit Made In A Branch/Store |
| | 10/25 | 275.16 | Deposit Made In A Branch/Store |
| | 10/25 | 602.46 | Deposit Made In A Branch/Store |
| | 10/25 | 370.00 | Deposit Made In A Branch/Store |
| | 10/25 | 420.25 | Deposit Made In A Branch/Store |
| | 10/25 | 674.91 | Deposit Made In A Branch/Store |
| | 10/25 | 371.93 | Deposit Made In A Branch/Store |
| | 10/25 | 376.06 | Deposit Made In A Branch/Store |
| | 10/25 | 575.00 | Deposit Made In A Branch/Store |
| | 10/26 | 290.42 | Paymentech Deposit 171026 5551385 Rally's Hamburgers-418 |
| | 10/26 | 304.64 | Paymentech Deposit 171026 5551377 Rally's Hamburgers-418 |
| | 10/26 | 371.73 | Paymentech Deposit 171026 5551380 Rally's Hamburgers-417 |
| | 10/26 | 422.26 | Paymentech Deposit 171026 5551381 Rally's Hamburgers-418 |
| | 10/26 | 445.47 | Paymentech Deposit 171026 5551384 Rally's Hamburgers-418 |
| | 10/26 | 446.65 | Paymentech Deposit 171026 5551375 Rally's Hamburgers-418 |
| | 10/26 | 461.18 | Paymentech Deposit 171026 5551378 Rally's Hamburgers-417 |
| | 10/26 | 498.75 | Paymentech Deposit 171026 5551382 Rally's Hamburgers-418 |
| | 10/26 | 512.72 | Paymentech Deposit 171026 5551374 Rally's Hamburgers-417 |
| | 10/26 | 517.15 | Paymentech Deposit 171026 5551383 Rally's Hamburgers-418 |
| | 10/26 | 539.43 | Paymentech Deposit 171026 5551376 Rally's Hamburgers-418 |
| | 10/26 | 235.50 | Deposit Made In A Branch/Store |
| | 10/26 | 345.00 | Deposit Made In A Branch/Store |
| | 10/26 | 142.49 | Deposit Made In A Branch/Store |
| | 10/26 | 358.22 | Deposit Made In A Branch/Store |
| | 10/26 | 893.00 | Deposit Made In A Branch/Store |
| | 10/26 | 384.54 | Deposit Made In A Branch/Store |
| | 10/26 | 583.96 | Deposit Made In A Branch/Store |
| | 10/26 | 373.35 | Deposit Made In A Branch/Store |
| | 10/26 | 276.50 | Deposit Made In A Branch/Store |
| | 10/26 | 496.00 | Deposit Made In A Branch/Store |
| | 10/26 | 339.18 | Deposit Made In A Branch/Store |
| | 10/27 | 303.08 | Paymentech Deposit 171027 5551385 Rally's Hamburgers-418 |



*Electronic deposits/bank credits* (continued)

