

# RDS
## revenue discovery systems

P.O. Box 830725 · Birmingham, AL 35283-0725 · (800) 556-7274

## City & County Tax Return
Sales, Use, Rental & Lodging

www.revds.com

Total Amount Remitted

MAKE CHECKS PAYABLE TO: Tax Trust Acct.
$ 6016.10
Mail to: Sales Tax Division, PO Box 830725,
Birmingham, Al 35283-0725
* Must be postmarked on or before the 20th

BAMACHEX INC
PO BOX 361506

BIRMINGHAM                AL  352360000

☐ CHECK HERE IF BUSINESS HAS CLOSED
Account Number: 182386
Period Covered: September 2017
Due Date: 10/20/2017

☐ CHECK HERE FOR ADDRESS CHANGE
NEW ADDRESS: _____

Report the following taxes on this return:
Tax Type (Column B)      Tax Rate (Column C)
 Sales (10)               General (11)
 Sellers Use (15)         Mfg. Machine (21)
 Consumers Use (20)       Automotive (41)
 Rental (40)              Farming (31)
 Lodgings (30)            *See Rate Sheet for
 Gross Receipts (17)         all others.

| A City/County | B Tax Type Code | C Tax Rate Code | D Net Taxable Sale, Rental Receipts, Lodging Receipts | E Gross Tax Due | F Plus(+) Penalty & Interest | G Less(-) Discount | H Net Tax Due |
|---|---|---|---|---|---|---|---|
| 9130 Adamsville 4.0000% | 10 | 11 | | | | | |
| 9130 Adamsville 2.0000% | 10 | 12 | | | | | |
| 9336 Bessemer 4.0000% | 10 | 11 | 50674.69 | 2026.99 | | | 2026.99 |
| 7408 Calhoun County in CL 1.0000% | 10 | 11 | 36211.10 | 362.11 | | | 362.11 |
| 7028 Etowah County 1.0000% | 10 | 11 | 26531.17 | 265.31 | | | 265.31 |
| 9696 Gadsden 4.0000% | 10 | 11 | 26531.17 | 1061.25 | | | 1061.25 |
| 9375 Midfield 100.000% | 1 | 13 | | | | | |
| 9375 Midfield 100.000% | 2 | 7 | | | | | |
| 9375 Midfield 100.000% | 2 | 14 | | | | | |
| 9375 Midfield 4.0000% | 10 | 11 | 38355.54 | 1534.22 | | | 1534.22 |
| 9375 Midfield 1.0000% | 66 | 66 | | | | | |
| 7064 Walker County 2.0000% | 10 | 11 | | | | | |
| 7064 Walker County 2.0000% | 15 | 11 | 38310.99 | 766.22 | | | 766.22 |

Total Amount Due  6016.10

I declare, under penalties of perjury, that this return (and any accompanying schedules) has been examined by me and to the best of my knowledge is true, correct and complete.

Signed: _____  Date: 10-18-2017  Telephone #: (678) 613-1254

DISCOUNT: The discount for timely filing is 5% on the first $100 of tax due, plus 2% on any tax over $100 not to exceed a max of $400 per month/per jurisdiction. (Example: Tax due = $325, discount calculation would be: $100 x 5% = $5.00. PLUS ($225 x 2% = $4.50). $5.00 + $4.50 = $9.50 total discount. No discount is allowed on Consumers Use Tax, Sellers Use Tax or Rental Tax.

PENALTIES: Failure to timely file penalty is $50.00 or 10% of the tax due (whichever is greater), per jurisdiction. Failure to timely pay penalty is 10% of the tax due, per jurisdiction. Additional penalties and interest may apply.

