## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: _____    CASE NO. 1703472. 1703473 1703474. 1703475    MONTH ENDING: October 2017

### Operating reports are to be filed monthly, in duplicate, with the Bankruptcy Clerk's Office by the 15th of each month

## BUSINESS DEBTOR'S AFFIRMATIONS

1.  YES _X_ NO____  All post petition business taxes have been paid/deposited and the deposit slips are attached.

    YES___ NO____  All post petition individual taxes have been paid and the deposit slips are attached.

    If you answered "No" to the above, list the types of taxes that are now due and owing.

| TYPE OF TAX | AMOUNT |
|---|---|
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |

2.  YES _X_ NO____  Adequate insurance on all assets/property including fire, theft, liability, collision and casualty and workman's compensation (if applicable) is currently in full force and effect.

    If no, enter:    TYPE_____not in force.

    TYPE_____not in force.

3.  YES _X_ NO____  New books and records were opened and are being maintained daily.

4.  YES _X_ NO____  Copies of <u>all</u> banks statements and reconciliations are attached .

5.  YES _X_ NO____  I have otherwise complied with all requirements of the Chapter 11 Operating Order.

6.  YES _X_ NO____  All financial statements filed with the Bankruptcy Clerk's Office are prepared in accordance with generally accepted accounting principles.

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE 12-11-2017 _____

Mark Williams
_____
RESPONSIBLE PARTY

Phone No. _____

**Bankruptcy Administrator Form - Business BA-01**

# United States Bankruptcy Court - Northern District of Alabama

1703472. 1703473

**CASE NAME:** _____  **CASE NO.** 1703474. 1703475  **MONTH ENDING:** October 2017

## Attach Business Forms BA-02(A-D)
# BUSINESS DEBTOR'S

| CASH RECEIPTS & DISBURSEMENTS | INCOME STATEMENT |
|---|---|
| | -Accrual   **(Circle One)**   -Cash |

CASH ON HAND (Beginning) is the same figure as cash on Hand (End) of last month.

A.   CASH ON HAND(Beginning) 527

B.   RECEIPTS:

    Accounts Receivable from
    Form BA-02(A)-Line II(C)  _____

    Cash Sales  _____

    Loan Proceeds from_____  _____

    Sale of Property  _____
    (Not in ordinary course of business)

    Other_____  _____

    _____  _____

C.   TOTAL RECEIPTS  210,939
    (Total of B)

D.   BUSINESS DISBURSEMENTS FROM FORM BA-02(B)  187782

E.   SURPLUS OR DEFICIT  23684
    (C minus D)

F.   CASH ON HAND (End)  _____
    (A plus E)

INCOME STATEMENT:

1.   REVENUE FROM TOTAL SALES  $ 199221

2.   LESS COST OF THOSE SALES  151036
    (Cost of materials, Labor, etc.)

3.   EQUALS GROSS PROFIT (1 minus 2)  48186

4.   LESS OPERATING EXPENSES  82757

5.   EQUALS NET PROFIT OPERATIONS (3 minus 4)  -34572

6.   NON-OPERATING INCOME/EXPENSES (LIST SPECIFIC INCOME/EXPENSES)
    _____  _____
    _____  _____
    _____  _____

7.   EQUALS NET PROFIT OR NET LOSS (5 plus or minus 6)  $ -34572

*** Please itemize Cost of Sales and Expenses on a separate sheet of paper.**

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE 12-11-2017  Mark Williams
RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02**

# United States Bankruptcy Court - Northern District of Alabama

1703472. 1703473

CASE NAME: _____     CASE NO.: 1703474. 1703475     MONTH ENDING: October 2017

### Attach to Business Form BA-02
# BUSINESS DEBTOR'S ACCOUNTS RECEIVABLE

_X_ I.   NO ACCOUNTS RECEIVABLE WERE COLLECTED THIS MONTH. (Check if true)

II.   COLLECTION OF ACCOUNTS RECEIVABLE THIS MONTH.

A.   Amount collected this month on accounts receivable charged and paid this month.          $_____

B.   Amount collected this month on accounts receivable charged in prior months and paid this month.          $_____

C.   TOTAL collected this month on accounts receivable.          $_____

III.   PENDING ACCOUNTS RECEIVABLE AS OF THE END OF THE MONTH:

| ENTITY | 0-30 Days | 31-60 DAYS | 61-90 DAYS | OVER 91 | TOTAL |
|---|---|---|---|---|---|
|  | $ |  |  |  | $ |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
| TOTALS | $ |  |  |  | $ |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE 12-11-2017 _____          Mark Williams _____
                                          RESPONSIBLE PARTY

