## Deposits and other credits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 10/16/17 | DEPOSIT CUR TRSF FR MD 0446026554958 SAFE CONNECT DEPOSIT SAFE ID: 9248049145 SALES DATE: 10/14/2017 TRANSMISSION DATE: 10/16/2017 05:22:27 | 0000000003 | 906010162066592 | 1,370.00 |
| 10/16/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011621169 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450116 21169 LITTLE CAESARS 1968 0001 BC | | 902389013478806 | 1,226.28 |
| 10/16/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011848945 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450118 48945 LITTLE CAESARS 1968 0002 BC | | 902389013479958 | 991.22 |
| 10/16/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011621169 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450116 21169 LITTLE CAESARS 1968 0001 BC | | 902389013479952 | 956.87 |
| 10/16/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011921155 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450119 21155 LITTLE CAESARS 1968 0001 BC | | 902389013478821 | 935.95 |
| 10/16/17 | DEPOSIT CUR TRSF FR MD 0446026554958 SAFE CONNECT DEPOSIT SAFE ID: 9248049145 SALES DATE: 10/13/2017 TRANSMISSION DATE: 10/16/2017 05:22:27 | 0000000003 | 906010162066591 | 913.00 |
| 10/16/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011921155 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450119 21155 LITTLE CAESARS 1968 0001 BC | | 902389013479967 | 898.81 |
| 10/16/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011848945 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450118 48945 LITTLE CAESARS 1968 0002 BC | | 902389013478812 | 847.24 |
| 10/16/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011621169 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450116 21169 LITTLE CAESARS 1968 0001 BC | | 902389010542559 | 845.78 |

*continued on the next page*



**Your checking account**

## Deposits and other credits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 10/16/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011967448 INDN:LITTLE CAESARS 1968 00  CO ID:1310281170 CCD  PMT INFO:  5/3 BANKCARD   CREDIT DEP   44450119  67448 LITTLE CAESARS 1968 0004 BC | | 902389013478827 | 787.02 |
| 10/16/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011967448 INDN:LITTLE CAESARS 1968 00  CO ID:1310281170 CCD  PMT INFO:  5/3 BANKCARD   CREDIT DEP   44450119  67448 LITTLE CAESARS 1968 0004 BC | | 902389013479973 | 635.14 |
| 10/16/17 | DEPOSIT CUR TRSF FR MD 0446026554958 SAFE 0000000003 CONNECT DEPOSIT SAFE ID: 9248049145 SALES DATE: 10/15/2017 TRANSMISSION DATE: 10/16/2017 05:22:27 | | 906010162066593 | 615.00 |
| 10/16/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011848945 INDN:LITTLE CAESARS 1968 00  CO ID:1310281170 CCD  PMT INFO:  5/3 BANKCARD   CREDIT DEP   44450118  48945 LITTLE CAESARS 1968 0002 BC | | 902389010542565 | 583.02 |
| 10/16/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011921155 INDN:LITTLE CAESARS 1968 00  CO ID:1310281170 CCD  PMT INFO:  5/3 BANKCARD   CREDIT DEP   44450119  21155 LITTLE CAESARS 1968 0001 BC | | 902389010542574 | 556.96 |
| 10/16/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011967448 INDN:LITTLE CAESARS 1968 00  CO ID:1310281170 CCD  PMT INFO:  5/3 BANKCARD   CREDIT DEP   44450119  67448 LITTLE CAESARS 1968 0004 BC | | 902389010542583 | 511.39 |
| 10/16/17 | TFR TRANSFER CREDIT NXT TRSF FR GAA0334037058963 | | 906010164000734 | 462.00 |
| 10/16/17 | 5/3 BANKCARD SYS DES:GIFTCARD ID:4445011921155 INDN:LITTLE CAESARS 1968 00  CO ID:1310281170 CCD  PMT INFO:  5/3 BANKCARD   GIFTCARD      44450119  21155 LITTLE CAESARS 1968 0001 BC | | 902389010542580 | 10.00 |
| 10/16/17 | 5/3 BANKCARD SYS DES:GIFTCARD ID:4445011967448 INDN:LITTLE CAESARS 1968 00  CO ID:1310281170 CCD  PMT INFO:  5/3 BANKCARD   GIFTCARD      44450119  67448 LITTLE CAESARS 1968 0004 BC | | 902389013479979 | 1.22 |
| 10/17/17 | TFR TRANSFER CREDIT NXT TRSF FR GAA0334037058963 | | 906010174000863 | 2,215.00 |
| 10/17/17 | TFR TRANSFER CREDIT CUR TRSF FR MD 0446022511335 | | 906010172007627 | 748.00 |

