## Withdrawals and other debits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 10/10/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011967448 INDN:LITTLE CAESARS 1968 00  CO ID:1310281170 CCD  PMT INFO:  5/3 BANKCARD   CRED FEES   44450119  67448 LITTLE CAESARS 1968 0004 BC | | 902383015224363 | -8.77 |
| 10/10/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011967448 INDN:LITTLE CAESARS 1968 00  CO ID:1310281170 CCD  PMT INFO:  5/3 BANKCARD   CRED FEES   44450119  67448 LITTLE CAESARS 1968 0004 BC | | 902383012493345 | -6.49 |
| 10/10/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011921155 INDN:LITTLE CAESARS 1968 00  CO ID:1310281170 CCD  PMT INFO:  5/3 BANKCARD   CRED FEES   44450119  21155 LITTLE CAESARS 1968 0001 BC | | 902383015224357 | -5.84 |
| 10/11/17 | Online Banking transfer to CHK 0506 Confirmation# 3170408241 | | 943210116252378 | -5,000.00 |
| 10/11/17 | FIFTH THIRD ACH  DES:MPS BILLNG ID:0G6746 INDN:PG COUNTY PIZZA, INC   CO ID:1310281170 CCD | | 902383017132059 | -437.42 |
| 10/11/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011621169 INDN:LITTLE CAESARS 1968 00  CO ID:1310281170 CCD  PMT INFO:  5/3 BANKCARD   CRED FEES   44450116  21169 LITTLE CAESARS 1968 0001 BC | | 902384008969982 | -10.98 |
| 10/11/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011848945 INDN:LITTLE CAESARS 1968 00  CO ID:1310281170 CCD  PMT INFO:  5/3 BANKCARD   CRED FEES   44450118  48945 LITTLE CAESARS 1968 0002 BC | | 902384008969988 | -10.31 |
| 10/11/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011967448 INDN:LITTLE CAESARS 1968 00  CO ID:1310281170 CCD  PMT INFO:  5/3 BANKCARD   CRED FEES   44450119  67448 LITTLE CAESARS 1968 0004 BC | | 902384008970003 | -8.09 |
| 10/11/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011921155 INDN:LITTLE CAESARS 1968 00  CO ID:1310281170 CCD  PMT INFO:  5/3 BANKCARD   CRED FEES   44450119  21155 LITTLE CAESARS 1968 0001 BC | | 902384008969997 | -6.66 |
| 10/12/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011621169 INDN:LITTLE CAESARS 1968 00  CO ID:1310281170 CCD  PMT INFO:  5/3 BANKCARD   CRED FEES   44450116  21169 LITTLE CAESARS 1968 0001 BC | | 902385005165938 | -15.74 |
| 10/12/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011921155 INDN:LITTLE CAESARS 1968 00  CO ID:1310281170 CCD  PMT INFO:  5/3 BANKCARD   CRED FEES   44450119  21155 LITTLE CAESARS 1968 0001 BC | | 902385005165953 | -10.97 |

continued on the next page



# Your checking account

PG COUNTY PIZZA INC | Account # Redacted 8558 | October 1, 2017 to October 31, 2017

## Withdrawals and other debits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 10/12/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011848945 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450118 48945 LITTLE CAESARS 1968 0002 BC | | 902385005165944 | -8.84 |
| 10/12/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011967448 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450119 67448 LITTLE CAESARS 1968 0004 BC | | 902385005165959 | -7.66 |
| 10/13/17 | Online Banking transfer to CHK 6284 Confirmation# 3194446514 | | 943210136678073 | -800.00 |
| 10/13/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011621169 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450116 21169 LITTLE CAESARS 1968 0001 BC | | 902386006897616 | -12.25 |
| 10/13/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011848945 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450118 48945 LITTLE CAESARS 1968 0002 BC | | 902386006897622 | -11.05 |
| 10/13/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011921155 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450119 21155 LITTLE CAESARS 1968 0001 BC | | 902386006897631 | -10.29 |
| 10/13/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011967448 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450119 67448 LITTLE CAESARS 1968 0004 BC | | 902386006897637 | -8.11 |
| 10/16/17 | ACCOUNT ANALYSIS FEE CUR TRSF TO MD 0446026554958 09/17 ACCT ANALYSIS FEE | 0000000003 | 906010162066590 | -122.41 |
| 10/16/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011621169 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450116 21169 LITTLE CAESARS 1968 0001 BC | | 902389013478809 | -24.10 |
| 10/16/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011921155 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450119 21155 LITTLE CAESARS 1968 0001 BC | | 902389013478824 | -18.99 |

