# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

**How to Contact Us** - You may call us at the telephone number listed on the front of this statement.

**Updating your contact information** - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

**Deposit agreement** - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

**Electronic transfers: In case of errors or questions about your electronic transfers** - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

**Reporting other problems** - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

**Direct deposits** - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2017 Bank of America Corporation

Bank of America, N.A. Member FDIC and  Equal Housing Lender



# Your checking account

PG COUNTY PIZZA INC  |  Account #Redacted 6284  |  October 1, 2017 to October 31, 2017

## Deposits and other credits

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 10/02/17 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 09-29) ELECTRONIC TRANSACTION | | 934109290000822 | 1,389.00 |
| 10/02/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2191582204 INDN:LITTLE CAESA2191582204 CO ID:1134992250 CCD | | 902375014393967 | 27.47 |
| 10/02/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2191582204 INDN:LITTLE CAESA2191582204 CO ID:1134992250 CCD | | 902372014533163 | 18.90 |
| 10/03/17 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 10-02) ELECTRONIC TRANSACTION | | 934110020001443 | 1,389.00 |
| 10/03/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2191582204 INDN:LITTLE CAESA2191582204 CO ID:1134992250 CCD | | 902375021542458 | 55.75 |
| 10/03/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2193563087 INDN:LITTLE CAESA2193563087 CO ID:1134992250 CCD | | 902375021542311 | 12.82 |
| 10/04/17 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 10-03) ELECTRONIC TRANSACTION | | 934110030001085 | 1,389.00 |
| 10/04/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2191582204 INDN:LITTLE CAESA2191582204 CO ID:1134992250 CCD | | 902376022768341 | 27.77 |
| 10/05/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2191582204 INDN:LITTLE CAESA2191582204 CO ID:1134992250 CCD | | 902377011065109 | 36.19 |
| 10/06/17 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 10-05) ELECTRONIC TRANSACTION | | 934110050000940 | 1,389.00 |
| 10/06/17 | Online Banking transfer from CHK 8558 Confirmation# 3231061344 | | 943210066024913 | 300.00 |
| 10/06/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2193563087 INDN:LITTLE CAESA2193563087 CO ID:1134992250 CCD | | 902378006339830 | 22.88 |

continued on the next page

## Deposits and other credits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 10/10/17 | Online Banking transfer from CHK 8558<br>Confirmation# 3368616982 | | 943210106153040 | 248.71 |
| 10/10/17 | AMERICAN EXPRESS DES:SETTLEMENT<br>ID:2191582204 INDN:LITTLE CAESA2191582204<br>CO ID:1134992250 CCD | | 902379007714469 | 47.26 |
| 10/10/17 | AMERICAN EXPRESS DES:SETTLEMENT<br>ID:2191582204 INDN:LITTLE CAESA2191582204<br>CO ID:1134992250 CCD | | 902383012344822 | 40.83 |
| 10/10/17 | AMERICAN EXPRESS DES:SETTLEMENT<br>ID:2191582204 INDN:LITTLE CAESA2191582204<br>CO ID:1134992250 CCD | | 902383012032165 | 34.17 |
| 10/10/17 | AMERICAN EXPRESS DES:SETTLEMENT<br>ID:2193563087 INDN:LITTLE CAESA2193563087<br>CO ID:1134992250 CCD | | 902379007714105 | 16.21 |
| 10/10/17 | AMERICAN EXPRESS DES:SETTLEMENT<br>ID:2193563087 INDN:LITTLE CAESA2193563087<br>CO ID:1134992250 CCD | | 902383012031933 | 15.41 |
| 10/11/17 | AMERICAN EXPRESS DES:SETTLEMENT<br>ID:2191582204 INDN:LITTLE CAESA2191582204<br>CO ID:1134992250 CCD | | 902383018332729 | 21.84 |
| 10/11/17 | AMERICAN EXPRESS DES:SETTLEMENT<br>ID:2193563087 INDN:LITTLE CAESA2193563087<br>CO ID:1134992250 CCD | | 902383018332576 | 11.18 |
| 10/12/17 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON<br>10-11) ELECTRONIC TRANSACTION | | 934110110000864 | 1,389.00 |
| 10/12/17 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON<br>10-11) ELECTRONIC TRANSACTION | | 934110110000863 | 547.13 |
| 10/12/17 | AMERICAN EXPRESS DES:SETTLEMENT<br>ID:2191582204 INDN:LITTLE CAESA2191582204<br>CO ID:1134992250 CCD | | 902384013412171 | 31.90 |
| 10/12/17 | AMERICAN EXPRESS DES:SETTLEMENT<br>ID:2193563087 INDN:LITTLE CAESA2193563087<br>CO ID:1134992250 CCD | | 902384013412021 | 5.88 |
| 10/13/17 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON<br>10-12) ELECTRONIC TRANSACTION | | 934110120000919 | 1,389.00 |
| 10/13/17 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON<br>10-12) ELECTRONIC TRANSACTION | | 934110120000918 | 484.51 |
| 10/13/17 | Online Banking transfer from CHK 8558<br>Confirmation# 3194446514 | | 943210136669465 | 800.00 |
| 10/13/17 | AMERICAN EXPRESS DES:SETTLEMENT<br>ID:2191582204 INDN:LITTLE CAESA2191582204<br>CO ID:1134992250 CCD | | 902385008911933 | 6.75 |
| 10/16/17 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON<br>10-13) ELECTRONIC TRANSACTION | | 934110130000895 | 1,389.00 |
| 10/16/17 | AMERICAN EXPRESS DES:SETTLEMENT<br>ID:2191582204 INDN:LITTLE CAESA2191582204<br>CO ID:1134992250 CCD | | 902389010213234 | 57.31 |

