

# Your checking account

MARYLAND PIZZA INC | Account #Redacted8948 | October 1, 2017 to October 31, 2017

## Withdrawals and other debits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 10/23/17 | VERIZON DES:PAYMENTREC ID:000840296387 INDN:MARYLAND PIZZA INC DUM CO ID:9783397101 WEB | | 902393004914964 | -207.02 |
| 10/24/17 | Online Banking transfer to CHK 1026 Confirmation# 1187902766 | | 943210246647911 | -2,300.00 |
| 10/24/17 | THE HARTFORD DES:NWTBCLSCIC ID:14288324 INDN:MARYLAND PIZZA INC CO ID:9942902727 CCD | | 902396022625825 | -621.43 |
| 10/26/17 | Online Banking transfer to CHK 1026 Confirmation# 3403764011 | | 943210266305376 | -824.00 |
| 10/27/17 | VERIFONE INC DES:PAYMENTS ID:3717254 INDN:73126277 CO ID:4990206064 CCD PMT INFO:257541 *26-OCT-2017 | | 902300001651390 | -63.44 |
| 10/27/17 | VERIFONE INC DES:PAYMENTS ID:3743116 INDN:73125297 CO ID:4990206064 CCD PMT INFO:256531 *26-OCT-2017 | | 902300001651388 | -42.29 |
| 10/27/17 | VERIFONE INC DES:PAYMENTS ID:3717254 INDN:73124479 CO ID:4990206064 CCD PMT INFO:257540 *26-OCT-2017 | | 902300001651386 | -42.29 |
| 10/27/17 | VERIFONE INC DES:PAYMENTS ID:3717254 INDN:73125502 CO ID:4990206064 CCD PMT INFO:257539 *26-OCT-2017 | | 902300001651384 | -42.19 |
| 10/30/17 | Online Banking transfer to CHK 1026 Confirmation# 2237954314 | | 943210306077944 | -3,039.00 |
| 10/31/17 | IRS DES:USATAXPYMT ID:270770464196673 INDN:MARYLAND PIZZA INC CO ID:3387702000 CCD | | 902304001708158 | -581.91 |
| **Total withdrawals and other debits** | | | | **-$25,067.74** |

## Service fees

| Date | Transaction description | Amount |
|---|---|---|
| 10/16/17 | 09/17 ACCT ANALYSIS FEE | -937.39 |
| **Total service fees** | | **-$937.39** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|---|---|---|---|---|---|
| 10/01 | 0.32 | 10/04 | 0.44 | 10/10 | 882.15 |
| 10/02 | 2,645.03 | 10/05 | 469.02 | 10/11 | 929.65 |
| 10/03 | 1,865.99 | 10/06 | 0.00 | 10/12 | 1,337.56 |

continued on the next page

## Daily ledger balances - continued

| Date | Balance ($) | Date | Balance ($) | Date | Balance ($) |
|---|---|---|---|---|---|
| 10/13 | 1,895.35 | 10/20 | 882.59 | 10/26 | 0.24 |
| 10/16 | -921.03 | 10/23 | 2,473.83 | 10/27 | 235.04 |
| 10/17 | -332.75 | 10/24 | 22.19 | 10/30 | 0.11 |
| 10/18 | 29.79 | 10/25 | 358.67 | 10/31 | 524.52 |
| 10/19 | 519.45 | | | | |

