UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| ALABAMA PARTNERS, LLC | ) | |
| MARYLAND LC VENTURES, LLC | ) | CASE NO. 17-03469-TOM-11 |
| | ) | |
| Debtor(s). | ) | |
| | ) | |

NOTICE OF APPEARANCE

Now Comes, Leonard N. Math, of Chambless Math ❖ Carr, P.C. and files this Notice of Appearance in the above styled action on behalf of BANK OF THE OZARKS and requests that further notices in this case on behalf of said creditor be sent to him as counsel of record.

Dated this 16th day of December, 2017

*/s/ Leonard N. Math*

OF COUNSEL:
Leonard N. Math (ASB-1679-M73L)
Chambless Math ❖ Carr, P.C.
P.O. Box 230759
Montgomery, Alabama 36123-0759
(334) 272-2230 voice
(334) 272-1955 facsimile
lmath@chambless-math.com

CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing instrument was served on all attorneys of record as set forth below by on the 16th day of December, 2017.

x    by electronic service

CHAPTER 7 TRUSTEE

Robert H. Adams
Frederick Darrel Clarke, III
Scott R. Williams
Rumberger, Kirk & Caldwell, P.C.
2001 Park Place South Suite 1300
Birmingham AL 35203

x    by regular U.S. mail

ALABAMA PARTNERS, LLC
MARYLAND LC VENTURES, LLC
PO BOX 551267
JACKSONVILLE FL 32255

                              */s/ Leonard N. Math*
                              Chambless Math ❖ Carr, P.C.