# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE NO. |
| | ) | |
| ALABAMA PARTNERS, LLC, et al., | ) | 17-03469-TOM-11 |
| | ) | (Jointly Administered) |
| Debtors | ) | |

BANKRUPTCY ADMINISTRATOR'S STATEMENT OF REVIEW
REGARDING THE FIRST INTERIM APPLICATION FOR COMPENSATION
AND REIMBURSEMENT OF EXPENSES FILED BY
RUMBERGER, KIRK & CALDWELL, P.C., ATTORNEYS FOR THE DEBTOR

COMES NOW the undersigned, on behalf of the Bankruptcy Administrator for the Northern District of Alabama and regarding the fee application described herein, states as follows:

1. The Bankruptcy Attorney has reviewed the fee application filed by RUMBERGER, KIRK & CALDWELL, P.C., Attorneys for the Debtors.

2. The review conducted by the Bankruptcy Attorney included whether the descriptions of services were complete; whether minimum time blocks of .1 hour (six minutes) were used; whether the application contained lumping of services; whether the compensation requested was correctly computed; whether the narrative explaining the application was detailed and complete; whether there was any duplication of efforts in meetings, depositions, conferences, or hearings; whether the services were performed and expenses incurred before or after court authorization of employment; whether all expenses were particularly described and mathematically sound; whether the services rendered were reasonably likely to benefit the estate; whether the services rendered and expenses incurred were necessary to the administration of, or beneficial at the time at which the services were rendered and expenses incurred toward the completion of this case; and whether the services were performed within a reasonable amount of time.

3. Upon review the Bankruptcy Attorney has NO OBJECTION to the requested interim compensation and expenses, but reserves the right to bring any objections at the time that a final fee application is heard.

4. The Bankruptcy Attorney recommends the approval of compensation in the amount of $130,037.50, and reimbursement of expenses of $39,161.11, for a **total of $169,198.61** as requested by the Applicant in the Application for Compensation.

Respectfully submitted this the 20th day of December, 2017.

/s/ Jon A. Dudeck
**Jon A. Dudeck**

**OFFICE OF THE BANKRUPTCY ADMINISTRATOR**
Northern District of Alabama
Robert S. Vance Federal Building
1800 Fifth Avenue North
Birmingham, Alabama 35203
(205) 714-3840

## CERTIFICATE OF SERVICE

This is to certify that on this 20th day of December 2017, I electronically served a copy of the above pleading filed in the above case to:

R. Scott Williams

/s/ Jon A. Dudeck
**Jon A. Dudeck**