IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE : | ) | Chapter 11 |
| | ) | |
| ALABAMA PARTNERS, LLC, *et al.*, | ) | Case No. 17–03469-TOM11 |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |

### SUPPLEMENT TO FIRST APPLICATION OF RUMBERGER, KIRK & CALDWELL, P.C. FOR COMPENSATION AS COUNSEL FOR ALABAMA PARTNERS, LLC

COMES NOW, Rumberger, Kirk & Caldwell, P.C., and supplements its First Application for Compensation as Counsel for Alabama Partners ("First Fee Application") [Doc. No. 177] by adding the attached time entries for Project 6 – Sale of Maryland Assets, which were inadvertently omitted from the First Fee Application.

Respectfully submitted,

/s/ *R. Scott Williams*
R. Scott Williams
Robert H. Adams
Frederick D. Clarke

Proposed Attorneys for Debtors
ALABAMA PARTNERS, LLC
BAMACHEX, INC.
MARYLAND LC VENTURES, LLC
MARYLAND PIZZA, INC.
PG COUNTY PARTNERS LLC
PG COUNTY PIZZA, INC.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, if any, are: Alabama Partners, LLC (7131); BamaChex, Inc. (6953); Maryland LC Ventures, LLC (6974); Maryland Pizza, Inc. (6929); PG County Partners LLC (2811); and PG County Pizza, Inc. (3902). The service address for each of the Debtors is P.O. Box 551267, Jacksonville, FL 32255.

1

**Of Counsel:**
**RUMBERGER, KIRK & CALDWELL, P.C.**
Renasant Place
Suite 1300
2001 Park Place North
Birmingham, AL 35203
Phone: (205) 327-5550
Facsimile: (205) 326-6786
swilliams@rumberger.com
radams@rumberger.com
fclarke@rumberger.com

## CERTIFICATE OF SERVICE

    I, R. Scott Williams, hereby certify that on the 20th day of December, 2017, I have caused to be electronically served a true and correct copy of the foregoing document in accordance with the method established under this Court's CM/ECF Administrative Procedures upon all parties in the electronic filing system in this case.

                                        */s/ R. Scott Williams*

**Alabama Partners, LLC**
BK Case No.: 17-03469-TOM11

**Sale of Maryland Assets**

| Date | Time Keeper | Hours | Hourly Rate | Amount | Narrative |
|---|---|---|---|---|---|
| 8/15/2017 | Williams, R. Scott | 0.30 | $400.00 | $120.00 | Call with Perrez re: Little Caesars sale and status |
| 10/10/2017 | Williams, R. Scott | 0.50 | $400.00 | $200.00 | Calls with Hunzinger re: LCE materials, sale prospects and information on potential purchasers |
| 10/11/2017 | Williams, R. Scott | 1.30 | $400.00 | $520.00 | Reviewing documents and information on LCE stores re: sales and paychecks (.6); call with potential LCE purchasers and follow-up with Hunzinger (.7) |
| 10/25/2017 | Williams, R. Scott | 0.80 | $400.00 | $320.00 | Call with LCE lawyers on potential bids (.2); conference call with LCE bidders and documents for sale (.6) |
| 10/30/2017 | Williams, R. Scott | 0.40 | $400.00 | $160.00 | Review and send information on LCE sale proposals and due diligence |
| 10/31/2017 | Williams, R. Scott | 1.90 | $400.00 | $760.00 | Work on LCE issues for sale and royalty questions (1.4); emails with Williams on status and LCE (.3); emails on LCE due diligence (.2) |
| 11/1/2017 | Williams, R. Scott | 0.60 | $400.00 | $240.00 | Work on information for LCE franchises and sales |
| 11/3/2017 | Williams, R. Scott | 0.50 | $400.00 | $200.00 | work on LCE sale issues and follow-up email to P. Bohl |
| 11/12/2017 | Williams, R. Scott | 2.30 | $400.00 | $920.00 | Emails to potential LCE purchaser on status (.2); research and draft LCE auction motion (1.4); draft and revise Maryland stores APA (.7) |
| 11/15/2017 | Williams, R. Scott | 1.20 | $400.00 | $480.00 | Work on LCE materials for sale/auction |
| 11/16/2017 | Williams, R. Scott | 0.50 | $400.00 | $200.00 | Work on LCE sale information and call with Hunzinger |
| 11/20/2017 | Williams, R. Scott | 2.40 | $400.00 | $960.00 | Follow-up and send information on LCE payments and allocation (.6); work on LCE auction and sale documents (1.8) |
| 11/21/2017 | Williams, R. Scott | 1.70 | $400.00 | $680.00 | Draft, revise and circulate LCE sale motion and APA documents |
| 11/22/2017 | Clarke, Frederick D. | 0.90 | $165.00 | $148.50 | Drafted Motion for Expedited Hearing on bidding procedures and extension of leases |
| 11/22/2017 | Williams, R. Scott | 1.70 | $400.00 | $680.00 | Revising and filing auction motion and APA |
| 11/27/2017 | Williams, R. Scott | 1.10 | $400.00 | $440.00 | Work on marketing information on LCE sales |
| 11/28/2017 | Williams, R. Scott | 0.30 | $400.00 | $120.00 | Emails with Kensington re: potential purchasers for LCE |
| | | 18.40 | | $7,148.50 | |