IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE NO. |
| | ) | |
| ALABAMA PARTNERS, LLC, et al., | ) | 17-03469-TOM-11 |
| | ) | (Jointly Administered) |
| Debtors | ) | |

BANKRUPTCY ADMINISTRATOR'S STATEMENT OF REVIEW REGARDING THE FIRST INTERIM APPLICATION FOR COMPENSATION FILED BY ADVANCED RESTAURANT SALES BROKER/AGENT FOR THE ESTATE FOR DEBTORS

COMES NOW the undersigned, on behalf of the Bankruptcy Administrator for the Northern District of Alabama and regarding the fee application described herein, states as follows:

1. The Bankruptcy Attorney has reviewed the fee application filed by ADVANCED RESTAURANT SALES, Sales Broker/Agent for the Estate for the Debtors.

2. Upon review the Bankruptcy Attorney has NO OBJECTION to the requested interim compensation of $54,000.00, representing 4% of the gross purchase price of $1,350,000.00, but reserves the right to bring any objections at the time that a final fee application is heard.

4. The Bankruptcy Attorney recommends the approval of compensation in the amount of $54,000.00, as requested by the Applicant in the Application for Compensation.

Respectfully submitted this the 20th day of December, 2017.

/s/ Jon A. Dudeck
**Jon A. Dudeck**

**OFFICE OF THE BANKRUPTCY ADMINISTRATOR**
Northern District of Alabama
Robert S. Vance Federal Building
1800 Fifth Avenue North
Birmingham, Alabama 35203
(205) 714-3840

## CERTIFICATE OF SERVICE

       This is to certify that on this 20th day of December 2017, I electronically served a copy of the above pleading filed in the above case to:

R. Scott Williams

ADVANCED RESTAURANT SALES
111 Village Parkway Bldg #2,
Marietta, GA 30067

                                          /s/ Jon A. Dudeck
                                          **Jon A. Dudeck**