IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF ALABAMA

SOUTHERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| ALABAMA PARTNERS, LLC, et al.,) | BANKRUPTCY CASE |
| ) | NO: 17-03469-TOM |
| ) | |
| DEBTORS. ) | CHAPTER 11 |

LIMITED OBJECTION TO FIRST INTERIM APPLICATION OF
RUMBERGER, KIRK & CALDWELL, P.C. FOR COMPENSATION
AS COUNSEL FOR ALABAMA PARTNERS, LLC

Comes now the United States of America in behalf of the Internal Revenue Service (hereafter referred to as "IRS") by and through its counsel Jay E. Town, United States Attorney for the Northern District of Alabama, and files this Limited Objection to First Application of Rumberger, Kirk & Caldwell, P.C. for Compensation as Counsel for Alabama Partners, LLC ("Objection"). As grounds for this Objection, the IRS asserts as follows:

1. The Debtors, Alabama Partners, LLC (AP) and BamaChex, Inc. (BC) (collectively, the Alabama Debtors") filed for relief under Chapter 11 of the Bankruptcy Code on August 11, 2017.

2. On September 25, 2017, the IRS filed a claim in this case in the sum of $2,779,241.81. This claim represents the tax debt owed by BC and is classified as a secured claim in the sum of the sum of $2,357,847.15, an unsecured priority claim in the sum of $316,502.91 and a general unsecured claim in the sum of $104,864.75. A copy of the claim is attached hereto as Exhibit A.

3. On October 31, 2017, an order was entered which approved the sale of the assets of Alabama Partners, LLC and Bamachex, Inc. The order provided that that the Notices of Federal Tax Liens ("NFTLs") filed by the IRS and which are attached to the IRS claim to the proceeds of the sale.

4. The IRS does not object to the amount of the fees and expense requested in the First Application of Rumberger, Kirk & Caldwell, P.C. for Compensation as

Counsel for Alabama Partners, LLC ("Application") and does not object to the allowance of same. The IRS does object to the payment of any allowed amount of the fees and expense being paid out of the sale proceeds which are the subject of the order entered on October 31, 2017 and which sale proceeds are the subject to the IRS NFTLs.

Wherefore, based on the foregoing, the United States of America respectfully requests this Honorable Court for the following relief:

a. Sustain the IRS Limited Objection to First Application of Rumberger, Kirk & Caldwell, P.C. for Compensation as Counsel for Alabama Partners, LLC; and,

b. Grant the IRS such further relief as is equitable and just.

Respectfully submitted on this the 5th day of January 2018.

JAY E. TOWN
United States Attorney

*/s/Richard E. O'Neal*
RICHARD E. O'NEAL
Assistant United States Attorney
1801 4th Avenue North
Birmingham, Alabama 35203
(205) 244-2120

*/s/ Edward Q. Ragland*
EDWARD Q. RAGLAND
Assistant United States Attorney
1801 4th Avenue North
Birmingham, Alabama 35203
(205) 244-2109

# CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing has been served on the following by electronic mail and/or first-class United States Mail, properly addressed and postage prepaid on this the 5th day of January 2018.

Mr. Robert H Adams
Rumberger, Kirk & Caldwell, P.C.
2001 Park Place North
Suite 1300
Birmingham, AL 35203

Mr. Frederick Darrell Clarke, III
Rumberger, Kirk & Caldwell
2001 Park Place North
Suite 1300
Birmingham, AL 35203

Mr. R. Scott Williams
Rumberger, Kirk & Caldwell, P.C.
2001 Park Place North
Suite 1300
Birmingham, AL 35203

Mr. Derek F. Meek
BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, AL 35203

Mr. James P. Roberts
BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, AL 35203

Mr. J. Thomas Corbett
Bankruptcy Administrator
United States Bankruptcy Administrator
Northern District of Alabama
Robert S. Vance Federal Building
1800 Fifth Avenue, North
Birmingham, Alabama 35203

Mr. Joseph D. Frank
Jeremy C. Kleinman
FRANKGECKER LLP
325 North LaSalle Street, Suite 625
Chicago, Illinois 60654

Mr. Jeffery J. Hartley
Attorney for R & F Birmingham, LLC
Helmsing, Leach, Herlong, Newman & Rouse, P.C.
Post Office Box 2767
Mobile, AL 36652

Ms. Abigail M. McGibbon
Mr. Phillip W. Bohl
GRAY, PLANT, MOOTY, MOOTY AND BENNETT, P.A.
500 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402

*/s/Richard E. O'Neal*
RICHARD E. O'NEAL
Assistant United States Attorney