

**Deposits** (continued)

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 11/14 | 406.42 | Deposit |
| | 11/14 | 280.00 | Deposit |
| | 11/14 | 521.00 | Deposit |
| | 11/14 | 244.91 | Deposit |
| | 11/14 | 810.29 | Deposit |
| | 11/14 | 400.88 | Deposit |
| | | **$56,627.72** | **Total deposits** |

**Electronic deposits/bank credits**

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 11/01 | 293.16 | Paymentech Deposit 171101 5551385 Rally's Hamburgers-418 |
| | 11/01 | 302.38 | Paymentech Deposit 171101 5551382 Rally's Hamburgers-418 |
| | 11/01 | 317.13 | Paymentech Deposit 171101 5551377 Rally's Hamburgers-418 |
| | 11/01 | 378.48 | Paymentech Deposit 171101 5551380 Rally's Hamburgers-417 |
| | 11/01 | 384.53 | Paymentech Deposit 171101 5551374 Rally's Hamburgers-417 |
| | 11/01 | 385.34 | Paymentech Deposit 171101 5551378 Rally's Hamburgers-417 |
| | 11/01 | 391.94 | Paymentech Deposit 171101 5551375 Rally's Hamburgers-418 |
| | 11/01 | 392.22 | Paymentech Deposit 171101 5551384 Rally's Hamburgers-418 |
| | 11/01 | 397.01 | Paymentech Deposit 171101 5551381 Rally's Hamburgers-417 |
| | 11/01 | 533.62 | Paymentech Deposit 171101 5551383 Rally's Hamburgers-418 |
| | 11/01 | 580.06 | Paymentech Deposit 171101 5551376 Rally's Hamburgers-418 |
| | 11/01 | 537.49 | Deposit Made In A Branch/Store |
| | 11/01 | 303.13 | Deposit Made In A Branch/Store |
| | 11/01 | 246.00 | Deposit Made In A Branch/Store |
| | 11/01 | 494.76 | Deposit Made In A Branch/Store |
| | 11/01 | 729.27 | Deposit Made In A Branch/Store |
| | 11/01 | 347.11 | Deposit Made In A Branch/Store |
| | 11/01 | 560.00 | Deposit Made In A Branch/Store |
| | 11/01 | 323.29 | Deposit Made In A Branch/Store |
| | 11/01 | 352.81 | Deposit Made In A Branch/Store |
| | 11/01 | 10.00 | Deposit Made In A Branch/Store |
| | 11/01 | 239.00 | Deposit Made In A Branch/Store |
| | 11/01 | 327.48 | Deposit Made In A Branch/Store |
| | 11/01 | 574.59 | Deposit Made In A Branch/Store |
| | 11/01 | 151.65 | Deposit Made In A Branch/Store |
| | 11/01 | 532.00 | Deposit Made In A Branch/Store |
| | 11/01 | 143.00 | Deposit Made In A Branch/Store |
| | 11/01 | 667.00 | Deposit Made In A Branch/Store |
| | 11/02 | 283.18 | Paymentech Deposit 171102 5551385 Rally's Hamburgers-418 |
| | 11/02 | 319.39 | Paymentech Deposit 171102 5551377 Rally's Hamburgers-418 |
| | 11/02 | 375.50 | Paymentech Deposit 171102 5551374 Rally's Hamburgers-417 |
| | 11/02 | 381.34 | Paymentech Deposit 171102 5551382 Rally's Hamburgers-417 |
| | 11/02 | 396.18 | Paymentech Deposit 171102 5551378 Rally's Hamburgers-417 |
| | 11/02 | 401.87 | Paymentech Deposit 171102 5551383 Rally's Hamburgers-418 |
| | 11/02 | 431.07 | Paymentech Deposit 171102 5551380 Rally's Hamburgers-417 |
| | 11/02 | 436.81 | Paymentech Deposit 171102 5551384 Rally's Hamburgers-418 |



## Electronic deposits/bank credits *(continued)*

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 11/02 | 475.30 | Paymentech Deposit 171102 5551375 Rally's Hamburgers-418 |
| | 11/02 | 548.86 | Paymentech Deposit 171102 5551381 Rally's Hamburgers-417 |
| | 11/02 | 654.35 | Paymentech Deposit 171102 5551376 Rally's Hamburgers-418 |
| | 11/02 | 371.18 | Deposit Made In A Branch/Store |
| | 11/02 | 482.50 | Deposit Made In A Branch/Store |
| | 11/02 | 350.25 | Deposit Made In A Branch/Store |
| | 11/02 | 640.61 | Deposit Made In A Branch/Store |
| | 11/02 | 186.00 | Deposit Made In A Branch/Store |
| | 11/02 | 929.68 | eDeposit IN Branch/Store 11/02/17 09:02:18 Am 2136 Bessemer Rd Birmingham AL |
| | 11/02 | 63.84 | Deposit Made In A Branch/Store |
| | 11/02 | 682.00 | Deposit Made In A Branch/Store |
| | 11/02 | 547.63 | Deposit Made In A Branch/Store |
| | 11/02 | 497.00 | Deposit Made In A Branch/Store |
| | 11/02 | 867.00 | eDeposit IN Branch/Store 11/02/17 09:38:00 Am 2136 Bessemer Rd Birmingham AL |
| | 11/02 | 433.20 | Deposit Made In A Branch/Store |
| | 11/02 | 615.41 | Deposit Made In A Branch/Store |
| | 11/02 | 460.49 | Deposit Made In A Branch/Store |
| | 11/02 | 581.34 | Deposit Made In A Branch/Store |
| | 11/02 | 475.60 | Deposit Made In A Branch/Store |
| | 11/03 | 352.74 | Paymentech Deposit 171103 5551385 Rally's Hamburgers-418 |
| | 11/03 | 378.47 | Paymentech Deposit 171103 5551382 Rally's Hamburgers-418 |
| | 11/03 | 439.37 | Paymentech Deposit 171103 5551377 Rally's Hamburgers-418 |
| | 11/03 | 454.00 | Paymentech Deposit 171103 5551380 Rally's Hamburgers-417 |
| | 11/03 | 464.00 | Paymentech Deposit 171103 5551381 Rally's Hamburgers-417 |
| | 11/03 | 464.86 | Paymentech Deposit 171103 5551374 Rally's Hamburgers-417 |
| | 11/03 | 465.26 | Paymentech Deposit 171103 5551383 Rally's Hamburgers-418 |
| | 11/03 | 497.27 | Paymentech Deposit 171103 5551384 Rally's Hamburgers-418 |
| | 11/03 | 505.94 | Paymentech Deposit 171103 5551378 Rally's Hamburgers-417 |
| | 11/03 | 574.67 | Paymentech Deposit 171103 5551375 Rally's Hamburgers-418 |
| | 11/03 | 603.30 | Paymentech Deposit 171103 5551376 Rally's Hamburgers-418 |
| | 11/03 | 250.00 | Deposit Made In A Branch/Store |
| | 11/03 | 191.00 | Deposit Made In A Branch/Store |
| | 11/03 | 482.05 | Deposit Made In A Branch/Store |
| | 11/03 | 712.56 | Deposit Made In A Branch/Store |
| | 11/03 | 344.56 | Deposit Made In A Branch/Store |
| | 11/03 | 292.42 | Deposit Made In A Branch/Store |
| | 11/03 | 516.86 | Deposit Made In A Branch/Store |
| | 11/03 | 798.80 | Deposit Made In A Branch/Store |
| | 11/03 | 720.00 | Deposit Made In A Branch/Store |
| | 11/03 | 730.20 | Deposit Made In A Branch/Store |
| | 11/03 | 313.47 | Deposit Made In A Branch/Store |
| | 11/03 | 198.12 | Deposit Made In A Branch/Store |
| | 11/03 | 353.75 | eDeposit IN Branch/Store 11/03/17 09:40:38 Am 250 S 7th St Gadsden AL |
| | 11/03 | 634.49 | eDeposit IN Branch/Store 11/03/17 09:42:22 Am 250 S 7th St Gadsden AL |



