## Deposits and other credits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 11/14/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011848945 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450118 48945 LITTLE CAESARS 1968 0002 BC | | 902318009903898 | 620.66 |
| 11/14/17 | TFR TRANSFER CREDIT CUR TRSF FR MD 0446022511335 | | 906011142009810 | 619.00 |
| 11/14/17 | DEPOSIT CUR TRSF FR MD 0446026554958 SAFE 0000000003 CONNECT DEPOSIT SAFE ID: 9248049145 SALES DATE: 11/13/2017 TRANSMISSION DATE: 11/14/2017 05:17:27 | | 906011142010257 | 579.00 |
| 11/14/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011921155 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450119 21155 LITTLE CAESARS 1968 0001 BC | | 902318009903907 | 490.15 |
| 11/14/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011621169 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450116 21169 LITTLE CAESARS 1968 0001 BC | | 902318009903889 | 485.94 |
| 11/14/17 | TFR TRANSFER CREDIT CUR TRSF FR MD 0446024525743 | | 906011142009829 | 421.00 |
| 11/14/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011967448 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450119 67448 LITTLE CAESARS 1968 0004 BC | | 902318009903913 | 328.70 |
| 11/14/17 | 5/3 BANKCARD SYS DES:GIFTCARD ID:4445011621169 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD GIFTCARD 44450116 21169 LITTLE CAESARS 1968 0001 BC | | 902318009903895 | 10.00 |
| 11/15/17 | TFR TRANSFER CREDIT CUR TRSF FR MD 0446022511335 | | 906011152062676 | 1,075.00 |
| 11/15/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011921155 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450119 21155 LITTLE CAESARS 1968 0001 BC | | 902319003595336 | 590.54 |
| 11/15/17 | DEPOSIT CUR TRSF FR MD 0446026554958 SAFE 0000000003 CONNECT DEPOSIT SAFE ID: 9248049145 SALES DATE: 11/14/2017 TRANSMISSION DATE: 11/15/2017 05:17:18 | | 906011152063038 | 543.00 |
| 11/15/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011621169 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450116 21169 LITTLE CAESARS 1968 0001 BC | | 902319003595321 | 536.06 |

*continued on the next page*



## Deposits and other credits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 11/15/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011967448 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450119 67448 LITTLE CAESARS 1968 0004 BC | | 902319003595342 | 436.36 |
| 11/15/17 | TFR TRANSFER CREDIT NXT TRSF FR GAA0334037058963 | | 906011154000658 | 406.00 |
| 11/15/17 | TFR TRANSFER CREDIT CUR TRSF FR MD 0446024525743 | | 906011152062711 | 397.00 |
| 11/15/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011848945 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450118 48945 LITTLE CAESARS 1968 0002 BC | | 902319003595327 | 371.35 |
| 11/16/17 | TFR TRANSFER CREDIT CUR TRSF FR MD 0446022511335 | | 906011162004658 | 952.00 |
| 11/16/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011621169 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450116 21169 LITTLE CAESARS 1968 0001 BC | | 902320007960056 | 764.25 |
| 11/16/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011921155 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450119 21155 LITTLE CAESARS 1968 0001 BC | | 902320007960071 | 628.71 |
| 11/16/17 | TFR TRANSFER CREDIT NXT TRSF FR GAA0334037058963 | | 906011164000693 | 510.00 |
| 11/16/17 | DEPOSIT CUR TRSF FR MD 0446026554958 SAFE 0000000003 CONNECT DEPOSIT SAFE ID: 9248049145 SALES DATE: 11/15/2017 TRANSMISSION DATE: 11/16/2017 05:17:31 | | 906011162004982 | 443.00 |
| 11/16/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011848945 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450118 48945 LITTLE CAESARS 1968 0002 BC | | 902320007960062 | 435.75 |
| 11/16/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011967448 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450119 67448 LITTLE CAESARS 1968 0004 BC | | 902320007960077 | 335.61 |
| 11/16/17 | TFR TRANSFER CREDIT CUR TRSF FR MD 0446024525743 | | 906011162004690 | 90.00 |
| 11/17/17 | TFR TRANSFER CREDIT CUR TRSF FR MD 0446022511335 | | 906011172005300 | 887.00 |

