## Withdrawals and other debits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 11/14/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011921155 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450119 21155 LITTLE CAESARS 1968 0001 BC | | 902318009903910 | -10.80 |
| 11/14/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011967448 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450119 67448 LITTLE CAESARS 1968 0004 BC | | 902318009903916 | -6.33 |
| 11/15/17 | ACCOUNT ANALYSIS FEE CUR TRSF TO MD 0446026554958 10/17 ACCT ANALYSIS FEE | 0000000003 | 906011152063037 | -122.70 |
| 11/15/17 | WASHINGTON GAS DES:PAYMENT ID:220004000299 INDN:PG COUNTY PIZZA INC. CO ID:1530162882 WEB | | 902319002096403 | -500.00 |
| 11/15/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011921155 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450119 21155 LITTLE CAESARS 1968 0001 BC | | 902319003595339 | -14.08 |
| 11/15/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011621169 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450116 21169 LITTLE CAESARS 1968 0001 BC | | 902319003595324 | -11.73 |
| 11/15/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011967448 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450119 67448 LITTLE CAESARS 1968 0004 BC | | 902319003595345 | -9.52 |
| 11/15/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011848945 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450118 48945 LITTLE CAESARS 1968 0002 BC | | 902319003595330 | -7.03 |
| 11/16/17 | TFR TRANSFER DEBIT NXT TRSF TO GAA0334037058963 | | 906011164000694 | -161.16 |
| 11/16/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011621169 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450116 21169 LITTLE CAESARS 1968 0001 BC | | 902320007960059 | -14.92 |
| 11/16/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011921155 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450119 21155 LITTLE CAESARS 1968 0001 BC | | 902320007960074 | -13.50 |

*continued on the next page*



## Withdrawals and other debits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 11/16/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011848945 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450118 48945 LITTLE CAESARS 1968 0002 BC | | 902320007960065 | -8.18 |
| 11/16/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011967448 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450119 67448 LITTLE CAESARS 1968 0004 BC | | 902320007960080 | -6.53 |
| 11/17/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011621169 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450116 21169 LITTLE CAESARS 1968 0001 BC | | 902321010679655 | -16.34 |
| 11/17/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011921155 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450119 21155 LITTLE CAESARS 1968 0001 BC | | 902321010679670 | -13.69 |
| 11/17/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011967448 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450119 67448 LITTLE CAESARS 1968 0004 BC | | 902321010679676 | -8.15 |
| 11/17/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011848945 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450118 48945 LITTLE CAESARS 1968 0002 BC | | 902321010679661 | -4.88 |
| 11/20/17 | COMP OF MARYLAND DES:DIR DB RAD ID:004817320009386 INDN: CO ID:4526002033 PPD | | 902321016616779 | -1,196.16 |
| 11/20/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011621169 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450116 21169 LITTLE CAESARS 1968 0001 BC | | 902324017191551 | -27.98 |
| 11/20/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011621169 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450116 21169 LITTLE CAESARS 1968 0001 BC | | 902324017190393 | -27.12 |
| 11/20/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011921155 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450119 21155 LITTLE CAESARS 1968 0001 BC | | 902324017190408 | -26.75 |

*continued on the next page*

## Withdrawals and other debits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 11/20/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011848945 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450118 48945 LITTLE CAESARS 1968 0002 BC | | 902324017191557 | -18.27 |
| 11/20/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011621169 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450116 21169 LITTLE CAESARS 1968 0001 BC | | 902324014246230 | -17.79 |
| 11/20/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011967448 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450119 67448 LITTLE CAESARS 1968 0004 BC | | 902324017190414 | -14.85 |
| 11/20/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011921155 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450119 21155 LITTLE CAESARS 1968 0001 BC | | 902324014246248 | -14.49 |
| 11/20/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011967448 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450119 67448 LITTLE CAESARS 1968 0004 BC | | 902324017191572 | -14.32 |
| 11/20/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011848945 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450118 48945 LITTLE CAESARS 1968 0002 BC | | 902324017190399 | -14.18 |
| 11/20/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011921155 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450119 21155 LITTLE CAESARS 1968 0001 BC | | 902324017191566 | -9.99 |
| 11/20/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011967448 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450119 67448 LITTLE CAESARS 1968 0004 BC | | 902324014246254 | -9.49 |
| 11/20/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011848945 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450118 48945 LITTLE CAESARS 1968 0002 BC | | 902324014246239 | -8.95 |
| 11/21/17 | Online Banking transfer to CHK 0506 Confirmation# 5332148960 | | 943211216569926 | -26,700.00 |
| 11/21/17 | 0839 EXTRA SPACE DES:PAYMENT ID:999000000742073 INDN: CO ID:XXXXXXXXX PPD | | 902324025786207 | -336.00 |

