
## Withdrawals and other debits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 11/14/17 | YELLOWSTONE CAPI DES:ACHPAYMENT ID:W025 INDN:MARYLANDPIZZAINC 876b5 CO ID:XXXXXXXXXA CCD | | 902318009904026 | -300.00 |
| 11/14/17 | AMERICAN EXPRESS DES:AXP DISCNT ID:2193563087 INDN:LITTLE CAESA2193563087 CO ID:1134992250 CCD | | 902317010394721 | -0.49 |
| 11/15/17 | YELLOWSTONE CAPI DES:ACHPAYMENT ID:W027 INDN:MARYLANDPIZZAINC 9630d CO ID:XXXXXXXXXA CCD | | 902319003595521 | -300.00 |
| 11/15/17 | YELLOWSTONE CAPI DES:ACHPAYMENT ID:W026 INDN:MARYLANDPIZZAINC f3eaf CO ID:XXXXXXXXXA CCD | | 902319003595523 | -300.00 |
| 11/16/17 | WASHINGTON GAS DES:RETRY PYMT ID:220003025404 INDN:PG COUNTY PIZZA INC CO ID:1530162882 CCD | | 902319007235461 | -503.29 |
| 11/16/17 | YELLOWSTONE CAPI DES:ACHPAYMENT ID:W028 INDN:MARYLANDPIZZAINC 63909 CO ID:XXXXXXXXXA CCD | | 902320007960311 | -300.00 |
| 11/16/17 | YELLOWSTONE CAPI DES:ACHPAYMENT ID:W029 INDN:MARYLANDPIZZAINC c97ec CO ID:XXXXXXXXXA CCD | | 902320007960314 | -300.00 |
| 11/16/17 | AMERICAN EXPRESS DES:AXP DISCNT ID:2193563087 INDN:LITTLE CAESA2193563087 CO ID:1134992250 CCD | | 902319007294599 | -0.16 |
| 11/17/17 | VERIZON WIRELESS DES:RETRY PYMT ID:072174847400002 INDN:0000000072174847400002 CO ID:1223344794 PPD | | 902320011540319 | -484.67 |
| 11/17/17 | YELLOWSTONE CAPI DES:ACHPAYMENT ID:W030 INDN:MARYLANDPIZZAINC a4266 CO ID:XXXXXXXXXA CCD | | 902321010679862 | -300.00 |
| 11/17/17 | YELLOWSTONE CAPI DES:ACHPAYMENT ID:W031 INDN:MARYLANDPIZZAINC 92d28 CO ID:XXXXXXXXXA CCD | | 902321010679865 | -300.00 |
| 11/20/17 | THE HARTFORD DES:NWTBCLSCIC ID:14346871 INDN:PG COUNTY PIZZA INC CO ID:9942902727 CCD | | 902321016730444 | -834.81 |
| 11/20/17 | YELLOWSTONE CAPI DES:ACHPAYMENT ID:W032 INDN:MARYLANDPIZZAINC f7736 CO ID:XXXXXXXXXA CCD | | 902324014246424 | -300.00 |
| 11/20/17 | YELLOWSTONE CAPI DES:ACHPAYMENT ID:W033 INDN:MARYLANDPIZZAINC a2f36 CO ID:XXXXXXXXXA CCD | | 902324014246421 | -300.00 |

