# Maryland Sales And Use Tax Return

## Sales And Use Tax - Confirmation Page

Sales And Use Tax Return Created    Help
Confirmation # S278596635120536

| | | |
|---|---|---|
| Logon ID: | | mdpizza2013 |
| FEIN: | | Redacted 6929 |
| CRN: | | 15309525 |
| For The Period Ending: | | Oct 31, 2017 |
| Due Date*: | | 11/20/2017 |

| | | Sales / Rentals / Purchases | Tax / Interest |
|---|---|---|---|
| 1. | Gross Sales (excluding cents) | $ 45,736.00 | |
| 2. | Sales subject to (6%) rate | $ 45,736.61 | $ 2,744.20 |
| 3. | Car Rentals (11.5%) | $ 0.00 | $ 0.00 |
| 4. | Truck Rentals (8%) | $ 0.00 | $ 0.00 |
| 5. | Add Lines 3 and 4 and enter the total | | $ 0.00 |
| 6. | Sales of Alcoholic Beverages (9%) | $ 0.00 | $ 0.00 |
| 7. | Lines 2, 5 and 6 | | $ 2,744.20 |
| 8. | If Timely - Discount | | $ 32.93 |
| 9. | Subtract line 8 from line 7 | | $ 2,711.27 |
| 10. | Purchases ( 6%) | $ 0.00 | $ 0.00 |
| 11. | Purchases of Alcoholic Beverages (9%) | $ 0.00 | $ 0.00 |
| 12. | Total Taxes Due (Lines 9, 10 and 11) | | $ 2,711.27 |
| 13. | Refund Due | | $ 0.00 |
| 14. | Subtract line 13 from line 12 | | $ 2,711.27 |
| | Penalty at 10% of line 12 | $ 0.00 | |
| | Interest | $ 0.00 | |
| 15. | If Late - Penalty and Interest | | $ 0.00 |
| 16. | Sales and Use Tax Balance Due (Lines 14 and 15) | | $ 2,711.27 |
| 17a. | Prepaid Wireless E 9-1-1 Fee | $ 0.00 | |
| 17b. | Prepaid Wireless E 9-1-1 Discount | $ 0.00 | |
| 17c. | Prepaid Wireless E 9-1-1 Due | $ 0.00 | |
| 18. | Total Balance Due (Lines 16 and 17c) | | $ 2,711.27 |
| 19. | Amount Of Payment | | $ 2,711.27 |

| Electronic Payment Information: | |
|---|---|
| Date of Payment: * | 11/20/2017 |
| Routing Number: | 061000052 |
| Account Number: | ********1026 |
| Account Type: | checking |

Printing Done     Logoff

* If the Date Of Payment falls on a weekend or bank holiday then the transaction will take place on the next business day. If the Due Date falls on a Saturday or Sunday or holiday, the return is due the next business day and any returns processed on this 'next business day' will be considered timely.

TX1BFLAPP1

# Maryland Withholding Return

| | |
|---|---|
| **Withholding - Confirmation Page** | |
| Withholding Return Created | Help |
| **Confirmation # W078596387179670** | |
| Log On ID: | mdpizza2013 |
| FEIN: | Redacted6929 |
| CRN: | 15309525 |
| For The Period Ending: | Nov 30, 2017 |
| Due Date*: | 12/15/2017 |
| Maryland Income Tax Withheld: | $ 150.74 |
| Remitted Amount: | $ 150.74 |

Electronic Payment Information:

| | |
|---|---|
| Date of Payment: * | 12/15/2017 |
| Routing Number: | 061000052 |
| Account Number: | ********1026 |
| Account Type: | checking |

Printing Done    Logoff

\* If the Date Of Payment falls on a weekend or bank holiday then the transaction will take place on the next business day. If the Due Date falls on a Saturday or Sunday or holiday, the return is due the next business day and any returns processed on this 'next business day' will be considered timely.

TX1BFLAPP1

Case 17-03469-TOM7    Doc 195-4    Filed 01/10/18    Entered 01/10/18 10:25:45    Desc Volume(s) Part 5    Page 3 of 5



| TAXPAYER NAME : PG COUNTY PIZZA INC | TIN : xxxxx9302 |
|---|---|

## Deposit Confirmation

Your payment has been accepted.

### Payment Successful

An EFT acknowledgement number has been provided for this payment. Please keep this number for your records.

REMINDER: REMEMBER TO FILE ALL RETURNS WHEN DUE!

| EFT ACKNOWLEDGEMENT NUMBER: | 270773345456601 |
|---|---|

**PLEASE NOTE**

Any amounts represented in the subcategories of Social Security, Medicare, and Income Tax Withholding are for informational purposes only.

| Information | Entered Data |
|---|---|
| Taxpayer EIN | xxxxx9302 |
| Tax Form | 941 Employers Federal Tax |
| Tax Type | Federal Tax Deposit |
| Tax Period | Q4/2017 |
| Payment Amount | $6,394.07 |
| Settlement Date | 11/29/2017 |
| Sub Categories | |
| 1 Social Security | $3,803.70 |
| 2 Medicare | $889.62 |
| 3 Tax Withholding | $1,700.75 |
| Account Number | xxxxxxxx0506 |
| Account Type | CHECKING |
| Routing Number | 052001633 |
| Bank Name | BANK OF AMERICA, N.A. |

# Maryland Withholding Return

| Withholding - Confirmation Page | |
|---|---|
| Withholding Return Created    Help | |
| Confirmation # W178596687127812 | |
| Log On ID: | 2010lcpizza |
| FEIN: | Redacted9302 |
| CRN: | 14378061 |
| For The Period Ending: | Oct 31, 2017 |
| Due Date*: | 11/15/2017 |
| Maryland Income Tax Withheld: | $ 1,196.16 |
| Remitted Amount: | $ 1,196.16 |
| Electronic Payment Information: | |
| Date of Payment: * | 11/15/2017 |
| Routing Number: | 052001633 |
| Account Number: | ********8558 |
| Account Type: | checking |
| Printing Done    Logoff | |

\* If the Date Of Payment falls on a weekend or bank holiday then the transaction will take place on the next business day. If the Due Date falls on a Saturday or Sunday or holiday, the return is due the next business day and any returns processed on this 'next business day' will be considered timely.

TX1BFLAPP1