UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA - SOUTHERN DIVISION

In the Matter of:

Alabama Partners, LLC        }    **Case No: 17-03469-TOM11**
                             }
    DEBTOR(S).           }
                             }
                             }

**ORDER RESCHEDULING HEARING**

This matter came before the Court on Monday, January 08, 2018 10:30 AM, for a hearing on the following:

  1) RE: Doc #144; Motion for Relief from Stay filed by Charles Parnell, Attorney for US Bank Equipment Finance (as to member case Maryland LC Ventures LLC, 1703472)
  2) RE: Doc #145; Motion for Relief from Stay and to Deem Lease Rejected filed by Ellis Brazeal, Attorney for Silver Hill II, LLC
  3) RE: Doc #177; Application for Interim Compensation in the amount of $130,037.50 and Reimbursement of Expenses in the amount of $39,161.11 filed by Rumberger, Kirk & Caldwell, P.C., Attorneys for Debtor
  4) RE: Doc #186; Supplement to Application for Interim Compensation in the amount of $130,037.50 and Reimbursement of Expenses in the amount of $39,161.11 filed by Rumberger, Kirk & Caldwell, P.C., Attorneys for Debtor
  5) RE: Doc #191; Limited Objection of United States of America in behalf of the Internal Revenue Service to Application for Compensation filed by Rumberger Kirk & Caldwell PC
  6) RE: Doc #184; Bankruptcy Administrator's Statement of Review Regarding Application for Compensation and Reimbursement of Expenses filed by Rumberger, Kirk & Caldwell, P.C.

Proper notice of the hearing was given and appearances were made by the following:
  Jon A Dudeck (Bankruptcy Administrator)
  R. Scott Williams, attorney for Alabama Partners, LLC  (Debtor)
  Phillip Bohl, attorney for Little Caesar Enterprises - by phone
  Richard O'neal, Assistant U.S. Attorney appearing on behalf of the Internal Revenue Service
  Ellis Brazeal, attorney for Silver Hill II, LLC

**It is therefore ORDERED, ADJUDGED and DECREED that:**

  Based on arguments of counsel and the pleadings, these matters are continued to January 22, 2018 at 10:30 am in courtroom number 3 of the Robert S. Vance Federal Building, 1800 5th Avenue North, Birmingham, Alabama.

Dated: 01/10/2018                              /s/ TAMARA O. MITCHELL
                                                                                       TAMARA O. MITCHELL
                                                                                       United States Bankruptcy Judge