UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRCT OF ALABAMA

| | |
|---|---|
| HEARN SERVICES, INC.<br>d/b/a JOHNSON SERVICE COMPANY<br><br>Plaintiff<br><br>v.<br><br>ALABAMA PARTNERS, LLC, et al.,<br><br>Defendant | )<br>)<br>)<br>)<br>)<br>) Case No. 17-03469-TOM11<br>)<br>)<br>)<br>) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

HEARN SERVICES, INC., d/b/a JOHNSON SERVICE COMPANY

Date: 01/26/2018

*/s/ John C. Saylor*

John C. Saylor
SAY005
425 N. Court Street
Florence, Alabama 35630
john@johnsaylorlaw.com
(256) 764-4011
(256) 767-7484 fax