# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE : | ) | Chapter 11 |
| | ) | |
| ALABAMA PARTNERS, LLC, *et al.*, | ) | Case No. 17–03469-TOM11 |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |

## ORDER

This matter came before the Court on the Motion to Lift Stay in the case of Maryland Ventures, LLC [Dkt. No. 144] and the Motion Relief from Automatic Stay and To Deem Lease Rejected filed by Silver Hill II, LLC [Dkt. No. 145] (collectively, the "Motions"). Based upon the agreement of the parties, the Court hereby ORDERS as follows:

The Court ORDERS that unless the Debtor in the above-styled case files a motion to sell substantially all of the Maryland assets on or before February 6, 2018, the above-noted Motions shall be deemed granted without further notice or order of this Court.

DONE and so ORDERED this 2nd day of February, 2018.

/s/ Tamara O. Mitchell
UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, if any, are: Alabama Partners, LLC (7131); BamaChex, Inc. (6953); Maryland LC Ventures, LLC (6974); Maryland Pizza, Inc. (6929); PG County Partners LLC (2811); and PG County Pizza, Inc. (3902). The service address for each of the Debtors is P.O. Box 551267, Jacksonville, FL 32255.

This Order prepared at the Court's request by:

R. Scott Williams
RUMBERGER, KIRK & CALDWELL, P.C.
2001 Park Place North, Suite 1300
Birmingham, AL 35203
Phone: (205) 327-5550
Facsimile: (205) 326-6786
swilliams@rumberger.com
Attorney for Debtors

10866863.1