# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| In the Matter of: | ) | Bankruptcy Case # |
| **ALABAMA PARTNERS, LLC., et al.,** | ) | **17-03469-TOM-11** |
| Debtors[1] | ) | **(Jointly Administered)** |

## BANKRUPTCY ADMINISTRATOR'S MOTION TO CONVERT TO A CHAPTER 7 OR IN THE ALTERNATIVE MOTION TO DISMISS WITH A 180 DAY INJUNCTION ON REFILING

COMES NOW the Bankruptcy Administrator for the Northern District of Alabama and moves this Honorable Court for an order converting the above-styled case to a case under Chapter 7 or in the alternative an order dismissing the case with a 180 day injunction on refiling and in support thereof states as follows:

1. The debtor filed a voluntary petition for relief under Chapter 11 of Title 11 of the U.S. Bankruptcy Code on August 11, 2017, for six (6) different cases as specified in footnote numbered 1 below.

2. The six cases were "consolidated for procedural purposes only and shall be jointly administered by the Court" pursuant to this Court's Order Pursuant to Fed. R. Bankr. P 1015(b) Directing Joint Administration of Chapter 11 Cases entered on or about August 25, 2017 [Doc. #71].

3. The debtor is operating its businesses and managing its assets as debtor-in-possession pursuant to Sections 1107 and 1108 of the Bankruptcy Code. No trustee or examiner has been appointed in the debtor's bankruptcy case.

4. A Chapter 11 Operating Order was entered on August 17, 2017.

5. The debtor has failed to file copies of all bank statements for the month ending December 31, 2017, and January 31, 2018 as required by Paragraph F of the Chapter 11 Operating Order.

6. The debtor has failed to file monthly operating reports for the months ending December 31, 2017, and January 31, 2018, as required by Paragraphs F and L of the Chapter 11 Operating Order.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, if any, are: Alabama Partners, LLC (7131); BamaChex, Inc. (6953); Maryland LC Ventures, LLC (6974); Maryland Pizza, Inc. (6929); PG County Partners LLC (2811); and PG County Pizza, Inc.(3902). The service address for each of the Debtors is P.O. Box 551267, Jacksonville, FL 32255.

7. The Judicial Conference of the United States pursuant to 28 U.S.C. § 1930(a)(7) has authorized the assessment of quarterly fees in all Chapter 11 cases filed on or after April 1, 2002.

8. Fed. R. Bankr. P. 2015(a)(5) requires that a debtor-in-possession file with the Bankruptcy Court a statement of disbursements made during a calendar quarter, the amount of quarterly fees owed, and the amount of fees paid.

9. The Bankruptcy Administrator contends that a quarterly fee is required for *each* of the six cases.

10. The debtor has failed to file a statement of disbursements made during the calendar quarters ending September 30, 2017 and December 31, 2017, for each of the six cases.

11. The debtor's quarterly fee payments for the quarters ending September 30, 2017 and December 31, 2017 have not been paid, for each of the six cases.

12. On or about December 6, 2017 an Order Approving Motion to Extend Exclusivity [Doc. #172] was entered which extended the exclusivity period to February 7, 2018.

13. As of the date of this Motion, neither a plan and disclosure statement nor a report on the plan and disclosure statement have been filed.

14. The above demonstrates sufficient cause in accordance with Bankruptcy Code Section 1112 to convert or dismiss the case.

WHEREFORE, these premises considered, the Bankruptcy Administrator respectfully requests that this Court grant the Bankruptcy Administrator's Motion to Convert to a case under Chapter 7 or in the alternative enter an order dismissing the above-styled bankruptcy case with a 180-day injunction on filing another Chapter 11 petition.

Respectfully submitted this the 23rd day of February, 2018.

/s/ Jon A. Dudeck
**Jon A. Dudeck**
Assistant U.S. Bankruptcy Administrator

Robert S. Vance Federal Building
1800 Fifth Avenue, North
Birmingham, Alabama  35203
(205)714-3840

## CERTIFICATE OF SERVICE

This is to certify that on this the 23rd day of February, 2018, I have served a copy of the foregoing on the parties listed below by depositing the same in the United States Mail, postage prepaid and properly addressed, or if the party being served is a registered participant in the CM/ECF System for the United States Bankruptcy Court for the Northern District of Alabama, service has been made by a "Notice of Electronic Filing" pursuant to FRBP 9036 in accordance with subparagraph II.B.4 of the Court's Administrative Procedures.

R. Scott Williams (swilliams@rumberger.com)

/s/ Jon A. Dudeck
Jon A. Dudeck
Assistant U.S. Bankruptcy Administrator