**Van–021** [Notice] (Rev. 08/04)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| **In re:** | **Case No.** 17–03469–TOM11 |
| Alabama Partners, LLC | **Chapter** 11 |
| **EIN:** 26–3067131 | |

**Debtor(s)**

## NOTICE

Notice of Deficient Filing or Incorrect Event: PROBLEM: The filer, Jon Dudeck, Attorney for Bankruptcy Administrator, has filed a two–part motion and chose only one docket event when filing the Motion to Convert or in the alternative Motion to Dismiss with a 180 Day Injunction. SOLUTION: The filer, Jon Dudeck, Attorney for Bankruptcy Administrator, should docket a corrective entry and re–file the pleading and choose both docket events. If the filer does not complete the SOLUTION within two business days of this Notice, the Court may deny the requested relief, or the Clerk's Office may take no further action. (RE: related document(s)204 Motion to Convert Case to Chapter 7 filed by Bankruptcy Administrator Jon A Dudeck). (klt)

Dated:  February 26, 2018					By:

							Joseph E. Bulgarella, Clerk
							United States Bankruptcy Court

klt