# Notice Recipients

District/Off: 1126–2     User: ltumlin     Date Created: 2/26/2018
Case: 17–03469–TOM11     Form ID: van021     Total: 1

**Recipients of Notice of Electronic Filing:**
ba     Jon A Dudeck     jon_dudeck@alnba.uscourts.gov

TOTAL: 1