# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA - SOUTHERN DIVISION

| | | |
|---|---|---|
| In the Matter of: | | |
| Alabama Partners, LLC | } | Case No: 17-03469-TOM11 |
| | } | |
| DEBTOR(S). | } | |
| | } | |
| | } | |

## ORDER MOOTING

This matter came before the Court on Wednesday, February 21, 2018 01:30 PM, for a hearing on the following:

RE: Doc #170; Final Hearing on Debtor's Auction for the sale of the assets

Proper notice of the hearing was given and appearances were made by the following:

R. Scott Williams, attorney for Alabama Partners, LLC  (Debtor)

**It is therefore ORDERED, ADJUDGED and DECREED that:**

Based on the representation of Scott Williams, Attorney for the Debtor, this matter is deemed Moot.

Dated: 02/26/2018

/s/ TAMARA O. MITCHELL
TAMARA O. MITCHELL
United States Bankruptcy Judge