IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| ALABAMA PARTNERS, LLC, | ) | 17-03469-TOM |
| Debtor. | ) | |
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| BAMACHEX, INC., | ) | 17-03471-TOM |
| Debtor. | ) | |
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| MARYLAND LC VENTURES, LLC, | ) | 17-03472-TOM |
| Debtor. | ) | |
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| MARYLAND PIZZA, INC., | ) | 17-03473-TOM |
| Debtor. | ) | |
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| PG COUNTY PARTNERS, LLC, | ) | 17-03474-TOM |
| Debtor. | ) | |
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| PG COUNTY PIZZA, INC., | ) | 17-03475-TOM |
| Debtor. | ) | |

MOTION FOR RELIEF FROM AUTOMATIC STAY
OR IN THE ALTERNATIVE MOTION TO COMPEL DEBTOR TO ACCEPT OR REJECT

Now Comes the Movant, BANK OF THE OZARKS, a creditor herein, by its attorneys,

Chambless Math ❖ Carr, P.C. and for its Motion for Relief from the Automatic Stay or in the

alternative Motion to Compel Debtor to Accept or Reject, states as follows:

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. Section 1334, as referred

under 28 U.S.C. Section 157, and it constitutes a "core proceeding" within the meaning of the latter

statute. This Motion is made pursuant to Bankruptcy Rule 4001, and in conformity with Bankruptcy

Rule 9014.

2. The Debtor in this proceeding is MARYLAND LC VENTURES, LLC ("MARYLAND VENTURES "). MARYLAND VENTURES is one of six cases filed in this court on to-wit: August 11, 2017, which by prior order of this court are being jointly administered. The various cases have similar owners, are in similar business and are operated and managed by the same management team.

3. Maryland Ventures entered into an equipment finance agreement originally on August 12, 2013. The agreement between BANK OF THE OZARKS and MARYLAND VENTURES called for BANK OF THE OZARKS to finance a NEW LITTLE CAESARS FRANCHISE LOCATION, EQUIPMENT, FIXTURES, AND OTHER GOODS for MARYLAND VENTURES in order for MARYLAND VENTURES to open and operate a Little Caesars pizza restaurant location at 36 WATKINS PARK DRIVE, UPPER MARLBORO, MD 20774. A copy of the Equipment Finance Agreement and related documents are collectively attached hereto as Exhibit.

4. The terms of the Equipment Finance Agreement called for payment by MARYLAND VENTURES or the personal guarantors of said debt by making a down payment of $3,776.00 and 60 consecutive monthly payments of $3,724.34 each.

5. As of FEBRUARY 8, 2018, the payoff balance due on the account was $44,769.02 plus attorney's fees and costs. MARYLAND VENTURES is delinquent on said account for NOVEMBER 2017 - JANUARY 2018 payments in the amount of $11,533.02.

6. BANK OF THE OZARKS will suffer irreparable harm and injury if it is not allowed by this court to immediately take possession of its equipment to preserve and protect it, to prevent further depreciation or decline in value and to put the equipment in safe keeping.

WHEREFORE, THE PREMISES CONSIDERED, Movant prays that upon a final hearing of this motion, that the stay pursuant to 11 U.S.C. §362 be modified to permit it to foreclose its

security interest in the property referred to herein above or, in the alternative, to compel the Debtor to accept or reject the executory lease.

BANK OF THE OZARKS


By: /s/Leonard N. Math

Of Counsel:
Chambless Math ❖ Carr, P.C.
P.O. Box 230759
Montgomery, Alabama 36123-0759
334-272-2230
lmath@chambless-math.com

CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing instrument was served on all attorneys of record as set forth below on February 26, 2018.

x  by electronic notice


Robert H. Adams
Attorney at Law
2125 Morris Avenue
Birmingham AL 35203
radams@rumberger.com

x  by depositing a copy thereof in the United States mail postage prepaid on February 27, 2018.

Maryland LC Ventures, LLC
PO Box 551267
Jacksonville FL 32255

ATTACHED MAILING MATRIX

/s/ Leonard N. Math
Chambless Math ❖ Carr, P.C.

3

```
Label Matrix for local noticing          Customized Distribution, LLC          Maryland LC Ventures, LLC
1126-2                                    % Daniel Sparks                       PO Box 551267
Case 17-03472-TOM11                       Christian & Small LLP                 Jacksonville, FL 32255-1267
NORTHERN DISTRICT OF ALABAMA              1800 Financial Center
Birmingham                                505 North 20th Street
Tue Feb 20 15:22:08 CST 2018              Birmingham, AL 35203-4633

U. S. Bankruptcy Court                    Birmingham District Tax Office        Department of Revenue
Robert S. Vance Federal Building          P O Box 13156                         Jefferson County Courthouse
1800 5th Avenue North                     Birmingham  AL  35202-3156            Birmingham  AL  35263
Birmingham, AL 35203-2111


General Counsel                           (p)INTERNAL REVENUE SERVICE           Internal Revenue Service
State Department of                       CENTRALIZED INSOLVENCY OPERATIONS     P.O. Box 7346
Industrial Relations                      PO BOX 7346                           Philadelphia, PA  19101-7346
Montgomery  AL  36102                     PHILADELPHIA PA 19101-7346


Secretary of the Treasury                 State Department of Revenue           State of Alabama Dept of Revenue
1500 Pennsylvania Ave., NW                P O Box 1927                          P O Box 320001
Washington, DC 20220-0001                 Pelham AL 35124-5927                  Montgomery  AL 36132-0001


U.S. Bank, N.A. d/b/a U.S. Bank Equipment Fi    U.S. Securities and Exchange Commission    UniFi Equipment Finance
1310 Madrid Street                        Branch of Reorganization              3893 Research Park Drive
Marshall, MN 56258-4099                   950 East Paces Ferry Road Ste 900     Ann Arbor, MI 48108-2217
                                          Atlanta, GA 30326-1382


United States Attorney                    United States Bankruptcy Administrator   Frederick Darrell Clarke III
Northern District of Alabama              Northern District of Alabama          Rumberger, Kirk & Caldwell
1801 Fourth Avenue North                  1800 Fifth Avenue North               2001 Park Place North
Birmingham, AL 35203-2101                 Birmingham, AL 35203-2111             Suite 1300
                                                                                Birmingham, AL 35203-2735


R. Scott Williams                         Robert H Adams
Rumberger, Kirk & Caldwell, P.C.          Rumberger, Kirk & Caldwell, P.C.
2001 Park Place North                     2001 Park Place North
Suite 1300                                Suite 1300
Birmingham, AL 35203-2700                 Birmingham, AL 35203-2735



            The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
            by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Internal Revenue Service                  (d)Internal Revenue Service           End of Label Matrix
801 Tom Martin Dr                         P O Box 21126                         Mailable recipients   19
Birmingham AL 35211                       Philadelphia PA 19114                 Bypassed recipients    0
                                                                                Total                 19
```