# AFFIDAVIT IN SUPPORT OF MOTION TO COMPEL

STATE OF FLORIDA
COUNTY OF MANATEE

Before me, the undersigned authority for said state and county, personally appeared the undersigned, who, after being first duly sworn did depose and say on oath as follows:

1. My name is Junie A Benson and I am over the age of 19 years and give this affidavit based upon my knowledge of the facts. I am employed by Bank of the Ozarks and I am familiar with the books and records. I have personally reviewed the account of MARYLAND LC VENTURES LLC prior to my giving this affidavit.

2. On the date shown thereon, the Debtor executed a Lease to the company and became indebted thereon according to the terms and conditions thereof. A true and correct copy of the lease documents are attached to the Motion as an Exhibit. The Lease called for 60 payments of $3,724.34 per month.

3. The Debtor pledged <u>EQUIPMENT, FIXTURES AND OTHER GOODS OF A NEW LITTLE CAESARS FRANCHISE LOCATED AT 36 WATKINS PARK DRIVE, UPPER MARLBORO, MARYLAND 20774</u> to secure payment of said lease.

4. The debtor was in default of pre-petition payments as of the date of filing as follows:

What Months: None

Pre-petition Delinquent Amount as of date of filing: $0.00

5. The debtor is in default of post-petition contractual payments as of the date of this affidavit as follows:

What Months: 11/17, 12/17, 1/18

Post-petition Delinquent Amount as of date of affidavit: $ 11,533.02

6. The approximate value of the property is $106,671.48. The payoff of this debt is $44,769.02 as of : 2/8/18. The date the last payment was received on this account was 11/12/17 which paid the 10/12/17 payment.

_____
Junie A. Benson, Vice President

Subscribed and sworn to before me on

February 9th, 2018.

_____
Notary Public

My Commission Expires: