# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| IN RE: | ) | |
|   MARYLAND LC VENTURES, LLC | ) | |
| | ) | |
| | ) | CASE NO. 17-03472-TOM-11 |
|     Debtor(s). | ) | |
| | ) | |
| BANK OF THE OZARKS | ) | |

### FACT SUMMARY FOR MOTIONS FOR RELIEF FROM AUTOMATIC STAY

Type of Loan\Credit Transaction: INSTALLMENT    Date of Loan\Credit Transaction:

Type of Collateral: EQUIPMENT, FIXTURES, AND    Monthly Payment: $3,724.34
OTHER GOODS OF A NEW LITTLE CAESARS
FRANCHISE LOCATED AT 36 WATKINS PARK DRIVE,
UPPER MARLBORO, MARYLAND 20774

Amount Financed: N/A    INT RATE\APR: N/A

Term of Loan: 60

Payoff: $44,769.02    as of : 02/08/2018

Value of Collateral: $106,671.48    as of: FEBRUARY 2018

Address of Real Property:

Delinquent Pre-Petition Payments:    What Months: N/A
    Amount: N/A
    Pre Petition Claim Filed: N
    Date Claim Filed: N/A  Claim No.

Number of Months Pre Petition Default in Plan:

Delinquent Post Petition Payments:    What Months: 11/2017 - 01/2018 (AS OF 02/09/2018)
    Amount of mortgage payments:
    Late Charges:
    Court Costs/ Attorneys Fees:
    Total Amount Due: $11,533.02
    Post Petition Claim Filed: N
    Date Claim Filed: N/A  Claim No.

Number of Post Petition Payments Received: N/A
Number of Post Petition Payments Held, not applied: 0
Number of Post Petition Payments Returned Uncredited: 0

Lease Expiration Date: N/A
Lease Termination Date: N/A

Insurer of Collateral: UNKNOWN
Term of Insurance : UNKNOWN

Prior Stay Orders, Prior Cases:  . If yes, give cases numbers and dates of orders:

Debtor's Statement of Intent: UNKNOWN

DATED:  February 26, 2018
SIGNED: s/ Leonard N. Math