# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| **In re:** <br> Alabama Partners, LLC <br> **EIN:** 26−3067131 <br><br> **Debtor(s)** | **Case No.** 17−03469−TOM11 <br> **Chapter** 11 |

## NOTICE OF FINAL HEARING

Notice is hereby given that **Leonard Math, Attorney for Bank of the Ozarks** filed a **Motion for Relief from Automatic Stay or in the alternative Motion to Compel Debtor to Accept or Reject** in the above−styled case. The preliminary hearing shall be consolidated with the final evidentiary hearing and parties are to be prepared for trial.

The final hearing will be held to consider and act upon said Motion.

**Date:** Monday, March 12, 2018     **Time:** 10:30 AM

**Location:** Robert S. Vance Federal Bldg, 1800 5th Ave No, Courtroom 3, Birmingham, AL 35203

Attendance is not required if a settlement has been reached as approved by all parties and filed with the Court by an attorney prior to the hearing date.

Dated:  February 27, 2018       By:

Joseph E. Bulgarella, Clerk
United States Bankruptcy Court

klt