In re:                                                          Case No. 17-03469-TOM
Alabama Partners, LLC                                           Chapter 11
          Debtor

# CERTIFICATE OF NOTICE

District/off: 1126-2        User: ltumlin         Page 1 of 2         Date Rcvd: Feb 26, 2018
                           Form ID: pdf000        Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 28, 2018.
db          +Alabama Partners, LLC,   PO Box 551267,   Jacksonville, FL 32255-1267
aty         +Leah Fiorenza McNeill,   Bryan Cave LLP,   1201 W Peachtree St NW 14tyh Floor,
             Atlanta, GA 30309-3449
aty          M. Evan Meyers,   Meyers Rodbell & Rosenbaum PA,   6801 Kenilworth Ave Ste 400,
             Riverdale, MD 20737-1385
aty         +Mark I. Duedall,   Bryan Cave LLP,   1201 W Peachtree St NW 14tyh Floor,
             Atlanta, GA 30309-3449
br          +Advanced Restaurant Sales,   111 Village Parkway Bldg #2,   Marietta, GA 30067-4013
cr          +Bank of the Ozarks,   Attn. Leasing Division,   12915 Cantrell Rd,   Little Rock, AR 72223-1701
cr          +City of Jasper,   c/o Russell B. Robertson, Esq.,   P.O. Box 498,   Jasper, AL 35502-0498,
             UNITED STATES 35502-0498
cr          +Customized Distribution, LLC,   % Daniel Sparks,   Christian & Small LLP,
             1800 Financial Center,   505 North 20th Street,   Birmingham, AL 35203-4633
cr           Prince George's County, Maryland,   c/o M. Evan Meyers,   6801 Kenilworth Ave Ste 400,
             Riverdale, MD 20737-1385
cr          +Silver Hill II LLC,   c/o Ellis Brazeal Jones Walker,   1819 5th Avenue North,   Suite 1100,
             Birmingham, AL 35203-2122
cr           US Bank Equipment Finance,   c/o Parnell & Parnell, P.A.,   P.O. Box 2189,
             Montgomery, AL  36102-2189

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg         +E-mail/Text: bnc_notices_southern@alnba.uscourts.gov Feb 27 2018 02:01:29      Thomas Corbett,
             BA Birmingham,   1800 5th Avenue North,   Birmingham, AL 35203-2111
cr          +E-mail/Text: cstewart@Burr.com Feb 27 2018 02:02:43      Checkers Drive-In Restaurants, Inc.,
             c/o Burr & Forman LLP,   Derek Meek,   420 N 20th St, Ste 3400,   Birmingham, AL 35203-5210
cr          +E-mail/Text: cio.bncmail@irs.gov Feb 27 2018 02:00:24
             Insolvency Section Internal Revenue Service,   801 Broadway,   MDP 146, Room 285,
             Nashville, TN 37203-3816
ba          +E-mail/Text: bnc_notices_southern@alnba.uscourts.gov Feb 27 2018 02:01:29      J. Thomas Corbett,
             Bankruptcy Administrator,   1800 5th Avenue North,   Birmingham, AL 35203-2111
cr          +E-mail/PDF: acg.acg.ebn@americaninfosource.com Feb 27 2018 02:08:16      NCEP, LLC Department,
             Ascension Capital Group,   P.O. Box 165028,   Irving, TX 75016-5028
                                                                          TOTAL: 5

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           Johnson Service Comp Johnson Service Johnson Servi,   2812 Ruffner Road,   Birmingham
                                                              TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2018                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 26, 2018 at the address(es) listed below:
          Abigail M. McGibbon    on behalf of Interested Party   Little Caesar Enterprises, Inc.
           abigail.mcgibbon@gpmlaw.com
          Charles N Parnell    on behalf of Creditor   US Bank Equipment Finance bkrp@parnellsoutheast.com
          Clyde Ellis Brazeal, III    on behalf of Creditor   Silver Hill II LLC ebrazeal@joneswalker.com,
           dshannon@joneswalker.com
          Daniel D Sparks    on behalf of Creditor   Customized Distribution, LLC ddsparks@csattorneys.com,
           dan-sparks-9722@ecf.pacerpro.com
          Derek F Meek    on behalf of Creditor   Checkers Drive-In Restaurants, Inc. dmeek@burr.com,
           mgunnells@burr.com
          Frederick Darrell Clarke, III    on behalf of Debtor   PG County Pizza, Inc. fclarke@rumberger.com,
           mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Frederick Darrell Clarke, III   on behalf of Debtor   Maryland Pizza, Inc. fclarke@rumberger.com, mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com

Frederick Darrell Clarke, III   on behalf of Debtor   PG County Partners, LLC fclarke@rumberger.com, mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com

Frederick Darrell Clarke, III   on behalf of Debtor   BamaChex, Inc. fclarke@rumberger.com, mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com

Frederick Darrell Clarke, III   on behalf of Debtor   Alabama Partners, LLC fclarke@rumberger.com, mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com

Frederick Darrell Clarke, III   on behalf of Debtor   Maryland LC Ventures, LLC fclarke@rumberger.com, mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com

