In re:                                                              Case No. 17-03469-TOM
Alabama Partners, LLC                                               Chapter 11
          Debtor

# CERTIFICATE OF NOTICE

District/off: 1126-2          User: ltumlin          Page 1 of 2          Date Rcvd: Feb 27, 2018
                              Form ID: van014        Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 01, 2018.
```
db           +Alabama Partners, LLC,    PO Box 551267,    Jacksonville, FL 32255-1267
aty          +Leah Fiorenza McNeill,    Bryan Cave LLP,    1201 W Peachtree St NW 14tyh Floor,
              Atlanta, GA 30309-3449
aty           M. Evan Meyers,    Meyers Rodbell & Rosenbaum PA,    6801 Kenilworth Ave Ste 400,
              Riverdale, MD  20737-1385
aty          +Mark I. Duedall,    Bryan Cave LLP,    1201 W Peachtree St NW 14tyh Floor,
              Atlanta, GA 30309-3449
br           +Advanced Restaurant Sales,    111 Village Parkway Bldg #2,    Marietta, GA 30067-4013
cr           +Bank of the Ozarks,    Attn. Leasing Division,    12915 Cantrell Rd,    Little Rock, AR 72223-1701
cr           +City of Jasper,    c/o Russell B. Robertson, Esq.,    P.O. Box 498,    Jasper, AL  35502-0498,
              UNITED STATES 35502-0498
cr           +Customized Distribution, LLC,    % Daniel Sparks,    Christian & Small LLP,
              1800 Financial Center,    505 North 20th Street,    Birmingham, AL 35203-4633
cr            Prince George's County, Maryland,    c/o M. Evan Meyers,    6801 Kenilworth Ave Ste 400,
              Riverdale, MD  20737-1385
cr           +Silver Hill II LLC,    c/o Ellis Brazeal Jones Walker,    1819 5th Avenue North,    Suite 1100,
              Birmingham, AL 35203-2122
cr            US Bank Equipment Finance,    c/o Parnell & Parnell, P.A.,    P.O. Box 2189,
              Montgomery, AL  36102-2189

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr           +E-mail/Text: cstewart@Burr.com Feb 28 2018 02:17:37     Checkers Drive-In Restaurants, Inc.,
              c/o Burr & Forman LLP,    Derek Meek,    420 N 20th St, Ste 3400,    Birmingham, AL 35203-5210
cr           +E-mail/Text: cio.bncmail@irs.gov Feb 28 2018 02:15:36
              Insolvency Section Internal Revenue Service,    801 Broadway,    MDP 146, Room 285,
              Nashville, TN 37203-3816
ba           +E-mail/Text: bnc_notices_southern@alnba.uscourts.gov Feb 28 2018 02:16:32     J. Thomas Corbett,
              Bankruptcy Administrator,    1800 5th Avenue North,    Birmingham, AL 35203-2111
cr           +E-mail/PDF: acg.acg.ebn@americaninfosource.com Feb 28 2018 02:23:12     NCEP, LLC Department,
              Ascension Capital Group,    P.O. Box 165028,    Irving, TX 75016-5028
                                                                           TOTAL: 4

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            Johnson Service Comp Johnson Service Johnson Servi,    2812 Ruffner Road,    Birmingham
                                                                      TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2018                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 27, 2018 at the address(es) listed below:
```
            Abigail M. McGibbon   on behalf of Interested Party   Little Caesar Enterprises, Inc.
            abigail.mcgibbon@gpmlaw.com
            Charles N Parnell   on behalf of Creditor   US Bank Equipment Finance bkrp@parnellsoutheast.com
            Clyde Ellis Brazeal, III   on behalf of Creditor   Silver Hill II LLC ebrazeal@joneswalker.com,
            dshannon@joneswalker.com
            Daniel D Sparks   on behalf of Creditor   Customized Distribution, LLC ddsparks@csattorneys.com,
            dan-sparks-9722@ecf.pacerpro.com
            Derek F Meek   on behalf of Creditor   Checkers Drive-In Restaurants, Inc. dmeek@burr.com,
            mgunnells@burr.com
            Frederick Darrell Clarke, III   on behalf of Debtor   PG County Pizza, Inc. fclarke@rumberger.com,
            mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
            Frederick Darrell Clarke, III   on behalf of Debtor   Maryland Pizza, Inc. fclarke@rumberger.com,
            mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

