## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA - SOUTHERN DIVISION

**In the Matter of:**

Alabama Partners, LLC          }          **Case No: 17-03469-TOM11**

                         }

    DEBTOR(S).          }

                         }

                         }

### ORDER GRANTING

This matter was scheduled for a hearing on Monday, March 12, 2018 10:30 AM on the following:

    RE: Doc #209; Motion for Relief from Stay, or in the alternative, Motion to Compel Debtor to Accept or Reject filed by Leonard Math, Attorney for Bank of the Ozarks

**It is hereby ORDERED, ADJUDGED and DECREED that:**

    Based on agreement of the parties, the Motion is Granted Without Objection.

Dated: 03/08/2018

                                     /s/ TAMARA O. MITCHELL

                                     TAMARA O. MITCHELL

                                     United States Bankruptcy Judge