```
                          United States Bankruptcy Court
                          Northern District of Alabama
```

In re:                                                          Case No. 17-03469-TOM
Alabama Partners, LLC                                           Chapter 11
        Debtor                **CERTIFICATE OF NOTICE**

District/off: 1126-2          User: ltumlin              Page 1 of 2            Date Rcvd: Mar 08, 2018
                              Form ID: pdfsty            Total Noticed: 16

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 10, 2018.
db             +Alabama Partners, LLC,    PO Box 551267,    Jacksonville, FL 32255-1267
aty            +Leah Fiorenza McNeill,    Bryan Cave LLP,    1201 W Peachtree St NW 14tyh Floor,
                 Atlanta, GA 30309-3449
aty             M. Evan Meyers,   Meyers Rodbell & Rosenbaum PA,    6801 Kenilworth Ave Ste 400,
                 Riverdale, MD 20737-1385
aty            +Mark I. Duedall,    Bryan Cave LLP,   1201 W Peachtree St NW 14tyh Floor,
                 Atlanta, GA 30309-3449
br             +Advanced Restaurant Sales,    111 Village Parkway Bldg #2,    Marietta, GA 30067-4013
cr             +Bank of the Ozarks,    Attn. Leasing Division,    12915 Cantrell Rd,   Little Rock, AR 72223-1701
cr             +City of Jasper,    c/o Russell B. Robertson, Esq.,    P.O. Box 498,   Jasper, AL  35502-0498,
                 UNITED STATES 35502-0498
cr             +Customized Distribution, LLC,    % Daniel Sparks,    Christian & Small LLP,
                 1800 Financial Center,    505 North 20th Street,   Birmingham, AL 35203-4633
cr              Prince George's County, Maryland,    c/o M. Evan Meyers,    6801 Kenilworth Ave Ste 400,
                 Riverdale, MD 20737-1385
cr             +Silver Hill II LLC,    c/o Ellis Brazeal Jones Walker,    1819 5th Avenue North,   Suite 1100,
                 Birmingham, AL 35203-2122
cr              US Bank Equipment Finance,    c/o Parnell & Parnell, P.A.,    P.O. Box 2189,
                 Montgomery, AL 36102-2189
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            +E-mail/Text: bnc_notices_southern@alnba.uscourts.gov Mar 09 2018 01:41:19     Thomas Corbett,
                 BA Birmingham,   1800 5th Avenue North,    Birmingham, AL 35203-2111
cr             +E-mail/Text: cstewart@Burr.com Mar 09 2018 01:42:26     Checkers Drive-In Restaurants, Inc.,
                 c/o Burr & Forman LLP,    Derek Meek,   420 N 20th St, Ste 3400,    Birmingham, AL 35203-5210
cr             +E-mail/Text: cio.bncmail@irs.gov Mar 09 2018 01:40:06
                 Insolvency Section Internal Revenue Service,    801 Broadway,   MDP 146, Room 285,
                 Nashville, TN 37203-3816
ba             +E-mail/Text: bnc_notices_southern@alnba.uscourts.gov Mar 09 2018 01:41:20     J. Thomas Corbett,
                 Bankruptcy Administrator,    1800 5th Avenue North,   Birmingham, AL 35203-2111
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Mar 09 2018 01:50:26     NCEP, LLC Department,
                 Ascension Capital Group,   P.O. Box 165028,    Irving, TX 75016-5028
                                                                                              TOTAL: 5

