IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ALABAMA, SOUTHERN DIVISION

| IN RE: | ) | |
| --- | --- | --- |
| | ) | |
| ALABAMA PARTNERS, LLC, | ) | 17-03469-TOM |
| Debtor. | ) | |
| IN RE: | ) | |
| | ) | |
| BAMACHEX, INC., | ) | 17-03471-TOM |
| Debtor. | ) | |
| IN RE: | ) | |
| | ) | |
| MARYLAND LC VENTURES, LLC, | ) | 17-03472-TOM |
| Debtor. | ) | |
| IN RE: | ) | |
| | ) | |
| MARYLAND PIZZA, INC., | ) | 17-03473-TOM |
| Debtor. | ) | |
| IN RE: | ) | |
| | ) | |
| PG COUNTY PARTNERS, LLC, | ) | 17-03474-TOM |
| Debtor. | ) | |
| IN RE: | ) | |
| | ) | |
| PG COUNTY PIZZA, INC., | ) | 17-03475-TOM |
| Debtor. | ) | |

**MOTION FOR RELIEF FROM AUTOMATIC STAY**

Comes now **Direct Capital Corporation,** ("**Direct Capital**") by and through its undersigned counsel and moves this Court pursuant to 11 U.S.C. §362(d) to enter an order granting Direct Capital relief from the automatic stay by terminating, annulling, modifying or otherwise conditioning the stay in order that Direct Capital may proceed with repossession and sale of the collateral described herein. As grounds for this Motion Direct Capital states as follows:

## Jurisdiction

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b) (2) (G).

## Facts

2. On or about August 11, 2017, Debtor **Maryland LC Ventures, LLC** ("Maryland LC") filed a bankruptcy petition under Chapter 11 of the U.S. Bankruptcy Code.

3. Pursuant to order of this court, the bankruptcy case of Maryland LC is being jointly administered with the Chapter 11 bankruptcy cases of the debtors identified in the style of case set forth above.

4. Prior to filing the bankruptcy petition Maryland LC entered into two secured loans with Direct Capital which remain outstanding.

5. Both secured loans were governed by the terms of a Master EFA Agreement ("Master EFA") executed on behalf of the Maryland LC on or about November 3, 2014. A copy of the Master EFA is attached as Exhibit "A" to the Affidavit filed in support of this Motion.

6. Each secured loan was documented by an Equipment Schedule which incorporated the terms and conditions of the Master EFA. Said secured loans are further described below.

## EFA No. 9244

7. On or about November 3, 2014, **Maryland LC** entered into an Equipment Schedule with an account number ending in 9244 (referred to herein as "EFA 9244") pursuant to which the Maryland LC borrowed money to fund construction related to the Little Caesars restaurant located at 1918 14th Street SE Washington, D.C. 20020.

8. Maryland LC pledged the following assets as collateral for EFA 9244:

ALL ACCOUNTS, CHATTEL PAPER, DOCUMENTS, INSTRUMENTS, GENERAL INTANGIBLES, PAYMENT INTANGIBLES, GOODS, INVENTORY, INVESTMENT PROPERTY, RENTS, AND INCOME NOW EXISTING OR HEREAFTER ARISING. ALL MACHINERY AND EQUIPMENT, WHETHER NOW OWNED OR HEREAFTER ACQUIRED, TOGETHER WITH ALL REPLACEMENTS, PARTS, REPAIRS, ADDITIONS, ACCESSIONS AND ACCESSORIES INCORPORATED THEREIN OR AFFIXED THERETO AND ANY AND ALL PROCEEDS OF THE FOREGOING, INCLUDING, WITHOUT LIMITATION, INSURANCE RECOVERIES.

STORE LOCATION: LITTLE CAESARS 1918 14 STREET SE WASHINGTON, DC 20020

9. Copies of EFA 9244 along with the UCC-1 Financing Statements filed pursuant thereto is attached as Exhibit "B" to the Affidavit filed in support hereof.

10. Maryland LC is in default under the terms of EFA 9244 for failure to pay the monthly payments required under the agreement.

11. The balance due to Direct Capital under EFA 9244 is $87,546.58.

**EFA 9984**

12. On or about June 30, 2015, Maryland LC entered into Equipment Schedule with an account number ending in 9984 (referred to herein as "EFA 9984") pursuant to which Maryland LC borrowed funds to purchase restaurant equipment, security equipment, point-of-sale equipment and certain other goods further described in the exhibits to EFA 9984.

13. Copies of EFA 9984 along with the exhibits thereto and the UCC-1 Financing Statements filed pursuant thereto are attached as Exhibit "C" to the Affidavit filed in support of this Motion.

14. As collateral for its obligations under EFA 9984 Maryland LC granted a security interest in the same assets as described in EFA 9244 along with the specific assets purchased with the proceeds of EFA 9984 (jointly referred to herein as "Collateral").

15. Maryland LC is in default under the terms of EFA 9984 for failure to pay the monthly payments required under the agreement.

16. The balance due to Direct Capital under EFA 9984 is $112,721.15.

**Argument**

17. As a result of the default in payments under the EFA 9244 and EFA 9984 Direct Capital is entitled to immediate possession of the Collateral.

18. Direct Capital is entitled to relief from the automatic stay of 11 U.S.C. §362 under the provisions of subsection 362(d) (1) and (2).

19. There is no equity in the Collateral that could be realized by the bankruptcy estate.

20. The Collateral is not necessary for an effective reorganization. Maryland LC along with the other debtors-in-possession requested and was granted an Order allowing the sale of the Collateral along with the other assets of Maryland LC.

21. The auction of such assets apparently failed. At the Final Hearing on Debtor's Auction for sale of assets, the court dismissed the Motion as moot (Docket #206).

22. The Debtor has failed to provide adequate protection for Direct Capital's interest in the depreciating Collateral

WHEREFORE, Direct Capital requests that the Court enter an Order terminating the automatic stay imposed by 11 U.S.C. §362 so that it may repossess and sell the Collateral in accordance with its contractual and statutory rights.

/s/ William L. Phillips, III
Attorney for Creditor

Engel, Hairston & Johanson, P.C.
P.O. Box 11405
Birmingham, AL 35202
(205)745-3473
bphillips@ehjlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed electronically with the U.S. Bankruptcy Court on the 23rd day of March, 2018. This date copies of this Motion and the Affidavit of Creditor will be sent to the debtor's lawyer and the U.S. Bankruptcy Administrator by operation of the Court's electronic filing system and to the debtor by first class mail postage prepaid.

/s/ William L. Phillips, III

Robert H. Adams
Frederick Darrell Clarke, III
R. Scott Williams
Attorneys for Debtor
2001 Park Place North, Suite 1300
Birmingham, AL 35203

Maryland LC Ventures, LLC
Debtor
Post Office Box 551267
Jacksonville, FL 32255

Bankruptcy Court Administrator
1800 5th Avenue North
Birmingham, Alabama 35203