IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| ALABAMA PARTNERS, LLC, | ) | 17-03469-TOM |
| Debtor. | ) | |
| IN RE: | ) | |
| | ) | |
| BAMACHEX, INC., | ) | 17-03471-TOM |
| Debtor. | ) | |
| IN RE: | ) | |
| | ) | |
| MARYLAND LC VENTURES, LLC, | ) | 17-03472-TOM |
| Debtor. | ) | |
| IN RE: | ) | |
| | ) | |
| MARYLAND PIZZA, INC., | ) | 17-03473-TOM |
| Debtor. | ) | |
| IN RE: | ) | |
| | ) | |
| PG COUNTY PARTNERS, LLC, | ) | 17-03474-TOM |
| Debtor. | ) | |
| IN RE: | ) | |
| | ) | |
| PG COUNTY PIZZA, INC., | ) | 17-03475-TOM |
| Debtor. | ) | |

**AFFIDAVIT OF CREDITOR REPRESENTATIVE IN SUPPORT OF
MOTION FOR RELIEF FROM AUTOMATIC STAY**

Before me, the undersigned Notary Public, personally appeared Amy Sinclair who having been duly sworn deposes and states as follows:

My name is Amy Sinclair. I am a legal collection manager for **Direct Capital Corporation** ("Direct Capital"). In such capacity I am a custodian of records for Direct Capital and keep the records pertaining to the account of **Maryland LC Ventures, LLC** ("Maryland LC") under my care, custody and control. Those records are kept in the usual, normal and regular course of business and it is the usual, normal and regular course of business to keep such records.

I reviewed said records in preparation for completing this affidavit and based on the records I can state as follows.

1. Prior to filing the bankruptcy petition Maryland LC entered into two secured loans with Direct Capital which remain outstanding.

2. Both secured loans were governed by the terms of a Master EFA Agreement ("Master EFA") executed on behalf of the Maryland LC on or about November 3, 2014. A copy of the Master EFA is attached as Exhibit "A" to this Affidavit.

3. Each secured loan was documented by an Equipment Schedule which incorporated the terms and conditions of the Master EFA. Said secured loans are further described below.

### EFA No. 9244

4. On or about November 3, 2014, **Maryland LC** entered into an Equipment Schedule (referred to herein as "EFA 9244") pursuant to which the Maryland LC borrowed money to fund construction related to the Little Caesars restaurant located at 1918 14th Street SE Washington, D.C. 20020.

5. Maryland LC pledged the following assets as collateral for EFA 9244:

ALL ACCOUNTS, CHATTEL PAPER, DOCUMENTS, INSTRUMENTS, GENERAL INTANGIBLES, PAYMENT INTANGIBLES, GOODS, INVENTORY, INVESTMENT PROPERTY, RENTS, AND INCOME NOW EXISTING OR HEREAFTER ARISING. ALL MACHINERY AND EQUIPMENT, WHETHER NOW OWNED OR HEREAFTER ACQUIRED, TOGETHER WITH ALL REPLACEMENTS, PARTS, REPAIRS, ADDITIONS, ACCESSIONS AND ACCESSORIES INCORPORATED THEREIN OR AFFIXED THERETO AND ANY AND ALL PROCEEDS OF THE FOREGOING, INCLUDING, WITHOUT LIMITATION, INSURANCE RECOVERIES.

STORE LOCATION: LITTLE CAESARS 1918 14 STREET SE WASHINGTON, DC 20020

6. Copies of EFA 9244 along with the UCC-1 Financing Statements filed pursuant thereto is attached as Exhibit "B" to this Affidavit.

7. Maryland LC is in default under the terms of EFA 9244 for failure to pay the monthly payments required under the agreement.

8. The balance due to Direct Capital under EFA 9244 is $87,546.58.

## EFA 9984

9. On or about June 30, 2015, Maryland LC entered into an Equipment Schedule (referred to herein as "EFA 9984") pursuant to which Maryland LC borrowed funds to purchase restaurant equipment, security equipment, point-of-sale equipment and certain other goods further described in the exhibits to EFA 9984.

10. Copies of EFA 9984 along with the exhibits thereto and the UCC-1 Financing Statements filed pursuant thereto are attached as Exhibit "C" to this Affidavit.

11. As collateral for its obligations under EFA 9984 Maryland LC granted a security interest in the same assets as described in EFA 9244 along with the specific assets purchased with the proceeds of EFA 9984.

12. Maryland LC is in default under the terms of EFA 9984 for failure to pay the monthly payments required under the agreement.

13. The balance due to Direct Capital under EFA 9984 is $112,721.15.

## COLLATERAL

14. Direct Capital has not inspected the Collateral recently. However, assuming that the Collateral is in normal condition for its age and use, the Collateral has a current estimated value of $ 5,000.00 . In any case is it worth significantly less than the total of $200,267.73 that Maryland LC owes under EFA 9244 and EFA 9984.

*[Signature]*

Sworn to and subscribed before me
this 22 day of March, 2018.

*[Signature]*
Notary Public, State of New Hampshire
My Commission Expires: 05/03/22

BRIAN J. KNOX, Notary Public
State of New Hampshire
My Commission Expires May 3, 2022