# Exhibit "B"

## DIRECTCAPITAL

**EQUIPMENT SCHEDULE** #########9244
**Master EFA Agreement** #########9934

This Equipment Schedule incorporates the terms and conditions of the referenced Master EFA. Each capitalized term has the same meaning given to it in the referenced Master EFA unless otherwise defined here. You have reviewed and acknowledge all terms of this EFA. Please sign or authenticate where noted.

### CUSTOMER INFORMATION: Please verify this section and complete any missing information.

**Customer:** Maryland LC Ventures LLC DBA Little Ceasar's
**Billing Address:** 1526 Astona Dr.
**City:** Allen **State:** TX **Zip:** 75013 **County:**
**Federal Tax ID:** xxxxxxxxx **State of Incorporation:**
**Business Phone:** (407) 227-7010 **Fax:** (000) 000-0000 **Email:**

### EQUIPMENT DESCRIPTION:

All personal property as set forth on the below invoice number(s) dated as listed, including all attachments, accessories and inclusions per invoice and all replacement parts, additions, repairs, accessions, attachments and accessories now or hereafter incorporated in or affixed to it, the "Equipment".

**Supplier(s) and Invoice Number(s):**

See Exhibit A

See the attached invoice(s) for Equipment listing purposes only. You acknowledge that You are choosing to finance the purchase of this Equipment over time per the terms and conditions of this EFA rather than the cash price listed on the invoice(s).

**Equipment Location (if different from billing):** See Exhibit A

### EFA TERMS and CONDITIONS:

Your Monthly Payment is set forth below and is due in advance on the due date to be established by Us on our acceptance of this Equipment Schedule. This Equipment Schedule shall commence upon Our written acceptance or other authentication on the Commencement Date. This is a noncancelable, irrevocable agreement; it cannot be cancelled or terminated.

| EFA TERM: | MONTHLY PAYMENT: | UPFRONT PAYMENT AMOUNTS: |
|---|---|---|
| 60 Months | Payment amounts are in the order listed: | Security Deposit $0.00 |
| (term is monthly unless otherwise indicated) | First : 1 at $5,273.38 | Advance Payment $5,273.38 |
| | Then : 3 at $99.00 | Processing Fees $750.00 |
| Rate Factor: 0.0214271 | Then : 68 at $5,273.38 | |

**Delivery Guaranty Option:** In reliance on your promise to pay Us and subject to EFA terms, We may, at your verbal direction and subject to credit approval, pay Supplier(s) prior to Equipment delivery. In such case, You understand that despite the fact that some or all of the Equipment has not been delivered or installed, You authorize Us to pay Supplier(s) and Your obligations under this EFA will commence immediately. You understand and agree that if You are not satisfied with any part of the Equipment, You will only look to persons other than Us, such as the Supplier, manufacturer, vendor, installer or carrier and shall not assert against Us any claim or defense that You may have with the Equipment, installation or delivery.

**Pay Proceeds Direction:** You hereby irrevocably instruct Us to disburse proceeds of this EFA to the Supplier(s) listed above in the amounts listed on the attached invoice(s). Disbursement by Us in accordance with these instructions shall be and constitute payment and delivery to and receipt by You of any and all such proceeds.

### EQUIPMENT DELIVERY & ACCEPTANCE:

You certify that all Equipment has been furnished and delivery and installation and other work necessary prior to use has been fully completed to your satisfaction. Equipment is in good condition, working order and repair and in compliance with your requirements. You authorize Us to pay the Equipment Supplier(s) pursuant to the attached invoice(s) and your Pay Proceeds Direction any and all amounts not previously paid pursuant to the Delivery Guaranty Option. Upon signing or authenticating below, your promises herein will be irrevocable and unconditional in all respects and you irrevocably accept the Equipment "as is", "where is" and without recourse, representation or warranty of any kind express or implied.

