THIS IS A COPY



**DIRECTCAPITAL** a **CIT** company

EQUIPMENT SCHEDULE #~~~~~9934

Master EFA Agreement #~~~~~9934

This Equipment Schedule incorporates the terms and conditions of the referenced Master EFA. Each capitalized term has the same meaning given to it in the referenced Master EFA unless otherwise defined here. You have reviewed and acknowledge all terms of this EFA. Please sign or authenticate where noted.

## CUSTOMER INFORMATION: Please verify this section and complete any missing information.

**Customer:** Maryland LC Ventures LLC DBA Little Caesars

**Billing Address:** 226 Crowne Woods Drive

| City: Birmingham | State: AL | Zip: 35244 | County: |
|---|---|---|---|
| Federal Tax ID: ~~~~~ | | State of Incorporation: | |
| Business Phone: (407) 227-7010 | Fax: (000) 000-0000 | Email: | |

## EQUIPMENT DESCRIPTION:

All personal property as set forth on the below invoice number(s) dated as listed, including all attachments, accessories and inclusions per invoice and all replacement parts, additions, repairs, accessions, attachments and accessories now or hereafter incorporated in or affixed to it, the "Equipment".

**Supplier(s) and Invoice Number(s):**

See Exhibit A

See the attached Invoice(s) for Equipment listing purposes only. You acknowledge that You are choosing to finance the purchase of this Equipment over time per the terms and conditions of this EFA rather than the cash price listed on the Invoice(s).

**Equipment Location (if different from billing):** See Exhibit A

## EFA TERMS and CONDITIONS:

Your Monthly Payment is set forth below and is due in advance on the due date to be established by Us on our acceptance of this Equipment Schedule. This Equipment Schedule shall commence upon Our written acceptance or other authentication on the Commencement Date. This is a noncancelable, irrevocable agreement; it cannot be cancelled or terminated.

| EFA TERM: | MONTHLY PAYMENT: | UPFRONT PAYMENT AMOUNTS: | |
|---|---|---|---|
| 72 Months | $2,623.02 | Security Deposit | $2,623.02 |
| (term is monthly unless otherwise indicated) | | Advance Payment | $2,623.02 |
| Rate Factor 0.019146 | | Processing Fees | $359.00 |

**Delivery Guaranty Option:** In reliance on your promise to pay Us and subject to EFA terms, We may, at your verbal direction and subject to credit approval, pay Supplier(s) prior to Equipment delivery. In such case, You understand that despite the fact that some or all of the Equipment has not been delivered or installed, You authorize Us to pay Supplier(s) and Your obligations under this EFA will commence immediately. You understand and agree that if You are not satisfied with any part of the Equipment, You will only look to persons other than Us, such as the Supplier, manufacturer, vendor, installer or carrier and shall not assert against Us any claim or defense that You may have with the Equipment, installation or delivery.

**Pay Proceeds Direction:** You hereby irrevocably instruct Us to disburse proceeds of this EFA to the Supplier(s) listed above in the amounts listed on the attached Invoice(s). Disbursement by Us in accordance with these instructions shall be and constitute payment and delivery to and receipt by You of any and all such proceeds.

## EQUIPMENT DELIVERY & ACCEPTANCE:

You certify that all Equipment has been furnished and delivery and installation and other work necessary prior to use has been fully completed to your satisfaction. Equipment is in good condition, working order and repair and in compliance with your requirements. You authorize Us to pay the Equipment Supplier(s) pursuant to the attached Invoice(s) and your Pay Proceeds Direction any and all amounts not previously paid pursuant to the Delivery Guaranty Option. Upon signing or authenticating below, your promises herein will be irrevocable and unconditional in all respects and you irrevocably accept the Equipment "as is", "where is" and without recourse, representation or warranty of any kind express or implied.

**Client:** Maryland LC Ventures LLC DBA Little Caesars

DocuSigned by:

X _Mark Williams_ ___ 6/30/2015

Mark Williams — Member — Date of Delivery & Acceptance

5EA5C0041170460...

## EFA ACCEPTANCE:

**Customer:** Maryland LC Ventures LLC DBA Little Caesars

DocuSigned by:

X _Mark Williams_ ___ 5/8/2015

Mark Williams — Member — Date

5EA5C0041170460...

**Secured Party:** Direct Capital Corporation

_Natalie Mccarthy_

Authorized Representative

Commencement Date: 6/30/15

Copyright ©2013 Direct Capital Corp. All rights reserved.
IMPORTANT INFORMATION ABOUT PROCEDURES FOR OPENING A NEW ACCOUNT
To help the government fight the funding of terrorism and money laundering activities, Federal law requires all financial institutions to obtain, verify, and record information that identifies each person who opens an account. What this means for you: When you open an account, we will ask for your name, address, date of birth, and other information that will allow us to identify you. We may also ask to see your driver's license or other identifying documents.

THIS IS A COPY
The Authoritative Copy of this record is held at www.docusign.net

**DIRECTCAPITAL**
a **CiT** company

# EXHIBIT "A"

This Exhibit A is referred to and made part of Equipment Schedule ████████0984 to Master Equipment Finance Agreement ████████09934 between Maryland LC Ventures LLC DBA Little Caesars (Customer) and Direct Capital Corporation (Secured Party).

ALL ACCOUNTS, CHATTEL PAPER, DOCUMENTS, INSTRUMENTS, GENERAL INTANGIBLES, PAYMENT INTANGIBLES, GOODS, INVENTORY, INVESTMENT PROPERTY, RENTS, AND INCOME NOW EXISTING OR HEREAFTER ARISING. ALL MACHINERY AND EQUIPMENT, WHETHER NOW OWNED OR HEREAFTER ACQUIRED, TOGETHER WITH ALL REPLACEMENTS, PARTS, REPAIRS, ADDITIONS, ACCESSIONS AND ACCESSORIES INCORPORATED THEREIN OR AFFIXED THERETO AND ANY AND ALL PROCEEDS OF THE FOREGOING, INCLUDING, WITHOUT LIMITATION, INSURANCE RECOVERIES.

STORE LOCATION:
LITTLE CAESARS
1918 14TH STREET SE
WASHINGTON, DC 20020

-See attached Proposal from ABC Burglar Alarm System dated 6/22/15
-See attached Sales Agreement from HarmonSign Inc dated 5/27/15
-See attached Invoice #4997 from Customer Register Solutions, LLC dated 5/22/15
-See attached Invoice #2013494 from BlueLine Foodservice Distribution dated 5/20/15
-See attached Invoice #2030379 from BlueLine Foodservice Distribution dated 6/1/15
-See attached Invoice #2030376 from BlueLine Foodservice Distribution dated 6/1/15
-See attached. Invoice #2032037 from BlueLine Foodservice Distribution dated 6/2/15
-See attached Invoice #2032218 from BlueLine Foodservice Distribution dated 6/2/15
-See attached Invoice #2032226 from BlueLine Foodservice Distribution dated 6/2/15
-See attached Invoice #2036430 from BlueLine Foodservice Distribution dated 6/5/15
-See attached Invoice #2036434 from BlueLine Foodservice Distribution dated 6/5/15

Customer: Maryland LC Ventures LLC DBA Little Caesars

X _Mr. Sp____    5/8/2015
(Signature at Authentication)    (Date)

Secured Party: Direct Capital Corporation

X _Natalie McCarthy____    6/30/2015
Authorized Representative    (Date)
12492FF103D2438...

Copyright ©2013 Direct Capital Corp. All rights reserved.    MES-A62513

A Watchman That Never Sleeps



**abc**
BURGLAR ALARM
SYSTEM

Established In 1951

June 22, 2015

Little Ceasers
1918 14th Street SE
Washington DC 20020
RE: Security

Dear Rich;

The following will provide pricing for the new store per your request.

**Equipment (CCTV)**

1. One (1) 16 camera DVR w/remote viewing (WCC4M2145498) $ 2150
2. Seven (7) dome cameras @ $ 175 ea. (DBB533TL, 534-544)    $ 1225
3. Two (2) exterior cameras @ $ 275 ea. (DBB533EX 534-644)    $ 550
4. Two (2) flat screen 24 inch monitors (office, rear door) @ $350ea
   (14082100450/14082100451)                                  $ 700
5. One (1) 32 inch monitor with mount (40500723480)            $ 680
6. One (1) power supply (ASU228)                               $ 185
7. Coax cable.                                                 $ 125
8. Sales tax on parts @ 5.5%.                                  $ 308.83
9. Labor.                                                      $ 1472
10. Subscriber to provide a/c outlet and desk or shelf for DVR.

   Total                                                       $ 7395.83

**Equipment (burglar alarm)**

11. One (1) master control panel with backup battery (048510964) $ 175
12. One (1) wireless receiver (8141033112)                      $ 185
13. Two (2) keypads (main entry, office for safe partition) @ $ 145 ea.
    (D46266500, D46266501)                                      $ 290
14. Two (2) motion detectors @ $ 85 ea. (Quest2260, 261-265)    $ 170
15. One (1) audible interior siren (S2275)                      $ 25
16. One (1) safe contact (5815).                                $ 37
17. Two (2) panic buttons under cash registers @ $ 65 ea. (5869, 5870) $ 130
18. Two (2) pedestrian door sensors @ $ 15 ea. (5816-21)        $ 30
19. Wire.                                                       $ 29
20. Sales tax on parts @ 5.5 %.                                 $ 58.90
21. Labor.                                                      $ 920



*1532 A & B POINTER RIDGE PLACE • BOWIE, MARYLAND 20716*
*(301) 249-9200 • (800) 327-6383 • (301) 249-9686 FAX • DCJS 11-2031*

Case 17-03469-TOM7    Doc 218-4    Filed 03/23/18    Entered 03/23/18 15:29:21    Desc
Exhibit C    Page 3 of 38



22. DC permit                                                    $ 200
23. Subscriber to provide a/c outlet and dial tone phone line.

        Total                                                    $ 2249.90
        Client discount                                          <$ 700>

        Grand total                                              $ 1549.90
        Monthly fee with supervised opening/closing by user emailed.  $  29 mo.
Door access

24. One (1) 12v door locking mechanism with free egress (VD12v)   $  260
25. One (1) power supply with backup battery (EECC24)             $  185
26. Two (2) remote buttons (YNB 15) @ $ 45 ea.                    $   90
27. Approximately fifty feet of wire @ $ .19 cents per foot.      $    9.50
28. Sales tax on parts @ 5.5%.                                    $   29.94
29. Labor.                                                        $  460
30. Subscriber to provide a/c outlet and the door must close
        Completely for proper system operation.

        Total                                                    $ 1034.44

        Summary

        CCTV                                                     $ 7395.83
        Burglar Alarm                                            $ 1549.90
        Single door access system                                $ 1034.44

        Grand total                                              $ 9980.17
        Monthly fee                                              $   29 mo.

_____                    6/23/15
Authorized Signature                            Date

We provide one man parts and ninety days labor for normal wear and tear. A
deposit of $4990.08 is required to commence work with the balance due at
completion.  Email or fax your approval to 301-249-9686 and we will call you to
schedule.

Best regards,

Don Webber

          1532 A & B POINTER RIDGE PLACE •  BOWIE, MARYLAND 20716
(301) 249-9200 •  (800) 327-6383 •  (301) 249-9686 FAX •  DCJS 11-2031



**HARMONSIGN, INC.**
Solutions Delivering Results Since 1937.

WWW.HARMONSIGN.COM

46593 Grand River Ave
Novi, MI 48374
248-348-8150 phone
248-348-4317 fax

## SALES AGREEMENT

**SALESPERSON:** John Venglarcik    **PROJECT MANAGER:** Nicole Starkey

This agreement is made on ___5/27/16___ in Novi, Michigan between HARMON SIGN, INC., a Michigan Corporation (hereinafter referred to as "Seller") and _____Little Caesars - Blue Line Distribution_____ whose principal office and place of business is at _____24120 Haggerty Road Farmington Hills, MI 48335_____ (here in after referred to as "Purchaser").

