# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA, SOUTHERN DIVISION

**In re:**                                                        **Case No.** 17–03469–TOM11
Alabama Partners, LLC                                   **Chapter** 11
                                  **EIN:** 26–3067131

      **Debtor(s)**

## NOTICE OF FINAL HEARING

Notice is hereby given that **William Phillips, Attorney for Direct Capital Corporation** filed a **Motion for Relief from Automatic Stay** in the above–styled case. The preliminary hearing shall be consolidated with the final evidentiary hearing and parties are to be prepared for trial.

The final hearing will be held to consider and act upon said Motion.

**Date:** Monday, April 16, 2018          **Time:** 10:30 AM

**Location:** Robert S. Vance Federal Bldg, 1800 5th Ave No, Courtroom 3, Birmingham, AL 35203
Attendance is not required if a settlement has been reached as approved by all parties and filed with the Court by an attorney prior to the hearing date.

Dated: March 23, 2018                         By:

                                                         Joseph E. Bulgarella, Clerk
                                                         United States Bankruptcy Court

klt