# Notice Recipients

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ba | Jon A Dudeck | jon_dudeck@alnba.uscourts.gov |
| aty | Abigail M. McGibbon | abigail.mcgibbon@gpmlaw.com |
| aty | Charles N Parnell | bkrp@parnellsoutheast.com |
| aty | Clyde Ellis Brazeal, III | ebrazeal@joneswalker.com |
| aty | Daniel D Sparks | ddsparks@csattorneys.com |
| aty | Derek F Meek | dmeek@burr.com |
| aty | Frederick Darrell Clarke, III | fclarke@rumberger.com |
| aty | James Phillip Roberts | jroberts@burr.com |
| aty | Jeffery J Hartley | jjh@helmsinglaw.com |
| aty | John Christian Saylor | john@johnsaylorlaw.com |
| aty | Joseph D. Frank | jfrank@fgllp.com |
| aty | Julian Vasek | jvasek@haywardfirm.com |
| aty | Leonard N Math | noticesnd@chambless–math.com |
| aty | Melissa S. Hayward | mhayward@haywardfirm.com |
| aty | Phillip W. Bohl | phillip.bohl@gpmlaw.com |
| aty | R. Scott Williams | swilliams@rumberger.com |
| aty | Richard E. O'Neal | USAALN.BANKRUPTCY@usdoj.gov |
| aty | Robert H Adams | radams@rumberger.com |
| aty | Russell B Robertson | rbr@lairdandrobertson.com |
| aty | William Lee Phillips, III | bphillips@ehjlaw.com |

TOTAL: 20

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Alabama Partners, LLC    PO Box 551267    Jacksonville, FL 32255 | | |
| cr | Customized Distribution, LLC    % Daniel Sparks    Christian & Small LLP    1800 Financial Center    505 North 20th Street    Birmingham, AL 35203 | | |
| cr | Checkers Drive–In Restaurants, Inc.    c/o Burr & Forman LLP    Derek Meek    420 N 20th St, Ste 3400    Birmingham, AL 35203 | | |
| ba | J. Thomas Corbett    Bankruptcy Administrator    1800 5th Avenue North    Birmingham, AL 35203 | | |
| br | Advanced Restaurant Sales    111 Village Parkway Bldg #2    Marietta, GA 30067 | | |
| cr | NCEP, LLC Department    Ascension Capital Group    P.O. Box 165028    Irving, TX 75016 | | |
| cr | Insolvency Section Internal Revenue Service    801 Broadway    MDP 146, Room 285    Nashville, TN 37203 | | |
| cr | Silver Hill II LLC    c/o Ellis Brazeal Jones Walker    1819 5th Avenue North    Suite 1100    Birmingham, AL 35203 | | |
| cr | US Bank Equipment Finance    c/o Parnell & Parnell, P.A.    P.O. Box 2189    Montgomery, AL 36102–2189 | | |
| cr | City of Jasper    c/o Russell B. Robertson, Esq.    P.O. Box 498    Jasper, AL 35502–0498 UNITED STATES | | |
| cr | Prince George's County, Maryland    c/o M. Evan Meyers    6801 Kenilworth Ave Ste 400    Riverdale, MD 20737–1385 | | |
| cr | Bank of the Ozarks    Attn. Leasing Division    12915 Cantrell Rd    Little Rock, AR 72223 | | |
| cr | Johnson Service Comp Johnson Service Johnson Service Company    2812 Ruffner Road    Birmingham | | |
| cr | Direct Capital Corporation    Engel, Hairston & Johanson, P.C.    Attn: William L. Phillips, III    P.O. Box 11405    Birmingham, AL 35202 | | |
| aty | Leah Fiorenza McNeill    Bryan Cave LLP    1201 W Peachtree St NW 14tyh Floor    Atlanta, GA 30309 | | |
| aty | M. Evan Meyers    Meyers Rodbell & Rosenbaum PA    6801 Kenilworth Ave Ste 400    Riverdale, MD 20737–1385 | | |
| aty | Mark I. Duedall    Bryan Cave LLP    1201 W Peachtree St NW 14tyh Floor    Atlanta, GA 30309 | | |

TOTAL: 17