**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Chapter 11 |
| Alabama Partners, LLC | ) | Case No. 17-03469-TOM |
| Debtor. | ) | |
| IN RE: | ) | |
| | ) | Chapter 11 |
| Bamachex, Inc. | ) | Case No. 17-03471-TOM |
| Debtor. | ) | |
| IN RE: | ) | |
| | ) | Chapter 11 |
| Maryland LC Ventures, LLC | ) | Case No. 17-03471-TOM |
| Debtor. | ) | |
| IN RE: | ) | |
| | ) | Chapter 11 |
| Maryland Pizza, Inc. | ) | Case No. 17-03473-TOM |
| Debtor. | ) | |
| IN RE: | ) | |
| | ) | Chapter 11 |
| PG County Partners, LLC | ) | Case No. 17-03474-TOM |
| Debtor. | ) | |
| IN RE: | ) | |
| | ) | Chapter 11 |
| PG County Pizza, Inc. | ) | Case No. 17-03475-TOM |
| Debtor. | ) | |
| | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

PLEASE TAKE NOTICE that Mark P. Williams hereby appears on behalf of Unifi Equipment Finance, Inc., a creditor and interested party in the above-styled Maryland LC Ventures, LLC bankruptcy proceeding, and requests that copies of all papers, including, but not limited to, all notices (including those required by Bankruptcy Rule 2002), pleadings, motions, applications, lists, schedules, statements, and all other matters arising herein, be duly served upon the undersigned, at the address set forth below.

Mark P. Williams
NORMAN, WOOD, KENDRICK AND TURNER
Ridge Park Place, Suite 3000
1130 22nd Street South
Birmingham, AL  35205
(205) 328-6643
(205) 251-5479 – Fax
E-mail:  mpwilliams@nwkt.com

PLEASE TAKE FURTHER NOTICE that the undersigned intends that its Notice of Appearance, pleadings, or claim shall be deemed or construed to be a waiver of the rights of Unifi Equipment Finance, Inc.: (1) to have final orders in noncore matters entered only after de novo review by a District Judge; (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) or any other rights, claims, actions, defenses, setoffs, or recoupment to which Unifi Equipment Finance, Inc. is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Unifi Equipment Finance, Inc. expressly reserves.

Respectfully submitted this the 26th day of March, 2018.

/s/Mark P. Williams

_____
Mark P. Williams, Attorney for
Unifi Equipment Finance, Inc.

**OF COUNSEL:**

NORMAN, WOOD, KENDRICK AND TURNER
Ridge Park Place, Suite 3000
1130 22nd Street South
Birmingham, AL 35205
(205) 328-6643

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing via ECF, which provides notice to all parties of record in these proceedings.

/s/Mark P. Williams

_____
OF COUNSEL

F:\BK\UnifiEquipmentFinanceInc-AlabamaPartnersLLC-\Pleadings-BK-17-03469\PL.001.NoticeofAppearance.doc