UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| IN RE: | ) | |
|---|---|---|
| | ) | Chapter 11 |
| Alabama Partners, LLC | ) | Case No. 17-03469-TOM |
| Debtor. | ) | |
| IN RE: | ) | |
| | ) | Chapter 11 |
| Bamachex, Inc. | ) | Case No. 17-03471-TOM |
| Debtor. | ) | |
| IN RE: | ) | |
| | ) | Chapter 11 |
| Maryland LC Ventures, LLC | ) | Case No. 17-03471-TOM |
| Debtor. | ) | |
| IN RE: | ) | |
| | ) | Chapter 11 |
| Maryland Pizza, Inc. | ) | Case No. 17-03473-TOM |
| Debtor. | ) | |
| IN RE: | ) | |
| | ) | Chapter 11 |
| PG County Partners, LLC | ) | Case No. 17-03474-TOM |
| Debtor. | ) | |
| IN RE: | ) | |
| | ) | Chapter 11 |
| PG County Pizza, Inc. | ) | Case No. 17-03475-TOM |
| Debtor. | ) | |
| | ) | |

**MOTION FOR RELIEF FROM AUTOMATIC STAY**

NOW COMES the Movant, Unifi Equipment Finance, Inc., f/k/a Ervin Leasing Company ("Unifi"), a creditor here, by its attorneys, Norman, Wood, Kendrick & Turner, and for its Motion for Relief from Automatic Stay in the above-styled Maryland LC Ventures, LLC bankruptcy proceeding, states as follows:

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334, as referred under 28 U.S.C. § 157, and it constitutes a "core proceeding" within the meaning of the

latter statute. This Motion is made pursuant to Bankruptcy Rule 4001, and in conformity with Bankruptcy Rule 9014.

2. The Debtor in this proceeding is Maryland LC Ventures, LLC ("Maryland Ventures"). Maryland Ventures is one of six cases filed in this Court which by prior order of this Court are being jointly administered. The various cases have similar owners, are in similar business and are operated and managed by the same management team.

3. On or about August 26, 2014, Unifi and the Debtor entered into an Equipment Finance Agreement for certain security system equipment ("Unifi Agreement"). A copy of the Equipment Finance Agreement and supporting documents are attached as Exhibit A and incorporated herein by reference.

4. The Unifi Agreement requires a down payment of $3,491.18 and 58 monthly payments to Unifi in the amount of $1,495.59 plus any applicable taxes.

5. As of March 2018, the payoff balance due on the account was $34,398.57, plus attorney fees and costs. Debtor is delinquent on said account for October 2017 through February 2018 payments in the amount of $7,777.95.

6. Unifi will suffer irreparable harm and injury if it is not allowed by this Court to immediately take possession of its equipment to preserve and protect it, to prevent further depreciation or decline in value and to put the equipment in safe-keeping.

7. The Debtor does not oppose this Motion for Relief from Automatic Stay.

WHEREFORE, Movant prays that upon a final hearing of this Motion, that the stay pursuant to 11 U.S.C. § 362 be modified to permit it to foreclose its security interest in the property referred to hereinabove in accordance with the attached Consent Order.

2

Respectfully submitted this the 26th day of March, 2018.

/s/Mark P. Williams

_____

Mark P. Williams, Attorney for
Unifi Equipment Finance, Inc.

**OF COUNSEL:**

NORMAN, WOOD, KENDRICK AND TURNER
Ridge Park Place, Suite 3000
1130 22nd Street South
Birmingham, AL 35205
(205) 328-6643

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon counsel of record in this cause via ECF or if not an ECF participant, by e-mail:

Robert H. Adams, Esq.—radams@rumberger.com
R. Scott Williams, Esq.—swilliams@rumberger.com
Frederick Darrell Clarke, III, Esq.—fclarke@rumberger.com

by placing a copy of same in the U. S. Mail, postage prepaid and properly addressed on this the 26th day of March, 2018, as follows:

Maryland LC Ventures, LLC
P.O. Box 551267
Jacksonville, FL 32255

/s/Mark P. Williams

_____

OF COUNSEL