UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Chapter 11 |
| Alabama Partners, LLC | ) | Case No. 17-03469-TOM |
| Debtor. | ) | |
| IN RE: | ) | |
| | ) | Chapter 11 |
| Bamachex, Inc. | ) | Case No. 17-03471-TOM |
| Debtor. | ) | |
| IN RE: | ) | |
| | ) | Chapter 11 |
| Maryland LC Ventures, LLC | ) | Case No. 17-03471-TOM |
| Debtor. | ) | |
| IN RE: | ) | |
| | ) | Chapter 11 |
| Maryland Pizza, Inc. | ) | Case No. 17-03473-TOM |
| Debtor. | ) | |
| IN RE: | ) | |
| | ) | Chapter 11 |
| PG County Partners, LLC | ) | Case No. 17-03474-TOM |
| Debtor. | ) | |
| IN RE: | ) | |
| | ) | Chapter 11 |
| PG County Pizza, Inc. | ) | Case No. 17-03475-TOM |
| Debtor. | ) | |
| | ) | |

**MOTION TO REDACT**

NOW COMES the Movant, Unifi Equipment Finance, Inc., f/k/a Ervin Leasing Company ("Unifi"), a creditor here, by its attorneys, Norman, Wood, Kendrick & Turner, and files its Motion to Redact as to Exhibit A to its Motion for Relief from Automatic Stay (Doc. 223) in the above-styled Maryland LC Ventures, LLC bankruptcy proceeding, states that such exhibit contains privacy information which is due to be redacted pursuant to Rule 9037 of the Federal Rules of Bankruptcy Procedure.

WHEREFORE, Movant prays the Court to grant it leave to file a redacted Exhibit A to the Motion and for such other, further, and different relief to which it may be entitiled.

Respectfully submitted this the 27th day of March, 2018.

/s/Mark P. Williams
_____
Mark P. Williams, Attorney for
Unifi Equipment Finance, Inc.

**OF COUNSEL:**

NORMAN, WOOD, KENDRICK AND TURNER
Ridge Park Place, Suite 3000
1130 22nd Street South
Birmingham, AL 35205
(205) 328-6643

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing via ECF, which provides notice to all parties of record in these proceedings.

/s/Mark P. Williams
_____
OF COUNSEL

F:\BK\UnifiEquipmentFinanceInc-AlabamaPartnersLLC-8487\Pleadings-BK-17-03469\PL.002.Motion for Relief from Automatic Stay.docx