UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

In the Matter of:

Alabama Partners, LLC } Case No. 17-03469-TOM-11
Debtor(s) }
}
} Jointly Administered

## NOTICE AND ORDER GRANTING
## MOTION TO RESTRICT ACCESS AND ALLOW REDACTION OF INFORMATION

Notice is hereby given that on March 27, 2018, Unifi Equipment Finance, Inc., filed a Motion to Redact and Restrict Public Access to Exhibit A in to their Motion for Relief From Stay (Docket Entry #223). The Motion seeks immediate relief to protect personal information that is contained or included in the attachment. Movant asserts that they have included or disclosed in the attachment "personal data identifiers" pursuant to 11 U.S.C. § 107 and as further defined in the *Report of the Judicial Conference Committee on Court Administration and Case Management on Privacy and Public Access to Electronic Case Files*.

It appears to the Court that the Movant's Motion is due to be GRANTED.

It is therefore ORDERED, ADJUDGED and DECREED the Motion to Redact and Restrict Public Access to Exhibit A of the Motion for Relief from Stay (Docket Entry #223) shall be and hereby is GRANTED and the Clerk's Office is directed to immediately STRIKE Exhibit "A". Plaintiff' is directed to file the redacted Exhibit A to the Response as a separate docket event.

Dated: March 27, 2018

/s/ Tamara O. Mitchell
TAMARA O. MITCHELL
United States Bankruptcy Judge

klt