# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA, SOUTHERN DIVISION

**In re:**                                                           **Case No.** 17−03469−TOM11
Alabama Partners, LLC                                   **Chapter** 11
                                  **EIN:** 26−3067131

        **Debtor(s)**

## NOTICE OF FINAL HEARING

Notice is hereby given that **Mark Williams, Attorney for Unifi Equipment Finance, Inc., f/k/a Ervin Leasing Company** filed a **Motion for Relief from Automatic Stay** in the above−styled case. The preliminary hearing shall be consolidated with the final evidentiary hearing and parties are to be prepared for trial.

The final hearing will be held to consider and act upon said Motion.

**Date:** Monday, April 16, 2018                   **Time:** 10:30 AM

**Location:** Robert S. Vance Federal Bldg, 1800 5th Ave No, Courtroom 3, Birmingham, AL 35203
Attendance is not required if a settlement has been reached as approved by all parties and filed with the Court by an attorney prior to the hearing date.

Dated:   March 27, 2018                                   By:

                                                                  Joseph E. Bulgarella, Clerk
                                                                   United States Bankruptcy Court

klt