UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Chapter 11 |
| Alabama Partners, LLC | ) | Case No. 17-03469-TOM |
| Debtor. | ) | |
| IN RE: | ) | |
| | ) | Chapter 11 |
| Bamachex, Inc. | ) | Case No. 17-03471-TOM |
| Debtor. | ) | |
| IN RE: | ) | |
| | ) | Chapter 11 |
| Maryland LC Ventures, LLC | ) | Case No. 17-03471-TOM |
| Debtor. | ) | |
| IN RE: | ) | |
| | ) | Chapter 11 |
| Maryland Pizza, Inc. | ) | Case No. 17-03473-TOM |
| Debtor. | ) | |
| IN RE: | ) | |
| | ) | Chapter 11 |
| PG County Partners, LLC | ) | Case No. 17-03474-TOM |
| Debtor. | ) | |
| IN RE: | ) | |
| | ) | Chapter 11 |
| PG County Pizza, Inc. | ) | Case No. 17-03475-TOM |
| Debtor. | ) | |
| | ) | |

**CONSENT ORDER GRANTING RELIEF
FROM AUTOMATIC STAY**

This matter comes before the Court on the Motion for Relief from Automatic Stay (the "Motion") filed by Unifi Equipment Finance, Inc., f/k/a Ervin Leasing Company ("Unifi") and on the stipulation of Maryland LC Ventures, LLC. ("Debtor") to the following facts and to the form and entry of this Order as reflected below pursuant to Federal Rules of Bankruptcy Procedure 4001(d):

1. On August 11, 2017, Debtor along with other affiliates filed its Voluntary Petition for Relief under Chapter 11 of the United States Code (the "Petition Date").

2. Debtor has continued in possession of its property and is continuing to operate and manage its business as a debtor in possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code.

3. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1408 and 1409. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

4. On or about August 26, 2014, Unifi and the Debtor entered into an Equipment Finance Agreement for certain security system equipment ("Unifi Agreement"). A copy of the Equipment Finance Agreement and supporting documents are attached as Exhibit A to the Motion and are incorporated herein by reference.

5. The Unifi Agreement requires a down payment of $3,491.18 and 58 monthly payments to Unifi in the amount of $1,495.59 plus any applicable taxes.

6. As of March 2018, the payoff balance due on the account was $34,398.57, plus attorney fees and costs. Debtor is delinquent on said account for October 2017 through February 2018 payments in the amount of $7,777.95.

7. The parties have agreed to relief from the automatic stay and Debtor will make the equipment available for pickup by Unifi during ordinary business hours as soon as practicable after entry of this Order or as otherwise agreed between the Debtor and Unifi.

NOW, THEREFORE, based upon the consent of the Debtors and the stipulation of the parties, IT IS HEREBY ORDERED that:

    a. The automatic stay of 11 U.S.C. § 362(a) is modified with respect to the Unifi Agreement such that Unifi may pick up the equipment which remains in the Debtor's possession during ordinary hours as soon as practicable after entry of this Court Order or as otherwise agreed between the Debtor and

Unifi, and Unifi has relief from the stay to liquidate the equipment in a commercially reasonable manner.
b. Nothing herein shall limit or otherwise impact Unifi's right to assert claims in this case or the rights of any other party to object to the allowance thereof.
c. The provisions of Federal Rule of Bankruptcy Procedure 4001(a)(3) are hereby waived.

Dated: March 27, 2018 **/s/ Tamara O. Mitchell**
TAMARA O. MITCHELL
United States Bankruptcy Judge

Submitted By:

/s/ Mark P. Williams
Mark P. Williams, Esq.
Attorney for Unifi Equipment Finance, Inc.
Norman, Wood, Kendrick & Turner
Ridge Park Place—Suite 3000
1130 22nd Street South
Birmingham, Alabama 35205
(205) 328-6643
mpwilliams@nwkt.com

With Consent By:

RUMBERGER KIRK & CALDWELL

/s/ R. Scott Williams

R. Scott Williams, Esq.
Attorney for the Debtor
1300 Renasant Place
2001 Park Place North
Birmingham, AL 35203
(205) 572-4926
swilliams@rumberger.com