```
                             United States Bankruptcy Court
                              Northern District of Alabama
```

In re:                                                           Case No. 17-03469-TOM
Alabama Partners, LLC                                            Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 1126-2          User: ltumlin           Page 1 of 3           Date Rcvd: Mar 27, 2018
                              Form ID: pdf000         Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 29, 2018.
```
db             +Alabama Partners, LLC,   PO Box 551267,   Jacksonville, FL 32255-1267
aty            +Leah Fiorenza McNeill,   Bryan Cave LLP,   1201 W Peachtree St NW 14tyh Floor,
                 Atlanta, GA 30309-3449
aty             M. Evan Meyers,   Meyers Rodbell & Rosenbaum PA,   6801 Kenilworth Ave Ste 400,
                 Riverdale, MD 20737-1385
aty            +Mark I. Duedall,   Bryan Cave LLP,   1201 W Peachtree St NW 14tyh Floor,
                 Atlanta, GA 30309-3449
br             +Advanced Restaurant Sales,   111 Village Parkway Bldg #2,   Marietta, GA 30067-4013
cr             +Bank of the Ozarks,   Attn. Leasing Division,   12915 Cantrell Rd,   Little Rock, AR 72223-1701
cr             +City of Jasper,   c/o Russell B. Robertson, Esq.,   P.O. Box 498,   Jasper, AL 35502-0498,
                 UNITED STATES 35502-0498
cr             +Customized Distribution, LLC,   % Daniel Sparks,   Christian & Small LLP,
                 1800 Financial Center,   505 North 20th Street,   Birmingham, AL 35203-4633
cr             +Direct Capital Corporation,   Engel, Hairston & Johanson, P.C.,
                 Attn: William L. Phillips, III,   P.O. Box 11405,   Birmingham, AL 35202-1405
cr              Prince George's County, Maryland,   c/o M. Evan Meyers,   6801 Kenilworth Ave Ste 400,
                 Riverdale, MD 20737-1385
cr             +Silver Hill II LLC,   c/o Ellis Brazeal Jones Walker,   1819 5th Avenue North,   Suite 1100,
                 Birmingham, AL 35203-2122
cr              US Bank Equipment Finance,   c/o Parnell & Parnell, P.A.,   P.O. Box 2189,
                 Montgomery, AL 36102-2189
cr             +Unifi Equipment Finance, Inc.,   c/o William J. Stapleton, Esq.,   Hooper Hathaway, P.C.,
                 126 Main St.,   Ann Arbor, MI 48104-1945
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            +E-mail/Text: bnc_notices_southern@alnba.uscourts.gov Mar 28 2018 02:11:25     Thomas Corbett,
                 BA Birmingham,   1800 5th Avenue North,   Birmingham, AL 35203-2111
cr             +E-mail/Text: cstewart@Burr.com Mar 28 2018 02:12:29     Checkers Drive-In Restaurants, Inc.,
                 c/o Burr & Forman LLP,   Derek Meek,   420 N 20th St, Ste 3400,   Birmingham, AL 35203-5210
cr             +E-mail/Text: cio.bncmail@irs.gov Mar 28 2018 02:10:25
                 Insolvency Section Internal Revenue Service,   801 Broadway,   MDP 146, Room 285,
                 Nashville, TN 37203-3816
ba             +E-mail/Text: bnc_notices_southern@alnba.uscourts.gov Mar 28 2018 02:11:25     J. Thomas Corbett,
                 Bankruptcy Administrator,   1800 5th Avenue North,   Birmingham, AL 35203-2111
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Mar 28 2018 02:04:32     NCEP, LLC Department,
                 Ascension Capital Group,   P.O. Box 165028,   Irving, TX 75016-5028
                                                                                             TOTAL: 5

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Johnson Service Comp Johnson Service Johnson Servi,   2812 Ruffner Road,   Birmingham
                                                                                 TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 27, 2018 at the address(es) listed below:
```
              Abigail M. McGibbon    on behalf of Interested Party    Little Caesar Enterprises, Inc.
