United States Bankruptcy Court
Northern District of Alabama

In re:                                                          Case No. 17-03469-TOM
Alabama Partners, LLC                                           Chapter 11
    Debtor

## CERTIFICATE OF NOTICE

District/off: 1126-2    User: ltumlin    Page 1 of 3    Date Rcvd: Mar 27, 2018
    Form ID: pdfsty    Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 29, 2018.
```
db          +Alabama Partners, LLC,    PO Box 551267,    Jacksonville, FL 32255-1267
aty         +Leah Fiorenza McNeill,    Bryan Cave LLP,    1201 W Peachtree St NW 14tyh Floor,
              Atlanta, GA 30309-3449
aty          M. Evan Meyers,    Meyers Rodbell & Rosenbaum PA,    6801 Kenilworth Ave Ste 400,
              Riverdale, MD  20737-1385
aty         +Mark I. Duedall,    Bryan Cave LLP,    1201 W Peachtree St NW 14tyh Floor,
              Atlanta, GA 30309-3449
br          +Advanced Restaurant Sales,    111 Village Parkway Bldg #2,    Marietta, GA 30067-4013
cr          +Bank of the Ozarks,    Attn. Leasing Division,    12915 Cantrell Rd,    Little Rock, AR 72223-1701
cr          +City of Jasper,   c/o Russell B. Robertson, Esq.,    P.O. Box 498,    Jasper, AL  35502-0498,
              UNITED STATES 35502-0498
cr          +Customized Distribution, LLC,    % Daniel Sparks,    Christian & Small LLP,
              1800 Financial Center,    505 North 20th Street,    Birmingham, AL 35203-4633
cr          +Direct Capital Corporation,    Engel, Hairston & Johanson, P.C.,
              Attn: William L. Phillips, III,    P.O. Box 11405,    Birmingham, AL 35202-1405
cr           Prince George's County, Maryland,   c/o M. Evan Meyers,    6801 Kenilworth Ave Ste 400,
              Riverdale, MD  20737-1385
cr          +Silver Hill II LLC,   c/o Ellis Brazeal Jones Walker,    1819 5th Avenue North,    Suite 1100,
              Birmingham, AL 35203-2122
cr           US Bank Equipment Finance,   c/o Parnell & Parnell, P.A.,    P.O. Box 2189,
              Montgomery, AL  36102-2189
cr          +Unifi Equipment Finance, Inc.,   c/o William J. Stapleton, Esq.,    Hooper Hathaway, P.C.,
              126 Main St.,    Ann Arbor, MI 48104-1945
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         +E-mail/Text: bnc_notices_southern@alnba.uscourts.gov Mar 28 2018 02:11:30      Thomas Corbett,
              BA Birmingham,    1800 5th Avenue North,    Birmingham, AL 35203-2111
cr          +E-mail/Text: cstewart@Burr.com Mar 28 2018 02:12:29      Checkers Drive-In Restaurants, Inc.,
              c/o Burr & Forman LLP,    Derek Meek,    420 N 20th St, Ste 3400,    Birmingham, AL 35203-5210
cr          +E-mail/Text: cio.bncmail@irs.gov Mar 28 2018 02:10:28
              Insolvency Section Internal Revenue Service,    801 Broadway,    MDP 146, Room 285,
              Nashville, TN 37203-3816
ba          +E-mail/Text: bnc_notices_southern@alnba.uscourts.gov Mar 28 2018 02:11:30     J. Thomas Corbett,
              Bankruptcy Administrator,    1800 5th Avenue North,    Birmingham, AL 35203-2111
cr          +E-mail/PDF: acg.acg.ebn@americaninfosource.com Mar 28 2018 02:05:55      NCEP, LLC Department,
              Ascension Capital Group,    P.O. Box 165028,    Irving, TX 75016-5028
                                                                                              TOTAL: 5
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           Johnson Service Comp Johnson Service Johnson Servi,    2812 Ruffner Road,    Birmingham
                                                                                  TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2018                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 27, 2018 at the address(es) listed below:
```
              Abigail M. McGibbon    on behalf of Interested Party    Little Caesar Enterprises, Inc.
