# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA - SOUTHERN DIVISION

**In the Matter of:**

Alabama Partners, LLC     }     **Case No: 17-03469-TOM11**
                                      }
   DEBTOR(S).                   }
                                      }
                                      }

## ORDER

This matter came before the Court on Monday, April 02, 2018 10:30 AM, for a hearing on the following:

   RE: Doc #207; Bankruptcy Administrator's Motion to Convert to Chapter 7, or in the alternative, Motion to Dismiss Case with a 180 Day Injunction on Refiling

Proper notice of the hearing was given and appearances were made by the following:

   Jon A Dudeck (Bankruptcy Administrator)
   R. Scott Williams, attorney for Alabama Partners, LLC  (Debtor)
   Richard O'neal, Assistant U.S. Attorney appearing on behalf of the Internal Revenue Service

**It is therefore ORDERED, ADJUDGED and DECREED that:**

   Based on the pleadings, the Motion is Granted and this case is hereby converted to a case under Chapter 7 of Title 11 of the United States Code. Further, the clerk's office is directed to assign a Chapter 7 Trustee in the normal course.

Dated: 04/02/2018                                                 /s/ TAMARA O. MITCHELL
                                                                         TAMARA O. MITCHELL
                                                                         United States Bankruptcy Judge