# United States Bankruptcy Court
## NORTHERN DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| **In re:** <br> Alabama Partners, LLC <br> **EIN:** 26–3067131 <br><br> **Debtor(s)** | **Case No.** 17–03469–TOM7 <br> **Chapter** 7 |

## ORDER APPOINTING INTERIM TRUSTEE AND APPROVING STANDING BOND

It is **ORDERED** and notice is hereby given that:

1. The following interim trustee is hereby appointed, and the trustee's standing bond is fixed under the general blanket bond heretofore approved.

**Thomas E Reynolds**
Reynolds Legal Solutions, LLC
300 Richard Arrington Jr. Blvd. N
Suite 503
Birmingham, AL 35203

2. Unless the interim trustee files a rejection of this appointment within seven (7) days following receipt of this order, the trustee will be deemed to have accepted this appointment as provided by Rule 2008.

Dated: April 2, 2018

/s/ Tamara O Mitchell
United States Bankruptcy Judge

klt