# Notice Recipients

District/Off: 1126–2  User: ltumlin  Date Created: 4/2/2018
Case: 17–03469–TOM7  Form ID: trn501  Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
smg   Thomas Corbett   BA Birmingham   1800 5th Avenue North   Birmingham, AL 35203

TOTAL: 1