IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| ALABAMA PARTNERS, LLC, | ) | BANKRUPTCY CASE NO.: |
| | ) | 17-03469 |
| Debtor. | ) | |

## MOTION TO REJECT EXECUTORY CONTRACTS AND UNEXPIRED LEASES AND ABANDON PERSONAL PROPERTY

COMES NOW Thomas E. Reynolds, the Trustee in the above styled Chapter 7 bankruptcy case, who moves pursuant to the provisions of 11 U.S.C. §365 to reject certain executory contracts and unexpired leases as are identified herein below.

### Unexpired Leases

The Trustee seeks to reject the following leases:

1. Lease for the property located at 4030 First Avenue, Birmingham, Alabama, formerly used by the Debtor. The Trustee intends to surrender the premises to the landlord.

2. Lease for the property located at 1420 31st Street SW, Birmingham, Alabama, formerly used by the Debtor. The Trustee intends to surrender the premises to the landlord,

3. Lease for the property located at 2400 Center Point Parkway, Birmingham, Alabama, formerly used by the Debtor. The Trustee intends to surrender the premises to the landlord.

4. Lease for the property located at 402 Highway 78, Jasper, Alabama, formerly used by the Debtor. The Trustee intends to surrender the premises to the landlord.

5. Lease for the property located at 724 Second Avenue NW, Cullman, Alabama, formerly used by the Debtor. The Trustee intends to surrender the premises to the landlord.

*1*

formerly used by the Debtor. The Trustee intends to surrender the premises to the landlord.

6. Lease for the property located at 400 S. Quintard Avenue, Anniston, Alabama, formerly used by the Debtor. The Trustee intends to surrender the premises to the landlord.

7. Lease for the property located at 636 Lomb Avenue SW, Birmingham, Alabama, formerly used by the Debtor. The Trustee intends to surrender the premises to the landlord.

8. Lease for the property located at 2520 12th Avenue North, Birmingham, Alabama, formerly used by the Debtor. The Trustee intends to surrender the premises to the landlord.

9. Lease for the property located at 1601 9th Avenue North, Bessemer, Alabama, formerly used by the Debtor. The Trustee intends to surrender the premises to the landlord.

10. Lease for the property located at 7736 First Avenue North, Birmingham, Alabama, formerly used by the Debtor. The Trustee intends to surrender the premises to the landlord.

11. Lease for the property located at 86 Weibel Drive, Midfield, Alabama, formerly used by the Debtor. The Trustee intends to surrender the premises to the landlord.

12. Lease for the property located at 303 East Meigham, Gadsden, Alabama, formerly used by the Debtor. The Trustee intends to surrender the premises to the landlord.

13. The Trustee intends to abandon any interest in machinery and equipment which the Debtor leased from vendors as as they have no value to the estate for potential assumption and assignment prospects.

## Abandon Property

The Trustee intends to abandon any interest in any and all physical and tangible assets, including, but no limited to, the following personal property of the Debtor as having

inconsequential value and being burdensome to the estate:

POS, Fryers, Grills, Sandwich Stations, Ice Machines, Shake Machines, Ice Cream Machines, Portable refrigerators and coolers, small wares, utensils and other miscellaneous equipment.

/s/ Thomas E. Reynolds, Trustee
THOMAS E. REYNOLDS

OF COUNSEL:
REYNOLDS LEGAL SOLUTIONS, LLC
300 Richard Arrington Blvd. N., Suite 503
Birmingham, AL 35203
Telephone: (205) 957-6500
ter@reynoldslegalsolutions.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 10th day of April, 2018, a true and correct copy of the foregoing was served on the parties listed on the Court mailing list dated April 10, 2018.

