THOMAS E. REYNOLDS, TRUSTEE
300 Richard Arrington Jr. Blvd. N.
Suite 502
Birmingham, AL 35203

REQUEST FOR CASE STATUS CHANGE
■ REQUIRING ACTION

Clerk, United States Bankruptcy Court
Northern District of Alabama
Robert S. Vance Federal Building
1800 Fifth Avenue North
Birmingham, AL 35203

    Re:    Alabama Partners, LLC
             Bankruptcy Case No. 17-03469

Dear Sir/Madam:

    Pursuant to Bankruptcy Rule 2002(e), the original notice of the meeting of creditors mailed in the above-style case provided that no claims should be filed because the Debtor's schedules described no assets from which dividends could be generated. Since then, I discovered property of the estate that will be or has been reduced to cash. After payment of administrative expenses, it appears there will be a distribution to unsecured creditors. Please notify creditors to file proofs of claims.

    Yours very truly,

    /s/ *Thomas E. Reynolds, Trustee*
    Thomas E. Reynolds, Trustee