# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA, SOUTHERN DIVISION

**In re:**                                                                 **Case No.** 17–03469–TOM7

Alabama Partners, LLC                                        **Chapter** 7

**EIN:** 26–3067131

**Debtor(s)**

## NOTICE TO FILE CLAIMS

Notice is hereby given that there may be assets from which a dividend could be paid in this case. Any creditor wishing to participate if there are proceeds from assets available for distribution must, pursuant to Rule 3002 (c)(5) of the Federal Rules of Bankruptcy Procedure, file a proof of claim within 90 days after the mailing of this notice. For governmental units, a proof of claim must be filed within the 90–day deadline or within 180 days after the date of the order for relief in this case, whichever is later.

Notice is further given that should you fail to file a claim within the time fixed, your claim may be barred. If you have previously filed such a claim, you need not file again.

A proof of claim form can be obtained at any bankruptcy clerk's office or by visiting www.uscourts.gov/forms/bankruptcy–forms. Claims can be filed electronically through the court's website at: www.alnb.uscourts.gov/electronic–proof–claim.

Dated:   April 11, 2018                                   By:

                                                                          Joseph E. Bulgarella, Clerk
                                                                          United States Bankruptcy Court

klt