# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| **In re:**<br>Alabama Partners, LLC<br>**EIN:** 26–3067131<br><br>**Debtor(s)** | **Case No.** 17–03469–TOM7<br>**Chapter** 7 |

## NOTICE OF HEARING

Notice is hereby given that a hearing will be held to consider and act upon the following:

236 – Trustee's Motion to Reject Executory Contracts and Unexpired Leases and Abandon Personal Property

**Date:** Monday, May 21, 2018    **Time:** 10:30 AM

**Location:** Robert S. Vance Federal Bldg, 1800 5th Ave No, Courtroom 3, Birmingham, AL 35203

Attorneys should attend all scheduled hearings. If a conflict is known, the Court should be notified immediately. Continuances of non–evidentiary hearings may be granted if all parties consent. Evidentiary hearings will not be continued except for good cause shown. If there is a failure to attend a scheduled hearing, and the Court has not been notified of the reason for the failure, the Court may enter appropriate orders. Attendance is not required if a settlement has been reached as approved by all parties and filed with the Court by an attorney prior to the hearing date.

Dated: April 11, 2018

By:

Joseph E. Bulgarella, Clerk
United States Bankruptcy Court

klt