## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| ALABAMA PARTNERS, LLC, ) | BANKRUPTCY CASE NO.: |
| ) | 17-03469 |
| Debtor. ) | |

### MOTION TO REJECT EXECUTORY CONTRACTS
### AND UNEXPIRED LEASES
### AND ABANDON INTEREST IN FRANCISE RIGHTS

COMES NOW Thomas E. Reynolds, the Trustee in the above styled Chapter 7 bankruptcy case, who moves pursuant to the provisions of 11 U.S.C. §365 to reject certain executory contracts and unexpired leases as are identified herein below.

The Trustee seeks to reject the following leases:

1.  Lease for the property located at 5850 Silver Hill Road, District Heights, Maryland, formerly used by the Debtor. The Trustee intends to surrender the premises to the landlord.

2.  Lease for the property located at 7061 Allentown Road, Temple Hills, Maryland, formerly used by the Debtor. The Trustee intends to surrender the premises to the landlord,

3.  Lease for the property located at 3907 Branch Avenue, Unit 7, Temple Hills, Maryland, formerly used by the Debtor. The Trustee intends to surrender the premises to the landlord.

4.  Lease for the property located at 6127 Oxon Hills Road, Oxon Hill, Maryland, formerly used by the Debtor. The Trustee intends to surrender the premises to the landlord.

5.  Lease for the property located at 5915 Martin Luther King Jr. Highway,, Capital Heights, Maryland, formerly used by the Debtor. The Trustee intends to surrender the premises to the landlord.

*1*

6. The Trustee intends to abandon any interest in machinery and equipment located at any of the aforementioned leased properties which the Debtor leased from vendors as as they have no value to the estate for potential assumption and assignment prospects.

7. The Trustee intends to abandon any interest in the franchise rights of the Debtor in and to Little Caesar Enterprises, Inc. as to the following: Franchise # 1968-001, 1968-002, 1968-003, 1968-004, and 1968-006, as having inconsequential value and being burdensome to the estate:

/s/ *Thomas E. Reynolds, Trustee*
THOMAS E. REYNOLDS

**OF COUNSEL:**
**REYNOLDS LEGAL SOLUTIONS, LLC**
300 Richard Arrington Blvd. N., Suite 503
Birmingham, AL 35203
Telephone: (205) 957-6500
ter@reynoldslegalsolutions.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 17th day of April, 2018, a true and correct copy of the foregoing was served as follows:

Phillip W. Bohl, Esq.
Attorney for Little Caesar Enterprises, Inc
And Blue Line Foodservice Distribution, Inc.
(via e-mail: Phillip.Gohl@gpmlaw.com)

Krista L. Kulp, Esq.
Attorney for Macrolease Corporation
(via e-mail: kkulp@mortthock.com)

/s/ *Thomas E. Reynolds*
Of Counsel

2