# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| **In re:** | **Case No.** 17−03469−TOM7 |
| Alabama Partners, LLC | **Chapter** 7 |
| **EIN:** 26−3067131 | |
| **Debtor(s)** | |

## NOTICE OF HEARING

Notice is hereby given that a hearing will be held to consider and act upon the following:

243 − Trustee's Motion to Reject Executory Contracts and Unexpired Leases and Abandon Interest in Franchise Rights

**Date:** Monday, May 21, 2018        **Time:** 10:30 AM

**Location:** Robert S. Vance Federal Bldg, 1800 5th Ave No, Courtroom 3, Birmingham, AL 35203

Attorneys should attend all scheduled hearings. If a conflict is known, the Court should be notified immediately. Continuances of non−evidentiary hearings may be granted if all parties consent. Evidentiary hearings will not be continued except for good cause shown. If there is a failure to attend a scheduled hearing, and the Court has not been notified of the reason for the failure, the Court may enter appropriate orders. Attendance is not required if a settlement has been reached as approved by all parties and filed with the Court by an attorney prior to the hearing date.

Dated:   April 17, 2018

By:

Joseph E. Bulgarella, Clerk
United States Bankruptcy Court

klt