# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA - SOUTHERN DIVISION

**In the Matter of:**

Alabama Partners, LLC } **Case No: 17-03469-TOM7**
}
DEBTOR(S). }
}
}

## ORDER GRANTING

This matter came before the Court on Monday, April 16, 2018 10:30 AM, for a hearing on the following:

RE: Doc #218; Motion for Relief from Stay filed by William Phillips, Attorney for Direct Capital Corporation

Proper notice of the hearing was given and appearances were made by the following:

Thomas E Reynolds (Trustee)

William Phillips, attorney for Direct Capital Corporation

**It is therefore ORDERED, ADJUDGED and DECREED that:**

Based on the pleadings, the Motion for Relief from Stay is Granted.

Dated: 04/17/2018

/s/ TAMARA O. MITCHELL
TAMARA O. MITCHELL
United States Bankruptcy Judge