IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| | ) | |
| ALABAMA PARNTERS, LLC | ) | Case No. 17-03469 |
| | ) | |
| Debtor | ) | |

**REQUEST FOR NOTICES PURSUANT TO BANKRUPTCY RULE 2002(i)**

Pursuant to sections 342 and 1109(b) of the Bankruptcy Code and Rules 2002, 3017 and 9007 of the Federal Rules of Bankruptcy Procedure, DDRM LARGO TOWN CENTER LLC, requests that copies of all notices and pleadings given or filed in this case be given and served upon the undersigned at the following address and telephone number:

> Eric C. Cotton, Esquire
> DDR Corp.
> 3300 Enterprise Parkway
> P.O. Box 228042
> Beachwood, Ohio 44122
> Telephone: (216) 755-5500

Please take further notice that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only notices and papers referred to in the Federal Rules of Bankruptcy Procedure specified above but also includes, without limitation, any other notice, application, complaint, demand, motion, petition, monthly operating report, pleading or request, whether formal or informal, written or oral, and

whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed with regard to this case and any proceedings therein.

This 20th day of April, 2018

                                      Respectfully submitted.

                                      By: /s/ Eric C. Cotton
                                          Eric C. Cotton, Esq.
                                          c/o DDR Corp.
                                          3300 Enterprise Parkway
                                          Beachwood, Ohio 44122
                                          Telephone: (216) 755-5500
                                          Fax: (216) 755-1678
                                          E-mail: ecotton@ddr.com

## CERTIFICATE OF SERVICE

      I hereby certify that on April 20, 2018, I caused a copy of DDRM LARGO TOWN CENTER LLC'S Request for Notices Pursuant to Bankruptcy Rule 2002(i) to be sent by certified United States Mail, first-class postage prepaid, to the parties/counsel on the attached list.

      /s/ Eric C. Cotton
      Eric C. Cotton

SERVICE LIST

Alabama Partners, LLC
P.O. Box 551267
Jacksonville, FL  32255
(*Debtor*)

R. Scott Williams
Rumberger Kirk & Caldwell
2001 Park Place North
Suite 1300
Birmingham, AL  35203
*(Debtor's Counsel)*

Thomas E. Reynolds
Reynolds Legal Solutions
300 Richard Arrington Jr. Blvd
Suite 503
Birmingham, AL  35203
*(Trustee)*

Clerk of Courts
United States Bankruptcy Court
Northern District of Alabama
1800 5th Avenue North
Birmingham, AL  35203
*(Via Electronic Filing)*