IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: ) | Chapter 7 | |
| ) | | |
| ALABAMA PARTNERS, LLC, *et al.*, ) | Case No. 17-03469-TOM7 | |
| ) | | |
| Debtors.[1] ) | (Jointly Administered) | |
| ) | | |

---

### RESPONSE OF LITTLE CAESAR ENTERPRISES, INC. TO TRUSTEE'S MOTION TO REJECT EXECUTORY CONTRACTS AND UNEXPIRED LEASES AND ABANDON INTEREST IN FRANCHISE RIGHTS

---

Little Caesar Enterprises, Inc. ("**LCE**"), by and through its undersigned attorneys, submits this response to the Motion to Reject Executory Contracts and Unexpired Leases and Abandon Interest in Franchise Rights (the "**Motion**") [ECF Doc. No. 243] filed by the duly appointed trustee (the "**Trustee**") in each of the above-captioned jointly administered cases and respectfully states as follows:

1. LCE, as franchisor, and the Debtors PG County Pizza, Inc. and PG County Partners, LLC, and Maryland LC Ventures, LLC, respectively, as franchisees, are parties to the following franchise agreements (each a "**Franchise Agreement**" and collectively the "**Franchise Agreements**"):

| Debtor/Franchisee | Franchise Agreement | Store No. |
|---|---|---|
| PG County Pizza, Inc.; PG County Partners LLC | Franchise Agreement dated effective 3/29/2011 | 1968-001 |
| PG County Pizza, Inc.; PG County Partners LLC | Franchise Agreement dated effective 1/21/2012 | 1968-002 |

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's tax identification number, if any, are: Alabama Partners, LLC (7131); BamaChex, Inc. (6953); Maryland LC Ventures, LLC (6974); Maryland Pizza, Inc. (6929); PG County Partners LLC (2811); and PG County Pizza, Inc. (3902). The service address for each of the Debtors is P.O. Box 551267, Jacksonville, FL 32255.

| **Debtor/Franchisee** | **Franchise Agreement** | **Store No.** |
|---|---|---|
| PG County Pizza, Inc.; PG County Partners LLC | Franchise Agreement | 1968-003 |
| PG County Pizza, Inc.; PG County Partners LLC | Franchise Agreement dated effective 3/1/2013 | 1968-004 |
| Maryland LC Ventures, LLC | Franchise Agreement dated effective 5/13/2015 | 1968-006 |

2. Each of the Franchise Agreements is an executory contract that is subject to being assumed or rejected under 11 U.S.C. § 365. *See, e.g., Matter of JRT, Inc.,* 121 B.R. 314 (Bankr. W.D. Mich. 1990) (franchise agreement is an executory contract); *Silk Plants, Etc. Franchise Systems, Inc. v. Register,* 100 B.R. 360 (M.D. Tenn. 1989) (same).

3. The Motion is somewhat unclear as to whether the Trustee is seeking to reject the Franchise Agreements under 11 U.S.C. § 365, abandon the Franchise Agreements under 11 U.S.C. § 554, or both. While LCE does not object to either form of relief, it does seek to have the Order entered by this Court relating to the Motion clearly state that the Franchise Agreements are rejected pursuant to 11 U.S.C. § 365.

4. Notwithstanding its lack of objection to the rejection of the Franchise Agreements, LCE reserves each and all of its rights and remedies relating to each of the Franchise Agreements, including its rights pursuant to 11 U.S.C. § 503(b)(1)(A) to seek payment in full of all post-petition amounts that became due under the Franchise Agreements through the date the respective stores ceased business, its rights to file proofs of claim for all pre-petition amounts due under the Franchise Agreements, its rights to file proofs of claim for all rejection damages that become due as a result of the rejection of the Franchise Agreements, its rights to enforce the post-termination obligations under the Franchise Agreements, its rights to liquidated damages under the Franchise Agreements, and its rights against each and every guarantor of each of the Franchise Agreements.

2

WHEREFORE, LCE requests that this Court enter an order approving the rejection of each of the Franchise Agreements under 11 U.S.C. § 365.

Dated:  May 7, 2018

                                          /s/ Phillip Bohl
                                          Phillip Bohl (pro hac vice)

**OF COUNSEL:**
**GRAY, PLANT, MOOTY,**
 **MOOTY AND BENNETT, P.A.**
500 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
Telephone:  (612) 632-3019
Facsimile:  (612) 632-4019
phillip.bohl@gpmlaw.com

*Attorneys for Little Caesar Enterprises, Inc.*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| **ALABAMA PARTNERS, LLC**, *et al.*, | ) | Case No. 17-03469-TOM7 |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |

## CERTIFICATE OF SERVICE

I, Phillip W. Bohl, of Gray, Plant, Mooty, Mooty & Bennett, P.A., declare that, on May 7, 2018, I caused the following document:

**RESPONSE OF LITTLE CAESAR ENTERPRISES, INC. TO TRUSTEE'S MOTION TO REJECT EXECUTORY CONTRACTS AND UNEXPIRED LEASES AND ABANDON INTEREST IN FRANCHISE RIGHTS**

to be filed electronically with the Clerk of Bankruptcy Court through ECF, and that ECF will send an e-notice of the electronic filing to all ECF participants.

Dated: May 7, 2018

                                                      /s/ Phillip Bohl
                                                      Phillip Bohl (pro hac vice)

**OF COUNSEL:**
**GRAY, PLANT, MOOTY,**
 **MOOTY AND BENNETT, P.A.**
500 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
Telephone: (612) 632-3019
Facsimile: (612) 632-4019
phillip.bohl@gpmlaw.com

*Attorneys for Little Caesar Enterprises, Inc.*

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's tax identification number, if any, are: Alabama Partners, LLC (7131); BamaChex, Inc. (6953); Maryland LC Ventures, LLC (6974); Maryland Pizza, Inc. (6929); PG County Partners LLC (2811); and PG County Pizza, Inc. (3902). The service address for each of the Debtors is P.O. Box 551267, Jacksonville, FL 32255.