Form Number LR 4001-1 (c) (12/15)

# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# _____ DIVISION

**In re:**                  }        **Case No.**
                             }        **Chapter**
                             }
                             }
         **Debtor(s)**            }

## FACT SUMMARY SHEET FOR MOTION FOR RELIEF FROM AUTOMATIC STAY OR FOR ADEQUATE PROTECTION IN CHAPTER 7 AND 13 CASES

Type of Loan/Credit Transaction: _____    Date of Loan/Credit Transaction _____

Type of Collateral: _____    Monthly Payment: _____

Amount Financed: _____    APR or Interest Rate: _____

Term of Loan: _____ months or _____ years

Payoff Amount: _____ as of _____ (Date)

Value of Collateral and Basis: _____ (Value) as of _____ (Date) and _____ (Basis)

Address of real property: _____

Delinquent Pre-Petition Payments:    What Month(s)? _____
                                       Amount? _____
                                       Claim filed? _____ Yes _____ No
                                       Date claim filed: _____ Claim Number _____

Number of Months of Pre-Petition Payment Default Put into Debtor's Chapter 13 Plan: _____

Delinquent Post-Petition Payments:    What Month(s)? _____
                                       Amount of mortgage payments? _____
                                       Late Charges? _____
                                       Court Costs / Attorney's fees? _____
                                       Total Amount Due _____
                                       Claim filed? _____ Yes _____ No
                                       Date claim filed: _____ Claim Number _____

Number of Post-Petition Payments Received (Not How Applied): _____
Number of Post-Petition Payments Held by Creditor but Not Applied to Debt: _____
Number of Post-Petition Payments Returned by Creditor to Debtor: _____

If Lease, Lease Expiration Date: _____
If Terminated, Lease Termination Date: _____

Insurer of Collateral: _____
Term of Insurance: _____ (Expiration Date)

Prior Stay Order(s) Involving Movant, Including Current Case: _____ Yes _____ No
                                 If yes, give case number(s) and date(s) of order(s)
                                 Case No.: _____ Date: _____
                                 Case No.: _____ Date: _____
                                 Case No.: _____ Date: _____

Debtor's Statement of Intention: _____

Date: _____        Submitted by: _____
                                                     (signature)