**Van−014** [Notice of Final Hearing] (Rev. 07/15)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| **In re:** | **Case No.** 17−03469−TOM7 |
| Alabama Partners, LLC | **Chapter** 7 |
| **EIN:** 26−3067131 | |
| **Debtor(s)** | |

## NOTICE OF FINAL HEARING

Notice is hereby given that **Phillip Bohl, Attorney for Little Caesar Enterprises, Inc.,** filed a **Motion for Relief from Automatic Stay** in the above−styled case. The preliminary hearing shall be consolidated with the final evidentiary hearing and parties are to be prepared for trial.

The final hearing will be held to consider and act upon said Motion.

**Date:** Wednesday, June 13, 2018    **Time:** 10:30 AM

**Location:** Robert S. Vance Federal Bldg, 1800 5th Ave No, Courtroom 3, Birmingham, AL 35203

Attendance is not required if a settlement has been reached as approved by all parties and filed with the Court by an attorney prior to the hearing date.

Dated: May 8, 2018    By:

Joseph E. Bulgarella, Clerk
United States Bankruptcy Court

klt