# Notice Recipients

District/Off: 1126–2    User: ltumlin    Date Created: 5/8/2018

Case: 17–03469–TOM7    Form ID: van014    Total: 43

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ba | Jon A Dudeck | jon_dudeck@alnba.uscourts.gov |
| tr | Thomas E Reynolds | ter@reynoldslegalsolutions.com |
| aty | Abigail M. McGibbon | abigail.mcgibbon@gpmlaw.com |
| aty | Charles N Parnell | bkrp@parnellsoutheast.com |
| aty | Clyde Ellis Brazeal, III | ebrazeal@joneswalker.com |
| aty | Daniel D Sparks | ddsparks@csattorneys.com |
| aty | Derek F Meek | dmeek@burr.com |
| aty | Eric C Cotton | ecotton@ddr.com |
| aty | Frederick Darrell Clarke, III | fclarke@rumberger.com |
| aty | James Phillip Roberts | jroberts@burr.com |
| aty | Jeffery J Hartley | jjh@helmsinglaw.com |
| aty | John Christian Saylor | john@johnsaylorlaw.com |
| aty | Joseph D. Frank | jfrank@fgllp.com |
| aty | Julian Vasek | jvasek@haywardfirm.com |
| aty | Leonard N Math | noticesnd@chambless–math.com |
| aty | Mark P. Williams | mpwilliams@nwkt.com |
| aty | Melissa S. Hayward | mhayward@haywardfirm.com |
| aty | Phillip W. Bohl | phillip.bohl@gpmlaw.com |
| aty | R. Scott Williams | swilliams@rumberger.com |
| aty | Richard E. O'Neal | USAALN.BANKRUPTCY@usdoj.gov |
| aty | Robert H Adams | radams@rumberger.com |
| aty | Russell B Robertson | rbr@lairdandrobertson.com |
| aty | William Lee Phillips, III | bphillips@ehjlaw.com |

TOTAL: 23

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Alabama Partners, LLC | PO Box 551267 Jacksonville, FL 32255 |
| cr | Customized Distribution, LLC % Daniel Sparks Christian & Small LLP 1800 Financial Center 505 North 20th Street Birmingham, AL 35203 | |
| cr | Checkers Drive–In Restaurants, Inc. c/o Burr & Forman LLP Derek Meek 420 N 20th St, Ste 3400 Birmingham, AL 35203 | |
| ba | J. Thomas Corbett Bankruptcy Administrator 1800 5th Avenue North Birmingham, AL 35203 | |
| br | Advanced Restaurant Sales 111 Village Parkway Bldg #2 Marietta, GA 30067 | |
| cr | NCEP, LLC Department Ascension Capital Group P.O. Box 165028 Irving, TX 75016 | |
| cr | Insolvency Section Internal Revenue Service 801 Broadway MDP 146, Room 285 Nashville, TN 37203 | |
| cr | Silver Hill II LLC c/o Ellis Brazeal Jones Walker 1819 5th Avenue North Suite 1100 Birmingham, AL 35203 | |
| cr | US Bank Equipment Finance c/o Parnell & Parnell, P.A. P.O. Box 2189 Montgomery, AL 36102–2189 | |
| cr | City of Jasper c/o Russell B. Robertson, Esq. P.O. Box 498 Jasper, AL 35502–0498 UNITED STATES | |
| cr | Prince George's County, Maryland c/o M. Evan Meyers 6801 Kenilworth Ave Ste 400 Riverdale, MD 20737–1385 | |
| cr | Bank of the Ozarks Attn. Leasing Division 12915 Cantrell Rd Little Rock, AR 72203 | |
| cr | Johnson Service Comp Johnson Service Johnson Service Company 2812 Ruffner Road Birmingham | |
| cr | Direct Capital Corporation Engel, Hairston & Johanson, P.C. Attn: William L. Phillips, III P.O. Box 11405 Birmingham, AL 35202 | |
| cr | Unifi Equipment Finance, Inc. c/o William J. Stapleton, Esq. Hooper Hathaway, P.C. 126 Main St. Ann Arbor, MI 48104 | |
| cr | DDRM Largo Town Center 3300 Enterprise Parkway 3300 Enterprise Parkway Beachwood, OH 44139 | |
| aty | Leah Fiorenza McNeill Bryan Cave LLP 1201 W Peachtree St NW 14tyh Floor Atlanta, GA 30309 | |
| aty | M. Evan Meyers Meyers Rodbell & Rosenbaum PA 6801 Kenilworth Ave Ste 400 Riverdale, MD 20737–1385 | |
| aty | Mark I. Duedall Bryan Cave LLP 1201 W Peachtree St NW 14tyh Floor Atlanta, GA 30309 | |
| smg | Thomas Corbett BA Birmingham 1800 5th Avenue North Birmingham, AL 35203 | |

TOTAL: 20