```
                              United States Bankruptcy Court
                              Northern District of Alabama
In re:                                                                                  Case No. 17-03469-TOM
Alabama Partners, LLC                                                                   Chapter 7
         Debtor                           CERTIFICATE OF NOTICE
District/off: 1126-2          User: ltumlin                 Page 1 of 3                 Date Rcvd: May 08, 2018
                              Form ID: van014               Total Noticed: 19


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 10, 2018.
db             +Alabama Partners, LLC,   PO Box 551267,   Jacksonville, FL 32255-1267
aty            +Leah Fiorenza McNeill,   Bryan Cave LLP,   1201 W Peachtree St NW 14tyh Floor,
                 Atlanta, GA 30309-3449
aty             M. Evan Meyers,   Meyers Rodbell & Rosenbaum PA,   6801 Kenilworth Ave Ste 400,
                 Riverdale, MD 20737-1385
aty            +Mark I. Duedall,   Bryan Cave LLP,   1201 W Peachtree St NW 14tyh Floor,
                 Atlanta, GA 30309-3449
br             +Advanced Restaurant Sales,   111 Village Parkway Bldg #2,   Marietta, GA 30067-4013
cr             +Bank of the Ozarks,   Attn. Leasing Division,   12915 Cantrell Rd,   Little Rock, AR 72223-1701
cr             +City of Jasper,   c/o Russell B. Robertson, Esq.,   P.O. Box 498,   Jasper, AL 35502-0498,
                 UNITED STATES 35502-0498
cr             +Customized Distribution, LLC,   % Daniel Sparks,   Christian & Small LLP,
                 1800 Financial Center,   505 North 20th Street,   Birmingham, AL 35203-4633
cr             +DDRM Largo Town Center,   3300 Enterprise Parkway,   3300 Enterprise Parkway,
                 Beachwood, OH 44122-7200
cr             +Direct Capital Corporation,   Engel, Hairston & Johanson, P.C.,
                 Attn: William L. Phillips, III,   P.O. Box 11405,   Birmingham, AL 35202-1405
cr              Prince George's County, Maryland,   c/o M. Evan Meyers,   6801 Kenilworth Ave Ste 400,
                 Riverdale, MD 20737-1385
cr             +Silver Hill II LLC,   c/o Ellis Brazeal Jones Walker,   1819 5th Avenue North,   Suite 1100,
                 Birmingham, AL 35203-2122
cr              US Bank Equipment Finance,   c/o Parnell & Parnell, P.A.,   P.O. Box 2189,
                 Montgomery, AL 36102-2189
cr             +Unifi Equipment Finance, Inc.,   c/o William J. Stapleton, Esq.,   Hooper Hathaway, P.C.,
                 126 Main St.,   Ann Arbor, MI 48104-1945

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            +E-mail/Text: bnc_notices_southern@alnba.uscourts.gov May 09 2018 02:45:16     Thomas Corbett,
                 BA Birmingham,   1800 5th Avenue North,   Birmingham, AL 35203-2111
cr             +E-mail/Text: cstewart@Burr.com May 09 2018 02:46:14      Checkers Drive-In Restaurants, Inc.,
                 c/o Burr & Forman LLP,   Derek Meek,   420 N 20th St, Ste 3400,   Birmingham, AL 35203-5210
cr             +E-mail/Text: cio.bncmail@irs.gov May 09 2018 02:44:06
                 Insolvency Section Internal Revenue Service,   801 Broadway,   MDP 146, Room 285,
                 Nashville, TN 37203-3816
ba             +E-mail/Text: bnc_notices_southern@alnba.uscourts.gov May 09 2018 02:45:16     J. Thomas Corbett,
                 Bankruptcy Administrator,   1800 5th Avenue North,   Birmingham, AL 35203-2111
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com May 09 2018 02:40:55      NCEP, LLC Department,
                 Ascension Capital Group,   P.O. Box 165028,   Irving, TX 75016-5028
                                                                                               TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Johnson Service Comp Johnson Service Johnson Servi,   2812 Ruffner Road,   Birmingham
                                                                                  TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2018                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 8, 2018 at the address(es) listed below:
         Abigail M. McGibbon    on behalf of Interested Party    Little Caesar Enterprises, Inc.
