IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| ALABAMA PARTNERS, LLC | ) | BANKRUPTCY CASE NO.: |
| | ) | 17-03469 |
| | ) | |
| Debtor(s). | ) | |

## NOTICE OF NO OBJECTION

COMES NOW Thomas E. Reynolds, Trustee in the above styled Chapter 7 bankruptcy case, and states that he has no objection to the Motion for Relief from Automatic Stay filed by Little Caesar Enterprises, Inc. (Doc. 251 ).

_/s/Thomas E. Reynolds, Trustee_
THOMAS E. REYNOLDS, TRUSTEE

OF COUNSEL:
REYNOLDS LEGAL SOLUTIONS, LLC
300 Richard Arrington Jr. Blvd. N.
Suite 503
Birmingham, AL 35203
Telephone: (205) 957-6500
E-mail: ter@reynoldslegalsolutions.com