UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA

In re:

| | | |
|---|---|---|
| Alabama Partners, LLC | ) | Case No.17-03469-TOM7 |
| | ) | Chapter 7 |
| | ) | |
| | ) | Jointly Administered |
| | ) | |
| **Debtor.** | ) | |
| | ) | |

# CONSENT ORDER GRANTING RELIEF
# FROM AUTOMATIC STAY

This matter having come before the Court based upon the consent of the undersigned and on the stipulation of Debtor's Counsel and the Trustee to the following facts and to the form and entry of this Order as reflected below pursuant to Federal Rules of Bankruptcy Procedure 4001(d):

1. On August 11, 2017, Maryland LC Ventures LLC (the "Debtor") along with other affiliates filed Voluntary Petitions for Relief under Chapter 11 of the United States Code (collectively, the "Bankruptcy Cases").

2. On August 16, 2017, the Court entered an order for joint administration of the Bankruptcy Cases. [Dkt. No. 27].

3. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1408 and 1409. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

4. Prior to the filing, the Debtor had entered into a lease (the "Lease") with Maverick VI LLC (the "Landlord") for the premises located at 5915 Martin Luther King Jr. Hwy, Capital Heights, MD 20743 (the "Premises").

5. On March 9, 2018, the Lease was deemed rejected by operation of law pursuant to 11 U.S.C. § 365(d).

6. On April 2, 2018, the Court converted the Bankruptcy Cases from Chapter 11 to Chapter 7 and a trustee was appointed. [Dkt. No. 233].

7. On April 17, 2018, the Trustee filed a Motion to Reject Executory Contracts and Unexpired Leases and Abandon Personal Property concerning, *inter alia,* the Lease and all of the personal property located at the Premises. [Dkt. 236].

8. On or about November 21, 2013, Macrolease Corporation ("Macrolease") and the Debtor entered into Equipment Financing Agreement 25881 for the acquisition of certain equipment as further described in the Schedule A thereto (the "EFA"). (A copy of the EFA and supporting documents are annexed hereto as Exhibit A).

9. The Debtor agreed to make monthly payments in the amount of $4,249.41 for sixty (60) months to Macrolease under the EFA.

10. Thereafter, Macrolease filed a UCC-1 Financing Statement on December 13, 2013 for the equipment and "all assets now owned or hereafter acquired" at the Premises (the "Collateral"). (A copy of the UCC-1 Financing Statement is annexed hereto as Exhibit B).

11. The Debtor is currently in default of the EFA as of October 15, 2017 and owes Macrolease a total of $102,815.20.

12. The parties have agreed to relief from the automatic stay and the Trustee has abandoned his interest in the Collateral. The Trustee also agrees that Macrolease has the right to take possession of the Collateral as soon as practicable after entry of this Order or as otherwise agreed between Macrolease and the Landlord.

NOW, THEREFORE, based upon the consent of the undersigned, IT IS HEREBY ORDERED that:

a. The automatic stay of 11 U.S.C. § 362(a) is lifted as to Macrolease and the Collateral as described in the EFA and the UCC-1 Financing Statement.

b. Macrolease, its agents and/or assignees are hereby granted the right to take possession of the Collateral and remove it from the Premises and the Trustee shall work with Macrolease to facilitate turnover the Collateral. To the extent that any issues with turnover arise, then Macrolease is granted the right to pursue its remedies under state law to recover possession of the Collateral.

c. Nothing herein shall limit or otherwise impact Macrolease's right to assert claims in these Bankruptcy Cases or the rights of any other party to object to the allowance thereof.

d. The provisions of Federal Rule of Bankruptcy Procedure 4001(a)(3) are hereby waived.

This order consented to by:

| | |
|---|---|
| /s/  Thomas E. Reynolds  <br>Thomas E. Reynolds, Trustee | /s/  Debbie Lange, E.V.P.  <br>Macrolease Corporation |
| /s/  Krista L. Kulp  <br>Krista L. Kulp, Esq.<br>Moritt Hock & Hamroff LLP<br>(Counsel for Macrolease Corporation) | /s/  R. Scott Williams  <br>R. Scott Williams, Esq.<br>Rumberger, Kirk & Caldwell, P.C.<br>(Debtor's Counsel) |

Dated: May 18, 2018

**/s/ Tamara O. Mitchell**
TAMARA O. MITCHELL
United States Bankruptcy Judge