UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA - SOUTHERN DIVISION

In the Matter of:

Alabama Partners, LLC  } **Case No: 17-03469-TOM7**
}
DEBTOR(S).  }
}
}

**ORDER GRANTING**

This matter came before the Court on Monday, May 21, 2018 10:30 AM, for a hearing on the following:

RE: Doc #236; Trustee's Motion to Reject Executory Contracts and Unexpired Leases and Abandon Personal Property

Proper notice of the hearing was given and appearances were made by the following:

Thomas E Reynolds (Trustee)
Phillip Bohl, attorney for Little Caesar's - by phone

**It is therefore ORDERED, ADJUDGED and DECREED that:**

Based on arguments of counsel and the pleadings, the Motion is Granted as set forth in the pleadings.

Dated: 05/21/2018

/s/ TAMARA O. MITCHELL
TAMARA O. MITCHELL
United States Bankruptcy Judge