IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: ) | | Chapter 7 |
| ) | | |
| ALABAMA PARTNERS, LLC, *et al.*, ) | | Case No. 17-03469-TOM7 |
| ) | | |
| Debtors.[1] ) | | (Jointly Administered) |
| ) | | |

**ORDER GRANTING TRUSTEE'S MOTION TO REJECT FRANCHISE
AGREEMENTS AND ABANDON INTEREST IN FRANCHISE RIGHTS**

This matter came before the Court on Monday, May 21, 2018, at 10:30 AM, for a hearing on the Motion to Reject Executory Contracts and Unexpired Leases and Abandon Interest in Franchise Rights (the "**Motion**") [ECF Doc. No. 243] filed by Thomas E. Reynolds, the duly appointed trustee (the "**Trustee**") in each of the above-captioned jointly administered cases, and the Response of Little Caesar Enterprises, Inc. ("**LCE**") [ECF Doc. No. 249] (the "**Response**") to the Motion. Proper notice of the hearing was given. Appearances were made by the Trustee and by Phillip Bohl on behalf of LCE. Based on the Motion and the Response,

IT IS ORDERED:

1. That the rejection pursuant to 11 U.S.C. § 365 of each of the following franchise agreements between LCE, as franchisor, and the Debtors PG County Pizza, Inc. and PG County Partners, LLC, and Maryland LC Ventures, LLC, respectively, as franchisees, is approved:

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's tax identification number, if any, are: Alabama Partners, LLC (7131); BamaChex, Inc. (6953); Maryland LC Ventures, LLC (6974); Maryland Pizza, Inc. (6929); PG County Partners LLC (2811); and PG County Pizza, Inc. (3902). The service address for each of the Debtors is P.O. Box 551267, Jacksonville, FL 32255.

| Debtor/Franchisee | Franchise Agreement | Store No. |
|---|---|---|
| PG County Pizza, Inc.; PG County Partners LLC | Franchise Agreement dated effective 3/29/2011 | 1968-001 |
| PG County Pizza, Inc.; PG County Partners LLC | Franchise Agreement dated effective 1/21/2012 | 1968-002 |
| PG County Pizza, Inc.; PG County Partners LLC | Franchise Agreement | 1968-003 |
| PG County Pizza, Inc.; PG County Partners LLC | Franchise Agreement dated effective 3/1/2013 | 1968-004 |
| Maryland LC Ventures, LLC | Franchise Agreement dated effective 5/13/2015 | 1968-006 |

2. That the abandonment by the Trustee of any and all interest in all of the foregoing franchise agreements pursuant to 11 U.S.C. § 554 is approved.

Dated: May 22, 2018

/s/ Tamara O. Mitchell
TAMARA O. MITCHELL
United States Bankruptcy Judge

2