# Notice Recipients

District/Off: 1126–2   User: lstubblef   Date Created: 5/22/2018
Case: 17–03469–TOM7   Form ID: pdf000   Total: 241

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
9457959   Child Support DC
9457989   Haynes Family
9458001   Kelly Hall
9458009   Liz Whidden
9458018   Mark Williams
9458043   Pervez Kaisani
9458081   WHP, LLC
9458080   Wazir Kaisani
                                                                                          TOTAL: 8

**Recipients of Notice of Electronic Filing:**
ba    Jon A Dudeck    jon_dudeck@alnba.uscourts.gov
tr    Thomas E Reynolds    ter@reynoldslegalsolutions.com
aty   Abigail M. McGibbon    abigail.mcgibbon@gpmlaw.com
aty   Charles N Parnell    bkrp@parnellsoutheast.com
aty   Clyde Ellis Brazeal, III    ebrazeal@joneswalker.com
aty   Daniel D Sparks    ddsparks@csattorneys.com
aty   Derek F Meek    dmeek@burr.com
aty   Eric C Cotton    ecotton@ddr.com
aty   Frederick Darrell Clarke, III    fclarke@rumberger.com
aty   James Phillip Roberts    jroberts@burr.com
aty   Jeffery J Hartley    jjh@helmsinglaw.com
aty   John Christian Saylor    john@johnsaylorlaw.com
aty   Joseph D. Frank    jfrank@fgllp.com
aty   Julian Vasek    jvasek@haywardfirm.com
aty   Leonard N Math    noticesnd@chambless–math.com
aty   Mark P. Williams    mpwilliams@nwkt.com
aty   Melissa S. Hayward    mhayward@haywardfirm.com
aty   Phillip W. Bohl    phillip.bohl@gpmlaw.com
aty   R. Scott Williams    swilliams@rumberger.com
aty   Richard E. O'Neal    USAALN.BANKRUPTCY@usdoj.gov
aty   Robert H Adams    radams@rumberger.com
aty   Russell B Robertson    rbr@lairdandrobertson.com
aty   William Lee Phillips, III    bphillips@ehjlaw.com
                                                                                          TOTAL: 23

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db   Alabama Partners, LLC    PO Box 551267    Jacksonville, FL 32255
cr   Customized Distribution, LLC    % Daniel Sparks    Christian & Small LLP    1800 Financial Center    505 North 20th Street    Birmingham, AL 35203
cr   Checkers Drive–In Restaurants, Inc.    c/o Burr & Forman LLP    Derek Meek    420 N 20th St, Ste 3400    Birmingham, AL 35203
ba   J. Thomas Corbett    Bankruptcy Administrator    1800 5th Avenue North    Birmingham, AL 35203
br   Advanced Restaurant Sales    111 Village Parkway Bldg #2    Marietta, GA 30067
cr   NCEP, LLC Department    Ascension Capital Group    P.O. Box 165028    Irving, TX 75016
cr   Insolvency Section Internal Revenue Service    801 Broadway    MDP 146, Room 285    Nashville, TN 37203
cr   Silver Hill II LLC    c/o Ellis Brazeal Jones Walker    1819 5th Avenue North    Suite 1100    Birmingham, AL 35203
cr   US Bank Equipment Finance    c/o Parnell & Parnell, P.A.    P.O. Box 2189    Montgomery, AL 36102–2189
cr   City of Jasper    c/o Russell B. Robertson, Esq.    P.O. Box 498    Jasper, AL 35502–0498 UNITED STATES
cr   Prince George's County, Maryland    c/o M. Evan Meyers    6801 Kenilworth Ave Ste 400    Riverdale, MD 20737–1385
