FORM NO. BA-23

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT

| | |
|---|---|
| IN RE:<br>BAMACHEX, INC.<br><br><br><br><br>DEBTOR(S). | ) BANKRUPTCY NO.: 17-03471-TOM-7<br>)<br>)<br>)<br>)<br>) |

## REPORT OF INITIAL DEPOSIT

To the Honorable Tamara O. Mitchell, Bankruptcy Judge for the Northern District, Southern Division:

This is to advise that I have made a deposit or investment at:

| | |
|---|---|
| Bank or Other Depository: | UNION BANK |
| Account No.: | 2132200722 |
| Date: | 05/29/18 |
| Amount of Deposit: | $4,525.80 |
| Name of Account: | Estate of BAMACHEX, INC., Debtor(s).<br>Thomas E. Reynolds - Trustee |
| Nature of Account: | Checking |
| Source of Funds: | Close Bank Accounts |

If this is a checking account, the "90 Day Notice" the Debtor's name, and the case number will be printed on the checks. I have notified the entity named above of its reporting requirements under regulations promulgated by the Administrative Office of U.S. Courts as described in Vol. V-C, Chap. IX, Part B, of the Guide to Judicial Policies and Procedures. This deposit or investment is insured or guaranteed by the United States or a department, agency or instrumentality of the United States, or backed by the full faith and credit of the United States, except for the following amount: $0.00.

Date: May 29, 2018

Respectfully submitted,

/s/ Thomas E. Reynolds
Thomas E. Reynolds, Trustee