IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| ALABAMA PARTNERS, LLC, ) | BANKRUPTCY CASE NO.: |
| ) | 17-03469 |
| Debtor. ) | |

## MOTION TO REJECT EXECUTORY CONTRACTS AND UNEXPIRED LEASES AND ABANDON INTEREST IN MACHINERY AND EQUIPMENT

COMES NOW Thomas E. Reynolds, the Trustee in the above styled Chapter 7 bankruptcy case, who moves pursuant to the provisions of 11 U.S.C. §365 to reject certain executory contracts and unexpired leases as are identified herein below.

The Trustee seeks to reject the following leases:

1. Lease for the property located at 36 Watkins Park Drive, Upper Marlboro, Maryland formerly used by a subsidiary of the Debtor, Maryland Pizza, Inc. The Trustee intends to surrender the premises to the landlord.

2. The Trustee intends to abandon any interest in machinery and equipment located at the aforementioned leased property which the Debtor or subsidiary of the Debtor leased from vendors as as they have no value to the estate for potential assumption and assignment prospects.

/s/ Thomas E. Reynolds, Trustee
THOMAS E. REYNOLDS

OF COUNSEL:
REYNOLDS LEGAL SOLUTIONS, LLC
300 Richard Arrington Blvd. N., Suite 503
Birmingham, AL 35203
Telephone: (205) 957-6500
ter@reynoldslegalsolutions.com

*1*

## CERTIFICATE OF SERVICE

I hereby certify that on this the 29th day of May, 2018, a true and correct copy of the foregoing was served as follows:

Regency Centers Corporation
One Independent Drive, Suite 114
Jacksonville, FL 32202

/s/ *Thomas E. Reynolds*
Of Counsel