Van−002 [Notice of Hearing] (Rev. 05/14)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA, SOUTHERN DIVISION

**In re:**                                                        **Case No.** 17−03469−TOM7
Alabama Partners, LLC                           **Chapter** 7
                           **EIN:** 26−3067131

      **Debtor(s)**

## NOTICE OF HEARING

Notice is hereby given that a hearing will be held to consider and act upon the following:

*266* − Motion to Reject Lease or Executory Contract (36 Watkins Park Drive, Upper Marlboro, Maryland − Maryland Pizza, Inc.) Filed by Trustee Thomas E Reynolds (Reynoldsoffice, dm)

**Date:** Monday, June 25, 2018          **Time:** 10:30 AM

**Location:** Robert S. Vance Federal Bldg, 1800 5th Ave No, Courtroom 3, Birmingham, AL 35203

     Attorneys should attend all scheduled hearings. If a conflict is known, the Court should be notified immediately. Continuances of non−evidentiary hearings may be granted if all parties consent. Evidentiary hearings will not be continued except for good cause shown. If there is a failure to attend a scheduled hearing, and the Court has not been notified of the reason for the failure, the Court may enter appropriate orders. Attendance is not required if a settlement has been reached as approved by all parties and filed with the Court by an attorney prior to the hearing date.

Dated: May 30, 2018                                          By:

                                                                         Joseph E. Bulgarella, Clerk
                                                                         United States Bankruptcy Court

klt