# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA - SOUTHERN DIVISION

In the Matter of:

Alabama Partners, LLC } **Case No: 17-03469-TOM7**

DEBTOR(S).

### COURTROOM DEPUTY NOTES

**Matter(s):** RE: Doc #251; Motion for Relief from Stay filed by Phillip Bohl, Attorney for Little Caesar Enterprises, Inc.

**Date and Time:** Wednesday, June 13, 2018 10:30 AM

**Appearances:**
Little Caesar Enterprises, Inc.
Frederick Darrell Clarke III attorney for Alabama Partners, LLC (Debtor)
J. Thomas Corbett (Bankruptcy Administrator)
Jon A Dudeck (Bankruptcy Administrator)
R. Scott Williams attorney for Alabama Partners, LLC (Debtor)
Robert H Adams attorney for Alabama Partners, LLC (Debtor)
Thomas E Reynolds (Trustee)

**Courtroom Deputy:** Chris Callies

**Presiding Judge:** TAMARA O. MITCHELL

**Court Notes:** Based on agreement of the parties, this matter is settled; Phillip Bohl to submit a separate order.

Date Prepared: 05/30/2018