# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| ALABAMA PARTNERS, LLC, *et al.*, | ) | Case No. 17-03469-TOM7 |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |

## CONSENT ORDER GRANTING RELIEF FROM STAY TO TERMINATE FRANCHISE AGREEMENTS

This matter having come before the Court based upon the consent of the undersigned and on the stipulation of the above-named Debtors' counsel and the Trustee to the following facts and to the form and entry of this Order as reflected below pursuant to Federal Rules of Bankruptcy Procedure 4001(d):

1. Each of the Debtors in these jointly administered cases filed voluntary petitions for relief under Chapter 11 of Title 11 of the United States Code on August 11, 2017 (the "**Petition Date**"), thereby commencing, among others, case nos. 17-03475-TOM11 (PG County Pizza, Inc.), 17-03474-TOM11 (PG County Partners LLC), 17-03473-TOM11 (Maryland Pizza, Inc.), and 17-03472-TOM11 (Maryland LC Ventures, LLC) (each a "**Case**" and collectively, the "**Cases**").

2. On August 16, 2017, the Court entered an order for joint administration of the Cases [Docket No. 27].

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's tax identification number, if any, are: Alabama Partners, LLC (7131); BamaChex, Inc. (6953); Maryland LC Ventures, LLC (6974); Maryland Pizza, Inc. (6929); PG County Partners LLC (2811); and PG County Pizza, Inc. (3902). The service address for each of the Debtors is P.O. Box 551267, Jacksonville, FL 32255.

3.     The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

4.     On the Petition Date, LCE, as franchisor, and the Debtors PG County Pizza, Inc. and PG County Partners, LLC, Maryland Pizza, Inc., and Maryland LC Ventures, LLC, respectively, as franchisees, were parties to the following franchise agreements (each a "**Franchise Agreement**" and collectively, the "**Franchise Agreements**"):

| Debtor/Franchisee | Franchise Agreement | Store No. |
|---|---|---|
| PG County Pizza, Inc.; PG County Partners LLC | Franchise Agreement dated effective 3/29/2011 | 1968-001 |
| PG County Pizza, Inc.; PG County Partners LLC | Franchise Agreement dated effective 1/21/2012 | 1968-002 |
| PG County Pizza, Inc.; PG County Partners LLC | Franchise Agreement | 1968-003 |
| PG County Pizza, Inc.; PG County Partners LLC | Franchise Agreement dated effective 3/1/2013 | 1968-004 |
| PG County Pizza, Inc.; PG County Partners LLC | Franchise Agreement dated effective 10/24/2013 | 1968-005 |
| Maryland LC Ventures, LLC | Franchise Agreement dated effective 5/13/2015 | 1968-006 |
| Maryland Pizza, Inc. | Franchise Agreement dated effective 7/30/2015 | 1968-007 |
| Maryland LC Ventures, LLC | Franchise Agreement dated effective 2/12/2016 | 1968-008 |

5.     The Court entered an Order Authorizing Termination of Certain Executory Contracts [Docket No. 107] on September 14, 2017, approving the rejection by the Debtors PG County Pizza, Inc and PG County Partners LLC, Maryland Pizza, Inc., and Maryland LC Ventures, LLC, respectively, of the Franchise Agreements relating to Store Nos. 1968-005, 1968-007 and 1968-008 effective as of September 18, 2017 pursuant to 11 U.S.C. § 365. The Debtors ceased operating those three Stores on or about September 18, 2017.

6.     The Debtors ceased operating the remaining five Stores on or about February 28, 2018.

2

7. The Court entered an Order converting all of the Cases to cases under Chapter 7 of Title 11 of the United States Code [Docket No. 233] on April 2, 2018. On that same date, this Court entered an Order Appointing Interim Trustee and Approving Standing Bond [Docket No. 233-1] whereby Thomas E. Reynolds was appointed the trustee in each of the Cases (the "**Trustee**").

8. The Court entered an Order Granting Trustee's Motion to Reject Franchise Agreements and Abandon Interest in Franchise Rights [Docket No. 262] on May 22, 2018, approving the rejection by the Trustee of the Franchise Agreements relating to Store Nos. 1968-001, 1968-002, 1968-003, 1968-004 and 1968-006 pursuant to 11 U.S.C. § 365 and approving the abandonment of the Debtors' estates' interests in those Franchise Agreements pursuant to 11 U.S.C. § 554.

9. LCE filed its Motion for Relief from Stay to Terminate Franchise Agreements [Docket No. 251] seeking relief from the stay pursuant to 11 U.S.C. § 362(d) in order to take any and all contractual actions that are appropriate or required to fully and finally terminate each and all of the Franchise Agreements.

NOW, THEREFORE, based upon the consent of the undersigned, IT IS HEREBY ORDERED THAT:

A. Little Caesar Enterprises, Inc. is granted relief from the stay of 11 U.S.C. § 362(a) to take any and all actions appropriate or necessary, specifically including giving to the Debtors and the Trustee the notice specified in Section 13.2 of each of the Franchise Agreements, to fully and finally terminate each of the Franchise Agreements.

B. Nothing herein shall limit or otherwise impact Little Caesar Enterprises, Inc.'s right to assert claims in the Cases or the rights of any party to object to the allowance thereof.

3

C. The provisions of Federal Rule of Bankruptcy Procedure 4001(a)(3) are waived.

Dated: May 31, 2018 **/s/ Tamara O. Mitchell**
TAMARA O. MITCHELL
United States Bankruptcy Judge

  /s/ Thomas E. Reynolds_____   /s/ R. Scott Williams_____
Thomas E. Reynolds, Trustee R. Scott Williams, Esq.
 Rumberger, Kirk & Caldwell, P.C.

 /s/ Phillip Bohl_____
Phillip Bohl, Esq.
Gray, Plant, Mooty, Mooty & Bennett, PA
(Counsel for Little Caesar Enterprises, Inc.)

4