In re:
Alabama Partners, LLC
      Debtor

Case No. 17-03469-TOM
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 1126-2     User: lstubblef     Page 1 of 3     Date Rcvd: May 31, 2018
                      Form ID: pdfsty     Total Noticed: 19

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 02, 2018.
db            +Alabama Partners, LLC,   PO Box 551267,   Jacksonville, FL 32255-1267
aty           +Leah Fiorenza McNeill,   Bryan Cave LLP,   1201 W Peachtree St NW 14tyh Floor,
               Atlanta, GA 30309-3449
aty            M. Evan Meyers,   Meyers Rodbell & Rosenbaum PA,   6801 Kenilworth Ave Ste 400,
               Riverdale, MD  20737-1385
aty           +Mark I. Duedall,   Bryan Cave LLP,   1201 W Peachtree St NW 14tyh Floor,
               Atlanta, GA 30309-3449
br            +Advanced Restaurant Sales,   111 Village Parkway Bldg #2,   Marietta, GA 30067-4013
cr            +Bank of the Ozarks,   Attn. Leasing Division,   12915 Cantrell Rd,   Little Rock, AR 72223-1701
cr            +City of Jasper,   c/o Russell B. Robertson, Esq.,   P.O. Box 498,   Jasper, AL 35502-0498,
               UNITED STATES 35502-0498
cr            +Customized Distribution, LLC,   % Daniel Sparks,   Christian & Small LLP,
               1800 Financial Center,   505 North 20th Street,   Birmingham, AL 35203-4633
cr            +DDRM Largo Town Center,   3300 Enterprise Parkway,   3300 Enterprise Parkway,
               Beachwood, OH 44122-7200
cr            +Direct Capital Corporation,   Engel, Hairston & Johanson, P.C.,
               Attn: William L. Phillips, III,   P.O. Box 11405,   Birmingham, AL 35202-1405
cr             Prince George's County, Maryland,   c/o M. Evan Meyers,   6801 Kenilworth Ave Ste 400,
               Riverdale, MD  20737-1385
cr            +Silver Hill II LLC,   c/o Ellis Brazeal Jones Walker,   1819 5th Avenue North,   Suite 1100,
               Birmingham, AL 35203-2122
cr             US Bank Equipment Finance,   c/o Parnell & Parnell, P.A.,   P.O. Box 2189,
               Montgomery, AL  36102-2189
cr            +Unifi Equipment Finance, Inc.,   c/o William J. Stapleton, Esq.,   Hooper Hathaway, P.C.,
               126 Main St.,   Ann Arbor, MI 48104-1945
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           +E-mail/Text: bnc_notices_southern@alnba.uscourts.gov Jun 01 2018 02:55:25   Thomas Corbett,
               BA Birmingham,   1800 5th Avenue North,   Birmingham, AL 35203-2111
cr            +E-mail/Text: cstewart@Burr.com Jun 01 2018 02:56:42    Checkers Drive-In Restaurants, Inc.,
               c/o Burr & Forman LLP,   Derek Meek,   420 N 20th St, Ste 3400,   Birmingham, AL 35203-5210
cr            +E-mail/Text: cio.bncmail@irs.gov Jun 01 2018 02:53:46
               Insolvency Section Internal Revenue Service,   801 Broadway,   MDP 146, Room 285,
               Nashville, TN 37203-3816
ba            +E-mail/Text: bnc_notices_southern@alnba.uscourts.gov Jun 01 2018 02:55:25   J. Thomas Corbett,
               Bankruptcy Administrator,   1800 5th Avenue North,   Birmingham, AL 35203-2111
cr            +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jun 01 2018 03:15:03   NCEP, LLC Department,
               Ascension Capital Group,   P.O. Box 165028,   Irving, TX 75016-5028
                                                                                    TOTAL: 5

