IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE : | ) | Chapter 7 |
| | ) | |
| ALABAMA PARTNERS, LLC, *et al.*, | ) | Case No. 17–03469-TOM-7 |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |

## ORDER ON ADVANCED RESTAURANT SALES' FIRST APPLICATION FOR COMPENSATION

This matter came before the Court on Advanced Restaurant Sales' First Application for Compensation [Dkt. No. 178] (the "Fee Application"). No objections were filed with the Court and no objections were raised in open court at hearing on the Fee Application. Accordingly, the Court finds that the Fee Application was properly noticed and served.

Wherefore, the Court hereby ORDERS and AWARDS that the Fee Application is GRANTED. Alabama Restaurant Sales is authorized to receive up to $54,000.00 from the proceeds of the purchase of the Alabama assets for which the IRS has a lien.

Further, the Trustee that has been appointed to represent the estate in the Chapter 7 proceeding has been consulted and has no objection to this order.

DONE and so ORDERED this 20th day of June, 2018.

/s/ Tamara O. Mitchell
UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, if any, are: Alabama Partners, LLC (7131); BamaChex, Inc. (6953); Maryland LC Ventures, LLC (6974); Maryland Pizza, Inc. (6929); PG County Partners LLC (2811); and PG County Pizza, Inc. (3902). The service address for each of the Debtors is P.O. Box 551267, Jacksonville, FL 32255.

This Order prepared at the Court's request by:

R. Scott Williams
RUMBERGER, KIRK & CALDWELL, P.C.
2001 Park Place North, Suite 1300
Birmingham, AL 35203
Phone: (205) 327-5550
Facsimile: (205) 326-6786
swilliams@rumberger.com
Attorney for Debtors