IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE : | ) | Chapter 7 |
| | ) | |
| ALABAMA PARTNERS, LLC, *et al.*, | ) | Case No. 17–03469-TOM-7 |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |

### ORDER ON FIRST INTERIM APPLICATION OF RUMBERGER, KIRK & CALDWELL, P.C. FOR COMPENSATION AS COUNSEL FOR ALABAMA PARTNERS, LLC

This matter came before the Court on the First Interim Application of Rumberger, Kirk & Caldwell, P.C. for Compensation as Counsel for Alabama Partners, LLC [Dkt. No. 177] (the "Application"). At the hearing, a single objection filed by the Internal Revenue Service as made to the Application. Based upon the arguments and pleadings of counsel and pursuant to an agreement amongst the parties, the Court hereby ORDERS and AWARDS and follows:

The request of fees in the amount of $170,037.15 and expenses in the amount of $39,161.11 is hereby allowed. Further, the applicant is authorized to pay $90,000.00 in fees from the proceeds from the sale of the Alabama assets that are currently being held in trust and which are subject to the lien of the IRS. Further, the Court authorizes that any pre-petition retainer may be authorized to be paid as part of the allowance. All parties reserve their rights to all arguments on any final fee applications.

Further, the Trustee that has been appointed to represent the estate in the Chapter 7 proceeding has been consulted and has no objection to this order.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, if any, are: Alabama Partners, LLC (7131); BamaChex, Inc. (6953); Maryland LC Ventures, LLC (6974); Maryland Pizza, Inc. (6929); PG County Partners LLC (2811); and PG County Pizza, Inc. (3902). The service address for each of the Debtors is P.O. Box 551267, Jacksonville, FL 32255.

DONE and so ORDERED this 20th day of June, 2018.

/s/ Tamara O. Mitchell
UNITED STATES BANKRUPTCY JUDGE

This Order prepared at the Court's request by:

R. Scott Williams
RUMBERGER, KIRK & CALDWELL, P.C.
2001 Park Place North, Suite 1300
Birmingham, AL 35203
Phone: (205) 327-5550
Facsimile: (205) 326-6786
swilliams@rumberger.com
Attorney for Debtors