```
                            United States Bankruptcy Court
                            Northern District of Alabama
```

In re:                                                                Case No. 17-03469-TOM
Alabama Partners, LLC                                                 Chapter 7
        Debtor                    **CERTIFICATE OF NOTICE**

District/off: 1126-2        User: lstubblef          Page 1 of 3          Date Rcvd: Jun 20, 2018
                            Form ID: pdf000          Total Noticed: 19

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 22, 2018.
db             +Alabama Partners, LLC,    PO Box 551267,    Jacksonville, FL 32255-1267
aty            +Leah Fiorenza McNeill,    Bryan Cave LLP,    1201 W Peachtree St NW 14tyh Floor,
                 Atlanta, GA 30309-3449
aty             M. Evan Meyers,    Meyers Rodbell & Rosenbaum PA,    6801 Kenilworth Ave Ste 400,
                 Riverdale, MD 20737-1385
aty            +Mark I. Duedall,    Bryan Cave LLP,    1201 W Peachtree St NW 14tyh Floor,
                 Atlanta, GA 30309-3449
br             +Advanced Restaurant Sales,    111 Village Parkway Bldg #2,    Marietta, GA 30067-4013
cr             +Bank of the Ozarks,    Attn. Leasing Division,    12915 Cantrell Rd,    Little Rock, AR 72223-1701
cr             +City of Jasper,    c/o Russell B. Robertson, Esq.,    P.O. Box 498,    Jasper, AL 35502-0498,
                 UNITED STATES 35502-0498
cr             +Customized Distribution, LLC,    % Daniel Sparks,    Christian & Small LLP,
                 1800 Financial Center,    505 North 20th Street,    Birmingham, AL 35203-4633
cr             +DDRM Largo Town Center,    3300 Enterprise Parkway,    3300 Enterprise Parkway,
                 Beachwood, OH 44122-7200
cr             +Direct Capital Corporation,    Engel, Hairston & Johanson, P.C.,
                 Attn: William L. Phillips, III,    P.O. Box 11405,    Birmingham, AL 35202-1405
cr              Prince George's County, Maryland,    c/o M. Evan Meyers,    6801 Kenilworth Ave Ste 400,
                 Riverdale, MD 20737-1385
cr             +Silver Hill II LLC,   c/o Ellis Brazeal Jones Walker,    1819 5th Avenue North,    Suite 1100,
                 Birmingham, AL 35203-2122
cr              US Bank Equipment Finance,    c/o Parnell & Parnell, P.A.,    P.O. Box 2189,
                 Montgomery, AL 36102-2189
cr             +Unifi Equipment Finance, Inc.,    c/o William J. Stapleton, Esq.,    Hooper Hathaway, P.C.,
                 126 Main St.,    Ann Arbor, MI 48104-1945

