UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA - SOUTHERN DIVISION

In the Matter of:

Alabama Partners, LLC } Case No: 17-03469-TOM7
}
DEBTOR(S). }
}
}

## ORDER GRANTING

This matter came before the Court on Monday, June 25, 2018 10:30 AM, for a hearing on the following:

    RE: Doc #266; Trustee's Motion to Reject Lease or Executory Contract (36 Watkins Park Drive, Upper Marlboro, Maryland - Maryland Pizza, Inc.)

Proper notice of the hearing was given and appearances were made by the following:

    Jon A Dudeck (Bankruptcy Administrator)
    Thomas E Reynolds (Trustee)

**It is therefore ORDERED, ADJUDGED and DECREED that:**

    Based on arguments of counsel and the pleadings, the Motion is Granted as set forth in the pleadings.

Dated: 06/27/2018

/s/ TAMARA O. MITCHELL
TAMARA O. MITCHELL
United States Bankruptcy Judge