# Notice Recipients

| | | | |
|---|---|---|---|
| District/Off: 1126−2 | User: rharless | | Date Created: 6/27/2018 |
| Case: 17−03469−TOM7 | Form ID: pdf000 | | Total: 43 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ba | Jon A Dudeck | jon_dudeck@alnba.uscourts.gov |
| tr | Thomas E Reynolds | ter@reynoldslegalsolutions.com |
| aty | Abigail M. McGibbon | abigail.mcgibbon@gpmlaw.com |
| aty | Charles N Parnell | bkrp@parnellsoutheast.com |
| aty | Clyde Ellis Brazeal, III | ebrazeal@joneswalker.com |
| aty | Daniel D Sparks | ddsparks@csattorneys.com |
| aty | Derek F Meek | dmeek@burr.com |
| aty | Eric C Cotton | ecotton@ddr.com |
| aty | Frederick Darrell Clarke, III | fclarke@rumberger.com |
| aty | James Phillip Roberts | jroberts@burr.com |
| aty | Jeffery J Hartley | jjh@helmsinglaw.com |
| aty | John Christian Saylor | john@johnsaylorlaw.com |
| aty | Joseph D. Frank | jfrank@fgllp.com |
| aty | Julian Vasek | jvasek@haywardfirm.com |
| aty | Leonard N Math | noticesnd@chambless−math.com |
| aty | Mark P. Williams | mpwilliams@nwkt.com |
| aty | Melissa S. Hayward | mhayward@haywardfirm.com |
| aty | Phillip W. Bohl | phillip.bohl@gpmlaw.com |
| aty | R. Scott Williams | swilliams@rumberger.com |
| aty | Richard E. O'Neal | USAALN.BANKRUPTCY@usdoj.gov |
| aty | Robert H Adams | radams@rumberger.com |
| aty | Russell B Robertson | rbr@lairdandrobertson.com |
| aty | William Lee Phillips, III | bphillips@ehjlaw.com |

TOTAL: 23

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Alabama Partners, LLC | PO Box 551267   Jacksonville, FL 32255 |
| cr | Customized Distribution, LLC | % Daniel Sparks   Christian & Small LLP   1800 Financial Center   505 North 20th Street   Birmingham, AL 35203 |
| cr | Checkers Drive−In Restaurants, Inc. | c/o Burr & Forman LLP   Derek Meek   420 N 20th St, Ste 3400   Birmingham, AL 35203 |
| ba | J. Thomas Corbett | Bankruptcy Administrator   1800 5th Avenue North   Birmingham, AL 35203 |
| br | Advanced Restaurant Sales | 111 Village Parkway Bldg #2   Marietta, GA 30067 |
| cr | NCEP, LLC Department | Ascension Capital Group   P.O. Box 165028   Irving, TX 75016 |
| cr | Insolvency Section Internal Revenue Service | 801 Broadway   MDP 146, Room 285   Nashville, TN 37203 |
| cr | Silver Hill II LLC | c/o Ellis Brazeal Jones Walker   1819 5th Avenue North   Suite 1100   Birmingham, AL 35203 |
| cr | US Bank Equipment Finance | c/o Parnell & Parnell, P.A.   P.O. Box 2189   Montgomery, AL 36102−2189 |
| cr | City of Jasper | c/o Russell B. Robertson, Esq.   P.O. Box 498   Jasper, AL 35502−0498 UNITED STATES |
| cr | Prince George's County, Maryland | c/o M. Evan Meyers   6801 Kenilworth Ave Ste 400   Riverdale, MD 20737−1385 |
| cr | Bank of the Ozarks | Attn. Leasing Division   12915 Cantrell Rd   Little Rock, AR 72203 |
| cr | Johnson Service Comp Johnson Service | Johnson Service Company   2812 Ruffner Road   Birmingham |
| cr | Direct Capital Corporation | Engel, Hairston & Johanson, P.C.   Attn: William L. Phillips, III   P.O. Box 11405   Birmingham, AL 35202 |
| cr | Unifi Equipment Finance, Inc. | c/o William J. Stapleton, Esq.   Hooper Hathaway, P.C.   126 Main St.   Ann Arbor, MI 48104 |
| cr | DDRM Largo Town Center | 3300 Enterprise Parkway   3300 Enterprise Parkway   Beachwood, OH 44139 |
| aty | Leah Fiorenza McNeill | Bryan Cave LLP   1201 W Peachtree St NW 14tyh Floor   Atlanta, GA 30309 |
| aty | M. Evan Meyers | Meyers Rodbell & Rosenbaum PA   6801 Kenilworth Ave Ste 400   Riverdale, MD 20737−1385 |
| aty | Mark I. Duedall | Bryan Cave LLP   1201 W Peachtree St NW 14tyh Floor   Atlanta, GA 30309 |
| smg | Thomas Corbett | BA Birmingham   1800 5th Avenue North   Birmingham, AL 35203 |

TOTAL: 20