```
                          United States Bankruptcy Court
                           Northern District of Alabama
In re:                                                              Case No. 17-03469-TOM
Alabama Partners, LLC                                               Chapter 7
       Debtor
                              CERTIFICATE OF NOTICE
District/off: 1126-2          User: rharless             Page 1 of 3            Date Rcvd: Jun 27, 2018
                              Form ID: pdf000            Total Noticed: 19


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 29, 2018.
db           +Alabama Partners, LLC,    PO Box 551267,    Jacksonville, FL 32255-1267
aty          +Leah Fiorenza McNeill,    Bryan Cave LLP,    1201 W Peachtree St NW 14tyh Floor,
               Atlanta, GA 30309-3449
aty           M. Evan Meyers,   Meyers Rodbell & Rosenbaum PA,    6801 Kenilworth Ave Ste 400,
               Riverdale, MD 20737-1385
aty          +Mark I. Duedall,   Bryan Cave LLP,    1201 W Peachtree St NW 14tyh Floor,
               Atlanta, GA 30309-3449
br           +Advanced Restaurant Sales,    111 Village Parkway Bldg #2,    Marietta, GA 30067-4013
cr           +Bank of the Ozarks,    Attn. Leasing Division,    12915 Cantrell Rd,   Little Rock, AR 72223-1701
cr           +City of Jasper,   c/o Russell B. Robertson, Esq.,    P.O. Box 498,   Jasper, AL 35502-0498,
               UNITED STATES 35502-0498
cr           +Customized Distribution, LLC,    % Daniel Sparks,    Christian & Small LLP,
               1800 Financial Center,    505 North 20th Street,    Birmingham, AL 35203-4633
cr           +DDRM Largo Town Center,    3300 Enterprise Parkway,    3300 Enterprise Parkway,
               Beachwood, OH 44122-7200
cr           +Direct Capital Corporation,    Engel, Hairston & Johanson, P.C.,
               Attn: William L. Phillips, III,    P.O. Box 11405,   Birmingham, AL 35202-1405
cr            Prince George’s County, Maryland,    c/o M. Evan Meyers,    6801 Kenilworth Ave Ste 400,
               Riverdale, MD 20737-1385
cr           +Silver Hill II LLC,   c/o Ellis Brazeal Jones Walker,    1819 5th Avenue North,   Suite 1100,
               Birmingham, AL 35203-2122
cr            US Bank Equipment Finance,    c/o Parnell & Parnell, P.A.,   P.O. Box 2189,
               Montgomery, AL 36102-2189
cr           +Unifi Equipment Finance, Inc.,    c/o William J. Stapleton, Esq.,    Hooper Hathaway, P.C.,
               126 Main St.,   Ann Arbor, MI 48104-1945

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          +E-mail/Text: bnc_notices_southern@alnba.uscourts.gov Jun 28 2018 01:55:08      Thomas Corbett,
               BA Birmingham,   1800 5th Avenue North,    Birmingham, AL 35203-2111
cr           +E-mail/Text: cstewart@Burr.com Jun 28 2018 01:56:25      Checkers Drive-In Restaurants, Inc.,
               c/o Burr & Forman LLP,    Derek Meek,   420 N 20th St, Ste 3400,    Birmingham, AL 35203-5210
cr           +E-mail/Text: cio.bncmail@irs.gov Jun 28 2018 01:53:32
               Insolvency Section Internal Revenue Service,    801 Broadway,   MDP 146, Room 285,
               Nashville, TN 37203-3816
ba           +E-mail/Text: bnc_notices_southern@alnba.uscourts.gov Jun 28 2018 01:55:08      J. Thomas Corbett,
               Bankruptcy Administrator,    1800 5th Avenue North,   Birmingham, AL 35203-2111
cr           +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jun 28 2018 02:15:49      NCEP, LLC Department,
               Ascension Capital Group,    P.O. Box 165028,   Irving, TX 75016-5028
                                                                                              TOTAL: 5

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            Johnson Service Comp Johnson Service Johnson Servi,   2812 Ruffner Road,    Birmingham
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 29, 2018                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court’s CM/ECF electronic mail (Email)
system on June 27, 2018 at the address(es) listed below:
         Abigail M. McGibbon    on behalf of Interested Party    Little Caesar Enterprises, Inc.
