UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

**In the Matter of:** }
    **ALABAMA PARTNERS, LLC** }    **CASE NO. 17-03469-TOM**
    }
    }    **CHAPTER 7**
    **DEBTOR(S).** }

------------------------

APPLICATION FOR APPROVAL OF
EMPLOYMENT OF PROFESSIONAL PERSON

Pursuant to 11 U.S.C. §327(a) and Bankruptcy Rule 2014(a),

  __X__   the Trustee of the captioned bankruptcy case

  _____   the captioned Debtor-in-Possession in Chapter 11 of the Bankruptcy Code

(hereinafter "Applicant"), requests the Court to approve the employment of Edmond R. Denaburg, CPA, CIRA, CFE, CFF, Christian & Denaburg, PC whose address is 2649 Rocky Ridge Lane, Birmingham, Alabama 35216 as accountant to represent or assist Applicant in carrying out the duties as Trustee under Title 11 of the United States Code. In support of this request, Applicant represents as follows:

1)  The person whose employment is requested (hereinafter "said person")

    a)  is professionally qualified and licensed, if required, for such employment;
    b)  does not hold or represent an interest adverse to the estate;
    c)  is a disinterested person as that term is defined in §101(14) of the Bankruptcy Code; and
    d)  has not served as an examiner in this case.

2) Said person is not employed by and does not represent a creditor in this case unless indicated under a) below.

   a) Said person is employed by or represents the following creditor(s), but Applicant is not aware of any objection by another creditor to said person's employment or of any actual conflict of interest if the employment here requested is approved (if NONE, so state):

   None.

3) The specific facts showing the necessity for the employment here requested are as follows:

   To perform his duties as Trustee, your Applicant requires the services of an accountant to examine the books and records of the Debtor and to discuss his findings with the Trustee regarding same. The Trustee needs an accountant to assist in quantifying the values of certain assets owned by the Estate. The Trustee believes he also needs an accountant to assist in analyzing potential preferential transfers. The Trustee believes he will need an accountant to prepare income tax returns. The accountant may also be needed in analysis of other financial transactions.

4) The professional services to be rendered are as follows:

   The accountant will initially gather information covering the Debtor to determine what services are required and will then report the findings to the Trustee who will then determine the scope of the services.

5) The reasons for the selection of said person are:

   Applicant is informed and believes Edmond R. Denaburg has the appropriate accounting skills and personnel to provide the accounting services required by this estate. He has been involved in over 500 bankruptcy cases and has represented several different bankruptcy trustees and has the experience necessary to perform this type of service.

6) All of said person's connections with the Debtor, creditor, other parties in interest, and with their respective attorneys and accountants, the Bankruptcy Administrator, or any person employed in the office of the Bankruptcy Administrator, are as follows (if NONE, so state):

   No known relationships.

7) Except as stated below, the representations made in this Application with respect to said person apply to each of that person's partners and associates and members of the firm, professional corporation or other entity with whom or with which said person is professionally associated.

   N/A.

8) With the condition that the court may allow different compensation after the conclusion of said person's employment if the terms and conditions here proposed prove to have been improvident in light of developments not capable of being presently anticipated, Applicant proposes the following reasonable terms and conditions of said person's employment:

Retainer (if any):

_____
_____
_____

Allowance for expenses (if any):

Based on substantiation.

Hourly basis for said person and for each other person expected to perform work and to be included in any application for compensation:

Accountants ($140 - $385/hr), Bookkeepers ($95/hr), Non-Accountants ($35 - $95hr). Adjustments are made to hourly rates on July 1 of every year.

Contingent fee basis (if applicable):

_____
_____
_____

Other:

_____
_____
_____

_____
APPLICANT

## VERIFIED STATEMENT OF PERSON TO BE EMPLOYED

I have read the above and foregoing Application. As required by Bankruptcy Rule 2014(a), and in accordance with Bankruptcy Rule 9011(b) and 28 U.S.C. §1746, I declare under penalty of perjury that the statements there made with reference to me and my professional associates are true and correct.

**DATED** this the 9th day of July, 2018.

*[signature]*
Signature of Person to Be Employed

Witness:

*[signature: Angela L. Craig]*