IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

IN THE MATTER OF: )
) **BANKRUPTCY CASE NO:**
**ALABAMA PARTNERS, LLC,** ) **17-03469-TOM-7**
)
**Debtor.** )

## APPLICATION FOR APPROVAL OF
## EMPLOYMENT OF PROFESSIONAL PERSON

Pursuant to 11 U.S.C. §327(a) and Bankruptcy Rule 2014(a),

__X__  the Trustee of the captioned bankruptcy case

_____  the captioned Debtor-in-Possession in Chapter 11 of the *Bankruptcy Code*

_____  the captioned debtor

(hereinafter "Applicant", requests the court to approve the employment of **William Dennis Schilling**, whose address is **P. O. Box 55147, Birmingham, AL 35255-5147** as **attorney** to represent or assist Applicant in carrying out the duties as trustee under Title 11 of the *United States Code*. In support of this request, Applicant represents as follows:

1. The person whose employment is requested (hereinafter "said person")

    (a) is professionally qualified and licensed, if required, for such employment;

    (b) does not hold or represent an interest adverse to the estate;

    (c) is a disinterested person as that term is defined in §101(14) of the *Bankruptcy Code*; and

    (d) has not served as an examiner in this case.

2. Said person is not employed by and does not represent a creditor in this case unless indicated under (a) below.

    (a) Said person is employed by or represents the following creditor(s), but Applicant is not aware of any objection by another creditor to said person's employment or of any actual conflict of interest if the employment here requested is approved: (If NONE, so state)
    **None**

3. The specific facts showing the necessity for the employment here requested are as follows:

   **Complicated case involving analysis of potential causes of action, decision as to whether to file adversary proceeding and if so to prosecute same as well as various other analysis and assistance for which legal assistance is required**

4. The professional services to be rendered are as follows:

   **Attorney for trustee**

5. The reasons for the selection of said person are:

   **Ability, reputation and skill**

6. All of said person's connections with the debtor, creditors, other parties in interest, and with their respective attorneys and accountants, the Bankruptcy Administrator, or any person employed in the office of the Bankruptcy Administrator, are as follows: (If NONE, so state:)

   **None**

7. Except as stated below, the representations made in this Application with respect to said person apply to each of that person's partners and associates and members of the firm, professional corporation or other entity with whom or with which said person is professionally associated.

8. With the conclusion that the Court may allow different compensation after the conclusion of said person's employment if the terms and conditions here proposed prove to have been improvident in light of developments not capable of being presently anticipated, Applicant proposes the following reasonable terms and conditions of said person's employment:

   Retainer (if any):

   Allowance for expenses (if any):

   **To be reimbursed after court approval**

   Hourly basis for said person and for each other person expected to perform work and to be included in any application for compensation:

   **$350.00 per hour for attorney time**
   **$ 90.00 per hour for paralegal time**

Contingent fee basis (if applicable):

Other:

*[signature: Thomas E Reynolds]*
Thomas E. Reynolds, Trustee/Applicant

### VERIFIED STATEMENT OF PERSON TO BE EMPLOYED

I have read the above and foregoing Application. As required by Bankruptcy Rule 2014(a), and in accordance with Bankruptcy Rule 9011(b) and 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

This the 6th day of July, 2018.

*[signature]*
William Dennis Schilling

Witness:
*[signature: Pam Hurst]*