# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE NO. |
| | ) | |
| ALABAMA PARTNERS, LLC, | ) | 17-03469-TOM-11 |
| | ) | |
| Debtor | ) | |

### BANKRUPTCY ADMINISTRATOR'S REQUEST FOR PAYMENT OF UNPAID CHAPTER 11 QUARTERLY FEES

COMES NOW the undersigned, on behalf of the Bankruptcy Administrator for the Northern District of Alabama (hereinafter "B.A."), by and through the undersigned, and hereby requests that an order be entered allowing for payment of unpaid quarterly fees. In support thereof, the B.A. states as follows:

1. On August 11, 2017, ALABAMA PARTNERS, LLC, (the "Debtor") filed a voluntary petition for relief under Chapter 11 of title 11 of the United States Bankruptcy Code.

2. On or about August 25, 2017 an Order was entered whereby this debtor's case was "consolidated for procedural purposes only" along with five other debtors. (Docket No. 71).

3. On or about Monday April 2, 2018 the B. A.'s Motion to Convert to a Chapter 7 was granted and the case was "converted to a case under Chapter 7." (Docket No. 233).

4. Pursuant to 28 U.S.C. § 1930(a)(6A) and (7) quarterly fees are due for each quarter during the period the case remained under Chapter 11, based on disbursements, but with a minimum of $325.00 per quarter.

5. Debtor failed to pay quarterly fees for the periods ending September 30, 2017, December 31, 2017 and March 31, 2018.

6. The Bankruptcy Administrator contends that a quarterly fee is due for the three (3) quarters that the case was pending under Chapter 11.

7. Based upon a review of the Operating Reports and bank statements filed for August 2017 through November 2017, and the minimum quarterly fee due for each quarter of $325.00, the total quarterly fee due is $975.00 (i.e., $325.00 multiplied by three quarters).

8. The unpaid quarterly fees due under 28 U.S.C. § 1930 are assessments entitled to administrative level priority pursuant to 11 U.S.C. §507(a)(2), equal to the Chapter 7 costs of administration. *U.S. Trustee v. Ste-Bri Enterprises, Inc.*, 579 B.R. 448 (N.D. Ohio 2017).

9. The B.A. requests that any payment of quarterly fees be paid directly to: Clerk of Court, U.S. Bankruptcy Court.

WHEREFORE, these premises considered, the Bankruptcy Administrator respectfully requests that this Court: (a) grant the Bankruptcy Administrator's Request for Payment of Unpaid Chapter 11 Quarterly Fees; and (b) provide such other and further relief as is just and proper.

Respectfully submitted this the 11th day of July, 2018.

/s/ Jon A. Dudeck
**Jon A. Dudeck**
Assistant U.S. Bankruptcy Administrator

**OFFICE OF THE BANKRUPTCY ADMINISTRATOR**
Northern District of Alabama
Robert S. Vance Federal Building
1800 Fifth Avenue North
Birmingham, Alabama 35203
(205) 714-3840

CERTIFICATE OF SERVICE

This is to certify that on this 11th day of July 2018, I electronically served a copy of the above pleading filed in the above case to:

Thomas E. Reynolds

William Dennis Schilling

/s/ Jon A. Dudeck
**Jon A. Dudeck**