IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

In re:

ALABAMA PARTNERS, LLC,  ) Case No. 17-03469-TOM-7
  )
  Debtor. )

## ORDER APPROVING EMPLOYMENT OF
## ATTORNEY FOR TRUSTEE

This proceeding having come before the Court on the Application of the Trustee, Thomas E. Reynolds, for the approval of the employment of **William Dennis Schilling**, as **General Counsel for the Trustee**; no notice having been necessary; and it appearing to the Court that the Application and the Verified Statement of the Attorney to be employed meets the requirements of the Bankruptcy Code and Rules for such employment, and that it is in the best interest of the bankruptcy estate that such employment be approved; now therefore,

It is **ORDERED, ADJUDGED, AND DECREED** that William Dennis Schilling shall be and hereby is **APPROVED** as General Counsel for the Trustee; it is further **ORDERED** that reasonable compensation and reimbursement for actual and necessary expenses under Section 330(a) and Section 331 of the Bankruptcy Code may be paid to said professional only as approved by this Court on application after notice and hearing pursuant to Rule 2016 of the Federal Rules of Bankruptcy Procedure.  **A COURTESY COPY OF ALL FEE APPLICATIONS SHALL BE PROVIDED TO THE JUDGE WHEN FILED WITH THE CLERK.**

Dated: July 11, 2018

                                                     /s/ Tamara O. Mitchell
                                                     TAMARA O. MITCHELL
                                                     United States Bankruptcy Judge

TOM/af

xc:     Debtor
           Rumberger, Kirk & Caldwell, P.C., Attorney for Debtor
           Thomas E. Reynolds, Trustee
           Bankruptcy Administrator
           William Dennis Schilling, as General Counsel for Trustee