IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

In re:

ALABAMA PARTNERS, LLC,    )    Case No. 17-03469-TOM-7
                          )
         Debtor(s).       )

NOTICE AND ORDER
APPROVING EMPLOYMENT OF
ACCOUNTANT

Notice is hereby given that on July 9, 2018, Thomas E. Reynolds, filed an Application to Employ **Edmond R. Denaburg, CPA, CIRA, CFE, CFF, of Christian & Denaburg, PC,** as **Accountant for the Trustee**. It appears to the Court that the Application and Verified Statement of the Accountant to be employed meet the requirements of the Bankruptcy Code and Rules for such employment, and that it is in the best interest of the bankruptcy estate that such employment be approved subject to an opportunity for objections; now therefore,

It is **ORDERED, ADJUDGED, AND DECREED** that Edmond R. Denaburg, shall be and hereby is **APPROVED** as Accountant for the Trustee unless an objection to the employment is filed within 21 days of the date of entry of this Notice and Order. If a written objection is filed, a hearing will be scheduled to consider both the application and the objection.

Applicant has requested compensation based upon an hourly basis and the total amount of fees will be determined after Applicant properly files an Application for Compensation.

It is further **ORDERED** that if no objection is timely filed, the employment is approved and reasonable compensation and reimbursement for actual and necessary expenses under Section 330(a) and Section 331 of the Bankruptcy Code may be paid to said professional only as approved by this Court on application after notice and hearing pursuant to Rule 2016 of the Federal Rules of Bankruptcy Procedure. **A COURTESY COPY OF ALL FEE APPLICATIONS SHALL BE PROVIDED TO THE JUDGE WHEN FILED.**

Dated:     July 11, 2018                /s/ Tamara O. Mitchell
                                        TAMARA O. MITCHELL
                                        United States Bankruptcy Judge

TOM/af

xc:    Debtor(s)
       Rumberger, Kirk & Caldwell, Attorney for Debtor(s)
       Thomas E. Reynolds, Chapter 7 Trustee
       Edmond R. Denaburg, Accountant for the Trustee
       Bankruptcy Administrator