IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: | BANKRUPTCY CASE NO: |
| ALABAMA PARTNERS, LLC, | 17-03469-TOM-7 |
| Debtor. | |
| IN RE: | BANKRUPTCY CASE NO: |
| BAMACHEX, INC., | 17-03471-TOM-7 |
| Debtor. | |
| IN RE: | BANKRUPTCY CASE NO: |
| MARYLAND LC VENTURES, LLC, | 17-03472-TOM-7 |
| Debtor. | |
| IN RE: | BANKRUPTCY CASE NO: |
| MARYLAND PIZZA, INC., | 17-03473-TOM-7 |
| Debtor. | |
| IN RE: | BANKRUPTCY CASE NO: |
| PG COUNTY PARTNERS, LLC, | 17-03474-TOM-7 |
| Debtor. | |
| IN RE: | BANKRUPTCY CASE NO: |
| PG COUNTY PIZZA, INC., | 17-03475-TOM-7 |
| Debtor. | |

**MOTION TO CONFIRM**

Comes now, Thomas E. Reynolds, trustee of the bankruptcy estate of Alabama Partners, LLC ("Reynolds"), and moves this court to confirm that the order of conversion

(Docket #233) converted all of the above styled cases to proceedings under chapter 7. In support of this motion, Reynolds would show this court as follows:

1. All six cases were filed as chapter 11 cases.

2. On August 25, 2017, this Court entered an order for joint administrative of all six cases under the Alabama Partners banner (Docket #71).

3. On April 2, 2018, this Court entered an order in the Alabama Partners case converting same to a proceeding under chapter 7 (Docket #233).

4. Reynolds believes it was the Court's intention to convert all six of the above styled cases to chapter 7.

WHEREFORE, Premises Considered, Reynolds prays this Court will enter an order confirming that all six cases were converted to chapter 7. Reynolds prays for such further and additional relief as this Court deems appropriate.

Respectfully submitted,

/s/William Dennis Schilling
William Dennis Schilling
Attorney for Trustee

Of Counsel:

William Dennis Schilling
Attorney at Law
P. O. Box 55147
Birmingham, AL 35255-5147
205-328-0464
wdschilling@bham.rr.com

Case 17-03469-TOM7    Doc 285    Filed 07/13/18    Entered 07/13/18 11:33:02    Desc Main
Document    Page 2 of 2