```
                          United States Bankruptcy Court
                           Northern District of Alabama
```

In re:                                                              Case No. 17-03469-TOM
Alabama Partners, LLC                                               Chapter 7
         Debtor
                              **CERTIFICATE OF NOTICE**

District/off: 1126-2          User: lstubblef          Page 1 of 3          Date Rcvd: Jul 11, 2018
                              Form ID: pdf000          Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 13, 2018.
```
db             +Alabama Partners, LLC,    PO Box 551267,    Jacksonville, FL 32255-1267
aty            +Leah Fiorenza McNeill,    Bryan Cave LLP,    1201 W Peachtree St NW 14tyh Floor,
                 Atlanta, GA 30309-3449
aty             M. Evan Meyers,   Meyers Rodbell & Rosenbaum PA,    6801 Kenilworth Ave Ste 400,
                 Riverdale, MD 20737-1385
aty            +Mark I. Duedall,    Bryan Cave LLP,    1201 W Peachtree St NW 14tyh Floor,
                 Atlanta, GA 30309-3449
br             +Advanced Restaurant Sales,    111 Village Parkway Bldg #2,    Marietta, GA 30067-4013
cr             +Bank of the Ozarks,    Attn. Leasing Division,    12915 Cantrell Rd,    Little Rock, AR 72223-1701
cr             +City of Jasper,   c/o Russell B. Robertson, Esq.,    P.O. Box 498,    Jasper, AL  35502-0498,
                 UNITED STATES 35502-0498
cr             +Customized Distribution, LLC,    % Daniel Sparks,    Christian & Small LLP,
                 1800 Financial Center,    505 North 20th Street,    Birmingham, AL 35203-4633
cr             +DDRM Largo Town Center,    3300 Enterprise Parkway,    3300 Enterprise Parkway,
                 Beachwood, OH 44122-7200
cr             +Direct Capital Corporation,    Engel, Hairston & Johanson, P.C.,
                 Attn: William L. Phillips, III,    P.O. Box 11405,    Birmingham, AL 35202-1405
acc            +Edmond R Denaburg,    Christian & Denaburg, PC,    2649 Rocky Ridge Lane,
                 Birmingham, Al 35216-4809
cr              Prince George's County, Maryland,    c/o M. Evan Meyers,    6801 Kenilworth Ave Ste 400,
                 Riverdale, MD  20737-1385
cr             +Silver Hill II LLC,    c/o Ellis Brazeal Jones Walker,    1819 5th Avenue North,    Suite 1100,
                 Birmingham, AL 35203-2122
cr              US Bank Equipment Finance,    c/o Parnell & Parnell, P.A.,    P.O. Box 2189,
                 Montgomery, AL  36102-2189
cr             +Unifi Equipment Finance, Inc.,    c/o William J. Stapleton, Esq.,    Hooper Hathaway, P.C.,
                 126 Main St.,    Ann Arbor, MI 48104-1945
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            +E-mail/Text: bnc_notices_southern@alnba.uscourts.gov Jul 12 2018 02:15:08      Thomas Corbett,
                 BA Birmingham,    1800 5th Avenue North,    Birmingham, AL 35203-2111
cr             +E-mail/Text: cstewart@Burr.com Jul 12 2018 02:16:09      Checkers Drive-In Restaurants, Inc.,
                 c/o Burr & Forman LLP,    Derek Meek,    420 N 20th St, Ste 3400,    Birmingham, AL 35203-5210
cr             +E-mail/Text: cio.bncmail@irs.gov Jul 12 2018 02:13:40
                 Insolvency Section Internal Revenue Service,    801 Broadway,    MDP 146, Room 285,
                 Nashville, TN 37203-3816
ba             +E-mail/Text: bnc_notices_southern@alnba.uscourts.gov Jul 12 2018 02:15:08      J. Thomas Corbett,
                 Bankruptcy Administrator,    1800 5th Avenue North,    Birmingham, AL 35203-2111
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jul 12 2018 02:23:44      NCEP, LLC Department,
                 Ascension Capital Group,    P.O. Box 165028,    Irving, TX 75016-5028
                                                                                               TOTAL: 5

              ***** BYPASSED RECIPIENTS  (undeliverable, * duplicate) *****
cr              Johnson Service Comp Johnson Service Johnson Servi,     2812 Ruffner Road,    Birmingham
                                                                                              TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2018                              Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 11, 2018 at the address(es) listed below:
```
              Abigail M. McGibbon    on behalf of Interested Party    Little Caesar Enterprises, Inc.
               abigail.mcgibbon@gpmlaw.com
              Charles N Parnell    on behalf of Creditor    US Bank Equipment Finance bkrp@parnellsoutheast.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Clyde Ellis Brazeal, III    on behalf of Creditor    Silver Hill II LLC ebrazeal@joneswalker.com, dshannon@joneswalker.com

