```
                          United States Bankruptcy Court
                          Northern District of Alabama
In re:                                                              Case No. 17-03469-TOM
Alabama Partners, LLC                                               Chapter 7
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 1126-2          User: lstubblef            Page 1 of 3         Date Rcvd: Jul 11, 2018
                              Form ID: pdf000            Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 13, 2018.
db             +Alabama Partners, LLC,    PO Box 551267,    Jacksonville, FL 32255-1267
aty            +Leah Fiorenza McNeill,    Bryan Cave LLP,    1201 W Peachtree St NW 14tyh Floor,
                 Atlanta, GA 30309-3449
aty             M. Evan Meyers,    Meyers Rodbell & Rosenbaum PA,    6801 Kenilworth Ave Ste 400,
                 Riverdale, MD 20737-1385
aty            +Mark I. Duedall,    Bryan Cave LLP,    1201 W Peachtree St NW 14tyh Floor,
                 Atlanta, GA 30309-3449
br             +Advanced Restaurant Sales,    111 Village Parkway Bldg #2,    Marietta, GA 30067-4013
cr             +Bank of the Ozarks,    Attn. Leasing Division,    12915 Cantrell Rd,    Little Rock, AR 72223-1701
cr             +City of Jasper,    c/o Russell B. Robertson, Esq.,    P.O. Box 498,    Jasper, AL  35502-0498,
                 UNITED STATES 35502-0498
cr             +Customized Distribution, LLC,    % Daniel Sparks,    Christian & Small LLP,
                 1800 Financial Center,    505 North 20th Street,    Birmingham, AL 35203-4633
cr             +DDRM Largo Town Center,    3300 Enterprise Parkway,    3300 Enterprise Parkway,
                 Beachwood, OH 44122-7200
cr             +Direct Capital Corporation,    Engel, Hairston & Johanson, P.C.,
                 Attn: William L. Phillips, III,    P.O. Box 11405,    Birmingham, AL 35202-1405
acc            +Edmond R Denaburg,    Christian & Denaburg, PC,    2649 Rocky Ridge Lane,
                 Birmingham, Al 35216-4809
cr              Prince George's County, Maryland,    c/o M. Evan Meyers,    6801 Kenilworth Ave Ste 400,
                 Riverdale, MD  20737-1385
cr             +Silver Hill II LLC,    c/o Ellis Brazeal Jones Walker,    1819 5th Avenue North,    Suite 1100,
                 Birmingham, AL 35203-2122
cr              US Bank Equipment Finance,    c/o Parnell & Parnell, P.A.,    P.O. Box 2189,
                 Montgomery, AL  36102-2189
cr             +Unifi Equipment Finance, Inc.,    c/o William J. Stapleton, Esq.,    Hooper Hathaway, P.C.,
                 126 Main St.,    Ann Arbor, MI 48104-1945

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            +E-mail/Text: bnc_notices_southern@alnba.uscourts.gov Jul 12 2018 02:15:05     Thomas Corbett,
                 BA Birmingham,    1800 5th Avenue North,    Birmingham, AL 35203-2111
cr             +E-mail/Text: cstewart@Burr.com Jul 12 2018 02:16:09     Checkers Drive-In Restaurants, Inc.,
                 c/o Burr & Forman LLP,    Derek Meek,    420 N 20th St, Ste 3400,    Birmingham, AL 35203-5210
cr             +E-mail/Text: cio.bncmail@irs.gov Jul 12 2018 02:13:38
                 Insolvency Section Internal Revenue Service,    801 Broadway,    MDP 146, Room 285,
                 Nashville, TN 37203-3816
ba             +E-mail/Text: bnc_notices_southern@alnba.uscourts.gov Jul 12 2018 02:15:06     J. Thomas Corbett,
                 Bankruptcy Administrator,    1800 5th Avenue North,    Birmingham, AL 35203-2111
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jul 12 2018 02:25:29     NCEP, LLC Department,
                 Ascension Capital Group,    P.O. Box 165028,    Irving, TX 75016-5028
                                                                                               TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Johnson Service Comp Johnson Service Johnson Servi,    2812 Ruffner Road,    Birmingham
                                                                                     TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 11, 2018 at the address(es) listed below:
              Abigail M. McGibbon    on behalf of Interested Party    Little Caesar Enterprises, Inc.
