# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA - SOUTHERN DIVISION

**In the Matter of:**

Alabama Partners, LLC  } **Case No: 17-03469-TOM7**
}
DEBTOR(S).  }
}
}

## ORDER

This matter came before the Court on Monday, August 06, 2018 10:30 AM, for a hearing on the following:

1) RE: Doc #285; Trustee's Motion to Confirm Case was Converted to Chapter 7
2) RE: Doc #281; Bankruptcy Administrator's Request for Payment of Unpaid Chapter 11 Quarterly Fees

Proper notice of the hearing was given and appearances were made by the following:

Jon A Dudeck (Bankruptcy Administrator)
R. Scott Williams, attorney for Alabama Partners, LLC (Debtor)
Thomas E Reynolds (Trustee)
William Dennis Schilling, attorney for Thomas E Reynolds (Trustee) - by phone

**It is therefore ORDERED, ADJUDGED and DECREED that:**

1) Based on arguments of counsel and the pleadings, the Trustee's Motion is Granted confirming that this case was converted to Chapter 7 of Title 11 of the United States Code on April 2, 2018.

2) Based on arguments of counsel and the pleadings, the Bankruptcy Administrator's Request is Granted in part and the Bankruptcy Administrator is allowed an administrative expense claim for unpaid quarterly fees while the case was pending as a Chapter 11 in the amount of $975.00.

Dated: 08/07/2018

/s/ TAMARA O. MITCHELL
TAMARA O. MITCHELL
United States Bankruptcy Judge