```
                          United States Bankruptcy Court
                          Northern District of Alabama
```

In re:                                                                Case No. 17-03469-TOM
Alabama Partners, LLC                                                 Chapter 7
         Debtor
                              **CERTIFICATE OF NOTICE**

District/off: 1126-2            User: ltumlin              Page 1 of 3              Date Rcvd: Aug 07, 2018
                                Form ID: pdf000            Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 09, 2018.
```
db          +Alabama Partners, LLC,    PO Box 551267,    Jacksonville, FL 32255-1267
aty         +Leah Fiorenza McNeill,    Bryan Cave LLP,    1201 W Peachtree St NW 14tyh Floor,
              Atlanta, GA 30309-3449
aty          M. Evan Meyers,    Meyers Rodbell & Rosenbaum PA,    6801 Kenilworth Ave Ste 400,
              Riverdale, MD 20737-1385
aty         +Mark I. Duedall,    Bryan Cave LLP,    1201 W Peachtree St NW 14tyh Floor,
              Atlanta, GA 30309-3449
br          +Advanced Restaurant Sales,    111 Village Parkway Bldg #2,    Marietta, GA 30067-4013
cr          +Bank of the Ozarks,    Attn. Leasing Division,    12915 Cantrell Rd,    Little Rock, AR 72223-1701
cr          +City of Jasper,   c/o Russell B. Robertson, Esq.,    P.O. Box 498,    Jasper, AL  35502-0498,
              UNITED STATES 35502-0498
cr          +Customized Distribution, LLC,    % Daniel Sparks,    Christian & Small LLP,
              1800 Financial Center,    505 North 20th Street,    Birmingham, AL 35203-4633
cr          +DDRM Largo Town Center,    3300 Enterprise Parkway,    3300 Enterprise Parkway,
              Beachwood, OH 44122-7200
cr          +Direct Capital Corporation,    Engel, Hairston & Johanson, P.C.,
              Attn: William L. Phillips, III,    P.O. Box 11405,    Birmingham, AL 35202-1405
acc         +Edmond R Denaburg,    Christian & Denaburg, PC,    2649 Rocky Ridge Lane,
              Birmingham, Al 35216-4809
cr           Prince George’s County, Maryland,    c/o M. Evan Meyers,    6801 Kenilworth Ave Ste 400,
              Riverdale, MD  20737-1385
cr          +Silver Hill II LLC,    c/o Ellis Brazeal Jones Walker,    1819 5th Avenue North,    Suite 1100,
              Birmingham, AL 35203-2122
cr           US Bank Equipment Finance,    c/o Parnell & Parnell, P.A.,    P.O. Box 2189,
              Montgomery, AL  36102-2189
cr          +Unifi Equipment Finance, Inc.,    c/o William J. Stapleton, Esq.,    Hooper Hathaway, P.C.,
              126 Main St.,    Ann Arbor, MI 48104-1945
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         +E-mail/Text: bnc_notices_southern@alnba.uscourts.gov Aug 08 2018 03:11:16     Thomas Corbett,
              BA Birmingham,    1800 5th Avenue North,    Birmingham, AL 35203-2111
cr          +E-mail/Text: cstewart@Burr.com Aug 08 2018 03:12:19      Checkers Drive-In Restaurants, Inc.,
              c/o Burr & Forman LLP,    Derek Meek,    420 N 20th St, Ste 3400,    Birmingham, AL 35203-5210
cr          +E-mail/Text: cio.bncmail@irs.gov Aug 08 2018 03:09:46
              Insolvency Section Internal Revenue Service,    801 Broadway,    MDP 146, Room 285,
              Nashville, TN 37203-3816
ba          +E-mail/Text: bnc_notices_southern@alnba.uscourts.gov Aug 08 2018 03:11:16     J. Thomas Corbett,
              Bankruptcy Administrator,    1800 5th Avenue North,    Birmingham, AL 35203-2111
cr          +E-mail/PDF: acg.acg.ebn@americaninfosource.com Aug 08 2018 03:16:42     NCEP, LLC Department,
              Ascension Capital Group,    P.O. Box 165028,    Irving, TX 75016-5028
                                                                                              TOTAL: 5

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            Johnson Service Comp Johnson Service Johnson Servi,    2812 Ruffner Road,    Birmingham
                                                                                TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 7, 2018 at the address(es) listed below:
              Abigail M. McGibbon    on behalf of Interested Party    Little Caesar Enterprises, Inc.
