IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | **BANKRUPTCY CASE NO:** |
| ALABAMA PARTNERS, LLC, ) | 17-03469-TOM-7 |
| ) | |
|     Debtor. ) | |
| IN RE: ) | |
| ) | |
| ALABAMA PARTNERS, LLC and ) | **BANKRUPTCY CASE NO:** |
| MARYLAND PIZZA, INC., ) | 17-03473-TOM-7 |
| ) | |
|     Debtor. ) | |
| ) | |
| THOMAS E. REYNOLDS, TRUSTEE, ) | |
| ) | |
|     Plaintiff. ) | |
| ) | |
| vs. ) | |
| ) | |
| EAGLE PHILLIPS, LLC ) | |
| d/b/a UPLYFT CAPITAL ) | |
| d/b/a MERCHANT CASH CARD, ) | |
| ) | |
|     DEFENDANT. ) | |

### OBJECTION TO CLAIM AND COUNTER CLAIM FOR MONEY DAMAGES

Comes now, Thomas E. Reynolds, trustee of the above debtors ("Reynolds"), and for his objection to the claim of the defendant and his counter claim for money damages against the defendant would show this court as follows:

Jurisdiction

1. Defendant filed claim #51 in this case.

2. This Adversary Proceeding is an objection to defendant's claim and for recovery of monies for the bankruptcy case of Alabama Partners, LLC, being case #17-03469-TOM-7 and Maryland Pizza, Inc., case #17-03473-TOM-7 on the docket of this

Court.

3. This Court has jurisdiction over this Adversary Proceeding pursuant to 28 U.S.C. § 157, 1334 and 11 U.S.C. §549. This is a core proceeding under 28 U.S.C. § 157(b)(2)(E)(F) & (H).

## Parties

4. Reynolds is the duly authorized and acting trustee of the above case.

5. Eagle Phillips, LLC, d/b/a Uplyft Capital d/b/a Merchant Cash Card is an entity that filed claim #51 in this case and that received post-petition payments from the debtor.

## Facts

6. This case was filed on August 11, 2017.

7. On April 24, 2018, defendant filed claim #51 in the amount of $27,887.00.

8. Subsequent to August 11, 2017, defendant, Eagle Phillips, LLC, d/b/a Uplyft Capital d/b/a Merchant Cash Card received $30,350.00 of the debtor's funds without court authorization.

9. Reynolds has requested the unauthorized funds be returned to Reynolds but defendant has not complied with his request.

## Objection to Claim

10. Before the claim of defendant can be allowed, monies owed the estate by the defendant must be repaid pursuant to 11 U.S.C. §502(d).

WHEREFORE, Premises Considered, prays this Court will disallow claim #51 of the defendant.

Count One - for Money Damages

11. Plaintiff incorporates each and every allegation contained in paragraphs one (1) through ten (10) above as if fully set out therein.

12. The above actions by defendant are violative of 11 U.S.C. §549.

13. Reynolds is entitled to a judgment in his favor and against the defendant for the sum of $30,350.00.

WHEREFORE, Premises Considered, Reynolds prays for a judgment in his favor and against Eagle Phillips, LLC, d/b/a Uplyft Capital d/b/a Merchant Cash Card for the sum of $30,350.00 plus costs and interest. Reynolds prays for such further and additional relief as this Court deems appropriate.

Respectfully submitted,

/s/William Dennis Schilling
William Dennis Schilling
Attorney for Trustee

Of Counsel:

William Dennis Schilling
Attorney at Law
P. O. Box 55147
Birmingham, AL 35255-5147
205-328-0464
schillinglawoffice@gmail.com

Serve Defendant at:

Eagle Phillips, LLC
d/b/a Uplyft Capital d/b/a Merchant Cash Card
20200 W. Dixie Hwy, Suite 802
Miami, FL 33180