IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | BANKRUPTCY CASE NO: |
| ALABAMA PARTNERS, LLC, ) | 17-03469-TOM-7 |
| ) | |
| Debtor. ) | |
| IN RE: ) | |
| ) | |
| ALABAMA PARTNERS, LLC and ) | BANKRUPTCY CASE NO: |
| PG COUNTY PIZZA, INC., ) | 17-03475-TOM-7 |
| ) | |
| Debtor. ) | |
| ) | |
| THOMAS E. REYNOLDS, TRUSTEE, ) | |
| ) | |
| Plaintiff. ) | |
| ) | |
| vs. ) | |
| ) | |
| YELLOWSTONE CAPITAL, LLC, ) | |
| ) | |
| DEFENDANT. ) | |

## COMPLAINT

Comes now, Thomas E. Reynolds, trustee of the above debtors ("Reynolds"), and for his complaint against the defendant would show this court as follows:

Jurisdiction

1. This Adversary Proceeding is for recovery of monies for the bankruptcy case of Alabama Partners, LLC, being case #17-03469-TOM-7 and PG County Pizza, Inc., case #17-03475-TOM-7 on the docket of this Court.

2. This Court has jurisdiction over this Adversary Proceeding pursuant to 28 U.S.C. § 157, 1334 and 11 U.S.C. §549. This is a core proceeding under 28 U.S.C. § 157(b)(2)(E)(F) & (H).

## Parties

3. Reynolds is the duly authorized and acting trustee of the above case.

4. Yellowstone Capital, LLC, is the defendant that received post-petition payments from the debtor.

## Facts

5. This case was filed on August 11, 2017.

6. Subsequent to August 11, 2017, defendant, Yellowstone Capital, LLC, received $43,770.00 of the debtor's funds without court authorization.

7. Reynolds has requested the unauthorized funds be returned to Reynolds but defendant has not complied with his request.

## Count One

8. Plaintiff incorporates each and every allegation contained in paragraphs one (1) through seven (7) above as if fully set out therein.

9. The above actions by defendant are violative of 11 U.S.C. §549.

10. Reynolds is entitled to a judgment in his favor and against the defendant for the sum of $43,770.00.

WHEREFORE, Premises Considered, Reynolds prays for a judgment in his favor and against Yellowstone Capital, LLC, for the sum of $43,770.00 plus costs and interest. Reynolds prays for such further and additional relief as this Court deems appropriate.

Respectfully submitted,

/s/William Dennis Schilling
William Dennis Schilling
Attorney for Trustee

Of Counsel:

William Dennis Schilling
Attorney at Law
P. O. Box 55147
Birmingham, AL 35255-5147
205-328-0464
schillinglawoffice@gmail.com


Serve Defendant at:

Yellowstone Capital, LLC
Attn: Managing Member
1 Evertrust Plaza, 14th Floor
Jersey City, NJ 07302

Yellowstone Capital, LLC
c/o Business Filings Incorporated
187 Wolf Road, Suite 101
Albany, New York 12205