IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN
DISTRICT OF ALABAMA SOUTHERN DIVISION

| | |
|---|---|
| In Re:<br>Alabama Partners, LLC,<br><br>   Debtor. | Bankruptcy Case No:<br>17-03469-TOM-7 |
| In Re:<br>Alabama Partners, LLC & Maryland Pizza, Inc.<br><br>   Debtor.<br><br>Thomas E. Reynolds, Trustee,<br><br>   Plaintiff.<br><br>   vs.<br><br>Eagle Phillips, LLC<br>d/b/a Uplyft Capital<br>d/b/a Merchant Cash Card<br><br>   Defendant. | Bankruptcy Case No:<br><br>17-03473-TOM-7 |

## Application for Admission Pro Hac Vice

**Comes now** Reginald C. Armor, applicant herein, and in support of his application for admission to practice Pro Hac Vice pursuant to Rule 2090-1, submits the following:

1. Your Applicant resides in Jensen Beach, Martin County, Florida, 34957.

2. Your Applicant is an attorney and managing member of the law firm Armor Legal, PLLC, a Florida Professional Limited Liability Company, with offices at 1820 NE Jensen Beach Boulevard, #562, Jensen Beach, Florida 34957.

3. Your Applicant has been retained by the above-named defendant to provide legal representation in connection with the above-styled matter now pending before this Court.

4. Since 19 September 2012, your applicant has been, and presently is, a member in good standing of the Bar of the highest court of the State of Oklahoma, where your applicant regularly practices law.[1]

5. Since 24 July 2017, your applicant has been, and presently is, a member in good standing of the Bar of the highest court of the State of Florida, where your applicant regularly practices law (*See attached*).

6. Your applicant has been admitted to practice before the following courts:

    a. Oklahoma State Court – September 19, 2012

    b. Florida State Court – July 24, 2017

    c. Northern District of Oklahoma – November 7, 2012 (*See attached*)

    d. Eastern District of Oklahoma – January 14, 2013 (*See attached*)

7. Your applicant is presently a member in good standing of the Bars of those courts listed above.

8. Your applicant is not presently, and never has been, subject to any disbarment proceedings.

9. Your applicant is not presently, and never has been, subject to any suspension proceedings.

10. Your applicant never has had any certificate or privilege to appear and practice before a court, administrative body, or regulatory board revoked or suspended.

11. Your applicant, either by resignation, withdrawal, or otherwise, never has terminated or attempted to terminate your applicant's office as an attorney to avoid administrative, disciplinary, disbarment, or suspension proceedings.

12. Your applicant agrees to comply with the provisions and rules of this Honorable Court and recognizes that admission before this court subjects him to this Court's disciplinary jurisdiction.

---

[1] Letter of good standing for this jurisdiction excluded due to the time sensitivity involved with making this filing. Your applicant certifies that he is in good standing in Oklahoma, Bar # 30975, and will provide additional documentation at the court's discretion.

**Wherefore**, your applicant respectfully seeks admission pro hac vice before this court pursuant to Rule 2090-1, to represent the Defendant in the above-styled cause.

_____
Applicant
Reginald C. Armor III, Esq.

I, Reginald C. Armor III, do hereby swear and affirm under penalty of perjury that I am the applicant in the above matter; that I have read the foregoing application and know the contents thereof, and that the contents are true and correct to my knowledge.

_____
Applicant
Reginald C. Armor III, Esq.

Subscribed and Sworn before me this 18th day of October 2018.



_____
Notary Public

SHELBY J PENCE
MY COMMISSION # GG033809
EXPIRES September 26, 2020

### Certificate of Service

I hereby certify that a true and accurate copy of this document was deposited as certified mail, return receipt requested, with the United States Post Office for delivery to:

William Dennis Schilling
Attorney at Law
P.O. Box 55147
Birmingham, AL 35255
schillinglawoffice@gmail.com
205-328-0464

_____
Applicant
Reginald C. Armor III, Esq.



# The Florida Bar

651 East Jefferson Street
Tallahassee, FL 32399-2300

Joshua E. Doyle
Executive Director

850/561-5600
www.FLORIDABAR.org

State of Florida    )

County of Leon     )          In Re: 1001604
                              Reginald Cavin Armor III
                              Armor Legal, PLLC
                              1820 NE Jensen Beach Blvd # 562
                              Jensen Beach, FL 34957-7212

I CERTIFY THE FOLLOWING:

I am the custodian of membership records of The Florida Bar.

Membership records of The Florida Bar indicate that The Florida Bar member listed above was admitted to practice law in the state of Florida on **July 24, 2017**.

The Florida Bar member above is an active member in good standing of The Florida Bar who is eligible to practice law in the state of Florida.

Dated this 17th day of **October, 2018**.

*[signature]*

Pam Gerard, Manager
Membership Records Dept.
The Florida Bar



PG:R10
CTM-25509

# UNITED STATES DISTRICT COURT

__EASTERN__ DISTRICT OF __OKLAHOMA__

**CERTIFICATE OF
GOOD STANDING**

I, __PATRICK KEANEY__, *Clerk of this Court,*

*certify that* __Reginald C. Armor__ *, Bar #* __30975__ *,*

*was duly admitted to practice in this Court on*

__January 14, 2013__ *, and is in good standing*
DATE

*as a member of the Bar of this Court.*

Dated at __MUSKOGEE__ on __April 25, 2016__ .
LOCATION                                    DATE


__PATRICK KEANEY__                   *[signature]*
CLERK                                        DEPUTY CLERK

AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

| NORTHERN | DISTRICT OF | OKLAHOMA |

## CERTIFICATE OF GOOD STANDING

I, _____Phil Lombardi_____, *Clerk of this Court,*

certify that ___Reginald Cavin Armor___, *Bar #* ___30975___,

*was duly admitted to practice in this Court on*

___11/7/2012___, *and is in good standing*
DATE

*as a member of the Bar of this Court.*

Dated at ___Tulsa, OK___ on ___4/25/2016___.
LOCATION       DATE

Phil Lombardi, Clerk
CLERK

DEPUTY CLERK