# IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF ALABAMA SOUTHERN DIVISION

| | |
|---|---|
| In Re:<br>Alabama Partners, LLC,<br><br>                Debtor. | Bankruptcy Case No:<br>17-03469-TOM-7 |
| In Re:<br>Alabama Partners, LLC & Maryland Pizza, Inc.<br><br>                Debtor. | Bankruptcy Case No:<br>17-03473-TOM-7 |
| Thomas E. Reynolds, Trustee,<br><br>                Plaintiff.<br><br>                vs.<br><br>Eagle Phillips, LLC<br>d/b/a Uplyft Capital<br>d/b/a Merchant Cash Card<br><br>                Defendant. | |

## Order Granting Application for Admission of Attorney Reginald C. Armor

This cause comes before me, the undersigned United States Bankruptcy Judge, this 23rd day of October, 2018, and upon Reginald C. Armor's Application for Admission Pro Hac Vice, to represent the above-named Defendant, Eagle Phillips, LLC, and upon the applicant's certification that the applicant is an active member in good standing of the bar of the State of Florida and the State of Oklahoma, **IT IS HEREBY ORDERED** that Reginald C. Armor is admitted to practice, pro hac vice, in the above-styled cause to represent Eagle Phillips, LLC before the United States Bankruptcy Court for the Northern District of Alabama, Southern Division.

                                                      /s/ Tamara O. Mitchell
                                                      TAMARA O. MITCHELL
                                                      United States Bankruptcy Judge