```
                              United States Bankruptcy Court
                              Northern District of Alabama
In re:                                                                   Case No. 17-03469-TOM
Alabama Partners, LLC                                                    Chapter 7
         Debtor            CERTIFICATE OF NOTICE
District/off: 1126-2           User: admin                 Page 1 of 3               Date Rcvd: Oct 23, 2018
                               Form ID: pdf000             Total Noticed: 21


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 25, 2018.
db             +Alabama Partners, LLC,    PO Box 551267,    Jacksonville, FL 32255-1267
aty            +Leah Fiorenza McNeill,    Bryan Cave LLP,    1201 W Peachtree St NW 14tyh Floor,
                 Atlanta, GA 30309-3449
aty             M. Evan Meyers,    Meyers Rodbell & Rosenbaum PA,     6801 Kenilworth Ave Ste 400,
                 Riverdale, MD 20737-1385
aty            +Mark I. Duedall,    Bryan Cave LLP,    1201 W Peachtree St NW 14tyh Floor,
                 Atlanta, GA 30309-3449
br             +Advanced Restaurant Sales,    111 Village Parkway Bldg #2,    Marietta, GA 30067-4013
cr             +Bank of the Ozarks,    Attn. Leasing Division,    12915 Cantrell Rd,    Little Rock, AR 72223-1701
cr             +City of Jasper,    c/o Russell B. Robertson, Esq.,    P.O. Box 498,    Jasper, AL  35502-0498,
                 UNITED STATES 35502-0498
cr             +Customized Distribution, LLC,    % Daniel Sparks,    Christian & Small LLP,
                 1800 Financial Center,    505 North 20th Street,    Birmingham, AL 35203-4633
cr             +DDRM Largo Town Center,    3300 Enterprise Parkway,    3300 Enterprise Parkway,
                 Beachwood, OH 44122-7200
cr             +Direct Capital Corporation,    Engel, Hairston & Johanson, P.C.,
                 Attn: William L. Phillips, III,    P.O. Box 11405,    Birmingham, AL 35202-1405
acc            +Edmond R Denaburg,    Christian & Denaburg, PC,    2649 Rocky Ridge Lane,
                 Birmingham, Al 35216-4809
cr              Prince George's County, Maryland,    c/o M. Evan Meyers,    6801 Kenilworth Ave Ste 400,
                 Riverdale, MD 20737-1385
intp           +Reginald C. Armor, III,    Armor Legal, PLLC,    c/o Eagle Phillips, LLC,
                 1820 NE Jensen Beach Blvd #562,    Jensen Beach, FL 34957-7212
cr             +Silver Hill II LLC,    c/o Ellis Brazeal Jones Walker,    1819 5th Avenue North,    Suite 1100,
                 Birmingham, AL 35203-2122
cr              US Bank Equipment Finance,    c/o Parnell & Parnell, P.A.,    P.O. Box 2189,
                 Montgomery, AL 36102-2189
cr             +Unifi Equipment Finance, Inc.,    c/o William J. Stapleton, Esq.,    Hooper Hathaway, P.C.,
                 126 Main St.,    Ann Arbor, MI 48104-1945

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            +E-mail/Text: bnc_notices_southern@alnba.uscourts.gov Oct 24 2018 03:07:09     Thomas Corbett,
                 BA Birmingham,    1800 5th Avenue North,    Birmingham, AL 35203-2111
cr             +E-mail/Text: cstewart@Burr.com Oct 24 2018 03:08:04     Checkers Drive-In Restaurants, Inc.,
                 c/o Burr & Forman LLP,    Derek Meek,    420 N 20th St, Ste 3400,    Birmingham, AL 35203-5210
cr              E-mail/Text: cio.bncmail@irs.gov Oct 24 2018 03:05:54
                 Insolvency Section Internal Revenue Service,    801 Broadway,    MDP 146, Room 285,
                 Nashville, TN 37203-3816
ba             +E-mail/Text: bnc_notices_southern@alnba.uscourts.gov Oct 24 2018 03:07:09     J. Thomas Corbett,
                 Bankruptcy Administrator,    1800 5th Avenue North,    Birmingham, AL 35203-2111
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Oct 24 2018 03:10:14     NCEP, LLC Department,
                 Ascension Capital Group,    P.O. Box 165028,    Irving, TX 75016-5028
                                                                                              TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Johnson Service Comp Johnson Service Johnson Servi,    2812 Ruffner Road,    Birmingham
