# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | **BANKRUPTCY CASE NO:** |
| ALABAMA PARTNERS, LLC, ) | 17-03469-TOM-7 |
| ) | |
| Debtor. ) | |
| IN RE: ) | |
| ) | |
| ALABAMA PARTNERS, LLC and ) | **BANKRUPTCY CASE NO:** |
| MARYLAND PIZZA, INC., ) | 17-03473-TOM-7 |
| ) | |
| Debtor. ) | |
| ) | |
| THOMAS E. REYNOLDS, TRUSTEE, ) | |
| ) | |
| Plaintiff. ) | |
| ) | **ADVERSARY PROCEEDING NO.** |
| vs. ) | 18-00231 |
| ) | |
| EAGLE PHILLIPS, LLC ) | |
| d/b/a UPLYFT CAPITAL ) | |
| d/b/a MERCHANT CASH CARD, ) | |
| ) | |
| DEFENDANT. ) | |

## JOINT MOTION TO APPROVE COMPROMISE

**COMES NOW,** Thomas E. Reynolds, Trustee of the above styled estate ("Trustee") and Eagle Phillips, LLC d/b/a Uplyft Capital d/b/a Merchant Cash Card ("Defendant") (collectively "Movants"), by and through their respective attorneys, and move this court to approve the compromise as set out below. In support of this motion, Movants would show this Court as follows:

1. Trustee has reviewed various agreements by Defendant with the debtor pre-petition.

2. The Defendant continued to debit the account of the debtor post-petition.

Case 17-03469-TOM7   Doc 301   Filed 12/13/18   Entered 12/13/18 10:23:45   Desc Main
Document      Page 1 of 3

3. This adversary proceeding sought the return of the sum of $30,350.00 for the post-petition activities by the Defendant.

4. The parties have exchanged documents and both parties believe it is in the best interest of the estate to settle the case on the following terms and conditions.

5. At the time of the filing of this motion, attorney for the plaintiff has the $5,000.00 necessary to fund this case in his trust account.

6. Upon the approval of this agreement by the Court, the plaintiff's attorney shall pay to Thomas E. Reynolds, Trustee the sum of $5,000.00 in complete satisfaction of any liability that the Defendant has as regards this adversary proceeding or this estate.

7. Upon the approval of this motion, it is requested that this case be dismissed with prejudice, each party to bear its own costs.

8. Trustee believes this compromise is in the best interest of this estate and its creditors.

**WHEREFORE,** Premised Considered, Movants pray this Court will enter an order approving this compromise. Movants pray for such further and additional relief as this Court deems appropriate.

Respectfully submitted,

/s/William Dennis Schilling
William Dennis Schilling
Attorney for Trustee

Page 2 of 3

Case 17-03469-TOM7    Doc 301    Filed 12/13/18    Entered 12/13/18 10:23:45    Desc Main
Document    Page 2 of 3

OF COUNSEL:

William Dennis Schilling
Attorney at Law
P. O. Box 55147
Birmingham, AL 35255-5147
(205) 328-0464
schillinglawoffice@gmail.com

        /s/Reginald C. Armor
        Reginald C. Armor
        Attorney for Defendant

OF COUNSEL:

Armor Legal, PLLC
1820 NE Jensen Beach Blvd., #562
Jensen Beach, Florida 34957
T: 918.521.9808
Email: rarmor@armor.legal