# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA - SOUTHERN DIVISION

In the Matter of:

| | | |
|---|---|---|
| Alabama Partners, LLC | } | **Case No: 17-03469-TOM7** |
| | } | |
| DEBTOR(S). | } | |
| | } | |
| | } | |

## ORDER GRANTING

This matter came before the Court on Monday, January 07, 2019 10:30 AM, for a hearing on the following:

   RE: Doc #301; Joint Motion to Approve Compromise between Trustee and Eagle Phillips, LLC d/b/a Uplyft Capital d/b/a Merchant Cash Card in Adversary Proceeding #18-00231

Proper notice of the hearing was given and appearances were made by the following:

   Thomas E Reynolds (Trustee)
   William Dennis Schilling, attorney for Thomas E Reynolds  (Trustee)
   Reggie Armor, attorney for Eagle Phillips, LLC - by phone

**It is therefore ORDERED, ADJUDGED and DECREED that:**

Based on arguments of counsel and the pleadings, the Motion is Granted and the compromise is approved as set forth in the pleadings.

Dated: 01/07/2019

/s/ TAMARA O. MITCHELL
TAMARA O. MITCHELL
United States Bankruptcy Judge