IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| In re: | ) | Chapter 7 |
|---|---|---|
| ALABAMA PARTNERS, LLC | ) ) ) | Case No. 17-03469 |
| Debtors. | ) ) | |

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that the mailing address for FrankGecker LLP, counsel to **BOTTLING GROUP, LLC** and its affiliates and subsidiaries, operating as Pepsi Beverages Company ("Pepsi"), has changed to:

> FrankGecker LLP
> 1327 W. Washington Boulevard
> Suite 5G-H
> Chicago, IL 60607

PLEASE TAKE FURTHER NOTICE that all of the e-mail addresses, telephone numbers and facsimile numbers affiliated with counsel remain the same.

PLEASE TAKE FURTHER NOTICE that all future pleadings, correspondence and other documents that require receipt of service by Pepsi are to be directed to the new address.

> BOTTLING GROUP, LLC AND ITS AFFILIATES
> AND SUBSIDIARIES, OPERATING AS PEPSI
> BEVERAGES COMPANY
>
> By: */s/ Joseph D. Frank*
> One of their attorneys

Joseph D. Frank
Jeremy C. Kleinman
FRANKGECKER LLP
1327 W. Washington Boulevard, Suite 5G-H
Chicago, Illinois 60607
Phone: (312) 276-1400
Fax: (312) 276-0035
jfrank@fgllp.com; jkleinman@fgllp.com

{PBG/001/00055825.DOCX/}