IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ALABAMA, SOUTHERN DIVISION

| IN RE: | ) | |
| --- | --- | --- |
| | ) | |
| ALABAMA PARTNERS, LLC, | ) | 17-03469-TOM |
| Debtor. | ) | |
| IN RE: | ) | |
| | ) | |
| BAMACHEX, INC., | ) | 17-03471-TOM |
| Debtor. | ) | |
| IN RE: | ) | |
| | ) | |
| MARYLAND LC VENTURES, LLC, | ) | 17-03472-TOM |
| Debtor. | ) | |
| IN RE: | ) | |
| | ) | |
| MARYLAND PIZZA, INC., | ) | 17-03473-TOM |
| Debtor. | ) | |
| IN RE: | ) | |
| | ) | |
| PG COUNTY PARTNERS, LLC, | ) | 17-03474-TOM |
| Debtor. | ) | |
| IN RE: | ) | |
| | ) | |
| PG COUNTY PIZZA, INC., | ) | 17-03475-TOM |
| Debtor. | ) | |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE**

PLEASE TAKE NOTICE that pursuant to Bankruptcy Rule 9010(b), the undersigned hereby enters and gives notice of his appearance for Direct Capital Corporation, Creditor of the above named Debtor. All parties are requested to take notice of this appearance and, in accordance with Bankruptcy Rule 2002 and 3017, serve copies of any and all original and amended notices, pleadings, plan, reports and/or documents of any kind filed in this bankruptcy upon the undersigned.

The undersigned respectfully requests, pursuant to Bankruptcy Rule 2002(g), that the following be added to the mailing matrix:

Alto Lee Teague, IV
Engel, Hairston and Johanson, P.C.
P.O. Box 11405
Birmingham, Alabama 35202
205-328-4600 (telephone)
205-328-4698 (facsimile)
lteague@ehjlaw.com

/s/ Alto Lee Teague, IV
Alto Lee Teague, IV   (ASB-1331-A63T)
Attorney for Creditor

OF COUNSEL:
Engel, Hairston & Johanson, P.C.
P.O. Box 11405
Birmingham, AL 35202
205-328-4600

## CERTIFICATE OF SERVICE

I hereby certify that I have placed a copy of the above and foregoing instrument in the United States mail, first-class, postage pre-paid or via email, to the following attorneys of record listed below on this the 21st day of March, 2019.

/s/ Alto Lee Teague, IV

Robert H. Adams
Frederick Darrell Clarke, III
R. Scott Williams
Attorneys for Debtor
2001 Park Place North, Suite 1300
Birmingham, AL 35203

Maryland LC Ventures, LLC
Debtor
Post Office Box 551267
Jacksonville, FL 32255

Bankruptcy Court Administrator
1800 5th Avenue North
Birmingham, Alabama 35203