# IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| ALABAMA PARTNERS, LLC, | ) | 17-03469-TOM |
| Debtor. | ) | |
| IN RE: | ) | |
| | ) | |
| BAMACHEX, INC., | ) | 17-03471-TOM |
| Debtor. | ) | |
| IN RE: | ) | |
| | ) | |
| MARYLAND LC VENTURES, LLC, | ) | 17-03472-TOM |
| Debtor. | ) | |
| IN RE: | ) | |
| | ) | |
| MARYLAND PIZZA, INC., | ) | 17-03473-TOM |
| Debtor. | ) | |
| IN RE: | ) | |
| | ) | |
| PG COUNTY PARTNERS, LLC, | ) | 17-03474-TOM |
| Debtor. | ) | |
| IN RE: | ) | |
| | ) | |
| PG COUNTY PIZZA, INC., | ) | 17-03475-TOM |
| Debtor. | ) | |

## NOTICE OF WITHDRAWAL

Comes now **William L. Phillips, III** an attorney of record for the Creditor Direct Capital Corporation and moves this Court to withdraw from this case and be deleted from computer noticing. This case is being reassigned to another attorney within the firm of **Engel, Hairston & Johanson, P.C.** who has already appeared or is filing a Notice of Appearance in this case contemporaneously with this motion.

/s/ William L. Phillips, III
William L. Phillips, III        (PHL030)

OF COUNSEL:
ENGEL, HAIRSTON & JOHANSON, P.C.
P.O. Box 11405
Birmingham, AL 35202
(205) 328-4600

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing instrument has been served by e-file or if identified on the e-file receipt as requiring notice by mail via United States mail, first-class, postage pre-paid to all such attorneys or parties at the address shown on said receipt on this Thursday, March 21, 2019.

/s/ William L. Phillips, III