IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | BANKRUPTCY CASE NO: |
| ALABAMA PARTNERS, LLC, ) | 17-03469-TOM-7 |
| ) | |
| Debtor. ) | |
| IN RE: ) | |
| ) | |
| ALABAMA PARTNERS, LLC and ) | BANKRUPTCY CASE NO: |
| PG COUNTY PIZZA, INC. ) | 17-03475-TOM-7 |
| ) | |
| Debtor. ) | |
| ) | |
| THOMAS E. REYNOLDS, TRUSTEE, ) | |
| ) | |
| Plaintiff. ) | |
| ) | ADVERSARY PROCEEDING NO. |
| vs. ) | 18-00232 |
| ) | |
| YELLOWSTONE CAPITAL, LLC, ) | |
| ) | |
| DEFENDANT. ) | |

## JOINT MOTION TO APPROVE COMPROMISE

**COMES NOW,** Thomas E. Reynolds, Trustee of the above styled estate and plaintiff in the above adversary proceeding ("Trustee"), and Yellowstone Capital, LLC ("Defendant") (collectively "Movants"), by and through their respective attorneys, and move this Court to approve the compromise as set out below and authorize the Trustee to execute the Release attached hereto as Exhibit A. In support of this motion, Movants would show this Court as follows:

1. Trustee has reviewed various pre-petition agreements between Defendant and Debtor.

1

2. The Trustee alleges in the Complaint that the Defendant continued to debit the Debtor's bank account post-petition pursuant to those agreements.

3. This adversary proceeding sought the return of the sum of $43,770.00 for these alleged post-petition activities by the Defendant.

4. The parties have exchanged documents and both parties believe it is in the best interest of the estate to settle the case on the following terms and conditions.

5. Defendant disagrees with the Trustee's allegations in the Complaint and the Trustee's claims that any post-petition transfers that may have occurred may be avoided and recovered by the estate under 11 U.S.C. §§549 and 550 and makes no admission of liability by entering into this settlement.

6. At the time of the filing of this motion, attorney for the Trustee has the $12,000.00 necessary to fund this settlement in his trust account received from the Defendant.

7. Upon the approval of this agreement by the Court and the running of the appeal time, with no appeal being filed, the execution and forwarding of the attached Release and the attorney for the Trustee forwarding said Release to the attorney for Defendant, the Trustee's attorney shall pay to Thomas E. Reynolds, Trustee the sum of $12,000.00 in complete satisfaction of any liability that the Defendant has in regards to this adversary proceeding or this estate.

8. If the agreement is not approved, Trustee's counsel must return the $12,000 to Defendant within 10 days of the denial of this motion.

9. If the motion is granted, it is requested that this case be immediately dismissed with prejudice, and each party shall bear its own costs.

10. Trustee believes this compromise is in the best interest of this estate and its creditors.

**WHEREFORE,** Premised Considered, Movants pray this Court will enter an order approving this compromise and authorizing the Trustee to execute the attached Release (Exhibit A). Movants pray for such further and additional relief as this Court deems appropriate.

3

Respectfully submitted,

/s/William Dennis Schilling
William Dennis Schilling
Attorney for Trustee

OF COUNSEL:

William Dennis Schilling
Attorney at Law
P. O. Box 55147
Birmingham, AL 35255-5147
(205) 328-0464
schillinglawoffice@gmail.com

/s/Shanna M. Kaminiski
Shanna M. Kaminski
Attorney for Defendant

OF COUNSEL:

Varnum LLP
160 W. Fort St., 5th Floor
Detroit, Michigan 48226
(313) 481-7300
smkaminski@varnumlaw.com

4