EXHIBIT A

<u>RELEASE OF CLAIMS</u>

Comes now, Thomas Reynolds, trustee of the bankruptcy estate of Alabama Partners, LLC, case #17-03469-TOM-7, and PG County Pizza, Inc., case # 17-03475-TOM-7, pending in the United States Bankruptcy Court for the Northern District of Alabama ("Bankruptcy Case") and pursuant to an order approving a compromise in the Bankruptcy Case (Order is Docket #___) hereby releases and forever discharges any claim he has or may have in the Bankruptcy Case against Yellowstone Capital, LLC, its successors, subsidiaries, related entities, affiliates, representatives, successors, directors, officers, owners, agents, attorneys, employees, and assigns.  This Release is intended to be a full and complete release of all present and future claims that the trustee has or may have in the future against Yellowstone Capital, LLC, its successors, subsidiaries, related entities, affiliates, representatives, successors, directors, officers, owners, agents, attorneys, employees, and assigns, in the Bankruptcy Case.

Dated this the ___ day of _____, 2019.


_____
Thomas Reynolds, trustee of the bankruptcy estate of Alabama Partners, LLC


Sworn to and subscribed before me on this date: _____


_____
Notary Public
My commission expires: _____