IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | BANKRUPTCY CASE NO: |
| ALABAMA PARTNERS, LLC, | ) | 17-03469-TOM-7 |
| | ) | |
| Debtor. | ) | |
| IN RE: | ) | |
| | ) | |
| ALABAMA PARTNERS, LLC and | ) | BANKRUPTCY CASE NO: |
| PG COUNTY PIZZA, INC. | ) | 17-03475-TOM-7 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| THOMAS E. REYNOLDS, TRUSTEE, | ) | |
| | ) | |
| Plaintiff. | ) | |
| | ) | ADVERSARY PROCEEDING NO. |
| vs. | ) | 18-00232 |
| | ) | |
| YELLOWSTONE CAPITAL, LLC, | ) | |
| | ) | |
| DEFENDANT. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the Joint Motion to Approve Compromise (Docket #313 in the main case and Docket #33 in the adversary proceeding) upon the entities listed on the attached Exhibit A by placing a copy of same in the United States Mail, postage prepaid and properly addressed this the 29th day of March 2019.

Respectfully submitted,


/s/William Dennis Schilling
William Dennis Schilling
Attorney for Trustee

OF COUNSEL:

William Dennis Schilling
Attorney at Law
P. O. Box 55147
Birmingham, AL 35255-5147
(205) 328-0464
schillinglawoffice@gmail.com

Label Matrix for local noticing
1126-2
Case 17-03469-TOM7
NORTHERN DISTRICT OF ALABAMA
Birmingham
Fri Mar 29 09:19:43 CDT 2019

Advanced Restaurant Sales
111 Village Parkway Bldg #2
Marietta, GA 30067-4013

Alabama Partners, LLC
PO Box 551267
Jacksonville, FL 32255-1267

Bank of the Ozarks
Attn. Leasing Division
12915 Cantrell Rd
Little Rock, AR 72223-1701

Checkers Drive-In Restaurants, Inc.
c/o Burr & Forman LLP
Derek Meek
420 N 20th St, Ste 3400
Birmingham, AL 35203-5210

City of Jasper
c/o Russell B. Robertson, Esq.
P.O. Box 498
Jasper, AL 35502-0498

Customized Distribution, LLC
% Daniel Sparks
Christian & Small LLP
1800 Financial Center
505 North 20th Street
Birmingham, AL 35203-4633

DDRM Largo Town Center
3300 Enterprise Parkway
3300 Enterprise Parkway
Beachwood, OH 44122-7200

Direct Capital Corporation
Engel, Hairston & Johanson, P.C.
Attn: Alto Lee Teague, IV
P.O. Box 11405
Birmingham, AL 35202-1405

NCEP, LLC Department
Ascension Capital Group
P.O. Box 165028
Irving, TX 75016-5028

Prince George's County, Maryland
c/o M. Evan Meyers
6801 Kenilworth Ave Ste 400
Riverdale, MD 20737-1385

Silver Hill II LLC
c/o Ellis Brazeal Jones Walker
1819 5th Avenue North
Suite 1100
Birmingham, AL 35203-2122

US Bank Equipment Finance
c/o Parnell & Parnell, P.A.
P.O. Box 2189
Montgomery, AL 36102-2189

Unifi Equipment Finance, Inc.
c/o William J. Stapleton, Esq.
Hooper Hathaway, P.C.
126 Main St.
Ann Arbor, MI 48104-1945

U. S. Bankruptcy Court
Robert S. Vance Federal Building
1800 5th Avenue North
Birmingham, AL 35203-2111

3300 Enterprise Parkway
3300 Enter
Beachwood, OH 44122

ABC Burglar Alarm Systems, Inc.
1532 A&B Pointer Ridge Place
Bowie, MD 20716-1883

ABC Burglar Alarm Systems, Inc.
1532 A&B Pointer Ridge Place
Bowie, Maryland 20716-1883

ANX Business Corp
Dept. 77399
PO Box 77000
Detroit, MI 48277-0399

ANX Business Corp
Dept. 77399
PO Box 77000
Detroit, Michigan 48277-0399

Affordable Refuse & Recycling, Inc.
PO Box 400
Cheltenham, MD 20623-0400

Affordable Refuse & Recycling, Inc.
PO Box 400
Cheltenham, Maryland 20623-0400

Al Kaisani
10501 N. Central Expressway, Ste. 106
Dallas, TX 75231-2203

Alabama Child Support Payment Ctr
PO Box244015
Montgomery, AL 36124-4015

Alabama Department of Labor
631 Beacon Pkwy West, Ste. 203
Birmingham, AL 35209-3131

Alabama Department of Revenue
PO Box 327464
Montgomery, 36132-7464

Alabama Deptartment of Labor
649 Monroe Street
Montgomery, Alabama 36131-0099

Alabama Gas Corporation
605 Richard Arrington Blvd N
Birmingham, AL 35203-2707

Alabama Power Company
c/o Eric T. Ray
1901 Sixth Ave N, Suite 1500
Birmingham, AL 35203-4642

Allied Waste/Republic Services
3950 59th Street SW
Birmingham, AL 35221

Exhibit A

| | | |
|---|---|---|
| Anniston Water Works<br>931 Noble Street<br>Anniston, AL 36201-5666 | BRESCO<br>Birmingham Restaurant Supply<br>2428 Sixth Avenue S<br>Birmingham, AL 35233-3316 | Bae's Woodberry, LLC<br>Attn: Ellen Kim<br>12104 Old Pine Way<br>Oak Hill, Virginia 20171-1630 |
| Balboa Capital<br>2010 Main Street<br>11th Floor<br>Irvine, CA 92614-8250 | Bank of the Ozarks<br>17901 Chenal Parkway<br>3rd Floor<br>Little Rock, AR 72223-5831 | Bank of the Ozarks<br>PO Box 242208<br>Little Rock, AR 72223-0022 |
| Bankruptcy Administrator<br>1800 5th Avenue North<br>Birmingham, AL 35203-2111 | Bessemer Utilities<br>PO Box 1246<br>Bessemer, AL 35021-1299 | Betty Leeth Haynes<br>PO Box 279<br>Cullman, AL 35056-0279 |
| Birmingham District Tax Office<br>P O Box 13156<br>Birmingham AL 35202-3156 | Birmingham Water Works Board<br>PO Box 830269<br>Birmingham, AL 35283-0269 | Blue Cross and Blue Shield of Alabama<br>450 Riverchase Pkwy E<br>Birmingham, AL 35244-2858 |
| Blue Line<br>2211 Woodward Ave.<br>Detroit, MI 48201-3467 | Blue Line<br>2211 Woodward Ave.<br>Detroit, Michigan 48201-3467 | Blue Line Foodservice Distribution, Inc.<br>Attn: Legal Dept.<br>2211 Woodward Ave.<br>Detroit, MI 48201-3467 |
| Bottling Group, LLC<br>c/o Joseph D. Frank<br>FrankGecker LLP<br>1327 W. Washington Boulevard<br>Suite 5G-H<br>Chicago, IL 60607-1912 | Brinks<br>PO Box 101031<br>Atlanta, GA 30392-1031 | Brinks<br>PO Box 101031<br>Atlanta, Georgia 30392-1031 |
| Burns Septic<br>5291 Enterprise Street<br>Sykesville, MD 21784-9352 | CAN Capital/Channel Partners Capital<br>11100 Wayzata Blvd., Ste. 305<br>Minnetonika, MN 55305-5537 | CDI<br>5151 Brook Hollow Pkwy<br>Norcross, GA 30071-4912 |
| CHTD Company<br>P.O. Box 2576<br>Springfield, IL 62708-2576 | CHeckers Corporate<br>4300 West Cypress St. Suite 600<br>Tampa, FL 33607-4157 | Calhoun County Sales Tax<br>Calhoun County Revenue Commissioner<br>1702 Noble St., Ste. 104<br>Anniston, AL 36201-3827 |
| Can Capital Asset Servicing, Inc.<br>2015 Vaughn Road, Building 500<br>Kennesaw, GA 30144-7831 | Checkers Corp.<br>4300 West Cypress St. Suite 600<br>Tampa, FL 33607-4157 | Christian Pereyda<br>Engel, Hairston & Johanson, P.C.<br>P.O. Box 11405<br>Birmingham, AL 35202-1405 |
| City of Anniston<br>P.O. Box 2168<br>Anniston, AL 36202-2168 | City of Bessemer<br>Revenue Department<br>1806 Third Avenue North<br>Bessemer, AL 35020-4906 | City of Birmingham<br>710 North 20th Street<br>Room 600 City Hall<br>Birmingham, AL 35203-2216 |

| | | |
|---|---|---|
| City of Center Point<br>2209 Center Point Parkway<br>Center Point, Alabama 35215-4609 | City of Cullman<br>PO 278<br>Cullman, AL 35056-0278 | City of Gadsden<br>c/o RDS<br>PO Box 830725<br>Birmingham, AL 35283-0725 |
| City of Jasper<br>c/o RDS<br>PO Box 830725<br>Birmingham, AL 35283-0725 | City of Jasper, Alabama<br>P.O. Box 498<br>Jasper, AL 35502-0498 | City of Midfield<br>c/o RDS<br>PO Box 830725<br>Birmingham, AL 35283-0725 |
| Coca Cola USA<br>PO Box 102499<br>Atlanta, GA 30368-2499 | Comptroller of Maryland<br>110 Carroll Street<br>Annapolis, MD 21411-0001 | Comptroller of Maryland<br>110 Carroll Street<br>Annapolis, Maryland 21411-0001 |
| Comptroller of Maryland<br>301 West Preston Street Room 409<br>Baltimore, MD 21201-2383 | Corporation Service Company as Represent<br>PO Box 2576<br>Springfield, IL 62708-2576 | Cullman County & City<br>PO Box 278<br>Cullman, AL 35056-0278 |
| Cullman County Commission<br>500 Second Ave SW Room 105<br>Cullman AL 35055-4135 | Cullman Gas District<br>PO Box 399<br>Cullman, Alabama 35056-0399 | Cullman Power Board<br>106 Second Avenue NE<br>Cullman, AL 35055-2904 |
| Customized Distribution, LLC<br>5151 Brook Hollow Parkway<br>Suite 225<br>Norcross, GA 30071-4912 | Cyprus Air<br>7525 Richmond Hwy<br>Alexandria, VA 22306-2330 | DC Government<br>1101 4th Street SW<br>Suite W210<br>Washington, DC 20024-4457 |
| DC Government<br>1101 4th Street SW<br>Suite W210<br>Washington, District of Columbia 20024-4457 | DDRM Largo Town Center, LLC<br>DDR Corp.<br>3300 Enterprise Parkway<br>Beachwood, Ohio 44122-7200 | Department of Revenue<br>Jefferson County Courthouse<br>Birmingham  AL  35263 |
| Direct Capital<br>155 Commerce Way<br>Portsmouth, NH 03801-3243 | Direct Capital Corporation<br>P.O. Box 11405<br>Birmingham, AL 35202-1405 | ERDA LLC<br>c/o Mr. Daniel Feld, Manager<br>12600 Cumpston Street<br>Valley Village, CA 91607-1912 |
| ERDA LLC<br>c/o Mr. Daniel Feld, Manager<br>12600 Cumpston Street<br>Valley Village, California 91607-1912 | Eagle Phillips LLC dba Merchant Cash Cloud<br>20200 w dixie hwy<br>suite 802<br>Miami, FL 33180-1920 | Elizabeth Jelks<br>8512 English Oak Loop<br>Montgomery, AL 36117-6822 |
| Elizabeth Jelks<br>8512 English Oak Loop<br>Montgomery, Alabama 36117-6822 | Etowah County<br>c/o RDS<br>PO Box 830725<br>Birmingham, AL 35283-0725 | Firemaster<br>Dept 1019<br>PO Box 121019<br>Dallas, TX 75312-1019 |

Exhibit A

| | | |
|---|---|---|
| First Insurance Funding<br>450 Skokie Blvd., Ste. 1000<br>Northbrook, IL 60062-7917 | Flowers Baking Company of Birmingham<br>900 16th Street N<br>Birmingham, AL 35203-1017 | Fred Garfield<br>Spain Gillon<br>2117 Second Avenue N<br>Birmingham, AL 35203-3753 |
| General Counsel<br>State Department of<br>Industrial Relations<br>Montgomery AL 36102 | Good Hope Investments, LLC<br>9109 Lucky Estates Dr.<br>Vienna, Virginia 22182-1746 | HJK LLC<br>PO Box 175<br>Lincoln, AL 35096-0175 |
| HJK LLC<br>PO Box 175<br>Lincoln, Alabama 35096-0175 | HRS<br>PO Box 1624<br>Huntsville, AL 35807-0624 | Hearn Services, Inc.<br>d/b/a Johnson Service Company<br>John C. Saylor,<br>425 N. Court St.<br>Florence, AL 35630-4645 |
| IRH Capital<br>707 Skokie Blvd., Ste. 540<br>Northbrook, IL 60062-2895 | Internal Revenue Service<br>801 Broadway M/S 146<br>Nashville, TN 37203 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, Pennsylvania 19101-7346 | Iqbal Kaisani<br>10501 N. Central Expressway, Ste. 106<br>Dallas, TX 75231-2203 |
| J T Smallwood - Tax Collector<br>Room 160<br>716 Richard Arrington Blvd. N.<br>Birmingham, AL 35203-0112 | Jefferson County EDU Sales Tax<br>716 Richard Arrington Jr. Blvd. N.<br>Birmingham, AL 35203-0100 | Jefferson County Sales Tax<br>716 Richard Arrington Jr. Blvd. N.<br>Birmingham, AL 35203-0100 |
| Johnson Service Company<br>2812 Ruffner Rd<br>Birmingham, AL 35210-3916 | Kelly Pruitt<br>1463 Secretariat Dr.<br>Helena, AL 35080-4138 | Libert Mutual/Cobbs Allen Hall<br>115 Office Park Dr., Ste. 200<br>Mountain Brook, AL 35223-2423 |
| Libert Mutual/Cobbs Allen Hall<br>115 Office Park Dr., Ste. 200<br>Mountain Brook, Alabama 35223-2423 | Little Caesar Enterprises, Inc.<br>Attn: Legal Dept.<br>2211 Woodward Ave.<br>Detroit, MN 48201-3400 | Little Caesars Caesar Fund Inc.<br>2211 Woodward Ave.<br>Detroit, MI 48201-3467 |
| Little Caesars Caesar Fund Inc.<br>2211 Woodward Ave.<br>Detroit, Michigan 48201-3467 | Little Caesars Corporate<br>2211 Woodward Ave.<br>Detroit, MI 48201-3467 | Little Caesars Corporate<br>2211 Woodward Ave.<br>Detroit, Michigan 48201-3467 |
| Loanme<br>1900 S State College Blvd., Ste. 300<br>Amaheim, CA 92806-6152 | Loanme<br>1900 S State College Blvd., Ste. 300<br>Amaheim, California 92806-6152 | Lucinda Leeth<br>3805 Cromwell Drive<br>Birmingham, AL 35243-5512 |

M. Evan Meyers
Meyers, Rodbell & Rosenbaum, P.A.
6801 Kenilworth Ave., Ste. 400
Riverdale Park, MD 20737-1331

M. Evan Meyers
for Prince George's County, Marylan
6801 Kenilworth Ave Ate 400
Riverdale MD 20737-1385

MACRO LEASE
185 Express Street, Ste. 100
Plainview, NY 11803-2406

Macrolease Corporation
c/o Moritt Hock & Hamroff LLP
Krista L. Kulp, Esq.
400 Garden City Plaza
Garden City, NY 11530-3327

Mark Williams
PO Box 551267
Jacksonville, FL 32255-1267

Marlin Business Bank
300 Fellowship Road
Mount Laurel, New Jersey 08054-1201
Attn.: Bankruptcy Department

Marlow Heights Shopping Center, LP
c/o Gelman Management Co.
2120 L Street NW
Suite 800
Washington, District of Columbia 20037-1549

Martha Sams
1541 Prairie Lane
Montgomery, AL 36117-3414

Martha Sams
1541 Prairie Lane
Montgomery, Alabama 36117-3414

Maryland Child Support Account
PO Box 17396
Baltimore, MD 21297-1396

Maryland Child Support Account
PO Box 17396
Baltimore, Maryland 21297-1396

Master Protection, LP dba FireMaster
13050 Metro Parkway
Suite 1
Fort Myers, FL 33966-4800

Maverick VI LLC
12612 Waterspout Ct
Owings Mills, MD 21117-1006

Maverick VI, LLC
12612 Waterspout Court
Owings Mills, Maryland 21117-1006

Melissa Hayward
10501 N. Central Expressway, Suite 106
Dallas , TX 75231-2203

Merchant Cash Cloud
5757 NW 151st Street
Miami Lakes, FL 33014-2482

Merchant Cash Cloud
5757 NW 151st Street
Miami Lakes, Florida 33014-2482

Muzak
Focus Four LLC
PO Box 638793
Cincinnati, OH 45263-8793

(p)NASA FCU
ATTN ATTN MEMBER SOLUTIONS
500 PRINCE GEORGES BLVD
UPPER MARLBORO MD 20774-8732

NCMIC Finance Company
14001 University Avenue
Clive, Iowa 50325-8273

NUCO2
2800 SE Market Pl
Stuart, FL 34997-4965

Navin Kaisani
10501 N. Central Expressway, Ste. 106
Dallas, TX 75231-2203

Navitas
111 Executive Ctr Dr.
Suite 102
Columbia, SC 29210-8414

ONEILAATS LLC
10879 Coral Shores Dr # 210
Jacksonville, FL 32256-2128

ONEILAATS LLC
10879 Coral Shores Dr # 210
Jacksonville, Florida 32256-2128

PEPCO
P O Box 97294
Washington DC 20090-7294

PEPCO
PO Box 13608
Philadelphia, Pennsylvania 19101-3608

PEPSICO
1100 Reynolds Blvd.
Winston-Salem, NC 27105-3400

Pervez Kaisani
10501 N. Central Expressway, Ste. 106
Dallas, TX 75231-2203

Phillip Bohl
Attn: Legal Dept.
2211 Woodward Ave.
Detroit, MI 48201-3467

Exhibit A

| | | |
|---|---|---|
| Prince Georges County, Maryland<br>Meyers, Rodbell & Rosenbaum, P.A.<br>c/o M. Evan Meyers<br>6801 Kenilworth Ave., Suite 400<br>Riverdale Park, MD 20737-1331 | RDS<br>PO Box 830725<br>Birmingham, AL 35283-0725 | RLC Funding, a division of Navitas Lease<br>111 Executive Center Dr.<br>Suite 102<br>Columbia, SC 29210-8414 |
| Receivables Advance<br>P.O. Box 15270<br>Irvine, CA 92623-5270 | Regency Centers Corporation<br>One Independent Drive<br>Suite 114<br>Jacksonville, FL 32202-5005 | Regions Bank<br>1900 Fifth Avenue North<br>Birmingham, AL 35203-2670 |
| Republic Services<br>3950 50th Street SW<br>Birmingham, Alabama 35221-1847 | Richard Blount Construction, LLC<br>163 Haygood Ave. SE<br>Atlanta, GA 30315-1928 | Richard Ruggiero<br>c/o Lochner Law Firm, P.C.<br>91 Main St., 4th Floor<br>Annapolis, MD 21401-2032 |
| Rivertowne Center ACQ<br>8 Industrial Way<br>East Eatonton, New Jersey 07724-3317 | Russell Robertson<br>P.O. Box 498<br>Jasper, AL 35502-0498 | SUSQUEHANNA SALT LAKE LLC<br>136 E South Temple, Ste. 1400<br>Salt Lake City, Utah 84111-1143 |
| Sartino, Inc.<br>5285 Briarwood Circle<br>Pinson, AL 35126-2986 | Secretary of the Treasury<br>1500 Pennsylvania Ave., NW<br>Washington, DC 20220-0001 | SecureConnect/Trustwave<br>75 Remittance Drive<br>Dept. 1999<br>Chicago, IL 60675-1999 |
| Sharp Realty<br>Attn: Accounts Receivable<br>400 Union Hill Dr.<br>Birmingham, AL 35209-2064 | Silver Hill II<br>Combined Properties<br>1255 22nd Street, NW<br>Washington, District of Columbia 20037-1225 | Stanley Convergent Security Solutions<br>8350 Sunlight Drive<br>Fishers, IN 46037-6700 |
| State Department of Revenue<br>P O Box 1927<br>Pelham AL 35124-5927 | State of Alabama<br>Department of Revenue<br>Legal Division<br>PO Box 320001<br>Montgomery, Alabama 36132-0001 | State of Alabama Dept of Revenue<br>P O Box 320001<br>Montgomery AL 36132-0001 |
| Steritech<br>PO Box 471127<br>Charlotte, NC 28247-1127 | Steritech<br>PO Box 472127<br>Charlotte, NC 28247-2127 | Steritech<br>PO Box 472127<br>Charlotte, North Carolina 28247-2127 |
| The Coca-Cola Company<br>One Coca-Cola Plaza<br>Atlanta, GA 30313-2499 | The Hartford<br>8711 University East Drive<br>Charlotte, NC 28213-4233 | The Hartford<br>8711 University East Drive<br>Charlotte, North Carolina 28213-4233 |
| Tyco Integrated Security, LLC<br>10405 Crosspoint Blvd.<br>Indianapolis IN 46256-3323 | Tyco Security<br>c/o ADT Security Services, Inc.<br>PO Box 371967<br>Pittsburgh, PA 15250-7967 | U.S. Bank Equipment Finance<br>A division of U.S. Bank N.A.<br>1310 Madrid Street<br>Marshall, MN 56258-4099 |

Exhibit A

| | | |
|---|---|---|
| U.S. Securities and Exchange Commission<br>Branch of Reorganization<br>950 East Paces Ferry Road Ste 900<br>Atlanta, GA 30326-1382 | USB Equipment Finance<br>220 26th Street<br>Minniapolis, MN | USRP I, LLC<br>Attn: Legal Dept.<br>One Independent Dr.<br>Suite 114<br>Jacksonville, Florida 32202-5005 |
| UniFi Equipment Finance<br>3893 Research Park Drive<br>Ann Arbor, MI 48108-2217 | United States Attorney<br>Northern District of Alabama<br>1801 Fourth Avenue North<br>Birmingham, AL 35203-2101 | United States Bankruptcy Administrator<br>Northern District of Alabama<br>1800 Fifth Avenue North<br>Birmingham, AL 35203-2111 |
| Verizon Business<br>PO Box 660720<br>Dallas, TX 75266-0720 | Verizon Business<br>PO Box 660720<br>Dallas, Texas 75266-0720 | Verizon Business Global LLC, on behalf of it<br>William Vermette<br>22001 Loudoun County Pkwy<br>Ashburn, VA 20147-6105 |
| (p)WAND CORPORATION<br>7575 CORPORATE WAY<br>EDEN PRAIRIE MN 55344-2022 | Washington Gas<br>6801 Industrial Road<br>Sprinfield, VA 22151-4205 | Washington Gas<br>6801 Industrial Road<br>Sprinfield, Virginia 22151-4205 |
| Washington Suburban Sanitary Commission<br>Heather Ashbury<br>14501 Swetizer Lane<br>Laurel, MD 20707-5901 | Wazir Kaisani<br>10501 N. Central Expressway, Ste. 106<br>Dallas, TX 75231-2203 | YES Energy Management<br>PO Box 660901<br>Dallas, TX 75266-0901 |
| Yellowstone<br>30 Broad Street<br>14th FL, Ste. 1462<br>New York, NY 10004-2304 | Yellowstone<br>30 Broad Street<br>14th FL, Ste. 1462<br>New York, New York 10004-2304 | Edmond R Denaburg<br>Christian & Denaburg, PC<br>2649 Rocky Ridge Lane<br>Birmingham, Al 35216-4809 |
| Frederick Darrell Clarke III<br>Rumberger, Kirk & Caldwell<br>2001 Park Place North<br>Suite 1300<br>Birmingham, AL 35203-2735 | Insolvency Section Internal Revenue Service<br>801 Broadway<br>MDP 146, Room 285<br>Nashville, TN 37203-3816 | J. Thomas Corbett<br>Bankruptcy Administrator<br>1800 5th Avenue North<br>Birmingham, AL 35203-2111 |
| Jon A Dudeck<br>Bankruptcy Administrator-Bham Office<br>1800 5th Ave N Rm 132<br>Birmingham, AL 35203-2126 | R. Scott Williams<br>Rumberger, Kirk & Caldwell, P.C.<br>2001 Park Place North<br>Suite 1300<br>Birmingham, AL 35203-2700 | Reginald C. Armor III<br>Armor Legal, PLLC<br>c/o Eagle Phillips, LLC<br>1820 NE Jensen Beach Blvd #562<br>Jensen Beach, FL 34957-7212 |
| Robert H Adams<br>Rumberger, Kirk & Caldwell, P.C.<br>2001 Park Place North<br>Suite 1300<br>Birmingham, AL 35203-2735 | Thomas E Reynolds<br>Reynolds Legal Solutions, LLC<br>300 Richard Arrington Jr. Blvd. N<br>Suite 503<br>Birmingham, AL 35203-3354 | William Dennis Schilling<br>PO Box 55147<br>Birmingham, Al 35255-5147 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Exhibit A

| | | |
|---|---|---|
| Internal Revenue Service<br>801 Tom Martin Dr<br>Birmingham AL 35211 | (d)Internal Revenue Service<br>801 Tom Martins Dr.<br>Mail Stop 126<br>Birmingham, Alabama 35211 | (d)Internal Revenue Service<br>P O Box 21126<br>Philadelphia PA 19114 |
| NASA Federal Credit Union<br>500 Prince Georges Blvd.<br>Upper Marlboro, MD 20774 | (d)NASA Federal Credit Union<br>PO Box 1588<br>Bowie, MD 20717 | Wand Corporation<br>7593 Corporate Way<br>Eden Prairie, MN 55344 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Bottling Group, LLC and its affiliates and | (u)Little Caesar Enterprises, Inc. | (u)R&F Birmingham, LLC |
| (u)Child Support DC | (u)Haynes Family | (u)Kelly Hall |
| (u)Liz Whidden | (u)Mark Williams | (d)Mark Williams<br>PO Box 551267<br>Jacksonville, FL 32255-1267 |
| (u)Pervez Kaisani | (u)WHP, LLC | (u)Wazir Kaisani |
| (u)Iqbar Kaisani | (u)Johnson Service Comp Johnson Service Johns<br>2812 Ruffner Road<br>Birmingham | (du)Pervez Kaisani |
| (du)Wazir Kaisani | End of Label Matrix<br>Mailable recipients   206<br>Bypassed recipients    16<br>Total                 222 | |