In re:                                                                                    Case No. 17-03469-TOM
Alabama Partners, LLC                                                                     Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 1126-2      User: admin              Page 1 of 6              Date Rcvd: Apr 01, 2019
                          Form ID: van020          Total Noticed: 198

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 03, 2019.
```
db           +Alabama Partners, LLC,    PO Box 551267,    Jacksonville, FL 32255-1267
aty          +Leah Fiorenza McNeill,    Bryan Cave LLP,    1201 W Peachtree St NW 14tyh Floor,
               Atlanta, GA 30309-3449
aty           M. Evan Meyers,    Meyers Rodbell & Rosenbaum PA,    6801 Kenilworth Ave Ste 400,
               Riverdale, MD 20737-1385
aty          +Mark I. Duedall,    Bryan Cave LLP,    1201 W Peachtree St NW 14tyh Floor,
               Atlanta, GA 30309-3449
br           +Advanced Restaurant Sales,    111 Village Parkway Bldg #2,    Marietta, GA 30067-4013
cr           +Bank of the Ozarks,    Attn. Leasing Division,    12915 Cantrell Rd,    Little Rock, AR 72223-1701
cr           +City of Jasper,    c/o Russell B. Robertson, Esq.,    P.O. Box 498,    Jasper, AL 35502-0498,
               UNITED STATES 35502-0498
cr           +Customized Distribution, LLC,    % Daniel Sparks,    Christian & Small LLP,
               1800 Financial Center,    505 North 20th Street,    Birmingham, AL 35203-4633
cr           +DDRM Largo Town Center,    3300 Enterprise Parkway,    3300 Enterprise Parkway,
               Beachwood, OH 44122-7200
cr           +Direct Capital Corporation,    Engel, Hairston & Johanson, P.C.,    Attn: Alto Lee Teague, IV,
               P.O. Box 11405,    Birmingham, AL 35202-1405
acc          +Edmond R Denaburg,    Christian & Denaburg, PC,    2649 Rocky Ridge Lane,
               Birmingham, Al 35216-4809
cr            Prince George’s County, Maryland,    c/o M. Evan Meyers,    6801 Kenilworth Ave Ste 400,
               Riverdale, MD 20737-1385
intp         +Reginald C. Armor, III,    Armor Legal, PLLC,    c/o Eagle Phillips, LLC,
               1820 NE Jensen Beach Blvd #562,    Jensen Beach, FL 34957-7212
cr           +Silver Hill II LLC,    c/o Ellis Brazeal Jones Walker,    1819 5th Avenue North,    Suite 1100,
               Birmingham, AL 35203-2122
cr            US Bank Equipment Finance,    c/o Parnell & Parnell, P.A.,    P.O. Box 2189,
               Montgomery, AL 36102-2189
cr           +Unifi Equipment Finance, Inc.,    c/o William J. Stapleton, Esq.,    Hooper Hathaway, P.C.,
               126 Main St.,    Ann Arbor, MI 48104-1945
9572704       3300 Enterprise Parkway,    3300 Enter,    Beachwood, OH 44122
9457922      +ABC Burglar Alarm Systems, Inc.,    1532 A&B Pointer Ridge Place,    Bowie, MD 20716-1883
9457923      +ABC Burglar Alarm Systems, Inc.,    1532 A&B Pointer Ridge Place,    Bowie, Maryland 20716-1883
9457937       ANX Business Corp,    Dept. 77399,    PO Box 77000,    Detroit, MI 48277-0399
9457938       ANX Business Corp,    Dept. 77399,    PO Box 77000,    Detroit, Michigan 48277-0399
9457925     #+Affordable Refuse & Recycling, Inc.,    PO Box 400,    Cheltenham, MD 20623-0400
9457926     #+Affordable Refuse & Recycling, Inc.,    PO Box 400,    Cheltenham, Maryland 20623-0400
9457927      +Al Kaisani,    10501 N. Central Expressway, Ste. 106,    Dallas, TX 75231-2203
9457931       Alabama Department of Revenue,    PO Box 327464,    Montgomery, 36132-7464
9457932      +Alabama Deptartment of Labor,    649 Monroe Street,    Montgomery, Alabama 36131-0099
9457934      +Alabama Power Company,    c/o Eric T. Ray,    1901 Sixth Ave N, Suite 1500,
               Birmingham, AL 35203-4642
9457935       Allied Waste/Republic Services,    3950 59th Street SW,    Birmingham, AL 35221
9457936      +Anniston Water Works,    931 Noble Street,    Anniston, AL 36201-5666
9457950      +BRESCO,    Birmingham Restaurant Supply,    2428 Sixth Avenue S,    Birmingham, AL 35233-3316
9457939      +Bae’s Woodberry, LLC,    Attn: Ellen Kim,    12104 Old Pine Way,    Oak Hill, Virginia 20171-1630
9457940      +Balboa Capital,    2010 Main Street,    11th Floor,    Irvine, CA 92614-8250
9457942      +Bank of the Ozarks,    PO Box 242208,    Little Rock, AR 72223-0022
9457941      +Bank of the Ozarks,    17901 Chenal Parkway,    3rd Floor,    Little Rock, AR 72223-5831
9457945       Betty Leeth Haynes,    PO Box 279,    Cullman, AL 35056-0279
9457946       Birmingham Water Works Board,    PO Box 830269,    Birmingham, AL 35283-0269
9457947      +Blue Cross and Blue Shield of Alabama,    450 Riverchase Pkwy E,    Birmingham, AL 35244-2858
9457948      +Blue Line,    2211 Woodward Ave.,    Detroit, MI 48201-3467
9457949      +Blue Line,    2211 Woodward Ave.,    Detroit, Michigan 48201-3467
9764017      +Blue Line Foodservice Distribution, Inc.,    Attn: Legal Dept.,    2211 Woodward Ave.,
               Detroit, MI 48201-3467
9581181      +Bottling Group, LLC,    c/o Joseph D. Frank,    FrankGecker LLP,    1327 W. Washington Boulevard,
               Suite 5G-H,    Chicago, IL 60607-1912
9457953      +Burns Septic,    5291 Enterprise Street,    Sykesville, MD 21784-9352
9457955      +CAN Capital/Channel Partners Capital,    11100 Wayzata Blvd., Ste. 305,
               Minnetonika, MN 55305-5537
9457956      +CDI,    5151 Brook Hollow Pkwy,    Norcross, GA 30071-4912
9457960      +CHTD Company,    P.O. Box 2576,    Springfield, IL 62708-2576
9457958      +CHeckers Corporate,    4300 West Cypress St. Suite 600,    Tampa, FL 33607-4157
9457954      +Calhoun County Sales Tax,    Calhoun County Revenue Commissioner,    1702 Noble St., Ste. 104,
               Anniston, AL 36201-3827
9457957      +Checkers Corp.,    4300 West Cypress St. Suite 600,    Tampa, FL 33607-4157
9740009      +Christian Pereyda,    Engel, Hairston & Johanson, P.C.,    P.O. Box 11405,
               Birmingham, AL 35202-1405
9457961      +City of Anniston,    P.O. Box 2168,    Anniston, AL 36202-2168
9457962      +City of Bessemer,    Revenue Department,    1806 Third Avenue North,    Bessemer, AL 35020-4906
9457963      +City of Birmingham,    710 North 20th Street,    Room 600 City Hall,    Birmingham, AL 35203-2216
9508138      +City of Center Point,    2209 Center Point Parkway,    Center Point, Alabama 35215-4609
9457964       City of Cullman,    PO 278,    Cullman, AL 35056-0278
9457965      +City of Gadsden,    c/o RDS,    PO Box 830725,    Birmingham, AL 35283-0725
```

```
9457966       +City of Jasper,   c/o RDS,   PO Box 830725,   Birmingham, AL 35283-0725
9574683        City of Jasper, Alabama,   P.O. Box 498,   Jasper, AL 35502-0498
9457967       +City of Midfield,   c/o RDS,   PO Box 830725,   Birmingham, AL 35283-0725
9457968       +Coca Cola USA,   PO Box 102499,   Atlanta, GA 30368-2499
9567991        Comptroller of Maryland,   301 West Preston Street Room 409,   Baltimore, MD 21201-2383
9457969       +Comptroller of Maryland,   110 Carroll Street,   Annapolis, MD 21411-0001
9457970       +Comptroller of Maryland,   110 Carroll Street,   Annapolis, Maryland 21411-0001
9457971       +Corporation Service Company as Represent,   PO Box 2576,   Springfield, IL 62708-2576
9457972        Cullman County & City,   PO Box 278,   Cullman, AL 35056-0278
9578847       +Cullman County Commission,   500 Second Ave SW Room 105,   Cullman AL 35055-4135
9508139       +Cullman Gas District,   PO Box 399,   Cullman, Alabama 35056-0399
9457973       +Cullman Power Board,   106 Second Avenue NE,   Cullman, AL 35055-2904
9582462       +Customized Distribution, LLC,   5151 Brook Hollow Parkway,   Suite 225,
                Norcross, GA 30071-4912
9457974       +Cyprus Air,   7525 Richmond Hwy,   Alexandria, VA 22306-2330
9457975       +DC Government,   1101 4th Street SW,   Suite W210,   Washington, DC 20024-4457
9457976       +DC Government,   1101 4th Street SW,   Suite W210,
                Washington, District of Columbia 20024-4457
9457977       +DDRM Largo Town Center, LLC,   DDR Corp.,   3300 Enterprise Parkway,
                Beachwood, Ohio 44122-7200
9457843        Department of Revenue,   Jefferson County Courthouse,   Birmingham AL  35263
9740010       +Direct Capital Corporation,   P.O. Box 11405,   Birmingham, AL 35202-1405
9457981       +ERDA LLC,   c/o Mr. Daniel Feld, Manager,   12600 Cumpston Street,
                Valley Village, CA 91607-1912
9457982       +ERDA LLC,   c/o Mr. Daniel Feld, Manager,   12600 Cumpston Street,
                Valley Village, California 91607-1912
9714154       +Eagle Phillips LLC dba Merchant Cash Cloud,   20200 w dixie hwy,   suite 802,
                Miami, FL 33180-1920
9457979       +Elizabeth Jelks,   8512 English Oak Loop,   Montgomery, AL 36117-6822
9457980       +Elizabeth Jelks,   8512 English Oak Loop,   Montgomery, Alabama 36117-6822
9457983       +Etowah County,   c/o RDS,   PO Box 830725,   Birmingham, AL 35283-0725
9457984        Firemaster,   Dept 1019,   PO Box 121019,   Dallas, TX 75312-1019
9457985       +First Insurance Funding,   450 Skokie Blvd., Ste. 1000,   Northbrook, IL 60062-7917
9457986       +Flowers Baking Company of Birmingham,   900 16th Street N,   Birmingham, AL 35203-1017
9457987       +Fred Garfield,   Spain Gillon,   2117 Second Avenue N,   Birmingham, AL 35203-3753
9457840        General Counsel,   State Department of,   Industrial Relations,   Montgomery AL  36102
9457988       +Good Hope Investments, LLC,   9109 Lucky Estates Dr.,   Vienna, Virginia 22182-1746
9457990       +HJK LLC,   PO Box 175,   Lincoln, AL 35096-0175
9457991       +HJK LLC,   PO Box 175,   Lincoln, Alabama 35096-0175
9457992       +HRS,   PO Box 1624,   Huntsville, AL 35807-0624
9514236       +Hearn Services, Inc.,   d/b/a Johnson Service Company,   John C. Saylor,,   425 N. Court St.,
                Florence, AL 35630-4645
9457996       +IRH Capital,   707 Skokie Blvd., Ste. 540,   Northbrook, IL 60062-2895
9457995       +Iqbal Kaisani,   10501 N. Central Expressway, Ste. 106,   Dallas, TX 75231-2203
9457997       +J T Smallwood - Tax Collector,   Room 160,   716 Richard Arrington Blvd. N.,
                Birmingham, AL 35203-0112
9457998       +Jefferson County EDU Sales Tax,   716 Richard Arrington Jr. Blvd. N.,
                Birmingham, AL 35203-0100
9457999       +Jefferson County Sales Tax,   716 Richard Arrington Jr. Blvd. N.,   Birmingham, AL 35203-0100
9458000       +Johnson Service Company,   2812 Ruffner Rd,   Birmingham, AL 35210-3916
9458002       +Kelly Pruitt,   1463 Secretariat Dr.,   Helena, AL 35080-4138
9458003       +Libert Mutual/Cobbs Allen Hall,   115 Office Park Dr., Ste. 200,
                Mountain Brook, AL 35223-2423
9458004       +Libert Mutual/Cobbs Allen Hall,   115 Office Park Dr., Ste. 200,
                Mountain Brook, Alabama 35223-2423
9764237       +Little Caesar Enterprises, Inc.,   Attn: Legal Dept.,   2211 Woodward Ave.,
                Detroit, MN 48201-3400
9458005       +Little Caesars Caesar Fund Inc.,   2211 Woodward Ave.,   Detroit, MI 48201-3467
9458006       +Little Caesars Caesar Fund Inc.,   2211 Woodward Ave.,   Detroit, Michigan 48201-3467
9458007       +Little Caesars Corporate,   2211 Woodward Ave.,   Detroit, MI 48201-3467
9458008       +Little Caesars Corporate,   2211 Woodward Ave.,   Detroit, Michigan 48201-3467
9820197       +M. Evan Meyers,   Meyers, Rodbell & Rosenbaum, P.A.,   6801 Kenilworth Ave., Ste. 400,
                Riverdale Park, MD 20737-1331
9567031        M. Evan Meyers,   for Prince George's County, Maryland,   6801 Kenilworth Ave Ate 400,
                Riverdale MD 20737-1385
9458013       +MACRO LEASE,   185 Express Street, Ste. 100,   Plainview, NY 11803-2406
9458014       +Macrolease Corporation,   c/o Moritt Hock & Hamroff LLP,   Krista L. Kulp, Esq.,
                400 Garden City Plaza,   Garden City, NY 11530-3327
9458015       +Mark Williams,   PO Box 551267,   Jacksonville, FL 32255-1267
9458019       +Marlin Business Bank,   300 Fellowship Road,   Mount Laurel, New Jersey 08054-1201,
                Attn.: Bankruptcy Department
9458020       +Marlow Heights Shopping Center, LP,   c/o Gelman Management Co.,   2120 L Street NW,
                Suite 800,   Washington, District of Columbia 20037-1549
9458021      #+Martha Sams,   1541 Prairie Lane,   Montgomery, AL 36117-3414
9458022      #+Martha Sams,   1541 Prairie Lane,   Montgomery, Alabama 36117-3414
9458023       +Maryland Child Support Account,   PO Box 17396,   Baltimore, MD 21297-1396
9458024       +Maryland Child Support Account,   PO Box 17396,   Baltimore, Maryland 21297-1396
9565984       +Master Protection, LP dba FireMaster,   13050 Metro Parkway,   Suite 1,
                Fort Myers, FL 33966-4800
9706145       +Maverick VI LLC,   12612 Waterspout Ct,   Owings Mills, MD 21117-1006
```

```
9458025       +Maverick VI, LLC,    12612 Waterspout Court,    Owings Mills, Maryland 21117-1006
9458026       +Melissa Hayward,    10501 N. Central Expressway, Suite 106,     Dallas , TX 75231-2203
9458027       +Merchant Cash Cloud,    5757 NW 151st Street,    Miami Lakes, FL 33014-2482
9458028       +Merchant Cash Cloud,    5757 NW 151st Street,    Miami Lakes, Florida 33014-2482
9458029        Muzak,   Focus Four LLC,    PO Box 638793,    Cincinnati, OH 45263-8793
9458034       +NCMIC Finance Company,    14001 University Avenue,    Clive, Iowa 50325-8273
9458035       +NUCO2,    2800 SE Market PL,    Stuart, FL 34997-4965
9458032       +Navin Kaisani,    10501 N. Central Expressway, Ste. 106,     Dallas, TX 75231-2203
9458033       +Navitas,    111 Executive Ctr Dr.,    Suite 102,    Columbia, SC 29210-8414
9458036       +ONEILAATS LLC,    10879 Coral Shores Dr # 210,    Jacksonville, FL 32256-2128
9458037       +ONEILAATS LLC,    10879 Coral Shores Dr # 210,    Jacksonville, Florida 32256-2128
9458038       +PEPCO,    P O Box 97294,    Washington DC 20090-7294
9458040       +PEPSICO,    1100 Reynolds Blvd.,    Winston-Salem, NC 27105-3400
9458041       +Pervez Kaisani,    10501 N. Central Expressway, Ste. 106,     Dallas, TX 75231-2203
9764016       +Phillip Bohl,    Attn: Legal Dept.,    2211 Woodward Ave.,    Detroit, MI 48201-3467
9551861       +Prince Georges County, Maryland,    Meyers, Rodbell & Rosenbaum, P.A.,    c/o M. Evan Meyers,
                6801 Kenilworth Ave., Suite 400,    Riverdale Park, MD 20737-1331
9458044       +RDS,    PO Box 830725,    Birmingham, AL 35283-0725
9458054       +RLC Funding, a division of Navitas Lease,     111 Executive Center Dr.,    Suite 102,
                Columbia, SC 29210-8414
9458045       +Receivables Advance,    P.O. Box 15270,    Irvine, CA 92623-5270
9458046       +Regency Centers Corporation,    One Independent Drive,    Suite 114,
                Jacksonville, FL 32202-5005
9508140       +Republic Services,    3950 50th Street SW,    Birmingham, Alabama 35221-1847
9458048       +Richard Blount Construction, LLC,    163 Haygood Ave. SE,    Atlanta, GA 30315-1928
9458049       +Richard Ruggiero,    c/o Lochner Law Firm, P.C.,    91 Main St., 4th Floor,
                Annapolis, MD 21401-2032
9458052       +Rivertowne Center ACQ,    8 Industrial Way,    East Eatonton, New Jersey 07724-3317
9574682        Russell Robertson,    P.O. Box 498,    Jasper, AL 35502-0498
9458064       +SUSQUEHANNA SALT LAKE LLC,    136 E South Temple, Ste. 1400,    Salt Lake City, Utah 84111-1143
9458055      #+Sartino, Inc.,    5285 Briarwood Circle,    Pinson, AL 35126-2986
9457847       +Secretary of the Treasury,    1500 Pennsylvania Ave., NW,    Washington, DC 20220-0001
9458056        SecureConnect/Trustwave,    75 Remittance Drive,    Dept. 1999,    Chicago, IL 60675-1999
9458057       +Sharp Realty,    Attn: Accounts Receivable,    400 Union Hill Dr.,    Birmingham, AL 35209-2064
9458058       +Silver Hill II,    Combined Properties,    1255 22nd Street, NW,
                Washington, District of Columbia 20037-1225
9458059       +Stanley Convergent Security Solutions,    8350 Sunlight Drive,    Fishers, IN 46037-6700
9457839       +State Department of Revenue,    P O Box 1927,    Pelham AL 35124-5927
9458062       +Steritech,    PO Box 472127,    Charlotte, NC 28247-2127
9458063       +Steritech,    PO Box 472127,    Charlotte, North Carolina 28247-2127
9458061       +Steritech,    PO Box 471127,    Charlotte, NC 28247-1127
9458065       +The Coca-Cola Company,    One Coca-Cola Plaza,    Atlanta, GA 30313-2499
9458066       +The Hartford,    8711 University East Drive,    Charlotte, NC 28213-4233
9458067       +The Hartford,    8711 University East Drive,    Charlotte, North Carolina 28213-4233
9472506       +Tyco Integrated Security, LLC,    10405 Crosspoint Blvd.,    Indianapolis IN 46256-3323
9458068        Tyco Security,    c/o ADT Security Services, Inc.,    PO Box 371967,    Pittsburgh, PA 15250-7967
9458069       +U.S. Bank Equipment Finance,    A division of U.S. Bank N.A.,    1310 Madrid Street,
                Marshall, MN 56258-4099
9458071        USB Equipment Finance,    220 26th Street,    Minniapolis, MN
9458072       +USRP I, LLC,    Attn: Legal Dept.,    One Independent Dr.,    Suite 114,
                Jacksonville, Florida 32202-5005
9458070       +UniFi Equipment Finance,    3893 Research Park Drive,    Ann Arbor, MI 48108-2217
9457848       +United States Attorney,    Northern District of Alabama,    1801 Fourth Avenue North,
                Birmingham, AL 35203-2101
9458075      ++WAND CORPORATION,    7575 CORPORATE WAY,    EDEN PRAIRIE MN 55344-2022
               (address filed with court: Wand Corporation,     7593 Corporate Way,    Eden Prairie, MN 55344)
9458078       +Wazir Kaisani,    10501 N. Central Expressway, Ste. 106,     Dallas, TX 75231-2203
9458085        YES Energy Management,    PO Box 660901,    Dallas, TX 75266-0901
9458083       +Yellowstone,    30 Broad Street,    14th FL, Ste. 1462,    New York, NY 10004-2304
9458084       +Yellowstone,    30 Broad Street,    14th FL, Ste. 1462,    New York, New York 10004-2304
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg           +E-mail/Text: bnc_notices_southern@alnba.uscourts.gov Apr 02 2019 03:25:45      Thomas Corbett,
                BA Birmingham,    1800 5th Avenue North,    Birmingham, AL 35203-2111
cr            +E-mail/Text: cstewart@Burr.com Apr 02 2019 03:26:32      Checkers Drive-In Restaurants, Inc.,
                c/o Burr & Forman LLP,    Derek Meek,    420 N 20th St, Ste 3400,    Birmingham, AL 35203-5210
cr            +E-mail/Text: cio.bncmail@irs.gov Apr 02 2019 03:24:29
                Insolvency Section Internal Revenue Service,    801 Broadway,   MDP 146, Room 285,
                Nashville, TN 37203-3816
ba            +E-mail/Text: bnc_notices_southern@alnba.uscourts.gov Apr 02 2019 03:25:45      J. Thomas Corbett,
                Bankruptcy Administrator,    1800 5th Avenue North,    Birmingham, AL 35203-2111
cr            +E-mail/PDF: acg.acg.ebn@americaninfosource.com Apr 02 2019 03:29:15      NCEP, LLC Department,
                Ascension Capital Group,    P.O. Box 165028,    Irving, TX 75016-5028
9457929        E-mail/Text: dhrcscbu@dhr.alabama.gov Apr 02 2019 03:24:16
                Alabama Child Support Payment Ctr,    PO Box244015,    Montgomery, AL 36124-4015
9457933       +E-mail/Text: bankruptcy@alagasco.com Apr 02 2019 03:27:06      Alabama Gas Corporation,
                605 Richard Arrington Blvd N,    Birmingham, AL 35203-2707
9457943       +E-mail/Text: bnc_notices_southern@alnba.uscourts.gov Apr 02 2019 03:25:45
                Bankruptcy Administrator,    1800 5th Avenue North,    Birmingham, AL 35203-2111
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
9457944        +E-mail/Text: plittle@bessemerutilities.com Apr 02 2019 03:25:01      Bessemer Utilities,
                 PO Box 1246,    Bessemer, AL 35021-1299
9457842         E-mail/Text: lola.small@labor.alabama.gov Apr 02 2019 03:24:49
                 Birmingham District Tax Office,    P O Box 13156,    Birmingham  AL  35202-3156
9457951         E-mail/Text: bankruptcy@brinksinc.com Apr 02 2019 03:26:39      Brinks,    PO Box 101031,
                 Atlanta, GA 30392-1031
9457952         E-mail/Text: bankruptcy@brinksinc.com Apr 02 2019 03:26:39      Brinks,    PO Box 101031,
                 Atlanta, Georgia 30392-1031
9483254        +E-mail/Text: bkdept@cancapital.com Apr 02 2019 03:23:50      Can Capital Asset Servicing, Inc.,
                 2015 Vaughn Road, Building 500,    Kennesaw, GA 30144-7831
9457978        +E-mail/Text: B@directcapital.com Apr 02 2019 03:27:32      Direct Capital,    155 Commerce Way,
                 Portsmouth, NH 03801-3243
9458010        +E-mail/Text: bankruptcy@loanme.com Apr 02 2019 03:26:59      Loanme,
                 1900 S State College Blvd., Ste. 300,    Amaheim, CA 92806-6152
9458011        +E-mail/Text: bankruptcy@loanme.com Apr 02 2019 03:26:59      Loanme,
                 1900 S State College Blvd., Ste. 300,    Amaheim, California 92806-6152
9458030         E-mail/Text: e-bankruptcy@nasafcu.com Apr 02 2019 03:23:55      NASA Federal Credit Union,
                 500 Prince Georges Blvd.,    Upper Marlboro, MD 20774
9458031         E-mail/Text: e-bankruptcy@nasafcu.com Apr 02 2019 03:23:55      NASA Federal Credit Union,
                 PO Box 1588,    Bowie, MD 20717
9458039        +E-mail/Text: Bankruptcy_General@pepco.com Apr 02 2019 03:25:09      PEPCO,    PO Box 13608,
                 Philadelphia, Pennsylvania 19101-3608
9458047        +E-mail/Text: newbk@Regions.com Apr 02 2019 03:26:14      Regions Bank,    1900 Fifth Avenue North,
                 Birmingham, AL 35203-2670
9458060         E-mail/Text: bankruptcy@revenue.alabama.gov Apr 02 2019 03:27:07      State of Alabama,
                 Department of Revenue,    Legal Division,    PO Box 320001,    Montgomery, Alabama 36132-0001
9457841        +E-mail/Text: bankruptcy@revenue.alabama.gov Apr 02 2019 03:27:07
                 State of Alabama Dept of Revenue,    P O Box 320001,    Montgomery  AL  36132-0001
9457846        +E-mail/Text: atlreorg@sec.gov Apr 02 2019 03:25:13      U.S. Securities and Exchange Commission,
                 Branch of Reorganization,    950 East Paces Ferry Road Ste 900,    Atlanta, GA 30326-1382
9457850        +E-mail/Text: bnc_notices_southern@alnba.uscourts.gov Apr 02 2019 03:25:45
                 United States Bankruptcy Administrator,    Northern District of Alabama,
                 1800 Fifth Avenue North,    Birmingham, AL 35203-2111
9458074        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Apr 02 2019 03:23:46
                 Verizon Business,    PO Box 660720,    Dallas, Texas 75266-0720
9458073        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Apr 02 2019 03:23:45
                 Verizon Business,    PO Box 660720,    Dallas, TX 75266-0720
9510488        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Apr 02 2019 03:23:46
                 Verizon Business Global LLC, on behalf of its affi,    William Vermette,
                 22001 Loudoun County Pkwy,    Ashburn, VA 20147-6105
9458076        +E-mail/Text: Bankruptcy@washgas.com Apr 02 2019 03:25:59      Washington Gas,
                 6801 Industrial Road,    Sprinfield, Virginia 22151-4205
9458077        +E-mail/Text: Bankruptcy@washgas.com Apr 02 2019 03:25:59      Washington Gas,
                 6801 Industrial Road,    Sprinfield, VA 22151-4205
9458082        +E-mail/Text: Bankruptcy@wsscwater.com Apr 02 2019 03:26:57
                 Washington Suburban Sanitary Commission,    Heather Ashbury,    14501 Swetizer Lane,
                 Laurel, MD 20707-5901
                                                                                              TOTAL: 30

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Johnson Service Comp Johnson Service Johnson Servi,   2812 Ruffner Road,   Birmingham
9457959         Child Support DC
9457989         Haynes Family
9458001         Kelly Hall
9458009         Liz Whidden
9458018         Mark Williams
9458043         Pervez Kaisani
9458081         WHP, LLC
9458080         Wazir Kaisani
9457924*       +ABC Burglar Alarm Systems, Inc.,    1532 A&B Pointer Ridge Place,    Bowie, Maryland 20716-1883
9457928*       +Al Kaisani,    10501 N. Central Expressway, Ste. 106,    Dallas, TX 75231-2203
9457844*      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court:   Internal Revenue Service,    801 Tom Martin Dr,
                 Birmingham AL 35211)
9457993*      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court:   Internal Revenue Service,    801 Tom Martins Dr.,    Mail Stop 126,
                 Birmingham, Alabama 35211)
9457845*      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court:   Internal Revenue Service,    P O Box 21126,    Philadelphia PA 19114)
9503077*        Internal Revenue Service,    801 Broadway M/S 146,    Nashville, TN 37203
9457849*        Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA 19101-7346
9457994*       +Internal Revenue Service,    PO Box 7346,    Philadelphia, Pennsylvania 19101-7346
9458016*       +Mark Williams,    PO Box 551267,    Jacksonville, FL 32255-1267
9458017*       +Mark Williams,    PO Box 551267,    Jacksonville, FL 32255-1267
9458042*       +Pervez Kaisani,    10501 N. Central Expressway, Ste. 106,    Dallas, TX 75231-2203
```

```
          ***** BYPASSED RECIPIENTS (continued) *****
9458050*      +Richard Ruggiero,   c/o Lochner Law Firm, P.C.,   91 Main St., 4th Floor,
                Annapolis, MD 21401-2032
9458051*      +Richard Ruggiero,   c/o Lochner Law Firm, P.C.,   91 Main St., 4th Floor,
                Annapolis, MD 21401-2032
9458053*      +Rivertowne Center ACQ,   8 Industrial Way,   East Eatonton, New Jersey 07724-3317
9458079*      +Wazir Kaisani,   10501 N. Central Expressway, Ste. 106,   Dallas, TX 75231-2203
9457930      ##+Alabama Department of Labor,   631 Beacon Pkwy West, Ste. 203,   Birmingham, AL 35209-3131
9458012      ##+Lucinda Leeth,   3805 Cromwell Drive,   Birmingham, AL 35243-5512
                                                                                  TOTALS: 9, * 15, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 1, 2019 at the address(es) listed below:
              Abigail M. McGibbon    on behalf of Interested Party    Little Caesar Enterprises, Inc.
               abigail.mcgibbon@gpmlaw.com
              Alto Lee Teague, IV    on behalf of Creditor    Direct Capital Corporation lteague@ehjlaw.com
              Charles N Parnell    on behalf of Creditor    US Bank Equipment Finance bkrp@parnellsoutheast.com
              Clyde Ellis Brazeal, III    on behalf of Creditor    Silver Hill II LLC ebrazeal@joneswalker.com
              Daniel D Sparks    on behalf of Creditor    Customized Distribution, LLC ddsparks@csattorneys.com,
               dan-sparks-9722@ecf.pacerpro.com
              Derek F Meek    on behalf of Creditor    Checkers Drive-In Restaurants, Inc. dmeek@burr.com,
               mgunnells@burr.com
              Eric C Cotton    on behalf of Creditor    DDRM Largo Town Center ecotton@ddr.com
              Frederick Darrell Clarke, III    on behalf of Debtor    PG County Pizza, Inc. fclarke@rumberger.com,
               mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
              Frederick Darrell Clarke, III    on behalf of Debtor    Maryland Pizza, Inc. fclarke@rumberger.com,
               mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
              Frederick Darrell Clarke, III    on behalf of Debtor    PG County Partners, LLC
                fclarke@rumberger.com,
               mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
              Frederick Darrell Clarke, III    on behalf of Debtor    BamaChex, Inc. fclarke@rumberger.com,
               mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
              Frederick Darrell Clarke, III    on behalf of Debtor    Alabama Partners, LLC fclarke@rumberger.com,
               mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
              Frederick Darrell Clarke, III    on behalf of Debtor    Maryland LC Ventures, LLC
                fclarke@rumberger.com,
               mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
              James Phillip Roberts    on behalf of Creditor    Checkers Drive-In Restaurants, Inc.
               jroberts@burr.com
              Jayna Partain Lamar    on behalf of Defendant    Yellowstone Capital, LLC jlamar@maynardcooper.com,
               prudloff@maynardcooper.com;jturnipseed@maynardcooper.com
              Jeffery J Hartley    on behalf of Interested Party    R&F Birmingham, LLC jjh@helmsinglaw.com,
               ktm@helmsinglaw.com;dwc@helmsinglaw.com
              John Christian Saylor    on behalf of Creditor Johnson Service Comp Johnson Service Johnson
                Service Company john@johnsaylorlaw.com,    asst@johnsaylorlaw.com
              Jon A Dudeck    jon_dudeck@alnba.uscourts.gov,    courtmailbir7@alnba.uscourts.gov
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Joseph D. Frank     on behalf of Creditor    Bottling Group, LLC and its affiliates and subsidiaries,
               operating as Pepsi Beverages Company jfrank@fgllp.com
              Julian   Vasek    on behalf of Interested Party Wazir  Kaisani jvasek@haywardfirm.com
              Julian   Vasek    on behalf of Interested Party Pervez  Kaisani jvasek@haywardfirm.com
              Julian   Vasek    on behalf of Interested Party Iqbar  Kaisani jvasek@haywardfirm.com
              Kelley Askew Gillikin    on behalf of Creditor    ALA DEPT OF REVENUE LEGAL DIVISION P O BOX 320001
               MONTGOMERY, AL  36132-0001 kelley.gillikin@revenue.alabama.gov
              Leonard N Math    on behalf of Creditor    BANK OF THE OZARKS noticesnd@chambless-math.com
              Leonard N Math    on behalf of Creditor    Bank of the Ozarks noticesnd@chambless-math.com
              Mark P. Williams    on behalf of Creditor    Unifi Equipment Finance, Inc. mpwilliams@nwkt.com
              Melissa S. Hayward    on behalf of Interested Party Pervez  Kaisani mhayward@haywardfirm.com
               ,  mholmes@haywardfirm.com
              Melissa S. Hayward    on behalf of Interested Party Wazir  Kaisani mhayward@haywardfirm.com
               ,  mholmes@haywardfirm.com
              Melissa S. Hayward    on behalf of Interested Party Iqbar  Kaisani mhayward@haywardfirm.com
               ,  mholmes@haywardfirm.com
              Phillip W. Bohl    on behalf of Interested Party    Little Caesar Enterprises, Inc.
               phillip.bohl@gpmlaw.com
              R. Scott Williams    on behalf of Debtor    Maryland Pizza, Inc. swilliams@rumberger.com,
               docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumber
               ger.com
              R. Scott Williams    on behalf of Debtor    PG County Pizza, Inc. swilliams@rumberger.com,
               docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumber
               ger.com
              R. Scott Williams    on behalf of Debtor    Alabama Partners, LLC swilliams@rumberger.com,
               docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumber
               ger.com
              R. Scott Williams    on behalf of Debtor    PG County Partners, LLC swilliams@rumberger.com,
               docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumber
               ger.com
              R. Scott Williams    on behalf of Debtor    Maryland LC Ventures, LLC swilliams@rumberger.com,
               docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumber
               ger.com
              R. Scott Williams    on behalf of Debtor    BamaChex, Inc. swilliams@rumberger.com,
               docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumber
               ger.com
              Richard E. O'Neal    on behalf of Creditor Insolvency Section    Internal Revenue Service
               USAALN.BANKRUPTCY@usdoj.gov
              Robert H Adams    on behalf of Debtor    Maryland LC Ventures, LLC radams@rumberger.com,
               mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberg
               er.com
              Robert H Adams    on behalf of Debtor    PG County Partners, LLC radams@rumberger.com,
               mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberg
               er.com
              Robert H Adams    on behalf of Debtor    BamaChex, Inc. radams@rumberger.com,
               mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberg
               er.com
              Robert H Adams    on behalf of Debtor    PG County Pizza, Inc. radams@rumberger.com,
               mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberg
               er.com
              Robert H Adams    on behalf of Debtor    Alabama Partners, LLC radams@rumberger.com,
               mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberg
               er.com
              Robert H Adams    on behalf of Debtor    Maryland Pizza, Inc. radams@rumberger.com,
               mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberg
               er.com
              Russell B Robertson    on behalf of Creditor    City of Jasper rbr@lairdandrobertson.com
              Ryan David Thompson    on behalf of Defendant    Yellowstone Capital, LLC
               rthompson@maynardcooper.com,  emoltz@maynardcooper.com;prudloff@maynardcooper.com
              Samuel Carlton Pierce    on behalf of Debtor    BamaChex, Inc. scpierce@bakerdonelson.com,
               lhornsby@bakerdonelson.com;mcleveland@bakerdonelson.com
              Thomas E Reynolds     ter@reynoldslegalsolutions.com,
               treynolds@ecf.axosfs.com;dnm@reynoldslegalsolutions.com
              William Dennis Schilling    on behalf of Trustee Thomas E Reynolds schillinglawoffice@gmail.com,
               pamhurst.schillinglawoffice@gmail.com
              William Dennis Schilling    on behalf of Plaintiff Thomas E. Reynolds as trustee
               schillinglawoffice@gmail.com,  pamhurst.schillinglawoffice@gmail.com
              William Dennis Schilling     wdschilling@bham.rr.com
                                                                                             TOTAL: 50
```

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ALABAMA, SOUTHERN DIVISION

**In re:**                                                                    **Case No.** 17–03469–TOM7
Alabama Partners, LLC                                       **Chapter** 7

                               **EIN:** 26–3067131

**Debtor(s)**

## NOTICE OF HEARING

Notice is hereby given that a hearing will be held to consider and act upon the following:

313 – Joint Motion to Approve Compromise between the Trustee and Yellowstone Capital, LLC

**Date: Monday, May 6, 2019**               **Time: 10:30 AM**

**Location: Robert S. Vance Federal Bldg, 1800 5th Ave No, Courtroom 3, Birmingham, AL 35203**

Attorneys should attend all scheduled hearings. If a conflict is known, the Court should be notified immediately. Continuances of non–evidentiary hearings may be granted if all parties consent. Evidentiary hearings will not be continued except for good cause shown. If there is a failure to attend a scheduled hearing, and the Court has not been notified of the reason for the failure, the Court may enter appropriate orders. Attendance is not required if a settlement has been reached as approved by all parties and filed with the Court by an attorney prior to the hearing date.

Dated: April 1, 2019                                        By:

                                                                     Joseph E. Bulgarella, Clerk
                                                                     United States Bankruptcy Court

dls