## Selection Criteria

Client (hand select)   Include: Alabama Partner

| | |
|---|---|
| Nickname | Alabama Partner | 620 |
| Full Name | Alabama Partners, Inc. |
| Address | Tom Reynolds, Trustee |
| | BK#17-03469-TOM-7 |

Phone 1   Phone 2
Phone 3   Phone 4

| Date<br>ID | User<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 7/5/2018<br>69369 | DS<br>Office Work<br>Meeting with Scott Williams. | 350.00 | 1.10 | 385.00 | Billable |
| 7/5/2018<br>69370 | DS<br>Office Work<br>Review file. | 350.00 | 0.60 | 210.00 | Billable |
| 7/5/2018<br>69371 | DS<br>Office Work<br>Telephone conversation with Tom Reynolds. | 350.00 | 0.20 | 70.00 | Billable |
| 7/6/2018<br>69341 | DS<br>Office Work<br>Email to Scott Williams requesting info from his files. Email to Scott/Fred Garfield requesting checking information. | 350.00 | 0.70 | 245.00 | Billable |
| 7/6/2018<br>69342 | DS<br>Office Work<br>Email to Tom Reynolds regarding six different cases. | 350.00 | 0.30 | 105.00 | Billable |
| 7/6/2018<br>69343 | DS<br>Office Work<br>Meeting with Scott Williams. | 350.00 | 1.00 | 350.00 | Billable |
| 7/13/2018<br>69308 | PH<br>Office Work<br>Prepare and file motion to confirm conversion in all six cases. | 90.00 | 0.30 | 27.00 | Billable |
| 7/16/2018<br>69380 | DS<br>Office Work<br>Email to Scott Williams regarding status of getting documents. | 350.00 | 0.30 | 105.00 | Billable |
| 7/30/2018<br>69481 | DS<br>Office Work<br>Telephone conversation with Eddie Denaburg. | 350.00 | 0.20 | 70.00 | Billable |

Alabama Partner:Alabama Partners, Inc. (continued)

| Date<br>ID | User<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 7/30/2018<br>69482 | DS<br>Office Work<br>Telephone conversation with Dan Sparks. | 350.00 | 0.20 | 70.00 | Billable |
| 7/31/2018<br>69447 | DS<br>Office Work<br>Telephone conversation with Eddie Denaburg. | 350.00 | 0.20 | 70.00 | Billable |
| 7/31/2018<br>69448 | DS<br>Office Work<br>Telephone conversation with Dan Sparks. | 350.00 | 0.20 | 70.00 | Billable |
| 8/1/2018<br>69487 | DS<br>Office Work<br>Telephone conversation with Eddie Deanburg regarding status. | 350.00 | 0.30 | 105.00 | Billable |
| 8/6/2018<br>69494 | DS<br>Office Work<br>Telephone conversation with court regarding hearings. | 350.00 | 0.20 | 70.00 | Billable |
| 8/6/2018<br>69504 | DS<br>Office Work<br>Telephone conversation with Dan Sparks. | 350.00 | 0.30 | 105.00 | Billable |
| 8/7/2018<br>69505 | DS<br>Office Work<br>Telephone conversation with Mark Duedall. | 350.00 | 0.20 | 70.00 | Billable |
| 8/7/2018<br>69506 | DS<br>Office Work<br>Telephone conversation with Dan Sparks. | 350.00 | 0.20 | 70.00 | Billable |
| 8/9/2018<br>69568 | DS<br>Office Work<br>Telephone conversation with Eddie Denaburg. | 350.00 | 0.30 | 105.00 | Billable |
| 8/9/2018<br>69571 | DS<br>Office Work<br>Email to Scott Williams regarding UCC-11s, etc. | 350.00 | 0.40 | 140.00 | Billable |
| 8/20/2018<br>69604 | DS<br>Office Work<br>Telephone conversation with Eddie Denaburg. | 350.00 | 0.30 | 105.00 | Billable |
| 8/20/2018<br>69605 | DS<br>Office Work<br>Email Scott Williams with questions. | 350.00 | 0.60 | 210.00 | Billable |
| 8/20/2018<br>69606 | DS<br>Office Work<br>Review Eddie's work-up. | 350.00 | 0.40 | 140.00 | Billable |

Exhibit A  
Case 17-03469-TOM7    Doc 318-1    Filed 04/18/19    Entered 04/18/19 09:23:11    Desc  
Exhibit A    Page 2 of 13

Alabama Partner:Alabama Partners, Inc. (continued)

| Date ID | User Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 8/20/2018 69607 | DS Office Work Email Eddie Denaburg with questions. | 350.00 | 0.20 | 70.00 | Billable |
| 8/20/2018 69608 | DS Office Work Email Mark Duedall. | 350.00 | 0.20 | 70.00 | Billable |
| 8/21/2018 69623 | DS Office Work Telephone conversation with Eddie Denaburg. | 350.00 | 0.20 | 70.00 | Billable |
| 8/21/2018 69624 | DS Office Work Telephone conversation with Scott Williams. | 350.00 | 0.20 | 70.00 | Billable |
| 8/21/2018 69625 | DS Office Work Review and analyze records. | 350.00 | 2.00 | 700.00 | Billable |
| 8/21/2018 69626 | DS Office Work Telephone conversation with Mark Duedall. | 350.00 | 0.20 | 70.00 | Billable |
| 8/27/2018 69635 | DS Office Work Letters/emails to Yellowstone and Uplyft regarding post-petition payments. | 350.00 | 0.70 | 245.00 | Billable |
| 8/27/2018 69637 | DS Office Work Telephone conversation with Eddie Denaburg regarding status. | 350.00 | 0.20 | 70.00 | Billable |
| 9/4/2018 69707 | DS Office Work Draft two lawsuits regarding post-petition payments. | 350.00 | 1.50 | 525.00 | Billable |
| 9/5/2018 69708 | DS Office Work Revise complaints. | 350.00 | 0.60 | 210.00 | Billable |
| 9/13/2018 69754 | PH Office Work Prepare and file adversary proceedings vs. Yellowstone Capital (AP18-232) and vs. Eagle Phillips (AP18-231). | 90.00 | 0.50 | 45.00 | Billable |
| 9/13/2018 69763 | DS Office Work Telephone conversation with Dan Sparks regarding CDI claim. | 350.00 | 0.20 | 70.00 | Billable |

Exhibit A
Case 17-03469-TOM7    Doc 318-1    Filed 04/18/19    Entered 04/18/19 09:23:11    Desc
Exhibit A    Page 3 of 13

Alabama Partner:Alabama Partners, Inc. (continued)

| Date / ID | User / Task | Rate / Markup % | Hours / DNB Time | Amount / DNB Amt | Total |
|---|---|---|---|---|---|
| 9/13/2018 69764 | DS Office Work Draft adversary proceeding vs. CDI | 350.00 | 0.50 | 175.00 | Billable |
| 9/14/2018 69756 | PH Office Work Serve summons and complaint on defendants in AP18-231 (Eagle Phillips) and AP18-232 (Yellowstone); Prepare and file certificate of service. | 90.00 | 0.50 | 45.00 | Billable |
| 9/14/2018 69766 | DS Office Work Revise complaint CDI | 350.00 | 0.50 | 175.00 | Billable |
| 9/18/2018 69767 | DS Office Work Telephone conversation with Eddie Denaburg | 350.00 | 0.20 | 70.00 | Billable |
| 10/10/2018 69877 | DS Office Work Telephone conversation with Reggie Armour, attorney for Uplyft. | 350.00 | 0.30 | 105.00 | Billable |
| 10/16/2018 69798 | DS Office Work Telephone conversation with Eddie Denaburg regarding status. | 350.00 | 0.20 | 70.00 | Billable |
| 10/16/2018 69802 | DS Office Work Review Eddie Denaburg's affidavit regarding default. | 350.00 | 0.20 | 70.00 | Billable |
| 10/16/2018 69803 | DS Office Work Telephone conversation with Reggie Armor. | 350.00 | 0.30 | 105.00 | Billable |
| 10/16/2018 69804 | DS Office Work Research regarding harm | 350.00 | 0.70 | 245.00 | Billable |
| 10/16/2018 69805 | DS Office Work Email to Reggie Armor. | 350.00 | 0.20 | 70.00 | Billable |
| 10/16/2018 69806 | DS Office Work Draft motion for default and default judgment - Yellowstone Capital. | 350.00 | 0.60 | 210.00 | Billable |
| 10/18/2018 69834 | PH Office Work Prepare, file and serve motion for default agains Yellowstone Capital in AP18-00232. | 90.00 | 0.30 | 27.00 | Billable |

| | | | |
|---|---|---|---|
| 4/18/2019 | **WILLIAM DENNIS SCHILLING** | | |
| 8:58 AM | Pre-bill Worksheet | Page | 5 |

Alabama Partner:Alabama Partners, Inc. (continued)

| Date<br>ID | User<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 10/18/2018<br>69883 | DS<br>Office Work<br>Reply email to Reggie Armour. | 350.00 | 0.30 | 105.00 | Billable |
| 10/18/2018<br>69884 | DS<br>Office Work<br>Finalize default motion - Yellowstone Capital. | 350.00 | 0.30 | 105.00 | Billable |
| 10/18/2018<br>69885 | DS<br>Office Work<br>Draft motion for summary judgment - Uplyft. | 350.00 | 1.00 | 350.00 | Billable |
| 10/19/2018<br>69886 | DS<br>Office Work<br>Draft affidavit of Eddie Denaburg. | 350.00 | 0.50 | 175.00 | Billable |
| 10/22/2018<br>69888 | DS<br>Office Work<br>Work on motion for summary judgment - Uplyft. | 350.00 | 0.80 | 280.00 | Billable |
| 10/23/2018<br>69835 | PH<br>Office Work<br>Prepare and file request for clerk to enter a default, affidavit, and form 2600. | 90.00 | 0.30 | 27.00 | Billable |
| 10/23/2018<br>69891 | DS<br>Office Work<br>Discussion with Joe Bulgarella regarding default.  Draft affidavit for default judgment. | 350.00 | 4.00 | 1,400.00 | Billable |
| 10/24/2018<br>69892 | DS<br>Office Work<br>Work on amended affidavit. | 350.00 | 0.50 | 175.00 | Billable |
| 10/24/2018<br>69893 | DS<br>Office Work<br>Telephone conversation with Shanna Kaminski, attorney for Yellowstone Capital. | 350.00 | 0.30 | 105.00 | Billable |
| 10/24/2018<br>69894 | DS<br>Office Work<br>Draft withdrawal of default documents - Yellowstone Capital. | 350.00 | 0.40 | 140.00 | Billable |
| 10/29/2018<br>69910 | DS<br>Office Work<br>Telephone conversation with  Reggie Armour. | 350.00 | 0.40 | 140.00 | Billable |
| 10/29/2018<br>69918 | DS<br>Office Work<br>Email attorney for Yellowstone Capital regarding answer. | 350.00 | 0.30 | 105.00 | Billable |

Alabama Partner:Alabama Partners, Inc. (continued)

| Date | User | Rate | Hours | Amount | Total |
|---|---|---|---|---|---|
| ID | Task | Markup % | DNB Time | DNB Amt | |
| 11/5/2018 | DS | 350.00 | 0.70 | 245.00 | Billable |
| 69948 | Office Work | | | | |
| | Attend pre-trial conferences regarding Eagle Phillips AP18-231 and Yellowstone Capital AP18-2232. | | | | |
| 11/5/2018 | DS | 350.00 | 0.30 | 105.00 | Billable |
| 69949 | Office Work | | | | |
| | Attend pre-trial conference regarding Certified Mailing Solutions AP18-169/ | | | | |
| 11/6/2018 | DS | 350.00 | 0.90 | 315.00 | Billable |
| 69977 | Office Work | | | | |
| | Research regarding sale contract. | | | | |
| 11/6/2018 | DS | 350.00 | 0.40 | 140.00 | Billable |
| 69978 | Office Work | | | | |
| | Reply email Jayna Lamar and Shanna Kaminiski. | | | | |
| 11/6/2018 | DS | 350.00 | 0.40 | 140.00 | Billable |
| 69979 | Office Work | | | | |
| | Work on motion for summary judgment - Yellowstone. | | | | |
| 11/6/2018 | DS | 350.00 | 0.30 | 105.00 | Billable |
| 69980 | Office Work | | | | |
| | Telephone conversation with Shanna Kaminiski, attorney for Yellowstone. | | | | |
| 11/6/2018 | DS | 350.00 | 0.50 | 175.00 | Billable |
| 69981 | Office Work | | | | |
| | Review UCC. | | | | |
| 11/6/2018 | DS | 350.00 | 0.40 | 140.00 | Billable |
| 69982 | Office Work | | | | |
| | Email to Yellowstone. | | | | |
| 11/7/2018 | PH | 90.00 | 0.40 | 36.00 | Billable |
| 69930 | Office Work | | | | |
| | Prepare, file and serve motion for summary judgment in AP18-231 Eagle Phillips and in AP18-232 Yellowstone Capital. | | | | |
| 11/8/2018 | DS | 350.00 | 1.00 | 350.00 | Billable |
| 69987 | Office Work | | | | |
| | Draft discovery to Yellowstone Capital. | | | | |
| 11/8/2018 | DS | 350.00 | 0.30 | 105.00 | Billable |
| 69988 | Office Work | | | | |
| | Email to defendants regarding status. | | | | |
| 11/8/2018 | DS | 350.00 | 0.50 | 175.00 | Billable |
| 69989 | Office Work | | | | |
| | Draft subpoena to CSC. | | | | |

Alabama Partner:Alabama Partners, Inc. (continued)

| Date / ID | User / Task | Rate / Markup % | Hours / DNB Time | Amount / DNB Amt | Total |
|---|---|---|---|---|---|
| 11/12/2018 69999 | DS Office Work Draft amended complaints - discovery. | 350.00 | 1.00 | 350.00 | Billable |
| 11/15/2018 70003 | PH Office Work Prepare, file and serve amended complaint in AP18-232; prepare, file and serve objection to claim and amended counterclaim in AP18-231. | 90.00 | 0.40 | 36.00 | Billable |
| 11/16/2018 70022 | DS Office Work Email to Reginald Armour regarding possible resolution. | 350.00 | 0.60 | 210.00 | Billable |
| 11/19/2018 70024 | DS Office Work Telephone conversation with Jayna Lamar. | 350.00 | 0.30 | 105.00 | Billable |
| 11/26/2018 70039 | DS Office Work Draft second set of document request Yellowstone. | 350.00 | 0.70 | 245.00 | Billable |
| 11/26/2018 70040 | DS Office Work Emails with Reggie Armour. | 350.00 | 0.20 | 70.00 | Billable |
| 11/26/2018 70041 | DS Office Work Draft settlement with Uplyft. | 350.00 | 0.60 | 210.00 | Billable |
| 11/27/2018 70042 | DS Office Work Draft deposition notice Yellowstone Capital. | 350.00 | 1.00 | 350.00 | Billable |
| 11/27/2018 70043 | DS Office Work Revise document request. | 350.00 | 0.50 | 175.00 | Billable |
| 11/27/2018 70044 | DS Office Work Email to Jayna and Shanna regarding scheduling deposition. | 350.00 | 0.30 | 105.00 | Billable |
| 11/27/2018 70046 | DS Office Work Telephone conversation with Shanna Kaminiski requesting additional time to respond to discovery. | 350.00 | 0.30 | 105.00 | Billable |
| 12/4/2018 70063 | DS Office Work Revise draft settlement. | 350.00 | 0.10 | 35.00 | Billable |

Alabama Partner:Alabama Partners, Inc. (continued)

| Date / ID | User / Task | Rate / Markup % | Hours / DNB Time | Amount / DNB Amt | Total |
|---|---|---|---|---|---|
| 12/4/2018 70064 | DS Office Work Email compromise to Reggie Armour. | 350.00 | 0.20 | 70.00 | Billable |
| 12/4/2018 70065 | DS Office Work Review discovery second document request/deposition notice Yellowstone. | 350.00 | 0.60 | 210.00 | Billable |
| 12/7/2018 70100 | DS Office Work Telephone conversation with Matt Evans, attorney CSC. | 350.00 | 0.30 | 105.00 | Billable |
| 12/10/2018 70102 | DS Office Work Revise motion - Uplyft. | 350.00 | 0.30 | 105.00 | Billable |
| 12/10/2018 70103 | DS Office Work Email to Reginald Armour with revised motion. | 350.00 | 0.30 | 105.00 | Billable |
| 12/13/2018 70079 | PH Office Work Prepare, file and serve compromise with Uplyft AP18-231 to entities on matrix; prepare and file certificate of service. | 90.00 | 2.60 | 234.00 | Billable |
| 12/17/2018 70111 | DS Office Work Telephone conversation with Jayna Lamar regarding status. | 350.00 | 0.20 | 70.00 | Billable |
| 1/2/2019 70143 | DS Office Work Email to Reggie Armour regarding status. | 350.00 | 0.30 | 105.00 | Billable |
| 1/2/2019 70144 | DS Office Work Review documents from CSC. | 350.00 | 0.30 | 105.00 | Billable |
| 1/2/2019 70145 | DS Office Work Review documents from Yellowhammer. | 350.00 | 1.00 | 350.00 | Billable |
| 1/2/2019 70146 | DS Office Work Telephone conversation with Matt Evans. | 350.00 | 0.10 | 35.00 | Billable |
| 1/2/2019 70147 | DS Office Work Telephone conversation with Shanna Kaminski. | 350.00 | 0.60 | 210.00 | Billable |

Alabama Partner:Alabama Partners, Inc. (continued)

| Date ID | User Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 1/7/2019 70165 | DS Office Work Attend court regarding compromise with Eagle Phillips AP18-231. | 350.00 | 0.50 | 175.00 | Billable |
| 1/9/2019 70183 | DS Office Work Telephone conversation with Matt Evans regarding CSC disclosures. | 350.00 | 0.20 | 70.00 | Billable |
| 1/9/2019 70186 | DS Office Work Review responses. | 350.00 | 0.40 | 140.00 | Billable |
| 1/9/2019 70187 | DS Office Work Telephone conversation with Shanna Kaminski. | 350.00 | 0.20 | 70.00 | Billable |
| 1/9/2019 70188 | DS Office Work Email withdrawing settlement offers. | 350.00 | 0.30 | 105.00 | Billable |
| 1/9/2019 70189 | DS Office Work Email to Eddie Denaburg regarding proof. | 350.00 | 0.20 | 70.00 | Billable |
| 1/10/2019 70193 | DS Office Work Telephone conversation with Shanna Kaminiski. | 350.00 | 0.30 | 105.00 | Billable |
| 1/15/2019 70214 | DS Office Work Draft motion to compel. | 350.00 | 1.50 | 525.00 | Billable |
| 1/28/2019 70386 | DS Office Work Attend status conference regarding case vs. Yellowstone. | 350.00 | 1.00 | 350.00 | Billable |
| 1/28/2019 70387 | DS Office Work Email to Jayna regarding deficient responses to my request for documents. | 350.00 | 0.50 | 175.00 | Billable |
| 1/28/2019 70388 | DS Office Work Attend status conference regarding case vs. Yellowstone. | 350.00 | 1.00 | 350.00 | Billable |
| 1/28/2019 70389 | DS Office Work Email to Jayna regarding deficient responses to my request for documents. | 350.00 | 0.50 | 175.00 | Billable |

Alabama Partner:Alabama Partners, Inc. (continued)

| Date<br>ID | User<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 1/28/2019<br>70391 | DS<br>Office Work<br>Email to Reggie regarding valid address. | 350.00 | 0.30 | 105.00 | Billable |
| 1/29/2019<br>70398 | DS<br>Office Work<br>Emails to/from Shanna Kaminiski. | 350.00 | 0.20 | 70.00 | Billable |
| 1/30/2019<br>70401 | DS<br>Office Work<br>Email to Shanna Kaminiski regarding categorzing documents. | 350.00 | 0.30 | 105.00 | Billable |
| 2/21/2019<br>70469 | DS<br>Office Work<br>Email to Shanna regarding continuing hearing set February 25th. | 350.00 | 0.20 | 70.00 | Billable |
| 2/21/2019<br>70472 | DS<br>Office Work<br>Draft order regarding continuance. | 350.00 | 0.20 | 70.00 | Billable |
| 2/21/2019<br>70496 | PH<br>Office Work<br>Email order on Yellowstone AP continuance to court. | 90.00 | 0.20 | 18.00 | Billable |
| 3/1/2019<br>70529 | DS<br>Office Work<br>Work on motion to compel. | 350.00 | 2.50 | 875.00 | Billable |
| 3/5/2019<br>70538 | DS<br>Office Work<br>Draft motion to compel. | 350.00 | 2.00 | 700.00 | Billable |
| 3/5/2019<br>70539 | DS<br>Office Work<br>Draft preamble. | 350.00 | 1.50 | 525.00 | Billable |
| 3/5/2019<br>70546 | DS<br>Office Work<br>Email to Shanna regarding motion to seal. | 350.00 | 0.20 | 70.00 | Billable |
| 3/5/2019<br>70547 | DS<br>Office Work<br>Draft motion to seal. | 350.00 | 0.50 | 175.00 | Billable |
| 3/6/2019<br>70548 | DS<br>Office Work<br>Review email to Shanna regarding settlement. | 350.00 | 0.20 | 70.00 | Billable |
| 3/6/2019<br>70549 | DS<br>Office Work<br>Email to Tom regarding settlement. | 350.00 | 0.20 | 70.00 | Billable |

Alabama Partner:Alabama Partners, Inc. (continued)

| Date<br>ID | User<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 3/6/2019<br>70550 | DS<br>Office Work<br>Email to Shanna - settling case. | 350.00 | 0.20 | 70.00 | Billable |
| 3/6/2019<br>70553 | DS<br>Office Work<br>Draft compromise - Yellowstone. | 350.00 | 0.40 | 140.00 | Billable |
| 3/12/2019<br>70567 | DS<br>Office Work<br>Revise motion. Draft Release - Yellowstone. | 350.00 | 0.80 | 280.00 | Billable |
| 3/15/2019<br>70610 | DS<br>Office Work<br>Telephone conversation with Lyndell Vargo, attorney for Brinks regarding status. | 350.00 | 0.20 | 70.00 | Billable |
| 3/19/2019<br>70621 | DS<br>Office Work<br>Email to/from Shanna regarding settlement. | 350.00 | 0.30 | 105.00 | Billable |
| 3/26/2019<br>70651 | DS<br>Office Work<br>Telephone conversation with Shanna Kaminiski regarding settlement. | 350.00 | 0.20 | 70.00 | Billable |
| 3/26/2019<br>70652 | DS<br>Office Work<br>Email to Shanna with wiring instructions. | 350.00 | 0.20 | 70.00 | Billable |
| 3/26/2019<br>70655 | DS<br>Office Work<br>Review revisision to settlement. | 350.00 | 0.20 | 70.00 | Billable |
| 3/26/2019<br>70656 | DS<br>Office Work<br>Email to Shanna. | 350.00 | 0.20 | 70.00 | Billable |
| 3/28/2019<br>70677 | DS<br>Office Work<br>Email to Shanna regarding money. | 350.00 | 0.20 | 70.00 | Billable |
| 3/29/2019<br>70684 | PH<br>Office Work<br>Prepare, file and serve compromise in AP18-232 Yellowstone Capital on entities listed on matrix; prepare and file certificate of service. | 90.00 | 2.50 | 225.00 | Billable |

| TOTAL | Billable Fees | | 68.20 | | $21,790.00 |

Alabama Partner:Alabama Partners, Inc. (continued)

| Date<br>ID | User<br>Expense | Price<br>Markup % | Quantity | Amount | Total |
|---|---|---|---|---|---|
| 8/27/2018<br>69647 | DS<br>Photocopy<br>Photocopy of letter to Yellowstone Capital; letter to Uplyft - via email. | 0.25 | 3.000 | 0.75 | Billable |
| 8/27/2018<br>69648 | DS<br>Postage<br>Postage | 0.47 | 1.000 | 0.47 | Billable |
| 9/14/2018<br>69738 | DS<br>Photocopy<br>Photocopy of summons and complaint to defendant in AP18-00232<br>Yellowstone and AP18-00231 Eagle Phillips. | 0.25 | 15.000 | 3.75 | Billable |
| 9/14/2018<br>69739 | DS<br>Postage<br>Postage | 0.47 | 3.000 | 1.41 | Billable |
| 10/18/2018<br>69820 | DS<br>Photocopy<br>Photocopy of motion for default - Yellowstone Capital AP18-00232. | 0.25 | 12.000 | 3.00 | Billable |
| 10/18/2018<br>69821 | DS<br>Postage<br>Postage | 0.47 | 2.000 | 0.94 | Billable |
| 11/8/2018<br>69963 | DS<br>Photocopy<br>Subpoena to Corporation Service Company. | 0.25 | 3.000 | 0.75 | Billable |
| 11/8/2018<br>69964 | DS<br>Postage<br>Postage | 6.67 | 1.000 | 6.67 | Billable |
| 12/13/2018<br>70092 | DS<br>Photocopy<br>Photocopy of compromise with Uplyft to entities on matrix. | 0.25 | 348.000 | 87.00 | Billable |
| 12/13/2018<br>70093 | DS<br>Postage<br>Postage | 0.47 | 174.000 | 81.78 | Billable |
| 12/13/2018<br>70094 | DS<br>Miscellaneous<br>envelopes for mailout | 0.05 | 174.000 | 8.70 | Billable |
| 12/13/2018<br>70095 | DS<br>Miscellaneous<br>Pacer charge for obtaining matrix. | 0.10 | 8.000 | 0.80 | Billable |

Exhibit A  
Case 17-03469-TOM7     Doc 318-1     Filed 04/18/19     Entered 04/18/19 09:23:11     Desc  
Exhibit A     Page 12 of 13

Alabama Partner:Alabama Partners, Inc. (continued)

| Date<br>ID | User<br>Expense | Price<br>Markup % | Quantity | Amount | Total |
|---|---|---|---|---|---|
| 1/23/2019<br>70313 | DS<br>Photocopy<br>Photocopy of letter to Tom Reynolds with check. | 0.25 | 3.000 | 0.75 | Billable |
| 1/23/2019<br>70314 | DS<br>Postage<br>Postage | 6.67 | 1.000 | 6.67 | Billable |
| 3/29/2019<br>70703 | DS<br>Photocopy<br>Photocopy of compromise in AP18-232 Yellowstone Capital tro entities on matrix. | 0.25 | 1025.000 | 256.25 | Billable |
| 3/29/2019<br>70704 | DS<br>Postage<br>Postage | 0.50 | 205.000 | 102.50 | Billable |
| 3/29/2019<br>70705 | DS<br>Miscellaneous<br>envelopes for mail out | 0.05 | 205.000 | 10.25 | Billable |
| 3/29/2019<br>70706 | DS<br>Miscellaneous<br>Pacer charge for obtaining matrix. | 0.10 | 8.000 | 0.80 | Billable |

| | | | | |
|---|---|---|---|---|
| TOTAL | Billable Costs | | | $573.24 |

| | Amount | Total |
|---|---|---|
| Total of Fees (Time Charges) | | $21,790.00 |
| Total of Costs (Expense Charges) | | $573.24 |
| Total new charges | | $22,363.24 |
| Total New Balance | | $22,363.24 |