IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| ALABAMA PARTNERS, LLC | } | CASE NO. 17-03469-TOM |
| | } | |
| | } | CHAPTER 7 |
| DEBTOR. | } | |

**FINAL
APPLICATION FOR COMPENSATION
BY ACCOUNTANT FOR THE TRUSTEE**

To: The Honorable Tamara O. Mitchell
United States Bankruptcy Judge

## PART I. COVER SHEET

1) Name of Applicant: Edmond R. Denaburg

2) Date Application for Employment was Filed: July 9, 2018

3) Date of Order Authorizing Employment: July 11, 2018

4) Professional Services Provided to: Trustee

5) Period for Which Compensation is Sought: July 5, 2018 Through April 18, 2019

6) (a) Amount of Fees Sought: $ 8,145.20   (b) Amount of Expenses Sought: $ 889.25

7) This is an _____ Interim Application   __X__ Final Application

8) Disclosure of All Prior Application for Compensation: __NA__

9) Aggregate Amount of Fees and Expenses Allowed to Date: __NA__

10) Aggregate Amount of Fees and Expenses Paid to Date: __NA__

Respectfully submitted,

/s/ Edmond R. Denaburg

Edmond R. Denaburg

April 18, 2019

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

IN RE:

| ALABAMA PARTNERS, LLC | } | CASE NO. 17-03469-TOM |
| | } | |
| | } | CHAPTER 7 |
| DEBTOR. | } | |

## APPLICATION FOR FEES BY ACCOUNTANT

### TO THE HONORABLE TAMARA O. MITCHELL, BANKRUPTCY JUDGE:

**COMES NOW** Edmond R. Denaburg who respectfully presents unto the court the following:

1) That your Applicant was heretofore appointed Accountant for the Trustee, in the above-styled bankruptcy proceeding on or about July 11, 2018, by Order of this Honorable Court.

2) That in said representation of the Trustee as Accountant, your Applicant, and representative of his firm, Christian & Denaburg, PC, Certified Public Accountants, expended some 27.5 hours or $ 8,145.20 providing said professional accounting services and $ 889.25 expenses, which are further described in the schedule attached.

3) That your Applicant has not received any interim compensation from the Debtor for the period from July 5, 2018 to April 18, 2019 Therefore, the total amount now due for actual and necessary services rendered is $ 9,034.45.

4) That your Applicant has endeavored to comply with Bankruptcy Rule 2016 (Compensation for Services Rendered and Reimbursement of Expenses) with that Statement attached hereto.

**FOREGOING PREMISES CONSIDERED,** your Applicant respectfully requests the Court, after such notice and hearing as the Court deems appropriate, to enter an Order approving the sum of $ 9,034.45 which represents compensation for actual and necessary services by said Accountant for the Trustee of the bankrupt estate. Petitioner also prays for such other, further or different relief to which he may be entitled.

April 18, 2019

Respectfully submitted,

*/s/ Edmond R. Denaburg*
Edmond R. Denaburg

**This is a *FINAL* Fee Application**

ALABAMA PARTNERS
BILLING DETAIL

| NAME | DATE | DESCRIPTION | TIME | RATE | AMOUNT |
|------|------|-------------|------|------|--------|
| ERD | 7/5/2018 | CONVERSATION WITH SCOTT WILLIAMS RE: CASE HISTORY, ACCOUNTING ISSUES AND POSSIBLE CAUSE OF ACTION (.2) CONVERSATION WITH TRUSTEE RE: NEW CASE POSSIBLE LITIGATION BOOKS AND RECORDS HISTORY, MY NEED TO GET EMPLOYED (.2) | 0.4 | 360 | 144.00 |
| ERD | 7/6/2018 | PREPARE EMPLOYMENT APPLICATION AND EMAIL TO TRUSTEE | 0.2 | 360 | 72.00 |
| JLC | 7/24/2018 | PRINTED 2,793 PAGES OFF EMAIL FOR ERD | 0.6 | NOT | CHARGED |
| ERD | 7/24/2018 | REVIEW EMAILS FROM SCHILLING AND FORWARD TO STAFF TO PRINT OFF ATTACHMENTS, MEET WITH STAFF REGARDING SAME (.1) CONVERSATION WITH SCHILLING REGARDING CASE BACKGROUND, POTENTIAL CAUSE OF ACTIONS, RECORDS SENT, ADDITIONAL INFORMATION TO BE RECEIVED FROM SCOTT WILLIAMS AND DISCUSS HOW TO PROCEED (.2) | 0.3 | 360 | 108.00 |
| JLC | 7/25/2018 | PRINTED 22 PAGES FOR ERD OFF EMAIL | 0.1 | NOT | CHARGED |
| ERD | 7/26/2018 | PRELIMINARY REVIEW OF DOCUMENT FORWARDED FROM SCHILLING ON OVERPAYMENT, MODIFY SPREADSHEET, REVIEW CLAIMS REGISTER, CDI CLAIM (1.3) CONVERSATION WITH SCOTT WILLIAMS REGARDING BACKGROUND INFORMATION NEEDED AND SPECIFIC QUESTIONS AND CDI AND LENDER ISSUES (.3) CONVERSATION WITH SCHILLING REGARDING WORK DONE, POST PETITION PAYMENT ISSUES, FULL REVIEW OF RECORDS AND DISCUSS HOW TO PROCEED (.2) | 1.8 | 360 | 648.00 |
| ERD | 7/30/2018 | CONVERSATION WITH SCHILLING REGARDING STATUS UPDATE ON CDI AND INFORMATION RECEIVED FROM SCOTT WILLIAMS AND DISCUSS HOW TO PROCEED | 0.1 | 360 | 36.00 |
| JLC | 7/30/2018 | BOUND, SORTED AND TAGGED BANK STATEMENTS FOR ERD | 1.3 | 35 | 45.50 |
| JLC | 7/31/2018 | BOUND, SORTED AND TAGGED BANK STATEMENTS FOR ERD | 0.5 | 35 | 17.50 |
| ERD | 7/31/2018 | CONVERSATION WITH SCOTT WILLIAMS REGARDING STATUS OF GETTING ME INFORMATION NEEDED ON POST PAYMENTS TO SECURED CREDITORS AND REQUESTING HE SEND ME CONTACT INFORMATION TO GET RECORDS FROM THE DEBTOR | 0.1 | 360 | 36.00 |

**ALABAMA PARTNERS**
**BILLING DETAIL**

| NAME | DATE | DESCRIPTION | TIME | RATE | AMOUNT |
|------|------|-------------|------|------|--------|
| ERD | 8/1/2018 | CONVERSATION WITH SCHILLING REGARDING STATUS OF GETTING INFORMATION ON SECURED CREDITOR POSSIBLY OVERREACHING, THEN SEND EMAIL TO SCOTT WILLIAMS REGARDING CONTACT INFORMATION NEEDED | 0.1 | 360 | 36.00 |
| ERD | 8/3/2018 | REVIEW EMAIL RECEIVED FROM WILLIAMS REGARDING POST PETITION PAYMENTS OF PRE PETITION DEBTS | 0.1 | 360 | 36.00 |
| ERD | 8/8/2018 | REVIEW EMAIL SENT FROM SCOTT WILLIAMS AND CROSSMATCH INFORMATION TO BANK RECORDS, THEN SEND EMAIL TO MARK WILLIAMS TO DISCUSS, CONVERSATION WITH MARK WILLIAMS REGARDING SPECIFIC QUESTIONS I HAD AFTER REVIEWING BANK RECORDS AND INFORMATION NEEDED FOR FURTHER ANALYSIS (1.6) REVIEW ADDITIONAL RECORDS RECEIVED FROM WILLIAMS THEN SEND SECOND EMAIL TO WILLIAMS DETAILING OUT ADDITIONAL INFORMATION NEEDED (.2) GO ONLINE, PRINT OFF AND REVIEW ADDITIONAL INFORMATION (.4) | 2.2 | 360 | 792.00 |
| ERD | 8/9/2018 | FINISH REVIEW OF SCHEDULES, VARIOUS PROCEDURES THAT WERE FILED AND CLAIMS PRINTED OFF, SEND EMAIL TO MERCHANT CASH REQUESTING DETAILED SUPPORT OF THEIR CLAIM BALANCE AND ACTIVITY | 0.8 | 360 | 288.00 |
| JLC | 8/9/2018 | COPYING FOR ERD | 0.3 | NOT | CHARGED |
| ERD | 8/10/2018 | CONTINUE REVIEW OF DEBTOR'S RECORDS TO TRY AND QUANTIFY PAYMENTS MADE TO FUTURE REVENUE LENDERS AND OTHER POSSIBLE RECOVERABLE TRANSACTIONS, CONVERSATION WITH SCHILLING REGARDING WORK DONE AND DISCUSS HOW TO PROCEED, PREPARE SPREADSHEETS SUMMARIZING TRANSFERS BY ENTITY, MATCH UP WITH CONTRACT THEN EMAIL FINDINGS AND SUPPORT TO SCHILLING | 4.8 | 360 | 1,728.00 |

ALABAMA PARTNERS
BILLING DETAIL

| NAME | DATE | DESCRIPTION | TIME | RATE | AMOUNT |
|---|---|---|---|---|---|
| ERD | 8/22/2018 | CONVERSATION WITH SCHILLING REGARDING POTENTIAL RECOVERIES AND CLAIM FILED (.1) REVIEW RECORDS TO ADDRESS SCHILLING QUESTIONS, SEND EMAIL TO SCHILLING REGARDING SAME, THEN CONVERSATION TO DISCUSS PAYMENTS MADE POST PETITION, INFORMATION AVAILABLE , ME TRYING TO GET UPLYFT CLAIM INFORMATION ONE LAST TIME BEFORE WE SUE AND DISCUSS HOW TO PROCEED (.7) CONVERSATION WITH CANDY AT UPLYFT CAPITAL THEN SEND EMAIL SPECIFYING INFORMATION NEEDED AS SHE REQUESTED (.2) 3RD CONVERSATION WITH SCHILLING REGARDING INITIAL FINDINGS AND HOW TO PROCEED (.1) EXCHANGE EMAILS WITH MARK WILLIAMS REGARDING INFORMATION REQUESTED (.1) REVIEW INFORMATION RECEIVED FROM UPLYFT THEN SEND EMAIL REQUESTING INFORMATION FOR MARYLAND PIZZA, INC (.2) | 1.4 | 360 | 504.00 |
| ERD | 8/23/2018 | REVIEW ADDITIONAL PAYMENT INFORMATION FROM UPLYFT, RECONCILE THEIR RECORDS TO THE DEBTOR'S RECORDS, RESPOND WITH REQUEST FOR A COPY OF THE CONTRACT RELATING TO PAYMENTS MADE POST PETITION, CALCULATE CRUDE INTEREST RATE ON CASH ADVANCE | 0.6 | 360 | 216.00 |
| ERD | 8/24/2018 | CONVERSATION WITH SCHILLING REGARDING INFORMATION NEEDED AND MY NEED TO REVIEW RECORDS HE FORWARDED ME FROM CDI, SEND SCHILLING CONTACT INFORMATION ON UPLYFT | 0.2 | 360 | 72.00 |
| ERD | 8/27/2018 | REVIEW EMAIL RECEIVED FROM SCHILLING REGARDING INFORMATION NEEDED, LOCATE SAME AND EMAIL INFORMATION TO HIM, REVIEW SECOND EMAIL RECEIVED FROM SCHILLING WITH LETTER TO CASH ADVANCE LENDERS, REVIEW MY CALCULATION ON BALANCE PAID POST PETITION, THEN SEND SCHILLING EMAIL EXPLAINING NON SUFFICIENT FUNDS PORTION, FUNDS ORIGINALLY SENT POST PETITION AND WHAT ACTUALLY CLEARED THE BANK (.2) CONVERSATION WITH SCHILLING REGARDING LETTERS SENT AND CDI ISSUE (.1) INITIAL REVIEW OF FILES RECEIVED FROM MARK WILLIAMS (.6) | 0.9 | 360 | 324.00 |
| ERD | 8/28/2018 | SET UP ANGELA CRAIG'S COMPUTER TO GET QUICKBOOKS INFORMATION, MEET WITH STAFF REGARDING PROBLEMS LOGGING INTO QUICKBOOKS, SEND EMAIL TO MARK WILLIAMS REGARDING PASSWORD NEEDED | 0.1 | 360 | 36.00 |
| ALC | 8/28/2018 | WORK ON TRYING TO GET QUICK BOOKS FILES OPEN, DISCUSS PROBLEMS WITH ERD AND HOW TO PROCEED | 0.4 | 96 | 38.40 |

**ALABAMA PARTNERS**
**BILLING DETAIL**

| NAME | DATE | DESCRIPTION | TIME | RATE | AMOUNT |
|------|------|-------------|------|------|--------|
| ERD | 8/29/2018 | MEET WITH STAFF REGARDING TRY TO GET QUICKBOOK FILES LOCATED AND OPENED EXCHANGE EMAILS WITH MARK WILLIAMS | 0.1 | 365 | 36.50 |
| ERD | 8/31/2018 | CONVERSATION WITH SCHILLING REGARDING STATUS OF CASH ADVANCE LENDERS AND WHETHER OR NOT I HAVE HEARD ANYTHING FROM THEM | 0.1 | 360 | 36.00 |
| ERD | 9/6/2018 | REVIEW DRAFTS OF COMPLAINT RECEIVED FROM SCHILLING, LOOK UP WHAT INFORMATION WAS PROVIDED TO ME BY MERCHANT CAPITAL THEN RESPOND TO EMAIL REGARDING COMMENTS | 0.4 | 360 | 144.00 |
| ERD | 9/7/2018 | REVIEW EMAIL FROM SCHILLING REGARDING INFORMATION NEEDED FROM UPLYFT , LOCATE SAME AND FORWARD DIFFERENT EMAILS TO SCHILLING | 0.1 | 360 | 36.00 |
| ERD | 9/9/2018 | REVIEW INFORMATION PROVIDED BY CDI, SET UP SPREADSHEET FOR STAFF TO ENTER DATA INTO TO QUANTIFY POST PAYMENTS MADE ON PRE-PETITION INVOICES | 0.4 | 360 | 144.00 |
| JLC | 9/10/2018 | ENTER DATA INTO EXCEL SPREADSHEETS | 0.3 | 35 | 10.50 |
| ERD | 9/11/2018 | REVIEW STAFF PREPARED SPREADSHEET MODIFY SAME, QUANTIFY PRE-PETITION INVOICES PAID POST PETITION AND IDENTIFY POST INVOICE UNPAID, EMAIL FINDINGS TO SCHILLING | 0.3 | 360 | 108.00 |
| ERD | 9/12/2018 | CONVERSATION WITH SCHILLING REGARDING EMAIL SENT CDI FUNDS OWED, MODIFICATION OF SPREADSHEETS AND HOW HE WANTED ME TO HANDLE | 0.2 | 360 | 72.00 |
| ERD | 9/17/2018 | REVIEW INFORMATION PREVIOUSLY PROVIDED BY DUEDALL TO RESPOND TO SCHILLING'S QUESTIONS, LOOK UP ACTUAL INVOICES AND PRINT OFF SAME, THEN MODIFY SUMMARY SCHEDULE, LOOK UP ACTUAL TIME, CASE WAS FILED, ADD ATTACHMENTS AND EMAIL FINDINGS TO SCHILLING | 1.9 | 360 | 684.00 |
| ERD | 9/18/2018 | CONVERSATION WITH SCHILLING REGARDING EDIT THEN DRAFT AND SEND EMAIL TO SCHILLING AND TRUSTEE REGARDING FINDINGS | 0.2 | 360 | 72.00 |
| ERD | 10/11/2018 | CONVERSATION WITH MELISSA HAYWOOD, DALLAS ATTORNEY REPRESENTING THE EQUITY HOLDERS REGARDING INFORMATION NEEDED, REFER HER TO SCHILLING TO DISCUSS HER NEEDS | 0.1 | 360 | 36.00 |

**ALABAMA PARTNERS**
**BILLING DETAIL**

| NAME | DATE | DESCRIPTION | TIME | RATE | AMOUNT |
|---|---|---|---|---|---|
| ERD | 10/16/2018 | REVIEW DRAFT AFFIDAVIT FROM SCHILLING AND ATTACHMENT, REVISIT BANK RECORDS, CROSSMATCH AND MAKE MODIFICATION TO EXHIBIT | 0.4 | 360 | 144.00 |
| ERD | 10/17/2018 | SIGN AFFIDAVIT, GET NOTARIZED THEN EMAIL TO SCHILLING AND EXPLAIN DIFFERENCE IN SCHEDULES | 0.1 | 360 | 36.00 |
| ERD | 10/23/2018 | REVIEW MOTION AND AFFIDAVIT RECEIVED FROM SCHILLING RE: LOAN REPAYMENTS MADE TO UPLYFT, COMPARE SCHEDULE TO BANK RECORDS AND DOCUMENTATION RECEIVED FROM UPLYFT, MAKE REVISIONS TO SCHEDULE, EDIT MOTION, SIGN AFFIDAVIT AND EMAIL BOTH TO SCHILLING | 0.4 | 360 | 144.00 |
| ERD | 11/7/2018 | REVIEW EMAIL FROM SCHILLING RE: REVISED AFFIDAVIT, REVIEW SAME, SIGN AND GET NOTORIZED, SCAN AND EMAIL SIGNED AFFIDAVIT TO SCHILLING | 0.2 | 360 | 72.00 |
| ERD | 12/3/2018 | CONVERSATION WITH ATTORNEY FOR INVESTORS RE: QUICKBOOKS INFORMATION NEEDED, THEN MEET WITH ANGELA AFTER RECEIVING EMAIL FROM TRUSTEE RE: INFORMATION TO BE PROVIDED | 0.2 | 360 | 72.00 |
| ALC | 12/3/2018 | GO ON QUICKBOOKS AND SEARCH FOR INFORMATION REQUESTED BY ATTORNEY FOR INVESTORS | 1.1 | 96 | 105.60 |
| ERD | 1/15/2019 | CREATE SUPPORT SCHEDULE SCHILLING REQUESTED ON POST PETITION PAYMENTS MADE TO YELLOWSTONE, THEN SCAN AND EMAIL SCHEDULE TO SCHILLING | 0.5 | 360 | 180.00 |
| ERD | VARIOUS | REVIEW AND REVISE TIME ENTRIES, GENERAL DOCUMENTATION AND TIME SPENT PREPARING FEE APPLICATION | 1.0 | 360 | 360.00 |
| ALC | VARIOUS | ASSIST ERD WITH PREPARING FEE APPLICATION | 0.7 | 96 | 67.20 |
| JHW | VARIOUS | ASSIST ERD WITH PREPARING FEE APPLICATION | 0.5 | 96 | 48.00 |
| ERD | VARIOUS | ESTIMATED TIME TO ATTEND HEARING ON FEE APPLICATION, DRAFT ORDER ON SAME, ASSIST TRUSTEE WITH CASE CLOSEOUT AS NEEDED | 1.0 | 360 | 360.00 |
| | | **TOTAL TIME** | **27.5** | | **$8,145.20** |

**ALABAMA PARTNERS**
**BILLING DETAIL**

| NAME | DATE | DESCRIPTION | TIME | RATE | AMOUNT |
|------|------|-------------|------|------|--------|
| | | **EXPENSES** | | | |
| | | 274 COPIES AT 25 CENTS EACH ASSOCIATED WITH THE PREPARATION OF THE ESTATE'S TAX RETURNS | 274 | 0.25 | 68.50 |
| | | 3,283 PAGES PRINTED OFF FROM EMAILS RECEIVED OR PAGES PRINTED OFF PACER AT 25 CENTS PER PAGE | 3283 | 0.25 | 820.75 |
| | | **TOTAL EXPENSES** | | | $889.25 |
| | | **TOTAL FEES** | | | $9,034.45 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

IN RE:

ALABAMA PARTNERS, LLC }  CASE NO. 17-03469-TOM
}
}  CHAPTER 7
DEBTOR. }

## STATEMENT REQUIRED BY BANKRUPTCY RULE 2016

**COMES NOW** Edmond R. Denaburg, who files this statement in support of the Application for Fees by Accountant in the above-styled case.

Applicant has not received any payments for services rendered in this case for the period from July 5, 2018 through April 18, 2019.

Applicant has been promised payment for services to be rendered in this case only in such amount as may be allowed by this Court upon application submitted by Applicant.

The source of the compensation, which has been promised, was to be from funds of the bankruptcy estate as an administrative expense. No previously received compensation has been shared with any other person or entity, nor does any agreement exist between Applicant and any other person or entity for the sharing of compensation to be received for services rendered in connection with this case.

**DATED** this the 18th day of April, 2019.

_____
Edmond R. Denaburg

**PRINCIPAL:**

CHRISTIAN & DENABURG, PC
CERTIFIED PUBLIC ACCOUNTANTS
2649 ROCKY RIDGE LANE
BIRMINGHAM, ALABAMA 35216
(205) 967-8901

## VERIFICATION

I have read the above and forgoing Application. As required by Federal Bankruptcy Rule of Procedure 2014(a) and in accordance with Federal Bankruptcy Rule of Procedure 9011(b) and Title 28 U.S.C. § 1746, I declare under penalty of perjury that the statements there made with reference to me and my professional associates are true and correct.

Dated this the 18th day of April, 2019.

*/s/ Edmond R. Denaburg*
Edmond R. Denaburg
Applicant

# CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing to the following by hand delivery, e-mail or electronically through to CM/ECF system on April 18, 2019:

**The Honorable Tamara O. Mitchell**
Robert S. Vance Federal Building
1800 Fifth Avenue North
Birmingham, Alabama 35203

**Jon A. Dudeck, Esquire**
jon_dudeck@alnb.uscourts.gov
Attorney for the Bankruptcy Administrator
Robert S. Vance Federal Building
1800 Fifth Avenue North
Birmingham, Alabama 35203

**Thomas E. Reynolds**
ter@reynoldslegalsolutions.com
300 Richard Arrington Jr. Blvd, Suite 503
Birmingham, Alabama 35203

**Alabama Partners, LLC**
radams @rumberger.com
C/O Robert H. Adams
Rumberger, Kirk & Caldwell, PC
2001 Park Place North, Suite 1300
Birmingham, Alabama 35209