Van–020 [Notice of Hearing] (Rev. 06/14)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| **In re:** | **Case No.** 17–03469–TOM7 |
| Alabama Partners, LLC | **Chapter** 7 |
| **EIN:** 26–3067131 | |

**Debtor(s)**

## NOTICE OF HEARING

Notice is hereby given that a hearing will be held to consider and act upon the following:

318 – Application for Final Compensation in the amount of $21,790.00 and Reimbursement of Expenses in the amount of $573.24 filed by William Dennis Schilling, Attorney for Trustee

319 – Application for Final Compensation in the amount of $8,145.20 and Reimbursement of Expenses in the amount of $889.25 filed by Edmond R. Denaburg, Accountant for Trustee

Objections may be made by filing the original with the Court no later than June 5, 2019, and a copy served on William Dennis Schilling, P.O. Box 55147, Birmingham, AL 35255–5147 and/or Edmond R. Denaburg, 2649 Rocky Ridge Lane, Birmingham, AL 35216. Any such objections filed will be heard June 12, 2019.

**Date:** Wednesday, June 12, 2019     **Time:** 10:30 AM

**Location:** Robert S. Vance Federal Bldg, 1800 5th Ave No, Courtroom 3, Birmingham, AL 35203

Attorneys should attend all scheduled hearings. If a conflict is known, the Court should be notified immediately. Continuances of non–evidentiary hearings may be granted if all parties consent. Evidentiary hearings will not be continued except for good cause shown. If there is a failure to attend a scheduled hearing, and the Court has not been notified of the reason for the failure, the Court may enter appropriate orders. Attendance is not required if a settlement has been reached as approved by all parties and filed with the Court by an attorney prior to the hearing date.

Dated: April 18, 2019     By:

Joseph E. Bulgarella, Clerk
United States Bankruptcy Court

dls