# Notice Recipients

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**

| | |
|---|---|
| 9457959 | Child Support DC |
| 9457989 | Haynes Family |
| 9458001 | Kelly Hall |
| 9458009 | Liz Whidden |
| 9458018 | Mark Williams |
| 9458043 | Pervez Kaisani |
| 9458081 | WHP, LLC |
| 9458080 | Wazir Kaisani |

TOTAL: 8

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ba | Jon A Dudeck | jon_dudeck@alnba.uscourts.gov |
| tr | Thomas E Reynolds | ter@reynoldslegalsolutions.com |
| atytr | William Dennis Schilling | wdschilling@bham.rr.com |
| aty | Abigail M. McGibbon | abigail.mcgibbon@gpmlaw.com |
| aty | Alto Lee Teague, IV | lteague@ehjlaw.com |
| aty | Charles N Parnell | bkrp@parnellsoutheast.com |
| aty | Clyde Ellis Brazeal, III | ebrazeal@joneswalker.com |
| aty | Daniel D Sparks | ddsparks@csattorneys.com |
| aty | Derek F Meek | dmeek@burr.com |
| aty | Eric C Cotton | ecotton@ddr.com |
| aty | Frederick Darrell Clarke, III | fclarke@rumberger.com |
| aty | James Phillip Roberts | jroberts@burr.com |
| aty | Jeffery J Hartley | jjh@helmsinglaw.com |
| aty | John Christian Saylor | john@johnsaylorlaw.com |
| aty | Joseph D. Frank | jfrank@fgllp.com |
| aty | Julian Vasek | jvasek@haywardfirm.com |
| aty | Leonard N Math | noticesnd@chambless–math.com |
| aty | Mark P. Williams | mpwilliams@nwkt.com |
| aty | Melissa S. Hayward | mhayward@haywardfirm.com |
| aty | Phillip W. Bohl | phillip.bohl@gpmlaw.com |
| aty | R. Scott Williams | swilliams@rumberger.com |
| aty | Richard E. O'Neal | USAALN.BANKRUPTCY@usdoj.gov |
| aty | Robert H Adams | radams@rumberger.com |
| aty | Russell B Robertson | rbr@lairdandrobertson.com |
| aty | William Dennis Schilling | schillinglawoffice@gmail.com |

TOTAL: 25

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | |
|---|---|
| db | Alabama Partners, LLC          PO Box 551267          Jacksonville, FL 32255 |
| cr | Customized Distribution, LLC          % Daniel Sparks          Christian & Small LLP          1800 Financial Center          505 North 20th Street          Birmingham, AL 35203 |
| cr | Checkers Drive–In Restaurants, Inc.          c/o Burr & Forman LLP          Derek Meek          420 N 20th St, Ste 3400          Birmingham, AL 35203 |
| ba | J. Thomas Corbett          Bankruptcy Administrator          1800 5th Avenue North          Birmingham, AL 35203 |
| br | Advanced Restaurant Sales          111 Village Parkway Bldg #2          Marietta, GA 30067 |
| cr | NCEP, LLC Department          Ascension Capital Group          P.O. Box 165028          Irving, TX 75016 |
| cr | Insolvency Section Internal Revenue Service          801 Broadway          MDP 146, Room 285          Nashville, TN 37203 |
| cr | Silver Hill II LLC          c/o Ellis Brazeal Jones Walker          1819 5th Avenue North          Suite 1100          Birmingham, AL 35203 |
| cr | US Bank Equipment Finance          c/o Parnell & Parnell, P.A.          P.O. Box 2189          Montgomery, AL 36102–2189 |
| cr | City of Jasper          c/o Russell B. Robertson, Esq.          P.O. Box 498          Jasper, AL 35502–0498 UNITED STATES |
| cr | Prince George's County, Maryland          c/o M. Evan Meyers          6801 Kenilworth Ave Ste 400          Riverdale, MD 20737–1385 |
| cr | Bank of the Ozarks          Attn. Leasing Division          12915 Cantrell Rd          Little Rock, AR 72203 |
| cr | Johnson Service Comp Johnson Service Johnson Service Company          2812 Ruffner Road          Birmingham |
| cr | Direct Capital Corporation          Engel, Hairston & Johanson, P.C.          Attn: Alto Lee Teague, IV          P.O. Box 11405          Birmingham, AL 35202 |
| cr | Unifi Equipment Finance, Inc.          c/o William J. Stapleton, Esq.          Hooper Hathaway, P.C.          126 Main St.          Ann Arbor, MI 48104 |
| cr | DDRM Largo Town Center          3300 Enterprise Parkway          3300 Enterprise Parkway          Beachwood, OH 44139 |
| acc | Edmond R Denaburg          Christian & Denaburg, PC          2649 Rocky Ridge Lane          Birmingham, Al 35216 |

| | | | | |
|---|---|---|---|---|
| intp | Reginald C. Armor, III | Armor Legal, PLLC | c/o Eagle Phillips, LLC | 1820 NE Jensen Beach Blvd #562 Jensen Beach, FL 34957 |
| aty | Leah Fiorenza McNeill | Bryan Cave LLP | 1201 W Peachtree St NW 14tyh Floor | Atlanta, GA 30309 |
| aty | M. Evan Meyers | Meyers Rodbell & Rosenbaum PA | 6801 Kenilworth Ave Ste 400 | Riverdale, MD 20737−1385 |
| aty | Mark I. Duedall | Bryan Cave LLP | 1201 W Peachtree St NW 14tyh Floor | Atlanta, GA 30309 |
| smg | Thomas Corbett | BA Birmingham | 1800 5th Avenue North | Birmingham, AL 35203 |
| 9572704 | 3300 Enterprise Parkway | 3300 Enter | Beachwood, OH 44122 | |
| 9457922 | ABC Burglar Alarm Systems, Inc. | 1532 A&B Pointer Ridge Place | Bowie, MD 20716 | |
| 9457923 | ABC Burglar Alarm Systems, Inc. | 1532 A&B Pointer Ridge Place | Bowie, Maryland 20716 | |
| 9457924 | ABC Burglar Alarm Systems, Inc. | 1532 A&B Pointer Ridge Place | Bowie, Maryland 20716 | |
| 9457937 | ANX Business Corp | Dept. 77399 | PO Box 77000 | Detroit, MI 48277−0399 |
| 9457938 | ANX Business Corp | Dept. 77399 | PO Box 77000 | Detroit, Michigan 48277−0399 |
| 9457925 | Affordable Refuse & Recycling, Inc. | PO Box 400 | Cheltenham, MD 20623 | |
| 9457926 | Affordable Refuse & Recycling, Inc. | PO Box 400 | Cheltenham, Maryland 20623 | |
| 9457927 | Al Kaisani | 10501 N. Central Expressway, Ste. 106 | Dallas, TX 75231 | |
| 9457928 | Al Kaisani | 10501 N. Central Expressway, Ste. 106 | Dallas, TX 75231 | |
| 9457929 | Alabama Child Support Payment Ctr | PO Box244015 | Montgomery, AL 36124−4015 | |
| 9457930 | Alabama Department of Labor | 631 Beacon Pkwy West, Ste. 203 | Birmingham, AL 35209 | |
| 9457931 | Alabama Department of Revenue | PO Box 327464 | Montgomery, 36132−7464 | |
| 9457932 | Alabama Deptartment of Labor | 649 Monroe Street | Montgomery, Alabama 36131 | |
| 9457933 | Alabama Gas Corporation | 605 Richard Arrington Blvd N | Birmingham, AL 38282 | |
| 9457934 | Alabama Power Company | c/o Eric T. Ray | 1901 Sixth Ave N, Suite 1500 | Birmingham, AL 35203 |
| 9457935 | Allied Waste/Republic Services | 3950 59th Street SW | Birmingham, AL 35221 | |
| 9457936 | Anniston Water Works | 931 Noble Street | Anniston, AL 36202 | |
| 9457950 | BRESCO Birmingham Restaurant Supply | 2428 Sixth Avenue S | Birmingham, AL 35233 | |
| 9457939 | Bae's Woodberry, LLC | Attn: Ellen Kim | 12104 Old Pine Way | Oak Hill, Virginia 20171 |
| 9457940 | Balboa Capital | 2010 Main Street | 11th Floor | Irvine, CA 92614 |
| 9457941 | Bank of the Ozarks | 17901 Chenal Parkway | 3rd Floor | Little Rock, AR 72223 |
| 9457942 | Bank of the Ozarks | PO Box 242208 | Little Rock, AR 72223−2208 | |
| 9457943 | Bankruptcy Administrator | 1800 5th Avenue North | Birmingham, AL 35203 | |
| 9457944 | Bessemer Utilities | PO Box 1246 | Bessemer, AL 35021 | |
| 9457945 | Betty Leeth Haynes | PO Box 279 | Cullman, AL 35056−0279 | |
| 9457842 | Birmingham District Tax Office | P O Box 13156 | Birmingham AL 35202−3156 | |
| 9457946 | Birmingham Water Works Board | PO Box 830269 | Birmingham, AL 35283−0269 | |
| 9457947 | Blue Cross and Blue Shield of Alabama | 450 Riverchase Pkwy E | Birmingham, AL 35244 | |
| 9457948 | Blue Line | 2211 Woodward Ave. | Detroit, MI 48201 | |
| 9457949 | Blue Line | 2211 Woodward Ave. | Detroit, Michigan 48201 | |
| 9764017 | Blue Line Foodservice Distribution, Inc. | Attn: Legal Dept. | 2211 Woodward Ave. | Detroit, MI 48201 |
| 9581181 | Bottling Group, LLC | c/o Joseph D. Frank | FrankGecker LLP | 1327 W. Washington Boulevard Suite 5G−H Chicago, IL 60607 |
| 9457951 | Brinks | PO Box 101031 | Atlanta, GA 30392−1031 | |
| 9457952 | Brinks | PO Box 101031 | Atlanta, Georgia 30392−1031 | |
| 9457953 | Burns Septic | 5291 Enterprise Street | Sykesville, MD 21784 | |
| 9457955 | CAN Capital/Channel Partners Capital | 11100 Wayzata Blvd., Ste. 305 | Minnetonika, MN 55305 | |
| 9457956 | CDI | 5151 Brook Hollow Pkwy | Norcross, GA 30071 | |
| 9457960 | CHTD Company | P.O. Box 2576 | Springfield, IL 62708 | |
| 9457958 | CHeckers Corporate | 4300 West Cypress St. Suite 600 | Tampa, FL | |
| 9457954 | Calhoun County Sales Tax | Calhoun County Revenue Commissioner | 1702 Noble St., Ste. 104 | Anniston, AL 36201 |
| 9483254 | Can Capital Asset Servicing, Inc. | 2015 Vaughn Road, Building 500 | Kennesaw, GA 30144 | |
| 9457957 | Checkers Corp. | 4300 West Cypress St. Suite 600 | Tampa, FL | |
| 9740009 | Christian Pereyda | Engel, Hairston & Johanson, P.C. | P.O. Box 11405 | Birmingham, AL 35202 |
| 9457961 | City of Anniston | P.O. Box 2168 | Anniston, AL 36202 | |
| 9457962 | City of Bessemer | Revenue Department | 1806 Third Avenue North | Bessemer, AL 35020 |
| 9457963 | City of Birmingham | 710 North 20th Street | Room 600 City Hall | Birmingham, AL 35203 |
| 9508138 | City of Center Point | 2209 Center Point Parkway | Center Point, Alabama 35215 | |
| 9457964 | City of Cullman | PO 278 | Cullman, AL 35056−0278 | |
| 9457965 | City of Gadsden | c/o RDS | PO Box 830725 | Birmingham, AL 35283 |
| 9457966 | City of Jasper | c/o RDS | PO Box 830725 | Birmingham, AL 35283 |
| 9574683 | City of Jasper, Alabama | P.O. Box 498 | Jasper, AL 35502−0498 | |
| 9457967 | City of Midfield | c/o RDS | PO Box 830725 | Birmingham, AL 35283 |
| 9457968 | Coca Cola USA | PO Box 102499 | Atlanta, GA 30368 | |
| 9457969 | Comptroller of Maryland | 110 Carroll Street | Annapolis, MD 21411 | |
| 9457970 | Comptroller of Maryland | 110 Carroll Street | Annapolis, Maryland 21411 | |
| 9567991 | Comptroller of Maryland | 301 West Preston Street Room 409 | Baltimore, MD 21201−2383 | |
| 9457971 | Corporation Service Company as Represent | PO Box 2576 | Springfield, IL 62708 | |
| 9457972 | Cullman County & City | PO Box 278 | Cullman, AL 35056−0278 | |
| 9578847 | Cullman County Commission | 500 Second Ave SW Room 105 | Cullman AL 35055 | |
| 9508139 | Cullman Gas District | PO Box 399 | Cullman, Alabama 35056 | |
| 9457973 | Cullman Power Board | 106 Second Avenue NE | Cullman, AL 35055 | |
| 9582462 | Customized Distribution, LLC | 5151 Brook Hollow Parkway | Suite 225 | Norcross, GA 30071 |
| 9457974 | Cyprus Air | 7525 Richmond Hwy | Alexandria, VA 22306 | |
| 9457975 | DC Government | 1101 4th Street SW | Suite W210 | Washington, DC 20024 |
| 9457976 | DC Government | 1101 4th Street SW | Suite W210 | Washington, District of Columbia 20024 |
| 9457977 | | | | |

| | | | |
|---|---|---|---|
| | DDRM Largo Town Center, LLC | DDR Corp. | 3300 Enterprise Parkway | Beachwood, Ohio 44122 |

DDRM Largo Town Center, LLC    DDR Corp.    3300 Enterprise Parkway    Beachwood, Ohio 44122

9457843    Department of Revenue    Jefferson County Courthouse    Birmingham AL 35263

9457978    Direct Capital    155 Commerce Way    Portsmouth, NH 03801

9740010    Direct Capital Corporation    P.O. Box 11405    Birmingham, AL 35202

9457981    ERDA LLC    c/o Mr. Daniel Feld, Manager    12600 Cumpston Street    Valley Village, CA 91607

9457982    ERDA LLC    c/o Mr. Daniel Feld, Manager    12600 Cumpston Street    Valley Village, California 91607

9714154    Eagle Phillips LLC dba Merchant Cash Cloud    20200 w dixie hwy    suite 802    Miami, FL 33180

9457979    Elizabeth Jelks    8512 English Oak Loop    Montgomery, AL 36117

9457980    Elizabeth Jelks    8512 English Oak Loop    Montgomery, Alabama 36117

9457983    Etowah County    c/o RDS    PO Box 830725    Birmingham, AL 35283

9457984    Firemaster    Dept 1019    PO Box 121019    Dallas, TX 75312–1019

9457985    First Insurance Funding    450 Skokie Blvd., Ste. 1000    Northbrook, IL 60062

9457986    Flowers Baking Company of Birmingham    900 16th Street N    Birmingham, AL 35203

9457987    Fred Garfield    Spain Gillon    2117 Second Avenue N    Birmingham, AL 35203

9457840    General Counsel    State Department of    Industrial Relations    Montgomery AL 36102

9457988    Good Hope Investments, LLC    9109 Lucky Estates Dr.    Vienna, Virginia 22182

9457990    HJK LLC    PO Box 175    Lincoln, AL 35096

9457991    HJK LLC    PO Box 175    Lincoln, Alabama 35096

9457992    HRS    PO Box 1624    Huntsville, AL 35807

9514236    Hearn Services, Inc.    d/b/a Johnson Service Company    John C. Saylor,    425 N. Court St.    Florence, AL 35630

9457996    IRH Capital    707 Skokie Blvd., Ste. 540    Northbrook, IL 60062

9503077    Internal Revenue Service    801 Broadway M/S 146    Nashville, TN 37203

9457844    Internal Revenue Service    801 Tom Martin Dr    Birmingham AL 35211

9457993    Internal Revenue Service    801 Tom Martins Dr.    Mail Stop 126    Birmingham, Alabama 35211

9457845    Internal Revenue Service    P O Box 21126    Philadelphia PA 19114

9457849    Internal Revenue Service    P.O. Box 7346    Philadelphia, PA 19101–7346

9457994    Internal Revenue Service    PO Box 7346    Philadelphia, Pennsylvania 19101

9457995    Iqbal Kaisani    10501 N. Central Expressway, Ste. 106    Dallas, TX 75231

9457997    J T Smallwood – Tax Collector    Room 160    716 Richard Arrington Blvd. N.    Birmingham, AL 35203

9457998    Jefferson County EDU Sales Tax    716 Richard Arrington Jr. Blvd. N.    Birmingham, AL 35203

9457999    Jefferson County Sales Tax    716 Richard Arrington Jr. Blvd. N.    Birmingham, AL 35203

9458000    Johnson Service Company    2812 Ruffner Rd    Birmingham, AL 35210

9458002    Kelly Pruitt    1463 Secretariat Dr.    Helena, AL 35080

9458003    Libert Mutual/Cobbs Allen Hall    115 Office Park Dr., Ste. 200    Mountain Brook, AL 32223

9458004    Libert Mutual/Cobbs Allen Hall    115 Office Park Dr., Ste. 200    Mountain Brook, Alabama 32223

9764237    Little Caesar Enterprises, Inc.    Attn: Legal Dept.    2211 Woodward Ave.    Detroit, MN 48201

9458005    Little Caesars Caesar Fund Inc.    2211 Woodward Ave.    Detroit, MI 48201

9458006    Little Caesars Caesar Fund Inc.    2211 Woodward Ave.    Detroit, Michigan 48201

9458007    Little Caesars Corporate    2211 Woodward Ave.    Detroit, MI 48201

9458008    Little Caesars Corporate    2211 Woodward Ave.    Detroit, Michigan 48201

9458010    Loanme    1900 S State College Blvd., Ste. 300    Amaheim, CA 92806

9458011    Loanme    1900 S State College Blvd., Ste. 300    Amaheim, California 92806

9458012    Lucinda Leeth    3805 Cromwell Drive    Birmingham, AL 35243

9820197    M. Evan Meyers    Meyers, Rodbell & Rosenbaum, P.A.    6801 Kenilworth Ave., Ste. 400    Riverdale Park, MD 20737

9567031    M. Evan Meyers    for Prince George's County, Maryland    6801 Kenilworth Ave Ate 400    Riverdale MD 20737–1385

9458013    MACRO LEASE    185 Express Street, Ste. 100    Plainview, NY 11803

9458014    Macrolease Corporation    c/o Moritt Hock & Hamroff LLP    Krista L. Kulp, Esq.    400 Garden City Plaza    Garden City, NY 11530

9458015    Mark Williams    PO Box 551267    Jacksonville, FL 32255

9458016    Mark Williams    PO Box 551267    Jacksonville, FL 32255

9458017    Mark Williams    PO Box 551267    Jacksonville, FL 32255

9458019    Marlin Business Bank    300 Fellowship Road    Mount Laurel, New Jersey 08054    Attn.: Bankruptcy Department

9458020    Marlow Heights Shopping Center, LP    c/o Gelman Management Co.    2120 L Street NW    Suite 800    Washington, District of Columbia 20037

9458021    Martha Sams    1541 Prairie Lane    Montgomery, AL 36117

9458022    Martha Sams    1541 Prairie Lane    Montgomery, Alabama 36117

9458023    Maryland Child Support Account    PO Box 17396    Baltimore, MD 21297

9458024    Maryland Child Support Account    PO Box 17396    Baltimore, Maryland 21297

9565984    Master Protection, LP dba FireMaster    13050 Metro Parkway    Suite 1    Fort Myers, FL 33966

9706145    Maverick VI LLC    12612 Waterspout Ct    Owings Mills, MD 21117

9458025    Maverick VI, LLC    12612 Waterspout Court    Owings Mills, Maryland 21117

9458026    Melissa Hayward    10501 N. Central Expressway, Suite 106    Dallas, TX 75231

9458027    Merchant Cash Cloud    5757 NW 151st Street    Miami Lakes, FL 33014

9458028    Merchant Cash Cloud    5757 NW 151st Street    Miami Lakes, Florida 33014

9458029    Muzak    Focus Four LLC    PO Box 638793    Cincinnati, OH 45263–8793

9458030    NASA Federal Credit Union    500 Prince Georges Blvd.    Upper Marlboro, MD 20774

9458031    NASA Federal Credit Union    PO Box 1588    Bowie, MD 20717

9458034    NCMIC Finance Company    14001 University Avenue    Clive, Iowa 50325

9458035    NUCO2    2800 SE Market PL    Stuart, FL 34997

9458032    Navin Kaisani    10501 N. Central Expressway, Ste. 106    Dallas, TX 75231

9458033    Navitas    111 Executive Ctr Dr.    Suite 102    Columbia, SC 29210

| 9458036 | ONEILAATS LLC | 10879 Coral Shores Dr # 210 | Jacksonville, FL 32256 |
| 9458037 | ONEILAATS LLC | 10879 Coral Shores Dr # 210 | Jacksonville, Florida 32256 |
| 9458038 | PEPCO | P O Box 97294 | Washington DC 20090 |
| 9458039 | PEPCO | PO Box 13608 | Philadelphia, Pennsylvania 19101 |
| 9458040 | PEPSICO | 1100 Reynolds Blvd. | Winston–Salem, NC 27105 |
| 9458041 | Pervez Kaisani | 10501 N. Central Expressway, Ste. 106 | Dallas, TX 75231 |
| 9458042 | Pervez Kaisani | 10501 N. Central Expressway, Ste. 106 | Dallas, TX 75231 |
| 9764016 | Phillip Bohl | Attn: Legal Dept. | 2211 Woodward Ave. | Detroit, MI 48201 |
| 9551861 | Prince Georges County, Maryland | Meyers, Rodbell & Rosenbaum, P.A. | c/o M. Evan Meyers | 6801 Kenilworth Ave., Suite 400 | Riverdale Park, MD 20737 |
| 9458044 | RDS | PO Box 830725 | Birmingham, AL 35283 |
| 9458054 | RLC Funding, a division of Navitas Lease | 111 Executive Center Dr. | Suite 102 | Columbia, SC 29210 |
| 9458045 | Receivables Advance | P.O. Box 15270 | Irvine, CA 92623 |
| 9458046 | Regency Centers Corporation | One Independent Drive | Suite 114 | Jacksonville, FL 32202 |
| 9458047 | Regions Bank | 1900 Fifth Avenue North | Birmingham, AL 35203 |
| 9508140 | Republic Services | 3950 50th Street SW | Birmingham, Alabama 35221 |
| 9458048 | Richard Blount Construction, LLC | 163 Haygood Ave. SE | Atlanta, GA 30315 |
| 9458049 | Richard Ruggiero | c/o Lochner Law Firm, P.C. | 91 Main St., 4th Floor | Annapolis, MD 21401 |
| 9458050 | Richard Ruggiero | c/o Lochner Law Firm, P.C. | 91 Main St., 4th Floor | Annapolis, MD 21401 |
| 9458051 | Richard Ruggiero | c/o Lochner Law Firm, P.C. | 91 Main St., 4th Floor | Annapolis, MD 21401 |
| 9458052 | Rivertowne Center ACQ | 8 Industrial Way | East Eatonton, New Jersey 07724 |
| 9458053 | Rivertowne Center ACQ | 8 Industrial Way | East Eatonton, New Jersey 07724 |
| 9574462 | Russell Robertson | P.O. Box 498 | Jasper, AL 35502–0498 |
| 9458064 | SUSQUEHANNA SALT LAKE LLC | 136 E South Temple, Ste. 1400 | Salt Lake City, Utah 84111 |
| 9458055 | Sartino, Inc. | 5285 Briarwood Circle | Pinson, AL 35126 |
| 9457847 | Secretary of the Treasury | 1500 Pennsylvania Ave., NW | Washington, DC 20220 |
| 9458056 | SecureConnect/Trustwave | 75 Remittance Drive | Dept. 1999 | Chicago, IL 60675–1999 |
| 9458057 | Sharp Realty | Attn: Accounts Receivable | 400 Union Hill Dr. | Birmingham, AL 35209 |
| 9458058 | Silver Hill II | Combined Properties | 1255 22nd Street, NW | Washington, District of Columbia 20037 |
| 9458059 | Stanley Convergent Security Solutions | 8350 Sunlight Drive | Fishers, IN 46037 |
| 9457839 | State Department of Revenue | P O Box 1927 | Pelham AL 35124 |
| 9458060 | State of Alabama | Department of Revenue | Legal Division | PO Box 320001 | Montgomery, Alabama 36132–0001 |
| 9457841 | State of Alabama Dept of Revenue | P O Box 320001 | Montgomery AL 36132 |
| 9458061 | Steritech | PO Box 471127 | Charlotte, NC 28247–2127 |
| 9458062 | Steritech | PO Box 472127 | Charlotte, NC 27247–2127 |
| 9458063 | Steritech | PO Box 472127 | Charlotte, North Carolina 27247–2127 |
| 9458065 | The Coca–Cola Company | One Coca–Cola Plaza | Atlanta, GA 30313 |
| 9458066 | The Hartford | 8711 University East Drive | Charlotte, NC 28213 |
| 9458067 | The Hartford | 8711 University East Drive | Charlotte, North Carolina 28213 |
| 9472506 | Tyco Integrated Security, LLC | 10405 Crosspoint Blvd. | Indianapolis IN 46256 |
| 9458068 | Tyco Security | c/o ADT Security Services, Inc. | PO Box 371967 | Pittsburgh, PA 15250–7967 |
| 9458069 | U.S. Bank Equipment Finance | A division of U.S. Bank N.A. | 1310 Madrid Street | Marshall, MN 56258 |
| 9457846 | U.S. Securities and Exchange Commission | Branch of Reorganization | 950 East Paces Ferry Road Ste 900 | Atlanta, GA 30326 |
| 9458071 | USB Equipment Finance | 220 26th Street | Minniapolis, MN |
| 9458072 | USRP I, LLC | Attn: Legal Dept. | One Independent Dr. | Suite 114 | Jacksonville, Florida 32202 |
| 9458070 | UniFi Equipment Finance | 3893 Research Park Drive | Ann Arbor, MI 48108 |
| 9457848 | United States Attorney | Northern District of Alabama | 1801 Fourth Avenue North | Birmingham, AL 35203 |
| 9457850 | United States Bankruptcy Administrator | Northern District of Alabama | 1800 Fifth Avenue North | Birmingham, AL 35203 |
| 9458073 | Verizon Business | PO Box 660720 | Dallas, TX 75266 |
| 9458074 | Verizon Business | PO Box 660720 | Dallas, Texas 75266 |
| 9510488 | Verizon Business Global LLC, on behalf of its affi | William Vermette | 22001 Loudoun County Pkwy | Ashburn, VA 20147 |
| 9458075 | Wand Corporation | 7593 Corporate Way | Eden Prairie, MN 55344 |
| 9458077 | Washington Gas | 6801 Industrial Road | Sprinfield, VA 22151 |
| 9458076 | Washington Gas | 6801 Industrial Road | Sprinfield, Virginia 22151 |
| 9458082 | Washington Suburban Sanitary Commission | Heather Ashbury | 14501 Swetizer Lane | Laurel, MD 20707 |
| 9458078 | Wazir Kaisani | 10501 N. Central Expressway, Ste. 106 | Dallas, TX 75231 |
| 9458079 | Wazir Kaisani | 10501 N. Central Expressway, Ste. 106 | Dallas, TX 75231 |
| 9458085 | YES Energy Management | PO Box 660901 | Dallas, TX 75266–0901 |
| 9458083 | Yellowstone | 30 Broad Street | 14th FL, Ste. 1462 | New York, NY 10004 |
| 9458084 | Yellowstone | 30 Broad Street | 14th FL, Ste. 1462 | New York, New York 10004 |

TOTAL: 216