# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA - SOUTHERN DIVISION

In the Matter of:

Alabama Partners, LLC    }    **Case No: 17-03469-TOM7**
                                        }
DEBTOR(S).    }
                                        }
                                        }

## ORDER GRANTING

This matter came before the Court on Monday, May 06, 2019 10:30 AM, for a hearing on the following:

    RE: Doc #313; Joint Motion to Approve Compromise between the Trustee and Yellowstone Capital, LLC

Proper notice of the hearing was given and appearances were made by the following:

    R. Scott Williams, attorney for Alabama Partners, LLC  (Debtor)
    William Dennis Schilling, attorney for Thomas E Reynolds  (Trustee)
    Ryan Thompson, attorney for Yellowstone Capital, LLC

**It is therefore ORDERED, ADJUDGED and DECREED that:**

    Based on arguments of counsel and the pleadings, the Motion is Granted and the compromise is approved as set forth in the pleadings.

Dated: 05/08/2019                                                        /s/ TAMARA O. MITCHELL
                                                                             TAMARA O. MITCHELL
                                                                             United States Bankruptcy Judge