# Notice Recipients

District/Off: 1126–2        User: admin        Date Created: 5/8/2019
Case: 17–03469–TOM7        Form ID: pdf000        Total: 47

**Recipients of Notice of Electronic Filing:**

| | | | |
|---|---|---|---|
| ba | Jon A Dudeck | jon_dudeck@alnba.uscourts.gov | |
| tr | Thomas E Reynolds | ter@reynoldslegalsolutions.com | |
| atytr | William Dennis Schilling | wdschilling@bham.rr.com | |
| aty | Abigail M. McGibbon | abigail.mcgibbon@gpmlaw.com | |
| aty | Alto Lee Teague, IV | lteague@ehjlaw.com | |
| aty | Charles N Parnell | bkrp@parnellsoutheast.com | |
| aty | Clyde Ellis Brazeal, III | ebrazeal@joneswalker.com | |
| aty | Daniel D Sparks | ddsparks@csattorneys.com | |
| aty | Derek F Meek | dmeek@burr.com | |
| aty | Eric C Cotton | ecotton@ddr.com | |
| aty | Frederick Darrell Clarke, III | fclarke@rumberger.com | |
| aty | James Phillip Roberts | jroberts@burr.com | |
| aty | Jeffery J Hartley | jjh@helmsinglaw.com | |
| aty | John Christian Saylor | john@johnsaylorlaw.com | |
| aty | Joseph D. Frank | jfrank@fgllp.com | |
| aty | Julian Vasek | jvasek@haywardfirm.com | |
| aty | Leonard N Math | noticesnd@chambless–math.com | |
| aty | Mark P. Williams | mpwilliams@nwkt.com | |
| aty | Melissa S. Hayward | mhayward@haywardfirm.com | |
| aty | Phillip W. Bohl | phillip.bohl@gpmlaw.com | |
| aty | R. Scott Williams | swilliams@rumberger.com | |
| aty | Richard E. O'Neal | USAALN.BANKRUPTCY@usdoj.gov | |
| aty | Robert H Adams | radams@rumberger.com | |
| aty | Russell B Robertson | rbr@lairdandrobertson.com | |
| aty | William Dennis Schilling | schillinglawoffice@gmail.com | |

TOTAL: 25

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | | |
|---|---|---|---|---|---|
| db | Alabama Partners, LLC | PO Box 551267 | Jacksonville, FL 32255 | | |
| cr | Customized Distribution, LLC | % Daniel Sparks | Christian & Small LLP | 1800 Financial Center | 505 North 20th Street   Birmingham, AL 35203 |
| cr | Checkers Drive–In Restaurants, Inc. | c/o Burr & Forman LLP | Derek Meek | 420 N 20th St, Ste 3400   Birmingham, AL 35203 | |
| ba | J. Thomas Corbett | Bankruptcy Administrator | 1800 5th Avenue North | Birmingham, AL 35203 | |
| br | Advanced Restaurant Sales | 111 Village Parkway Bldg #2 | Marietta, GA 30067 | | |
| cr | NCEP, LLC Department | Ascension Capital Group | P.O. Box 165028 | Irving, TX 75016 | |
| cr | Insolvency Section Internal Revenue Service | 801 Broadway | MDP 146, Room 285 | Nashville, TN 37203 | |
| cr | Silver Hill II LLC | c/o Ellis Brazeal Jones Walker | 1819 5th Avenue North | Suite 1100   Birmingham, AL 35203 | |
| cr | US Bank Equipment Finance | c/o Parnell & Parnell, P.A. | P.O. Box 2189 | Montgomery, AL 36102–2189 | |
| cr | City of Jasper | c/o Russell B. Robertson, Esq. | P.O. Box 498 | Jasper, AL 35502–0498 UNITED STATES | |
| cr | Prince George's County, Maryland | c/o M. Evan Meyers | 6801 Kenilworth Ave Ste 400 | Riverdale, MD 20737–1385 | |
| cr | Bank of the Ozarks | Attn. Leasing Division | 12915 Cantrell Rd | Little Rock, AR 72203 | |
| cr | Johnson Service Comp Johnson Service | Johnson Service Company | 2812 Ruffner Road | Birmingham | |
| cr | Direct Capital Corporation | Engel, Hairston & Johanson, P.C. | Attn: Alto Lee Teague, IV | P.O. Box 11405   Birmingham, AL 35202 | |
| cr | Unifi Equipment Finance, Inc. | c/o William J. Stapleton, Esq. | Hooper Hathaway, P.C. | 126 Main St.   Ann Arbor, MI 48104 | |
| cr | DDRM Largo Town Center | 3300 Enterprise Parkway | 3300 Enterprise Parkway | Beachwood, OH 44139 | |
| acc | Edmond R Denaburg | Christian & Denaburg, PC | 2649 Rocky Ridge Lane | Birmingham, Al 35216 | |
| intp | Reginald C. Armor, III | Armor Legal, PLLC | c/o Eagle Phillips, LLC | 1820 NE Jensen Beach Blvd #562   Jensen Beach, FL 34957 | |
| aty | Leah Fiorenza McNeill | Bryan Cave LLP | 1201 W Peachtree St NW 14tyh Floor | Atlanta, GA 30309 | |
| aty | M. Evan Meyers | Meyers Rodbell & Rosenbaum PA | 6801 Kenilworth Ave Ste 400 | Riverdale, MD 20737–1385 | |
| aty | Mark I. Duedall | Bryan Cave LLP | 1201 W Peachtree St NW 14tyh Floor | Atlanta, GA 30309 | |
| smg | Thomas Corbett | BA Birmingham | 1800 5th Avenue North | Birmingham, AL 35203 | |

TOTAL: 22