```
                        United States Bankruptcy Court
                         Northern District of Alabama
In re:                                                          Case No. 17-03469-TOM
Alabama Partners, LLC                                           Chapter 7
        Debtor             CERTIFICATE OF NOTICE
District/off: 1126-2        User: admin               Page 1 of 3       Date Rcvd: May 08, 2019
                            Form ID: pdf000           Total Noticed: 21
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 10, 2019.
```
db          +Alabama Partners, LLC,    PO Box 551267,    Jacksonville, FL 32255-1267
aty         +Leah Fiorenza McNeill,    Bryan Cave LLP,    1201 W Peachtree St NW 14tyh Floor,
              Atlanta, GA 30309-3449
aty          M. Evan Meyers,    Meyers Rodbell & Rosenbaum PA,    6801 Kenilworth Ave Ste 400,
              Riverdale, MD  20737-1385
aty         +Mark I. Duedall,    Bryan Cave LLP,    1201 W Peachtree St NW 14tyh Floor,
              Atlanta, GA 30309-3449
br          +Advanced Restaurant Sales,    111 Village Parkway Bldg #2,    Marietta, GA 30067-4013
cr          +Bank of the Ozarks,    Attn. Leasing Division,    12915 Cantrell Rd,    Little Rock, AR 72223-1701
cr          +City of Jasper,    c/o Russell B. Robertson, Esq.,    P.O. Box 498,    Jasper, AL  35502-0498,
              UNITED STATES 35502-0498
cr          +Customized Distribution, LLC,     % Daniel Sparks,    Christian & Small LLP,
              1800 Financial Center,    505 North 20th Street,    Birmingham, AL 35203-4633
cr          +DDRM Largo Town Center,    3300 Enterprise Parkway,    3300 Enterprise Parkway,
              Beachwood, OH 44122-7200
cr          +Direct Capital Corporation,    Engel, Hairston & Johanson, P.C.,    Attn: Alto Lee Teague, IV,
              P.O. Box 11405,    Birmingham, AL 35202-1405
acc         +Edmond R Denaburg,    Christian & Denaburg, PC,    2649 Rocky Ridge Lane,
              Birmingham, Al 35216-4809
cr           Prince George's County, Maryland,    c/o M. Evan Meyers,    6801 Kenilworth Ave Ste 400,
              Riverdale, MD  20737-1385
intp        +Reginald C. Armor, III,    Armor Legal, PLLC,    c/o Eagle Phillips, LLC,
              1820 NE Jensen Beach Blvd #562,    Jensen Beach, FL 34957-7212
cr          +Silver Hill II LLC,    c/o Ellis Brazeal Jones Walker,    1819 5th Avenue North,    Suite 1100,
              Birmingham, AL 35203-2122
cr           US Bank Equipment Finance,    c/o Parnell & Parnell, P.A.,    P.O. Box 2189,
              Montgomery, AL  36102-2189
cr          +Unifi Equipment Finance, Inc.,    c/o William J. Stapleton, Esq.,    Hooper Hathaway, P.C.,
              126 Main St.,    Ann Arbor, MI 48104-1945
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         +E-mail/Text: bnc_notices_southern@alnba.uscourts.gov May 09 2019 03:24:36      Thomas Corbett,
              BA Birmingham,    1800 5th Avenue North,    Birmingham, AL 35203-2111
cr          +E-mail/Text: cstewart@Burr.com May 09 2019 03:25:39      Checkers Drive-In Restaurants, Inc.,
              c/o Burr & Forman LLP,    Derek Meek,    420 N 20th St, Ste 3400,    Birmingham, AL 35203-5210
cr          +E-mail/Text: cio.bncmail@irs.gov May 09 2019 03:23:19
              Insolvency Section Internal Revenue Service,    801 Broadway,    MDP 146, Room 285,
              Nashville, TN 37203-3816
ba          +E-mail/Text: bnc_notices_southern@alnba.uscourts.gov May 09 2019 03:24:36      J. Thomas Corbett,
              Bankruptcy Administrator,    1800 5th Avenue North,    Birmingham, AL 35203-2111
cr          +E-mail/PDF: acg.acg.ebn@americaninfosource.com May 09 2019 03:29:14      NCEP, LLC Department,
              Ascension Capital Group,    P.O. Box 165028,    Irving, TX 75016-5028
                                                                                              TOTAL: 5

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           Johnson Service Comp Johnson Service Johnson Servi,    2812 Ruffner Road,    Birmingham
                                                                                   TOTALS: 1, * 0, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2019                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 8, 2019 at the address(es) listed below:

```
          Abigail M. McGibbon    on behalf of Interested Party    Little Caesar Enterprises, Inc.
           abigail.mcgibbon@gpmlaw.com
          Alto Lee Teague, IV    on behalf of Creditor    Direct Capital Corporation lteague@ehjlaw.com
          Charles N Parnell    on behalf of Creditor    US Bank Equipment Finance bkrp@parnellsoutheast.com
          Clyde Ellis Brazeal, III    on behalf of Creditor    Silver Hill II LLC ebrazeal@joneswalker.com
          Daniel D Sparks    on behalf of Creditor    Customized Distribution, LLC ddsparks@csattorneys.com,
           dan-sparks-9722@ecf.pacerpro.com
          Derek F Meek    on behalf of Creditor    Checkers Drive-In Restaurants, Inc. dmeek@burr.com,
           mgunnells@burr.com
          Eric C Cotton    on behalf of Creditor    DDRM Largo Town Center ecotton@ddr.com
          Frederick Darrell Clarke, III    on behalf of Debtor    PG County Pizza, Inc. fclarke@rumberger.com,
           mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
          Frederick Darrell Clarke, III    on behalf of Debtor    Maryland Pizza, Inc. fclarke@rumberger.com,
           mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
          Frederick Darrell Clarke, III    on behalf of Debtor    PG County Partners, LLC
           fclarke@rumberger.com,
           mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
          Frederick Darrell Clarke, III    on behalf of Debtor    BamaChex, Inc. fclarke@rumberger.com,
           mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
          Frederick Darrell Clarke, III    on behalf of Debtor    Alabama Partners, LLC fclarke@rumberger.com,
           mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
          Frederick Darrell Clarke, III    on behalf of Debtor    Maryland LC Ventures, LLC
           fclarke@rumberger.com,
           mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
          James Phillip Roberts    on behalf of Creditor    Checkers Drive-In Restaurants, Inc.
           jroberts@burr.com,
          Jayna Partain Lamar    on behalf of Defendant    Yellowstone Capital, LLC jlamar@maynardcooper.com,
           prudloff@maynardcooper.com;jturnipseed@maynardcooper.com
          Jeffery J Hartley    on behalf of Interested Party    R&F Birmingham, LLC jjh@helmsinglaw.com,
           ktm@helmsinglaw.com;dwc@helmsinglaw.com
          John Christian Saylor    on behalf of Creditor Johnson Service Comp Johnson Service Johnson
           Service Company john@johnsaylorlaw.com,    asst@johnsaylorlaw.com
          Jon A Dudeck     jon_dudeck@alnba.uscourts.gov,    courtmailbir7@alnba.uscourts.gov
          Joseph D. Frank    on behalf of Creditor    Bottling Group, LLC and its affiliates and subsidiaries,
           operating as Pepsi Beverages Company jfrank@fgllp.com
          Julian   Vasek    on behalf of Interested Party Wazir   Kaisani jvasek@haywardfirm.com
          Julian   Vasek    on behalf of Interested Party Pervez   Kaisani jvasek@haywardfirm.com
          Julian   Vasek    on behalf of Interested Party Iqbar   Kaisani jvasek@haywardfirm.com
          Kelley Askew Gillikin    on behalf of Creditor    ALA DEPT OF REVENUE LEGAL DIVISION P O BOX 320001
           MONTGOMERY, AL   36132-0001 kelley.gillikin@revenue.alabama.gov
          Leonard N Math    on behalf of Creditor    BANK OF THE OZARKS noticesnd@chambless-math.com
          Leonard N Math    on behalf of Creditor    Bank of the Ozarks noticesnd@chambless-math.com
          Mark P. Williams    on behalf of Creditor    Unifi Equipment Finance, Inc. mpwilliams@nwkt.com
          Melissa S. Hayward    on behalf of Interested Party Pervez   Kaisani mhayward@haywardfirm.com
           ,   mholmes@haywardfirm.com
          Melissa S. Hayward    on behalf of Interested Party Wazir   Kaisani mhayward@haywardfirm.com
           ,   mholmes@haywardfirm.com
          Melissa S. Hayward    on behalf of Interested Party Iqbar   Kaisani mhayward@haywardfirm.com
           ,   mholmes@haywardfirm.com
          Phillip W. Bohl    on behalf of Interested Party    Little Caesar Enterprises, Inc.
           phillip.bohl@gpmlaw.com
          R. Scott Williams    on behalf of Debtor    Maryland Pizza, Inc. swilliams@rumberger.com,
           docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumber
           ger.com
          R. Scott Williams    on behalf of Debtor    PG County Pizza, Inc. swilliams@rumberger.com,
           docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumber
           ger.com
          R. Scott Williams    on behalf of Debtor    Alabama Partners, LLC swilliams@rumberger.com,
           docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumber
           ger.com
          R. Scott Williams    on behalf of Debtor    PG County Partners, LLC swilliams@rumberger.com,
           docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumber
           ger.com
          R. Scott Williams    on behalf of Debtor    Maryland LC Ventures, LLC swilliams@rumberger.com,
           docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumber
           ger.com
          R. Scott Williams    on behalf of Debtor    BamaChex, Inc. swilliams@rumberger.com,
           docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mbarnette@rumber
           ger.com
          Richard E. O'Neal    on behalf of Creditor Insolvency Section    Internal Revenue Service
           USAALN.BANKRUPTCY@usdoj.gov
          Robert H Adams    on behalf of Debtor    Maryland LC Ventures, LLC radams@rumberger.com,
           mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberg
           er.com
          Robert H Adams    on behalf of Debtor    PG County Partners, LLC radams@rumberger.com,
           mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberg
           er.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

         Robert H Adams   on behalf of Debtor   BamaChex, Inc. radams@rumberger.com,
          mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberger.com

         Robert H Adams   on behalf of Debtor   PG County Pizza, Inc. radams@rumberger.com,
          mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberger.com

         Robert H Adams   on behalf of Debtor   Alabama Partners, LLC radams@rumberger.com,
          mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberger.com

         Robert H Adams   on behalf of Debtor   Maryland Pizza, Inc. radams@rumberger.com,
          mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberger.com

         Russell B Robertson   on behalf of Creditor   City of Jasper rbr@lairdandrobertson.com

         Ryan David Thompson   on behalf of Defendant   Yellowstone Capital, LLC
          rthompson@maynardcooper.com,   emoltz@maynardcooper.com;prudloff@maynardcooper.com

         Samuel Carlton Pierce   on behalf of Debtor   BamaChex, Inc. scpierce@bakerdonelson.com,
          lhornsby@bakerdonelson.com;mcleveland@bakerdonelson.com

         Thomas E Reynolds   ter@reynoldslegalsolutions.com,
          treynolds@ecf.axosfs.com;dnm@reynoldslegalsolutions.com

         William Dennis Schilling   on behalf of Trustee Thomas E Reynolds schillinglawoffice@gmail.com,
          pamhurst.schillinglawoffice@gmail.com

         William Dennis Schilling   on behalf of Plaintiff Thomas E. Reynolds as trustee
          schillinglawoffice@gmail.com,   pamhurst.schillinglawoffice@gmail.com

         William Dennis Schilling   wdschilling@bham.rr.com

                                                                                   TOTAL: 50

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA - SOUTHERN DIVISION

**In the Matter of:**

Alabama Partners, LLC } **Case No: 17-03469-TOM7**
}
DEBTOR(S). }
}
}

## ORDER GRANTING

This matter came before the Court on Monday, May 06, 2019 10:30 AM, for a hearing on the following:

RE: Doc #313; Joint Motion to Approve Compromise between the Trustee and Yellowstone Capital, LLC

Proper notice of the hearing was given and appearances were made by the following:

R. Scott Williams, attorney for Alabama Partners, LLC (Debtor)
William Dennis Schilling, attorney for Thomas E Reynolds (Trustee)
Ryan Thompson, attorney for Yellowstone Capital, LLC

**It is therefore ORDERED, ADJUDGED and DECREED that:**

Based on arguments of counsel and the pleadings, the Motion is Granted and the compromise is approved as set forth in the pleadings.

Dated: 05/08/2019

/s/ TAMARA O. MITCHELL
TAMARA O. MITCHELL
United States Bankruptcy Judge