## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

IN RE:                                    )          BANKRUPTCY CASE NO.
                                          )
ALABAMA PARTNERS, LLC,                    )          17-03469-TOM-7
                                          )
                                          )
            Debtor(s)                     )

BANKRUPTCY ADMINISTRATOR'S STATEMENT OF REVIEW
REGARDING THE FINAL APPLICATION FOR COMPENSATION
AND REIMBURSEMENT OF EXPENSES FILED BY WILLIAM DENNIS
SCHILLING, ATTORNEY FOR THE TRUSTEE

COMES NOW the Bankruptcy Attorney for the Northern District, Southern Division of Alabama on behalf of the Bankruptcy Administrator for the Northern District of Alabama and regarding the fee application described herein, states as follows:

1. The Bankruptcy Attorney has reviewed the fee application filed by William Dennis Schilling, Attorney for the Trustee.

2. The review conducted by the Bankruptcy Attorney included whether the descriptions of services were complete; whether minimum time blocks of .1 hour (six minutes) were used; whether the application contained lumping of services; whether the compensation requested was correctly computed; whether the narrative explaining the application was detailed and complete; whether there was any duplication of efforts in meetings, depositions, conferences, or hearings; whether the services were performed and expenses incurred before or after court authorization of employment; whether all expenses were particularly described and mathematically sound; whether the services rendered were reasonably likely to benefit the estate; whether the services rendered and expenses incurred were necessary to the administration of, or beneficial at the time at which the services were rendered and expenses incurred toward the completion of this case; and whether the services were performed within a reasonable amount of time.

3. The B.A. has NO OBJECTION to the requested compensation and expenses. However, it is the understanding of the B.A. that this case is administratively insolvent. Furthermore, the B.A.'s Request for Payment of Unpaid Chapter 11 Quarterly Fees in the amount of $975.00 was granted on or about August 7, 2018, (which the B.A. believes is entitled to share at the same priority as Chapter 7 administrative costs).

Accordingly, the B.A. believes that payment be reserved until a final report and proposed distribution is filed.

Respectfully submitted this the 28th day of May, 2019.

/s/ Jon A. Dudeck
**Jon A. Dudeck**

**OFFICE OF THE BANKRUPTCY ADMINISTRATOR**
Northern District of Alabama
Robert S. Vance Federal Building
1800 Fifth Avenue North
Birmingham, Alabama 35203
(205) 714-3840

<u>CERTIFICATE OF SERVICE</u>

This is to certify that on this 28th day of May, 2019, I electronically filed and served a copy of the above pleading addressed to:

Dennis Schilling

Thomas E. Reynolds

<u>/s/ Jon A. Dudeck</u>
**Jon A. Dudeck**