IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | BANKRUPTCY CASE NO: |
| ALABAMA PARTNERS, LLC, ) | 17-03469-TOM-7 |
| ) | |
| Debtor. ) | |

## ORDER

This matter came before this Court on June 12, 2019 on the Final Application for Compensation of Attorney for Trustee (Docket #318). Appearances were noted in the record.

The Bankruptcy Attorney has filed a Statement of Review with the Court indicating his review of the Application for Compensation and has recommended that the compensation sought and the expenses sought be paid.

This Court has reviewed the Application for Compensation and its request for reimbursement of expenses and finds that same were reasonably necessary in the representation of the Trustee by the applicant and that same is due to be **GRANTED**.

Accordingly, it is **ORDERED, ADJUDGED and DECREED** that the Final Application for Compensation of William Dennis Schilling, attorney for Trustee is hereby approved in the sum of $22,363.24, composed of $21,790.00 of reasonable hourly charges and $573.24 of actual and necessary expenses.

Payment will be made in accordance with the Trustee's final report.

It is hereby done and ordered this the 13th day of June 2019.

/s/ Tamara O. Mitchell
TAMARA O. MITCHELL
United States Bankruptcy Judge

This Order prepared by
William Dennis Schilling
205-328-0464