```
                          United States Bankruptcy Court
                          Northern District of Alabama
In re:                                                              Case No. 17-03469-TOM
Alabama Partners, LLC                                               Chapter 7
        Debtor                   CERTIFICATE OF NOTICE
District/off: 1126-2          User: admin                 Page 1 of 3           Date Rcvd: Jun 13, 2019
                              Form ID: pdf000             Total Noticed: 21


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 15, 2019.
db            +Alabama Partners, LLC,    PO Box 551267,    Jacksonville, FL 32255-1267
aty           +Leah Fiorenza McNeill,    Bryan Cave LLP,    1201 W Peachtree St NW 14tyh Floor,
               Atlanta, GA 30309-3449
aty            M. Evan Meyers,   Meyers Rodbell & Rosenbaum PA,    6801 Kenilworth Ave Ste 400,
               Riverdale, MD 20737-1385
aty           +Mark I. Duedall,   Bryan Cave LLP,    1201 W Peachtree St NW 14tyh Floor,
               Atlanta, GA 30309-3449
br            +Advanced Restaurant Sales,    111 Village Parkway Bldg #2,    Marietta, GA 30067-4013
cr            +Bank of the Ozarks,    Attn. Leasing Division,    12915 Cantrell Rd,    Little Rock, AR 72223-1701
cr            +City of Jasper,   c/o Russell B. Robertson, Esq.,    P.O. Box 498,    Jasper, AL 35502-0498,
               UNITED STATES 35502-0498
cr            +Customized Distribution, LLC,    % Daniel Sparks,    Christian & Small LLP,
               1800 Financial Center,    505 North 20th Street,    Birmingham, AL 35203-4633
cr            +DDRM Largo Town Center,    3300 Enterprise Parkway,    3300 Enterprise Parkway,
               Beachwood, OH 44122-7200
cr            +Direct Capital Corporation,    Engel, Hairston & Johanson, P.C.,    Attn: Alto Lee Teague, IV,
               P.O. Box 11405,    Birmingham, AL 35202-1405
acc           +Edmond R Denaburg,    Christian & Denaburg, PC,    2649 Rocky Ridge Lane,
               Birmingham, Al 35216-4809
cr             Prince George's County, Maryland,    c/o M. Evan Meyers,    6801 Kenilworth Ave Ste 400,
               Riverdale, MD 20737-1385
intp          +Reginald C. Armor, III,    Armor Legal, PLLC,    c/o Eagle Phillips, LLC,
               1820 NE Jensen Beach Blvd #562,    Jensen Beach, FL 34957-7212
cr            +Silver Hill II LLC,    c/o Ellis Brazeal Jones Walker,    1819 5th Avenue North,    Suite 1100,
               Birmingham, AL 35203-2122
cr             US Bank Equipment Finance,    c/o Parnell & Parnell, P.A.,    P.O. Box 2189,
               Montgomery, AL 36102-2189
cr            +Unifi Equipment Finance, Inc.,    c/o William J. Stapleton, Esq.,    Hooper Hathaway, P.C.,
               126 Main St.,    Ann Arbor, MI 48104-1945

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           +E-mail/Text: bnc_notices_southern@alnba.uscourts.gov Jun 14 2019 03:44:55      Thomas Corbett,
               BA Birmingham,    1800 5th Avenue North,    Birmingham, AL 35203-2111
cr            +E-mail/Text: cstewart@Burr.com Jun 14 2019 03:45:41      Checkers Drive-In Restaurants, Inc.,
               c/o Burr & Forman LLP,    Derek Meek,    420 N 20th St, Ste 3400,    Birmingham, AL 35203-5210
cr             E-mail/Text: cio.bncmail@irs.gov Jun 14 2019 03:43:34
               Insolvency Section Internal Revenue Service,    801 Broadway,    MDP 146, Room 285,
               Nashville, TN 37203-3816
ba            +E-mail/Text: bnc_notices_southern@alnba.uscourts.gov Jun 14 2019 03:44:55      J. Thomas Corbett,
               Bankruptcy Administrator,    1800 5th Avenue North,    Birmingham, AL 35203-2111
cr            +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jun 14 2019 03:39:52      NCEP, LLC Department,
               Ascension Capital Group,    P.O. Box 165028,    Irving, TX 75016-5028
                                                                                              TOTAL: 5

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Johnson Service Comp Johnson Service Johnson Servi,    2812 Ruffner Road,    Birmingham
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2019                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 13, 2019 at the address(es) listed below:
              Abigail M. McGibbon    on behalf of Interested Party    Little Caesar Enterprises, Inc.
               abigail.mcgibbon@gpmlaw.com
              Alto Lee Teague, IV    on behalf of Creditor    Direct Capital Corporation lteague@ehjlaw.com
              Charles N Parnell    on behalf of Creditor    US Bank Equipment Finance bkrp@parnellsoutheast.com
              Clyde Ellis Brazeal, III    on behalf of Creditor    Silver Hill II LLC ebrazeal@joneswalker.com
              Daniel D Sparks    on behalf of Creditor    Customized Distribution, LLC ddsparks@csattorneys.com,
               dan-sparks-9722@ecf.pacerpro.com
              Derek F Meek    on behalf of Creditor    Checkers Drive-In Restaurants, Inc. dmeek@burr.com,
               mgunnells@burr.com
              Eric C Cotton    on behalf of Creditor    DDRM Largo Town Center ecotton@ddr.com
              Frederick Darrell Clarke, III    on behalf of Debtor    PG County Pizza, Inc. fclarke@rumberger.com,
               mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
              Frederick Darrell Clarke, III    on behalf of Debtor    Maryland Pizza, Inc. fclarke@rumberger.com,
               mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
              Frederick Darrell Clarke, III    on behalf of Debtor    PG County Partners, LLC
               fclarke@rumberger.com,
               mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
              Frederick Darrell Clarke, III    on behalf of Debtor    BamaChex, Inc. fclarke@rumberger.com,
               mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
              Frederick Darrell Clarke, III    on behalf of Debtor    Alabama Partners, LLC fclarke@rumberger.com,
               mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
              Frederick Darrell Clarke, III    on behalf of Debtor    Maryland LC Ventures, LLC
               fclarke@rumberger.com,
               mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
              James Phillip Roberts    on behalf of Creditor    Checkers Drive-In Restaurants, Inc.
               jroberts@burr.com,
              Jayna Partain Lamar    on behalf of Defendant    Yellowstone Capital, LLC jlamar@maynardcooper.com,
               prudloff@maynardcooper.com;jturnipseed@maynardcooper.com
              Jeffery J Hartley    on behalf of Interested Party    R&F Birmingham, LLC jjh@helmsinglaw.com,
               ktm@helmsinglaw.com;dwc@helmsinglaw.com
              John Christian Saylor    on behalf of Creditor Johnson Service Comp Johnson Service Johnson
               Service Company john@johnsaylorlaw.com,    asst@johnsaylorlaw.com
              Jon A Dudeck     jon_dudeck@alnba.uscourts.gov,    courtmailbir7@alnba.uscourts.gov
              Joseph D. Frank    on behalf of Creditor    Bottling Group, LLC and its affiliates and subsidiaries,
               operating as Pepsi Beverages Company jfrank@fgllp.com
              Julian   Vasek    on behalf of Interested Party Wazir   Kaisani jvasek@haywardfirm.com
              Julian   Vasek    on behalf of Interested Party Pervez   Kaisani jvasek@haywardfirm.com
              Julian   Vasek    on behalf of Interested Party Iqbar   Kaisani jvasek@haywardfirm.com
              Kelley Askew Gillikin    on behalf of Creditor    ALA DEPT OF REVENUE LEGAL DIVISION P O BOX 320001
               MONTGOMERY, AL  36132-0001 kelley.gillikin@revenue.alabama.gov
              Leonard N Math    on behalf of Creditor    BANK OF THE OZARKS noticesnd@chambless-math.com
              Leonard N Math    on behalf of Creditor    Bank of the Ozarks noticesnd@chambless-math.com
              Mark P. Williams    on behalf of Creditor    Unifi Equipment Finance, Inc. mpwilliams@nwkt.com
              Melissa S. Hayward    on behalf of Interested Party Pervez   Kaisani mhayward@haywardfirm.com
               ,   mholmes@haywardfirm.com
              Melissa S. Hayward    on behalf of Interested Party Wazir   Kaisani mhayward@haywardfirm.com
               ,   mholmes@haywardfirm.com
              Melissa S. Hayward    on behalf of Interested Party Iqbar   Kaisani mhayward@haywardfirm.com
               ,   mholmes@haywardfirm.com
              Phillip W. Bohl    on behalf of Interested Party    Little Caesar Enterprises, Inc.
               phillip.bohl@gpmlaw.com
              R. Scott Williams    on behalf of Debtor    Maryland Pizza, Inc. swilliams@rumberger.com,
               docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com
              R. Scott Williams    on behalf of Debtor    PG County Pizza, Inc. swilliams@rumberger.com,
               docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com
              R. Scott Williams    on behalf of Debtor    Alabama Partners, LLC swilliams@rumberger.com,
               docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com
              R. Scott Williams    on behalf of Debtor    PG County Partners, LLC swilliams@rumberger.com,
               docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com
              R. Scott Williams    on behalf of Debtor    Maryland LC Ventures, LLC swilliams@rumberger.com,
               docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com
              R. Scott Williams    on behalf of Debtor    BamaChex, Inc. swilliams@rumberger.com,
               docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com
              Richard E. O'Neal    on behalf of Creditor Insolvency Section   Internal Revenue Service
               USAALN.BANKRUPTCY@usdoj.gov
              Robert H Adams    on behalf of Debtor    Maryland LC Ventures, LLC radams@rumberger.com,
               mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberg
               er.com
              Robert H Adams    on behalf of Debtor    PG County Partners, LLC radams@rumberger.com,
               mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberg
               er.com
              Robert H Adams    on behalf of Debtor    BamaChex, Inc. radams@rumberger.com,
               mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberg
               er.com
              Robert H Adams    on behalf of Debtor    PG County Pizza, Inc. radams@rumberger.com,
               mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberg
               er.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Robert H Adams    on behalf of Debtor    Alabama Partners, LLC radams@rumberger.com, mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberger.com
          Robert H Adams    on behalf of Debtor    Maryland Pizza, Inc. radams@rumberger.com, mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberger.com
          Russell B Robertson    on behalf of Creditor    City of Jasper rbr@lairdandrobertson.com
          Ryan David Thompson    on behalf of Defendant    Yellowstone Capital, LLC rthompson@maynardcooper.com, emoltz@maynardcooper.com;prudloff@maynardcooper.com
          Samuel Carlton Pierce    on behalf of Debtor    BamaChex, Inc. scpierce@bakerdonelson.com, lhornsby@bakerdonelson.com;mcleveland@bakerdonelson.com
          Thomas E Reynolds    ter@reynoldslegalsolutions.com, treynolds@ecf.axosfs.com;dnm@reynoldslegalsolutions.com
          William Dennis Schilling    on behalf of Trustee Thomas E Reynolds schillinglawoffice@gmail.com, pamhurst.schillinglawoffice@gmail.com
          William Dennis Schilling    on behalf of Plaintiff Thomas E. Reynolds as trustee schillinglawoffice@gmail.com, pamhurst.schillinglawoffice@gmail.com
          William Dennis Schilling    wdschilling@bham.rr.com

                                                                                            TOTAL: 50

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

IN RE: )
)  **BANKRUPTCY CASE NO:**
ALABAMA PARTNERS, LLC, )  **17-03469-TOM-7**
)
    Debtor. )

## ORDER

This matter came before this Court on June 12, 2019 on the Final Application for Compensation by Accountant for Trustee (Docket #319). Appearances were noted in the record.

The Bankruptcy Attorney has filed a Statement of Review with the Court indicating his review of the Application for Compensation and has recommended that the compensation sought and the expenses sought be paid.

This Court has reviewed the Application for Compensation and its request for reimbursement of expenses and finds that same were reasonably necessary in the representation of the Trustee by the applicant and that same is due to be **GRANTED**.

Accordingly, it is **ORDERED, ADJUDGED and DECREED** that the Final Application for Compensation of Edmond R. Denaburg, accountant for Trustee is hereby approved in the sum of $9,034.45, composed of $8,145.20 of reasonable hourly charges and $889.25 of actual and necessary expenses.

Payment will be made in accordance with the Trustee's final report.

It is hereby done and ordered this the 13th day of June 2019.

    /s/ Tamara O. Mitchell
    TAMARA O. MITCHELL
    United States Bankruptcy Judge

This Order prepared by
William Dennis Schilling
205-328-0464