THOMAS E. REYNOLDS, TRUSTEE
300 Richard Arrington Jr. Blvd. N.
Suite 503
Birmingham, AL 35203

Clerk, United States Bankruptcy Court
Northern District of Alabama
Robert S. Vance Federal Building
1800 Firth Avenue North
Birmingham, AL 35203

      RE:    Alabama Partners, LLC
              Bankruptcy Case No. 17-03469

Dear Sir/Madam:

    I am preparing my Final Report and Application for Compensation and Reimbursement of Expenses for filing with the Bankruptcy Administrator's office for review prior to it being filed with the Court. To figure the dividend to creditors, it is necessary that I know the total amount due for Court Costs. I will appreciate your sending me a Final Court Costs Bill for all costs due in the referenced case at your earliest convenience. This will enable me to file my final report, and thereby expedite the closing of this case.

                              Yours very truly,

                              /s/ Thomas E. Reynolds, Trustee
                              Thomas E. Reynolds, Trustee