UNITED STATES BANKRUPTCY COURT
FOR THE NOTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

In the Matter of:

Alabama Partners, LLC          Case No. 17-03469-TOM

                               Chapter 7

          Debtor(s)

To:   Thomas E. Reynolds, Trustee

## CERTIFICATION OF NOTICING FEES AND
## FINAL BILL FOR COLLECTION

| Number of Notices/Claims | Rate | Amount |
|---|---|---|
| Adversary Proceedings: AP#18-00231 and AP#18-00232 at $350.00 each | | $700.00 |
| Archive Retrieval Fee | at $64.00 | $ |
| Reopening Fee: | at $260.00 | $ |
| | **TOTAL** | **$700.00** |

**NOTE:** If additional notices are issued in this case after this certification of noticing fees and final bill for collection is issued, you <u>must</u> request the additional charges prior to disbursing all funds in the estate.

**MAKE ALL CHECKS PAYABLE TO CLERK, U.S. BANKRUPTCY COURT.**

Dated: June 25, 2019                    Joseph E. Bulgarella, Clerk
                                        United States Bankruptcy Court

                                        By:  Lynn Stubblefield
                                             Deputy Clerk