# Notice Recipients

| | | |
|---|---|---|
| District/Off: 1126–2 | User: admin | Date Created: 6/25/2019 |
| Case: 17–03469–TOM7 | Form ID: pdf000 | Total: 3 |

**Recipients of Notice of Electronic Filing:**
tr      Thomas E Reynolds      ter@reynoldslegalsolutions.com

                                TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
ba      J. Thomas Corbett      Bankruptcy Administrator      1800 5th Avenue North      Birmingham, AL 35203
smg      Thomas Corbett      BA Birmingham      1800 5th Avenue North      Birmingham, AL 35203

                                TOTAL: 2

Case 17-03469-TOM7     Doc 334-1     Filed 06/25/19     Entered 06/25/19 15:29:42     Desc
PDF Picklist Creditors & Ptys: Notice Recipients     Page 1 of 1