```
                        United States Bankruptcy Court
                         Northern District of Alabama
```

In re:                                                                Case No. 17-03469-TOM
Alabama Partners, LLC                                                 Chapter 7
        Debtor
                         **CERTIFICATE OF NOTICE**

District/off: 1126-2          User: admin              Page 1 of 2              Date Rcvd: Jun 25, 2019
                              Form ID: pdf000          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 27, 2019.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             +E-mail/Text: bnc_notices_southern@alnba.uscourts.gov Jun 26 2019 03:52:03      Thomas Corbett,
                  BA Birmingham,    1800 5th Avenue North,    Birmingham, AL 35203-2111
ba              +E-mail/Text: bnc_notices_southern@alnba.uscourts.gov Jun 26 2019 03:52:03      J. Thomas Corbett,
                  Bankruptcy Administrator,    1800 5th Avenue North,    Birmingham, AL 35203-2111
                                                                                               TOTAL: 2

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 27, 2019                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 25, 2019 at the address(es) listed below:
              Abigail M. McGibbon    on behalf of Interested Party    Little Caesar Enterprises, Inc.
               abigail.mcgibbon@gpmlaw.com
              Alto Lee Teague, IV    on behalf of Creditor    Direct Capital Corporation lteague@ehjlaw.com
              Charles N Parnell    on behalf of Creditor    US Bank Equipment Finance bkrp@parnellsoutheast.com
              Clyde Ellis Brazeal, III    on behalf of Creditor    Silver Hill II LLC ebrazeal@joneswalker.com
              Daniel D Sparks    on behalf of Creditor    Customized Distribution, LLC ddsparks@csattorneys.com,
               dan-sparks-9722@ecf.pacerpro.com
              Derek F Meek    on behalf of Creditor    Checkers Drive-In Restaurants, Inc. dmeek@burr.com,
               mgunnells@burr.com
              Eric C Cotton    on behalf of Creditor    DDRM Largo Town Center ecotton@ddr.com
              Frederick Darrell Clarke, III    on behalf of Debtor    Maryland Pizza, Inc. fclarke@rumberger.com,
               mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
              Frederick Darrell Clarke, III    on behalf of Debtor    PG County Partners, LLC
               fclarke@rumberger.com,
               mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
              Frederick Darrell Clarke, III    on behalf of Debtor    BamaChex, Inc. fclarke@rumberger.com,
               mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
              Frederick Darrell Clarke, III    on behalf of Debtor    Alabama Partners, LLC fclarke@rumberger.com,
               mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
              Frederick Darrell Clarke, III    on behalf of Debtor    Maryland LC Ventures, LLC
               fclarke@rumberger.com,
               mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
              Frederick Darrell Clarke, III    on behalf of Debtor    PG County Pizza, Inc. fclarke@rumberger.com,
               mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
              James Phillip Roberts    on behalf of Creditor    Checkers Drive-In Restaurants, Inc.
               jroberts@burr.com
              Jayna Partain Lamar    on behalf of Defendant    Yellowstone Capital, LLC jlamar@maynardcooper.com,
               prudloff@maynardcooper.com;jturnipseed@maynardcooper.com
              Jeffery J Hartley    on behalf of Interested Party    R&F Birmingham, LLC jjh@helmsinglaw.com,
               ktm@helmsinglaw.com;dwc@helmsinglaw.com
              John Christian Saylor    on behalf of Creditor Johnson Service Comp Johnson Service Johnson
               Service Company john@johnsaylorlaw.com,    asst@johnsaylorlaw.com
              Jon A Dudeck    jon_dudeck@alnba.uscourts.gov,    courtmailbir7@alnba.uscourts.gov
              Joseph D. Frank    on behalf of Creditor    Bottling Group, LLC and its affiliates and subsidiaries,
               operating as Pepsi Beverages Company jfrank@fgllp.com
              Julian   Vasek    on behalf of Interested Party Wazir   Kaisani jvasek@haywardfirm.com
              Julian   Vasek    on behalf of Interested Party Pervez   Kaisani jvasek@haywardfirm.com
              Julian   Vasek    on behalf of Interested Party Iqbar   Kaisani jvasek@haywardfirm.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Kelley Askew Gillikin   on behalf of Creditor   ALA DEPT OF REVENUE LEGAL DIVISION P O BOX 320001
           MONTGOMERY, AL   36132-0001 kelley.gillikin@revenue.alabama.gov
          Leonard N Math   on behalf of Creditor   BANK OF THE OZARKS noticesnd@chambless-math.com
          Leonard N Math   on behalf of Creditor   Bank of the Ozarks noticesnd@chambless-math.com
          Mark P. Williams   on behalf of Creditor   Unifi Equipment Finance, Inc. mpwilliams@nwkt.com
          Melissa S. Hayward   on behalf of Interested Party Wazir  Kaisani mhayward@haywardfirm.com
           , mholmes@haywardfirm.com
          Melissa S. Hayward   on behalf of Interested Party Iqbar  Kaisani mhayward@haywardfirm.com
           , mholmes@haywardfirm.com
          Melissa S. Hayward   on behalf of Interested Party Pervez  Kaisani mhayward@haywardfirm.com
           , mholmes@haywardfirm.com
          Phillip W. Bohl   on behalf of Interested Party   Little Caesar Enterprises, Inc.
           phillip.bohl@gpmlaw.com
          R. Scott Williams   on behalf of Debtor   Alabama Partners, LLC swilliams@rumberger.com,
           docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com
          R. Scott Williams   on behalf of Debtor   PG County Partners, LLC swilliams@rumberger.com,
           docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com
          R. Scott Williams   on behalf of Debtor   Maryland LC Ventures, LLC swilliams@rumberger.com,
           docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com
          R. Scott Williams   on behalf of Debtor   Maryland Pizza, Inc. swilliams@rumberger.com,
           docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com
          R. Scott Williams   on behalf of Debtor   BamaChex, Inc. swilliams@rumberger.com,
           docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com
          R. Scott Williams   on behalf of Debtor   PG County Pizza, Inc. swilliams@rumberger.com,
           docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com
          Richard E. O'Neal   on behalf of Creditor Insolvency Section   Internal Revenue Service
           USAALN.BANKRUPTCY@usdoj.gov
          Robert H Adams   on behalf of Debtor   Maryland LC Ventures, LLC radams@rumberger.com,
           mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberg
           er.com
          Robert H Adams   on behalf of Debtor   PG County Partners, LLC radams@rumberger.com,
           mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberg
           er.com
          Robert H Adams   on behalf of Debtor   BamaChex, Inc. radams@rumberger.com,
           mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberg
           er.com
          Robert H Adams   on behalf of Debtor   PG County Pizza, Inc. radams@rumberger.com,
           mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberg
           er.com
          Robert H Adams   on behalf of Debtor   Alabama Partners, LLC radams@rumberger.com,
           mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberg
           er.com
          Robert H Adams   on behalf of Debtor   Maryland Pizza, Inc. radams@rumberger.com,
           mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberg
           er.com
          Russell B Robertson   on behalf of Creditor   City of Jasper rbr@lairdandrobertson.com
          Ryan David Thompson   on behalf of Defendant   Yellowstone Capital, LLC
           rthompson@maynardcooper.com, emoltz@maynardcooper.com;prudloff@maynardcooper.com
          Samuel Carlton Pierce   on behalf of Debtor   BamaChex, Inc. scpierce@bakerdonelson.com,
           lhornsby@bakerdonelson.com;mcleveland@bakerdonelson.com
          Thomas E Reynolds   ter@reynoldslegalsolutions.com,
           treynolds@ecf.axosfs.com;dnm@reynoldslegalsolutions.com
          William Dennis Schilling   on behalf of Trustee Thomas E Reynolds schillinglawoffice@gmail.com,
           pamhurst.schillinglawoffice@gmail.com
          William Dennis Schilling   on behalf of Plaintiff Thomas E. Reynolds as trustee
           schillinglawoffice@gmail.com, pamhurst.schillinglawoffice@gmail.com
          William Dennis Schilling   wdschilling@bham.rr.com
                                                                                              TOTAL: 50

UNITED STATES BANKRUPTCY COURT
FOR THE NOTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

In the Matter of:

Alabama Partners, LLC          Case No. 17-03469-TOM

                               Chapter 7

    Debtor(s)

To:   Thomas E. Reynolds, Trustee

## CERTIFICATION OF NOTICING FEES AND
## FINAL BILL FOR COLLECTION

| Number of Notices/Claims | Rate | Amount |
|---|---|---|
| Adversary Proceedings: AP#18-00231 and AP#18-00232 at $350.00 each | | $700.00 |
| Archive Retrieval Fee | at $64.00 | $ |
| Reopening Fee: | at $260.00 | $ |
| | **TOTAL** | **$700.00** |

**NOTE:** If additional notices are issued in this case after this certification of noticing fees and final bill for collection is issued, you <u>must</u> request the additional charges prior to disbursing all funds in the estate.

**MAKE ALL CHECKS PAYABLE TO CLERK, U.S. BANKRUPTCY COURT.**

Dated: June 25, 2019                    Joseph E. Bulgarella, Clerk
                                        United States Bankruptcy Court

                                        By: <u>Lynn Stubblefield</u>
                                            Deputy Clerk