UNITED STATES BANKRUPTCY COURT
FOR THE NOTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

In the Matter of:                }
                                 }
                                 }
Alabama Partners, LLC            }   Case No. 17-03469-TOM
                                 }
                                 }   Chapter 7
        Debtor(s)                }

To:   Thomas E. Reynolds, Trustee

# AMENDED
# CERTIFICATION OF NOTICING FEES AND
# FINAL BILL FOR COLLECTION

| Number of Notices/Claims | Rate | Amount |
|---|---|---|
| Adversary Proceedings: AP#18-00231 and AP#18-00232 at $350.00 each | | $700.00 |
| Archive Retrieval Fee | at $64.00 | $ |
| Reopening Fee: | at $260.00 | $ |
| Conversion Fee: | at $15.00 | $15.00 |
| | **TOTAL** | **$715.00** |

**NOTE:** If additional notices are issued in this case after this certification of noticing fees and final bill for collection is issued, you <u>must</u> request the additional charges prior to disbursing all funds in the estate.

Dated: July 26, 2019

Joseph E. Bulgarella, Clerk
United States Bankruptcy Court

By:  <u>Lynn Stubblefield</u>
       Deputy Clerk