# Notice Recipients

District/Off: 1126–2         User: admin              Date Created: 7/26/2019
Case: 17–03469–TOM7          Form ID: pdf000          Total: 2

**Recipients of Notice of Electronic Filing:**
tr　　　Thomas E Reynolds　　　ter@reynoldslegalsolutions.com

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
smg　　　Thomas Corbett　　　BA Birmingham　　　1800 5th Avenue North　　　Birmingham, AL 35203

TOTAL: 1