IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| ALABAMA PARTNERS, LLC, | ) | BANKRUPTCY CASE NO.: |
| | ) | 17-03469 |
| Debtor. | ) | |
| IN RE: | ) | |
| | ) | |
| BAMACHEX, INC. , | ) | BANKRUPTCY CASE NO.: |
| | ) | 17-03471 |
| Debtor. | ) | |

## MOTION TO CONSOLIDATE CASES
## FOR PURPOSES OF PAYING ADMINISTRATIVE CLAIMS

COMES NOW Thomas E. Reynolds, the Trustee in the above styled Chapter 7 bankruptcy case, who moves for an Order consolidating BamaChex, Inc. with Alabama Partners, LLC, for the purpose of payment of administrative claims and expenses.

The Trustee states as follows:

1. The Court entered an Order dated August 25, 2017 directing joint administration of the cases for procedural purposes.

2. Administrative claims and expenses were all filed in Alabama Partners, LLC.

3. BamaChex, Inc. has funds in the case in the amount of $11,980.15.

4. There are no administrative claims filed in BamaChex, Inc.

5. There are insufficient funds in the case of Alabama Partners, LLC to pay the administrative claims filed in the case.

6. Consolidating the funds into Alabama Partners LLC would allow administrative

*1*

claims and expenses to be paid a larger percentage of their claims. The administrative claims and expenses incurred were for the benefit of both cases. There are insufficient funds to pay all administrative claims and expense in full even after consolidation.

                /s/ Thomas E. Reynolds, Trustee
THOMAS E. REYNOLDS

**OF COUNSEL:**
**REYNOLDS LEGAL SOLUTIONS, LLC**
300 Richard Arrington Blvd. N., Suite 503
Birmingham, AL 35203
Telephone: (205) 957-6500
ter@reynoldslegalsolutions.com