# Notice Recipients

District/Off: 1126−2     User: admin     Date Created: 6/17/2020
Case: 17−03469−TOM7     Form ID: van023     Total: 248

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**

| | | |
|---|---|---|
| 9457959 | Child Support DC | |
| 9457989 | Haynes Family | |
| 9458001 | Kelly Hall | |
| 9458009 | Liz Whidden | |
| 9458018 | Mark Williams | |
| 9458043 | Pervez Kaisani | |
| 9458081 | WHP, LLC | |
| 9458080 | Wazir Kaisani | |

TOTAL: 8

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ba | Jon A Dudeck | jon_dudeck@alnba.uscourts.gov |
| tr | Thomas E Reynolds | ter@reynoldslegalsolutions.com |
| aty | Alto Lee Teague, IV | lteague@ehjlaw.com |
| aty | Charles N Parnell | bkrp@parnellsoutheast.com |
| aty | Clyde Ellis Brazeal, III | ebrazeal@joneswalker.com |
| aty | Daniel D Sparks | ddsparks@csattorneys.com |
| aty | Derek F Meek | dmeek@burr.com |
| aty | Eric C Cotton | ecotton@ddr.com |
| aty | Frederick Darrell Clarke, III | fclarke@rumberger.com |
| aty | James Phillip Roberts | jroberts@burr.com |
| aty | Jeffery J Hartley | jjh@helmsinglaw.com |
| aty | John Christian Saylor | john@johnsaylorlaw.com |
| aty | Joseph D. Frank | jfrank@fgllp.com |
| aty | Julian Vasek | jvasek@haywardfirm.com |
| aty | Leonard N Math | noticesnd@chambless−math.com |
| aty | Mark P. Williams | mpwilliams@nwkt.com |
| aty | Melissa S. Hayward | mhayward@haywardfirm.com |
| aty | Phillip W. Bohl | phillip.bohl@gpmlaw.com |
| aty | R. Scott Williams | swilliams@rumberger.com |
| aty | Richard E. O'Neal | USAALN.BANKRUPTCY@usdoj.gov |
| aty | Robert H Adams | radams@rumberger.com |
| aty | Russell B Robertson | rbr@lairdandrobertson.com |
| aty | William Dennis Schilling | schillinglawoffice@gmail.com |

TOTAL: 23

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Alabama Partners, LLC     PO Box 551267     Jacksonville, FL 32255 | |
| cr | Customized Distribution, LLC     % Daniel Sparks     Christian & Small LLP     1800 Financial Center     505 North 20th Street     Birmingham, AL 35203 | |
| cr | Checkers Drive−In Restaurants, Inc.     c/o Burr & Forman LLP     Derek Meek     420 N 20th St, Ste 3400     Birmingham, AL 35203 | |
| ba | J. Thomas Corbett     Bankruptcy Administrator     1800 5th Avenue North     Birmingham, AL 35203 | |
| br | Advanced Restaurant Sales     111 Village Parkway Bldg #2     Marietta, GA 30067 | |
| cr | NCEP, LLC Department     Ascension Capital Group     P.O. Box 165028     Irving, TX 75016 | |
| cr | Insolvency Section Internal Revenue Service     801 Broadway     MDP 146, Room 285     Nashville, TN 37203 | |
| cr | Silver Hill II LLC     c/o Ellis Brazeal Jones Walker     1819 5th Avenue North     Suite 1100     Birmingham, AL 35203 | |
| cr | US Bank Equipment Finance     c/o Parnell & Parnell, P.A.     P.O. Box 2189     Montgomery, AL 36102−2189 | |
| cr | City of Jasper     c/o Russell B. Robertson, Esq.     P.O. Box 498     Jasper, AL 35502−0498 UNITED STATES | |
| cr | Prince George's County, Maryland     c/o M. Evan Meyers     6801 Kenilworth Ave Ste 400     Riverdale, MD 20737−1385 | |
| cr | Bank of the Ozarks     Attn. Leasing Division     12915 Cantrell Rd     Little Rock, AR 72203 | |
| cr | Johnson Service Comp Johnson Service Johnson Service Company     2812 Ruffner Road     Birmingham | |
| cr | Direct Capital Corporation     Engel, Hairston & Johanson, P.C.     Attn: Alto Lee Teague, IV     P.O. Box 11405     Birmingham, AL 35202 | |
| cr | Unifi Equipment Finance, Inc.     c/o William J. Stapleton, Esq.     Hooper Hathaway, P.C.     126 Main St.     Ann Arbor, MI 48104 | |
| cr | DDRM Largo Town Center     3300 Enterprise Parkway     3300 Enterprise Parkway     Beachwood, OH 44139 | |
| acc | Edmond R Denaburg     Christian & Denaburg, PC     2649 Rocky Ridge Lane     Birmingham, Al 35216 | |
| intp | Reginald C. Armor, III     Armor Legal, PLLC     c/o Eagle Phillips, LLC     1820 NE Jensen Beach Blvd #562     Jensen Beach, FL 34957 | |

| | | | | | |
|---|---|---|---|---|---|
| aty | Abigail M. McGibbon | Gray Plant Mooty Mooty and Bennett PA | 500 IDS Center | 80 South 8th St | Minneapolis, MN 55402 |
| aty | Leah Fiorenza McNeill | Bryan Cave LLP | 1201 W Peachtree St NW 14tyh Floor | Atlanta, GA 30309 | |
| aty | M. Evan Meyers | Meyers Rodbell & Rosenbaum PA | 6801 Kenilworth Ave Ste 400 | Riverdale, MD 20737–1385 | |
| aty | Mark I. Duedall | Bryan Cave LLP | 1201 W Peachtree St NW 14tyh Floor | Atlanta, GA 30309 | |
| smg | Thomas Corbett | BA Birmingham | 1800 5th Avenue North | Birmingham, AL 35203 | |
| 9572704 | 3300 Enterprise Parkway | 3300 Enter | Beachwood, OH 44122 | | |
| 9457922 | ABC Burglar Alarm Systems, Inc. | 1532 A&B Pointer Ridge Place | Bowie, MD 20716 | | |
| 9457923 | ABC Burglar Alarm Systems, Inc. | 1532 A&B Pointer Ridge Place | Bowie, Maryland 20716 | | |
| 9457924 | ABC Burglar Alarm Systems, Inc. | 1532 A&B Pointer Ridge Place | Bowie, Maryland 20716 | | |
| 9457937 | ANX Business Corp | Dept. 77399 | PO Box 77000 | Detroit, MI 48277–0399 | |
| 9457938 | ANX Business Corp | Dept. 77399 | PO Box 77000 | Detroit, Michigan 48277–0399 | |
| 9457925 | Affordable Refuse & Recycling, Inc. | PO Box 400 | Cheltenham, MD 20623 | | |
| 9457926 | Affordable Refuse & Recycling, Inc. | PO Box 400 | Cheltenham, Maryland 20623 | | |
| 9457927 | Al Kaisani | 10501 N. Central Expressway, Ste. 106 | Dallas, TX 75231 | | |
| 9457928 | Al Kaisani | 10501 N. Central Expressway, Ste. 106 | Dallas, TX 75231 | | |
| 9457929 | Alabama Child Support Payment Ctr | PO Box244015 | Montgomery, AL 36124–4015 | | |
| 9457930 | Alabama Department of Labor | 631 Beacon Pkwy West, Ste. 203 | Birmingham, AL 35209 | | |
| 9457931 | Alabama Department of Revenue | PO Box 327464 | Montgomery, 36132–7464 | | |
| 9457932 | Alabama Deptartment of Labor | 649 Monroe Street | Montgomery, Alabama 36131 | | |
| 9457933 | Alabama Gas Corporation | 605 Richard Arrington Blvd N | Birmingham, AL 38282 | | |
| 9457934 | Alabama Power Company | c/o Eric T. Ray | 1901 Sixth Ave N, Suite 1500 | Birmingham, AL 35203 | |
| 9457935 | Allied Waste/Republic Services | 3950 59th Street SW | Birmingham, AL 35221 | | |
| 9457936 | Anniston Water Works | 931 Noble Street | Anniston, AL 36202 | | |
| 9457950 | BRESCO | Birmingham Restaurant Supply | 2428 Sixth Avenue S | Birmingham, AL 35233 | |
| 9457939 | Bae's Woodberry, LLC | Attn: Ellen Kim | 12104 Old Pine Way | Oak Hill, Virginia 20171 | |
| 9457940 | Balboa Capital | 2010 Main Street | 11th Floor | Irvine, CA 92614 | |
| 9457941 | Bank of the Ozarks | 17901 Chenal Parkway | 3rd Floor | Little Rock, AR 72223 | |
| 9457942 | Bank of the Ozarks | PO Box 242208 | Little Rock, AR 72223–2208 | | |
| 9457943 | Bankruptcy Administrator | 1800 5th Avenue North | Birmingham, AL 35203 | | |
| 9457944 | Bessemer Utilities | PO Box 1246 | Bessemer, AL 35021 | | |
| 9457945 | Betty Leeth Haynes | PO Box 279 | Cullman, AL 35056–0279 | | |
| 9457842 | Birmingham District Tax Office | P O Box 13156 | Birmingham AL 35202–3156 | | |
| 9457946 | Birmingham Water Works Board | PO Box 830269 | Birmingham, AL 35283–0269 | | |
| 9457947 | Blue Cross and Blue Shield of Alabama | 450 Riverchase Pkwy E | Birmingham, AL 35244 | | |
| 9457948 | Blue Line | 2211 Woodward Ave. | Detroit, MI 48201 | | |
| 9457949 | Blue Line | 2211 Woodward Ave. | Detroit, Michigan 48201 | | |
| 9764017 | Blue Line Foodservice Distribution, Inc. | Attn: Legal Dept. | 2211 Woodward Ave. | Detroit, MI 48201 | |
| 9581181 | Bottling Group, LLC | c/o Joseph D. Frank | FrankGecker LLP | 1327 W. Washington Boulevard | Suite 5G–H | Chicago, IL 60607 |
| 9457951 | Brinks | PO Box 101031 | Atlanta, GA 30392–1031 | | |
| 9457952 | Brinks | PO Box 101031 | Atlanta, Georgia 30392–1031 | | |
| 9457953 | Burns Septic | 5291 Enterprise Street | Sykesville, MD 21784 | | |
| 9457955 | CAN Capital/Channel Partners Capital | 11100 Wayzata Blvd., Ste. 305 | Minnetonika, MN 55305 | | |
| 9457956 | CDI | 5151 Brook Hollow Pkwy | Norcross, GA 30071 | | |
| 9457960 | CHTD Company | P.O. Box 2576 | Springfield, IL 62708 | | |
| 9457958 | CHeckers Corporate | 4300 West Cypress St. Suite 600 | Tampa, FL | | |
| 9457954 | Calhoun County Sales Tax | Calhoun County Revenue Commissioner | 1702 Noble St., Ste. 104 | Anniston, AL 36201 | |
| 9483254 | Can Capital Asset Servicing, Inc. | 2015 Vaughn Road, Building 500 | Kennesaw, GA 30144 | | |
| 9457957 | Checkers Corp. | 4300 West Cypress St. Suite 600 | Tampa, FL | | |
| 9740009 | Christian Pereyda | Engel, Hairston & Johanson, P.C. | P.O. Box 11405 | Birmingham, AL 35202 | |
| 9457961 | City of Anniston | P.O. Box 2168 | Anniston, AL 36202 | | |
| 9457962 | City of Bessemer | Revenue Department | 1806 Third Avenue North | Bessemer, AL 35020 | |
| 9457963 | City of Birmingham | 710 North 20th Street | Room 600 City Hall | Birmingham, AL 35203 | |
| 9508138 | City of Center Point | 2209 Center Point Parkway | Center Point, Alabama 35215 | | |
| 9457964 | City of Cullman | PO 278 | Cullman, AL 35056–0278 | | |
| 9457965 | City of Gadsden | c/o RDS | PO Box 830725 | Birmingham, AL 35283 | |
| 9457966 | City of Jasper | c/o RDS | PO Box 830725 | Birmingham, AL 35283 | |
| 9574683 | City of Jasper, Alabama | P.O. Box 498 | Jasper, AL 35502–0498 | | |
| 9457967 | City of Midfield | c/o RDS | PO Box 830725 | Birmingham, AL 35283 | |
| 9457968 | Coca Cola USA | PO Box 102499 | Atlanta, GA 30368 | | |
| 9457969 | Comptroller of Maryland | 110 Carroll Street | Annapolis, MD 21411 | | |
| 9457970 | Comptroller of Maryland | 110 Carroll Street | Annapolis, Maryland 21411 | | |
| 9567991 | Comptroller of Maryland | 301 West Preston Street Room 409 | Baltimore, MD 21201–2383 | | |
| 9457971 | Corporation Service Company as Represent | PO Box 2576 | Springfield, IL 62708 | | |
| 9457972 | Cullman County & City | PO Box 278 | Cullman, AL 35056–0278 | | |
| 9578847 | Cullman County Commission | 500 Second Ave SW Room 105 | Cullman AL 35055 | | |
| 9508139 | Cullman Gas District | PO Box 399 | Cullman, Alabama 35056 | | |
| 9457973 | Cullman Power Board | 106 Second Avenue NE | Cullman, AL 35055 | | |
| 9582462 | Customized Distribution, LLC | 5151 Brook Hollow Parkway | Suite 225 | Norcross, GA 30071 | |
| 9457974 | Cyprus Air | 7525 Richmond Hwy | Alexandria, VA 22306 | | |
| 9457975 | DC Government | 1101 4th Street SW | Suite W210 | Washington, DC 20024 | |
| 9457976 | DC Government | 1101 4th Street SW | Suite W210 | Washington, District of Columbia 20024 | |
| 9457977 | | | | | |

| | | | | |
|---|---|---|---|---|
| | DDRM Largo Town Center, LLC | DDR Corp. | 3300 Enterprise Parkway | Beachwood, Ohio 44122 |
| 9457843 | Department of Revenue | Jefferson County Courthouse | Birmingham AL 35263 | |
| 9457978 | Direct Capital | 155 Commerce Way | Portsmouth, NH 03801 | |
| 9740010 | Direct Capital Corporation | P.O. Box 11405 | Birmingham, AL 35202 | |
| 9457981 | ERDA LLC | c/o Mr. Daniel Feld, Manager | 12600 Cumpston Street | Valley Village, CA 91607 |
| 9457982 | ERDA LLC | c/o Mr. Daniel Feld, Manager | 12600 Cumpston Street | Valley Village, California 91607 |
| 9714154 | Eagle Phillips LLC dba Merchant Cash Cloud | 20200 w dixie hwy | suite 802 | Miami, FL 33180 |
| 9457979 | Elizabeth Jelks | 8512 English Oak Loop | Montgomery, AL 36117 | |
| 9457980 | Elizabeth Jelks | 8512 English Oak Loop | Montgomery, Alabama 36117 | |
| 9457983 | Etowah County | c/o RDS | PO Box 830725 | Birmingham, AL 35283 |
| 9457984 | Firemaster | Dept 1019 | PO Box 121019 | Dallas, TX 75312–1019 |
| 9457985 | First Insurance Funding | 450 Skokie Blvd., Ste. 1000 | Northbrook, IL 60062 | |
| 9457986 | Flowers Baking Company of Birmingham | 900 16th Street N | Birmingham, AL 35203 | |
| 9457987 | Fred Garfield | Spain Gillon | 2117 Second Avenue N | Birmingham, AL 35203 |
| 9457840 | General Counsel | State Department of | Industrial Relations | Montgomery AL 36102 |
| 9457988 | Good Hope Investments, LLC | 9109 Lucky Estates Dr. | Vienna, Virginia 22182 | |
| 9457990 | HJK LLC | PO Box 175 | Lincoln, AL 35096 | |
| 9457991 | HJK LLC | PO Box 175 | Lincoln, Alabama 35096 | |
| 9457992 | HRS | PO Box 1624 | Huntsville, AL 35807 | |
| 9514236 | Hearn Services, Inc. | d/b/a Johnson Service Company | John C. Saylor, | 425 N. Court St. Florence, AL 35630 |
| 9457996 | IRH Capital | 707 Skokie Blvd., Ste. 540 | Northbrook, IL 60062 | |
| 9503077 | Internal Revenue Service | 801 Broadway M/S 146 | Nashville, TN 37203 | |
| 9457844 | Internal Revenue Service | 801 Tom Martin Dr | Birmingham AL 35211 | |
| 9457993 | Internal Revenue Service | 801 Tom Martins Dr. | Mail Stop 126 | Birmingham, Alabama 35211 |
| 9457845 | Internal Revenue Service | P O Box 21126 | Philadelphia PA 19114 | |
| 9457849 | Internal Revenue Service | P.O. Box 7346 | Philadelphia, PA 19101–7346 | |
| 9457994 | Internal Revenue Service | PO Box 7346 | Philadelphia, Pennsylvania 19101 | |
| 9457995 | Iqbal Kaisani | 10501 N. Central Expressway, Ste. 106 | Dallas, TX 75231 | |
| 9457997 | J T Smallwood – Tax Collector | Room 160 | 716 Richard Arrington Blvd. N. | Birmingham, AL 35203 |
| 9457998 | Jefferson County EDU Sales Tax | 716 Richard Arrington Jr. Blvd. N. | Birmingham, AL 35203 | |
| 9457999 | Jefferson County Sales Tax | 716 Richard Arrington Jr. Blvd. N. | Birmingham, AL 35203 | |
| 9458000 | Johnson Service Company | 2812 Ruffner Rd | Birmingham, AL 35210 | |
| 9458002 | Kelly Pruitt | 1463 Secretariat Dr. | Helena, AL 35080 | |
| 9458003 | Libert Mutual/Cobbs Allen Hall | 115 Office Park Dr., Ste. 200 | Mountain Brook, AL 32223 | |
| 9458004 | Libert Mutual/Cobbs Allen Hall | 115 Office Park Dr., Ste. 200 | Mountain Brook, Alabama 32223 | |
| 9764237 | Little Caesar Enterprises, Inc. | Attn: Legal Dept. | 2211 Woodward Ave. | Detroit, MN 48201 |
| 9458005 | Little Caesars Caesar Fund Inc. | 2211 Woodward Ave. | Detroit, MI 48201 | |
| 9458006 | Little Caesars Caesar Fund Inc. | 2211 Woodward Ave. | Detroit, Michigan 48201 | |
| 9458007 | Little Caesars Corporate | 2211 Woodward Ave. | Detroit, MI 48201 | |
| 9458008 | Little Caesars Corporate | 2211 Woodward Ave. | Detroit, Michigan 48201 | |
| 9458010 | Loanme | 1900 S State College Blvd., Ste. 300 | Amaheim, CA 92806 | |
| 9458011 | Loanme | 1900 S State College Blvd., Ste. 300 | Amaheim, California 92806 | |
| 9458012 | Lucinda Leeth | 3805 Cromwell Drive | Birmingham, AL 35243 | |
| 9820197 | M. Evan Meyers | Meyers, Rodbell & Rosenbaum, P.A. | 6801 Kenilworth Ave., Ste. 400 | Riverdale Park, MD 20737 |
| 9567031 | M. Evan Meyers | for Prince George's County, Maryland | 6801 Kenilworth Ave Ate 400 | Riverdale MD 20737–1385 |
| 9458013 | MACRO LEASE | 185 Express Street, Ste. 100 | Plainview, NY 11803 | |
| 9458014 | Macrolease Corporation | c/o Moritt Hock & Hamroff LLP | Krista L. Kulp, Esq. | 400 Garden City Plaza Garden City, NY 11530 |
| 9458015 | Mark Williams | PO Box 551267 | Jacksonville, FL 32255 | |
| 9458016 | Mark Williams | PO Box 551267 | Jacksonville, FL 32255 | |
| 9458017 | Mark Williams | PO Box 551267 | Jacksonville, FL 32255 | |
| 9458019 | Marlin Business Bank | 300 Fellowship Road | Mount Laurel, New Jersey 08054 | Attn.: Bankruptcy Department |
| 9458020 | Marlow Heights Shopping Center, LP | c/o Gelman Management Co. | 2120 L Street NW | Suite 800 Washington, District of Columbia 20037 |
| 9458021 | Martha Sams | 1541 Prairie Lane | Montgomery, AL 36117 | |
| 9458022 | Martha Sams | 1541 Prairie Lane | Montgomery, Alabama 36117 | |
| 9458023 | Maryland Child Support Account | PO Box 17396 | Baltimore, MD 21297 | |
| 9458024 | Maryland Child Support Account | PO Box 17396 | Baltimore, Maryland 21297 | |
| 9565984 | Master Protection, LP dba FireMaster | 13050 Metro Parkway | Suite 1 | Fort Myers, FL 33966 |
| 9706145 | Maverick VI LLC | 12612 Waterspout Ct | Owings Mills, MD 21117 | |
| 9458025 | Maverick VI, LLC | 12612 Waterspout Court | Owings Mills, Maryland 21117 | |
| 9458026 | Melissa Hayward | 10501 N. Central Expressway, Suite 106 | Dallas , TX 75231 | |
| 9458027 | Merchant Cash Cloud | 5757 NW 151st Street | Miami Lakes, FL 33014 | |
| 9458028 | Merchant Cash Cloud | 5757 NW 151st Street | Miami Lakes, Florida 33014 | |
| 9458029 | Muzak | Focus Four LLC | PO Box 638793 | Cincinnati, OH 45263–8793 |
| 9458030 | NASA Federal Credit Union | 500 Prince Georges Blvd. | Upper Marlboro, MD 20774 | |
| 9458031 | NASA Federal Credit Union | PO Box 1588 | Bowie, MD 20717 | |
| 9458034 | NCMIC Finance Company | 14001 University Avenue | Clive, Iowa 50325 | |
| 9458035 | NUCO2 | 2800 SE Market PL | Stuart, FL 34997 | |
| 9458032 | Navin Kaisani | 10501 N. Central Expressway, Ste. 106 | Dallas, TX 75231 | |
| 9458033 | Navitas | 111 Executive Ctr Dr. | Suite 102 | Columbia, SC 29210 |

| ID | Name | Address |
|---|---|---|
| 9458036 | ONEILAATS LLC | 10879 Coral Shores Dr # 210, Jacksonville, FL 32256 |
| 9458037 | ONEILAATS LLC | 10879 Coral Shores Dr # 210, Jacksonville, Florida 32256 |
| 9458038 | PEPCO | P O Box 97294, Washington DC 20090 |
| 9458039 | PEPCO | PO Box 13608, Philadelphia, Pennsylvania 19101 |
| 9458040 | PEPSICO | 1100 Reynolds Blvd., Winston–Salem, NC 27105 |
| 9458041 | Pervez Kaisani | 10501 N. Central Expressway, Ste. 106, Dallas, TX 75231 |
| 9458042 | Pervez Kaisani | 10501 N. Central Expressway, Ste. 106, Dallas, TX 75231 |
| 9764016 | Phillip Bohl | Attn: Legal Dept., 2211 Woodward Ave., Detroit, MI 48201 |
| 9551861 | Prince Georges County, Maryland | Meyers, Rodbell & Rosenbaum, P.A., c/o M. Evan Meyers, 6801 Kenilworth Ave., Suite 400, Riverdale Park, MD 20737 |
| 9458044 | RDS | PO Box 830725, Birmingham, AL 35283 |
| 9458054 | RLC Funding, a division of Navitas Lease | 111 Executive Center Dr., Suite 102, Columbia, SC 29210 |
| 9458045 | Receivables Advance | P.O. Box 15270, Irvine, CA 92623 |
| 9458046 | Regency Centers Corporation | One Independent Drive, Suite 114, Jacksonville, FL 32202 |
| 9458047 | Regions Bank | 1900 Fifth Avenue North, Birmingham, AL 35203 |
| 9508140 | Republic Services | 3950 50th Street SW, Birmingham, Alabama 35221 |
| 9458048 | Richard Blount Construction, LLC | 163 Haygood Ave. SE, Atlanta, GA 30315 |
| 9458049 | Richard Ruggiero | c/o Lochner Law Firm, P.C., 91 Main St., 4th Floor, Annapolis, MD 21401 |
| 9458050 | Richard Ruggiero | c/o Lochner Law Firm, P.C., 91 Main St., 4th Floor, Annapolis, MD 21401 |
| 9458051 | Richard Ruggiero | c/o Lochner Law Firm, P.C., 91 Main St., 4th Floor, Annapolis, MD 21401 |
| 9458052 | Rivertowne Center ACQ | 8 Industrial Way, East Eatonton, New Jersey 07724 |
| 9458053 | Rivertowne Center ACQ | 8 Industrial Way, East Eatonton, New Jersey 07724 |
| 9574682 | Russell Robertson | P.O. Box 498, Jasper, AL 35502–0498 |
| 9458064 | SUSQUEHANNA SALT LAKE LLC | 136 E South Temple, Ste. 1400, Salt Lake City, Utah 84111 |
| 9458055 | Sartino, Inc. | 5285 Briarwood Circle, Pinson, AL 35126 |
| 9457847 | Secretary of the Treasury | 1500 Pennsylvania Ave., NW, Washington, DC 20220 |
| 9458056 | SecureConnect/Trustwave | 75 Remittance Drive, Dept. 1999, Chicago, IL 60675–1999 |
| 9458057 | Sharp Realty | Attn: Accounts Receivable, 400 Union Hill Dr., Birmingham, AL 35209 |
| 9458058 | Silver Hill II | Combined Properties, 1255 22nd Street, NW, Washington, District of Columbia 20037 |
| 9458059 | Stanley Convergent Security Solutions | 8350 Sunlight Drive, Fishers, IN 46037 |
| 9457839 | State Department of Revenue | P O Box 1927, Pelham AL 35124 |
| 9458060 | State of Alabama | Department of Revenue, Legal Division, PO Box 320001, Montgomery, Alabama 36132–0001 |
| 9457841 | State of Alabama Dept of Revenue | P O Box 320001, Montgomery AL 36132 |
| 9458061 | Steritech | PO Box 471127, Charlotte, NC 28247–2127 |
| 9458062 | Steritech | PO Box 472127, Charlotte, NC 27247–2127 |
| 9458063 | Steritech | PO Box 472127, Charlotte, North Carolina 27247–2127 |
| 9458065 | The Coca–Cola Company | One Coca–Cola Plaza, Atlanta, GA 30313 |
| 9458066 | The Hartford | 8711 University East Drive, Charlotte, NC 28213 |
| 9458067 | The Hartford | 8711 University East Drive, Charlotte, North Carolina 28213 |
| 9472506 | Tyco Integrated Security, LLC | 10405 Crosspoint Blvd., Indianapolis IN 46256 |
| 9458068 | Tyco Security | c/o ADT Security Services, Inc., PO Box 371967, Pittsburgh, PA 15250–7967 |
| 9458069 | U.S. Bank Equipment Finance | A division of U.S. Bank N.A., 1310 Madrid Street, Marshall, MN 56258 |
| 9457846 | U.S. Securities and Exchange Commission | Branch of Reorganization, 950 East Paces Ferry Road Ste 900, Atlanta, GA 30326 |
| 9458071 | USB Equipment Finance | 220 26th Street, Minniapolis, MN |
| 9458072 | USRP I, LLC | Attn: Legal Dept., One Independent Dr., Suite 114, Jacksonville, Florida 32202 |
| 9458070 | UniFi Equipment Finance | 3893 Research Park Drive, Ann Arbor, MI 48108 |
| 9457848 | United States Attorney | Northern District of Alabama, 1801 Fourth Avenue North, Birmingham, AL 35203 |
| 9457850 | United States Bankruptcy Administrator | Northern District of Alabama, 1800 Fifth Avenue North, Birmingham, AL 35203 |
| 9458073 | Verizon Business | PO Box 660720, Dallas, TX 75266 |
| 9458074 | Verizon Business | PO Box 660720, Dallas, Texas 75266 |
| 9510488 | Verizon Business Global LLC, on behalf of its affi | William Vermette, 22001 Loudoun County Pkwy, Ashburn, VA 20147 |
| 9458075 | Wand Corporation | 7593 Corporate Way, Eden Prairie, MN 55344 |
| 9458077 | Washington Gas | 6801 Industrial Road, Sprinfield, VA 22151 |
| 9458076 | Washington Gas | 6801 Industrial Road, Sprinfield, Virginia 22151 |
| 9458082 | Washington Suburban Sanitary Commission | Heather Ashbury, 14501 Swetizer Lane, Laurel, MD 20707 |
| 9458078 | Wazir Kaisani | 10501 N. Central Expressway, Ste. 106, Dallas, TX 75231 |
| 9458079 | Wazir Kaisani | 10501 N. Central Expressway, Ste. 106, Dallas, TX 75231 |
| 9458085 | YES Energy Management | PO Box 660901, Dallas, TX 75266–0901 |
| 9458083 | Yellowstone | 30 Broad Street, 14th FL, Ste. 1462, New York, NY 10004 |
| 9458084 | Yellowstone | 30 Broad Street, 14th FL, Ste. 1462, New York, New York 10004 |

TOTAL: 217