# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA - SOUTHERN DIVISION

**In the Matter of:**

Alabama Partners, LLC             }        **Case No: 17-03469-TOM7**
}
DEBTOR(S).                  }
}
}

## ORDER GRANTING

This matter came before the Court on Monday, July 20, 2020 10:30 AM, for a hearing on the following:

    RE: Doc #342; Motion to Consolidate Lead Case 17-03469-TOM-7 with 17-03471-TOM-7 so that the Trustee can consolidate the funds of the two estates for the purposes of distribution and/or payment of claims filed by the Trustee, Thomas E Reynolds

Proper notice of the hearing was given and appearances were made by the following:

    Jon A Dudeck (Bankruptcy Administrator)
    Thomas E Reynolds (Trustee)
    William Dennis Schilling, attorney for Thomas E Reynolds (Trustee)

**It is therefore ORDERED, ADJUDGED and DECREED that:**

    Based on arguments of counsel and the pleadings, the Motion is Granted as set forth in the pleadings.

Dated: 07/21/2020                          /s/ TAMARA O. MITCHELL
                                               TAMARA O. MITCHELL
                                               United States Bankruptcy Judge