# Notice Recipients

District/Off: 1126-2  User: admin  Date Created: 7/21/2020
Case: 17-03469-TOM7  Form ID: pdf000  Total: 47

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ba | Jon A Dudeck | jon_dudeck@alnba.uscourts.gov |
| tr | Thomas E Reynolds | ter@reynoldslegalsolutions.com |
| aty | Alto Lee Teague, IV | lteague@ehjlaw.com |
| aty | Charles N Parnell | bkrp@parnellsoutheast.com |
| aty | Clyde Ellis Brazeal, III | ebrazeal@joneswalker.com |
| aty | Daniel D Sparks | ddsparks@csattorneys.com |
| aty | Derek F Meek | dmeek@burr.com |
| aty | Eric C Cotton | ecotton@ddr.com |
| aty | Frederick Darrell Clarke, III | fclarke@rumberger.com |
| aty | James Phillip Roberts | jroberts@burr.com |
| aty | Jeffery J Hartley | jjh@helmsinglaw.com |
| aty | John Christian Saylor | john@johnsaylorlaw.com |
| aty | Joseph D. Frank | jfrank@fgllp.com |
| aty | Julian Vasek | jvasek@haywardfirm.com |
| aty | Kelley Askew Gillikin | kelley.gillikin@revenue.alabama.gov |
| aty | Leonard N Math | noticesnd@chambless-math.com |
| aty | Mark P. Williams | mpwilliams@nwkt.com |
| aty | Melissa S. Hayward | mhayward@haywardfirm.com |
| aty | Phillip W. Bohl | phillip.bohl@gpmlaw.com |
| aty | R. Scott Williams | swilliams@rumberger.com |
| aty | Richard E. O'Neal | USAALN.BANKRUPTCY@usdoj.gov |
| aty | Robert H Adams | radams@rumberger.com |
| aty | Russell B Robertson | rbr@lairdandrobertson.com |
| aty | William Dennis Schilling | schillinglawoffice@gmail.com |

TOTAL: 24

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db  Alabama Partners, LLC    PO Box 551267    Jacksonville, FL 32255
cr  Customized Distribution, LLC    % Daniel Sparks    Christian & Small LLP    1800 Financial Center    505 North 20th Street    Birmingham, AL 35203
cr  Checkers Drive-In Restaurants, Inc.    c/o Burr & Forman LLP    Derek Meek    420 N 20th St, Ste 3400    Birmingham, AL 35203
ba  J. Thomas Corbett    Bankruptcy Administrator    1800 5th Avenue North    Birmingham, AL 35203
br  Advanced Restaurant Sales    111 Village Parkway Bldg #2    Marietta, GA 30067
cr  NCEP, LLC Department    Ascension Capital Group    P.O. Box 165028    Irving, TX 75016
cr  Insolvency Section Internal Revenue Service    801 Broadway    MDP 146, Room 285    Nashville, TN 37203
cr  Silver Hill II LLC    c/o Ellis Brazeal Jones Walker    1819 5th Avenue North    Suite 1100    Birmingham, AL 35203
cr  US Bank Equipment Finance    c/o Parnell & Parnell, P.A.    P.O. Box 2189    Montgomery, AL 36102-2189
cr  City of Jasper    c/o Russell B. Robertson, Esq.    P.O. Box 498    Jasper, AL 35502-0498 UNITED STATES
cr  Prince George's County, Maryland    c/o M. Evan Meyers    6801 Kenilworth Ave Ste 400    Riverdale, MD 20737-1385
cr  Bank of the Ozarks    Attn. Leasing Division    12915 Cantrell Rd    Little Rock, AR 72203
cr  Johnson Service Comp Johnson Service Johnson Service Company    2812 Ruffner Road    Birmingham
cr  Direct Capital Corporation    Engel, Hairston & Johanson, P.C.    Attn: Alto Lee Teague, IV    P.O. Box 11405    Birmingham, AL 35202
cr  Unifi Equipment Finance, Inc.    c/o William J. Stapleton, Esq.    Hooper Hathaway, P.C.    126 Main St.    Ann Arbor, MI 48104
cr  DDRM Largo Town Center    3300 Enterprise Parkway    3300 Enterprise Parkway    Beachwood, OH 44139
acc Edmond R Denaburg    Christian & Denaburg, PC    2649 Rocky Ridge Lane    Birmingham, Al 35216
intp Reginald C. Armor, III    Armor Legal, PLLC    c/o Eagle Phillips, LLC    1820 NE Jensen Beach Blvd #562    Jensen Beach, FL 34957
aty Abigail M. McGibbon    Gray Plant Mooty Mooty and Bennett PA    500 IDS Center    80 South 8th St    Minneapolis, MN 55402
aty Leah Fiorenza McNeill    Bryan Cave LLP    1201 W Peachtree St NW 14tyh Floor    Atlanta, GA 30309
aty M. Evan Meyers    Meyers Rodbell & Rosenbaum PA    6801 Kenilworth Ave Ste 400    Riverdale, MD 20737-1385
aty Mark I. Duedall    Bryan Cave LLP    1201 W Peachtree St NW 14tyh Floor    Atlanta, GA 30309
smg Thomas Corbett    BA Birmingham    1800 5th Avenue North    Birmingham, AL 35203

TOTAL: 23