```
                          United States Bankruptcy Court
                           Northern District of Alabama
In re:                                                             Case No. 17-03469-TOM
Alabama Partners, LLC                                              Chapter 7
        Debtor                   CERTIFICATE OF NOTICE
District/off: 1126-2          User: admin                 Page 1 of 3             Date Rcvd: Jul 21, 2020
                              Form ID: pdf000             Total Noticed: 22
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 23, 2020.
```
db             +Alabama Partners, LLC,    PO Box 551267,   Jacksonville, FL 32255-1267
aty            +Abigail M. McGibbon,    Gray Plant Mooty Mooty and Bennett PA,    500 IDS Center,
                 80 South 8th St,    Minneapolis, MN 55402-2100
aty            +Leah Fiorenza McNeill,    Bryan Cave LLP,   1201 W Peachtree St NW 14tyh Floor,
                 Atlanta, GA 30309-3449
aty             M. Evan Meyers,    Meyers Rodbell & Rosenbaum PA,   6801 Kenilworth Ave Ste 400,
                 Riverdale, MD  20737-1385
aty            +Mark I. Duedall,    Bryan Cave LLP,   1201 W Peachtree St NW 14tyh Floor,
                 Atlanta, GA 30309-3449
br             +Advanced Restaurant Sales,    111 Village Parkway Bldg #2,   Marietta, GA 30067-4013
cr             +Bank of the Ozarks,    Attn. Leasing Division,   12915 Cantrell Rd,   Little Rock, AR 72223-1701
cr             +City of Jasper,    c/o Russell B. Robertson, Esq.,    P.O. Box 498,   Jasper, AL 35502-0498,
                 UNITED STATES 35502-0498
cr             +Customized Distribution, LLC,    % Daniel Sparks,   Christian & Small LLP,
                 1800 Financial Center,    505 North 20th Street,   Birmingham, AL 35203-4633
cr             +DDRM Largo Town Center,    3300 Enterprise Parkway,   3300 Enterprise Parkway,
                 Beachwood, OH 44122-7200
cr             +Direct Capital Corporation,    Engel, Hairston & Johanson, P.C.,   Attn: Alto Lee Teague, IV,
                 P.O. Box 11405,    Birmingham, AL 35202-1405
acc            +Edmond R Denaburg,    Christian & Denaburg, PC,   2649 Rocky Ridge Lane,
                 Birmingham, Al 35216-4809
cr              Prince George's County, Maryland,    c/o M. Evan Meyers,   6801 Kenilworth Ave Ste 400,
                 Riverdale, MD  20737-1385
intp           +Reginald C. Armor, III,    Armor Legal, PLLC,   c/o Eagle Phillips, LLC,
                 1820 NE Jensen Beach Blvd #562,    Jensen Beach, FL 34957-7212
cr             +Silver Hill II LLC,    c/o Ellis Brazeal Jones Walker,   1819 5th Avenue North,   Suite 1100,
                 Birmingham, AL 35203-2122
cr              US Bank Equipment Finance,    c/o Parnell & Parnell, P.A.,   P.O. Box 2189,
                 Montgomery, AL 36102-2189
cr             +Unifi Equipment Finance, Inc.,    c/o William J. Stapleton, Esq.,   Hooper Hathaway, P.C.,
                 126 Main St.,    Ann Arbor, MI 48104-1945
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            +E-mail/Text: bnc_notices_southern@alnba.uscourts.gov Jul 22 2020 06:05:00     Thomas Corbett,
                 BA Birmingham,    1800 5th Avenue North,   Birmingham, AL 35203-2111
cr             +E-mail/Text: cstewart@Burr.com Jul 22 2020 06:06:28     Checkers Drive-In Restaurants, Inc.,
                 c/o Burr & Forman LLP,    Derek Meek,   420 N 20th St, Ste 3400,   Birmingham, AL 35203-5210
cr             +E-mail/Text: sbse.cio.bnc.mail@irs.gov Jul 22 2020 06:03:14
                 Insolvency Section Internal Revenue Service,   801 Broadway,   MDP 146, Room 285,
                 Nashville, TN 37203-3816
ba             +E-mail/Text: bnc_notices_southern@alnba.uscourts.gov Jul 22 2020 06:05:00     J. Thomas Corbett,
                 Bankruptcy Administrator,    1800 5th Avenue North,   Birmingham, AL 35203-2111
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jul 22 2020 06:15:02     NCEP, LLC Department,
                 Ascension Capital Group,    P.O. Box 165028,   Irving, TX 75016-5028
                                                                                              TOTAL: 5

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Johnson Service Comp Johnson Service Johnson Servi,   2812 Ruffner Road,    Birmingham
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2020                                      Signature:  /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 21, 2020 at the address(es) listed below:

```
Alto Lee Teague, IV   on behalf of Creditor   Direct Capital Corporation lteague@ehjlaw.com
Charles N Parnell   on behalf of Creditor   US Bank Equipment Finance bkrp@parnellsoutheast.com
Clyde Ellis Brazeal, III    on behalf of Creditor   Silver Hill II LLC ebrazeal@joneswalker.com
Daniel D Sparks   on behalf of Creditor   Customized Distribution, LLC ddsparks@csattorneys.com,
 dan-sparks-9722@ecf.pacerpro.com
Derek F Meek    on behalf of Creditor   Checkers Drive-In Restaurants, Inc. dmeek@burr.com,
 mgunnells@burr.com
Eric C Cotton    on behalf of Creditor   DDRM Largo Town Center ecotton@ddr.com
Frederick Darrell Clarke, III   on behalf of Debtor   PG County Pizza, Inc. fclarke@rumberger.com,
 mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
Frederick Darrell Clarke, III    on behalf of Debtor   Maryland Pizza, Inc. fclarke@rumberger.com,
 mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
Frederick Darrell Clarke, III   on behalf of Debtor   PG County Partners, LLC
 fclarke@rumberger.com,
 mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
Frederick Darrell Clarke, III    on behalf of Debtor   BamaChex, Inc. fclarke@rumberger.com,
 mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
Frederick Darrell Clarke, III    on behalf of Debtor    Alabama Partners, LLC fclarke@rumberger.com,
 mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
Frederick Darrell Clarke, III    on behalf of Debtor   Maryland LC Ventures, LLC
 fclarke@rumberger.com,
 mbarnette@rumberger.com;ldowner@rumberger.com;Docketingorlando@rumberger.com
James Phillip Roberts    on behalf of Creditor   Checkers Drive-In Restaurants, Inc.
 jroberts@burr.com                                         , mgunnells@burr.com
Jayna Partain Lamar    on behalf of Defendant    Yellowstone Capital, LLC jlamar@maynardcooper.com,
 prudloff@maynardcooper.com;jturnipseed@maynardcooper.com
Jeffery J Hartley    on behalf of Interested Party    R&F Birmingham, LLC jjh@helmsinglaw.com,
 ktm@helmsinglaw.com;dwc@helmsinglaw.com
John Christian Saylor    on behalf of Creditor Johnson Service Comp Johnson Service Johnson
 Service Company john@johnsaylorlaw.com,  asst@johnsaylorlaw.com
Jon A Dudeck    jon_dudeck@alnba.uscourts.gov,   courtmailbir7@alnba.uscourts.gov
Joseph D. Frank    on behalf of Creditor    Bottling Group, LLC and its affiliates and subsidiaries,
 operating as Pepsi Beverages Company jfrank@fgllp.com
Julian  Vasek    on behalf of Interested Party Wazir  Kaisani jvasek@haywardfirm.com
Julian  Vasek    on behalf of Interested Party Pervez  Kaisani jvasek@haywardfirm.com
Julian  Vasek    on behalf of Interested Party Iqbar  Kaisani jvasek@haywardfirm.com
Kelley Askew Gillikin    on behalf of Creditor    STATE OF ALABAMA, DEPT OF REVENUE
 kelley.gillikin@revenue.alabama.gov
Kelley Askew Gillikin    on behalf of Creditor    ALA DEPT OF REVENUE LEGAL DIVISION P O BOX 320001
 MONTGOMERY, AL  36132-0001 kelley.gillikin@revenue.alabama.gov
Leonard N Math    on behalf of Creditor    BANK OF THE OZARKS noticesnd@chambless-math.com
Leonard N Math    on behalf of Creditor    Bank of the Ozarks noticesnd@chambless-math.com
Mark P. Williams    on behalf of Creditor    Unifi Equipment Finance, Inc. mpwilliams@nwkt.com
Melissa S. Hayward    on behalf of Interested Party Pervez  Kaisani mhayward@haywardfirm.com
 ,  mholmes@haywardfirm.com
Melissa S. Hayward    on behalf of Interested Party Wazir  Kaisani mhayward@haywardfirm.com
 ,  mholmes@haywardfirm.com
Melissa S. Hayward    on behalf of Interested Party Iqbar  Kaisani mhayward@haywardfirm.com
 ,  mholmes@haywardfirm.com
Phillip W. Bohl    on behalf of Interested Party    Little Caesar Enterprises, Inc.
 phillip.bohl@gpmlaw.com
R. Scott Williams    on behalf of Debtor    Maryland Pizza, Inc. swilliams@rumberger.com,
 docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com
R. Scott Williams    on behalf of Debtor    PG County Pizza, Inc. swilliams@rumberger.com,
 docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com
R. Scott Williams    on behalf of Debtor    Alabama Partners, LLC swilliams@rumberger.com,
 docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com
R. Scott Williams    on behalf of Debtor    PG County Partners, LLC swilliams@rumberger.com,
 docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com
R. Scott Williams    on behalf of Debtor    Maryland LC Ventures, LLC swilliams@rumberger.com,
 docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com
R. Scott Williams    on behalf of Debtor    BamaChex, Inc. swilliams@rumberger.com,
 docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com
Richard E. O'Neal    on behalf of Creditor Insolvency Section   Internal Revenue Service
 USAALN.BANKRUPTCY@usdoj.gov
Robert H Adams    on behalf of Debtor    Maryland LC Ventures, LLC radams@rumberger.com,
 mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberg
 er.com
Robert H Adams    on behalf of Debtor    PG County Partners, LLC radams@rumberger.com,
 mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberg
 er.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          Robert H Adams    on behalf of Debtor    BamaChex, Inc. radams@rumberger.com,
           mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberg
           er.com
          Robert H Adams    on behalf of Debtor    PG County Pizza, Inc. radams@rumberger.com,
           mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberg
           er.com
          Robert H Adams    on behalf of Debtor    Alabama Partners, LLC radams@rumberger.com,
           mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberg
           er.com
          Robert H Adams    on behalf of Debtor    Maryland Pizza, Inc. radams@rumberger.com,
           mbarnette@rumberger.com;docketingorlando@rumberger.com;radamssecy@rumberger.com;mcourtney@rumberg
           er.com
          Russell B Robertson    on behalf of Creditor    City of Jasper rbr@lairdandrobertson.com
          Ryan David Thompson    on behalf of Defendant    Yellowstone Capital, LLC
           rthompson@maynardcooper.com,   emoltz@maynardcooper.com;prudloff@maynardcooper.com
          Samuel Carlton Pierce    on behalf of Debtor    BamaChex, Inc.
           lhornsby@bakerdonelson.com;mcleveland@bakerdonelson.com
          Thomas E Reynolds    ter@reynoldslegalsolutions.com,
           treynolds@ecf.axosfs.com;dnm@reynoldslegalsolutions.com
          William Dennis Schilling    on behalf of Trustee Thomas E Reynolds schillinglawoffice@gmail.com,
           pamhurst.schillinglawoffice@gmail.com
          William Dennis Schilling    on behalf of Plaintiff Thomas E. Reynolds as trustee
           schillinglawoffice@gmail.com,   pamhurst.schillinglawoffice@gmail.com
                                                                                             TOTAL: 49
```

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ALABAMA - SOUTHERN DIVISION

**In the Matter of:**

| | | |
|---|---|---|
| Alabama Partners, LLC | } | **Case No: 17-03469-TOM7** |
| | } | |
| DEBTOR(S). | } | |
| | } | |
| | } | |

## ORDER GRANTING

This matter came before the Court on Monday, July 20, 2020 10:30 AM, for a hearing on the following:

RE: Doc #342; Motion to Consolidate Lead Case 17-03469-TOM-7 with 17-03471-TOM-7 so that the Trustee can consolidate the funds of the two estates for the purposes of distribution and/or payment of claims filed by the Trustee, Thomas E Reynolds

Proper notice of the hearing was given and appearances were made by the following:

Jon A Dudeck (Bankruptcy Administrator)
Thomas E Reynolds (Trustee)
William Dennis Schilling, attorney for Thomas E Reynolds (Trustee)

**It is therefore ORDERED, ADJUDGED and DECREED that:**

Based on arguments of counsel and the pleadings, the Motion is Granted as set forth in the pleadings.

Dated: 07/21/2020

/s/ TAMARA O. MITCHELL
TAMARA O. MITCHELL
United States Bankruptcy Judge