IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: ) | | BANKRUPTCY CASE NO. |
| ) | | |
| ALABAMA PARTNERS, LLC, ) | | 17-03469-TOM-7 |
| ) | | |
| Debtor ) | | |

BANKRUPTCY ADMINISTRATOR'S REQUEST FOR INCLUSION OF PREVIOUSLY ALLOWED ADMINISTRATIVE EXPENSE OF BAMACHEX, INC. 17-03471-TOM-7, INTO ALABAMA PARTNERS, LLC 17-03469-TOM-7

COMES NOW the undersigned, on behalf of the Bankruptcy Administrator for the Northern District of Alabama (hereinafter "B.A."), by and through the undersigned, and hereby requests inclusion of the previously allowed administrative expense of BAMACHEX, INC. 17-03471-TOM-7 (for unpaid quarterly fees), into ALABAMA PARTNERS, LLC, 17-03469-TOM-7. In support thereof, the B.A. states as follows:

1. On August 6, 2018, the B.A. was allowed an administrative expense claim for unpaid quarterly fees while the case was pending as a Chapter 11 in the amount of $10,075.00" in BAMACHEX, INC. 17-03471-TOM-7. (Doc. 46).

2. On August 6, 2018, the B.A. was "allowed an administrative expense claim for unpaid quarterly fees while the case was pending as a Chapter 11 in the amount of $975.00" in ALABAMA PARTNERS, LLC., 17-03469-TOM-7. (Doc. 293).

3. On or about July 21, 2020 an Order was entered granting the Chapter Trustee's Motion to Consolidate Cases ALABAMA PARTNERS, LLC 17-03469-TOM-7 and BAMACHEX, INC. 17-03471 for Purposes of Paying Administrative claims. (Docket No. 347).

4. Each case is administratively insolvent.

5. The trustee does not a oppose this request.

6. Accordingly, the B.A. requests that the previously allowed administrative expense claim for unpaid quarterly fees in the amount of $10,075.00 in BAMACHEX, INC. 17-03471-TOM-7, be included as an administrative expense in ALABAMA PARTNERS, LLC 17-03469-TOM-7, so as to participate in the pro rata distribution.

7. The unpaid quarterly fees due under 28 U.S.C. § 1930 are assessments entitled to administrative level priority pursuant to 11 U.S.C. §507(a)(2), equal to the Chapter 7 costs of administration. *U.S. Trustee v. Ste-Bri Enterprises, Inc.*, 579 B.R. 448 (N.D. Ohio 2017).

8. The B.A. requests that any payment of quarterly fees be paid directly to: Clerk of Court, U.S. Bankruptcy Court.

WHEREFORE, these premises considered, the Bankruptcy Administrator respectfully requests that this Court: (a) grant the Bankruptcy Administrator's Request for inclusion in Alabama Partners, LLC, of the previously allowed administrative expense in BAMACHEX,INC. 17-03471-TOM-7; and (b) provide such other and further relief as is just and proper.

Respectfully submitted this the 28th day of July, 2020.

/s/ Jon A. Dudeck
**Jon A. Dudeck**
Assistant U.S. Bankruptcy Administrator

**OFFICE OF THE BANKRUPTCY ADMINISTRATOR**
Northern District of Alabama
Robert S. Vance Federal Building
1800 Fifth Avenue North
Birmingham, Alabama 35203
(205) 714-3840
jon_dudeck@alnba.uscourts.gov

CERTIFICATE OF SERVICE

This is to certify that on this 28th day of July 2020, I electronically served a copy of the above pleading filed in the above case to:

Thomas E. Reynolds
William Dennis Schilling
Edmond R. Denaburg

/s/ Jon A. Dudeck
**Jon A. Dudeck**