UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

In the Matter of:

Alabama Partners, LLC       Case No. 17-03469-TOM-7

Debtor(s)       Jointly Administered

## NOTICE AND ORDER

NOTICE is hereby given that on July 28, 2020, the Bankruptcy Administrator filed a Request for Inclusion of Previously Allowed Administrative Claim Expense of BamaChex, Inc. 17-03471-TOM-7 into Alabama Partners, LLC 17-03469-TOM-7; it appears to the Court that said request is due to be granted; now therefore,

It is **ORDERED, ADJUDGED and DECREED** that the Bankruptcy Administrator's Request for Inclusion of Previously Allowed Administrative Claim Expense of BamaChex, Inc. 17-03471-TOM-7 into Alabama Partners, LLC 17-03469-TOM-7 shall be and hereby is **GRANTED unless a written objection and request for hearing is filed on or before August 18, 2020.** If said objection and request is **timely** filed, a hearing will be scheduled by a subsequent notice of hearing.

Dated: July 28, 2020           /s/ Tamara O. Mitchell
                               TAMARA O. MITCHELL
                               UNITED STATES BANKRUPTCY JUDGE

klt