# Notice Recipients

District/Off: 1126–2  User: admin  Date Created: 7/28/2020
Case: 17–03469–TOM7  Form ID: pdf000  Total: 47

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ba  | Jon A Dudeck | jon_dudeck@alnba.uscourts.gov |
| tr  | Thomas E Reynolds | ter@reynoldslegalsolutions.com |
| aty | Alto Lee Teague, IV | lteague@ehjlaw.com |
| aty | Charles N Parnell | bkrp@parnellsoutheast.com |
| aty | Clyde Ellis Brazeal, III | ebrazeal@joneswalker.com |
| aty | Daniel D Sparks | ddsparks@csattorneys.com |
| aty | Derek F Meek | dmeek@burr.com |
| aty | Eric C Cotton | ecotton@ddr.com |
| aty | Frederick Darrell Clarke, III | fclarke@rumberger.com |
| aty | James Phillip Roberts | jroberts@burr.com |
| aty | Jeffery J Hartley | jjh@helmsinglaw.com |
| aty | John Christian Saylor | john@johnsaylorlaw.com |
| aty | Joseph D. Frank | jfrank@fgllp.com |
| aty | Julian Vasek | jvasek@haywardfirm.com |
| aty | Kelley Askew Gillikin | kelley.gillikin@revenue.alabama.gov |
| aty | Leonard N Math | noticesnd@chambless–math.com |
| aty | Mark P. Williams | mpwilliams@nwkt.com |
| aty | Melissa S. Hayward | mhayward@haywardfirm.com |
| aty | Phillip W. Bohl | phillip.bohl@gpmlaw.com |
| aty | R. Scott Williams | swilliams@rumberger.com |
| aty | Richard E. O'Neal | USAALN.BANKRUPTCY@usdoj.gov |
| aty | Robert H Adams | radams@rumberger.com |
| aty | Russell B Robertson | rbr@lairdandrobertson.com |
| aty | William Dennis Schilling | schillinglawoffice@gmail.com |

TOTAL: 24

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | |
|---|---|---|
| db  | Alabama Partners, LLC  PO Box 551267  Jacksonville, FL 32255 |
| cr  | Customized Distribution, LLC  % Daniel Sparks  Christian & Small LLP  1800 Financial Center  505 North 20th Street  Birmingham, AL 35203 |
| cr  | Checkers Drive–In Restaurants, Inc.  c/o Burr & Forman LLP  Derek Meek  420 N 20th St, Ste 3400  Birmingham, AL 35203 |
| ba  | J. Thomas Corbett  Bankruptcy Administrator  1800 5th Avenue North  Birmingham, AL 35203 |
| br  | Advanced Restaurant Sales  111 Village Parkway Bldg #2  Marietta, GA 30067 |
| cr  | NCEP, LLC Department  Ascension Capital Group  P.O. Box 165028  Irving, TX 75016 |
| cr  | Insolvency Section Internal Revenue Service  801 Broadway  MDP 146, Room 285  Nashville, TN 37203 |
| cr  | Silver Hill II LLC  c/o Ellis Brazeal Jones Walker  1819 5th Avenue North  Suite 1100  Birmingham, AL 35203 |
| cr  | US Bank Equipment Finance  c/o Parnell & Parnell, P.A.  P.O. Box 2189  Montgomery, AL 36102–2189 |
| cr  | City of Jasper  c/o Russell B. Robertson, Esq.  P.O. Box 498  Jasper, AL 35502–0498 UNITED STATES |
| cr  | Prince George's County, Maryland  c/o M. Evan Meyers  6801 Kenilworth Ave Ste 400  Riverdale, MD 20737–1385 |
| cr  | Bank of the Ozarks  Attn. Leasing Division  12915 Cantrell Rd  Little Rock, AR 72203 |
| cr  | Johnson Service Comp Johnson Service Johnson Service Company  2812 Ruffner Road  Birmingham |
| cr  | Direct Capital Corporation  Engel, Hairston & Johanson, P.C.  Attn: Alto Lee Teague, IV  P.O. Box 11405  Birmingham, AL 35202 |
| cr  | Unifi Equipment Finance, Inc.  c/o William J. Stapleton, Esq.  Hooper Hathaway, P.C.  126 Main St.  Ann Arbor, MI 48104 |
| cr  | DDRM Largo Town Center  3300 Enterprise Parkway  3300 Enterprise Parkway  Beachwood, OH 44139 |
| acc | Edmond R Denaburg  Christian & Denaburg, PC  2649 Rocky Ridge Lane  Birmingham, Al 35216 |
| intp| Reginald C. Armor, III  Armor Legal, PLLC  c/o Eagle Phillips, LLC  1820 NE Jensen Beach Blvd #562  Jensen Beach, FL 34957 |
| aty | Abigail M. McGibbon  Gray Plant Mooty Mooty and Bennett PA  500 IDS Center  80 South 8th St  Minneapolis, MN 55402 |
| aty | Leah Fiorenza McNeill  Bryan Cave LLP  1201 W Peachtree St NW 14tyh Floor  Atlanta, GA 30309 |
| aty | M. Evan Meyers  Meyers Rodbell & Rosenbaum PA  6801 Kenilworth Ave Ste 400  Riverdale, MD 20737–1385 |
| aty | Mark I. Duedall  Bryan Cave LLP  1201 W Peachtree St NW 14tyh Floor  Atlanta, GA 30309 |
| smg | Thomas Corbett  BA Birmingham  1800 5th Avenue North  Birmingham, AL 35203 |

TOTAL: 23