UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA

In Re:                              §
                                    §
ALABAMA PARTNERS, LLC               §    Case No. 17-03469
                                    §
                     Debtor         §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 11 of the United States Bankruptcy Code was filed on 08/11/2017 . The case was converted to one under Chapter 7 on 04/02/2018 . The undersigned trustee was appointed on 04/02/2018 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---|
| 4. The trustee realized gross receipts of | $ | 29,202.43 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 22.19 |
| Bank service fees | | 0.00 |
| Other payments to creditors | | 0.00 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 0.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 29,180.24 |

The remaining funds are available for distribution.

---
[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

USBA Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 07/10/2018 and the deadline for filing governmental claims was 07/10/2018 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 3,670.24 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 3,670.24 , for a total compensation of $ 3,670.24 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 580.75 , for total expenses of $ 580.75 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/26/2020          By:/s/THOMAS E. REYNOLDS, TRUSTEE
                              Trustee

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

USBA Form 101-7-TFR (5/1/2011) *(Page: 2)*

Case 17-03469-TOM7    Doc 352    Filed 08/27/20    Entered 08/27/20 09:39:26    Desc Main
Document      Page 2 of 17

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page: 1

Exhibit A

Case No: 17-03469 TOM Judge: TAMARA O. MITCHELL
Case Name: ALABAMA PARTNERS, LLC

For Period Ending: 08/26/20

Trustee Name: THOMAS E. REYNOLDS, TRUSTEE
Date Filed (f) or Converted (c): 04/02/18 (c)
341(a) Meeting Date: 05/07/18
Claims Bar Date: 07/10/18

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Business Privilege Tax Refund | 0.00 | 0.00 | | 222.28 | FA |
| 2. AP 18-231 EAGLE PHILLIPS | 5,000.00 | 5,000.00 | | 5,000.00 | FA |
| 3. AP 18-232 Yellowstone Capital | 0.00 | 12,000.00 | | 12,000.00 | FA |
| 4. BALANCE OF FUNDS IN BAMACHEX BANKRUPTCY CASE | 0.00 | 11,980.15 | | 11,980.15 | FA |
| 5. Equipment listed on Doc. 236 | 0.00 | 0.00 | OA | 0.00 | FA |

TOTALS (Excluding Unknown Values) $5,000.00 $28,980.15 $29,202.43

Value of Remaining Assets $0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 08/18/20    Current Projected Date of Final Report (TFR): 08/18/20

| Case No: | 17-03469 -TOM | Trustee Name: | THOMAS E. REYNOLDS, TRUSTEE |
|---|---|---|---|
| Case Name: | ALABAMA PARTNERS, LLC | Bank Name: | UNION BANK |
| | | Account Number / CD #: | *******0789 Checking Account (Non-Interest Earn |
| Taxpayer ID N : | *******7131 | | |
| For Period Ending: | 08/26/20 | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/13/18 | 1 | State of Alabama | TAX REFUND | 1124-000 | 133.02 | | 133.02 |
| 09/13/18 | 1 | State of Alabama | TAX REFUND | 1124-000 | 89.26 | | 222.28 |
| 01/31/19 | | Trsf To Axos Bank | FINAL TRANSFER | 9999-000 | | 222.28 | 0.00 |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit B

| Case No: | 17-03469 -TOM | Trustee Name: | THOMAS E. REYNOLDS, TRUSTEE |
|---|---|---|---|
| Case Name: | ALABAMA PARTNERS, LLC | Bank Name: | Axos Bank |
| | | Account Number / CD #: | *******0143 Checking Account |
| Taxpayer ID N: | *******7131 | | |
| For Period Ending: | 08/26/20 | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/31/19 | | Trsf In From UNION BANK | INITIAL WIRE TRANSFER IN | 9999-000 | 222.28 | | 222.28 |
| 02/04/19 | 2 | EAGLE PHILLIPS C/O William Dennis Schilling | SETTLEMENT | 1141-000 | 5,000.00 | | 5,222.28 |
| 04/01/19 | 002001 | INTERNATIONAL SURETIES, LTD. 701 POYDRAS STREET, STE. 420 NEW ORLEANS, LA 70139 | Bond Premium Bond #016027432 | 2300-000 | | 3.23 | 5,219.05 |
| 05/29/19 | 3 | YELLOWSTONE CAPITAL c/o William Dennis Schilling | SETTLEMENT | 1149-000 | 12,000.00 | | 17,219.05 |
| * 06/27/19 | 002002 | Edmond R. Denaburg 2649 Rocky Ridge Lane Birmingham, Alabama 35216 | ACCOUNTANT'S FEES & EXPENSES DOC. 330 | | | 9,034.45 | 8,184.60 |
| | | | Fees           8,145.20 | 3410-003 | | | |
| | | | Expenses         889.25 | 3420-003 | | | |
| * 06/27/19 | 002002 | Edmond R. Denaburg 2649 Rocky Ridge Lane Birmingham, Alabama 35216 | ACCOUNTANT'S FEES & EXPENSES Check issued in error | | | -9,034.45 | 17,219.05 |
| | | | Fees      ( 8,145.20 ) | 3410-003 | | | |
| | | | Expenses  ( 889.25 ) | 3420-003 | | | |
| 04/13/20 | 002003 | INTERNATIONAL SURETIES, LTD. 701 POYDRAS STREET, STE. 420 NEW ORLEANS, LA 70139 | Blanket Bond Bond #016027432 | 2300-000 | | 18.96 | 17,200.09 |
| 08/03/20 | 4 | Bankruptcy Estate of Bamachex | DEBTOR'S FUNDS ON ACCT | 1149-000 | 11,980.15 | | 29,180.24 |

Total Of All Accounts    29,180.24

USBA Form 101-7-TFR (5/1/2011) (Page: 5)

PFORM2    Ver: 22.02e

Case 17-03469-TOM7    Doc 352    Filed 08/27/20    Entered 08/27/20 09:39:26    Desc Main Document    Page 5 of 17

Case Number: 17-03469  
Debtor Name: ALABAMA PARTNERS, LLC  
Claim Class, Priority Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 010 CLK | CLERK, U. S. BANKRUPTCY COURT | Administrative | | $715.00 | $0.00 | $715.00 |
| 025 TAF | V. DENNIS SCHILLING P. O. BOX 55147 BIRMINGHAM, AL 35255-5147 | Administrative | | $22,363.24 | $0.00 | $22,363.24 |
| 025 AF | Edmond R. Denaburg 2649 Rocky Ridge Lane Birmingham, AL 35216 | Administrative | | $9,034.45 | $0.00 | $9,034.45 |
| 025 UST | CLERK, U. S. BANKRUPTCY COURT | Administrative | | $975.00 | $0.00 | $975.00 |
| 025 UST | CLERK, U. S. BANKRUPTCY COURT | Administrative | | $10,075.00 | $0.00 | $10,075.00 |
| BOND 025 OT7 | INTERNATIONAL SURETIES, LTD. 701 POYDRAS STREET, STE. 420 NEW ORLEANS, LA 70139 | Administrative | | $22.19 | $22.19 | $0.00 |
| 000004A 064 PTL | Internal Revenue Service PO Box 7346 Philadelphia, Pennsylvania 19101 | Priority | | $1,900.00 | $0.00 | $1,900.00 |
| 000007A 064 PTL | State of Alabama Department of Revenue Legal Division PO Box 320001 Montgomery, Alabama 36132-0001 | Priority | | $800.00 | $0.00 | $800.00 |
| 000009A 064 PTL | State of Alabama Department of Revenue Legal Division PO Box 320001 Montgomery, Alabama 36132-0001 | Priority | | $77,877.48 | $0.00 | $77,877.48 |
| 000011A 064 PTL | State of Alabama Department of Revenue Legal Division PO Box 320001 Montgomery, Alabama 36132-0001 | Priority | | $7,531.05 | $0.00 | $7,531.05 |
| 000015 064 PTL | Internal Revenue Service 801 Broadway M/S 146 Nashville, TN 37203 | Priority | | $23,400.00 | $0.00 | $23,400.00 |
| 000016B 064 PTL | Internal Revenue Service 801 Broadway M/S 146 Nashville, TN 37203 | Priority | | $316,502.91 | $0.00 | $316,502.91 |

CREGISTR USBA Form 101-7-TFR (5/1/2011) (Page: 6)    Printed: 08/26/20 03:35 PM    Ver: 22.02e
Case 17-03469-TOM7    Doc 352    Filed 08/27/20    Entered 08/27/20 09:39:26    Desc Main
Document    Page 6 of 17

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000017B 064 PTL | Internal Revenue Service 801 Broadway M/S 146 Nashville, TN 37203 | Priority | | $33,503.70 | $0.00 | $33,503.70 |
| 000018A 064 PTL | Internal Revenue Service 801 Broadway M/S 146 Nashville, TN 37203 | Priority | | $1,700.00 | $0.00 | $1,700.00 |
| 000019B 064 PTL | Internal Revenue Service 801 Broadway M/S 146 Nashville, TN 37203 | Priority | | $60,907.68 | $0.00 | $60,907.68 |
| 000024 064 PTL | RDS PO Box 830725 Birmingham, AL 35283 | Priority | | $13,676.68 | $0.00 | $13,676.68 |
| 000025 064 PTL | RDS PO Box 830725 Birmingham, AL 35283 | Priority | | $45,487.96 | $0.00 | $45,487.96 |
| 000026 064 PTL | RDS PO Box 830725 Birmingham, AL 35283 | Priority | | $31,990.97 | $0.00 | $31,990.97 |
| 000027 064 PTL | RDS PO Box 830725 Birmingham, AL 35283 | Priority | | $8,048.29 | $0.00 | $8,048.29 |
| 000028 064 PTL | RDS PO Box 830725 Birmingham, AL 35283 | Priority | | $7,446.32 | $0.00 | $7,446.32 |
| 000029 064 PTL | RDS PO Box 830725 Birmingham, AL 35283 | Priority | | $58,095.41 | $0.00 | $58,095.41 |
| 000030 064 PTL | RDS PO Box 830725 Birmingham, AL 35283 | Priority | | $155.69 | $0.00 | $155.69 |
| 000036A 064 PTL | Comptroller of Maryland 301 West Preston Street Room 409 Baltimore, MD 21201-2383 | Priority | | $490,716.00 | $0.00 | $490,716.00 |
| 000037A 064 PTL | Comptroller of Maryland 301 West Preston Street Room 409 Baltimore, MD 21201-2383 | Priority | | $112,385.00 | $0.00 | $112,385.00 |
| 000038A 064 PTL | Comptroller of Maryland 301 West Preston Street Room 409 Baltimore, MD 21201-2383 | Priority | | $578.00 | $0.00 | $578.00 |
| 000043 064 PTL | City of Jasper, Alabama P.O. Box 498 Jasper, AL 35502-0498 | Priority | | $22,748.84 | $0.00 | $22,748.84 |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000044 064 PTL | Cullman County Commission<br>500 Second Ave SW Room 105<br>Cullman AL 35055 | Priority | | $4,280.68 | $0.00 | $4,280.68 |
| 000046A 064 PTL | Bottling Group, LLC<br>c/o Joseph D. Frank<br>FrankGecker LLP<br>1327 W. Washington Boulevard<br>Suite 5G-H<br>Chicago, IL 60607 | Priority | | $4,736.14 | $0.00 | $4,736.14 |
| 000047A 064 PTL | Customized Distribution, LLC<br>5151 Brook Hollow Parkway<br>Suite 225<br>Norcross, GA 30071 | Priority | | $20,471.28 | $0.00 | $20,471.28 |
| 000049A 064 PTL | Maverick VI LLC<br>12612 Waterspout Ct<br>Owings Mills, MD 21117 | Priority | | $15,185.10 | $0.00 | $15,185.10 |
| 000054A 064 PTL | Comptroller of Maryland<br>301 West Preston Street Room 409<br>Baltimore, MD 21201-2383 | Priority | | $9,250.00 | $0.00 | $9,250.00 |
| 000055A 064 PTL | Comptroller of Maryland<br>301 West Preston Street Room 409<br>Baltimore, MD 21201-2383 | Priority | | $2,409.00 | $0.00 | $2,409.00 |
| 000056A 064 PTL | Comptroller of Maryland<br>301 West Preston Street Room 409<br>Baltimore, MD 21201-2383 | Priority | | $2,195.00 | $0.00 | $2,195.00 |
| 000057A 064 PTL | Blue Line Foodservice Distribution, Inc.<br>Attn: Legal Dept.<br>2211 Woodward Ave.<br>Detroit, MI 48201 | Priority | | $173,316.85 | $0.00 | $173,316.85 |
| 000058A 064 PTL | Little Caesar Enterprises, Inc.<br>Attn: Legal Dept.<br>2211 Woodward Ave.<br>Detroit, MN 48201 | Priority | | $150,547.62 | $0.00 | $150,547.62 |
| 000001 070 UC | Tyco Integrated Security, LLC<br>10405 Crosspoint Blvd.<br>Indianapolis IN 46256 | Unsecured | | $82,482.41 | $0.00 | $82,482.41 |
| 000002 070 UC | Tyco Integrated Security, LLC<br>10405 Crosspoint Blvd.<br>Indianapolis IN 46256 | Unsecured | | $25,428.17 | $0.00 | $25,428.17 |
| 000003 070 UC | Regions Bank<br>100 Fifth Avenue North<br>Birmingham, AL 35203 | Unsecured | | $664,349.37 | $0.00 | $664,349.37 |

Page 4

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Date: August 26, 2020

Case Number 17-03469
Debtor Name ALABAMA PARTNERS, LLC

Claim Class, Priority Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000012 070 UC | EPCO<br>PO Box 97294<br>Washington DC 20090 | Unsecured | | $2,529.40 | $0.00 | $2,529.40 |
| 000013 070 UC | EPCO<br>PO Box 97294<br>Washington DC 20090 | Unsecured | | $8,330.59 | $0.00 | $8,330.59 |
| 000020 070 UC | Maverick VI, LLC<br>12612 Waterspout Court<br>Owings Mills, Maryland 21117 | Unsecured | | $10,123.40 | $0.00 | $10,123.40 |
| 000022 070 UC | Verizon Business Global LLC, on behalf of its affi<br>William Vermette<br>22001 Loudoun County Pkwy<br>Ashburn, VA 20147 | Unsecured | | $3,023.18 | $0.00 | $3,023.18 |
| 000023 070 UC | Hearn Services, Inc.<br>d/b/a Johnson Service Company<br>John C. Saylor,<br>415 N. Court St.<br>Florence, AL 35630 | Unsecured | | $48,860.20 | $0.00 | $48,860.20 |
| 000031 070 UC | Regions Bank<br>1900 Fifth Avenue North<br>Birmingham, AL 35203 | Unsecured | | $66,434,937.00 | $0.00 | $66,434,937.00 |
| 000033 070 UC | Alabama Power Company<br>c/o Eric T. Ray<br>1901 Sixth Ave N, Suite 1500<br>Birmingham, AL 35203 | Unsecured | | $13,552.84 | $0.00 | $13,552.84 |
| 000034 070 UC | Master Protection, LP dba FireMaster<br>13150 Metro Parkway<br>Suite 1<br>Fort Myers, FL 33966 | Unsecured | | $9,911.60 | $0.00 | $9,911.60 |
| 000035 070 UC | Silver Hill II<br>Combined Properties<br>1225 22nd Street, NW<br>Washington, District of Columbia 20037 | Unsecured | | $5,864.91 | $0.00 | $5,864.91 |
| 000039 070 UC | Fred Garfield<br>Spain Gillon<br>2117 Second Avenue N<br>Birmingham, AL 35203 | Unsecured | | $8,737.30 | $0.00 | $8,737.30 |
| 000040 070 UC | 3300 Enterprise Parkway<br>3300 Enter<br>Beachwood, OH 44122 | Unsecured | | $62,881.00 | $0.00 | $62,881.00 |
| 000041 070 UC | Stanley Convergent Security Solutions<br>8350 Sunlight Drive<br>Fishers, IN 46037 | Unsecured | | $0.00 | $0.00 | $0.00 |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000042 070 UC | Marlin Business Bank<br>300 Fellowship Road<br>Mount Laurel, New Jersey 08054<br>Attn.: Bankruptcy Department | Unsecured | | $38,770.09 | $0.00 | $38,770.09 |
| 000045 070 UC | ONEILAATS LLC<br>10879 Coral Shores Dr # 210<br>Jacksonville, FL 32256 | Unsecured | | $103,121.00 | $0.00 | $103,121.00 |
| 000048 070 UC | Washington Suburban Sanitary<br>Commission<br>Heather Ashbury<br>14501 Swetizer Lane<br>Laurel, MD 20707 | Unsecured | | $2,196.43 | $0.00 | $2,196.43 |
| 000050 070 UC | DDRM Largo Town Center, LLC<br>DDR Corp.<br>3300 Enterprise Parkway<br>Beachwood, Ohio 44122 | Unsecured | | $4,588.81 | $0.00 | $4,588.81 |
| 000051 070 UC | Eagle Phillips LLC dba Merchant Cash<br>Cloud<br>20200 w dixie hwy<br>suite 802<br>Miami, FL 33180 | Unsecured | | $27,887.00 | $0.00 | $27,887.00 |
| 000052 070 UC | Direct Capital Corporation<br>P.O. Box 11405<br>Birmingham, AL 35202 | Unsecured | | $87,546.58 | $0.00 | $87,546.58 |
| 000053 070 UC | Direct Capital Corporation<br>P.O. Box 11405<br>Birmingham, AL 35202 | Unsecured | | $112,721.15 | $0.00 | $112,721.15 |
| 000005 999 SC | Can Capital Asset Servicing, Inc.<br>2015 Vaughn Road, Building 500<br>Kennesaw, GA 30144 | Secured | | $23,635.52 | $0.00 | $23,635.52 |
| 000006 999 SC | State of Alabama<br>Department of Revenue<br>Legal Division<br>P O Box 320001<br>Montgomery, Alabama 36132-0001 | Secured | | $8,783.07 | $0.00 | $8,783.07 |
| 000008 999 SC | State of Alabama<br>Department of Revenue<br>Legal Division<br>P O Box 320001<br>Montgomery, Alabama 36132-0001 | Secured | | $139,735.75 | $0.00 | $139,735.75 |
| 000010 999 SC | State of Alabama<br>Department of Revenue<br>Legal Division<br>P O Box 320001<br>Montgomery, Alabama 36132-0001 | Secured | | $12,853.59 | $0.00 | $12,853.59 |

Case Number: 17-03469  
Debtor Name: ALABAMA PARTNERS, LLC  
Claim Class, Priority Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000014 999 SC | Navitas<br>11 Executive Ctr Dr.<br>Suite 102<br>Columbia, SC 29210 | Secured | | $67,528.76 | $0.00 | $67,528.76 |
| 000016A 999 SC | Internal Revenue Service<br>801 Broadway M/S 146<br>Nashville, TN 37203 | Secured | | $2,357,847.15 | $0.00 | $2,357,847.15 |
| 000017A 999 SC | Internal Revenue Service<br>801 Broadway M/S 146<br>Nashville, TN 37203 | Secured | | $251,404.11 | $0.00 | $251,404.11 |
| 000019A 999 SC | Internal Revenue Service<br>801 Broadway M/S 146<br>Nashville, TN 37203 | Secured | | $320,470.21 | $0.00 | $320,470.21 |
| 000021 999 SC | Navitas<br>11 Executive Ctr Dr.<br>Suite 102<br>Columbia, SC 29210 | Secured | | $67,528.76 | $0.00 | $67,528.76 |
| 000032 999 SC | Prince Georges County, Maryland<br>Meyers, Rodbell & Rosenbaum, P.A.<br>c/o M. Evan Meyers<br>6801 Kenilworth Ave., Suite 400<br>Riverdale Park, MD 20737 | Secured | | $6,617.89 | $0.00 | $6,617.89 |
| 000059A 999 SC | Macrolease Corporation<br>c/o Moritt Hock & Hamroff LLP<br>Kista L. Kulp, Esq.<br>400 Garden City Plaza<br>Garden City, NY 11530 | Secured | | $50,000.00 | $0.00 | $50,000.00 |
| 000060 999 SC | Prince Georges County, Maryland<br>Meyers, Rodbell & Rosenbaum, P.A.<br>c/o M. Evan Meyers<br>6801 Kenilworth Ave., Suite 400<br>Riverdale Park, MD 20737 | Secured | | $2,779.95 | $0.00 | $2,779.95 |
| | Case Totals: | | | $72,808,055.72 | $22.19 | $72,808,033.53 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 17-03469
Case Name: ALABAMA PARTNERS, LLC
Trustee Name: THOMAS E. REYNOLDS, TRUSTEE

Balance on hand $ 29,180.24

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 00005 | Can Capital Asset Servicing, Inc. | $ 23,635.52 | $ 23,635.52 | $ 0.00 | $ 0.00 |
| 00006 | State of Alabama | $ 8,783.07 | $ 8,783.07 | $ 0.00 | $ 0.00 |
| 00008 | State of Alabama | $ 139,735.75 | $ 139,735.75 | $ 0.00 | $ 0.00 |
| 00010 | State of Alabama | $ 12,853.59 | $ 12,853.59 | $ 0.00 | $ 0.00 |
| 00014 | Navitas | $ 67,528.76 | $ 67,528.76 | $ 0.00 | $ 0.00 |
| 00016A | Internal Revenue Service | $ 2,357,847.15 | $ 2,357,847.15 | $ 0.00 | $ 0.00 |
| 00017A | Internal Revenue Service | $ 251,404.11 | $ 251,404.11 | $ 0.00 | $ 0.00 |
| 00019A | Internal Revenue Service | $ 320,470.21 | $ 320,470.21 | $ 0.00 | $ 0.00 |
| 00021 | Navitas | $ 67,528.76 | $ 67,528.76 | $ 0.00 | $ 0.00 |
| 00032 | Prince Georges County, Maryland | $ 6,617.89 | $ 6,617.89 | $ 0.00 | $ 0.00 |
| 00059A | Macrolease Corporation | $ 50,000.00 | $ 50,000.00 | $ 0.00 | $ 0.00 |
| 00060 | Prince Georges County, Maryland | $ 2,779.95 | $ 2,779.95 | $ 0.00 | $ 0.00 |

Total to be paid to secured creditors $ 0.00

Remaining Balance $ 29,180.24

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: THOMAS E. REYNOLDS, TRUSTEE | $ 3,670.24 | $ 0.00 | $ 2,237.20 |
| Trustee Expenses: THOMAS E. REYNOLDS, TRUSTEE | $ 580.75 | $ 0.00 | $ 354.00 |
| Attorney for Trustee Fees: W. DENNIS SCHILLING | $ 22,363.24 | $ 0.00 | $ 13,631.54 |
| Accountant for Trustee Fees: Edmond R. Denaburg | $ 9,034.45 | $ 0.00 | $ 5,506.96 |
| Charges: CLERK, U. S. BANKRUPTCY COURT | $ 715.00 | $ 0.00 | $ 715.00 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 22.19 | $ 22.19 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses     $ 22,444.70

Remaining Balance     $ 6,735.54

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Other Prior Chapter Administrative Expenses: CLERK, U. S. BANKRUPTCY COURT | $ 11,050.00 | $ 0.00 | $ 6,735.54 |

Total to be paid for prior chapter administrative expenses     $ 6,735.54

Remaining Balance     $ 0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 1,697,843.65 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 000004A | Internal Revenue Service | $ 1,900.00 | $ 0.00 | $ 0.00 |
| 000007A | State of Alabama | $ 800.00 | $ 0.00 | $ 0.00 |
| 000009A | State of Alabama | $ 77,877.48 | $ 0.00 | $ 0.00 |
| 000011A | State of Alabama | $ 7,531.05 | $ 0.00 | $ 0.00 |
| 000015 | Internal Revenue Service | $ 23,400.00 | $ 0.00 | $ 0.00 |
| 000016B | Internal Revenue Service | $ 316,502.91 | $ 0.00 | $ 0.00 |
| 000017B | Internal Revenue Service | $ 33,503.70 | $ 0.00 | $ 0.00 |
| 000018A | Internal Revenue Service | $ 1,700.00 | $ 0.00 | $ 0.00 |
| 000019B | Internal Revenue Service | $ 60,907.68 | $ 0.00 | $ 0.00 |
| 000024 | RDS | $ 13,676.68 | $ 0.00 | $ 0.00 |
| 000025 | RDS | $ 45,487.96 | $ 0.00 | $ 0.00 |
| 000026 | RDS | $ 31,990.97 | $ 0.00 | $ 0.00 |
| 000027 | RDS | $ 8,048.29 | $ 0.00 | $ 0.00 |
| 000028 | RDS | $ 7,446.32 | $ 0.00 | $ 0.00 |
| 000029 | RDS | $ 58,095.41 | $ 0.00 | $ 0.00 |
| 000030 | RDS | $ 155.69 | $ 0.00 | $ 0.00 |
| 000036A | Comptroller of Maryland | $ 490,716.00 | $ 0.00 | $ 0.00 |
| 000037A | Comptroller of Maryland | $ 112,385.00 | $ 0.00 | $ 0.00 |
| 000038A | Comptroller of Maryland | $ 578.00 | $ 0.00 | $ 0.00 |
| 000043 | City of Jasper, Alabama | $ 22,748.84 | $ 0.00 | $ 0.00 |
| 000044 | Cullman County Commission | $ 4,280.68 | $ 0.00 | $ 0.00 |
| 000046A | Bottling Group, LLC | $ 4,736.14 | $ 0.00 | $ 0.00 |
| 000047A | Customized Distribution, LLC | $ 20,471.28 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000049A | Maverick VI LLC | $ 15,185.10 | $ 0.00 | $ 0.00 |
| 000054A | Comptroller of Maryland | $ 9,250.00 | $ 0.00 | $ 0.00 |
| 000055A | Comptroller of Maryland | $ 2,409.00 | $ 0.00 | $ 0.00 |
| 000056A | Comptroller of Maryland | $ 2,195.00 | $ 0.00 | $ 0.00 |
| 000057A | Blue Line Foodservice Distribution, Inc. | $ 173,316.85 | $ 0.00 | $ 0.00 |
| 000058A | Little Caesar Enterprises, Inc. | $ 150,547.62 | $ 0.00 | $ 0.00 |

Total to be paid to priority creditors     $ 0.00

Remaining Balance     $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 67,757,842.43 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Tyco Integrated Security, LLC | $ 82,482.41 | $ 0.00 | $ 0.00 |
| 000002 | Tyco Integrated Security, LLC | $ 25,428.17 | $ 0.00 | $ 0.00 |
| 000003 | Regions Bank | $ 664,349.37 | $ 0.00 | $ 0.00 |
| 000012 | PEPCO | $ 2,529.40 | $ 0.00 | $ 0.00 |
| 000013 | PEPCO | $ 8,330.59 | $ 0.00 | $ 0.00 |
| 000020 | Maverick VI, LLC | $ 10,123.40 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 00 0022 | Verizon Business Global LLC, on behalf | $ 3,023.18 | $ 0.00 | $ 0.00 |
| 00 0023 | Hearn Services, Inc. | $ 48,860.20 | $ 0.00 | $ 0.00 |
| 00 0031 | Regions Bank | $ 66,434,937.00 | $ 0.00 | $ 0.00 |
| 00 0033 | Alabama Power Company | $ 13,552.84 | $ 0.00 | $ 0.00 |
| 00 0034 | Master Protection, LP dba FireMaster | $ 9,911.60 | $ 0.00 | $ 0.00 |
| 00 0035 | Silver Hill II | $ 5,864.91 | $ 0.00 | $ 0.00 |
| 00 0039 | Fred Garfield | $ 8,737.30 | $ 0.00 | $ 0.00 |
| 00 0040 | 3300 Enterprise Parkway | $ 62,881.00 | $ 0.00 | $ 0.00 |
| 00 0041 | Stanley Convergent Security Solutions | $ 0.00 | $ 0.00 | $ 0.00 |
| 00 0042 | Marlin Business Bank | $ 38,770.09 | $ 0.00 | $ 0.00 |
| 00 0045 | ONEILAATS LLC | $ 103,121.00 | $ 0.00 | $ 0.00 |
| 00 0048 | Washington Suburban Sanitary Commission | $ 2,196.43 | $ 0.00 | $ 0.00 |
| 00 0050 | DDRM Largo Town Center, LLC | $ 4,588.81 | $ 0.00 | $ 0.00 |
| 00 0051 | Eagle Phillips LLC dba Merchant Cash | $ 27,887.00 | $ 0.00 | $ 0.00 |
| 00 0052 | Direct Capital Corporation | $ 87,546.58 | $ 0.00 | $ 0.00 |
| 00 0053 | Direct Capital Corporation | $ 112,721.15 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors $ 0.00

Remaining Balance $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE