# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 17-03469
Case Name: ALABAMA PARTNERS, LLC
Trustee Name: THOMAS E. REYNOLDS, TRUSTEE

Balance on hand $ 29,180.24

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 00005 | Can Capital Asset Servicing, Inc. | $ 23,635.52 | $ 23,635.52 | $ 0.00 | $ 0.00 |
| 00006 | State of Alabama | $ 8,783.07 | $ 8,783.07 | $ 0.00 | $ 0.00 |
| 00008 | State of Alabama | $ 139,735.75 | $ 139,735.75 | $ 0.00 | $ 0.00 |
| 00010 | State of Alabama | $ 12,853.59 | $ 12,853.59 | $ 0.00 | $ 0.00 |
| 00014 | Navitas | $ 67,528.76 | $ 67,528.76 | $ 0.00 | $ 0.00 |
| 00016A | Internal Revenue Service | $ 2,357,847.15 | $ 2,357,847.15 | $ 0.00 | $ 0.00 |
| 00017A | Internal Revenue Service | $ 251,404.11 | $ 251,404.11 | $ 0.00 | $ 0.00 |
| 00019A | Internal Revenue Service | $ 320,470.21 | $ 320,470.21 | $ 0.00 | $ 0.00 |
| 00021 | Navitas | $ 67,528.76 | $ 67,528.76 | $ 0.00 | $ 0.00 |
| 00032 | Prince Georges County, Maryland | $ 6,617.89 | $ 6,617.89 | $ 0.00 | $ 0.00 |
| 00059A | Macrolease Corporation | $ 50,000.00 | $ 50,000.00 | $ 0.00 | $ 0.00 |
| 00060 | Prince Georges County, Maryland | $ 2,779.95 | $ 2,779.95 | $ 0.00 | $ 0.00 |

Total to be paid to secured creditors $ 0.00

Remaining Balance $ 29,180.24

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: THOMAS E. REYNOLDS, TRUSTEE | $ 3,670.24 | $ 0.00 | $ 2,237.20 |
| Trustee Expenses: THOMAS E. REYNOLDS, TRUSTEE | $ 580.75 | $ 0.00 | $ 354.00 |
| Attorney for Trustee Fees: W. DENNIS SCHILLING | $ 22,363.24 | $ 0.00 | $ 13,631.54 |
| Accountant for Trustee Fees: Edmond R. Denaburg | $ 9,034.45 | $ 0.00 | $ 5,506.96 |
| Charges: CLERK, U. S. BANKRUPTCY COURT | $ 715.00 | $ 0.00 | $ 715.00 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 22.19 | $ 22.19 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses  $ 22,444.70

Remaining Balance  $ 6,735.54

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Other Prior Chapter Administrative Expenses: CLERK, U. S. BANKRUPTCY COURT | $ 11,050.00 | $ 0.00 | $ 6,735.54 |

Total to be paid for prior chapter administrative expenses  $ 6,735.54

Remaining Balance  $ 0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 1,697,843.65 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000004A | Internal Revenue Service | $ 1,900.00 | $ 0.00 | $ 0.00 |
| 000007A | State of Alabama | $ 800.00 | $ 0.00 | $ 0.00 |
| 000009A | State of Alabama | $ 77,877.48 | $ 0.00 | $ 0.00 |
| 000011A | State of Alabama | $ 7,531.05 | $ 0.00 | $ 0.00 |
| 000015 | Internal Revenue Service | $ 23,400.00 | $ 0.00 | $ 0.00 |
| 000016B | Internal Revenue Service | $ 316,502.91 | $ 0.00 | $ 0.00 |
| 000017B | Internal Revenue Service | $ 33,503.70 | $ 0.00 | $ 0.00 |
| 000018A | Internal Revenue Service | $ 1,700.00 | $ 0.00 | $ 0.00 |
| 000019B | Internal Revenue Service | $ 60,907.68 | $ 0.00 | $ 0.00 |
| 000024 | RDS | $ 13,676.68 | $ 0.00 | $ 0.00 |
| 000025 | RDS | $ 45,487.96 | $ 0.00 | $ 0.00 |
| 000026 | RDS | $ 31,990.97 | $ 0.00 | $ 0.00 |
| 000027 | RDS | $ 8,048.29 | $ 0.00 | $ 0.00 |
| 000028 | RDS | $ 7,446.32 | $ 0.00 | $ 0.00 |
| 000029 | RDS | $ 58,095.41 | $ 0.00 | $ 0.00 |
| 000030 | RDS | $ 155.69 | $ 0.00 | $ 0.00 |
| 000036A | Comptroller of Maryland | $ 490,716.00 | $ 0.00 | $ 0.00 |
| 000037A | Comptroller of Maryland | $ 112,385.00 | $ 0.00 | $ 0.00 |
| 000038A | Comptroller of Maryland | $ 578.00 | $ 0.00 | $ 0.00 |
| 000043 | City of Jasper, Alabama | $ 22,748.84 | $ 0.00 | $ 0.00 |
| 000044 | Cullman County Commission | $ 4,280.68 | $ 0.00 | $ 0.00 |
| 000046A | Bottling Group, LLC | $ 4,736.14 | $ 0.00 | $ 0.00 |
| 000047A | Customized Distribution, LLC | $ 20,471.28 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000049A | Maverick VI LLC | $ 15,185.10 | $ 0.00 | $ 0.00 |
| 000054A | Comptroller of Maryland | $ 9,250.00 | $ 0.00 | $ 0.00 |
| 000055A | Comptroller of Maryland | $ 2,409.00 | $ 0.00 | $ 0.00 |
| 000056A | Comptroller of Maryland | $ 2,195.00 | $ 0.00 | $ 0.00 |
| 000057A | Blue Line Foodservice Distribution, Inc. | $ 173,316.85 | $ 0.00 | $ 0.00 |
| 000058A | Little Caesar Enterprises, Inc. | $ 150,547.62 | $ 0.00 | $ 0.00 |

Total to be paid to priority creditors $ 0.00

Remaining Balance $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 67,757,842.43 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Tyco Integrated Security, LLC | $ 82,482.41 | $ 0.00 | $ 0.00 |
| 000002 | Tyco Integrated Security, LLC | $ 25,428.17 | $ 0.00 | $ 0.00 |
| 000003 | Regions Bank | $ 664,349.37 | $ 0.00 | $ 0.00 |
| 000012 | PEPCO | $ 2,529.40 | $ 0.00 | $ 0.00 |
| 000013 | PEPCO | $ 8,330.59 | $ 0.00 | $ 0.00 |
| 000020 | Maverick VI, LLC | $ 10,123.40 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 00 0022 | Verizon Business Global LLC, on behalf | $ 3,023.18 | $ 0.00 | $ 0.00 |
| 00 0023 | Hearn Services, Inc. | $ 48,860.20 | $ 0.00 | $ 0.00 |
| 00 0031 | Regions Bank | $ 66,434,937.00 | $ 0.00 | $ 0.00 |
| 00 0033 | Alabama Power Company | $ 13,552.84 | $ 0.00 | $ 0.00 |
| 00 0034 | Master Protection, LP dba FireMaster | $ 9,911.60 | $ 0.00 | $ 0.00 |
| 00 0035 | Silver Hill II | $ 5,864.91 | $ 0.00 | $ 0.00 |
| 00 0039 | Fred Garfield | $ 8,737.30 | $ 0.00 | $ 0.00 |
| 00 0040 | 3300 Enterprise Parkway | $ 62,881.00 | $ 0.00 | $ 0.00 |
| 00 0041 | Stanley Convergent Security Solutions | $ 0.00 | $ 0.00 | $ 0.00 |
| 00 0042 | Marlin Business Bank | $ 38,770.09 | $ 0.00 | $ 0.00 |
| 00 0045 | ONEILAATS LLC | $ 103,121.00 | $ 0.00 | $ 0.00 |
| 00 0048 | Washington Suburban Sanitary Commission | $ 2,196.43 | $ 0.00 | $ 0.00 |
| 00 0050 | DDRM Largo Town Center, LLC | $ 4,588.81 | $ 0.00 | $ 0.00 |
| 00 0051 | Eagle Phillips LLC dba Merchant Cash | $ 27,887.00 | $ 0.00 | $ 0.00 |
| 00 0052 | Direct Capital Corporation | $ 87,546.58 | $ 0.00 | $ 0.00 |
| 00 0053 | Direct Capital Corporation | $ 112,721.15 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors       $       0.00

Remaining Balance       $       0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE