# Notice Recipients

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**

| | |
|---|---|
| 9457959 | Child Support DC |
| 9457989 | Haynes Family |
| 9458001 | Kelly Hall |
| 9458009 | Liz Whidden |
| 9458018 | Mark Williams |
| 9458043 | Pervez Kaisani |
| 9458081 | WHP, LLC |
| 9458080 | Wazir Kaisani |

TOTAL: 8

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ba | Jon A Dudeck | jon_dudeck@alnba.uscourts.gov |
| tr | Thomas E Reynolds | ter@reynoldslegalsolutions.com |
| aty | Alto Lee Teague, IV | lteague@ehjlaw.com |
| aty | Charles N Parnell | bkrp@parnellsoutheast.com |
| aty | Clyde Ellis Brazeal, III | ebrazeal@joneswalker.com |
| aty | Daniel D Sparks | ddsparks@csattorneys.com |
| aty | Derek F Meek | dmeek@burr.com |
| aty | Eric C Cotton | ecotton@ddr.com |
| aty | Frederick Darrell Clarke, III | fclarke@rumberger.com |
| aty | James Phillip Roberts | jroberts@burr.com |
| aty | Jeffery J Hartley | jjh@helmsinglaw.com |
| aty | John Christian Saylor | john@johnsaylorlaw.com |
| aty | Joseph D. Frank | jfrank@fgllp.com |
| aty | Julian Vasek | jvasek@haywardfirm.com |
| aty | Kelley Askew Gillikin | kelley.gillikin@revenue.alabama.gov |
| aty | Leonard N Math | noticesnd@chambless–math.com |
| aty | Mark P. Williams | mpwilliams@nwkt.com |
| aty | Melissa S. Hayward | mhayward@haywardfirm.com |
| aty | Phillip W. Bohl | phillip.bohl@gpmlaw.com |
| aty | R. Scott Williams | swilliams@rumberger.com |
| aty | Richard E. O'Neal | USAALN.BANKRUPTCY@usdoj.gov |
| aty | Robert H Adams | radams@rumberger.com |
| aty | Russell B Robertson | rbr@lairdandrobertson.com |
| aty | William Dennis Schilling | schillinglawoffice@gmail.com |

TOTAL: 24

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Alabama Partners, LLC | PO Box 551267    Jacksonville, FL 32255 |
| cr | Customized Distribution, LLC | % Daniel Sparks    Christian & Small LLP    1800 Financial Center    505 North 20th Street    Birmingham, AL 35203 |
| cr | Checkers Drive–In Restaurants, Inc. | c/o Burr & Forman LLP    Derek Meek    420 N 20th St, Ste 3400    Birmingham, AL 35203 |
| ba | J. Thomas Corbett | Bankruptcy Administrator    1800 5th Avenue North    Birmingham, AL 35203 |
| br | Advanced Restaurant Sales | 111 Village Parkway Bldg #2    Marietta, GA 30067 |
| cr | NCEP, LLC Department | Ascension Capital Group    P.O. Box 165028    Irving, TX 75016 |
| cr | Insolvency Section Internal Revenue Service | 801 Broadway    MDP 146, Room 285    Nashville, TN 37203 |
| cr | Silver Hill II LLC | c/o Ellis Brazeal Jones Walker    1819 5th Avenue North    Suite 1100    Birmingham, AL 35203 |
| cr | US Bank Equipment Finance | c/o Parnell & Parnell, P.A.    P.O. Box 2189    Montgomery, AL 36102–2189 |
| cr | City of Jasper | c/o Russell B. Robertson, Esq.    P.O. Box 498    Jasper, AL 35502–0498 UNITED STATES |
| cr | Prince George's County, Maryland | c/o M. Evan Meyers    6801 Kenilworth Ave Ste 400    Riverdale, MD 20737–1385 |
| cr | Bank of the Ozarks | Attn. Leasing Division    12915 Cantrell Rd    Little Rock, AR 72203 |
| cr | Johnson Service Comp Johnson Service Johnson Service Company | 2812 Ruffner Road    Birmingham |
| cr | Direct Capital Corporation | Engel, Hairston & Johanson, P.C.    Attn: Alto Lee Teague, IV    P.O. Box 11405    Birmingham, AL 35202 |
| cr | Unifi Equipment Finance, Inc. | c/o William J. Stapleton, Esq.    Hooper Hathaway, P.C.    126 Main St.    Ann Arbor, MI 48104 |
| cr | DDRM Largo Town Center | 3300 Enterprise Parkway    3300 Enterprise Parkway    Beachwood, OH 44139 |
| acc | Edmond R Denaburg | Christian & Denaburg, PC    2649 Rocky Ridge Lane    Birmingham, Al 35216 |
| intp | Reginald C. Armor, III | Armor Legal, PLLC    c/o Eagle Phillips, LLC    1820 NE Jensen Beach Blvd #562    Jensen Beach, FL 34957 |

| | | | | |
|---|---|---|---|---|
| aty | Abigail M. McGibbon | Gray Plant Mooty Mooty and Bennett PA | 500 IDS Center | 80 South 8th St Minneapolis, MN 55402 |
| aty | Leah Fiorenza McNeill | Bryan Cave LLP | 1201 W Peachtree St NW 14tyh Floor | Atlanta, GA 30309 |
| aty | M. Evan Meyers | Meyers Rodbell & Rosenbaum PA | 6801 Kenilworth Ave Ste 400 | Riverdale, MD 20737–1385 |
| aty | Mark I. Duedall | Bryan Cave LLP | 1201 W Peachtree St NW 14tyh Floor | Atlanta, GA 30309 |
| smg | Thomas Corbett | BA Birmingham | 1800 5th Avenue North | Birmingham, AL 35203 |
| 9572704 | 3300 Enterprise Parkway | 3300 Enter | Beachwood, OH 44122 | |
| 9457922 | ABC Burglar Alarm Systems, Inc. | 1532 A&B Pointer Ridge Place | Bowie, MD 20716 | |
| 9457923 | ABC Burglar Alarm Systems, Inc. | 1532 A&B Pointer Ridge Place | Bowie, Maryland 20716 | |
| 9457924 | ABC Burglar Alarm Systems, Inc. | 1532 A&B Pointer Ridge Place | Bowie, Maryland 20716 | |
| 9457937 | ANX Business Corp | Dept. 77399 | PO Box 77000 | Detroit, MI 48277–0399 |
| 9457938 | ANX Business Corp | Dept. 77399 | PO Box 77000 | Detroit, Michigan 48277–0399 |
| 9457925 | Affordable Refuse & Recycling, Inc. | PO Box 400 | Cheltenham, MD 20623 | |
| 9457926 | Affordable Refuse & Recycling, Inc. | PO Box 400 | Cheltenham, Maryland 20623 | |
| 9457927 | Al Kaisani | 10501 N. Central Expressway, Ste. 106 | Dallas, TX 75231 | |
| 9457928 | Al Kaisani | 10501 N. Central Expressway, Ste. 106 | Dallas, TX 75231 | |
| 9457929 | Alabama Child Support Payment Ctr | PO Box244015 | Montgomery, AL 36124–4015 | |
| 9457930 | Alabama Department of Labor | 631 Beacon Pkwy West, Ste. 203 | Birmingham, AL 35209 | |
| 10486927 | Alabama Department of Labor | 649 Monroe Street, Room 4207 | Montgomery, AL 36131 | |
| 9457931 | Alabama Department of Revenue | PO Box 327464 | Montgomery, 36132–7464 | |
| 9457932 | Alabama Deptartment of Labor | 649 Monroe Street | Montgomery, Alabama 36131 | |
| 9457933 | Alabama Gas Corporation | 605 Richard Arrington Blvd N | Birmingham, AL 38282 | |
| 9457934 | Alabama Power Company | c/o Eric T. Ray | 1901 Sixth Ave N, Suite 1500 | Birmingham, AL 35203 |
| 9457935 | Allied Waste/Republic Services | 3950 59th Street SW | Birmingham, AL 35221 | |
| 9457936 | Anniston Water Works | 931 Noble Street | Anniston, AL 36202 | |
| 9457950 | BRESCO Birmingham Restaurant Supply | 2428 Sixth Avenue S | Birmingham, AL 35233 | |
| 9457939 | Bae's Woodberry, LLC | Attn: Ellen Kim | 12104 Old Pine Way | Oak Hill, Virginia 20171 |
| 9457940 | Balboa Capital | 2010 Main Street | 11th Floor | Irvine, CA 92614 |
| 9457941 | Bank of the Ozarks | 17901 Chenal Parkway | 3rd Floor | Little Rock, AR 72223 |
| 9457942 | Bank of the Ozarks | PO Box 242208 | Little Rock, AR 72223–2208 | |
| 9457943 | Bankruptcy Administrator | 1800 5th Avenue North | Birmingham, AL 35203 | |
| 9457944 | Bessemer Utilities | PO Box 1246 | Bessemer, AL 35021 | |
| 9457945 | Betty Leeth Haynes | PO Box 279 | Cullman, AL 35056–0279 | |
| 9457842 | Birmingham District Tax Office | P O Box 13156 | Birmingham AL 35202–3156 | |
| 9457946 | Birmingham Water Works Board | PO Box 830269 | Birmingham, AL 35283–0269 | |
| 9457947 | Blue Cross and Blue Shield of Alabama | 450 Riverchase Pkwy E | Birmingham, AL 35244 | |
| 9457948 | Blue Line | 2211 Woodward Ave. | Detroit, MI 48201 | |
| 9457949 | Blue Line | 2211 Woodward Ave. | Detroit, Michigan 48201 | |
| 9764017 | Blue Line Foodservice Distribution, Inc. | Attn: Legal Dept. | 2211 Woodward Ave. | Detroit, MI 48201 |
| 9581181 | Bottling Group, LLC | c/o Joseph D. Frank | FrankGecker LLP | 1327 W. Washington Boulevard Suite 5G–H Chicago, IL 60607 |
| 9457951 | Brinks | PO Box 101031 | Atlanta, GA 30392–1031 | |
| 9457952 | Brinks | PO Box 101031 | Atlanta, Georgia 30392–1031 | |
| 9457953 | Burns Septic | 5291 Enterprise Street | Sykesville, MD 21784 | |
| 9457955 | CAN Capital/Channel Partners Capital | 11100 Wayzata Blvd., Ste. 305 | Minnetonika, MN 55305 | |
| 9457956 | CDI | 5151 Brook Hollow Pkwy | Norcross, GA 30071 | |
| 9457960 | CHTD Company | P.O. Box 2576 | Springfield, IL 62708 | |
| 9457958 | CHeckers Corporate | 4300 West Cypress St. Suite 600 | Tampa, FL | |
| 9457954 | Calhoun County Sales Tax | Calhoun County Revenue Commissioner | 1702 Noble St., Ste. 104 | Anniston, AL 36201 |
| 9483254 | Can Capital Asset Servicing, Inc. | 2015 Vaughn Road, Building 500 | Kennesaw, GA 30144 | |
| 9457957 | Checkers Corp. | 4300 West Cypress St. Suite 600 | Tampa, FL | |
| 9740009 | Christian Pereyda | Engel, Hairston & Johanson, P.C. | P.O. Box 11405 | Birmingham, AL 35202 |
| 9457961 | City of Anniston | P.O. Box 2168 | Anniston, AL 36202 | |
| 9457962 | City of Bessemer | Revenue Department | 1806 Third Avenue North | Bessemer, AL 35020 |
| 9457963 | City of Birmingham | 710 North 20th Street | Room 600 City Hall | Birmingham, AL 35203 |
| 9508138 | City of Center Point | 2209 Center Point Parkway | Center Point, Alabama 35215 | |
| 9457964 | City of Cullman | PO 278 | Cullman, AL 35056–0278 | |
| 9457965 | City of Gadsden | c/o RDS | PO Box 830725 | Birmingham, AL 35283 |
| 9457966 | City of Jasper | c/o RDS | PO Box 830725 | Birmingham, AL 35283 |
| 9574683 | City of Jasper, Alabama | P.O. Box 498 | Jasper, AL 35502–0498 | |
| 9457967 | City of Midfield | c/o RDS | PO Box 830725 | Birmingham, AL 35283 |
| 9457968 | Coca Cola USA | PO Box 102499 | Atlanta, GA 30368 | |
| 9457969 | Comptroller of Maryland | 110 Carroll Street | Annapolis, MD 21411 | |
| 9457970 | Comptroller of Maryland | 110 Carroll Street | Annapolis, Maryland 21411 | |
| 9567991 | Comptroller of Maryland | 301 West Preston Street Room 409 | Baltimore, MD 21201–2383 | |
| 9457971 | Corporation Service Company as Represent | PO Box 2576 | Springfield, IL 62708 | |
| 9457972 | Cullman County & City | PO Box 278 | Cullman, AL 35056–0278 | |
| 9578847 | Cullman County Commission | 500 Second Ave SW Room 105 | Cullman AL 35055 | |
| 9508139 | Cullman Gas District | PO Box 399 | Cullman, Alabama 35056 | |
| 9457973 | Cullman Power Board | 106 Second Avenue NE | Cullman, AL 35055 | |
| 9582462 | Customized Distribution, LLC | 5151 Brook Hollow Parkway | Suite 225 | Norcross, GA 30071 |
| 9457974 | Cyprus Air | 7525 Richmond Hwy | Alexandria, VA 22306 | |
| 9457975 | DC Government | 1101 4th Street SW | Suite W210 | Washington, DC 20024 |
| 9457976 | DC Government | 1101 4th Street SW | Suite W210 | Washington, District of Columbia 20024 |

| | |
|---|---|
| 9457977 | DDRM Largo Town Center, LLC          DDR Corp.          3300 Enterprise Parkway          Beachwood, Ohio 44122 |
| 9457843 | Department of Revenue          Jefferson County Courthouse          Birmingham AL 35263 |
| 9457978 | Direct Capital          155 Commerce Way          Portsmouth, NH 03801 |
| 9740010 | Direct Capital Corporation          P.O. Box 11405          Birmingham, AL 35202 |
| 9457981 | ERDA LLC          c/o Mr. Daniel Feld, Manager          12600 Cumpston Street          Valley Village, CA 91607 |
| 9457982 | ERDA LLC          c/o Mr. Daniel Feld, Manager          12600 Cumpston Street          Valley Village, California 91607 |
| 9714154 | Eagle Phillips LLC dba Merchant Cash Cloud          20200 w dixie hwy          suite 802          Miami, FL 33180 |
| 9457979 | Elizabeth Jelks          8512 English Oak Loop          Montgomery, AL 36117 |
| 9457980 | Elizabeth Jelks          8512 English Oak Loop          Montgomery, Alabama 36117 |
| 9457983 | Etowah County          c/o RDS          PO Box 830725          Birmingham, AL 35283 |
| 9457984 | Firemaster          Dept 1019          PO Box 121019          Dallas, TX 75312-1019 |
| 9457985 | First Insurance Funding          450 Skokie Blvd., Ste. 1000          Northbrook, IL 60062 |
| 9457986 | Flowers Baking Company of Birmingham          900 16th Street N          Birmingham, AL 35203 |
| 9457987 | Fred Garfield          Spain Gillon          2117 Second Avenue N          Birmingham, AL 35203 |
| 9457840 | General Counsel          State Department of          Industrial Relations          Montgomery AL 36102 |
| 9457988 | Good Hope Investments, LLC          9109 Lucky Estates Dr.          Vienna, Virginia 22182 |
| 9457990 | HJK LLC          PO Box 175          Lincoln, AL 35096 |
| 9457991 | HJK LLC          PO Box 175          Lincoln, Alabama 35096 |
| 9457992 | HRS          PO Box 1624          Huntsville, AL 35807 |
| 9514236 | Hearn Services, Inc.          d/b/a Johnson Service Company          John C. Saylor,          425 N. Court St.          Florence, AL 35630 |
| 9457996 | IRH Capital          707 Skokie Blvd., Ste. 540          Northbrook, IL 60062 |
| 9503077 | Internal Revenue Service          801 Broadway M/S 146          Nashville, TN 37203 |
| 9457844 | Internal Revenue Service          801 Tom Martin Dr          Birmingham AL 35211 |
| 9457993 | Internal Revenue Service          801 Tom Martins Dr.          Mail Stop 126          Birmingham, Alabama 35211 |
| 9457845 | Internal Revenue Service          P O Box 21126          Philadelphia PA 19114 |
| 9457849 | Internal Revenue Service          P.O. Box 7346          Philadelphia, PA 19101-7346 |
| 10486928 | Internal Revenue Service          P.O. Box 7346          Philadelphia, PA 19101-7346 |
| 9457994 | Internal Revenue Service          PO Box 7346          Philadelphia, Pennsylvania 19101 |
| 9457995 | Iqbal Kaisani          10501 N. Central Expressway, Ste. 106          Dallas, TX 75231 |
| 9457997 | J T Smallwood – Tax Collector          Room 160          716 Richard Arrington Blvd. N.          Birmingham, AL 35203 |
| 9457998 | Jefferson County EDU Sales Tax          716 Richard Arrington Jr. Blvd. N.          Birmingham, AL 35203 |
| 9457999 | Jefferson County Sales Tax          716 Richard Arrington Jr. Blvd. N.          Birmingham, AL 35203 |
| 9458000 | Johnson Service Company          2812 Ruffner Rd          Birmingham, AL 35210 |
| 9458002 | Kelly Pruitt          1463 Secretariat Dr.          Helena, AL 35080 |
| 9458003 | Libert Mutual/Cobbs Allen Hall          115 Office Park Dr., Ste. 200          Mountain Brook, AL 32223 |
| 9458004 | Libert Mutual/Cobbs Allen Hall          115 Office Park Dr., Ste. 200          Mountain Brook, Alabama 32223 |
| 9764237 | Little Caesar Enterprises, Inc.          Attn: Legal Dept.          2211 Woodward Ave.          Detroit, MN 48201 |
| 9458005 | Little Caesars Caesar Fund Inc.          2211 Woodward Ave.          Detroit, MI 48201 |
| 9458006 | Little Caesars Caesar Fund Inc.          2211 Woodward Ave.          Detroit, Michigan 48201 |
| 9458007 | Little Caesars Corporate          2211 Woodward Ave.          Detroit, MI 48201 |
| 9458008 | Little Caesars Corporate          2211 Woodward Ave.          Detroit, Michigan 48201 |
| 9458010 | Loanme          1900 S State College Blvd., Ste. 300          Amaheim, CA 92806 |
| 9458011 | Loanme          1900 S State College Blvd., Ste. 300          Amaheim, California 92806 |
| 9458012 | Lucinda Leeth          3805 Cromwell Drive          Birmingham, AL 35243 |
| 9820197 | M. Evan Meyers          Meyers, Rodbell & Rosenbaum, P.A.          6801 Kenilworth Ave., Ste. 400          Riverdale Park, MD 20737 |
| 9567031 | M. Evan Meyers          for Prince George's County, Maryland          6801 Kenilworth Ave Ate 400          Riverdale MD 20737-1385 |
| 9458013 | MACRO LEASE          185 Express Street, Ste. 100          Plainview, NY 11803 |
| 9458014 | Macrolease Corporation          c/o Moritt Hock & Hamroff LLP          Krista L. Kulp, Esq.          400 Garden City Plaza          Garden City, NY 11530 |
| 9458015 | Mark Williams          PO Box 551267          Jacksonville, FL 32255 |
| 9458016 | Mark Williams          PO Box 551267          Jacksonville, FL 32255 |
| 9458017 | Mark Williams          PO Box 551267          Jacksonville, FL 32255 |
| 9458019 | Marlin Business Bank          300 Fellowship Road          Mount Laurel, New Jersey 08054          Attn.: Bankruptcy Department |
| 9458020 | Marlow Heights Shopping Center, LP          c/o Gelman Management Co.          2120 L Street NW          Suite 800          Washington, District of Columbia 20037 |
| 9458021 | Martha Sams          1541 Prairie Lane          Montgomery, AL 36117 |
| 9458022 | Martha Sams          1541 Prairie Lane          Montgomery, Alabama 36117 |
| 9458023 | Maryland Child Support Account          PO Box 17396          Baltimore, MD 21297 |
| 9458024 | Maryland Child Support Account          PO Box 17396          Baltimore, Maryland 21297 |
| 9565984 | Master Protection, LP dba FireMaster          13050 Metro Parkway          Suite 1          Fort Myers, FL 33966 |
| 9706145 | Maverick VI LLC          12612 Waterspout Ct          Owings Mills, MD 21117 |
| 9458025 | Maverick VI, LLC          12612 Waterspout Court          Owings Mills, Maryland 21117 |
| 9458026 | Melissa Hayward          10501 N. Central Expressway, Suite 106          Dallas , TX 75231 |
| 9458027 | Merchant Cash Cloud          5757 NW 151st Street          Miami Lakes, FL 33014 |
| 9458028 | Merchant Cash Cloud          5757 NW 151st Street          Miami Lakes, Florida 33014 |
| 9458029 | Muzak          Focus Four LLC          PO Box 638793          Cincinnati, OH 45263-8793 |
| 9458030 | NASA Federal Credit Union          500 Prince Georges Blvd.          Upper Marlboro, MD 20774 |
| 9458031 | NASA Federal Credit Union          PO Box 1588          Bowie, MD 20717 |
| 9458034 | NCMIC Finance Company          14001 University Avenue          Clive, Iowa 50325 |
| 9458035 | NUCO2          2800 SE Market PL          Stuart, FL 34997 |

```
10486929   Nationstar Mortgage LLC        ATTN: Bankruptcy Dept        PO Box 619094        Dallas TX 75261–9741
10486887   Nationstar Mortgage LLC        Attn: Bankruptcy Dept        PO Box 619094        Dallas, TX 75261–9741
10486886   Nationstar Mortgage LLC        c/o Robertson, Anschutz & Schneid, P.L.        6409 Congress Ave, Suite
           100     Boca Raton, FL 33487
9458032    Navin Kaisani        10501 N. Central Expressway, Ste. 106        Dallas, TX 75231
9458033    Navitas        111 Executive Ctr Dr.        Suite 102        Columbia, SC 29210
9458036    ONEILAATS LLC        10879 Coral Shores Dr # 210        Jacksonville, FL 32256
9458037    ONEILAATS LLC        10879 Coral Shores Dr # 210        Jacksonville, Florida 32256
9458038    PEPCO        P O Box 97294        Washington DC 20090
9458039    PEPCO        PO Box 13608        Philadelphia, Pennsylvania 19101
9458040    PEPSICO        1100 Reynolds Blvd.        Winston–Salem, NC 27105
9458041    Pervez Kaisani        10501 N. Central Expressway, Ste. 106        Dallas, TX 75231
9458042    Pervez Kaisani        10501 N. Central Expressway, Ste. 106        Dallas, TX 75231
9764016    Phillip Bohl        Attn: Legal Dept.        2211 Woodward Ave.        Detroit, MI 48201
9551861    Prince Georges County, Maryland        Meyers, Rodbell & Rosenbaum, P.A.        c/o M. Evan Meyers        6801
           Kenilworth Ave., Suite 400        Riverdale Park, MD 20737
9458044    RDS        PO Box 830725        Birmingham, AL 35283
9458054    RLC Funding, a division of Navitas Lease        111 Executive Center Dr.        Suite 102        Columbia, SC
           29210
9458045    Receivables Advance        P.O. Box 15270        Irvine, CA 92623
9458046    Regency Centers Corporation        One Independent Drive        Suite 114        Jacksonville, FL 32202
9458047    Regions Bank        1900 Fifth Avenue North        Birmingham, AL 35203
10486888   Regions Bank        420 20th St North, Suite 1400        Birmingham, AL 35203
10486930   Regions Bank        420 20th Street North, Suite 1400        Birmingham, Alabama 35203
9508140    Republic Services        3950 50th Street SW        Birmingham, Alabama 35221
9458048    Richard Blount Construction, LLC        163 Haygood Ave. SE        Atlanta, GA 30315
9458049    Richard Ruggiero        c/o Lochner Law Firm, P.C.        91 Main St., 4th Floor        Annapolis, MD 21401
9458050    Richard Ruggiero        c/o Lochner Law Firm, P.C.        91 Main St., 4th Floor        Annapolis, MD 21401
9458051    Richard Ruggiero        c/o Lochner Law Firm, P.C.        91 Main St., 4th Floor        Annapolis, MD 21401
9458052    Rivertowne Center ACQ        8 Industrial Way        East Eatonton, New Jersey 07724
9458053    Rivertowne Center ACQ        8 Industrial Way        East Eatonton, New Jersey 07724
9574682    Russell Robertson        P.O. Box 498        Jasper, AL 35502–0498
9458064    SUSQUEHANNA SALT LAKE LLC        136 E South Temple, Ste. 1400        Salt Lake City, Utah 84111
10486931   Samuel Carlton Pierce        Baker Donelson        420 20th Street, Suite 1400        Birmingham, AL 35203
9458055    Sartino, Inc.        5285 Briarwood Circle        Pinson, AL 35126
9457847    Secretary of the Treasury        1500 Pennsylvania Ave., NW        Washington, DC 20220
9458056    SecureConnect/Trustwave        75 Remittance Drive        Dept. 1999        Chicago, IL 60675–1999
9458057    Sharp Realty        Attn: Accounts Receivable        400 Union Hill Dr.        Birmingham, AL 35209
9458058    Silver Hill II        Combined Properties        1255 22nd Street, NW        Washington, District of Columbia
           20037
10486932   Spire Alabama Inc.        2101 6th Ave North,        Birmingham, AL 35203
10486889   Spire Alabama, Inc.        fka Alabama Gas Corp        2101 6th Ave No        Birmingham, AL 35203
9458059    Stanley Convergent Security Solutions        8350 Sunlight Drive        Fishers, IN 46037
9457839    State Department of Revenue        P O Box 1927        Pelham AL 35124
9458060    State of Alabama        Department of Revenue        Legal Division        PO Box 320001        Montgomery,
           Alabama 36132–0001
9457841    State of Alabama Dept of Revenue        P O Box 320001        Montgomery AL 36132
10486933   State of Alabama Dept of Revenue        P O Box 320001        Montgomery AL 36132
9458061    Steritech        PO Box 471127        Charlotte, NC 28247–2127
9458062    Steritech        PO Box 472127        Charlotte, NC 27247–2127
9458063    Steritech        PO Box 472127        Charlotte, North Carolina 27247–2127
9458065    The Coca–Cola Company        One Coca–Cola Plaza        Atlanta, GA 30313
9458066    The Hartford        8711 University East Drive        Charlotte, NC 28213
9458067    The Hartford        8711 University East Drive        Charlotte, North Carolina 28213
9472506    Tyco Integrated Security, LLC        10405 Crosspoint Blvd.        Indianapolis IN 46256
9458068    Tyco Security        c/o ADT Security Services, Inc.        PO Box 371967        Pittsburgh, PA 15250–7967
9458069    U.S. Bank Equipment Finance        A division of U.S. Bank N.A.        1310 Madrid Street        Marshall, MN
           56258
9457846    U.S. Securities and Exchange Commission        Branch of Reorganization        950 East Paces Ferry Road Ste
           900     Atlanta, GA 30326
9458071    USB Equipment Finance        220 26th Street        Minniapolis, MN
9458072    USRP I, LLC        Attn: Legal Dept.        One Independent Dr.        Suite 114        Jacksonville, Florida
           32202
9458070    UniFi Equipment Finance        3893 Research Park Drive        Ann Arbor, MI 48108
9457848    United States Attorney        Northern District of Alabama        1801 Fourth Avenue North        Birmingham, AL
           35203
9457850    United States Bankruptcy Administrator        Northern District of Alabama        1800 Fifth Avenue
           North        Birmingham, AL 35203
9458073    Verizon Business        PO Box 660720        Dallas, TX 75266
9458074    Verizon Business        PO Box 660720        Dallas, Texas 75266
9510488    Verizon Business Global LLC, on behalf of its affi        William Vermette        22001 Loudoun County
           Pkwy        Ashburn, VA 20147
9458075    Wand Corporation        7593 Corporate Way        Eden Prairie, MN 55344
9458077    Washington Gas        6801 Industrial Road        Sprinfield, VA 22151
9458076    Washington Gas        6801 Industrial Road        Sprinfield, Virginia 22151
9458082    Washington Suburban Sanitary Commission        Heather Ashbury        14501 Swetizer Lane        Laurel, MD
           20707
9458078    Wazir Kaisani        10501 N. Central Expressway, Ste. 106        Dallas, TX 75231
```

| | | | | |
|---|---|---|---|---|
| 9458079 | Wazir Kaisani | 10501 N. Central Expressway, Ste. 106 | | Dallas, TX 75231 |
| 9458085 | YES Energy Management | PO Box 660901 | | Dallas, TX 75266–0901 |
| 9458083 | Yellowstone | 30 Broad Street | 14th FL, Ste. 1462 | New York, NY 10004 |
| 9458084 | Yellowstone | 30 Broad Street | 14th FL, Ste. 1462 | New York, New York 10004 |

TOTAL: 228