IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

IN RE:                                )
                                      )        BANKRUPTCY CASE NO.
ALABAMA PARTNERS, LLC                 )
                                      )        17-03469-TOM-7
                                      )
                      Debtor(s)       )

BANKRUPTCY ATTORNEY'S STATEMENT OF POSITION REGARDING
THE TRUSTEE'S FINAL REPORT AND APPLICATION
FOR FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES

    1. Section 317(b) of Title III of the Judicial Improvements Act of 1990 gives the Bankruptcy Administrator standing to appear in cases filed under Title 11 of the United States Code. This Bankruptcy Attorney's Statement of Position Regarding The Chapter 7 Final Report is filed pursuant to that authority.

    2. I, Jon A. Dudeck, Bankruptcy Attorney for the Northern District, Southern Division of Alabama, hereby state that I have reviewed the final report filed by the trustee in the above styled case and have found NO BASIS UPON WHICH TO RAISE ANY OBJECTION or reservation regarding any aspect of the final report.

    Respectfully submitted this the 27th day of August, 2020.


/s/ Jon A. Dudeck
**Jon A. Dudeck**
Bankruptcy Attorney


**OFFICE OF THE BANKRUPTCY ADMINISTRATOR**
Northern District of Alabama
Robert S. Vance Federal Building
1800 Fifth Avenue, North
Birmingham, Alabama 35203
(205) 714-3840
jon_dudeck@alnba.uscourts.gov

<u>CERTIFICATE OF SERVICE</u>

     This is to certify that on the 27th day of August 2020, I electronically served a copy of the above pleading filed in the above case, for:

Thomas E. Reynolds

<u>/s/ Jon A. Dudeck</u>
**Jon A. Dudeck**
Bankruptcy Attorney