IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **In Re:** | ) | |
| | ) | |
| **ALABAMA PARTNERS,** | ) | **BANKRUPTCY CASE NO.** |
| | ) | **17-03469** |
| **Debtor(s).** | ) | |
| | ) | |

**ORDER APPROVING FINAL COMPENSATION
AND EXPENSES FOR TRUSTEE**

THIS MATTER came before the Court by telephonic hearing on September 21, 2020, on the Trustee's Final Report and Account and Application for Final Compensation and Reimbursement of Expenses (the "Application"). Jon Dudeck appeared on behalf of the Bankruptcy Administrator's Office (the "BA"). There were no objections filed by any creditor or other party in interest to the Trustee's requested compensation and expenses or proposed distribution. The BA's Office filed a Statement of Position wherein the BA indicated their office found no basis to object to the requested compensation or expenses.

Based upon the Court's review of the Final Report and the BA's Statement of Position, and there being no objection to the compensation and expenses requested by the Trustee, the Court finds that: adequate notice of the Trustee's request for compensation and reimbursement of expenses has been provided to creditors, the compensation requested by the Trustee is calculated within the limitation of 11 U.S.C. § 326 and is reasonable in amount based upon the services performed by the Trustee in the case. The Court further finds that the expenses requested by the Trustee are reasonable in amount and were necessarily incurred by the Trustee in the performance of his duties in the case.

It is, therefore, **ORDERED, ADJUDGED AND DECREED** as follows:

That the Trustee's Application for Final Compensation and Reimbursement of Expenses is **APPROVED** and compensation is allowed in the amount of $3,670.24 and expenses are allowed in the amount of $580.75 pursuant to the provisions of 11 U.S.C. §§ 326 and 330 as an expense of the administration of the bankruptcy estate. The Trustee is authorized to pay himself from the funds of the bankruptcy estate the total amount of **$4,250.99.**

Dated: September 21, 2020

/s/ Tamara O. Mitchell
TAMARA O. MITCHELL
United States Bankruptcy Judge

*This Order Prepared at the Court's Request by:*
*Thomas E. Reynolds*