UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| ALABAMA PARTNERS, LLC | § | Case No. 17-03469 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

THOMAS E. REYNOLDS, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 0.00<br>*(Without deducting any secured claims)* | Assets Exempt: 0.00 |
| Total Distributions to Claimants: 0.00 | Claims Discharged<br>Without Payment: 69,455,686.08 |
| Total Expenses of Administration: 29,202.43 | |

3) Total gross receipts of $ 29,202.43 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 29,202.43 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $ NA | $ 3,309,184.76 | $ 3,309,184.76 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | NA | 34,726.08 | 34,726.08 | 22,466.89 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from Exhibit 5) | NA | 11,050.00 | 11,050.00 | 6,735.54 |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | NA | 1,697,843.65 | 1,697,843.65 | 0.00 |
| GENERAL UNSECURED CLAIMS (from Exhibit 7) | NA | 67,757,842.43 | 67,757,842.43 | 0.00 |
| TOTAL DISBURSEMENTS | $ NA | $ 72,810,646.92 | $ 72,810,646.92 | $ 29,202.43 |

4) This case was originally filed under chapter 11 on 08/11/2017, and it was converted to chapter 7 on 04/02/2018. The case was pending for 31 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/28/2020           By:/s/THOMAS E. REYNOLDS, TRUSTEE
                                                       Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Business Privilege Tax Refund | 1124-000 | 222.28 |
| AP 18-231 EAGLE PHILLIPS | 1141-000 | 5,000.00 |
| AP 18-232 Yellowstone Capital | 1149-000 | 12,000.00 |
| BALANCE OF FUNDS IN BAMACHEX BANKRUPTCY CASE | 1149-000 | 11,980.15 |
| TOTAL GROSS RECEIPTS | | $29,202.43 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ 0.00 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000005 | CAN CAPITAL ASSET SERVICING, INC. | 4110-000 | NA | 23,635.52 | 23,635.52 | 0.00 |

UST Form 101-7-TDR (10/1/2010) (Page: 3)

Case 17-03469-TOM7    Doc 361    Filed 11/18/20    Entered 11/18/20 09:11:50    Desc Main
Document    Page 3 of 13

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000016A | INTERNAL REVENUE SERVICE | 4110-000 | NA | 2,357,847.15 | 2,357,847.15 | 0.00 |
| 000017A | INTERNAL REVENUE SERVICE | 4110-000 | NA | 251,404.11 | 251,404.11 | 0.00 |
| 000019A | INTERNAL REVENUE SERVICE | 4110-000 | NA | 320,470.21 | 320,470.21 | 0.00 |
| 000059A | MACROLEASE CORPORATION | 4110-000 | NA | 50,000.00 | 50,000.00 | 0.00 |
| 000014 | NAVITAS | 4110-000 | NA | 67,528.76 | 67,528.76 | 0.00 |
| 000021 | NAVITAS | 4110-000 | NA | 67,528.76 | 67,528.76 | 0.00 |
| 000032 | PRINCE GEORGES COUNTY, MARYLAND | 4110-000 | NA | 6,617.89 | 6,617.89 | 0.00 |
| 000060 | PRINCE GEORGES COUNTY, MARYLAND | 4110-000 | NA | 2,779.95 | 2,779.95 | 0.00 |
| 000006 | STATE OF ALABAMA | 4110-000 | NA | 8,783.07 | 8,783.07 | 0.00 |
| 000008 | STATE OF ALABAMA | 4110-000 | NA | 139,735.75 | 139,735.75 | 0.00 |
| 000010 | STATE OF ALABAMA | 4110-000 | NA | 12,853.59 | 12,853.59 | 0.00 |
| TOTAL SECURED CLAIMS | | | $ NA | $ 3,309,184.76 | $ 3,309,184.76 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TRUSTEE COMPENSATION:THOMAS E. REYNOLDS | 2100-000 | NA | 2,237.20 | 2,237.20 | 2,237.20 |
| TRUSTEE EXPENSES:THOMAS E. REYNOLDS | 2200-000 | NA | 354.00 | 354.00 | 354.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 22.19 | 22.19 | 22.19 |
| Clerk, U. S. Bankruptcy Court | 2700-000 | NA | 715.00 | 715.00 | 715.00 |
| ATTORNEY FOR TRUSTEE FEES (OTHER FIRM):Schilling, W. Dennis | 3210-000 | NA | 22,363.24 | 22,363.24 | 13,631.54 |
| ACCOUNTANT FOR TRUSTEE FEES (OTHER FIRM):Denaburg, Edmond R | 3410-000 | NA | 9,034.45 | 9,034.45 | 5,506.96 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 34,726.08 | $ 34,726.08 | $ 22,466.89 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Clerk, U. S. Bankruptcy Court | 6990-000 | NA | 11,050.00 | 11,050.00 | 6,735.54 |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ 11,050.00 | $ 11,050.00 | $ 6,735.54 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000057A | BLUE LINE FOODSERVICE DISTRIBUTION, | 5800-000 | NA | 173,316.85 | 173,316.85 | 0.00 |
| 000046A | BOTTLING GROUP, LLC | 5800-000 | NA | 4,736.14 | 4,736.14 | 0.00 |
| 000043 | CITY OF JASPER, ALABAMA | 5800-000 | NA | 22,748.84 | 22,748.84 | 0.00 |
| 000036A | COMPTROLLER OF MARYLAND | 5800-000 | NA | 490,716.00 | 490,716.00 | 0.00 |
| 000037A | COMPTROLLER OF MARYLAND | 5800-000 | NA | 112,385.00 | 112,385.00 | 0.00 |
| 000038A | COMPTROLLER OF MARYLAND | 5800-000 | NA | 578.00 | 578.00 | 0.00 |
| 000054A | COMPTROLLER OF MARYLAND | 5800-000 | NA | 9,250.00 | 9,250.00 | 0.00 |
| 000055A | COMPTROLLER OF MARYLAND | 5800-000 | NA | 2,409.00 | 2,409.00 | 0.00 |
| 000056A | COMPTROLLER OF MARYLAND | 5800-000 | NA | 2,195.00 | 2,195.00 | 0.00 |
| 000044 | CULLMAN COUNTY COMMISSION | 5800-000 | NA | 4,280.68 | 4,280.68 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000047A | CUSTOMIZED DISTRIBUTION, LLC | 5800-000 | NA | 20,471.28 | 20,471.28 | 0.00 |
| 000004A | INTERNAL REVENUE SERVICE | 5800-000 | NA | 1,900.00 | 1,900.00 | 0.00 |
| 000015 | INTERNAL REVENUE SERVICE | 5800-000 | NA | 23,400.00 | 23,400.00 | 0.00 |
| 000016B | INTERNAL REVENUE SERVICE | 5800-000 | NA | 316,502.91 | 316,502.91 | 0.00 |
| 000017B | INTERNAL REVENUE SERVICE | 5800-000 | NA | 33,503.70 | 33,503.70 | 0.00 |
| 000018A | INTERNAL REVENUE SERVICE | 5800-000 | NA | 1,700.00 | 1,700.00 | 0.00 |
| 000019B | INTERNAL REVENUE SERVICE | 5800-000 | NA | 60,907.68 | 60,907.68 | 0.00 |
| 000058A | LITTLE CAESAR ENTERPRISES, INC. | 5800-000 | NA | 150,547.62 | 150,547.62 | 0.00 |
| 000049A | MAVERICK VI LLC | 5800-000 | NA | 15,185.10 | 15,185.10 | 0.00 |
| 000024 | RDS | 5800-000 | NA | 13,676.68 | 13,676.68 | 0.00 |
| 000025 | RDS | 5800-000 | NA | 45,487.96 | 45,487.96 | 0.00 |
| 000026 | RDS | 5800-000 | NA | 31,990.97 | 31,990.97 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000027 | RDS | 5800-000 | NA | 8,048.29 | 8,048.29 | 0.00 |
| 000028 | RDS | 5800-000 | NA | 7,446.32 | 7,446.32 | 0.00 |
| 000029 | RDS | 5800-000 | NA | 58,095.41 | 58,095.41 | 0.00 |
| 000030 | RDS | 5800-000 | NA | 155.69 | 155.69 | 0.00 |
| 000007A | STATE OF ALABAMA | 5800-000 | NA | 800.00 | 800.00 | 0.00 |
| 000009A | STATE OF ALABAMA | 5800-000 | NA | 77,877.48 | 77,877.48 | 0.00 |
| 000011A | STATE OF ALABAMA | 5800-000 | NA | 7,531.05 | 7,531.05 | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 1,697,843.65 | $ 1,697,843.65 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000040 | 3300 ENTERPRISE PARKWAY | 7100-000 | NA | 62,881.00 | 62,881.00 | 0.00 |
| 000033 | ALABAMA POWER COMPANY | 7100-000 | NA | 13,552.84 | 13,552.84 | 0.00 |
| 000050 | DDRM LARGO TOWN CENTER, LLC | 7100-000 | NA | 4,588.81 | 4,588.81 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000052 | DIRECT CAPITAL CORPORATION | 7100-000 | NA | 87,546.58 | 87,546.58 | 0.00 |
| 000053 | DIRECT CAPITAL CORPORATION | 7100-000 | NA | 112,721.15 | 112,721.15 | 0.00 |
| 000051 | EAGLE PHILLIPS LLC DBA MERCHANT CAS | 7100-000 | NA | 27,887.00 | 27,887.00 | 0.00 |
| 000039 | FRED GARFIELD | 7100-000 | NA | 8,737.30 | 8,737.30 | 0.00 |
| 000023 | HEARN SERVICES, INC. | 7100-000 | NA | 48,860.20 | 48,860.20 | 0.00 |
| 000042 | MARLIN BUSINESS BANK | 7100-000 | NA | 38,770.09 | 38,770.09 | 0.00 |
| 000034 | MASTER PROTECTION, LP DBA FIREMASTE | 7100-000 | NA | 9,911.60 | 9,911.60 | 0.00 |
| 000020 | MAVERICK VI, LLC | 7100-000 | NA | 10,123.40 | 10,123.40 | 0.00 |
| 000045 | ONEILAATS LLC | 7100-000 | NA | 103,121.00 | 103,121.00 | 0.00 |
| 000012 | PEPCO | 7100-000 | NA | 2,529.40 | 2,529.40 | 0.00 |
| 000013 | PEPCO | 7100-000 | NA | 8,330.59 | 8,330.59 | 0.00 |
| 000003 | REGIONS BANK | 7100-000 | NA | 664,349.37 | 664,349.37 | 0.00 |
| 000031 | REGIONS BANK | 7100-000 | NA | 66,434,937.00 | 66,434,937.00 | 0.00 |
| 000035 | SILVER HILL II | 7100-000 | NA | 5,864.91 | 5,864.91 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000041 | STANLEY CONVERGENT SECURITY SOLUTIO | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 000001 | TYCO INTEGRATED SECURITY, LLC | 7100-000 | NA | 82,482.41 | 82,482.41 | 0.00 |
| 000002 | TYCO INTEGRATED SECURITY, LLC | 7100-000 | NA | 25,428.17 | 25,428.17 | 0.00 |
| 000022 | VERIZON BUSINESS GLOBAL LLC, ON BEH | 7100-000 | NA | 3,023.18 | 3,023.18 | 0.00 |
| 000048 | WASHINGTON SUBURBAN SANITARY COMMIS | 7100-000 | NA | 2,196.43 | 2,196.43 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ NA | $ 67,757,842.43 | $ 67,757,842.43 | $ 0.00 |

Case No: 17-03469 TOM Judge: TAMARA O. MITCHELL  
Case Name: ALABAMA PARTNERS, LLC  
Trustee Name: THOMAS E. REYNOLDS, TRUSTEE  
Date Filed (f) or Converted (c): 04/02/18 (c)  
341(a) Meeting Date: 05/07/18  
For Period Ending: 08/26/20  
Claims Bar Date: 07/10/18

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Business Privilege Tax Refund | 0.00 | 0.00 | | 222.28 | FA |
| 2. AP 18-2 1 EAGLE PHILLIPS | 5,000.00 | 5,000.00 | | 5,000.00 | FA |
| 3. AP 18-2 2 Yellowstone Capital | 0.00 | 12,000.00 | | 12,000.00 | FA |
| 4. BALANCE OF FUNDS IN BAMACHEX BANKRUPTCY CASE | 0.00 | 11,980.15 | | 11,980.15 | FA |
| 5. Equipment listed on Doc. 236 | 0.00 | 0.00 | OA | 0.00 | FA |

TOTALS (Excluding Unknown Values)     $5,000.00     $28,980.15     $29,202.43  
Value of Remaining Assets: $0.00  
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 08/18/20     Current Projected Date of Final Report (TFR): 08/18/20

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 17-03469 -TOM | Trustee Name: | THOMAS E. REYNOLDS, TRUSTEE |
|---|---|---|---|
| Case Name: | ALABAMA PARTNERS, LLC | Bank Name: | UNION BANK |
| | | Account Number / CD #: | *******0789 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7131 | | |
| For Period Ending: | 11/18/20 | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/13/18 | 1 | State of Alabama | TAX REFUND | 1124-000 | 133.02 | | 133.02 |
| 09/13/18 | 1 | State of Alabama | TAX REFUND | 1124-000 | 89.26 | | 222.28 |
| 01/31/19 | | Trsf To Axos Bank | FINAL TRANSFER | 9999-000 | | 222.28 | 0.00 |

PFORM24 USE A Form 101-7-TDR (10/1/2010) *(Page: 12)*

Ver: 22.02g

Case 17-03469-TOM7    Doc 361    Filed 11/18/20    Entered 11/18/20 09:11:50    Desc Main
Document      Page 12 of 13

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 17-03469 -TOM | Trustee Name: | THOMAS E. REYNOLDS, TRUSTEE |
|---|---|---|---|
| Case Name: | ALABAMA PARTNERS, LLC | Bank Name: | Axos Bank |
| | | Account Number / CD #: | *******0143 Checking Account |
| Taxpayer ID No: | *******7131 | | |
| For Period Ending: | 11/18/20 | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/31/19 | | Trsf In From UNION BANK | INITIAL WIRE TRANSFER IN | 9999-000 | 222.28 | | 222.28 |
| 02/04/19 | 2 | EAGLE PHILLIPS C/O William Dennis Schilling | SETTLEMENT | 1141-000 | 5,000.00 | | 5,222.28 |
| 04/01/19 | 002001 | INTERNATIONAL SURETIES, LTD. 701 POYDRAS STREET, STE. 420 NEW ORLEANS, LA 70139 | Bond Premium Bond #016027432 | 2300-000 | | 3.23 | 5,219.05 |
| 05/29/19 | 3 | YELLOWSTONE CAPITAL c/o William Dennis Schilling | SETTLEMENT | 1149-000 | 12,000.00 | | 17,219.05 |
| * 06/27/19 | 002002 | Edmond R. Denaburg 2649 Rocky Ridge Lane Birmingham, Alabama 35216 | ACCOUNTANT'S FEES & EXPENSES DOC. 330 | | | 9,034.45 | 8,184.60 |
| | | | Fees 8,145.20 | 3410-003 | | | |
| | | | Expenses 889.25 | 3420-003 | | | |
| * 06/27/19 | 002002 | Edmond R. Denaburg 2649 Rocky Ridge Lane Birmingham, Alabama 35216 | ACCOUNTANT'S FEES & EXPENSES Check issued in error | | | -9,034.45 | 17,219.05 |
| | | | Fees ( 8,145.20 ) | 3410-003 | | | |
| | | | Expenses ( 889.25 ) | 3420-003 | | | |
| 04/13/20 | 002003 | INTERNATIONAL SURETIES, LTD. 701 POYDRAS STREET, STE. 420 NEW ORLEANS, LA 70139 | Blanket Bond Bond #016027432 | 2300-000 | | 18.96 | 17,200.09 |
| 08/03/20 | 4 | Bankruptcy Estate of Bamachex | DEBTOR'S FUNDS ON ACCT | 1149-000 | 11,980.15 | | 29,180.24 |
| 10/04/20 | 002004 | CLERK, U. S. BANKRUPTCY COURT | COURT COSTS | 2700-000 | | 715.00 | 28,465.24 |
| 10/04/20 | 002005 | Edmond R. Denaburg 2649 Rocky Ridge Lane Birmingham, AL 35216 | ACCOUNTANT'S FEES & EXPENSES doc. 330 | 3410-000 | | 5,506.96 | 22,958.28 |
| 10/04/20 | 002006 | W. DENNIS SCHILLING P. O. BOX 55147 BIRMINGHAM, AL 35255-5147 | ATTORNEY FEES & EXPENSES DOC. 329 | 3210-000 | | 13,631.54 | 9,326.74 |
| 10/04/20 | 002007 | THOMAS E. REYNOLDS, TRUSTEE REYNOLDS LEGAL SOLUTIONS, LLC | Chapter 7 Expenses | 2200-000 | | 354.00 | 8,972.74 |
| 10/04/20 | 002008 | THOMAS E. REYNOLDS, TRUSTEE REYNOLDS LEGAL SOLUTIONS, LLC | Chapter 7 Compensation/Fees | 2100-000 | | 2,237.20 | 6,735.54 |
| 10/04/20 | 002009 | CLERK, U. S. BANKRUPTCY COURT | CHAPTER 11 QUARTERLY FEES DOC. 293 | 6990-000 | | 594.31 | 6,141.23 |
| 10/04/20 | 002010 | CLERK, U. S. BANKRUPTCY COURT | Chapter 11 Quarterly Fees Bama Chex | 6990-000 | | 6,141.23 | 0.00 |

Total Of All Accounts 0.00