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 10/27 | 306.88 | Paymentech Deposit 171027 5551380 Rally's Hamburgers-417 |
| | 10/27 | 307.30 | Paymentech Deposit 171027 5551375 Rally's Hamburgers-418 |
| | 10/27 | 368.87 | Paymentech Deposit 171027 5551377 Rally's Hamburgers-418 |
| | 10/27 | 381.64 | Paymentech Deposit 171027 5551381 Rally's Hamburgers-417 |
| | 10/27 | 444.57 | Paymentech Deposit 171027 5551374 Rally's Hamburgers-417 |
| | 10/27 | 469.24 | Paymentech Deposit 171027 5551382 Rally's Hamburgers-418 |
| | 10/27 | 499.80 | Paymentech Deposit 171027 5551383 Rally's Hamburgers-418 |
| | 10/27 | 537.81 | Paymentech Deposit 171027 5551384 Rally's Hamburgers-418 |
| | 10/27 | 560.37 | Paymentech Deposit 171027 5551376 Rally's Hamburgers-418 |
| | 10/27 | 583.17 | Paymentech Deposit 171027 5551378 Rally's Hamburgers-417 |
| | 10/27 | 391.53 | Deposit Made In A Branch/Store |
| | 10/27 | 376.66 | Deposit Made In A Branch/Store |
| | 10/27 | 405.60 | Deposit Made In A Branch/Store |
| | 10/27 | 454.51 | Deposit Made In A Branch/Store |
| | 10/27 | 844.05 | Deposit Made In A Branch/Store |
| | 10/27 | 315.00 | Deposit Made In A Branch/Store |
| | 10/27 | 493.48 | Deposit Made In A Branch/Store |
| | 10/27 | 502.06 | Deposit Made In A Branch/Store |
| | 10/27 | 42.18 | Deposit Made In A Branch/Store |
| | 10/27 | 265.52 | Deposit Made In A Branch/Store |
| | 10/30 | 841.87 | Deposit Made In A Branch/Store |
| | 10/30 | 274.70 | Deposit Made In A Branch/Store |
| | 10/30 | 560.00 | Deposit Made In A Branch/Store |
| | 10/30 | 327.99 | Paymentech Deposit 171030 5551385 Rally's Hamburgers-418 |
| | 10/30 | 336.01 | Paymentech Deposit 171030 5551377 Rally's Hamburgers-418 |
| | 10/30 | 350.32 | Paymentech Deposit 171030 5551383 Rally's Hamburgers-418 |
| | 10/30 | 382.22 | Paymentech Deposit 171030 5551381 Rally's Hamburgers-417 |
| | 10/30 | 422.80 | Paymentech Deposit 171030 5551374 Rally's Hamburgers-417 |
| | 10/30 | 447.85 | Paymentech Deposit 171030 5551378 Rally's Hamburgers-417 |
| | 10/30 | 453.34 | Paymentech Deposit 171030 5551380 Rally's Hamburgers-417 |
| | 10/30 | 590.37 | Paymentech Deposit 171030 5551384 Rally's Hamburgers-418 |
| | 10/30 | 608.33 | Paymentech Deposit 171030 5551375 Rally's Hamburgers-418 |
| | 10/30 | 638.82 | Paymentech Deposit 171030 5551382 Rally's Hamburgers-418 |
| | 10/30 | 645.34 | Paymentech Deposit 171030 5551376 Rally's Hamburgers-418 |
| | 10/30 | 271.00 | eDeposit IN Branch/Store 10/30/17 08:57:04 Am 2401 6th Ave S Birmingham AL 8836 |
| | 10/30 | 506.57 | Deposit Made In A Branch/Store |
| | 10/30 | 295.43 | Deposit Made In A Branch/Store |
| | 10/30 | 235.55 | Deposit Made In A Branch/Store |
| | 10/30 | 155.15 | Deposit Made In A Branch/Store |
| | 10/30 | 307.64 | Deposit Made In A Branch/Store |
| | 10/30 | 147.55 | Deposit Made In A Branch/Store |
| | 10/30 | 260.12 | Deposit Made In A Branch/Store |
| | 10/30 | 464.00 | Deposit Made In A Branch/Store |
| | 10/30 | 165.56 | Deposit Made In A Branch/Store |
| | 10/30 | 358.00 | Deposit Made In A Branch/Store |



### Electronic deposits/bank credits (continued)

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 10/30 | 610.25 | Deposit Made In A Branch/Store |
| | 10/30 | 457.00 | Deposit Made In A Branch/Store |
| | 10/30 | 354.22 | Deposit Made In A Branch/Store |
| | 10/30 | 423.86 | Deposit Made In A Branch/Store |
| | 10/30 | 627.67 | Deposit Made In A Branch/Store |
| | 10/30 | 464.87 | Deposit Made In A Branch/Store |
| | 10/30 | 262.51 | Deposit Made In A Branch/Store |
| | 10/30 | 211.07 | Deposit Made In A Branch/Store |
| | 10/30 | 377.32 | Deposit Made In A Branch/Store |
| | 10/30 | 449.60 | Deposit Made In A Branch/Store |
| | 10/30 | 61.25 | Deposit Made In A Branch/Store |
| | 10/30 | 349.76 | Deposit Made In A Branch/Store |
| | 10/30 | 157.30 | Deposit Made In A Branch/Store |
| | 10/30 | 423.14 | Deposit Made In A Branch/Store |
| | 10/30 | 182.06 | Deposit Made In A Branch/Store |
| | 10/30 | 477.00 | Deposit Made In A Branch/Store |
| | 10/30 | 587.77 | Deposit Made In A Branch/Store |
| | 10/30 | 667.47 | Deposit Made In A Branch/Store |
| | 10/30 | 869.71 | Deposit Made In A Branch/Store |
| | 10/30 | 527.15 | Deposit Made In A Branch/Store |
| | 10/31 | 302.68 | Paymentech Deposit 171031 5551385 Rally's Hamburgers-418 |
| | 10/31 | 331.71 | Paymentech Deposit 171031 5551374 Rally's Hamburgers-417 |
| | 10/31 | 359.09 | Paymentech Deposit 171031 5551377 Rally's Hamburgers-418 |
| | 10/31 | 360.01 | Paymentech Deposit 171031 5551385 Rally's Hamburgers-418 |
| | 10/31 | 365.82 | Paymentech Deposit 171031 5551381 Rally's Hamburgers-417 |
| | 10/31 | 370.92 | Paymentech Deposit 171031 5551382 Rally's Hamburgers-418 |
| | 10/31 | 404.31 | Paymentech Deposit 171031 5551380 Rally's Hamburgers-417 |
| | 10/31 | 406.29 | Paymentech Deposit 171031 5551374 Rally's Hamburgers-418 |
| | 10/31 | 454.48 | Paymentech Deposit 171031 5551375 Rally's Hamburgers-418 |
| | 10/31 | 467.63 | Paymentech Deposit 171031 5551378 Rally's Hamburgers-417 |
| | 10/31 | 469.41 | Paymentech Deposit 171031 5551375 Rally's Hamburgers-418 |
| | 10/31 | 501.64 | Paymentech Deposit 171031 5551380 Rally's Hamburgers-417 |
| | 10/31 | 516.70 | Paymentech Deposit 171031 5551377 Rally's Hamburgers-418 |
| | 10/31 | 539.49 | Paymentech Deposit 171031 5551376 Rally's Hamburgers-418 |
| | 10/31 | 544.12 | Paymentech Deposit 171031 5551384 Rally's Hamburgers-418 |
| | 10/31 | 574.12 | Paymentech Deposit 171031 5551382 Rally's Hamburgers-418 |
| | 10/31 | 594.40 | Paymentech Deposit 171031 5551383 Rally's Hamburgers-418 |
| | 10/31 | 607.38 | Paymentech Deposit 171031 5551381 Rally's Hamburgers-417 |
| | 10/31 | 618.55 | Paymentech Deposit 171031 5551384 Rally's Hamburgers-418 |
| | 10/31 | 636.70 | Paymentech Deposit 171031 5551378 Rally's Hamburgers-417 |
| | 10/31 | 763.44 | Paymentech Deposit 171031 5551376 Rally's Hamburgers-418 |
| | 10/31 | 949.32 | Paymentech Deposit 171031 5551383 Rally's Hamburgers-418 |
| | 10/31 | 163.25 | Paymentech Deposit 171031 5551374 Rally's Hamburgers-417 |
| | 10/31 | 176.08 | Paymentech Deposit 171031 5551375 Rally's Hamburgers-418 |
| | 10/31 | 211.45 | Paymentech Deposit 171031 5551377 Rally's Hamburgers-418 |
| | 10/31 | 241.27 | Paymentech Deposit 171031 5551382 Rally's Hamburgers-418 |



### Electronic deposits/bank credits (continued)

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 10/31 | 245.07 | Paymentech Deposit 171031 5551385 Rally's Hamburgers-418 |
| | 10/31 | 277.13 | Paymentech Deposit 171031 5551381 Rally's Hamburgers-417 |
| | 10/31 | 281.35 | Paymentech Deposit 171031 5551378 Rally's Hamburgers-417 |
| | 10/31 | 284.55 | Paymentech Deposit 171031 5551383 Rally's Hamburgers-418 |
| | 10/31 | 334.45 | Paymentech Deposit 171031 5551380 Rally's Hamburgers-417 |
| | 10/31 | 401.96 | Paymentech Deposit 171031 5551384 Rally's Hamburgers-418 |
| | 10/31 | 462.87 | Paymentech Deposit 171031 5551376 Rally's Hamburgers-418 |
| | 10/31 | 425.94 | Deposit Made In A Branch/Store |
| | 10/31 | 499.00 | Deposit Made In A Branch/Store |
| | 10/31 | 366.53 | Deposit Made In A Branch/Store |
| | 10/31 | 295.37 | Deposit Made In A Branch/Store |
| | 10/31 | 367.65 | Deposit Made In A Branch/Store |
| | 10/31 | 650.96 | Deposit Made In A Branch/Store |
| | 10/31 | 301.16 | Deposit Made In A Branch/Store |
| | 10/31 | 774.40 | Deposit Made In A Branch/Store |
| | 10/31 | 476.47 | Deposit Made In A Branch/Store |
| | 10/31 | 213.65 | Deposit Made In A Branch/Store |
| | 10/31 | 573.00 | Deposit Made In A Branch/Store |
| | 10/31 | 419.00 | Deposit Made In A Branch/Store |
| | 10/31 | 491.89 | Deposit Made In A Branch/Store |
| | 10/31 | 392.10 | Deposit Made In A Branch/Store |
| | | **$238,847.17** | **Total electronic deposits/bank credits** |
| | | **$492,294.43** | **Total credits** |

## Debits
### Electronic debits/bank debits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 10/02 | 149.94 | Purchase authorized on 09/28 Gadsden Water Work 800-3539130 AL S387271774661526 Card 2052 |
| | 10/02 | 12,000.00 | Online Transfer to Bamachex Inc Business Checking xxxxxx1026 Ref #Ib03T3R36C on 10/02/17 |
| | 10/03 | 515.61 | Purchase authorized on 10/02 Sq *Nelbran Glass, Birmingham AL S307275726836216 Card 2052 |
| | 10/03 | 270.42 | Paymentech Fee 171003 5551385 Rally's Hamburgers-418 |
| | 10/03 | 272.62 | Paymentech Fee 171003 5551377 Rally's Hamburgers-418 |
| | 10/03 | 326.58 | Paymentech Fee 171003 5551381 Rally's Hamburgers-417 |
| | 10/03 | 351.71 | Paymentech Fee 171003 5551375 Rally's Hamburgers-418 |
| | 10/03 | 357.42 | Paymentech Fee 171003 5551374 Rally's Hamburgers-417 |
| | 10/03 | 389.05 | Paymentech Fee 171003 5551380 Rally's Hamburgers-417 |
| | 10/03 | 420.41 | Paymentech Fee 171003 5551383 Rally's Hamburgers-418 |
| | 10/03 | 425.13 | Paymentech Fee 171003 5551382 Rally's Hamburgers-418 |
| | 10/03 | 468.21 | Paymentech Fee 171003 5551378 Rally's Hamburgers-417 |
| | 10/03 | 524.17 | Paymentech Fee 171003 5551376 Rally's Hamburgers-418 |
| | 10/03 | 603.84 | Paymentech Fee 171003 5551384 Rally's Hamburgers-418 |



## Electronic debits/bank debits *(continued)*

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 10/03 | 56,000.00 | Online Transfer to Bamachex Inc Business Checking xxxxxx1026 Ref #Ib03T69Wjf on 10/03/17 |
| | 10/04 | 4.61 | Paymentech Chargeback 171004 5551377 Rally's Hamburgers-418 |
| | 10/04 | 19,000.00 | Online Transfer to Bamachex Inc Business Checking xxxxxx1026 Ref #Ib03T997Vn on 10/04/17 |
| | 10/04 | 2,000.00 | Online Transfer to Bamachex Inc Business Checking xxxxxx1034 Ref #Ib03T998H5 on 10/04/17 |
| | 10/05 | 22,500.00 | Online Transfer to Bamachex Inc Business Checking xxxxxx1026 Ref #Ib03Tdcxl3 on 10/05/17 |
| | 10/05 | 1,000.00 | Online Transfer to Bamachex Inc Business Checking xxxxxx1026 Ref #Ib03TF87Xc on 10/05/17 |
| | 10/06 | 12,000.00 | Online Transfer to Bamachex Inc Business Checking xxxxxx1026 Ref #Ib03Tgcfl4 on 10/05/17 |
| | 10/10 | 12,000.00 | Online Transfer to Bamachex Inc Business Checking xxxxxx1026 Ref #Ib03Tqbpvd on 10/09/17 |
| | 10/10 | 13,000.00 | Online Transfer to Bamachex Inc Business Checking xxxxxx1034 Ref #Ib03Ttg9J5 on 10/10/17 |
| | 10/10 | 10,103.69 | Online Transfer to Bamachex Inc Business Checking xxxxxx1026 Ref #Ib03Tthxgj on 10/10/17 |
| | 10/10 | 65.95 | ATT Payment 100617 413489011Epaye 062000080 |
| | 10/10 | 65.95 | ATT Payment 100617 413879011Epaye 062000080 |
| | 10/10 | 65.95 | ATT Payment 100617 420749011Epaye 062000080 |
| | 10/10 | 65.95 | ATT Payment 100617 421776011Epaye 062000080 |
| | 10/11 | 2,248.39 | Client Analysis Srvc Chrg 171010 Svc Chge 0917 000003727258836 |
| | 10/11 | 1,560.00 | Online Transfer to Bamachex Inc Business Checking xxxxxx1026 Ref #Ib03Tvmf2B on 10/11/17 |
| | 10/11 | 15,600.00 | Online Transfer to Bamachex Inc Business Checking xxxxxx1026 Ref #Ib03Twt8Ht on 10/11/17 |
| | 10/11 | 814.57 < | Business to Business ACH Debit - United Healthcar EDI Paymts Ob522986 Ref*CR*474395~SE*9*0073~GE*1*171010141~Iea*1*1710 |
| | 10/11 | 1,777.43 < | Business to Business ACH Debit - Bcbs of AL Prem Pmt 171011 83755999 Mark Williams |
| | 10/12 | 35,000.00 | Online Transfer to Bamachex Inc Business Checking xxxxxx1026 Ref #Ib03Tyn278 on 10/12/17 |
| | 10/12 | 949.95 < | Business to Business ACH Debit - Trustwave Secure Web Pay 171011 27580 Bamachex Inc |
| | 10/12 | 3,570.37 | ATT Payment 101117 731548011Epayj Nicole Oneil |
| | 10/16 | 12,000.00 | Online Transfer to Bamachex Inc Business Checking xxxxxx1026 Ref #Ib03Vd84Ld on 10/16/17 |
| | 10/16 | 2,750.00 | Online Transfer to Bamachex Inc Business Checking xxxxxx1026 Ref #Ib03Vd85TX on 10/16/17 |
| | 10/17 | 6.54 | Paymentech Chargeback 171017 5551381 Rally's Hamburgers-417 |
| | 10/17 | 3,000.00 | Online Transfer to Bamachex Inc Business Checking xxxxxx1034 Ref #Ib03Vj2W5P on 10/17/17 |
| | 10/17 | 54,600.00 | Online Transfer to Bamachex Inc Business Checking xxxxxx1026 Ref #Ib03Vj2Xfc on 10/17/17 |
| | 10/17 | 904.73 | Vz Wireless Ve Vzw Webpay 171016 4156728 Mark *Williams |



**WELLS FARGO**

*Electronic debits/bank debits* (continued)

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 10/18 | 380.06 | Purchase authorized on 10/17 Amazon Mktplace PM Amzn.Com/Bill WA S587290167039596 Card 2052 |
| | 10/18 | 33.25 | Purchase authorized on 10/17 USPS PO 1144220255 Jacksonville FL S387290564377188 Card 2052 |
| | 10/18 | 12,000.00 | Online Transfer to Bamachex Inc Business Checking xxxxxx1026 Ref #Ib03Vl76Ft on 10/18/17 |
| | 10/18 | 3,200.00 | Online Transfer to Bamachex Inc Ref #Ib03Vlp9Cz Business Checking Johnson Svc CO |
| | 10/19 | 9.99 | Purchase authorized on 10/18 Amazon Mktplace PM Amzn.Com/Bill WA S307290037528427 Card 2052 |
| | 10/20 | 22,000.00 | Online Transfer to Bamachex Inc Business Checking xxxxxx1026 Ref #Ib03Vrc3V4 on 10/20/17 |
| | 10/20 | 837.09 | Alabama Gas Corp Payable 171019 200001184857 Bamachex Inc |
| | 10/23 | 33.25 | Purchase authorized on 10/20 USPS PO 1217050216 Clarkdale GA S587293638942637 Card 2052 |
| | 10/23 | 26,000.00 | Online Transfer to Bamachex Inc Business Checking xxxxxx1034 Ref #Ib03Vz64Zz on 10/23/17 |
| | 10/23 | 20,000.00 | Online Transfer to Bamachex Inc Business Checking xxxxxx1026 Ref #Ib03Vz67Hr on 10/23/17 |
| | 10/23 | 792.07 | Alabama Gas Corp Payable 171020 200001184933 Bamachex Inc |
| | 10/23 | 918.98 | Alabama Gas Corp Payable 171020 200001185147 Bamachex Inc |
| | 10/24 | 11,919.64 | Online Transfer to Bamachex Inc Ref #Ib03W3H6Nk Business Checking 941 |
| | 10/24 | 3,000.00 | Online Transfer to Bamachex Inc Business Checking xxxxxx1026 Ref #Ib03W3H7Gt on 10/24/17 |
| | 10/24 | 77.12 | Gadsden Water WO Utilitybil 102317 000000313102317 Bamachex Inc |
| | 10/25 | 12,000.00 | Online Transfer to Bamachex Inc Business Checking xxxxxx1026 Ref #Ib03W5T338 on 10/25/17 |
| | 10/25 | 96.24 | ATT Payment 102317 267565004Myw9P Bamachex Inc |
| | 10/25 | 131.90 | ATT Payment 102317 366159004Evr1E Carma Young |
| | 10/26 | 628.45 | Purchase authorized on 10/25 C-J-Gas-Dist-Util- 800-321-6572 AL S307298556158938 Card 2052 |
| | 10/26 | 4,000.00 | Online Transfer to Bamachex Inc Business Checking xxxxxx1026 Ref #Ib03W7J27P on 10/26/17 |
| | 10/27 | 12,000.00 | Online Transfer to Bamachex Inc Business Checking xxxxxx1026 Ref #Ib03Wcvv7J on 10/27/17 |
| | 10/27 | 3,035.84 | < Business to Business ACH Debit - Cobbs Allen 594 Cash Conc 171027 Alabama Partners LLC |
| | 10/30 | 12,000.00 | Online Transfer to Bamachex Inc Business Checking xxxxxx1026 Ref #Ib03Wl36Kr on 10/30/17 |
| | 10/30 | 4,500.00 | Online Transfer to Bamachex Inc Business Checking xxxxxx1026 Ref #Ib03Wlllf3 on 10/30/17 |

**$449,323.07**    **Total electronic debits/bank debits**

< *Business to Business ACH:*If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.



### Checks paid

| Number | Amount | Date | Number | Amount | Date | Number | Amount | Date |
|--------|--------|------|--------|--------|------|--------|--------|------|
| 10021 | 75.00 | 10/04 | 10029 | 1,149.33 | 10/25 | 10041 | 2,593.26 | 10/23 |
| 10022 | 250.00 | 10/04 | 10030 | 416.31 | 10/26 | 10044 * | 1,508.07 | 10/23 |
| 10023 | 300.00 | 10/03 | 10036 * | 1,818.81 | 10/10 | 10046 * | 6,016.10 | 10/25 |
| 10024 | 300.00 | 10/03 | 10037 | 2,300.00 | 10/16 | 10047 | 1,432.79 | 10/25 |
| 10026 * | 4,860.00 | 10/04 | 10038 | 3,703.76 | 10/12 | 10048 | 169.18 | 10/26 |
| 10027 | 116.58 | 10/25 | 10039 | 1,596.00 | 10/12 | 10049 | 196.25 | 10/26 |
| 10028 | 98.08 | 10/25 | 10040 | 504.00 | 10/18 | | | |

**$29,403.52**    **Total checks paid**

* *Gap in check sequence.*

**$478,726.59**    **Total debits**

### Daily ledger balance summary

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 09/30 | 62,728.57 | 10/12 | 29,142.11 | 10/23 | 18,635.43 |
| 10/02 | 91,636.65 | 10/13 | 46,299.75 | 10/24 | 26,680.62 |
| 10/03 | 56,272.44 | 10/16 | 64,767.64 | 10/25 | 19,736.13 |
| 10/04 | 47,893.46 | 10/17 | 30,339.06 | 10/26 | 30,461.32 |
| 10/05 | 41,896.73 | 10/18 | 27,110.54 | 10/27 | 31,363.64 |
| 10/06 | 46,699.21 | 10/19 | 41,663.79 | 10/30 | 51,333.97 |
| 10/10 | 67,438.24 | 10/20 | 34,356.90 | 10/31 | 76,296.41 |
| 10/11 | 59,050.88 | | | | |

**Average daily ledger balance**    **$44,062.63**

NOTICE: Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery PO Box 5058 Portland, OR. 97208-5058. You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.

# BamaChex, Inc.
## Profit & Loss
### October 2017

|  | Oct 17 | % of Income |
|---|---:|---:|
| **Ordinary Income/Expense** |  |  |
|   **Income** |  |  |
|     43800 · Net Sales | 462,081.52 | 100.0% |
|   **Total Income** | 462,081.52 | 100.0% |
|   **Cost of Goods Sold** |  |  |
|     50000 · Food | 149,489.12 | 32.35% |
|     52100 · Paper | 12,572.20 | 2.72% |
|     54000 · Labor and Benefits | 170,583.91 | 36.92% |
|   **Total COGS** | 332,645.23 | 71.99% |
|   **Gross Profit** | 129,436.29 | 28.01% |
|   **Expense** |  |  |
|     60000 · Advertising and Promotion | 19,460.16 | 4.21% |
|     60100 · Royalties | 18,483.27 | 4.0% |
|     60200 · Automobile Expense | 1,107.68 | 0.24% |
|     60400 · Bank Service Charges | 8,425.06 | 1.82% |
|     61000 · Business Licenses and Permits | 3,386.93 | 0.73% |
|     61300 · Cash Over and Short | 799.27 | 0.17% |
|     63100 · Supplies | 3,295.66 | 0.71% |
|     63300 · Insurance Expense | 4,606.58 | 1.0% |
|     64700 · Miscellaneous Expense | 393.00 | 0.09% |
|     66000 · Payroll Expenses | 1,320.00 | 0.29% |
|     67100 · Rent Expense | 38,939.31 | 8.43% |
|     67200 · Repairs and Maintenance | 10,647.16 | 2.3% |
|     67300 · Contract Services | 8,624.40 | 1.87% |
|     68100 · Telephone Expense | 3,582.30 | 0.78% |
|     68600 · Utilities | 33,017.39 | 7.15% |
|   **Total Expense** | 156,088.17 | 33.78% |
| **Net Ordinary Income** | -26,651.88 | -5.77% |



| TAXPAYER NAME : BAMACHEX INC | TIN : xxxxx6953 |
|---|---|

# Deposit Confirmation

Your payment has been accepted.

## Payment Successful

An EFT acknowledgement number has been provided for this payment. Please keep this number for your records.

REMINDER: REMEMBER TO FILE ALL RETURNS WHEN DUE!

| EFT ACKNOWLEDGEMENT NUMBER: | 270768575772300 |
|---|---|

---

### PLEASE NOTE

Any amounts represented in the subcategories of Social Security, Medicare, and Income Tax Withholding are for informational purposes only.

---

| | Entered Data |
|---|---|
| Taxpayer EIN | xxxxx6953 |
| Tax Form | 941 Employers Federal Tax |
| Tax Type | Federal Tax Deposit |
| Tax Period | Q4/2017 |
| Payment Amount | $12,627.48 |
| Settlement Date | 10/12/2017 |
| Sub Categories | |
| 1 Social Security | $7,721.76 |
| 2 Medicare | $1,805.72 |
| 3 Tax Withholding | $3,100.00 |
| Account Number | xxxxxx1034 |
| Account Type | CHECKING |
| Routing Number | 061000227 |
| Bank Name | WELLS FARGO BANK |



| TAXPAYER NAME : BAMACHEX INC | TIN : xxxxx6953 |
|---|---|

## Deposit Confirmation

Your payment has been accepted.

## Payment Successful

An EFT acknowledgement number has been provided for this payment. Please keep this number for your records.

REMINDER: REMEMBER TO FILE ALL RETURNS WHEN DUE!

| EFT ACKNOWLEDGEMENT NUMBER: | 270769181830892 |
|---|---|

---

**PLEASE NOTE**

Any amounts represented in the subcategories of Social Security, Medicare, and Income Tax Withholding are for informational purposes only.

---

| | Entered Data |
|---|---|
| Taxpayer EIN | xxxxx6953 |
| Tax Form | 941 Employers Federal Tax |
| Tax Type | Federal Tax Deposit |
| Tax Period | Q4/2017 |
| Payment Amount | $2,196.98 |
| Settlement Date | 10/18/2017 |
| Sub Categories | |
| 1 Social Security | $1,060.06 |
| 2 Medicare | $247.92 |
| 3 Tax Withholding | $889.00 |
| Account Number | xxxxxx1034 |
| Account Type | CHECKING |
| Routing Number | 061000227 |
| Bank Name | WELLS FARGO BANK |



| TAXPAYER NAME : BAMACHEX INC | TIN : xxxxx6953 |
|---|---|

## Deposit Confirmation

Your payment has been accepted.

### Payment Successful

An EFT acknowledgement number has been provided for this payment. Please keep this number for your records.

REMINDER: REMEMBER TO FILE ALL RETURNS WHEN DUE!

| EFT ACKNOWLEDGEMENT NUMBER: | 270769891191665 |
|---|---|

**PLEASE NOTE**

Any amounts represented in the subcategories of Social Security, Medicare, and Income Tax Withholding are for informational purposes only.

| | Entered Data |
|---|---|
| Taxpayer EIN | xxxxx6953 |
| Tax Form | 941 Employers Federal Tax |
| Tax Type | Federal Tax Deposit |
| Tax Period | Q4/2017 |
| Payment Amount | $11,919.64 |
| Settlement Date | 10/25/2017 |
| Sub Categories | |
| 1 Social Security | $7,569.24 |
| 2 Medicare | $1,770.40 |
| 3 Tax Withholding | $2,580.00 |
| Account Number | xxxxxx1034 |
| Account Type | CHECKING |
| Routing Number | 061000227 |
| Bank Name | WELLS FARGO BANK |

An official website of the United States government. **Here's how you know** ⌄

**Confirmation**

### Thank you!

Your return and payment have been submitted.

Request/Confirmation Number: M1287803968
Account Number: LCL-R006092701
Filing Period: 30-Sep-2017
Filing Date and Time: 20-Oct-2017 11:10 AM

**Alabama Department of Revenue** Payment Total Authorized: $613.11

**Non-State Administered** Payment Total Authorized: $7,781.83





# STATE OF ALABAMA
# DEPARTMENT OF REVENUE

MAT Payment Confirmation

| | | | |
|---|---|---|---|
| Confirmation Number | 1-042-653-248 | Bank Account Type | Checking |
| Taxpayer Name | RALLYS | Bank Routing Number | 061000227 |
| Withholding Tax | WTH-R006092702 | Bank Account Number | ****1034 |
| Filing Period | 31-Oct-2017 | Bank Name | WELLS FARGO BANK |
| Payment Amount | 3,606.23 | | |
| Date Submitted | 15-Nov-2017  12:12:50 PM | | |
| Status | Pending... | | |

RALLYS

Withholding Tax          WTH-R006092702

Payment Date   15-Nov-2017

PAY TO THE
ORDER OF     Alabama Department of Revenue                                  $   3,606.23

WELLS FARGO BANK

MEMO

InfoLine: 334.242.1170          50 N Ripley St ~ Montgomery, AL ~ 36132          revenue.alabama.gov

----------------------------------------------

Contact Us

# Payment Confirmation

| | |
|---|---|
| **Taxpayer Name:** | BAMACHEX INC |
| Taxpayer ID: | **206724** |
| Tax Period: | **September 2017** |

**Your** payment of $9026.30 for Sales Tax was received.

Thank you!

Confirmation No: 519523821_____Date/Time: 10/30/2017 9:11:04 PM

**\*\*Please** print a copy of this payment screen for your records before exiting.

Home

--------------------------------------------------

Contact Us

## Payment Confirmation

Taxpayer Name:   BAMACHEX INC

Taxpayer ID:   206724

Tax Period:   September 2017

**Your** payment of $593.30 for Occupational Tax was received.

Thank you!

Confirmation No: 590615526____Date/Time: 10/30/2017 9:12:45 PM

**Please print a copy of this payment screen for your records before exiting.

Home

10/30/2017, 10:12 PM