DISCLAIMER: Please note the administration and rate changes on RDS Advisory and RDS tax forms are updated once required information has been received, verified, and validated in compliance with RDS policy. Any information received before or after publication of an RDS Advisory or tax form will not be guaranteed to appear on said forms until all such requirements have been met. RDS is not responsible for incorrect and/or improper use of information provided. All updates are completed on a timely basis once the requirements have been met. For current RDS administration and/or rate information provided, please visit our website at www.revds.com. RETURNED CHECK DISCLAIMER: When you make a payment by check, you authorize us to use information from your check to make a one time electronic fund transfer from your checking account according to terms of your check or process that transaction as a check. When we use your check for the electronic fund transfer, funds may be withdrawn from your checking account the same day we receive your payment, and you will not receive your check back from your financial institution. If there are insufficient funds in your checking account, you authorize us to charge a Returned Payment Fee in the amount set forth below and collect that amount through an electronic fund transfer from your checking, if permitted by applicable law. IF YOUR CHECK OR OTHER PAYMENT IS RETURNED UNPAID by your bank, we may, if permitted by applicable law, charge a Returned Payment Fee of $50 in KY and VA; $40 in DE and MS; $35 in MD; $30 in AL, OH, SC, TN, and TX; $25 in AR, IL, MO, NC and WV; $20 in IN; the greater of 5% of the check or (i) $30 in GA or (ii) $25 in LA; the greater of 5% of the check or (i) $25 if the check is under $50, (ii) $30 if the check is between $50 and $300 or (iii) $40 if the check is over $300 in FL. Effective July 1, 2010, each returned item received by RDS due to insufficient funds will be electronically presented to your bank no more than two times in an effort to obtain payment. RDS is not responsible for any additional bank fees that may accrue due to the resubmission of the returned item.

Updated October 2013

# Cullman County & City Sales and Sellers Use Tax Return

P.O. Box 1206 • Cullman, AL 35056-1206
(256) 775-1398 • FAX (256) 737-0670

Month or Quarter Filing For: **September**

BAMACHEX INC
ATTN MARK WILLIAMS
PO BOX 361506
BIRMINGHAM, AL 35236

1000-03572
1000-03572

Year: **2017**

**TOTAL AMOUNT ENCLOSED**
$ **1432.79**

Out of Business Date: _____

( ) Check here if there are account changes on back
( ) Check here if closing account.

*****Please do not make any changes to the tax rates. If you have a question about the rates please call our office.*****

| Type of Type/Jurisdiction | (A) Gross Sales | (B) Total Deductions | (C) Net Taxable (Column A - Column B) | (D) Tax Rate | (E) Gross Tax Due (Column C x Column D) |
|---|---|---|---|---|---|
| **GENERAL RATE** | | | | | |
| Cullman City Tax | 28655.84 | | 28655.84 | 0.5% | 143.27 |
| County Tax | 28655.84 | | 28655.84 | 4.5% | 1289.51 |
| **MANUFACTURING MACHINES** | | | | | |
| Cullman City Tax | | | | 0.5% | |
| County Tax | | | | 1.5% | |
| **AUTO, TRUCK TRAILERS MOBILE HOMES, FARM EQUIPMENT** | | | | | |
| County Tax | | | | 1% | |
| **ARAB POLICE JURISDICTION** | | | | | |
| County Tax | | | | 3.5% | |
| **LODGING TAX** | | | | | |
| Cullman City Tax | | | | 2.25% | |
| City of Good Hope Tax | | | | 2.50% | |
| County Tax | | | | 5.0% | |

This return must be postmarked by the 20th day of the month following the reporting period for which you are filing to be considered a timely return.

By signing this report I am certifying that this report, including any accompanying schedules or statements, has been examined by me and is to the best of my knowledge and belief, a true and complete report for the period stated.

Date: **10-18-2017**   Title: **Accountant**
Signature: _(signed)_

| | |
|---|---|
| (1) Total Tax (Total of Column E) | 1432.79 |
| (2) Penalty (Item 1 x 10% or $50.00 whichever is greater) | |
| (3) Interest (Item 1 x 1% per month delinquent) | |
| (4) DISCOUNT (If submitted prior to filing deadline) Not to exceed $400.00 | |
| (5) Net Tax | 1432.79 |
| (6) | |
| (7) Total Due | 1432.79 |



| | FOR CITY OF GADSDEN USE ONLY |
|---|---|
| | RECEIPT # _____ |
| | DATE _____ |
| | REC'D BY _____ |

**EMPLOYER'S MONTHLY RETURN OF OCCUPATIONAL TAX WITHHELD**
Ordinance Number 1777 (As Amended)

A MONTHLY RETURN MUST BE FILED ON OR BEFORE THE 20th DAY OF THE NEXT MONTH.
RETURN MUST BE POSTMARKED ON OR BEFORE THE 20th.

NOTIFY CITY OF GADSDEN REVENUE DEPT (256-549-4559) OF ANY CHANGE IN OWNERSHIP, NAME OR ADDRESS

Each employer of one or more persons must withhold an occupational tax at the rate of 2% from gross salaries, wages and commissions paid for work or services performed within the City of Gadsden. All employees are subject to the license tax except domestic servants employed in private homes. An employer shall be liable to court action for failure to file a return and / or to pay the tax, or for filing a fraudulent return.

**BUSINESS NAME** BAMACHEX INC
**ADDRESS** PO BOX 551267
**CITY** JACKSONVILLE **STATE** FL **ZIP** 32256

**CUSTOMER NUMBER** 23355-0
WILL RETURN TO BUSINESS IF LEFT BLANK
THIS IS NOT YOUR FEDERAL TAX ID NUMBER

**MONTH** SEPTEMBER
**YEAR** 2017

1. NUMBER OF TAXABLE EMPLOYEES DURING THE MONTH ............ 12
2. TOTAL SALARIES, WAGES, COMMISSION AND OTHER COMPENSATION PAID ALL TAXABLE EMPLOYEES ........ $ 8,458.48
   *(IF NO WAGES WERE PAID THIS MONTH, ENTER "NONE" AND RETURN THIS FORM WITH EXPLANATION)*
3. LESS: NON-TAXABLE ITEMS (COMPENSATION PAID FOR SERVICES OUTSIDE OF GADSDEN): ........ $
   *(PLEASE ATTACH LETTER OF EXPLANATION)*
4. TAXABLE EARNINGS (ITEM 2 MINUS ITEM 3) ........ $ 8,458.48
5. ACTUAL WITHHELD IN MONTH AT 2% ........ $ 169.17
6. PENALTY – 10% OF AMOUNT DUE PLUS 2% PER MONTH UNTIL PAID ........ $
   (MAXIMUM 28%) (MINIMUM PENALTY $25.00)
7. TOTAL (INCLUDES PENALTY IF DUE) ........ $ 169.17

I hereby certify that the information and statements contained herein and any schedules or exhibits attached are true and correct for the month & year indicated above.

**Signature** *[signature]*
**Title** ACCOUNTANT
**Date** 10-18-2017

**Remit to:**

Revenue Department
City of Gadsden
P.O. Box 267
Gadsden, AL 35902-0267

| Make check or money order payable to City of Gadsden |
|---|



**EMPLOYER'S MONTHLY RETURN OF OCCUPATIONAL TAX WITHHELD**
Ordinance Number 1777 (As Amended)

| FOR CITY OF GADSDEN USE ONLY |
|---|
| RECEIPT # |
| DATE |
| REC'D BY |

**A MONTHLY RETURN MUST BE FILED ON OR BEFORE THE 20th DAY OF THE NEXT MONTH.
RETURN MUST BE POSTMARKED ON OR BEFORE THE 20th.**

NOTIFY CITY OF GADSDEN REVENUE DEPT (256-549-4559) OF ANY CHANGE IN OWNERSHIP, NAME OR ADDRESS

Each employer of one or more persons must withhold an occupational tax at the rate of 2% from gross salaries, wages and commissions paid for work or services performed within the City of Gadsden. All employees are subject to the license tax except domestic servants employed in private homes. An employer shall be liable to court action for failure to file a return and / or to pay the tax, or for filing a fraudulent return.

**BUSINESS NAME** BAMACHEX INC
**ADDRESS** PO BOX 551267
**CITY** JACKSONVILLE **STATE** FL **ZIP** 32256

CUSTOMER NUMBER 23355-0   THIS IS NOT YOUR FEDERAL TAX ID NUMBER
**MONTH** AUGUST
**YEAR** 2017

1. NUMBER OF TAXABLE EMPLOYEES DURING THE MONTH — 11
2. TOTAL SALARIES, WAGES, COMMISSION AND OTHER COMPENSATION PAID ALL TAXABLE EMPLOYEES
   *(IF NO WAGES WERE PAID THIS MONTH, ENTER "NONE" AND RETURN THIS FORM WITH EXPLANATION)* — $ 8,394.36
3. LESS: NON-TAXABLE ITEMS (COMPENSATION PAID FOR SERVICES OUTSIDE OF GADSDEN):
   *(PLEASE ATTACH LETTER OF EXPLANATION)* — $
4. TAXABLE EARNINGS (ITEM 2 MINUS ITEM 3) — $ 8,394.36
5. ACTUAL WITHHELD IN MONTH AT 2% — $ 167.89
6. PENALTY — 10% OF AMOUNT DUE PER MONTH UNTIL PAID (MAXIMUM 30%) (MINIMUM PENALTY $1.00) — $ 28.36
7. TOTAL (INCLUDES PENALTY IF DUE) — $ 196.25

I hereby certify that the information and statements contained herein and any schedules or exhibits attached are true and correct for the month & year indicated above.

**Signature** [signed]
**Title** ACCOUNTANT
**Date** 10/18/2017

**Remit to:**

Revenue Department
City of Gadsden
P.O. Box 267
Gadsden, AL 35902-0267

Make check or money order payable to City of Gadsden



## RDS Monthly Occupational Tax Return

Remit To:
PO Box 830725
Birmingham, AL 35283-0725
Email: support@revds.com
Toll Free Phone: (800) 556-7274
Fax: (205) 423-4097

Name: BAMACHEX INC
Address: PO BOX 551267
City: JACKSONVILLE    State: FL    Zip: 32255

MAKE CHECK PAYABLE TO: Tax Trust Account

Enter your check amount here.
$ 116.58

RDS Account #: 182386    66-66

Please Mark the Period you are Filing on This Return
Filing for Tax Period: ☐ Jan ☐ Feb ☐ Mar ☐ Apr ☐ May ☐ June ☐ July ☒ Aug ☐ Sept ☐ Oct ☐ Nov ☐ Dec  Year: 20 17

NOTE: This return must be postmarked by the 20th of the following month to be considered timely and avoid late penalties.

| Jurisdiction Code | Jurisdiction | Gross Wages *Requirement for Attalla, Southside & Tuskegee | # of Employees REQUIRED | Fee Rate | Fee Due | Penalty & Interest | Net Fee Due |
|---|---|---|---|---|---|---|---|
| 9406 | Attalla | | | 2% | | 10% Penalty; 6% interest per annum; $1.00 minimum per employee | |
| 9756 | Beaverton | | | 1% | | 10% Penalty; 6% interest per annum | |
| 9024 | Guin | | | 1% | | 10% Penalty; 6% interest per annum | |
| 9349 | Hackleburg | | | 1% | | 10% Penalty; 12% interest per annum; $10.00 minimum | |
| 9000 | Haleyville | | | 1% | | 10% Penalty; 12% interest per annum; $10.00 minimum | |
| 9359 | Hamilton | | | 1% | | 10% Penalty; 12% interest per annum; $10.00 minimum | |
| 7044 | Macon County | | | 1% | | 5% Penalty; 12% interest per annum; $250.00 minimum | |
| 9375 | Midfield | | 21 | 1% | 103.22 | 10% Penalty; 12% interest per annum; $3.00 minimum | 116.58 |
| 9677 | Mosses | | | 1% | | 10% Penalty for 1st month; Additional 2% for each month or part of month after; Max 28%; Minimum $3.00 | |
| 9702 | Shorter | | | 1% | | 10% Penalty; 6% interest per annum; $1.00 minimum | |
| 9046 | Southside | | | 2% | | 10% Penalty; 8% interest per annum; $10.00 minimum | |
| 9392 | Sulligent | | | 1% | | 10% Penalty; 18% interest per annum; $50.00 minimum | |
| 9625 | Tarrant | | | ½% | | 10% Penalty; 12% interest per annum; $25.00 minimum | |
| | | | | | | | |
| | | | | | | | |
| | **Total Due** | | | | | | 116.58 |

I declare, under penalties of perjury, that this return (and any accompanying schedules) has been examined by me and to the best of my knowledge is true, correct and complete.

Signed: _(signature)_    Date: 10-18-2017    FEIN: Redacted 6953
Print Name: NICOLE ONEIL    Email Address: ACCOUNTING@BAMACHEX.COM    Telephone #: (678) 613-1254

FORM DISCLAIMER: Please note that the administration and rate changes on the RDS Advisory and RDS tax forms are updated once the required information has been received, verified, and validated in compliance with RDS policy. Any information received before or after the publication of an RDS Advisory or tax form will not be guaranteed to appear on said forms until all such requirements have been met. RDS is not responsible for incorrect information and/or improper use of the information provided. All updates are completed on a timely basis once the requirements have been met. For the most current RDS administration and/or rate information provided, please visit our website at www.revds.com.

RETURNED CHECK DISCLAIMER: When you make a payment by check, you authorize us to use information from your check to make a one-time electronic fund transfer from your checking account according to the terms of your check or to process that transaction as a check. When we use your check to make an electronic fund transfer, funds may be withdrawn from your checking account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution. If there are insufficient funds in your checking account, you authorize us to charge a Returned Payment Fee in the amount set forth below and collect that amount through an electronic fund transfer from your checking account, if permitted by applicable law. IF YOUR CHECK OR OTHER PAYMENT IS RETURNED UNPAID by your bank, we may, if permitted by applicable law, charge a Returned Payment Fee of $ 50 in KY and VA; $40 in DE and MS; $ 35 in MD; $30 in AL, OH, SC, TN, and TX; $25 in AR, IL, MO, NC and WV; $20 in IN; the greater of 5% of the check or (i) $30 in GA or (ii) $25 in LA; the greater of 5% of the check or (i) $25 if the check is under $50, (ii) $30 if the check is between $50 and $300 or (iii) $40 if the check is over $300 in FL. Effective July 1, 2010, each returned item received by RDS due to insufficient funds will be electronically represented to the presenters' bank no more than two times in an effort to obtain payment. RDS is not responsible for any additional bank fees that will accrue due to the resubmission of the returned item.



# RDS Monthly Occupational Tax Return

Remit To:
PO Box 830725
Birmingham, AL 35283-0725
Email: support@revds.com
Toll Free Phone: (800) 556-7274
Fax: (205) 423-4097

Name: BAMACHEX INC
Address: PO BOX 551267
City: JACKSONVILLE   State: FL   Zip: 32255

MAKE CHECK PAYABLE TO: Tax Trust Account

Enter your check amount here.
$ 98.08

RDS Account #: 182386                66-66

Please Mark the Period you are Filing on This Return
Filing for Tax Period: ☐ Jan ☐ Feb ☐ Mar ☐ Apr ☐ May ☐ June ☐ July ☐ Aug ☒ Sept ☐ Oct ☐ Nov ☐ Dec   Year: 20 17

NOTE: This return must be postmarked by the 20th of the following month to be considered timely and avoid late penalties.

| Jurisdiction Code | Jurisdiction | Gross Wages *Requirement for Attalla, Southside & Tuskegee | # of Employees REQUIRED | Fee Rate | Fee Due | Penalty & Interest | Net Fee Due |
|---|---|---|---|---|---|---|---|
| 9406 | Attalla | | | 2% | | 10% Penalty; 6% interest per annum; $1.00 minimum per employee | |
| 9756 | Beaverton | | | 1% | | 10% Penalty; 6% interest per annum | |
| 9024 | Guin | | | 1% | | 10% Penalty; 6% interest per annum | |
| 9349 | Hackleburg | | | 1% | | 10% Penalty; 12% interest per annum; $10.00 minimum | |
| 9000 | Haleyville | | | 1% | | 10% Penalty; 12% interest per annum; $10.00 minimum | |
| 9359 | Hamilton | | | 1% | | 10% Penalty; 12% interest per annum; $10.00 minimum | |
| 7044 | Macon County | | | 1% | | 5% Penalty; 12% interest per annum; $250.00 minimum | |
| 9375 | Midfield | | 18 | 1% | 98.08 | 10% Penalty; 12% interest per annum; $3.00 minimum | 98.08 |
| 9677 | Mosses | | | 1% | | 10% Penalty for 1st month; Additional 2% for each month or part of month after; Max 28%; Minimum $3.00 | |
| 9702 | Shorter | | | 1% | | 10% Penalty; 6% interest per annum; $1.00 minimum | |
| 9046 | Southside | | | 2% | | 10% Penalty; 8% interest per annum; $10.00 minimum | |
| 9392 | Sulligent | | | 1% | | 10% Penalty; 18% interest per annum; $50.00 minimum | |
| 9625 | Tarrant | | | ½% | | 10% Penalty; 12% interest per annum; $25.00 minimum | |
| | | | | | | | |
| | **Total Due** | | | | | | 98.08 |

I declare, under penalties of perjury, that this return (and any accompanying schedules) has been examined by me and to the best of my knowledge is true, correct and complete.

Signed: _(signature)_   Date: 10-18-2017   FEIN: Redacted 6953
Print Name: NICOLE ONEIL   Email Address: ACCOUNTING@BAMACHEX.COM   Telephone #: (678) 613-1254

FORM DISCLAIMER: Please note that the administration and rate changes on the RDS Advisory and RDS tax forms are updated once the required information has been received, verified, and validated in compliance with RDS policy. Any information received before or after the publication of an RDS Advisory or tax form will not be guaranteed to appear on said forms until all such requirements have been met. RDS is not responsible for incorrect information and/or improper use of the information provided. All updates are completed on a timely basis once the requirements have been met. For the most current RDS administration and/or rate information provided, please visit our website at www.revds.com.

RETURNED CHECK DISCLAIMER: When you make a payment by check, you authorize us to use information from your check to make a one-time electronic fund transfer from your checking account according to the terms of your check or to process that transaction as a check. When we use your check to make an electronic fund transfer, funds may be withdrawn from your checking account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution. If there are insufficient funds in your checking account, you authorize us to charge a Returned Payment Fee in the amount set forth below and collect that amount through an electronic fund transfer from your checking account, if permitted by applicable law. IF YOUR CHECK OR OTHER PAYMENT IS RETURNED UNPAID by your bank, we may, if permitted by applicable law, charge a Returned Payment Fee of: $ 50 in KY and VA; $40 in DE and MS; $ 35 in MD; $30 in AL, OH, SC, TN, and TX; $25 in AR, IL, MO, NC and WV; $20 in IN; the greater of 5% of the check or (i) $30 in GA or (ii) $25 in LA; the greater of 5% of the check or (i) $25 if the check is under $50, (ii) $30 if the check is between $50 and $300 or (iii) $40 if the check is over $300 in FL. Effective July 1, 2010, each returned item received by RDS due to insufficient funds will be electronically represented to the presenters' bank no more than two times in an effort to obtain payment. RDS is not responsible for any additional bank fees that will accrue due to the resubmission of the returned item.

# MUNICIPALITY OF JASPER, AL

**Jurisdiction Number**

MAIL THIS RETURN WITH REMITTANCE TO:

BUSINESS NAME AND ADDRESS:
BamaChex Inc
PO Box 361506
Birmingham AL 35236

**CITY OF JASPER**
**REVENUE DEPARTMENT**
**PO BOX 2131**
**JASPER, AL 35502-2131**

PERIOD COVERED ___September 2017___

| TYPE OF TAX | GROSS SALES OR RECEIPTS | DEDUCTIONS | TAX RATE | TAX DUE | PENALTY & INTEREST | AMOUNT DUE |
|---|---|---|---|---|---|---|
| **SALES TAX:** | | | | | | |
| GENERAL | 38310.99 | | 3% | 1149.33 | | 1149.33 |
| VENDING | | | 3% | | | |
| AMUSEMENT | | | 3% | | | |
| MANUFACTURING | | | 0.75% | | | |
| FARM MACH & EQUIP | | | 0.75% | | | |
| AUTOMOTIVE | | | 0.75% | | | |
| | | | | | | |
| **CONSUMER USE TAX** | | | 3% | | | |
| **SELLER USE TAX** | | | 3% | | | |
| | | | | | | |
| **LEASE/RENTAL:** | | | | | | |
| GENERAL | | | 2% | | | |
| LINENS & GARMENTS | | | 2% | | | |
| AUTOMOTIVE | | | 0.5% | | | |
| | | | | | | |
| | | | | **TOTAL DUE AND ENCLOS** | | 1149.33 |

**PENALTY FOR LATE FILING AND\OR LATE PAYMENT:**
This return must be **postmarked** by the 20th day of the month
month following the reporting period to be considered a timely return.
The Failure to Timely File Penalty is 10% of the tax required to
be paid or $50.00 whichever is greater. **The Failure to Pay Penalty
is 10%** of the tax required to be paid. **Interest is due** at the current
rate set by the Alabama Department of Revenue.
See www.ador.state.al.us/salestax/interest.html for schedule.

By signing this report I am certifying that this report,
including any accompanying schedules or statements,
has been examined my me and is, to the best of my
knowledge, a true and complete report for the period
stated.

Printed Name ___Mark Williams___

Signature _____M_____

Phone # _6785920526_____ Date __10/18/17_____



CITY OF BESSEMER
REVENUE DEPARTMENT
1806 3RD AVENUE NORTH
BESSEMER, ALABAMA 35020
(205) 424-4060   FAX (205) 425-2820
OCCUPATIONAL TAX FORM

Tax ID# 13965-1
Taxpayer Name: BamaChex Inc
Address: PO Box 361506
Birmingham, AL 35236

| 1. Number of taxable employees: 16 | Quarter Ending September 2017 |
|---|---|
| 2. TOTAL SALARIES, WAGES, COMMISSION AND OTHER COMPENSATION Paid to all taxable employeees(*) | $ 41631.43 |
| 3. LESS: Nontaxable items (compensation paid for services outside of Bessemer) (Please attach letter of explanation) | $ |
| 4. TAXABLE EARNINGS (Item 1 minus Item 2) | $ 41631.43 |
| 5. ACTUAL WITHELD IN QUARTER AT 1% | $ 416.31 |
| 6. INTEREST(1% per month) | $ |
| 7. PENALTY (10% of line 5, MINIMUM $3.00) | $ |
| 8. TOTAL (INCLUDING INTEREST AND PENALTY IF DUE) | $ 416.3 |

***IF NO WAGES WERE PAID THIS MONTH MARK "NONE" AND RETURN FORM WITH AN EXPLANATION***
MAKE CHECK OR MONEY ORDER PAYABLE TO THE CITY OF BESSEMER

A QUARTERLY RETURN MUST BE FILED AND THE TAX PAID BY THE TWENTIETH DAY OF THE FIRST MONTH AFTER THE END OF THE CALENDAR QUARTER.

Each employer of one or more persons must withhold an occupational tax at the rate of 1% from gross salaries, wages, and commissions paid for work or services performed within the City of Bessemer. All employees are subject to the license tax except domestic servants employed in private homes. An employer shall be liable to court action for failure to file a return and /or to pay the tax or for filing fraudulent return.

QUARTER 3 YEAR 2017

SIGNATURE
OFFICIAL TITLE Accountant

Case 17-03469-TOM7   Doc 180-2   Filed 12/12/17   Entered 12/12/17 16:08:37   Desc
Volume(s) Part 3    Page 8 of 9



ALABAMA DEPARTMENT OF REVENUE
SALES AND USE TAX DIVISION
PO BOX 327790, MONTGOMERY AL 36132-7790

Form: 2100

MAT Confirmation:
1011591232

# Alabama Sales Return

| ACCOUNT NUMBER | REPORT FOR THE PERIOD OF | DATE FILED | DUE DATE |
|---|---|---|---|
| SLS-R006092700 | 30-Sep-2017 | 20-Oct-2017 | 20-Oct-2017 |

Name: RALLYS
Address: 4030 1ST AVE N BIRMINGHAM AL 35222-1504

| | COLUMN A Farm/Mfg. 1.5% | COLUMN B Auto 2% | COLUMN C Vend. Mach. 3% | COLUMN D Vapor Prod. 4% | COLUMN E All Other 4% |
|---|---|---|---|---|---|
| 1. Gross sales, amusements, and withdrawals | 0.00 | 0.00 | 0.00 | 0.00 | 436,671.82 |
| 2. Total Deductions | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 3. Total amount remaining as measure of tax | 0.00 | 0.00 | 0.00 | 0.00 | 436,671.82 |
| 4. Gross Tax (line 3 x rate shown at heading) | 0.00 | 0.00 | 0.00 | 0.00 | 17,466.87 |
| 5. Automotive withdrawal fee (For Automobile Dealers Only) No. of Demos. __0__ withdrawn | | | | | 0.00 |
| 6. TOTAL AMOUNT OF TAX (total line 4 cols. A, B, C, D, E and Line 5) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | | | 17,466.87 |
| 7. LESS: Discount - 5% on $100 or less in tax and 2% on tax over $100 (May not exceed $400.00) | | | | | 352.34 |
| 8. LESS: Estimate Paid on last month's return | | | | | 22,489.82 |
| 9. PLUS: Estimate Due for current month | | | | | 22,489.82 |
| 10. TOTAL TAX DUE (line 6 minus lines 7 and 8 plus line 9) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | | | 17,114.53 |
| 11. PLUS: Penalty and interest, if due (see instructions) | | | | | 0.00 |
| 12. PLUS: Amounts overcollected | | | | | 0.00 |
| 13. LESS: Credit Claimed. Any credit for prior overpayment must be approved in advance by Department of Revenue. | | | | | 0.00 |
| 14. TOTAL AMOUNT DUE (line 10 plus lines 11 and 12 minus line 13) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | | | 17,114.53 |

E-File without payment: No
Interest: 0.00
Late File Penalty: 0.00
Late Pay Penalty: 0.00