### Bankruptcy Administrator Form - Business BA-02(A)

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: _____  CASE NO.: 1703472. 1703473  MONTH ENDING: October 2017
1703474. 1703475

### BUSINESS DEBTOR'S ACTUAL DISBURSEMENTS

| | | |
|---|---|---|
| ACCOUNTING FEES.................................................$ | | |
| ADVERTISING.............................................. | 378 | |
| AUTOMOBILES/VEHICLES (repairs & maintenance).......... | | |
| COMMISSIONS/CONTRACT LABOR............................ | | |
| INSURANCE (TOTAL)..................................... | 3126 | |
|    AUTO                    $ | | |
|    LIABILITY | 1670 | |
|    LIFE | | |
|    MEDICAL | | |
|    CASUALTY | | |
|    FIRE & THEFT | | |
|    WORKMAN'S COMP. | 1456 | |
|    OTHER _____ | | |
| INTEREST PAID.......................................... | | |
| INVENTORY PURCHASED................................... | 27698 | |
| LEGAL FEES............................................ | | |
| POSTAGE.............................................. | | |
| RENT/LEASE PAYMENTS ON REAL ESTATE.................... | 19341 | |
| REPAIRS & MAINTENANCE................................. | 7703 | |
| SALARIES/WAGES PAID.................................. | 74504 | |
| SECURED LOAN PAYMENTS [TOTAL FROM BA-02(C)]........... | | |
| SUPPLIES (TOTAL)..................................... | Included in Inventory above | |
|    OFFICE                  $ | | |
|    OPERATING | | |
| TRAVEL & ENTERTAINMENT................................ | | |
| TAXES [TOTAL OF ALL TAXES FROM BA-02(D)].............. | 34309 | |
| UNSECURED LOAN PAYMENTS............................... | 10125 | |
| UTILITIES (TOTAL).................................... | 4781 | |
|    ELECTRICITY             $ | | |
|    GAS | 2035 | |
|    TELEPHONE | 2746 | |
|    WATER | | |
|    OTHER _____ | | |
| OTHER BUSINESS DISBURSEMENTS  Bank/CC Fees $5654 | | |
| (Specify)                     Alarm $163 | $ 5817 | |
| **TOTAL BUSINESS DISBURSEMENTS**..........................$ 187782 | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE
AND BELIEF.

DATE 12-11-2017

Mark Williams
_____
RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02(B)**

## United States Bankruptcy Court - Northern District of Alabama

1703472. 1703473

CASE NAME: _____   CASE NO. 1703474. 1703475   MONTH ENDING: October 2017

### BUSINESS DEBTOR'S PAYMENTS TO SECURED CREDITORS

# *ALL SECURED CREDITORS MUST BE LISTED BELOW*

1. _____ Secured loan payments as described below have been paid this month
   (Check, if true.)

2. _____ No secured loan payments have been paid during this month.
   (Check, if true.)

3. _X_____ The DIP has no secured creditors. (Check, if true.)

| SECURED CREDITOR | COLLATERAL | DATE PAID | AMOUNT | | BALANCE |
|---|---|---|---|---|---|
| | | | DUE | PAID | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE _12-11-2017_____   Mark Williams
                                  RESPONSIBLE PARTY

Bankruptcy Administrator Form - Business BA-02(C)

# United States Bankruptcy Court - Northern District of Alabama

1703472. 1703473

CASE NAME: _____    CASE NO. : 1703474. 1703475    MONTH ENDING: October 2017

### Attach to Business Form BA-02
## BUSINESS DEBTOR'S TAX PAYMENTS

### A. WITHHELD TAXES FOR EACH PAYROLL PERIOD

| PAYROLL DATE | PAYROLL AMOUNT | FICA 941 | | STATE INCOME TAXES PAID | LOCAL INCOME TAXES PAID |
|---|---|---|---|---|---|
| | | AMOUNT DUE | AMOUNT DEPOSITED | | |
| 09/27 - 10/11/2017 | 53104 | 11054 | 11054 | 1160 | |
| 09/28 - 10/12 | 25745 | 5574 | 5574 | 524 | |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL | | | | | |

### B. UNEMPLOYMENT TAXES FOR EACH PAYROLL PERIOD

| PAYROLL DATE | TAXABLE PAYROLL | FUTA 940 | | STATE |
|---|---|---|---|---|
| | | AMOUNT DUE | AMOUNT DEPOSITED | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL | | | | |

### C. OTHER TAXES (SPECIFY TYPE: EXCISE, SALES, ETC. INCLUDE TAXES DUE AND PAID QUARTERLY)

| DUE | | | PAID | | |
|---|---|---|---|---|---|
| DATE | TYPE | AMOUNT | DATE | TYPE | AMOUNT |
| 10/2017 | SALES | 14353 | | | |
| | | | | | |
| | | | | | |
| TOTAL | | | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE  12-11-2017 _____        Mark Williams
_____
                                        RESPONSIBLE PARTY

### Bankruptcy Administrator Form - Business BA-02(D)

## United States Bankruptcy Court - Northern District of Alabama

1703472. 1703473

CASE NAME: _____    CASE NO.: 1703474. 17035475    MONTH ENDING: October 2017

## BUSINESS DEBTOR'S BANK ACCOUNTS

| Bank, Credit Union, Etc. | Account No. (Checking, Savings, CD, Etc.) | Statement Balance | Date | Indicate Pre or Post Petition Account |
|---|---|---|---|---|
| Bank Of America | 8948 | 525 | 10/31/2017 | Pre-Petition |
| Bank of America | 6284 | 151 | 10/31/2017 | Pre Petition |
| Bank of America | 1026 | 8007 | 10/31/2017 | Post Petition |
| Bank Of America | 8558 | 62880 | 10/31/2017 | Post Petition |

## GROSS PAYROLL
### (Wages, Salaries, Commissions, Bonuses, Etc.)

| | | |
|---|---|---|
| Officer #1  (Name) Mark Williams | $ | 2885 |
| Officer #2  (Name) _____ | $ | |
| Other Officer  (Name) _____ | $ | |
| Employees (Number)  87 | $ | 75964 |
| Employees (Relatives)  _____ | $ | |
| Name _____ | $ | |
| Name _____ | $ | |

## INVENTORY (IF APPLICABLE)

| | |
|---|---|
| Inventory - Beginning of Month (COST) | $ |
| Inventory - Purchased this Month - CASH | $ |
| Inventory - Purchased this Month - CREDIT | $ |
| Inventory - End of Month (COST) | $ |

## PAYMENTS MADE TO PRE-PETITION UNSECURED CREDITORS

____ A. No payments on pre-petition debts have been made this month.
_X_ B. The following payments have been made this month to unsecured creditors whose debts were incurred prior to the filing of this case:

| CREDITOR | AMOUNT & DATE | PURPOSE | PAYMENT COURT APPROVED? |
|---|---|---|---|
| See Attached | | | |
| | | | |
| | | | |
| | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE 12-11-2017 _____    Mark Williams _____
                                   RESPONSIBLE PARTY

# United States Bankruptcy Court - Northern District of Alabama

CASE NAME: _____     CASE NO.:1703472. 1703473 1703474. 1703475     MONTH ENDING:October 2017

## BUSINESS DEBTOR'S POST-PETITION ACCOUNTS PAYABLE

### CHECK A or B

_____ A.  All operating expenses since the beginning of this case have been paid.  Therefore there are no post-petition accounts payable.

### ** OR **

__x__ B.  Post-petition accounts payable are as follows:

| ENTITY OWED | 0-30 DAYS | 31-60 DAYS | 61-90 DAYS | OVER 91 | TOTAL |
|---|---|---|---|---|---|
| Marlow Heights SC | 3483 | $ 2267 | $ | $ | $ |
| Combined Properties | | | | | |
| BAES Woodberry | | 3279 | | | |
| Rivertowne ACQ LLC | | 2464 | | | |
| Maverick VI LLC | | | | | |
| Pepco | 5800 | 11487 | | | |
| Washington Gas | 2400 | 5565 | | | |
| Yes Energy | 867 | 1734 | | | |
| Affordable Refuse | 1076 | 2152 | | | |
| Brinks | 5900 | 11800 | | | |
| Little Caesars | 80000 | 62782 | | | |
| Pepsi | | 400 | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| **TOTALS** | 99926 | $ 103930 | $ | $ | $203456 |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE 12-11-2017 _____

Mark  Williams

RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-03(A)**

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: _____  CASE NO. 1703472. 1703473   MONTH ENDING: October 2017
1703474. 1703475

### File for Each Quarter
### BUSINESS DEBTOR'S BALANCE SHEET

**I. ASSETS**

| | | |
|---|---|---|
| Current: | Cash | $ 23684 |
| | Inventory | $ 21675 |
| | Accounts Receivable | $ |
| | Other | $ 2500 |
| | Total Current Assets (a) | $ 89711 |
| | | |
| Fixed: | Property & Equipment | $ 511211 |
| | Accumulated Depreciation | $ < 252227 > |
| | Other | $ 506446 |
| | Total Fixed Assets (b) | $ 758673 |
| | | |
| Total Assets | (a + b) = (c) | $ 848384 |

**II. LIABILITIES**

| | | |
|---|---|---|
| Current: | Post Chapter 11 Payables | $ 203456 |
| | Taxes Payable | $ 30600 |
| | Accrued Professional Fees | $ |
| | Accrued Expenses | $ |
| | Notes Payable | $ |
| | Current Portion Long Term Debt | $ |
| | Other | $ |
| | Total Current Liabilities (d) | $ 234056 |
| | | |
| Long Term Debt: | Pre-Chapter 11 Payables | $ 1663454 |
| | Notes & Loans Payable | $ 873802 |
| | Less Current Portion | $ < > |
| | Other | $ |
| | Total Long Term Debt (e) | $ 2537256 |
| Total Liabilities | (d + e) = (f) | $ 2837491 |

STOCKHOLDERS EQUITY/(DEFICIT) OR NET WORTH

| | | |
|---|---|---|
| | Capital Stock (g) | $ 286887 |
| | Retained Earnings (Deficit) (h) | $ -1667648 |
| | Current Surplus (Deficit) (i) | $ -34572 |
| Total Liabilities & Stockholder Equity/Net Worth | (f) + (g) + (h) + (i) | $ 848384 |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE 12-11-2017

Mark Williams
RESPONSIBLE PARTY

Bankruptcy Administrator Form - Business BA-04



Business Banking

**Bank of America**

P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

📞 Customer service: 1.888.852.5000

🖊 bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

PG COUNTY PIZZA INC
10879 CORAL SHORES DR UNIT 210
JACKSONVILLE, FL  32256-2128

# Your Full Analysis Business Checking - Small Business

for October 1, 2017 to October 31, 2017                    Account number: Redacted 8558

**PG COUNTY PIZZA INC**

## Account summary

| | |
|---|---|
| Beginning balance on October 1, 2017 | $8,083.88 |
| Deposits and other credits | 192,235.34 |
| Withdrawals and other debits | -117,325.01 |
| Checks | -20,009.42 |
| Service fees | -104.91 |
| **Ending balance on October 31, 2017** | **$62,879.88** |

# of deposits/credits: 229

# of withdrawals/debits: 157

# of days in cycle: 31

Average ledger balance: $34,798.03

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2017 Bank of America Corporation

Bank of America, N.A. Member FDIC and  Equal Housing Lender


## Deposits and other credits

| Date | Transaction description | Customer reference | Bank reference | Amount |
|------|------------------------|--------------------|----------------|--------|
| 10/02/17 | TFR TRANSFER CREDIT CUR TRSF FR MD 0446022511335 | | 906010022007446 | **4,775.00** |
| 10/02/17 | TFR TRANSFER CREDIT CUR TRSF FR MD 0446024525743 | | 906010022007515 | **2,531.00** |
| 10/02/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011621169 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450116 21169 LITTLE CAESARS 1968 0001 BC | | 902375018181376 | 1,635.96 |
| 10/02/17 | DEPOSIT CUR TRSF FR MD 0446026554958 SAFE 0000000003 CONNECT DEPOSIT SAFE ID: 9248049145 SALES DATE: 09/30/2017 TRANSMISSION DATE: 10/02/2017 05:23:20 | | 906010022007917 | 1,382.00 |
| 10/02/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011921155 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450119 21155 LITTLE CAESARS 1968 0001 BC | | 902375018181391 | 1,298.25 |
| 10/02/17 | DEPOSIT CUR TRSF FR MD 0446026554958 SAFE 0000000003 CONNECT DEPOSIT SAFE ID: 9248049145 SALES DATE: 09/29/2017 TRANSMISSION DATE: 10/02/2017 05:23:20 | | 906010022007916 | 1,189.00 |
| 10/02/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011967448 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450119 67448 LITTLE CAESARS 1968 0004 BC | | 902375018181397 | 1,145.41 |

*continued on the next page*

## Deposits and other credits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|------|------------------------|--------------------|----------------|-------:|
| 10/02/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011921155 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450119 21155 LITTLE CAESARS 1968 0001 BC | | 902375018182519 | 1,120.20 |
| 10/02/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011621169 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450116 21169 LITTLE CAESARS 1968 0001 BC | | 902375018182504 | 1,000.99 |
| 10/02/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011967448 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450119 67448 LITTLE CAESARS 1968 0004 BC | | 902375018182525 | 922.38 |
| 10/02/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011848945 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450118 48945 LITTLE CAESARS 1968 0002 BC | | 902375018182510 | 865.53 |
| 10/02/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011848945 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450118 48945 LITTLE CAESARS 1968 0002 BC | | 902375018181382 | 834.26 |
| 10/02/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011621169 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450116 21169 LITTLE CAESARS 1968 0001 BC | | 902375014519235 | 805.44 |
| 10/02/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011921155 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450119 21155 LITTLE CAESARS 1968 0001 BC | | 902375014519250 | 714.43 |
| 10/02/17 | DEPOSIT CUR TRSF FR MD 0446026554958 SAFE 0000000003 CONNECT DEPOSIT SAFE ID: 9248049145 SALES DATE: 10/01/2017 TRANSMISSION DATE: 10/02/2017 05:23:20 | | 906010022007918 | 537.00 |
| 10/02/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011967448 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450119 67448 LITTLE CAESARS 1968 0004 BC | | 902375014519256 | 532.00 |
| 10/02/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011848945 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450118 48945 LITTLE CAESARS 1968 0002 BC | | 902375014519241 | 518.33 |
| 10/02/17 | TFR TRANSFER CREDIT NXT TRSF FR GAA0334037058963 | | 906010024000684 | 250.00 |

*continued on the next page*


## Deposits and other credits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| **10/03/17** | TFR TRANSFER CREDIT NXT TRSF FR GAA0334037058963 | | 906010034000879 | 2,803.00 |
| **10/03/17** | TFR TRANSFER CREDIT CUR TRSF FR MD 0446022511335 | | 906010032008015 | 1,016.00 |
| **10/03/17** | DEPOSIT CUR TRSF FR MD 0446026554958 SAFE 0000000003 CONNECT DEPOSIT SAFE ID: 9248049145 SALES DATE: 10/02/2017 TRANSMISSION DATE: 10/03/2017 05:17:31 | | 906010032008520 | 693.00 |
| **10/03/17** | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011621169 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO:  5/3 BANKCARD   CREDIT DEP  44450116 21169 LITTLE CAESARS 1968 0001 BC | | 902376012368326 | 691.14 |
| **10/03/17** | TFR TRANSFER CREDIT CUR TRSF FR MD 0446024525743 | | 906010032008050 | 624.00 |
| **10/03/17** | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011848945 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO:  5/3 BANKCARD   CREDIT DEP  44450118 48945 LITTLE CAESARS 1968 0002 BC | | 902376012368332 | 459.23 |
| **10/03/17** | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011967448 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO:  5/3 BANKCARD   CREDIT DEP  44450119 67448 LITTLE CAESARS 1968 0004 BC | | 902376012368347 | 446.53 |
| **10/03/17** | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011921155 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO:  5/3 BANKCARD   CREDIT DEP  44450119 21155 LITTLE CAESARS 1968 0001 BC | | 902376012368341 | 330.81 |
| 10/04/17 | Online Banking transfer from CHK 6284 Confirmation# 2315484180 | | 943210046679837 | 1,391.00 |
| 10/04/17 | DEPOSIT CUR TRSF FR MD 0446026554958 SAFE 0000000003 CONNECT DEPOSIT SAFE ID: 9248049145 SALES DATE: 10/03/2017 TRANSMISSION DATE: 10/04/2017 05:17:34 | | 906010042021527 | 824.00 |
| 10/04/17 | TFR TRANSFER CREDIT NXT TRSF FR GAA0334037058963 | | 906010044000779 | 621.00 |
| 10/04/17 | TFR TRANSFER CREDIT CUR TRSF FR MD 0446024525743 | | 906010042021229 | 530.00 |
| 10/04/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011921155 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO:  5/3 BANKCARD   CREDIT DEP  44450119 21155 LITTLE CAESARS 1968 0001 BC | | 902377006586376 | 503.96 |

*continued on the next page*

# Deposits and other credits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|------|------------------------|--------------------|----------------|--------|
| 10/04/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011848945 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450118 48945 LITTLE CAESARS 1968 0002 BC | | 902377006586367 | 349.78 |
| 10/04/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011967448 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450119 67448 LITTLE CAESARS 1968 0004 BC | | 902377006586382 | 305.35 |
| 10/04/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011621169 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450116 21169 LITTLE CAESARS 1968 0001 BC | | 902377006586361 | 257.55 |
| 10/04/17 | 5/3 BANKCARD SYS DES:GIFTCARD ID:4445011967448 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD GIFTCARD 44450119 67448 LITTLE CAESARS 1968 0004 BC | | 902377006586388 | 6.94 |
| 10/05/17 | TFR TRANSFER CREDIT CUR TRSF FR MD 0446022511335 | | 906010052005358 | 847.00 |
| 10/05/17 | DEPOSIT CUR TRSF FR MD 0446026554958 SAFE 0000000003 CONNECT DEPOSIT SAFE ID: 9248049145 SALES DATE: 10/05/2017 TRANSMISSION DATE: 10/05/2017 05:18:49 | | 906010052005696 | 826.00 |
| 10/05/17 | TFR TRANSFER CREDIT CUR TRSF FR MD 0446024525743 | | 906010052005392 | 714.00 |
| 10/05/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011621169 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450116 21169 LITTLE CAESARS 1968 0001 BC | | 902378002603198 | 695.48 |
| 10/05/17 | TFR TRANSFER CREDIT NXT TRSF FR GAA0334037058963 | | 906010054000745 | 537.00 |
| 10/05/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011921155 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450119 21155 LITTLE CAESARS 1968 0001 BC | | 902378002603213 | 526.73 |
| 10/05/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011848945 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450118 48945 LITTLE CAESARS 1968 0002 BC | | 902378002603204 | 508.00 |
| 10/05/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011967448 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450119 67448 LITTLE CAESARS 1968 0004 BC | | 902378002603219 | 437.78 |

*continued on the next page*


PG COUNTY PIZZA INC  |  Account # Redacted 8558  |  October 1, 2017 to October 31, 2017

## Deposits and other credits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|------|------------------------|--------------------|----------------|--------|
| 10/06/17 | TFR TRANSFER CREDIT CUR TRSF FR MD 0446022511335 | | 906010062006427 | 1,065.00 |
| 10/06/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011621169 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450116 21169 LITTLE CAESARS 1968 0001 BC | | 902379004784610 | 664.76 |
| 10/06/17 | TFR TRANSFER CREDIT NXT TRSF FR GAA0334037058963 | | 906010064000704 | 597.00 |
| 10/06/17 | TFR TRANSFER CREDIT CUR TRSF FR MD 0446024525743 | | 906010062006456 | 577.00 |
| 10/06/17 | DEPOSIT CUR TRSF FR MD 0446026554958 SAFE 0000000003 CONNECT DEPOSIT SAFE ID: 9248049145 SALES DATE: 10/05/2017 TRANSMISSION DATE: 10/06/2017 05:17:35 | | 906010062006810 | 577.00 |
| 10/06/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011848945 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450118 48945 LITTLE CAESARS 1968 0002 BC | | 902379004784616 | 509.44 |
| 10/06/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011921155 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450119 21155 LITTLE CAESARS 1968 0001 BC | | 902379004784625 | 478.43 |
| 10/06/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011967448 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450119 67448 LITTLE CAESARS 1968 0004 BC | | 902379004784631 | 341.68 |
| 10/10/17 | TFR TRANSFER CREDIT CUR TRSF FR MD 0446022511335 | | 906010102011618 | 5,214.00 |
| 10/10/17 | TFR TRANSFER CREDIT CUR TRSF FR MD 0446024525743 | | 906010102011660 | 3,161.00 |
| 10/10/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011621169 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450116 21169 LITTLE CAESARS 1968 0001 BC | | 902383015244704 | 1,339.30 |
| 10/10/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011621169 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450116 21169 LITTLE CAESARS 1968 0001 BC | | 902383015223427 | 1,330.91 |

*continued on the next page*

# Deposits and other credits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|------|------------------------|-------------------|----------------|-------:|
| 10/10/17 | DEPOSIT **CUR TRSF** FR MD 0446026554958 SAFE 0000**000003** CONNECT DEPOSIT SAFE ID: 9248049145 SALES DATE: 10/06/2017 TRANSMISSION DATE: 10/10/2017 05:18:23 | | 906010102012219 | 1,155.00 |
| 10/10/17 | DEPOSIT **CUR TRSF** FR MD 0446026554958 SAFE 0000000003 CONNECT DEPOSIT SAFE ID: 9248049145 SALES DATE: 10/07/2017 TRANSMISSION DATE: 10/10/2017 05:18:23 | | 906010102012220 | 1,117.00 |
| 10/10/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011921155 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450119 21155 LITTLE CAESARS 1968 0001 BC | | 902383015244719 | 1,037.70 |
| 10/10/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011921155 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450119 21155 LITTLE CAESARS 1968 0001 BC | | 902383015223442 | 1,002.59 |
| 10/10/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011848945 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450118 48945 LITTLE CAESARS 1968 0002 BC | | 902383015244710 | 902.25 |
| 10/10/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011621169 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450116 21169 LITTLE CAESARS 1968 0001 BC | | 902383012493321 | 897.16 |
| 10/10/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011967448 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450119 67448 LITTLE CAESARS 1968 0004 BC | | 902383015244725 | 823.49 |
| 10/10/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011621169 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450116 21169 LITTLE CAESARS 1968 0001 BC | | 902383**015**224339 | **787.90** |
| 10/10/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011848945 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450118 48945 LITTLE CAESARS 1968 0002 BC | | 902383015223**433** | 756.80 |
| 10/10/17 | **5/3 BANKCARD SYS DES:CREDIT DEP ID:**4445011921155 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450119 21155 LITTLE CAESARS 1968 0001 **BC** | | 902383012493336 | 651.93 |

*continued on the next page*


**Bank of America**

# Your checking account

PG COUNTY PIZZA INC | Account #Redacted8558 | October 1, 2017 to October 31, 2017

## Deposits and other credits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 10/10/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011967448 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450119 67448 LITTLE CAESARS 1968 0004 BC | | 902383015223448 | 629.96 |
| 10/10/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011848945 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450118 48945 LITTLE CAESARS 1968 0002 BC | | 902383012493327 | 614.27 |
| 10/10/17 | DEPOSIT CUR TRSF FR MD 0446026554958 SAFE 0000000003 CONNECT DEPOSIT SAFE ID: 9248049145 SALES DATE: 10/08/2017 TRANSMISSION DATE: 10/10/2017 05:18:23 | | 906010102012221 | 474.00 |
| 10/10/17 | DEPOSIT CUR TRSF FR MD 0446026554958 SAFE 0000000003 CONNECT DEPOSIT SAFE ID: 9248049145 SALES DATE: 10/09/2017 TRANSMISSION DATE: 10/10/2017 05:18:23 | | 906010102012222 | 448.00 |
| 10/10/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011848945 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450118 48945 LITTLE CAESARS 1968 0002 BC | | 902383015224345 | 431.39 |
| 10/10/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011967448 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450119 67448 LITTLE CAESARS 1968 0004 BC | | 902383015224360 | 406.50 |
| 10/10/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011967448 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450119 67448 LITTLE CAESARS 1968 0004 BC | | 902383012493342 | 385.76 |
| 10/10/17 | TFR TRANSFER CREDIT NXT TRSF FR GAA0334037058963 | | 906010104000726 | 383.00 |
| 10/10/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011921155 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450119 21155 LITTLE CAESARS 1968 0001 BC | | 902383015224354 | 352.80 |
| 10/11/17 | TFR TRANSFER CREDIT NXT TRSF FR GAA0334037058963 | | 906010114001137 | 2,338.00 |
| 10/11/17 | TFR TRANSFER CREDIT CUR TRSF FR MD 0446022511335 | | 906010112010263 | 654.00 |

*continued on the next page*

## Deposits and other credits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|------|-------------------------|--------------------|----------------|--------|
| 10/11/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011621169 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD  PMT INFO:  5/3 BANKCARD   CREDIT DEP  44450116 21169 LITTLE CAESARS 1968 0001 BC | | 902384008969979 | **532.64** |
| 10/11/17 | TFR TRANSFER CREDIT CUR TRSF FR MD 0446024525743 | | 906010112010281 | 503.00 |
| 10/11/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011848945 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD  PMT INFO:  5/3 BANKCARD   CREDIT DEP  44450118 48945 LITTLE CAESARS 1968 0002 BC | | 902384008969985 | 496.21 |
| 10/11/17 | DEPOSIT CUR TRSF FR MD 0446026554958 SAFE 0000000003 CONNECT DEPOSIT SAFE ID: 9248049145 SALES DATE: 10/10/2017 TRANSMISSION DATE: 10/11/2017 05:17:37 | | 906010112010582 | **453.00** |
| 10/11/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011967448 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD  PMT INFO:  5/3 BANKCARD   CREDIT DEP  44450119 67448 LITTLE CAESARS 1968 0004 BC | | 902384008970000 | 386.91 |
| 10/11/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011921155 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD  PMT INFO:  5/3 BANKCARD   CREDIT DEP  44450119 21155 LITTLE CAESARS 1968 0001 BC | | 902384008969994 | 301.52 |
| 10/12/17 | TFR TRANSFER CREDIT CUR TRSF FR MD 0446022511335 | | **906**010122027**035** | 1,006.00 |
| 10/12/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011621169 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD  PMT INFO:  5/3 BANKCARD   CREDIT DEP  44450116 21169 LITTLE CAESARS 1968 0001 BC | | 902385005165935 | 796.00 |
| 10/12/17 | DEPOSIT CUR TRSF FR MD 0446026554958 SAFE 0000000003 CONNECT DEPOSIT SAFE ID: 9248049145 SALES DATE: 10/11/2017 TRANSMISSION DATE: 10/12/2017 05:17:33 | | 906010122027367 | 595.00 |
| 10/12/17 | TFR TRANSFER CREDIT CUR TRSF FR MD 0446024525743 | | 906010122027067 | 484.00 |
| 10/12/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011921155 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD  PMT INFO:  5/3 BANKCARD   CREDIT DEP  44450119 21155 LITTLE CAESARS 1968 0001 BC | | 902385005165950 | 473.57 |
| 10/12/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011848945 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD  PMT INFO:  5/3 BANKCARD   CREDIT DEP  44450118 48945 LITTLE CAESARS 1968 0002 BC | | 902385005165941 | 431.33 |

*continued on the next page*


PG COUNTY PIZZA INC | Account # Redacted 8558 | October 1, 2017 to October 31, 2017

## Deposits and other credits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|------|------------------------|--------------------|----------------|--------|
| 10/12/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011967448 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450119 67448 LITTLE CAESARS 1968 0004 BC | | 902385005165956 | 352.98 |
| 10/12/17 | TFR TRANSFER CREDIT NXT TRSF FR GAA0334037058963 | | 906010124001061 | 287.00 |
| 10/13/17 | TFR TRANSFER CREDIT CUR TRSF FR MD 0446022511335 | | 906010132011084 | 1,013.00 |
| 10/13/17 | DEPOSIT CUR TRSF FR MD 0446026554958 SAFE 0000000003 CONNECT DEPOSIT SAFE ID: 9248049145 SALES DATE: 10/12/2017 TRANSMISSION DATE: 10/13/2017 05:17:36 | | 906010132011428 | 783.00 |
| 10/13/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011621169 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450116 21169 LITTLE CAESARS 1968 0001 BC | | 902386006897613 | 547.77 |
| 10/13/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011921155 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450119 21155 LITTLE CAESARS 1968 0001 BC | | 902386006897628 | 495.69 |
| 10/13/17 | TFR TRANSFER CREDIT NXT TRSF FR GAA0334037058963 | | 906010134000724 | 481.00 |
| 10/13/17 | TFR TRANSFER CREDIT CUR TRSF FR MD 0446024525743 | | 906010132011111 | 455.00 |
| 10/13/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011848945 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450118 48945 LITTLE CAESARS 1968 0002 BC | | 902386006897619 | 419.99 |
| 10/13/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011967448 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450119 67448 LITTLE CAESARS 1968 0004 BC | | 902386006897634 | 376.70 |
| 10/13/17 | DEPOSIT CUR TRSF FR MD 0446026554958 SAFE 0000000003 CONNECT DEPOSIT SAFE ID: 9248049145 SALES DATE: 10/13/2017 TRANSMISSION DATE: 10/13/2017 20:02:38 | | 906010132011429 | 150.00 |
| 10/16/17 | TFR TRANSFER CREDIT CUR TRSF FR MD 0446022511335 | | 906010162066175 | 3,916.00 |
| 10/16/17 | TFR TRANSFER CREDIT CUR TRSF FR MD 0446024525743 | | 906010162066231 | 2,026.00 |

*continued on the next page*