continued on the next page

## Deposits and other credits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 10/17/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011621169 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450116 21169 LITTLE CAESARS 1968 0001 BC | | 902390005289307 | 529.13 |
| 10/17/17 | TFR TRANSFER CREDIT CUR TRSF FR MD 0446024525743 | | 906010172007650 | 512.00 |
| 10/17/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011921155 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450119 21155 LITTLE CAESARS 1968 0001 BC | | 902390005289322 | 475.48 |
| 10/17/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011967448 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450119 67448 LITTLE CAESARS 1968 0004 BC | | 902390005289328 | 469.78 |
| 10/17/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011848945 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450118 48945 LITTLE CAESARS 1968 0002 BC | | 902390005289313 | 452.53 |
| 10/17/17 | DEPOSIT CUR TRSF FR MD 0446026554958 SAFE CONNECT DEPOSIT SAFE ID: 9248049145 SALES DATE: 10/16/2017 TRANSMISSION DATE: 10/17/2017 05:17:57 | 0000000003 | 906010172008064 | 431.00 |
| 10/18/17 | TFR TRANSFER CREDIT CUR TRSF FR MD 0446022511335 | | 906010182018837 | 933.00 |
| 10/18/17 | DEPOSIT CUR TRSF FR MD 0446026554958 SAFE CONNECT DEPOSIT SAFE ID: 9248049145 SALES DATE: 10/17/2017 TRANSMISSION DATE: 10/18/2017 05:17:31 | 0000000003 | 906010182019193 | 714.00 |
| 10/18/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011621169 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450116 21169 LITTLE CAESARS 1968 0001 BC | | 902391008009891 | 492.63 |
| 10/18/17 | TFR TRANSFER CREDIT CUR TRSF FR MD 0446024525743 | | 906010182018864 | 466.00 |
| 10/18/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011921155 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450119 21155 LITTLE CAESARS 1968 0001 BC | | 902391008009906 | 461.51 |
| 10/18/17 | TFR TRANSFER CREDIT NXT TRSF FR GAA0334037058963 | | 906010184000708 | 358.00 |
| 10/18/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011967448 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450119 67448 LITTLE CAESARS 1968 0004 BC | | 902391008009912 | 277.89 |

continued on the next page



## Deposits and other credits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 10/18/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011848945 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450118 48945 LITTLE CAESARS 1968 0002 BC | | 902391008009897 | 219.37 |
| 10/19/17 | TFR TRANSFER CREDIT CUR TRSF FR MD 0446022511335 | | 906010192005574 | 1,017.00 |
| 10/19/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011621169 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450116 21169 LITTLE CAESARS 1968 0001 BC | | 902392002035137 | 681.42 |
| 10/19/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011921155 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450119 21155 LITTLE CAESARS 1968 0001 BC | | 902392002035152 | 577.32 |
| 10/19/17 | DEPOSIT CUR TRSF FR MD 0446026554958 SAFE 0000000003 CONNECT DEPOSIT SAFE ID: 9248049145 SALES DATE: 10/18/2017 TRANSMISSION DATE: 10/19/2017 05:17:53 | | 906010192005906 | 517.00 |
| 10/19/17 | TFR TRANSFER CREDIT CUR TRSF FR MD 0446024525743 | | 906010192005611 | 409.00 |
| 10/19/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011848945 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450118 48945 LITTLE CAESARS 1968 0002 BC | | 902392002035143 | 400.90 |
| 10/19/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011967448 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450119 67448 LITTLE CAESARS 1968 0004 BC | | 902392002035158 | 326.08 |
| 10/19/17 | TFR TRANSFER CREDIT NXT TRSF FR GAA0334037058963 | | 906010194000672 | 292.00 |
| 10/20/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011621169 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450116 21169 LITTLE CAESARS 1968 0001 BC | | 902393003188884 | 875.00 |
| 10/20/17 | DEPOSIT CUR TRSF FR MD 0446026554958 SAFE 0000000003 CONNECT DEPOSIT SAFE ID: 9248049145 SALES DATE: 10/19/2017 TRANSMISSION DATE: 10/20/2017 05:17:23 | | 906010202006090 | 844.00 |
| 10/20/17 | TFR TRANSFER CREDIT CUR TRSF FR MD 0446022511335 | | 906010202005730 | 833.00 |

*continued on the next page*

## Deposits and other credits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 10/20/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011921155 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450119 21155 LITTLE CAESARS 1968 0001 BC | | 902393003188899 | 590.28 |
| 10/20/17 | TFR TRANSFER CREDIT CUR TRSF FR MD 0446024525743 | | 906010202005761 | 483.00 |
| 10/20/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011848945 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450118 48945 LITTLE CAESARS 1968 0002 BC | | 902393003188890 | 478.03 |
| 10/20/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011967448 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450119 67448 LITTLE CAESARS 1968 0004 BC | | 902393003188905 | 430.25 |
| 10/20/17 | TFR TRANSFER CREDIT NXT TRSF FR GAA0334037058963 | | 906010204000656 | 357.00 |
| 10/23/17 | TFR TRANSFER CREDIT CUR TRSF FR MD 0446022511335 | | 906010232007317 | 4,703.00 |
| 10/23/17 | TFR TRANSFER CREDIT CUR TRSF FR MD 0446024525743 | | 906010232007368 | 2,233.00 |
| 10/23/17 | DEPOSIT CUR TRSF FR MD 0446026554958 SAFE 0000000003 CONNECT DEPOSIT SAFE ID: 9248049145 SALES DATE: 10/21/2017 TRANSMISSION DATE: 10/23/2017 05:24:20 | | 906010232007711 | 1,585.00 |
| 10/23/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011621169 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450116 21169 LITTLE CAESARS 1968 0001 BC | | 902396017839340 | 1,323.79 |
| 10/23/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011621169 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450116 21169 LITTLE CAESARS 1968 0001 BC | | 902396017840444 | 1,261.33 |
| 10/23/17 | DEPOSIT CUR TRSF FR MD 0446026554958 SAFE 0000000003 CONNECT DEPOSIT SAFE ID: 9248049145 SALES DATE: 10/20/2017 TRANSMISSION DATE: 10/23/2017 05:24:20 | | 906010232007710 | 1,192.00 |
| 10/23/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011921155 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450119 21155 LITTLE CAESARS 1968 0001 BC | | 902396017840459 | 1,037.04 |

continued on the next page



# Your checking account
PG COUNTY PIZZA INC | Account #Redacted8558 | October 1, 2017 to October 31, 2017

## Deposits and other credits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 10/23/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011848945 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450118 48945 LITTLE CAESARS 1968 0002 BC | | 902396017839346 | 876.79 |
| 10/23/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011921155 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450119 21155 LITTLE CAESARS 1968 0001 BC | | 902396017839355 | 855.53 |
| 10/23/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011921155 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450119 21155 LITTLE CAESARS 1968 0001 BC | | 902396016444823 | 830.15 |
| 10/23/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011967448 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450119 67448 LITTLE CAESARS 1968 0004 BC | | 902396017839361 | 822.70 |
| 10/23/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011621169 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450116 21169 LITTLE CAESARS 1968 0001 BC | | 902396016444808 | 804.96 |
| 10/23/17 | DEPOSIT CUR TRSF FR MD 0446026554958 SAFE 0000000003 CONNECT DEPOSIT SAFE ID: 9248049145 SALES DATE: 10/22/2017 TRANSMISSION DATE: 10/23/2017 05:24:20 | | 906010232007712 | 794.00 |
| 10/23/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011848945 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450118 48945 LITTLE CAESARS 1968 0002 BC | | 902396017840450 | 753.59 |
| 10/23/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011967448 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450119 67448 LITTLE CAESARS 1968 0004 BC | | 902396017840465 | 748.12 |
| 10/23/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011848945 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450118 48945 LITTLE CAESARS 1968 0002 BC | | 902396016444814 | 743.69 |

*continued on the next page*

## Deposits and other credits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 10/23/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011967448 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450119 67448 LITTLE CAESARS 1968 0004 BC | | 902396016444829 | 600.67 |
| 10/23/17 | TFR TRANSFER CREDIT NXT TRSF FR GAA0334037058963 | | 906010234000703 | 331.00 |
| 10/24/17 | TFR TRANSFER CREDIT NXT TRSF FR GAA0334037058963 | | 906010244000798 | 2,221.00 |
| 10/24/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011621169 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450116 21169 LITTLE CAESARS 1968 0001 BC | | 902397007405014 | 959.11 |
| 10/24/17 | TFR TRANSFER CREDIT CUR TRSF FR MD 0446022511335 | | 906010242007412 | 818.00 |
| 10/24/17 | DEPOSIT CUR TRSF FR MD 0446026554958 SAFE CONNECT DEPOSIT SAFE ID: 9248049145 SALES DATE: 10/23/2017 TRANSMISSION DATE: 10/24/2017 05:17:30 | 0000000003 | 906010242007854 | 749.00 |
| 10/24/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011921155 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450119 21155 LITTLE CAESARS 1968 0001 BC | | 902397007405029 | 551.26 |
| 10/24/17 | TFR TRANSFER CREDIT CUR TRSF FR MD 0446024525743 | | 906010242007431 | 436.00 |
| 10/24/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011967448 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450119 67448 LITTLE CAESARS 1968 0004 BC | | 902397007405035 | 389.04 |
| 10/24/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011848945 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450118 48945 LITTLE CAESARS 1968 0002 BC | | 902397007405020 | 386.63 |
| 10/24/17 | 5/3 BANKCARD SYS DES:GIFTCARD ID:4445011967448 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD GIFTCARD 44450119 67448 LITTLE CAESARS 1968 0004 BC | | 902397007405041 | 13.89 |
| 10/25/17 | TFR TRANSFER CREDIT CUR TRSF FR MD 0446022511335 | | 906010252014607 | 859.00 |
| 10/25/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011621169 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450116 21169 LITTLE CAESARS 1968 0001 BC | | 902398008685274 | 652.99 |

*continued on the next page*



**Your checking account**

PG COUNTY PIZZA INC | Account # Redacted 8558 | October 1, 2017 to October 31, 2017

## Deposits and other credits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 10/25/17 | DEPOSIT CUR TRSF FR MD 0446026554958 SAFE CONNECT DEPOSIT SAFE ID: 9248049145 SALES DATE: 10/24/2017 TRANSMISSION DATE: 10/25/2017 05:18:13 | 0000000003 | 906010252014942 | 535.00 |
| 10/25/17 | TFR TRANSFER CREDIT CUR TRSF FR MD 0446024525743 | | 906010252014628 | 479.00 |
| 10/25/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011921155 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450119 21155 LITTLE CAESARS 1968 0001 BC | | 902398008685289 | 403.95 |
| 10/25/17 | TFR TRANSFER CREDIT NXT TRSF FR GAA0334037058963 | | 906010254000770 | 392.00 |
| 10/25/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011848945 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450118 48945 LITTLE CAESARS 1968 0002 BC | | 902398008685280 | 380.42 |
| 10/25/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011967448 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450119 67448 LITTLE CAESARS 1968 0004 BC | | 902398008685295 | 338.23 |
| 10/26/17 | TFR TRANSFER CREDIT CUR TRSF FR MD 0446022511335 | | 906010262005317 | 899.00 |
| 10/26/17 | DEPOSIT CUR TRSF FR MD 0446026554958 SAFE CONNECT DEPOSIT SAFE ID: 9248049145 SALES DATE: 10/25/2017 TRANSMISSION DATE: 10/26/2017 05:17:35 | 0000000003 | 906010262005627 | 835.00 |
| 10/26/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011921155 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450119 21155 LITTLE CAESARS 1968 0001 BC | | 902399011047160 | 523.21 |
| 10/26/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011621169 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450116 21169 LITTLE CAESARS 1968 0001 BC | | 902399011047145 | 470.83 |
| 10/26/17 | TFR TRANSFER CREDIT NXT TRSF FR GAA0334037058963 | | 906010264000679 | 468.00 |
| 10/26/17 | TFR TRANSFER CREDIT CUR TRSF FR MD 0446024525743 | | 906010262005343 | 449.00 |

*continued on the next page*

## Deposits and other credits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 10/26/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011848945 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450118 48945 LITTLE CAESARS 1968 0002 BC | | 902399011047151 | 363.08 |
| 10/26/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011967448 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450119 67448 LITTLE CAESARS 1968 0004 BC | | 902399011047166 | 306.62 |
| 10/27/17 | TFR TRANSFER CREDIT CUR TRSF FR MD 0446022511335 | | 906010272005347 | 1,216.00 |
| 10/27/17 | DEPOSIT CUR TRSF FR MD 0446026554958 SAFE 0000000003 CONNECT DEPOSIT SAFE ID: 9248049145 SALES DATE: 10/26/2017 TRANSMISSION DATE: 10/27/2017 05:17:51 | | 906010272005686 | 813.00 |
| 10/27/17 | TFR TRANSFER CREDIT CUR TRSF FR MD 0446024525743 | | 906010272005369 | 754.00 |
| 10/27/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011621169 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450116 21169 LITTLE CAESARS 1968 0001 BC | | 902300003325844 | 584.03 |
| 10/27/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011921155 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450119 21155 LITTLE CAESARS 1968 0001 BC | | 902300003325859 | 552.96 |
| 10/27/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011848945 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450118 48945 LITTLE CAESARS 1968 0002 BC | | 902300003325850 | 496.68 |
| 10/27/17 | TFR TRANSFER CREDIT NXT TRSF FR GAA0334037058963 | | 906010274000673 | 476.00 |
| 10/27/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011967448 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450119 67448 LITTLE CAESARS 1968 0004 BC | | 902300003325865 | 460.68 |
| 10/27/17 | DEPOSIT CUR TRSF FR MD 0446026554958 SAFE 0000000003 CONNECT DEPOSIT SAFE ID: 9248049145 SALES DATE: 10/27/2017 TRANSMISSION DATE: 10/27/2017 20:03:08 | | 906010272005685 | 270.00 |
| 10/30/17 | TFR TRANSFER CREDIT CUR TRSF FR MD 0446022511335 | | 906010302007805 | 4,836.00 |

*continued on the next page*


## Deposits and other credits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 10/30/17 | TFR TRANSFER CREDIT CUR TRSF FR MD 0446024525743 | | 906010302007856 | 2,666.00 |
| 10/30/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011621169 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450116 21169 LITTLE CAESARS 1968 0001 BC | | 902303010377788 | 1,377.09 |
| 10/30/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011621169 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450116 21169 LITTLE CAESARS 1968 0001 BC | | 902303010378640 | 1,354.86 |
| 10/30/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011967448 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450119 67448 LITTLE CAESARS 1968 0004 BC | | 902303010377809 | 1,244.40 |
| 10/30/17 | DEPOSIT CUR TRSF FR MD 0446026554958 SAFE 0000000003 CONNECT DEPOSIT SAFE ID: 9248049145 SALES DATE: 10/27/2017 TRANSMISSION DATE: 10/30/2017 05:23:09 | | 906010302008201 | 1,191.00 |
| 10/30/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011848945 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450118 48945 LITTLE CAESARS 1968 0002 BC | | 902303010377794 | 1,104.04 |
| 10/30/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011921155 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450119 21155 LITTLE CAESARS 1968 0001 BC | | 902303010377803 | 994.66 |
| 10/30/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011921155 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450119 21155 LITTLE CAESARS 1968 0001 BC | | 902303010378655 | 992.57 |
| 10/30/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011967448 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450119 67448 LITTLE CAESARS 1968 0004 BC | | 902303010378661 | 956.13 |
| 10/30/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011621169 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450116 21169 LITTLE CAESARS 1968 0001 BC | | 902303006814849 | 946.32 |

*continued on the next page*

## Deposits and other credits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 10/30/17 | DEPOSIT CUR TRSF FR MD 0446026554958 SAFE CONNECT DEPOSIT SAFE ID: 9248049145 SALES DATE: 10/28/2017 TRANSMISSION DATE: 10/30/2017 05:23:09 | 0000000003 | 906010302008202 | 940.00 |
| 10/30/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011848945 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450118 48945 LITTLE CAESARS 1968 0002 BC | | 902303010378646 | 819.88 |
| 10/30/17 | DEPOSIT CUR TRSF FR MD 0446026554958 SAFE CONNECT DEPOSIT SAFE ID: 9248049145 SALES DATE: 10/29/2017 TRANSMISSION DATE: 10/30/2017 05:23:09 | 0000000003 | 906010302008203 | 796.00 |
| 10/30/17 | TFR TRANSFER CREDIT NXT TRSF FR GAA0334037058963 | | 906010304000712 | 651.00 |
| 10/30/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011921155 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450119 21155 LITTLE CAESARS 1968 0001 BC | | 902303006814864 | 639.35 |
| 10/30/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011848945 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450118 48945 LITTLE CAESARS 1968 0002 BC | | 902303006814855 | 568.03 |
| 10/30/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011967448 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450119 67448 LITTLE CAESARS 1968 0004 BC | | 902303006814870 | 397.06 |
| 10/31/17 | TFR TRANSFER CREDIT NXT TRSF FR GAA0334037058963 | | 906010314000785 | 2,207.00 |
| 10/31/17 | TFR TRANSFER CREDIT CUR TRSF FR MD 0446022511335 | | 906010312007508 | 1,038.00 |
| 10/31/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011621169 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450116 21169 LITTLE CAESARS 1968 0001 BC | | 902304002377234 | 907.57 |
| 10/31/17 | DEPOSIT CUR TRSF FR MD 0446026554958 SAFE CONNECT DEPOSIT SAFE ID: 9248049145 SALES DATE: 10/30/2017 TRANSMISSION DATE: 10/31/2017 05:17:30 | 0000000003 | 906010312007952 | 738.00 |
| 10/31/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011967448 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450119 67448 LITTLE CAESARS 1968 0004 BC | | 902304002377255 | 540.19 |

*continued on the next page*


# Bank of America

**Your checking account**

PG COUNTY PIZZA INC  |  Account # Redacted 8558  |  October 1, 2017 to October 31, 2017

## Deposits and other credits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 10/31/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011921155 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450119 21155 LITTLE CAESARS 1968 0001 BC | | 902304002377249 | 519.65 |
| 10/31/17 | TFR TRANSFER CREDIT CUR TRSF FR MD 0446024525743 | | 906010312007530 | 477.00 |
| 10/31/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011848945 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450118 48945 LITTLE CAESARS 1968 0002 BC | | 902304002377240 | 450.28 |

**Total deposits and other credits**  $192,235.34

## Withdrawals and other debits

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 10/02/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011621169 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450116 21169 LITTLE CAESARS 1968 0001 BC | | 902375018181379 | -29.93 |
| 10/02/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011967448 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450119 67448 LITTLE CAESARS 1968 0004 BC | | 902375018181400 | -24.11 |
| 10/02/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011921155 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450119 21155 LITTLE CAESARS 1968 0001 BC | | 902375018182522 | -23.57 |
| 10/02/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011921155 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450119 21155 LITTLE CAESARS 1968 0001 BC | | 902375018181394 | -21.94 |
| 10/02/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011621169 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450116 21169 LITTLE CAESARS 1968 0001 BC | | 902375018182507 | -20.58 |
| 10/02/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011621169 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450116 21169 LITTLE CAESARS 1968 0001 BC | | 902375014519238 | -17.41 |

*continued on the next page*

## Withdrawals and other debits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 10/02/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011967448 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450119 67448 LITTLE CAESARS 1968 0004 BC | | 902375018182528 | -16.98 |
| 10/02/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011921155 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450119 21155 LITTLE CAESARS 1968 0001 BC | | 902375014519253 | -16.76 |
| 10/02/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011848945 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450118 48945 LITTLE CAESARS 1968 0002 BC | | 902375018181385 | -16.45 |
| 10/02/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011848945 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450118 48945 LITTLE CAESARS 1968 0002 BC | | 902375018182513 | -14.47 |
| 10/02/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011967448 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450119 67448 LITTLE CAESARS 1968 0004 BC | | 902375014519259 | -11.90 |
| 10/02/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011848945 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450118 48945 LITTLE CAESARS 1968 0002 BC | | 902375014519244 | -11.40 |
| 10/03/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011621169 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450116 21169 LITTLE CAESARS 1968 0001 BC | | 902376012368329 | -13.05 |
| 10/03/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011848945 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450118 48945 LITTLE CAESARS 1968 0002 BC | | 902376012368335 | -9.38 |
| 10/03/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011967448 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450119 67448 LITTLE CAESARS 1968 0004 BC | | 902376012368350 | -8.09 |
| 10/03/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011921155 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450119 21155 LITTLE CAESARS 1968 0001 BC | | 902376012368344 | -7.80 |
| 10/04/17 | TFR TRANSFER DEBIT CUR TRSF TO MD 0446022511335 | | 906010042021200 | -1,452.00 |

continued on the next page



# Your checking account

## Withdrawals and other debits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 10/04/17 | Online Banking transfer to CHK 0506<br>Confirmation# 2111676098 | | 943210046679838 | -5,066.00 |
| 10/04/17 | 5/3 BANKCARD SYS DES:CRED FEES<br>ID:4445011921155  INDN:LITTLE CAESARS 1968<br>00  CO ID:1310281170 CCD  PMT INFO:  5/3<br>BANKCARD   CRED FEES   44450119 21155<br>LITTLE CAESARS 1968 0001 BC | | 902377006586379 | -10.82 |
| 10/04/17 | 5/3 BANKCARD SYS DES:CRED FEES<br>ID:4445011848945  INDN:LITTLE CAESARS 1968<br>00  CO ID:1310281170 CCD  PMT INFO:  5/3<br>BANKCARD   CRED FEES   44450118 48945<br>LITTLE CAESARS 1968 0002 BC | | 902377006586370 | -7.69 |
| 10/04/17 | 5/3 BANKCARD SYS DES:CRED FEES<br>ID:4445011967448  INDN:LITTLE CAESARS 1968<br>00  CO ID:1310281170 CCD  PMT INFO:  5/3<br>BANKCARD   CRED FEES   44450119 67448<br>LITTLE CAESARS 1968 0004 BC | | 902377006586385 | -7.56 |
| 10/04/17 | 5/3 BANKCARD SYS DES:CRED FEES<br>ID:4445011621169  INDN:LITTLE CAESARS 1968<br>00  CO ID:1310281170 CCD  PMT INFO:  5/3<br>BANKCARD   CRED FEES   44450116 21169<br>LITTLE CAESARS 1968 0001 BC | | 902377006586364 | -5.49 |
| 10/05/17 | Online Banking transfer to CHK 0506<br>Confirmation# 3122839328 | | 943210056674100 | -21,000.00 |
| 10/05/17 | 5/3 BANKCARD SYS DES:CRED FEES<br>ID:4445011621169  INDN:LITTLE CAESARS 1968<br>00  CO ID:1310281170 CCD  PMT INFO:  5/3<br>BANKCARD   CRED FEES   44450116 21169<br>LITTLE CAESARS 1968 0001 BC | | 902378002603201 | -13.43 |
| 10/05/17 | 5/3 BANKCARD SYS DES:CRED FEES<br>ID:4445011921155  INDN:LITTLE CAESARS 1968<br>00  CO ID:1310281170 CCD  PMT INFO:  5/3<br>BANKCARD   CRED FEES   44450119 21155<br>LITTLE CAESARS 1968 0001 BC | | 902378002603216 | -12.85 |
| 10/05/17 | 5/3 BANKCARD SYS DES:CRED FEES<br>ID:4445011848945  INDN:LITTLE CAESARS 1968<br>00  CO ID:1310281170 CCD  PMT INFO:  5/3<br>BANKCARD   CRED FEES   44450118 48945<br>LITTLE CAESARS 1968 0002 BC | | 902378002603207 | -10.19 |
| 10/05/17 | 5/3 BANKCARD SYS DES:CRED FEES<br>ID:4445011967448  INDN:LITTLE CAESARS 1968<br>00  CO ID:1310281170 CCD  PMT INFO:  5/3<br>BANKCARD   CRED FEES   44450119 67448<br>LITTLE CAESARS 1968 0004 BC | | 902378002603222 | -8.90 |
| 10/06/17 | Online Banking transfer to CHK 6284<br>Confirmation# 3231061344 | | 943210066033546 | -300.00 |

continued on the next page

## Withdrawals and other debits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 10/06/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011621169 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450116 21169 LITTLE CAESARS 1968 0001 BC | | 902379004784613 | -14.12 |
| 10/06/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011848945 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450118 48945 LITTLE CAESARS 1968 0002 BC | | 902379004784619 | -11.33 |
| 10/06/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011921155 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450119 21155 LITTLE CAESARS 1968 0001 BC | | 902379004784628 | -10.52 |
| 10/06/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011967448 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450119 67448 LITTLE CAESARS 1968 0004 BC | | 902379004784634 | -7.57 |
| 10/10/17 | Online Banking transfer to CHK 6284 Confirmation# 3368616982 | | 943210106172907 | -248.71 |
| 10/10/17 | WASHINGTON GAS DES:PAYMENT ID:220004000299 INDN:PG COUNTY PIZZA INC. CO ID:1530162882 WEB | | 902383011256368 | -610.18 |
| 10/10/17 | ALARM BILLING SV DES:8886298101 ID:BAL3301 INDN:APaym CO ID:1364073289 PPD | | 902383015360565 | -130.32 |
| 10/10/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011621169 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450116 21169 LITTLE CAESARS 1968 0001 BC | | 902383015244707 | -25.74 |
| 10/10/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011621169 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450116 21169 LITTLE CAESARS 1968 0001 BC | | 902383015223430 | -23.00 |
| 10/10/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011921155 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450119 21155 LITTLE CAESARS 1968 0001 BC | | 902383015244722 | -21.41 |
| 10/10/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011848945 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450118 48945 LITTLE CAESARS 1968 0002 BC | | 902383015244713 | -19.40 |

*continued on the next page*



# Your checking account

## Withdrawals and other debits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 10/10/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011621169 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450116 21169 LITTLE CAESARS 1968 0001 BC | | 902383012493324 | -19.34 |
| 10/10/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011921155 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450119 21155 LITTLE CAESARS 1968 0001 BC | | 902383015223445 | -17.94 |
| 10/10/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011967448 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450119 67448 LITTLE CAESARS 1968 0004 BC | | 902383015244728 | -17.39 |
| 10/10/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011621169 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450116 21169 LITTLE CAESARS 1968 0001 BC | | 902383015224342 | -15.35 |
| 10/10/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011921155 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450119 21155 LITTLE CAESARS 1968 0001 BC | | 902383012493339 | -14.16 |
| 10/10/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011967448 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450119 67448 LITTLE CAESARS 1968 0004 BC | | 902383015223451 | -13.53 |
| 10/10/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011848945 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450118 48945 LITTLE CAESARS 1968 0002 BC | | 902383015223436 | -13.08 |
| 10/10/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011848945 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450118 48945 LITTLE CAESARS 1968 0002 BC | | 902383012493330 | -13.07 |
| 10/10/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011848945 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450118 48945 LITTLE CAESARS 1968 0002 BC | | 902383015224348 | -9.09 |

continued on the next page