continued on the next page

## Withdrawals and other debits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 10/16/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011848945 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450118 48945 LITTLE CAESARS 1968 0002 BC | | 902389013479961 | -18.82 |
| 10/16/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011621169 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450116 21169 LITTLE CAESARS 1968 0001 BC | | 902389013479955 | -18.23 |
| 10/16/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011921155 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450119 21155 LITTLE CAESARS 1968 0001 BC | | 902389013479970 | -17.85 |
| 10/16/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011621169 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450116 21169 LITTLE CAESARS 1968 0001 BC | | 902389010542562 | -16.24 |
| 10/16/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011848945 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450118 48945 LITTLE CAESARS 1968 0002 BC | | 902389013478815 | -16.01 |
| 10/16/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011967448 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450119 67448 LITTLE CAESARS 1968 0004 BC | | 902389013478830 | -15.33 |
| 10/16/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011967448 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450119 67448 LITTLE CAESARS 1968 0004 BC | | 902389013479976 | -11.87 |
| 10/16/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011921155 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450119 21155 LITTLE CAESARS 1968 0001 BC | | 902389010542577 | -11.33 |
| 10/16/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011848945 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450118 48945 LITTLE CAESARS 1968 0002 BC | | 902389010542568 | -10.28 |
| 10/16/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011967448 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450119 67448 LITTLE CAESARS 1968 0004 BC | | 902389010542586 | -9.04 |
| 10/17/17 | TFR TRANSFER DEBIT NXT TRSF TO GAA0334037058963 | | 906010174000864 | -145.99 |

continued on the next page


# Bank of America

# Your checking account

## Withdrawals and other debits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 10/17/17 | Online Banking transfer to CHK 8955<br>Confirmation# 3128675353 | | 943210176565035 | -5,200.00 |
| 10/17/17 | Online Banking transfer to CHK 0506<br>Confirmation# 3128685794 | | 943210176565036 | -46,509.00 |
| 10/17/17 | 5/3 BANKCARD SYS DES:CRED FEES<br>ID:4445011621169  INDN:LITTLE CAESARS 1968<br>00  CO ID:1310281170 CCD  PMT INFO:  5/3<br>BANKCARD   CRED FEES   44450116  21169<br>LITTLE CAESARS 1968 0001 BC | | 902390005289310 | -11.32 |
| 10/17/17 | 5/3 BANKCARD SYS DES:CRED FEES<br>ID:4445011921155  INDN:LITTLE CAESARS 1968<br>00  CO ID:1310281170 CCD  PMT INFO:  5/3<br>BANKCARD   CRED FEES   44450119  21155<br>LITTLE CAESARS 1968 0001 BC | | 902390005289325 | -9.57 |
| 10/17/17 | 5/3 BANKCARD SYS DES:CRED FEES<br>ID:4445011848945  INDN:LITTLE CAESARS 1968<br>00  CO ID:1310281170 CCD  PMT INFO:  5/3<br>BANKCARD   CRED FEES   44450118  48945<br>LITTLE CAESARS 1968 0002 BC | | 902390005289316 | -9.49 |
| 10/17/17 | 5/3 BANKCARD SYS DES:CRED FEES<br>ID:4445011967448  INDN:LITTLE CAESARS 1968<br>00  CO ID:1310281170 CCD  PMT INFO:  5/3<br>BANKCARD   CRED FEES   44450119  67448<br>LITTLE CAESARS 1968 0004 BC | | 902390005289331 | -8.59 |
| 10/18/17 | Online Banking transfer to CHK 6284<br>Confirmation# 2234311646 | | 943210186434210 | -3,100.00 |
| 10/18/17 | Online Banking transfer to CHK 8948<br>Confirmation# 1234318583 | | 943210186434209 | -1,000.00 |
| 10/18/17 | 5/3 BANKCARD SYS DES:CRED FEES<br>ID:4445011621169  INDN:LITTLE CAESARS 1968<br>00  CO ID:1310281170 CCD  PMT INFO:  5/3<br>BANKCARD   CRED FEES   44450116  21169<br>LITTLE CAESARS 1968 0001 BC | | 902391008009894 | -10.24 |
| 10/18/17 | 5/3 BANKCARD SYS DES:CRED FEES<br>ID:4445011921155  INDN:LITTLE CAESARS 1968<br>00  CO ID:1310281170 CCD  PMT INFO:  5/3<br>BANKCARD   CRED FEES   44450119  21155<br>LITTLE CAESARS 1968 0001 BC | | 902391008009909 | -10.20 |
| 10/18/17 | 5/3 BANKCARD SYS DES:CRED FEES<br>ID:4445011967448  INDN:LITTLE CAESARS 1968<br>00  CO ID:1310281170 CCD  PMT INFO:  5/3<br>BANKCARD   CRED FEES   44450119  67448<br>LITTLE CAESARS 1968 0004 BC | | 902391008009915 | -6.28 |

continued on the next page

## Withdrawals and other debits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 10/18/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011848945 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450118 48945 LITTLE CAESARS 1968 0002 BC | | 902391008009900 | -5.06 |
| 10/19/17 | COMP OF MARYLAND DES:DIR DB RAD ID:004817291012943 INDN: CO ID:4526002033 PPD | | 902391015421296 | -1,159.70 |
| 10/19/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011621169 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450116 21169 LITTLE CAESARS 1968 0001 BC | | 902392002035140 | -13.06 |
| 10/19/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011921155 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450119 21155 LITTLE CAESARS 1968 0001 BC | | 902392002035155 | -12.97 |
| 10/19/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011848945 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450118 48945 LITTLE CAESARS 1968 0002 BC | | 902392002035146 | -9.24 |
| 10/19/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011967448 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450119 67448 LITTLE CAESARS 1968 0004 BC | | 902392002035161 | -5.03 |
| 10/20/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011621169 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450116 21169 LITTLE CAESARS 1968 0001 BC | | 902393003188887 | -18.05 |
| 10/20/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011921155 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450119 21155 LITTLE CAESARS 1968 0001 BC | | 902393003188902 | -14.24 |
| 10/20/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011848945 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450118 48945 LITTLE CAESARS 1968 0002 BC | | 902393003188893 | -10.92 |
| 10/20/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011967448 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450119 67448 LITTLE CAESARS 1968 0004 BC | | 902393003188908 | -9.63 |

*continued on the next page*



## Withdrawals and other debits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 10/23/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011621169 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450116 21169 LITTLE CAESARS 1968 0001 BC | | 902396017839343 | -23.91 |
| 10/23/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011621169 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450116 21169 LITTLE CAESARS 1968 0001 BC | | 902396017840447 | -22.58 |
| 10/23/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011921155 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450119 21155 LITTLE CAESARS 1968 0001 BC | | 902396017840462 | -20.74 |
| 10/23/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011621169 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450116 21169 LITTLE CAESARS 1968 0001 BC | | 902396016444811 | -17.99 |
| 10/23/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011848945 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450118 48945 LITTLE CAESARS 1968 0002 BC | | 902396017839349 | -17.89 |
| 10/23/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011921155 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450119 21155 LITTLE CAESARS 1968 0001 BC | | 902396017839358 | -17.18 |
| 10/23/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011921155 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450119 21155 LITTLE CAESARS 1968 0001 BC | | 902396016444826 | -17.05 |
| 10/23/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011967448 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450119 67448 LITTLE CAESARS 1968 0004 BC | | 902396017839364 | -15.47 |
| 10/23/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011848945 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450118 48945 LITTLE CAESARS 1968 0002 BC | | 902396016444817 | -15.13 |

*continued on the next page*

## Withdrawals and other debits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 10/23/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011967448 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450119 67448 LITTLE CAESARS 1968 0004 BC | | 902396017840468 | -13.82 |
| 10/23/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011848945 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450118 48945 LITTLE CAESARS 1968 0002 BC | | 902396017840453 | -13.35 |
| 10/23/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011967448 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450119 67448 LITTLE CAESARS 1968 0004 BC | | 902396016444832 | -12.26 |
| 10/24/17 | Online Banking transfer to CHK 0506 Confirmation# 3586942228 | | 943210246933404 | -5,000.00 |
| 10/24/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011621169 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450116 21169 LITTLE CAESARS 1968 0001 BC | | 902397007405017 | -17.79 |
| 10/24/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011921155 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450119 21155 LITTLE CAESARS 1968 0001 BC | | 902397007405032 | -11.94 |
| 10/24/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011848945 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450118 48945 LITTLE CAESARS 1968 0002 BC | | 902397007405023 | -8.57 |
| 10/24/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011967448 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450119 67448 LITTLE CAESARS 1968 0004 BC | | 902397007405038 | -7.42 |
| 10/25/17 | COMP OF MARYLAND DES:DIR DB RAD ID:004817296017085 INDN: CO ID:4526002033 PPD | | 902397013200011 | -10,339.29 |
| 10/25/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011621169 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450116 21169 LITTLE CAESARS 1968 0001 BC | | 902398008685277 | -12.58 |
| 10/25/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011921155 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450119 21155 LITTLE CAESARS 1968 0001 BC | | 902398008685292 | -9.13 |

continued on the next page



# Your checking account

## Withdrawals and other debits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 10/25/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011848945 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450118 48945 LITTLE CAESARS 1968 0002 BC | | 902398008685283 | -9.04 |
| 10/25/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011967448 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450119 67448 LITTLE CAESARS 1968 0004 BC | | 902398008685298 | -7.58 |
| 10/26/17 | Online Banking transfer to CHK 8955 Confirmation# 3104540607 | | 943210266598206 | -6,000.00 |
| 10/26/17 | Online Banking transfer to CHK 1026 Confirmation# 2104543037 | | 943210266598205 | -1,000.00 |
| 10/26/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011921155 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450119 21155 LITTLE CAESARS 1968 0001 BC | | 902399011047163 | -12.01 |
| 10/26/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011621169 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450116 21169 LITTLE CAESARS 1968 0001 BC | | 902399011047148 | -10.17 |
| 10/26/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011848945 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450118 48945 LITTLE CAESARS 1968 0002 BC | | 902399011047154 | -7.27 |
| 10/26/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011967448 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450119 67448 LITTLE CAESARS 1968 0004 BC | | 902399011047169 | -7.13 |
| 10/27/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011621169 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450116 21169 LITTLE CAESARS 1968 0001 BC | | 902300003325847 | -12.92 |
| 10/27/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011921155 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450119 21155 LITTLE CAESARS 1968 0001 BC | | 902300003325862 | -11.89 |

continued on the next page

## Withdrawals and other debits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 10/27/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011848945 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450118 48945 LITTLE CAESARS 1968 0002 BC | | 902300003325853 | -10.69 |
| 10/27/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011967448 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450119 67448 LITTLE CAESARS 1968 0004 BC | | 902300003325868 | -9.03 |
| 10/30/17 | LIBERTY MUTUAL DES:XXXXXXXXX ID:0740108 INDN:PG COUNTY PIZZA INC PG CO ID:0000061050 CCD | | 902303006684140 | -772.59 |
| 10/30/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011967448 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450119 67448 LITTLE CAESARS 1968 0004 BC | | 902303010377812 | -25.80 |
| 10/30/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011621169 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450116 21169 LITTLE CAESARS 1968 0001 BC | | 902303010378643 | **-25.51** |
| 10/30/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011621169 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450116 21169 LITTLE CAESARS 1968 0001 BC | | 902303010377791 | **-25.25** |
| 10/30/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011921155 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450119 21155 LITTLE CAESARS 1968 0001 BC | | 902303010377806 | -21.08 |
| 10/30/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011848945 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450118 48945 LITTLE CAESARS 1968 0002 BC | | 902303010377797 | -17.92 |
| 10/30/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011621169 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450116 21169 LITTLE CAESARS 1968 0001 BC | | 902303006814852 | -17.06 |
| 10/30/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011967448 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450119 67448 LITTLE CAESARS 1968 0004 BC | | 902303010378664 | -16.68 |

*continued on the next page*

Case 17-03469-TOM7 Doc 181-2 Filed 12/12/17 Entered 12/12/17 16:11:09 Desc Volume(s) Part 3 Page 9 of 20
Page 26 of 40



# Your checking account

## Withdrawals and other debits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---:|
| 10/30/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011921155 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450119 21155 LITTLE CAESARS 1968 0001 BC | | 902303010378658 | -16.59 |
| 10/30/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011848945 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450118 48945 LITTLE CAESARS 1968 0002 BC | | 902303010378649 | -13.59 |
| 10/30/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011921155 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450119 21155 LITTLE CAESARS 1968 0001 BC | | 902303006814867 | -12.20 |
| 10/30/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011848945 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450118 48945 LITTLE CAESARS 1968 0002 BC | | 902303006814858 | -11.16 |
| 10/30/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011967448 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450119 67448 LITTLE CAESARS 1968 0004 BC | | 902303006814873 | -8.54 |
| 10/31/17 | Online Banking transfer to CHK 0506 Confirmation# 3446161483 | | 943210316633395 | -200.00 |
| 10/31/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011621169 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450116 21169 LITTLE CAESARS 1968 0001 BC | | 902304002377237 | -16.99 |
| 10/31/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011967448 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450119 67448 LITTLE CAESARS 1968 0004 BC | | 902304002377258 | -11.00 |
| 10/31/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011921155 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450119 21155 LITTLE CAESARS 1968 0001 BC | | 902304002377252 | -10.49 |
| 10/31/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011848945 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450118 48945 LITTLE CAESARS 1968 0002 BC | | 902304002377243 | -8.19 |

**Total withdrawals and other debits**    **-$117,325.01**

## Checks

| Date | Check # | Bank reference | Amount |
|---|---|---|---|
| 10/11 | 1003 | 813004892503125 | -3,819.31 |
| 10/10 | 1004 | 813007692810565 | -5,064.88 |
| 10/20 | 1007* | 813005192896216 | -3,279.78 |

| Date | Check # | Bank reference | Amount |
|---|---|---|---|
| 10/20 | 1009* | 813005192896215 | -2,115.35 |
| 10/31 | 1019* | 813008492799868 | -5,730.10 |

| | |
|---|---|
| **Total checks** | **-$20,009.42** |
| Total # of checks | 5 |

*There is a gap in sequential check numbers*

## Service fees

| Date | Transaction description | Amount |
|---|---|---|
| 10/16/17 | 09/17 ACCT ANALYSIS FEE | -104.91 |

**Total service fees** **-$104.91**

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance ($) | Date | Balance ($) |
|---|---|---|---|---|---|
| 10/01 | 8,083.88 | 10/12 | 42,454.56 | 10/23 | 42,490.38 |
| 10/02 | 29,915.56 | 10/13 | 46,335.01 | 10/24 | 43,968.59 |
| 10/03 | 36,940.95 | 10/16 | 65,008.50 | 10/25 | 37,631.56 |
| 10/04 | 35,180.97 | 10/17 | 18,947.46 | 10/26 | 34,909.72 |
| 10/05 | 19,227.59 | 10/18 | 18,738.08 | 10/27 | 40,488.54 |
| 10/06 | 23,694.36 | 10/19 | 21,758.80 | 10/30 | 61,978.96 |
| 10/10 | 41,699.38 | 10/20 | 21,201.39 | 10/31 | 62,879.88 |
| 10/11 | 38,071.89 | | | | |



Bank of America

## Check images

**Account number: 4460 2660 8558**

Check number: 1003 | Amount: $3,819.31

PG COUNTY PIZZA INC
PO BOX 551967
JACKSONVILLE, FL 32255
1003
DATE 9-22-2017
PAY TO THE ORDER OF Riverdune Center Acq LLC $ 3819.31
Three Thousand Eight Hundred Nineteen & 31/100 DOLLARS
Bank of America
FOR Sept-2017 Rent
Redacted

Check number: 1004 | Amount: $5,064.88

PG COUNTY PIZZA INC
PO BOX 551967
JACKSONVILLE, FL 32255
1004
DATE 9-22-2017
PAY TO THE ORDER OF Silver Hill II LLC $ 5064.88
Five Thousand Sixty-four & 88/100 DOLLARS
Bank of America
FOR Sept 2017 Rent # 1007224
Redacted

Check number: 1007 | Amount: $3,279.78

PG COUNTY PIZZA INC
PO BOX 551967
JACKSONVILLE, FL 32255
1007
DATE 10-13-2017
PAY TO THE ORDER OF BAES Woodberry $ 3279.78
Three thousand Two Hundred Seventy-nine & 78/100 DOLLARS
Bank of America
FOR Oct-2017 Rent
Redacted

Check number: 1009 | Amount: $2,115.35

PG COUNTY PIZZA INC
PO BOX 551967
JACKSONVILLE, FL 32255
1009
DATE 09-27-2017
PAY TO THE ORDER OF BAES Woodberry $ 2115.35
Two thousand One Hundred Fifteen & 35/100 DOLLARS
Bank of America
FOR Aug 2017 Rent Post-Petition
Redacted

Check number: 1019 | Amount: $5,730.10

PG COUNTY PIZZA INC
PO BOX 551967
JACKSONVILLE, FL 32255
1019
DATE 9-29-2017
PAY TO THE ORDER OF Harbor Heights Shopping Center $ 5730.10
Five thousand Seven Hundred Thirty & 10/100 DOLLARS
Bank of America
FOR Aug Post Petition | Sept 2017 Rent
Redacted



This page intentionally left blank



**Business Banking**

P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

🔊 Customer service: 1.888.852.5000

▸ bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

MARYLAND PIZZA INC
10879 CORAL SHORES DR UNIT 210
JACKSONVILLE, FL  32256-2128

## Your Full Analysis Business Checking - Small Business

for October 1, 2017 to October 31, 2017                    Account number: Redacted 1026

**MARYLAND PIZZA INC**

## Account summary

| | |
|---|---:|
| Beginning balance on October 1, 2017 | $133.42 |
| Deposits and other credits | 38,589.46 |
| Withdrawals and other debits | -23,050.28 |
| Checks | -7,561.70 |
| Service fees | -103.35 |
| **Ending balance on October 31, 2017** | **$8,007.55** |

\# of deposits/credits: 27
\# of withdrawals/debits: 18
\# of days in cycle: 31
Average ledger balance: $3,441.55

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

**How to Contact Us -** You may call us at the telephone number listed on the front of this statement.

**Updating your contact information -** We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

**Deposit agreement -** When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

**Electronic transfers: In case of errors or questions about your electronic transfers -** If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

**Reporting other problems -** You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

**Direct deposits -** If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2017 Bank of America Corporation

Bank of America, N.A. Member FDIC and  Equal Housing Lender



# Your checking account

MARYLAND PIZZA INC | Account #Redacted1026 | October 1, 2017 to October 31, 2017

## Deposits and other credits

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 10/02/17 | TFR TRANSFER CREDIT CUR TRSF FR GAA0334037136157 | 0000196806 | 906010022016196 | 3,656.00 |
| 10/03/17 | TFR TRANSFER CREDIT CUR TRSF FR GAA0334037136157 | 0000196806 | 906010032011891 | 781.00 |
| 10/04/17 | TFR TRANSFER CREDIT CUR TRSF FR GAA0334037136157 | 0000196806 | 906010042009779 | 520.00 |
| 10/05/17 | TFR TRANSFER CREDIT CUR TRSF FR GAA0334037136157 | 0000196806 | 906010052009961 | 854.00 |
| 10/06/17 | Online Banking transfer from CHK 8948 Confirmation# 1428752234 | | 943210066629039 | 1,174.87 |
| 10/06/17 | TFR TRANSFER CREDIT CUR TRSF FR GAA0334037136157 | 0000196806 | 906010062009083 | 888.00 |
| 10/10/17 | TFR TRANSFER CREDIT CUR TRSF FR GAA0334037136157 | 0000196806 | 906010102020281 | 3,688.00 |
| 10/11/17 | TFR TRANSFER CREDIT CUR TRSF FR GAA0334037136157 | 0000196806 | 906010112012321 | 834.00 |
| 10/12/17 | TFR TRANSFER CREDIT CUR TRSF FR GAA0334037136157 | 0000196806 | 906010122010634 | 535.00 |
| 10/13/17 | TFR TRANSFER CREDIT CUR TRSF FR GAA0334037136157 | 0000196806 | 906010132009264 | 833.00 |
| 10/16/17 | TFR TRANSFER CREDIT CUR TRSF FR GAA0334037136157 | 0000196806 | 906010162016464 | 3,154.00 |
| 10/17/17 | TFR TRANSFER CREDIT CUR TRSF FR GAA0334037136157 | 0000196806 | 906010172012889 | 481.00 |
| 10/18/17 | TFR TRANSFER CREDIT CUR TRSF FR GAA0334037136157 | 0000196806 | 906010182008995 | 706.00 |
| 10/19/17 | TFR TRANSFER CREDIT CUR TRSF FR GAA0334037136157 | 0000196806 | 906010192010140 | 610.00 |

continued on the next page

Case 17-03469-TOM7    Doc 181-2    Filed 12/12/17    Entered 12/12/17 16:11:09    Desc
Volume(s) Part 3    Page 16 of 20

Page 3 of 6

## Deposits and other credits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 10/20/17 | TFR TRANSFER CREDIT CUR TRSF FR GAA0334037136157 | 0000196806 | 906010202008979 | 856.00 |
| 10/23/17 | TFR TRANSFER CREDIT CUR TRSF FR GAA0334037136157 | 0000196806 | 906010232016290 | 3,231.00 |
| 10/23/17 | Online Banking transfer from CHK 8948 Confirmation# 2568006154 | | 943210236755640 | 882.59 |
| 10/24/17 | Online Banking transfer from CHK 8948 Confirmation# 1187902766 | | 943210246648005 | 2,300.00 |
| 10/24/17 | TFR TRANSFER CREDIT CUR TRSF FR GAA0334037136157 | 0000196806 | 906010242011121 | 789.00 |
| 10/25/17 | TFR TRANSFER CREDIT CUR TRSF FR GAA0334037136157 | 0000196806 | 906010252009828 | 777.00 |
| 10/26/17 | Online Banking transfer from CHK 8558 Confirmation# 2104543037 | | 943210266305466 | 1,000.00 |
| 10/26/17 | Online Banking transfer from CHK 8948 Confirmation# 3403764011 | | 943210266305467 | 824.00 |
| 10/26/17 | TFR TRANSFER CREDIT CUR TRSF FR GAA0334037136157 | 0000196806 | 906010262009714 | 677.00 |
| 10/27/17 | TFR TRANSFER CREDIT CUR TRSF FR GAA0334037136157 | 0000196806 | 906010272009655 | 1,080.00 |
| 10/30/17 | TFR TRANSFER CREDIT CUR TRSF FR GAA0334037136157 | 0000196806 | 906010302016685 | 3,603.00 |
| 10/30/17 | Online Banking transfer from CHK 8948 Confirmation# 2237954314 | | 943210306078070 | 3,039.00 |
| 10/31/17 | TFR TRANSFER CREDIT CUR TRSF FR GAA0334037136157 | 0000196806 | 906010312012249 | 816.00 |

**Total deposits and other credits** $38,589.46

## Withdrawals and other debits

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 10/04/17 | Online Banking transfer to CHK 8948 Confirmation# 2111671339 | | 943210046375399 | -2,763.00 |
| 10/06/17 | COMCAST DES:CABLE SVC ID:7134618 INDN:MARYLAND *INC CO ID:0000213249 WEB | | 902378005522803 | -144.53 |
| 10/10/17 | ALARM BILLING SV DES:8886298101 ID:BAL3301 INDN:APaym CO ID:1364073289 PPD | | 902383013848241 | -32.58 |
| 10/12/17 | Online Banking transfer to CHK 8955 Confirmation# 2281811197 | | 943210126901639 | -5,000.00 |
| 10/12/17 | Online Banking transfer to CHK 8955 Confirmation# 2482519024 | | 943210126901640 | -1,000.00 |
| 10/16/17 | TFR TRANSFER DEBIT CUR TRSF TO GAA0334037136157 | 0000196806 | 906010162016465 | -72.72 |

*continued on the next page*



# Your checking account

MARYLAND PIZZA INC  |  Account #Redacted 1026  |  October 1, 2017 to October 31, 2017

## Withdrawals and other debits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 10/16/17 | TFR TRANSFER DEBIT CUR TRSF TO GAA0334037099538 | 0000196807 | 906010162013140 | -69.93 |
| 10/16/17 | TFR TRANSFER DEBIT CUR TRSF TO GAA0334037058971 | 0000196805 | 906010162010583 | -67.86 |
| 10/17/17 | Online Banking transfer to CHK 8955 Confirmation# 2228671711 | | 943210176263432 | -7,000.00 |
| 10/18/17 | Online Banking transfer to CHK 8948 Confirmation# 3334315775 | | 943210186148355 | -730.00 |
| 10/19/17 | COMP OF MARYLAND DES:DIR DB RAD ID:004817291012945 INDN:           CO ID:4526002033 PPD | | 902391015422242 | -523.68 |
| 10/24/17 | DCBUSINESSTAXES DES:1190000173 ID:XXXXXXXXX INDN:Not Applicable MARYL   CO ID:1911925808 CCD | | 902396019358542 | -1,032.22 |
| 10/25/17 | COMP OF MARYLAND DES:DIR DB RAD ID:004817296017100 INDN:           CO ID:4526002033 PPD | | 902397013203735 | -4,013.76 |
| 10/31/17 | Online Banking transfer to CHK 8948 Confirmation# 2546155744 | | 943210316284760 | -600.00 |

**Total withdrawals and other debits**                                          **-$23,050.28**

## Checks

| Date | Check # | Bank reference | Amount | Date | Check # | Bank reference | Amount |
|---|---|---|---|---|---|---|---|
| 10/10 | 10033 | 813004692909594 | -1,250.00 | 10/27 | 10043* | 813004292334814 | -5,061.70 |
| 10/20 | 10036* | 813005292490807 | -1,250.00 | | | | |

| | |
|---|---|
| Total checks | -$7,561.70 |
| Total # of checks | 3 |

\* *There is a gap in sequential check numbers*

## Service fees

| Date | Transaction description | Amount |
|---|---|---|
| 10/16/17 | 09/17 ACCT ANALYSIS FEE | -103.35 |

**Total service fees**                                                         **-$103.35**

*Note your Ending Balance already reflects the subtraction of Service Fees.*

Case 17-03469-TOM7    Doc 181-2    Filed 12/12/17    Entered 12/12/17 16:11:09    Desc Volume(s) Part 3    Page 18 of 20

## Daily ledger balances

| Date | Balance ($) | Date | Balance ($) | Date | Balance ($) |
|---|---|---|---|---|---|
| 10/01 | 133.42 | 10/12 | 2,874.18 | 10/23 | 3,810.23 |
| 10/02 | 3,789.42 | 10/13 | 3,707.18 | 10/24 | 5,867.01 |
| 10/03 | 4,570.42 | 10/16 | 6,547.32 | 10/25 | 2,630.25 |
| 10/04 | 2,327.42 | 10/17 | 28.32 | 10/26 | 5,131.25 |
| 10/05 | 3,181.42 | 10/18 | 4.32 | 10/27 | 1,149.55 |
| 10/06 | 5,099.76 | 10/19 | 90.64 | 10/30 | 7,791.55 |
| 10/10 | 7,505.18 | 10/20 | -303.36 | 10/31 | 8,007.55 |
| 10/11 | 8,339.18 | | | | |



P.O. Box 15284
Wilmington, DE 19850

PG COUNTY PIZZA INC
10879 CORAL SHORES DR UNIT 210
JACKSONVILLE, FL 32256-2128

*Business Banking*

**Customer service information**

🕪 Customer service: 1.888.852.5000

🖿 bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

# Your Full Analysis Business Checking
for October 1, 2017 to October 31, 2017

Account number: **Redacted** 6284

**PG COUNTY PIZZA INC**

## Account summary

| | |
|---|---:|
| Beginning balance on October 1, 2017 | -$140.37 |
| Deposits and other credits | 21,025.78 |
| Withdrawals and other debits | -19,741.26 |
| Checks | -0.00 |
| Service fees | -1,295.49 |
| **Ending balance on October 31, 2017** | **-$151.34** |

# of deposits/credits: 61
# of withdrawals/debits: 48
# of days in cycle: 31
Average ledger balance: $131.55