*continued on the next page*



# Bank of America

## Your checking account

PG COUNTY PIZZA INC | Account #Redacted 6284 | October 1, 2017 to October 31, 2017

## Deposits and other credits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 10/16/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2193563087 INDN:LITTLE CAESA2193563087 CO ID:1134992250 CCD | | 902386010209287 | 31.43 |
| 10/16/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2191582204 INDN:LITTLE CAESA2191582204 CO ID:1134992250 CCD | | 902386010209169 | 17.92 |
| 10/16/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2193563087 INDN:LITTLE CAESA2193563087 CO ID:1134992250 CCD | | 902389010212973 | 17.54 |
| 10/17/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2193563087 INDN:LITTLE CAESA2193563087 CO ID:1134992250 CCD | | 902389015726862 | 5.88 |
| 10/18/17 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 10-17) ELECTRONIC TRANSACTION | | 934110170001593 | 300.00 |
| 10/18/17 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 10-17) ELECTRONIC TRANSACTION | | 934110170001592 | 0.16 |
| 10/18/17 | Online Banking transfer from CHK 8558 Confirmation# 2234311646 | | 943210186428324 | 3,100.00 |
| 10/18/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2191582204 INDN:LITTLE CAESA2191582204 CO ID:1134992250 CCD | | 902390009057627 | 65.39 |
| 10/20/17 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 10-19) ELECTRONIC TRANSACTION | | 934110190000674 | 300.00 |
| 10/20/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2191582204 INDN:LITTLE CAESA2191582204 CO ID:1134992250 CCD | | 902392006951047 | 6.75 |
| 10/23/17 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 10-20) ELECTRONIC TRANSACTION | | 934110200000796 | 300.00 |
| 10/23/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2191582204 INDN:LITTLE CAESA2191582204 CO ID:1134992250 CCD | | 902396016128896 | 77.86 |
| 10/23/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2193563087 INDN:LITTLE CAESA2193563087 CO ID:1134992250 CCD | | 902396016128841 | 15.90 |
| 10/24/17 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 10-23) ELECTRONIC TRANSACTION | | 934110230001040 | 300.00 |
| 10/24/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2191582204 INDN:LITTLE CAESA2191582204 CO ID:1134992250 CCD | | 902396019658825 | 158.74 |
| 10/24/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2193563087 INDN:LITTLE CAESA2193563087 CO ID:1134992250 CCD | | 902396019658652 | 47.06 |

continued on the next page

## Deposits and other credits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 10/25/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2191582204 INDN:LITTLE CAESA2191582204 CO ID:1134992250 CCD | | 902397010422985 | 32.15 |
| 10/26/17 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 10-25) ELECTRONIC TRANSACTION | | 934110250000597 | 600.00 |
| 10/26/17 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 10-25) ELECTRONIC TRANSACTION | | 934110250000596 | 599.58 |
| 10/26/17 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 10-25) ELECTRONIC TRANSACTION | | 934110250000595 | 229.89 |
| 10/26/17 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 10-25) ELECTRONIC TRANSACTION | | 934110250000594 | 156.44 |
| 10/27/17 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 10-26) ELECTRONIC TRANSACTION | | 934110260000580 | 600.00 |
| 10/30/17 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 10-27) ELECTRONIC TRANSACTION | | 934110270000948 | 600.00 |
| 10/30/17 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 10-27) ELECTRONIC TRANSACTION | | 934110270000945 | 42.29 |
| 10/30/17 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 10-27) ELECTRONIC TRANSACTION | | 934110270000946 | 42.29 |
| 10/30/17 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 10-27) ELECTRONIC TRANSACTION | | 934110270000947 | 42.29 |
| 10/30/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2191582204 INDN:LITTLE CAESA2191582204 CO ID:1134992250 CCD | | 902300006133385 | 26.38 |
| 10/30/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2191582204 INDN:LITTLE CAESA2191582204 CO ID:1134992250 CCD | | 902303006578743 | 25.65 |
| 10/31/17 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 10-30) ELECTRONIC TRANSACTION | | 934110300001127 | 600.00 |
| 10/31/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2191582204 INDN:LITTLE CAESA2191582204 CO ID:1134992250 CCD | | 902303012938358 | 47.60 |
| 10/31/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2193563087 INDN:LITTLE CAESA2193563087 CO ID:1134992250 CCD | | 902303012938234 | 42.72 |

**Total deposits and other credits** $21,025.78

## Withdrawals and other debits

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 10/02/17 | YELLOWSTONE CAPI DES:SOB ID:800-955-2411 INDN:PGCOUNTYPIZZAINC CO ID:RPP4384677 CCD | | 902375023317372 | -1,389.00 |
| 10/03/17 | YELLOWSTONE CAPI DES:SOB ID:800-955-2411 INDN:PGCOUNTYPIZZAINC CO ID:RPP4384677 CCD | | 902376019148142 | -1,389.00 |

*continued on the next page*

## Withdrawals and other debits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|------|-------------------------|--------------------|----------------|--------|
| 10/03/17 | AMERICAN EXPRESS DES:AXP DISCNT ID:2193563087 INDN:LITTLE CAESA2193563087 CO ID:1134992250 CCD | | 902375021550792 | -0.34 |
| 10/04/17 | Online Banking transfer to CHK 8558 Confirmation# 2315484180 | | 943210046673302 | -1,391.00 |
| 10/05/17 | YELLOWSTONE CAPI DES:SOB ID:800-955-2411 INDN:PGCOUNTYPIZZAINC CO ID:RPP4384677 CCD | | 902378008343271 | -1,389.00 |
| 10/06/17 | COMCAST DES:CABLE ID:7176527 INDN:MARK *WILLIAMS CO ID:0000213249 PPD | | 902378006298792 | -278.51 |
| 10/06/17 | AMERICAN EXPRESS DES:AXP DISCNT ID:2193563087 INDN:LITTLE CAESA2193563087 CO ID:1134992250 CCD | | 902378006339555 | -0.63 |
| 10/10/17 | WASHINGTON GAS DES:PAYMENT ID:220000878748 INDN:PG COUNTY PIZZA INC. CO ID:1530162882 CCD | | 902383012408423 | -481.65 |
| 10/10/17 | AMERICAN EXPRESS DES:AXP DISCNT ID:2193563087 INDN:LITTLE CAESA2193563087 CO ID:1134992250 CCD | | 902379007737619 | -0.45 |
| 10/10/17 | AMERICAN EXPRESS DES:AXP DISCNT ID:2193563087 INDN:LITTLE CAESA2193563087 CO ID:1134992250 CCD | | 902383012031695 | -0.42 |
| 10/11/17 | YELLOWSTONE CAPI DES:SOB ID:800-955-2411#20 INDN:MARYLANDPIZZAINC CO ID:RPP4384677 CCD | | 902384008946878 | -1,389.00 |
| 10/11/17 | WASHINGTON GAS DES:PAYMENT ID:220003025404 INDN:PG COUNTY PIZZA INC CO ID:1530162882 CCD | | 902383024696932 | -547.13 |
| 10/11/17 | AMERICAN EXPRESS DES:AXP DISCNT ID:2193563087 INDN:LITTLE CAESA2193563087 CO ID:1134992250 CCD | | 902383018332422 | -0.31 |
| 10/12/17 | YELLOWSTONE CAPI DES:SOB ID:800-955-2411#21 INDN:MARYLANDPIZZAINC CO ID:RPP4384677 CCD | | 902385005151390 | -1,389.00 |
| 10/12/17 | VERIZON WIRELESS DES:PAYMENTS ID:072174847400002 INDN:0000000072174847400002 CO ID:1223344794 PPD | | 902384013452862 | -484.51 |
| 10/12/17 | AMERICAN EXPRESS DES:AXP DISCNT ID:2193563087 INDN:LITTLE CAESA2193563087 CO ID:1134992250 CCD | | 902384013411549 | -0.16 |
| 10/13/17 | YELLOWSTONE CAPI DES:SOB ID:800-955-2411#22 INDN:MARYLANDPIZZAINC CO ID:RPP4384677 CCD | | 902386005598243 | -1,389.00 |

*continued on the next page*

## Withdrawals and other debits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---:|
| 10/13/17 | WASHINGTON GAS DES:PAYMENT ID:220001290240 INDN:PG Pizza Oper CO ID:1530162882 CCD | | 902385013943340 | -396.07 |
| 10/16/17 | YELLOWSTONE CAPI DES:ACHPAYMENT ID:W002 INDN:PGCOUNTYPIZZAINC c7a70 CO ID:XXXXXXXXXA CCD | | 902389010542750 | -300.00 |
| 10/16/17 | AMERICAN EXPRESS DES:AXP DISCNT ID:2193563087 INDN:LITTLE CAESA2193563087 CO ID:1134992250 CCD | | 902386010208406 | -0.86 |
| 10/16/17 | AMERICAN EXPRESS DES:AXP DISCNT ID:2193563087 INDN:LITTLE CAESA2193563087 CO ID:1134992250 CCD | | 902389010168496 | -0.48 |
| 10/17/17 | YELLOWSTONE CAPI DES:ACHPAYMENT ID:W003 INDN:PGCOUNTYPIZZAINC 14487 CO ID:XXXXXXXXXA CCD | | 902390002534644 | -300.00 |
| 10/17/17 | AMERICAN EXPRESS DES:AXP DISCNT ID:2193563087 INDN:LITTLE CAESA2193563087 CO ID:1134992250 CCD | | 902389015727564 | -0.16 |
| 10/18/17 | THE HARTFORD DES:NWTBCLSCIC ID:14346871 INDN:PG COUNTY PIZZA INC CO ID:9942902727 CCD | | 902390012753966 | -834.81 |
| 10/18/17 | WASHINGTON GAS DES:RETRY PYMT ID:220003025404 INDN:PG COUNTY PIZZA INC CO ID:1530162882 CCD | | 902390009038349 | -547.13 |
| 10/18/17 | VERIZON WIRELESS DES:RETRY PYMT ID:072174847400002 INDN:0000000072174847400002 CO ID:1223344794 PPD | | 902390009169912 | -484.51 |
| 10/18/17 | YELLOWSTONE CAPI DES:ACHPAYMENT ID:W004 INDN:PGCOUNTYPIZZAINC d6ba6 CO ID:XXXXXXXXXA CCD | | 902391006779296 | -300.00 |
| 10/19/17 | YELLOWSTONE CAPI DES:ACHPAYMENT ID:W005 INDN:PGCOUNTYPIZZAINC 62449 CO ID:XXXXXXXXXA CCD | | 902392000613609 | -300.00 |
| 10/20/17 | YELLOWSTONE CAPI DES:ACHPAYMENT ID:W006 INDN:PGCOUNTYPIZZAINC b325e CO ID:XXXXXXXXXA CCD | | 902393001725999 | -300.00 |
| 10/20/17 | AMERICAN EXPRESS DES:RETRY PYMT ID:2193563087 INDN:LITTLE CAESA2193563087 CO ID:1134992250 CCD | | 902392006952082 | -0.16 |
| 10/23/17 | YELLOWSTONE CAPI DES:ACHPAYMENT ID:W007 INDN:PGCOUNTYPIZZAINC c683f CO ID:XXXXXXXXXA CCD | | 902396015768982 | -300.00 |
| 10/23/17 | AMERICAN EXPRESS DES:AXP DISCNT ID:2193563087 INDN:LITTLE CAESA2193563087 CO ID:1134992250 CCD | | 902396016128404 | -0.44 |
| 10/24/17 | YELLOWSTONE CAPI DES:ACHPAYMENT ID:W008 INDN:PGCOUNTYPIZZAINC 8bf0a CO ID:XXXXXXXXXA CCD | | 902397006069829 | -300.00 |

continued on the next page



# Your checking account

## Withdrawals and other debits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 10/24/17 | AMERICAN EXPRESS DES:AXP DISCNT ID:2193563087 INDN:LITTLE CAESA2193563087 CO ID:1134992250 CCD | | 902396019659261 | -1.29 |
| 10/25/17 | YELLOWSTONE CAPI DES:ACHPAYMENT ID:W010 INDN:PGCOUNTYPIZZAINC 27e7d CO ID:XXXXXXXXXA CCD | | 902398007339428 | -600.00 |
| 10/25/17 | VERIZON DES:PAYMENTREC ID:000990182508 INDN:PG COUNTY PIZZA INC DU CO ID:9783397101 WEB | | 902397010397583 | -599.58 |
| 10/25/17 | VERIZON DES:PAYMENTREC ID:000765928930 INDN:LITTLE CAESARS DUMMYBZ CO ID:9783397101 WEB | | 902397010397558 | -229.89 |
| 10/25/17 | VERIZON DES:PAYMENTREC ID:000698324829 INDN:PG COUNTY PIZZA INC DU CO ID:9783397101 WEB | | 902397010397592 | -156.44 |
| 10/26/17 | YELLOWSTONE CAPI DES:ACHPAYMENT ID:W011 INDN:PGCOUNTYPIZZAINC 03420 CO ID:XXXXXXXXXA CCD | | 902399009540190 | -600.00 |
| 10/27/17 | YELLOWSTONE CAPI DES:ACHPAYMENT ID:W012 INDN:PGCOUNTYPIZZAINC 68b32 CO ID:XXXXXXXXXA CCD | | 902300002142649 | -600.00 |
| 10/27/17 | VERIFONE INC DES:PAYMENTS ID:3717229 INDN:73125376 CO ID:4990206064 CCD PMT INFO:251875 *26-OCT-2017 | | 902300002059408 | -42.29 |
| 10/27/17 | VERIFONE INC DES:PAYMENTS ID:3717229 INDN:73125837 CO ID:4990206064 CCD PMT INFO:251874 *26-OCT-2017 | | 902300002059410 | -42.29 |
| 10/27/17 | VERIFONE INC DES:PAYMENTS ID:3717229 INDN:73126178 CO ID:4990206064 CCD PMT INFO:251876 *26-OCT-2017 | | 902300002059412 | -42.29 |
| 10/27/17 | VERIFONE INC DES:PAYMENTS ID:3717229 INDN:73124751 CO ID:4990206064 CCD PMT INFO:251873 *26-OCT-2017 | | 902300002059406 | -42.29 |
| 10/30/17 | YELLOWSTONE CAPI DES:ACHPAYMENT ID:W013 INDN:PGCOUNTYPIZZAINC 564d3 CO ID:XXXXXXXXXA CCD | | 902303006240047 | -600.00 |
| 10/31/17 | YELLOWSTONE CAPI DES:ACHPAYMENT ID:W015 INDN:MARYLANDPIZZAINC 729d5 CO ID:XXXXXXXXXA CCD | | 902304002377468 | -300.00 |
| 10/31/17 | AMERICAN EXPRESS DES:AXP DISCNT ID:2193563087 INDN:LITTLE CAESA2193563087 CO ID:1134992250 CCD | | 902303012937635 | -1.17 |

**Total withdrawals and other debits**    **-$19,741.26**

## Service fees

| Date | Transaction description | Amount |
|---|---|---|
| 10/16/17 | 09/17 ACCT ANALYSIS FEE | -1,295.49 |
| **Total service fees** | | **-$1,295.49** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|---|---|---|---|---|---|
| 10/01 | -140.37 | 10/12 | -1,803.18 | 10/23 | -186.89 |
| 10/02 | -94.00 | 10/13 | -907.99 | 10/24 | 17.62 |
| 10/03 | -25.77 | 10/16 | -991.62 | 10/25 | -1,536.14 |
| 10/04 | 0.00 | 10/17 | -1,285.90 | 10/26 | -550.23 |
| 10/05 | -1,352.81 | 10/18 | 13.20 | 10/27 | -719.39 |
| 10/06 | 79.93 | 10/19 | -286.80 | 10/30 | -540.49 |
| 10/10 | 0.00 | 10/20 | -280.21 | 10/31 | -151.34 |
| 10/11 | -1,903.42 | | | | |



P.O. Box 15284
Wilmington, DE 19850

Business Banking

Customer service information

🕭 Customer service: 1.888.852.5000

🔖 bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

MARYLAND PIZZA INC
OPERATING ACCT
10879 CORAL SHORES DR UNIT 210
JACKSONVILLE, FL 32256-2128

# Your Full Analysis Business Checking - Small Business

for October 1, 2017 to October 31, 2017    Account number: Redacted 8948
MARYLAND PIZZA INC    OPERATING ACCT

## Account summary

| | |
|---|---:|
| Beginning balance on October 1, 2017 | $0.32 |
| Deposits and other credits | 26,529.33 |
| Withdrawals and other debits | -25,067.74 |
| Checks | -0.00 |
| Service fees | -937.39 |
| **Ending balance on October 31, 2017** | **$524.52** |

# of deposits/credits: 45
# of withdrawals/debits: 30
# of days in cycle: 31
Average ledger balance: $640.13

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

**How to Contact Us** - You may call us at the telephone number listed on the front of this statement.

**Updating your contact information** - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

**Deposit agreement** - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

**Electronic transfers: In case of errors or questions about your electronic transfers** - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

**Reporting other problems** - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

**Direct deposits** - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2017 Bank of America Corporation

Bank of America, N.A. Member FDIC and  Equal Housing Lender



# Your checking account

## Deposits and other credits

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 10/02/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445013760413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD  PMT INFO:  5/3 BANKCARD   CREDIT DEP  44450137  60413 LITTLE CAESARS 1968-0006 BC | | 902375017527646 | 1,285.20 |
| 10/02/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445013760413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD  PMT INFO:  5/3 BANKCARD   CREDIT DEP  44450137  60413 LITTLE CAESARS 1968-0006 BC | | 902375015909839 | 785.19 |
| 10/02/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445013760413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD  PMT INFO:  5/3 BANKCARD   CREDIT DEP  44450137  60413 LITTLE CAESARS 1968-0006 BC | | 902375017530967 | 567.56 |
| 10/02/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2192333615 INDN:LITTLE CAESA2192333615 CO ID:1134992250 CCD | | 902375015671931 | 6.76 |
| 10/03/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445013760413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD  PMT INFO:  5/3 BANKCARD   CREDIT DEP  44450137  60413 LITTLE CAESARS 1968-0006 BC | | 902376011475134 | 491.84 |
| 10/04/17 | Online Banking transfer from CHK 1026 Confirmation# 2111671339 | | 943210046375304 | 2,763.00 |
| 10/04/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445013760413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD  PMT INFO:  5/3 BANKCARD   CREDIT DEP  44450137  60413 LITTLE CAESARS 1968-0006 BC | | 902377005916559 | 385.72 |
| 10/04/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2192333615 INDN:LITTLE CAESA2192333615 CO ID:1134992250 CCD | | 902376021729071 | 31.40 |

continued on the next page

## Deposits and other credits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 10/05/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445013760413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450137 60413 LITTLE CAESARS 1968-0006 BC | | 902378001971045 | 490.32 |
| 10/06/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445013760413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450137 60413 LITTLE CAESARS 1968-0006 BC | | 902379004324384 | 693.37 |
| 10/06/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2192333615 INDN:LITTLE CAESA2192333615 CO ID:1134992250 CCD | | 902378005622689 | 12.48 |
| 10/10/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445013760413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450137 60413 LITTLE CAESARS 1968-0006 BC | | 902383013619778 | 1,158.81 |
| 10/10/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445013760413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450137 60413 LITTLE CAESARS 1968-0006 BC | | 902383013578195 | 899.18 |
| 10/10/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445013760413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450137 60413 LITTLE CAESARS 1968-0006 BC | | 902383010572372 | 700.25 |
| 10/10/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445013760413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450137 60413 LITTLE CAESARS 1968-0006 BC | | 902383013581270 | 391.20 |
| 10/10/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2192333615 INDN:LITTLE CAESA2192333615 CO ID:1134992250 CCD | | 902383009840851 | 28.60 |
| 10/10/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2192333615 INDN:LITTLE CAESA2192333615 CO ID:1134992250 CCD | | 902379007053821 | 12.47 |
| 10/11/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445013760413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450137 60413 LITTLE CAESARS 1968-0006 BC | | 902384008522142 | 346.25 |
| 10/12/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445013760413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450137 60413 LITTLE CAESARS 1968-0006 BC | | 902385004811886 | 407.91 |

continued on the next page


# Bank of America

**Your checking account**

MARYLAND PIZZA INC  |  Account #Redacted 8948  |  October 1, 2017 to October 31, 2017

## Deposits and other credits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 10/13/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445013760413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450137 60413 LITTLE CAESARS 1968-0006 BC | | 902386006533042 | 557.79 |
| 10/16/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445013760413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450137 60413 LITTLE CAESARS 1968-0006 BC | | 902389012965403 | 1,234.62 |
| 10/16/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445013760413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450137 60413 LITTLE CAESARS 1968-0006 BC | | 902389012968745 | 1,062.62 |
| 10/16/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445013760413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450137 60413 LITTLE CAESARS 1968-0006 BC | | 902389011936403 | 477.17 |
| 10/16/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2192333615 INDN:LITTLE CAESA2192333615 CO ID:1134992250 CCD | | 902389011398016 | 5.72 |
| 10/17/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445013760413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450137 60413 LITTLE CAESARS 1968-0006 BC | | 902390004047446 | 577.97 |
| 10/17/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2192333615 INDN:LITTLE CAESA2192333615 CO ID:1134992250 CCD | | 902389015226764 | 10.31 |
| 10/18/17 | Online Banking transfer from CHK 8558 Confirmation# 1234318583 | | 943210186148263 | 1,000.00 |
| 10/18/17 | Online Banking transfer from CHK 1026 Confirmation# 3334315775 | | 943210186148264 | 730.00 |
| 10/18/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445013760413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450137 60413 LITTLE CAESARS 1968-0006 BC | | 902391007362549 | 274.73 |
| 10/19/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445013760413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450137 60413 LITTLE CAESARS 1968-0006 BC | | 902392001679298 | 489.66 |

*continued on the next page*

## Deposits and other credits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 10/20/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445013760413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450137 60413 LITTLE CAESARS 1968-0006 BC | | 902393002604668 | 363.14 |
| 10/23/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445013760413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450137 60413 LITTLE CAESARS 1968-0006 BC | | 902396017324218 | 1,115.20 |
| 10/23/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445013760413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450137 60413 LITTLE CAESARS 1968-0006 BC | | 902396017320834 | 1,051.35 |
| 10/23/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445013760413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450137 60413 LITTLE CAESARS 1968-0006 BC | | 902396015107758 | 514.30 |
| 10/24/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445013760413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450137 60413 LITTLE CAESARS 1968-0006 BC | | 902397006952242 | 435.46 |
| 10/24/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2192333615 INDN:LITTLE CAESA2192333615 CO ID:1134992250 CCD | | 902396019235777 | 34.33 |
| 10/25/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445013760413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450137 60413 LITTLE CAESARS 1968-0006 BC | | 902398008269742 | 326.48 |
| 10/25/17 | 5/3 BANKCARD SYS DES:GIFTCARD ID:4445013760413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD GIFTCARD 44450137 60413 LITTLE CAESARS 1968-0006 BC | | 902398008269745 | 10.00 |
| 10/26/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445013760413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450137 60413 LITTLE CAESARS 1968-0006 BC | | 902399010697137 | 465.57 |
| 10/27/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445013760413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450137 60413 LITTLE CAESARS 1968-0006 BC | | 902300002954720 | 425.01 |

*continued on the next page*



**Your checking account**

MARYLAND PIZZA INC | Account #Redacted 8948 | October 1, 2017 to October 31, 2017

## Deposits and other credits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 10/30/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445013760413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450137 60413 LITTLE CAESARS 1968-0006 BC | | 902303009886931 | 1,095.38 |
| 10/30/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445013760413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450137 60413 LITTLE CAESARS 1968-0006 BC | | 902303009883907 | 961.43 |
| 10/30/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445013760413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450137 60413 LITTLE CAESARS 1968-0006 BC | | 902303007987887 | 747.26 |
| 10/31/17 | Online Banking transfer from CHK 1026 Confirmation# 2546155744 | | 943210316284668 | 600.00 |
| 10/31/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445013760413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450137 60413 LITTLE CAESARS 1968-0006 BC | | 902304001732664 | 506.32 |

**Total deposits and other credits** $26,529.33

## Withdrawals and other debits

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 10/03/17 | IRH Capital LLC DES:Maryland L ID: INDN:Maryland LC Ventures CO ID:XXXXXXXXX CCD | | 902375020967963 | -417.95 |
| 10/03/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445013760413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450137 60413 LITTLE CAESARS 1968-0006 BC | | 902376011736350 | -405.80 |
| 10/03/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445022757369 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450227 57369 LITTLE CAESARS 1968-0008 BC | | 902376011736599 | -159.95 |
| 10/03/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445012054379 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450120 54379 LITTLE CAESARS 1968-0005 BC | | 902376011736299 | -147.87 |

continued on the next page

## Withdrawals and other debits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 10/03/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445014190413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD  PMT INFO:  5/3 BANKCARD   CRED FEES   44450141  90413   LITTLE CAESARS 1968-0007 BC | | 902376011736485 | -139.31 |
| 10/04/17 | IRS         DES:USATAXPYMT ID:270767733378819 INDN:MARYLAND PIZZA INC  CO ID:3387702000 CCD | | 902377004473655 | -4,147.92 |
| 10/04/17 | LIBERTY MUTUAL   DES:XXXXXXXXX ID:3342915 INDN:MARYLAND PIZZA INC DBA  CO ID:0000061050 CCD | | 902377005820821 | -897.75 |
| 10/05/17 | AMERICAN EXPRESS DES:AXP DISCNT ID:4080657711 INDN:LITTLE CAESA4080657711 CO ID:1134992250 CCD | | 902377010430876 | -13.96 |
| 10/05/17 | AMERICAN EXPRESS DES:AXP DISCNT ID:2195384839 INDN:LITTLE CAESA2195384839 CO ID:1134992250 CCD | | 902377010430656 | -7.78 |
| 10/06/17 | Online Banking transfer to CHK 1026 Confirmation# 1428752234 | | 943210066628975 | -1,174.87 |
| 10/10/17 | BCC FUNDING VIII DES:BALBOA PMT ID:180344-000 INDN:MARYLAND PIZZA,       CO ID:3330318616 CCD  PMT INFO:CO#    CUST# 106681  LEASE# 180344-000      TRAN# 000000025 BATCH# 000011931 DES | | 902379011930405 | -1,632.36 |
| 10/10/17 | NCMIC -Cust Pmt  DES:AUTH PAYME ID:3910000457-1  INDN:Maryland LC Ventures L CO ID:2421403654 CCD | | 902379011802136 | -676.00 |
| 10/11/17 | FIFTH THIRD ACH  DES:MPS BILLNG ID:0L0416 INDN:MARYLAND PIZZA INC     CO ID:1310281170 CCD | | 902383016927713 | -237.99 |
| 10/11/17 | FIFTH THIRD ACH  DES:MPS BILLNG ID:0J5514 INDN:MARYLAND PIZZA INC     CO ID:1310281170 CCD | | 902383016927703 | -60.76 |
| 10/16/17 | MACROLEASE LBX   DES:15th      ID: 25881 INDN:Maryland LC Ventures    CO ID:2020742897 CCD  PMT INFO:# 25881 | | 902389010958780 | -4,509.44 |
| 10/16/17 | VERIZON         DES:PAYMENTREC ID:000772689847 INDN:MARYLAND PIZZA INC DUM  CO ID:9783397101 WEB | | 902386009127200 | -149.68 |
| 10/18/17 | IRS         DES:USATAXPYMT ID:270769102489465 INDN:MARYLAND PIZZA INC CO ID:3387702000 CCD | | 902391007373064 | -1,426.18 |
| 10/18/17 | VERIZON         DES:PAYMENTREC ID:000968729703 INDN:MARYLAND PIZZA INC DUM  CO ID:9783397101 WEB | | 902390008305285 | -216.01 |
| 10/23/17 | Online Banking transfer to CHK 1026 Confirmation# 2568006154 | | 943210236755518 | -882.59 |

*continued on the next page*