# Little Caesars Profit and Loss Period 10
# October 2017

|  | TOTAL |
|---|---:|
| **Ordinary Income/Expense** | |
|   **Income** | |
|     40000 · SALES - CARRYOUT | 168,657.52 |
|     40101 · SALES - BREAD | 12,166.33 |
|     40102 · SALES - WINGS | 11,397.78 |
|     40104 · SALES - BEVERAGES | 7,000.29 |
|   **Total Income** | 199,221.92 |
|   **Cost of Goods Sold** | |
|     50000 · MEAT | 9,044.83 |
|     50101 · TOPPINGS | 5,070.42 |
|     50102 · CHEESE | 31,031.65 |
|     50103 · DAIRY | 267.50 |
|     50104 · SOFT DRINKS | 1,476.78 |
|     50105 · DOUGH | 10,932.97 |
|     50107 · DESSERT | 0.00 |
|     50108 · WINGS | 5,544.40 |
|     50109 · OTHER | 1,303.17 |
|     50200 · PAPER COSTS | 9,821.63 |
|     51000 · Labor Cost | |
|       51100 · Labor - Asst Manager | 11,354.57 |
|       51101 · Labor - Crew | 37,658.43 |
|       51102 · Labor - Manager | 27,529.62 |
|     Total 51000 · Labor Cost | 76,542.62 |
|   **Total COGS** | 151,035.97 |
| **Gross Profit** | 48,185.95 |
|   **Expense** | |
|     50128 · FUEL SURCHARGE(BLUE LINE) | 48.56 |
|     60114 · ADV - OTHER | 823.24 |
|     60130 · ADV - CAESAR FUND | 7,962.25 |
|     63300 · Insurance Expense | |
|       63360 · Worker's Compensation | 352.66 |
|       63300 · Insurance Expense - Other | 352.66 |
|     Total 63300 · Insurance Expense | 705.32 |
|     66000 · Payroll Expenses | |
|       66200 · Payroll Taxes FUTA | 170.32 |
|       66300 · Payroll Taxes - SUTA | 718.14 |
|       66400 · Payroll Taxes - FICA/Mediare | 6,031.98 |
|       66000 · Payroll Expenses - Other | 1,528.65 |
|     Total 66000 · Payroll Expenses | 8,449.09 |
|     66600 · Printing and Reproduction | 146.00 |
|     66700 · Professional Fees | 200.00 |
|     68500 · Uniforms | 0.00 |
|     71100 · STORE RENT | 17,733.14 |
|     71101 · RENT - CAM | 1,595.16 |
|     71102 · PROPERTY TAXES | 1,777.95 |

# Little Caesars Profit and Loss Period 10
## October 2017

|  | TOTAL |
|---|---:|
| 73100 · TELEPHONE | 1,408.94 |
| 73101 · ELECTRIC | 7,604.10 |
| 73102 · GAS | 3,123.77 |
| 73105 · TRASH | 762.59 |
| 75100 · WORKER'S COMPENSATION | 963.82 |
| 75101 · ROYALTIES | 11,943.42 |
| 75103 · BANK SERVICE CHARGE | 4,907.04 |
| 75107 · INSURANCE (P & C) | 975.01 |
| 75111 · CONTRACT SERVICES | 2,507.09 |
| 75112 · MISCELLANEOUS | 0.00 |
| 75113 · AUTO/GAS REIMBURSEMENTS | 323.06 |
| 75114 · CASH (OVER)/SHORT | 2,088.67 |
| 75116 · SUPPLIES - CLEANING | 1,061.10 |
| 75117 · SUPPLIES - OPERATING | 74.89 |
| 75121 · INTEREST EXPENSEE | 646.26 |
| 62600 · Equipment Rental | 4,926.99 |
| **Total Expense** | 82,757.46 |
| **Net Ordinary Income** | -34,571.51 |
| **Net Income** | **-34,571.51** |



| TAXPAYER NAME : MARYLAND PIZZA INC | TIN : xxxxx6929 |
|---|---|

## Deposit Confirmation

Your payment has been accepted.

**Payment Successful**

An EFT acknowledgement number has been provided for this payment. Please keep this number for your records.

REMINDER: REMEMBER TO FILE ALL RETURNS WHEN DUE!

| EFT ACKNOWLEDGEMENT NUMBER: | 270769102489465 |
|---|---|

**PLEASE NOTE**

Any amounts represented in the subcategories of Social Security, Medicare, and Income Tax Withholding are for informational purposes only.

| Payment Information | Entered Data |
|---|---|
| Taxpayer EIN | xxxxx6929 |
| Tax Form | 941 Employers Federal Tax |
| Tax Type | Federal Tax Deposit |
| Tax Period | Q4/2017 |
| Payment Amount | $1,426.18 |
| Settlement Date | 10/18/2017 |
| Sub Categories | |
| 1 Social Security | $814.62 |
| 2 Medicare | $190.56 |
| 3 Tax Withholding | $421.00 |
| Account Number | xxxxxxxx8948 |
| Account Type | CHECKING |
| Routing Number | 061000052 |
| Bank Name | BANK OF AMERICA, N.A. |

# Maryland Sales And Use Tax Return

**Sales And Use Tax - Confirmation Page**

Sales And Use Tax Return Created   Help
Confirmation # S278596635120536

| | | |
|---|---|---|
| Logon ID: | mdpizza2013 | |
| FEIN: | Redacted 6929 | |
| CRN: | 15309525 | |
| For The Period Ending: | Oct 31, 2017 | |
| Due Date*: | 11/20/2017 | |

| | | Sales / Rentals / Purchases | Tax / Interest |
|---|---|---|---|
| 1. | Gross Sales (excluding cents) | $ 45,736.00 | |
| 2. | Sales subject to (6%) rate | $ 45,736.61 | $ 2,744.20 |
| 3. | Car Rentals (11.5%) | $ 0.00 | $ 0.00 |
| 4. | Truck Rentals (8%) | $ 0.00 | $ 0.00 |
| 5. | Add Lines 3 and 4 and enter the total | | $ 0.00 |
| 6. | Sales of Alcoholic Beverages (9%) | $ 0.00 | $ 0.00 |
| 7. | Lines 2, 5 and 6 | | $ 2,744.20 |
| 8. | If Timely - Discount | | $ 32.93 |
| 9. | Subtract line 8 from line 7 | | $ 2,711.27 |
| 10. | Purchases ( 6%) | $ 0.00 | $ 0.00 |
| 11. | Purchases of Alcoholic Beverages (9%) | $ 0.00 | $ 0.00 |
| 12. | Total Taxes Due (Lines 9, 10 and 11) | | $ 2,711.27 |
| 13. | Refund Due | | $ 0.00 |
| 14. | Subtract line 13 from line 12 | | $ 2,711.27 |
| | Penalty at 10% of line 12 | $ 0.00 | |
| | Interest | $ 0.00 | |
| 15. | If Late - Penalty and Interest | | $ 0.00 |
| 16. | Sales and Use Tax Balance Due (Lines 14 and 15) | | $ 2,711.27 |
| 17a. | Prepaid Wireless E 9-1-1 Fee | $ 0.00 | |
| 17b. | Prepaid Wireless E 9-1-1 Discount | $ 0.00 | |
| 17c. | Prepaid Wireless E 9-1-1 Due | $ 0.00 | |
| 18. | Total Balance Due (Lines 16 and 17c) | | $ 2,711.27 |
| 19. | Amount Of Payment | | $ 2,711.27 |

| Electronic Payment Information: | |
|---|---|
| Date of Payment: * | 11/20/2017 |
| Routing Number: | 061000052 |
| Account Number: | ********1026 |
| Account Type: | checking |

Printing Done    Logoff

\* If the Date Of Payment falls on a weekend or bank holiday then the transaction will take place on the next business day. If the Due Date falls on a Saturday or Sunday or holiday, the return is due the next business day and any returns processed on this 'next business day' will be considered timely.

TX1BFLAPP1

# Maryland Withholding Return

**Withholding - Confirmation Page**

Withholding Return Created    Help

## Confirmation # W478596687127829

| | |
|---|---|
| Log On ID: | mdpizza2013 |
| FEIN: | Redacted 6929 |
| CRN: | 15309525 |
| For The Period Ending: | Oct 31, 2017 |
| Due Date*: | 11/15/2017 |
| Maryland Income Tax Withheld: | $ 163.29 |
| Remitted Amount: | $ 163.29 |

**Electronic Payment Information:**

| | |
|---|---|
| Date of Payment: * | 11/15/2017 |
| Routing Number: | 061000052 |
| Account Number: | ********1026 |
| Account Type: | checking |

Printing Done    Logoff

\* If the Date Of Payment falls on a weekend or bank holiday then the transaction will take place on the next business day. If the Due Date falls on a Saturday or Sunday or holiday, the return is due the next business day and any returns processed on this 'next business day' will be considered timely.

TX1BFLAPP1



| TAXPAYER NAME : PG COUNTY PIZZA INC | | TIN : xxxxx9302 |
|---|---|---|

## Deposit Confirmation

Your payment has been accepted.

**Payment Successful**
An EFT acknowledgement number has been provided for this payment. Please keep this number for your records.

REMINDER: REMEMBER TO FILE ALL RETURNS WHEN DUE!

| EFT ACKNOWLEDGEMENT NUMBER: | 270769124353120 |
|---|---|

### PLEASE NOTE
Any amounts represented in the subcategories of Social Security, Medicare, and Income Tax Withholding are for informational purposes only.

| | |
|---|---|
| Taxpayer EIN | xxxxx9302 |
| Tax Form | 941 Employers Federal Tax |
| Tax Type | Federal Tax Deposit |
| Tax Period | Q4/2017 |
| Payment Amount | $5,955.75 |
| Settlement Date | 10/18/2017 |
| Sub Categories | |
| 1 Social Security | $3,492.22 |
| 2 Medicare | $816.78 |
| 3 Tax Withholding | $1,646.75 |
| Account Number | xxxxxxxx0506 |
| Account Type | CHECKING |
| Routing Number | 052001633 |
| Bank Name | BANK OF AMERICA, N.A. |

# Maryland Sales And Use Tax Return

**Sales And Use Tax - Confirmation Page**

Sales And Use Tax Return Created    Help
Confirmation # S5785966635120523

| | | |
|---|---|---|
| Logon ID: | | 2010lcpizza |
| FEIN: | | Redacted 9302 |
| CRN: | | 14378061 |
| For The Period Ending: | | Oct 31, 2017 |
| Due Date*: | | 11/20/2017 |

| | | Sales / Rentals / Purchases | Tax / Interest |
|---|---|---|---|
| 1. | Gross Sales (excluding cents) | $ 175,424.00 | |
| 2. | Sales subject to (6%) rate | $ 175,424.46 | $ 10,525.47 |
| 3. | Car Rentals (11.5%) | $ 0.00 | $ 0.00 |
| 4. | Truck Rentals (8%) | $ 0.00 | $ 0.00 |
| 5. | Add Lines 3 and 4 and enter the total | | $ 0.00 |
| 6. | Sales of Alcoholic Beverages (9%) | $ 0.00 | $ 0.00 |
| 7. | Lines 2, 5 and 6 | | $ 10,525.47 |
| 8. | If Timely - Discount | | $ 112.73 |
| 9. | Subtract line 8 from line 7 | | $ 10,412.74 |
| 10. | Purchases (6%) | $ 0.00 | $ 0.00 |
| 11. | Purchases of Alcoholic Beverages (9%) | $ 0.00 | $ 0.00 |
| 12. | Total Taxes Due (Lines 9, 10 and 11) | | $ 10,412.74 |
| 13. | Refund Due | | $ 0.00 |
| 14. | Subtract line 13 from line 12 | | $ 10,412.74 |
| | Penalty at 10% of line 12 | $ 0.00 | |
| | Interest | $ 0.00 | |
| 15. | If Late - Penalty and Interest | | $ 0.00 |
| 16. | Sales and Use Tax Balance Due (Lines 14 and 15) | | $ 10,412.74 |
| 17a. | Prepaid Wireless E 9-1-1 Fee | $ 0.00 | |
| 17b. | Prepaid Wireless E 9-1-1 Discount | $ 0.00 | |
| 17c. | Prepaid Wireless E 9-1-1 Due | $ 0.00 | |
| 18. | Total Balance Due (Lines 16 and 17c) | | $ 10,412.74 |
| 19. | Amount Of Payment | | $ 10,412.74 |

|  | Electronic Payment Information: |
|---|---|
| Date of Payment: * | 11/20/2017 |
| Routing Number: | 052001633 |
| Account Number: | ********8558 |
| Account Type: | checking |

Printing Done     Logoff

\*  If the Date Of Payment falls on a weekend or bank holiday then the transaction will take place on the next business day. If the Due Date falls on a Saturday or Sunday or holiday, the return is due the next business day and any returns processed on this 'next business day' will be considered timely.

TX1BFLAPP1

# Maryland Withholding Return

| Withholding - Confirmation Page | |
|---|---|
| Withholding Return Created | Help |

## Confirmation # W178596687127812

| | |
|---|---|
| Log On ID: | 2010lcpizza |
| FEIN: | Redacted9302 |
| CRN: | 14378061 |
| For The Period Ending: | Oct 31, 2017 |
| Due Date*: | 11/15/2017 |
| Maryland Income Tax Withheld: | $ 1,196.16 |
| Remitted Amount: | $ 1,196.16 |

### Electronic Payment Information:

| | |
|---|---|
| Date of Payment: * | 11/15/2017 |
| Routing Number: | 052001633 |
| Account Number: | ********8558 |
| Account Type: | checking |

Printing Done     Logoff

\* If the Date Of Payment falls on a weekend or bank holiday then the transaction will take place on the next business day. If the Due Date falls on a Saturday or Sunday or holiday, the return is due the next business day and any returns processed on this 'next business day' will be considered timely.

TX1BFLAPP1



| TAXPAYER NAME : PG COUNTY PIZZA INC | TIN : xxxxx9302 |

## Deposit Confirmation

Your payment has been accepted.

## Payment Successful

An EFT acknowledgement number has been provided for this payment. Please keep this number for your records.

REMINDER: REMEMBER TO FILE ALL RETURNS WHEN DUE!

| EFT ACKNOWLEDGEMENT NUMBER: | 270767791555386 |

### PLEASE NOTE
Any amounts represented in the subcategories of Social Security, Medicare, and Income Tax Withholding are for informational purposes only.

| Payment Information | Entered |
|---|---|
| Taxpayer EIN | xxxxx9302 |
| Tax Form | 941 Employers Federal Tax |
| Tax Type | Federal Tax Deposit |
| Tax Period | Q3/2017 |
| Payment Amount | $5,098.36 |
| Settlement Date | 10/04/2017 |
| Sub Categories | |
| 1 Social Security | $3,092.62 |
| 2 Medicare | $723.24 |
| 3 Tax Withholding | $1,282.50 |
| Account Number | xxxxxxxx0506 |
| Account Type | CHECKING |
| Routing Number | 052001633 |
| Bank Name | BANK OF AMERICA, N.A. |



| TAXPAYER NAME : MARYLAND PIZZA INC | TIN : xxxxx6929 |
|---|---|

## Deposit Confirmation

Your payment has been accepted.

**Payment Successful**

An EFT acknowledgement number has been provided for this payment. Please keep this number for your records.

REMINDER: REMEMBER TO FILE ALL RETURNS WHEN DUE!

| EFT ACKNOWLEDGEMENT NUMBER: | 270767733378819 |
|---|---|

**PLEASE NOTE**

Any amounts represented in the subcategories of Social Security, Medicare, and Income Tax Withholding are for informational purposes only.

| | |
|---|---|
| Taxpayer EIN | xxxxx6929 |
| Tax Form | 941 Employers Federal Tax |
| Tax Type | Federal Tax Deposit |
| Tax Period | Q3/2017 |
| Payment Amount | $4,147.92 |
| Settlement Date | 10/04/2017 |
| Sub Categories | |
| 1 Social Security | $2,377.84 |
| 2 Medicare | $556.08 |
| 3 Tax Withholding | $1,214.00 |
| Account Number | xxxxxxxx8948 |
| Account Type | CHECKING |
| Routing Number | 061000052 |
| Bank Name | BANK OF AMERICA, N.A. |

Payments Made to Unsecured Creditors
October 2017

| Date | Creditor | Amount |
|---|---|---|
| 10/16/2017 | Macrolease | -4509.44 |
| 10/10/2017 | BalBoa Caoital | -1632.36 |
| 10/10/2017 | NCMIC | -676 |
| 10/3/2017 | IRH Capital | -417.95 |
| 10/13/2017 | Yellowstone Capital | -1389 |
| 10/25/2017 | Yellowstone Capital | -600 |
| 10/20/2017 | Yellowstone Capital | -300 |
| 10/23/2017 | Yellowstone Capital | -300 |
| 10/24/2017 | Yellowstone Capital | -300 |