**WELLS FARGO**

### Electronic deposits/bank credits *(continued)*

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 11/03 | 405.00 | Deposit Made In A Branch/Store |
| | 11/03 | 484.00 | Deposit Made In A Branch/Store |
| | 11/03 | 502.68 | eDeposit IN Branch/Store 11/03/17 11:50:00 Am 6552 Aaron Aronov Dr Fairfield AL |
| | 11/03 | 498.16 | eDeposit IN Branch/Store 11/03/17 11:52:09 Am 6552 Aaron Aronov Dr Fairfield AL |
| | 11/03 | 682.69 | Deposit Made In A Branch/Store |
| | 11/03 | 533.05 | Deposit Made In A Branch/Store |
| | 11/03 | 384.71 | Deposit Made In A Branch/Store |
| | 11/06 | 369.00 | Deposit Made In A Branch/Store |
| | 11/06 | 972.50 | Deposit Made In A Branch/Store |
| | 11/06 | 560.02 | Deposit Made In A Branch/Store |
| | 11/06 | 799.31 | Deposit Made In A Branch/Store |
| | 11/06 | 1,212.00 | Deposit Made In A Branch/Store |
| | 11/06 | 397.35 | Paymentech Deposit 171106 5551385 Rally's Hamburgers-418 |
| | 11/06 | 426.39 | Paymentech Deposit 171106 5551377 Rally's Hamburgers-418 |
| | 11/06 | 434.12 | Paymentech Deposit 171106 5551380 Rally's Hamburgers-417 |
| | 11/06 | 483.77 | Paymentech Deposit 171106 5551375 Rally's Hamburgers-418 |
| | 11/06 | 488.80 | Paymentech Deposit 171106 5551384 Rally's Hamburgers-418 |
| | 11/06 | 497.47 | Paymentech Deposit 171106 5551381 Rally's Hamburgers-417 |
| | 11/06 | 520.77 | Paymentech Deposit 171106 5551383 Rally's Hamburgers-418 |
| | 11/06 | 551.06 | Paymentech Deposit 171106 5551382 Rally's Hamburgers-418 |
| | 11/06 | 563.84 | Paymentech Deposit 171106 5551374 Rally's Hamburgers-417 |
| | 11/06 | 642.67 | Paymentech Deposit 171106 5551378 Rally's Hamburgers-417 |
| | 11/06 | 775.58 | Paymentech Deposit 171106 5551376 Rally's Hamburgers-418 |
| | 11/06 | 300.42 | Deposit Made In A Branch/Store |
| | 11/06 | 459.45 | Deposit Made In A Branch/Store |
| | 11/06 | 497.50 | Deposit Made In A Branch/Store |
| | 11/06 | 394.05 | Deposit Made In A Branch/Store |
| | 11/06 | 898.61 | Deposit Made In A Branch/Store |
| | 11/06 | 462.66 | Deposit Made In A Branch/Store |
| | 11/06 | 375.10 | Deposit Made In A Branch/Store |
| | 11/06 | 174.41 | Deposit Made In A Branch/Store |
| | 11/06 | 638.55 | Deposit Made In A Branch/Store |
| | 11/06 | 303.26 | eDeposit IN Branch/Store 11/06/17 09:08:43 Am 250 S 7th St Gadsden AL |
| | 11/06 | 237.55 | Deposit Made In A Branch/Store |
| | 11/06 | 287.50 | eDeposit IN Branch/Store 11/06/17 09:10:03 Am 250 S 7th St Gadsden AL |
| | 11/06 | 169.71 | eDeposit IN Branch/Store 11/06/17 09:11:25 Am 250 S 7th St Gadsden AL |
| | 11/06 | 632.96 | Deposit Made In A Branch/Store |
| | 11/06 | 441.18 | eDeposit IN Branch/Store 11/06/17 09:13:12 Am 250 S 7th St Gadsden AL |
| | 11/06 | 690.05 | eDeposit IN Branch/Store 11/06/17 09:15:13 Am 250 S 7th St Gadsden AL |
| | 11/06 | 965.15 | Deposit Made In A Branch/Store |
| | 11/06 | 333.08 | eDeposit IN Branch/Store 11/06/17 09:16:28 Am 250 S 7th St Gadsden AL |
| | 11/06 | 820.27 | Deposit Made In A Branch/Store |
| | 11/06 | 224.60 | Deposit Made In A Branch/Store |
| | 11/06 | 575.05 | Deposit Made In A Branch/Store |



**Electronic deposits/bank credits** (continued)

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 11/06 | 758.73 | Deposit Made In A Branch/Store |
| | 11/06 | 563.25 | Deposit Made In A Branch/Store |
| | 11/06 | 748.32 | Deposit Made In A Branch/Store |
| | 11/06 | 750.19 | Deposit Made In A Branch/Store |
| | 11/06 | 331.80 | Deposit Made In A Branch/Store |
| | 11/06 | 588.83 | Deposit Made In A Branch/Store |
| | 11/06 | 526.00 | Deposit Made In A Branch/Store |
| | 11/06 | 106.00 | Deposit Made In A Branch/Store |
| | 11/06 | 522.85 | Deposit Made In A Branch/Store |
| | 11/06 | 486.28 | Deposit Made In A Branch/Store |
| | 11/06 | 573.15 | Deposit Made In A Branch/Store |
| | 11/06 | 842.00 | Deposit Made In A Branch/Store |
| | 11/06 | 262.31 | Deposit Made In A Branch/Store |
| | 11/06 | 265.87 | Deposit Made In A Branch/Store |
| | 11/06 | 95.00 | Deposit Made In A Branch/Store |
| | 11/06 | 772.00 | Deposit Made In A Branch/Store |
| | 11/06 | 528.18 | Deposit Made In A Branch/Store |
| | 11/06 | 340.85 | Deposit Made In A Branch/Store |
| | 11/06 | 705.44 | Deposit Made In A Branch/Store |
| | 11/06 | 331.00 | Deposit Made In A Branch/Store |
| | 11/06 | 136.00 | Deposit Made In A Branch/Store |
| | 11/06 | 689.68 | Deposit Made In A Branch/Store |
| | 11/06 | 304.00 | Deposit Made In A Branch/Store |
| | 11/06 | 379.87 | Deposit Made In A Branch/Store |
| | 11/06 | 420.31 | Deposit Made In A Branch/Store |
| | 11/06 | 324.22 | Deposit Made In A Branch/Store |
| | 11/06 | 551.00 | Deposit Made In A Branch/Store |
| | 11/06 | 371.00 | Deposit Made In A Branch/Store |
| | 11/06 | 472.55 | Deposit Made In A Branch/Store |
| | 11/06 | 1,000.89 | Deposit Made In A Branch/Store |
| | 11/06 | 443.85 | Deposit Made In A Branch/Store |
| | 11/06 | 792.94 | Deposit Made In A Branch/Store |
| | 11/07 | 192.87 | Paymentech Deposit 171107 5551385 Rally's Hamburgers-418 |
| | 11/07 | 207.33 | Paymentech Deposit 171107 5551374 Rally's Hamburgers-417 |
| | 11/07 | 274.05 | Paymentech Deposit 171107 5551380 Rally's Hamburgers-417 |
| | 11/07 | 286.14 | Paymentech Deposit 171107 5551375 Rally's Hamburgers-418 |
| | 11/07 | 286.92 | Paymentech Deposit 171107 5551374 Rally's Hamburgers-417 |
| | 11/07 | 288.67 | Paymentech Deposit 171107 5551375 Rally's Hamburgers-418 |
| | 11/07 | 300.79 | Paymentech Deposit 171107 5551377 Rally's Hamburgers-418 |
| | 11/07 | 332.94 | Paymentech Deposit 171107 5551385 Rally's Hamburgers-418 |
| | 11/07 | 344.34 | Paymentech Deposit 171107 5551381 Rally's Hamburgers-417 |
| | 11/07 | 369.14 | Paymentech Deposit 171107 5551378 Rally's Hamburgers-417 |
| | 11/07 | 376.88 | Paymentech Deposit 171107 5551382 Rally's Hamburgers-418 |
| | 11/07 | 390.31 | Paymentech Deposit 171107 5551384 Rally's Hamburgers-418 |
| | 11/07 | 411.33 | Paymentech Deposit 171107 5551383 Rally's Hamburgers-418 |
| | 11/07 | 412.15 | Paymentech Deposit 171107 5551377 Rally's Hamburgers-418 |



**WELLS FARGO**

---

*Electronic deposits/bank credits (continued)*

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 11/07 | 419.66 | Paymentech Deposit 171107 5551381 Rally's Hamburgers-417 |
| | 11/07 | 420.68 | Paymentech Deposit 171107 5551380 Rally's Hamburgers-417 |
| | 11/07 | 426.97 | Paymentech Deposit 171107 5551385 Rally's Hamburgers-418 |
| | 11/07 | 432.41 | Paymentech Deposit 171107 5551382 Rally's Hamburgers-418 |
| | 11/07 | 534.47 | Paymentech Deposit 171107 5551377 Rally's Hamburgers-418 |
| | 11/07 | 541.72 | Paymentech Deposit 171107 5551380 Rally's Hamburgers-417 |
| | 11/07 | 576.33 | Paymentech Deposit 171107 5551374 Rally's Hamburgers-417 |
| | 11/07 | 577.52 | Paymentech Deposit 171107 5551384 Rally's Hamburgers-418 |
| | 11/07 | 580.61 | Paymentech Deposit 171107 5551375 Rally's Hamburgers-418 |
| | 11/07 | 601.89 | Paymentech Deposit 171107 5551381 Rally's Hamburgers-417 |
| | 11/07 | 603.10 | Paymentech Deposit 171107 5551378 Rally's Hamburgers-417 |
| | 11/07 | 635.72 | Paymentech Deposit 171107 5551383 Rally's Hamburgers-418 |
| | 11/07 | 693.31 | Paymentech Deposit 171107 5551382 Rally's Hamburgers-418 |
| | 11/07 | 699.47 | Paymentech Deposit 171107 5551376 Rally's Hamburgers-418 |
| | 11/07 | 715.24 | Paymentech Deposit 171107 5551376 Rally's Hamburgers-418 |
| | 11/07 | 723.12 | Paymentech Deposit 171107 5551383 Rally's Hamburgers-418 |
| | 11/07 | 726.06 | Paymentech Deposit 171107 5551378 Rally's Hamburgers-417 |
| | 11/07 | 785.44 | Paymentech Deposit 171107 5551384 Rally's Hamburgers-418 |
| | 11/07 | 963.50 | Paymentech Deposit 171107 5551376 Rally's Hamburgers-418 |
| | 11/07 | 380.37 | eDeposit IN Branch/Store 11/07/17 08:26:00 Am 2721 Highway 78 E Jasper AL |
| | 11/07 | 550.04 | Deposit Made In A Branch/Store |
| | 11/07 | 722.00 | Deposit Made In A Branch/Store |
| | 11/07 | 525.85 | Deposit Made In A Branch/Store |
| | 11/07 | 154.73 | Deposit Made In A Branch/Store |
| | 11/07 | 241.48 | Deposit Made In A Branch/Store |
| | 11/07 | 715.20 | Deposit Made In A Branch/Store |
| | 11/07 | 848.89 | Deposit Made In A Branch/Store |
| | 11/07 | 407.00 | Deposit Made In A Branch/Store |
| | 11/07 | 523.00 | Deposit Made In A Branch/Store |
| | 11/07 | 318.03 | eDeposit IN Branch/Store 11/07/17 09:22:38 Am 250 S 7th St Gadsden AL |
| | 11/07 | 617.30 | Deposit Made In A Branch/Store |
| | 11/07 | 640.00 | Deposit Made In A Branch/Store |
| | 11/07 | 437.00 | Deposit Made In A Branch/Store |
| | 11/07 | 245.44 | Deposit Made In A Branch/Store |
| | 11/07 | 782.81 | Deposit Made In A Branch/Store |
| | 11/07 | 573.50 | Deposit Made In A Branch/Store |
| | 11/07 | 180.69 | Deposit Made In A Branch/Store |
| | 11/07 | 652.23 | Deposit Made In A Branch/Store |
| | 11/08 | 241.10 | Paymentech Deposit 171108 5551385 Rally's Hamburgers-418 |
| | 11/08 | 347.73 | Paymentech Deposit 171108 5551377 Rally's Hamburgers-418 |
| | 11/08 | 405.44 | Paymentech Deposit 171108 5551381 Rally's Hamburgers-417 |
| | 11/08 | 428.25 | Paymentech Deposit 171108 5551374 Rally's Hamburgers-417 |
| | 11/08 | 429.30 | Paymentech Deposit 171108 5551375 Rally's Hamburgers-418 |
| | 11/08 | 433.76 | Paymentech Deposit 171108 5551380 Rally's Hamburgers-417 |
| | 11/08 | 447.49 | Paymentech Deposit 171108 5551382 Rally's Hamburgers-418 |



**WELLS FARGO**

*Electronic deposits/bank credits* (continued)

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 11/08 | 474.01 | Paymentech Deposit 171108 5551384 Rally's Hamburgers-418 |
| | 11/08 | 482.94 | Paymentech Deposit 171108 5551378 Rally's Hamburgers-417 |
| | 11/08 | 509.39 | Paymentech Deposit 171108 5551383 Rally's Hamburgers-418 |
| | 11/08 | 723.20 | Paymentech Deposit 171108 5551376 Rally's Hamburgers-418 |
| | 11/08 | 425.50 | Deposit Made In A Branch/Store |
| | 11/08 | 351.39 | Deposit Made In A Branch/Store |
| | 11/08 | 286.02 | Deposit Made In A Branch/Store |
| | 11/08 | 153.38 | Deposit Made In A Branch/Store |
| | 11/08 | 166.31 | Deposit Made In A Branch/Store |
| | 11/08 | 495.35 | Deposit Made In A Branch/Store |
| | 11/08 | 426.06 | Deposit Made In A Branch/Store |
| | 11/08 | 781.64 | Deposit Made In A Branch/Store |
| | 11/08 | 572.00 | Deposit Made In A Branch/Store |
| | 11/08 | 435.50 | Deposit Made In A Branch/Store |
| | 11/08 | 626.16 | Deposit Made In A Branch/Store |
| | 11/08 | 444.00 | Deposit Made In A Branch/Store |
| | 11/08 | 667.93 | Deposit Made In A Branch/Store |
| | 11/08 | 388.00 | Deposit Made In A Branch/Store |
| | 11/08 | 199.30 | eDeposit IN Branch/Store 11/08/17 09:31:40 Am 250 S 7th St Gadsden AL |
| | 11/08 | 248.14 | Deposit Made In A Branch/Store |
| | 11/08 | 521.00 | Deposit Made In A Branch/Store |
| | 11/08 | 818.32 | Deposit Made In A Branch/Store |
| | 11/08 | 549.00 | Deposit Made In A Branch/Store |
| | 11/08 | 521.00 | Deposit Made In A Branch/Store |
| | 11/08 | 235.86 | Deposit Made In A Branch/Store |
| | 11/09 | 293.26 | Paymentech Deposit 171109 5551385 Rally's Hamburgers-418 |
| | 11/09 | 376.19 | Paymentech Deposit 171109 5551381 Rally's Hamburgers-417 |
| | 11/09 | 401.86 | Paymentech Deposit 171109 5551374 Rally's Hamburgers-417 |
| | 11/09 | 411.08 | Paymentech Deposit 171109 5551380 Rally's Hamburgers-417 |
| | 11/09 | 447.49 | Paymentech Deposit 171109 5551383 Rally's Hamburgers-418 |
| | 11/09 | 454.06 | Paymentech Deposit 171109 5551375 Rally's Hamburgers-418 |
| | 11/09 | 459.20 | Paymentech Deposit 171109 5551382 Rally's Hamburgers-418 |
| | 11/09 | 465.07 | Paymentech Deposit 171109 5551378 Rally's Hamburgers-417 |
| | 11/09 | 475.89 | Paymentech Deposit 171109 5551384 Rally's Hamburgers-418 |
| | 11/09 | 483.48 | Paymentech Deposit 171109 5551377 Rally's Hamburgers-418 |
| | 11/09 | 679.62 | Paymentech Deposit 171109 5551376 Rally's Hamburgers-418 |
| | 11/09 | 641.67 | Deposit Made In A Branch/Store |
| | 11/09 | 568.39 | Deposit Made In A Branch/Store |
| | 11/09 | 420.00 | Deposit Made In A Branch/Store |
| | 11/09 | 287.41 | Deposit Made In A Branch/Store |
| | 11/09 | 388.74 | Deposit Made In A Branch/Store |
| | 11/09 | 333.00 | Deposit Made In A Branch/Store |
| | 11/09 | 554.20 | Deposit Made In A Branch/Store |
| | 11/09 | 322.02 | Deposit Made In A Branch/Store |
| | 11/09 | 367.30 | Deposit Made In A Branch/Store |
| | 11/09 | 621.00 | Deposit Made In A Branch/Store |



**Electronic deposits/bank credits** *(continued)*

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 11/09 | 576.50 | Deposit Made In A Branch/Store |
| | 11/09 | 88.36 | Deposit Made In A Branch/Store |
| | 11/09 | 464.80 | Deposit Made In A Branch/Store |
| | 11/09 | 842.73 | Deposit Made In A Branch/Store |
| | 11/09 | 420.05 | Deposit Made In A Branch/Store |
| | 11/09 | 136.60 | Deposit Made In A Branch/Store |
| | 11/09 | 131.40 | Deposit Made In A Branch/Store |
| | 11/09 | 241.88 | Deposit Made In A Branch/Store |
| | 11/09 | 710.31 | Deposit Made In A Branch/Store |
| | 11/09 | 377.69 | Deposit Made In A Branch/Store |
| | 11/10 | 287.39 | Paymentech Deposit 171110 5551377 Rally's Hamburgers-418 |
| | 11/10 | 364.82 | Paymentech Deposit 171110 5551381 Rally's Hamburgers-417 |
| | 11/10 | 400.77 | Paymentech Deposit 171110 5551385 Rally's Hamburgers-418 |
| | 11/10 | 442.70 | Paymentech Deposit 171110 5551382 Rally's Hamburgers-418 |
| | 11/10 | 501.82 | Paymentech Deposit 171110 5551380 Rally's Hamburgers-417 |
| | 11/10 | 505.25 | Paymentech Deposit 171110 5551375 Rally's Hamburgers-418 |
| | 11/10 | 533.34 | Paymentech Deposit 171110 5551384 Rally's Hamburgers-418 |
| | 11/10 | 543.53 | Paymentech Deposit 171110 5551374 Rally's Hamburgers-417 |
| | 11/10 | 608.58 | Paymentech Deposit 171110 5551378 Rally's Hamburgers-417 |
| | 11/10 | 636.09 | Paymentech Deposit 171110 5551383 Rally's Hamburgers-418 |
| | 11/10 | 808.73 | Paymentech Deposit 171110 5551376 Rally's Hamburgers-418 |
| | 11/10 | 270.20 | Deposit Made In A Branch/Store |
| | 11/10 | 483.50 | Deposit Made In A Branch/Store |
| | 11/10 | 369.38 | Deposit Made In A Branch/Store |
| | 11/10 | 310.45 | Deposit Made In A Branch/Store |
| | 11/10 | 453.22 | Deposit Made In A Branch/Store |
| | 11/10 | 410.14 | Deposit Made In A Branch/Store |
| | 11/10 | 296.87 | eDeposit IN Branch/Store 11/10/17 09:05:49 Am 2721 Highway 78 E Jasper AL |
| | 11/10 | 614.81 | Deposit Made In A Branch/Store |
| | 11/10 | 844.05 | Deposit Made In A Branch/Store |
| | 11/10 | 442.70 | Deposit Made In A Branch/Store |
| | 11/10 | 503.23 | eDeposit IN Branch/Store 11/10/17 09:19:26 Am 2136 Bessemer Rd Birmingham AL |
| | 11/10 | 809.25 | eDeposit IN Branch/Store 11/10/17 09:21:18 Am 2136 Bessemer Rd Birmingham AL |
| | 11/10 | 341.00 | Deposit Made In A Branch/Store |
| | 11/10 | 488.62 | Deposit Made In A Branch/Store |
| | 11/10 | 624.50 | Deposit Made In A Branch/Store |
| | 11/10 | 269.33 | eDeposit IN Branch/Store 11/10/17 09:39:50 Am 250 S 7th St Gadsden AL |
| | 11/10 | 203.22 | Deposit Made In A Branch/Store |
| | 11/10 | 464.37 | Deposit Made In A Branch/Store |
| | 11/10 | 389.03 | Deposit Made In A Branch/Store |
| | 11/10 | 281.00 | Deposit Made In A Branch/Store |
| | 11/13 | 106.02 | Paymentech Deposit 171113 5551374 Rally's Hamburgers-417 |
| | 11/13 | 179.89 | Paymentech Deposit 171113 5551382 Rally's Hamburgers-418 |



### Electronic deposits/bank credits (continued)

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 11/13 | 366.14 | Paymentech Deposit 171113 5551385 Rally's Hamburgers-418 |
| | 11/13 | 376.23 | Paymentech Deposit 171113 5551377 Rally's Hamburgers-418 |
| | 11/13 | 411.18 | Paymentech Deposit 171113 5551380 Rally's Hamburgers-417 |
| | 11/13 | 481.57 | Paymentech Deposit 171113 5551383 Rally's Hamburgers-418 |
| | 11/13 | 491.82 | Paymentech Deposit 171113 5551375 Rally's Hamburgers-418 |
| | 11/13 | 495.76 | Paymentech Deposit 171113 5551381 Rally's Hamburgers-417 |
| | 11/13 | 616.57 | Paymentech Deposit 171113 5551384 Rally's Hamburgers-418 |
| | 11/13 | 647.02 | Paymentech Deposit 171113 5551378 Rally's Hamburgers-417 |
| | 11/13 | 647.88 | Paymentech Deposit 171113 5551376 Rally's Hamburgers-418 |
| | 11/13 | 378.55 | Deposit Made In A Branch/Store |
| | 11/13 | 622.65 | Deposit Made In A Branch/Store |
| | 11/13 | 418.76 | Deposit Made In A Branch/Store |
| | 11/13 | 273.35 | eDeposit IN Branch/Store 11/13/17 08:52:27 Am 2721 Highway 78 E Jasper AL |
| | 11/13 | 1,023.41 | Deposit Made In A Branch/Store |
| | 11/13 | 481.66 | Deposit Made In A Branch/Store |
| | 11/13 | 250.74 | eDeposit IN Branch/Store 11/13/17 08:56:57 Am 2721 Highway 78 E Jasper AL |
| | 11/13 | 476.81 | Deposit Made In A Branch/Store |
| | 11/13 | 311.69 | Deposit Made In A Branch/Store |
| | 11/13 | 228.13 | Deposit Made In A Branch/Store |
| | 11/13 | 526.01 | Deposit Made In A Branch/Store |
| | 11/13 | 382.25 | Deposit Made In A Branch/Store |
| | 11/13 | 370.32 | Deposit Made In A Branch/Store |
| | 11/13 | 158.70 | Deposit Made In A Branch/Store |
| | 11/13 | 482.35 | Deposit Made In A Branch/Store |
| | 11/13 | 460.00 | eDeposit IN Branch/Store 11/13/17 09:27:42 Am 2721 Highway 78 E Jasper AL |
| | 11/13 | 146.33 | eDeposit IN Branch/Store 11/13/17 09:29:52 Am 2721 Highway 78 E Jasper AL |
| | 11/13 | 297.00 | Deposit Made In A Branch/Store |
| | 11/13 | 742.05 | Deposit Made In A Branch/Store |
| | 11/13 | 569.80 | Deposit Made In A Branch/Store |
| | 11/13 | 425.59 | Deposit Made In A Branch/Store |
| | 11/13 | 576.24 | Deposit Made In A Branch/Store |
| | 11/13 | 403.15 | Deposit Made In A Branch/Store |
| | 11/13 | 167.50 | Deposit Made In A Branch/Store |
| | 11/13 | 289.00 | Deposit Made In A Branch/Store |
| | 11/13 | 304.56 | Deposit Made In A Branch/Store |
| | 11/13 | 455.79 | Deposit Made In A Branch/Store |
| | 11/13 | 267.13 | Deposit Made In A Branch/Store |
| | 11/14 | 168.48 | Paymentech Deposit 171114 5551377 Rally's Hamburgers-418 |
| | 11/14 | 204.11 | Paymentech Deposit 171114 5551385 Rally's Hamburgers-418 |
| | 11/14 | 218.43 | Paymentech Deposit 171114 5551375 Rally's Hamburgers-418 |
| | 11/14 | 263.64 | Paymentech Deposit 171114 5551383 Rally's Hamburgers-418 |
| | 11/14 | 270.36 | Paymentech Deposit 171114 5551381 Rally's Hamburgers-417 |



**WELLS FARGO**

*Electronic deposits/bank credits (continued)*

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 11/14 | 273.29 | Paymentech Deposit 171114 5551385 Rally's Hamburgers-418 |
| | 11/14 | 311.11 | Paymentech Deposit 171114 5551375 Rally's Hamburgers-418 |
| | 11/14 | 344.32 | Paymentech Deposit 171114 5551384 Rally's Hamburgers-418 |
| | 11/14 | 346.50 | Paymentech Deposit 171114 5551378 Rally's Hamburgers-417 |
| | 11/14 | 359.24 | Paymentech Deposit 171114 5551381 Rally's Hamburgers-417 |
| | 11/14 | 383.21 | Paymentech Deposit 171114 5551376 Rally's Hamburgers-418 |
| | 11/14 | 401.73 | Paymentech Deposit 171114 5551377 Rally's Hamburgers-418 |
| | 11/14 | 422.34 | Paymentech Deposit 171114 5551383 Rally's Hamburgers-418 |
| | 11/14 | 431.06 | Paymentech Deposit 171114 5551385 Rally's Hamburgers-418 |
| | 11/14 | 466.72 | Paymentech Deposit 171114 5551384 Rally's Hamburgers-418 |
| | 11/14 | 469.51 | Paymentech Deposit 171114 5551380 Rally's Hamburgers-417 |
| | 11/14 | 499.11 | Paymentech Deposit 171114 5551381 Rally's Hamburgers-417 |
| | 11/14 | 518.36 | Paymentech Deposit 171114 5551380 Rally's Hamburgers-417 |
| | 11/14 | 547.47 | Paymentech Deposit 171114 5551378 Rally's Hamburgers-417 |
| | 11/14 | 547.60 | Paymentech Deposit 171114 5551378 Rally's Hamburgers-417 |
| | 11/14 | 551.00 | Paymentech Deposit 171114 5551377 Rally's Hamburgers-418 |
| | 11/14 | 596.79 | Paymentech Deposit 171114 5551375 Rally's Hamburgers-418 |
| | 11/14 | 622.49 | Paymentech Deposit 171114 5551383 Rally's Hamburgers-418 |
| | 11/14 | 627.16 | Paymentech Deposit 171114 5551376 Rally's Hamburgers-418 |
| | 11/14 | 676.27 | Paymentech Deposit 171114 5551380 Rally's Hamburgers-417 |
| | 11/14 | 677.06 | Paymentech Deposit 171114 5551384 Rally's Hamburgers-418 |
| | 11/14 | 687.80 | Paymentech Deposit 171114 5551376 Rally's Hamburgers-418 |
| | 11/14 | 391.56 | eDeposit IN Branch/Store 11/14/17 08:43:59 Am 2721 Highway 78 E Jasper AL |
| | 11/14 | 320.00 | eDeposit IN Branch/Store 11/14/17 09:15:36 Am 2721 Highway 78 E Jasper AL |
| | 11/14 | 779.08 | Deposit Made In A Branch/Store |
| | 11/14 | 695.10 | Deposit Made In A Branch/Store |
| | 11/14 | 517.23 | Deposit Made In A Branch/Store |
| | 11/14 | 271.56 | Deposit Made In A Branch/Store |
| | 11/14 | 79.29 | Deposit Made In A Branch/Store |
| | 11/14 | 253.21 | Deposit Made In A Branch/Store |
| | 11/15 | 286.17 | Paymentech Deposit 171115 5551385 Rally's Hamburgers-418 |
| | 11/15 | 317.54 | Paymentech Deposit 171115 5551381 Rally's Hamburgers-417 |
| | 11/15 | 338.01 | Paymentech Deposit 171115 5551377 Rally's Hamburgers-418 |
| | 11/15 | 377.91 | Paymentech Deposit 171115 5551380 Rally's Hamburgers-417 |
| | 11/15 | 430.57 | Paymentech Deposit 171115 5551384 Rally's Hamburgers-418 |
| | 11/15 | 446.61 | Paymentech Deposit 171115 5551383 Rally's Hamburgers-418 |
| | 11/15 | 527.14 | Paymentech Deposit 171115 5551376 Rally's Hamburgers-418 |
| | 11/15 | 544.33 | Paymentech Deposit 171115 5551375 Rally's Hamburgers-418 |
| | 11/15 | 600.97 | Paymentech Deposit 171115 5551378 Rally's Hamburgers-417 |
| | 11/15 | 108,848.56 | WT Fed#02060 Regions Bank /Org=Rumberger Kirk and Caldwell PA Srf# 2017111500007036 Trn#171115130460 Rfb# A546-127589 |
| | 11/16 | 265.91 | Paymentech Deposit 171116 5551380 Rally's Hamburgers-417 |
| | 11/16 | 281.03 | Paymentech Deposit 171116 5551385 Rally's Hamburgers-418 |
| | 11/16 | 333.73 | Paymentech Deposit 171116 5551381 Rally's Hamburgers-417 |



**WELLS FARGO**

*Electronic deposits/bank credits* (continued)

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 11/16 | 348.20 | Paymentech Deposit 171116 5551377 Rally's Hamburgers-418 |
| | 11/16 | 438.04 | Paymentech Deposit 171116 5551383 Rally's Hamburgers-418 |
| | 11/16 | 442.61 | Paymentech Deposit 171116 5551378 Rally's Hamburgers-417 |
| | 11/16 | 452.68 | Paymentech Deposit 171116 5551384 Rally's Hamburgers-418 |
| | 11/16 | 472.75 | Paymentech Deposit 171116 5551375 Rally's Hamburgers-418 |
| | 11/16 | 646.00 | Paymentech Deposit 171116 5551376 Rally's Hamburgers-418 |
| | 11/17 | 296.62 | Paymentech Deposit 171117 5551385 Rally's Hamburgers-418 |
| | 11/17 | 392.57 | Paymentech Deposit 171117 5551377 Rally's Hamburgers-418 |
| | 11/17 | 412.07 | Paymentech Deposit 171117 5551384 Rally's Hamburgers-418 |
| | 11/17 | 419.05 | Paymentech Deposit 171117 5551381 Rally's Hamburgers-417 |
| | 11/17 | 464.93 | Paymentech Deposit 171117 5551380 Rally's Hamburgers-417 |
| | 11/17 | 528.31 | Paymentech Deposit 171117 5551378 Rally's Hamburgers-417 |
| | 11/17 | 550.35 | Paymentech Deposit 171117 5551383 Rally's Hamburgers-418 |
| | 11/17 | 592.02 | Paymentech Deposit 171117 5551376 Rally's Hamburgers-418 |
| | 11/17 | 664.01 | Paymentech Deposit 171117 5551375 Rally's Hamburgers-418 |
| | 11/20 | 14.83 | Paymentech Deposit 171120 5551376 Rally's Hamburgers-418 |
| | 11/20 | 22.27 | Paymentech Deposit 171120 5551375 Rally's Hamburgers-418 |
| | 11/20 | 33.05 | Paymentech Deposit 171120 5551383 Rally's Hamburgers-418 |
| | 11/20 | 36.33 | Paymentech Deposit 171120 5551385 Rally's Hamburgers-418 |
| | 11/20 | 42.48 | Paymentech Deposit 171120 5551378 Rally's Hamburgers-417 |
| | 11/20 | 54.48 | Paymentech Deposit 171120 5551381 Rally's Hamburgers-417 |
| | 11/20 | 91.67 | Paymentech Deposit 171120 5551384 Rally's Hamburgers-418 |
| | 11/20 | 95.34 | Paymentech Deposit 171120 5551380 Rally's Hamburgers-417 |
| | 11/20 | 169.80 | Paymentech Deposit 171120 5551377 Rally's Hamburgers-418 |
| | 11/20 | 96,371.65 | WT Fed#01620 Regions Bank /Org=Rumberger Kirk and Caldwell PA Srf# 2017112000005888 Trn#171120104655 Rfb# A546-127589 |
| | 11/21 | 212.85 | Paymentech Deposit 171121 5551377 Rally's Hamburgers-418 |
| | 11/21 | 229.61 | Paymentech Deposit 171121 5551385 Rally's Hamburgers-418 |
| | 11/21 | 235.83 | Paymentech Deposit 171121 5551381 Rally's Hamburgers-417 |
| | 11/21 | 294.87 | Paymentech Deposit 171121 5551385 Rally's Hamburgers-418 |
| | 11/21 | 310.73 | Paymentech Deposit 171121 5551375 Rally's Hamburgers-418 |
| | 11/21 | 341.40 | Paymentech Deposit 171121 5551378 Rally's Hamburgers-417 |
| | 11/21 | 347.27 | Paymentech Deposit 171121 5551377 Rally's Hamburgers-418 |
| | 11/21 | 352.49 | Paymentech Deposit 171121 5551377 Rally's Hamburgers-418 |
| | 11/21 | 362.70 | Paymentech Deposit 171121 5551375 Rally's Hamburgers-418 |
| | 11/21 | 382.07 | Paymentech Deposit 171121 5551384 Rally's Hamburgers-418 |
| | 11/21 | 424.02 | Paymentech Deposit 171121 5551385 Rally's Hamburgers-418 |
| | 11/21 | 446.13 | Paymentech Deposit 171121 5551384 Rally's Hamburgers-418 |
| | 11/21 | 451.65 | Paymentech Deposit 171121 5551380 Rally's Hamburgers-417 |
| | 11/21 | 457.34 | Paymentech Deposit 171121 5551381 Rally's Hamburgers-417 |
| | 11/21 | 463.55 | Paymentech Deposit 171121 5551381 Rally's Hamburgers-417 |
| | 11/21 | 464.96 | Paymentech Deposit 171121 5551378 Rally's Hamburgers-417 |
| | 11/21 | 517.19 | Paymentech Deposit 171121 5551384 Rally's Hamburgers-418 |
| | 11/21 | 530.26 | Paymentech Deposit 171121 5551383 Rally's Hamburgers-418 |
| | 11/21 | 550.10 | Paymentech Deposit 171121 5551375 Rally's Hamburgers-418 |
| | 11/21 | 556.34 | Paymentech Deposit 171121 5551376 Rally's Hamburgers-418 |



**WELLS FARGO**

*Electronic deposits/bank credits* (continued)

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 11/21 | 558.03 | Paymentech Deposit 171121 5551380 Rally's Hamburgers-417 |
| | 11/21 | 565.13 | Paymentech Deposit 171121 5551383 Rally's Hamburgers-418 |
| | 11/21 | 572.37 | Paymentech Deposit 171121 5551376 Rally's Hamburgers-418 |
| | 11/21 | 672.08 | Paymentech Deposit 171121 5551378 Rally's Hamburgers-417 |
| | 11/21 | 687.80 | Paymentech Deposit 171121 5551380 Rally's Hamburgers-417 |
| | 11/21 | 840.08 | Paymentech Deposit 171121 5551383 Rally's Hamburgers-418 |
| | 11/21 | 841.00 | Paymentech Deposit 171121 5551376 Rally's Hamburgers-418 |
| | 11/22 | 249.65 | Paymentech Deposit 171122 5551377 Rally's Hamburgers-418 |
| | 11/22 | 370.09 | Paymentech Deposit 171122 5551380 Rally's Hamburgers-417 |
| | 11/22 | 403.43 | Paymentech Deposit 171122 5551383 Rally's Hamburgers-418 |
| | 11/22 | 460.01 | Paymentech Deposit 171122 5551384 Rally's Hamburgers-418 |
| | 11/22 | 486.91 | Paymentech Deposit 171122 5551381 Rally's Hamburgers-417 |
| | 11/22 | 494.35 | Paymentech Deposit 171122 5551385 Rally's Hamburgers-418 |
| | 11/22 | 502.61 | Paymentech Deposit 171122 5551375 Rally's Hamburgers-418 |
| | 11/22 | 594.80 | Paymentech Deposit 171122 5551376 Rally's Hamburgers-418 |
| | 11/22 | 1,384.68 | eDeposit IN Branch/Store 11/22/17 09:55:25 Am 1102 Richard D Sailors Pkwy Powder Springs GA 2052 |
| | 11/24 | 203.65 | Paymentech Deposit 171124 5551375 Rally's Hamburgers-418 |
| | 11/24 | 266.42 | Paymentech Deposit 171124 5551377 Rally's Hamburgers-418 |
| | 11/24 | 420.57 | Paymentech Deposit 171124 5551380 Rally's Hamburgers-417 |
| | 11/24 | 432.47 | Paymentech Deposit 171124 5551381 Rally's Hamburgers-417 |
| | 11/24 | 439.65 | Paymentech Deposit 171124 5551385 Rally's Hamburgers-418 |
| | 11/24 | 460.96 | Paymentech Deposit 171124 5551385 Rally's Hamburgers-418 |
| | 11/24 | 482.10 | Paymentech Deposit 171124 5551381 Rally's Hamburgers-417 |
| | 11/24 | 487.38 | Paymentech Deposit 171124 5551384 Rally's Hamburgers-418 |
| | 11/24 | 515.39 | Paymentech Deposit 171124 5551383 Rally's Hamburgers-418 |
| | 11/24 | 527.78 | Paymentech Deposit 171124 5551377 Rally's Hamburgers-418 |
| | 11/24 | 527.94 | Paymentech Deposit 171124 5551376 Rally's Hamburgers-418 |
| | 11/24 | 548.80 | Paymentech Deposit 171124 5551376 Rally's Hamburgers-418 |
| | 11/24 | 597.09 | Paymentech Deposit 171124 5551383 Rally's Hamburgers-418 |
| | 11/24 | 605.25 | Paymentech Deposit 171124 5551380 Rally's Hamburgers-417 |
| | 11/24 | 612.98 | Paymentech Deposit 171124 5551384 Rally's Hamburgers-418 |
| | 11/27 | 300.70 | Paymentech Deposit 171127 5551380 Rally's Hamburgers-417 |
| | 11/28 | 217.42 | Paymentech Deposit 171128 5551385 Rally's Hamburgers-418 |
| | 11/28 | 255.21 | Paymentech Deposit 171128 5551377 Rally's Hamburgers-418 |
| | 11/28 | 264.47 | Paymentech Deposit 171128 5551381 Rally's Hamburgers-417 |
| | 11/28 | 267.63 | Paymentech Deposit 171128 5551383 Rally's Hamburgers-418 |
| | 11/28 | 271.32 | Paymentech Deposit 171128 5551383 Rally's Hamburgers-418 |
| | 11/28 | 276.67 | Paymentech Deposit 171128 5551381 Rally's Hamburgers-417 |
| | 11/28 | 277.71 | Paymentech Deposit 171128 5551384 Rally's Hamburgers-418 |
| | 11/28 | 279.09 | Paymentech Deposit 171128 5551383 Rally's Hamburgers-418 |
| | 11/28 | 291.54 | Paymentech Deposit 171128 5551384 Rally's Hamburgers-418 |
| | 11/28 | 301.82 | Paymentech Deposit 171128 5551377 Rally's Hamburgers-418 |
| | 11/28 | 325.26 | Paymentech Deposit 171128 5551377 Rally's Hamburgers-418 |
| | 11/28 | 348.22 | Paymentech Deposit 171128 5551376 Rally's Hamburgers-418 |
| | 11/28 | 356.09 | Paymentech Deposit 171128 5551380 Rally's Hamburgers-417 |



**Electronic deposits/bank credits** (continued)

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 11/28 | 409.49 | Paymentech Deposit 171128 5551385 Rally's Hamburgers-418 |
| | 11/28 | 412.46 | Paymentech Deposit 171128 5551384 Rally's Hamburgers-418 |
| | 11/28 | 426.96 | Paymentech Deposit 171128 5551376 Rally's Hamburgers-418 |
| | 11/28 | 429.80 | Paymentech Deposit 171128 5551376 Rally's Hamburgers-418 |
| | 11/28 | 431.35 | Paymentech Deposit 171128 5551381 Rally's Hamburgers-417 |
| | 11/28 | 497.47 | Paymentech Deposit 171128 5551385 Rally's Hamburgers-418 |
| | 11/28 | 522.54 | Paymentech Deposit 171128 5551380 Rally's Hamburgers-417 |
| | 11/28 | 578.27 | Paymentech Deposit 171128 5551380 Rally's Hamburgers-417 |
| | 11/29 | 365.24 | Paymentech Deposit 171129 5551385 Rally's Hamburgers-418 |
| | 11/29 | 394.46 | Paymentech Deposit 171129 5551377 Rally's Hamburgers-418 |
| | 11/29 | 395.19 | Paymentech Deposit 171129 5551380 Rally's Hamburgers-417 |
| | 11/29 | 450.27 | Paymentech Deposit 171129 5551381 Rally's Hamburgers-417 |
| | 11/29 | 485.93 | Paymentech Deposit 171129 5551384 Rally's Hamburgers-418 |
| | 11/29 | 529.21 | Paymentech Deposit 171129 5551383 Rally's Hamburgers-418 |
| | 11/29 | 568.76 | Paymentech Deposit 171129 5551376 Rally's Hamburgers-418 |
| | 11/30 | 256.54 | Paymentech Deposit 171130 5551385 Rally's Hamburgers-418 |
| | 11/30 | 326.44 | Paymentech Deposit 171130 5551377 Rally's Hamburgers-418 |
| | 11/30 | 390.87 | Paymentech Deposit 171130 5551384 Rally's Hamburgers-418 |
| | 11/30 | 431.10 | Paymentech Deposit 171130 5551381 Rally's Hamburgers-417 |
| | 11/30 | 479.65 | Paymentech Deposit 171130 5551380 Rally's Hamburgers-417 |
| | 11/30 | 526.73 | Paymentech Deposit 171130 5551376 Rally's Hamburgers-418 |
| | 11/30 | 590.86 | Paymentech Deposit 171130 5551383 Rally's Hamburgers-418 |
| | 11/30 | 991.24 | Paymentech Deposit 171130 5551375 Rally's Hamburgers-418 |
| | | **$431,214.02** | **Total electronic deposits/bank credits** |
| | | **$487,841.74** | **Total credits** |

## Debits

### Electronic debits/bank debits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 11/01 | 53.20 | Purchase authorized on 10/31 USPS PO 1189467500 Temple Terrac FL S467304586633638 Card 2052 |
| | 11/01 | 13,261.00 | Online Transfer to Bamachex Inc Business Checking xxxxxx1034 Ref #Ib03Wtdb35 on 11/01/17 |
| | 11/01 | 46,500.00 | Online Transfer to Bamachex Inc Business Checking xxxxxx1026 Ref #Ib03Wtttmx on 11/01/17 |
| | 11/01 | 12,000.00 | Online Transfer to Bamachex Inc Business Checking xxxxxx1026 Ref #Ib03Wtvmzb on 11/01/17 |
| | 11/01 | 2,196.96 | Online Transfer to Bamachex Inc Ref #Ib03Wtzxph Business Checking 941 Deposit |
| | 11/01 | 25.00 | County Fee 25676 Purchase 171101 41878532 Bamachex Inc |
| | 11/01 | 259.00 | Calhouncnty Purchase 171101 41878531 Bamachex Inc |
| | 11/01 | 562.90 | Republicservices Rsibillpay 110117 306330012640 Bamachex Inc |
| | 11/01 | 2,024.25 | Alabama Power Apc Ebill 6647240048Hue Bamachex Inc |
| | 11/01 | 2,245.78 | Republicservices Rsibillpay 110117 308020013836 Bamachex Inc |



**WELLS FARGO**

---

*Electronic debits/bank debits (continued)*

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 11/01 | 2,256.24 | Alabama Power Apc Ebill 6645313039Gds Bamachex Inc |
| | 11/01 | 3,345.40 | Alabama Power Apc Ebill 0371305118Huf Bamachex Inc |
| | 11/02 | 640.00 | Purchase authorized on 11/01 Hrblock Retail Jacksonville FL S587305727840262 Card 2052 |
| | 11/02 | 690.00 | Purchase authorized on 11/01 Hrblock Retail Jacksonville FL S587305728895056 Card 2052 |
| | 11/02 | 6,300.00 | Online Transfer to Bamachex Inc Business Checking xxxxxx1034 Ref #Ib03WY455S on 11/02/17 |
| | 11/02 | 604.57 | Republicservices Rsibillpay 110217 306330012640 Bamachex Inc |
| | 11/02 | 2,307.26 | Republicservices Rsibillpay 110217 308020013836 Bamachex Inc |
| | 11/03 | 266.63 | Paymentech Fee 171103 5551385 Rally's Hamburgers-418 |
| | 11/03 | 308.11 | Paymentech Fee 171103 5551377 Rally's Hamburgers-418 |
| | 11/03 | 334.30 | Paymentech Fee 171103 5551381 Rally's Hamburgers-417 |
| | 11/03 | 373.75 | Paymentech Fee 171103 5551374 Rally's Hamburgers-417 |
| | 11/03 | 376.61 | Paymentech Fee 171103 5551375 Rally's Hamburgers-418 |
| | 11/03 | 379.85 | Paymentech Fee 171103 5551380 Rally's Hamburgers-417 |
| | 11/03 | 386.64 | Paymentech Fee 171103 5551382 Rally's Hamburgers-418 |
| | 11/03 | 457.73 | Paymentech Fee 171103 5551378 Rally's Hamburgers-417 |
| | 11/03 | 458.10 | Paymentech Fee 171103 5551383 Rally's Hamburgers-418 |
| | 11/03 | 571.84 | Paymentech Fee 171103 5551376 Rally's Hamburgers-418 |
| | 11/03 | 584.48 | Paymentech Fee 171103 5551384 Rally's Hamburgers-418 |
| | 11/03 | 9,000.00 | Online Transfer to Bamachex Inc Business Checking xxxxxx1026 Ref #Ib03x3Rvf3 on 11/03/17 |
| | 11/03 | 2.35 < | Business to Business ACH Debit - Cullman Power Bo Conven Fee 205263002240 Bamachex Inc |
| | 11/03 | 2,800.59 < | Business to Business ACH Debit - Cullman Power Bo Payment Ck 205263002240 Bamachex Inc |
| | 11/06 | 12,000.00 | Online Transfer to Bamachex Inc Business Checking xxxxxx1026 Ref #Ib03x9Wlmh on 11/05/17 |
| | 11/06 | 20,000.00 | Online Transfer to Bamachex Inc Business Checking xxxxxx1026 Ref #Ib03Xc9Mbg on 11/06/17 |
| | 11/06 | 12,000.00 | Online Transfer to Bamachex Inc Business Checking xxxxxx1026 Ref #Ib03Xcq5S6 on 11/06/17 |
| | 11/06 | 73.39 | ATT Payment 110417 489341011Epayh 062000080 |
| | 11/06 | 73.39 | ATT Payment 110417 489754011Epayh 062000080 |
| | 11/06 | 73.39 | ATT Payment 110417 494432011Epayh 062000080 |
| | 11/06 | 73.39 | ATT Payment 110417 501161011Epayh 062000080 |
| | 11/07 | 14,571.32 | Online Transfer to Bamachex Inc Business Checking xxxxxx1026 Ref #Ib03Xfsbrw on 11/07/17 |
| | 11/08 | 24,694.54 | Online Transfer to Bamachex Inc Business Checking xxxxxx1026 Ref #Ib03Xhvndr on 11/08/17 |
| | 11/09 | 79.57 | Purchase authorized on 11/08 Costco Checks & Fo San Antonio TX S307306854671404 Card 2052 |
| | 11/10 | 6,550.00 | Online Transfer to Bamachex Inc Business Checking xxxxxx1018 Ref #Ib03Xpyx9P on 11/10/17 |
| | 11/10 | 12,000.00 | Online Transfer to Bamachex Inc Business Checking xxxxxx1026 Ref #Ib03Xpyy96 on 11/10/17 |



## Electronic debits/bank debits *(continued)*

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 11/10 | 1,980.00 | Online Transfer to Bamachex Inc Business Checking xxxxxx1026 Ref #Ib03Xpzd2G on 11/10/17 |
| | 11/10 | 365.94 | Alabama Gas Corp Payable 171109 200001184853 Bamachex Inc |
| | 11/10 | 400.05 | Alabama Gas Corp Payable 171109 200001184927 Bamachex Inc |
| | 11/10 | 1,156.54 | Alabama Gas Corp Payable 171109 200001185208 Bamachex Inc |
| | 11/10 | 1,454.61 | Alabama Gas Corp Payable 171109 200001185207 Bamachex Inc |
| | 11/10 | 3,582.30 | ATT Payment 110917 318085011Epaym Nicole Oneil |
| | 11/13 | 2,452.79 | Client Analysis Srvc Chrg 171110 Svc Chge 1017 000003727258836 |
| | 11/13 | 2,500.00 | Purchase authorized on 11/09 Bessemer Utilities 205-4814333 AL S307313572009404 Card 2052 |
| | 11/13 | 73.75 | Purchase authorized on 11/10 Nexbillpay, LLC 205-9451126 AL S467313572014389 Card 2052 |
| | 11/13 | 4,100.00 | Purchase authorized on 11/10 Focus4Media 5616596000 AL S307314604275770 Card 2052 |
| | 11/13 | 82.52 | Alabama Power Apc Ebill 1393425049Jsp Bamachex Inc |
| | 11/13 | 331.58 | Alabama Gas Corp Payable 171110 200001184862 Bamachex Inc |
| | 11/13 | 949.59 | Alabama Power Apc Ebill 3621361058Bmh Bamachex Inc |
| | 11/13 | 2,543.21 | Alabama Power Apc Ebill 2180228042Bmh Bamachex Inc |
| | 11/13 | 2,874.00 | Alabama Power Apc Ebill 8563302043Ans Bamachex Inc |
| | 11/14 | 364.90 | Purchase authorized on 11/09 City of Jasper, GA 205-2212100 AL S587313642376354 Card 2052 |
| | 11/14 | 1,777.43 | < Business to Business ACH Debit - Bcbs of AL Prem Pmt 171114 83755999 Mark Williams |
| | 11/15 | 4,000.00 | Online Transfer to Bamachex Inc Business Checking xxxxxx1034 Ref #Ib03Y5Hsl6 on 11/15/17 |
| | 11/15 | 47,000.00 | Online Transfer to Bamachex Inc Business Checking xxxxxx1026 Ref #Ib03Y5Hxgm on 11/15/17 |
| | 11/15 | 78,000.00 | Online Transfer to Bamachex Inc Business Checking xxxxxx1026 Ref #Ib03Y736Fr on 11/15/17 |
| | 11/15 | 814.57 | < Business to Business ACH Debit - United Healthcar EDI Paymts Ob534645 Ref*CR*474395~SE*9*0046~GE*1*171114141~Iea*1*1711 |
| | 11/16 | 3,607.00 | Online Transfer to Bamachex Inc Business Checking xxxxxx1034 Ref #Ib03Ybhrcx on 11/16/17 |
| | 11/16 | 5,969.09 | Alabama Power Apc Ebill 7144227044Bmh Bamachex Inc |
| | 11/17 | 188.86 | Alabama Gas Corp Payable 171115 200001184857 Bamachex Inc |
| | 11/17 | 3,682.76 | < Business to Business ACH Debit - Wand Corporation Payment 171116 373294 P33344 Bamachex, Inc - |
| | 11/20 | 885.40 | Vz Wireless Ve Vzw Webpay 171117 9579919 Mark *Williams |
| | 11/20 | 2,089.80 | < Business to Business ACH Debit - Trustwave Secure Web Pay 171117 27580 Bamachex Inc |
| | 11/21 | 60,000.00 | Online Transfer to Bamachex Inc Business Checking xxxxxx1034 Ref #Ib03Yns5Gt on 11/20/17 |
| | 11/21 | 6,000.00 | Online Transfer to Bamachex Inc Business Checking xxxxxx1034 Ref #Ib03Ypq48J on 11/21/17 |



**WELLS FARGO**

### Electronic debits/bank debits *(continued)*

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 11/22 | 11,000.00 | Online Transfer to Bamachex Inc Business Checking xxxxxx1026 Ref #Ib03Yr6Vgc on 11/21/17 |
| | 11/28 | 121.59 | Gadsden Water WO Utilitybil 112717 000000313112717 Bamachex Inc |
| | | **$464,109.81** | **Total electronic debits/bank debits** |

< *Business to Business ACH:If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

### Checks paid

| Number | Amount | Date | Number | Amount | Date | Number | Amount | Date |
|---|---|---|---|---|---|---|---|---|
| 10032 | 984.54 | 11/28 | 10060 | 242.17 | 11/28 | 10081 * | 1,700.00 | 11/21 |
| 10034 * | 2,389.52 | 11/01 | 10070 * | 172.50 | 11/03 | 10082 | 585.00 | 11/09 |
| 10045 * | 1,508.05 | 11/09 | 10071 | 295.50 | 11/07 | 10083 | 829.16 | 11/15 |
| 10050 * | 186.00 | 11/20 | 10072 | 34.00 | 11/06 | 10084 | 3,023.20 | 11/16 |
| 10051 | 1,250.00 | 11/22 | 10073 | 338.42 | 11/06 | 10085 | 119.80 | 11/09 |
| 10052 | 6,132.56 | 11/28 | 10074 | 2,300.00 | 11/15 | 10086 | 916.66 | 11/15 |
| 10053 | 99.95 | 11/28 | 10075 | 699.96 | 11/06 | 10087 | 2,817.53 | 11/28 |
| 10054 | 159.83 | 11/28 | 10076 | 1,270.68 | 11/10 | 10089 * | 648.90 | 11/28 |
| 10056 * | 1,526.60 | 11/28 | 10077 | 1,474.18 | 11/13 | 10091 * | 1,049.94 | 11/27 |
| 10059 * | 173.81 | 11/28 | 10079 * | 916.68 | 11/20 | 10092 | 262.16 | 11/27 |
| | | | | | | **$34,107.30** | **Total checks paid** | |

\* *Gap in check sequence.*

| | |
|---|---|
| **$498,217.11** | **Total debits** |

### Daily ledger balance summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 10/31 | 76,296.41 | 11/10 | 18,631.61 | 11/21 | 65,391.68 |
| 11/01 | 5,069.87 | 11/13 | 36,740.30 | 11/22 | 58,088.21 |
| 11/02 | 12,436.66 | 11/14 | 57,182.42 | 11/24 | 65,216.64 |
| 11/03 | 13,751.85 | 11/15 | 36,039.84 | 11/27 | 64,205.24 |
| 11/06 | 12,442.82 | 11/16 | 27,121.50 | 11/28 | 58,738.55 |
| 11/07 | 25,717.93 | 11/17 | 27,569.81 | 11/29 | 61,927.61 |
| 11/08 | 17,367.73 | 11/20 | 120,423.83 | 11/30 | 65,921.04 |
| 11/09 | 30,649.28 | | | | |
| | **Average daily ledger balance** | **$39,635.41** | | | |

 IMPORTANT ACCOUNT INFORMATION

Periodically, it is necessary to update selected sections of the disclosures you received when you opened your business account. These updates provide you with the most up to date account information and are very important; so please review this information carefully and feel free to contact us with any questions or concerns.

**Effective Feb 15, 2018:**



If a business debit card or business ATM card purchase amount exceeds the current available balance* in the primary linked checking or savings account when you are making a purchase, you may be able to use your available balance to pay for a portion of the total purchase. The transaction will be subject to a partial authorization daily purchase limit set by the bank and your card's daily dollar limit.

We will first try to approve the full amount of the purchase with available funds in your checking account, account(s) linked for Overdraft Protection, and, if you are enrolled, using debit card overdraft service.

If this cannot result in an approval of the full amount of the purchase, the bank may approve a portion of the purchase using the remaining available funds in your checking account. This is called a "partial authorization." Here are some important details about partial authorizations:
- The remaining amount of the purchase total would need to be covered by another form of payment, such as cash or another card.
- If you are unable/unwilling to provide an additional form of payment, the partial authorization will be reversed by the merchant.
- Not all merchants are able to accept partial authorizations or process transactions using multiple forms of payment.

Thank you for being a Wells Fargo business customer. As a valued Wells Fargo customer we hope you find this information helpful. Again, if you have questions or concerns about these changes, please contact your local banker or call the number listed on your statement.

*This balance may not reflect all of your transactions, such as checks you have written or debit card transactions that have been approved but not yet submitted for payment by the merchant.

_____

Effective January 1, 2018 the following standard fees on your analyzed checking account will change:
- Monthly maintenance: $22.00
- Paper checking account statement: $0.00
- Paper client analysis statement: $0.00

If you have any questions regarding these changes please visit wellsfargo.com/biz/fee-information, contact your local banker, or call the number at the top of your statement.

_____

**New limits on Fees**

Effective November 6, 2017, we will waive overdraft or returned item (Non-Sufficient Fund/NSF) fees on any transactions that are $5 or less, regardless of your ending account balance. We will continue to waive overdraft fees on all posted transactions if both your ending daily account balance and your available balance are overdrawn by $5 or less and there are no items returned for non-sufficient funds after all transactions have posted.

NOTICE: Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery PO Box 5058 Portland, OR. 97208-5058. You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.

Sheet Seq = 0000937
Sheet 00019 of 0019