*continued on the next page*

## Deposits and other credits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 11/17/17 | TFR TRANSFER CREDIT CUR TRSF FR MD 0446024525743 | | 906011172005330 | 797.00 |
| 11/17/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011621169 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450116 21169 LITTLE CAESARS 1968 0001 BC | | 902321010679652 | 765.88 |
| 11/17/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011921155 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450119 21155 LITTLE CAESARS 1968 0001 BC | | 902321010679667 | 630.72 |
| 11/17/17 | TFR TRANSFER CREDIT NXT TRSF FR GAA0334037058963 | | 906011174000753 | 486.00 |
| 11/17/17 | DEPOSIT CUR TRSF FR MD 0446026554958 SAFE 0000000003 CONNECT DEPOSIT SAFE ID: 9248049145 SALES DATE: 11/16/2017 TRANSMISSION DATE: 11/17/2017 05:17:52 | | 906011172005647 | 400.00 |
| 11/17/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011967448 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450119 67448 LITTLE CAESARS 1968 0004 BC | | 902321010679673 | 391.30 |
| 11/17/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011848945 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450118 48945 LITTLE CAESARS 1968 0002 BC | | 902321010679658 | 231.42 |
| 11/17/17 | DEPOSIT CUR TRSF FR MD 0446026554958 SAFE 0000000003 CONNECT DEPOSIT SAFE ID: 9248049145 SALES DATE: 11/17/2017 TRANSMISSION DATE: 11/17/2017 20:04:52 | | 906011172005648 | 40.00 |
| 11/20/17 | TFR TRANSFER CREDIT CUR TRSF FR MD 0446022511335 | | 906011202013112 | 4,101.00 |
| 11/20/17 | TFR TRANSFER CREDIT CUR TRSF FR MD 0446024525743 | | 906011202013161 | 2,059.00 |
| 11/20/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011621169 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450116 21169 LITTLE CAESARS 1968 0001 BC | | 902324017190390 | 1,559.86 |
| 11/20/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011621169 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450116 21169 LITTLE CAESARS 1968 0001 BC | | 902324017191548 | 1,478.96 |
| 11/20/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011921155 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450119 21155 LITTLE CAESARS 1968 0001 BC | | 902324017190405 | 1,301.98 |

continued on the next page


# Bank of America

## Deposits and other credits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 11/20/17 | DEPOSIT CUR TRSF FR MD 0446026554958 SAFE CONNECT DEPOSIT SAFE ID: 9248049145 SALES DATE: 11/18/2017 TRANSMISSION DATE: 11/20/2017 05:21:05 | 0000000003 | 906011202013524 | 1,299.00 |
| 11/20/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011848945 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450118 48945 LITTLE CAESARS 1968 0002 BC | | 902324017191554 | 1,027.09 |
| 11/20/17 | DEPOSIT CUR TRSF FR MD 0446026554958 SAFE CONNECT DEPOSIT SAFE ID: 9248049145 SALES DATE: 11/17/2017 TRANSMISSION DATE: 11/20/2017 05:21:05 | 0000000003 | 906011202013523 | 974.00 |
| 11/20/17 | DEPOSIT CUR TRSF FR MD 0446026554958 SAFE CONNECT DEPOSIT SAFE ID: 9248049145 SALES DATE: 11/19/2017 TRANSMISSION DATE: 11/20/2017 05:21:05 | 0000000003 | 906011202013525 | 925.00 |
| 11/20/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011621169 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450116 21169 LITTLE CAESARS 1968 0001 BC | | 902324014246227 | 878.40 |
| 11/20/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011967448 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450119 67448 LITTLE CAESARS 1968 0004 BC | | 902324017190411 | 768.84 |
| 11/20/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011921155 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450119 21155 LITTLE CAESARS 1968 0001 BC | | 902324014246245 | 755.15 |
| 11/20/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011848945 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450118 48945 LITTLE CAESARS 1968 0002 BC | | 902324017190396 | 745.41 |
| 11/20/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011967448 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450119 67448 LITTLE CAESARS 1968 0004 BC | | 902324017191569 | 691.00 |
| 11/20/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011921155 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450119 21155 LITTLE CAESARS 1968 0001 BC | | 902324017191563 | 575.65 |

*continued on the next page*

## Deposits and other credits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 11/20/17 | TFR TRANSFER CREDIT NXT TRSF FR GAA0334037058963 | | 906011204000771 | 523.00 |
| 11/20/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011967448 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450119 67448 LITTLE CAESARS 1968 0004 BC | | 902324014246251 | 395.96 |
| 11/20/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011848945 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450118 48945 LITTLE CAESARS 1968 0002 BC | | 902324014246236 | 394.83 |
| 11/20/17 | 5/3 BANKCARD SYS DES:GIFTCARD ID:4445011621169 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD GIFTCARD 44450116 21169 LITTLE CAESARS 1968 0001 BC | | 902324014246233 | 5.88 |
| 11/21/17 | TFR TRANSFER CREDIT NXT TRSF FR GAA0334037058963 | | 906011214000873 | 2,083.00 |
| 11/21/17 | DEPOSIT CUR TRSF FR MD 0446026554958 SAFE 0000000003 CONNECT DEPOSIT SAFE ID: 9248049145 SALES DATE: 11/20/2017 TRANSMISSION DATE: 11/21/2017 05:17:29 | | 906011212007795 | 860.00 |
| 11/21/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011967448 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450119 67448 LITTLE CAESARS 1968 0004 BC | | 902325009929225 | 790.57 |
| 11/21/17 | TFR TRANSFER CREDIT CUR TRSF FR MD 0446022511335 | | 906011212007357 | 716.00 |
| 11/21/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011621169 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450116 21169 LITTLE CAESARS 1968 0001 BC | | 902325009929207 | 695.49 |
| 11/21/17 | TFR TRANSFER CREDIT CUR TRSF FR MD 0446024525743 | | 906011212007389 | 479.00 |
| 11/21/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011848945 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450118 48945 LITTLE CAESARS 1968 0002 BC | | 902325009929213 | 389.81 |
| 11/21/17 | 5/3 BANKCARD SYS DES:GIFTCARD ID:4445011848945 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD GIFTCARD 44450118 48945 LITTLE CAESARS 1968 0002 BC | | 902325009929219 | 10.00 |
| 11/22/17 | DEPOSIT CUR TRSF FR MD 0446026554958 SAFE 0000000003 CONNECT DEPOSIT SAFE ID: 9248049145 SALES DATE: 11/21/2017 TRANSMISSION DATE: 11/22/2017 05:17:22 | | 906011222014071 | 1,086.00 |

continued on the next page



# Your checking account

## Deposits and other credits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 11/22/17 | TFR TRANSFER CREDIT CUR TRSF FR MD 0446022511335 | | 906011222013732 | 1,068.00 |
| 11/22/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011621169 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450116 21169 LITTLE CAESARS 1968 0001 BC | | 902326005204091 | 480.31 |
| 11/22/17 | TFR TRANSFER CREDIT CUR TRSF FR MD 0446024525743 | | 906011222013758 | 445.00 |
| 11/22/17 | TFR TRANSFER CREDIT NXT TRSF FR GAA0334037058963 | | 906011224000681 | 363.00 |
| 11/22/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011848945 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450118 48945 LITTLE CAESARS 1968 0002 BC | | 902326005204097 | 311.38 |
| 11/22/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011967448 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450119 67448 LITTLE CAESARS 1968 0004 BC | | 902326005204106 | 261.91 |
| 11/24/17 | TFR TRANSFER CREDIT CUR TRSF FR MD 0446022511335 | | 906011242005034 | 1,615.00 |
| 11/24/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011621169 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450116 21169 LITTLE CAESARS 1968 0001 BC | | 902328008637837 | 1,269.08 |
| 11/24/17 | DEPOSIT CUR TRSF FR MD 0446026554958 SAFE 0000000003 CONNECT DEPOSIT SAFE ID: 9248049145 SALES DATE: 11/22/2017 TRANSMISSION DATE: 11/24/2017 05:17:23 | | 906011242005412 | 1,000.00 |
| 11/24/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011621169 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450116 21169 LITTLE CAESARS 1968 0001 BC | | 902328007567631 | 876.96 |
| 11/24/17 | TFR TRANSFER CREDIT CUR TRSF FR MD 0446024525743 | | 906011242005061 | 833.00 |
| 11/24/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011848945 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450118 48945 LITTLE CAESARS 1968 0002 BC | | 902328008637846 | 742.69 |

*continued on the next page*

## Deposits and other credits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 11/24/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011967448 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450119 67448 LITTLE CAESARS 1968 0004 BC | | 902328008637855 | 733.50 |
| 11/24/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011967448 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450119 67448 LITTLE CAESARS 1968 0004 BC | | 902328007567646 | 467.87 |
| 11/24/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011848945 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450118 48945 LITTLE CAESARS 1968 0002 BC | | 902328007567637 | 329.18 |
| 11/24/17 | TFR TRANSFER CREDIT NXT TRSF FR GAA0334037058963 | | 906011244000714 | 255.00 |
| 11/24/17 | 5/3 BANKCARD SYS DES:GIFTCARD ID:4445011621169 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD GIFTCARD 44450116 21169 LITTLE CAESARS 1968 0001 BC | | 902328008637843 | 12.46 |
| 11/27/17 | TFR TRANSFER CREDIT CUR TRSF FR MD 0446022511335 | | 906011272007751 | 2,883.00 |
| 11/27/17 | TFR TRANSFER CREDIT CUR TRSF FR MD 0446024525743 | | 906011272007787 | 1,589.00 |
| 11/27/17 | TFR TRANSFER CREDIT NXT TRSF FR GAA0334037058963 | | 906011274000664 | 1,108.00 |
| 11/27/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011621169 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450116 21169 LITTLE CAESARS 1968 0001 BC | | 902331011092445 | 934.73 |
| 11/27/17 | DEPOSIT CUR TRSF FR MD 0446026554958 SAFE 0000000003 CONNECT DEPOSIT SAFE ID: 9248049145 SALES DATE: 11/25/2017 TRANSMISSION DATE: 11/27/2017 05:26:06 | | 906011272008120 | 835.00 |
| 11/27/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011848945 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450118 48945 LITTLE CAESARS 1968 0002 BC | | 902331011092451 | 737.38 |

*continued on the next page*


## Deposits and other credits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 11/27/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011621169 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450116 21169 LITTLE CAESARS 1968 0001 BC | | 902331011091374 | 730.72 |
| 11/27/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011967448 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450119 67448 LITTLE CAESARS 1968 0004 BC | | 902331011092460 | 617.67 |
| 11/27/17 | DEPOSIT CUR TRSF FR MD 0446026554958 SAFE 0000000003 CONNECT DEPOSIT SAFE ID: 9248049145 SALES DATE: 11/24/2017 TRANSMISSION DATE: 11/27/2017 05:26:06 | | 906011272008119 | 505.00 |
| 11/27/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011967448 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450119 67448 LITTLE CAESARS 1968 0004 BC | | 902331011091389 | 435.80 |
| 11/27/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011848945 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450118 48945 LITTLE CAESARS 1968 0002 BC | | 902331011091380 | 425.59 |
| 11/27/17 | DEPOSIT CUR TRSF FR MD 0446026554958 SAFE 0000000003 CONNECT DEPOSIT SAFE ID: 9248049145 SALES DATE: 11/26/2017 TRANSMISSION DATE: 11/27/2017 05:26:06 | | 906011272008121 | 400.00 |
| 11/28/17 | TFR TRANSFER CREDIT NXT TRSF FR GAA0334037058963 | | 906011284000908 | 1,522.00 |
| 11/28/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011621169 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450116 21169 LITTLE CAESARS 1968 0001 BC | | 902332002737454 | 693.90 |
| 11/28/17 | TFR TRANSFER CREDIT CUR TRSF FR MD 0446022511335 | | 906011282007518 | 675.00 |
| 11/28/17 | TFR TRANSFER CREDIT CUR TRSF FR MD 0446024525743 | | 906011282007552 | 434.00 |
| 11/28/17 | DEPOSIT CUR TRSF FR MD 0446026554958 SAFE 0000000003 CONNECT DEPOSIT SAFE ID: 9248049145 SALES DATE: 11/27/2017 TRANSMISSION DATE: 11/28/2017 05:17:12 | | 906011282007950 | 420.00 |

*continued on the next page*

## Deposits and other credits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 11/28/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011967448 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450119 67448 LITTLE CAESARS 1968 0004 BC | | 902332002737469 | 399.33 |
| 11/28/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011848945 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450118 48945 LITTLE CAESARS 1968 0002 BC | | 902332002737460 | 397.60 |
| 11/29/17 | Online Banking transfer from CHK 1026 Confirmation# 6499671998 | | 943211296439235 | 2,000.00 |
| 11/29/17 | Online Banking transfer from CHK 1026 Confirmation# 5295850601 | | 943211296439236 | 1,300.00 |
| 11/29/17 | TFR TRANSFER CREDIT CUR TRSF FR MD 0446022511335 | | 906011292013599 | 951.00 |
| 11/29/17 | DEPOSIT CUR TRSF FR MD 0446026554958 SAFE 0000000003 CONNECT DEPOSIT SAFE ID: 9248049145 SALES DATE: 11/28/2017 TRANSMISSION DATE: 11/29/2017 05:17:18 | | 906011292013944 | 765.00 |
| 11/29/17 | Online Banking transfer from CHK 8963 Confirmation# 5599660824 | | 943211296439234 | 492.00 |
| 11/29/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011621169 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450116 21169 LITTLE CAESARS 1968 0001 BC | | 902333008937958 | 448.42 |
| 11/29/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011848945 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450118 48945 LITTLE CAESARS 1968 0002 BC | | 902333008937964 | 385.26 |
| 11/29/17 | TFR TRANSFER CREDIT NXT TRSF FR GAA0334037058963 | | 906011294000639 | 341.00 |
| 11/29/17 | TFR TRANSFER CREDIT CUR TRSF FR MD 0446024525743 | | 906011292013629 | 255.00 |
| 11/29/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011967448 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450119 67448 LITTLE CAESARS 1968 0004 BC | | 902333008937973 | 226.66 |
| 11/30/17 | TFR TRANSFER CREDIT CUR TRSF FR MD 0446022511335 | | 906011302004322 | 1,012.00 |
| 11/30/17 | DEPOSIT CUR TRSF FR MD 0446026554958 SAFE 0000000003 CONNECT DEPOSIT SAFE ID: 9248049145 SALES DATE: 11/29/2017 TRANSMISSION DATE: 11/30/2017 05:17:35 | | 906011302004643 | 910.00 |
| 11/30/17 | TFR TRANSFER CREDIT CUR TRSF FR MD 0446024525743 | | 906011302004350 | 575.00 |

continued on the next page



# Your checking account

PG COUNTY PIZZA INC | Account # Redacted 8558 | November 1, 2017 to November 30, 2017

## Deposits and other credits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 11/30/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011621169 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450116 21169 LITTLE CAESARS 1968 0001 BC | | 902334005212034 | 553.46 |
| 11/30/17 | TFR TRANSFER CREDIT NXT TRSF FR GAA0334037058963 | | 906011304000709 | 492.00 |
| 11/30/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011848945 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450118 48945 LITTLE CAESARS 1968 0002 BC | | 902334005212040 | 437.38 |
| 11/30/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445011967448 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450119 67448 LITTLE CAESARS 1968 0004 BC | | 902334005212049 | 408.90 |

**Total deposits and other credits** $164,683.10

## Withdrawals and other debits

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 11/01/17 | Online Banking transfer to CHK 0506 Confirmation# 1255865791 | | 943211016062139 | -5,658.45 |
| 11/01/17 | Online Banking transfer to CHK 0506 Confirmation# 3355871129 | | 943211016062140 | -5,000.00 |
| 11/01/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011921155 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450119 21155 LITTLE CAESARS 1968 0001 BC | | 902305006690280 | -11.34 |
| 11/01/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011621169 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450116 21169 LITTLE CAESARS 1968 0001 BC | | 902305006690265 | -10.29 |
| 11/01/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011848945 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450118 48945 LITTLE CAESARS 1968 0002 BC | | 902305006690271 | -7.62 |
| 11/01/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011967448 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450119 67448 LITTLE CAESARS 1968 0004 BC | | 902305006690286 | -5.85 |

continued on the next page

## Withdrawals and other debits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 11/02/17 | MARYLANDUNEMPINS DES:1190000128 ID:XXXXXXXXX INDN:PG COUNTY PIZZA INC CO ID:1911925808 CCD | | 902305010955719 | -3,722.40 |
| 11/02/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011621169 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450116 21169 LITTLE CAESARS 1968 0001 BC | | 902306003006674 | -21.11 |
| 11/02/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011921155 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450119 21155 LITTLE CAESARS 1968 0001 BC | | 902306003006689 | -20.60 |
| 11/02/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011967448 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450119 67448 LITTLE CAESARS 1968 0004 BC | | 902306003006695 | -12.83 |
| 11/02/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011848945 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450118 48945 LITTLE CAESARS 1968 0002 BC | | 902306003006680 | -12.42 |
| 11/03/17 | Online Banking transfer to CHK 6284 Confirmation# 1474767892 | | 943211036840061 | -1,024.00 |
| 11/03/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011621169 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450116 21169 LITTLE CAESARS 1968 0001 BC | | 902307007832590 | -17.13 |
| 11/03/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011921155 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450119 21155 LITTLE CAESARS 1968 0001 BC | | 902307007832605 | -13.94 |
| 11/03/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011967448 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450119 67448 LITTLE CAESARS 1968 0004 BC | | 902307007832611 | -8.54 |
| 11/03/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011848945 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450118 48945 LITTLE CAESARS 1968 0002 BC | | 902307007832596 | -7.97 |
| 11/06/17 | Online Banking transfer to CHK 0506 Confirmation# 2497555821 | | 943211066087538 | -54,703.79 |

*continued on the next page*

 

**Your checking account**

PG COUNTY PIZZA INC  |  Account # Redacted 8558  |  November 1, 2017 to November 30, 2017

## Withdrawals and other debits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 11/06/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011621169 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD  PMT INFO:  5/3 BANKCARD   CRED FEES   44450116 21169 LITTLE CAESARS 1968 0001 BC | | 902310015851628 | -24.76 |
| 11/06/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011921155 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD  PMT INFO:  5/3 BANKCARD   CRED FEES   44450119 21155 LITTLE CAESARS 1968 0001 BC | | 902310015852753 | -21.96 |
| 11/06/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011921155 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD  PMT INFO:  5/3 BANKCARD   CRED FEES   44450119 21155 LITTLE CAESARS 1968 0001 BC | | 902310015851643 | -21.79 |
| 11/06/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011621169 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD  PMT INFO:  5/3 BANKCARD   CRED FEES   44450116 21169 LITTLE CAESARS 1968 0001 BC | | 902310015852738 | -21.50 |
| 11/06/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011621169 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD  PMT INFO:  5/3 BANKCARD   CRED FEES   44450116 21169 LITTLE CAESARS 1968 0001 BC | | 902310014152858 | -20.06 |
| 11/06/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011848945 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD  PMT INFO:  5/3 BANKCARD   CRED FEES   44450118 48945 LITTLE CAESARS 1968 0002 BC | | 902310015851634 | -19.47 |
| 11/06/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011967448 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD  PMT INFO:  5/3 BANKCARD   CRED FEES   44450119 67448 LITTLE CAESARS 1968 0004 BC | | 902310015851649 | -18.01 |
| 11/06/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011921155 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD  PMT INFO:  5/3 BANKCARD   CRED FEES   44450119 21155 LITTLE CAESARS 1968 0001 BC | | 902310014152873 | -16.49 |
| 11/06/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011967448 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD  PMT INFO:  5/3 BANKCARD   CRED FEES   44450119 67448 LITTLE CAESARS 1968 0004 BC | | 902310015852759 | -15.31 |

*continued on the next page*

## Withdrawals and other debits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 11/06/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011848945 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450118 48945 LITTLE CAESARS 1968 0002 BC | | 902310015852744 | -14.19 |
| 11/06/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011848945 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450118 48945 LITTLE CAESARS 1968 0002 BC | | 902310014152864 | -12.90 |
| 11/06/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011967448 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450119 67448 LITTLE CAESARS 1968 0004 BC | | 902310014152879 | -11.18 |
| 11/07/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011621169 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450116 21169 LITTLE CAESARS 1968 0001 BC | | 902311006980007 | -12.13 |
| 11/07/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011848945 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450118 48945 LITTLE CAESARS 1968 0002 BC | | 902311006980013 | -10.17 |
| 11/07/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011967448 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450119 67448 LITTLE CAESARS 1968 0004 BC | | 902311006980028 | -8.78 |
| 11/07/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011921155 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450119 21155 LITTLE CAESARS 1968 0001 BC | | 902311006980022 | -7.52 |
| 11/08/17 | Online Banking transfer to CHK 0506 Confirmation# 3114613172 | | 943211086575386 | -25,500.00 |
| 11/08/17 | COMCAST DES:CABLE ID:8728739 INDN:MARK *WILLIAMS CO ID:0000213249 WEB | | 902311011168065 | -278.55 |
| 11/08/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011621169 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450116 21169 LITTLE CAESARS 1968 0001 BC | | 902312011063820 | -11.91 |
| 11/08/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011921155 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450119 21155 LITTLE CAESARS 1968 0001 BC | | 902312011063838 | -10.89 |

*continued on the next page*



**Your checking account**

PG COUNTY PIZZA INC | Account # Redacted 8558 | November 1, 2017 to November 30, 2017

## Withdrawals and other debits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 11/08/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011848945 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450118 48945 LITTLE CAESARS 1968 0002 BC | | 902312011063829 | -6.82 |
| 11/08/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011967448 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450119 67448 LITTLE CAESARS 1968 0004 BC | | 902312011063844 | -6.67 |
| 11/09/17 | FIFTH THIRD ACH DES:MPS BILLNG ID:0G6746 INDN:PG COUNTY PIZZA, INC CO ID:1310281170 CCD | | 902312019528107 | -439.99 |
| 11/09/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011921155 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450119 21155 LITTLE CAESARS 1968 0001 BC | | 902313002936619 | -14.70 |
| 11/09/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011621169 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450116 21169 LITTLE CAESARS 1968 0001 BC | | 902313002936604 | -12.10 |
| 11/09/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011967448 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450119 67448 LITTLE CAESARS 1968 0004 BC | | 902313002936625 | -8.32 |
| 11/09/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011848945 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450118 48945 LITTLE CAESARS 1968 0002 BC | | 902313002936610 | -8.06 |
| 11/10/17 | Online Banking transfer to CHK 6284 Confirmation# 1235184537 | | 943211106725094 | -3,000.00 |
| 11/10/17 | Online Banking transfer to CHK 6284 Confirmation# 3135209596 | | 943211106725095 | -213.00 |
| 11/10/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011621169 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450116 21169 LITTLE CAESARS 1968 0001 BC | | 902314003261486 | -14.29 |
| 11/10/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011921155 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450119 21155 LITTLE CAESARS 1968 0001 BC | | 902314003261504 | -14.17 |

*continued on the next page*

## Withdrawals and other debits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 11/10/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011967448 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450119 67448 LITTLE CAESARS 1968 0004 BC | | 902314003261510 | -9.32 |
| 11/10/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011848945 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450118 48945 LITTLE CAESARS 1968 0002 BC | | 902314003261495 | -7.23 |
| 11/13/17 | POTOMAC ELECTRIC DES:UTILITYPMT ID:50011710659 INDN:PG COUNTY PIZZA INC CO ID:5530127880 CCD | | 902317005387009 | -1,607.59 |
| 11/13/17 | POTOMAC ELECTRIC DES:UTILITYPMT ID:50011710329 INDN:PG COUNTY PIZZA INC CO ID:5530127880 CCD | | 902317005387004 | -1,048.33 |
| 11/13/17 | POTOMAC ELECTRIC DES:UTILITYPMT ID:50011713737 INDN:PG COUNTY PIZZA INC CO ID:5530127880 CCD | | 902317005387003 | -1,026.45 |
| 11/13/17 | WASHINGTON GAS DES:PAYMENT ID:220004000299 INDN:PG COUNTY PIZZA INC. CO ID:1530162882 WEB | | 902314006087967 | -1,000.00 |
| 11/13/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011621169 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450116 21169 LITTLE CAESARS 1968 0001 BC | | 902317007949709 | -23.34 |
| 11/13/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011621169 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450116 21169 LITTLE CAESARS 1968 0001 BC | | 902317005740163 | -22.45 |
| 11/13/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011621169 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450116 21169 LITTLE CAESARS 1968 0001 BC | | 902317007950777 | -21.12 |
| 11/13/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011921155 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450119 21155 LITTLE CAESARS 1968 0001 BC | | 902317007950795 | -19.73 |
| 11/13/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011921155 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450119 21155 LITTLE CAESARS 1968 0001 BC | | 902317007949724 | -17.84 |

*continued on the next page*



## Withdrawals and other debits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 11/13/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011848945 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450118 48945 LITTLE CAESARS 1968 0002 BC | | 902317007949715 | -16.40 |
| 11/13/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011848945 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450118 48945 LITTLE CAESARS 1968 0002 BC | | 902317005740169 | -15.80 |
| 11/13/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011921155 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450119 21155 LITTLE CAESARS 1968 0001 BC | | 902317005740178 | -15.76 |
| 11/13/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011967448 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450119 67448 LITTLE CAESARS 1968 0004 BC | | 902317007949730 | -14.64 |
| 11/13/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011967448 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450119 67448 LITTLE CAESARS 1968 0004 BC | | 902317007950801 | -13.67 |
| 11/13/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011848945 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450118 48945 LITTLE CAESARS 1968 0002 BC | | 902317007950786 | -10.28 |
| 11/13/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011967448 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450119 67448 LITTLE CAESARS 1968 0004 BC | | 902317005740184 | -10.07 |
| 11/14/17 | Online Banking transfer to CHK 0506 Confirmation# 1569107151 | | 943211146201958 | -9,600.00 |
| 11/14/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011848945 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450118 48945 LITTLE CAESARS 1968 0002 BC | | 902318009903901 | -11.81 |
| 11/14/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011621169 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450116 21169 LITTLE CAESARS 1968 0001 BC | | 902318009903892 | -11.38 |

*continued on the next page*