*continued on the next page*



## Withdrawals and other debits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 11/21/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011967448 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450119 67448 LITTLE CAESARS 1968 0004 BC | | 902325009929228 | -13.42 |
| 11/21/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011621169 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450116 21169 LITTLE CAESARS 1968 0001 BC | | 902325009929210 | -13.38 |
| 11/21/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011848945 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450118 48945 LITTLE CAESARS 1968 0002 BC | | 902325009929216 | -7.99 |
| 11/22/17 | 0839 EXTRA SPACE DES:PAYMENT ID:999000000745126 INDN: CO ID:XXXXXXXXX PPD | | 902325021292362 | -254.00 |
| 11/22/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011621169 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450116 21169 LITTLE CAESARS 1968 0001 BC | | 902326005204094 | -10.05 |
| 11/22/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011848945 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450118 48945 LITTLE CAESARS 1968 0002 BC | | 902326005204100 | -6.58 |
| 11/22/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011967448 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450119 67448 LITTLE CAESARS 1968 0004 BC | | 902326005204109 | -6.48 |
| 11/24/17 | COMP OF MARYLAND DES:DIR DB RAD ID:004817325013217 INDN: CO ID:4526002033 PPD | | 902326009787374 | -10,412.74 |
| 11/24/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011621169 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450116 21169 LITTLE CAESARS 1968 0001 BC | | 902328008637840 | -25.01 |
| 11/24/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011621169 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450116 21169 LITTLE CAESARS 1968 0001 BC | | 902328007567634 | -18.02 |

*continued on the next page*

## Withdrawals and other debits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 11/24/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011967448 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450119 67448 LITTLE CAESARS 1968 0004 BC | | 902328008637858 | -14.07 |
| 11/24/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011848945 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450118 48945 LITTLE CAESARS 1968 0002 BC | | 902328008637849 | -13.15 |
| 11/24/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011967448 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450119 67448 LITTLE CAESARS 1968 0004 BC | | 902328007567649 | -10.15 |
| 11/24/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011848945 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450118 48945 LITTLE CAESARS 1968 0002 BC | | 902328007567640 | -5.56 |
| 11/27/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011621169 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450116 21169 LITTLE CAESARS 1968 0001 BC | | 902331011092448 | -16.09 |
| 11/27/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011621169 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450116 21169 LITTLE CAESARS 1968 0001 BC | | 902331011091377 | -13.01 |
| 11/27/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011848945 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450118 48945 LITTLE CAESARS 1968 0002 BC | | 902331011092454 | -11.87 |
| 11/27/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011967448 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450119 67448 LITTLE CAESARS 1968 0004 BC | | 902331011092463 | -11.61 |
| 11/27/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011967448 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450119 67448 LITTLE CAESARS 1968 0004 BC | | 902331011091392 | -10.32 |
| 11/27/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011848945 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450118 48945 LITTLE CAESARS 1968 0002 BC | | 902331011091383 | -8.12 |
| 11/28/17 | Online Banking transfer to CHK 0506 Confirmation# 7490227526 | | 943211286543550 | -20,000.00 |

continued on the next page



## Withdrawals and other debits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 11/28/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011621169 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450116 21169 LITTLE CAESARS 1968 0001 BC | | 902332002737457 | -14.43 |
| 11/28/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011967448 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450119 67448 LITTLE CAESARS 1968 0004 BC | | 902332002737472 | -9.02 |
| 11/28/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011848945 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450118 48945 LITTLE CAESARS 1968 0002 BC | | 902332002737463 | -8.18 |
| 11/29/17 | TFR TRANSFER DEBIT NXT TRSF TO GAA0334037058963 | | 906011294000640 | -5.00 |
| 11/29/17 | Online Banking transfer to CHK 0506 Confirmation# 6395838383 | | 943211296439237 | -6,316.48 |
| 11/29/17 | LIBERTY MUTUAL DES:XXXXXXXXX ID:9187269 INDN:PG COUNTY PIZZA INC PG CO ID:0000061050 CCD | | 902333008927370 | -772.59 |
| 11/29/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011621169 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450116 21169 LITTLE CAESARS 1968 0001 BC | | 902333008937961 | -9.84 |
| 11/29/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011848945 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450118 48945 LITTLE CAESARS 1968 0002 BC | | 902333008937967 | -9.74 |
| 11/29/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011967448 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450119 67448 LITTLE CAESARS 1968 0004 BC | | 902333008937976 | -5.74 |
| 11/30/17 | TFR TRANSFER DEBIT NXT TRSF TO GAA0334037058963 | | 906011304000710 | -492.00 |
| 11/30/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011621169 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450116 21169 LITTLE CAESARS 1968 0001 BC | | 902334005212037 | -11.69 |

*continued on the next page*

## Withdrawals and other debits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 11/30/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011967448 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450119 67448 LITTLE CAESARS 1968 0004 BC | | 902334005212052 | -7.95 |
| 11/30/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445011848945 INDN:LITTLE CAESARS 1968 00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CRED FEES 44450118 48945 LITTLE CAESARS 1968 0002 BC | | 902334005212043 | -7.92 |

**Total withdrawals and other debits** -$182,495.26

## Checks

| Date | Check # | Bank reference | Amount |
|---|---|---|---|
| 11/30 | 1016 | 813005592811566 | -950.00 |
| 11/27 | 1017 | 813001192485443 | -5,864.88 |
| 11/29 | 1018 | 813005492638046 | -5,612.68 |
| 11/02 | 1020* | 813005092339747 | -680.00 |
| 11/02 | 1021 | 813005092338757 | -680.00 |
| 11/03 | 1022 | 813005292354910 | -1,467.69 |
| 11/14 | 1023 | 813004892039247 | -492.00 |
| 11/13 | 1025* | 813008792286929 | -3,483.00 |
| 11/09 | 1027* | 813004192790545 | -3,819.31 |
| 11/10 | 1028 | 813001692277084 | -5,864.88 |
| 11/16 | 1029 | 813005192441231 | -3,279.78 |
| 11/09 | 1030 | 813004192018872 | -2,346.85 |
| 11/15 | 1031 | 813005092251191 | -1,517.30 |

**Total checks** -$36,058.37
**Total # of checks** 13

* *There is a gap in sequential check numbers*

## Service fees

| Date | Transaction description | Amount |
|---|---|---|
| 11/15/17 | 10/17 ACCT ANALYSIS FEE | -210.07 |

**Total service fees** -$210.07

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) |
|---|---|
| 11/01 | 58,579.30 |
| 11/02 | 60,561.02 |
| 11/03 | 64,068.12 |
| 11/06 | 31,002.79 |
| 11/07 | 37,072.17 |
| 11/08 | 15,436.09 |
| 11/09 | 13,070.18 |
| 11/10 | 8,252.36 |
| 11/13 | 19,520.84 |
| 11/14 | 15,059.97 |
| 11/15 | 17,022.85 |
| 11/16 | 17,698.10 |
| 11/17 | 22,284.36 |
| 11/20 | 41,344.03 |
| 11/21 | 20,297.11 |
| 11/22 | 24,035.60 |
| 11/24 | 21,671.64 |
| 11/27 | 26,937.63 |
| 11/28 | 11,447.83 |
| 11/29 | 5,880.10 |
| 11/30 | 8,799.28 |



# Check images

**Account number: 4460 2660 8558**

Check number: 1016 | Amount: $950.00

Check number: 1017 | Amount: $5,864.88

Check number: 1018 | Amount: $5,612.68

Check number: 1020 | Amount: $680.00

Check number: 1021 | Amount: $680.00

Check number: 1022 | Amount: $1,467.69

Check number: 1023 | Amount: $492.00

Check number: 1025 | Amount: $3,483.00

Check number: 1027 | Amount: $3,819.31

Check number: 1028 | Amount: $5,864.88

*continued on the **next** page*



Bank of America

## Check images - continued

**Account number: 4460 2660 8558**

Check number: 1029 | Amount: $3,279.78

PG COUNTY PIZZA INC
JACKSONVILLE, FL
1029
DATE 11-1-2017
PAY TO THE ORDER OF BAES Woodberry LLC $ 3279.78
Three Thousand Two Hundred Seventy-nine & 78/100 DOLLARS
Bank of America
FOR Nov 2017 Rent
Redacted

Check number: 1030 | Amount: $2,346.85

PG COUNTY PIZZA INC
JACKSONVILLE, FL
1030
DATE 10-24-2017
PAY TO THE ORDER OF Brinks. $ 2346.85
Two thousand Three hundred forty Six & 85/100 DOLLARS
Bank of America
Redacted

Check number: 1031 | Amount: $1,517.30

PG COUNTY PIZZA INC
JACKSONVILLE, FL
1031
DATE 10-25-2017
PAY TO THE ORDER OF $ 1517.30
One thousand Five Hundred Seventeen & 30/100 DOLLARS
Bank of America
Redacted





P.O. Box 15284
Wilmington, DE 19850

PG COUNTY PIZZA INC
10879 CORAL SHORES DR UNIT 210
JACKSONVILLE, FL 32256-2128

**Customer service information**

Customer service: 1.888.852.5000

bankofamerica.com

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

# Your Full Analysis Business Checking

for November 1, 2017 to November 30, 2017

Account number: Redacted 6284

**PG COUNTY PIZZA INC**

## Account summary

| | |
|---|---|
| Beginning balance on November 1, 2017 | -$151.34 |
| Deposits and other credits | 18,060.00 |
| Withdrawals and other debits | -17,329.27 |
| Checks | -0.00 |
| Service fees | -2,109.78 |
| **Ending balance on November 30, 2017** | **-$1,530.39** |

# of deposits/credits: 74

# of withdrawals/debits: 53

# of days in cycle: 30

Average ledger balance: -$876.56

Case 17-03469-TOM7 Doc 195-2 Filed 01/10/18 Entered 01/10/18 10:25:45 Desc Volume(s) Part 3 Page 10 of 17

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2017 Bank of America Corporation

**Bank of America, N.A. Member FDIC and**  **Equal Housing Lender**



# Your checking account

## Deposits and other credits

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 11/01/17 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 10-31) ELECTRONIC TRANSACTION | | 934110310000806 | 300.00 |
| 11/01/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2191582204 INDN:LITTLE CAESA2191582204 CO ID:1134992250 CCD | | 902304006612399 | 53.35 |
| 11/02/17 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 11-01) ELECTRONIC TRANSACTION | | 934111010000964 | 300.00 |
| 11/02/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2191582204 INDN:LITTLE CAESA2191582204 CO ID:1134992250 CCD | | 902305010857669 | 40.46 |
| 11/03/17 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 11-02) ELECTRONIC TRANSACTION | | 934111020000944 | 300.00 |
| 11/03/17 | Online Banking transfer from CHK 8558 Confirmation# 1474767892 | | 943211036831315 | 1,024.00 |
| 11/03/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2193563087 INDN:LITTLE CAESA2193563087 CO ID:1134992250 CCD | | 902306007948923 | 11.13 |
| 11/03/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2191582204 INDN:LITTLE CAESA2191582204 CO ID:1134992250 CCD | | 902306007948978 | 9.28 |
| 11/06/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2193563087 INDN:LITTLE CAESA2193563087 CO ID:1134992250 CCD | | 902310013909633 | 5.88 |
| 11/07/17 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 11-06) ELECTRONIC TRANSACTION | | 934111060001176 | 300.00 |
| 11/07/17 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 11-06) ELECTRONIC TRANSACTION | | 934111060001175 | 278.55 |
| 11/08/17 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 11-07) ELECTRONIC TRANSACTION | | 934111070000821 | 469.80 |
| 11/08/17 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 11-07) ELECTRONIC TRANSACTION | | 934111070000820 | 300.00 |

*continued on the next page*

## Deposits and other credits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 11/08/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2191582204 INDN:LITTLE CAESA2191582204 CO ID:1134992250 CCD | | 902311011065392 | 37.51 |
| 11/09/17 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 11-08) ELECTRONIC TRANSACTION | | 934111080000615 | 300.00 |
| 11/09/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2193563087 INDN:LITTLE CAESA2193563087 CO ID:1134992250 CCD | | 902312014045003 | 11.77 |
| 11/09/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2191582204 INDN:LITTLE CAESA2191582204 CO ID:1134992250 CCD | | 902312014045040 | 5.72 |
| 11/10/17 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 11-09) ELECTRONIC TRANSACTION | | 934111090000545 | 503.29 |
| 11/10/17 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 11-09) ELECTRONIC TRANSACTION | | 934111090000544 | 300.00 |
| 11/10/17 | Online Banking transfer from CHK 8558 Confirmation# 1235184537 | | 943211106717801 | 3,000.00 |
| 11/10/17 | Online Banking transfer from CHK 8558 Confirmation# 3135209596 | | 943211106717802 | 213.00 |
| 11/10/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2193563087 INDN:LITTLE CAESA2193563087 CO ID:1134992250 CCD | | 902313005866504 | 49.55 |
| 11/13/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2191582204 INDN:LITTLE CAESA2191582204 CO ID:1134992250 CCD | | 902314006133051 | 108.60 |
| 11/13/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2191582204 INDN:LITTLE CAESA2191582204 CO ID:1134992250 CCD | | 902317005518200 | 23.81 |
| 11/13/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2193563087 INDN:LITTLE CAESA2193563087 CO ID:1134992250 CCD | | 902317005518138 | 9.54 |
| 11/14/17 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 11-13) ELECTRONIC TRANSACTION | | 934111130000926 | 484.67 |
| 11/14/17 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 11-13) ELECTRONIC TRANSACTION | | 934111130000925 | 300.00 |
| 11/14/17 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 11-13) ELECTRONIC TRANSACTION | | 934111130000924 | 278.55 |
| 11/14/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2191582204 INDN:LITTLE CAESA2191582204 CO ID:1134992250 CCD | | 902317010395803 | 40.30 |
| 11/14/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2193563087 INDN:LITTLE CAESA2193563087 CO ID:1134992250 CCD | | 902317010395620 | 17.65 |
| 11/15/17 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 11-14) ELECTRONIC TRANSACTION | | 934111140000780 | 469.80 |
| 11/15/17 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 11-14) ELECTRONIC TRANSACTION | | 934111140000779 | 300.00 |

*continued on the next page*



## Deposits and other credits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 11/15/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2191582204 INDN:LITTLE CAESA2191582204 CO ID:1134992250 CCD | | 902318013858049 | 46.85 |
| 11/16/17 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 11-15) ELECTRONIC TRANSACTION | | 934111150000847 | 300.00 |
| 11/16/17 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 11-15) ELECTRONIC TRANSACTION | | 934111150000848 | 300.00 |
| 11/16/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2191582204 INDN:LITTLE CAESA2191582204 CO ID:1134992250 CCD | | 902319007285070 | 10.40 |
| 11/16/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2193563087 INDN:LITTLE CAESA2193563087 CO ID:1134992250 CCD | | 902319007285037 | 5.88 |
| 11/17/17 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 11-16) ELECTRONIC TRANSACTION | | 934111160000777 | 503.29 |
| 11/17/17 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 11-16) ELECTRONIC TRANSACTION | | 934111160000775 | 300.00 |
| 11/17/17 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 11-16) ELECTRONIC TRANSACTION | | 934111160000776 | 300.00 |
| 11/17/17 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 11-16) ELECTRONIC TRANSACTION | | 934111160000774 | 0.16 |
| 11/17/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2191582204 INDN:LITTLE CAESA2191582204 CO ID:1134992250 CCD | | 902320011428406 | 5.15 |
| 11/20/17 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 11-17) ELECTRONIC TRANSACTION | | 934111170001256 | 484.67 |
| 11/20/17 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 11-17) ELECTRONIC TRANSACTION | | 934111170001254 | 300.00 |
| 11/20/17 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 11-17) ELECTRONIC TRANSACTION | | 934111170001255 | 300.00 |
| 11/20/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2191582204 INDN:LITTLE CAESA2191582204 CO ID:1134992250 CCD | | 902324013896791 | 81.44 |
| 11/20/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2191582204 INDN:LITTLE CAESA2191582204 CO ID:1134992250 CCD | | 902321014044414 | 5.15 |
| 11/21/17 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 11-20) ELECTRONIC TRANSACTION | | 934111200001065 | 834.81 |
| 11/21/17 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 11-20) ELECTRONIC TRANSACTION | | 934111200001063 | 300.00 |
| 11/21/17 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 11-20) ELECTRONIC TRANSACTION | | 934111200001064 | 300.00 |

*continued on the next page*

## Deposits and other credits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 11/21/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2193563087 INDN:LITTLE CAESA2193563087 CO ID:1134992250 CCD | | 902324019552215 | 52.95 |
| 11/21/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2191582204 INDN:LITTLE CAESA2191582204 CO ID:1134992250 CCD | | 902324019552248 | 18.30 |
| 11/22/17 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 11-21) ELECTRONIC TRANSACTION | | 934111210000744 | 834.81 |
| 11/22/17 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 11-21) ELECTRONIC TRANSACTION | | 934111210000743 | 469.80 |
| 11/22/17 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 11-21) ELECTRONIC TRANSACTION | | 934111210000741 | 300.00 |
| 11/22/17 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 11-21) ELECTRONIC TRANSACTION | | 934111210000742 | 300.00 |
| 11/22/17 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 11-21) ELECTRONIC TRANSACTION | | 934111210000740 | 1.46 |
| 11/22/17 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 11-21) ELECTRONIC TRANSACTION | | 934111210000739 | 0.16 |
| 11/22/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2191582204 INDN:LITTLE CAESA2191582204 CO ID:1134992250 CCD | | 902325014141847 | 12.15 |
| 11/24/17 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 11-22) ELECTRONIC TRANSACTION | | 934111220000653 | 300.00 |
| 11/24/17 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 11-22) ELECTRONIC TRANSACTION | | 934111220000654 | 300.00 |
| 11/24/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2191582204 INDN:LITTLE CAESA2191582204 CO ID:1134992250 CCD | | 902326008270979 | 11.44 |
| 11/24/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2191582204 INDN:LITTLE CAESA2191582204 CO ID:1134992250 CCD | | 902328007483666 | 9.31 |
| 11/27/17 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 11-24) ELECTRONIC TRANSACTION | | 934111240001031 | 503.29 |
| 11/27/17 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 11-24) ELECTRONIC TRANSACTION | | 934111240001029 | 300.00 |
| 11/27/17 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 11-24) ELECTRONIC TRANSACTION | | 934111240001030 | 300.00 |
| 11/27/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2191582204 INDN:LITTLE CAESA2191582204 CO ID:1134992250 CCD | | 902328010629073 | 34.33 |
| 11/27/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2193563087 INDN:LITTLE CAESA2193563087 CO ID:1134992250 CCD | | 902328010628865 | 11.77 |
| 11/27/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2191582204 INDN:LITTLE CAESA2191582204 CO ID:1134992250 CCD | | 902331008164544 | 11.39 |

*continued on the next page*

## Deposits and other credits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 11/28/17 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 11-27) ELECTRONIC TRANSACTION | | 934111270001091 | 1.46 |
| 11/28/17 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 11-27) ELECTRONIC TRANSACTION | | 934111270001090 | 0.27 |
| 11/28/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2191582204 INDN:LITTLE CAESA2191582204 CO ID:1134992250 CCD | | 902331013715201 | 13.70 |
| 11/29/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2191582204 INDN:LITTLE CAESA2191582204 CO ID:1134992250 CCD | | 902332007406142 | 43.68 |
| 11/30/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2191582204 INDN:LITTLE CAESA2191582204 CO ID:1134992250 CCD | | 902333013836668 | 5.72 |
| **Total deposits and other credits** | | | | **$18,060.00** |

## Withdrawals and other debits

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 11/01/17 | YELLOWSTONE CAPI DES:ACHPAYMENT ID:W016 INDN:MARYLANDPIZZAINC a6d49 CO ID:XXXXXXXXXA CCD | | 902305005036691 | -300.00 |
| 11/02/17 | YELLOWSTONE CAPI DES:ACHPAYMENT ID:W017 INDN:MARYLANDPIZZAINC c936e CO ID:XXXXXXXXXA CCD | | 902306000776197 | -300.00 |
| 11/03/17 | VERIZON DES:RETRY PYMT ID:000990182508 INDN:PG COUNTY PIZZA INC DU CO ID:9783397101 WEB | | 902306007922384 | -599.58 |
| 11/03/17 | YELLOWSTONE CAPI DES:ACHPAYMENT ID:W018 INDN:MARYLANDPIZZAINC ab859 CO ID:XXXXXXXXXA CCD | | 902307006088853 | -300.00 |
| 11/03/17 | VERIZON DES:RETRY PYMT ID:000765928930 INDN:LITTLE CAESARS DUMMYBZ CO ID:9783397101 WEB | | 902306007922385 | -229.89 |
| 11/03/17 | VERIZON DES:RETRY PYMT ID:000698324829 INDN:PG COUNTY PIZZA INC DU CO ID:9783397101 WEB | | 902306007922383 | -156.44 |
| 11/03/17 | AMERICAN EXPRESS DES:AXP DISCNT ID:2193563087 INDN:LITTLE CAESA2193563087 CO ID:1134992250 CCD | | 902306007915113 | -0.31 |
| 11/06/17 | YELLOWSTONE CAPI DES:ACHPAYMENT ID:W019 INDN:MARYLANDPIZZAINC 864c3 CO ID:XXXXXXXXXA CCD | | 902310013493564 | -300.00 |

*continued on the next page*

## Withdrawals and other debits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 11/06/17 | COMCAST DES:CABLE ID:0778500 INDN:MARK *WILLIAMS CO ID:0000213249 PPD | | 902310013954008 | -278.55 |
| 11/06/17 | AMERICAN EXPRESS DES:AXP DISCNT ID:2193563087 INDN:LITTLE CAESA2193563087 CO ID:1134992250 CCD | | 902310013909453 | -0.16 |
| 11/07/17 | WASHINGTON GAS DES:PAYMENT ID:220000878748 INDN:PG COUNTY PIZZA INC. CO ID:1530162882 CCD | | 902310023645353 | -469.80 |
| 11/07/17 | YELLOWSTONE CAPI DES:ACHPAYMENT ID:W020 INDN:MARYLANDPIZZAINC 2a932 CO ID:XXXXXXXXXA CCD | | 902311005433086 | -300.00 |
| 11/08/17 | YELLOWSTONE CAPI DES:ACHPAYMENT ID:W021 INDN:MARYLANDPIZZAINC f887e CO ID:XXXXXXXXXA CCD | | 902312009796068 | -300.00 |
| 11/09/17 | WASHINGTON GAS DES:PAYMENT ID:220003025404 INDN:PG COUNTY PIZZA INC CO ID:1530162882 CCD | | 902312019602475 | -503.29 |
| 11/09/17 | YELLOWSTONE CAPI DES:ACHPAYMENT ID:W022 INDN:MARYLANDPIZZAINC 5f417 CO ID:XXXXXXXXXA CCD | | 902313001605274 | -300.00 |
| 11/09/17 | AMERICAN EXPRESS DES:AXP DISCNT ID:2193563087 INDN:LITTLE CAESA2193563087 CO ID:1134992250 CCD | | 902312014044531 | -0.32 |
| 11/10/17 | LITTLE CAESAR E DES:TMCDESKTOP ID: INDN:PG COUNTY PIZZA INC CO ID:1851443547 CCD PMT INFO:LC RETAIL TECH CV SALES | | 902313005144939 | -3,021.35 |
| 11/10/17 | YELLOWSTONE CAPI DES:ACHPAYMENT ID:W023 INDN:MARYLANDPIZZAINC 86190 CO ID:XXXXXXXXXA CCD | | 902314003261614 | -300.00 |
| 11/10/17 | AMERICAN EXPRESS DES:AXP DISCNT ID:2193563087 INDN:LITTLE CAESA2193563087 CO ID:1134992250 CCD | | 902313005881658 | -1.36 |
| 11/13/17 | VERIZON WIRELESS DES:PAYMENTS ID:072174847400002 INDN:000000072174847400002 CO ID:1223344794 PPD | | 902314006224061 | -484.67 |
| 11/13/17 | YELLOWSTONE CAPI DES:ACHPAYMENT ID:W024 INDN:MARYLANDPIZZAINC f6eba CO ID:XXXXXXXXXA CCD | | 902317005740418 | -300.00 |
| 11/13/17 | COMCAST DES:RETRY PYMT ID:0778500 INDN:MARK *WILLIAMS CO ID:0000213249 PPD | | 902317007872671 | -278.55 |
| 11/13/17 | AMERICAN EXPRESS DES:AXP DISCNT ID:2193563087 INDN:LITTLE CAESA2193563087 CO ID:1134992250 CCD | | 902317005537652 | -0.26 |
| 11/14/17 | WASHINGTON GAS DES:RETRY PYMT ID:220000878748 INDN:PG COUNTY PIZZA INC. CO ID:1530162882 CCD | | 902317010384023 | -469.80 |

*continued on the next page*