*continued on the next page*

# Withdrawals and other debits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|------|------------------------|--------------------|----------------|--------|
| 11/21/17 | THE HARTFORD   DES:RETRY PYMT ID:14346871 INDN:PG COUNTY PIZZA INC    CO ID:9942902727 CCD | | 902325015048885 | -834.81 |
| 11/21/17 | WASHINGTON GAS   DES:RETRY PYMT ID:220000878748  INDN:PG COUNTY PIZZA INC. CO ID:1530162882 CCD | | 902324019511127 | -469.80 |
| 11/21/17 | YELLOWSTONE CAPI DES:ACHPAYMENT ID:W035 INDN:MARYLANDPIZZAINC b04d5  CO ID:XXXXXXXXXA CCD | | 902325008193393 | -300.00 |
| 11/21/17 | YELLOWSTONE CAPI DES:ACHPAYMENT ID:W034 INDN:MARYLANDPIZZAINC 5469d  CO ID:XXXXXXXXXA CCD | | 902325008193396 | -300.00 |
| 11/21/17 | AMERICAN EXPRESS DES:AXP DISCNT ID:2193563087  INDN:LITTLE CAESA2193563087 CO ID:1134992250 CCD | | 902324019553247 | -1.46 |
| 11/21/17 | AMERICAN EXPRESS DES:RETRY PYMT ID:2193563087  INDN:LITTLE CAESA2193563087 CO ID:1134992250 CCD | | 902324019561382 | -0.16 |
| 11/22/17 | YELLOWSTONE CAPI DES:ACHPAYMENT ID:W037 INDN:MARYLANDPIZZAINC 23a90  CO ID:XXXXXXXXXA CCD | | 902326005204234 | -300.00 |
| 11/22/17 | YELLOWSTONE CAPI DES:ACHPAYMENT ID:W036 INDN:MARYLANDPIZZAINC 0c458  CO ID:XXXXXXXXXA CCD | | 902326005204237 | -300.00 |
| 11/24/17 | WASHINGTON GAS   DES:RETRY PYMT ID:220003025404  INDN:PG COUNTY PIZZA INC CO ID:1530162882 CCD | | 902326008329140 | -503.29 |
| 11/24/17 | YELLOWSTONE CAPI DES:ACHPAYMENT ID:W039 INDN:MARYLANDPIZZAINC 8204a  CO ID:XXXXXXXXXA CCD | | 902328007183322 | -300.00 |
| 11/24/17 | YELLOWSTONE CAPI DES:ACHPAYMENT ID:W038 INDN:MARYLANDPIZZAINC 1a4ec  CO ID:XXXXXXXXXA CCD | | 902328007183317 | -300.00 |
| 11/27/17 | AMERICAN EXPRESS DES:RETRY PYMT ID:2193563087  INDN:LITTLE CAESA2193563087 CO ID:1134992250 CCD | | 902328010674192 | -1.46 |
| 11/27/17 | AMERICAN EXPRESS DES:AXP DISCNT ID:2193563087  INDN:LITTLE CAESA2193563087 CO ID:1134992250 CCD | | 902328010645704 | -0.27 |
| 11/30/17 | AMERICAN EXPRESS DES:RETRY PYMT ID:2193563087  INDN:LITTLE CAESA2193563087 CO ID:1134992250 CCD | | 902333013845903 | -0.27 |

**Total withdrawals and other debits**                                                                                   **-$17,329.27**



# Your checking account

PG COUNTY PIZZA INC | Account # Redacted 6284 | November 1, 2017 to November 30, 2017

## Service fees

| Date | Transaction description | Amount |
|------|------------------------|--------|
| 11/15/17 | 10/17 ACCT ANALYSIS FEE | -2,109.78 |
| **Total service fees** | | **-$2,109.78** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|------------|------|-----------|------|------------|
| 11/01 | -97.99 | 11/10 | 0.90 | 11/21 | -3,589.84 |
| 11/02 | -57.53 | 11/13 | -920.63 | 11/22 | -2,271.46 |
| 11/03 | 0.66 | 11/14 | -569.75 | 11/24 | -2,754.00 |
| 11/06 | -572.17 | 11/15 | -2,462.88 | 11/27 | -1,594.95 |
| 11/07 | -763.42 | 11/16 | -2,950.05 | 11/28 | -1,579.52 |
| 11/08 | -256.11 | 11/17 | -2,926.12 | 11/29 | -1,535.84 |
| 11/09 | -742.23 | 11/20 | -3,189.67 | 11/30 | -1,530.39 |



**Bank of America**

P.O. Box 15284
Wilmington, DE 19850

MARYLAND PIZZA INC
10879 CORAL SHORES DR UNIT 210
JACKSONVILLE, FL 32256-2128

Business Banking

**Customer service information**

📞 Customer service: 1.888.852.5000

🖊 bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

# Your Full Analysis Business Checking - Small Business

for November 1, 2017 to November 30, 2017     Account number: Redacted 1026

**MARYLAND PIZZA INC**

## Account summary

| | | |
|---|---|---|
| Beginning balance on November 1, 2017 | $8,007.55 | # of deposits/credits: 24 |
| Deposits and other credits | 32,572.00 | # of withdrawals/debits: 27 |
| Withdrawals and other debits | -30,097.34 | # of days in cycle: 30 |
| Checks | -9,314.00 | Average ledger balance: $7,889.45 |
| Service fees | -244.68 | |
| **Ending balance on November 30, 2017** | **$923.53** | |

For immediate account servicing requests, please engage the Client Services team at 888.852.5000 or you can email
eservice@bankofamerica.com. The phone team is available for support Monday-Friday, 8 a.m. - 9 p.m. Eastern for your convenience.

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

**How to Contact Us -** You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

**Deposit agreement -** When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

**Electronic transfers: In case of errors or questions about your electronic transfers -** If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

**Reporting other problems -** You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

**Direct deposits -** If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2017 Bank of America Corporation

**Bank of America, N.A. Member FDIC and**  **Equal Housing Lender**

**Bank of America** ⬮

MARYLAND PIZZA INC  |  Account #  Redacted  1026  |  November 1, 2017 to November 30, 2017

## Deposits and other credits

| Date | Transaction description | Customer reference | Bank reference | Amount |
|------|------------------------|-------------------|----------------|--------|
| 11/01/17 | TFR TRANSFER CREDIT CUR TRSF FR GAA0334037136157 | 0000196806 | 906011012009986 | 1,108.00 |
| 11/02/17 | Online Banking transfer from CHK 8948 Confirmation# 3367576792 | | 943211026969769 | 1,870.00 |
| 11/02/17 | TFR TRANSFER CREDIT CUR TRSF FR GAA0334037136157 | 0000196806 | 906011022010327 | 610.00 |
| 11/03/17 | TFR TRANSFER CREDIT CUR TRSF FR GAA0334037136157 | 0000196806 | 906011032009532 | 873.00 |
| 11/06/17 | TFR TRANSFER CREDIT CUR TRSF FR GAA0334037136157 | 0000196806 | 906011062016824 | 3,410.00 |
| 11/07/17 | TFR TRANSFER CREDIT CUR TRSF FR GAA0334037136157 | 0000196806 | 906011072011783 | 750.00 |
| 11/08/17 | TFR TRANSFER CREDIT CUR TRSF FR GAA0334037136157 | 0000196806 | 906011082010548 | 594.00 |
| 11/09/17 | TFR TRANSFER CREDIT CUR TRSF FR GAA0334037136157 | 0000196806 | 906011092009981 | 576.00 |
| 11/10/17 | TFR TRANSFER CREDIT CUR TRSF FR GAA0334037136157 | 0000196806 | 906011102008831 | 819.00 |
| 11/13/17 | TFR TRANSFER CREDIT CUR TRSF FR GAA0334037136157 | 0000196806 | 906011132016119 | 3,340.00 |
| 11/14/17 | TFR TRANSFER CREDIT CUR TRSF FR GAA0334037136157 | 0000196806 | 906011142012104 | 617.00 |
| 11/15/17 | TFR TRANSFER CREDIT CUR TRSF FR GAA0334037136157 | 0000196806 | 906011152010388 | 794.00 |
| 11/16/17 | TFR TRANSFER CREDIT CUR TRSF FR GAA0334037136157 | 0000196806 | 906011162011299 | 691.00 |
| 11/17/17 | TFR TRANSFER CREDIT CUR TRSF FR GAA0334037136157 | 0000196806 | 906011172009178 | 505.00 |
| 11/20/17 | TFR TRANSFER CREDIT CUR TRSF FR GAA0334037136157 | 0000196806 | 906011202016628 | 3,176.00 |

*continued on the next page*

# Deposits and other credits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|------|------------------------|--------------------|--------------|-------:|
| 11/20/17 | Online Banking transfer from CHK 8948 Confirmation# 2523417413 | | 943211206220835 | 1,759.00 |
| 11/21/17 | TFR TRANSFER CREDIT CUR TRSF FR GAA0334037136157 | 0000196806 | 906011212011722 | 586.00 |
| 11/22/17 | TFR TRANSFER CREDIT CUR TRSF FR GAA0334037136157 | 0000196806 | 906011222010557 | 752.00 |
| 11/24/17 | TFR TRANSFER CREDIT CUR TRSF FR GAA0334037136157 | 0000196806 | 906011242010568 | 845.00 |
| 11/27/17 | TFR TRANSFER CREDIT CUR TRSF FR GAA0334037136157 | 0000196806 | 906011272016149 | 2,201.00 |
| 11/28/17 | Online Banking transfer from CHK 8948 Confirmation# 6491069661 | | 943211286237893 | 4,100.00 |
| 11/28/17 | TFR TRANSFER CREDIT CUR TRSF FR GAA0334037136157 | 0000196806 | 906011282011894 | 777.00 |
| 11/29/17 | TFR TRANSFER CREDIT CUR TRSF FR GAA0334037136157 | 0000196806 | 906011292009836 | 904.00 |
| 11/30/17 | TFR TRANSFER CREDIT CUR TRSF FR GAA0334037136157 | 0000196806 | 906011302010499 | 915.00 |

**Total deposits and other credits**                                                            **$32,572.00**

# Withdrawals and other debits

| Date | Transaction description | Customer reference | Bank reference | Amount |
|------|------------------------|--------------------|--------------|-------:|
| 11/01/17 | Online Banking transfer to CHK 8955 Confirmation# 2255886105 | | 943211016681839 | -1,301.14 |
| 11/02/17 | MARYLANDUNEMPINS DES:1190000128 ID:XXXXXXXX INDN:MARYLAND PIZZA INC x   CO ID:1911925808 CCD | | 902305010324736 | -1,044.18 |
| 11/02/17 | ESSP         DES:ESSP Tax  ID:362574      1 INDN:         315239Mary CO ID:AXXXXXXXX CCD | | 902306000170129 | -758.78 |
| 11/08/17 | Online Banking transfer to CHK 8955 Confirmation# 2314592006 | | 943211086288961 | -3,000.00 |
| 11/08/17 | ALARM BILLING SV DES:8886298101 ID:BAL3301 INDN:APaym            CO ID:1364073289 PPD | | 902311016559852 | -130.32 |
| 11/08/17 | ALARM BILLING SV DES:8886298101 ID:BAL3301 INDN:APaym            CO ID:1364073289 PPD | | 902311016559853 | -30.32 |
| 11/13/17 | POTOMAC ELECTRIC DES:UTILITYPMT ID:50011727190  INDN:MARYLAND PIZZA INC CO ID:5530127880 CCD | | 902317001778437 | -2,670.87 |
| 11/13/17 | WAV*TOTAL RESTAU DES:9285810190 ID: INDN:Mark Williams         CO ID:2043575881 WEB | | 902314007677266 | -550.00 |
| 11/15/17 | TFR TRANSFER DEBIT CUR TRSF TO GAA0334037136157 | 0000196806 | 906011152010389 | -74.82 |

*continued on the next page*



# Your checking account

## Withdrawals and other debits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 11/15/17 | TFR TRANSFER DEBIT CUR TRSF TO GAA0334037058971 | 0000196805 | 906011152006134 | -6.00 |
| 11/15/17 | TFR TRANSFER DEBIT CUR TRSF TO GAA0334037099538 | 0000196807 | 906011152007863 | -6.00 |
| 11/15/17 | IRS         DES:USATAXPYMT ID:270771915571560  INDN:MARYLAND PIZZA INC  CO ID:3387702000 CCD | | 902319003002398 | -1,468.66 |
| 11/20/17 | COMP OF MARYLAND DES:DIR DB RAD ID:004817320009394  INDN:           CO ID:4526002033 PPD | | 902321016617318 | -163.29 |
| 11/21/17 | Online Banking transfer to CHK 8955 Confirmation# 5432141285 | | 943211216268264 | -6,200.00 |
| 11/24/17 | TFR TRANSFER DEBIT CUR TRSF TO GAA0334037136157 | 0000196806 | 906011242010569 | -10.00 |
| 11/24/17 | COMP OF MARYLAND DES:DIR DB RAD ID:004817325013230  INDN:           CO ID:4526002033 PPD | | 902326009791471 | -2,711.27 |
| 11/24/17 | THE HARTFORD    DES:NWTBCLSCIC ID:14288324 INDN:MARYLAND PIZZA INC    CO ID:9942902727 CCD | | 902326011643586 | -719.59 |
| 11/28/17 | Online Banking transfer to CHK 0506 Confirmation# 6590229590 | | 943211286237894 | -5,000.00 |
| 11/29/17 | Online Banking transfer to CHK 8948 Confirmation# 7495835813 | | 943211296148533 | -952.10 |
| 11/29/17 | Online Banking transfer to CHK 8558 Confirmation# 5295850601 | | 943211296148532 | -1,300.00 |
| 11/29/17 | Online Banking transfer to CHK 8558 Confirmation# 6499671998 | | 943211296148531 | -2,000.00 |

**Total withdrawals and other debits**                                         **-$30,097.34**

## Checks

| Date | Check # | Bank reference | Amount |
|---|---|---|---|
| 11/09 | 10025 | 813004192018873 | -2,162.22 |
| 11/29 | 10034* | 813005392573043 | -5,061.70 |
| 11/02 | 10046* | 813005092338758 | -610.00 |

| Date | Check # | Bank reference | Amount |
|---|---|---|---|
| 11/02 | 10047 | 813005092339147 | -660.00 |
| 11/03 | 10048 | 813005292354909 | -820.08 |

**Total checks**                     **-$9,314.00**
**Total # of checks**                         **5**

* *There is a gap in sequential check numbers*

## Service fees

| Date | Transaction description | Amount |
|------|------------------------|--------|
| 11/15/17 | 10/17 ACCT ANALYSIS FEE | -244.68 |
| **Total service fees** | | **-$244.68** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|-------------|------|------------|------|-------------|
| 11/01 | 7,814.41 | 11/10 | 8,100.51 | 11/21 | 8,184.19 |
| 11/02 | 7,221.45 | 11/13 | 8,219.64 | 11/22 | 8,936.19 |
| 11/03 | 7,274.37 | 11/14 | 8,836.64 | 11/24 | 6,340.33 |
| 11/06 | 10,684.37 | 11/15 | 7,830.48 | 11/27 | 8,541.33 |
| 11/07 | 11,434.37 | 11/16 | 8,521.48 | 11/28 | 8,418.33 |
| 11/08 | 8,867.73 | 11/17 | 9,026.48 | 11/29 | 8.53 |
| 11/09 | 7,281.51 | 11/20 | 13,798.19 | 11/30 | 923.53 |



Business Banking

**Bank of America**

P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

📞 Customer service: 1.888.852.5000

🖊 bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

MARYLAND PIZZA INC
OPERATING ACCT
10879 CORAL SHORES DR UNIT 210
JACKSONVILLE, FL 32256-2128

# Your Full Analysis Business Checking - Small Business

for November 1, 2017 to November 30, 2017          Account number:  Redacted  8948

**MARYLAND PIZZA INC     OPERATING ACCT**

## Account summary

| | | |
|---|---|---|
| Beginning balance on November 1, 2017 | $524.52 | # of deposits/credits: 42 |
| Deposits and other credits | 21,336.28 | # of withdrawals/debits: 21 |
| Withdrawals and other debits | -20,915.28 | # of days in cycle: 30 |
| Checks | -0.00 | Average ledger balance: $978.76 |
| Service fees | -619.89 | |
| **Ending balance on November 30, 2017** | **$325.63** | |

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

**How to Contact Us -** You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2017 Bank of America Corporation



**Bank of America, N.A. Member FDIC and** **Equal Housing Lender**


# Your checking account

## Deposits and other credits

| Date | Transaction description | Customer reference | Bank reference | Amount |
|------|------------------------|--------------------|----------------|--------|
| 11/01/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445013760413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450137 60413 LITTLE CAESARS 1968-0006 BC | | 902305006053433 | 428.52 |
| 11/01/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2192333615 INDN:LITTLE CAESA2192333615 CO ID:1134992250 CCD | | 902304005816861 | 5.72 |
| 11/02/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445013760413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450137 60413 LITTLE CAESARS 1968-0006 BC | | 902306001854254 | 911.97 |
| 11/03/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445013760413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450137 60413 LITTLE CAESARS 1968-0006 BC | | 902307007255144 | 609.64 |
| 11/03/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2192333615 INDN:LITTLE CAESA2192333615 CO ID:1134992250 CCD | | 902306007354725 | 4.36 |
| 11/06/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445013760413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450137 60413 LITTLE CAESARS 1968-0006 BC | | 902310015288520 | 1,396.79 |
| 11/06/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445013760413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450137 60413 LITTLE CAESARS 1968-0006 BC | | 902310015291955 | 1,053.25 |

*continued on the next page*

## Deposits and other credits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|------|------------------------|--------------------|----------------|--------|
| 11/06/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445013760413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450137 60413 LITTLE CAESARS 1968-0006 BC | | 902310012479097 | 884.29 |
| 11/06/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2192333615 INDN:LITTLE CAESA2192333615 CO ID:1134992250 CCD | | 902307010364659 | 19.75 |
| 11/07/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445013760413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450137 60413 LITTLE CAESARS 1968-0006 BC | | 902311006422695 | 540.10 |
| 11/07/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2192333615 INDN:LITTLE CAESA2192333615 CO ID:1134992250 CCD | | 902310017737378 | 23.97 |
| 11/08/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445013760413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450137 60413 LITTLE CAESARS 1968-0006 BC | | 902312010607179 | 443.03 |
| 11/09/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445013760413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450137 60413 LITTLE CAESARS 1968-0006 BC | | 902313002545486 | 488.00 |
| 11/09/17 | 5/3 BANKCARD SYS DES:GIFTCARD ID:4445013760413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD GIFTCARD 44450137 60413 LITTLE CAESARS 1968-0006 BC | | 902313002545489 | 9.54 |
| 11/10/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445013760413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450137 60413 LITTLE CAESARS 1968-0006 BC | | 902314002737208 | 699.42 |
| 11/13/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445013760413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450137 60413 LITTLE CAESARS 1968-0006 BC | | 902317007474812 | 1,172.29 |
| 11/13/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445013760413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450137 60413 LITTLE CAESARS 1968-0006 BC | | 902317006447202 | 1,058.00 |
| 11/13/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445013760413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450137 60413 LITTLE CAESARS 1968-0006 BC | | 902317007471617 | 855.60 |

*continued on the next page*


# Deposits and other credits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|------|------------------------|--------------------|----------------|--------|
| 11/14/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445013760413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450137 60413 LITTLE CAESARS 1968-0006 BC | | 902318009250279 | 537.45 |
| 11/15/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445013760413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450137 60413 LITTLE CAESARS 1968-0006 BC | | 902319003018325 | 362.90 |
| 11/16/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445013760413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450137 60413 LITTLE CAESARS 1968-0006 BC | | 902320007366282 | 347.83 |
| 11/16/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2192333615 INDN:LITTLE CAESA2192333615 CO ID:1134992250 CCD | | 902319006761955 | 8.29 |
| 11/17/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445013760413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450137 60413 LITTLE CAESARS 1968-0006 BC | | 902321009447389 | 439.62 |
| 11/17/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2192333615 INDN:LITTLE CAESA2192333615 CO ID:1134992250 CCD | | 902320010794860 | 47.65 |
| 11/20/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445013760413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450137 60413 LITTLE CAESARS 1968-0006 BC | | 902324016660448 | 1,147.94 |
| 11/20/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445013760413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450137 60413 LITTLE CAESARS 1968-0006 BC | | 902324016663802 | 1,012.76 |
| 11/20/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445013760413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450137 60413 LITTLE CAESARS 1968-0006 BC | | 902324015586707 | 771.24 |
| 11/20/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2192333615 INDN:LITTLE CAESA2192333615 CO ID:1134992250 CCD | | 902321013118976 | 4.64 |

*continued on the next page*

## Deposits and other credits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 11/21/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445013760413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450137 60413 LITTLE CAESARS 1968-0006 BC | | 902325009354570 | 540.63 |
| 11/22/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445013760413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450137 60413 LITTLE CAESARS 1968-0006 BC | | 902326004833820 | 480.69 |
| 11/22/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2192333615 INDN:LITTLE CAESA2192333615 CO ID:1134992250 CCD | | 902325013636666 | 71.29 |
| 11/24/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445013760413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450137 60413 LITTLE CAESARS 1968-0006 BC | | 902328008285467 | 1,169.68 |
| 11/24/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445013760413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450137 60413 LITTLE CAESARS 1968-0006 BC | | 902328006214656 | 435.17 |
| 11/27/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445013760413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450137 60413 LITTLE CAESARS 1968-0006 BC | | 902331010456394 | 580.46 |
| 11/27/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445013760413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450137 60413 LITTLE CAESARS 1968-0006 BC | | 902331010453166 | 460.29 |
| 11/27/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2192333615 INDN:LITTLE CAESA2192333615 CO ID:1134992250 CCD | | 902331009205653 | 18.74 |
| 11/27/17 | AMERICAN EXPRESS DES:SETTLEMENT ID:2192333615 INDN:LITTLE CAESA2192333615 CO ID:1134992250 CCD | | 902328010351335 | 11.50 |
| 11/28/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445013760413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD CREDIT DEP 44450137 60413 LITTLE CAESARS 1968-0006 BC | | 902332002308848 | 350.18 |
| 11/28/17 | 5/3 BANKCARD SYS DES:GIFTCARD ID:4445013760413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO: 5/3 BANKCARD GIFTCARD 44450137 60413 LITTLE CAESARS 1968-0006 BC | | 902332002308851 | 35.30 |
| 11/29/17 | Online Banking transfer from CHK 1026 Confirmation# 7495835813 | | 943211296148427 | 952.10 |

*continued on the next page*



MARYLAND PIZZA INC   |   Account #  Redacted  8948   |   November 1, 2017 to November 30, 2017

## Deposits and other credits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|------|------------------------|--------------------|----------------|--------|
| 11/29/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445013760413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO:  5/3 BANKCARD   CREDIT DEP  44450137 60413 LITTLE CAESARS 1968-0006 BC | | 902333008581730 | 429.85 |
| 11/30/17 | 5/3 BANKCARD SYS DES:CREDIT DEP ID:4445013760413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO:  5/3 BANKCARD   CREDIT DEP  44450137 60413 LITTLE CAESARS 1968-0006 BC | | 902334004848437 | 515.84 |

| **Total deposits and other credits** | | | | **$21,336.28** |
|---|---|---|---|---|

## Withdrawals and other debits

| Date | Transaction description | Customer reference | Bank reference | Amount |
|------|------------------------|--------------------|----------------|--------|
| 11/02/17 | Online Banking transfer to CHK 1026 Confirmation# 3367576792 | | 943211026969664 | -1,870.00 |
| 11/03/17 | IRH Capital LLC  DES:Maryland L. ID: INDN:Maryland LC Ventures    CO ID:XXXXXXXXX CCD | | 902306007564039 | -417.95 |
| 11/06/17 | LIBERTY MUTUAL   DES:XXXXXXXXX ID:1771075 INDN:MARYLAND PIZZA INC DBA CO ID:0000061050 CCD | | 902310011790901 | -897.75 |
| 11/08/17 | Online Banking transfer to CHK 8955 Confirmation# 3214586858 | | 943211086288886 | -3,200.00 |
| 11/08/17 | 5/3 BANKCARD SYS DES:CRED FEES ID:4445013760413 INDN:LITTLE CAESARS 1968-00 CO ID:1310281170 CCD PMT INFO:  5/3 BANKCARD   CRED FEES  44450137 60413 LITTLE CAESARS 1968-0006 BC | | 902312010607182 | -377.59 |
| 11/09/17 | FIFTH THIRD ACH  DES:MPS BILLNG ID:0L0416 INDN:MARYLAND PIZZA INC    CO ID:1310281170 CCD | | 902312018632649 | -149.66 |
| 11/09/17 | FIFTH THIRD ACH  DES:MPS BILLNG ID:0J5514 INDN:MARYLAND PIZZA INC    CO ID:1310281170 CCD | | 902312018632644 | -14.95 |
| 11/13/17 | LEASING       DES:LEASE PMT ID:001-0007255-001 INDN:MARYLAND LO VENTURES L CO ID:4710130170 CCD | | 902314005718777 | -3,724.34 |
| 11/14/17 | NCMIC -Cust Pmt  DES:AUTH PAYME ID:3910000457-1 INDN:Maryland LC Ventures L CO ID:2421403654 CCD | | 902317015301400 | -676.00 |
| 11/14/17 | VERIZON       DES:PAYMENTREC ID:000772689847 INDN:MARYLAND PIZZA INC DUM  CO ID:9783397101 WEB | | 902317009722491 | -149.82 |

*continued on the next page*

# Withdrawals and other debits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 11/17/17 | VERIZON        DES:PAYMENTREC<br>ID:000968729703 INDN:MARYLAND PIZZA INC<br>DUM  CO ID:9783397101 WEB | | 902320010723081 | -25.57 |
| 11/20/17 | Online Banking transfer to CHK 1026<br>Confirmation# 2523417413 | | 943211206220694 | -1,759.00 |
| 11/20/17 | BCC FUNDING VIII DES:BALBOA PMT<br>ID:180344-000 INDN:MARYLAND PIZZA,        CO<br>ID:3330318616 CCD  PMT INFO:CO#    CUST#<br>106681  LEASE# 180344-000    TRAN#<br>000000019 BATCH# 000011989 DES | | 902321018351321 | -1,632.36 |
| 11/20/17 | BCC FUNDING VIII DES:BALBOA PMT<br>ID:180344-000 INDN:MARYLAND PIZZA,        CO<br>ID:3330318616 CCD  PMT INFO:CO#    CUST#<br>106681  LEASE# 180344-000    TRAN#<br>000000001 BATCH# 000011989 DES | | 902321018351319 | -293.82 |
| 11/28/17 | Online Banking transfer to CHK 1026<br>Confirmation# 6491069661 | | 943211286237782 | -4,100.00 |
| 11/29/17 | IRS          DES:USATAXPYMT<br>ID:270773302816041 INDN:MARYLAND PIZZA INC<br>CO ID:3387702000 CCD | | 902333008570005 | -1,436.26 |
| 11/30/17 | VERIFONE INC    DES:PAYMENTS   ID:3717254<br>INDN:73187657        CO ID:4990206064 CCD<br>PMT INFO:272078      *29-NOV-2017 | | 902333020011106 | -63.44 |
| 11/30/17 | VERIFONE INC    DES:PAYMENTS   ID:3743116<br>INDN:73189019        CO ID:4990206064 CCD<br>PMT INFO:271710      *29-NOV-2017 | | 902333020011104 | -42.29 |
| 11/30/17 | VERIFONE INC    DES:PAYMENTS   ID:3717254<br>INDN:73189129        CO ID:4990206064 CCD<br>PMT INFO:271911      *29-NOV-2017 | | 902333020011102 | -42.29 |
| 11/30/17 | VERIFONE INC    DES:PAYMENTS   ID:3717254<br>INDN:73189895        CO ID:4990206064 CCD<br>PMT INFO:270068      *29-NOV-2017 | | 902333020011100 | -42.19 |

**Total withdrawals and other debits**      **-$20,915.28**

# Service fees

| Date | Transaction description | Amount |
|---|---|---|
| 11/15/17 | 10/17 ACCT ANALYSIS FEE | -619.89 |

**Total service fees**      **-$619.89**

*Note your Ending Balance already reflects the subtraction of Service Fees.*

# Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|---|---|---|---|---|---|
| 11/01 | 958.76 | 11/03 | 196.78 | 11/07 | 3,217.18 |
| 11/02 | 0.73 | 11/06 | 2,653.11 | 11/08 | 82.62 |

*continued on the next page*


## Daily ledger balances - continued

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|------------|------|-----------|------|------------|
| 11/09 | 415.55 | 11/16 | 287.28 | 11/24 | 2,697.84 |
| 11/10 | 1,114.97 | 11/17 | 748.98 | 11/27 | 3,768.83 |
| 11/13 | 476.52 | 11/20 | 0.38 | 11/28 | 54.31 |
| 11/14 | 188.15 | 11/21 | 541.01 | 11/29 | 0.00 |
| 11/15 | -68.84 | 11/22 | 1,092.99 | 11/30 | 325.63 |

Case 17-03469-TOM7    Doc 195-3    Filed 01/10/18    Entered 01/10/18 10:25:45    Desc
Volume(s) Part 4    Page 19 of 23

This page intentionally left blank

# LittleCaesars
# Profit And Loss
### October 31 through November 27, 2017

| | TOTAL |
|---|---|
| **Ordinary Income/Expense** | |
|   **Income** | |
|     40000 · SALES - CARRYOUT | 159,558.70 |
|     40101 · SALES - BREAD | 10,512.17 |
|     40102 · SALES - WINGS | 11,822.60 |
|     40104 · SALES - BEVERAGES | 6,312.83 |
|   **Total Income** | 188,206.30 |
|   **Cost of Goods Sold** | |
|     50000 · MEAT | 7,004.68 |
|     50101 · TOPPINGS | 5,190.73 |
|     50102 · CHEESE | 26,651.09 |
|     50103 · DAIRY | 169.39 |
|     50104 · SOFT DRINKS | 2,055.65 |
|     50105 · DOUGH | 9,322.73 |
|     50108 · WINGS | 4,332.85 |
|     50109 · OTHER | 944.16 |
|     50200 · PAPER COSTS | 9,346.32 |
|     51000 · Labor Cost | |
|       51100 · Labor - Asst Manager | 10,908.72 |
|       51101 · Labor - Crew | 33,517.02 |
|       51102 · Labor - Manager | 28,476.70 |
|     **Total 51000 · Labor Cost** | 72,902.44 |
|   **Total COGS** | 137,920.04 |
|   **Gross Profit** | 50,286.26 |
|   **Expense** | |
|     50128 · FUEL SURCHARGE(BLUE LINE) | 106.43 |
|     60130 · ADV - CAESAR FUND | 7,528.26 |
|     63300 · Insurance Expense | |
|       63360 · Worker's Compensation | 352.66 |
|       63300 · Insurance Expense - Other | 352.66 |
|     **Total 63300 · Insurance Expense** | 705.32 |
|     66000 · Payroll Expenses | |
|       66200 · Payroll Taxes FUTA | 147.71 |
|       66300 · Payroll Taxes - SUTA | 535.48 |
|       66400 · Payroll Taxes - FICA/Mediare | 5,644.70 |
|       66000 · Payroll Expenses - Other | 917.64 |
|     **Total 66000 · Payroll Expenses** | 7,245.53 |
|     66600 · Printing and Reproduction | 146.00 |
|     66700 · Professional Fees | 200.00 |
|     68500 · Uniforms | 0.00 |
|     71100 · STORE RENT | 18,261.14 |
|     71101 · RENT - CAM | 1,577.16 |
|     71102 · PROPERTY TAXES | 1,783.95 |
|     73100 · TELEPHONE | 1,146.01 |
|     73101 · ELECTRIC | 3,554.09 |

# LittleCaesars
## Profit And Loss
### October 31 through November 27, 2017

|  | TOTAL |
|---|---|
| 73102 · GAS | 2,761.98 |
| 73105 · TRASH | 762.59 |
| 74100 · REPAIS/MAIN. - BLG | 1,000.00 |
| 75100 · WORKER'S COMPENSATION | 963.82 |
| 75101 · ROYALTIES | 11,292.37 |
| 75103 · BANK SERVICE CHARGE | 5,231.40 |
| 75107 · INSURANCE (P & C) | 202.42 |
| 75111 · CONTRACT SERVICES | 2,231.24 |
| 75113 · AUTO/GAS REIMBURSEMENTS | 323.06 |
| 75114 · CASH (OVER)/SHORT | 2,406.49 |
| 75116 · SUPPLIES - CLEANING | 486.98 |
| 75117 · SUPPLIES - OPERATING | 101.97 |
| 62600 · Equipment Rental | 6,094.08 |
| **Total Expense** | 76,112.29 |
| **Net Ordinary Income** | -25,826.03 |
| **Net Income** | -25,826.03 |



| TAXPAYER NAME : MARYLAND PIZZA INC | TIN : xxxxx6929 |
|---|---|

## Deposit Confirmation

Your payment has been accepted.

## Payment Successful

An EFT acknowledgement number has been provided for this payment. Please keep this number for your records.

REMINDER: REMEMBER TO FILE ALL RETURNS WHEN DUE!

| EFT ACKNOWLEDGEMENT NUMBER: | 270773302816041 |
|---|---|

---

**PLEASE NOTE**

Any amounts represented in the subcategories of Social Security, Medicare, and Income Tax Withholding are for informational purposes only.

---

| Payment Information | Entered Data |
|---|---|
| Taxpayer EIN | xxxxx6929 |
| Tax Form | 941 Employers Federal Tax |
| Tax Type | Federal Tax Deposit |
| Tax Period | Q4/2017 |
| Payment Amount | $1,436.26 |
| Settlement Date | 11/29/2017 |
| Sub Categories | |
| 1 Social Security | $859.30 |
| 2 Medicare | $200.96 |
| 3 Tax Withholding | $376.00 |
| Account Number | xxxxxxxx8948 |
| Account Type | CHECKING |
| Routing Number | 061000052 |
| Bank Name | BANK OF AMERICA, N.A. |