James Phillip Roberts   on behalf of Creditor   Checkers Drive-In Restaurants, Inc. jroberts@burr.com

Jeffery J Hartley   on behalf of Interested Party   R&F Birmingham, LLC jjh@helmsinglaw.com, ktm@helmsinglaw.com;dwc@helmsinglaw.com

John Christian Saylor   on behalf of Creditor Johnson Service Comp Johnson Service Johnson Service Company john@johnsaylorlaw.com,  asst@johnsaylorlaw.com

Jon A Dudeck   jon_dudeck@alnba.uscourts.gov,  courtmailbir7@alnba.uscourts.gov

Joseph D. Frank   on behalf of Creditor   Bottling Group, LLC and its affiliates and subsidiaries, operating as Pepsi Beverages Company jfrank@fgllp.com, ccarpenter@fgllp.com;rheiligman@fgllp.com;jkleinman@fgllp.com

Julian  Vasek   on behalf of Interested Party Wazir  Kaisani jvasek@haywardfirm.com

Julian  Vasek   on behalf of Interested Party Pervez  Kaisani jvasek@haywardfirm.com

Julian  Vasek   on behalf of Interested Party Iqbar  Kaisani jvasek@haywardfirm.com

Kelley Askew Gillikin   on behalf of Creditor   ALA DEPT OF REVENUE LEGAL DIVISION P O BOX 320001 MONTGOMERY, AL  36132-0001 kelley.gillikin@revenue.alabama.gov

Leonard N Math   on behalf of Creditor   BANK OF THE OZARKS noticesnd@chambless-math.com

Leonard N Math   on behalf of Creditor   Bank of the Ozarks noticesnd@chambless-math.com

Melissa S. Hayward   on behalf of Interested Party Pervez  Kaisani mhayward@haywardfirm.com ,  mholmes@haywardfirm.com

Melissa S. Hayward   on behalf of Interested Party Wazir  Kaisani mhayward@haywardfirm.com ,  mholmes@haywardfirm.com

Melissa S. Hayward   on behalf of Interested Party Iqbar  Kaisani mhayward@haywardfirm.com ,  mholmes@haywardfirm.com

Phillip W. Bohl   on behalf of Interested Party   Little Caesar Enterprises, Inc. phillip.bohl@gpmlaw.com

R. Scott Williams   on behalf of Debtor   Maryland Pizza, Inc. swilliams@rumberger.com, docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumberger.com

R. Scott Williams   on behalf of Debtor   PG County Pizza, Inc. swilliams@rumberger.com, docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumberger.com

R. Scott Williams   on behalf of Debtor   Alabama Partners, LLC swilliams@rumberger.com, docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumberger.com

R. Scott Williams   on behalf of Debtor   PG County Partners, LLC swilliams@rumberger.com, docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumberger.com

R. Scott Williams   on behalf of Debtor   Maryland LC Ventures, LLC swilliams@rumberger.com, docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumberger.com

R. Scott Williams   on behalf of Debtor   BamaChex, Inc. swilliams@rumberger.com, docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumberger.com

Richard E. O'Neal   on behalf of Creditor Insolvency Section  Internal Revenue Service USAALN.BANKRUPTCY@usdoj.gov

Robert H Adams   on behalf of Debtor   Maryland LC Ventures, LLC radams@rumberger.com, mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberger.com

Robert H Adams   on behalf of Debtor   PG County Partners, LLC radams@rumberger.com, mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberger.com

Robert H Adams   on behalf of Debtor   BamaChex, Inc. radams@rumberger.com, mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberger.com

Robert H Adams   on behalf of Debtor   PG County Pizza, Inc. radams@rumberger.com, mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberger.com

Robert H Adams   on behalf of Debtor   Alabama Partners, LLC radams@rumberger.com, mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberger.com

Robert H Adams   on behalf of Debtor   Maryland Pizza, Inc. radams@rumberger.com, mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberger.com

Russell B Robertson   on behalf of Creditor   City of Jasper rbr@lairdandrobertson.com

Samuel Carlton Pierce   on behalf of Debtor   BamaChex, Inc. scpierce@bakerdonelson.com

TOTAL: 41

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA - SOUTHERN DIVISION

**In the Matter of:**

Alabama Partners, LLC          }      **Case No: 17-03469-TOM11**

                                 }

      DEBTOR(S).              }

                                 }

                                 }

## ORDER MOOTING

This matter came before the Court on Wednesday, February 21, 2018 01:30 PM, for a hearing on the following:

     RE: Doc #170; Final Hearing on Debtor's Auction for the sale of the assets

Proper notice of the hearing was given and appearances were made by the following:

     R. Scott Williams, attorney for Alabama Partners, LLC   (Debtor)


**It is therefore ORDERED, ADJUDGED and DECREED that:**


     Based on the representation of Scott Williams, Attorney for the Debtor, this matter is deemed Moot.

Dated: 02/26/2018                               /s/ TAMARA O. MITCHELL

                                                  TAMARA O. MITCHELL

                                                  United States Bankruptcy Judge