    Frederick Darrell Clarke, III    on behalf of Debtor    PG County Partners, LLC
    fclarke@rumberger.com,
    mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
    Frederick Darrell Clarke, III    on behalf of Debtor    BamaChex, Inc. fclarke@rumberger.com,
    mbarnette@rumberger.com;Docketingorlando@rumberger.com
    Frederick Darrell Clarke, III    on behalf of Debtor    Alabama Partners, LLC fclarke@rumberger.com,
    mbarnette@rumberger.com;Docketingorlando@rumberger.com
    Frederick Darrell Clarke, III    on behalf of Debtor    Maryland LC Ventures, LLC
    fclarke@rumberger.com,
    mbarnette@rumberger.com;Docketingorlando@rumberger.com
    James Phillip Hartley    on behalf of Creditor    Checkers Drive-In Restaurants, Inc.
    jroberts@burr.com
    Jeffery J Hartley    on behalf of Interested Party    R&F Birmingham, LLC jjh@helmsinglaw.com,
    ktm@helmsinglaw.com;dwc@helmsinglaw.com
    John Christian Saylor    on behalf of Creditor Johnson Service Comp Johnson Service Johnson
    Service Company john@johnsaylorlaw.com,  asst@johnsaylorlaw.com
    Jon A Dudeck    jon_dudeck@alnba.uscourts.gov,  courtmailbir7@alnba.uscourts.gov
    Joseph D. Frank    on behalf of Creditor    Bottling Group, LLC and its affiliates and subsidiaries,
    operating as Pepsi Beverages Company jfrank@fgllp.com,
    ccarpenter@fgllp.com;kheiligman@fgllp.com;jkleinman@fgllp.com
    Julian  Vasek    on behalf of Interested Party Wazir  Kaisani jvasek@haywardfirm.com
    Julian  Vasek    on behalf of Interested Party Pervez  Kaisani jvasek@haywardfirm.com
    Julian  Vasek    on behalf of Interested Party Iqbar  Kaisani jvasek@haywardfirm.com
    Kelley Askew Gillikin    on behalf of Creditor    ALA DEPT OF REVENUE LEGAL DIVISION P O BOX 320001
    MONTGOMERY, AL  36132-0001 kelley.gillikin@revenue.alabama.gov
    Leonard N Math    on behalf of Creditor    BANK OF THE OZARKS noticesnd@chambless-math.com
    Leonard N Math    on behalf of Creditor    Bank of the Ozarks noticesnd@chambless-math.com
    Melissa S. Hayward    on behalf of Interested Party Pervez  Kaisani mhayward@haywardfirm.com
    , mholmes@haywardfirm.com
    Melissa S. Hayward    on behalf of Interested Party Wazir  Kaisani mhayward@haywardfirm.com
    , mholmes@haywardfirm.com
    Melissa S. Hayward    on behalf of Interested Party Iqbar  Kaisani mhayward@haywardfirm.com
    , mholmes@haywardfirm.com
    Phillip W. Bohl    on behalf of Interested Party    Little Caesar Enterprises, Inc.
    phillip.bohl@gpmlaw.com
    R. Scott Williams    on behalf of Debtor    Maryland Pizza, Inc. swilliams@rumberger.com,
    docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumber
    ger.com
    R. Scott Williams    on behalf of Debtor    PG County Pizza, Inc. swilliams@rumberger.com,
    docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumber
    ger.com
    R. Scott Williams    on behalf of Debtor    Alabama Partners, LLC swilliams@rumberger.com,
    docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumber
    ger.com
    R. Scott Williams    on behalf of Debtor    PG County Partners, LLC swilliams@rumberger.com,
    docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumber
    ger.com
    R. Scott Williams    on behalf of Debtor    Maryland LC Ventures, LLC swilliams@rumberger.com,
    docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumber
    ger.com
    R. Scott Williams    on behalf of Debtor    BamaChex, Inc. swilliams@rumberger.com,
    docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumber
    ger.com
    Richard E. O'Neal    on behalf of Creditor Insolvency Section  Internal Revenue Service
    USAALN.BANKRUPTCY@usdoj.gov
    Robert H Adams    on behalf of Debtor    Maryland LC Ventures, LLC radams@rumberger.com,
    mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberg
    er.com
    Robert H Adams    on behalf of Debtor    PG County Partners, LLC radams@rumberger.com,
    mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberg
    er.com
    Robert H Adams    on behalf of Debtor    BamaChex, Inc. radams@rumberger.com,
    mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberg
    er.com
    Robert H Adams    on behalf of Debtor    PG County Pizza, Inc. radams@rumberger.com,
    mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberg
    er.com
    Robert H Adams    on behalf of Debtor    Alabama Partners, LLC radams@rumberger.com,
    mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberg
    er.com
    Robert H Adams    on behalf of Debtor    Maryland Pizza, Inc. radams@rumberger.com,
    mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberg
    er.com
    Russell B Robertson    on behalf of Creditor    City of Jasper rbr@lairdandrobertson.com
    Samuel Carlton Pierce    on behalf of Debtor    BamaChex, Inc. scpierce@bakerdonelson.com
                                                           TOTAL: 41

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA, SOUTHERN DIVISION

**In re:**
Alabama Partners, LLC

**EIN:** 26–3067131

**Case No.** 17–03469–TOM11
**Chapter** 11

**Debtor(s)**

## NOTICE OF FINAL HEARING

Notice is hereby given that **Leonard Math, Attorney for Bank of the Ozarks** filed a **Motion for Relief from Automatic Stay or in the alternative Motion to Compel Debtor to Accept or Reject** in the above–styled case. The preliminary hearing shall be consolidated with the final evidentiary hearing and parties are to be prepared for trial.

The final hearing will be held to consider and act upon said Motion.

**Date: Monday, March 12, 2018**          **Time: 10:30 AM**

**Location: Robert S. Vance Federal Bldg, 1800 5th Ave No, Courtroom 3, Birmingham, AL 35203**
Attendance is not required if a settlement has been reached as approved by all parties and filed with the Court by an attorney prior to the hearing date.

Dated: February 27, 2018                    By:

                                       Joseph E. Bulgarella, Clerk
                                       United States Bankruptcy Court

klt