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Johnson Service Comp Johnson Service Johnson Servi,    2812 Ruffner Road,   Birmingham
                                                                                            TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 10, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 8, 2018 at the address(es) listed below:
              Abigail M. McGibbon    on behalf of Interested Party    Little Caesar Enterprises, Inc.
               abigail.mcgibbon@gpmlaw.com
              Charles N Parnell    on behalf of Creditor    US Bank Equipment Finance bkrp@parnellsoutheast.com
              Clyde Ellis Brazeal, III    on behalf of Creditor    Silver Hill II LLC ebrazeal@joneswalker.com,
               dshannon@joneswalker.com
              Daniel D Sparks    on behalf of Creditor    Customized Distribution, LLC ddsparks@csattorneys.com,
               dan-sparks-9722@ecf.pacerpro.com
              Derek F Meek    on behalf of Creditor    Checkers Drive-In Restaurants, Inc. dmeek@burr.com,
               mgunnells@burr.com
              Frederick Darrell Clarke, III    on behalf of Debtor    PG County Pizza, Inc. fclarke@rumberger.com,
               mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
Frederick Darrell Clarke, III   on behalf of Debtor    Maryland Pizza, Inc. fclarke@rumberger.com,
 mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
Frederick Darrell Clarke, III   on behalf of Debtor    PG County Partners, LLC
 fclarke@rumberger.com,
 mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
Frederick Darrell Clarke, III   on behalf of Debtor    BamaChex, Inc. fclarke@rumberger.com,
 mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
Frederick Darrell Clarke, III   on behalf of Debtor    Alabama Partners, LLC fclarke@rumberger.com,
 mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
Frederick Darrell Clarke, III   on behalf of Debtor    Maryland LC Ventures, LLC
 fclarke@rumberger.com,
 mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
James Phillip Roberts    on behalf of Creditor    Checkers Drive-In Restaurants, Inc.
 jroberts@burr.com
Jeffery J Hartley    on behalf of Interested Party    R&F Birmingham, LLC jjh@helmsinglaw.com,
 ktm@helmsinglaw.com;dwc@helmsinglaw.com
John Christian Saylor    on behalf of Creditor Johnson Service Comp Johnson Service Johnson
 Service Company john@johnsaylorlaw.com,  asst@johnsaylorlaw.com
Jon A Dudeck    jon_dudeck@alnba.uscourts.gov,  courtmailbir7@alnba.uscourts.gov
Joseph D. Frank    on behalf of Creditor    Bottling Group, LLC and its affiliates and subsidiaries,
 operating as Pepsi Beverages Company jfrank@fgllp.com,
 ccarpenter@fgllp.com;rheiligman@fgllp.com;jkleinman@fgllp.com
Julian   Vasek    on behalf of Interested Party Wazir   Kaisani jvasek@haywardfirm.com
Julian   Vasek    on behalf of Interested Party Pervez   Kaisani jvasek@haywardfirm.com
Julian   Vasek    on behalf of Interested Party Iqbar   Kaisani jvasek@haywardfirm.com
Kelley Askew Gillikin    on behalf of Creditor    ALA DEPT OF REVENUE LEGAL DIVISION P O BOX 320001
 MONTGOMERY, AL  36132-0001 kelley.gillikin@revenue.alabama.gov
Leonard N Math    on behalf of Creditor    BANK OF THE OZARKS noticesnd@chambless-math.com
Leonard N Math    on behalf of Creditor    Bank of the Ozarks noticesnd@chambless-math.com
Melissa S. Hayward    on behalf of Interested Party Pervez   Kaisani mhayward@haywardfirm.com
 ,  mholmes@haywardfirm.com
Melissa S. Hayward    on behalf of Interested Party Wazir   Kaisani mhayward@haywardfirm.com
 ,  mholmes@haywardfirm.com
Melissa S. Hayward    on behalf of Interested Party Iqbar   Kaisani mhayward@haywardfirm.com
 ,  mholmes@haywardfirm.com
Phillip W. Bohl    on behalf of Interested Party    Little Caesar Enterprises, Inc.
 phillip.bohl@gpmlaw.com
R. Scott Williams    on behalf of Debtor    Maryland Pizza, Inc. swilliams@rumberger.com,
 docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumber
 ger.com
R. Scott Williams    on behalf of Debtor    PG County Pizza, Inc. swilliams@rumberger.com,
 docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumber
 ger.com
R. Scott Williams    on behalf of Debtor    Alabama Partners, LLC swilliams@rumberger.com,
 docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumber
 ger.com
R. Scott Williams    on behalf of Debtor    PG County Partners, LLC swilliams@rumberger.com,
 docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumber
 ger.com
R. Scott Williams    on behalf of Debtor    Maryland LC Ventures, LLC swilliams@rumberger.com,
 docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumber
 ger.com
R. Scott Williams    on behalf of Debtor    BamaChex, Inc. swilliams@rumberger.com,
 docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumber
 ger.com
Richard E. O'Neal    on behalf of Creditor Insolvency Section    Internal Revenue Service
 USAALN.BANKRUPTCY@usdoj.gov
Robert H Adams    on behalf of Debtor    Maryland LC Ventures, LLC radams@rumberger.com,
 mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberg
 er.com
Robert H Adams    on behalf of Debtor    PG County Partners, LLC radams@rumberger.com,
 mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberg
 er.com
Robert H Adams    on behalf of Debtor    BamaChex, Inc. radams@rumberger.com,
 mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberg
 er.com
Robert H Adams    on behalf of Debtor    PG County Pizza, Inc. radams@rumberger.com,
 mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberg
 er.com
Robert H Adams    on behalf of Debtor    Alabama Partners, LLC radams@rumberger.com,
 mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberg
 er.com
Robert H Adams    on behalf of Debtor    Maryland Pizza, Inc. radams@rumberger.com,
 mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberg
 er.com
Russell B Robertson    on behalf of Creditor    City of Jasper rbr@lairdandrobertson.com
Samuel Carlton Pierce    on behalf of Debtor    BamaChex, Inc. scpierce@bakerdonelson.com
                                                                               TOTAL: 41
```

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA - SOUTHERN DIVISION

**In the Matter of:**

Alabama Partners, LLC } **Case No: 17-03469-TOM11**
}
DEBTOR(S). }
}
}

## ORDER GRANTING

This matter was scheduled for a hearing on Monday, March 12, 2018 10:30 AM on the following:

RE: Doc #209; Motion for Relief from Stay, or in the alternative, Motion to Compel Debtor to Accept or Reject filed by Leonard Math, Attorney for Bank of the Ozarks

**It is hereby ORDERED, ADJUDGED and DECREED that:**

Based on agreement of the parties, the Motion is Granted Without Objection.

Dated: 03/08/2018

/s/ TAMARA O. MITCHELL
TAMARA O. MITCHELL
United States Bankruptcy Judge