**Client:** Maryland LC Ventures LLC DBA Little Ceasar's

X _/s/ Wazir Kaisani_   11/3/2014
Wazir Kaisani   Member   Date of Delivery & Acceptance

### EFA ACCEPTANCE:

**Customer:** Maryland LC Ventures LLC DBA Little Ceasar's

X _/s/ Wazir Kaisani_   11/3/2014
Wazir Kaisani   Member   Date

**Secured Party:** Direct Capital Corporation
X _/s/_
Authorized Representative
**Commencement Date:** 5/6/15

Copyright ©2013 Direct Capital Corp. All rights reserved.
IMPORTANT INFORMATION ABOUT PROCEDURES FOR OPENING A NEW ACCOUNT
To help the government fight the funding of terrorism and money laundering activities, Federal law requires all financial institutions to obtain, verify, and record information that identifies each person who opens an account. What this means for you: When you open an account, we will ask for your name, address, date of birth, and other information that will allow us to identify you. We may also ask to see your driver's license or other identifying documents.

# DIRECTCAPITAL

# EXHIBIT "A"

This Exhibit A is referred to and made part of Equipment Schedule ▮▮▮9244 to Master Equipment Finance Agreement ▮▮▮99934 between Maryland LC Ventures LLC DBA Little Ceasar's (Customer) and Direct Capital Corporation (Secured Party).

---

ALL ACCOUNTS, CHATTEL PAPER, DOCUMENTS, INSTRUMENTS, GENERAL INTANGIBLES, PAYMENT INTANGIBLES, GOODS, INVENTORY, INVESTMENT PROPERTY, RENTS, AND INCOME NOW EXISTING OR HEREAFTER ARISING. ALL MACHINERY AND EQUIPMENT, WHETHER NOW OWNED OR HEREAFTER ACQUIRED, TOGETHER WITH ALL REPLACEMENTS, PARTS, REPAIRS, ADDITIONS, ACCESSIONS AND ACCESSORIES INCORPORATED THEREIN OR AFFIXED THERETO AND ANY AND ALL PROCEEDS OF THE FOREGOING, INCLUDING, WITHOUT LIMITATION, INSURANCE RECOVERIES.

STORE LOCATION:
LITTLE CAESARS
1918 14 STREET SE
WASHINGTON, DC 20020

-See attached Contractor Agreement from Mayes Construction dated 12/12/14

---

Customer: Maryland LC Ventures LLC DBA Little Ceasar's

X *(signature)* Wazuah Kawsau 11/3/2014
(Signature or Authentication)   (Date)

Secured Party: Direct Capital Corporation

X *(signature)*
Authorized Representative   (Date)

Copyright ©2013 Direct Capital Corp. All rights reserved.   MES-A62513

# DIRECTCAPITAL
### a CiT company

155 Commerce Way, Portsmouth, NH 03801 | Ph: 800-999-9942

## Addendum to Master Equipment Finance Schedule

This Addendum ("Addendum") shall amend Schedule ▓▓▓▓▓9244 to Master Equipment Finance Agreement No: ▓▓▓▓▓9934 by and between Maryland LC Ventures LLC DBA Little Caesars ("Customer") and Direct Capital Corp. ("Secured Party") with reference to the above EFA transaction ("EFA"). All terms and conditions of the EFA not inconsistent with this Addendum shall be and remain in full force and effect.

Customer hereby authorizes Secured Party to correct the following:

- ☑ Lessee/Company Name
- ☐ Equipment Location
- ☐ Terms
- ☐ Payment Amount
- ☐ Security Deposit
- ☐ Advance Payment
- ☐ Rate Factor
- ☐ BillingAddress
- ☐ Processing Fees
- ☐ SignorName
- ☐ SignorTitle
- ☐ EOL Option
- ☐ Equipment Description
- ☑ Other

The Schedule and all other documents given in conjunction therewith shall now read:

Lessee/Customer Name: Maryland LC Ventures LLC DBA Little Caesars

Other: Corporate address shall read as 1809 Harewood Lane, Crofton, MD 21114

IN WITNESS WHEREOF, the parties hereto have set their hands and seals to this Addendum and acknowledge receipt of a true copy hereof on the date(s) indicated below.

_____

ACCEPTED BY Direct Capital Corporation

X _[signature]_ M McCarty   5/6/15
(Date)

Copyright ©2013 Direct Capital Corp. All rights reserved.  MLSADD62513

## DIRECTCAPITAL
a **CiT** company

155 Commerce Way, Portsmouth, NH 03801 | Ph: 800-999-9942

### Addendum to Master Equipment Finance Schedule

This Addendum ("Addendum") shall amend Schedule #: ▓▓▓▓▓9244 to Master Equipment Finance Agreement No: ▓▓▓▓▓9934 by and between Maryland LC Ventures LLC DBA Little Caesars ("Customer") and Direct Capital Corp. ("Secured Party") with reference to the above EFA transaction ("EFA"). All terms and conditions of the EFA not inconsistent with this Addendum shall be and remain in full force and effect.

Customer hereby authorizes Secured Party to correct the following:

| | | |
|---|---|---|
| ☒ Lessee/Company Name | ☐ Advance Payment | ☐ Signor Title |
| ☐ Equipment Location | ☐ Rate Factor | ☐ EOL Option |
| ☒ Terms | ☒ Billing Address | ☐ Equipment Description |
| ☒ Payment Amount | ☐ Processing Fees | ☐ Other |
| ☐ Security Deposit | ☐ Signor Name | |

The Schedule and all other documents given in conjunction therewith shall now read:

Lessee/Customer Name: Maryland LC Ventures LLC DBA Little Caesars

Term: 72

Payment Amounts: (1) Payment at $2,146.28; followed by (3) Payments at $99.00; followed by (68) Payments at $2,146.28

Billing Address: 226 Crowne Woods Drive Birmingham, AL 35244

IN WITNESS WHEREOF, the parties hereto have set their hands and seals to this Addendum and acknowledge receipt of a true copy hereof on the date(s) indicated below.

Customer: Maryland LC Ventures LLC DBA Little Caesars

x _[signature]_  4-29-15
Wazir Karmani, Member　(Date)

ACCEPTED BY Direct Capital Corporation

x _[signature]_  5/6/15
　(Date)

Page 1 of 1

Copyright ©2013 Direct Capital Corp. All rights reserved.　　MLSAODS2513

Case 17-03469-TOM7　Doc 218-3　Filed 03/23/18　Entered 03/23/18 15:29:21　Desc Exhibit B　Page 4 of 8

CUST ID:0003249814
WORK ORDER:0004466394
DATE:05-07-2015 06:13 AM
AMT. PAID:$250.00

2015 MAY -7 PM 3:31

99269668 - 365760
Corporation Service Company
801 Adlai Stevenson Drive
Springfield, IL 62703

Filed In: Maryland (S.O.S.)

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | MARYLAND LC VENTURES LLC | | | |
|---|---|---|---|---|
| OR 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 1c. MAILING ADDRESS 1809 HAREWOOD LANE | CITY CROFTON | STATE MD | POSTAL CODE 21114 | COUNTRY USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | PG COUNTY PARTNERS, LLC | | | |
|---|---|---|---|---|
| OR 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 2c. MAILING ADDRESS SUITE 800-8065 400. PRATT ST | CITY BALTIMORE | STATE MD | POSTAL CODE 21202 | COUNTRY USA |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | CHTD COMPANY | | | |
|---|---|---|---|---|
| OR 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 3c. MAILING ADDRESS P.O. Box 2576 | CITY Springfield | STATE IL | POSTAL CODE 62708 | COUNTRY USA |

4. COLLATERAL: This financing statement covers the following collateral:
ALL ACCOUNTS, CHATTEL PAPER, DOCUMENTS, INSTRUMENTS, GENERAL INTANGIBLES, PAYMENT INTANGIBLES, GOODS, INVENTORY, INVESTMENT PROPERTY, RENTS, AND INCOME NOW EXISTING OR HEREAFTER ARISING. ALL MACHINERY AND EQUIPMENT, WHETHER NOW OWNED OR HEREAFTER ACQUIRED, TOGETHER WITH ALL REPLACEMENTS, PARTS, REPAIRS, ADDITIONS, ACCESSIONS AND ACCESSORIES INCORPORATED THEREIN OR AFFIXED THERETO AND ANY AND ALL PROCEEDS OF THE FOREGOING, INCLUDING, WITHOUT LIMITATION, INSURANCE RECOVERIES, AS IT RELATES TO LITTLE CAESARS, 1918 14TH STREET SE, WASHINGTON, DC 20020.

THE SECURED PARTY NAMED IN THIS RECORD IS ACTING IN A REPRESENTATIVE CAPACITY FOR PURPOSES OF FORWARDING NOTICES & INQUIRIES REGARDING THIS RECORD. FOR MORE INFORMATION, PLEASE CONTACT THE SECURED PARTY AT THE ADDRESS LISTED ABOVE OR AT UCCSPREP@CSCINFO.COM

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative
6a. Check only if applicable and check only one box: ☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility
6b. Check only if applicable and check only one box: ☐ Agricultural Lien ☐ Non-UCC Filing
7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor
8. OPTIONAL FILER REFERENCE DATA: 0244 NMM

99269668

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

Corporation Service Company
2711 Centerville Rd, Ste. 400
Wilmington, DE 19808

# UCC FINANCING STATEMENT ADDENDUM
FOLLOW INSTRUCTIONS

**9. NAME OF FIRST DEBTOR:** Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐

**9a. ORGANIZATION'S NAME:** MARYLAND LC VENTURES LLC

OR

**9b. INDIVIDUAL'S SURNAME:**

**FIRST PERSONAL NAME:**

**ADDITIONAL NAME(S)/INITIAL(S):** **SUFFIX:**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**10. DEBTOR'S NAME:** Provide (10a or 10b) only one additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

**10a. ORGANIZATION'S NAME:** CARROLTON PIZZA, INC.

OR

**10b. INDIVIDUAL'S SURNAME:**

**INDIVIDUAL'S FIRST PERSONAL NAME:**

**INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S):** **SUFFIX:**

**10c. MAILING ADDRESS:** 819 FOREST PKWY | **CITY:** FOREST PARK | **STATE:** GA | **POSTAL CODE:** 30297 | **COUNTRY:** USA

**11.** ☐ ADDITIONAL SECURED PARTY'S NAME or ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (11a or 11b)

**11a. ORGANIZATION'S NAME:**

OR

**11b. INDIVIDUAL'S SURNAME:** **FIRST PERSONAL NAME:** **ADDITIONAL NAME(S)/INITIAL(S):** **SUFFIX:**

**11c. MAILING ADDRESS:** **CITY:** **STATE:** **POSTAL CODE:** **COUNTRY:**

**12. ADDITIONAL SPACE FOR ITEM 4 (Collateral):**
See Below additional collateral description:
RESTAURANT FF&E

**13.** ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS (if applicable)

**14.** This FINANCING STATEMENT:
☐ covers timber to be cut ☐ covers as-extracted collateral ☐ is filed as a fixture filing

**15.** Name and address of a RECORD OWNER of real estate described in Item 16 (if Debtor does not have a record interest):

**16.** Description of real estate:

**17. MISCELLANEOUS:**

FILING OFFICE COPY — UCC FINANCING STATEMENT ADDENDUM (Form UCC1Ad) (Rev. 04/20/11)

Corporation Service Company
2711 Centerville Rd, Ste. 400
Wilmington, DE 19808

Case 17-03469-TOM7   Doc 218-3   Filed 03/23/18   Entered 03/23/18 15:29:21   Desc Exhibit B   Page 6 of 8

FILED & RECORDED
Wednesday, May 06, 2015 10:54:55 AM
File Number: 038-2015-004712
Cindy G. Brown
Coweta County Clerk of Superior Court

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
Corporation Service Company 1-800-858-5294

**B. E-MAIL CONTACT AT FILER (optional)**
SPRFiling@cscinfo.com

**C. SEND ACKNOWLEDGMENT TO:** (Name and Address)

99270018 - 365760
Corporation Service Company
801 Adlai Stevenson Drive
Springfield, IL 62703
Filed In: Georgia
(Central Index - Coweta County)

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | MARYLAND LC VENTURES LLC | | | |
|---|---|---|---|---|
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 1c. MAILING ADDRESS 1809 HAREWOOD LANE | CITY CROFTON | STATE MD | POSTAL CODE 21114 | COUNTRY USA |

**2. DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b) ...

| 2a. ORGANIZATION'S NAME | PG COUNTY PARTNERS, LLC | | | |
|---|---|---|---|---|
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 2c. MAILING ADDRESS SUITE 800-8065 400. PRATT ST | CITY BALTIMORE | STATE MD | POSTAL CODE 21202 | COUNTRY USA |

**3. SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | CHTD COMPANY | | | |
|---|---|---|---|---|
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 3c. MAILING ADDRESS P.O. Box 2576 | CITY Springfield | STATE IL | POSTAL CODE 62708 | COUNTRY USA |

**4. COLLATERAL:** This financing statement covers the following collateral:

ALL ACCOUNTS, CHATTEL PAPER, DOCUMENTS, INSTRUMENTS, GENERAL INTANGIBLES, PAYMENT INTANGIBLES, GOODS, INVENTORY, INVESTMENT PROPERTY, RENTS, AND INCOME NOW EXISTING OR HEREAFTER ARISING. ALL MACHINERY AND EQUIPMENT, WHETHER NOW OWNED OR HEREAFTER ACQUIRED, TOGETHER WITH ALL REPLACEMENTS, PARTS, REPAIRS, ADDITIONS, ACCESSIONS AND ACCESSORIES INCORPORATED THEREIN OR AFFIXED THERETO AND ANY AND ALL PROCEEDS OF THE FOREGOING, INCLUDING, WITHOUT LIMITATION, INSURANCE RECOVERIES, AS IT RELATES TO LITTLE CAESARS, 1918 14TH STREET SE, WASHINGTON, DC 20020.

THE SECURED PARTY NAMED IN THIS RECORD IS ACTING IN A REPRESENTATIVE CAPACITY FOR PURPOSES OF FORWARDING NOTICES & INQUIRIES REGARDING THIS RECORD. FOR MORE INFORMATION, PLEASE CONTACT THE SECURED PARTY AT THE ADDRESS LISTED ABOVE OR AT UCCSPREP@CSCINFO.COM

**5.** Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

**6a.** Check only if applicable and check only one box: ☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility
**6b.** Check only if applicable and check only one box: ☐ Agricultural Lien ☐ Non-UCC Filing

**7. ALTERNATIVE DESIGNATION** (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

**8. OPTIONAL FILER REFERENCE DATA:** ▇▇▇▇▇9244 NMM

99270018

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

Corporation Service Company
2711 Centerville Rd, Ste. 400
Wilmington, DE 19808

## UCC FINANCING STATEMENT ADDENDUM
FOLLOW INSTRUCTIONS

**9. NAME OF FIRST DEBTOR:** Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐

**9a. ORGANIZATION'S NAME**
MARYLAND LC VENTURES LLC

OR

**9b. INDIVIDUAL'S SURNAME**

**FIRST PERSONAL NAME**

**ADDITIONAL NAME(S)/INITIAL(S)** | **SUFFIX**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**10. DEBTOR'S NAME:** Provide (10a or 10b) only one additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

**10a. ORGANIZATION'S NAME** CARROLTON PIZZA, INC.

OR

**10b. INDIVIDUAL'S SURNAME**

**INDIVIDUAL'S FIRST PERSONAL NAME**

**INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S)** | **SUFFIX**

**10c. MAILING ADDRESS** 819 FOREST PKWY | **CITY** FOREST PARK | **STATE** GA | **POSTAL CODE** 30297 | **COUNTRY** USA

**11.** ☐ ADDITIONAL SECURED PARTY'S NAME or ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (11a or 11b)

**11a. ORGANIZATION'S NAME**

OR

**11b. INDIVIDUAL'S SURNAME** | **FIRST PERSONAL NAME** | **ADDITIONAL NAME(S)/INITIAL(S)** | **SUFFIX**

**11c. MAILING ADDRESS** | **CITY** | **STATE** | **POSTAL CODE** | **COUNTRY**

**12. ADDITIONAL SPACE FOR ITEM 4 (Collateral):**
See Below additional collateral description:
RESTAURANT FF&E

**13.** ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS (if applicable)

**14. This FINANCING STATEMENT:**
☐ covers timber to be cut  ☐ covers as-extracted collateral  ☐ is filed as a fixture filing

**15.** Name and address of a RECORD OWNER of real estate described in item 16 (if Debtor does not have a record interest):

**16.** Description of real estate:

**17. MISCELLANEOUS:**

FILING OFFICE COPY — UCC FINANCING STATEMENT ADDENDUM (Form UCC1Ad) (Rev. 04/20/11)

Corporation Service Company
2711 Centerville Rd, Ste. 400
Wilmington, DE 19808