The Seller hereby agrees to construct, install and/or service at the Purchaser's premises located at ___Store# 1008-0007 - 1919 14th St. SE, Washington, DC 20020___ the following product, display or services, subject to the terms of this Agreement, in conformity with the specifications set forth in the "Specifications and Estimates" section which appears below. Said section on "Specifications and Estimates" is hereby approved by the parties hereto and said section is fully incorporated into this contract.

**AGREEMENT:** The parties agree that Seller reserves the right to change the below "Specifications and Estimates" if they are not accepted by the Purchaser within ___30___ days. Acceptance of this contract will be signified by the signature of any agent or apparent agent of Purchaser and the payment of the deposit. With said acceptance, Purchaser hereby agrees to purchase and accept delivery of the products or services described.

**SPECIFICATIONS:** Sketch Approved    ☐ Yes    ☐ No    ☐ N/A

| | |
|---|---|
| Tech Survey Fee.................................................................................... | $250.00 |
| Permit Procurement Fee......................................................................... | $400.00 |
| Sign/Electrical Permits.......................................................................... | At Cost |
| Qty: 1 - 40" tall tiltman w/ 32" tall LITTLE CAESARS channel letters - | |
| LED illuminated - Raceway mounted (painted to match the building)........ | $5,346.45 |
| Qty: 2 - 7-1/2" tall x 45-1/4" wide vinyl graphics for an existing monument | |
| tenant panel............................................................................................ | $145.60 |
| Crating Fee............................................................................................. | $250.00 |
| Installation of the above channel letterset............................................. | $2,900.00 |

**ADDITIONAL NOTES:**

Harmon Sign Agrees to Visa, Mastercard, and American Express for a 3% Fee

**PERMITS:** ☑ Sign    ☑ Electrical    ☐ Structural

... in ... all your estimate trips for inspections are additional if applicable.
... ins ... tection or scriptation

**SUBTOTAL:** $ 9,292.05

**PERMITS:** $ At Cost

**FREIGHT:** $ Additional

**TOTAL PROJECT:** $ 9,292.05

**DEPOSIT:** $

**BALANCE DUE:** $

By signing this agreement, purchaser indicates conformity to all terms above. See the "statement" containing returns and delivery of the sold ... terms.

BY (HASE): _Matt Ditta_

By _Marc Williams_

APPROVED BY HARMON SIGN, INC.

BY _Nicole Starkey_

HARMON SIGN, INC.

Page 1 of 2

# ADDITIONAL TERMS AND PROVISIONS OF SALES AGREEMENT

**ELECTRICAL SERVICES:** [text illegible]

**TERMS OF PAYMENT:** [text illegible]

**FINANCE CHARGE:** [text illegible]

**FUEL SURCHARGE:** [text illegible]

**SECURITY AGREEMENT:** [text illegible]

**PURCHASER'S DUTY OF INSPECTION:** [text illegible]

**SPECIAL ORDERS:** [text illegible]

**TAXES:** [text illegible]

**PERMITS:** [text illegible]

**APPLICABLE LAW:** [text illegible]

**EXCAVATION AND INSTALLATION CONTINGENCY CLAUSE:** [text illegible]

**DELAYS:** [text illegible]

**WARRANTIES:** [text illegible]

[several paragraphs of illegible text]

DAT. ___ 05-27-2015

Case 17-03469-TOM7    Doc 218-4    Filed 03/23/18    Entered 03/23/18 15:29:21    Desc
Exhibit C    Page 6 of 38

**Custom Register Solutions, LLC**

1875 S State Street
Suite 1200
Orem, UT 84097

801-899-1305

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/22/2015 | 4997 |

**Bill To**

Mark Williams
226 Crowne Woods Drive
Birmingham, AL 35244
USA

**Ship To**

Little Caesars
1918 14th Street SE
Washington, DC 20020

| Organization | Franchise No. | PO # | Terms |
|--------------|---------------|------|-------|
| Maryland LC Vent... | 01968-00007 | | Due on receipt |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 1 | Caesar Vision Software for 3 Register System | | |
| 1 | Annual Support for Caesar Vision 3 Register System Mid June 2015 - Dec 2015 | 25,000.00 | 25,000.00 |
| 1 | Caesar Vision Digital Menu Board Server | 812.50 | 812.50 |
| 4 | Breeze All in One Unit | 0.00 | 0.00 |
| 3 | 16 x 16 Cash Drawer | 0.00 | 0.00 |
| 3 | Star Thermal Printer Serial Interface with Cable 3 year warranty | 0.00 | 0.00 |
| 3 | Code CR900FD Bar Code Imager | 0.00 | 0.00 |
| 3 | 42" Digital Menu Board | 0.00 | 0.00 |
| 3 | Digital Menu Board Mounts | 0.00 | 0.00 |
| 3 | VGA Cable | 0.00 | 0.00 |
| 1 | Caesar Vision Point of Sale Server | 0.00 | 0.00 |
| 1 | Max Stick Printer | 0.00 | 0.00 |
| 1 | Breeze All-In-One without MRS/URU | 0.00 | 0.00 |
| 1 | Installation and onsite configuration. | 0.00 | 0.00 |
| 1 | Shipping and Handling | 0.00 | 0.00 |
| 2 | Breeze All in One Unit (spare equipment) | 1,197.00 | 1,197.00 |
| | | 1,393.00 | 2,786.00 |
| | Sales tax is the responsibility of the recipient | | |

| | |
|---|---|
| **Total** | $29,795.50 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $29,795.50 |

**BLUE LINE** FOODSERVICE DISTRIBUTION

** Reprint **

24120 HAGGERTY ROAD
FARMINGTON HILLS, MI 48335          Tel: 800-447-1933

*Handwritten:* Little Caesars Pizza 1818 14th St SE Washington DC 20020

| | |
|---|---|
| CUSTOMER NO. | 19680007 |

SHIP TO:
LITTLE CAESARS PIZZA
1918 14TH STREET SE
WASHINGTON DC 20020

INVOICE NO. 2013494
MEMO 134
PAGE 1
1    4   160

| SHIP DATE | ROUTE | REFERENCE # | TERMS |
|---|---|---|---|
| 5/20/2015 | 10243  694 | 416410509  YRC | NET 30 (ACH) |

RICHARD RUGGER 301367 5208
24 HR CALL W/LIFTGATE

\* BEST QUALITY \* BREAKTHROUGH PRICING \*
\* BETTER SERVICE \*

| ITEM# | ORD | SHP | DESCRIPTION | PACK | SIZE | CAT | COST | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 9999999 | 1 | 1 | LTL OUTBOUND FREIGHT | 1 | 1 | 7892 | 883.00 | 883.00 |
| 699410 | 1 | 1 | ROOF MOUNT CURB FOR NEW AAON UNIT | 1 | CT | 1600 T | 187.59 | 187.59 |
| 54062 | 4 | 4 | BLACK 6" CERAMIC TILE BASE (40PCS/CTN) | 1 | CT | 1600 T | 64.40 | 257.60 |
| 407009 | 35 | 35 | VIRGINIA FLORIM CHALK PORCELAIN TILE | 1 | CARTON | 1600 T | 48.09 | 1683.15 |
| 54060 | 30 | 30 | WARM WHITE CERAMIC TILE 6X6 (15SF/CTN) | 1 | CT | 1600 T | 21.09 | 632.70 |
| 699116 | 1 | 1 | EXHAUST CURB/HALTON/AVI HOOD | 1 | CT | 1600 T | 157.69 | 157.69 |

**BLUE LINE** FOODSERVICE DISTRIBUTION

** Reprint **

24120 HAGGERTY ROAD
FARMINGTON HILLS, MI 48335          Tel: 800-447-1933

| | | |
|---|---|---|
| S H I P | | |

CUSTOMER NO. 19680007

| S H I P | O T |
|---|---|

LITTLE CAESARS PIZZA
1918 14TH STREET SE

WASHINGTON    DC    20020

* BEST QUALITY * BREAKTHROUGH PRICING *
* BETTER SERVICE *

INVOICE NO. 2013494
MEMO 134
PAGE 2

1   4 160

**Handwritten:**
Little Caers nes Pizza
1918 14th Street SE
Washington, DC 20020

SHIP DATE 5/20/2015
ROUTE 10243  694
RICHARD RUGGER 3013675208
24 HR CALL W/LIFTGATE
REFERENCE # 446105009 YRC
TERMS NET 30 (ACH)

| ITEM # | ORD | SHP | DESCRIPTION | PACK | SIZE | CAT | COST | AMOUNT |
|---|---|---|---|---|---|---|---|---|

PIECES SHIPPED 71

| CASES SHIPPED | CLR |
|---|---|
| 71.00 | |

DRY
| PIECES 71 | WEIGHT 3513 | CUBE 47 |
|---|---|---|

| PIECES | WEIGHT 1600 7892 | CUBE |
|---|---|---|

| CATEGORY RECAP | EQUIPMENT 226 |
|---|---|

FRZ
| PIECES | WEIGHT | CUBE |
|---|---|---|

| AMOUNT 3086.56 883.00 | PIECES 71 |
|---|---|

| STATE 167.83 | COUNTY .00 | CITY .00 | DISTRICT .00 |
|---|---|---|---|

SUBTOTAL:          3801.73
TAX:               167.83
(USD) TOTAL:       3969.56

Your satisfaction is important to us. If you have any questions, please contact your regional
Blue Line Foodservice Distribution Center at 800-447-1933.

TERMS AND CONDITIONS are preprinted on the reverse side of this document.

Case 17-03469-TOM7   Doc 218-4   Filed 03/23/18   Entered 03/23/18 15:29:21   Desc
Exhibit C   Page 9 of 38

# BLUE LINE
### FOODSERVICE DISTRIBUTION

24120 HAGGERTY ROAD
FARMINGTON HILLS, MI 48335
Tel: 800-447-1933

| CUSTOMER NO. | SHIP TO | INVOICE NO. 2030379 |
|---|---|---|
| 19680007 | LITTLE CAESARS PIZZA | MEMO 11 |
| | 1918 14TH STREET SE | PAGE 1 |
| | WASHINGTON  DC  20020 | |

**Handwritten:** Little Caesars Pizza / 1918 14th Street SE / Washington, DC 20020

* BEST QUALITY * BREAKTHROUGH PRICING *
* BETTER SERVICE *

1   4 160

| SHIP DATE | ROUTE | REFERENCE # | TERMS |
|---|---|---|---|
| 6/01/2015 | 10682 134 | S/W 113-1066504 | |
| | RICH RUGGIERO   301367520B | | NET 30 (ACH) |

| ITEM # | ORD. | SHP. | DESCRIPTION | PACK | SIZE | CAT | COST | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 7062 | 4 | 4 | SPATULA 13 1/2 RN | EA | 1 CT | 7403 T | 3.03 | 12.12 |
| 6388 | 4 | 4 | RUBBER BOWL SCRAPER | EA | 1 CT | 7403 T | 1.18 | 4.72 |
| 7560 | 6 | 6 | PAN GRIPPER HD STAINLESS STEEL | EA | 1 CT | 7403 T | .97 | 5.82 |
| 400201 | 3 | 3 | WESTCOTT ELITE SCISSORS | EA | 1 CT | 7403 T | 17.94 | 53.82 |
| 6925 | 4 | 4 | 4" WHITE PLASTIC DOUGH SCRAPER | EA | 1 CT | 7403 T | 4.91 | 19.64 |
| 7667 | 4 | 4 | CUTTER DOUGH 6" | EA | 1 CT | 7403 T | 3.71 | 14.84 |
| 8906 | 2 | 2 | VEGGIE SHAKER W/LID | EA | 1 CT | 7403 T | 4.92 | 9.84 |
| 7601 | 3 | 3 | CORNMEAL SHAKER WITH LID | EA | 1 CT | 7403 T | 4.92 | 14.76 |
| 8907 | 2 | 2 | REP LID FOR VEGGIE SEASONING SHAKER | EA | 1 CT | 7403 T | 2.46 | 4.92 |
| 977601 | 2 | 2 | LID FOR CORNMEAL SHAKER | EA | 1 CT | 99999 T | 2.63 | 5.26 |
| 7718 | 2 | 2 | LADLE 1 OZ | EA | 1 CT | 99999 T | .51 | 1.02 |
| 365105 | 2 | 2 | EXTRACTOR SAUCE BAG | EA | 1 CT | 7403 T | 1.79 | 3.58 |
| 8173 | 24 | 24 | LC PERFORMANCE COOL CAP | EA | 1 CT | 7403 T | 4.12 | 98.88 |
| 6527 | 4 | 4 | TIMER/STOPWATCH COOPER | EA | 1 CT | 7450 T | 13.99 | 55.96 |
| 6526 | 6 | 6 | REFRIG/FREEZER THERM COOPER | EA | 1 CT | 7450 T | 3.13 | 18.78 |
| 7651 | 2 | 2 | FRENCH WHIP 12" | EA | 1 CT | 7403 T | 8.34 | 16.68 |
| 7583 | 2 | 2 | LC 4OZ PIZZA SAUCE LADLE | EA | 1 CT | 7403 T | 7.01 | 14.02 |
| 7675 | 4 | 4 | BRUSH PASTRY 3" | EA | 1 CT | 7403 T | 7.33 | 29.32 |
| 538472 | 1 | 1 | STAINLESS STEEL WHIP-36" | EA | 1 CT | 7403 T | 65.00 | 65.00 |
| 804014 | 30 | 30 | BLACK RUBBER FEET FOR PREP RACKS | EA | 1 CT | 7403 T | .59 | 17.70 |
| 542950 | 1 | 1 | # 16 SCOOP VOLLRATH | EA | 1 CT | 1600 T | 9.56 | 9.56 |
| 33141 | 24 | 24 | LITTLE CAESARS VISOR | EA | 1 CT | 1600 T | 4.14 | 99.36 |
| 8194 | 8 | 8 | SPRING TONG - 12 INCH | EA | 1 CT | 7450 T | 2.67 | 21.36 |
| 6525 | 6 | 6 | DIGITAL WATERPROOF POCKET THERM COOPE | EA | 1 CT | 7403 T | 15.89 | 95.34 |
| 365350 | 2 | 2 | TOPPING CUPS SET (4 PIECE) | EA | 1 CT | 7403 T | 11.11 | 22.22 |
| 400101 | 3 | 3 | MAGNET FOR SCISSORS | EA | 1 CT | 7403 T | 5.24 | 15.72 |
| 245010 | 1 | 1 | CUTTING BOARD WHITE 12" X 18" X 1/2" | EA | 1 CT | 7403 T | 14.37 | 14.37 |
| 7716 | 2 | 2 | NYLON DOUGH DOCKER | EA | 1 CT | 7403 T | 27.58 | 55.16 |
| 365030 | 2 | 2 | 24OZ SQUEEZE BOTTLE WITH SINGLE TIP | EA | 1 CT | 7403 T | 1.36 | 2.72 |

# BLUE LINE FOODSERVICE DISTRIBUTION

** Reprint **

24120 HAGGERTY ROAD
FARMINGTON HILLS. MI 48335    Tel: 800-447-1933

| SHIP DATE | ROUTE |
|---|---|
| 6/01/2015 | 10682 134 |

RICH RUGGIERO  301675208  S/W 113-1066504

REFERENCE #

TERMS: NET 30 (ACH)

CUSTOMER NO. 19680007

SHIP TO:
LITTLE CAESARS PIZZA
1918 14TH STREET SE
WASHINGTON  DC  20020

INVOICE NO. 2030379
MEMO 111
PAGE 2
4 160

*Handwritten:* L.the Caesars Pizza / 1918 14th St. SE / Washington, DC 20020

* BEST QUALITY * BREAKTHROUGH PRICING * BETTER SERVICE *

| ITEM # | ORD. | SHP. | DESCRIPTION | PACK | SIZE | CAT | COST | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 7569 | 2 | 2 | DEEP DEEP DISH SAUCE LADLE | EA | 1 CT | 7403 T | 2.89 | 5.78 |
| 9620 | 1 | 1 | LONG BUBBLE POPPER-GAS PRIDE | EA | 1 CT | 7403 T | 17.56 | 17.56 |
| 460200 | 1 | 1 | VINYL BLACK APRONS | EA | 1 CT | 7403 T | 8.22 | 8.22 |
| 7799 | 15 | 15 | LCD READY RACK TIMER/3-ZONE | EA | 1 CT | 99999 T | 8.22 | 123.30 |
| 7069 | 6 | 5 | 5" PIZZA CUTTER W/RED HANDLE | EA | 1 CT | 7950 T | 18.60 | 92.98 |
| 9790 | 6 | 6 | HIGH HEAT SPATULA | EA | 1 CT | 7403 T | 8.29 | 49.74 |
| 7068 | 6 | 6 | 5" PIZZA CUTTER W/WHITE HANDLE | EA | 1 CT | 7403 T | 12.03 | 72.18 |
| 7410 | 6 | 6 | 3/4" DISSOLVABLE TRIANGLE KIT/1MLABEL | EA | 1 CT | 7403 T | 8.29 | 49.74 |
| 403 | 1 | 1 | F/P ORANGE CERTIFICATES (100 PKG) | EA | 1 CT | 7911 T | 51.49 | 51.49 |
| 5900 | 3 | 3 | 13 OZ CHEESE SHAKER W/LID POLYCARBONA | EA | 1 CT | 7403 T | 3.80 | 11.40 |
| 8734 | 1 | 1 | ROUND NAME BADGE | EA | 1 CT | 7403 T | 8.02 | 8.02 |
| 8779 | 1 | 1 | CLOSING CHECKLIST FORM (50SHTS/PAD) | EA | 25CT | 7404 T | 22.76 | 22.76 |
| 8780 | 1 | 0 | STATION CLEANING CHECKLIST (50/PAD) | EA | 1 CT | 7404 O | 2.37 | .00 |
| BACK-ORDER | | | | | | | | |
| 700530 | 4 | 4 | 17" QUILTED OVEN MITT BLACK (EACH) | EA | 1 CT | 7403 T | 3.24 | 12.96 |
| 7715 | 10 | 10 | LID TANDEM DEEP DISH PAN 9X15 | EA | 1 CT | 7403 T | 5.09 | 50.90 |
| 7709 | 1 | 1 | WIRE SHELF 18X26 | EA | 4 CT | 99999 T | 118.06 | 118.06 |
| 497500 | 1 | 1 | RM 35 GAL LOBBY TRASH CAN W/LID | EA | 1 CT | 1600 T | 233.96 | 233.96 |
| 970310 | 2 | 2 | CAMBRO FULL LID W/HANDLE | EA | 6 CT | 7403 T | 45.59 | 91.18 |
| 970327 | 2 | 2 | CAMBRO 1/6 PAN X 6" DEEP | EA | 6 CT | 7403 T | 25.11 | 50.22 |
| 970325 | 2 | 2 | CAMBRO 1/6 LID W/HANDLE | EA | 6 CT | 7403 T | 13.82 | 27.64 |
| 970312 | 2 | 2 | CAMBRO FULL PAN X 6" DEEP | EA | 6 CT | 7403 T | 80.95 | 161.90 |
| 970317 | 2 | 2 | CAMBRO 1/2 PAN X 6" DEEP | EA | 6 CT | 7403 T | 48.05 | 96.10 |
| 970315 | 2 | 2 | CAMBRO 1/2 LID W/HANDLE | EA | 6 CT | 7403 T | 24.30 | 48.60 |
| 970321 | 2 | 2 | CAMBRO 1/3 PAN X 6" DEEP | EA | 6 CT | 7403 T | 36.77 | 73.54 |
| 970320 | 2 | 2 | CAMBRO 1/3 LID W/HANDLE | EA | 6 CT | 7403 T | 17.70 | 35.40 |
| 970200 | 2 | 2 | CAMBRO 1QT LID W/HANDLE | EA | 6 CT | 7403 T | 7.44 | 14.88 |
| 8724 | 2 | 2 | 32 OZ SCALE W/DASHPOT EDLUND | EA | 1 CT | 1600 T | 121.24 | 242.48 |
| 7620 | 2 | 2 | CAMBRO 1QT CLR MEASURING CUP | EA | 6 CT | 7403 T | 7.44 | 14.88 |
| 7677 | 2 | 2 | BRUSH COUNTER 13" RM | EA | 1 CT | 7403 T | 4.85 | 9.70 |

**BLUE LINE** FOODSERVICE DISTRIBUTION

** Reprint **

24120 HAGGERTY ROAD
FARMINGTON HILLS. MI 48335          Tel: 800-447-1933

LITTLE CAESARS PIZZA
1918 14TH STREET SE
WASHINGTON DC 20020

* BEST QUALITY * BREAKTHROUGH PRICING *
* BETTER SERVICE *

| | | |
|---|---|---|
| SHIP DATE | 6/01/2015 | |
| ROUTE | 10682 134 | S/W 113-1066504 |
| CUSTOMER NO | 19680007 | |
| INVOICE NO | 2030379 | |
| MEMO | 111 | |
| PAGE | 3 | |

REFERENCE #  S/W 113-1066504
TERMS  NET 30 (ACH)

*Handwritten:* Little Caesars Pizza / 1918 14th St SE / Washington D.C. 20020 / RICH RUGGIERO 301675208

| ITEM# | ORD | SHP | DESCRIPTION | PACK | SIZE | CAT | COST | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 700602 | 1 | 1 | CLEAR SAFETY GOGGLES/BARRICADE | EA | 1 CT | 7403 T | 4.82 | 4.82 |
| 6346 | 1 | 1 | RAPID STAPLE GUN #K1 | EA | 1 CT | 7403 T | 18.29 | 18.29 |
| 7231 | 2 | 2 | 8" CLEAN UP BRUSH H53 | EA | 1 CT | 7403 T | 6.17 | 12.34 |
| 7912 | 2 | 2 | RM 6" PAN SCRUB BRUSH | EA | 1 CT | 7403 T | 2.35 | 4.70 |
| 7645 | 2 | 2 | CONTNR 22 QT RND | EA | 6 CT | 7403 T | 59.29 | 118.58 |
| 7646 | 3 | 3 | CONTNR 12 QT RND | EA | 6 CT | 99999 T | 7.01 | 21.03 |
| 31826 | 1 | 1 | DOUGH PAN PERFORATED | EA | 1 CT | 7403 T | 13.32 | 13.32 |
| 5540 | 2 | 2 | WAREHOUSE CORN BROOM | EA | 1 CT | 7403 T | 7.29 | 14.58 |
| 7082 | 2 | 1 | RM 32 GAL BRUTE CONT-GRAY | EA | 1 CT | 7403 T | 27.53 | 27.53 |
| **BACK-ORDER** | | | | | | | | |
| 7081 | 3 | 3 | LID 32 GAL GRAY | EA | 1 CT | 7403 T | 8.13 | 24.39 |
| 7638 | 3 | 3 | RM 10 GAL LID-WHITE | EA | 1 CT | 7403 T | 5.55 | 16.65 |
| 7621 | 4 | 4 | CAMBRO 4QT CLR MEASURING CUP | EA | 1 EA | 7403 T | 11.69 | 46.76 |
| 7880 | 2 | 2 | RM DUST PAN-CHARCOAL | EA | 1 CT | 7402 T | 3.91 | 7.82 |
| 497610 | 2 | 2 | RM WET FLOOR SIGN | EA | 1 CT | 7403 T | 11.32 | 22.64 |
| 7228 | 4 | 4 | UPRIGHT DUST PAN W/HANDLE | EA | 1 CT | 7403 T | 9.88 | 39.52 |
| 7647 | 12 | 12 | LID FOR 12QT/22QT CONTNR | EA | 1 CT | 7403 T | 2.38 | 28.56 |
| 7076 | 1 | 1 | RM DOLLY FOR BRUTE CONTAINER | EA | 1 CT | 99999 T | 84.67 | 84.67 |
| 7076 | 2 | 2 | RM DOLLY FOR BRUTE CONTAINER | EA | 2 CT | 7403 T | 42.34 | 84.67 |
| 7637 | 1 | 1 | RM 10 GAL BRUTE CONTAINER | EA | 1 CT | 7403 T | 44.37 | 44.37 |
| 7637 | 3 | 3 | RM 10 GAL BRUTE CONTAINER/WHITE | EA | 1 CT | 7403 T | 14.79 | 44.37 |
| 347009 | 1 | 1 | DIGITAL 32OZ PORTION SCALE(EDL-10)EDL | EA | 1 CT | 7403 T | 268.14 | 268.14 |
| 9500 | 1 | 1 | 3H 3.X8' GRAY NOMAD MAT/NO LOGO | EA | 1 CT | 1600 | 159.29 | 159.29 |
| 9736 | 20 | 20 | CM 14" LARGE HNR PIZZA PAN | EA | 12 CT | 1600 | 178.14 | 3562.80 |
| 9735 | 20 | 20 | MED BRNT ORG MGR SHIRT PERFORMANCE PO | EA | 1 CT | 7403 T | 11.00 | 220.00 |
| 9708 | 20 | 20 | SM BRNT ORG MGR SHIRT PERFORMANCE POL | EA | 1 CT | 7450 T | 11.00 | 220.00 |
| 9738 | 14 | 14 | DEEP DISH TANDEM PAN (12/CT) | EA | 12 CT | 7403 T | 219.01 | 3066.14 |
| 9737 | 10 | 10 | XL BRNT ORG MGR SHIRT PERFORMANCE POL | EA | 1 CT | 7450 T | 11.00 | 110.00 |
| 9739 | 10 | 10 | LG BRNT ORG MGR SHIRT PERFORMANCE POL | EA | 1 CT | 7450 T | 11.00 | 110.00 |
| 9737 | 20 | 20 | 2XL BRNT ORG MGR SHIRT PERFORMANCE PO | EA | 1 CT | 7450 T | 12.00 | 48.00 |

Case 17-03469-TOM7   Doc 218-4   Filed 03/23/18   Entered 03/23/18 15:29:21   Desc
Exhibit C   Page 12 of 38

# BLUE LINE
FOODSERVICE DISTRIBUTION

** Reprint **

24120 HAGGERTY ROAD
FARMINGTON HILLS, MI 48335          Tel: 800-447-1933

INVOICE NO. 2030379
MEMO 111
PAGE 4

CUSTOMER NO. 19680007

| | | |
|---|---|---|
| **S H I P** | | LITTLE CAESARS PIZZA |
| | | 1918 14TH STREET SE |
| **T O** | | WASHINGTON      DC  20020 |

*Handwritten:* Little Caesars Pizza
1918 14th Street SE
Washington, DC 20020

| SHIP DATE | ROUTE | REFERENCE # |
|---|---|---|
| 6/01/2015 | 10682 134   S/W 113-1066504 | |
| RICH RUGGIERO 3013675208 | | |
| | NET 30   TERMS (ACH) | |

\* BEST QUALITY \* BREAKTHROUGH PRICING \*
\* BETTER SERVICE \*

| ITEM# | ORD | SHP | DESCRIPTION | PACK | SIZE | CAT | COST | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 450815 | 4 | 4 | 14" GRAY PLASTIC CHEESE TEMPLATE | EA | 1 CT | 7403 T | 13.36 | 53.44 |
| 137676 | 2 | 2 | SANITIZING SOLUTION BUCKET|RED 8 QT. | EA | 1 CT | 7402 T | 5.69 | 11.38 |
| 365000 | 1 | 1 | CHEESE CUP SET W/HOLDER | | 1 CT | 7403 T | 134.80 | 134.80 |
| 137675 | 2 | 2 | SOAP SOLUTION BUCKET GREEN 8 QT | EA | 1 CT | 7302 T | 5.69 | 11.38 |
| 700600 | 1 | 1 | SUPER FLOW 4'X6' ANTI-SLIP MAT (RED) | EA | 1 CT | 7403 T | 124.23 | 124.23 |

Case 17-03469-TOM7    Doc 218-4    Filed 03/23/18    Entered 03/23/18 15:29:21    Desc
Exhibit C    Page 13 of 38

**Blue Line** FOODSERVICE DISTRIBUTION

** Reprint **

24120 HAGGERTY ROAD
FARMINGTON HILLS, MI 48335          Tel: 800-447-1933

| | | | |
|---|---|---|---|
| | S H I P | | LITTLE CAESARS PIZZA |
| CUSTOMER NO. | | | 1918 14TH STREET SE |
| 19680007 | S O L D T O | | |
| | | | WASHINGTON   DC   20020 |

INVOICE NO 2030379
MEMO 111
PAGE 5
1   4   160

* BEST QUALITY * BREAKTHROUGH PRICING *
* BETTER SERVICE *

SHIP DATE 6/01/2015   10682 134
RICH RUGGIERO   301367520B

| ROUTE | REFERENCE # | |
|---|---|---|
| | S/W 113-1066504 | |
| ORD.   SHP | TERMS | |
| | NET 30 (ACH) | |

Handwritten:
Little Caesars Pizza
1918 14th St SE
Washington, D.C. 20020

| ITEM # | DESCRIPTION | PACK | SIZE | CAT | COST | AMOUNT |
|---|---|---|---|---|---|---|

| PIECES SHIPPED | CASES SHIPPED | | | | | |
|---|---|---|---|---|---|---|
| 402 | 121.45 | | | | | |

| | CATEGORY RECAP | | AMOUNT | PIECES | | |
|---|---|---|---|---|---|---|
| 1600 | EQUIPMENT | 226 | 984.67 | 35 | | |
| 7402 | CLEANING | 786 | 32.33 | 6 | | |
| 7403 | OPERATIONAL | 787 | 9692.54 | 199 | | |
| 7404 | FORMS | 788 | 2.51 | 1 | | |
| 7450 | UNIFORMS | 755 | 1088.75 | 127 | | |
| 7911 | ADVERTISING | 914 | 8.48 | 1 | | |
| 99999 | | | 132.41 | 33 | | |

| DRY | PIECES | WEIGHT | CUBE | CLR | PIECES | WEIGHT | CUBE | FRZ | PIECES | WEIGHT | CUBE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 402 | 1179 | 160 | | | | | | | | |

SUBTOTAL:   11295.12
TAX:        646.57
(USD) TOTAL: 11941.69

| STATE | COUNTY | CITY | DISTRICT |
|---|---|---|---|
| 646.57 | .00 | .00 | .00 |

Your satisfaction is important to us. If you have any questions, please contact your regional
Blue Line Foodservice Distribution Center at 800-447-1933.

TERMS AND CONDITIONS are preprinted on the reverse side of this document.

# BLUE LINE FOODSERVICE DISTRIBUTION

** Reprint **

24120 HAGGERTY ROAD
FARMINGTON HILLS, MI 48335   Tel: 800-447-1933

| | |
|---|---|
| CUSTOMER NO. | 19680007 |
| INVOICE NO. | 2030376 |
| MEMO | 113 |
| PAGE | 1 |

*Handwritten:* W. HeCAFES ARs,P.22A / 1918 14th St SE / Washington DC 20020

**SHIP TO:** LITTLE CAESARS PIZZA
1918 14TH STREET SE
WASHINGTON DC 20020

| SHIP DATE | ROUTE | REFERENCE # |
|---|---|---|
| 6/01/2015 | 10772 224 | S/W 111-1066458 |

RICHARD RUGGER 301367520B

TERMS: NET 30 (ACH)

* BEST QUALITY * BREAKTHROUGH PRICING *
* BETTER SERVICE *

| ITEM # | ORD | SHP | DESCRIPTION | PACK | SIZE | CAT | COST | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 9999999 | 1 | 1 | PODS OUTBOUND FREIGHT | | | 7892 | 2750.00 | 2750.00 |
| 50891 | 1 | 1 | SHAW 10' I7 MENUBOARD HEADER KIT | 1 | | 1600 T | 1249.51 | 1249.51 |
| 7495 | 3 | 3 | LOCKWOOD DBL READY-RACK W/COVER | 1 | | 1600 T | 323.99 | 971.97 |
| 7490 | 5 | 5 | LOCKWOOD DOUGH RACK/NO COVER | 1 | | 1600 T | 260.08 | 1300.40 |
| 9265 | 1 | 1 | CONTERTOP MAT WITH GRAPHICS | 1 | | 1600 T | 145.60 | 145.60 |
| 40589 | 2 | 2 | I7-LC/HHR DOOR HANDLE SET/ALUM GRAPHICS | 1 | | 1600 T | 196.05 | 392.10 |
| 7200 | 1 | 1 | RANDELL 95" PREP TABLE W/OVERSHELF  EA | 1 | CT | 1600 T | 4637.25 | 4637.25 |
| | | | SERIAL#: m2I0202-1-1 | | | | | |
| 94008 | 2 | 2 | I7 CRES COR HOT HOLDING CABINET/RH | 1 | CT | 1600 T | 3563.69 | 7127.38 |
| | | | SERIAL#: ab6 j370154-14 | | | | | |
| | | | SERIAL#: lbe j336626-2 | | | | | |
| 67408 | 6 | 6 | METRO 22"x48" POLYMER DUNNAGE RACK | 1 | 1 | 1600 T | 121.25 | 727.50 |
| 67416 | 1 | 1 | METRO OPT. 60" PHONE STATION KIT | 1 | CT | 1600 T | 252.54 | 252.54 |
| 699225 | 1 | 1 | AAON HEATED MAKEUP AIR UNIT | 1 | CT | 1600 T | 7394.00 | 7394.00 |
| | | | SERIAL#: 201504-axyge09892 | | | | | |
| 7100 | 2 | 2 | KELVINATOR REACH-IN FREEZER (19.4 C.F | 1 | CT | 1600 T | 1197.00 | 2394.00 |
| | | | SERIAL#: WD 51162933 | | | | | |
| | | | SERIAL#: WD 51162970 | | | | | |
| 67423 | 1 | 1 | METRO UNDERCOUNTER SHELF KIT | 1 | CT | 1600 T | 139.17 | 139.17 |
| 40600 | 1 | 1 | T&S LOW-FLOW PRE-RINSE ASY | 1 | CT | 1600 T | 190.79 | 190.79 |
| 67429 | 1 | 1 | METRO PHONE STATION 14"x48" (KIT) | 1 | CT | 1600 T | 227.84 | 227.84 |
| 498002 | 3 | 3 | AERO WALL MOUNT HAND SINK W/FAUCET | 1 | CT | 1600 T | 83.95 | 251.85 |
| 67410 | 1 | 1 | METRO OPT. 48" DBL WALL SHELF KIT | 1 | CT | 1600 T | 134.03 | 134.03 |
| 67422 | 2 | 2 | METRO OPT. 60" READY RACK KIT | 1 | CT | 1600 T | 149.30 | 298.61 |
| 67409 | 2 | 2 | METRO OPT. 48" SNG WALL SHELF KIT | 1 | CT | 1600 T | 70.64 | 141.28 |
| 7402 | 1 | 1 | STEPHAN DOUGH MIX VCM 44-A-1 | 1 | CT | 1600 T | 8200.00 | 8200.00 |
| | | | SERIAL#: u14002B1 | | | | | |
| 67418 | 1 | 1 | METRO OPT. 60" COOLER SHELVING KIT | 1 | CT | 1600 T | 488.97 | 488.97 |
| 8713 | 1 | 1 | DUKE 30"X96" HEAVY DUTY SHEETER TABLE | 1 | CT | 1600 T | 767.06 | 767.06 |

Handwritten: Li'l Caesars Pizza
1918 14th St SE
Washington, DC 20020

# BLUE LINE FOODSERVICE DISTRIBUTION

** Reprint **

| | |
|---|---|
| CUSTOMER NO. | 19680007 |

24120 HAGGERTY ROAD
FARMINGTON HILLS, MI 48335

**SHIP TO:**
LITTLE CAESARS PIZZA
1918 14TH STREET SE
WASHINGTON DC 20020

Tel: 800-447-1933

INVOICE NO. 2030376
MEMO 113
PAGE 2
PAGE 1   4   160

| SHIP DATE | ROUTE | REFERENCE # |
|---|---|---|
| 6/01/2015 | 10772 224 | S/W 111-1066458 |

RICHARD RUGGER 301367520B

TERMS NET 30 (ACH)

* BEST QUALITY *   * BREAKTHROUGH PRICING *
* BETTER SERVICE *

| ITEM # | ORD | SHP | DESCRIPTION | PACK | SIZE | CAT | COST | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 67405 | 1 | 1 | METRO OPT 48" BREAD STATION KIT(HRU) | 1 | CT | 1600 T | 639.51 | 639.51 |
| 67411 | 1 | 1 | METRO OPT. 48" READY RACK KIT | 1 | CT | 1600 T | 264.26 | 264.26 |
| 8160 | 1 | 1 | DUKE 36"X12" S/S TABLE W/BSPLASH | 1 | CT | 1600 T | 662.35 | 662.35 |
| 8165 | 1 | 1 | DUKE 36"X48" S/S TABLE W/BSPLASH | 1 | CT | 1600 T | 565.88 | 565.88 |
| 67400 | 1 | 1 | METRO OPT. DISH STATION KIT | 1 | CT | 1600 T | 422.04 | 422.04 |
| 67402 | 1 | 1 | METRO OPT.48"DBL LANDING STATION KIT | 1 | CT | 1600 T | 526.02 | 526.02 |
| 8154 | 3 | 3 | METRO 30"X48" S/S TABLE W/BSPLASH | 1 | CT | 1600 T | 490.59 | 1471.77 |
| 450829 | 5 | 5 | SAFETY CABLE FOR SHEETER | 1 | CT | 1600 T | 24.98 | 24.98 |
| 952100 | 5 | 5 | LOBBY CHAIR BLACK/CHROME (SMI) | 1 | CT | 1600 T | 52.44 | 262.20 |
| 67407 | 3 | 3 | METRO 22"X36" POLYMER DUNNAGE RACK | 1 | CT | 1600 T | 105.31 | 315.93 |
| 7215 | 1 | 1 | AM DOUGH ROUNDER/NSF<br>SERIAL#: r5613rt | 1 | CT | 1600 T | 6700.00 | 6700.00 |
| 737526 | 1 | 1 | AVI EXHAUST FAN<br>SERIAL#: 13827174 | 1 | CT | 1600 T | 1019.39 | 1019.39 |
| 8810 | 1 | 1 | DUKE 4' FILLER COUNTER W/ELECTRIC CHA | 1 | CT | 1600 T | 895.00 | 895.00 |
| 8812 | 2 | 2 | DUKE 5' COUNTER W/ELECTRICAL CHASE | 1 | CT | 1600 T | 1311.00 | 2622.00 |
| 8542 | 1 | 1 | SOMERSET SHEETER SYNTHETIC ROLLERS<br>SERIAL#: 150440566 | 1 | CT | 1600 T | 3049.79 | 3049.79 |
| 5090 | 1 | 1 | INTERIOR DECOR PKG/CRATE 263/NEW/SHA<br>SERIAL#: dbf j3282127-8 | 1 | CT | 1600 T | 4798.15 | 4798.15 |
| 9346 | 1 | 1 | CRES COR 5-LIGHT MERCHANDISER CABINET | 1 | CT | 1600 T | 4001.79 | 4001.79 |
| 93450 | 1 | 1 | NEW FRANCHISE I7 MARKETING TRANSLITE | 1 | CT | 1600 T | 63.50 | 63.50 |
| 6039 | 4 | 4 | HYGENIC PUSH ROLL TOWEL DISPENSER | 1 | CT | 1600 T | 33.67 | 134.68 |
| 7501 | 1 | 1 | WALK IN COOLER CURTAIN KIT | 1 | CT | 1600 T | 104.61 | 104.61 |
| 547001 | 1 | 1 | LED OPEN SIGN 16"W X 22"H | 1 | CT | 1600 T | 137.22 | 137.22 |

**BLUE LINE** FOODSERVICE DISTRIBUTION

** Reprint **

24120 HAGGERTY ROAD
FARMINGTON HILLS, MI 48335
Tel: 800-447-1933

1   4   160
INVOICE NO.
2030376
MEMO
113
PAGE
3

CUSTOMER NO. 19680007

| S H I P | | LITTLE CAESARS PIZZA |
|---|---|---|
| O T | | 1918 14TH STREET SE |
| | | WASHINGTON    DC   20020 |

SHIP DATE | ROUTE | REFERENCE #
6/01/2015  10772.224  S/W 111-1066458
RICHARD RUGGER 301367520 8

ITEM #   ORD.   SHP.   DESCRIPTION         PACK   SIZE   CAT   COST   AMOUNT

NET 30 (ACH)
TERMS

\* BEST QUALITY \* BREAKTHROUGH PRICING \*
\* BETTER SERVICE \*

PIECES SHIPPED    CASES SHIPPED
71                69.16

CATEGORY RECAP
1600  EQUIPMENT    226        69661.38
7403  OPERATIONAL  787          253.05
7892                            2750.00

DRY   PIECES   WEIGHT   CUBE        CLR   PIECES   WEIGHT   CUBE        FRZ   PIECES   WEIGHT   CUBE
      71       9067     1259                                                 66
                                                                            5

SUBTOTAL:                68862.92
STATE        COUNTY       CITY        DISTRICT
3801.51      .00          .00         .00          (USD)  TAX:      3801.51
                                                          TOTAL:   72664.43

Your satisfaction is important to us. If you have any questions, please contact your regional
Blue Line Foodservice Distribution Center at 800-447-1933.

TERMS AND CONDITIONS are preprinted on the reverse side of this document.

**BLUE LINE**
FOODSERVICE DISTRIBUTION

** Reprint **

24120 HAGGERTY ROAD
FARMINGTON HILLS, MI 48335                    Tel: 800-447-1933

| CUSTOMER NO. | | INVOICE NO. |
|---|---|---|
| 19680007 | | 2032037 |

**SHIP TO:**
LITTLE CAESARS PIZZA
191B 14TH STREET SE
WASHINGTON   DC   20020

MEMO

PAGE 1

* BEST QUALITY * BREAKTHROUGH PRICING *
* BETTER SERVICE *

SHIP DATE 6/02/2015

D/S by WARING COMMERCIAL

PO# 398342

Little Caesars Pizza
1918 14th Street SE
Washington, DC 20020

| ROUTE | REFERENCE # | TERMS |
|---|---|---|
| COMMERCIAL | | NET 30 (ACH) |

| ITEM # | ORD. | SHP | DESCRIPTION | PACK | SIZE | CAT | COST | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 99999999 | 1 | 1 | VENDOR OUTBOUND FREIGHT | 1 | CT | 1600 T | 5.13 | 5.13 |
| 555B | 1 | 1 | WARING WALL MOUNT HANGER | 1 | | | 17.10 | 17.10 |

## BLUE LINE
FOODSERVICE DISTRIBUTION

** Reprint **

24120 HAGGERTY ROAD
FARMINGTON HILLS. MI 48335          Tel: 800-447-1933

| | | |
|---|---|---|
| CUSTOMER NO. | | |
| 19680007 | LITTLE CAESARS PIZZA | 1 4 160 |
| | 1918 14TH STREET SR | INVOICE NO. |
| | WASHINGTON    DC 20020 | 2032037 |
| | | MEMO |
| | | PAGE |
| | | 2 |

S H I P  I-O-P

* BEST QUALITY * BREAKTHROUGH PRICING *
* BETTER SERVICE *

SHIP DATE: 6/02/2015
ROUTE
REFERENCE #

D/S by WARING COMMERCIAL
PO#3998342

TERMS
NET 30 (ACH)

ITEM #    ORD.    SHP    DESCRIPTION

PIECES SHIPPED    CASES SHIPPED
    1            1.00

PACK    SIZE    CAT    COST    AMOUNT

DRY    PIECES    WEIGHT    CUBE    CLR    PIECES    WEIGHT    CUBE    FRZ    PIECES    WEIGHT    CUBE
    1       1                                                                              1

1600 EQUIPMENT    226

**CATEGORY RECAP**

| | AMOUNT | PIECES |
|---|---|---|
| | 5.13 | 1 |
| | 18.08 | |

STATE    COUNTY    CITY    DISTRICT          SUBTOTAL:    22.23
.98      .00       .00      .00              TAX:         .98
                           (USD) TOTAL:      23.21

Your satisfaction is important to us. If you have any questions, please contact your regional
Blue Line Foodservice Distribution Center at 800-447-1933.

TERMS AND CONDITIONS are preprinted on the reverse side of this document.

**BLUE LINE**
FOODSERVICE DISTRIBUTION

** Reprint **

24120 HAGGERTY ROAD
FARMINGTON HILLS, MI 48335
Tel: 800-447-1933

| | | | | |
|---|---|---|---|---|
| | | | | 1   4   160 |
| | | | | INVOICE NO. 2032211B |
| CUSTOMER NO. | | | | MEMO 503 |
| 19680007 | | | | PAGE 1 |

| S H I P | LITTLE CAESARS PIZZA |
|---|---|
| | 1918 14TH STREET SE |
| T O | WASHINGTON    DC    20020 |

* BEST QUALITY * BREAKTHROUGH PRICING *
* BETTER SERVICE *

Handwritten:
LittleCaesars Pizza
1918 14th St SE
Washington, DC 20020

| SHIP DATE | ROUTE | REFERENCE # | TERMS |
|---|---|---|---|
| 6/02/2015 | 00132 921 | | |
| RICH RUGGIERO | 301367520B | | NET 30 (ACH) |
| 13427785015R954316 | | | |

| ITEM# | ORD. | SHP | DESCRIPTION | PACK | SIZE | CAT | COST | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 7082 | 2 | 2 | RM 32 GAL BRUTE CONT-GRAY | EA | 1 CT | 7403-T | 27.53 | 55.06 |

Case 17-03469-TOM7    Doc 218-4    Filed 03/23/18    Entered 03/23/18 15:29:21    Desc
Exhibit C    Page 20 of 38

**BLUE LINE**
FOODSERVICE DISTRIBUTION

\*\* Reprint \*\*

24120 HAGGERTY ROAD
FARMINGTON HILLS, MI 48335    Tel: 800-447-1933

| | | |
|---|---|---|
| CUSTOMER NO. | INVOICE NO. | 2032218 |
| 19660007 | MEMO | 503 |
| | PAGE | 2 |

LITTLE CAESARS PIZZA
1918 14TH STREET SE
WASHINGTON    DC    20020

\* BEST QUALITY \* BREAKTHROUGH PRICING \*
\* BETTER SERVICE \*

**SHIP DATE** 6/02/2015
**ROUTE** 0018J 921
**REFERENCE #**

| ITEM # | ORD. | SHP. | DESCRIPTION | PACK | SIZE | CAT | COST | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1247785035 | | | RICH RUGGIERO 3013675208 | | | | | |
| 8954316 | | | NET 30 (ACH) | | | | | |

**TERMS**

| PIECES SHIPPED | CASES SHIPPED | | CATEGORY RECAP | | | | | |
|---|---|---|---|---|---|---|---|---|
| 2 | .33 | | 7403  OPERATIONAL 787 | | | | | |

| DRY | | | | FRZ | | | | |
|---|---|---|---|---|---|---|---|---|
| PIECES | WEIGHT | CUBE | PIECES | WEIGHT | CUBE | PIECES | WEIGHT | CUBE |
| 2 | 3 | .33 | | | | 2 | 58.23 | |

| STATE | COUNTY | CITY | DISTRICT | | |
|---|---|---|---|---|---|
| 3.17 | .00 | .00 | .00 | SUBTOTAL: | 55.06 |
| | | | | TAX: | 3.17 |
| | | | | (USD) TOTAL: | 58.23 |

Your satisfaction is important to us. If you have any questions, please contact your regional
Blue Line Foodservice Distribution Center at 800-447-1933.

TERMS AND CONDITIONS are preprinted on the reverse side of this document.

Handwritten: Little Caesars Pizza
1918 14th St SE
Washington, DC 20020

# BLUE LINE
### FOODSERVICE DISTRIBUTION

** Reprint **

24120 HAGGERTY ROAD
FARMINGTON HILLS, MI 48335          Tel: 800-447-1933

CUSTOMER NO. 19680007

| B | I | L | L | O |
|---|---|---|---|---|

Little CAESARS Pizza
1918 14th St SE
Washington, DC 20020

| S | H | I | P | T | O |
|---|---|---|---|---|---|

LITTLE CAESARS PIZZA
1918 14TH STREET SE

WASHINGTON     DC  20020

INVOICE NO. 2033226
MEMO 530
PAGE 1

1     4 160

| SHIP DATE | ROUTE | REFERENCE # |
|---|---|---|
| 6/02/2015 | 11522 974 | BACKORDER |

RICH RUGGIERO  30136752OE  TERMS
ADD ON TO PODS     NET 30 (ACH)

* BEST QUALITY * BREAKTHROUGH PRICING *
* BETTER SERVICE *

| ITEM # | ORD. | SHIP | DESCRIPTION | PACK | SIZE | CAT | COST | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 49786 9 | 1 | 1 | AERO 3 COMP SINK 16X21 BOWLS/2 18"DB | 1 CT | | 1600 T | 663.69 | 663.69 |
| 8780 | 1 | 0 | STATION CLEANING CHECKLIST (50/PAD) | 1 CT | | 7104 O | 3.50 | .00 |
| BACK-ORDER | | 1 | | | | | | |

# BLUE LINE
## FOODSERVICE DISTRIBUTION

** Reprint **

24120 HAGGERTY ROAD
FARMINGTON HILLS, MI 48335                    Tel: 800-447-1933

| | |
|---|---|
| CUSTOMER NO. | 19680007 |

| SHIP TO | LITTLE CAESARS PIZZA |
|---|---|
| | 1918 14TH STREET SE |
| | WASHINGTON    DC    20020 |

| INVOICE NO. | 2012226 |
|---|---|
| MEMO | 330 |
| PAGE | 2 |

1 - 1 160

Little Caesars Pizza
1918 14th Street SE
Washington, DC 20020

| SHIP DATE | ROUTE | REFERENCE # |
|---|---|---|
| 6/02/2015 | 11522 974 | |

RICH RUGGIERO  3013675208
ADD ON TO PODS

| TERMS | NET 30 (ACH) |
|---|---|

* BEST QUALITY * BREAKTHROUGH PRICING *
* BETTER SERVICE *

| ITEM # | ORD. | SHP | DESCRIPTION | PACK | SIZE | CAT | COST | AMOUNT |
|---|---|---|---|---|---|---|---|---|

| PIECES SHIPPED | CASES SHIPPED | CATEGORY RECAP | AMOUNT | PIECES |
|---|---|---|---|---|
| 1 | 1.00 | 1600 EQUIPMENT 226 | 701.85 | 1 |

| | PIECES WEIGHT | CUBE | | PIECES WEIGHT | CUBE | | PIECES WEIGHT | CUBE |
|---|---|---|---|---|---|---|---|---|
| DRY | 1  120 | 64 | CLR | | | FRZ | 1 | |

| STATE | COUNTY | CITY | DISTRICT | | |
|---|---|---|---|---|---|
| 38.16 | .00 | .00 | .00 | SUBTOTAL: | 663.69 |
| | | | | TAX: | 38.16 |
| | | | | (USD) TOTAL: | 701.85 |

Your satisfaction is important to us. If you have any questions, please contact your regional
Blue Line Foodservice Distribution Center at 800-447-1933.

TERMS AND CONDITIONS are preprinted on the reverse side of this document.

# BLUE LINE
FOODSERVICE DISTRIBUTION

** Reprint **

24120 HAGGERTY ROAD
FARMINGTON HILLS, MI 48335          Tel: 800-447-1933

|  | CUSTOMER NO. | INVOICE NO. | PAGE |
|---|---|---|---|
| SHIP TO | 19680007 | 336430 | 1 |

Little Caesars Pizza
1918 14th St SE
Washington, DC 200 20

**SHIP TO:**
LITTLE CAESARS PIZZA
1918 14TH STREET SE
WASHINGTON      DC   20020

* BEST QUALITY * BREAKTHROUGH PRICING *
* BETTER SERVICE *

| ITEM # | ORD. | SHIP | ROUTE | TERMS | VENDOR / DESCRIPTION | PACK | SIZE | CAT | COST | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| SHIP DATE 6/05/2015 | | | WARLING COMMERCIAL | NET 30 (ACH) | | | | | | |
| D/S by | | | | | | | | | | |
| PO#1298342 | | | | | | | | | | |
| 9999999 | 1 | 1 | | | VENDOR OUTBOUND FREIGHT | 1 | 1 | T | 5.49 | 5.49 |
| 5157 | 1 | 1 | | | WARING IMMERSION MIXER | 1 | CT | T | 408.99 | 408.99 |

**BLUE LINE** FOODSERVICE DISTRIBUTION

** Reprint **

24120 HAGGERTY ROAD
FARMINGTON HILLS, MI 48335            Tel: 800-447-1933

| CUSTOMER NO. | | | INVOICE NO. | 2036430 |
| 19680007 | | | PAGE | 2 |
| | | | MEMO | |

|  | S H I P | | T O |
| --- | --- | --- | --- |

LITTLE CAESARS PIZZA
1916 14TH STREET SE
WASHINGTON    DC    20020

| | S | | |
| B | H | Little CAESARS PiZZA | |
| I | I | 1918 14th St SE | |
| L | P | Washington, DC 20020 | |
| T | | | |
| O | | | |

**SHIP DATE** 6/05/2015

| ROUTE | | REFERENCE # |

D/S by MARLING: COMMERCIAL
PO# 3998142
| ITEM # | ORD. | SHIP | DESCRIPTION | TERMS NET 30 (ACH) |

**PIECES SHIPPED** 1     **CASES SHIPPED** 1.00

* BEST QUALITY * BREAKTHROUGH PRICING *
* BETTER SERVICE *

| CATEGORY RECAP | PACK | SIZE | CAT | PIECES | AMOUNT |
| --- | --- | --- | --- | --- | --- |
| | | 5.49 | | 1 | 414.48 |
| 1600 EQUIPMENT 226 | | 431.51 | | | |

| DRY | PIECES WEIGHT | CUBE | CLR | PIECES WEIGHT | CUBE | FRZ | PIECES WEIGHT | CUBE |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1 | 10 | 1 | | | | | | |

| STATE 23.52 | COUNTY .00 | CITY .00 | DISTRICT .00 | SUBTOTAL: | 414.48 |
| | | | | TAX: | 23.52 |
| | | | (USD) TOTAL: | 438.00 |

Your satisfaction is important to us. If you have any questions, please contact your regional
Blue Line Foodservice Distribution Center at 800-447-1933.

TERMS AND CONDITIONS are preprinted on the reverse side of this document.

**BLUE LINE**
FOODSERVICE DISTRIBUTION

** Reprint **

24120 HAGGERTY ROAD
FARMINGTON HILLS, MI 48335        Tel: 800-447-1932

CUSTOMER NO. 19680007

LITTLE CAESARS PIZZA
1918 14TH STREET SE
WASHINGTON        DC        20020

INVOICE NO. 2036434
MEMO
PAGE 1

* BEST QUALITY * BREAKTHROUGH PRICING *
* BETTER SERVICE *

SHIP DATE 6/05/2015

ROUTE

REFERENCE #

D/S by IMPERIAL BROWN INC        TERMS  NET 30  (ACH)
PO#3897962

Handwritten:
Little Caesars Pizza
1918 14th St SE
Washington DC 20020

| ITEM # | ORD. | SHP | DESCRIPTION | PACK | SIZE | CAT | COST | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 9999999 | 1 | 1 | VENDOR OUTBOUND FREIGHT | 1 | | 600.00 | 600.00 | 600.00 |
| 3436020S | 1 | 1 | 7'9"X15'5" IMPERIAL BEACON II COOLER | 1 | CT | 1600 T | 8336.78 | 8336.78 |
| 34360BDS | 1 | 1 | IMPERIAL GLASS DOOR SET 23'X 73" | 1 | CT | 1600 T | 1135.00 | 1135.00 |

# BLUE LINE
FOODSERVICE DISTRIBUTION

** Reprint **

24120 HAGGERTY ROAD
FARMINGTON HILLS, MI. 48335    Tel. 800-447-1933

| | | |
|---|---|---|
| SHIP TO | | |
| Li'l CAESARS Pizza | | |
| 1918 14th St Swt | | |
| Washington DC 20020 | | |

| BILL TO | |
|---|---|
| LITTLE CAESARS PIZZA | |
| 1918 14TH STREET 5B | |
| WASHINGTON    DC    20020 | |

* BEST QUALITY * BREAKTHROUGH PRICING *
* BETTER SERVICE *

| INVOICE NO. | 2016434 |
|---|---|
| MEMO | |
| PAGE | 2 |

| SHIP DATE | ROUTE | REFERENCE # | CUSTOMER NO. |
|---|---|---|---|
| 6/05/2015 | | | 1968U007 |

D/S by IMPERIAL BROWN INC

| PO# 397962 | TERMS: NET 30 (ACH) |
|---|---|

| ITEM # | ORD | SHP | DESCRIPTION | PACK | SIZE | CAT | COST | AMOUNT |
|---|---|---|---|---|---|---|---|---|

| PIECES SHIPPED | CASES SHIPPED |
|---|---|
| 2 | 2.00 |

| DRY | PIECES WEIGHT | CASES | CLR | PIECES WEIGHT |
|---|---|---|---|---|
| 2 | 2 | | | 1600 |

EQUIPMENT 226

CATEGORY RECAP

| | AMOUNT | PIECES |
|---|---|---|
| | 60.00 | |
| | 10011.40 | 2 |

| FR2 | PIECES WEIGHT | CUBE |
|---|---|---|

| STATE | COUNTY | CITY | DISTRICT |
|---|---|---|---|
| 544.62 | .00 | .00 | .00 |

| | (USD) | |
|---|---|---|
| SUBTOTAL: | | 10071.78 |
| TAX: | | 544.62 |
| TOTAL: | | 10616.40 |

Your satisfaction is important to us. If you have any questions,
Blue Line Foodservice Distribution Center at: 800-447-1933.
please contact your regional

TERMS AND CONDITIONS are preprinted on the reverse side of this document.

** Reprint **

# BLUE LINE
FOODSERVICE DISTRIBUTION

24120 HAGGERTY ROAD
FARMINGTON HILLS, MI 48335    Tel. 800-447-1933

| | |
|---|---|
| INVOICE NO: | 2056533 |
| PAGE | 1 - 4 160 |

| B/I/L/L/T/O | LITTLE CAESARS PIZZA<br>1818 14TH STREET SE<br>WASHINGTON, DC 26020 |
|---|---|

| S/H/I/P/T/O | LITTLE CAESARS PIZZA<br>1818 14TH STREET SE<br>WASHINGTON  DC  20030 |
|---|---|

SHIP DATE: 6/23/2015
ROUTE:
CUSTOMER NO: 19680801
MEMO:

D/S: BY WOLFE ELECTRIC INC
PO#3997960
REFERENCE#:
TERMS: NET 30 (ACH)

* BEST QUALITY & BREAKTHROUGH PRICING *
* BETTER SERVICE *

| ITEM # | ORD | SHP | DESCRIPTION | PACK | SIZE | CAT | COST | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 99999994 | 1 | 1 | VENDOR OUTBOUND FREIGHT | 1 | CT | 1600 | 2102.19 | 2102.19 |
| 52509709S | 1 | 1 | ADD'L SPLIT BELT CHARGE (ALL MODELS) | 1 | CT | 1600 | 1500.00 | 1500.00 |
| 52509905S | 1 | 1 | ANT'I/DOMESTIC OVEN CRATE | 1 | CT | 1600 | 300.00 | 300.00 |
| 52510330S | 1 | 1 | 3255 3-DECK W/LSB (F.S. KIT) | 1 | CT | 1600 | 22714.95 | 22714.95 |
| 52520108 | 1 | 1 | PRODUCT SHELF NO LIP (ENTRANCE) | 1 | CT | 1600 | 101.42 | 304.26 |
| 52520208S | 1 | 1 | HOOD PRE-PIPING FOR ANSUL SYSTEM | 1 | CT | 1600 | 980.00 | 980.00 |
| 52520303S | 1 | 1 | HOOD CRATE ASSEMBLY | 1 | CT | 1600 | 400.00 | 400.00 |
| 52520405S | 1 | 1 | SHROUD CRATE | 1 | CT | 1600 | 400.00 | 400.00 |
| 52520708S | 1 | 1 | AVI HOOD SYSTEM/3255 3-DECK | 1 | CT | 1600 | 7387.44 | 7387.44 |

**BLUE LINE**
FOODSERVICE DISTRIBUTION

** Reprint **

24320 HAGGERTY ROAD
FARMINGTON HILLS, MI 48335    Tel: 800-447-1933

| CUSTOMER NO. | | INVOICE NO. | PAGE |
|---|---|---|---|
| 19680007 | | 20565543 | 2 |

S H I P    LITTLE CAESARS PIZZA
          1918 14TH STREET SE
          WASHINGTON    DC   20020

* BEST QUALITY + BREAKTHROUGH PRICING *
* * BETTER SERVICE * *

SHIP DATE   6/23/2015
B  Little Caesars Pizza
I  1918 14th Street SE
L  Washington DC 20020
T
O

ITEM #    ORD.    SHP.    DESCRIPTION

ROUTE    D/S BY WOLFE ELECTRIC INC.
REFERENCE #    PO# 597960    NET 30 (ACH)    TERMS

| PIECES SHIPPED | CASES SHIPPED | | CATEGORY RECAP | | |
|---|---|---|---|---|---|
| 13 | 11.00 | CTR | | PACK | SIZE | CAT | COST | AMOUNT |

| DRY | | | 1600 EQUIPMENT | 226 | FRZ | | | |

| PIECES WEIGHT CUBE | | PIECES WEIGHT CUBE | | | PIECES WEIGHT CUBE | | | |
| 13 | 781 | 11.00 | | | | 13 | | |

TERMS AND CONDITIONS are preprinted on the reverse side of this document.

Your satisfaction is important to us. If you have any questions, please contact your regional
Blue Line Foodservice Distribution Center at 800-447-1933.

| STATE | COUNTY | CITY | DISTRICT | SUBTOTAL: | 48188.84 |
|---|---|---|---|---|---|
| 2649.98 | .00 | .00 | .00 | TAX: | 2649.98 |
| | | | (USD) TOTAL: | 50838.82 |

| AMOUNT | |
|---|---|
| 2102.19 | |
| 48936.65 | |

**BLUE LINE** FOODSERVICE DISTRIBUTION

\*\* Reprint \*\*

24120 HAGGERTY ROAD
FARMINGTON HILLS, MI 48335          Tel: 800-447-1933

| | | |
|---|---|---|
| INVOICE NO. | 2056533 | |
| | PAGE | 1 |

| B I L L T O | PG COUNTY PIZZA, INC/PG C<br>1809 Harewood Lane<br><br>Crofton          MD   21114 | S H I P T O | LITTLE CAESARS PIZZA<br>1918 14TH STREET SE<br><br>WASHINGTON     DC   20020 |
|---|---|---|---|

CUSTOMER NO. 19880007

\* BEST QUALITY \* BREAKTHROUGH PRICING \*
\* BETTER SERVICE \*

| SHIP DATE | ROUTE | REFERENCE # | | |
|---|---|---|---|---|
| 6/23/2015 | | | | |

D/S by WOLFE ELECTRIC INC
PO#397960          TERMS   NET 30 (ACH)

| ITEM # | ORD. | SHP. | DESCRIPTION | PACK | SIZE | CAT | COST | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 99999999 | 1 | 1 | VENDOR OUTBOUND FREIGHT | 1 | | 1600 T | 2102.19 | 2102.19 |
| 525097DS | 2 | 2 | ADD'L SPLIT BELT CHARGE (ALL MODELS) | 1 | | 1600 T | 1500.00 | 3000.00 |
| 525099DS | 3 | 3 | INT'L/DOMESTIC OVEN CRATE | 1 CT | | 1600 T | 300.00 | 900.00 |
| 525103DS | 1 | 1 | 3255 3-DECK W/1SB (F.S. KIT) | 1 CT | | 1600 T | 32714.95 | 32714.95 |
| 525201DS | 3 | 3 | PRODUCT SHELF NO LIP (ENTRANCE) | 1 CT | | 1600 T | 101.42 | 304.26 |
| 525202DS | 1 | 1 | HOOD PRE-PIPING FOR ANSUL SYSTEM | 1 CT | | 1600 T | 980.00 | 980.00 |
| 525203DS | 1 | 1 | HOOD CRATE ASSEMBLY | 1 CT | | 1600 T | 400.00 | 400.00 |
| 525204DS | 1 | 1 | SHROUD CRATE | 1 CT | | 1600 T | 400.00 | 400.00 |
| 525207DS | 1 | 1 | AVI HOOD SYSTEM/3255 3-DECK | 1 CT | | 1600 T | 7387.44 | 7387.44 |

**BLUE LINE** FOODSERVICE DISTRIBUTION

\*\* Reprint \*\*

24120 HAGGERTY ROAD
FARMINGTON HILLS, MI 48335          Tel: 800-447-1933

|     | INVOICE NO. | | PAGE |
| --- | --- | --- | --- |
|     | 2056533 | 1 | 4 160 |

| CUSTOMER NO. |
| --- |
| 19680007 |

| B I L L T O | PG COUNTY PIZZA, INC/PG C<br>1809 Harewood Lane<br>Crofton          MD   21114 |
| S H I P T O | LITTLE CAESARS PIZZA<br>1918 14TH STREET SE<br>WASHINGTON   DC   20020 |

| SHIP DATE | ROUTE | REFERENCE # |
| --- | --- | --- |
| 6/23/2015 | | |

MEMO

D/S by WOLFE ELECTRIC INC
PO#3997960          NET 30 (ACH)

| ITEM # | ORD | SHP | DESCRIPTION | PACK | SIZE | CAT | COST | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |

\* BEST QUALITY \* BREAKTHROUGH PRICING \*
\* BETTER SERVICE \*

| PIECES SHIPPED | CASES SHIPPED |
| --- | --- |
| 13 | 13.00 |

| | PIECES | WEIGHT | CUBE |
| --- | --- | --- | --- |
| DRY | 13 | 781 | 481 |
| CLR | | | |
| EQUIPMENT | 1600 | 226 | |

CATEGORY RECAP

| | AMOUNT | PIECES |
| --- | --- | --- |
| FRZ | 2102.19 | |
| | 48736.63 | 13 |

| | PIECES | WEIGHT | CUBE |
| --- | --- | --- | --- |

| STATE | COUNTY | CITY | DISTRICT | | |
| --- | --- | --- | --- | --- | --- |
| 2649.98 | .00 | .00 | .00 | SUBTOTAL: | 48188.84 |
| | | | | TAX: | 2649.98 |
| | | | | (USD) TOTAL: | 50838.82 |

Your satisfaction is important to us. If you have any questions, please contact your regional
Blue Line Foodservice Distribution Center at 800-447-1933.

TERMS AND CONDITIONS are preprinted on the reverse side of this document.

# DIRECTCAPITAL
### a **CIT** company

155 Commerce Way, Portsmouth, NH 03801 | Ph: 800-999-9942

## Addendum to Master Equipment Finance Schedule

This Addendum ("Addendum") shall amend Schedule #: ██████9984 to Master Equipment Finance Agreement No: ██████9934 by and between Maryland LC Ventures LLC DBA Little Caesars ("Customer") and Direct Capital Corp. ("Secured Party") with reference to the above EFA transaction ("EFA"). All terms and conditions of the EFA not inconsistent with this Addendum shall be and remain in full force and effect.

Customer hereby authorizes Secured Party to correct the following:

☐ Lessee/Company Name      ☐ Advance Payment      ☐ SignorTitle
☐ Equipment Location      ☑ Rate Factor      ☐ EOL Option
☐ Terms      ☐ BillingAddress      ☐ Equipment Description
☑ Payment Amount      ☑ Processing Fees      ☐ Other
☑ Security Deposit      ☐ SignorName

The Schedule and all other documents given in conjunction therewith shall now read:

**Payment Amounts:** (1) Advance Payment of $2,863.65; followed by (3) Payments of $99.00; followed by (68) Payments of $2,863.65

**Security Deposit:** $0.00

**Rate Factor:** 0.0191573

**Processing Fees:** $0.00

IN WITNESS WHEREOF, the parties hereto have set their hands and seals to this Addendum and acknowledge receipt of a true copy hereof on the date(s) indicated below.

Customer: Maryland LC Ventures LLC DBA Little Caesars

x _[signature]_      6/30/15
Mark Williams, Member      (Date)

ACCEPTED BY Direct Capital Corporation

x _[signature]_ M. McCarthy      6/30/15
(Date)

Copyright ©2013 Direct Capital Corp. All rights reserved.      MLSADD62513

# DIRECTCAPITAL
### a CIT company

155 Commerce Way, Portsmouth, NH 03801 | Ph: 800-999-9942

## Addendum to Master Equipment Finance Schedule

This Addendum ("Addendum") shall amend Schedule #: ███████9984 to Master Equipment Finance Agreement No: ██████9934 by and between Maryland LC Ventures LLC DBA Little Caesars ("Customer") and Direct Capital Corp. ("Secured Party") with reference to the above EFA transaction ("EFA"). All terms and conditions of the EFA not inconsistent with this Addendum shall be and remain in full force and effect.

Customer hereby authorizes Secured Party to correct the following:

| | | |
|---|---|---|
| ☐ Lessee/Company Name | ☐ Advance Payment | ☐ SignorTitle |
| ☐ Equipment Location | ☐ Rate Factor | ☐ EOL Option |
| ☐ Terms | ☐ BillingAddress | ☐ Equipment Description |
| ☑ Payment Amount | ☐ Processing Fees | ☑ Other |
| ☐ Security Deposit | ☐ SignorName | |

The Schedule and all other documents given in conjunction therewith shall now read:

> **Payment Amounts:** (1) Payment of $2,882.30; followed by (3) Payments of $99.00; followed by (68) Payments of $2,882.30
>
> **Other:** The Sales Agreement dated 5/27/15 from Harmon Sign will be removed from Schedule and replaced with Invoice #2064740 dated 6/30/15 from Blue Line Foodservice Distribution

IN WITNESS WHEREOF, the parties hereto have set their hands and seals to this Addendum and acknowledge receipt of a true copy hereof on the date(s) indicated below.

**ACCEPTED BY Direct Capital Corporation**

X _Natalie M McCarty_  7/6/15
  (Date)

Copyright ©2013 Direct Capital Corp. All rights reserved.          MLSADD62513

# DIRECTCAPITAL
a **CiT** company

155 Commerce Way, Portsmouth, NH 03801 | Ph: 800-999-9942

## Addendum to Master Equipment Finance Schedule

This Addendum ("Addendum") shall amend Schedule #: ▓▓▓▓9244 to Master Equipment Finance Agreement No: ▓▓▓▓9934 by and between Maryland LC Ventures LLC DBA Little Caesars ("Customer") and Direct Capital Corp. ("Secured Party") with reference to the above EFA transaction ("EFA"). All terms and conditions of the EFA not inconsistent with this Addendum shall be and remain in full force and effect.

Customer hereby authorizes Secured Party to correct the following:

☒ Lessee/Company Name      ☐ Advance Payment      ☐ SignorTitle
☐ Equipment Location      ☐ Rate Factor      ☐ EOL Option
☐ Terms      ☐ BillingAddress      ☐ Equipment Description
☐ Payment Amount      ☐ Processing Fees      ☒ Other
☐ Security Deposit      ☐ SignorName

The Schedule and all other documents given in conjunction therewith shall now read:

**Lessee/Customer Name;** Maryland LC Ventures LLC DBA Little Caesars

**Other:** Corporate address shall read as 1809 Harewood Lane, Crofton, MD 21114

IN WITNESS WHEREOF, the parties hereto have set their hands and seals to this Addendum and acknowledge receipt of a true copy hereof on the date(s) indicated below.

**ACCEPTED BY Direct Capital Corporation**

x_____  5/3/15
                               (Date)

Copyright ©2013 Direct Capital Corp. All rights reserved.

MLSADD82513

**FILED & RECORDED**
Tuesday, June 30, 2015 10:56:42 AM
File Number: 038-2015-006951
Cindy G. Brown
Coweta County Clerk of Superior Court

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
Corporation Service Company    1-800-858-5294

B. E-MAIL CONTACT AT FILER (optional)
SPRFiling@cscinfo.com

C. SEND ACKNOWLEDGMENT TO:  (Name and Address)

```
101581049 - 365760
Corporation Service Company
801 Adlai Stevenson Drive
Springfield, IL 62703
                        Filed In: Georgia
                (Central Index - Coweta County)
```

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | MARYLAND LC VENTURES LLC | | | | |
|---|---|---|---|---|---|
| OR | 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 1c. MAILING ADDRESS 1809 HAREWOOD LANE | CITY CROFTON | | STATE MD | POSTAL CODE 21114 | COUNTRY USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | PG COUNTY PARTNERS, LLC | | | | |
|---|---|---|---|---|---|
| OR | 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 2c. MAILING ADDRESS SUITE 800-8065 400. PRATT ST | CITY BALTIMORE | | STATE MD | POSTAL CODE 21202 | COUNTRY USA |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | CHTD COMPANY | | | | |
|---|---|---|---|---|---|
| OR | 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 3c. MAILING ADDRESS P.O. Box 2576 | CITY Springfield | | STATE IL | POSTAL CODE 62708 | COUNTRY USA |

4. COLLATERAL: This financing statement covers the following collateral:
ALL ACCOUNTS, CHATTEL PAPER, DOCUMENTS, INSTRUMENTS, GENERAL INTANGIBLES, PAYMENT
INTANGIBLES, GOODS, INVENTORY, INVESTMENT PROPERTY, RENTS, AND INCOME NOW EXISTING OR
HEREAFTER ARISING. ALL MACHINERY AND EQUIPMENT, WHETHER NOW OWNED OR HEREAFTER
ACQUIRED, TOGETHER WITH ALL REPLACEMENTS, PARTS, REPAIRS, ADDITIONS, ACCESSIONS AND
ACCESSORIES INCORPORATED THEREIN OR AFFIXED THERETO AND ANY AND ALL PROCEEDS OF THE
FOREGOING, INCLUDING, WITHOUT LIMITATION, INSURANCE RECOVERIES, AS IT RELATES TO LITTLE
CAESARS, 1918 14TH STREET SE, WASHINGTON, DC 20020.

THE SECURED PARTY NAMED IN THIS RECORD IS ACTING IN A REPRESENTATIVE CAPACITY FOR PURPOSES
OF FORWARDING NOTICES & INQUIRIES REGARDING THIS RECORD. FOR MORE INFORMATION, PLEASE
CONTACT THE SECURED PARTY AT THE ADDRESS LISTED ABOVE OR AT UCCSPREP@CSCINFO.COM

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative
6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility
6b. Check only if applicable and check only one box:
☐ Agricultural Lien ☐ Non-UCC Filing
7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor
8. OPTIONAL FILER REFERENCE DATA: ███████9244 NMM

101581049

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

Corporation Service Company
2711 Centerville Rd, Ste. 400
Wilmington, DE 19808

# UCC FINANCING STATEMENT ADDENDUM
FOLLOW INSTRUCTIONS

**9. NAME OF FIRST DEBTOR:** Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐

**9a. ORGANIZATION'S NAME**
MARYLAND LC VENTURES LLC

OR **9b. INDIVIDUAL'S SURNAME**

**FIRST PERSONAL NAME**

**ADDITIONAL NAME(S)/INITIAL(S)** | **SUFFIX**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**10. DEBTOR'S NAME:** Provide (10a or 10b) only one additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

**10a. ORGANIZATION'S NAME** CARROLTON PIZZA, INC.

OR **10b. INDIVIDUAL'S SURNAME**

**INDIVIDUAL'S FIRST PERSONAL NAME**

**INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S)** | **SUFFIX**

**10c. MAILING ADDRESS** 819 FOREST PKWY | **CITY** FOREST PARK | **STATE** GA | **POSTAL CODE** 30297 | **COUNTRY** USA

**11.** ☐ **ADDITIONAL SECURED PARTY'S NAME** or ☐ **ASSIGNOR SECURED PARTY'S NAME:** Provide only one name (11a or 11b)

**11a. ORGANIZATION'S NAME**

OR **11b. INDIVIDUAL'S SURNAME** | **FIRST PERSONAL NAME** | **ADDITIONAL NAME(S)/INITIAL(S)** | **SUFFIX**

**11c. MAILING ADDRESS** | **CITY** | **STATE** | **POSTAL CODE** | **COUNTRY**

**12. ADDITIONAL SPACE FOR ITEM 4 (Collateral):**
See Below additional collateral description:
RESTAURANT FF&E

**13.** ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS (if applicable)

**14.** This FINANCING STATEMENT:
☐ covers timber to be cut ☐ covers as-extracted collateral ☐ is filed as a fixture filing

**15.** Name and address of a RECORD OWNER of real estate described in item 16 (if Debtor does not have a record interest):

**16.** Description of real estate:

**17. MISCELLANEOUS:**

FILING OFFICE COPY — UCC FINANCING STATEMENT ADDENDUM (Form UCC1Ad) (Rev. 04/20/11)

Corporation Service Company
2711 Centerville Rd, Ste. 400
Wilmington, DE 19808

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

RECEIVED

2015 JUL 30 P 12: 02

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
Corporation Service Company    1-800-858-5294

**B. E-MAIL CONTACT AT FILER (optional)**
SPRFiling@cscinfo.com

**C. SEND ACKNOWLEDGMENT TO:** (Name and Address)

101581427 - 365760

Corporation Service Company
801 Adlai Stevenson Drive
Springfield, IL 62703                      Filed In:

CUST ID:0003276909
WORK ORDER:0004493489
DATE:07-01-2015 11:30 AM
AMT. PAID:$525.00

**1. DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the ... ... ... ... ... ... ... ... ... ... ... of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | MARYLAND LC VENTURES LLC | | | |
|---|---|---|---|---|
| OR 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 1c. MAILING ADDRESS 1809 HAREWOOD LANE | CITY CROFTON | STATE MD | POSTAL CODE 21114 | COUNTRY USA |

**2. DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | PG COUNTY PARTNERS, LLC | | | |
|---|---|---|---|---|
| OR 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 2c. MAILING ADDRESS SUITE 800-8065 400. PRATT ST | CITY BALTIMORE | STATE MD | POSTAL CODE 21202 | COUNTRY USA |

**3. SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | CHTD COMPANY | | | |
|---|---|---|---|---|
| OR 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 3c. MAILING ADDRESS P.O. Box 2576 | CITY Springfield | STATE IL | POSTAL CODE 62708 | COUNTRY USA |

**4. COLLATERAL:** This financing statement covers the following collateral:
ALL ACCOUNTS, CHATTEL PAPER, DOCUMENTS, INSTRUMENTS, GENERAL INTANGIBLES, PAYMENT INTANGIBLES, GOODS, INVENTORY, INVESTMENT PROPERTY, RENTS, AND INCOME NOW EXISTING OR HEREAFTER ARISING. ALL MACHINERY AND EQUIPMENT, WHETHER NOW OWNED OR HEREAFTER ACQUIRED, TOGETHER WITH ALL REPLACEMENTS, PARTS, REPAIRS, ADDITIONS, ACCESSIONS AND ACCESSORIES INCORPORATED THEREIN OR AFFIXED THERETO AND ANY AND ALL PROCEEDS OF THE FOREGOING, INCLUDING, WITHOUT LIMITATION, INSURANCE RECOVERIES, AS IT RELATES TO LITTLE CAESARS, 1918 14TH STREET SE, WASHINGTON, DC 20020.

THE SECURED PARTY NAMED IN THIS RECORD IS ACTING IN A REPRESENTATIVE CAPACITY FOR PURPOSES OF FORWARDING NOTICES & INQUIRIES REGARDING THIS RECORD. FOR MORE INFORMATION, PLEASE CONTACT THE SECURED PARTY AT THE ADDRESS LISTED ABOVE OR AT UCCSPREP@CSCINFO.COM

**5.** Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

**6a.** Check only if applicable and check only one box:
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

**6b.** Check only if applicable and check only one box:
☐ Agricultural Lien ☐ Non-UCC Filing

**7. ALTERNATIVE DESIGNATION** (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

**8. OPTIONAL FILER REFERENCE DATA:** ...... 9244 NMM

101581427

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

Corporation Service Company
2711 Centerville Rd. Ste. 400
Wilmington, DE 19808

# UCC FINANCING STATEMENT ADDENDUM
FOLLOW INSTRUCTIONS

**9. NAME OF FIRST DEBTOR:** Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐

| | |
|---|---|
| 9a. ORGANIZATION'S NAME | MARYLAND LC VENTURES LLC |

OR

| | |
|---|---|
| 9b. INDIVIDUAL'S SURNAME | |
| FIRST PERSONAL NAME | |
| ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**10. DEBTOR'S NAME:** Provide (10a or 10b) only one additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

| | |
|---|---|
| 10a. ORGANIZATION'S NAME | CARROLTON PIZZA, INC. |

OR

| | | | | |
|---|---|---|---|---|
| 10b. INDIVIDUAL'S SURNAME | | | | |
| INDIVIDUAL'S FIRST PERSONAL NAME | | | | |
| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | | SUFFIX |

| 10c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 819 FOREST PKWY | FOREST PARK | GA | 30297 | USA |

**11.** ☐ ADDITIONAL SECURED PARTY'S NAME or ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (11a or 11b)

| | | | |
|---|---|---|---|
| 11a. ORGANIZATION'S NAME | | | |

OR

| 11b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

**12. ADDITIONAL SPACE FOR ITEM 4 (Collateral):**
See Below additional collateral description:
RESTAURANT FF&E

**13.** ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS (if applicable)

**14.** This FINANCING STATEMENT:
☐ covers timber to be cut   ☐ covers as-extracted collateral   ☐ is filed as a fixture filing

**15.** Name and address of a RECORD OWNER of real estate described in item 16 (if Debtor does not have a record interest):

**16.** Description of real estate:

**17. MISCELLANEOUS:**

FILING OFFICE COPY — UCC FINANCING STATEMENT ADDENDUM (Form UCC1Ad) (Rev. 04/20/11)

Corporation Service Company
2711 Centerville Rd, Ste. 400
Wilmington, DE 19808