               abigail.mcgibbon@gpmlaw.com
              Charles N Parnell    on behalf of Creditor    US Bank Equipment Finance bkrp@parnellsoutheast.com
              Clyde Ellis Brazeal, III    on behalf of Creditor    Silver Hill II LLC ebrazeal@joneswalker.com,
               dshannon@joneswalker.com
              Daniel D Sparks    on behalf of Creditor    Customized Distribution, LLC ddsparks@csattorneys.com,
               dan-sparks-9722@ecf.pacerpro.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Derek F Meek    on behalf of Creditor    Checkers Drive-In Restaurants, Inc. dmeek@burr.com,
               mgunnells@burr.com
              Frederick Darrell Clarke, III    on behalf of Debtor    PG County Pizza, Inc. fclarke@rumberger.com,
               mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
              Frederick Darrell Clarke, III    on behalf of Debtor    Maryland Pizza, Inc. fclarke@rumberger.com,
               mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
              Frederick Darrell Clarke, III    on behalf of Debtor    PG County Partners, LLC
               fclarke@rumberger.com,
               mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
              Frederick Darrell Clarke, III    on behalf of Debtor    BamaChex, Inc. fclarke@rumberger.com,
               mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
              Frederick Darrell Clarke, III    on behalf of Debtor    Alabama Partners, LLC fclarke@rumberger.com,
               mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
              Frederick Darrell Clarke, III    on behalf of Debtor    Maryland LC Ventures, LLC
               fclarke@rumberger.com,
               mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
              James Phillip Roberts    on behalf of Creditor    Checkers Drive-In Restaurants, Inc.
               jroberts@burr.com
              Jeffery J Hartley    on behalf of Interested Party    R&F Birmingham, LLC jjh@helmsinglaw.com,
               ktm@helmsinglaw.com;dwc@helmsinglaw.com
              John Christian Saylor    on behalf of Creditor Johnson Service Comp Johnson Service Johnson
               Service Company john@johnsaylorlaw.com,    asst@johnsaylorlaw.com
              Jon A Dudeck     jon_dudeck@alnba.uscourts.gov,    courtmailbir7@alnba.uscourts.gov
              Joseph D. Frank    on behalf of Creditor    Bottling Group, LLC and its affiliates and subsidiaries,
               operating as Pepsi Beverages Company jfrank@fgllp.com,
               ccarpenter@fgllp.com;rheiligman@fgllp.com;jkleinman@fgllp.com
              Julian   Vasek    on behalf of Interested Party Wazir   Kaisani jvasek@haywardfirm.com
              Julian   Vasek    on behalf of Interested Party Pervez   Kaisani jvasek@haywardfirm.com
              Julian   Vasek    on behalf of Interested Party Iqbar   Kaisani jvasek@haywardfirm.com
              Kelley Askew Gillikin    on behalf of Creditor    ALA DEPT OF REVENUE LEGAL DIVISION P O BOX 320001
               MONTGOMERY, AL    36132-0001 kelley.gillikin@revenue.alabama.gov
              Leonard N Math    on behalf of Creditor    BANK OF THE OZARKS noticesnd@chambless-math.com
              Leonard N Math    on behalf of Creditor    Bank of the Ozarks noticesnd@chambless-math.com
              Mark P. Williams    on behalf of Creditor    Unifi Equipment Finance, Inc. mpwilliams@nwkt.com
              Melissa S. Hayward    on behalf of Interested Party Pervez   Kaisani mhayward@haywardfirm.com
               ,    mholmes@haywardfirm.com
              Melissa S. Hayward    on behalf of Interested Party Wazir   Kaisani mhayward@haywardfirm.com
               ,    mholmes@haywardfirm.com
              Melissa S. Hayward    on behalf of Interested Party Iqbar   Kaisani mhayward@haywardfirm.com
               ,    mholmes@haywardfirm.com
              Phillip W. Bohl    on behalf of Interested Party    Little Caesar Enterprises, Inc.
               phillip.bohl@gpmlaw.com
              R. Scott Williams    on behalf of Debtor    Maryland Pizza, Inc. swilliams@rumberger.com,
               docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumber
               ger.com
              R. Scott Williams    on behalf of Debtor    PG County Pizza, Inc. swilliams@rumberger.com,
               docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumber
               ger.com
              R. Scott Williams    on behalf of Debtor    Alabama Partners, LLC swilliams@rumberger.com,
               docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumber
               ger.com
              R. Scott Williams    on behalf of Debtor    PG County Partners, LLC swilliams@rumberger.com,
               docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumber
               ger.com
              R. Scott Williams    on behalf of Debtor    Maryland LC Ventures, LLC swilliams@rumberger.com,
               docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumber
               ger.com
              R. Scott Williams    on behalf of Debtor    BamaChex, Inc. swilliams@rumberger.com,
               docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumber
               ger.com
              Richard E. O'Neal    on behalf of Creditor Insolvency Section    Internal Revenue Service
               USAALN.BANKRUPTCY@usdoj.gov
              Robert H Adams    on behalf of Debtor    Maryland LC Ventures, LLC radams@rumberger.com,
               mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberg
               er.com
              Robert H Adams    on behalf of Debtor    PG County Partners, LLC radams@rumberger.com,
               mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberg
               er.com
              Robert H Adams    on behalf of Debtor    BamaChex, Inc. radams@rumberger.com,
               mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberg
               er.com
              Robert H Adams    on behalf of Debtor    PG County Pizza, Inc. radams@rumberger.com,
               mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberg
               er.com
              Robert H Adams    on behalf of Debtor    Alabama Partners, LLC radams@rumberger.com,
               mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberg
               er.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          Robert H Adams     on behalf of Debtor    Maryland Pizza, Inc. radams@rumberger.com,
           mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberg
           er.com
          Russell B Robertson    on behalf of Creditor    City of Jasper rbr@lairdandrobertson.com
          Samuel Carlton Pierce    on behalf of Debtor    BamaChex, Inc. scpierce@bakerdonelson.com
          William Lee Phillips, III    on behalf of Creditor    Direct Capital Corporation
           bphillips@ehjlaw.com, docket@ehjlaw.com
                                                                                             TOTAL: 43
```

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

In the Matter of:

| | |
|---|---|
| Alabama Partners, LLC } | Case No. 17-03469-TOM-11 |
| Debtor(s) } | |
| } | |
| } | Jointly Administered |

NOTICE AND ORDER GRANTING
MOTION TO RESTRICT ACCESS AND ALLOW REDACTION OF INFORMATION

    Notice is hereby given that on March 27, 2018, Unifi Equipment Finance, Inc., filed a Motion to Redact and Restrict Public Access to Exhibit A in to their Motion for Relief From Stay (Docket Entry #223). The Motion seeks immediate relief to protect personal information that is contained or included in the attachment. Movant asserts that they have included or disclosed in the attachment "personal data identifiers" pursuant to 11 U.S.C. § 107 and as further defined in the *Report of the Judicial Conference Committee on Court Administration and Case Management on Privacy and Public Access to Electronic Case Files*.

    It appears to the Court that the Movant's Motion is due to be GRANTED.

    It is therefore ORDERED, ADJUDGED and DECREED the Motion to Redact and Restrict Public Access to Exhibit A of the Motion for Relief from Stay (Docket Entry #223) shall be and hereby is GRANTED and the Clerk's Office is directed to immediately STRIKE Exhibit "A". Plaintiff is directed to file the redacted Exhibit A to the Response as a separate docket event.

Dated: March 27, 2018

                                                                            /s/ Tamara O. Mitchell
                                                                            TAMARA O. MITCHELL
                                                                            United States Bankruptcy Judge

klt