               abigail.mcgibbon@gpmlaw.com
              Charles N Parnell    on behalf of Creditor    US Bank Equipment Finance bkrp@parnellsoutheast.com
              Clyde Ellis Brazeal, III    on behalf of Creditor    Silver Hill II LLC ebrazeal@joneswalker.com,
               dshannon@joneswalker.com
              Daniel D Sparks    on behalf of Creditor    Customized Distribution, LLC ddsparks@csattorneys.com,
               dan-sparks-9722@ecf.pacerpro.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Derek F Meek   on behalf of Creditor   Checkers Drive-In Restaurants, Inc. dmeek@burr.com, mgunnells@burr.com
      Frederick Darrell Clarke, III   on behalf of Debtor   PG County Pizza, Inc. fclarke@rumberger.com, mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
      Frederick Darrell Clarke, III   on behalf of Debtor   Maryland Pizza, Inc. fclarke@rumberger.com, mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
      Frederick Darrell Clarke, III   on behalf of Debtor   PG County Partners, LLC fclarke@rumberger.com, mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
      Frederick Darrell Clarke, III   on behalf of Debtor   BamaChex, Inc. fclarke@rumberger.com, mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
      Frederick Darrell Clarke, III   on behalf of Debtor   Alabama Partners, LLC fclarke@rumberger.com, mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
      Frederick Darrell Clarke, III   on behalf of Debtor   Maryland LC Ventures, LLC fclarke@rumberger.com, mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
      James Phillip Roberts   on behalf of Creditor   Checkers Drive-In Restaurants, Inc. jroberts@burr.com
      Jeffery J Hartley   on behalf of Interested Party   R&F Birmingham, LLC jjh@helmsinglaw.com, ktm@helmsinglaw.com;dwc@helmsinglaw.com
      John Christian Saylor   on behalf of Creditor Johnson Service Comp Johnson Service Johnson Service Company john@johnsaylorlaw.com, asst@johnsaylorlaw.com
      Jon A Dudeck   jon_dudeck@alnba.uscourts.gov, courtmailbir7@alnba.uscourts.gov
      Joseph D. Frank   on behalf of Creditor   Bottling Group, LLC and its affiliates and subsidiaries, operating as Pepsi Beverages Company jfrank@fgllp.com, ccarpenter@fgllp.com;rheiligman@fgllp.com;jkleinman@fgllp.com
      Julian   Vasek   on behalf of Interested Party Wazir   Kaisani jvasek@haywardfirm.com
      Julian   Vasek   on behalf of Interested Party Pervez   Kaisani jvasek@haywardfirm.com
      Julian   Vasek   on behalf of Interested Party Iqbar   Kaisani jvasek@haywardfirm.com
      Kelley Askew Gillikin   on behalf of Creditor   ALA DEPT OF REVENUE LEGAL DIVISION P O BOX 320001 MONTGOMERY, AL   36132-0001 kelley.gillikin@revenue.alabama.gov
      Leonard N Math   on behalf of Creditor   BANK OF THE OZARKS noticesnd@chambless-math.com
      Leonard N Math   on behalf of Creditor   Bank of the Ozarks noticesnd@chambless-math.com
      Mark P. Williams   on behalf of Creditor   Unifi Equipment Finance, Inc. mpwilliams@nwkt.com
      Melissa S. Hayward   on behalf of Interested Party Pervez   Kaisani mhayward@haywardfirm.com, mholmes@haywardfirm.com
      Melissa S. Hayward   on behalf of Interested Party Wazir   Kaisani mhayward@haywardfirm.com, mholmes@haywardfirm.com
      Melissa S. Hayward   on behalf of Interested Party Iqbar   Kaisani mhayward@haywardfirm.com, mholmes@haywardfirm.com
      Phillip W. Bohl   on behalf of Interested Party   Little Caesar Enterprises, Inc. phillip.bohl@gpmlaw.com
      R. Scott Williams   on behalf of Debtor   Maryland Pizza, Inc. swilliams@rumberger.com, docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumberger.com
      R. Scott Williams   on behalf of Debtor   PG County Pizza, Inc. swilliams@rumberger.com, docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumberger.com
      R. Scott Williams   on behalf of Debtor   Alabama Partners, LLC swilliams@rumberger.com, docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumberger.com
      R. Scott Williams   on behalf of Debtor   PG County Partners, LLC swilliams@rumberger.com, docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumberger.com
      R. Scott Williams   on behalf of Debtor   Maryland LC Ventures, LLC swilliams@rumberger.com, docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumberger.com
      R. Scott Williams   on behalf of Debtor   BamaChex, Inc. swilliams@rumberger.com, docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumberger.com
      Richard E. O'Neal   on behalf of Creditor Insolvency Section   Internal Revenue Service USAALN.BANKRUPTCY@usdoj.gov
      Robert H Adams   on behalf of Debtor   Maryland LC Ventures, LLC radams@rumberger.com, mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberger.com
      Robert H Adams   on behalf of Debtor   PG County Partners, LLC radams@rumberger.com, mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberger.com
      Robert H Adams   on behalf of Debtor   BamaChex, Inc. radams@rumberger.com, mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberger.com
      Robert H Adams   on behalf of Debtor   PG County Pizza, Inc. radams@rumberger.com, mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberger.com
      Robert H Adams   on behalf of Debtor   Alabama Partners, LLC radams@rumberger.com, mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberger.com

```
District/off: 1126-2           User: ltumlin                Page 3 of 3               Date Rcvd: Mar 27, 2018
                               Form ID: pdfsty              Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Robert H Adams    on behalf of Debtor    Maryland Pizza, Inc. radams@rumberger.com, mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberger.com
          Russell B Robertson    on behalf of Creditor    City of Jasper rbr@lairdandrobertson.com
          Samuel Carlton Pierce    on behalf of Debtor    BamaChex, Inc. scpierce@bakerdonelson.com
          William Lee Phillips, III    on behalf of Creditor    Direct Capital Corporation bphillips@ehjlaw.com, docket@ehjlaw.com

                                                                                 TOTAL: 43

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Chapter 11 |
| Alabama Partners, LLC | ) | Case No. 17-03469-TOM |
|     Debtor. | ) | |
| IN RE: | ) | |
| | ) | Chapter 11 |
| Bamachex, Inc. | ) | Case No. 17-03471-TOM |
|     Debtor. | ) | |
| IN RE: | ) | |
| | ) | Chapter 11 |
| Maryland LC Ventures, LLC | ) | Case No. 17-03471-TOM |
|     Debtor. | ) | |
| IN RE: | ) | |
| | ) | Chapter 11 |
| Maryland Pizza, Inc. | ) | Case No. 17-03473-TOM |
|     Debtor. | ) | |
| IN RE: | ) | |
| | ) | Chapter 11 |
| PG County Partners, LLC | ) | Case No. 17-03474-TOM |
|     Debtor. | ) | |
| IN RE: | ) | |
| | ) | Chapter 11 |
| PG County Pizza, Inc. | ) | Case No. 17-03475-TOM |
|     Debtor. | ) | |

**CONSENT ORDER GRANTING RELIEF
FROM AUTOMATIC STAY**

This matter comes before the Court on the Motion for Relief from Automatic Stay (the "Motion") filed by Unifi Equipment Finance, Inc., f/k/a Ervin Leasing Company ("Unifi") and on the stipulation of Maryland LC Ventures, LLC. ("Debtor") to the following facts and to the form and entry of this Order as reflected below pursuant to Federal Rules of Bankruptcy Procedure 4001(d):

1. On August 11, 2017, Debtor along with other affiliates filed its Voluntary Petition for Relief under Chapter 11 of the United States Code (the "Petition Date").

2. Debtor has continued in possession of its property and is continuing to operate and manage its business as a debtor in possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code.

3. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1408 and 1409. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

4. On or about August 26, 2014, Unifi and the Debtor entered into an Equipment Finance Agreement for certain security system equipment ("Unifi Agreement"). A copy of the Equipment Finance Agreement and supporting documents are attached as Exhibit A to the Motion and are incorporated herein by reference.

5. The Unifi Agreement requires a down payment of $3,491.18 and 58 monthly payments to Unifi in the amount of $1,495.59 plus any applicable taxes.

6. As of March 2018, the payoff balance due on the account was $34,398.57, plus attorney fees and costs. Debtor is delinquent on said account for October 2017 through February 2018 payments in the amount of $7,777.95.

7. The parties have agreed to relief from the automatic stay and Debtor will make the equipment available for pickup by Unifi during ordinary business hours as soon as practicable after entry of this Order or as otherwise agreed between the Debtor and Unifi.

NOW, THEREFORE, based upon the consent of the Debtors and the stipulation of the parties, IT IS HEREBY ORDERED that:

    a. The automatic stay of 11 U.S.C. § 362(a) is modified with respect to the Unifi Agreement such that Unifi may pick up the equipment which remains in the Debtor's possession during ordinary hours as soon as practicable after entry of this Court Order or as otherwise agreed between the Debtor and

Unifi, and Unifi has relief from the stay to liquidate the equipment in a commercially reasonable manner.
b. Nothing herein shall limit or otherwise impact Unifi's right to assert claims in this case or the rights of any other party to object to the allowance thereof.
c. The provisions of Federal Rule of Bankruptcy Procedure 4001(a)(3) are hereby waived.

Dated: March 27, 2018  /s/ Tamara O. Mitchell
TAMARA O. MITCHELL
United States Bankruptcy Judge

Submitted By:

/s/ Mark P. Williams
Mark P. Williams, Esq.
Attorney for Unifi Equipment Finance, Inc.
Norman, Wood, Kendrick & Turner
Ridge Park Place—Suite 3000
1130 22nd Street South
Birmingham, Alabama 35205
(205) 328-6643
mpwilliams@nwkt.com

With Consent By:

RUMBERGER KIRK & CALDWELL

/s/ R. Scott Williams

R. Scott Williams, Esq.
Attorney for the Debtor
1300 Renasant Place
2001 Park Place North
Birmingham, AL 35203
(205) 572-4926
swilliams@rumberger.com

3