/s/ Thomas E. Reynolds
Of Counsel

3

```
Label Matrix for local noticing          Advanced Restaurant Sales              Alabama Partners, LLC
1126-2                                   111 Village Parkway Bldg #2             PO Box 551267
Case 17-03469-TOM7                       Marietta, GA 30067-4013                 Jacksonville, FL 32255-1267
NORTHERN DISTRICT OF ALABAMA
Birmingham
Mon Apr  9 14:36:03 CDT 2018

Bank of the Ozarks                       Checkers Drive-In Restaurants, Inc.     City of Jasper
Attn. Leasing Division                   c/o Burr & Forman LLP                   c/o Russell B. Robertson, Esq.
12915 Cantrell Rd                        Derek Meek                              P.O. Box 498
Little Rock, AR 72223-1701               420 N 20th St, Ste 3400                 Jasper, AL 35502-0498
                                         Birmingham, AL 35203-5210

Customized Distribution, LLC             Direct Capital Corporation              NCEP, LLC Department
% Daniel Sparks                          Engel, Hairston & Johanson, P.C.        Ascension Capital Group
Christian & Small LLP                    Attn: William L. Phillips, III          P.O. Box 165028
1800 Financial Center                    P.O. Box 11405                          Irving, TX 75016-5028
505 North 20th Street                    Birmingham, AL 35202-1405
Birmingham, AL 35203-4633

Prince George's County, Maryland         Silver Hill II LLC                      US Bank Equipment Finance
c/o M. Evan Meyers                       c/o Ellis Brazeal Jones Walker          c/o Parnell & Parnell, P.A.
6801 Kenilworth Ave Ste 400              1819 5th Avenue North                   P.O. Box 2189
Riverdale, MD 20737-1385                 Suite 1100                              Montgomery, AL 36102-2189
                                         Birmingham, AL 35203-2122

Unifi Equipment Finance, Inc.            U. S. Bankruptcy Court                  3300 Enterprise Parkway
c/o William J. Stapleton, Esq.           Robert S. Vance Federal Building        3300 Enter
Hooper Hathaway, P.C.                    1800 5th Avenue North                   Beachwood, OH 44122
126 Main St.                             Birmingham, AL 35203-2111
Ann Arbor, MI 48104-1945

ABC Burglar Alarm Systems, Inc.          ABC Burglar Alarm Systems, Inc.         ANX Business Corp
1532 A&B Pointer Ridge Place             1532 A&B Pointer Ridge Place            Dept. 77399
Bowie, MD 20716-1883                     Bowie, Maryland 20716-1883              PO Box 77000
                                                                                 Detroit, MI 48277-0399

ANX Business Corp                        Affordable Refuse & Recycling, Inc.     Affordable Refuse & Recycling, Inc.
Dept. 77399                              PO Box 400                              PO Box 400
PO Box 77000                             Cheltenham, MD 20623-0400               Cheltenham, Maryland 20623-0400
Detroit, Michigan 48277-0399

Al Kaisani                               Alabama Child Support Payment Ctr       Alabama Department of Labor
10501 N. Central Expressway, Ste. 106    PO Box244015                            631 Beacon Pkwy West, Ste. 203
Dallas, TX 75231-2203                    Montgomery, AL 36124-4015               Birmingham, AL 35209-3131

Alabama Department of Revenue            Alabama Deptartment of Labor            Alabama Gas Corporation
PO Box 327464                            649 Monroe Street                       605 Richard Arrington Blvd N
Montgomery, 36132-7464                   Montgomery, Alabama 36131-0099          Birmingham, AL 35203-2707

Alabama Power Company                    Allied Waste/Republic Services          Anniston Water Works
c/o Eric T. Ray                          3950 59th Street SW                     931 Noble Street
1901 Sixth Ave N, Suite 1500             Birmingham, AL 35221                    Anniston, AL 36201-5666
Birmingham, AL 35203-4642
```

BRESCO
Birmingham Restaurant Supply
2428 Sixth Avenue S
Birmingham, AL 35233-3316

Bae's Woodberry, LLC
Attn: Ellen Kim
12104 Old Pine Way
Oak Hill, Virginia 20171-1630

Balboa Capital
2010 Main Street
11th Floor
Irvine, CA 92614-8250

Bank of the Ozarks
17901 Chenal Parkway
3rd Floor
Little Rock, AR 72223-5831

Bank of the Ozarks
PO Box 242208
Little Rock, AR 72223-0022

Bankruptcy Administrator
1800 5th Avenue North
Birmingham, AL 35203-2111

Bessemer Utilities
PO Box 1246
Bessemer, AL 35021-1299

Betty Leeth Haynes
PO Box 279
Cullman, AL 35056-0279

Birmingham District Tax Office
P O Box 13156
Birmingham AL 35202-3156

Birmingham Water Works Board
PO Box 830269
Birmingham, AL 35283-0269

Blue Cross and Blue Shield of Alabama
450 Riverchase Pkwy E
Birmingham, AL 35244-2858

Blue Line
2211 Woodward Ave.
Detroit, MI 48201-3467

Blue Line
2211 Woodward Ave.
Detroit, Michigan 48201-3467

Bottling Group, LLC
c/o Joseph D. Frank
FrankGecker LLP
325 N. LaSalle St., Ste. 625
Chicago, IL 60654-6465

Brinks
PO Box 101031
Atlanta, GA 30392-1031

Brinks
PO Box 101031
Atlanta, Georgia 30392-1031

Burns Septic
5291 Enterprise Street
Sykesville, MD 21784-9352

CAN Capital/Channel Partners Capital
11100 Wayzata Blvd., Ste. 305
Minnetonika, MN 55305-5537

CDI
5151 Brook Hollow Pkwy
Norcross, GA 30071-4912

CHTD Company
P.O. Box 2576
Springfield, IL 62708-2576

CHeckers Corporate
4300 West Cypress St. Suite 600
Tampa, FL 33607-4157

Calhoun County Sales Tax
Calhoun County Revenue Commissioner
1702 Noble St., Ste. 104
Anniston, AL 36201-3827

Can Capital Asset Servicing, Inc.
2015 Vaughn Road, Building 500
Kennesaw, GA 30144-7831

Checkers Corp.
4300 West Cypress St. Suite 600
Tampa, FL 33607-4157

City of Anniston
P.O. Box 2168
Anniston, AL 36202-2168

City of Bessemer
Revenue Department
1806 Third Avenue North
Bessemer, AL 35020-4906

City of Birmingham
710 North 20th Street
Room 600 City Hall
Birmingham, AL 35203-2281

City of Center Point
2209 Center Point Parkway
Center Point, Alabama 35215-4609

City of Cullman
PO 278
Cullman, AL 35056-0278

City of Gadsden
c/o RDS
PO Box 830725
Birmingham, AL 35283-0725

| | | |
|---|---|---|
| City of Jasper<br>c/o RDS<br>PO Box 830725<br>Birmingham, AL 35283-0725 | City of Jasper, Alabama<br>P.O. Box 498<br>Jasper, AL 35502-0498 | City of Midfield<br>c/o RDS<br>PO Box 830725<br>Birmingham, AL 35283-0725 |
| Coca Cola USA<br>PO Box 102499<br>Atlanta, GA 30368-2499 | Comptroller of Maryland<br>110 Carroll Street<br>Annapolis, MD 21411-0001 | Comptroller of Maryland<br>110 Carroll Street<br>Annapolis, Maryland 21411-0001 |
| Comptroller of Maryland<br>301 West Preston Street Room 409<br>Baltimore, MD 21201-2383 | Corporation Service Company as Represent<br>PO Box 2576<br>Springfield, IL 62708-2576 | Cullman County & City<br>PO Box 278<br>Cullman, AL 35056-0278 |
| Cullman County Commission<br>500 Second Ave SW Room 105<br>Cullman AL 35055-4135 | Cullman Gas District<br>PO Box 399<br>Cullman, Alabama 35056-0399 | Cullman Power Board<br>106 Second Avenue NE<br>Cullman, AL 35055-2904 |
| Customized Distribution, LLC<br>5151 Brook Hollow Parkway<br>Suite 225<br>Norcross, GA 30071-4912 | Cyprus Air<br>7525 Richmond Hwy<br>Alexandria, VA 22306-2330 | DC Government<br>1101 4th Street SW<br>Suite W210<br>Washington, DC 20024-4457 |
| DC Government<br>1101 4th Street SW<br>Suite W210<br>Washington, District of Columbia 20024-4457 | DDRM Largo Town Center, LLC<br>DDR Corp.<br>3300 Enterprise Parkway<br>Beachwood, Ohio 44122-7200 | Department of Revenue<br>Jefferson County Courthouse<br>Birmingham AL 35263 |
| Direct Capital<br>155 Commerce Way<br>Portsmouth, NH 03801-3243 | ERDA LLC<br>c/o Mr. Daniel Feld, Manager<br>12600 Cumpston Street<br>Valley Village, CA 91607-1912 | ERDA LLC<br>c/o Mr. Daniel Feld, Manager<br>12600 Cumpston Street<br>Valley Village, California 91607-1912 |
| Elizabeth Jelks<br>8512 English Oak Loop<br>Montgomery, AL 36117-6822 | Elizabeth Jelks<br>8512 English Oak Loop<br>Montgomery, Alabama 36117-6822 | Etowah County<br>c/o RDS<br>PO Box 830725<br>Birmingham, AL 35283-0725 |
| Firemaster<br>Dept 1019<br>PO Box 121019<br>Dallas, TX 75312-1019 | First Insurance Funding<br>450 Skokie Blvd., Ste. 1000<br>Northbrook, IL 60062-7917 | Flowers Baking Company of Birmingham<br>900 16th Street N<br>Birmingham, AL 35203-1017 |
| Fred Garfield<br>Spain Gillon<br>2117 Second Avenue N<br>Birmingham, AL 35203-3753 | General Counsel<br>State Department of<br>Industrial Relations<br>Montgomery AL 36102 | Good Hope Investments, LLC<br>9109 Lucky Estates Dr.<br>Vienna, Virginia 22182-1746 |

HJK LLC
PO Box 175
Lincoln, AL 35096-0175

HJK LLC
PO Box 175
Lincoln, Alabama 35096-0175

HRS
PO Box 1624
Huntsville, AL 35807-0624

Hearn Services, Inc.
d/b/a Johnson Service Company
John C. Saylor,
425 N. Court St.
Florence, AL 35630-4645

IRH Capital
707 Skokie Blvd., Ste. 540
Northbrook, IL 60062-2895

Internal Revenue Service
801 Broadway M/S 146
Nashville, TN 37203

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
PO Box 7346
Philadelphia, Pennsylvania 19101-7346

Iqbal Kaisani
10501 N. Central Expressway, Ste. 106
Dallas, TX 75231-2203

J T Smallwood - Tax Collector
Room 160
716 Richard Arrington Blvd. N.
Birmingham, AL 35203-0112

Jefferson County EDU Sales Tax
716 Richard Arrington Jr. Blvd. N.
Birmingham, AL 35203-0100

Jefferson County Sales Tax
716 Richard Arrington Jr. Blvd. N.
Birmingham, AL 35203-0100

Johnson Service Company
2812 Ruffner Rd
Birmingham, AL 35210-3916

Kelly Pruitt
1463 Secretariat Dr.
Helena, AL 35080-4138

Libert Mutual/Cobbs Allen Hall
115 Office Park Dr., Ste. 200
Mountain Brook, AL 35223-2423

Libert Mutual/Cobbs Allen Hall
115 Office Park Dr., Ste. 200
Mountain Brook, Alabama 35223-2423

Little Caesars Caesar Fund Inc.
2211 Woodward Ave.
Detroit, MI 48201-3467

Little Caesars Caesar Fund Inc.
2211 Woodward Ave.
Detroit, Michigan 48201-3467

Little Caesars Corporate
2211 Woodward Ave.
Detroit, MI 48201-3467

Little Caesars Corporate
2211 Woodward Ave.
Detroit, Michigan 48201-3467

Loanme
1900 S State College Blvd., Ste. 300
Amaheim, CA 92806-6152

Loanme
1900 S State College Blvd., Ste. 300
Amaheim, California 92806-6152

Lucinda Leeth
3805 Cromwell Drive
Birmingham, AL 35243-5512

M. Evan Meyers
for Prince George's County, Marylan
6801 Kenilworth Ave Ate 400
Riverdale MD 20737-1385

MACRO LEASE
185 Express Street, Ste. 100
Plainview, NY 11803-2406

Macrolease Corporation
185 Express St.
Suite 100
Plainview, NY 11803-2406

Mark Williams
PO Box 551267
Jacksonville, FL 32255-1267

Marlin Business Bank
300 Fellowship Road
Mount Laurel, New Jersey 08054-1201
Attn.: Bankruptcy Department

Marlow Heights Shopping Center, LP
c/o Gelman Management Co.
2120 L Street NW
Suite 800
Washington, District of Columbia 20037-1549

Martha Sams  
1541 Prairie Lane  
Montgomery, AL 36117-3414

Martha Sams  
1541 Prairie Lane  
Montgomery, Alabama 36117-3414

Maryland Child Support Account  
PO Box 17396  
Baltimore, MD 21297-1396

Maryland Child Support Account  
PO Box 17396  
Baltimore, Maryland 21297-1396

Master Protection, LP dba FireMaster  
13050 Metro Parkway  
Suite 1  
Fort Myers, FL 33966-4800

Maverick VI, LLC  
12612 Waterspout Court  
Owings Mills, Maryland 21117-1006

Melissa Hayward  
10501 N. Central Expressway, Suite 106  
Dallas , TX 75231-2203

Merchant Cash Cloud  
5757 NW 151st Street  
Miami Lakes, FL 33014-2482

Merchant Cash Cloud  
5757 NW 151st Street  
Miami Lakes, Florida 33014-2482

Muzak  
Focus Four LLC  
PO Box 638793  
Cincinnati, OH 45263-8793

NASA Federal Credit Union  
500 Prince Georges Blvd.  
Upper Marlboro, MD 20774-8732

NASA Federal Credit Union  
PO Box 1588  
Bowie, MD 20717-1588

NCMIC Finance Company  
14001 University Avenue  
Clive, Iowa 50325-8273

NUCO2  
2800 SE Market PL  
Stuart, FL 34997-4965

Navin Kaisani  
10501 N. Central Expressway, Ste. 106  
Dallas, TX 75231-2203

Navitas  
111 Executive Ctr Dr.  
Suite 102  
Columbia, SC 29210-8414

ONEILAATS LLC  
10879 Coral Shores Dr # 210  
Jacksonville, FL 32256-2128

ONEILAATS LLC  
10879 Coral Shores Dr # 210  
Jacksonville, Florida 32256-2128

PEPCO  
P O Box 97294  
Washington DC 20090-7294

PEPCO  
PO Box 13608  
Philadelphia, Pennsylvania 19101-3608

PEPSICO  
1100 Reynolds Blvd.  
Winston-Salem, NC 27105-3400

Pervez Kaisani  
10501 N. Central Expressway, Ste. 106  
Dallas, TX 75231-2203

Prince Georges County, Maryland  
Meyers, Rodbell & Rosenbaum, P.A.  
c/o M. Evan Meyers  
6801 Kenilworth Ave., Suite 400  
Riverdale Park, MD 20737-1331

RDS  
PO Box 830725  
Birmingham, AL 35283-0725

RLC Funding, a division of Navitas Lease  
111 Executive Center Dr.  
Suite 102  
Columbia, SC 29210-8414

Receivables Advance  
P.O. Box 15270  
Irvine, CA 92623-5270

Regency Centers Corporation  
One Independent Drive  
Suite 114  
Jacksonville, FL 32202-5005

Regions Bank  
1900 Fifth Avenue North  
Birmingham, AL 35203-2670

Republic Services  
3950 50th Street SW  
Birmingham, Alabama 35221-1847

Richard Blount Construction, LLC  
163 Haygood Ave. SE  
Atlanta, GA 30315-1928

| | | |
|---|---|---|
| Richard Ruggiero<br>c/o Lochner Law Firm, P.C.<br>91 Main St., 4th Floor<br>Annapolis, MD 21401-2032 | Rivertowne Center ACQ<br>8 Industrial Way<br>East Eatonton, New Jersey 07724-3317 | Russell Robertson<br>P.O. Box 498<br>Jasper, AL 35502-0498 |
| SUSQUEHANNA SALT LAKE LLC<br>136 E South Temple, Ste. 1400<br>Salt Lake City, Utah 84111-1143 | Sartino, Inc.<br>5285 Briarwood Circle<br>Pinson, AL 35126-2986 | Secretary of the Treasury<br>1500 Pennsylvania Ave., NW<br>Washington, DC 20220-0001 |
| SecureConnect/Trustwave<br>75 Remittance Drive<br>Dept. 1999<br>Chicago, IL 60675-1999 | Sharp Realty<br>Attn: Accounts Receivable<br>400 Union Hill Dr.<br>Birmingham, AL 35209-2064 | Silver Hill II<br>Combined Properties<br>1255 22nd Street, NW<br>Washington, District of Columbia 20037-1225 |
| Stanley Convergent Security Solutions<br>8350 Sunlight Drive<br>Fishers, IN 46037-6700 | State Department of Revenue<br>P O Box 1927<br>Pelham AL 35124-5927 | State of Alabama<br>Department of Revenue<br>Legal Division<br>PO Box 320001<br>Montgomery, Alabama 36132-0001 |
| State of Alabama Dept of Revenue<br>P O Box 320001<br>Montgomery AL 36132-0001 | Steritech<br>PO Box 471127<br>Charlotte, NC 28247-1127 | Steritech<br>PO Box 472127<br>Charlotte, NC 28247-2127 |
| Steritech<br>PO Box 472127<br>Charlotte, North Carolina 28247-2127 | The Coca-Cola Company<br>One Coca-Cola Plaza<br>Atlanta, GA 30313-2499 | The Hartford<br>8711 University East Drive<br>Charlotte, NC 28213-4233 |
| The Hartford<br>8711 University East Drive<br>Charlotte, North Carolina 28213-4233 | Tyco Integrated Security, LLC<br>10405 Crosspoint Blvd.<br>Indianapolis IN 46256-3323 | Tyco Security<br>c/o ADT Security Services, Inc.<br>PO Box 371967<br>Pittsburgh, PA 15250-7967 |
| U.S. Bank Equipment Finance<br>A division of U.S. Bank N.A.<br>1310 Madrid Street<br>Marshall, MN 56258-4099 | U.S. Securities and Exchange Commission<br>Branch of Reorganization<br>950 East Paces Ferry Road Ste 900<br>Atlanta, GA 30326-1382 | USB Equipment Finance<br>220 26th Street<br>Minniapolis, MN |
| USRP I, LLC<br>Attn: Legal Dept.<br>One Independent Dr.<br>Suite 114<br>Jacksonville, Florida 32202-5005 | UniFi Equipment Finance<br>3893 Research Park Drive<br>Ann Arbor, MI 48108-2217 | United States Attorney<br>Northern District of Alabama<br>1801 Fourth Avenue North<br>Birmingham, AL 35203-2101 |
| United States Bankruptcy Administrator<br>Northern District of Alabama<br>1800 Fifth Avenue North<br>Birmingham, AL 35203-2111 | Verizon Business<br>PO Box 660720<br>Dallas, TX 75266-0720 | Verizon Business<br>PO Box 660720<br>Dallas, Texas 75266-0720 |

| | | |
|---|---|---|
| Verizon Business Global LLC, on behalf of it<br>William Vermette<br>22001 Loudoun County Pkwy<br>Ashburn, VA 20147-6105 | (p)WAND CORPORATION<br>7575 CORPORATE WAY<br>EDEN PRAIRIE MN 55344-2022 | Washington Gas<br>6801 Industrial Road<br>Sprinfield, VA 22151-4205 |
| Washington Gas<br>6801 Industrial Road<br>Sprinfield, Virginia 22151-4205 | Washington Suburban Sanitary Commission<br>Heather Ashbury<br>14501 Swetizer Lane<br>Laurel, MD 20707-5901 | Wazir Kaisani<br>10501 N. Central Expressway, Ste. 106<br>Dallas, TX 75231-2203 |
| YES Energy Management<br>PO Box 660901<br>Dallas, TX 75266-0901 | Yellowstone<br>30 Broad Street<br>14th FL, Ste. 1462<br>New York, NY 10004-2304 | Yellowstone<br>30 Broad Street<br>14th FL, Ste. 1462<br>New York, New York 10004-2304 |
| Frederick Darrell Clarke III<br>Rumberger, Kirk & Caldwell<br>2001 Park Place North<br>Suite 1300<br>Birmingham, AL 35203-2735 | Insolvency Section Internal Revenue Service<br>801 Broadway<br>MDP 146, Room 285<br>Nashville, TN 37203-3816 | J. Thomas Corbett<br>Bankruptcy Administrator<br>1800 5th Avenue North<br>Birmingham, AL 35203-2111 |
| Jon A Dudeck<br>Bankruptcy Administrator-Bham Office<br>1800 5th Ave N Rm 132<br>Birmingham, AL 35203-2126 | R. Scott Williams<br>Rumberger, Kirk & Caldwell, P.C.<br>2001 Park Place North<br>Suite 1300<br>Birmingham, AL 35203-2700 | Robert H Adams<br>Rumberger, Kirk & Caldwell, P.C.<br>2001 Park Place North<br>Suite 1300<br>Birmingham, AL 35203-2735 |
| Thomas E Reynolds<br>Reynolds Legal Solutions, LLC<br>300 Richard Arrington Jr. Blvd. N<br>Suite 503<br>Birmingham, AL 35203-3354 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Internal Revenue Service<br>801 Tom Martin Dr<br>Birmingham AL 35211 | (d)Internal Revenue Service<br>801 Tom Martins Dr.<br>Mail Stop 126<br>Birmingham, Alabama 35211 | (d)Internal Revenue Service<br>P O Box 21126<br>Philadelphia PA 19114 |
| Wand Corporation<br>7593 Corporate Way<br>Eden Prairie, MN 55344 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.