          abigail.mcgibbon@gpmlaw.com
         Charles N Parnell    on behalf of Creditor    US Bank Equipment Finance bkrp@parnellsoutheast.com
         Clyde Ellis Brazeal, III    on behalf of Creditor    Silver Hill II LLC ebrazeal@joneswalker.com,
          dshannon@joneswalker.com
```

```
District/off: 1126-2            User: ltumlin                Page 2 of 3                Date Rcvd: May 08, 2018
                                Form ID: van014              Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Daniel D Sparks    on behalf of Creditor    Customized Distribution, LLC ddsparks@csattorneys.com, dan-sparks-9722@ecf.pacerpro.com
          Derek F Meek    on behalf of Creditor    Checkers Drive-In Restaurants, Inc. dmeek@burr.com, mgunnells@burr.com
          Eric C Cotton    on behalf of Creditor    DDRM Largo Town Center ecotton@ddr.com
          Frederick Darrell Clarke, III    on behalf of Debtor    PG County Pizza, Inc. fclarke@rumberger.com, mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
          Frederick Darrell Clarke, III    on behalf of Debtor    Maryland Pizza, Inc. fclarke@rumberger.com, mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
          Frederick Darrell Clarke, III    on behalf of Debtor    PG County Partners, LLC fclarke@rumberger.com, mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
          Frederick Darrell Clarke, III    on behalf of Debtor    BamaChex, Inc. fclarke@rumberger.com, mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
          Frederick Darrell Clarke, III    on behalf of Debtor    Alabama Partners, LLC fclarke@rumberger.com, mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
          Frederick Darrell Clarke, III    on behalf of Debtor    Maryland LC Ventures, LLC fclarke@rumberger.com, mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
          James Phillip Roberts    on behalf of Creditor    Checkers Drive-In Restaurants, Inc. jroberts@burr.com
          Jeffery J Hartley    on behalf of Interested Party    R&F Birmingham, LLC jjh@helmsinglaw.com, ktm@helmsinglaw.com;dwc@helmsinglaw.com
          John Christian Saylor    on behalf of Creditor Johnson Service Comp Johnson Service Johnson Service Company john@johnsaylorlaw.com,  asst@johnsaylorlaw.com
          Jon A Dudeck    jon_dudeck@alnba.uscourts.gov,  courtmailbir7@alnba.uscourts.gov
          Joseph D. Frank    on behalf of Creditor    Bottling Group, LLC and its affiliates and subsidiaries, operating as Pepsi Beverages Company jfrank@fgllp.com, ccarpenter@fgllp.com;rheiligman@fgllp.com;jkleinman@fgllp.com
          Julian   Vasek    on behalf of Interested Party Wazir  Kaisani jvasek@haywardfirm.com
          Julian   Vasek    on behalf of Interested Party Pervez  Kaisani jvasek@haywardfirm.com
          Julian   Vasek    on behalf of Interested Party Iqbar  Kaisani jvasek@haywardfirm.com
          Kelley Askew Gillikin    on behalf of Creditor    ALA DEPT OF REVENUE LEGAL DIVISION P O BOX 320001 MONTGOMERY, AL  36132-0001 kelley.gillikin@revenue.alabama.gov
          Leonard N Math    on behalf of Creditor    BANK OF THE OZARKS noticesnd@chambless-math.com
          Leonard N Math    on behalf of Creditor    Bank of the Ozarks noticesnd@chambless-math.com
          Mark P. Williams    on behalf of Creditor    Unifi Equipment Finance, Inc. mpwilliams@nwkt.com
          Melissa S. Hayward    on behalf of Interested Party Pervez  Kaisani mhayward@haywardfirm.com , mholmes@haywardfirm.com
          Melissa S. Hayward    on behalf of Interested Party Wazir  Kaisani mhayward@haywardfirm.com , mholmes@haywardfirm.com
          Melissa S. Hayward    on behalf of Interested Party Iqbar  Kaisani mhayward@haywardfirm.com , mholmes@haywardfirm.com
          Phillip W. Bohl    on behalf of Interested Party    Little Caesar Enterprises, Inc. phillip.bohl@gpmlaw.com
          R. Scott Williams    on behalf of Debtor    Maryland Pizza, Inc. swilliams@rumberger.com, docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumberger.com
          R. Scott Williams    on behalf of Debtor    PG County Pizza, Inc. swilliams@rumberger.com, docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumberger.com
          R. Scott Williams    on behalf of Debtor    Alabama Partners, LLC swilliams@rumberger.com, docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumberger.com
          R. Scott Williams    on behalf of Debtor    PG County Partners, LLC swilliams@rumberger.com, docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumberger.com
          R. Scott Williams    on behalf of Debtor    Maryland LC Ventures, LLC swilliams@rumberger.com, docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumberger.com
          R. Scott Williams    on behalf of Debtor    BamaChex, Inc. swilliams@rumberger.com, docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumberger.com
          Richard E. O'Neal    on behalf of Creditor Insolvency Section    Internal Revenue Service USAALN.BANKRUPTCY@usdoj.gov
          Robert H Adams    on behalf of Debtor    Maryland LC Ventures, LLC radams@rumberger.com, mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberger.com
          Robert H Adams    on behalf of Debtor    PG County Partners, LLC radams@rumberger.com, mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberger.com
          Robert H Adams    on behalf of Debtor    BamaChex, Inc. radams@rumberger.com, mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberger.com
          Robert H Adams    on behalf of Debtor    PG County Pizza, Inc. radams@rumberger.com, mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberger.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Robert H Adams　　on behalf of Debtor　　Alabama Partners, LLC radams@rumberger.com, mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberger.com

        Robert H Adams　　on behalf of Debtor　　Maryland Pizza, Inc. radams@rumberger.com, mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberger.com

        Russell B Robertson　　on behalf of Creditor　　City of Jasper rbr@lairdandrobertson.com

        Samuel Carlton Pierce　　on behalf of Debtor　　BamaChex, Inc. scpierce@bakerdonelson.com

        Thomas E Reynolds　　ter@reynoldslegalsolutions.com, treynolds@ecf.epiqsystems.com;dnm@reynoldslegalsolutions.com

        William Lee Phillips, III　　on behalf of Creditor　　Direct Capital Corporation bphillips@ehjlaw.com, docket@ehjlaw.com

        TOTAL: 45

Van–014 [Notice of Final Hearing] (Rev. 07/15)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA, SOUTHERN DIVISION

**In re:**                                                                           **Case No.** 17–03469–TOM7
Alabama Partners, LLC                                         **Chapter** 7

                             **EIN:** 26–3067131

**Debtor(s)**

## NOTICE OF FINAL HEARING

Notice is hereby given that **Phillip Bohl, Attorney for Little Caesar Enterprises, Inc.,** filed a **Motion for Relief from Automatic Stay** in the above−styled case. The preliminary hearing shall be consolidated with the final evidentiary hearing and parties are to be prepared for trial.

The final hearing will be held to consider and act upon said Motion.

**Date:  Wednesday, June 13, 2018            Time:  10:30 AM**

**Location:  Robert S. Vance Federal Bldg, 1800 5th Ave No, Courtroom 3, Birmingham, AL 35203**
Attendance is not required if a settlement has been reached as approved by all parties and filed with the Court by an attorney prior to the hearing date.

Dated:  May 8, 2018                                     By:

                                                                           Joseph E. Bulgarella, Clerk
                                                                           United States Bankruptcy Court

klt