cr   Bank of the Ozarks    Attn. Leasing Division    12915 Cantrell Rd    Little Rock, AR 72203
cr   Johnson Service Comp Johnson Service Johnson Service Company    2812 Ruffner Road    Birmingham
cr   Direct Capital Corporation    Engel, Hairston & Johanson, P.C.    Attn: William L. Phillips, III    P.O. Box 11405    Birmingham, AL 35202
cr   Unifi Equipment Finance, Inc.    c/o William J. Stapleton, Esq.    Hooper Hathaway, P.C.    126 Main St.    Ann Arbor, MI 48104
cr   DDRM Largo Town Center    3300 Enterprise Parkway    3300 Enterprise Parkway    Beachwood, OH 44139
aty   Leah Fiorenza McNeill    Bryan Cave LLP    1201 W Peachtree St NW 14tyh Floor    Atlanta, GA 30309
aty   M. Evan Meyers    Meyers Rodbell & Rosenbaum PA    6801 Kenilworth Ave Ste 400    Riverdale, MD 20737–1385
aty   Mark I. Duedall    Bryan Cave LLP    1201 W Peachtree St NW 14tyh Floor    Atlanta, GA 30309

| ID | Name | Address 1 | Address 2 | Address 3 | City/State/Zip |
|---|---|---|---|---|---|
| smg | Thomas Corbett | BA Birmingham | 1800 5th Avenue North | | Birmingham, AL 35203 |
| 9572704 | 3300 Enterprise Parkway | 3300 Enter | Beachwood, OH 44122 | | |
| 9457922 | ABC Burglar Alarm Systems, Inc. | 1532 A&B Pointer Ridge Place | Bowie, MD 20716 | | |
| 9457923 | ABC Burglar Alarm Systems, Inc. | 1532 A&B Pointer Ridge Place | Bowie, Maryland 20716 | | |
| 9457924 | ABC Burglar Alarm Systems, Inc. | 1532 A&B Pointer Ridge Place | Bowie, Maryland 20716 | | |
| 9457937 | ANX Business Corp | Dept. 77399 | PO Box 77000 | Detroit, MI 48277–0399 | |
| 9457938 | ANX Business Corp | Dept. 77399 | PO Box 77000 | Detroit, Michigan 48277–0399 | |
| 9457925 | Affordable Refuse & Recycling, Inc. | PO Box 400 | Cheltenham, MD 20623 | | |
| 9457926 | Affordable Refuse & Recycling, Inc. | PO Box 400 | Cheltenham, Maryland 20623 | | |
| 9457927 | Al Kaisani | 10501 N. Central Expressway, Ste. 106 | Dallas, TX 75231 | | |
| 9457928 | Al Kaisani | 10501 N. Central Expressway, Ste. 106 | Dallas, TX 75231 | | |
| 9457929 | Alabama Child Support Payment Ctr | PO Box244015 | Montgomery, AL 36124–4015 | | |
| 9457930 | Alabama Department of Labor | 631 Beacon Pkwy West, Ste. 203 | Birmingham, AL 35209 | | |
| 9457931 | Alabama Department of Revenue | PO Box 327464 | Montgomery, 36132–7464 | | |
| 9457932 | Alabama Deptartment of Labor | 649 Monroe Street | Montgomery, Alabama 36131 | | |
| 9457933 | Alabama Gas Corporation | 605 Richard Arrington Blvd N | Birmingham, AL 38282 | | |
| 9457934 | Alabama Power Company | c/o Eric T. Ray | 1901 Sixth Ave N, Suite 1500 | Birmingham, AL 35203 | |
| 9457935 | Allied Waste/Republic Services | 3950 59th Street SW | Birmingham, AL 35221 | | |
| 9457936 | Anniston Water Works | 931 Noble Street | Anniston, AL 36202 | | |
| 9457950 | BRESCO | Birmingham Restaurant Supply | 2428 Sixth Avenue S | Birmingham, AL 35233 | |
| 9457939 | Bae's Woodberry, LLC | Attn: Ellen Kim | 12104 Old Pine Way | Oak Hill, Virginia 20171 | |
| 9457940 | Balboa Capital | 2010 Main Street | 11th Floor | Irvine, CA 92614 | |
| 9457941 | Bank of the Ozarks | 17901 Chenal Parkway | 3rd Floor | Little Rock, AR 72223 | |
| 9457942 | Bank of the Ozarks | PO Box 242208 | Little Rock, AR 72223–2208 | | |
| 9457943 | Bankruptcy Administrator | 1800 5th Avenue North | Birmingham, AL 35203 | | |
| 9457944 | Bessemer Utilities | PO Box 1246 | Bessemer, AL 35021 | | |
| 9457945 | Betty Leeth Haynes | PO Box 279 | Cullman, AL 35056–0279 | | |
| 9457842 | Birmingham District Tax Office | P O Box 13156 | Birmingham AL 35202–3156 | | |
| 9457946 | Birmingham Water Works Board | PO Box 830269 | Birmingham, AL 35283–0269 | | |
| 9457947 | Blue Cross and Blue Shield of Alabama | 450 Riverchase Pkwy E | Birmingham, AL 35244 | | |
| 9457948 | Blue Line | 2211 Woodward Ave. | Detroit, MI 48201 | | |
| 9457949 | Blue Line | 2211 Woodward Ave. | Detroit, Michigan 48201 | | |
| 9581181 | Bottling Group, LLC | c/o Joseph D. Frank | FrankGecker LLP | 325 N. LaSalle St., Ste. 625 | Chicago, IL 60654 |
| 9457951 | Brinks | PO Box 101031 | Atlanta, GA 30392–1031 | | |
| 9457952 | Brinks | PO Box 101031 | Atlanta, Georgia 30392–1031 | | |
| 9457953 | Burns Septic | 5291 Enterprise Street | Sykesville, MD 21784 | | |
| 9457955 | CAN Capital/Channel Partners Capital | 11100 Wayzata Blvd., Ste. 305 | Minnetonika, MN 55305 | | |
| 9457956 | CDI | 5151 Brook Hollow Pkwy | Norcross, GA 30071 | | |
| 9457960 | CHTD Company | P.O. Box 2576 | Springfield, IL 62708 | | |
| 9457958 | CHeckers Corporate | 4300 West Cypress St. Suite 600 | Tampa, FL | | |
| 9457954 | Calhoun County Sales Tax | Calhoun County Revenue Commissioner | 1702 Noble St., Ste. 104 | Anniston, AL 36201 | |
| 9483254 | Can Capital Asset Servicing, Inc. | 2015 Vaughn Road, Building 500 | Kennesaw, GA 30144 | | |
| 9457957 | Checkers Corp. | 4300 West Cypress St. Suite 600 | Tampa, FL | | |
| 9740009 | Christian Pereyda | Engel, Hairston & Johanson, P.C. | P.O. Box 11405 | Birmingham, AL 35202 | |
| 9457961 | City of Anniston | P.O. Box 2168 | Anniston, AL 36202 | | |
| 9457962 | City of Bessemer | Revenue Department | 1806 Third Avenue North | Bessemer, AL 35020 | |
| 9457963 | City of Birmingham | 710 North 20th Street | Room 600 City Hall | Birmingham, AL 35203 | |
| 9508138 | City of Center Point | 2209 Center Point Parkway | Center Point, Alabama 35215 | | |
| 9457964 | City of Cullman | PO 278 | Cullman, AL 35056–0278 | | |
| 9457965 | City of Gadsden | c/o RDS | PO Box 830725 | Birmingham, AL 35283 | |
| 9457966 | City of Jasper | c/o RDS | PO Box 830725 | Birmingham, AL 35283 | |
| 9574683 | City of Jasper, Alabama | P.O. Box 498 | Jasper, AL 35502–0498 | | |
| 9457967 | City of Midfield | c/o RDS | PO Box 830725 | Birmingham, AL 35283 | |
| 9457968 | Coca Cola USA | PO Box 102499 | Atlanta, GA 30368 | | |
| 9457969 | Comptroller of Maryland | 110 Carroll Street | Annapolis, MD 21411 | | |
| 9457970 | Comptroller of Maryland | 110 Carroll Street | Annapolis, Maryland 21411 | | |
| 9567991 | Comptroller of Maryland | 301 West Preston Street Room 409 | Baltimore, MD 21201–2383 | | |
| 9457971 | Corporation Service Company as Represent | PO Box 2576 | Springfield, IL 62708 | | |
| 9457972 | Cullman County & City | PO Box 278 | Cullman, AL 35056–0278 | | |
| 9578847 | Cullman County Commission | 500 Second Ave SW Room 105 | Cullman AL 35055 | | |
| 9508139 | Cullman Gas District | PO Box 399 | Cullman, Alabama 35056 | | |
| 9457973 | Cullman Power Board | 106 Second Avenue NE | Cullman, AL 35055 | | |
| 9582462 | Customized Distribution, LLC | 5151 Brook Hollow Parkway | Suite 225 | Norcross, GA 30071 | |
| 9457974 | Cyprus Air | 7525 Richmond Hwy | Alexandria, VA 22306 | | |
| 9457975 | DC Government | 1101 4th Street SW | Suite W210 | Washington, DC 20024 | |
| 9457976 | DC Government | 1101 4th Street SW | Suite W210 | Washington, District of Columbia 20024 | |
| 9457977 | DDRM Largo Town Center, LLC | DDR Corp. | 3300 Enterprise Parkway | Beachwood, Ohio 44122 | |
| 9457843 | Department of Revenue | Jefferson County Courthouse | Birmingham AL 35263 | | |
| 9457978 | Direct Capital | 155 Commerce Way | Portsmouth, NH 03801 | | |
| 9740010 | Direct Capital Corporation | P.O. Box 11405 | Birmingham, AL 35202 | | |
| 9457981 | ERDA LLC | c/o Mr. Daniel Feld, Manager | 12600 Cumpston Street | Valley Village, CA 91607 | |
| 9457982 | ERDA LLC | c/o Mr. Daniel Feld, Manager | 12600 Cumpston Street | Valley Village, California 91607 | |

| | | |
|---|---|---|
| 9714154 | Eagle Phillips LLC dba Merchant Cash Cloud | 20200 w dixie hwy    suite 802    Miami, FL 33180 |
| 9457979 | Elizabeth Jelks | 8512 English Oak Loop    Montgomery, AL 36117 |
| 9457980 | Elizabeth Jelks | 8512 English Oak Loop    Montgomery, Alabama 36117 |
| 9457983 | Etowah County | c/o RDS    PO Box 830725    Birmingham, AL 35283 |
| 9457984 | Firemaster | Dept 1019    PO Box 121019    Dallas, TX 75312–1019 |
| 9457985 | First Insurance Funding | 450 Skokie Blvd., Ste. 1000    Northbrook, IL 60062 |
| 9457986 | Flowers Baking Company of Birmingham | 900 16th Street N    Birmingham, AL 35203 |
| 9457987 | Fred Garfield | Spain Gillon    2117 Second Avenue N    Birmingham, AL 35203 |
| 9457840 | General Counsel | State Department of    Industrial Relations    Montgomery AL 36102 |
| 9457988 | Good Hope Investments, LLC | 9109 Lucky Estates Dr.    Vienna, Virginia 22182 |
| 9457990 | HJK LLC | PO Box 175    Lincoln, AL 35096 |
| 9457991 | HJK LLC | PO Box 175    Lincoln, Alabama 35096 |
| 9457992 | HRS | PO Box 1624    Huntsville, AL 35807 |
| 9514236 | Hearn Services, Inc. | d/b/a Johnson Service Company    John C. Saylor,    425 N. Court St.    Florence, AL 35630 |
| 9457996 | IRH Capital | 707 Skokie Blvd., Ste. 540    Northbrook, IL 60062 |
| 9503077 | Internal Revenue Service | 801 Broadway M/S 146    Nashville, TN 37203 |
| 9457844 | Internal Revenue Service | 801 Tom Martin Dr    Birmingham AL 35211 |
| 9457993 | Internal Revenue Service | 801 Tom Martins Dr.    Mail Stop 126    Birmingham, Alabama 35211 |
| 9457845 | Internal Revenue Service | P O Box 21126    Philadelphia PA 19114 |
| 9457849 | Internal Revenue Service | P.O. Box 7346    Philadelphia, PA 19101–7346 |
| 9457994 | Internal Revenue Service | PO Box 7346    Philadelphia, Pennsylvania 19101 |
| 9457995 | Iqbal Kaisani | 10501 N. Central Expressway, Ste. 106    Dallas, TX 75231 |
| 9457997 | J T Smallwood – Tax Collector | Room 160    716 Richard Arrington Blvd. N.    Birmingham, AL 35203 |
| 9457998 | Jefferson County EDU Sales Tax | 716 Richard Arrington Jr. Blvd. N.    Birmingham, AL 35203 |
| 9457999 | Jefferson County Sales Tax | 716 Richard Arrington Jr. Blvd. N.    Birmingham, AL 35203 |
| 9458000 | Johnson Service Company | 2812 Ruffner Rd    Birmingham, AL 35210 |
| 9458002 | Kelly Pruitt | 1463 Secretariat Dr.    Helena, AL 35080 |
| 9458003 | Libert Mutual/Cobbs Allen Hall | 115 Office Park Dr., Ste. 200    Mountain Brook, AL 32223 |
| 9458004 | Libert Mutual/Cobbs Allen Hall | 115 Office Park Dr., Ste. 200    Mountain Brook, Alabama 32223 |
| 9458005 | Little Caesars Caesar Fund Inc. | 2211 Woodward Ave.    Detroit, MI 48201 |
| 9458006 | Little Caesars Caesar Fund Inc. | 2211 Woodward Ave.    Detroit, Michigan 48201 |
| 9458007 | Little Caesars Corporate | 2211 Woodward Ave.    Detroit, MI 48201 |
| 9458008 | Little Caesars Corporate | 2211 Woodward Ave.    Detroit, Michigan 48201 |
| 9458010 | Loanme | 1900 S State College Blvd., Ste. 300    Amaheim, CA 92806 |
| 9458011 | Loanme | 1900 S State College Blvd., Ste. 300    Amaheim, California 92806 |
| 9458012 | Lucinda Leeth | 3805 Cromwell Drive    Birmingham, AL 35243 |
| 9567031 | M. Evan Meyers | for Prince George's County, Maryland    6801 Kenilworth Ave Ate 400    Riverdale MD 20737–1385 |
| 9458013 | MACRO LEASE | 185 Express Street, Ste. 100    Plainview, NY 11803 |
| 9458014 | Macrolease Corporation | 185 Express St.    Suite 100    Plainview, NY 11803 |
| 9458015 | Mark Williams | PO Box 551267    Jacksonville, FL 32255 |
| 9458016 | Mark Williams | PO Box 551267    Jacksonville, FL 32255 |
| 9458017 | Mark Williams | PO Box 551267    Jacksonville, FL 32255 |
| 9458019 | Marlin Business Bank | 300 Fellowship Road    Mount Laurel, New Jersey 08054    Attn.: Bankruptcy Department |
| 9458020 | Marlow Heights Shopping Center, LP | c/o Gelman Management Co.    2120 L Street NW    Suite 800    Washington, District of Columbia 20037 |
| 9458021 | Martha Sams | 1541 Prairie Lane    Montgomery, AL 36117 |
| 9458022 | Martha Sams | 1541 Prairie Lane    Montgomery, Alabama 36117 |
| 9458023 | Maryland Child Support Account | PO Box 17396    Baltimore, MD 21297 |
| 9458024 | Maryland Child Support Account | PO Box 17396    Baltimore, Maryland 21297 |
| 9565984 | Master Protection, LP dba FireMaster | 13050 Metro Parkway    Suite 1    Fort Myers, FL 33966 |
| 9706145 | Maverick VI LLC | 12612 Waterspout Ct    Owings Mills, MD 21117 |
| 9458025 | Maverick VI, LLC | 12612 Waterspout Court    Owings Mills, Maryland 21117 |
| 9458026 | Melissa Hayward | 10501 N. Central Expressway, Suite 106    Dallas , TX 75231 |
| 9458027 | Merchant Cash Cloud | 5757 NW 151st Street    Miami Lakes, FL 33014 |
| 9458028 | Merchant Cash Cloud | 5757 NW 151st Street    Miami Lakes, Florida 33014 |
| 9458029 | Muzak | Focus Four LLC    PO Box 638793    Cincinnati, OH 45263–8793 |
| 9458030 | NASA Federal Credit Union | 500 Prince Georges Blvd.    Upper Marlboro, MD 20774 |
| 9458031 | NASA Federal Credit Union | PO Box 1588    Bowie, MD 20717 |
| 9458034 | NCMIC Finance Company | 14001 University Avenue    Clive, Iowa 50325 |
| 9458035 | NUCO2 | 2800 SE Market PL    Stuart, FL 34997 |
| 9458032 | Navin Kaisani | 10501 N. Central Expressway, Ste. 106    Dallas, TX 75231 |
| 9458033 | Navitas | 111 Executive Ctr Dr.    Suite 102    Columbia, SC 29210 |
| 9458036 | ONEILAATS LLC | 10879 Coral Shores Dr # 210    Jacksonville, FL 32256 |
| 9458037 | ONEILAATS LLC | 10879 Coral Shores Dr # 210    Jacksonville, Florida 32256 |
| 9458038 | PEPCO | P O Box 97294    Washington DC 20090 |
| 9458039 | PEPCO | PO Box 13608    Philadelphia, Pennsylvania 19101 |
| 9458040 | PEPSICO | 1100 Reynolds Blvd.    Winston–Salem, NC 27105 |
| 9458041 | Pervez Kaisani | 10501 N. Central Expressway, Ste. 106    Dallas, TX 75231 |
| 9458042 | Pervez Kaisani | 10501 N. Central Expressway, Ste. 106    Dallas, TX 75231 |
| 9551861 | Prince Georges County, Maryland | Meyers, Rodbell & Rosenbaum, P.A.    c/o M. Evan Meyers    6801 Kenilworth Ave., Suite 400    Riverdale Park, MD 20737 |
| 9458044 | RDS | PO Box 830725    Birmingham, AL 35283 |
| 9458054 | RLC Funding, a division of Navitas Lease | 111 Executive Center Dr.    Suite 102    Columbia, SC 29210 |

| | | | | | |
|---|---|---|---|---|---|
| 9458045 | Receivables Advance | P.O. Box 15270 | Irvine, CA 92623 | | |
| 9458046 | Regency Centers Corporation | One Independent Drive | Suite 114 | Jacksonville, FL 32202 | |
| 9458047 | Regions Bank | 1900 Fifth Avenue North | Birmingham, AL 35203 | | |
| 9508140 | Republic Services | 3950 50th Street SW | Birmingham, Alabama 35221 | | |
| 9458048 | Richard Blount Construction, LLC | 163 Haygood Ave. SE | Atlanta, GA 30315 | | |
| 9458049 | Richard Ruggiero | c/o Lochner Law Firm, P.C. | 91 Main St., 4th Floor | Annapolis, MD 21401 | |
| 9458050 | Richard Ruggiero | c/o Lochner Law Firm, P.C. | 91 Main St., 4th Floor | Annapolis, MD 21401 | |
| 9458051 | Richard Ruggiero | c/o Lochner Law Firm, P.C. | 91 Main St., 4th Floor | Annapolis, MD 21401 | |
| 9458052 | Rivertowne Center ACQ | 8 Industrial Way | East Eatonton, New Jersey 07724 | | |
| 9458053 | Rivertowne Center ACQ | 8 Industrial Way | East Eatonton, New Jersey 07724 | | |
| 9574682 | Russell Robertson | P.O. Box 498 | Jasper, AL 35502–0498 | | |
| 9458064 | SUSQUEHANNA SALT LAKE LLC | 136 E South Temple, Ste. 1400 | Salt Lake City, Utah 84111 | | |
| 9458055 | Sartino, Inc. | 5285 Briarwood Circle | Pinson, AL 35126 | | |
| 9457847 | Secretary of the Treasury | 1500 Pennsylvania Ave., NW | Washington, DC 20220 | | |
| 9458056 | SecureConnect/Trustwave | 75 Remittance Drive | Dept. 1999 | Chicago, IL 60675–1999 | |
| 9458057 | Sharp Realty | Attn: Accounts Receivable | 400 Union Hill Dr. | Birmingham, AL 35209 | |
| 9458058 | Silver Hill II | Combined Properties | 1255 22nd Street, NW | Washington, District of Columbia 20037 | |
| 9458059 | Stanley Convergent Security Solutions | 8350 Sunlight Drive | Fishers, IN 46037 | | |
| 9457839 | State Department of Revenue | P O Box 1927 | Pelham AL 35124 | | |
| 9458060 | State of Alabama | Department of Revenue | Legal Division | PO Box 320001 | Montgomery, Alabama 36132–0001 |
| 9457841 | State of Alabama Dept of Revenue | P O Box 320001 | Montgomery AL 36132 | | |
| 9458061 | Steritech | PO Box 471127 | Charlotte, NC 28247–2127 | | |
| 9458062 | Steritech | PO Box 472127 | Charlotte, NC 27247–2127 | | |
| 9458063 | Steritech | PO Box 472127 | Charlotte, North Carolina 27247–2127 | | |
| 9458065 | The Coca–Cola Company | One Coca–Cola Plaza | Atlanta, GA 30313 | | |
| 9458066 | The Hartford | 8711 University East Drive | Charlotte, NC 28213 | | |
| 9458067 | The Hartford | 8711 University East Drive | Charlotte, North Carolina 28213 | | |
| 9472506 | Tyco Integrated Security, LLC | 10405 Crosspoint Blvd. | Indianapolis IN 46256 | | |
| 9458068 | Tyco Security | c/o ADT Security Services, Inc. | PO Box 371967 | Pittsburgh, PA 15250–7967 | |
| 9458069 | U.S. Bank Equipment Finance | A division of U.S. Bank N.A. | 1310 Madrid Street | Marshall, MN 56258 | |
| 9457846 | U.S. Securities and Exchange Commission | Branch of Reorganization | 950 East Paces Ferry Road Ste 900 | Atlanta, GA 30326 | |
| 9458071 | USB Equipment Finance | 220 26th Street | Minniapolis, MN | | |
| 9458072 | USRP I, LLC | Attn: Legal Dept. | One Independent Dr. | Suite 114 | Jacksonville, Florida 32202 |
| 9458070 | UniFi Equipment Finance | 3893 Research Park Drive | Ann Arbor, MI 48108 | | |
| 9457848 | United States Attorney | Northern District of Alabama | 1801 Fourth Avenue North | Birmingham, AL 35203 | |
| 9457850 | United States Bankruptcy Administrator | Northern District of Alabama | 1800 Fifth Avenue North | Birmingham, AL 35203 | |
| 9458073 | Verizon Business | PO Box 660720 | Dallas, TX 75266 | | |
| 9458074 | Verizon Business | PO Box 660720 | Dallas, Texas 75266 | | |
| 9510488 | Verizon Business Global LLC, on behalf of its affi | William Vermette | 22001 Loudoun County Pkwy | Ashburn, VA 20147 | |
| 9458075 | Wand Corporation | 7593 Corporate Way | Eden Prairie, MN 55344 | | |
| 9458077 | Washington Gas | 6801 Industrial Road | Sprinfield, VA 22151 | | |
| 9458076 | Washington Gas | 6801 Industrial Road | Sprinfield, Virginia 22151 | | |
| 9458082 | Washington Suburban Sanitary Commission | Heather Ashbury | 14501 Swetizer Lane | Laurel, MD 20707 | |
| 9458078 | Wazir Kaisani | 10501 N. Central Expressway, Ste. 106 | Dallas, TX 75231 | | |
| 9458079 | Wazir Kaisani | 10501 N. Central Expressway, Ste. 106 | Dallas, TX 75231 | | |
| 9458085 | YES Energy Management | PO Box 660901 | Dallas, TX 75266–0901 | | |
| 9458083 | Yellowstone | 30 Broad Street | 14th FL, Ste. 1462 | New York, NY 10004 | |
| 9458084 | Yellowstone | 30 Broad Street | 14th FL, Ste. 1462 | New York, New York 10004 | |

TOTAL: 210