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Johnson Service Comp Johnson Service Johnson Servi,   2812 Ruffner Road,   Birmingham
                                                                          TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 02, 2018               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 31, 2018 at the address(es) listed below:
             Abigail M. McGibbon   on behalf of Interested Party   Little Caesar Enterprises, Inc.
             abigail.mcgibbon@gpmlaw.com
             Charles N Parnell   on behalf of Creditor   US Bank Equipment Finance bkrp@parnellsoutheast.com
             Clyde Ellis Brazeal, III   on behalf of Creditor   Silver Hill II LLC ebrazeal@joneswalker.com,
             dshannon@joneswalker.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Daniel D Sparks    on behalf of Creditor    Customized Distribution, LLC ddsparks@csattorneys.com,
          dan-sparks-9722@ecf.pacerpro.com
          Derek F Meek    on behalf of Creditor    Checkers Drive-In Restaurants, Inc. dmeek@burr.com,
          mgunnells@burr.com
          Eric C Cotton    on behalf of Creditor    DDRM Largo Town Center ecotton@ddr.com
          Frederick Darrell Clarke, III    on behalf of Debtor    PG County Pizza, Inc. fclarke@rumberger.com,
          mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
          Frederick Darrell Clarke, III    on behalf of Debtor    Maryland Pizza, Inc. fclarke@rumberger.com,
          mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
          Frederick Darrell Clarke, III    on behalf of Debtor    PG County Partners, LLC
          fclarke@rumberger.com,
          mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
          Frederick Darrell Clarke, III    on behalf of Debtor    BamaChex, Inc. fclarke@rumberger.com,
          mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
          Frederick Darrell Clarke, III    on behalf of Debtor    Alabama Partners, LLC fclarke@rumberger.com,
          mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
          Frederick Darrell Clarke, III    on behalf of Debtor    Maryland LC Ventures, LLC
          fclarke@rumberger.com,
          mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
          James Phillip Roberts    on behalf of Creditor    Checkers Drive-In Restaurants, Inc.
          jroberts@burr.com
          Jeffery J Hartley    on behalf of Interested Party    R&F Birmingham, LLC jjh@helmsinglaw.com,
          ktm@helmsinglaw.com;dwc@helmsinglaw.com
          John Christian Saylor    on behalf of Creditor Johnson Service Comp Johnson Service Johnson
          Service Company john@johnsaylorlaw.com,  asst@johnsaylorlaw.com
          Jon A Dudeck    jon_dudeck@alnba.uscourts.gov,  courtmailbir7@alnba.uscourts.gov
          Joseph D. Frank    on behalf of Creditor    Bottling Group, LLC and its affiliates and subsidiaries,
          operating as Pepsi Beverages Company jfrank@fgllp.com,
          ccarpenter@fgllp.com;rheiligman@fgllp.com;jkleinman@fgllp.com
          Julian Vasek    on behalf of Interested Party Wazir Kaisani jvasek@haywardfirm.com
          Julian Vasek    on behalf of Interested Party Pervez Kaisani jvasek@haywardfirm.com
          Julian Vasek    on behalf of Interested Party Iqbar Kaisani jvasek@haywardfirm.com
          Kelley Askew Gillikin    on behalf of Creditor    ALA DEPT OF REVENUE LEGAL DIVISION P O BOX 320001
          MONTGOMERY, AL  36132-0001 kelley.gillikin@revenue.alabama.gov
          Leonard N Math    on behalf of Creditor    BANK OF THE OZARKS noticesnd@chambless-math.com
          Leonard N Math    on behalf of Creditor    Bank of the Ozarks noticesnd@chambless-math.com
          Mark P. Williams    on behalf of Creditor    Unifi Equipment Finance, Inc. mpwilliams@nwkt.com
          Melissa S. Hayward    on behalf of Interested Party Pervez Kaisani mhayward@haywardfirm.com
          ,  mholmes@haywardfirm.com
          Melissa S. Hayward    on behalf of Interested Party Wazir Kaisani mhayward@haywardfirm.com
          ,  mholmes@haywardfirm.com
          Melissa S. Hayward    on behalf of Interested Party Iqbar Kaisani mhayward@haywardfirm.com
          ,  mholmes@haywardfirm.com
          Phillip W. Bohl    on behalf of Interested Party    Little Caesar Enterprises, Inc.
          phillip.bohl@gpmlaw.com
          R. Scott Williams    on behalf of Debtor    Maryland Pizza, Inc. swilliams@rumberger.com,
          docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumber
          ger.com
          R. Scott Williams    on behalf of Debtor    PG County Pizza, Inc. swilliams@rumberger.com,
          docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumber
          ger.com
          R. Scott Williams    on behalf of Debtor    Alabama Partners, LLC swilliams@rumberger.com,
          docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumber
          ger.com
          R. Scott Williams    on behalf of Debtor    PG County Partners, LLC swilliams@rumberger.com,
          docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumber
          ger.com
          R. Scott Williams    on behalf of Debtor    Maryland LC Ventures, LLC swilliams@rumberger.com,
          docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumber
          ger.com
          R. Scott Williams    on behalf of Debtor    BamaChex, Inc. swilliams@rumberger.com,
          docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumber
          ger.com
          Richard E. O'Neal    on behalf of Creditor Insolvency Section    Internal Revenue Service
          USAALN.BANKRUPTCY@usdoj.gov
          Robert H Adams    on behalf of Debtor    Maryland LC Ventures, LLC radams@rumberger.com,
          mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberg
          er.com
          Robert H Adams    on behalf of Debtor    PG County Partners, LLC radams@rumberger.com,
          mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberg
          er.com
          Robert H Adams    on behalf of Debtor    BamaChex, Inc. radams@rumberger.com,
          mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberg
          er.com
          Robert H Adams    on behalf of Debtor    PG County Pizza, Inc. radams@rumberger.com,
          mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberg
          er.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

        Robert H Adams    on behalf of Debtor   Alabama Partners, LLC radams@rumberger.com,
        mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberg
        er.com
        Robert H Adams    on behalf of Debtor   Maryland Pizza, Inc. radams@rumberger.com,
        mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberg
        er.com
        Russell B Robertson    on behalf of Creditor   City of Jasper rbr@lairdandrobertson.com
        Samuel Carlton Pierce    on behalf of Debtor   BamaChex, Inc. scpierce@bakerdonelson.com
        Thomas E Reynolds    ter@reynoldslegalsolutions.com,
        treynolds@ecf.epiqsystems.com;dnm@reynoldslegalsolutions.com
        William Lee Phillips, III    on behalf of Creditor   Direct Capital Corporation
        bphillips@ehjlaw.com,  docket@ehjlaw.com

                                                             TOTAL: 45

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

|  |  |  |
|---|---|---|
| IN RE: | ) | Chapter 7 |
|  | ) |  |
| ALABAMA PARTNERS, LLC, *et al.*, | ) | Case No. 17-03469-TOM7 |
|  | ) |  |
| Debtors.[1] | ) | (Jointly Administered) |
|  | ) |  |

_____

## CONSENT ORDER GRANTING RELIEF FROM STAY TO TERMINATE FRANCHISE AGREEMENTS
_____

This matter having come before the Court based upon the consent of the undersigned and on the stipulation of the above-named Debtors' counsel and the Trustee to the following facts and to the form and entry of this Order as reflected below pursuant to Federal Rules of Bankruptcy Procedure 4001(d):

1.     Each of the Debtors in these jointly administered cases filed voluntary petitions for relief under Chapter 11 of Title 11 of the United States Code on August 11, 2017 (the "**Petition Date**"), thereby commencing, among others, case nos. 17-03475-TOM11 (PG County Pizza, Inc.), 17-03474-TOM11 (PG County Partners LLC), 17-03473-TOM11 (Maryland Pizza, Inc.), and 17-03472-TOM11 (Maryland LC Ventures, LLC) (each a "**Case**" and collectively, the "**Cases**").

2.     On August 16, 2017, the Court entered an order for joint administration of the Cases [Docket No. 27].

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's tax identification number, if any, are: Alabama Partners, LLC (7131); BamaChex, Inc. (6953); Maryland LC Ventures, LLC (6974); Maryland Pizza, Inc. (6929); PG County Partners LLC (2811); and PG County Pizza, Inc. (3902). The service address for each of the Debtors is P.O. Box 551267, Jacksonville, FL 32255.

3.     The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

4.     On the Petition Date, LCE, as franchisor, and the Debtors PG County Pizza, Inc. and PG County Partners, LLC, Maryland Pizza, Inc., and Maryland LC Ventures, LLC, respectively, as franchisees, were parties to the following franchise agreements (each a "**Franchise Agreement**" and collectively, the "**Franchise Agreements**"):

| Debtor/Franchisee | Franchise Agreement | Store No. |
|---|---|---|
| PG County Pizza, Inc.; PG County Partners LLC | Franchise Agreement dated effective 3/29/2011 | 1968-001 |
| PG County Pizza, Inc.; PG County Partners LLC | Franchise Agreement dated effective 1/21/2012 | 1968-002 |
| PG County Pizza, Inc.; PG County Partners LLC | Franchise Agreement | 1968-003 |
| PG County Pizza, Inc.; PG County Partners LLC | Franchise Agreement dated effective 3/1/2013 | 1968-004 |
| PG County Pizza, Inc.; PG County Partners LLC | Franchise Agreement dated effective 10/24/2013 | 1968-005 |
| Maryland LC Ventures, LLC | Franchise Agreement dated effective 5/13/2015 | 1968-006 |
| Maryland Pizza, Inc. | Franchise Agreement dated effective 7/30/2015 | 1968-007 |
| Maryland LC Ventures, LLC | Franchise Agreement dated effective 2/12/2016 | 1968-008 |

5.     The Court entered an Order Authorizing Termination of Certain Executory Contracts [Docket No. 107] on September 14, 2017, approving the rejection by the Debtors PG County Pizza, Inc and PG County Partners LLC, Maryland Pizza, Inc., and Maryland LC Ventures, LLC, respectively, of the Franchise Agreements relating to Store Nos. 1968-005, 1968-007 and 1968-008 effective as of September 18, 2017 pursuant to 11 U.S.C. § 365.  The Debtors ceased operating those three Stores on or about September 18, 2017.

6.     The Debtors ceased operating the remaining five Stores on or about February 28, 2018.

2

7.     The Court entered an Order converting all of the Cases to cases under Chapter 7 of Title 11 of the United States Code [Docket No. 233] on April 2, 2018.  On that same date, this Court entered an Order Appointing Interim Trustee and Approving Standing Bond [Docket No. 233-1] whereby Thomas E. Reynolds was appointed the trustee in each of the Cases (the "**Trustee**").

8.     The Court entered an Order Granting Trustee's Motion to Reject Franchise Agreements and Abandon Interest in Franchise Rights [Docket No. 262] on May 22, 2018, approving the rejection by the Trustee of the Franchise Agreements relating to Store Nos. 1968-001, 1968-002, 1968-003, 1968-004 and 1968-006 pursuant to 11 U.S.C. § 365 and approving the abandonment of the Debtors' estates' interests in those Franchise Agreements pursuant to 11 U.S.C. § 554.

9.     LCE filed its Motion for Relief from Stay to Terminate Franchise Agreements [Docket No. 251] seeking relief from the stay pursuant to 11 U.S.C. § 362(d) in order to take any and all contractual actions that are appropriate or required to fully and finally terminate each and all of the Franchise Agreements.

NOW, THEREFORE, based upon the consent of the undersigned, IT IS HEREBY ORDERED THAT:

A.     Little Caesar Enterprises, Inc. is granted relief from the stay of 11 U.S.C. § 362(a) to take any and all actions appropriate or necessary, specifically including giving to the Debtors and the Trustee the notice specified in Section 13.2 of each of the Franchise Agreements, to fully and finally terminate each of the Franchise Agreements.

B.     Nothing herein shall limit or otherwise impact Little Caesar Enterprises, Inc.'s right to assert claims in the Cases or the rights of any party to object to the allowance thereof.

3

C.     The provisions of Federal Rule of Bankruptcy Procedure 4001(a)(3) are waived.


Dated: May 31, 2018                                  **/s/ Tamara O. Mitchell**
                                                     TAMARA O. MITCHELL
                                                     United States Bankruptcy Judge




   /s/ Thomas E. Reynolds                              /s/ R. Scott Williams
Thomas E. Reynolds, Trustee                         R. Scott Williams, Esq.
                                                    Rumberger, Kirk & Caldwell, P.C.



  /s/ Phillip Bohl
Phillip Bohl, Esq.
Gray, Plant, Mooty, Mooty & Bennett, PA
(Counsel for Little Caesar Enterprises, Inc.)

4