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            +E-mail/Text: bnc_notices_southern@alnba.uscourts.gov Jun 21 2018 02:37:07      Thomas Corbett,
                 BA Birmingham,    1800 5th Avenue North,    Birmingham, AL 35203-2111
cr             +E-mail/Text: cstewart@Burr.com Jun 21 2018 02:38:25      Checkers Drive-In Restaurants, Inc.,
                 c/o Burr & Forman LLP,    Derek Meek,    420 N 20th St, Ste 3400,    Birmingham, AL 35203-5210
cr             +E-mail/Text: cio.bncmail@irs.gov Jun 21 2018 02:35:38
                 Insolvency Section Internal Revenue Service,    801 Broadway,    MDP 146, Room 285,
                 Nashville, TN 37203-3816
ba             +E-mail/Text: bnc_notices_southern@alnba.uscourts.gov Jun 21 2018 02:37:08      J. Thomas Corbett,
                 Bankruptcy Administrator,    1800 5th Avenue North,    Birmingham, AL 35203-2111
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jun 21 2018 02:41:46      NCEP, LLC Department,
                 Ascension Capital Group,    P.O. Box 165028,    Irving, TX 75016-5028
                                                                                             TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Johnson Service Comp Johnson Service Johnson Servi,    2812 Ruffner Road,    Birmingham
                                                                                  TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 22, 2018                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 20, 2018 at the address(es) listed below:
              Abigail M. McGibbon    on behalf of Interested Party    Little Caesar Enterprises, Inc.
                abigail.mcgibbon@gpmlaw.com
              Charles N Parnell    on behalf of Creditor    US Bank Equipment Finance bkrp@parnellsoutheast.com
              Clyde Ellis Brazeal, III    on behalf of Creditor    Silver Hill II LLC ebrazeal@joneswalker.com,
                dshannon@joneswalker.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

```
              Daniel D Sparks     on behalf of Creditor    Customized Distribution, LLC ddsparks@csattorneys.com,
               dan-sparks-9722@ecf.pacerpro.com
              Derek F Meek     on behalf of Creditor    Checkers Drive-In Restaurants, Inc. dmeek@burr.com,
               mgunnells@burr.com
              Eric C Cotton     on behalf of Creditor    DDRM Largo Town Center ecotton@ddr.com
              Frederick Darrell Clarke, III     on behalf of Debtor    PG County Pizza, Inc. fclarke@rumberger.com,
               mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
              Frederick Darrell Clarke, III     on behalf of Debtor    Maryland Pizza, Inc. fclarke@rumberger.com,
               mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
              Frederick Darrell Clarke, III     on behalf of Debtor    PG County Partners, LLC
               fclarke@rumberger.com,
               mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
              Frederick Darrell Clarke, III     on behalf of Debtor    BamaChex, Inc. fclarke@rumberger.com,
               mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
              Frederick Darrell Clarke, III     on behalf of Debtor    Alabama Partners, LLC fclarke@rumberger.com,
               mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
              Frederick Darrell Clarke, III     on behalf of Debtor    Maryland LC Ventures, LLC
               fclarke@rumberger.com,
               mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
              James Phillip Roberts     on behalf of Creditor    Checkers Drive-In Restaurants, Inc.
               jroberts@burr.com
              Jeffery J Hartley     on behalf of Interested Party    R&F Birmingham, LLC jjh@helmsinglaw.com,
               ktm@helmsinglaw.com;dwc@helmsinglaw.com
              John Christian Saylor     on behalf of Creditor Johnson Service Comp Johnson Service Johnson
               Service Company john@johnsaylorlaw.com,    asst@johnsaylorlaw.com
              Jon A Dudeck     jon_dudeck@alnba.uscourts.gov,     courtmailbir7@alnba.uscourts.gov
              Joseph D. Frank     on behalf of Creditor    Bottling Group, LLC and its affiliates and subsidiaries,
               operating as Pepsi Beverages Company jfrank@fgllp.com,
               ccarpenter@fgllp.com;rheiligman@fgllp.com;jkleinman@fgllp.com
              Julian   Vasek     on behalf of Interested Party Wazir   Kaisani jvasek@haywardfirm.com
              Julian   Vasek     on behalf of Interested Party Pervez   Kaisani jvasek@haywardfirm.com
              Julian   Vasek     on behalf of Interested Party Iqbar   Kaisani jvasek@haywardfirm.com
              Kelley Askew Gillikin     on behalf of Creditor    ALA DEPT OF REVENUE LEGAL DIVISION P O BOX 320001
               MONTGOMERY, AL   36132-0001 kelley.gillikin@revenue.alabama.gov
              Leonard N Math     on behalf of Creditor    BANK OF THE OZARKS noticesnd@chambless-math.com
              Leonard N Math     on behalf of Creditor    Bank of the Ozarks noticesnd@chambless-math.com
              Mark P. Williams     on behalf of Creditor    Unifi Equipment Finance, Inc. mpwilliams@nwkt.com
              Melissa S. Hayward     on behalf of Interested Party Pervez   Kaisani mhayward@haywardfirm.com
               ,   mholmes@haywardfirm.com
              Melissa S. Hayward     on behalf of Interested Party Wazir   Kaisani mhayward@haywardfirm.com
               ,   mholmes@haywardfirm.com
              Melissa S. Hayward     on behalf of Interested Party Iqbar   Kaisani mhayward@haywardfirm.com
               ,   mholmes@haywardfirm.com
              Phillip W. Bohl     on behalf of Interested Party    Little Caesar Enterprises, Inc.
               phillip.bohl@gpmlaw.com
              R. Scott Williams     on behalf of Debtor    Maryland Pizza, Inc. swilliams@rumberger.com,
               docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumber
               ger.com
              R. Scott Williams     on behalf of Debtor    PG County Pizza, Inc. swilliams@rumberger.com,
               docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumber
               ger.com
              R. Scott Williams     on behalf of Debtor    Alabama Partners, LLC swilliams@rumberger.com,
               docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumber
               ger.com
              R. Scott Williams     on behalf of Debtor    PG County Partners, LLC swilliams@rumberger.com,
               docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumber
               ger.com
              R. Scott Williams     on behalf of Debtor    Maryland LC Ventures, LLC swilliams@rumberger.com,
               docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumber
               ger.com
              R. Scott Williams     on behalf of Debtor    BamaChex, Inc. swilliams@rumberger.com,
               docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumber
               ger.com
              Richard E. O'Neal     on behalf of Creditor Insolvency Section    Internal Revenue Service
               USAALN.BANKRUPTCY@usdoj.gov
              Robert H Adams     on behalf of Debtor    Maryland LC Ventures, LLC radams@rumberger.com,
               mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberg
               er.com
              Robert H Adams     on behalf of Debtor    PG County Partners, LLC radams@rumberger.com,
               mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberg
               er.com
              Robert H Adams     on behalf of Debtor    BamaChex, Inc. radams@rumberger.com,
               mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberg
               er.com
              Robert H Adams     on behalf of Debtor    PG County Pizza, Inc. radams@rumberger.com,
               mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberg
               er.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Robert H Adams    on behalf of Debtor    Alabama Partners, LLC radams@rumberger.com,
               mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberg
               er.com
              Robert H Adams    on behalf of Debtor    Maryland Pizza, Inc. radams@rumberger.com,
               mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberg
               er.com
              Russell B Robertson    on behalf of Creditor    City of Jasper rbr@lairdandrobertson.com
              Samuel Carlton Pierce    on behalf of Debtor    BamaChex, Inc. scpierce@bakerdonelson.com
              Thomas E Reynolds    ter@reynoldslegalsolutions.com,
               treynolds@ecf.epiqsystems.com;dnm@reynoldslegalsolutions.com
              William Lee Phillips, III    on behalf of Creditor    Direct Capital Corporation
               bphillips@ehjlaw.com,  docket@ehjlaw.com
                                                                                                    TOTAL: 45
```

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE : | ) | Chapter 7 |
| | ) | |
| ALABAMA PARTNERS, LLC, *et al.*, | ) | Case No. 17–03469-TOM-7 |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |

## ORDER ON ADVANCED RESTAURANT SALES' FIRST APPLICATION FOR COMPENSATION

This matter came before the Court on Advanced Restaurant Sales' First Application for Compensation [Dkt. No. 178] (the "Fee Application"). No objections were filed with the Court and no objections were raised in open court at hearing on the Fee Application. Accordingly, the Court finds that the Fee Application was properly noticed and served.

Wherefore, the Court hereby ORDERS and AWARDS that the Fee Application is GRANTED. Alabama Restaurant Sales is authorized to receive up to $54,000.00 from the proceeds of the purchase of the Alabama assets for which the IRS has a lien.

Further, the Trustee that has been appointed to represent the estate in the Chapter 7 proceeding has been consulted and has no objection to this order.

DONE and so ORDERED this 20th day of June, 2018.

/s/ Tamara O. Mitchell
UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, if any, are: Alabama Partners, LLC (7131); BamaChex, Inc. (6953); Maryland LC Ventures, LLC (6974); Maryland Pizza, Inc. (6929); PG County Partners LLC (2811); and PG County Pizza, Inc. (3902). The service address for each of the Debtors is P.O. Box 551267, Jacksonville, FL 32255.

This Order prepared at the Court's request by:

R. Scott Williams
RUMBERGER, KIRK & CALDWELL, P.C.
2001 Park Place North, Suite 1300
Birmingham, AL 35203
Phone: (205) 327-5550
Facsimile: (205) 326-6786
swilliams@rumberger.com
Attorney for Debtors