           abigail.mcgibbon@gpmlaw.com
         Charles N Parnell    on behalf of Creditor    US Bank Equipment Finance bkrp@parnellsoutheast.com
         Clyde Ellis Brazeal, III    on behalf of Creditor    Silver Hill II LLC ebrazeal@joneswalker.com,
           dshannon@joneswalker.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Daniel D Sparks    on behalf of Creditor    Customized Distribution, LLC ddsparks@csattorneys.com, dan-sparks-9722@ecf.pacerpro.com
        Derek F Meek    on behalf of Creditor    Checkers Drive-In Restaurants, Inc. dmeek@burr.com, mgunnells@burr.com
        Eric C Cotton    on behalf of Creditor    DDRM Largo Town Center ecotton@ddr.com
        Frederick Darrell Clarke, III    on behalf of Debtor    PG County Pizza, Inc. fclarke@rumberger.com, mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
        Frederick Darrell Clarke, III    on behalf of Debtor    Maryland Pizza, Inc. fclarke@rumberger.com, mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
        Frederick Darrell Clarke, III    on behalf of Debtor    PG County Partners, LLC fclarke@rumberger.com, mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
        Frederick Darrell Clarke, III    on behalf of Debtor    BamaChex, Inc. fclarke@rumberger.com, mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
        Frederick Darrell Clarke, III    on behalf of Debtor    Alabama Partners, LLC fclarke@rumberger.com, mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
        Frederick Darrell Clarke, III    on behalf of Debtor    Maryland LC Ventures, LLC fclarke@rumberger.com, mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
        James Phillip Roberts    on behalf of Creditor    Checkers Drive-In Restaurants, Inc. jroberts@burr.com
        Jeffery J Hartley    on behalf of Interested Party    R&F Birmingham, LLC jjh@helmsinglaw.com, ktm@helmsinglaw.com;dwc@helmsinglaw.com
        John Christian Saylor    on behalf of Creditor Johnson Service Comp Johnson Service Johnson Service Company john@johnsaylorlaw.com, asst@johnsaylorlaw.com
        Jon A Dudeck    jon_dudeck@alnba.uscourts.gov, courtmailbir7@alnba.uscourts.gov
        Joseph D. Frank    on behalf of Creditor    Bottling Group, LLC and its affiliates and subsidiaries, operating as Pepsi Beverages Company jfrank@fgllp.com, ccarpenter@fgllp.com;rheiligman@fgllp.com;jkleinman@fgllp.com
        Julian   Vasek    on behalf of Interested Party Wazir  Kaisani jvasek@haywardfirm.com
        Julian   Vasek    on behalf of Interested Party Pervez  Kaisani jvasek@haywardfirm.com
        Julian   Vasek    on behalf of Interested Party Iqbar  Kaisani jvasek@haywardfirm.com
        Kelley Askew Gillikin    on behalf of Creditor    ALA DEPT OF REVENUE LEGAL DIVISION P O BOX 320001 MONTGOMERY, AL  36132-0001 kelley.gillikin@revenue.alabama.gov
        Leonard N Math    on behalf of Creditor    BANK OF THE OZARKS noticesnd@chambless-math.com
        Leonard N Math    on behalf of Creditor    Bank of the Ozarks noticesnd@chambless-math.com
        Mark P. Williams    on behalf of Creditor    Unifi Equipment Finance, Inc. mpwilliams@nwkt.com
        Melissa S. Hayward    on behalf of Interested Party Pervez  Kaisani mhayward@haywardfirm.com , mholmes@haywardfirm.com
        Melissa S. Hayward    on behalf of Interested Party Wazir  Kaisani mhayward@haywardfirm.com , mholmes@haywardfirm.com
        Melissa S. Hayward    on behalf of Interested Party Iqbar  Kaisani mhayward@haywardfirm.com , mholmes@haywardfirm.com
        Phillip W. Bohl    on behalf of Interested Party    Little Caesar Enterprises, Inc. phillip.bohl@gpmlaw.com
        R. Scott Williams    on behalf of Debtor    Maryland Pizza, Inc. swilliams@rumberger.com, docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumberger.com
        R. Scott Williams    on behalf of Debtor    PG County Pizza, Inc. swilliams@rumberger.com, docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumberger.com
        R. Scott Williams    on behalf of Debtor    Alabama Partners, LLC swilliams@rumberger.com, docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumberger.com
        R. Scott Williams    on behalf of Debtor    PG County Partners, LLC swilliams@rumberger.com, docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumberger.com
        R. Scott Williams    on behalf of Debtor    Maryland LC Ventures, LLC swilliams@rumberger.com, docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumberger.com
        R. Scott Williams    on behalf of Debtor    BamaChex, Inc. swilliams@rumberger.com, docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumberger.com
        Richard E. O'Neal    on behalf of Creditor Insolvency Section   Internal Revenue Service USAALN.BANKRUPTCY@usdoj.gov
        Robert H Adams    on behalf of Debtor    Maryland LC Ventures, LLC radams@rumberger.com, mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberger.com
        Robert H Adams    on behalf of Debtor    PG County Partners, LLC radams@rumberger.com, mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberger.com
        Robert H Adams    on behalf of Debtor    BamaChex, Inc. radams@rumberger.com, mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberger.com
        Robert H Adams    on behalf of Debtor    PG County Pizza, Inc. radams@rumberger.com, mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberger.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Robert H Adams    on behalf of Debtor    Alabama Partners, LLC radams@rumberger.com, mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberger.com

          Robert H Adams    on behalf of Debtor    Maryland Pizza, Inc. radams@rumberger.com, mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberger.com

          Russell B Robertson    on behalf of Creditor    City of Jasper rbr@lairdandrobertson.com

          Samuel Carlton Pierce    on behalf of Debtor    BamaChex, Inc. scpierce@bakerdonelson.com

          Thomas E Reynolds    ter@reynoldslegalsolutions.com, treynolds@ecf.epiqsystems.com;dnm@reynoldslegalsolutions.com

          William Lee Phillips, III    on behalf of Creditor    Direct Capital Corporation bphillips@ehjlaw.com, docket@ehjlaw.com

TOTAL: 45

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA - SOUTHERN DIVISION

**In the Matter of:**

| | |
|---|---|
| Alabama Partners, LLC } | **Case No: 17-03469-TOM7** |
| } | |
| DEBTOR(S). } | |
| } | |
| } | |

## ORDER GRANTING

This matter came before the Court on Monday, June 25, 2018 10:30 AM, for a hearing on the following:

    RE: Doc #266; Trustee's Motion to Reject Lease or Executory Contract (36 Watkins Park Drive, Upper Marlboro, Maryland - Maryland Pizza, Inc.)

Proper notice of the hearing was given and appearances were made by the following:

    Jon A Dudeck (Bankruptcy Administrator)
    Thomas E Reynolds (Trustee)

**It is therefore ORDERED, ADJUDGED and DECREED that:**

    Based on arguments of counsel and the pleadings, the Motion is Granted as set forth in the pleadings.

Dated: 06/27/2018

                                                      /s/ TAMARA O. MITCHELL
                                                      TAMARA O. MITCHELL
                                                      United States Bankruptcy Judge