          Daniel D Sparks    on behalf of Creditor    Customized Distribution, LLC ddsparks@csattorneys.com, dan-sparks-9722@ecf.pacerpro.com

          Derek F Meek    on behalf of Creditor    Checkers Drive-In Restaurants, Inc. dmeek@burr.com, mgunnells@burr.com

          Eric C Cotton    on behalf of Creditor    DDRM Largo Town Center ecotton@ddr.com

          Frederick Darrell Clarke, III    on behalf of Debtor    PG County Pizza, Inc. fclarke@rumberger.com, mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com

          Frederick Darrell Clarke, III    on behalf of Debtor    Maryland Pizza, Inc. fclarke@rumberger.com, mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com

          Frederick Darrell Clarke, III    on behalf of Debtor    PG County Partners, LLC fclarke@rumberger.com, mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com

          Frederick Darrell Clarke, III    on behalf of Debtor    BamaChex, Inc. fclarke@rumberger.com, mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com

          Frederick Darrell Clarke, III    on behalf of Debtor    Alabama Partners, LLC fclarke@rumberger.com, mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com

          Frederick Darrell Clarke, III    on behalf of Debtor    Maryland LC Ventures, LLC fclarke@rumberger.com, mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com

          James Phillip Roberts    on behalf of Creditor    Checkers Drive-In Restaurants, Inc. jroberts@burr.com

          Jeffery J Hartley    on behalf of Interested Party    R&F Birmingham, LLC jjh@helmsinglaw.com, ktm@helmsinglaw.com;dwc@helmsinglaw.com

          John Christian Saylor    on behalf of Creditor Johnson Service Comp Johnson Service Johnson Service Company john@johnsaylorlaw.com, asst@johnsaylorlaw.com

          Jon A Dudeck    jon_dudeck@alnba.uscourts.gov, courtmailbir7@alnba.uscourts.gov

          Joseph D. Frank    on behalf of Creditor    Bottling Group, LLC and its affiliates and subsidiaries, operating as Pepsi Beverages Company jfrank@fgllp.com, ccarpenter@fgllp.com;rheiligman@fgllp.com;jkleinman@fgllp.com

          Julian  Vasek    on behalf of Interested Party Wazir  Kaisani jvasek@haywardfirm.com

          Julian  Vasek    on behalf of Interested Party Pervez  Kaisani jvasek@haywardfirm.com

          Julian  Vasek    on behalf of Interested Party Iqbar  Kaisani jvasek@haywardfirm.com

          Kelley Askew Gillikin    on behalf of Creditor    ALA DEPT OF REVENUE LEGAL DIVISION P O BOX 320001 MONTGOMERY, AL  36132-0001 kelley.gillikin@revenue.alabama.gov

          Leonard N Math    on behalf of Creditor    BANK OF THE OZARKS noticesnd@chambless-math.com

          Leonard N Math    on behalf of Creditor    Bank of the Ozarks noticesnd@chambless-math.com

          Mark P. Williams    on behalf of Creditor    Unifi Equipment Finance, Inc. mpwilliams@nwkt.com

          Melissa S. Hayward    on behalf of Interested Party Pervez  Kaisani mhayward@haywardfirm.com , mholmes@haywardfirm.com

          Melissa S. Hayward    on behalf of Interested Party Wazir  Kaisani mhayward@haywardfirm.com , mholmes@haywardfirm.com

          Melissa S. Hayward    on behalf of Interested Party Iqbar  Kaisani mhayward@haywardfirm.com , mholmes@haywardfirm.com

          Phillip W. Bohl    on behalf of Interested Party    Little Caesar Enterprises, Inc. phillip.bohl@gpmlaw.com

          R. Scott Williams    on behalf of Debtor    Maryland Pizza, Inc. swilliams@rumberger.com, docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumberger.com

          R. Scott Williams    on behalf of Debtor    PG County Pizza, Inc. swilliams@rumberger.com, docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumberger.com

          R. Scott Williams    on behalf of Debtor    Alabama Partners, LLC swilliams@rumberger.com, docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumberger.com

          R. Scott Williams    on behalf of Debtor    PG County Partners, LLC swilliams@rumberger.com, docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumberger.com

          R. Scott Williams    on behalf of Debtor    Maryland LC Ventures, LLC swilliams@rumberger.com, docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumberger.com

          R. Scott Williams    on behalf of Debtor    BamaChex, Inc. swilliams@rumberger.com, docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumberger.com

          Richard E. O'Neal    on behalf of Creditor Insolvency Section    Internal Revenue Service USAALN.BANKRUPTCY@usdoj.gov

          Robert H Adams    on behalf of Debtor    Maryland LC Ventures, LLC radams@rumberger.com, mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberger.com

          Robert H Adams    on behalf of Debtor    PG County Partners, LLC radams@rumberger.com, mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberger.com

          Robert H Adams    on behalf of Debtor    BamaChex, Inc. radams@rumberger.com, mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberger.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

         Robert H Adams    on behalf of Debtor    PG County Pizza, Inc. radams@rumberger.com, mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberger.com

         Robert H Adams    on behalf of Debtor    Alabama Partners, LLC radams@rumberger.com, mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberger.com

         Robert H Adams    on behalf of Debtor    Maryland Pizza, Inc. radams@rumberger.com, mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberger.com

         Russell B Robertson    on behalf of Creditor    City of Jasper rbr@lairdandrobertson.com

         Samuel Carlton Pierce    on behalf of Debtor    BamaChex, Inc. scpierce@bakerdonelson.com

         Thomas E Reynolds    ter@reynoldslegalsolutions.com, treynolds@ecf.epiqsystems.com;dnm@reynoldslegalsolutions.com

         William Dennis Schilling    wdschilling@bham.rr.com

         William Lee Phillips, III    on behalf of Creditor    Direct Capital Corporation bphillips@ehjlaw.com, docket@ehjlaw.com

         TOTAL: 46

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

In re:

ALABAMA PARTNERS, LLC,　　　　）　　　Case No. 17-03469-TOM-7
　　　　　　　　　　　　　　　　）
　　　　Debtor.　　　　　　　　　）

## ORDER APPROVING EMPLOYMENT OF
## ATTORNEY FOR TRUSTEE

　　　　This proceeding having come before the Court on the Application of the Trustee, Thomas E. Reynolds, for the approval of the employment of **William Dennis Schilling**, as **General Counsel for the Trustee**; no notice having been necessary; and it appearing to the Court that the Application and the Verified Statement of the Attorney to be employed meets the requirements of the Bankruptcy Code and Rules for such employment, and that it is in the best interest of the bankruptcy estate that such employment be approved; now therefore,

　　　　It is **ORDERED, ADJUDGED, AND DECREED** that William Dennis Schilling shall be and hereby is **APPROVED** as General Counsel for the Trustee; it is further **ORDERED** that reasonable compensation and reimbursement for actual and necessary expenses under Section 330(a) and Section 331 of the Bankruptcy Code may be paid to said professional only as approved by this Court on application after notice and hearing pursuant to Rule 2016 of the Federal Rules of Bankruptcy Procedure. **A COURTESY COPY OF ALL FEE APPLICATIONS SHALL BE PROVIDED TO THE JUDGE WHEN FILED WITH THE CLERK.**

Dated: July 11, 2018

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Tamara O. Mitchell
　　　　　　　　　　　　　　　　　　　　　　　　TAMARA O. MITCHELL
　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

TOM/af

xc:　　Debtor
　　　　Rumberger, Kirk & Caldwell, P.C., Attorney for Debtor
　　　　Thomas E. Reynolds, Trustee
　　　　Bankruptcy Administrator
　　　　William Dennis Schilling, as General Counsel for Trustee