               abigail.mcgibbon@gpmlaw.com
              Charles N Parnell    on behalf of Creditor    US Bank Equipment Finance bkrp@parnellsoutheast.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

              Clyde Ellis Brazeal, III    on behalf of Creditor    Silver Hill II LLC ebrazeal@joneswalker.com,
               dshannon@joneswalker.com
              Daniel D Sparks    on behalf of Creditor    Customized Distribution, LLC ddsparks@csattorneys.com,
               dan-sparks-9722@ecf.pacerpro.com
              Derek F Meek    on behalf of Creditor    Checkers Drive-In Restaurants, Inc. dmeek@burr.com,
               mgunnells@burr.com
              Eric C Cotton    on behalf of Creditor    DDRM Largo Town Center ecotton@ddr.com
              Frederick Darrell Clarke, III    on behalf of Debtor    PG County Pizza, Inc. fclarke@rumberger.com,
               mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
              Frederick Darrell Clarke, III    on behalf of Debtor    Maryland Pizza, Inc. fclarke@rumberger.com,
               mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
              Frederick Darrell Clarke, III    on behalf of Debtor    PG County Partners, LLC
               fclarke@rumberger.com,
               mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
              Frederick Darrell Clarke, III    on behalf of Debtor    BamaChex, Inc. fclarke@rumberger.com,
               mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
              Frederick Darrell Clarke, III    on behalf of Debtor    Alabama Partners, LLC fclarke@rumberger.com,
               mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
              Frederick Darrell Clarke, III    on behalf of Debtor    Maryland LC Ventures, LLC
               fclarke@rumberger.com,
               mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
              James Phillip Roberts    on behalf of Creditor    Checkers Drive-In Restaurants, Inc.
               jroberts@burr.com
              Jeffery J Hartley    on behalf of Interested Party    R&F Birmingham, LLC jjh@helmsinglaw.com,
               ktm@helmsinglaw.com;dwc@helmsinglaw.com
              John Christian Saylor    on behalf of Creditor Johnson Service Comp Johnson Service Johnson
               Service Company john@johnsaylorlaw.com,    asst@johnsaylorlaw.com
              Jon A Dudeck     jon_dudeck@alnba.uscourts.gov,    courtmailbir7@alnba.uscourts.gov
              Joseph D. Frank    on behalf of Creditor    Bottling Group, LLC and its affiliates and subsidiaries,
               operating as Pepsi Beverages Company jfrank@fgllp.com,
               ccarpenter@fgllp.com;rheiligman@fgllp.com;jkleinman@fgllp.com
              Julian  Vasek    on behalf of Interested Party Wazir  Kaisani jvasek@haywardfirm.com
              Julian  Vasek    on behalf of Interested Party Pervez  Kaisani jvasek@haywardfirm.com
              Julian  Vasek    on behalf of Interested Party Iqbar  Kaisani jvasek@haywardfirm.com
              Kelley Askew Gillikin    on behalf of Creditor    ALA DEPT OF REVENUE LEGAL DIVISION P O BOX 320001
               MONTGOMERY, AL   36132-0001 kelley.gillikin@revenue.alabama.gov
              Leonard N Math    on behalf of Creditor    BANK OF THE OZARKS noticesnd@chambless-math.com
              Leonard N Math    on behalf of Creditor    Bank of the Ozarks noticesnd@chambless-math.com
              Mark P. Williams    on behalf of Creditor    Unifi Equipment Finance, Inc. mpwilliams@nwkt.com
              Melissa S. Hayward    on behalf of Interested Party Pervez  Kaisani mhayward@haywardfirm.com
               ,   mholmes@haywardfirm.com
              Melissa S. Hayward    on behalf of Interested Party Wazir  Kaisani mhayward@haywardfirm.com
               ,   mholmes@haywardfirm.com
              Melissa S. Hayward    on behalf of Interested Party Iqbar  Kaisani mhayward@haywardfirm.com
               ,   mholmes@haywardfirm.com
              Phillip W. Bohl    on behalf of Interested Party    Little Caesar Enterprises, Inc.
               phillip.bohl@gpmlaw.com
              R. Scott Williams    on behalf of Debtor    Maryland Pizza, Inc. swilliams@rumberger.com,
               docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumber
               ger.com
              R. Scott Williams    on behalf of Debtor    PG County Pizza, Inc. swilliams@rumberger.com,
               docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumber
               ger.com
              R. Scott Williams    on behalf of Debtor    Alabama Partners, LLC swilliams@rumberger.com,
               docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumber
               ger.com
              R. Scott Williams    on behalf of Debtor    PG County Partners, LLC swilliams@rumberger.com,
               docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumber
               ger.com
              R. Scott Williams    on behalf of Debtor    Maryland LC Ventures, LLC swilliams@rumberger.com,
               docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumber
               ger.com
              R. Scott Williams    on behalf of Debtor    BamaChex, Inc. swilliams@rumberger.com,
               docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumber
               ger.com
              Richard E. O'Neal    on behalf of Creditor Insolvency Section    Internal Revenue Service
               USAALN.BANKRUPTCY@usdoj.gov
              Robert H Adams    on behalf of Debtor    Maryland LC Ventures, LLC radams@rumberger.com,
               mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberg
               er.com
              Robert H Adams    on behalf of Debtor    PG County Partners, LLC radams@rumberger.com,
               mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberg
               er.com
              Robert H Adams    on behalf of Debtor    BamaChex, Inc. radams@rumberger.com,
               mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberg
               er.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Robert H Adams    on behalf of Debtor   PG County Pizza, Inc. radams@rumberger.com,
           mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberger.com

          Robert H Adams    on behalf of Debtor   Alabama Partners, LLC radams@rumberger.com,
           mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberger.com

          Robert H Adams    on behalf of Debtor   Maryland Pizza, Inc. radams@rumberger.com,
           mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberger.com

          Russell B Robertson    on behalf of Creditor   City of Jasper rbr@lairdandrobertson.com
          Samuel Carlton Pierce    on behalf of Debtor   BamaChex, Inc. scpierce@bakerdonelson.com
          Thomas E Reynolds    ter@reynoldslegalsolutions.com,
           treynolds@ecf.epiqsystems.com;dnm@reynoldslegalsolutions.com
          William Dennis Schilling     wdschilling@bham.rr.com
          William Lee Phillips, III    on behalf of Creditor   Direct Capital Corporation
           bphillips@ehjlaw.com,  docket@ehjlaw.com

                                                              TOTAL: 46

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

In re:

ALABAMA PARTNERS, LLC,       )      Case No. 17-03469-TOM-7
                             )
        Debtor(s).           )

**NOTICE AND ORDER
APPROVING EMPLOYMENT OF
ACCOUNTANT**

Notice is hereby given that on July 9, 2018, Thomas E. Reynolds, filed an Application to Employ **Edmond R. Denaburg, CPA, CIRA, CFE, CFF, of Christian & Denaburg, PC,** as **Accountant for the Trustee**. It appears to the Court that the Application and Verified Statement of the Accountant to be employed meet the requirements of the Bankruptcy Code and Rules for such employment, and that it is in the best interest of the bankruptcy estate that such employment be approved subject to an opportunity for objections; now therefore,

It is **ORDERED, ADJUDGED, AND DECREED** that Edmond R. Denaburg, shall be and hereby is **APPROVED** as Accountant for the Trustee unless an objection to the employment is filed within 21 days of the date of entry of this Notice and Order. If a written objection is filed, a hearing will be scheduled to consider both the application and the objection.

Applicant has requested compensation based upon an hourly basis and the total amount of fees will be determined after Applicant properly files an Application for Compensation.

It is further **ORDERED** that if no objection is timely filed, the employment is approved and reasonable compensation and reimbursement for actual and necessary expenses under Section 330(a) and Section 331 of the Bankruptcy Code may be paid to said professional only as approved by this Court on application after notice and hearing pursuant to Rule 2016 of the Federal Rules of Bankruptcy Procedure. **A COURTESY COPY OF ALL FEE APPLICATIONS SHALL BE PROVIDED TO THE JUDGE WHEN FILED.**

Dated:      July 11, 2018                /s/ Tamara O. Mitchell
                                         TAMARA O. MITCHELL
                                         United States Bankruptcy Judge

TOM/af

xc:     Debtor(s)
        Rumberger, Kirk & Caldwell, Attorney for Debtor(s)
        Thomas E. Reynolds, Chapter 7 Trustee
        Edmond R. Denaburg, Accountant for the Trustee
        Bankruptcy Administrator