               abigail.mcgibbon@gpmlaw.com
              Charles N Parnell    on behalf of Creditor    US Bank Equipment Finance bkrp@parnellsoutheast.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Clyde Ellis Brazeal, III    on behalf of Creditor    Silver Hill II LLC ebrazeal@joneswalker.com,
               dshannon@joneswalker.com
              Daniel D Sparks    on behalf of Creditor    Customized Distribution, LLC ddsparks@csattorneys.com,
               dan-sparks-9722@ecf.pacerpro.com
              Derek F Meek    on behalf of Creditor    Checkers Drive-In Restaurants, Inc. dmeek@burr.com,
               mgunnells@burr.com
              Eric C Cotton    on behalf of Creditor    DDRM Largo Town Center ecotton@ddr.com
              Frederick Darrell Clarke, III    on behalf of Debtor    PG County Pizza, Inc. fclarke@rumberger.com,
               mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
              Frederick Darrell Clarke, III    on behalf of Debtor    Maryland Pizza, Inc. fclarke@rumberger.com,
               mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
              Frederick Darrell Clarke, III    on behalf of Debtor    PG County Partners, LLC
               fclarke@rumberger.com,
               mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
              Frederick Darrell Clarke, III    on behalf of Debtor    BamaChex, Inc. fclarke@rumberger.com,
               mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
              Frederick Darrell Clarke, III    on behalf of Debtor    Alabama Partners, LLC fclarke@rumberger.com,
               mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
              Frederick Darrell Clarke, III    on behalf of Debtor    Maryland LC Ventures, LLC
               fclarke@rumberger.com,
               mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
              James Phillip Roberts    on behalf of Creditor    Checkers Drive-In Restaurants, Inc.
               jroberts@burr.com
              Jeffery J Hartley    on behalf of Interested Party    R&F Birmingham, LLC jjh@helmsinglaw.com,
               ktm@helmsinglaw.com;dwc@helmsinglaw.com
              John Christian Saylor    on behalf of Creditor Johnson Service Comp Johnson Service Johnson
               Service Company john@johnsaylorlaw.com,    asst@johnsaylorlaw.com
              Jon A Dudeck     jon_dudeck@alnba.uscourts.gov,    courtmailbir7@alnba.uscourts.gov
              Joseph D. Frank    on behalf of Creditor    Bottling Group, LLC and its affiliates and subsidiaries,
               operating as Pepsi Beverages Company jfrank@fgllp.com,    jkleinman@fgllp.com
              Julian    Vasek    on behalf of Interested Party Wazir  Kaisani jvasek@haywardfirm.com
              Julian    Vasek    on behalf of Interested Party Pervez  Kaisani jvasek@haywardfirm.com
              Julian    Vasek    on behalf of Interested Party Iqbar  Kaisani jvasek@haywardfirm.com
              Kelley Askew Gillikin    on behalf of Creditor    ALA DEPT OF REVENUE LEGAL DIVISION P O BOX 320001
               MONTGOMERY, AL   36132-0001 kelley.gillikin@revenue.alabama.gov
              Leonard N Math    on behalf of Creditor    BANK OF THE OZARKS noticesnd@chambless-math.com
              Leonard N Math    on behalf of Creditor    Bank of the Ozarks noticesnd@chambless-math.com
              Mark P. Williams    on behalf of Creditor    Unifi Equipment Finance, Inc. mpwilliams@nwkt.com
              Melissa S. Hayward    on behalf of Interested Party Pervez  Kaisani mhayward@haywardfirm.com
               ,    mholmes@haywardfirm.com
              Melissa S. Hayward    on behalf of Interested Party Wazir  Kaisani mhayward@haywardfirm.com
               ,    mholmes@haywardfirm.com
              Melissa S. Hayward    on behalf of Interested Party Iqbar  Kaisani mhayward@haywardfirm.com
               ,    mholmes@haywardfirm.com
              Phillip W. Bohl    on behalf of Interested Party    Little Caesar Enterprises, Inc.
               phillip.bohl@gpmlaw.com
              R. Scott Williams    on behalf of Debtor    Maryland Pizza, Inc. swilliams@rumberger.com,
               docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumber
               ger.com
              R. Scott Williams    on behalf of Debtor    PG County Pizza, Inc. swilliams@rumberger.com,
               docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumber
               ger.com
              R. Scott Williams    on behalf of Debtor    Alabama Partners, LLC swilliams@rumberger.com,
               docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumber
               ger.com
              R. Scott Williams    on behalf of Debtor    PG County Partners, LLC swilliams@rumberger.com,
               docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumber
               ger.com
              R. Scott Williams    on behalf of Debtor    Maryland LC Ventures, LLC swilliams@rumberger.com,
               docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumber
               ger.com
              R. Scott Williams    on behalf of Debtor    BamaChex, Inc. swilliams@rumberger.com,
               docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumber
               ger.com
              Richard E. O'Neal    on behalf of Creditor Insolvency Section   Internal Revenue Service
               USAALN.BANKRUPTCY@usdoj.gov
              Robert H Adams    on behalf of Debtor    Maryland LC Ventures, LLC radams@rumberger.com,
               mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberg
               er.com
              Robert H Adams    on behalf of Debtor    PG County Partners, LLC radams@rumberger.com,
               mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberg
               er.com
              Robert H Adams    on behalf of Debtor    BamaChex, Inc. radams@rumberger.com,
               mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberg
               er.com
              Robert H Adams    on behalf of Debtor    PG County Pizza, Inc. radams@rumberger.com,
               mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberg
               er.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Robert H Adams    on behalf of Debtor    Alabama Partners, LLC radams@rumberger.com, mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberger.com

          Robert H Adams    on behalf of Debtor    Maryland Pizza, Inc. radams@rumberger.com, mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberger.com

          Russell B Robertson    on behalf of Creditor    City of Jasper rbr@lairdandrobertson.com

          Samuel Carlton Pierce    on behalf of Debtor    BamaChex, Inc. scpierce@bakerdonelson.com

          Thomas E Reynolds    ter@reynoldslegalsolutions.com, treynolds@ecf.epiqsystems.com;dnm@reynoldslegalsolutions.com

          William Dennis Schilling    on behalf of Trustee Thomas E Reynolds schillinglawoffice@gmail.com, pamhurst.schillinglawoffice@gmail.com

          William Dennis Schilling    wdschilling@bham.rr.com

          William Lee Phillips, III    on behalf of Creditor    Direct Capital Corporation bphillips@ehjlaw.com, docket@ehjlaw.com

          TOTAL: 47

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA - SOUTHERN DIVISION

In the Matter of:

Alabama Partners, LLC  } **Case No: 17-03469-TOM7**
}
DEBTOR(S).  }
}
}

## ORDER

This matter came before the Court on Monday, August 06, 2018 10:30 AM, for a hearing on the following:

   1) RE: Doc #285; Trustee's Motion to Confirm Case was Converted to Chapter 7
   2) RE: Doc #281; Bankruptcy Administrator's Request for Payment of Unpaid Chapter 11
   Quarterly Fees

Proper notice of the hearing was given and appearances were made by the following:
   Jon A Dudeck (Bankruptcy Administrator)
   R. Scott Williams, attorney for Alabama Partners, LLC (Debtor)
   Thomas E Reynolds (Trustee)
   William Dennis Schilling, attorney for Thomas E Reynolds (Trustee) - by phone

**It is therefore ORDERED, ADJUDGED and DECREED that:**

1) Based on arguments of counsel and the pleadings, the Trustee's Motion is Granted confirming that this case was converted to Chapter 7 of Title 11 of the United States Code on April 2, 2018.

2) Based on arguments of counsel and the pleadings, the Bankruptcy Administrator's Request is Granted in part and the Bankruptcy Administrator is allowed an administrative expense claim for unpaid quarterly fees while the case was pending as a Chapter 11 in the amount of $975.00.

Dated: 08/07/2018

/s/ TAMARA O. MITCHELL
TAMARA O. MITCHELL
United States Bankruptcy Judge