                                                                                             TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 25, 2018                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 23, 2018 at the address(es) listed below:

        Abigail M. McGibbon    on behalf of Interested Party    Little Caesar Enterprises, Inc. abigail.mcgibbon@gpmlaw.com

        Charles N Parnell    on behalf of Creditor    US Bank Equipment Finance bkrp@parnellsoutheast.com

        Clyde Ellis Brazeal, III    on behalf of Creditor    Silver Hill II LLC ebrazeal@joneswalker.com

        Daniel D Sparks    on behalf of Creditor    Customized Distribution, LLC ddsparks@csattorneys.com, dan-sparks-9722@ecf.pacerpro.com

        Derek F Meek    on behalf of Creditor    Checkers Drive-In Restaurants, Inc. dmeek@burr.com, mgunnells@burr.com

        Eric C Cotton    on behalf of Creditor    DDRM Largo Town Center ecotton@ddr.com

        Frederick Darrell Clarke, III    on behalf of Debtor    PG County Pizza, Inc. fclarke@rumberger.com, mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com

        Frederick Darrell Clarke, III    on behalf of Debtor    Maryland Pizza, Inc. fclarke@rumberger.com, mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com

        Frederick Darrell Clarke, III    on behalf of Debtor    PG County Partners, LLC fclarke@rumberger.com, mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com

        Frederick Darrell Clarke, III    on behalf of Debtor    BamaChex, Inc. fclarke@rumberger.com, mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com

        Frederick Darrell Clarke, III    on behalf of Debtor    Alabama Partners, LLC fclarke@rumberger.com, mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com

        Frederick Darrell Clarke, III    on behalf of Debtor    Maryland LC Ventures, LLC fclarke@rumberger.com, mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com

        James Phillip Roberts    on behalf of Creditor    Checkers Drive-In Restaurants, Inc. jroberts@burr.com

        Jeffery J Hartley    on behalf of Interested Party    R&F Birmingham, LLC jjh@helmsinglaw.com, ktm@helmsinglaw.com;dwc@helmsinglaw.com

        John Christian Saylor    on behalf of Creditor Johnson Service Comp Johnson Service Johnson Service Company john@johnsaylorlaw.com, asst@johnsaylorlaw.com

        Jon A Dudeck    jon_dudeck@alnba.uscourts.gov, courtmailbir7@alnba.uscourts.gov

        Joseph D. Frank    on behalf of Creditor    Bottling Group, LLC and its affiliates and subsidiaries, operating as Pepsi Beverages Company jfrank@fgllp.com

        Julian  Vasek    on behalf of Interested Party Wazir  Kaisani jvasek@haywardfirm.com

        Julian  Vasek    on behalf of Interested Party Pervez  Kaisani jvasek@haywardfirm.com

        Julian  Vasek    on behalf of Interested Party Iqbar  Kaisani jvasek@haywardfirm.com

        Kelley Askew Gillikin    on behalf of Creditor    ALA DEPT OF REVENUE LEGAL DIVISION P O BOX 320001 MONTGOMERY, AL  36132-0001 kelley.gillikin@revenue.alabama.gov

        Leonard N Math    on behalf of Creditor    BANK OF THE OZARKS noticesnd@chambless-math.com

        Leonard N Math    on behalf of Creditor    Bank of the Ozarks noticesnd@chambless-math.com

        Mark P. Williams    on behalf of Creditor    Unifi Equipment Finance, Inc. mpwilliams@nwkt.com

        Melissa S. Hayward    on behalf of Interested Party Pervez  Kaisani mhayward@haywardfirm.com , mholmes@haywardfirm.com

        Melissa S. Hayward    on behalf of Interested Party Wazir  Kaisani mhayward@haywardfirm.com , mholmes@haywardfirm.com

        Melissa S. Hayward    on behalf of Interested Party Iqbar  Kaisani mhayward@haywardfirm.com , mholmes@haywardfirm.com

        Phillip W. Bohl    on behalf of Interested Party    Little Caesar Enterprises, Inc. phillip.bohl@gpmlaw.com

        R. Scott Williams    on behalf of Debtor    Maryland Pizza, Inc. swilliams@rumberger.com, docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumberger.com

        R. Scott Williams    on behalf of Debtor    PG County Pizza, Inc. swilliams@rumberger.com, docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumberger.com

        R. Scott Williams    on behalf of Debtor    Alabama Partners, LLC swilliams@rumberger.com, docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumberger.com

        R. Scott Williams    on behalf of Debtor    PG County Partners, LLC swilliams@rumberger.com, docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumberger.com

        R. Scott Williams    on behalf of Debtor    Maryland LC Ventures, LLC swilliams@rumberger.com, docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumberger.com

        R. Scott Williams    on behalf of Debtor    BamaChex, Inc. swilliams@rumberger.com, docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumberger.com

        Richard E. O'Neal    on behalf of Creditor Insolvency Section    Internal Revenue Service USAALN.BANKRUPTCY@usdoj.gov

        Robert H Adams    on behalf of Debtor    Maryland LC Ventures, LLC radams@rumberger.com, mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberger.com

        Robert H Adams    on behalf of Debtor    PG County Partners, LLC radams@rumberger.com, mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberger.com

        Robert H Adams    on behalf of Debtor    BamaChex, Inc. radams@rumberger.com, mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberger.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Robert H Adams   on behalf of Debtor   PG County Pizza, Inc. radams@rumberger.com,
       mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberger.com
      Robert H Adams   on behalf of Debtor   Alabama Partners, LLC radams@rumberger.com,
       mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberger.com
      Robert H Adams   on behalf of Debtor   Maryland Pizza, Inc. radams@rumberger.com,
       mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberger.com
      Russell B Robertson   on behalf of Creditor   City of Jasper rbr@lairdandrobertson.com
      Samuel Carlton Pierce   on behalf of Debtor   BamaChex, Inc. scpierce@bakerdonelson.com,
       lhornsby@bakerdonelson.com;mcleveland@bakerdonelson.com
      Thomas E Reynolds   ter@reynoldslegalsolutions.com,
       treynolds@ecf.epiqsystems.com;dnm@reynoldslegalsolutions.com
      William Dennis Schilling   on behalf of Trustee Thomas E Reynolds schillinglawoffice@gmail.com,
       pamhurst.schillinglawoffice@gmail.com
      William Dennis Schilling   on behalf of Plaintiff Thomas E. Reynolds as trustee
       schillinglawoffice@gmail.com,  pamhurst.schillinglawoffice@gmail.com
      William Dennis Schilling   wdschilling@bham.rr.com
      William Lee Phillips, III   on behalf of Creditor   Direct Capital Corporation
       bphillips@ehjlaw.com,  docket@ehjlaw.com

                                                                            TOTAL: 48

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF ALABAMA SOUTHERN DIVISION

| | |
|---|---|
| In Re:<br>Alabama Partners, LLC,<br><br>　　　　　Debtor. | Bankruptcy Case No:<br>17-03469-TOM-7 |
| In Re:<br>Alabama Partners, LLC & Maryland Pizza, Inc.<br><br>　　　　　Debtor. | Bankruptcy Case No:<br>17-03473-TOM-7 |
| Thomas E. Reynolds, Trustee,<br><br>　　　　　Plaintiff.<br><br>　　　　　vs.<br><br>Eagle Phillips, LLC<br>d/b/a Uplyft Capital<br>d/b/a Merchant Cash Card<br><br>　　　　　Defendant. | |

### Order Granting Application for Admission of Attorney Reginald C. Armor

This cause comes before me, the undersigned United States Bankruptcy Judge, this 23rd day of October, 2018, and upon Reginald C. Armor's Application for Admission Pro Hac Vice, to represent the above-named Defendant, Eagle Phillips, LLC, and upon the applicant's certification that the applicant is an active member in good standing of the bar of the State of Florida and the State of Oklahoma, **IT IS HEREBY ORDERED** that Reginald C. Armor is admitted to practice, pro hac vice, in the above-styled cause to represent Eagle Phillips, LLC before the United States Bankruptcy Court for the Northern District of Alabama, Southern Division.

　　　　　　　　　　　　　　　　　　　　　　　/s/ Tamara O. Mitchell
　　　　　　　　　　　　　　　　　　　　　　　TAMARA O. MITCHELL
　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge